

# Chinese Drywall MDL 2047 – Fee Committee
## (except for Michael J. Ryan, who dissents)
## Final Common Benefit Fee Allocation Recommendation

6/20/2018

TOTAL COMMON BENEFIT FEE per the Court's Order dated 1/31/18:  $ 99,762,099.56

| Fee Applicant | FINAL CB Fee Allocation Recommendation 06/20/2018 | Held Costs through 2014 | Unreimbursed Assessments through 2013 |
|---|---:|---:|---:|
| **Firms Entitled to Common Benefit Fee Allocation** | | | |
| Allison Grant, P.A. | $ 28,000.00 | $ - | $ - |
| Alters, Boldt, Brown, Rash, & Culmo | $ 150,000.00 | $ - | $ 10,000.00 |
| Anderson Kill, PC | $ 90,000.00 | $ 20,627.57 | $ - |
| Aronfeld Trial Lawyers, P.A. | $ 4,500.00 | $ 3,431.06 | $ 2,000.00 |
| Barrios, Kingsdorf & Casteix | $ 2,750,000.00 | $ 70,452.96 | $ 132,857.14 |
| Becnel Law Firm LLC | $ 700,000.00 | $ 27,243.80 | $ 132,857.14 |
| Berrigan, Litchfield, et al. | $ 900.00 | $ - | $ 2,000.00 |
| Bruno & Bruno, LLP | $ 18,000.00 | $ 6,219.03 | $ 2,000.00 |
| Burdman Law Group | $ 15,000.00 | $ 1,561.73 | $ - |
| Colson - Hicks Eidson PA | $ 3,900,000.00 | $ 387,668.26 | $ 132,857.14 |
| Gainsburgh, Benjamin, et al | $ 8,600,000.00 | $ 108,510.76 | $ 132,857.14 |
| Gary, Naegele & Theado, LLC | $ 47,000.00 | $ 13,979.54 | $ 2,000.00 |
| Hausfeld LLP | $ 3,200,000.00 | $ 66,504.16 | $ 35,000.00 |
| Herman Herman & Katz | $ 26,524,849.78 | $ 191,102.27 | $ 132,857.14 |
| Irpino Law Firm | $ 2,000,000.00 | $ 10,903.75 | $ 10,000.00 |
| Kanner & Whiteley, L.L.C. | $ 47,000.00 | $ 4,169.13 | $ 2,000.00 |
| Krupnick, Campbell, et al. | $ 425,000.00 | $ 34,237.84 | $ - |
| Landskroner - Grieco - Merriman LLC | $ 23,000.00 | $ 2,950.25 | $ 2,000.00 |
| Law Offices of Robert M. Becnel | $ 4,500.00 | $ 6,216.99 | $ 15,000.00 |
| Lemmon Law Firm, LLC | $ 450,000.00 | $ 12,103.96 | $ 30,000.00 |

| Fee Applicant | FINAL CB Fee Allocation Recommendation 06/20/2018 | Held Costs through 2014 | Unreimbursed Assessments through 2013 |
|---|---|---|---|
| Levin Papantonio Law | $ 750,000.00 | $ 80,991.39 | $ 132,857.14 |
| Levin Sedran & Berman | $ 26,524,849.78 | $ 1,083,786.21 | $ 132,857.14 |
| Lockridge Grindal Nauen P.L.L.P | $ 23,000.00 | $ 1,425.20 | $ 2,000.00 |
| Luckey & Mullins, PLLC | $ 14,000.00 | $ - | $ 2,000.00 |
| Martzell Bickford | $ 23,000.00 | $ 15,542.32 | $ 2,000.00 |
| Mason LLP | $ 70,000.00 | $ 9,625.50 | $ 10,000.00 |
| Morgan & Morgan | $ 1,000,000.00 | $ 140,581.27 | $ 132,857.14 |
| Morris Bart, L.L.C | $ 350,000.00 | $ 7,439.42 | $ 2,000.00 |
| Mrachek, Fitzgerald / Leopold Kuvin | $ 47,000.00 | $ 32,789.34 | $ 2,000.00 |
| Parker Waichman LLP | $ 650,000.00 | $ 146,300.95 | $ 132,857.14 |
| Pender & Coward, PC | $ 23,000.00 | $ 17,697.26 | $ - |
| Pendley Baudin & Coffin, LLP | $ 47,000.00 | $ 9,877.46 | $ 2,000.00 |
| Podhurst Orseck, P.A | $ 1,000,000.00 | $ 173,657.23 | $ 132,857.14 |
| Reeves & Mestayer, PLLC | $ 600,000.00 | $ 76,878.62 | $ 122,857.14 |
| Rhine Law Firm, P.C. | $ 47,000.00 | $ 11,109.28 | $ 2,000.00 |
| Richard J. Serpe, P.C. | $ 3,650,000.00 | $ 76,064.30 | $ 75,000.00 |
| Roberts & Durkee PA / Milstein Adelman | $ 450,000.00 | $ 155,928.82 | $ - |
| Seeger Weiss LLP | $ 8,600,000.00 | $ 399,123.84 | $ 132,857.18 |
| Singleton Law Firm | $ 18,000.00 | $ 9,862.94 | $ 10,000.00 |
| Taylor Martino, PC | $ 175,000.00 | $ - | $ - |
| The Lambert Firm | $ 1,400,000.00 | $ 63,448.31 | $ 132,857.14 |
| The Steckler Law Firm | $ 1,800,000.00 | $ 180,679.34 | $ 132,857.14 |
| Thornhill Law Firm | $ 18,000.00 | $ 1,607.49 | $ 2,000.00 |
| Vaughn Bowden & Wooten, PA | $ 4,500.00 | $ - | $ - |
| VM Diaz and Partners, LLC | $ 500,000.00 | $ 16,414.31 | $ - |
| Whitfield Bryson & Mason (fka Lewis & Roberts) | $ 3,000,000.00 | $ 149,666.16 | $ 80,000.00 |

| Fee Applicant | FINAL CB Fee Allocation Recommendation 06/20/2018 | Held Costs through 2014 | Unreimbursed Assessments through 2013 |
|---|---:|---:|---:|
| **Firms Entitled Only to Expense and/or Assessment Reimbursement** | | | |
| Andry Law Firm | $ - | | $ 2,000.00 |
| Aylstock, Witkin, Kreis & Overholtz | $ - | | $ 2,000.00 |
| Bencomo & Assocs | $ - | | $ 2,000.00 |
| Collins – Live Oak | $ - | | $ 2,000.00 |
| Cuneo Gilbert & Laduca | $ - | $4,037.79 | $ 2,000.00 |
| Glago Law Firm | $ - | | $ 2,000.00 |
| Hawkins, Stracener & Gibson | $ - | | $ 2,000.00 |
| Ingram & Assocs | $ - | | $ 2,000.00 |
| Law Offices of Sidney Torres | $ - | | $ 2,000.00 |
| Law Office of Webb & Scarmozzino | $ - | $4,119.34 | $ 2,000.00 |
| Nast Law Firm | $ - | $2,928.93 | $ 2,000.00 |
| Reich & Binstock | $ - | | $ 10,000.00 |
| Strom Law Firm | $ - | $3,356.21 | $ 2,000.00 |
| **TOTALS:** | $ 99,762,099.56 | $ 3,842,822.29 | $ 2,187,000.00 |