**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047** |
| **THIS DOCUMENT RELATES TO:**<br><br>**ALL ACTIONS** | **SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |

**EXHIBIT "B" TO**
**STEP SIX FINAL RECOMMENDATION OF THE MAJORITY OF**
**THE FEE COMMITTEE REGARDING ALLOCATION OF THE COMMON BENEFIT**

# FILED UNDER SEAL