## In re: Chinese-Manufactured Drywall Products Liability Litigation, MDL No. 2047
### Common Benefit Firms: Lodestar, Held Costs & Assessments

| Firm | Lodestar Inception through Dec 2013 | Lodestar Jan 2014 through Dec 2017 | Total Lodestar | Held Costs through 2014 | Held Costs Accepted from 2015 - 2017 | Total Held Costs | Assessment Contribution Inception through Dec 2013 | Assessment Contribution Jan 2014 - Dec 2017 | Total Assessment Contribution |
|---|---|---|---|---|---|---|---|---|---|
| Allison Grant, P.A. | $29,750.00 | $0.00 | $29,750.00 | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 |
| Alters, Boldt, Brown, Rash, & Culmo | $316,675.00 | $0.00 | $316,675.00 | $0.00 | | $0.00 | $50,000.00 | $0.00 | $50,000.00 |
| Anderson Kill, PC | $1,748,342.65 | $21,746.25 | $1,770,088.90 | $20,627.57 | | $20,627.57 | $0.00 | $0.00 | $0.00 |
| Andry Law Firm | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | $10,000.00 | $0.00 | $10,000.00 |
| Aronfeld Trial Lawyers, P.A. | $44,995.00 | $0.00 | $44,995.00 | $3,431.06 | | $3,431.06 | $10,000.00 | $0.00 | $10,000.00 |
| Aylstock, Witkin, Kreis & Overholtz | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | $10,000.00 | $0.00 | $10,000.00 |
| Barrios, Kingsdorf & Casteix | $3,667,235.00 | $2,043,217.50 | $5,710,452.50 | $70,452.96 | $9,151.06 | $79,604.02 | $692,857.14 | $17,500.00 | $710,357.14 |
| Becnel Law Firm LLC | $1,320,120.00 | $258,787.50 | $1,578,907.50 | $27,243.80 | | $27,243.80 | $692,857.14 | $0.00 | $692,857.14 |
| Bencomo & Associates | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | $10,000.00 | $0.00 | $10,000.00 |
| Berrigan, Litchfield, Schonekas, Mann & Traina, LLC | $3,450.00 | $0.00 | $3,450.00 | $0.00 | | $0.00 | $10,000.00 | $0.00 | $10,000.00 |
| Bruno & Bruno, LLP | $226,900.00 | $0.00 | $226,900.00 | $6,219.03 | | $6,219.03 | $10,000.00 | $0.00 | $10,000.00 |
| Burdman Law Group | $12,625.00 | $0.00 | $12,625.00 | $1,561.73 | | $1,561.73 | $0.00 | $0.00 | $0.00 |
| Collins - Live Oak | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | $10,000.00 | $0.00 | $10,000.00 |
| Colson - Hicks Edison PA | $8,447,876.25 | $288,508.75 | $8,736,385.00 | $387,668.26 | $20,771.34 | $408,439.60 | $692,857.14 | $0.00 | $692,857.14 |
| Cuneo Gilbert & Laduca | $0.00 | $0.00 | $0.00 | $4,037.79 | | $4,037.79 | $10,000.00 | $0.00 | $10,000.00 |
| Gainsburgh, Benjamin, et al | $5,603,215.00 | $2,269,805.00 | $7,873,020.00 | $108,510.76 | $22,438.37 | $130,949.13 | $692,857.14 | $19,500.00 | $712,357.14 |
| Gary, Naegele & Theado, LLC | $243,127.50 | $0.00 | $243,127.50 | $13,979.54 | | $13,979.54 | $10,000.00 | $0.00 | $10,000.00 |
| Glago Law Firm | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | $10,000.00 | $0.00 | $10,000.00 |
| Hausfeld LLP | $2,809,791.00 | $1,608,503.00 | $4,418,294.00 | $66,504.16 | $22,441.23 | $88,945.39 | $175,000.00 | $11,000.00 | $186,000.00 |
| Hawkins Stracener & Gibson PLLC | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | $10,000.00 | $0.00 | $10,000.00 |
