# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047** |
| **THIS DOCUMENT RELATES TO:**<br><br>**ALL ACTIONS** | **SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |

## EXHIBIT "D" TO
## STEP SIX FINAL RECOMMENDATION OF THE MAJORITY OF
## THE FEE COMMITTEE REGARDING ALLOCATION OF THE COMMON BENEFIT

# FILED UNDER SEAL