UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL**

NOW COMES the Fee Committee ("FC"), who upon suggesting to the Court that on July 3, 2018, it filed the Step Six Final Recommendation of the Majority of The Fee Committee Regarding Allocation of the Common Benefit [Rec. Doc. 21455] ("Final Recommendation"). Exhibit "B" and Exhibit "D" attached to the Final Recommendation contain and/or refer to information that is confidential based on the ongoing litigation against the Taishan Defendants. Specifically, the exhibits contain extensive work product information of common benefit counsel and outline work that was done both in connection with the Knauf portion and the Taishan portion of the case, as many of the properties that received partial compensation in the Knauf interrelated Settlement Programs also contain Taishan product. The extent of work performed and specific work performed by each firm should not be disclosed at this point due to the continued litigation against the Taishan Defendants. Therefore, Exhibit "B" and Exhibit "D" should be filed UNDER SEAL. Exhibits "B" and "D" are being shared only with those firms that have sought

1

reimbursement or compensation for common benefit fees and/or reimbursement of costs, and the Court should order that those firms maintain the confidentiality of Exhibits "B" and "D."

WHEREFORE, mover prays that this motion be GRANTED and Exhibits "B" and "D" attached to Step Six Final Recommendation of the Majority of The Fee Committee Regarding Allocation of the Common Benefit [Rec. Doc. 21455] be filed UNDER SEAL, and that those firms who receive the under seal Exhibits "B" and "D" maintain confidentiality of Exhibits "B" and "D."

Respectfully submitted,

Dated:   July 3, 2018

*/s/ Russ M. Herman*
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel in MDL 2047*
*Fee Committee Co-Chair/Secretary*

Arnold Levin (on the brief)
Fred S. Longer (on the brief)
Sandra L. Duggan (on the brief)
LEVIN, SEDRAN & BERMAN LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel in MDL 2047*
*Fee Committee Chair*

2

## ADDITIONAL FEE COMMITTEE MEMBERS

Christopher Seeger
Seeger Weiss, LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Richard J. Serpe
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

***************************

Mike Ryan **(DISSENTING)**
Krupnick Cambell Malone, et al
700 S.E. Third Ave., Suite 100
Fort Lauderdale, FL  33316-1186
Phone:  (954) 763-8181
Fax:  (954) 763-8292
mryan@krupnicklaw.com

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, which will serve a notice of the uploading in accordance with the procedures established in MDL 2047, on this 3rd day of July, 2018.

                                             */s/ Leonard A. Davis*
                                             Leonard A. Davis
                                             HERMAN, HERMAN & KATZ, LLC
                                             820 O'Keefe Avenue
                                             New Orleans, Louisiana 70113
                                             Phone: (504) 581-4892
                                             Fax: (504) 561-6024
                                             Ldavis@hhklawfirm.com
                                             Plaintiffs' Liaison Counsel
                                             MDL 2047

                                             *Co-Counsel for Plaintiffs*