UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**O R D E R**

Considering the Motion for Leave to File Exhibits Under Seal filed by the Fee Committee;

IT IS ORDERED BY THE COURT that the motion is GRANTED and Exhibits "B" and "D" attached to Step Six Final Recommendation of the Majority of The Fee Committee Regarding Allocation of the Common Benefit [Rec. Doc. 21455] be and is hereby filed UNDER SEAL.

IT IS FURTHER ORDERED BY THE COURT the all law firms that have received Exhibits "B" and "D," which includes the law firms that have sought reimbursement or compensation for common benefit fees and/or reimbursement of costs, shall maintain the confidentiality of Exhibits "B" and "D" and not disclose them to others.

New Orleans, Louisiana, this ___ day of _____, 2018.

_____
Eldon E. Fallon
United States District Court Judge