IN THE UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION : L JUDGE FALLON |

Amorin, et al. v. Taishan Gypsum Co., Ltd., et al.,
Nos. 11-1395; 11-1672; and 11-1673
As to Claimants:
Kerry L. Alexander and Kim Taunton

*************************************************************************************

PLAINTIFFS KERRY L. ALEXANDER and KIM TAUNTON'S RESPONSE
IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CLAIMS
FOR FAILURE TO COMPLETE SUPPLEMENTAL PROFILE FORMS
(DOC NOS. 21351 AND 21353)

COME NOW, Plaintiffs Kerry L. Alexander and his wife, Kim Taunton, by and through their undersigned counsel of record, VAUGHN & BOWDEN, PA, and file this, their response to Defendants' Motion to Dismiss Claims for Failure to Complete Supplemental Profile Forms [Docs. 21351 and 21353], and, in support thereof, would show unto the Court as follows:

Defendants filed their motion with the Court seeking to have this Court dismiss the claims of Plaintiffs, Kerry L. Alexander and his wife, Kim Taunton, for their alleged failure to submit complete and verified Supplemental Plaintiff Profile Forms ("SPPFs") in accordance with Pre-Trial Orders 11A and 11B relating to their affected property located at No. 3 Loren Lane, Perkinston, Mississippi 39573.

Plaintiffs would respectfully show unto this Court that they properly and timely uploaded their SPPFs and supporting documents on March 9, 2018 and re-filed their SPPF with the separate verification page on March 21, 2018, in accordance with this

-2-

Court's Orders and prior to the Court-imposed deadlines.  As such, Plaintiffs submit they have timely and properly complied with this Court's Orders and, thus, Defendants' motions, as it relates to these Plaintiffs, are moot.

For the foregoing reasons, Plaintiffs submit that Defendants' Motions to Dismiss Claims for Failure to Complete Supplemental Profile Forms relating to these Plaintiffs, Kerry L. Alexander and his wife, Kim Taunton, on their affected property located at No. 3 Loren Lane, Perkinston, Mississippi 39573 should be denied.

RESPECTFULLY SUBMITTED, this the 3rd day of July, 2018.

        KERRY L. ALEXANDER and His Wife,
        KIM TAUNTON, PLAINTIFFS

BY:   VAUGHN & BOWDEN, PA
        Their Attorneys

BY:   *s/ Thomas E. Vaughn*_____
        Thomas E. Vaughn, MS Bar No. 6606

Thomas E. Vaughn, MS Bar No. 6606
VAUGHN & BOWDEN, PA
Post Office Drawer 240
Gulfport, Mississippi  39502
Telephone:   228-896-5652
Facsimile:    228-896-5689
tvaughn@vaughnbowden.com

-3-

## CERTIFICATE OF SERVICE

I, Thomas E. Vaughn, do hereby certify that the above and foregoing Response in Opposition to Defendants' Motions To Dismiss Claims For Failure To Complete Supplemental Profile Forms Objection has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

SO CERTIFIED, this 3rd day of July, 2018.

/s Thomas E. Vaughn
THOMAS E. VAUGHN, MS Bar No. 6606
Counsel for Plaintiffs

Thomas E. Vaughn, MS Bar No. 6606
VAUGHN & BOWDEN, PA
Post Office Drawer 240
Gulfport, Mississippi  39502
Telephone:   228-896-5652
Facsimile:     228-896-5689
tvaughn@vaughnbowden.com