UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: *Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, Case No. 2:11-cv-01395 (E.D. La.) *Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, Case No. 2:11-cv-1673 (E.D. Va.). | |

**PLAINTIFFS' STEERING COMMITTEE'S OMNIBUS RESPONSE TO TAISHAN AND CNBM COMPANY, BNBM GROUP AND BNBM PLC'S MOTIONS TO DISMISS CLAIMS FOR FAILURE TO COMPLETE SUPPLEMENTAL PLAINTIFF PROFILE FORMS**

I.   INTRODUCTION

The Plaintiffs' Steering Committee ("PSC") hereby jointly responds to CNBM Company, BNBM Group and BNBM PLC's (collectively the CNBM and BNBM Entities) Motion to Dismiss Certain Plaintiffs Pursuant to Federal Rule of Civil Procedure 37(b) [Rec. Doc. 21351] and Taishan's Motion to Dismiss for Failure to Complete Supplemental [Plaintiff] Profile Forms [Rec. Doc. 21353]. The proposed dismissals in both Motions are premised on the alleged failure to comply with Pre-Trial Orders 11A and 11B. The PSC disagrees that Taishan and the CNBM and BNBM entities are entitled to an outright dismissal of the Plaintiffs' claims identified in the Defendants' motions as having failed to submit a Supplemental Plaintiff Profile Form (SPPF).  As discussed below, the Defendants' characterization of certain Plaintiffs' so-called "failure to submit a SPPF" is inaccurate. Under these circumstances, the PSC contends that the motions should be denied subject to a Rule to Show Cause for each Plaintiff to establish his or her compliance with

PTO 11A and subsequent orders.

## II. FACTUAL BACKGROUND

Appended to the Defendants' Motions are lists of 177 Plaintiffs[1] that Defendants contend failed to provide a verified SPPF to date. However, 96 Plaintiffs[2] on Defendants' lists are Florida Plaintiffs whose cases have been remanded to the United States District Court for the Southern District of Florida, Judge Cooke presiding.[3] Accordingly, any argument to this Court regarding these 96 Plaintiffs' claims should be brought before Judge Cooke in the Southern District of Florida.

With respect to the remaining 81 Plaintiffs' claims, Defendants' lists are replete with inaccurate information. Thus, based upon an unsupported premise, the Defendants suggest that dismissal of each Plaintiff's claim is appropriate on the grounds that the Plaintiffs have violated this Court's orders requiring the completion of a SPPF. The Defendants contend that any Plaintiff who has not submitted a verified SPPF should receive the ultimate sanction of dismissal of their claims.

Defendants argue that dismissal of these claims is proper because the failure of submitting these SPPFs "prejudices Defendants' ability to prepare its defense in the deficient cases" [Rec. Doc. 21353-1] and they "would be prejudiced if required to proceed on remand without the most basic claim information from Plaintiffs" [Rec. Doc. 21351-1]. As the Court is well aware, all Plaintiffs in this litigation participated in discovery by completing and submitting Plaintiff Profile

---

1 Douglas Whitfield and Darrell Wilson were included on the CNBM and BNBM Entities' list but did not appear on Taishan's list. The CNBM and BNBM Entities have agreed to remove these Plaintiffs from their list. Likewise, Sunrise Lakes, 8851 Sunrise Lakes Blvd., Unit 205, was included on Taishan's list but did not appear on the CNBM and BNBM Entities' list. Taishan has agreed to remove this Plaintiff from its list.
2 *See* list of cases attached hereto as Exhibit A. *See also* Plaintiffs, Paul and Tellina Mitchell and Rebekah Lopez, Response to Defendants' Motion to Dismiss. Rec. Docs. 21449 and 21453, respectively. These claims are part of the 81 Florida Plaintiffs.
3  This Court entered a Suggestion of Remand relating to all *Amorin* Florida cases on March 12, 2018, MDL Rec. Doc. 21242, and the JPML entered a Conditional Remand Order on March 22, 2018. JPML Rec. Doc. 482. The Florida *Amorin* cases were formally remanded to the Southern District of Florida on June 6, 2018. *See Amorin et al v. Taishan Gypsum Co., Ltd.*, No. 11-22408, Rec. Doc. 13 (S.D. Fla. June 6, 2018).

