# EXHIBIT A

| # | Claimant Name | Affected Property Address | City | State | Zip | Counsel |
|---|---|---|---|---|---|---|
| 1 | Abromatts, Clifford and Worobec, Janice | 3437 Lago de Talavera | Wellington | FL | 33467 | Colson, Hicks, Eidson  Levin, Fishbein, Sedran & Berman  Hausfeld LLP  Law Offices of Richard J. Serpe |
| 2 | Amaral, Antonio and Isabel | 5221 Athens Way | Venice | FL | 34293 | Parker Waichman |
| 3 | Arrington, Angel | 2113 Delightful Drive | Ruskin | FL | 33570 | Reich & Binstock |
| 4 | Brik, Beni | 240 West End Dr., Unit 1311 | Punta Gorda | FL | 33950 | Baron & Budd/Allison Grant |
| 5 | Brik, Beni | 240 West End Dr., Unit 1312 | Punta Gorda | FL | 33950 | Baron & Budd/Allison Grant |
| 6 | Buckley, Stephen and Cathleen | 3041 59th Avenue, South | St. Petersburg | FL | 33712 | Morgan & Morgan |
| 7 | Caputo, Marc Turer, Scott | 2220 Soho Bay Court | Tampa | FL | 33606 | Parker Waichman |
| 8 | Ceminsky, Gerald and Margaret | 2572 Keystone Lake Drive | Cape Coral | FL | 33993 | Roberts & Durkee PA  Milstein Adelman LLP |
| 9 | Connolly, Megan | 1976 NW 79 Terrace | Pembroke Pines | FL | 33024 | Colson, Hicks, Eidson  Levin, Fishbein, Sedran & Berman  Hausfeld LLP  Law Offices of Richard J. Serpe |
| 10 | Cummings, Brian and Leslie | 221 SE 24th Street | Cape Coral | FL | 33990 | Parker Waichman |
| 11 | Daigle, Eric | 3913-5 SW Santa Barbara Place | Cape Coral | FL | 33914 | Parker Waichman |
| 12 | Delayo, William and Jennifer | 19848 Maddelena Circle | Ft. Myers | FL | 33967 | Colson, Hicks, Eidson  Levin, Fishbein, Sedran & Berman  Hausfeld LLP  Law Offices of Richard J. Serpe |
| 13 | Dobric, Mario | 1690 Renaissance Commons Blvd., Unit 1228 | Boynton Beach | FL | 33426 | Whitfield, Bryson & Mason |
| 14 | Emerald Greens at Carrollwood, LLC | 13942 Clubhouse Drive (6B) | Tampa | FL | 33618 | Cook Sadorf Law |
| 15 | Emerald Greens at Carrollwood, LLC | 4143 Courtside Way (2C) | Tampa | FL | 33618 | Cook Sadorf Law |
| 16 | Emerald Greens at Carrollwood, LLC | 4145 Courtside Way (2B) | Tampa | FL | 33618 | Cook Sadorf Law |
| 17 | Epstein, Kim | 2556 Keystone Lake Drive | Cape Coral | FL | 33993 | Roberts & Durkee PA  Milstein Adelman LLP |
| 18 | Ercolino, Vincent | 1690 Renaissance Commons Blvd., Unit 1206 | Boynton Beach | FL | 33426 | Whitfield, Bryson & Mason |
| 19 | Garcia, Alexander and Sylvia | 8049 West 36th Avenue, Unit #1 | Hialeah | FL | 33018 | Parker Waichman |
| 20 | Gaylord, Peter | 240 West End Drive # 321 | Punta Gorda | FL | 33950 | Baron & Budd/Allison Grant |
| 21 | Gaylord, Peter | 240 West End Drive # 322 | Punta Gorda | FL | 33950 | Baron & Budd/Allison Grant |
| 22 | GFB Properties, LLC c/o Daniel Gleinig | 325 NW 25th Terrace | Cape Coral | FL | 33991 | Morgan & Morgan |
| 23 | Gobel, Jason and Cynthia | 5771 S.W. 162nd Court | Miami | FL | 33193 | Morgan & Morgan |
| 24 | Gobos, Peter V. | 9607 Exbury Court | Parkland | FL | 33076 | Krupnick Cambell |
