# EXHIBIT B

| # | Claimant Name | Affected Property Address | City | State | Zip | Counsel | Note |
|---|---|---|---|---|---|---|---|
| 1 | Alexander, Kerry L. and Taunton, Kim | No. 3 Loren Lane | Perkinston | MS | 39573 | Vaughn & Bowden, PA | A verified SPPF has been submitted |
| 2 | Bertholette, Anna and Lund, Leslie | 4412 Olive Drive | Meraux | LA | 70075 | Bencomo & Associates | A verified SPPF has been submitted |
| 3 | Bertrand, Yolanda J.; Joseph, Terry L., Charles, Jr., Toran W. And Troylon | 5535 Vermillion Blvd. | New Orleans | LA | 70122 | Herman, Herman & Katz | A verified SPPF has been submitted |
| 4 | Bienemy, Eric | 2823 Daniel Drive | Violet | LA | 70092 | Bencomo & Associates | A verified SPPF has been submitted |
| 5 | Bilbo, Chester M. Jr. | 403 Seventh Street | Bay St. Louis | MS | 39520 | Reeves & Mestayer | Plaintiff submitted an SPPF but failed to provide a verification and needs more time to do so. |
| 6 | Bishop, Brian | 60 Oak Lane | Waynesboro | MS | 39367 | Hawkins Gibson | Plaintiff submitted an SPPF but failed to provide a verification and needs more time to do so. |
| 7 | Bland, Elbert and Gloria | 2315-17 Industry Street | New Orleans | LA | 70122 | Reich & Binstock | Plaintiff submitted an SPPF but failed to provide a verification and needs more time to do so. |
| 8 | Breckenridge, Russell | 311 South Laurel Street | Amite | LA | 70422 | Hawkins Gibson | Plaintiff submitted an SPPF but failed to provide a verification and needs more time to do so. |
| 9 | Brock, Ora | 2026 Clouet Street | New Orleans | LA | 70117 | Reich & Binstock | Plaintiff submitted an SPPF but failed to provide a verification and needs more time to do so. |
| 10 | Chestnut, Thomas | 3700 Lena Drive | Chalmette | LA | 70043 | Reich & Binstock | Plaintiff submitted an SPPF but failed to provide a verification and needs more time to do so. |
| 11 | Crandle, Angela | 2232/2234 Joliet Street | New Orleans | LA | 70118 | Reich & Binstock | Plaintiff submitted an SPPF but failed to provide a verification and needs more time to do so. |
| 12 | DeOliveira, Harry | 1819 Carriage Oak Ct. | Hartsville | SC | 29550 | Reich & Binstock | Plaintiff submitted an SPPF but failed to provide a verification and needs more time to do so. |
| 13 | Dillon, Ray and Selestin | 30147 Ola Magee Road | Angie | LA | 70426 | Martzell & Bickford | Plaintiff submitted an SPPF but failed to provide a verification and needs more time to do so. |
| 14 | Dowell, Darren and Kim | 421 Lavoisier Street | Gretna | LA | 70053 | Martzell & Bickford | Plaintiff submitted an SPPF but failed to provide a verification and needs more time to do so. |
| 15 | England, Charles P., Sr. | 2516 Reunion Drive | Violet | LA | 70092 | Whitfield, Bryson & Mason | Plaintiff submitted an SPPF but failed to provide a verification and needs more time to do so. |
| 16 | Farve, Crystal | 5032 Sixth Street | Bay St. Louis | MS | 39520 | Reeves & Mestayer | Plaintiff submitted an SPPF but failed to provide a verification and needs more time to do so. |
| 17 | Fields, Lawrence | 384 Hunter Avenue | Pass Christian | MS | 39571 | Hawkins Gibson | Plaintiff submitted an SPPF but failed to provide a verification and needs more time to do so. |
| 18 | Foxworth, Margie | 360 Church Avenue | Pass Christian | MS | 39571 | Reeves & Mestayer | Plaintiff submitted an SPPF but failed to provide a verification and needs more time to do so. |

| # | Claimant Name | Affected Property Address | City | State | Zip | Counsel | Note |
|---|---|---|---|---|---|---|---|
| 19 | Frazier, Debra | 10231 Castlewood Drive | New Orleans | LA | 70127 | Reich & Binstock | A verified SPPF has been submitted |
