# EXHIBIT C

| # | Claimant Name | Affected Property Address | City | State | Zip | Counsel |
|---|---|---|---|---|---|---|
| 1 | 2522 Cambronne Street, LLC c/o Toso, Michael J. III | 2514 Cambronne Street | New Orleans | LA | 70130 | Pro Se |
| 2 | Battie, Silas | 4668 Corrinne Street | New Orleans | LA | 70127 | Becnel Law Firm, LLC |
| 3 | Bazemore, Larry | 183 Mulberry Lane | Hertford | NC | 27944 | Colson, Hicks, Eidson  Levin, Fishbein, Sedran & Berman  Hausfeld LLP  Law Offices of Richard J. Serpe |
| 4 | Bowden, Charles and Tracy | 73 Thomas School Road | Lumberton | MS | 39455 | Becnel Law Firm/ Morris Bart LLC |
| 5 | Braden, Tiffany as Representative of the Estate of Jane Bienemy, Deceased | 2024 Guerra Drive | Violet | LA | 70092 | Pro Se |
| 6 | Bridges, Juanita and William | 1449 Mirabeau Avenue | New Orleans | LA | 70122 | Hurricane Legal Center, LLC |
| 7 | Brown, Kerri and Jack | 2729 Reunion Drive | Violet | LA | 70092 | Hurricane Legal Center, LLC |
| 8 | Duvernay, Victor | 5115 Chamberlin Street | New Orleans | LA | 70122 | Hurricane Legal Center, LLC |
| 9 | Falls, Jameson and Lauren | 852 Barkley Drive | Alabaster | AL | 35007 | Whitfield, Bryson & Mason |
| 10 | Fulton, David and Marjorie | 3370 Montgomery Street | Mandeville | LA | 70448 | Whitfield, Bryson & Mason |
| 11 | Hampton, Konrad | 2514 Kenneth Drive | Violet | LA | 70092 | Becnel Law Firm, LLC |
| 12 | Hudson, Adam | 1818 Perdido Blvd. | Gautier | MS | 39553 | Hawkins Gibson |
| 13 | James, Ken & Vita, Thomas (James & Vita, LLC) | 3808 Gallo Drive | Chalmette | LA | 70043 | Parker Waichman |
| 14 | Johnson, Fred and Sylvia | 1562 Davis Acres Drive | Alpine | AL | 35226 | Whitfield, Bryson & Mason |
| 15 | Johnson, Walter | 4342 Sybil Street | New Orleans | LA | 70122 | Hurricane Legal Center, LLC |
| 16 | Jones, Christopher B. | 5527 13th Avenue South | Birmingham | AL | 35222 | Whitfield, Bryson & Mason |
| 17 | Lamarque, Carroll Jr. | 708 Magistrate Street | Chalmette | LA | 70043 | Pro Se |
| 18 | Landry, Merritt A. | 738 Angela Street | Arabi | LA | 70032 | Herman, Herman & Katz |
| 19 | Lazard, Norma | 14401 Morrison Road | New Orleans | LA | 70128 | Hurricane Legal Center, LLC |
| 20 | Nicholas, Barbara | 7732 Dogwood Drive | New Orleans | LA | 70126 | Hurricane Legal Center, LLC |
| 21 | Patterson, Manuel | 6105-6107 Todd Street | New Orleans | LA | 70117 | Hurricane Legal Center, LLC |
| 22 | Peoples, Debra | 1350 Park Brooke Circle | Marietta | GA | 30008 | Herman, Herman & Katz |
| 23 | Rogers, Billy W. on behalf of Rogers Company | 3236 Van Cleave | Meraux | LA | 70075 | Law Offices of Sidney D. Torres, III |
| 24 | Rogers, Billy W. on behalf of Rogers Company | 4501 Colony Drive Meraux, LA 70075 | Meraux | LA | 70075 | Law Offices of Sidney D. Torres, III |
| 25 | Rogers, Billy W. on behalf of Rogers Company | 4505 Colony Drive Meraux, LA 70075 | Meraux | LA | 70075 | Law Offices of Sidney D. Torres, III |
| 26 | Rogers, Michelle L. (nka Michelle Canepa) | 8313 Creole Drive | Chalmette | LA | 70043 | Herman, Herman & Katz |
| 27 | Sentino, Hubert | 3605/3607 Frenchmen Street | New Orleans | LA | 70122 | Hurricane Legal Center, LLC |
| 28 | Sims, Sarah and Michael | 2017 Guerra Drive | Violet | LA | 70092 | Hurricane Legal Center, LLC |
| 29 | Steffy, Sandra and Meyers, Peggy | 26121 Highway 40 | Bush | LA | 70431 | Becnel Law Firm, LLC |
| 30 | Thrower, Christopher | 541 Ledbetter Road | Munford | AL | 36268 | Whitfield, Bryson & Mason |
| 31 | Tillman, Joel | 7522 Lucerne Street | New Orleans | LA | 70128 | Hurricane Legal Center, LLC |
| 32 | Waiters, James and Terrea | 3108 Angelique Drive | Violet | LA | 70092 | Hurricane Legal Center, LLC |

| # | Claimant Name | Affected Property Address | City | State | Zip | Counsel |
|---|---|---|---|---|---|---|
| 33 | Walker, Christopher and Tanya | 712 Stanhope Close | Chesapeake | VA | 23320 | Colson, Hicks, Eidson  Levin, Fishbein, Sedran & Berman  Hausfeld LLP  Law Offices of Richard J. Serpe |
| 34 | Washington, Monique | 5251 East Idlewood Court | New Orleans | LA | 70128 | Hurricane Legal Center, LLC |
| 35 | Welcome, Dave and Darnell | 7619 Berg Street | New Orleans | LA | 70128 | Hurricane Legal Center, LLC |
| 36 | Williams, Albert | 3015 Clouet Street | New Orleans | LA | 70126 | Hurricane Legal Center, LLC |
| 37 | Williams, Logan A. | 2429 Judy Drive | Meraux | LA | 70075 | Herman, Herman & Katz |
| 38 | Williams, Raymond and Johnell | 7150 West Renaissance Court | New Orleans | LA | 70128 | Hurricane Legal Center, LLC |
| 39 | Wilson, Alton and Rhonda | 15570 Hwy. 104 | Silverhill | AL | 36576 | Levin Papantonio |