UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALLPRODUCTS LIABILITY LITIGATION | MDL NO. 2:09-MD-02047 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| Amorin, et al. v. Taishan Gypsum Co., Ltd., et al, Case No. 11-1395 (EDLA) | |
| Amorin, et al. v. Taishan Gypsum Co., Ltd., et al, Case No. 11-1672 (EDLA) | MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |
| Amorin, et al. v. Taishan Gypsum Co., Ltd., et al., Case No. 11-1673 (EDLA) | |

**PLAINTIFF'S RESPONSE TO CNBM COMPANY, BNBM GROUP, AND
BNBM PLC'S MOTION TO DISMISS CERTAIN PLAINTIFFS PURSUANT TO FEDERAL
RULE OF CIVIL PROCEDURE 37(b) AND MOTION FOR ADDITIONAL TIME TO RESPOND**

Comes now the law firm of Reeves and Mestayer, PLLC on behalf of all claimants listed on Exhibit "A", and files this Response to CNBM Company, BNBM Group, and BNBM PLC's Motion to Dismiss Certain Plaintiffs Pursuant to Federal Rule of Civil Procedure 37(b) and Motion for Additional Time to Respond, and in support of same show unto the Court as follows:

1.

Claimant's counsel has been working diligently to secure updated supplemental profie information and verification signatures from those claimants listed on Exhibit "A".  See Plaintiff's Affidavit attached hereto as Exhibit "B".

2.

Claimants have provided a Supplemental Profile Form with the exception of the verification signatures and additional time to secure the signatures would not be prejudicial to any parties in this matter.

3.

The claimants respectfully request this Court enter an Order denying the Motion to

Dismiss as to each of the claimants listed on Exhibit "A" and allow additional time to secure

updated profile form information and verification signatures of those claimants.

/s/ James R. Reeves, Jr.
JAMES R. REEVES, JR. (MS Bar #9519)
Reeves & Mestayer, PLLC
P. O. Drawer 1388
Biloxi, MS 39533
Phone: 228/374-5151
Fax: 228/374-6630
Email: jrr@rmlawcall.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send notice of electronic filing in accordance with the procedure established in MDL 2047 on this 3rd day of July, 2018.

*/s/ JIM REEVES*
JIM REEVES, ESQUIRE
Reeves & Mestayer, PLLC
P. O. Drawer 1388
Biloxi, MS 39533
Phone: 228/374-5151
Fax: 228/374-6630
Email: jrr@rmlawcall.com