## **EXHIBIT "A"**

Bilbo, Chester M. Jr., 403 Seventh Street
Farve, Crystal, 5032 Sixth Street
Foxworth, Margie, 360 Church Street
Taylor, Travis, 11090 Douglas Road