# EXHIBIT B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALLPRODUCTS LIABILITY LITIGATION | MDL NO. 2:09-MD-02047 SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| Amorin, et al. v. Taishan Gypsum Co., Ltd., et al, Case No. 11-1395 (EDLA) | MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |
| Amorin, et al. v. Taishan Gypsum Co., Ltd., et al, Case No. 11-1672 (EDLA) | |
| Amorin, et al. v. Taishan Gypsum Co., Ltd., et al., Case No. 11-1673 (EDLA) | |

## AFFIDAVIT OF JIM REEVES

BEFORE ME, the undersigned authority, personally appeared Jim Reeves, who after being first duly sworn deposes and says:

1. My name is Jim Reeves. I am an Attorney at Reeves & Mestayer, PLLC. Reeves & Mestayer, PLLC represents Chester M. Bilbo, Jr., Crystal Farve, Margie Foxworth, and Travis Taylor regarding their claims in the above captioned Chinese Drywall Products Liability Litigation.

2. Since Pretrial Order 11A was issued, Reeves & Mestayer, PLLC, through their attorneys and employees, sent out letters to all of the Chinese Drywall clients listed in the Exhibit "A" spreadsheet of Pretrial Order 11A. The letters expressed the importance of timely submitting a Supplemental Plaintiff Profile Form (SPPF).

3. The forms and instructions were sent to each individual Plaintiff represented by Reeves & Mestayer, PLLC via the last known address and last known

email address. In addition, multiple phone calls were made to each Plaintiff on May 15, 2018, May 18, 2018, May 23, 2018, May 30, 2018, June 6, 2018, June 12, 2018, June 28 2018, and June 29, 2018.

4. Reeves and Mestayer, PLLC is continuing to send emails and mail correspondence via certified mail expressing the importance of complying with Pretrial Order 11A.

5. After communications with the above-named Plaintiffs have proven difficult, Reeves & Mestayer, PLLC are proceeding to conduct background searches through Lexis-Nexus in an attempt to obtain better contact information for these clients.

6. The foregoing is true and accurate to the best of my knowledge.

FURTHER, AFFIANT SAYETH NAUGHT.

STATE OF MISSISSIPPI
COUNTY OF HARRISON

BEFORE ME the undersigned authority, personally appeared Jim Reeves, who is personally known to me and states that he has read the foregoing Affidavit and that the statements contained therein are true and correct to the best of his belief.

JIM REEVES

SWORN TO AND SUBSCRIBED Before me, this the 3rd day of July, 2018.

NOTARY PUBLIC

My Commission Expires:

5-26-20

[Notary Seal: STATE OF MISSISSIPPI, NOTARY PUBLIC, ID # 5119, BEVERLY E. HOLDER, Commission Expires May 26, 2020, HARRISON COUNTY]