UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:

Amorin et al v. Taishan Gypsum Co., Ltd, et al
Nos. 11-1395; 11-1672; & 11-1673.
*************************************************************************

### OBJECTION TO DEFENDANTS' MOTION TO DISMISS CERTAIN PLAINTIFFS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 37(b)
### (Doc Nos. 21351 & 21353)

COME NOW, certain Plaintiffs in the ongoing CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION, by and through undersigned counsel respectfully submit this Objection to the Defendants motions, claiming to be pursuant to Federal Rule of Civil Procedure 37(b), requesting an order dismissing with prejudice Plaintiffs who failed to timely submit and/or verify Supplemental Plaintiff Profile Forms ("SPPFs") as required by the Court's Pre-Trial Order 11(A).  Of the Objecting Plaintiffs, four have completed the forms and the same have been filed, thus making the Motion moot.  As for the other Objecting Plaintiffs, two are deceased and counsel is attempting to contact the Estates' Personal Representatives, and eight have not been located and their circumstances are presently unknown.  Thus, Counsel requests additional time to locate the Plaintiffs or determine why our efforts to contact these Plaintiffs are now unsuccessful when before the Clients were engaged in the litigation process.

**FACTUAL HISTORY AND BACKGROUND**

On January 24, 2018, this Court issued Pre-Trial Order 11(A) mandating that all plaintiffs in this litigation complete and sign the SPPF by March 22, 2018. Since that time Defendants have granted Plaintiffs an extension on submitting their SPPFs that ran through the end of April. Counsel for the Objecting Plaintiffs have been diligently contacting our clients and submitting SPPFs. However, in some instances, this has been difficult.

As stated above, four clients have been located and their PFFS have been filed. Thus, Plaintiffs request the Court declare the Motion moot as to these Plaintiffs.

As to the remaining Objecting Plaintiffs, counsel requests additional time to determine the location and circumstances of the same or deal with personal representatives of those who have recently passed. This litigation has been ongoing for over nine (9) years. In that time, the Plaintiffs who are now before the Court have diligently participated and worked closely with the undersigned counsel in our efforts to combat the scourge of Chinese Drywall. All of the Plaintiffs making this Objection have complied with every submission order of this Court. Further, many of the Plaintiffs are absentee owners, are elderly or have moved. Thus, despite the fact that Counsel has attempted to contact these Plaintiffs on numerous occasions via a variety of means, Counsel desires additional time to continue our efforts.

## ARGUMENT

### I. Defendants' Motion should be considered Moot and Resolved as for Plaintiffs who have submitted SPPF's.

The following Plaintiffs state that since the Motion was filed, they have submitted their SPPFs as required by the Pre-Trial Order 11(A):

| | |
|---|---|
| Krause, Howard as Trustee of the Naomi Krause Revocable Trust | 1690 Renaissance Commons Blvd, Unit 1109 |

| Madigan, Murphy | 1660 Renaissance Commons Blvd., Unit 2119 |
|---|---|
| Molina, Carlos and Margarita | 1690 Renaissance Commons Blvd., Unit 1308 |
| Ovicher, Joseph and Celine | 1690 Renaissance Commons Blvd., Unit 1417 |

All of the above listed Plaintiffs have already submitted SPPFs with the accompanying verification page prior to court Hearing on Defendants' Motion to Dismiss. Defendants' motion should be considered resolved and moot. As for the SPPFs being submitted late, Plaintiffs have good cause for the late submissions and should be excused from this a one-time delay while their counsel determines existing circumstances surrounding their disappearance.

The Fifth Circuit in *Marshall v. Segona* held that dismissal for failure to comply with discovery orders is to be sparingly used and only in situations where its deterrent value cannot be substantially achieved by use of less drastic sanctions. 621 F.2d 763 ($5_{th}$ Cir. 1980). In addition, the Fifth Circuit held that dismissal is too harsh a sanction where a number of factors, singly or in combination, are present. *Id*. at 767 – 768. Here, the above listed Plaintiffs had moved and/or changed contact information because of the prolonged litigation caused by Defendants. In addition, they were difficult to locate, and thus were not initially aware of the requirements in Pretrial Orders 11A and 11B. These Plaintiffs' claims should be preserved as there is no prejudice to the Defendants for this late submission.

