UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:

Amorin et al v. Taishan Gypsum Co., Ltd, et al
Nos. 11-1395; 11-1672; & 11-1673.
******************************************************************

## AFFIDAVIT OF JOEL RHINE

STATE OF NORTH CAROLINA
NEW HANOVER COUNTY

BEFORE ME, the undersigned authority, personally came and appeared Joel R. Rhine, who being first duly sworn, did depose and state:

1. That he is an attorney with Rhine Law Firm, in Wilmington, North Carolina and represents Michel Leone, Deborah Williams, Mario Dobric, Vincent Ercolino, David and Marjorie Fulton, Ronald and Anita Kramer, Nicholas and Adrienne Renzetti, Frances Verderame and Thad Wiley in their claims in the Chinese-Manufactured Drywall Products Liability Litigation.

2. Since Pretrial Order 11A was issued, our litigation team sent out letters to all of the Chinese Drywall clients listed in the Exhibit A spreadsheet of Pretrial Order 11A. The letters expressed the importance of timely submitting a Supplemental Plaintiff Profile Form (SPPF) along with a draft of the SPPF for that client.

3. The draft form and instructions were sent to each Plaintiff via US Mail to their last known addresses as well as email to their last known email address.

4.  The above referenced Plaintiffs did not initially respond. Our litigation team followed up with several phone calls leaving numerous voicemails. Our team also sent several emails.

5.  Michael Leone originally resided at 1690 Renaissance Commons Blvd, Unit # 1202, Boynton Beach, FL 33426 when this litigation started. We have recently learned that he is deceased. We are working on determining the personal representative of Mr. Leone's estate in order to contact them and obtain their directions and instructions.

6.  Deborah Williams originally resided at 2101 Caluda Lane when this litigation started. We have recently learned that she is deceased. We are working on contacting the personal representative of Ms. Williams' estate to obtain their directions and instructions.

7.  Our team has not received any response from Plaintiffs Mario Dobric, Vincent Ercolino, David and Marjorie Fulton, Ronald and Anita Kramer, Nicholas and Adrienne Renzetti, Frances Verderame and Thad Wiley.

8.  Since 2009, Mario Dobric, Vincent Ercolino, David and Marjorie Fulton, Ronald and Anita Kramer, Nicholas and Adrienne Renzetti, Frances Verderame and Thad Wiley have participated in this litigation and have produced all documents and forms as ordered by the Court or requested by the PSC. We desire an additional ninety days (90) to research more and learn of their current locations as we are unaware of their circumstances.

_____
Joel R. Rhine

Sworn to and subscribed before me, a Notary Public, this the 3rd day of July, 2018.

_____
Notary Public
My commission expires: March 4, 2020

STEPHANIE L CHASE
Notary Public
New Hanover County
North Carolina