**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>*ALL CASES* | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR LEAVE TO EXCEED PAGE LIMITATION

Comes now, the undersigned counsel, who respectfully submits that Yance Law Firm's Reply to Plaintiffs' Lead and Liaison Counsel's Response in Opposition to Yance Law Firm's Motion to Immediately Transfer Attorney Fee Qualified Settlement Fund To a Different Depository Bank or Back Into the Court Registry is 18 pages and exceeds the page limitation allowed by this Court by 8 pages. In support of said motion, movant states that because of the importance of the issues raised in the undersigned's underlying motion [Rec. Doc. 21338], and the fact that opposing counsel originally filed a memorandum in response that was 26 pages, much of which was single spaced [Rec. Doc. 21428-2], and then substituted that filing to fix the formatting problem by converting the entire memorandum in response to an under oath declaration without any substantive changes to the document, the undersigned counsel needs extra pages to adequately reply to opposing counsel's response.  Accordingly, the undersigned herein requests leave to exceed the page limitation and file the attached Response Memorandum into the record.

WHEREFORE undersigned counsel moves that his motion be GRANTED and that he be allowed to exceed the page limitation and file the attached Reply of Yance Law Firm to Plaintiffs' Lead and Liaison Counsel's Response in Opposition to Yance Law Firm's Motion to

Immediately Transfer Attorney Fee Qualified Settlement Fund To a Different Depository Bank or Back Into the Court Registry into the record.

                                                  Respectfully submitted,

                                                  /s/ R. Tucker Yance
                                                  R. TUCKER YANCE
                                                  YANCE LAW FIRM, LLC
                                                  169 Dauphin Street Suite 318
                                                  Mobile, AL  36602
                                                  (251) 432-8003
                                                  (251) 432-8009 FAX
                                                  rty@yancelaw.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing has been served upon Plaintiffs' Liaison Counsel Russ M. Herman and Defendants' Liaison Counsel Kerry Miller, by e-mail and upon all parties by electronically uploading the same to File & ServeXpress in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 3rd day of July, 2018.

    /s/ R. Tucker Yance
R. TUCKER YANCE
Ala. State Bar #- ASB-9775-H71Y
YANCE LAW FIRM, LLC
169 Dauphin Street Suite 318
Mobile, AL  36602
(251) 432-8003
(251) 432-8009 FAX
rty@yancelaw.com