# Promontory Interfinancial Network, LLC

ABOUT | NEWS | BANK SURVEYS | COMMUNITY | SOLUTIONS | SERVICES | RELATIONSHIPS

Events | Social Outreach | Careers | Contact Us

Search... GO

Network Members' Portal

SERVICES

- ICS
- CDARS
- Promnet REPO
- IND
- Yankee Sweep
- BankAssetpoint

- CDARS Overview
- CDARS Reciprocal
- CDARS One-Way Sell
- CDARS One-Way Buy
- CDARS Floating-Rate Funding

## Certificate of Deposit Account Registry Service

Approximately 3,000 Promontory Network members can offer CDARS®. With CDARS, financial institutions can

- attract, grow, and retain customer relationships by providing customers with access to multi-million-dollar FDIC insurance (limits apply);
- keep the funding or take the excess off balance sheet;
- attract "sticky" deposits in million-dollar increments;
- enhance profitability by reducing both customer acquisition and collateralization costs;
- improve asset liquidity by reducing collateralization;



CDARS® OFFERS CHOICE

**Reciprocal℠**
ATTRACT DEPOSITS & KEEP DEPOSIT AMOUNTS ON BALANCE SHEET
- Attract and retain large-dollar relationships
- Replace higher-cost funding
- Reduce collateralization

**One-Way Sell®**
ATTRACT DEPOSITS & SELL THE EXCESS TO OTHER BANKS
- Attract and retain large-dollar relationships
- Take funds off balance sheet and earn fee income
- Reduce collateralization

**One-Way Buy®**
PURCHASE FUNDING (EXCESS DEPOSITS FROM OTHER BANKS)
- Buy cost-effective, wholesale funding
- No collateralization or stock purchase requirements
- Customize funding terms

FLEXIBLE OPTIONS FOR BALANCE SHEET MANAGEMENT

Exhibit K

- manage liquidity by placing excess deposits with other Network members and earning fee income in the process; and
- purchase cost-effective wholesale funding at fixed rates or floating rates and without collateralization requirements.

CDARS has earned the endorsement of the American Bankers Association.

Read testimonials and case studies to learn more about how Network members and their customers are successfully using CDARS, or visit the News page to read press articles in *The Wall Street Journal*, *Money*, and other publications.

For more information, please visit the CDARS Frequently Asked Questions page or contact us.

Limits apply. Funds may be submitted for placement only after a depositor enters into a CDARS Deposit Placement Agreement with a CDARS participating institution. The agreement contains important information and conditions regarding the placement of funds. CDARS and Certificate of Deposit Account Registry Service are registered service marks of Promontory Interfinancial Network, LLC.

**Need Help?** *We're available for you.* (866) 776-6426

© 2018 Promontory Interfinancial Network, LLC | Terms & Conditions | Privacy Policy | Patents

| ABOUT | NEWS | SOLUTIONS | SERVICES | RELATIONSHIPS | OTHER | CONTACT US |
|---|---|---|---|---|---|---|
| Founders | What's New | Build Multi-Million-Dollar Relationships | Insured Cash Sweep | Banks | Conferences | 1300 N. 17th Street |
| Board Members | Press | Increase Noninterest Income | Certificate of Deposit Account Registry Service | Brokerage Firms | Webinars | Suite 1800 |
| Management | Press Releases | Manage Liquidity | Promnet Repo | Depositors | Social Outreach | Arlington, VA 22209 |
| Alliances | Articles | Purchase Funding | Insured Network Deposits | Trusts | Careers | contactus@promnetwork.com |
| Endorsements | Economic Outlook | Replace Higher-Cost Funding and/or Repurpose Collateral | Yankee Sweep | | Contact Us | (866) 776-6426 |
| Testimonials | Business Outlook Survey | Buy & Sell Bank Assets | Bank Assetpoint | | Network Members' Portal | FOLLOW US |
| Case Studies | | | | | | |
| FAQs | | | | | | |



