Esquire Bank, National Association
320 Old Country Road
Suite 102
Garden City, NY 11530

Date 12/29/17
Page 1 of 29

THE KNAUF ATTORNEY FEE SETTLEMENT FUND
C/O BROWN GREER
250 ROCKETTS WAY
RICHMOND, VA 23231-0000

Subject: CDARS® Customer Statement

Legal Account Title:   THE KNAUF ATTORNEY FEE SETTLEMENT FUND

Below is a summary of your certificate(s) of deposit, which we are holding for you as your custodian. These certificate(s) of deposit have been issued through CDARS by one or more FDIC-insured depository institutions. Should you have any questions, please contact us at **1-800-996-0213.**

**Summary of Accounts Reflecting Placements Through CDARS**

| Account ID | Effective Date | Maturity Date | Interest Rate | Opening Balance | Ending Balance |
|---|---|---|---|---|---|
| ▮▮▮▮ | 12/07/17 | 01/04/18 | 0.02% | $0.00 | $7,702,745.64 |
| ▮▮▮▮ | 12/14/17 | 01/11/18 | 0.02% | $0.00 | $5,902,941.53 |
| ▮▮▮▮ | 12/14/17 | 01/11/18 | 0.02% | $0.00 | $6,002,561.11 |
| ▮▮▮▮ | 12/21/17 | 01/18/18 | 0.02% | $0.00 | $17,506,442.29 |
| ▮▮▮▮ | 12/28/17 | 01/25/18 | 0.02% | $0.00 | $5,000,652.13 |
| ▮▮▮▮ | 10/12/17 | 01/11/18 | 0.02% | $10,001,495.85 | $10,001,495.85 |
| **TOTAL** | | | | **$10,001,495.85** | **$52,116,838.55** |



Exhibit M

CDARS® is a registered service mark of Promontory Interfinancial Network, LLC.          CONTAINS CONFIDENTIAL INFORMATION

Esquire Bank, National Association
320 Old Country Road
Suite 102
Garden City, NY 11530

Date 12/31/2017
Page 1 of 9

THE KNAUF ATTORNEY FEE SETTLEMENT FUND
C/O BROWN GREER
250 ROCKETTS WAY
RICHMOND, VA 23231-0000

Subject: ICS Monthly Statement

The following information is a summary of activity in your ICS® account(s) for the month of December 2017 and the list of FDIC-insured institution(s) that hold your deposits as of the date indicated. These deposits have been placed by us, as your agent and custodian, in deposit accounts through the ICS, or Insured Cash Sweep®, service. Should you have any questions, please contact us at **1-800-996-0213**.

**Summary of Accounts Reflecting Placement Through ICS**

| Account ID | Deposit Option | Interest Rate | Opening Balance | Ending Balance |
|---|---|---|---|---|
| *********268 | Savings | 0.02% | $98,051,422.68 | $98,053,087.33 |
| TOTAL | | | $98,051,422.68 | $98,053,087.33 |

ICS and Insured Cash Sweep are registered service marks of Promontory Interfinancial Network, LLC.   CONTAINS CONFIDENTIAL INFORMATION