5/4/2018 Case 2:09-md-02047-EEF-MBN Document 21467-5 Filed 07/03/18 Page 1 of 3
Case 2:09-md-02047-EEF-JCW Document 21338-9 Filed 05/18/18 Page 128 of 178
TABLE OF CONTENTS

1q 17

## ESQUIRE FINANCIAL HOLDINGS, INC.
### CONDENSED CONSOLIDATED STATEMENTS OF INCOME
(Dollars in thousands, except per share data)
(Unaudited)

|  | For the Three Months Ended March 31, | |
|---|---|---|
|  | 2017 | 2016 |
| **Interest income:** | | |
| Loans | $3,827 | $3,225 |
| Securities, available for sale | 528 | 473 |
| Interest earning deposits and other | 77 | 35 |
| Total interest income | 4,432 | 3,733 |
| **Interest expense:** | | |
| Savings, NOW and money market deposits | 109 | 90 |
| Time deposits | 22 | 5 |
| Borrowings | 6 | 6 |
| Total interest expense | 137 | 101 |
| Net interest income | 4,295 | 3,632 |
| Provision for loan losses | 150 | 145 |
| Net interest income after provision for loan losses | 4,145 | 3,487 |
| **Non-interest income:** | | |
| Customer related fees and service charges | 366 | 228 |
| Merchant processing income | 838 | 753 |
| Net gains on sales of available-for-sale securities | — | 6 |
| Total non-interest income | 1,204 | 987 |
| **Non-interest expense:** | | |
| Employee compensation and benefits | 2,345 | 1,962 |
| Occupancy and equipment, net | 387 | 282 |
| Professional and consulting services | 389 | 413 |
| FDIC assessment | 42 | 50 |
| Advertising and marketing | 110 | 143 |
| Travel and business relations | 106 | 74 |
| OCC assessments | 29 | 26 |
| Data processing | 370 | 339 |
| Other operating expenses | 246 | 131 |
| Total non-interest expense | 4,024 | 3,420 |
| Net income before income taxes | 1,325 | 1,054 |
| Income tax expense | 510 | 411 |
| Net income | $ 815 | $ 643 |
| Earnings per common share | | |
| Basic | $ 0.16 | $ 0.13 |
| Diluted | $ 0.16 | $ 0.13 |

*See accompanying condensed notes to interim condensed consolidated financial statements.*

F-3



Exhibit N

7/1/2018

https://www.sec.gov/Archives/edgar/data/1531031/000114420417042814/v471811_10q.htm

2017

## ESQUIRE FINANCIAL HOLDINGS, INC.
## CONDENSED CONSOLIDATED STATEMENTS OF INCOME
(In thousands, except per share data)
(Unaudited)

| | For the Three Months Ended June 30, | | For the Six Months Ended June 30, | |
|---|---|---|---|---|
| | 2017 | 2016 | 2017 | 2016 |
| **Interest income:** | | | | |
| Loans | $ 4,062 | $ 3,446 | $ 7,889 | $ 6,671 |
| Securities | 628 | 490 | 1,178 | 967 |
| Interest earning deposits and other | 66 | 34 | 121 | 66 |
| Total interest income | 4,756 | 3,970 | 9,188 | 7,704 |
| **Interest expense:** | | | | |
| Savings, NOW and money market deposits | 106 | 106 | 215 | 195 |
| Time deposits | 25 | 20 | 47 | 26 |
| Borrowings | 5 | 6 | 11 | 13 |
| Total interest expense | 136 | 132 | 273 | 234 |
| Net interest income | 4,620 | 3,838 | 8,915 | 7,470 |
| Provision for loan losses | 300 | 130 | 450 | 275 |
| Net interest income after provision for loan losses | 4,320 | 3,708 | 8,465 | 7,195 |
| **Non-interest income:** | | | | |
| Customer related fees and service charges | 528 | 249 | 894 | 477 |
| Merchant processing income | 831 | 793 | 1,670 | 1,546 |
| Net gains on sales of available-for-sale securities | - | - | - | 6 |
| Total non-interest income | 1,359 | 1,042 | 2,564 | 2,029 |
| **Non-interest expense:** | | | | |
| Employee compensation and benefits | 2,369 | 1,985 | 4,714 | 3,947 |
| Occupancy and equipment, net | 374 | 272 | 761 | 553 |
| Professional and consulting services | 516 | 499 | 905 | 912 |
| FDIC assessment | 42 | 31 | 84 | 81 |
| Advertising and marketing | 96 | 99 | 206 | 243 |
| Travel and business relations | 122 | 97 | 228 | 171 |
| OCC assessments | 34 | 28 | 63 | 54 |
| Data processing | 409 | 339 | 780 | 678 |
| Other operating expenses | 207 | 174 | 452 | 305 |
| Total non-interest expense | 4,169 | 3,524 | 8,193 | 6,944 |

https://www.sec.gov/Archives/edgar/data/1531031/000114420417042814/v471811_10q.htm

7/64

*Provision for Loan Losses.* Our provision for loan losses was $275,000 for the three months ended September 30, 2017 compared to $180,000 for the three months ended September 30, 2016. The provisions recorded resulted in an allowance for loan losses of $4.1 million, or 1.24% of total loans at September 30, 2017, compared to $3.3 million, or 1.22% of total loans at September 30, 2016. The higher provision is reflective of loan growth experienced in the Company's higher yielding commercial and consumer loan categories. As of September 30, 2017 the Company had no delinquent loans or non-performing assets.

*Noninterest Income.* Noninterest income information is as follows:

|  | For the Three Months Ended September 30, | | Change | |
|---|---|---|---|---|
|  | 2017 | 2016 | Amount | Percent |
|  | (Dollars in thousands) | | | |
| **Noninterest income** | | | | |
| Customer related fees and service charges | $ 548 | $ 283 | $ 265 | 93.6% |
| Merchant processing income | 797 | 774 | 23 | 3.0 |
| Gains of sales of securities | - | - | NA | NA |
| Total noninterest income | $ 1,345 | $ 1,057 | $ 288 | 27.2% |

Merchant processing income increased primarily due to increases in the number of ISOs and average monthly volumes. Customer related fees and charges have also increased primarily due to increases in sweep fee income on off-balance sheet funds as a result of rising rates.

*Noninterest Expense.* Noninterest expense information is as follows:

|  | For the Three Months Ended September 30, | | Change | |
|---|---|---|---|---|
|  | 2017 | 2016 | Amount | Percent |
|  | (Dollars in thousands) | | | |
| **Noninterest expense** | | | | |
| Employee compensation and benefits | $ 2,466 | $ 2,114 | $ 352 | 16.7% |
| Occupancy and equipment | 393 | 359 | 34 | 9.5 |
| Professional and consulting services | 548 | 393 | 155 | 39.4 |
| FDIC assessment | 42 | 37 | 5 | 13.5 |
| Advertising and marketing | 134 | 90 | 44 | 48.9 |
| Travel and business relations | 92 | 95 | (3) | (3.2) |
| OCC assessments | 31 | 27 | 4 | 14.8 |
| Data processing | 466 | 302 | 164 | 54.3 |
| Other operating expenses | 253 | 203 | 50 | 24.6 |
| Total noninterest expense | $ 4,425 | $ 3,620 | $ 805 | 22.2% |

Employee compensation and benefits increased due to the Company's continued growth and related hiring efforts as well as increases in current salaries. The increase in professional and consulting services was due primarily to additional costs related to being a public company. The increase in data processing costs was due to investments in technology to support our future growth initiatives.