UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>*ALL CASES* | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

*******************************************************************************

### ORDER

Considering the Motion for Leave to Exceed Page Limitation by Yance Law Firm, LLC;

IT IS ORDERED BY THE COURT that leave is GRANTED and Yance Law Firm's Reply To Plaintiffs' Lead And Liaison Counsel's Response In Opposition To Yance Law Firm's Motion To Immediately Transfer Attorney Fee Qualified Settlement Fund To A Different Depository Bank Or Back Into The Court Registry be and is hereby filed into the record.

New Orleans, Louisiana, this _____ day of _____, 2018.

_____
Eldon E. Fallon
United States District Court Judge