**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

**MDL NO. 2047**

**SECTION: L**

**JUDGE FALLON
MAG. JUDGE WILKINSON**

THIS DOCUMENT RELEATES TO:
*ALL CASES*

*************************************************************************

**KRUPNICK CAMPBELL MALONE'S EXHIBIT 1 TO KRUPNICK CAMPBELL MALONE ET AL.'S MINORITY FEE COMMITTEE REPORT CONSISTENT WITH "STEP SIX" PURSUANT TO PRE-TRIAL ORDER 28**

# FILED UNDER SEAL