# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED | : | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | : | SECTION: L |
| LITIGATION | : | JUDGE FALLON |
| _____ | : | MAG. JUDGE WILKINSON |
| | : | |
| THIS DOCUMENT RELATES TO: | : | |
| *ALL CASES* | : | |
| _____ | : | |

## KRUPNICK CAMPBELL MALONE, ET AL.'S
## MOTION FOR LEAVE TO FILE EXHIBIT TO KRUPNICK CAMPBELL MALONE ET AL.'S MINORITY FEE COMMITTEE REPORT CONSISTENT WITH "STEP SIX" PURSUANT TO PRE-TRIAL ORDER 28 UNDER SEAL

NOW INTO COURT, comes KRUPNICK CAMPBELL MALONE ET AL. and for the reasons set forth in the Memorandum filed contemporaneously herewith, respectfully moves the Court for an Order allowing their Exhibit to the Minority Fee Committee Report to be filed under seal, inasmuch as it contains confidential information previously sealed by the Special Master from public disclosure and involving individual attorney firms, until further Order of the Court.[1]

Dated: July 5, 2018.

Respectfully submitted,

/s/ Michael J. Ryan
Michael J. Ryan, Esquire
Florida Bar No. 975990
Krupnick Campbell Malone
Buser Slama Hancock
Liberman, P.A.
12 S.E. 7 Street, Suite 801
Ft. Lauderdale, FL  33301
Phone: (954) 763-8181;
Fax: (954) 763-8292
mryan@krupnicklaw.com

---

[1] This Motion is being filed in an abundance of caution.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Leave to File Exhibits to Krupnick Campbell Malone et al.'s Minority Fee Committee Report Consistent with "Step Six" Pursuant to Pre-Trial Order 28 Under Seal has been served on Plaintiffs' Liaison Counsel, Russ Herman and Defendants' Liaison Counsel, Kerry Miller, Esquire, by e-mail and upon all parties by electronically uploading the same to File & ServeXpress f/k/a LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

Dated:   July 5, 2018.

/s/ Michael J. Ryan
Michael J. Ryan, Esquire
Florida Bar No. 975990
Krupnick Campbell Malone Buser
Slama Hancock Liberman, P.A.
12 S.E. 7 Street,   Suite 801
Ft. Lauderdale, FL  33301
Phone: (954) 763-8181
Fax: (954) 763-8292
mryan@krupnicklaw.com