**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED | : | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | : | SECTION: L |
| LITIGATION | : | JUDGE FALLON |
| _____ | : | MAG. JUDGE WILKINSON |
| | : | |
| THIS DOCUMENT RELATES TO: | : | |
| *ALL CASES* | : | |
| _____ | : | |

**KRUPNICK CAMPBELL MALONE ET AL.'S MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE EXHIBT TO KRUPNICK CAMPBELL MALONE ET AL.'S MINORITY FEE COMMITTEE REPORT CONSIDTENT WITH "STEP SIX" PURSUANT TO PRE-TRIAL ORDER 28 UNDER SEAL**

The Exhibit to Krupnick Campbell Malone et al.'s Minority Fee Committee Report Consistent with "Step Six" pursuant to pre-trial Order 28 contain information from documents previously sealed by the Special Master in the attorney's fee allocation proceedings.  As some of the information contained in Krupnick Campbell Malone et al.'s Exhibit has been sealed from public disclosure, KRUPNICK CAMPBELL MALONE ET AL respectfully request leave to file their Exhibit under seal.

| | |
|---|---|
| Dated:  July 5, 2018 | Respectfully submitted, |
| | |
| | /s/ Michael J. Ryan |
| | Michael J. Ryan, Esquire |
| | Florida Bar No. 975990 |
| | KRUPNICK CAMPBELL MALONE |
| | BUSER SLAMA HANCOCK |
| | LIBERMAN, P.A. |
| | 12 S.E. 7 Street |
| | Suite 801 |
| | Ft. Lauderdale, FL  33301 |
| | Phone: (954) 763-8181 |
| | Fax: (954) 763-8292 |
| | mryan@krupnicklaw.com |

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing Memorandum in Support of Motion for Leave to File Exhibit to Krupnick Campbell Malone et al.'s Minority Fee Committee Report Consistent with "Step Six" Pursuant to Pre-trial Order 28 has been served on Plaintiffs' Liaison County, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, Esquire, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047. Dated: July 5, 2018.

/s/ Michael J. Ryan
Michael J. Ryan, Esquire
Florida Bar No. 975990
KRUPNICK CAMPBELL MALONE
BUSER SLAMA HANCOCK
LIBERMAN, P.A.
12 S.E. 7 Street
Suite 801
Ft. Lauderdale, FL  33301
Phone: (954) 763-8181
Fax: (954) 763-8292
mryan@krupnicklaw.com