UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: *ALL CASES* | : : : | |

**ORDER**

Considering the Motion of KRUPNICK CAMPBELL MALONE ET AL.'s for Leave to File their Exhibit to Krupnick Campbell Malone et al.'s Minority Fee Committee Report Consistent with "Step Six" Pursuant To Pre-Trial Order 28 Under Seal;

IT IS ORDERED BY THE COURT that the Motion is granted and the Exhibit shall be filed UNDER SEAL until further Order of this Court.

New Orleans, Louisiana, this _____ day of _____, 2018

_____

Eldon E. Fallon
United States District Court Judge