**From:** Sandy Duggan [mailto:sduggan@lfsblaw.com]
**Sent:** Thursday, December 28, 2017 9:49 AM
**To:** 'Russell Budd' (RBUDD@BARONBUDD.COM); 'Holly Werkema' (hwerkema@baronbudd.com); Russ Herman; Arnold Levin; Lenny Davis
**Cc:** Philip Garrett
**Subject:** FW: CDW - attorneys' fees fund

All – I received the below email from Phil Garrett in response to Holly's question regarding interest on the attorneys' fee account.
Thanks, Phil.

Sandra L. Duggan
Of-Counsel
LEVIN SEDRAN & BERMAN
510 Walnut Street
Suite 500
Philadelphia, PA 19106
(215) 592-1500
(215) 870-8258 - cell
(215) 592-4663 - fax
www.lfsblaw.com

CONFIDENTIALITY NOTE: This e-mail message contains information belonging to the law firm of Levin Sedran & Berman and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please e-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.

**From:** Philip Garrett [mailto:pgarrett@garrettco.com]
**Sent:** Wednesday, December 27, 2017 11:04 AM
**To:** Sandy Duggan
**Cc:** Arnold Levin; Russ Herman; Lenny Davis
**Subject:** Re: CDW - attorneys' fees fund

I looked at the interest queststion and have 2 answers:

1



1. I am not the administrator of the CDW QSF funds - Brown Greer handles that and reports the interest income to the IRS each year.
 I do record the interest income as an increase in the account value but the offsetting account is to a liability account not to interest income.
 The interest income I record as interest income is for the 'set aside fund", the Federated account, and the Whitney account which I then report to the IRS each year and pay income tax on.

2. If I run the numbers on the interest income for 2016 on the Atty QSF accounts it equals $38,038.46 (which agrees with Esquire as I had Ave total it for me as well). The average balance of all Atty fund accts for 2016 is approximately $191,333,328.08.  If the fund could have earned .5% the interest income would have been $956,666.64. Esquire is ready to have a conference call to discuss the investment strategy was on safety of principal not ROI.

Hope this helps and if you wish to discuss please feel free to contact me.

Hope you and your family had a wonderful Christmas.

Thanks



Philip A. Garrett, CPA
600 Northwoods Drive
Abita Springs, LA  70420
pgarrett@garrettco.com
Direct: 985-635-1500
Office: 985-746-9165

---

**From:** Sandy Duggan <sduggan@lfsblaw.com>
**To:** Philip Garrett <pgarrett@garrettco.com>
**Cc:** Arnold Levin <ALevin@lfsblaw.com>; Russ Herman <RHERMAN@hhklawfirm.com>; Lenny Davis <ldavis@hhklawfirm.com>
**Sent:** Wednesday, December 27, 2017 8:28 AM
**Subject:** CDW - attorneys' fees fund

Phil – I recall that you were going to look into Holly Werkema's question as to whether there is any additional interest on the funds set aside for attorneys' fees. I had told the objectors that all interest was already accounted for in your calculations.  Do you have anything to report to us?  If so, let us know please.

Thanks, and happy holidays.

Sandra L. Duggan
Of-Counsel
LEVIN SEDRAN & BERMAN
510 Walnut Street
Suite 500
Philadelphia, PA 19106
(215) 592-1500
(215) 870-8258 - cell

2

(215) 592-4663 - fax
www.lfsblaw.com

CONFIDENTIALITY NOTE: This e-mail message contains information belonging to the law firm of Levin Sedran & Berman and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please e-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.