**Tucker Yance**

---

| | |
|---|---|
| **From:** | Kim_Lange@laed.uscourts.gov |
| **Sent:** | Tuesday, June 26, 2018 11:34 AM |
| **To:** | rty@yancelaw.com |
| **Cc:** | Michele_Ranzino@laed.uscourts.gov |
| **Subject:** | Registry Rates of Return |

Mr. Yance,

Until early 2015 the court's registry funds were located at Whitney Bank and earned interest at a rate of 0.10%.

Court Registry Investment System (CRIS) - 2016 earnings was 0.25% and 2017 earnings was 0.80%.

Thank You,

Kimberly Ann Lange
Budget and Financial Administrator
U.S.D.C. Louisiana Eastern District
Ph: 504-589-7786
Fax: 504-589-7784

