



BANKING ON
JUSTICE
ESQUIRE® BANK
Exhibit Q

ATTORNEY LENDING
PLAINTIFF DEPOSITS
How to run your law firm like a business.
ATTORNEY DEPOSITS
PLAINTIFF LENDING

# BANKING ON JUSTICE

**We understand the unique needs of attorneys better than any other financial institution.**

This insight into the business of law has enabled us to create a suite of innovative financial solutions designed to help attorneys run and grow their practices more efficiently and effectively. Our fundamental belief that cases are assets sets us apart from other financial institutions when it comes to attorney lending and cash flow needs. We provide attorneys & law firms the liquidity necessary to handle larger cases and to build their businesses, when other banks simply do not. And unlike the megabanks, Esquire Bank does not support tort reform - we support trial lawyers, in every sense, as they fight for justice.

We're also committed to raising the bar for attorney banking relationships. That's why our attorney-specific solutions extend beyond innovative products to include premium-level personal service for every client we serve. Personal service from an experienced private banker with a singular focus – your success.

When it comes to your banking relationship, Esquire Bank's commitment to integrated solutions, exceptional service, and industry expertise, means you don't have to settle for less.

Esquire® Bank

800.996.0213 | esquirebank.com

# ATTORNEY **DEPOSITS**

## Make your money count.



### Business Deposit Products

**Esquire Bank provides specialized banking services to attorneys and law firms, including deposit accounts, that provide enhanced management of client and business funds.**

- IOLA/IOLTA
  Esquire Bank is uniquely qualified to support IOLA/IOLTA accounts because we understand the complexity involved and the serious ramifications of a single co-mingling or overdraft misstep.
- Business Operating Accounts
- Fiduciary Accounts
- Business Money Market



- Escrow Management
  Save time and eliminate frustration with our Escrow Management Account. You can easily create sub-accounts for each client, with competitive interest rates, that are linked to a single master account for easy disbursements.
  - Keep client funds separate from your own
  - Competitive interest apportioned to each individual sub-account
  - Comprehensive monthly statement
  - Free online access
  - Simplify taxes; bank will generate 1099s for each sub-account
  - Can be used for individual clients, tenant security, or 1031 exchange clients
- CDARS
  One CD, multi-million-dollar FDIC insurance coverage. It's that simple.
  - Access multi-million-dollar FDIC insurance on CD investments
  - One strong rate on entire investment
  - One banking relationship for all CD investments
  - One consolidated, fully detailed statement
  - Simplified tax reporting
  - Insured Cash Sweep (ICS)

### Qualified Settlement Fund Deposits

**Esquire Bank is qualified to properly navigate a Qualified Settlement Fund. After the QSF is funded, you can apply for a QSF Loan for any immediate liquidity needs you may have, as well as offering your clients the benefit of Early Access Loans so they can pay their expenses.**

Key Benefits:

- Esquire Bank is a court appointed depository agent
- Extensive experience in establishing and administering QSFs
- A dedicated QSF banking team can guide you from origination to disbursement
- Understand the importance of principal preservation
- QSF Loans are available for qualified clients

# ATTORNEY LENDING

## Trying a case shouldn't be financially trying.

### Case Cost Financing

**This innovative financial solution gives attorneys the necessary liquidity to cover case costs. We understand that attorneys should be counsel to their clients, not creditors.**

Key Benefits:

- Annual percentage rates that can be up to 10% lower than finance companies
- A master line of credit specifically for case costs
- As costs are incurred, make disbursements as needed
- Back office support to monitor, track and manage your line
- You may be able to pass along interest to your client upon successful completion of their case*

* Attorneys should consult the applicable laws and prevailing ethics in their particular jurisdiction.

The Value of Case Cost Financing
$500,000 over time

With Case Cost Financing

Without Case Cost Financing

$500k
$669k
$418k
AFTER 5 YEARS

$961k
$335k
AFTER 10 YEARS
$1.38mm
$268k
AFTER 15 YEARS

$1.98mm
$214k
AFTER 20 YEARS

*Based on 4.36% average inflation since 1970 and S&P total return of 11.9% average since 1971. Source: Bloomberg.*

ATTORNEY LENDING

# ATTORNEY **LENDING**

## Working Capital Line of Credit

Cash flow for your business is irregular and sometimes you just need some money now. We get it. That's why we offer a revolving line of credit that qualified borrowers can tap into whenever needed.

Key Benefits:

- Immediate access to funds when you need them
- Only pay interest on what you use
- Can be utilized for almost any purpose
- Perfect for short-term capital needs

## Qualified Settlement Fund Lending

The verdict is in - getting paid earlier is better than later. Once a QSF is funded, you can apply for a QSF Loan.

Key Benefits:

- Borrow against the legal fees embedded in a funded QSF
- Attractive bank rates
- Use this new liquidity to grow your business by advertising for the next mass tort case

## Common Benefit Fee Loans

An uncommon benefit for Common Benefit Fees. Attorneys in leadership positions in mass torts who are entitled to common benefit fees may obtain a loan using the projected common benefit fees as collateral.

Key Benefits:

- No need to wait for distribution of common benefit fees to plaintiff steering committee members
- Attractive bank rates

Why trial attorneys love us: liquidity.

