# Tucker Yance

| | |
|---|---|
| **From:** | Kim_Lange@laed.uscourts.gov |
| **Sent:** | Tuesday, July 03, 2018 8:47 AM |
| **To:** | Tucker Yance |
| **Cc:** | Michele_Ranzino@laed.uscourts.gov |
| **Subject:** | RE: Registry Rates of Return |

It looks like someone is watching the email box at the AO! This is what I received:

"The rate changes every day based on the mix of investments in the pool. At the beginning of 2018, the rate was approximately 1.20%, but has been rising throughout the year. As of yesterday, the yield was 1.84%."


Thank You,

Kimberly Ann Lange
Budget and Financial Administrator
U.S.D.C. Louisiana Eastern District
Ph: 504-589-7786
Fax: 504-589-7784



From:   "Tucker Yance" <rty@yancelaw.com>
To:     <Kim_Lange@laed.uscourts.gov>
Date:   07/03/2018 08:38 AM
Subject:RE: Registry Rates of Return



Ok thank you.

R. Tucker Yance
Yance Law Firm, LLC
169 Dauphin Street
Suite 318
Mobile, AL  36602
Phone: (251) 432-8003
Fax:(251) 432-8009
E-mail: rty@yancelaw.com
Web: www.yancelaw.com


-----Original Message-----
From: Kim_Lange@laed.uscourts.gov [mailto:Kim_Lange@laed.uscourts.gov]
Sent: Tuesday, July 03, 2018 8:27 AM
To: Tucker Yance
Cc: Michele_Ranzino@laed.uscourts.gov

1

