# EXHIBIT 1

Subject: FW: CDW - Fee Committee Member's Request for Information

-----Original Message-----
From: MICHAEL RYAN
Sent: Sunday, June 10, 2018 7:52 AM
To: 'Jake Woody'; 'Russ Herman'
Cc: 'Lenny Davis'; 'Richard Serpe (rserpe@serpefirm.com)'; 'Dawn Barrios (barrios@bkc-law.com)'; 'cseeger@seegerweiss.com'; 'membergem@gainsben.com'; 'Jerry Meunier (gmeunier@gainsben.com)'; 'Sandra Duggan (sduggan@lfsblaw.com)'; 'sgeorge@seegerweiss.com'; 'Arnold Levin (alevin@lfsblaw.com)'
Subject: RE: CDW - Fee Committee Member's Request for Information

Jake and Class Counsel,

Following up on these inquiries. According to the Joint Report filed in advance of the upcoming Status Conference, the issues surrounding the pending motion will be discussed with the Court. Therefore, I would like to have responses to the inquiries, which seem pretty straight-forward, prior to the hearing.

Best,

Mike

-----Original Message-----
From: MICHAEL RYAN
Sent: Friday, June 08, 2018 8:26 AM
To: 'Jake Woody'; 'Russ Herman'
Cc: 'Lenny Davis'; 'Richard Serpe (rserpe@serpefirm.com)'; 'Dawn Barrios (barrios@bkc-law.com)'; cseeger@seegerweiss.com; 'membergem@gainsben.com'; 'Jerry Meunier (gmeunier@gainsben.com)'; 'Sandra Duggan (sduggan@lfsblaw.com)'; sgeorge@seegerweiss.com; 'Arnold Levin (alevin@lfsblaw.com)'
Subject: RE: CDW - Fee Committee Member's Request for Information

Jake,

Thank you.

Yes -- other funds ... meaning other Attorney QSF $$. We know some Attorney QSF $$ were in a money market for the Banner QSF and the Knauf QSF...just don't know if that was all that was put in Money Markets at Esquire since the initial deposit.

Since I am a bit challenged to be able to add up the amounts and understand what the total balance should be in any given month/year for all $$/funds deposited in the Attorney QSF (and it changes from month to month sometimes and certainly year to year and there were movements between different investment/deposit vehicles), I cannot tell if I have all the information.

Now, if there were Knauf/Global settlement funds deposited in money market at Esquire Bank, I would like to know that as well.

Thanks,

1

Mike

-----Original Message-----
From: Jake Woody [mailto:jswoody@browngreer.com]
Sent: Friday, June 08, 2018 8:20 AM
To: MICHAEL RYAN; 'Russ Herman'
Cc: 'Lenny Davis'; 'Richard Serpe (rserpe@serpefirm.com)'; 'Dawn Barrios (barrios@bkc-law.com)'; cseeger@seegerweiss.com; 'membergem@gainsben.com'; 'Jerry Meunier (gmeunier@gainsben.com)'; 'Sandra Duggan (sduggan@lfsblaw.com)'; sgeorge@seegerweiss.com; 'Arnold Levin (alevin@lfsblaw.com)'
Subject: RE: CDW - Fee Committee Member's Request for Information

Mike, I will respond to your questions when I have answers to them.

Can you tell me what this question means? What do you mean by "other funds"?

Second, were there other funds held in such money market accounts at Esquire Bank between 2014 and the present?

Jake Woody
BROWNGREER PLC
250 Rocketts Way
Richmond, VA 23231
Telephone: (804) 521-7234
Facsimile: (804) 521-7299
https://linkprotect.cudasvc.com/url?a=https%3a%2f%2fwww.browngreer.com&c=E,1,j95WgrlQbrRvxs0-_PC8MXEzMw0Y0vGJnpuKDwuCpBs_oP6MQ3evtXB1uhOT_VqR27ox_4o7KKIYwhdwQnqvlVLMF9LQHOQx67XWBpaCFDhfRNHHBkY_Miuwe1zqJQ,,&typo=1

This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.

-----Original Message-----
From: MICHAEL RYAN <mryan@krupnicklaw.com>
Sent: Friday, June 08, 2018 8:14 AM
To: Jake Woody <jswoody@browngreer.com>; 'Russ Herman' <RHERMAN@hhklawfirm.com>
Cc: 'Lenny Davis' <LDAVIS@hhklawfirm.com>; 'Richard Serpe (rserpe@serpefirm.com)' <rserpe@serpefirm.com>; 'Dawn Barrios (barrios@bkc-law.com)' <barrios@bkc-law.com>; cseeger@seegerweiss.com; 'membergem@gainsben.com' <membergem@gainsben.com>; 'Jerry Meunier (gmeunier@gainsben.com)' <gmeunier@gainsben.com>; 'Sandra Duggan (sduggan@lfsblaw.com)' <sduggan@lfsblaw.com>; sgeorge@seegerweiss.com; 'Arnold Levin (alevin@lfsblaw.com)' <alevin@lfsblaw.com>
Subject: RE: CDW - Fee Committee Member's Request for Information

Good morning,

Following up on these requests.

Mike

-----Original Message-----
From: MICHAEL RYAN
Sent: Thursday, June 07, 2018 1:38 PM

2

To: 'Jake Woody'; 'Russ Herman'
Cc: 'Lenny Davis'; 'Richard Serpe (rserpe@serpefirm.com)'; 'Dawn Barrios (barrios@bkc-law.com)'; 'cseeger@seegerweiss.com'; 'membergem@gainsben.com'; 'Jerry Meunier (gmeunier@gainsben.com)'; 'Sandra Duggan (sduggan@lfsblaw.com)'; 'sgeorge@seegerweiss.com'; 'Arnold Levin (alevin@lfsblaw.com)'
Subject: RE: CDW - Fee Committee Member's Request for Information

Good afternoon,

Following up on these requests.

Best,

Mike

-----Original Message-----
From: MICHAEL RYAN
Sent: Wednesday, June 06, 2018 1:24 PM
To: 'Jake Woody'; 'Russ Herman'
Cc: 'Lenny Davis'; 'Richard Serpe (rserpe@serpefirm.com)'; 'Dawn Barrios (barrios@bkc-law.com)'; 'cseeger@seegerweiss.com'; 'membergem@gainsben.com'; 'Jerry Meunier (gmeunier@gainsben.com)'; 'Sandra Duggan (sduggan@lfsblaw.com)'; 'sgeorge@seegerweiss.com'; 'Arnold Levin (alevin@lfsblaw.com)'
Subject: RE: CDW - Fee Committee Member's Request for Information

Jake,

Additional questions, it appears that in 2016 there was $5,000,000 held in a money market account at Esquire Bank, earning .05% (Banner Fee Fund $$). Then, in 2017, there was between $5,000,000 and $12,000,000 held in a money market account at Esquire Bank earning .05% (Knauf QSF).

First, those deposits would not appear to comply with the 9/10/13 Order, including Schedule A. If I am reading that incorrectly, perhaps you could provide some clarification.

Second, were there other funds held in such money market accounts at Esquire Bank between 2014 and the present?

Thanks,

Mike