**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**


| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED | : | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | : | SECTION: L |
| LITIGATION | : | JUDGE FALLON |
| _____ | : | MAG. JUDGE WILKINSON |
| | : | |
| THIS DOCUMENT RELATES TO: | : | |
| *ALL CASES* | : | |
| _____ | : | |


## ORDER TO ALLOW KCM REPLY


Considering the Motion for Leave to File KCM's Reply Memorandum to Response of Russ M. Herman to Yance Law Firm's Motion to Immediately Transfer Attorney Fee Qualified Settlement Fund to a Different Depository or Back into the Court Registry,

IT IS ORDERED BY THE COURT that the Motion is GRANTED and the attached KCM Reply Memorandum to Response of Russ M. Herman to Yance Law Firm's Motion to Immediately Transfer Attorney Fee Qualified Settlement Fund to a Different Depository or Back into the Court Registry is hereby filed into the record.

New Orleans, Louisiana, this _____ day of _____, 2018.


_____
Eldon E. Fallon
United States District Court Judge