**MINUTE ENTRY**
**FALLON, J.**
**JULY 6, 2018**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED | * | MDL Docket No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| *Elizabeth Bennett et al v. Gebrueder Knauf* | * | |
| *Verwaltungsgesellschaft, KG, et al*, 14-2722 | * | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * *

The status conference was held on this date in the Chambers of District Judge Eldon E. Fallon. Lenny Davis and Jimmy Doyle represented Plaintiffs. Danny Dysart and Kerry Miller represented Defendants. The parties discussed the status of the case and particularly a plan for additional discovery and moving forward with the cases. The Court directed the parties to meet and confer on these issues and be prepared to provide the Court with an update at the July Monthly Status Conference on July 18, 2018 at 9:00 a.m.

JS10 (00:19)