UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | : | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | : | SECTION: L |
| LITIGATION | : | JUDGE FALLON |
| _____ | : | MAG. JUDGE WILKINSON |
| | : | |
| THIS DOCUMENT RELATES TO: | : | |
| *ALL CASES* | : | |
| _____ | : | |

## PLAINTIFFS' MOTION TO ATTEND BY TELEPHONE

COMES NOW, Plaintiffs David and Joan Glickman and Raymond Rodriguez by and through the undersigned counsel, and moves this Honorable Court for an Order authorizing the attendance of undersigned counsel, Michael J. Ryan, by telephone and shows the court that:

1. Plaintiffs David and Joan Glickman and Raymond Rodriguez filed an Opposition to Knauf's Motion to Extinguish the Knauf Defendants' Settlement Obligations for Certain Remediation Claims (D.E. 21230)

2. Knauf Defendants' Motion to Extinguish Settlement Obligations for Certain Remediation Claims (D.E. 21190) is scheduled to be discussed following the July 18, 2018 status conference as outlined in the Minute Entry of June 12, 2018 (D.E. 21407).

3. The undersigned counsel resides and practices in Broward County, Florida and the hearing is in the U.S. District Court Eastern District of Louisiana.

WHEREFORE, Plaintiff prays that this Honorable Court would allow Michael J. Ryan to attend the monthly status conference by telephone. Dated this 9th day of July, 2018.

Respectfully submitted,

/s *Michael J. Ryan*
Michael J. Ryan, Esquire
Florida Bar No. 975990

Krupnick Campbell Malone Buser Slama
Hancock Liberman  P.A.
12 S.E. 7 Street, Suite 801
Fort Lauderdale, FL  33301
Phone (954) 763-8181; Fax (954) 763-8292
pleadings-MJR@krupnicklaw.com
mryan@krupnicklaw.com
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Motion to Attend by Telephone has been emailed to Plaintiffs' Liaison Counsel, Russ Herman and Defendants' Liaison Counsel, Kerry Miller, by email and electronically uploaded to File and ServeXpress f/k/a LexisNexis File & Serve in accordance with pre-trial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will serve a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 9th day of July, 2018.

/s/ *Michael J. Ryan*
Michael J. Ryan, Esquire
Florida Bar No. 975990
Krupnick Campbell Malone Buser Slama
Hancock Liberman P.A.
12 S.E. 7 Street, Suite 801
Fort Lauderdale, FL  33301
Phone (954) 763-8181; Fax (954) 763-8292
pleadings-MJR@krupnicklaw.com
mryan@krupnicklaw.com
Attorneys for Plaintiffs