# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br><br>*Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, **Case No. 11-cv-080 (E.D. La.)**<br><br>*Almeroth, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, **Case No. 12-cv-498 (E.D. La.)**<br><br>*Amato, et al. v. Liberty Mutual Insurance Company*, **Case No. 10-cv-932 (E.D. La.)**<br><br>*Germano, et al. v. Taishan Gypsum Co., Ltd., et al.*, **Case No. 09-cv-6687 (E.D. La.)**<br><br>*Gross, et al. v. Knauf Gips, KG, et al.*, **Case No. 09-cv-6690 (E.D. La.)**<br><br>*Haya, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, **Case No. 11-cv-1077 (E.D. La.)**<br><br>*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*, **Case No. 10-cv-361 (E.D. La.)** | |

**CLASS COUNSEL'S MOTION FOR AN ORDER GRANTING FINAL APPROVAL OF THE SETTLEMENT OF ASSIGNED CLAIMS IN MDL NO. 2047 ON BEHALF OF THE PORTER-BLAINE/VENTURE SUPPLY CLASS REGARDING CLAIMS ASSIGNED TO THE CLASS BY THE PORTER-BLAINE/VENTURE SUPPLY PARTICIPATING DEFENDANTS AND PARTICIPATING INSURERS AGAINST <u>TAISHAN GYPSUM CO., LTD. AND TAIAN TAISHAN PLASTERBOARD CO., LTD.</u>**

NOW INTO COURT, come Class Counsel who respectfully represent to the Court that they have entered into a Settlement of Assigned Claims in MDL No. 2047 on Behalf of the Porter-Blaine/Venture Supply Class Regarding Claims Assigned to the Class by the Porter-Blaine/Venture Supply Participating Defendants and Participating Insurers Against Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co., Ltd. (the "Assigned Claims Settlement" or "Assigned Claims Settlement Agreement").[1]  Accordingly, Class Counsel hereby move for the entry of an Order and Judgment:

1. Granting final approval of the Assigned Claims Settlement pursuant to Fed. R. Civ. P. 23(e);

2. Enjoining and barring any and all Class Members from prosecuting any and all Assigned Claims in connection with claims arising out of, or otherwise related to, Chinese Drywall at Affected Properties (other than the Reserved Claims of Class Members);

3. Finding that the class settlement notice complied with the Court's Order and Due Process; and

4. Approving distribution of the settlement funds to Eligible Class Members pursuant to the Revised Proposed Plan of Allocation that was previously approved by the Court [Rec. Doc. 16823-8].

Settlement Class Counsel seek the entry of an Order and Judgment finding that: (1) the Assigned Claims Settlement is fair, reasonable and adequate, was entered into in good faith and without collusion, and represents a negotiated agreement; (2) the indemnity and judgment reduction provisions in the Assigned Claims Settlement are valid, binding, and enforceable; (3)

---

[1] Capitalized terms used herein have the same meaning as those defined in the Assigned Claims Settlement.

the Revised Proposed Allocation Plan provides a fair and equitable basis upon which to allocate the proceeds of the Settlement Funds among the Eligible Class Members; and (4) pursuant to Fed. R. Civ. P. 54(b), there is no just reason for delay of entry of final judgment with respect to the Assigned Claims.

This Motion is supported by the accompanying Memorandum of Law and Declaration of Richard J. Serpe, both of which were filed herewith.

Dated: July 5, 2018                                    Respectfully submitted,

|  |  |
|---|---|
|  | /s/ Russ M. Herman |
| Arnold Levin | Russ M. Herman, Esq. (Bar No. 6819) |
| Sandra L. Duggan | Leonard A. Davis, Esq. (Bar No. 14190) |
| Keith J. Verrier | Stephen J. Herman, Esq. (Bar No. 23129) |
| LEVIN SEDRAN & BERMAN LLP | HERMAN, HERMAN & KATZ, LLC |
| 510 Walnut Street, Suite 500 | 820 O'Keefe Avenue |
| Philadelphia, PA 19106 | New Orleans, LA 70113 |
| Phone: (215) 592-1500 | Phone: (504) 581-4892 |
| Fax: (215) 592-4663 | Fax: (504) 561-6024 |
| Alevin@lfsblaw.com | rherman@hhklawfirm.com |
| *Plaintiffs' Lead Counsel in MDL 2047 and Class Counsel* | *Plaintiffs' Liaison Counsel in MDL 2047 and Class Counsel* |
| Richard J. Serpe (on the Brief) | Richard S. Lewis |
| LAW OFFICES OF RICHARD J. SERPE | Kristen Ward Broz |
| Crown Center, Suite 310 | HAUSFELD LLP |
| 580 East Main Street | 1700 K St. NW, Suite 650 |
| Norfolk, VA 23510-2322 | Washington, D.C. 20006 |
| Phone: (757) 233-0009 | Phone: (202) 540-7200 |
| Fax: (757) 233-0455 | Fax: (202) 540-7201 |
| rserpe@serpefirm.com | rlewis@hausfeldllp.com |
| *Class Counsel* |  |