UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED | : | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | : | SECTION: L |
| LITIGATION | : | JUDGE FALLON |
| _____ | : | MAG. JUDGE WILKINSON |
| | : | |
| THIS DOCUMENT RELATES TO: | : | |
| *ALL CASES* | : | |
| _____ | : | |

## ORDER GRANTING GLICKMAN & RODRIGUEZ
## MOTION TO ATTEND BY TELEPHONE

Considering Counsel for Plaintiffs' Motion to Attend by Telephone for oral argument on July 18, 2018 at 9:00 a.m.,

IT IS HEREBY ORDERED that the Motion is GRANTED.  Counsel for David and Joan Glickman and Raymond Rodriguez may attend by telephone.

New Orleans, Louisiana, this   9th   day of July, 2018.

_____
Eldon E. Fallon
United States District Judge