| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | *Bryon Ellison, et al. v. Taishan Gypsum Company, Ltd. et al.* ||||||||
| | Exhibit "A" |||||||
| | Name | | Affected Property Address |||||
| 1 | John | Anderson | 410 | Ross Neely Road | Albertville | AL | 35951 |
| 2 | Kerry | Barre | 11150 | South Idlewood Court | New Orleans | LA | 70128 |
| 3 | Michael | Barton | 5620 | North Harbor Village Drive, #301 | Vero Beach | FL | 32967 |
| 4 | Judy | Blackman | 1241 | Riviera Drive | New Orleans | LA | 70122 |
| 5 | Okema | Brooks | 3017 | Angelique Drive | Violet | LA | 70092 |
| 6 | Steve | Bruckner | 5620 | North Harbor Village Drive, #201 | Vero Beach | FL | 32967 |
| 7 | Wilnite | Daniel | 6730 | NW Pinson Court West | Port St. Lucie | FL | 34983 |
| 8 | Sharon | Davis | 7232 | Claridge Court | New Orleans | LA | 70127 |
| 9 | Joseph | Dombrowski | 3207 | 43rd Street West | Lehigh Acres | FL | 33971 |
| 10 | Saundra | Dymond | 4607 | Frenchmen Street | New Orleans | LA | 70122 |
| 11 | Sylvia | Egnaczyk | 5375 | Corsica Place | Vero Beach | FL | 32967 |
| 12 | Bill | Elia | 1305 | SW 12th Avenue | Cape Coral | FL | 33991 |
| 13 | Bryon | Ellison | 960 | Leeth Gap Road | Attalla | AL | 35954 |
| 14 | Mehmet | Ergelen | 732-734 | Delachaise Street | New Orleans | LA | 70115 |
| 15 | Mary Ann | Estrade | 501-03 | Dubarry Place | Chalmette | LA | 70043 |
| 16 | Royce | Eves | 60 | Pinebark Court | Wetumpka | AL | 36093 |
| 17 | Darnell | Fogon | 7615 | Forum Blvd. | New Orleans | LA | 70128 |
| 18 | Bill | Hickey | 1237 | Kendari Terrace | Naples | FL | 34113 |
| 19 | Khanh | Hoang | 5751 | 58th Avenue North | St. Petersburg | FL | 33709 |
| 20 | Tam | Huynh | 7001 | 38th Avenue North | St. Petersburg | FL | 33710 |
| 21 | Carl | Irvin | 1240 | Riviera Drive | New Orleans | LA | 70122 |
| 22 | Consuella | James | 24531 | SW 129 Court | Homestead | FL | 33032 |
| 23 | Bernadette | Jelks | 4979 | Demontluzin | New Orleans | LA | 70122 |
| 24 | Kurt | Kurtz | 480 | Bosphorous Ave | Tampa | FL | 33606 |
| 25 | Horace | Lindsay | 5620 | North Harbor Village Drive, #402 | Vero Beach | FL | 32967 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 26 | Pierre | Loredo | 13452 | Little Gem Circle | Fort Myers | FL | 33913 |
| 27 | Ed | Lozes | 3720 | Delachaise | New Orleans | LA | 70125 |
| 28 | Nicholas | Melnick | 5620 | North Harbor Village Drive, #302 | Vero Beach | FL | 32967 |
| 29 | John | Mendell | 5620 | North Harbor Village Drive, #401 | Vero Beach | FL | 32967 |
| 30 | Roy & Rose | Mitchell | 583 | Hendenson Avenue | Pass Christian | MS | 39571 |
| 31 | Stacey | Molpus | 8 | Spring Lake Court | Clanton | AL | 35045 |
| 32 | Kirk | Moseley | 3009 | Lakewood Drive | Violet | LA | 70092 |
| 33 | Matt | Neff | 140 | South Dixie Highway, Unit 619 | Hollywood | FL | 33020 |
| 34 | Randy | Norton | 231 | SE Crescent Street | Palm Bay | FL | 32909 |
| 35 | Adenike | Onagoruwa | 411 | South Dupre | New Orleans | LA | 70119 |
| 36 | Bernice | Passaretti | 5620 | North Harbor Village Drive, #203 | Vero Beach | FL | 32967 |
| 37 | Tom | Porter | 5620 | North Harbor Village Drive, #403 | Vero Beach | FL | 32967 |
| 38 | Cherry | Prince | 88 | Spring Lake Blvd. | Clanton | AL | 35045 |
