UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Bryon Ellison, et al. v. Taishan Gypsum Company, Ltd., et al.*<br>2:17-cv-9827-EEF-JCW | JUDGE ELDON FALLON<br><br>MAG. JUDGE WILKINSON |

## ORDER

Upon consideration of Plaintiffs' Motion for Leave to Amend, it is hereby ORDERED, ADJUDGED AND DECREED that said motion is GRANTED. Plaintiffs' request for leave is well taken and the Second Amended Class Action Complaint submitted on July 9, 2018, is accepted as filed. Claims asserted by the additional plaintiffs contained in those amendments shall be deemed members of the class described in the complaint effective on the date of filing.

New Orleans, Louisiana, this _____ day of _____, 2018.

_____
Eldon E. Fallon
United States District Court Judge