UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| ALL *CASES* | MAG. JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION TO DISQUALIFY FEE COMMITTEE CHAIR AND CO-CHAIR, TO STRIKE THE STEP SIX RECOMMENDATION OF THE MAJORITY OF FEE COMMITTEE REGARDING ALLOCATION OF THE COMMON BENEFIT (R. DOC. 21455), AND TO LIFT THE SEAL ON RELATED FILINGS**

**NOW INTO COURT**, through undersigned counsel, comes Parker Waichman LLP, and for reasons set forth in the attached memorandum in support respectfully moves the Court for an Order providing as follows:

1. Disqualifying Arnold Levin and Russ Herman from the Fee Committee;

2. Striking the Step Six Recommendation of the Majority of the Fee Committee Regarding Allocation of the Common Benefit (R. Doc. 21455); and

3. Lifting the seal on the following related documents:

   a. Motion to Disqualify the Fee Committee by Parker Waichman; Whitfield Bryson & Mason LLP; Pendley Baudin & Coffin; the Rhine Law Firm; Luckey & Mullins; Milstein, Adelman, Jackson, Fairchild & Wade, LLP; and Roberts and Durkee, LLP [Under Seal] (R. Doc. 20735);

   b. The Fee Committee's Response in Opposition to Primary Counsel's Motion to Disqualify the Fee Committee, Strike Its Allocation Recommendations, and Stay or Dismiss Proceedings Before the Special Master and Request for Expedited Consideration [Under Seal] (R. Doc. 20788);

   c. Primary Counsel's Objections and Responses to Special Master's Recommendation Concerning Attorney Fees and Expenses [Under Seal] (R. Doc. 21003);

   d. Primary Counsel's Motion for Accounting and Adjustment of Global Fee Award of Attorneys' Fees and Reimbursement of Expenses [Under Seal] (R. Doc. 21005);

1

e.  The Fee Committee's Response to Primary Counsel's Motion for Accounting and Adjustment of Global Award of Attorneys' Fees and Reimbursement of Expenses [Under Seal] (R. Doc. 21442);

f.  Reply [by Primary Counsel] to Fee Committee's Response to Motion for Accounting and Adjustment of Global Award of Attorneys' Fees and Reimbursement of Expenses by Primary Counsel [Under Seal] (R. Doc. 21053);

g.  Plaintiffs' Lead and Liaison Counsel's Motion for Sanctions Pursuant to Rule 11 [Under Seal] (R. Doc. 20759);

h.  Response in Opposition to Plaintiffs' Lead and Liaison Counsel's Motion for Sanctions Pursuant to Rule 11 [Under Seal] (R. Doc. 20770);

i.  Plaintiffs' Lead and Liaison Counsel's Reply Brief in Support of Motion for Sanctions Pursuant to Rule 11 [Under Seal] (R. Doc. 20775).

Respectfully Submitted:

**FAIRCLOTH, MELTON & SOBEL, LLC**

By:  /s/ *Jimmy R. Faircloth, Jr.*
Jimmy R. Faircloth, Jr. (LA #20645)
jfaircloth@fairclothlaw.com
Brook L. Villa (LA #31988)
bvilla@fairclothlaw.com
Franklin "Drew" Hoffmann (LA #35824)
dhoffmann@fairclothlaw.com
412 N. 4th Street, Suite 230
Baton Rouge, LA 70802
Phone: (225) 343-9535
Fax: (225) 343-9538

*Attorneys for Parker Waichman LLP*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing *Motion to Disqualify Fee Committee Chair and Co-Chair, to Strike the Step Six Recommendation of the Majority of Fee Committee Regarding Allocation of the Common Benefit (R. Doc.21455), and to Lift the Seal on Related Filings* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 10th day of July, 2018.

                                             /s/ *Jimmy R. Faircloth, Jr.*
                                                      OF COUNSEL