UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| ALL *CASES* | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PRIMARY COUNSEL'S MOTION TO DISQUALIFY FEE COMMITTEE CHAIR AND CO-CHAIR, TO STRIKE THE STEP SIX RECOMMENDATION OF THE MAJORITY OF FEE COMMITTEE REGARDING ALLOCATION OF THE COMMON BENEFIT (R. DOC.21455), AND TO LIFT THE SEAL ON RELATED FILINGS**

# EXHIBIT A

1

# Rebecca Brown

| | |
|---|---|
| **From:** | Jimmy Faircloth |
| **Sent:** | Tuesday, July 10, 2018 8:39 AM |
| **To:** | Drew Hoffmann; Rebecca Brown |
| **Subject:** | FW: CDW - Fee Committee Common Benefit Fee Allocation Recommenation |

Email exhibit

---

**From:** "sduggan@lfsblaw.com" <sduggan@lfsblaw.com>
**Date:** Wednesday, May 23, 2018 at 3:19 PM
**To:** Jerrold Parker <jerry@yourlawyer.com>
**Cc:** "Levin, Fishbein, Sedran & Berman" <ALevin@lfsblaw.com>, Seeger & Weiss <cseeger@seegerweiss.com>, "barrios@bkc-law.com" <barrios@bkc-law.com>, Gerald Meunier <gmeunier@gainsben.com>, "LDAVIS@hhklawfirm.com" <ldavis@hhklawfirm.com>, "Member GEM (membergem@gainsben.com)" <membergem@gainsben.com>, Richard Serpe <rserpe@serpefirm.com>, Russ Herman <rherman@hhklawfirm.com>, "sduggan@lfsblaw.com" <sduggan@lfsblaw.com>
**Subject:** CDW - Fee Committee Common Benefit Fee Allocation Recommenation

To:     Jerrold  Parker (jerry@yourlawyer.com )
Firm:   Parker Waichman LLP

Dear Mr. Parker:

    In accordance with Pretrial Order No. 28, as amended, the Fee Committee has made a recommendation regarding the allocation of the common benefit fee award of Judge Fallon (Rec. Doc. 21168) among all eligible common benefit fee applicants.  The Fee Committee reviewed the Initial and Second Affidavits submitted and the testimony provided by each firm.  In addition, the Fee Committee evaluated each common benefit counsel's contributions towards advancing the litigation, using objective measures and the committee's subjective understanding of the relevant contributions of all counsel.  Specifically, the Fee Committee weighed reported hours of common benefit attorneys in degrees of importance to the relief achieved.  In some cases, counsel were advised by the Fee Committee to withdraw hours that were not considered to be common benefit work, but this did not occur in each instance.  The over-arching guideline that the Fee Committee considered was the relative contribution of each common benefit attorney to the outcome of the litigation.  The Committee's recommendation also takes into account the efforts of those firms that worked diligently to obtain, over strenuous objection, the Court's approval of the total common benefit fee now to be allocated.  The lodestars of each common benefit counsel, their held costs, and assessments paid from inception through 2013, and thereafter, are set forth in the attached chart.  Further, the allocation awards recommended by the Fee Committee (with the exception of Michael J. Ryan, who dissents) are set forth on the attached chart.

    The Fee Committee recommends that **Parker Waichman LLP** be awarded **$100,000.00** in common benefit fees.  In the event you object to the Committee's Recommendation, you must provide the Fee

Committee with a detailed written objection setting forth with specificity the basis of your objection within 14 days for consideration by the full Fee Committee.  Thereafter, the Fee Committee will make its final recommendation to the Court.

Very truly yours,

Arnold Levin and Russ Herman
Fee Committee Co-Chairs