# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *ALL CASES* | MAG. JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## REQUEST FOR ORAL ARGUMENT ON MOTION TO DISQUALIFY FEE COMMITTEE CHAIR AND CO-CHAIR, TO STRIKE THE STEP SIX RECOMMENDATION OF THE MAJORITY OF FEE COMMITTEE REGARDING ALLOCATION OF THE COMMON BENEFIT (R. DOC. 21455), AND TO LIFT THE SEAL ON RELATED FILINGS

Pursuant to Local Rule 78.1, Parker Waichman LLP, through undersigned counsel, requests oral argument on its *Motion to Disqualify Fee Committee Chair and Co-Chair, to Strike the Step Six Recommendation of the Majority of Fee Committee Regarding Allocation of the Common Benefit (R. Doc.21455), and to Lift the Seal on Related Filings* (Doc. 21489).

        Respectfully Submitted:

        **FAIRCLOTH, MELTON & SOBEL, LLC**

    By:   /s/ *Jimmy R. Faircloth, Jr.*
        Jimmy R. Faircloth, Jr. (LA #20645)
        jfaircloth@fairclothlaw.com
        Brook L. Villa (LA #31988)
        bvilla@fairclothlaw.com
        Franklin "Drew" Hoffmann (LA #35824)
        dhoffmann@fairclothlaw.com
        412 N. 4th Street, Suite 230
        Baton Rouge, LA 70802
        Phone: (225) 343-9535
        Fax: (225) 343-9538

    *Attorneys for Parker Waichman LLP*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Request for Oral Argument has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 10th day of July, 2018.

                                                /s/ *Jimmy R. Faircloth, Jr.*
                                                    OF COUNSEL