UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047 <br> SECTION L <br><br> JUDGE FALLON <br> MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** *Block, III, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*, No. 11-1363

# ORDER

Before the Court is the Plaintiff Villas at Oak Hammock, LLC's Motion to Vacate. R. Doc. 20247. However, the Court has been notified that Plaintiff's claims have been amicably resolved and therefore this motion is moot.

Accordingly,

**IT IS ORDERED** that the Plaintiff Villas at Oak Hammock, LLC's Motion to Vacate, R. Doc. 20247, is hereby **DENIED AS MOOT**.

New Orleans, Louisiana, this 10th day of July, 2018.

_____
United States District Judge