UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** *Gross v. Knauf Gips KG*, No. 09-6690, *Amorin v. Taishan Gypsum*, No. 11-1672, *Amorin v. Taishan Gypsum*, No. 11-1395, *Amorin v. Taishan Gypsum*, No. 11-1673, *Amorin v. SASAC*, No. 14-1727, *State of Louisiana v. Knauf*, No. 10-340, *Abner v. Taishan Gypsum*, No. 11-3094, *Posey v. BNBM Co.*, No. 09-6531, *Morris v. BNBM Co.*, No. 09-6530, *Germano v. Taishan Gypsum*, No. 09-6687, *Wiltz v. Beijing New Building Materials Public Limited Co.*, No. 10-361

## ORDER

Before the Court is the Plaintiffs' Steering Committee's Motion to Strike, filed under seal. R. Doc. 20089. However, the relevant underlying motion has been resolved and therefore this motion is moot.

Accordingly,

**IT IS ORDERED** that the Plaintiffs' Steering Committee's Motion to Strike, R. Doc. 20089, is hereby **DENIED AS MOOT**.

New Orleans, Louisiana, this 10th day of July, 2018.

_____
United States District Judge