IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION                                                                          MDL NO. 2047

This Document Relates to:

Greg Descher, et al. V. Knauf GIPS KG, et al.
Case No. 17-17500

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME
WITHIN WHICH TO COMPLETE SERVICE OF PROCESS**

Plaintiffs, Greg and Meredith Descher and Penny Parker, by and through undersigned counsel, hereby file this Motion for Extension of Time within which to Complete Service of Process, and for the reasons set forth herein, Plaintiffs request that this Court enter an Order extending the time within which to complete service of process.

I.

Plaintiffs filed their Complaint in this matter on September 11, 2017, in the U. S. District Court for the Southern District of Mississippi.  This Court has subsequently granted extensions of time within which to complete service of process, with the last Order making the deadline July 11, 2018.

III.

Plaintiffs recently filed an Amended Complaint adding a Plaintiff, however, at this time, proof of service of the original Complaint still has not been received due to complications of service in China and Germany.  Additionally, local counsel for Knauf is aware of this litigation and has requested various information from Plaintiffs for

review, but they have not formally accepted process.  Therefore, Plaintiffs must once again request additional time and would request at least sixty (60) more days.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that this, their Motion for Extension of Time Within Which to Complete Service of Process, be received and filed, and that upon consideration, that this Honorable Court will enter its Order extending the time within which to complete service of process.

RESPECTFULLY SUBMITTED this, the 10th day of June, 2018.

                          GREG and MEREDITH DESCHER
                          and PENNY PARKER, Plaintiffs

                          By and Through Their Attorneys,
                          LUCKEY & MULLINS, PLLC

BY:       */s/ Stephen W. Mullins*

*Attorneys for Plaintiffs*

STEPHEN W. MULLINS (MS Bar No. 9772)
**Luckey & Mullins, PLLC**
Post Office Box 990
Ocean Springs, MS  39566
Telephone: 228-875-3175
Facsimile: 228-872-4719
Email:  smullins@luckeyandmullins.com

OF COUNSEL:

NICHOLAS ROCKFORTE (LA Bar No. 31305)
**Pendley, Baudin & Coffin, L.L.P.**
P.O. Drawer 71
Plaquemine, Louisiana 70765-0071
Tele: 225-687-6396
Fax:  225-687-6398
Email:  nrockforte@pbclawfirm.com

## **CERTIFICATE OF SERVICE**

I, STEPHEN W. MULLINS, do hereby certify that I have on this date electronically filed the above and foregoing Motion with this Court using the ECF filing system which has caused notification of such filing to be sent to registered counsel of record.

THIS, the 10th day of June, 2018.


/s/ Stephen W. Mullins
STEPHEN W. MULLINS