IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION                                                                                          MDL NO. 2047

This Document Relates to:

Greg Descher, et al. V. Knauf GIPS KG, et al.
Case No. 17-17500

**ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF
TIME WITHIN WHICH TO COMPLETE SERVICE OF PROCESS**

THIS DAY this cause came on to be heard upon Plaintiffs, Greg and Meredith Descher and Penny Parker's, Motion for Extension of Time within which to Complete Service of Process, and the Court, after having considered same, finds that the Motion is well-taken and should be sustained.

It is, therefore,

ORDERED AND ADJUDGED that the deadline for service of process on the Defendants in the above-referenced case be, and the same is hereby extended for an additional _____ days, making the new deadline to be _____, 2018.

SO ORDERED AND ADJUDGED this, the ____ day of July, 2018.

_____
**U. S. DISTRICT COURT JUDGE**

This Order prepared & submitted by:

*Attorneys for Plaintiffs*

STEPHEN W. MULLINS (LA Bar No. 22124)
**Luckey & Mullins, PLLC**
Post Office Box 990
Ocean Springs, MS  39566
Telephone: 228-875-3175
Facsimile: 228-872-4719
Email:  smullins@luckeyandmullins.com