UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|   |   |   |
|---|---|---|
|  | : | MDL NO. 2047 |
| IN RE: CHINESE MANUFACTURED DRYWALL | : |  |
| PRODUCTS LIABILITY LITIGATION | : | SECTION L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAGISTRATE JUDGE |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | WILKINSON |

**THIS DOCUMENT RELATES TO:** *Peyton, et al v. Knauf Gips KG, et al*, No. 09-7628, *Rogers, et al v. Knauf Gips KG, et al*, No. 10-0362, *Block, et al v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al*, No. 11-2349

## ORDER

Before the Court is Plaintiff Magdalena Gardens Condominium Association, Inc.'s Motion to Enforce the Knauf Settlement Agreement. R. Doc. 20287. However, the Court has been notified that Plaintiff's claims have been amicably resolved and therefore this motion is moot.

Accordingly,

**IT IS ORDERED** that the Plaintiff Magdalena Gardens Condominium Association, Inc.'s Motion to Enforce the Knauf Settlement Agreement, R. Doc. 20287, is hereby **DENIED AS MOOT**.

New Orleans, Louisiana, this 11th day of July, 2018.

_____
United States District Judge