UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: *ALL CASES* | : : : | |

## ORDER TO ALLOW KCM REPLY

Considering the Motion for Leave to File KCM's Reply Memorandum to Response of Russ M. Herman to Yance Law Firm's Motion to Immediately Transfer Attorney Fee Qualified Settlement Fund to a Different Depository or Back into the Court Registry,

IT IS ORDERED BY THE COURT that the Motion is GRANTED and the attached KCM Reply Memorandum to Response of Russ M. Herman to Yance Law Firm's Motion to Immediately Transfer Attorney Fee Qualified Settlement Fund to a Different Depository or Back into the Court Registry is hereby filed into the record.

New Orleans, Louisiana, this __9th__ day of ____July____, 2018.

_____
Eldon E. Fallon
United States District Court Judge