UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br>*Amorin, et al. v. Taishan Gypsum Co., Ltd., et al.*,<br>**Case No. 11-cv-1395** | MDL No. 2:09-md-2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR.<br><br>**[PROPOSED] TRIAL PLAN ORDER FOR *AMORIN V. TAISHAN GYPSUM CO., LTD.*** |

**LOUISIANA *AMORIN* TRIAL PLAN**

Having reviewed the parties' filings, any arguments, and all other relevant materials, the Court hereby adopts the following Trial Plan for the Louisiana *Amorin* matter, Case No. 11-cv-1395:

1. **Selection of Priority Claimants**  [Within 30 days of court order]

   Through a computer-generated randomized selection process utilized in the presence of both parties, the Court will select an initial set of fifteen (15) Priority Claimants within thirty (30) days of this Order.

2. **Pre-Discovery Motions** [Fully briefed and submitted to the Court for decision within 75 days of its order]

All motions that do not require discovery shall be filed within 30 days of this Order; the PSC's response shall be filed 30 days after the filing of these pre-discovery motions; and the CNBM and the BNBM Entities' reply shall be filed 15 days after the PSC's response.

1

3. **Rule 30 Discovery** [Completed within 60 days of identification of Priority Claimants and other witnesses]

All individuals subject to deposition, including Priority Claimants, Rule 30(b)(6) corporate witnesses, experts, and any third parties, shall be identified within 45 days of this Order and all depositions, and related document requests, shall be completed within 60 days of the witnesses' identification.

4. **Post-Discovery Motions**

    a. **General Motions** [Fully briefed and submitted to the Court within 75 days of the close of discovery]

General motions dependent upon further discovery but which are not particular to any individual claimant shall filed within 30 days of the close of discovery; the PSC's response shall be filed 30 days after the motion is filed; and CNBM and the BNBM Entities' reply shall be filed 15 days after the PSC's response.

    b. **Claimant-Specific Motions** [Fully briefed and submitted to the Court within 95 days of the close of discovery as to particular claimant]

Motions that turn on the particulars of the individual claimant, their properties, and other individual factors ("claimant-specific motions"), including summary judgment motions, shall be filed within 45 days following the close of discovery as to the particular claimant; the PSC's response shall be filed 30 days after the motion is filed; and CNBM and BNBM Entities' reply shall be filed 20 days after the PSC's response.

5. **Trials/Hearings**

The Court preliminarily sets _____ as the date for Priority Claimants' trials to begin. These trials will include resolution of imputed liability, liability, causation (including alleged product defect), mitigation, as well as remediation and non-remediation damages.  The trials will

be conducted as individual adjudications subject to the Federal Rules of Evidence and Due Process Clause of the Constitution with bifurcation between liability and damages phases.

**6.  *Brooke* Louisiana**

Pursuant to Local Rule 16.1, the Court will separately set a case scheduling order as to the Louisiana *Brooke* case.

DATED:  July ___, 2018

                                              _____
                                              THE HONORABLE ELDON E. FALLON