**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047** <br><br> **SECTION: L** <br><br> **JUDGE FALLON** |
| **THIS DOCUMENT RELATES TO:** <br><br> ***Amorin, et al. v. Taishan Gypsum Co., Ltd., et al.*, Case No. 11-cv-1395** <br><br> ***Brooke et al. v. State-Owned Assets Supervision and Administration Commission of the State Council, et al.*, Case No. 15-cv-4127** | |

## TAISHAN'S MOTION FOR ADOPTION OF PROPOSED PLAN FOR ADJUDICATION AND RESOLUTION OF LOUISIANA CLAIMS IN *AMORIN* AND *BROOKE*

Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd. ("Taishan"), hereby move for the Court's approval of a plan for adjudication and resolution of Louisiana claims in *Amorin* and *Brooke*.  As outlined in the memorandum in support filed herewith, this Court should reject the PSC's proposed plan for Louisiana *Amorin* claims as unnecessarily cumbersome and inefficient.  This Court should also reject the PSC's proposed plan for the Louisiana *Brooke* claims because it improperly presumes liability on the merits.

Therefore, as outlined in the accompanying memorandum and proposed order, Taishan respectfully requests that the Court grant this Motion and approve Taisha's proposed plan as an alternative means of adjudicating the Louisiana claims in *Amorin* and *Brooke*.

Dated:  July 11, 2018

Respectfully submitted,

/s/ Christina Hull Eikhoff
Christina Hull Eikhoff, Esq.
Georgia Bar No. 242539
Michael P. Kenny, Esq.
Georgia Bar No. 415064
Bernard Taylor, Esq.
Georgia Bar No. 669625
David Venderbush, Esq.
New York Bar No. 2920817
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
mike.kenny@alston.com
*Counsel for Taishan Gypsum Co., Ltd. and Tai'an*
*Taishan Plasterboard Co., Ltd.*

Alan Dean Weinberger
LA Bar No. 13331
HANGARTNER, RYDBERG & TERRELL, LLC
One Shell Square
701 Poydras St., Suite 310
New Orleans, Louisiana  70179
Phone:  (504) 434-6815
Fax: (504) 522-5689
aweinberger@hanrylaw.com
*Local Counsel for Taishan Gypsum Co., Ltd. and*
*Tai'an Taishan Plasterboard Co., Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, by U.S. mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 11th day of July, 2018.

/s/ Michael P. Kenny
Georgia Bar No. 415064
ALSTON & BIRD LLP
1201 West Peachtree Street NW
Atlanta, Georgia 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
mike.kenny@alston.com
*Counsel for Taishan*