# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Amorin, et al. v. Taishan Gypsum Co., Ltd., et al.*, Case No. 11-cv-1395<br><br>*Brooke et al. v. State-Owned Assets Supervision and Administration Commission of the State Council, et al.*, Case No. 15-cv-4127 | |

## [PROPOSED] PRETRIAL ORDER
## FOR ADJUDICATION AND RESOLUTION OF
## LOUISIANA CLAIMS IN *AMORIN* AND *BROOKE*

It is **ORDERED**:

### I.   *Amorin* Claims

*Threshold Legal Motions:*

1. On or before _____, [within 30 days of entry of this Pretrial Order], the parties shall file any non-duplicative, non-Plaintiff specific motions that relate globally to the adjudication of *Amorin* claims and assessment of damages.

2. On or before _____, [within 60 days of entry of this Pretrial Order], the parties shall respond to any non-duplicative, non-Plaintiff specific motions that relate globally to the adjudication of *Amorin* claims and assessment of damages.

3. On or before _____, [within 75 days of entry of this Pretrial Order], the parties shall file replies in support of their filed motions.

*Selection of Priority Claimants:*

4. On or before _____, [within 30 days of entry of this Pretrial Order], the parties

shall meet and confer to identify no less than 24 *Amorin* claimants that shall be designated as Priority Claimants for purposes of additional limited discovery and case adjudication.

5. If the parties cannot agree on all Priority Claimants, the Priority Claimants shall be determined as follows:

- The PSC has identified Product ID categories that the PSC has designated by letters A through L, incorporated in the PSC's most recently filed claimant spreadsheet (Rec. Doc. 20952-1);

- From each category A through K (as designated in the above-referenced claimant spreadsheet), **two (2)** claims shall be chosen at random using a computerized random number generator;

- From the category L (as designated in the above-referenced claimant spreadsheet), **four (4) claims** shall be chosen at random using a computerized random number generator.

6. On or before _____, [within 37 days of entry of this Pretrial Order], the parties shall jointly identify the Priority Claimants to the Court, regardless of whether selected by agreement or by the stratified random selection process.

*Discovery on Priority Claimants:*

7. Defendants may seek discovery from the Priority Claimants, including taking depositions and additional non-duplicative written discovery requests as needed. Such discovery shall be completed **within sixty (60) days** of the identification of Priority Claimants to the Court.

*Product ID Discovery on Taishan*

8. Concurrent with discovery on Priority Claimants, Taishan shall make available a corporate representative to give a Rule 30(b)(6) deposition related to Product ID. Such discovery shall be completed within **sixty (60) days** of the identification of Priority Claimants to the Court.

*Expert Discovery:*

9. The parties shall identify expert witnesses, if any, relating to the Priority Claimants within **thirty (30) days** of the close of Priority Claimant and Product ID discovery.

10. Expert reports shall be produced **within sixty (60) days** of the close of Priority Claimant and Product ID discovery.

11. Rebuttal experts shall be identified **within 75 days** of the close of Priority Claimant and Product ID discovery, with rebuttal expert reports due **within 90 days** of the close of Priority Claimant and Product ID discovery.

12. All expert discovery including depositions, shall be completed **within 120 days** of the close of Priority Claimant and Product ID discovery.

*Post-Discovery Motions:*

13. After completion of discovery of Priority Claims, including expert discovery, if any, the Court shall set a motions and briefing schedule for motions that would be aided by or dependent on completion of Priority Claimant discovery.

14. Those motions shall be filed within **thirty (30) days** following completion of discovery.

15. Responses to those motions shall be due within **sixty (60) days** following completion of discovery.

16. Replies shall be due **within 75 days** following completion of discovery.

*Trials/Hearings for Priority Claimants:*

As soon as practicable following the resolution of the Post-Discovery Motions above, the Court shall set each of the remaining Priority Claimants for trial of contested issues on all damages.

*Settlement Conference:*

Following resolution of all claims of the Priority Claimants, the Court shall order mandatory participation by all counsel in a settlement conference to resolve the remaining cases.

**II.    *Brooke* Claims**

The Court shall issue a Conditional Remand Order for the *Brooke* (a/k/a "Omni XX") case originally filed in the Southern District of Florida, and transferred to this MDL on December 8, 2015. (Rec. Doc. 19902)  The Court reserves entry of a scheduling order for claims involving Louisiana properties identified in the *Brooke* case originally filed in the Eastern District of Louisiana. (Case No. 2:15-cv-04127.)  The Court shall enter a scheduling order for the *Brooke* Louisiana claims following remand of the Florida *Brooke* action.

SO ORDERED, this _____ day of _____.


_____
United States District Judge