MINUTE ENTRY
FALLON, J.
JULY 12, 2018

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: REF: ALL CASES | JUDGE FALLON MAGISTRATE WILKINSON |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Jodi Simcox

Appearances:  Russ Herman, Esq. for Plaintiffs' Lead and Liaison Counsel
              R. Tucker Yance, Esq. for the Yance Law Firm

Motion of the Yance Law Firm, to Immediately Transfer Attorney Fee Qualified Settlement Fund to a Different Depository Bank or Back into the Registry of the Court    (21338)

After argument – Motion was taken under submission

JS10:  :17