## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>*ALL CASES* | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD

**NOW INTO COURT**, comes Laurie Smith, individual plaintiff in the above-captioned matter, who hereby request that William P. Buckley be withdrawn as her counsel of record. Plaintiff also request that Jennifer N. Willis and Jennifer S. Martinez of Willis & Buckley, APC be substituted as her counsel of record.

**WHEREFORE**, mover prays that William P. Buckley be removed as counsel of record and substituted with Jennifer N. Willis and Jennifer S. Martinez of Willis & Buckley, APC as counsel of record for plaintiff, Laurie Smith.

Respectfully submitted,

Dated: July 11, 2018

*/s/ Jennifer N. Willis*
Jennifer N. Willis (#14877)
Jennifer S. Martinez (#29624)
WILLIS & BUCKLEY, APC
3723 Canal Street
New Orleans, Louisiana 70119
Telephone: (504) 488-6301
Facsimile: (504) 488-6302
Email: jenniferwblaw@bellsouth.net
Email: jenniferm@willisbuckley.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No.6 on this 11th day of July, 2018.

*/s/ Jennifer N. Willis*