**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>*ALL CASES* | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**MAY IT PLEASE THE COURT**:

**PLEASE TAKE NOTICE** that pursuant to the Judicial Panel on Multidistrict Litigation, Rule 4.1, 28 USCA foll. §1407, the undersigned attorneys for Laurie Smith, request that all notices given and/or required to be given in the above-captioned multidistrict litigation and all related matters, be given and served upon the following counsel of record.

> Jennifer N. Willis (#14877)
> WILLIS & BUCKLEY, APC
> 3723 Canal Street
> New Orleans, Louisiana   70119
> Telephone:    (504) 488-6301
> Facsimile:    (504) 488-6302
> Email: jenniferwblaw@bellsouth.net

> and

> Jennifer S. Martinez (#29624)
> WILLIS & BUCKLEY, APC
> 3723 Canal Street
> New Orleans, Louisiana   70119
> Telephone:    (504) 488-6301
> Facsimile:    (504) 488-6302
> Email: jenniferm@willisbuckley.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes, but is not limited to, Orders and Notices of any and all motions, petitions, objections, case management orders, trial dates, status conferences, pleadings, and/or any and all other notices as required under the Federal Rules of Civil Procedure and/or Rules of Multidistrict Litigation.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes that the above attorneys request to be added to the master mailing list and the ECF/Pacer electronic notice list for the above-referenced MDL and related cases.

Respectfully submitted,

*/s/ Jennifer N. Willis*
Jennifer N. Willis (#14877)
Jennifer S. Martinez (#29624)
WILLIS & BUCKLEY, APC
3723 Canal Street
New Orleans, Louisiana   70119
Telephone:   (504) 488-6301
Facsimile:   (504) 488-6302
Email: jenniferwblaw@bellsouth.net
Email: jenniferm@willisbuckley.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No.6 on this 11th day of July, 2018.

*/s/ Jennifer N. Willis*
Jennifer N. Willis