UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *ALL CASES* | MAG. JUDGE WILKINSON |

*************************************************************************

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**MAY IT PLEASE THE COURT**:

**PLEASE TAKE NOTICE** that pursuant to the Judicial Panel on Multidistrict Litigation, Rule 4.1, 28 USCA foll. §1407, the undersigned attorneys for Lucille Alveris, Stephnea Hadley, Dean Latusek, Lona and Leroy McCallum, Scott McDougal, and Debra V. Mullet and Edwin A. Mullet, III on behalf of the Edwin A. Mullet, III Trust Fund, request that all notices given and/or required to be given in the above-captioned multidistrict litigation and all related matters, be given and served upon the following counsel of record.

      Jennifer N. Willis (#14877)
      WILLIS & BUCKLEY, APC
      3723 Canal Street
      New Orleans, Louisiana 70119
      Telephone:   (504) 488-6301
      Facsimile:    (504) 488-6302
      Email: jenniferwblaw@bellsouth.net

      and

      Jennifer S. Martinez (#29624)
      WILLIS & BUCKLEY, APC
      3723 Canal Street
      New Orleans, Louisiana 70119
      Telephone:   (504) 488-6301
      Facsimile:    (504) 488-6302
      Email: jenniferm@willisbuckley.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes, but is not limited to, Orders and Notices of any and all motions, petitions, objections, case management orders, trial dates, status conferences, pleadings, and/or any and all other notices as required under the Federal Rules of Civil Procedure and/or Rules of Multidistrict Litigation.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes that the above attorneys request to be added to the master mailing list and the ECF/Pacer electronic notice list for the above-referenced MDL and related cases.

> Respectfully submitted,
>
> */s/ Jennifer N. Willis*
> Jennifer N. Willis (#14877)
> Jennifer S. Martinez (#29624)
> WILLIS & BUCKLEY, APC
> 3723 Canal Street
> New Orleans, Louisiana   70119
> Telephone:    (504) 488-6301
> Facsimile:     (504) 488-6302
> Email: jenniferwblaw@bellsouth.net
> Email: jenniferm@willisbuckley.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No.6 on this 11th day of July, 2018.

> */s/ Jennifer N. Willis*
> Jennifer N. Willis