UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>*ALL CASES* | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

*********************************************************************

## MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD

**NOW INTO COURT**, come Lucille Alveris, Stephnea Hadley, Dean Latusek, Lona and Leroy McCallum, Scott McDougal, and Debra V. Mullet and Edwin A. Mullet, III on behalf of the Edwin A. Mullet, III Trust Fund, individual plaintiffs in the above-captioned matter, who hereby request that William P. Buckley be withdrawn as their counsel of record.  Plaintiffs also request that Jennifer N. Willis and Jennifer S. Martinez of Willis & Buckley, APC be substituted as their counsel of record.

**WHEREFORE**, movers pray that William P. Buckley be removed as counsel of record and substituted with Jennifer N. Willis and Jennifer S. Martinez of Willis & Buckley, APC as counsel of record for plaintiffs, Lucille Alveris, Stephnea Hadley, Dean Latusek, Lona and Leroy McCallum, Scott McDougal, and Debra V. Mullet and Edwin A. Mullet, III on behalf of the Edwin A. Mullet, III Trust Fund.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: July 11, 2018 | */s/ Jennifer N. Willis* |
|  | Jennifer N. Willis (#14877) |
|  | Jennifer S. Martinez (#29624) |
|  | WILLIS & BUCKLEY, APC |
|  | 3723 Canal Street |
|  | New Orleans, Louisiana  70119 |
|  | Telephone:   (504) 488-6301 |
|  | Facsimile:    (504) 488-6302 |
|  | Email: jenniferwblaw@bellsouth.net |
|  | Email: jenniferm@willisbuckley.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No.6 on this 11th day of July, 2018.

*/s/ Jennifer N. Willis*

2