UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047 SECTION L JUDGE FALLON MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** *All Actions*

## ORDER

Before the Court is Plaintiffs Stephen and Isis Silva's Motion for Remediation Fund Benefits. R. Doc. 19992. However, the Court has been notified that Plaintiffs have received remediation funds as of March 2016 and therefore this motion is moot.

Accordingly,

**IT IS ORDERED** that the Plaintiffs Stephen and Isis Silva's Motion for Remediation Fund Benefits, R. Doc. 19992, is hereby **DENIED AS MOOT**.

New Orleans, Louisiana, this 12th day of July, 2018.

_____
United States District Judge