UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2047<br><br>SECTION: L |
| **This matter relates to:** | ) ) | JUDGE FALLON |
| **Amorin, et al v. Taishan Gypsum Co., Ltd., et al, Case No. 11-1395 (EDLA) :** | ) ) ) ) | MAG JUDGE WILKINSON |
| **Amorin, et al v. Taishan Gypsum Co., Ltd., et al, Case No. 11-1672 (EDLA)** | ) ) ) | |
| **Amorin, et al v. Taishan Gypsum Co., Ltd., et al, Case No. 11-1673 (EDLA)** | ) ) ) | |

**TAISHAN'S REPLY IN SUPPORT OF MOTION TO DISMISS CLAIMS FOR FAILURE TO COMPLETE SUPPLEMENTAL PROFILE FORMS[1]**

Taishan's Motion to Dismiss identified 179 *Amorin* claimants who had failed to submit Supplemental Plaintiff Profile Forms (SPPFs) as directed by the Court in Pre-Trial Orders 11A and 11B. Since that Motion, 40 claimants have come forward to file their late verified SPPFs. The remaining have either asked for even more time or have done nothing. But enough time has passed since this Court emphasized the need to "get those forms in." (Mar. 20, 2018 Trans. at 4:25-53). This Court should dismiss those claimants who have consistently failed to meet the SPPF deadlines so that it can move forward with those who are actively pursuing their claims.

The claimants named in Taishan's Motion to Dismiss responded in a variety of ways:

- Six claimants filed Notices of Voluntary Dismissal;[2]

---

[1] Judge Fallon granted leave for the Defendants to file replies to Plaintiffs' responses to the Defendants' Motions to Dismiss in his Order dated June 1, 2018. Dkt. No. 21357.
[2] Dkt. Nos. 21355, 21383, 21428, 21430, 21451, and 21454.

1

- One set of co-claimants decided they no longer wanted to pursue their claims;[3]
- 40 claimants submitted verified SPPFs;[4]
- Fifteen claimants submitted SPPFs without verification pages;
- 133 claimants still have not submitted SPPFs as required by PTO 11A and 11B.

Rather than submit SPPFs, counsel for multiple claimants request another 90 days to "learn of [certain claimants'] location[s] and contact them." Dkt. No. 21462 at 5. The Plaintiff Steering Committee (PSC) also submitted a more global response to Defendants' Motions to Dismiss, asking the Court to issue a Rule to Show Cause and dismiss the claims of those who do not come forward with evidence of compliance. Dkt. No. 21460 at 4.

Taishan agrees that the 40 claimants who have since submitted verified SPPFs should be removed from the dismissal list, and Taishan attaches hereto an Amended Dismissal List as Exhibit A to reflect that. But the Court should dismiss with prejudice the 133 claimants who remain on the Amended Dismissal List because they have consistently "fail[ed] to obey an order to provide or permit discovery." Fed. R. Civ. P. 37(b)(2)(A).

Dismissal is the appropriate remedy. Defendants have granted several extensions. They have not sought and do not seek to dismiss any claimants who have submitted their verified SPPFs, even though many of their submissions came months after the court-ordered deadline. The time for extensions and cure periods have passed. If the Court is inclined to issue orders to show cause, Taishan requests that the response period be short.

Respectfully submitted this 13th day of July, 2018.

/s Michael P. Kenny
Bernard Taylor, Esq.
Georgia Bar No. 669625

---

[3] Dkt. Nos. 21435 and 21436.
[4] *See* Dkt. Nos. 21449, 21453, 21458, 21463, 21464, 21459, 21460, and 21462.

2

Michael P. Kenny, Esq.
Georgia Bar No. 415064
Christina Hull Eikhoff, Esq.
Georgia Bar No. 242539
David Venderbush, Esq.
New York Bar No. 2920817
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
bernard.taylor@alston.com
mike.kenny@alston.com
christy.eikhoff@alston.com
david.venderbush@alston.com

*Counsel for Taishan Gypsum Co., Ltd. and
Tai'an Taishan Plasterboard Co., Ltd.*

Alan Dean Weinberger
Louisiana Bar No. 13331
HANGARTNER, RYDBERG & TERRELL, LLC
One Shell Square
701 Poydras Street, Suite 310
New Orleans, Louisiana 70179
Phone: (504) 434-6815
Fax: (504) 522-5689
aweinberger@hanrylaw.com

*Local Counsel for Taishan Gypsum Co., Ltd. and
Tai'an Taishan Plasterboard Co., Ltd.*

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing Notice of Submission has been served on Plaintiffs' Liaison Counsel, Russ Herman, by U.S. mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 13th day of July, 2018.

        /s Michael P. Kenny
        Michael P. Kenny, Esq.
        Georgia Bar No. 415064
        ALSTON & BIRD LLP
        1201 West Peachtree Street NW
        Atlanta, Georgia  30309
        Phone: (404) 881-7000
        Fax: (404) 881-7777
        mike.kenny@alston.com

        *Counsel for Taishan Gypsum Co., Ltd. and*
        *Tai'an Taishan Plasterboard Co., Ltd.*