# Exhibit A

| No. | Claimant Name | Affected Property Address | City | State | Zip | Counsel |
|---|---|---|---|---|---|---|
| 1 | 2522 Cambronne Street, LLC c/o Toso, Michael J. III | 2514 Cambronne Street | New Orleans | LA | 70130 | Pro Se |
| 2 | Abromatts, Clifford and Worobec, Janice | 3437 Lago de Talavera | Wellington | FL | 33467 | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe |
| 3 | Arrington, Angel | 2113 Delightful Drive | Ruskin | FL | 33570 | Reich & Binstock |
| 4 | Battie, Silas | 4668 Corrinne Street | New Orleans | LA | 70127 | Becnel Law Firm, LLC |
| 5 | Bazemore, Larry | 183 Mulberry Lane | Hertford | NC | 27944 | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe |
| 6 | Bilbo, Chester M. Jr. | 403 Seventh Street | Bay St. Louis | MS | 39520 | Reeves & Mestayer |
| 7 | Bland, Elbert and Gloria | 2315-17 Industry Street | New Orleans | LA | 70122 | Reich & Binstock |
| 8 | Bowden, Charles and Tracy | 73 Thomas School Road | Lumberton | MS | 39455 | Becnel Law Firm/ Morris Bart LLC |
| 9 | Braden, Tiffany as Representative of the Estate of Jane Bienemy, Deceased | 2024 Guerra Drive | Violet | LA | 70092 | Pro Se |
| 10 | Bridges, Juanita and William | 1449 Mirabeau Avenue | New Orleans | LA | 70122 | Hurricane Legal Center, LLC |
| 11 | Brik, Beni | 240 West End Dr., Unit 1311 | Punta Gorda | FL | 33950 | Baron & Budd/Allison Grant |
| 12 | Brik, Beni | 240 West End Dr., Unit 1312 | Punta Gorda | FL | 33950 | Baron & Budd/Allison Grant |
| 13 | Brock, Ora | 2026 Clouet Street | New Orleans | LA | 70117 | Reich & Binstock |
| 14 | Brown, Kerri and Jack | 2729 Reunion Drive | Violet | LA | 70092 | Hurricane Legal Center, LLC |

| No. | Claimant Name | Affected Property Address | City | State | Zip | Counsel |
|---|---|---|---|---|---|---|
| 15 | Buckley, Stephen and Cathleen | 3041 59th Avenue, South | St. Petersburg | FL | 33712 | Morgan & Morgan |
| 16 | Caputo, Marc Turer, Scott | 2220 Soho Bay Court | Tampa | FL | 33606 | Parker Waichman |
| 17 | Ceminsky, Gerald and Margaret | 2572 Keystone Lake Drive | Cape Coral | FL | 33993 | Roberts & Durkee PA Milstein Adelman LLP |
| 18 | Chestnut, Thomas | 3700 Lena Drive | Chalmette | LA | 70043 | Reich & Binstock |
| 19 | Connolly, Megan | 1976 NW 79 Terrace | Pembroke Pines | FL | 33024 | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe |
| 20 | Crandle, Angela | 2232/2234 Joliet Street | New Orleans | LA | 70118 | Reich & Binstock |
| 21 | Daigle, Eric | 3913-5 SW Santa Barbara Place | Cape Coral | FL | 33914 | Parker Waichman |
| 22 | Delayo, William and Jennifer | 19848 Maddelena Circle | Ft. Myers | FL | 33967 | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe |
| 23 | DeOliveira, Harry | 1819 Carriage Oak Ct. | Hartsville | SC | 29550 | Reich & Binstock |
| 24 | Dillon, Ray and Selestin | 30147 Ola Magee Road | Angie | LA | 70426 | Martzell & Bickford |
| 25 | Dobric, Mario | 1690 Renaissance Commons Blvd., Unit 1228 | Boynton Beach | FL | 33426 | Whitfield, Bryson & Mason |
| 26 | Dowell, Darren and Kim | 421 Lavoisier Street | Gretna | LA | 70053 | Martzell & Bickford |
| 27 | Duvernay, Victor | 5115 Chamberlin Street | New Orleans | LA | 70122 | Hurricane Legal Center, LLC |
| 28 | Emerald Greens at Carrollwood, LLC | 13942 Clubhouse Drive (6B) | Tampa | FL | 33618 | Cook Sadorf Law |
| 29 | Emerald Greens at Carrollwood, LLC | 4143 Courtside Way (2C) | Tampa | FL | 33618 | Cook Sadorf Law |

