UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Amorin, et al. v. Taishan Gypsum Co., Ltd.*, et al, **Case No. 11-1395 (EDLA)**<br><br>*Amorin, et al. v. Taishan Gypsum Co., Ltd.*, et al, **Case No. 11-1672 (EDLA)**<br><br>*Amorin, et al. v. Taishan Gypsum Co., Ltd.,* et al, **Case No. 11-1673 (EDLA)** | MDL No. 2:09-md-2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

## CNBM COMPANY, BNBM GROUP, AND BNBM PLC'S REPLY IN SUPPORT OF MOTION TO DISMISS CERTAIN PLAINTIFFS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 37(b)

China National Building Materials Company, Ltd., Beijing New Building Materials (Group) Co. Ltd., and Beijing New Building Materials Public Limited Company, (collectively, "CNBM and the BNBM Entities") submit this Reply in Support of their Motion to Dismiss Certain Plaintiffs Pursuant to Federal Rule of Civil Procedure 37(b) (Rec. Doc. 21351, the "Motion").

CNBM and the BNBM Entities appreciate that it takes time for counsel to contact their clients. But the Court issued Pre-Trial Order 11A (Rec. Doc. 21162, "PTO 11A") on January 24, 2018, nearly six months (and 170 days) ago. PTO 11A allowed Plaintiffs 45 days to submit a complete, verified supplemental plaintiff profile form (SPPF). *Id.* at 2. While many Plaintiffs timely submitted SPPFs, hundreds requested extensions. Defendants uniformly granted these

- 1 -

requests, and no Plaintiffs sought judicial intervention to obtain additional time to file SPPFs. On March 23, 2018, Plaintiffs who had not submitted a verified SPPF were issued notices of deficiency, affording Plaintiffs an additional 20 days to satisfy PTO 11A. And even after the expiration of the cure period, CNBM and the BNBM Entities did not seek dismissal. Instead, on May 21, 2018, CNBM and the BNBM Entities, in coordination with Taishan, requested that the Plaintiffs' Steering Committee (the "PSC") voluntarily dismiss Plaintiffs who had not submitted a verified SPPF. On May 29, 2018, the PSC responded, briefly asserting the existence of good cause for delay for those Plaintiffs who had not yet filed. On May 31, 2018, CNBM and the BNBM Entities filed the Motion.

    Plaintiffs understandably do not wish to have their claims dismissed, and characterize the Motion as seeking an extreme sanction. But this sanction is explicitly contemplated in PTO 11A. Rec. Doc. 21162 § 5. The Court echoed PTO 11A, stating: "[T]hat's very important. You have to get those forms in. If not, then I'll be having a motion and rule to show cause why the case should not be dismissed. So let's get those in." (Rec. Doc. 21256 at 4:25-53, Transcript of March 20, 2018 Status Conference). Given the lengthy passage of time since the Court issued PTO 11A, CNBM and the BNBM Entities believe the Court should dismiss Plaintiffs who have not filed verified SPPFs at the time of filing this reply brief.[1] Should the Court wish to inquire as to whether some Plaintiffs should be granted additional time, an order to show cause is not necessary, as Plaintiffs have provided explanations for delay in their oppositions to the Motion. If the Court grants certain Plaintiffs still more time, CNBM and the BNBM Entities request that

---

[1] An updated list removing those Plaintiffs who have recently satisfied PTO 11A is attached hereto as Exhibit A.

the grant includes a firm deadline for submitting a verified SPPF, and dismissal of those who fail to do so.

Dated: July 13, 2017

                                Respectfully submitted,

                                */s/ L. Christopher Vejnoska*

L. Christopher Vejnoska (CA Bar No. 96082)
Eric Matthew Hairston (CA Bar No. 229892)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
San Francisco, CA  94105
T:  415-773-5700
Email:  cvejnoska@orrick.com
        ehairston@orrick.com

Eric A. Shumsky (D.C. Bar No. 477926)
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street NW
Washington, D.C. 20005
T:  202-339-8400
Email:  eshumsky@orrick.com

James L. Stengel (NY Bar No. 1800556)
Xiang Wang (NY Bar No. 4311114)
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY, 10019
T:  212-506-5000
Email:  jstengel@orrick.com
       xiangwang@orrick.com