| HHK | $26,789,325.00 | $13,764,487.50 | $40,553,812.50 | $191,102.27 | $9,944.56 | $201,046.83 | $692,857.14 | $191,000.00 | $883,857.14 |
| Ingram & Associates | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | $10,000.00 | $0.00 | $10,000.00 |
| Irpino Law Firm | $3,529,550.00 | $2,838,725.00 | $6,368,275.00 | $10,903.75 | $32,709.29 | $43,613.04 | $50,000.00 | $25,000.00 | $75,000.00 |
| Kanner & Whiteley, L.L.C. | $248,166.25 | $0.00 | $248,166.25 | $4,169.13 | | $4,169.13 | $10,000.00 | $0.00 | $10,000.00 |
| Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman, & McKee, PA | $314,910.00 | $83,362.50 | $398,272.50 | $34,237.84 | | $34,237.84 | $0.00 | $0.00 | $0.00 |
| Landskroner - Grieco - Merriman LLC | $28,893.75 | $0.00 | $28,893.75 | $2,950.25 | | $2,950.25 | $10,000.00 | $0.00 | $10,000.00 |



EXHIBIT C

| Firm | Lodestar Inception through Dec 2013 | Lodestar Jan 2014 through Dec 2017 | Total Lodestar | Held Costs through 2014 | Held Costs Accepted from 2015 - 2017 | Total Held Costs | Assessment Contribution Inception through Dec 2013 | Assessment Contribution Jan 2014 - Dec 2017 | Total Assessment Contribution |
|---|---|---|---|---|---|---|---|---|---|
| Law Office of Webb & Scarmozzino | $0.00 | $0.00 | $0.00 | $4,119.34 | | $4,119.34 | $10,000.00 | $0.00 | $10,000.00 |
| Law Offices of Robert M. Becnel | $409,500.00 | $8,050.00 | $417,550.00 | $6,216.99 | | $6,216.99 | $75,000.00 | $0.00 | $75,000.00 |
| Law Offices of Sidney Torres, III | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | $10,000.00 | $0.00 | $10,000.00 |
| Lemmon Law Firm, LLC | $1,578,131.25 | $8,690.00 | $1,586,821.25 | $12,103.96 | $17.50 | $12,121.46 | $150,000.00 | $0.00 | $150,000.00 |
| Levin Papantonio Law | $2,350,103.75 | $0.00 | $2,350,103.75 | $80,991.39 | | $80,991.39 | $692,857.14 | $0.00 | $692,857.14 |
| Levin Sedran & Berman | $42,473,673.75 | $34,110,762.50 | $76,584,436.25 | $1,083,786.21 | $493,639.02 | $1,577,425.23 | $692,857.14 | $191,000.00 | $883,857.14 |
| Lockridge Grindal Nauen P.L.L.P | $46,842.50 | $0.00 | $46,842.50 | $1,425.20 | | $1,425.20 | $10,000.00 | $0.00 | $10,000.00 |
| Luckey & Mullins, PLLC | $16,712.50 | $0.00 | $16,712.50 | $0.00 | | $0.00 | $10,000.00 | $0.00 | $10,000.00 |
| Martzell Bickford | $31,218.75 | $10,275.00 | $41,493.75 | $15,542.32 | | $15,542.32 | $10,000.00 | $0.00 | $10,000.00 |
| Mason LLP | $99,651.00 | $0.00 | $99,651.00 | $9,625.50 | | $9,625.50 | $50,000.00 | $0.00 | $50,000.00 |
| Morgan & Morgan | $1,774,178.75 | $565,110.00 | $2,339,288.75 | $140,581.27 | $18,269.97 | $158,851.24 | $692,857.14 | $5,000.00 | $697,857.14 |
| Morris Bart, L.L.C | $682,972.00 | $0.00 | $682,972.00 | $7,439.42 | | $7,439.42 | $10,000.00 | $0.00 | $10,000.00 |
| Mrachek, Fitzgerald/Leopold Kuvin | $367,587.50 | $292.50 | $367,880.00 | $32,789.34 | | $32,789.34 | $10,000.00 | $0.00 | $10,000.00 |
| Nast Law Firm | $0.00 | $0.00 | $0.00 | $2,928.93 | | $2,928.93 | $10,000.00 | $0.00 | $10,000.00 |