Forms (PPF) pursuant to Pre-Trial Order 11. The PSC obtained and verified square footage for each property such that Defendants have notice of the size of each property. Moreover, the PSC has provided indicia and product identification for all properties, as well as prior payments to Plaintiffs under the Knauf and Global, Banner, In-Ex ("GBI") Settlements. Brown Greer also has determined and provided the ownership information for each property so Defendants can ascertain the current owners as of the date of the Class Damages Hearing (June 9, 2015), as distinguished from the former owners. The information and materials that have been provided on each property paint a very different picture than what Defendants would have this Court believe.

Nevertheless, the PSC, in its on-going effort to assist this Court in managing its docket and administrating the MDL, has taken on the burden of canvassing individual counsel representing the so-called non-compliant Plaintiffs to determine the status of their compliance with and/or their intention and efforts to comply with PTO 11A. As demonstrated in the attached Exhibits, it is noteworthy that many of the purportedly deficient Plaintiffs have submitted their SPPFs through the Brown Greer Chinese Drywall portal as required by PTO 11A. Other Plaintiffs can show good cause for their delay in submitting a SPPF. In some instances, individual counsel have indicated that their clients have agreed to dismissal of their actions.

Based upon the demonstrated compliance of certain Plaintiffs through prior submissions and the willingness of other Plaintiffs to submit SPPFs in the coming weeks, the ultimate sanction of dismissal is unwarranted at this time.

Over the past nine-plus years of litigation in these MDL proceedings, the Taishan Defendants have strategically and deliberately ignored their obligations to this Court and elected to sit on the sidelines and allow default judgments to be entered. The Defendants made countless attempts to delay the proceedings and have challenged virtually every ruling by this Court. Any prejudice caused by a three-month delay in submitting a couple dozen SPPF pales in comparison

to the prejudice caused by Defendants' delays.

### III. ARGUMENT

The dismissal of a plaintiff for failure to produce a SPPF is governed by Fed.R.Civ.P. 37, as it would amount to the ultimate discovery sanction. *See National Hockey League v. Metropolitan Hockey Club, Inc.,* 427 U.S. 639, 643 (1976) (affirming dismissal for failure to answer interrogatory answers where "flagrant bad faith" and counsel's "callous disregard" was demonstrated). Under the circumstances presented by the majority of the 81 Plaintiffs identified on the Defendants' lists (whose claims were not remanded to Florida), the ultimate sanction of dismissal is too extreme.

Plaintiffs have demonstrated their good faith willingness to produce SPPFs. Indeed, some Plaintiffs on Defendants' lists for dismissal have already submitted their SPPF. Other Plaintiffs are making every effort to comply with this Court's Orders but have come across unexpected complications. This litigation has been going on for nine years. Many Plaintiffs have moved and lost their homes making it difficult for individual counsel to reach them. For these individuals, the sanction of dismissal would be extreme and draconian. The PSC firmly believes that a due process violation would occur if these individual claims were dismissed under these circumstances.

Out of the 81 properties on the Defendants' lists, 17 have been cured, 20 have filed a SPPF and are working diligently to get the verification executed, 1 is not part of the *Amorin* class, and 4 have filed a Notice of Voluntary Dismissal.[4] Any argument relating to those 42 claims is moot. Rather than an outright dismissal of the remaining 39 cases,[5] the PSC submits that a Rule to Show

---

4 *See* list of cases attached hereto as Exhibit B. *See also* Plaintiffs, Kerry Alexander and Kim Taunton, Response in Opposition to Defendants' Motion to Dismiss. Rec. Doc. 21458. This claim is included in the 42 cases on Exhibit B.
5 *See* list of cases attached hereto as Exhibit C. *See also* Becnel Law Firm's Objection to Defendants' Motion to Dismiss filed on behalf of Silas Battie, Charles and Tracy Bowden, Konrad Hampton, Lawrence Murphy, and Sandra Steffy. Rec. Doc. 21445. These 5 claims are included in the 39 cases on Exhibit C.