| 25 | Gonzales, Damian/Taimi | 3770 7th Avenue SW, Naples, FL 34117 | Naples | FL | 34117 | Morgan & Morgan |
| 26 | Gottung, Douglas and Deolores Florio | 10360 SW Stephanie Way, Unit #204 | Port St. Lucie | FL | 34987 | Colson, Hicks, Eidson |

| # | Claimant Name | Affected Property Address | City | State | Zip | Counsel |
|---|---|---|---|---|---|---|
| 27 | Guerreiro, Michael and Nancy | 15336 Yellow Wood Drive | Alva | FL | 33920 | Parker Waichman |
| 28 | Helmick, Maria and Timothy | 8931 SW 228th Lane | Miami | FL | 33190 | Pro Se |
| 29 | Huynh, Phuong | 18208 Saltwater Run Place | Tampa | FL | 33647 | Pro Se |
| 30 | Intelconst Investments, LLC | 240 West End Dr., #1521 | Punta Gorda | FL | 33950 | Baron & Budd/Allison Grant |
| 31 | Katz, Barry and Rebecca | 11011 Gulf Reflections Drive, 406A | Ft. Myers | FL | 33907 | Roberts & Durkee PA  Milstein Adelman LLP |
| 32 | Kent, Edward and Donna | 14143 Citrus Crest Circle | Tampa | FL | 33625 | Allison Grant, P.A.  Baron & Budd, P.C.  Alters Boldt Brown Rash & Culmo |
| 33 | Kepouros, James and Delia | 1936 Four Mile Cove | Cape Coral | FL | 33990 | Allison Grant, P.A. |
| 34 | Kessler, Andrew and Katherine | 3056 Juniper Lane | Davie | FL | 33330 | Allison Grant, P.A.  Baron & Budd, P.C.  Alters Boldt Brown Rash & Culmo |
| 35 | King Properties Ltd. | 240 West End Drive Unit 1511 | Punta Gorda | FL | 33950 | Baron & Budd/Allison Grant |
| 36 | Kramer, Ronald and Anita | 1660 Renaissance Commons Blvd., Unit 2310 | Boynton Beach | FL | 33426 | Whitfield, Bryson & Mason |
| 37 | Krause, Howard as Trustee of the Naomi Krause Revocable Trust | 1690 Renaissance Commons Blvd, Unit 1109 | Boynton Beach | FL | 33426 | Whitfield, Bryson & Mason |
| 38 | Labell, Barry | 10560 SW Stephanie Way, Unit 206 | Port St. Lucie | FL | 34987 | Colson, Hicks, Eidson |
| 39 | Lefont, David and Garcia, Michelle | 106 Southwest Milburn Circle | Port St. Lucie | FL | 34953 | Leopold~Kuvin, P.A. |
| 40 | Leone, Michael | 1690 Renaissance Commons Blvd, Unit #1202 | Boynton Beach | FL | 33426 | Whitfield, Bryson & Mason |
| 41 | Lewis, Jayme and Todd | 6040 Jonathan's Bay Circle, Unit 501 | Ft. Myers | FL | 33908 | Parker Waichman |
| 42 | Lindemann, Steve and Terri | 6012 NW 116th Drive | Coral Springs | FL | 33076 | Baron & Budd, P.C. |
| 43 | Lopez, Rebekah | 1940 SE 23 Avenue | Homestead | FL | 33035 | VM Diaz and Partners |
| 44 | Madigan, Murphy | 1660 Renaissance Commons Blvd., Unit 2119 | Boynton Beach | FL | 33426 | Whitfield, Bryson & Mason |
| 45 | Maesel, Shawn | 1660 Renaissance Commons Blvd., Unit 2417 | Boynton Beach | FL | 33426 | Whitfield, Bryson & Mason |
| 46 | Mancini, Richard | 11813 Bayport Lane 304 | Ft. Myers | FL | 33908 | Parker Waichman |
| 47 | Massaro, Mario | 240 West End Drive #823 | Punta Gorda | FL | 33950 | Baron & Budd/Allison Grant |