| 20 | Givins, Larry and Rose | 6007-9 Warfield Street | New Orleans | LA | 70126 | Reich & Binstock | Plaintiff submitted an SPPF but failed to provide a verification and needs more time to do so. |
| 21 | Gonzalez, Robert and Natasha | 1816 Michelle Drive | St. Bernard | LA | 70085 | Law Offices of Sidney D. Torres, III | A verified SPPF has been submitted |
| 22 | Hill, Jamar | 4736 Rosalia Drive | New Orleans | LA | 70127 | Hurricane Legal Center, LLC | A verified SPPF has been submitted |
| 23 | Hudson, Chad and Melissa | 5522 Travellers Court | Satsuma | AL | 36572 | Taylor Martino Zarzaur, PC | A verified SPPF has been submitted |
| 24 | Ingram, Richard L. and Sylvia A. | 2400 Veronica Drive | Chalmette | LA | 70043 | Herman, Herman & Katz | A verified SPPF has been submitted |
| 25 | Isichei, Obi | 104 Covington Meadows Cl., Unit L | Covington | LA | 70433 | Paul A. Lea, Jr., APLC | NVD filed 6/25/18. Rec. Doc. 21428. |
| 26 | Jones, William and Margie | 5403 West End Blvd. | New Orleans | LA | 70124 | Hurricane Legal Center, LLC | A verified SPPF has been submitted |
| 27 | Lopez, Christie | 92 Oak Lane | Waynesboro | MS | 39367 | Hawkins Gibson | A verified SPPF has been submitted |
| 28 | Louis, Exilus and Alexis, Roselene | 4727 Rosalia Drive | New Orleans | LA | 70163 | Gainsburgh Benjamin | Plaintiff submitted an SPPF but failed to provide a verification and needs more time to do so. |
| 29 | Mack, Thomas Jr. | 2117 Colonial Blvd. | Violet | LA | 70092 | Matthews & Associates | NVD filed 6/27/18. Rec. Doc. 21430. |
| 30 | Moore, Johnny and Brenda | 1464 Edward Street | Dolomite | AL | 35061 | Whitfield, Bryson & Mason | A verified SPPF has been submitted |
| 31 | Murphy, Lawrence and Sharon | 7021 Mayo Boulevard | New Orleans | LA | 70126 | Becnel Law Firm/ Morris Bart LLC | Plaintiff submitted an SPPF but failed to provide a verification and needs more time to do so. |
| 32 | Noldge, Don | 2046 Beach Blvd. | Biloxi | MS | 39531 | Hawkins Gibson | Plaintiff submitted an SPPF but failed to provide a verification and needs more time to do so. |
| 33 | Prosser, Charles; Davis, Laura Prosser, as Administrator of the Estate of Charles Harris Prosser | 725 Navarre Avenue | New Orleans | LA | 70124 | Herman, Herman & Katz | NVD filed 7/3/18. Rec. Doc. 21454. |
| 34 | Rankins, Edward and Pamela | 4841 Francisco Verrette Drive | New Orleans | LA | 70126 | Reich & Binstock | A verified SPPF has been submitted |
| 35 | Seymore, Danny | 86 Legends Lane | Arley | AL | 35057 | Collins & Horsley, P.C. | Plaintiff is not in the *Amorin* class |
| 36 | St. Martin Lion's Club c/o Don Richardson | 15900 La Moyne Blvd. | Biloxi | MS | 39532 | Taylor Martino Zarzaur, PC | NVD filed 7/2/18. Rec. Doc. 21451. |
| 37 | Steele, Wanda E. | 7821 Mullett Street | New Orleans | LA | 70126 | Reich & Binstock | A verified SPPF has been submitted |
| 38 | Tarver, Theodore and Cynthia | 1016 Woodbrook Road | Birmingham | AL | 35215 | Whitfield, Bryson & Mason | A verified SPPF has been submitted |
| 39 | Taylor, Travis | 11090 Douglas Road | Grand Bay | AL | 36541 | Reeves & Mestayer | Plaintiff submitted an SPPF but failed to provide a verification and needs more time to do so. |
| 40 | Tracey, Ron and Hazel | 402 Waveland Avenue | Waveland | MS | 39576 | Hawkins Gibson | A verified SPPF has been submitted |
| 41 | Wells, Crystal | 534 Angela Street | Arabi | LA | 70032 | Hurricane Legal Center, LLC | A verified SPPF has been submitted |
| 42 | Williams, Deborah | 2101 Caluda Lane | Violet | LA | 70092 | Whitfield, Bryson & Mason, LLP Matthews & Associates | Plaintiff submitted an SPPF but failed to provide a verification and needs more time to do so. |