## II. Certain Claimants' Good Faith Request for Additional Time to Respond

The following Plaintiffs are represented by Whitfield Bryson & Mason, Rhine Law Firm, P.C., Pendley, Baudin & Coffin, LLP, and Luckey & Mullins and need additional time to

respond and submit their SPPFs, but are currently on Defendants' Motion to Dismiss Certain Claims for Failure to Timely Complete a Supplemental Plaintiff Profile Form (SPPF):

| | |
|---|---|
| Dobric, Mario | 1690 Renaissance Commons Blvd., Unit 1228 |
| Ercolino, Vincent | 1690 Renaissance Commons Blvd., Unit 1206 |
| Fulton, David and Marjorie | 852 Barkley Drive |
| Kramer, Ronald and Anita | 1660 Renaissance Commons Blvd., Unit 2310 |
| Leone, Michael | 1690 Renaissance Commons Blvd, Unit #1202 |
| Renzetti, Nicholas and Adrienne | 1690 Renaissance Commons Blvd., Unit 1321 |
| Verderame, Frances | 1690 Renaissance Commons Blvd., Unit 1219 |
| Wiley, Thad | 1660 Renaissance Commons Blvd., Unit 2111 |
| Williams, Deborah | 2101 Caluda Lane |

As discussed above, after several years of protracted litigation, several claimants have moved from their properties and had major life events that made it difficult to communicate with them. As verified in Joel Rhine's attached Affidavit, significant efforts were made to locate these Plaintiffs so they may respond to Pretrial Orders 11A and 11B.

We have recently determined that Plaintiff Michael Leone is deceased. We request additional time to determine the Personal Representative of his Estate and contact them to obtain their directions and instructions.

We have also determined that Plaintiff Deborah Williams is deceased. We request additional time to speak with the Personal Representative of her Estate and obtain their directions and instructions.

After several months of continuously reaching out to the remaining Plaintiffs, we have not been able to reach them, and therefore request an additional ninety days in order to learn of their location and contact them.

## CONCLUSION

The Plaintiffs who are submitting this Objection have complied with every submission requested of them by this court over the last nine years. The singular reason that some of these Plaintiffs have yet to comply with their SPPF obligation is that they have not been located. Because of the amount of time that has unnecessarily passed since the initial filing of this litigation and the number of Plaintiffs involved, it is not outside the realm of possibility that a small percentage of them have simply moved and forgotten to notify their counsel of a forwarding address. For the foregoing reasons, Plaintiffs respectfully request that the Defendants' Motions to Dismiss Claims For Failure to Complete Supplemental Profile Forms be denied.

Respectfully submitted this the 3rd day of July, 2018.

           *s/Daniel Bryson*
Daniel K. Bryson
WHITFIELD, BRYSON & MASON, LLP
900 W. Morgan Street
Raleigh, NC 27603
Tel: (919) 600-5000
Fax: (919) 600-5035

Joel R. Rhine *(pro hac vice)*
RHINE LAW FIRM, PC

1612 Military Cutoff Rd, Suite 300
Wilmington, NC 28403
Tel: (910) 772-9960
Fax: (910) 772-9062

Chris Coffin *(pro hac vice)*
PENDLEY BAUDIN & COFFIN, LLP
Post Office Drawer 71
24110 Eden Street
Plaquemine, LA 70765
Tel: (225) 687-6396
Fax: (225) 687-6398

Steve Mullins *(pro hac vice)*
LUCKEY & MULLINS
2016 Bienville Blvd
PO Box 990
Ocean Springs, MS 39564
Tel: (228) 875-3175
Fax: (228) 872-4719

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Objection has been served on Defendants' Liaison Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of Court in the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 3rd day of July, 2018.

Respectfully submitted,

*s/Daniel Bryson*
Daniel K. Bryson
WHITFIELD, BRYSON & MASON, LLP