# Promontory Interfinancial Network, LLC

ABOUT | NEWS | BANK SURVEYS | COMMUNITY | SOLUTIONS | SERVICES | RELATIONSHIPS

Events | Social Outreach | Careers | Contact Us

Search... GO

Network Members' Portal



SERVICES
- ICS
- CDARS
- Promnet REPO
- IND
- Yankee Sweep
- BankAssetpoint

- CDARS Overview
- CDARS Reciprocal
- CDARS One-Way Sell
- CDARS One-Way Buy
- CDARS Floating-Rate Funding

## CDARS Reciprocal

### What is CDARS Reciprocal?

CDARS Reciprocal provides banks with one of several ways to use CDARS to obtain cost-effective funding. By keeping the full amount of funding on balance sheet, CDARS Reciprocal enables banks to easily replace more cumbersome and expensive funding options so your existing relationships are more profitable. And CDARS offers a cost-effective way to attract new, multi-million-dollar customers for those banks looking to grow more profitable relationships.

### Did you know most reciprocal deposits are nonbrokered?

A new law, the Economic Growth, Regulatory Relief, and Consumer Protection Act, provides that most reciprocal deposits will no longer be treated as brokered deposits. Now banks have an even greater opportunity to use reciprocal deposits to grow deposits and high-value relationships. (Read why the new law is a game changer for banks and communities.)

### Why would your bank want to use CDARS Reciprocal?

CDARS Reciprocal transactions can help banks to:

- provide customers with easy and convenient access to multi-million-dollar FDIC insurance on CD investments;[1]
- replace more burdensome, costly funding options (such as posting collateral, letters of credit, or other means) by repurposing collateral into higher-earning assets;

## Promontory Interfinancial Network - CDARS Reciprocal Transactions

- control the cost of funds by setting the interest rates offered to customers – a member bank has the flexibility to raise CDARS deposits at cost-effective levels for its market; and
- acquire long-term deposits in today's low interest-rate environment.

CDARS Reciprocal can help attract and/or retain large-dollar deposits from safety-conscious customers, including businesses, nonprofits, government entities, advisors, and wealthy individuals.[2]

And, with a reinvestment rate of ~80%, CDARS customers are likely to stay with your bank, providing ongoing relationship-building and cross-selling opportunities.[3]



### How do Reciprocal transactions work?

Institutions that offer CDARS are members of the Promontory Network. When a member bank places a deposit using the CDARS service, that deposit is divided into amounts under the standard FDIC insurance maximum of $250,000 and allocated among other Promontory Network members, making the deposit eligible for FDIC insurance.

With a CDARS Reciprocal transaction, banks receive dollar-for-dollar matching deposits for their CDARS placements, so that each bank comes out "whole." Banks may choose to use the full amount of these matching deposits to support local lending initiatives that build a stronger community or for other activities in support of its goals. The ability to keep their funds local is a strong selling point for many top-tier customers.



### What else do I need to know?

Customers like CDARS because it lets them work directly with just one bank for security, convenience, and other benefits. With all CDARS transactions, relationship banks retain complete ownership of the customer relationship, and the customer's confidential information remains protected.

[1] Limits apply.

[2] If a depositor is subject to restrictions with respect to the placement of funds in depository institutions, it is the responsibility of the depositor to determine whether the placement of the depositor's funds through CDARS, or a particular CDARS transaction, satisfies those restrictions.

[3] As of 12/31/16, Promontory calculates the reinvestment rate as the percentage of the aggregate balance of CDARS deposits that are reinvested through CDARS within 28 days of maturity.

## Need Help? We're available for you. (866) 776-6426

| ABOUT | NEWS | SOLUTIONS | SERVICES | RELATIONSHIPS | OTHER | CONTACT US |
|---|---|---|---|---|---|---|
| Founders | What's New | Build Multi-Million-Dollar Relationships | Insured Cash Sweep | Banks | Conferences | 1300 N. 17th Street |
| Board Members | Press | Increase Noninterest Income | Certificate of Deposit Account Registry Service | Brokerage Firms | Webinars | Suite 1800 |
| Management | Press Releases | Manage Liquidity | Promnet Repo | Depositors | Social Outreach | Arlington, VA 22209 |
| Alliances | Articles | Purchase Funding | Insured Network Deposits | Trusts | Careers | contactus@promnetwork.com |
| Endorsements | Economic Outlook | Replace Higher-Cost Funding and/or Repurpose Collateral | Yankee Sweep | | Contact Us | (866) 776-6426 |
| Testimonials | Business Outlook Survey | Buy & Sell Bank Assets | Bank Assetpoint | | Network Members' Portal | FOLLOW US |
| Case Studies | | | | | | |
| FAQs | | | | | | |