# PLAINTIFF **DEPOSITS**

## Appealing banking options.

### Attorney Advantage Checking

**Everything you need with nothing you don't. A free, high-interest checking account with no minimum balance requirement, no monthly fees, and free ATMs.* Plus, link to an Attorney Advantage Savings account for automatic big savings.**

Key Benefits:

- High-interest checking account
- Nationwide ATM fee refunds*
- No minimum balance to earn interest
- No monthly fees
- Free online banking with bill pay

*Refunds earned when account monthly qualifiers are met. No fees apply at ATMs that are part of the AllPoint network. If account qualifications are not met, a fee of $2.50 per withdrawal transaction plus any fee by the ATM operator will apply.*

### Attorney Advantage Plus

**Attorney Advantage Plus is Esquire Bank's custom FREE banking package. The accrued interest and ATM fee refunds from your Attorney Advantage Checking account automatically sweep into your high-interest savings account. It's a win-win.**

Key Benefits:

- High-interest savings account
- Combine with Attorney Advantage Checking for automatic big savings
- Accrued interest and ATM fee refunds automatically sweep into your high-interest savings account

### Medicare Set-Aside Checking Accounts

**For clients who are required to set aside a portion of their settlement funds for Medicare, Esquire Bank has an easy, low-cost solution: an interest bearing, segregated checking account that meets the requirements for the Medicare Secondary Payer Act.**

Key Benefits:

- The first critical step in Medicare compliance for the lawyer and the client
- Safeguards government eligibility and helps minimize future liability

### Infant/Minor Compromise CDs

**The first financial institution that understands how to comply with the requirements of your client's Infant/ Minor Compromise Order. We walk your client through the entire process & paperwork, and handle the order & check. We turn the process into child's play.**

Key Benefits:

- Tailored specifically to meet the needs for the settlement funds in a Minor's or Infant's Compromise Order
- We handle the entire process – fewer client questions for you
- Decrease in 'stale' checks having to be reissued from insurance company
- Fewer requests for certified copies of ICO

# PLAINTIFF **LENDING**

## Settle for MORE.

### Early Access Loans

**No more waiting for insurance carriers, municipalities, the lien process, or surrogate court approvals. With an Early Access Loan of up to 50% of the client's net recovery, your clients are able to pay their bills while they wait for their settlement payment.**

Key Benefits:

- Settled case funding at attractive bank rates
- Give your clients relief from financial hardships
- Simple process and quick turnaround
- Increased release return rate
- Improvement in administrative efficiency for mass tort law firms

### Structured Settlement Loans

**A short-term loan at a great rate is a more sound solution for your client's structured settlement compared to the factoring companies that buy-out a client's settlement for pennies on the dollar.**

Key Benefits:

- Short-term loans at attractive bank rates
- Each loan is customized to fit your clients' annuity payment stream
- Client may continue to receive structured settlement annuity payments after loan is repaid



# BANK **SERVICES**

## You passed the bar. We're raising it.

### Personal Banker

Esquire Bank is committed to providing superior relationship banking through our personal approach. We couple our advanced product offerings with first-class client service from an experienced private banker who understands your business and provides solutions to meet your specific financial goals. As your business needs grow and change, your private banker is with you every step of the way to help guide your business to success.

### Online & Mobile Banking

Bank where and when you want to with our free Online and Mobile Banking options. Pay bills, manage all of your accounts, even set up automatic payments easily and securely from your computer or smart phone – saving you time and money.

Key Benefits:

- Access and manage your accounts 24/7 from anywhere
- Easy and secure
- Free Online Bill Pay

### LP Management Suite®

Our free Legal Practice Financial Management Suite (LP-Suite) is a valuable online cash management tool kit for lawyers and law practices.This suite of products, like Deposit*Express*® and ACH, work in synergy to save you time and headaches while lowering expenses.

Key Benefits:

- Enhanced security and fraud protection
- ACH (automated clearing house) services allow for the ability to make and receive payments electronically, including direct deposit of payroll.
- Transfer funds via ACH internally or externally
- Initiate domestic and international wire transfers
- Reduce paper clutter in your office
- Images of checks available online 24/7
- Consolidate funds from multiple office locations into one account
- Use Deposit*Express*® to deposit checks directly from your office
- 24/7 online banking with bill pay

### Deposit*Express*®

No need to go to the bank to deposit checks. Deposit*Express*® brings the bank to you. A Deposit*Express*® setup provides your business with the latest in bank technology and convenience by allowing you to remotely scan and deposit checks from your office.

Key Benefits:

- Deposit checks any time without visiting the bank
- Save time and reduce clerical errors
- Process payments faster and more securely
- 24/7 access to electronic check copies
- Easily export reports and logs to accounting software

### Esquire Investment Services

Invest your money wisely, you've earned it. Esquire Bank provides clients with high-level service, and a wide array of investment management services in conjunction with LPL Financial.*

A partial list of investment and trust services includes:

- Portfolio construction & risk management
- Fixed income (taxed and tax exempt)
- Legacy planning & estate administration
- Tax planning

*Investment and Trust Services offered through LPL Financial:*

| *Not FDIC insured.* | *Not Bank guaranteed.* | *May lose value.* |
|---|---|---|
| *Not insured by any federal government agency.* | | *Not a deposit.* |



www.esquirebank.com
800.996.0213

©2013 Esquire Bank.
All products, services, forms, conditions, and fees are subject to change without notice. Esq_60

MEMBER FDIC