| 39 | Troyce | Pruitt | 12 | Gulfview Drive | Ocean Springs | MS | 39564 |
| 40 | David | Redmond | 5620 | North Harbor Village Drive, #303 | Vero Beach | FL | 32967 |
| 41 | River Point Condo HOA | | 5620 | North Harbor Village Drive | Vero Beach | FL | 32967 |
| 42 | Darlene | Riveron | 2190 | Frangipani Avenue | Naples | FL | 34120 |
| 43 | Tony | Turnbow | 22806 | SW 89 Place | Miami | FL | 33190 |
| 44 | Robert | Whiteman | 5620 | North Harbor Village Drive, #202 | Vero Beach | FL | 32967 |
| 45 | Andrew | Zapp | 4835 | Portmarnoch Way | Wesley Chapel | FL | 33543 |
| 46 | Brian | Howell | 228 | Sharwood Drive | Naples | FL | 34110 |
| 47 | Marilyn | Palma | 406 | Broad Street | Hattiesburg | MS | 39401 |
| 48 | Rhonda | Mitchell | 94 | Solver Top Drive | Grayson | GA | 30017 |
| 49 | Ryan | Fowler | 2408 | Riverbend Drive | Violet | LA | 70092 |
| 50 | Ben | Weinberger | 2240 | NE 27 Terrace | Ft. Lauderdale | FL | 33305 |
| 51 | Victor | Daniel | 2516 | NW 21 Avenue | Cape Coral | FL | 33993 |
| 52 | Edward | Johnson | 4007 | Southernwood Court | Tampa | FL | 33616 |
| 53 | Anthony | Duncan | 4635 | Lucille Road | West Blocton | AL | 35184 |
| 54 | Stephen | Hemming | 738 | Parsons Circle SE | Palm Bay | FL | 32909 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 55 | Stella | Pereira | 24004 | SW 109 Path | Homestead | FL | 33032 |
| 56 | Shelita | Boissiere | 5301 | Pasteur Boulevard | New Orleans | LA | 70122 |
| 57 | James | Zimmerman | 7509 | Daniel Drive | New Orleans | LA | 70127 |
| 58 | Ed | Ball | 2464 | Silver Palm Road | North Port | FL | 34288 |
| 59 | Martine | Mathurin | 3008 | 12th Street West | Lehigh Acres | FL | 33971 |
| 60 | Stephanie | Fortenberry | 3012 | Oak Drive | Violet | LA | 70092 |
| 61 | Randall | Wells | 5346 | Southlake Drive | Pace | FL | 32571 |
| 62 | Marta | Grande | 157 | Medici Terrace | Nokomis | FL | 34275 |
| 63 | Nelica | Krekic | 120 | SE 21st Terrace | Cape Coral | FL | 33990 |
| 64 | Giselle | Herrera | 13266 | SW 218th Terrace | Miami | FL | 33170 |
| 65 | Wanda | Roberts | 3949 | Port Sea Place | Kissimmee | FL | 34746 |
| 66 | Stanley | Cassidy | 900 | Park Avenue | Oneonta | AL | 35121 |
| 67 | Michael | Sciacca | 3072 | Pale Moon Place | McDonough | GA | 30253 |
| 68 | Vendetta | Lockley | 920 | Tupelo Street | New Orleans | LA | 70117 |
| 69 | Michael | Klein | 10247 | Isle Wynd Court | Boynton Beach | FL | 33437 |
| 70 | Rose | Joseph | 7549 | Scottwood Drive | New Orleans | LA | 70128 |
| **ADDITIONAL CLAIMS ADDED IN SECOND AMENDED COMPLAINT** | | | | | | | |
| 71 | Judith | Samples | 10214 | Wildwood Circle | Dowling Park | FL | 32064 |
| 72 | Julio | Andino | 2217 | NW 7 ST, #805 | Miami | FL | 33126 |
| 73 | Jesus Church Ministries | | 45 | Ironwood Road | Heidelberg | MS | 39439 |
| 74 | Lori | Cole | 13220 | South Garnett | Broken Arrow | OK | 74011 |
| 75 | Roger | Snyder | 6275 | Marcy Street | Cocoa | FL | 32927 |
| 76 | Terry | Hosey | 7900 | Highway 31 | Calera | AL | 35040 |
| 77 | Greater NOLA Homes, LLC | | 8287 | Benjamin Street | Chalmette | LA | 70043 |
| 78 | Merrill | Heisser | 10341 | Deerfield Drive | New Orleans | LA | 70127 |