| No. | Claimant Name | Affected Property Address | City | State | Zip | Counsel |
|---|---|---|---|---|---|---|
| 30 | Emerald Greens at Carrollwood, LLC | 4145 Courtside Way (2B) | Tampa | FL | 33618 | Cook Sadorf Law |
| 31 | England, Charles P., Sr. | 2516 Reunion Drive | Violet | LA | 70092 | Whitfield, Bryson & Mason |
| 32 | Epstein, Kim | 2556 Keystone Lake Drive | Cape Coral | FL | 33993 | Roberts & Durkee PA Milstein Adelman LLP |
| 33 | Ercolino, Vincent | 1690 Renaissance Commons Blvd., Unit 1206 | Boynton Beach | FL | 33426 | Whitfield, Bryson & Mason |
| 34 | Falls, Jameson and Lauren | 852 Barkley Drive | Alabaster | AL | 35007 | Whitfield, Bryson & Mason |
| 35 | Farve, Crystal | 5032 Sixth Street | Bay St. Louis | MS | 39520 | Reeves & Mestayer |
| 36 | Foxworth, Margie | 360 Church Avenue | Pass Christian | MS | 39571 | Reeves & Mestayer |
| 37 | Fulton, David and Marjorie | 3370 Montgomery Street | Mandeville | LA | 70448 | Whitfield, Bryson & Mason |
| 38 | Gaylord, Peter | 240 West End Drive # 321 | Punta Gorda | FL | 33950 | Baron & Budd/Allison Grant |
| 39 | Gaylord, Peter | 240 West End Drive # 322 | Punta Gorda | FL | 33950 | Baron & Budd/Allison Grant |
| 40 | GFB Properties, LLC c/o Daniel Gleinig | 325 NW 25th Terrace | Cape Coral | FL | 33991 | Morgan & Morgan |
| 41 | Givins, Larry and Rose | 6007-9 Warfield Street | New Orleans | LA | 70126 | Reich & Binstock |
| 42 | Gobel, Jason and Cynthia | 5771 S.W. 162nd Court | Miami | FL | 33193 | Morgan & Morgan |
| 43 | Gonzales, Damian/Taimi | 3770 7th Avenue SW, Naples, FL 34117 | Naples | FL | 34117 | Morgan & Morgan |
| 44 | Gottung, Douglas and Deolores Florio | 10360 SW Stephanie Way, Unit #204 | Port St. Lucie | FL | 34987 | Colson, Hicks, Eidson |
| 45 | Guerreiro, Michael and Nancy | 15336 Yellow Wood Drive | Alva | FL | 33920 | Parker Waichman |
| 46 | Hampton, Konrad | 2514 Kenneth Drive | Violet | LA | 70092 | Becnel Law Firm, LLC |

| No. | Claimant Name | Affected Property Address | City | State | Zip | Counsel |
|---|---|---|---|---|---|---|
| 47 | Helmick, Maria and Timothy | 8931 SW 228th Lane | Miami | FL | 33190 | Pro Se |
| 48 | Hudson, Chad and Melissa | 5522 Travellers Court | Satsuma | AL | 36572 | Taylor Martino Zarzaur, PC |
| 49 | Huynh, Phuong | 18208 Saltwater Run Place | Tampa | FL | 33647 | Pro Se |
| 50 | James, Ken & Vita, Thomas (James & Vita, LLC) | 3808 Gallo Drive | Chalmette | LA | 70043 | Parker Waichman |
| 51 | Johnson, Fred and Sylvia | 1562 Davis Acres Drive | Alpine | AL | 35226 | Whitfield, Bryson & Mason |
| 52 | Johnson, Walter | 4342 Sybil Street | New Orleans | LA | 70122 | Hurricane Legal Center, LLC |
| 53 | Jones, Christopher B. | 5527 13th Avenue South | Birmingham | AL | 35222 | Whitfield, Bryson & Mason |
| 54 | Katz, Barry and Rebecca | 11011 Gulf Reflections Drive, 406A | Ft. Myers | FL | 33907 | Roberts & Durkee PA Milstein Adelman LLP |
| 55 | Kent, Edward and Donna | 14143 Citrus Crest Circle | Tampa | FL | 33625 | Allison Grant, P.A. Baron & Budd, P.C. Alters Boldt Brown Rash & Culmo |
| 56 | Kessler, Andrew and Katherine | 3056 Juniper Lane | Davie | FL | 33330 | Allison Grant, P.A. Baron & Budd, P.C. Alters Boldt Brown Rash & Culmo |
| 57 | King Properties Ltd. | 240 West End Drive Unit 1511 | Punta Gorda | FL | 33950 | Baron & Budd/Allison Grant |
| 58 | Kramer, Ronald and Anita | 1660 Renaissance Commons Blvd., Unit 2310 | Boynton Beach | FL | 33426 | Whitfield, Bryson & Mason |
| 59 | Labell, Barry | 10560 SW Stephanie Way, Unit 206 | Port St. Lucie | FL | 34987 | Colson, Hicks, Eidson |
| 60 | Lamarque, Carroll Jr. | 708 Magistrate Street | Chalmette | LA | 70043 | Pro Se |
| 61 | Landry, Merritt A. | 738 Angela Street | Arabi | LA | 70032 | Herman, Herman & Katz |