*Attorneys for the CNBM and BNBM Entities*

Ewell E. Eagan, Jr. (LA Bar No. 5239)
Donna Phillips Currault (LA Bar No. 19533)
Alex B. Rothenberg (LA Bar No. 34740)
GORDON, ARATA, MONTGOMERY, BARNETT, MCCOLLAM, DUPLANTIS & EAGAN, LLC
201 St. Charles Avenue, 40th Floor
New Orleans, LA 70170-4000
T:  (504) 582-1111
Email:  eeagan@gamb.law
       dcurrault@gamb.law
       arothenberg@gamb.law

*Attorneys for CNBM Company, Ltd.*

Harry Rosenberg (LA Bar No. 11465)
PHELPS DUNBAR LLP
365 Canal Street, Suite 2000
New Orleans, LA 70130-6534
T:  (504) 584-9219
Email:  harry.rosenberg@phelps.com

*Attorneys for BNBM (Group) Co. Ltd. and BNBM PLC*


Dated:   July 13, 2018

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **CNBM AND BNBM ENTITIES' REPLY IN SUPPORT OF MOTION TO DISMISS CERTAIN PLAINTIFFS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 37(b)** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail and upon all parties by electronically uploading the same to File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 13th day of July, 2018.

/s/ L. Christopher Vejnoska

L. Christopher Vejnoska (CA Bar No. 96082)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105
T:  415-773-5700
Fax:  415-773-5759
Email: cvejnoska@orrick.com

*Attorney for the CNBM and BNBM Entities*

# EXHIBIT A

| Claimant Name | Address | Law Firm |
|---|---|---|
| 2522 Cambronne Street, LLC c/o Toso, Michael J. III | 2514 Cambronne Street | Pro Se |
| Abromatts, Clifford and Worobec, Janice | 3437 Lago de Talavera | Colson, Hicks, Eidson  Levin, Fishbein, Sedran & Berman  Hausfeld LLP  Law Offices of Richard J. Serpe |
| Arrington, Angel | 2113 Delightful Drive | Reich & Binstock |
| Battie, Silas | 4668 Corrinne Street | Becnel Law Firm, LLC |
| Bazemore, Larry | 183 Mulberry Lane | Colson, Hicks, Eidson  Levin, Fishbein, Sedran & Berman  Hausfeld LLP  Law Offices of Richard J. Serpe |
| Bilbo, Chester | 403 Seventh St | REEVES & MESTAYER |
| Bland, Elbert | 2315 - 2317 Industry St | REICH & BINSTOCK, LLP |
| Bowden, Charles and Tracy | 73 Thomas School Road | Becnel Law Firm/ Morris Bart LLC |
| Braden, Tiffany as Representative of the Estate of Jane Bienemy, Deceased | 2024 Guerra Drive | Pro Se |
| Bridges, Juanita and William | 1449 Mirabeau Avenue | Hurricane Legal Center, LLC |
| Brik, Beni | 240 West End Dr., Unit 1311 | Baron & Budd/Allison Grant |
| Brik, Beni | 240 West End Dr., Unit 1312 | Baron & Budd/Allison Grant |
| Brock, Ora | 2026 Clouet St | REICH & BINSTOCK, LLP |
| Brown, Kerri and Jack | 2729 Reunion Drive | Hurricane Legal Center, LLC |
| Buckley, Stephen and Cathleen | 3041 59th Avenue, South | Morgan & Morgan |
| Caputo, Marc Turer, Scott | 2220 Soho Bay Court | Parker Waichman |
| Ceminsky, Gerald and Margaret | 2572 Keystone Lake Drive | Roberts & Durkee PA  Milstein Adelman LLP |
| Chestnut, Thomas | 3700 Lena Dr | REICH & BINSTOCK, LLP |
| Connolly, Megan | 1976 NW 79 Terrace | Colson, Hicks, Eidson  Levin, Fishbein, Sedran & Berman  Hausfeld LLP  Law Offices of Richard J. Serpe |
| Crandle, Angela | 2234 Joliet St | REICH & BINSTOCK, LLP |
| Daigle, Eric | 3913-5 SW Santa Barbara Place | Parker Waichman |
| Delayo, William and Jennifer | 19848 Maddelena Circle | Colson, Hicks, Eidson  Levin, Fishbein, Sedran & Berman  Hausfeld LLP  Law Offices of Richard J. Serpe |