| Parker Waichman LLP | $4,830,231.25 | $6,837.50 | $4,837,068.75 | $146,300.95 | | $146,300.95 | $692,857.14 | $0.00 | $692,857.14 |
| Pender & Coward, PC | $179,930.00 | $0.00 | $179,930.00 | $17,697.26 | | $17,697.26 | $0.00 | $0.00 | $0.00 |
| Pendley Baudin & Coffin, LLP | $308,920.00 | $0.00 | $308,920.00 | $9,877.46 | | $9,877.46 | $10,000.00 | $0.00 | $10,000.00 |
| Podhurst Orseck, P.A | $2,786,335.00 | $78,933.75 | $2,865,268.75 | $173,657.23 | | $173,657.23 | $692,857.14 | $0.00 | $692,857.14 |
| Reeves & Mestayer, PLLC | $4,666,255.00 | $580,250.00 | $5,246,505.00 | $76,878.62 | $6,020.12 | $82,898.74 | $642,857.14 | $5,000.00 | $647,857.14 |
| Reich & Binstock, LLP | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | $50,000.00 | $0.00 | $50,000.00 |
| Rhine Law Firm, P.C. | $199,600.00 | $0.00 | $199,600.00 | $11,109.28 | | $11,109.28 | $10,000.00 | $0.00 | $10,000.00 |
| Richard J. Serpe, P.C. | $3,946,202.00 | $1,479,486.00 | $5,425,688.00 | $76,064.30 | $6,714.11 | $82,778.41 | $375,000.00 | $9,000.00 | $384,000.00 |
| Roberts & Durkee PA / Milstein Adelman | $2,619,900.00 | $0.00 | $2,619,900.00 | $155,928.82 | | $155,928.82 | $0.00 | $0.00 | $0.00 |
| Seeger Weiss LLP | $10,004,653.50 | $1,774,166.25 | $11,778,819.75 | $399,123.84 | $63,473.89 | $462,597.73 | $692,857.18 | $16,000.00 | $708,857.18 |
| Singleton Law Firm | $151,380.00 | $0.00 | $151,380.00 | $9,862.94 | | $9,862.94 | $50,000.00 | $0.00 | $50,000.00 |
| Strom Law Firm | $0.00 | $0.00 | $0.00 | $3,356.21 | | $3,356.21 | $10,000.00 | $0.00 | $10,000.00 |
| Taylor Martino, PC | $157,862.50 | $0.00 | $157,862.50 | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 |
| The Lambert Firm | $1,820,256.25 | $395,203.75 | $2,215,460.00 | $63,448.31 | $1,589.26 | $65,037.57 | $692,857.14 | $4,000.00 | $696,857.14 |
| The Steckler Law Firm | $4,515,968.75 | $687,131.25 | $5,203,100.00 | $180,679.34 | $41,036.91 | $221,716.25 | $692,857.14 | $6,000.00 | $698,857.14 |
| Thornhill Law Firm | $54,312.50 | $0.00 | $54,312.50 | $1,607.49 | | $1,607.49 | $10,000.00 | $0.00 | $10,000.00 |
| Vaughn Bowden & Wooten, PA | $50,250.00 | $0.00 | $50,250.00 | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 |

| Firm | Lodestar Inception through Dec 2013 | Lodestar Jan 2014 through Dec 2017 | Total Lodestar | Held Costs through 2014 | Held Costs Accepted from 2015 - 2017 | Total Held Costs | Assessment Contribution Inception through Dec 2013 | Assessment Contribution Jan 2014 - Dec 2017 | Total Assessment Contribution |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| VM Diaz and Partners, LLC | $882,341.25 | $40,271.25 | $922,612.50 | $16,414.31 | | $16,414.31 | $0.00 | $0.00 | $0.00 |
| Whitfield Bryson & Mason (fka Lewis & Roberts) | $4,162,384.00 | $0.00 | $4,162,384.00 | $149,666.16 | | $149,666.16 | $400,000.00 | $0.00 | $400,000.00 |
| TOTALS: | $146,552,301.15 | $62,922,602.75 | $209,474,903.90 | $3,842,822.29 | $748,216.63 | $4,591,038.92 | $11,335,000.00 | $500,000.00 | $11,835,000.00 |