4

Cause should issue against any of the Plaintiffs who fail to produce a SPPF. Notice must be provided to the claimant and an opportunity granted by the Court to comply with the discovery request. For those Plaintiffs, if they do not come forward on the Rule to Show Cause with evidence of compliance, then the PSC would submit that dismissal of their claims, without prejudice, would be within the Court's authority.

## IV.     CONCLUSION

For the reasons set forth above, the PSC respectfully requests that the Defendants' motions to dismiss for Plaintiffs' failure to submit a SPPF should be denied without prejudice for all claims. Any argument regarding the 96 Florida cases on Defendants' lists should be brought before Judge Cooke. For the remaining 81 cases outside of Florida, an appropriate period should be allowed for Plaintiffs to produce SPPFs. In fact, we expect many SPPFs to be produced in the near future. Thereafter, a Rule to Show Cause should issue as to any remaining Plaintiffs so that they may have one last opportunity to establish their bona fide intention to comply with PTO 11A and submit a SPPF. Only at that time, if there is a demonstrated failure to comply with this Court's efforts to obtain compliance, is dismissal warranted.

Respectfully submitted,

Dated: July 3, 2018

/s/ Leonard A. Davis
Russ M. Herman (LA Bar No. 6819) (on the Brief)
Leonard A. Davis (LA Bar No. 14190) (on the Brief)
Stephen J. Herman (LA Bar No. 23129) (on the Brief)
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
RHerman@hhklawfirm.com
*Plaintiffs' Liaison Counsel MDL 2047*

5

Arnold Levin (on the Brief)
Fred S. Longer (on the Brief)
Sandra L. Duggan (on the Brief)
Levin Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios (on the Brief)
Emma Kingsdorf Schwab (on the Brief)
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Robert M. Becnel,
Law Office of Robert M. Becnel
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 359-6101
Fax: (985) 651-6101
robbecnel@aol.com

Salvadore Christina, Jr.
Becnel Law Firm, LLC
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 536-1186
Fax: (985) 536-6445
schristina@becnellaw.com

Peter Prieto
Podhurst Orseck, PA
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
pprieto@podhurst.com

Bruce William Steckler
Steckler Gresham Cochran
12720 Hillcrest Road, Suite 1045
Dallas, TX 75230
Phone: (972) 387-4040
Fax: (972) 387-4041
bruce@stecklerlaw.com

Patrick Montoya
Colson, Hicks, Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
patrick@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
Echsner & Proctor, PA
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
The Lambert Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com

Pete Albanis
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Myers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
palbanis@forthepeople.com

James R. Reeves, Jr.
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@rmlawcall.com

Christopher A. Seeger
Seeger Weiss, LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ   07660
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5002
dan@wbmllp.com

Richard J. Serpe
Law Offices of Richard J. Serpe
Crown Center, Suite 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Victor M. Diaz, Jr.
V.M. Diaz and Partners, LLC
119 Washington Ave., Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

Anthony D. Irpino
IRPINO AVIN HAWKINS LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

Gerald E. Meunier
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2800
Phone:   (504) 522-2304
Fax:   (504) 528-9973
gmeunier@gainsben.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W., Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax:  (202) 540-7201
rlewis@hausfeldllp.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

**CERTIFICATE OF SERVICE**

  I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, which will serve a notice of the uploading in accordance with the procedures established in MDL 2047, on this 3rd day of July, 2018.

             /s/ Leonard A. Davis
             Leonard A. Davis
             HERMAN, HERMAN & KATZ, LLC
             820 O'Keefe Avenue
             New Orleans, Louisiana 70113
             Phone: (504) 581-4892
             Fax: (504) 561-6024
             Ldavis@hhklawfirm.com

             *Plaintiffs' Liaison Counsel*
             *MDL 2047*