| 48 | Mendez, Lincoln and America | 4180 North Highway A1A Unit 801B | Hutchinson Island | FL | 34949 | Colson, Hicks, Eidson  Levin, Fishbein, Sedran & Berman  Hausfeld LLP  Law Offices of Richard J. Serpe |
| 49 | Meyer, Harry E. Jr. | 3014 Spruce Street | Zolfo Springs | FL | 33890 | Reich & Binstock |
| 50 | Mike, Tamas and Blanar, Eva | 6302 N. 17th Street | Tampa | FL | 33610 | Morgan & Morgan |
| 51 | Mirakian, Samuel | 20316 Larino Loop | Estero | FL | 33928 | Morgan & Morgan |
| 52 | Mitchell, Paul and Tellina | 10902 NW 83rd Street Building 7, Unit 201 | Doral | FL | 33178 | Podhurst Orseck |

| # | Claimant Name | Affected Property Address | City | State | Zip | Counsel |
|---|---|---|---|---|---|---|
| 53 | Molina, Carlos and Margarita | 1690 Renaissance Commons Blvd., Unit 1308 | Boynton Beach | FL | 33426 | Whitfield, Bryson & Mason |
| 54 | Mosley, Shawn | 10440 SW Stephanie Way, Unit 203 | Port St. Lucie | FL | 34987 | Pro Se |
| 55 | Negrov, Pavel | 1316 Nucelli Road | North Port | FL | 34288 | Norton, Hammersley, Lopez & Skokos, P.A.  James, Hoyer, Newcomer & Smiljanich, P.A. |
| 56 | Neri, Carl | 9435 West Maiden Court | Vero Beach | FL | 32963 | Reich & Binstock |
| 57 | Nunez, Alvaro | 10833 NW 79 St. | Doral | FL | 33178 | Colson, Hicks, Eidson  Levin, Fishbein, Sedran & Berman  Hausfeld LLP  Law Offices of Richard J. Serpe |
| 58 | Ovicher, Joseph and Celine | 1690 Renaissance Commons Blvd., Unit 1417 | Boynton Beach | FL | 33426 | Whitfield, Bryson & Mason |
| 59 | Packard, Suki and Michael | 3028 Lake Manatee Court | Cape Coral | FL | 33909 | Roberts & Durkee PA  Milstein Adelman LLP |
| 60 | Palmer, Olga | 1233 Kendari Terrace | Naples | FL | 34113 | Roberts & Durkee PA  Milstein Adelman LLP |
| 61 | Patterson, Gary and Nicole | 3096 Juniper Lane | Davie | FL | 33330 | Pro Se |
| 62 | Pena, Orlando | 824 SW 17th Street | Cape Coral | FL | 33991 | Parker Waichman |
| 63 | Perez, Adela | 12430 SW 50 Street, Unit 113 | Miramar | FL | 33027 | Baron & Budd, P.C. |
| 64 | Perez, Carlos | 8129 W 36th Street Unit #3 | Hialeah | FL | 33018 | Parker Waichman |
| 65 | Pernell, Staci | 2082 Sundown Drive | Clearwater | FL | 33763 | Colson, Hicks, Eidson  Levin, Fishbein, Sedran & Berman  Hausfeld LLP  Law Offices of Richard J. Serpe |
| 66 | Poggio, James and Janice | 13409 Ainsworth Lane | Port Charlotte | FL | 33981 | Whitfield, Bryson & Mason |
| 67 | Polychronopoulos, Nathalie and George | 1660 Renaissance Commons Blvd. Unit 2210 | Boynton Beach | FL | 33426 | Whitfield, Bryson & Mason |
| 68 | Querol, Damien | 3301 NE 183rd Street, Unit 1207 | Aventura | FL | 33160 | Podhurst Orseck |
| 69 | Racius, Lubraine and Anese | 4013 24th Street SW | Lehigh Acres | FL | 33971 | Parker Waichman |
| 70 | Redway, Robert and Galina | 2521 Whitesand Lane | Clearwater | FL | 33763 | Allison Grant, P.A.  Baron & Budd, P.C.  Alters Boldt Brown Rash & Culmo |
| 71 | Renzetti, Nicholas and Adrienne | 1690 Renaissance Commons Blvd., Unit 1321 | Boynton Beach | FL | 33426 | Whitfield, Bryson & Mason |