© 2018 Promontory Interfinancial Network, LLC | Terms & Conditions | Privacy Policy | Patents



Promontory - Interfinancial Network, LLC

ABOUT | NEWS | BANK SURVEYS | COMMUNITY | SOLUTIONS | **SERVICES** | RELATIONSHIPS

Events | Social Outreach | Careers | Contact Us

Search... GO

Network Members' Portal

SERVICES

- ICS
- CDARS
- Promnet REPO
- IND
- Yankee Sweep
- BankAssetpoint

- CDARS Overview
- CDARS Reciprocal
- CDARS One-Way Sell
- CDARS One-Way Buy
- CDARS Floating-Rate Funding

# CDARS® One-Way Sell®

## What is CDARS One-Way Sell?

CDARS One-Way Sell enables institutions to provide customers with easy and convenient access to multi-million-dollar FDIC insurance on CD investments[1] and to sell excess CDARS deposits to other Promontory Network members for fee income. With One-Way Sell transactions, highly liquid banks can attract and retain valuable customer relationships without adding to their balance sheets.

## Why would your institution want to use One-Way Sell transactions?

An institution can use One-Way Sell to

- maintain a consistent presence in the market;
- increase market share by encouraging safety-conscious depositors to consolidate their CD investments with one relationship institution;
- help manage the balance sheet – One-Way Sell transactions do not create funding or on-balance-sheet liabilities for banks;
- enhance profitability by earning fee income; and
- improve return on assets and return on capital ratios by keeping deposits off balance sheet and generating noninterest income.



And, if the bank's liquidity position changes, it can bring funds back on balance sheet by placing reinvested deposits as they mature through a CDARS® Reciprocal℠ – all without affecting the customer relationship. CDARS Reciprocal enables members to receive matching deposits (instead of fee income) for their placements.

In fact, currently, Network banks employ various strategies, including utilizing both Reciprocal and One-Way Sell to manage their CD offerings, interest rate risk, and more to optimize their liquidity and profitability.

As with Reciprocal transactions

- institutions set the interest rate;[2]
- customer's funds are divided into amounts below the standard FDIC insurance maximum ($250,000) and placed with other Network members;
- customers can access multi-million-dollar FDIC insurance coverage through many banks while working directly with just the relationship institution;
- institutions maintain full control over the customer relationship; and
- customer's confidential information remains protected.

## How do One-Way Sell transactions differ from Reciprocal transactions?

- Member institutions need customer consent to place funds through a One-Way Sell transaction. Most customers do not mind doing this, although some, including most public fund depositors, are subject to restrictions that may preclude them from using One-Way Sell transactions.[3]
- Institutions will receive fee income (not matching deposits) for placing funds with other Promontory Network members.

- Because funds are not exchanged on a dollar-for-dollar basis, banks may not advertise the ability to use the full amount of deposits for lending in the local community. However, CDARS Reciprocal transactions can fill the need for customers who want their funds to stay local.

## What's the bottom-line impact?

The math is easy. When an institution places a deposit through a One-Way Sell transaction, it can keep the difference between Promontory's One-Way Sell rate and the rate your institution has agreed to pay its customer. Promontory pays the difference up front so that the member institution reaps the benefits right away.[4] Members pay no transaction fees – "what you see is what you get."

## What else should you know?

Besides generating fee income, One-Way Sell transactions can provide institutions with pricing **leverage in the marketplace.** For example, if a rate-conscious depositor is looking for an aggressive rate, member institutions may be able to accommodate the depositor by offering a rate that is higher than it normally would pay, but less than or equal to the One-Way Sell rate. The institution would simply sell the funds acquired from the depositor (just the funding, not the relationship) to other members of the Promontory Network. Because those funds placed through One-Way Sell are not on your balance sheet, they would not increase its weighted-average cost of funds.