| No. | Claimant Name | Affected Property Address | City | State | Zip | Counsel |
|---|---|---|---|---|---|---|
| 62 | Lazard, Norma | 14401 Morrison Road | New Orleans | LA | 70128 | Hurricane Legal Center, LLC |
| 63 | Lefont, David and Garcia, Michelle | 106 Southwest Milburn Circle | Port St. Lucie | FL | 34953 | Leopold~Kuvin, P.A. |
| 64 | Leone, Michael | 1690 Renaissance Commons Blvd, Unit #1202 | Boynton Beach | FL | 33426 | Whitfield, Bryson & Mason |
| 65 | Lewis, Jayme and Todd | 6040 Jonathan's Bay Circle, Unit 501 | Ft. Myers | FL | 33908 | Parker Waichman |
| 66 | Lindemann, Steve and Terri | 6012 NW 116th Drive | Coral Springs | FL | 33076 | Baron & Budd, P.C. |
| 67 | Louise, Exilus & Alexis, Roselene | 4727 Rosalia Drive | New Orleans | LA | 70127 | Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC |
| 68 | Maesel, Shawn | 1660 Renaissance Commons Blvd., Unit 2417 | Boynton Beach | FL | 33426 | Whitfield, Bryson & Mason |
| 69 | Massaro, Mario | 240 West End Drive #823 | Punta Gorda | FL | 33950 | Baron & Budd/Allison Grant |
| 70 | Mendez, Lincoln and America | 4180 North Highway A1A Unit 801B | Hutchinson Island | FL | 34949 | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe |
| 71 | Meyer, Harry E. Jr. | 3014 Spruce Street | Zolfo Springs | FL | 33890 | Reich & Binstock |
| 72 | Mike, Tamas and Blanar, Eva | 6302 N. 17th Street | Tampa | FL | 33610 | Morgan & Morgan |
| 73 | Mirakian, Samuel | 20316 Larino Loop | Estero | FL | 33928 | Morgan & Morgan |
| 74 | Mosley, Shawn | 10440 SW Stephanie Way, Unit 203 | Port St. Lucie | FL | 34987 | Pro Se |
| 75 | Murphy, Lawrence and Sharon | 7021 Mayo Boulevard | New Orleans | LA | 70126 | Becnel Law Firm/ Morris Bart LLC |
| 76 | Negrov, Pavel | 1316 Nucelli Road | North Port | FL | 34288 | Norton, Hammersley, Lopez & Skokos, P.A. James, Hoyer, Newcomer & Smiljanich, P.A. |