| Claimant Name | Address | Law Firm |
|---|---|---|
| DeOlivera, Harry | 1819 Carriage Oak Ct. | REICH & BINSTOCK, LLP |
| Dillon, Ray | 30147 Ola Magee Rd | Martzell, Bickford & Centola APC |
| Dobric, Mario | 1690 Renaissance Commons Blvd., Unit 1228 | WHITFIELD BRYSON & MASON LLP |
| Dowell, Kim | 421 Lavoisier St | Martzell, Bickford & Centola APC |
| Duvernay, Victor | 5115 Chamberlin Street | Hurricane Legal Center, LLC |
| Emerald Greens at Carrollwood, LLC | 13942 Clubhouse Drive (6B) | Cook Sadorf Law |
| Emerald Greens at Carrollwood, LLC | 4143 Courtside Way (2C) | Cook Sadorf Law |
| Emerald Greens at Carrollwood, LLC | 4145 Courtside Way (2B) | Cook Sadorf Law |
| England, Charles | 2516 Reunion Dr. | WHITFIELD BRYSON & MASON LLP |
| Epstein, Kim | 2556 Keystone Lake Drive | Roberts & Durkee PA Milstein Adelman LLP |
| Ercolino, Vincent | 1690 Renaissance Commons Blvd., Unit 1206 | WHITFIELD BRYSON & MASON LLP |
| Falls, Jameson and Lauren | 852 Barkley Drive | Whitfield, Bryson & Mason |
| Farve, Crystal | 5032 Sixth Street | REEVES & MESTAYER |
| Foxworth, Merle | 360 Church Avenue | REEVES & MESTAYER |
| Fulton, David and Marjorie | 3370 Montgomery Street | Whitfield, Bryson & Mason |
| Gaylord, Peter | 240 West End Drive # 321 | Baron & Budd/Allison Grant |
| Gaylord, Peter | 240 West End Drive # 322 | Baron & Budd/Allison Grant |
| GFB Properties, LLC c/o Daniel Gleinig | 325 NW 25th Terrace | Morgan & Morgan |
| Giving, Rose | 6007 Warfield St. | REICH & BINSTOCK, LLP |
| Gobel, Jason and Cynthia | 5771 S.W. 162nd Court | Morgan & Morgan |
| Gonzalez, Damian | 3770 7th Avenue SW | Morgan & Morgan, FT. Myers, PLLC |
| Gottung, Douglas and Deolores Florio | 10360 SW Stephanie Way, Unit #204 | Colson Hicks Eidson |
| Guerreiro, Michael and Nancy | 15336 Yellow Wood Drive | Parker Waichman |
| Hampton, Konrad | 2514 Kenneth Drive | Becnel Law Firm, LLC |
| Helmick, Maria and Timothy | 8931 SW 228th Lane | Pro Se |

2

| Claimant Name | Address | Law Firm |
|---|---|---|
| Hudson, Melissa | 5522 Travellers Court | Taylor Martino, P.C. |
| Huynh, Phuong | 18208 Saltwater Run Place | Pro Se |
| James, Ken & Vita, Thomas (James & Vita, LLC) | 3808 Gallo Drive | Parker Waichman |
| Johnson, Fred and Sylvia | 1562 Davis Acres Drive | Matthews & Associates |
| Johnson, Walter | 4342 Sybil Street | Hurricane Legal Center, LLC |
| Jones, Christopher B. | 5527 13th Avenue South | Whitfield, Bryson & Mason |
| Katz, Barry | 11001 Gulf Reflections Dr, #406 | Roberts & Durkee PA |
| Kent, Edward and Donna | 14143 Citrus Crest Circle | Allison Grant, P.A.  Baron & Budd, P.C.  Alters Boldt Brown Rash & Culmo |
| Kessler, Andrew | 3056 Juniper Lane | Baron & Budd P.C. |
| King Properties Ltd. | 240 West End Drive Unit 1511 | Baron & Budd/Allison Grant |
| Kramer, Ronald and Anita | 1660 Renaissance Commons Blvd., Unit 2310 | WHITFIELD BRYSON & MASON LLP |
| Labell, Barry | 10560 SW Stephanie Way, Unit 206 | Colson Hicks Eidson, P.A. |
| Lamarque, Carroll Jr. | 708 Magistrate Street | Dysart & Tabary, LLP |
| Landry, Merritt A. | 738 Angela Street | Herman, Herman & Katz |
| Lazard, Norma | 14401 Morrison Road | Hurricane Legal Center, LLC |
| Lefont, David and Garcia, Michelle | 106 Southwest Milburn Circle | Leopold~Kuvin, P.A. |
| Leone, Michael | 1690 Renaissance Commons Blvd., Unit 1202 | WHITFIELD BRYSON & MASON LLP |
| Lewis, Jayme and Todd | 6040 Jonathan's Bay Circle, Unit 501 | Parker Waichman |
| Lindemann, Teresa | 6012 NW 116th Drive | Baron & Budd P.C. |
| Louise, Exilus & Alexis, Roselene | 4727 Rosalia Drive | Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC |
| Maesel, Shawn | 1660 Renaissance Commons Blvd.Unit 2417 | WHITFIELD BRYSON & MASON LLP |
| Massaro, Mario | 240 West End Drive #823 | Baron & Budd/Allison Grant |
| Mendez, Lincoln and America | 4180 North Highway A1A Unit 801B | Colson, Hicks, Eidson  Levin, Fishbein, Sedran & Berman  Hausfeld LLP  Law Offices of Richard J. Serpe |
| Meyer, Harry E. Jr. | 3014 Spruce Street | Reich & Binstock |
| Mike, Tamas | 6302 N. 17th Street | Morgan & Morgan, FT. Myers, PLLC |