| 72 | Robles, Amparo and Jose | 12430 SW 50th Street, Apt. 147 | Miramar | FL | 33027 | Parker Waichman |
| 73 | Rodriguez, Otonier and Margarita | 14141 Whitter Lane | Port Charlotte | FL | 33981 | Whitfield, Bryson & Mason |
| 74 | Santiago, Angel and Yvette | 4018 NW 12th Street | Cape Coral | FL | 33993 | Parker Waichman |
| 75 | Santiago, Cesar and Crespo, Eileen | 12978 Turtle Cove Trail | North Ft. Myers | FL | 33903 | Parker Waichman |
| 76 | Schandelmeier, Patricia | 25748 Deep Creek Blvd. | Punta Gorda | FL | 33983 | Pro Se |
| 77 | Smith, Richard | 8001 Sherwood Circle | Labelle | FL | 33935 | Parker Waichman |
| 78 | Suarez, Eduardo and Mercedes | 14113 Stilton Street | Tampa | FL | 33626 | Levin Papantonio |

| # | Claimant Name | Affected Property Address | City | State | Zip | Counsel |
|---|---|---|---|---|---|---|
| 79 | Suarez, Humberto | 208 SE 6th Street | Cape Coral | FL | 33990 | Roberts & Durkee PA  Milstein Adelman LLP |
| 80 | Swan, Christiana and Harwick, Michael | 14125 Stowbridge Avenue | Tampa | FL | 33626 | Levin Papantonio |
| 81 | Trillo, Raquel | 12421 SW 50 CT, Unit 303 | Miramar | FL | 33027 | Baron & Budd, P.C. |
| 82 | Urso, Christopher | 2120 Delightful Drive | Ruskin | FL | 33570 | Reich & Binstock |
| 83 | Urtubey, Jason | 2617 69th Street W | Lehigh Acres | FL | 33971 | Reich & Binstock |
| 84 | Vaca, Amada | 1152 SW Kickaboo Road | Port St. Lucie | FL | 34953 | Allison Grant, P.A.  Baron & Budd, P.C. |
| 85 | Vargas, Odilio | 1690 Renaissance Commons Blvd., Unit 1424 | Boynton Beach | FL | 33426 | Whitfield, Bryson & Mason |
| 86 | Verderame, Frances | 1690 Renaissance Commons Blvd., Unit 1219 | Boynton Beach | FL | 33426 | Whitfield, Bryson & Mason |
| 87 | Voskressensky, Andre and Goldstein, Janet | 8627 Cobblestone Point Circle | Boynton Beach | FL | 33427 | Baron & Budd, P.C. |
| 88 | Walker, Andrew and Cathy | 7460 Bridgeview Drive | Wesley Chapel | FL | 33545 | Allison Grant, P.A.  Baron & Budd, P.C.  Alters Boldt Brown Rash & Culmo |
| 89 | Watson, Jerry; Gordon; Karen and Charles | 1759 Fuller Drive | Gulf Breeze | FL | 32563 | Levin Papantonio |
| 90 | Weekley, William and Charlotte | 6227 Clear Creek Road | Milton | FL | 32570 | Levin Papantonio |
| 91 | Whitney, Brian | 435 S. Oregon Avenue Unit 402 | Tampa | FL | 33606 | Reich & Binstock |
| 92 | Wiley, John | 1541 Gerona Terrace | North Point | FL | 34286 | Whitfield, Bryson & Mason |
| 93 | Wiley, Thad | 1660 Renaissance Commons Blvd., Unit 2111 | Boynton Beach | FL | 33426 | Whitfield, Bryson & Mason |
| 94 | Winsome, Russell n/k/a Hutchinson, Winsome | 184 Wanatah Avenue | Lehigh Acres | FL | 33874 | Morgan & Morgan |
| 95 | Wong, Kenneth | 4230 NW. 33rd Street | Cape Coral | FL | 33993 | Allison Grant, P.A.  Baron & Budd, P.C. |
| 96 | Zavala, Carlos | 14119 Danpark Loop | Ft. Myers | FL | 33912 | Parker Waichman |