Additionally, if a member institution does not want to offer a particular CD term, it can investigate **whether a One-Way Sell rate has been published for that maturity.** If so, it can offer that term (at or below the One-Way Sell Rate), knowing that incoming funds will not negatively affect your institution's balance sheet.

**Finally, keep in mind that an institution can place its own funds through a One-Way Sell transaction.** Often, funds can be placed at compelling rates – rates that may compare favorably to Treasuries and agency instruments. And, it benefits of one rate per maturity, one statement, and the peace of mind associated with access to multi-million-dollar FDIC insurance.

---

[1] Limits apply.

[2] For One-Way Sell, the interest rate set by your institution must be at or below the available One-Way Sell rate. Available One-Way Sell rates are updated each week and posted to a secure portion of promnetwork.com for Network members.

[3] If a depositor is subject to restrictions with respect to the placement of funds in depository institutions, it is the responsibility of the depositor to determine whether the placement of the depositor's funds through CDARS, or a particular CDARS transaction, satisfies those restrictions.

[4] If the CDs placed through One-Way Sell are withdrawn prior to maturity, your bank will be required to return a proportional amount of the fee earned.

**Need Help?** *We're available for you.* (866) 776-6426

© 2018 Promontory Interfinancial Network, LLC | Terms & Conditions | Privacy Policy | Patents

| ABOUT | NEWS | SOLUTIONS | SERVICES | RELATIONSHIPS | OTHER | CONTACT US |
|---|---|---|---|---|---|---|
| Founders | What's New | Build Multi-Million-Dollar Relationships | Insured Cash Sweep | Banks | Conferences | 1300 N. 17th Street |
| Board Members | Press | Increase Noninterest Income | Certificate of Deposit Account Registry Service | Brokerage Firms | Webinars | Suite 1800 |
| Management | Press Releases | Manage Liquidity | Promnet Repo | Depositors | Social Outreach | Arlington, VA 22209 |
| Alliances | Articles | Purchase Funding | Insured Network Deposits | Trusts | Careers | contactus@promnetwork.com |
| Endorsements | Economic Outlook | Replace Higher-Cost Funding and/or Repurpose Collateral | Yankee Sweep | | Contact Us | (866) 776-6426 |
| Testimonials | Business Outlook Survey | Buy & Sell Bank Assets | Bank Assetpoint | | Network Members' Portal | **FOLLOW US** |
| Case Studies | | | | | | |
| FAQs | | | | | | |

# Promontory Interfinancial Network, LLC

ABOUT | NEWS | BANK SURVEYS | COMMUNITY | SOLUTIONS | SERVICES | RELATIONSHIPS

Events | Social Outreach | Careers | Contact Us

Search... GO

Network Members' Portal



SERVICES
- CDARS
- IND
- Promnet REPO
- Yankee Sweep
- BankAssetpoint

- ICS Overview
- ICS Reciprocal
- ICS One-Way Sell
- ICS One-Way Buy

## Insured Cash Sweep Overview

Using ICS®, the Insured Cash Sweep® service, Promontory Network members can offer customers access to multi-million-dollar FDIC insurance and a return on funds placed into demand deposit accounts, money market deposit accounts, or both.

### Why ICS?

ICS can help banks to:

- Attract and retain large-dollar relationships with or without keeping the amount of the funds on balance sheet.
- Replace more burdensome and costly funding options (e.g., repo sweeps, letters of credit).
- Increase asset liquidity.
- Lower the risk of collateral-value deterioration.
- Keep the funding, or sell the excess for fee income.
- Purchase cost-effective floating-rate funding without collateralization.

ICS has earned the endorsement of the American Bankers Association.