| No. | Claimant Name | Affected Property Address | City | State | Zip | Counsel |
|---|---|---|---|---|---|---|
| 77 | Nicholas, Barbara | 7732 Dogwood Drive | New Orleans | LA | 70126 | Hurricane Legal Center, LLC |
| 78 | Nunez, Alvaro | 10833 NW 79 St. | Doral | FL | 33178 | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe |
| 79 | Packard, Suki and Michael | 3028 Lake Manatee Court | Cape Coral | FL | 33909 | Roberts & Durkee PA Milstein Adelman LLP |
| 80 | Palmer, Olga | 1233 Kendari Terrace | Naples | FL | 34113 | Roberts & Durkee PA Milstein Adelman LLP |
| 81 | Patterson, Gary and Nicole | 3096 Juniper Lane | Davie | FL | 33330 | Pro Se |
| 82 | Patterson, Manuel | 6105-6107 Todd Street | New Orleans | LA | 70117 | Hurricane Legal Center, LLC |
| 83 | Pena, Orlando | 824 SW 17th Street | Cape Coral | FL | 33991 | Parker Waichman |
| 84 | Peoples, Debra | 1350 Park Brooke Circle | Marietta | GA | 30008 | Herman, Herman & Katz |
| 85 | Perez, Adela | 12430 SW 50 Street, Unit 113 | Miramar | FL | 33027 | Baron & Budd, P.C. |
| 86 | Pernell, Staci | 2082 Sundown Drive | Clearwater | FL | 33763 | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe |
| 87 | Poggio, James and Janice | 13409 Ainsworth Lane | Port Charlotte | FL | 33981 | Whitfield, Bryson & Mason |
| 88 | Polychronopoulos, Nathalie and George | 1660 Renaissance Commons Blvd. Unit 2210 | Boynton Beach | FL | 33426 | Whitfield, Bryson & Mason |
| 89 | Querol, Damien | 3301 NE 183rd Street, Unit 1207 | Aventura | FL | 33160 | Podhurst Orseck |
| 90 | Racius, Lubraine and Anese | 4013 24th Street SW | Lehigh Acres | FL | 33971 | Parker Waichman |
| 91 | Redway, Robert and Galina | 2521 Whitesand Lane | Clearwater | FL | 33763 | Allison Grant, P.A. Baron & Budd, P.C. Alters Boldt Brown Rash & Culmo |

| No. | Claimant Name | Affected Property Address | City | State | Zip | Counsel |
|---|---|---|---|---|---|---|
| 92 | Renzetti, Nicholas and Adrienne | 1690 Renaissance Commons Blvd., Unit 1321 | Boynton Beach | FL | 33426 | Whitfield, Bryson & Mason |
| 93 | Robles, Amparo and Jose | 12430 SW 50th Street, Apt. 147 | Miramar | FL | 33027 | Parker Waichman |
| 94 | Rodriguez, Otonier and Margarita | 14141 Whitter Lane | Port Charlotte | FL | 33981 | Whitfield, Bryson & Mason |
| 95 | Rogers, Billy W. on behalf of Rogers Company | 3236 Van Cleave | Meraux | LA | 70075 | Law Offices of Sidney D. Torres, III |
| 96 | Rogers, Billy W. on behalf of Rogers Company | 4501 Colony Drive Meraux, LA 70075 | Meraux | LA | 70075 | Law Offices of Sidney D. Torres, III |
| 97 | Rogers, Billy W. on behalf of Rogers Company | 4505 Colony Drive Meraux, LA 70075 | Meraux | LA | 70075 | Law Offices of Sidney D. Torres, III |
| 98 | Rogers, Michelle L. (nka Michelle Canepa) | 8313 Creole Drive | Chalmette | LA | 70043 | Herman, Herman & Katz |
| 99 | Santiago, Angel and Yvette | 4018 NW 12th Street | Cape Coral | FL | 33993 | Parker Waichman |
| 100 | Schandelmeier, Patricia | 25748 Deep Creek Blvd. | Punta Gorda | FL | 33983 | Pro Se |
| 101 | Sentino, Hubert | 3605/3607 Frenchmen Street | New Orleans | LA | 70122 | Hurricane Legal Center, LLC |
| 102 | Seymore, Danny | 86 Legends Lane | Arley | AL | 35057 | Collins & Horsley, P.C. |
| 103 | Sims, Sarah and Michael | 2017 Guerra Drive | Violet | LA | 70092 | Hurricane Legal Center, LLC |
| 104 | Smith, Richard | 8001 Sherwood Circle | Labelle | FL | 33935 | Parker Waichman |
| 105 | Steffy, Sandra and Meyers, Peggy | 26121 Highway 40 | Bush | LA | 70431 | Becnel Law Firm, LLC |