| Claimant Name | Address | Law Firm |
| --- | --- | --- |
| Mirakian, Samuel | 20316 Larino Loop | Morgan & Morgan |
| Mosley, Shawn | 10440 SW Stephanie Way, Unit 203 | Pro Se |
| Murphy, Lawrence | 7021 Mayo Boulevard | Becnel Law Firm, LLC |
| Negrov, Pavel | 1316 Nucelli Road | Norton, Hammersley, Lopez & Skokos, P.A.  James, Hoyer, Newcomer & Smiljanich, P.A. |
| Nicholas, Barbara | 7732 Dogwood Drive | Hurricane Legal Center, LLC |
| Nunez, Alvaro | 10833 NW 79 Street | Colson Hicks Eidson, P.A. |
| Packard, Suki and Michael | 3028 Lake Manatee Court | Roberts & Durkee PA Milstein Adelman LLP |
| Palmer, Olga | 1233 Kendari Terrace | Roberts & Durkee PA Milstein Adelman LLP |
| Patterson, Gary and Nicole | 3096 Juniper Lane | Pro Se |
| Patterson, Manuel | 6105-6107 Todd Street | Hurricane Legal Center, LLC |
| Pena, Orlando | 824 SW 17th Street | Parker Waichman |
| Peoples, Debra | 1350 Park Brooke Circle | Herman, Herman & Katz |
| Perez, Adela | 12430 SW 50 Street, Unit 113 | Baron & Budd, P.C. |
| Pernell, Staci | 2082 Sundown Drive | Colson, Hicks, Eidson  Levin, Fishbein, Sedran & Berman  Hausfeld LLP  Law Offices of Richard J. Serpe |
| Poggio, James and Janice | 13409 Ainsworth Lane | Whitfield, Bryson & Mason |
| Polychronopoulos, Nathalie and George | 1660 Renaissance Commons Blvd., Unit 2210 | WHITFIELD BRYSON & MASON LLP |
| Querol, Damian | 3301 NE 183 Street, Unit 1207 | Podhurst Orseck, P.A. |
| Racius, Lubraine and Anese | 4013 24th Street SW | Parker Waichman |
| Redway, Robert | 2521 White Sand Lane | Baron & Budd P.C. |
| Renzetti, Nicholas | 1690 Renaissance Commons Blvd., Unit 1321 | WHITFIELD BRYSON & MASON LLP |