### How does ICS work?

6/28/2018

Promontory Interfinancial Network - ICS Overview

https://www.promnetwork.com/home/services/insured-cash-sweep/ics-overview

2/4

## ICS® OFFERS CHOICE

### FLEXIBLE OPTIONS FOR BALANCE SHEET MANAGEMENT

**Reciprocal℠**

ATTRACT DEPOSITS & KEEP DEPOSIT AMOUNTS ON BALANCE SHEET

- Attract and retain large-dollar relationships
- Replace higher-cost funding
- Reduce collateralization

**One-Way Sell®**

ATTRACT DEPOSITS & SELL THE EXCESS TO OTHER BANKS

- Attract and retain large-dollar relationships
- Take funds off balance sheet and earn fee income
- Reduce collateralization

**One-Way Buy®**

PURCHASE FUNDING (EXCESS DEPOSITS FROM OTHER BANKS)

- Buy cost-effective, wholesale funding
- No collateralization or stock purchase requirements
- Customize funding terms



Customer has or sets up a transaction account with an ICS Network bank, signs the agreements and deposits funds.[1]



**Bank 1**
<$250,000
in principal and interest



**Bank 2**
<$250,000
in principal and interest



**... Bank n**
<$250,000
in principal and interest

Deposits are sent to deposit accounts at other member institutions in amounts under the standard FDIC insurance maximum of $250,000. Funds are deposited into money market deposit accounts when using the ICS savings option and demand deposit accounts when using the ICS demand option. Customers access FDIC insurance from many banks while working directly with just one and receiving just one regular statement[2] from their relationship bank.

Banks that offer ICS set the rate and maintain complete ownership of the customer relationship. Customers communicate with their bank's service team and receive monthly statements from that bank.

Read **testimonials** and **case studies** to learn more about how Promontory Network members and their customers are successfully using ICS.

For more information, please visit the **ICS Frequently Asked Questions** page or **contact us**.

1  If the customer chooses to use both the ICS savings option and the ICS demand option, the customer will need a separate transaction account for each option.
2  Per service option utilized.

Placement of customer funds through the ICS service is subject to the terms, conditions, and disclosures set forth in the agreements, including the ICS Deposit Placement Agreement, that a participating institution's customer enters into with that institution. Limits and customer eligibility criteria apply. Program withdrawals are limited to six per month when using the ICS savings option. ICS and Insured Cash Sweep are registered service marks of Promontory Interfinancial Network, LLC.

---

**Need Help?** We're available for you. (866) 776-6426

© 2018 Promontory Interfinancial Network, LLC | Terms & Conditions | Privacy Policy | Patents

| ABOUT | NEWS | SOLUTIONS | SERVICES | RELATIONSHIPS | OTHER | CONTACT US |
|---|---|---|---|---|---|---|
| Founders | What's New | Build Multi-Million-Dollar Relationships | Insured Cash Sweep | Banks | Conferences | 1300 N. 17th Street Suite 1800 |
| Board Members | Press | | | Brokerage Firms | Webinars | |

| Management | Press Releases | Increase Noninterest Income | Certificate of Deposit Account Registry Service | Depositors | Social Outreach | Arlington, VA 22209 |
| Alliances | Articles | Manage Liquidity | | Trusts | Careers | contactus@promnetwork.com |
| Endorsements | Economic Outlook | Purchase Funding | Promnet Repo | | Contact Us | (866) 776-6426 |
| Testimonials | Business Outlook Survey | Replace Higher-Cost Funding and/or Repurpose Collateral | Insured Network Deposits | | Network Members' Portal | FOLLOW US |
| Case Studies | | | Yankee Sweep | | | |
| FAQs | | Buy & Sell Bank Assets | Bank Assetpoint | | | |



# Promontory Interfinancial Network, LLC

ABOUT | NEWS | BANK SURVEYS | COMMUNITY | SOLUTIONS | SERVICES | RELATIONSHIPS

Events | Social Outreach | Careers | Contact Us

Search… GO

Network Members' Portal

**SERVICES**



- ICS Overview
- ICS Reciprocal
- ICS One-Way Sell
- ICS One-Way Buy

## ICS Reciprocal

### What is ICS Reciprocal?

Using ICS®, the Insured Cash Sweep® service, Promontory Network members can offer customers access to multi-million-dollar FDIC insurance and a return on funds placed in demand deposit accounts, money market deposit accounts, or both. With ICS Reciprocal, banks receive matching deposits – that is, funds are exchanged on a dollar-for-dollar basis so that each bank comes out whole. As a result, the full amount of a customer's deposit can be available for lending in the local community. (Not looking to keep funds on balance sheet? Then, please see the ICS® One-Way Sell® option, which enables banks to sell excess ICS deposits for fee income.)