| No. | Claimant Name | Affected Property Address | City | State | Zip | Counsel |
|---|---|---|---|---|---|---|
| 106 | Suarez, Eduardo and Mercedes | 14113 Stilton Street | Tampa | FL | 33626 | Levin Papantonio |
| 107 | Suarez, Humberto | 208 SE 6th Street | Cape Coral | FL | 33990 | Roberts & Durkee PA Milstein Adelman LLP |
| 108 | Swan, Christiana and Harwick, Michael | 14125 Stowbridge Avenue | Tampa | FL | 33626 | Levin Papantonio |
| 109 | Taylor, Travis | 11090 Douglas Road | Grand Bay | AL | 36541 | Reeves & Mestayer |
| 110 | Thrower, Christopher | 541 Ledbetter Road | Munford | AL | 36268 | Whitfield, Bryson & Mason |
| 111 | Tillman, Joel | 7522 Lucerne Street | New Orleans | LA | 70128 | Hurricane Legal Center, LLC |
| 112 | Trillo, Raquel | 12421 SW 50 CT, Unit 303 | Miramar | FL | 33027 | Baron & Budd, P.C. |
| 113 | Urso, Christopher | 2120 Delightful Drive | Ruskin | FL | 33570 | Reich & Binstock |
| 114 | Urtubey, Jason | 2617 69th Street W | Lehigh Acres | FL | 33971 | Reich & Binstock |
| 115 | Vargas, Odilio | 1690 Renaissance Commons Blvd., Unit 1424 | Boynton Beach | FL | 33426 | Whitfield, Bryson & Mason |
| 116 | Verderame, Frances | 1690 Renaissance Commons Blvd., Unit 1219 | Boynton Beach | FL | 33426 | Whitfield, Bryson & Mason |
| 117 | Voskressensky, Andre and Goldstein, Janet | 8627 Cobblestone Point Circle | Boynton Beach | FL | 33427 | Baron & Budd, P.C. |
| 118 | Waiters, James and Terrea | 3108 Angelique Drive | Violet | LA | 70092 | Hurricane Legal Center, LLC |
| 119 | Walker, Andrew and Cathy | 7460 Bridgeview Drive | Wesley Chapel | FL | 33545 | Allison Grant, P.A. Baron & Budd, P.C. Alters Boldt Brown Rash & Culmo |
| 120 | Walker, Christopher and Tanya | 712 Stanhope Close | Chesapeake | VA | 23320 | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe |
| 121 | Washington, Monique | 5251 East Idlewood Court | New Orleans | LA | 70128 | Hurricane Legal Center, LLC |
| 122 | Watson, Jerry; Gordon; Karen and Charles | 1759 Fuller Drive | Gulf Breeze | FL | 32563 | Levin Papantonio |

| No. | Claimant Name | Affected Property Address | City | State | Zip | Counsel |
|---|---|---|---|---|---|---|
| 123 | Weekley, William and Charlotte | 6227 Clear Creek Road | Milton | FL | 32570 | Levin Papantonio |
| 124 | Welcome, Dave and Darnell | 7619 Berg Street | New Orleans | LA | 70128 | Hurricane Legal Center, LLC |
| 125 | Wiley, John | 1541 Gerona Terrace | North Port | FL | 34286 | Whitfield, Bryson & Mason |
| 126 | Wiley, Thad | 1660 Renaissance Commons Blvd., Unit 2111 | Boynton Beach | FL | 33426 | Whitfield, Bryson & Mason |
| 127 | Williams, Albert | 3015 Clouet Street | New Orleans | LA | 70126 | Hurricane Legal Center, LLC |
| 128 | Williams, Deborah | 2101 Caluda Lane | Violet | LA | 70092 | Whitfield, Bryson & Mason, LLP Matthews & Associates |
| 129 | Williams, Logan A. | 2429 Judy Drive | Meraux | LA | 70075 | Herman, Herman & Katz |
| 130 | Williams, Raymond and Johnell | 7150 West Renaissance Court | New Orleans | LA | 70128 | Hurricane Legal Center, LLC |
| 131 | Wilson, Alton and Rhonda | 15570 Hwy. 104 | Silverhill | AL | 36576 | Levin Papantonio |
| 132 | Winsome, Russell n/k/a Hutchinson, Winsome | 184 Wanatah Avenue | Lehigh Acres | FL | 33874 | Morgan & Morgan |
| 133 | Wong, Kenneth | 4230 NW. 33rd Street | Cape Coral | FL | 33993 | Allison Grant, P.A. Baron & Budd, P.C. |