4

| Claimant Name | Address | Law Firm |
| --- | --- | --- |
| Robles, Amparo and Jose | 12430 SW 50th Street, Apt. 147 | Parker Waichman |
| Rodriguez, Otonier and Margarita | 14141 Whitter Lane | Whitfield, Bryson & Mason |
| Rogers, Billy W. on behalf of Rogers Company | 3236 Van Cleave | Law Offices of Sidney D. Torres, III |
| Rogers, Billy W. on behalf of Rogers Company | 4501 Colony Drive Meraux, LA 70075 | Law Offices of Sidney D. Torres, III |
| Rogers, Billy W. on behalf of Rogers Company | 4505 Colony Drive Meraux, LA 70075 | Law Offices of Sidney D. Torres, III |
| Rogers, Michelle L. | 8313 Creole Drive | Herman, Herman & Katz |
| Santiago, Angel and Yvette | 4018 NW 12th Street | Parker Waichman |
| Schandelmeier, Patricia | 25748 Deep Creek Blvd. | Pro Se |
| Sentino, Hubert | 3605/3607 Frenchmen Street | Hurricane Legal Center, LLC |
| Seymore, Danny | 86 Legends Lane | Collins & Horsley, P.C. |
| Sims, Sarah and Michael | 2017 Guerra Drive | Hurricane Legal Center, LLC |
| Smith, Richard | 8001 Sherwood Circle | Parker Waichman |
| Steffy, Sandra and Meyers, Peggy | 26121 Highway 40 | Becnel Law Firm, LLC |
| Suarez, Eduardo and Mercedes | 14113 Stilton Street | Levin Papantonio |
| Suarez, Humberto | 208 SE 6th Street | Roberts & Durkee PA Milstein Adelman LLP |
| Swan, Christiana and Harwick, Michael | 14125 Stowbridge Avenue | Levin Papantonio |
| Thrower, Christopher | 541 Ledbetter Road | Whitfield, Bryson & Mason |
| Tillman, Joel | 7522 Lucerne Street | Hurricane Legal Center, LLC |
| Travis, Taylor | 11090 Douglas Rd | REEVES & MESTAYER |
| Trillo, Raquel | 12421 SW 50 CT, Unit 303 | Baron & Budd P.C. |
| Urso, Christopher | 2120 Delightful Dr | REICH & BINSTOCK, LLP |

5

| Claimant Name | Address | Law Firm |
|---|---|---|
| Urtubey, Jason | 2617 69th St W. | REICH & BINSTOCK, LLP |
| Vargas, Odilio | 1690 Renaissance Commons Blvd., Unit 1424 | WHITFIELD BRYSON & MASON LLP |
| Verderame, Frances | 1690 Renaissance Commons Blvd., Unit 1219 | WHITFIELD BRYSON & MASON LLP |
| Voskressensky, Andre and Goldstein, Janet | 8627 Cobblestone Point Circle | Baron & Budd, P.C. |
| Waiters, James and Terrea | 3108 Angelique Drive | Hurricane Legal Center, LLC |
| Walker, Andrew and Cathy | 7460 Bridgeview Drive | Allison Grant, P.A.  Baron & Budd, P.C.  Alters Boldt Brown Rash & Culmo |
| Walker, Christopher and Tanya | 712 Stanhope Close | Colson, Hicks, Eidson  Levin, Fishbein, Sedran & Berman  Hausfeld LLP  Law Offices of Richard J. Serpe |
| Washington, Monique | 5251 East Idlewood Court | Hurricane Legal Center, LLC |
| Watson, Jerry; Gordon; Karen and Charles | 1759 Fuller Drive | Levin Papantonio |
| Weekley, William and Charlotte | 6227 Clear Creek Road | Levin Papantonio |
| Welcome, Dave and Darnell | 7619 Berg Street | Hurricane Legal Center, LLC |
| Wiley III, John | 1541 Gerona Terrace | WHITFIELD BRYSON & MASON LLP |
| Wiley, Thad | 1660 Renaissance Commons Blvd. 2111 | WHITFIELD BRYSON & MASON LLP |
| Williams, Albert | 3015 Clouet Street | Hurricane Legal Center, LLC |
| Williams, Deborah | 2101 caluda lane | WHITFIELD BRYSON & MASON LLP |
| Williams, Logan A. | 2429 Judy Drive | Herman, Herman & Katz |
| Williams, Raymond and Johnell | 7150 West Renaissance Court | Hurricane Legal Center, LLC |
| Wilson, Alton and Rhonda | 15570 Hwy. 104 | Levin Papantonio |
| Winsome, Russell n/k/a Hutchinson, Winsome | 184 Wanatah Avenue | Morgan & Morgan |
| Wong, Kenneth | 4230 NW 33rd Street | Baron & Budd P.C. |