### Did you know most reciprocal deposits are nonbrokered?

A new law, the Economic Growth, Regulatory Relief, and Consumer Protection Act, provides that most reciprocal deposits will no longer be treated as brokered deposits. Now banks have an even greater opportunity to use reciprocal deposits to grow high-value relationships and franchise value. (Read why the new law is a game changer for banks and communities.)

### Why would your bank want to use ICS Reciprocal?

ICS Reciprocal transactions provide your bank with a way to use ICS to obtain cost-effective funding. By keeping the full amount of funding on balance sheet, ICS Reciprocal enables your bank to:

- Provide customers with easy and convenient access to multi-million-dollar FDIC insurance and a return for funds placed into demand deposit accounts, money market deposit accounts, or both.
- Easily replace more cumbersome and expensive funding options (e.g., repo sweeps and letters of credit) so its existing relationships are more profitable.

- Cost-effectively attract new, multi-million-dollar customers.
- Increase asset liquidity.
- Lower the risk of collateral-value deterioration.

## How does ICS Reciprocal work?

Banks that offer ICS are members of the Promontory Network. When banks place funds through ICS, the deposit is sent from a transaction account at a member bank into deposit accounts at other FDIC-insured member banks. The bank receives matching deposits in return. By working directly with just one bank, a depositor can access FDIC coverage from many. And banks set the interest rate and maintain ownership of the customer relationship (customer information is not shared with other participating institutions).





The Bank of New York Mellon
Custody, Settlement, Recordkeeping

BNY MELLON

## What else do I need to know?

Customers like ICS because it lets them work directly with just one bank for security, convenience, and other benefits. With all ICS transactions, the customer's confidential information remains protected.

If a depositor is subject to restrictions with respect to the placement of funds in depository institutions, it is the responsibility of the depositor to determine whether the placement of the depositor's funds through ICS, or a particular ICS transaction, satisfies those restrictions.

Placement of customer funds through the ICS service is subject to the terms, conditions, and disclosures set forth in the agreements, including the ICS Deposit Placement Agreement, that a participating institution's customer enters into with that institution. Limits and customer eligibility criteria apply. Program withdrawals are limited to six per month when using the ICS savings option. ICS, Insured Cash Sweep, and One-Way Sell are registered service marks of Promontory Interfinancial Network, LLC.

( Need Help? *We're available for you.* (866) 776-6426

© 2018 Promontory Interfinancial Network, LLC | Terms & Conditions | Privacy Policy | Patents

| ABOUT | NEWS | SOLUTIONS | SERVICES | RELATIONSHIPS | OTHER | CONTACT US |
|---|---|---|---|---|---|---|
| Founders | What's New | Build Multi-Million-Dollar Relationships | Insured Cash Sweep | Banks | Conferences | 1300 N. 17th Street |
| Board Members | Press | | Certificate of Deposit Account Registry Service | Brokerage Firms | Webinars | Suite 1800 |
| Management | Press Releases | Increase Noninterest Income | | Depositors | Social Outreach | Arlington, VA 22209 |
| Alliances | Articles | Manage Liquidity | Promnet Repo | Trusts | Careers | contactus@promnetwork.com |
| Endorsements | Economic Outlook | Purchase Funding | Insured Network Deposits | | Contact Us | (866) 776-6426 |
| Testimonials | Business Outlook Survey | Replace Higher-Cost Funding and/or Repurpose Collateral | Yankee Sweep | | Network Members' Portal | |
| Case Studies | | Buy & Sell Bank Assets | Bank Assetpoint | | | FOLLOW US |
| FAQs | | | | | | |



# Promontory Interfinancial Network, LLC

ABOUT | NEWS | BANK SURVEYS | COMMUNITY | SOLUTIONS | SERVICES | RELATIONSHIPS

Events | Social Outreach | Careers | Contact Us

Search... GO

Network Members' Portal

### SERVICES

- ICS
- CDARS
- Promnet REPO
- IND
- Yankee Sweep
- BankAssetpoint

- ICS Overview
- ICS Reciprocal
- ICS One-Way Sell
- ICS One-Way Buy

## ICS® One-Way Sell®

### What is ICS One-Way Sell?

Using ICS®, the Insured Cash Sweep® service, Promontory Network members can offer customers access to multi-million-dollar FDIC insurance and a return on funds placed in demand deposit accounts, money market deposit accounts, or both. ICS One-Way Sell enables participating Promontory Network members to sell their excess Insured Cash Sweep deposits to banks that desire funding. In this scenario, the funds are taken off balance sheet (sold to banks that desire funding) and Network members can earn fee income in place of matching deposits.

### Why would your bank want to use ICS One-Way Sell?

By taking funds off balance sheet, ICS One-Way Sell can help banks:

- Attract new customer relationships and continue building franchise value during periods of high liquidity – One-Way Sell transactions do not create funding or on-balance-sheet liabilities for banks.
- Increase market share by encouraging existing safety-conscious depositors to consolidate their investments with banks.
- Earn fee income and increase profitability, as well as return-on-assets and return-on-equity ratios.
- Enjoy flexibility knowing that if the bank's liquidity position changes, it can switch back to using ICS® Reciprocal℠ and receive matching deposits, instead of fee income, for its placements.

### How does ICS One-Way Sell work?

When your bank places a customer's funds through ICS One-Way Sell, it can receive fee income. (Note that your bank sells just the funding, not the underlying relationship.) As with ICS Reciprocal, customer funds are placed with

other Network banks so that customers can access FDIC insurance from many banks while working directly with just yours.





BNY MELLON

The Bank of New York Mellon
Custody, Settlement, Recordkeeping

## What else do I need to know?

Customers like ICS because it lets them work directly with just one bank for security, convenience, and other benefits. As with all ICS transactions, your bank retains complete ownership of the relationship, and your customer's confidential information remains protected.

If a depositor is subject to restrictions with respect to the placement of funds in depository institutions, it is the responsibility of the depositor to determine whether the placement of the depositor's funds through ICS, or a particular ICS transaction, satisfies those restrictions.

Placement of customer funds through the ICS service is subject to the terms, conditions, and disclosures set forth in the agreements, including the ICS Deposit Placement Agreement, that a participating institution's customer enters into with that institution. Limits and customer eligibility criteria apply. Program withdrawals are limited to six per month when using the ICS savings option. ICS, Insured Cash Sweep, and One-Way Sell are registered service marks of Promontory Interfinancial Network, LLC.

**Need Help?** *We're available for you.* (866) 776-6426

© 2018 Promontory Interfinancial Network, LLC | Terms & Conditions | Privacy Policy | Patents

| ABOUT | NEWS | SOLUTIONS | SERVICES | RELATIONSHIPS | OTHER | CONTACT US |
|---|---|---|---|---|---|---|
| Founders | What's New | Build Multi-Million-Dollar Relationships | Insured Cash Sweep | Banks | Conferences | 1300 N. 17th Street |
| Board Members | Press | Increase Noninterest Income | Certificate of Deposit | Brokerage Firms | Webinars | Suite 1800 |
| Management | Press Releases | Manage Liquidity | Account Registry Service | Depositors | Social Outreach | Arlington, VA 22209 |
| Alliances | Articles | Purchase Funding | Promnet Repo | Trusts | Careers | contactus@promnetwork.com |
| Endorsements | Economic Outlook | Replace Higher-Cost Funding and/or Repurpose Collateral | Insured Network Deposits | Contact Us | | (866) 776-6426 |
| Testimonials | Business Outlook Survey | Buy & Sell Bank Assets | Yankee Sweep | Network Members' Portal | | **FOLLOW US** |
| Case Studies | | | Bank Assetpoint | | | |
| FAQs | | | | | | |