**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  **CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047** |
| | **SECTION: L** |
| **THIS DOCUMENT RELATES TO:** | |
| | **JUDGE FALLON** |
| *ALL CASES* | |
| | **MAG. JUDGE WILKINSON** |

**************************************************************************

<u>**DECLARATION OF ROBERT M. HORKOVICH, ESQ. IN SUPPORT OF OBJECTION TO RECOMMENDATION OF FEE COMMITTEE DATED JULY 3, 2018 BY ANDERSON KILL, P.C.**</u>

STATE OF NEW YORK    )
                     : ss.:
COUNTY OF            )

Robert M. Horkovich, being duly sworn according to law deposes and says:

1.  I am the Managing Shareholder of Anderson Kill P.C. and make the following declaration on my personal knowledge and belief.

2.  Tab 1 includes true and correct copies of communications which are examples of signature pages of motions drafted by AK which Ross Herman took and submitted over his own signature block, communications from the PSC adopting discovery prepared by AK, directions from the PSC to AK to delete AK's signature block and instead substitute the PSC's signature block to briefs submitted to this Court, and the PSC's acknowledgement that AK appeared in this Court for the PSC.

3.      Tab 2 includes true and correct copies of communications from the PSC expressly

asking AK to provide input in the Travco appeal before the United States Court of

Appeals for the 4th Circuit, from Arnold Levin's office expressly asking AK to

review and confer about the Chinese Drywall Omni Complaint, and from the PSC

expressly pronouncing that AK was a member of their PSC insurance Committee.

4.      Tab 3 includes true and correct copies of multiple communications from mediator

John Perry to me coordinating with me the very first mediation in this case hosted

in AK's office in Philadelphia which I initiated and which 20 insurance

companies and Knauf attended, multiple communications from Mr. Kerry Miller

and Greg Wallace on behalf of Knauf concerning the second mediation in this

case hosted in AK's office in NYC which I initiated and which Knauf, Banner

and numerous insurance companies attended, and communication from the PSC

to me expressly asking me to attend the third mediation in this case in New

Orleans.


Robert M. Horkovich


Subscribed and sworn to before me this
13th day of July 2018


Notary Public

Lori LeMorelle
Notary Public, State of New York
No. 01LA6269968
Qualified in Suffolk County
Certificate Filed In New York County
Commission Expired October 09, 2020


docs-100023969.1

TAB 1

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: ALL CASES AND Amato, et al. v. Liberty Mutual Insurance Company, et. al., Case No. 2:10-cv-932 (E.D.La.) | |

### THE PLAINTIFFS' STEERING COMMITTEE'S MOTION INCORPORATING AND ADOPTING PLAINTIFF ROBERT C. PATE AND THE PLAINTIFFS' STEERING COMMITTEE'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE POLLUTION EXCLUSION

The Plaintiffs' Steering Committee ("PSC") respectfully moves this Honorable Court for an

Order, in the form appended hereto, entering partial summary judgment to plaintiffs on the pollution

exclusion.  For the reasons set forth in the memorandum of law appended hereto, the PSC's motion

for partial summary judgment should be granted.

Respectfully submitted,

Dated: February 3, 2011

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

1

Arnold Levin (On the Brief)
Fred S. Longer (On the Brief)
Matthew C. Gaughan (On the Brief)
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Robert C. Josefsberg
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
rjosefsberg@podhurst.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
  Matthews, Martinez, Gonzales,
  Kalbac & Kane
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
  Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

2

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Christopher Seeger
Seeger Weiss, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Lewis & Roberts
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Phone: (919) 981-0191
Fax: (919) 981-0431
dkb@lewis-roberts.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com

## OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W
Suite  650
Washington, DC 20006
Phone: (202) 540-7200
Fax:  (202) 540-7201
rlewis@hausfeldllp.com

Jeremy W. Alters
Alters Law Firm
4141 N.E. 2nd Avenue
Suite 201
Miami, FL 33137
Phone: (305) 571-8550
Fax: (305) 571-8559
jeremy@alterslaw.com

3

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing motion and memorandum of law submitted in support thereof has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 3rd day of February, 2011.

      /s/ Leonard A. Davis
      Leonard A. Davis, Esquire
      Herman, Herman, Katz & Cotlar, LLP
      820 O'Keefe Avenue
      New Orleans, Louisiana 70113
      Phone: (504) 581-4892
      Fax: (504) 561-6024
      Ldavis@hhkc.com
      Plaintiffs' Liaison Counsel
      MDL 2047

      *Co-counsel for Plaintiffs*

**Horkovich, Robert M.**

| | |
|---|---|
| **From:** | Fred Longer <FLonger@lfsblaw.com> |
| **Sent:** | Friday, July 23, 2010 5:44 PM |
| **To:** | H. Minor Pipes |
| **Cc:** | Horkovich, Robert M.; 'Bruce Steckler'; Lambert, Hugh; Lenny Davis; Arnold Levin; Matthew Gaughan |
| **Subject:** | CDW - Insurance Motions |
| **Attachments:** | Jurisdictional Interrogatories.pdf; Jurisdictional RFPs.pdf |

Minor,

     The PSC intends to adopt the jurisdictional discovery propounded two days ago by Bob Horkovich (attached). I will call to discuss this discovery shortly.

     In addition, in response to the charts provided in your letter today, I would like to advise you of those motions we deem moot for several reasons, i.e., Doc Nos. 1342, 1501, 2205, 1321, 1701, 3054, 1289, 1346, 1335, 1422, and 0763. There are other motions in your charts that we do not believe are subject to the Court's scheduling order because they address issues other than jurisdiction and venue, e.g., 2641, 2174, 1328, 4508, 1280, 2148, 1345, 4446, and 2155. Then, there are motions that involve deficiencies on the insurers' part that we have previously outlined, e.g., 4427, 4456, 4487, 4497, 4502 and 4505. There are two motions we need to investigate further, e.g., 4480 and 4423. Those motions addressed to builders we do not intend to prepare a response. What remains, is that the PSC is committed to respond to 4452, 4478, 3174, 4454 and 4481. Thank you. FSL

Fred S. Longer
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street
Suite 500
Philadelphia, PA 19106
(215) 592-1500
(215) 592-4663 - fax
www.lfsblaw.com

CONFIDENTIALITY NOTE: This e-mail message contains information belonging to the law firm of Levin, Fishbein, Sedran & Berman and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please e-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.

1

**Horkovich, Robert M.**

| | |
|---|---|
| **From:** | Fred Longer <FLonger@lfsblaw.com> |
| **Sent:** | Tuesday, October 12, 2010 11:32 AM |
| **To:** | Piazza, Anna M.; Matthew Gaughan; bsteckler@baronbudd.com |
| **Cc:** | Horkovich, Robert M. |
| **Subject:** | RE: Indispensable parties brief due Wednesday |

This is excellent.  Couple of thoughts: 1) In the introduction, you ought to reference the motions you're responding to by Docket #; 2) In Sec.(C)(2) on page 20, could you avoid delay by having the court require notice issue a la a class action, and if no objections, then distribute the money?  That's it, except for my biggest criticism:  Your signature block is wrong.  Please use the PSC block and add your firm (you should be noted as ON THE BRIEF, as we have done previously.  FSL

**From:** Piazza, Anna M. [mailto:Apiazza@andersonkill.com]
**Sent:** Monday, October 11, 2010 10:53 PM
**To:** Fred Longer; Matthew Gaughan; bsteckler@baronbudd.com
**Cc:** Horkovich, Robert M.
**Subject:** Indispensable parties brief due Wednesday

Team:

Please provide your comments to the attached indispensable parties opposition.  It is due Wednesday.

Many thanks,
Anna



**Anna M. Piazza**
Attorney

Settle for Everything®

**ANDERSON KILL & OLICK, P.C.**

1251 Avenue of the Americas - New York, NY 10020
Apiazza@andersonkill.com - www.andersonkill.com
T: 212-278-1307 - F: 212-278-1733
Biography

This electronic mail transmission may contain privileged, confidential and/or proprietary information intended only for the person(s) named. Any use, distribution, copying or disclosure to another person is strictly prohibited. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email.

## Horkovich, Robert M.

| | |
|---|---|
| **From:** | Fred Longer <FLonger@lfsblaw.com> |
| **Sent:** | Wednesday, October 13, 2010 7:28 PM |
| **To:** | Horkovich, Robert M.; Piazza, Anna M.; Matthew Gaughan; 'bsteckler@baronbudd.com' |
| **Subject:** | Re: Indispensable parties brief due Wednesday |

And we appreciate the courtesy, but the fact is that the signature block is standard and recognition to the author is through the "on the brief" designation. There's an order to the effect that Liaison counsel is to file papers. I'm not making it up and I'm not fighting city hall.

---------------------------
Sent from my BlackBerry Wireless Device

---

**From:** Horkovich, Robert M.
**To:** Fred Longer; Piazza, Anna M. ; Matthew Gaughan; bsteckler@baronbudd.com
**Sent:** Wed Oct 13 18:52:28 2010
**Subject:** Re: Indispensable parties brief due Wednesday

Hi Fred:

We've done the signature block per your request just as a professional courtesy.

But I have to note that Anna did 99% of the work on this brief and relegating us to 4 pages back on the brief just is wrong.

That kind of practice would have gotten me fired immediately at a couple of major firms in which I worked as a pup.

Bob

----- Original Message -----
From: Fred Longer <FLonger@lfsblaw.com>
To: Piazza, Anna M.; Matthew Gaughan <MGaughan@lfsblaw.com>; bsteckler@baronbudd.com <bsteckler@baronbudd.com>
Cc: Horkovich, Robert M.
Sent: Tue Oct 12 11:31:31 2010
Subject: RE: Indispensable parties brief due Wednesday

This is excellent. Couple of thoughts: 1) In the introduction, you ought to reference the motions you're responding to by Docket #; 2) In Sec.(C)(2) on page 20, could you avoid delay by having the court require notice issue a la a class action, and if no objections, then distribute the money? That's it, except for my biggest criticism: Your signature block is wrong. Please use the PSC block and add your firm (you should be noted as ON THE BRIEF, as we have done previously. FSL

From: Piazza, Anna M. [mailto:Apiazza@andersonkill.com]
Sent: Monday, October 11, 2010 10:53 PM
To: Fred Longer; Matthew Gaughan; bsteckler@baronbudd.com
Cc: Horkovich, Robert M.
Subject: Indispensable parties brief due Wednesday

Team:

1

Please provide your comments to the attached indispensable parties opposition.  It is due Wednesday.


Many thanks,

Anna


Anna M. Piazza
Attorney


ANDERSON KILL & OLICK, P.C.


1251 Avenue of the Americas - New York, NY 10020
Apiazza@andersonkill.com - www.andersonkill.com <http://www.andersonkill.com/>
T: 212-278-1307 - F: 212-278-1733
Biography <http://www.andersonkill.com/attorneysprofile.asp?id=5152>

This electronic mail transmission may contain privileged, confidential and/or proprietary information intended only for the person(s) named. Any use, distribution, copying or disclosure to another person is strictly prohibited. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email.
***************************************************************** IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed therein.

This electronic mail transmission may contain privileged, confidential and/or proprietary information intended only for the person(s) named. Any use, distribution, copying or disclosure to another person is strictly prohibited. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email.
***************************************************************** IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used,

## Horkovich, Robert M.

| | |
|---|---|
| **From:** | Bruce Steckler <bsteckler@baronbudd.com> |
| **Sent:** | Saturday, September 04, 2010 1:04 PM |
| **To:** | Horkovich, Robert M. |
| **Subject:** | Re: Chinese Drywall MDL 2047 re 9-2-2010 Minute Entry re hearing on motions |

Yes- you did appear for PSC and Pate-- it's fine
------------------------
Sent from my BlackBerry Wireless Device

---

**From:** Horkovich, Robert M. <Rhorkovich@andersonkill.com>
**To:** Bruce Steckler
**Sent:** Sat Sep 04 12:00:34 2010
**Subject:** RE: Chinese Drywall MDL 2047 re 9-2-2010 Minute Entry re hearing on motions
look at the first line of his order

-----Original Message-----
**From:** Bruce Steckler [mailto:bsteckler@baronbudd.com]
**Sent:** Saturday, September 04, 2010 12:58 PM
**To:** Horkovich, Robert M.; flonger@lfsblaw.com; MGaughan@lfsblaw.com; Piazza, Anna M.
**Subject:** Re: Chinese Drywall MDL 2047 re 9-2-2010 Minute Entry re hearing on motions

Join in Pate and he knows you are not psc
------------------------
Sent from my BlackBerry Wireless Device

---

**From:** Horkovich, Robert M. <Rhorkovich@andersonkill.com>
**To:** Fred Longer <FLonger@lfsblaw.com>; Bruce Steckler; Matthew Gaughan <MGaughan@lfsblaw.com>;
Piazza, Anna M. <Apiazza@andersonkill.com>
**Sent:** Sat Sep 04 11:55:23 2010
**Subject:** RE: Chinese Drywall MDL 2047 re 9-2-2010 Minute Entry re hearing on motions
Judge Fallon thinks I'm a member of the PSC.

Did Centerline have a separate motion to compel that just slipped through the cracks? Did they just join in Pate's?

-----Original Message-----
**From:** Fred Longer [mailto:FLonger@lfsblaw.com]
**Sent:** Saturday, September 04, 2010 12:24 PM
**To:** Horkovich, Robert M.
**Cc:** 'bsteckler@baronbudd.com'; Matthew Gaughan
**Subject:** Fw: Chinese Drywall MDL 2047 re 9-2-2010 Minute Entry re hearing on motions

Fyi. Please forward to Anna.
------------------------
Sent from my BlackBerry Wireless Device

---

**From:** Lillian Flemming
**To:** Arnold Levin; bgordon@levinlaw.com ; bsteckle@baronbudd.com ; cseeger@seegerweiss.com ;
dbecnel@becnellaw.com ; barrios@bkc-law.com ; Ervin@colson.com ; gmeunier@gainsben.com ;
hlambert@lambertandnelson.com ; jerry@yourlawyer.com ; jrr@lumpkinreeves.com ;

sweinstein@forthepeople.com ; vdiaz@podhurst.com
**Cc:** Drywall ; Matthew Gaughan; Alexander Rundlet ; kingsdorf@bkc-law.com ; dkb@lewis-roberts.com ;
Fred Longer; bleblanc@baronbudd.com ; jeremy@abbrclaw.com ; jgrand@seegerweiss.com ;
jchaikin@yourlawyer.com ; Lenny Davis ; Linda@lambertandnelson.com ; mmoreland@becnellaw.com ;
mecuyer@gainsben.com ; mgoetz@forthepeople.com ; Montoya, Patrick ; Penny Herman ;
rlewis@hausfeldllp.com ; rserpe@serpefirm.com ; bob@abbrclaw.com ; Russ Herman ; sch@lewis-
roberts.com ; Steve Herman ; twb@lumpkinreeves.com ; bcash@levinlaw.com
**Sent:** Sat Sep 04 11:45:04 2010
**Subject:** Chinese Drywall MDL 2047 re 9-2-2010 Minute Entry re hearing on motions
Please see attached from Leonard A. Davis.

Lillian M. Flemming
Legal Assistant to Leonard A. Davis
***Herman, Herman, Katz & Cotlar, LLP***
***Herman, Gerel, LLP***
820 O'Keefe Avenue
New Orleans, Louisiana  70113
PH:  (504) 581-4892
FAX:  (504) 561-6024
<http://www.hhkc.com/>

This e-mail message contains confidential, privileged information intended solely for the addressee.  Please do not read, copy, or disseminate it unless you are the addressee.  If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender.  Also, we would appreciate your forwarding the message back to us and deleting it from your system.  Thank you.

CONFIDENTIAL ATTORNEY WORK PRODUCT

This electronic mail transmission may contain privileged, confidential and/or proprietary information intended only for the person(s) named. Any use, distribution, copying or disclosure to another person is strictly prohibited. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email.
******************************************************************* IRS Circular 230
Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed therein.

**Horkovich, Robert M.**

| | |
|---|---|
| **From:** | Fred Longer <FLonger@lfsblaw.com> |
| **Sent:** | Thursday, March 10, 2011 11:29 AM |
| **To:** | Horkovich, Robert M. |
| **Cc:** | Lenny Davis; Bruce Steckler |
| **Subject:** | CDW - 3/3/11 Order #7793 |

Bob, Len agrees.  You should coordinate with him once any objections are filed to address issues for the April 7 meet and confer.  FSL

Fred S. Longer
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street
Suite 500
Philadelphia, PA 19106
(215) 592-1500
(215) 592-4663 - fax
www.lfsblaw.com

CONFIDENTIALITY NOTE: This e-mail message contains information belonging to the law firm of Levin, Fishbein, Sedran & Berman and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please e-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.

## Horkovich, Robert M.

| | |
|---|---|
| **From:** | Fred Longer <FLonger@lfsblaw.com> |
| **Sent:** | Thursday, March 24, 2011 9:08 AM |
| **To:** | Horkovich, Robert M. |
| **Cc:** | Lenny Davis; Bruce Steckler |
| **Subject:** | CDW - Insurance motions |
| **Attachments:** | 7793  Order.pdf |

Bob, I'm expecting motions to arrive today pursuant to this order.  Talk to Lenny about meetings to discuss scheduling.  Thanks.  FSL

Fred S. Longer
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street
Suite 500
Philadelphia, PA 19106
(215) 592-1500
(215) 592-4663 - fax
www.lfsblaw.com

CONFIDENTIALITY NOTE: This e-mail message contains information belonging to the law firm of Levin, Fishbein, Sedran & Berman and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please e-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.

TAB 2

**Horkovich, Robert M.**

| | |
|---|---|
| **From:** | Fred Longer <FLonger@lfsblaw.com> |
| **Sent:** | Friday, August 27, 2010 4:58 PM |
| **To:** | Horkovich, Robert M.; Piazza, Anna M. |
| **Cc:** | 'Sandra L Duggan' |
| **Subject:** | Travco |
| **Attachments:** | Brief_of_Appellant--TRAVCO.WPD |

Bob & Anna, I know you're both busy, but . . . Our Travco brief at the 4th Cir. Is due on Tuesday. Our most recent draft is attached. If you could spare an hour of your time to comment on this draft, I think it could be beneficial to you on the CGL front as well. I know that the Nat'l Home Builders Assn is going to support us on the Pollution Exclusion front.  Your input would be greatly appreciated too.  FSL


Fred S. Longer
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street
Suite 500
Philadelphia, PA 19106
(215) 592-1500
(215) 592-4663 - fax
www.lfsblaw.com

CONFIDENTIALITY NOTE: This e-mail message contains information belonging to the law firm of Levin, Fishbein, Sedran & Berman and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please e-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.

**Horkovich, Robert M.**

| | |
|---|---|
| **From:** | Bruce Steckler <BSTECKLE@baronbudd.com> |
| **Sent:** | Friday, December 11, 2009 1:27 PM |
| **To:** | Horkovich, Robert M. |
| **Cc:** | Debbie Murphy |
| **Subject:** | Chinese Drywall Omni Complaint from Levin, Fishbein |
| | |
| **Importance:** | High |

Bob:

   Arnold Levin's office, Levin Fishbein, sent you a copy of the Chinese Drywall Omni Complaint for review in our insurance claims. Can we have a call on Monday and talk later today? Thanks, Bruce

**CONFIDENTIALITY NOTICE**

The information in this E-mail message is legally privileged and confidential, and is intended only for the use of the individual(s) named as recipient(s).  Unless you are a named recipient of this E-mail, you should not read, distribute, or otherwise use this E-mail, and you should immediately notify the sender by reply email or by calling 214-521-3605. Thank you.

## Horkovich, Robert M.

**From:**     Bruce Steckler <BSTECKLE@baronbudd.com>
**Sent:**     Tuesday, February 02, 2010 12:40 PM
**To:**       Horkovich, Robert M.
**Subject:**  Fw: Chinese Drywall Litigation


Congrats! You are now a member of the PSC Insurance Committee
----------------------------
Sent from my BlackBerry Wireless Device

---

**From:** Debbie Murphy <DMurphy@lfsblaw.com>
**To:** rherman@hhkc.com <rherman@hhkc.com>
**Cc:** Bruce Steckler; hlambert@lambertandnelson.com <hlambert@lambertandnelson.com>; ldavis@hhkc.com <ldavis@hhkc.com>; Fred Longer <FLonger@lfsblaw.com>
**Sent:** Tue Feb 02 08:26:57 2010
**Subject:** Chinese Drywall Litigation
From Arnold -

Russ - WCI counsel will pull down his motion for an insurance PSC.  He will be a member of the insurance committee.


Debbie Murphy
Levin, Fishbein, Sedran & Berman
Counsellors at Law and Proctors in Admiralty
510 Walnut Street - Suite 500
Philadelphia, PA 19106-3697
Tele: 215-592-1500 - Fax: 215-592-4663
www.lfsblaw.com

CONFIDENTIALITY NOTE: This e-mail message contains information belonging to the law firm of Levin, Fishbein, Sedran & Berman and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please e-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.


## CONFIDENTIALITY NOTICE

The information in this E-mail message is legally privileged and confidential, and is intended only for the use of the individual(s) named as recipient(s).  Unless you are a named recipient of this E-mail, you should not read, distribute, or otherwise use this E-mail, and you should immediately notify the sender by reply email or by calling 214-521-3605. Thank you.

1

TAB 3

## Horkovich, Robert M.

| | |
|---|---|
| **From:** | John W. Perry Jr. <perry@pabmb.com> |
| **Sent:** | Thursday, September 16, 2010 11:35 AM |
| **To:** | Horkovich, Robert M. |
| **Cc:** | BSTECKLE@baronbudd.com |
| **Subject:** | RE: WCI Trust Mediation on Monday |

Let's visit after you speak with Bruce. I had a conference earlier this week with Lutz and the group. They felt the mediation was premature. Rather than cancel, we agreed no insurer is expected to come with settlement authority. It is going to be a working session to lay the foundation to put a deal in place in the near future. Knauf agreed as well. We need to make certain we have no misunderstanding. I think Bruce is OK but confirm that with him when you talk later today.

**From:** Horkovich, Robert M. [mailto:Rhorkovich@andersonkill.com]
**Sent:** Thursday, September 16, 2010 9:50 AM
**To:** John W. Perry Jr.
**Cc:** BSTECKLE@baronbudd.com
**Subject:** Fw: WCI Trust Mediation on Monday


Good morning Mr. Perry:

Bruce and I will be responding to the substance of your e-mail after I speak with him. He is in a deposition presently.

We always saw this as a mediation and always wanted to do whatever we can to move forward as best we can with settlement discussions. We never have accepted the limitations that the insurance companies wish to impose that would limit the utility of this mediation or delay settlement discussions.

Logistically, below is a list of the 20 people who have agreed so far the attend the mediation in person. Pedro Hernandez also will attend in person on behalf of Mid-Continent. Providing a telephone call in will substantially reduce the number of parties attending in person as well as seriously detract from the utility of this mediation and settlement discussion aspect of this session, which is why we scheduled it to begin with.


My office address where the mediation will occur is as follows:

Anderson Kill & Olick, P.C.
25th floor
1600 Market Street
Philadelphia, PA

The closest hotel is a Hyatt.

Bruce and I will be back in touch with the substance of your e-mail as soon as possible.

Thanks for your attention.

Bob


----- Original Message -----
From: Horkovich, Robert M.
To: Horkovich, Robert M.; Hans, Pamela

1

## Horkovich, Robert M.

| | |
|---|---|
| **From:** | John W. Perry Jr. <perry@pabmb.com> |
| **Sent:** | Saturday, September 18, 2010 3:40 PM |
| **To:** | Horkovich, Robert M. |
| **Cc:** | judgepate@robertcpatelaw.com; BSTECKLE@baronbudd.com; esserman@sbep-law.com; mryan@krupnicklaw.com |
| **Subject:** | RE: List of WCI & Sub-Contractor Insurance Companies Presently Agreeing to Participate At the Mediation in Person |

Very helpful. Thanks so much. I look forward to working with everyone on Monday.

**From:** Horkovich, Robert M. [mailto:Rhorkovich@andersonkill.com]
**Sent:** Friday, September 17, 2010 3:12 PM
**To:** John W. Perry Jr.
**Cc:** judgepate@robertcpatelaw.com; BSTECKLE@baronbudd.com; esserman@sbep-law.com; mryan@krupnicklaw.com
**Subject:** List of WCI & Sub-Contractor Insurance Companies Presently Agreeing to Participate At the Mediation in Person

Dear John:

Here is a composite list of those insurance companies that sold coverage to WCI or to WCI's contractors which presently have agreed to attend the mediation in Philadelphia on Monday in person.

Thanks for your attention.

Bob

----- Original Message -----
From: Gershman, Harris
To: Horkovich, Robert M.
Sent: Fri Sep 17 16:04:30 2010
Subject: Emailing: WCI & Subs Insurers at Mediation

<<WCI & Subs Insurers at Mediation.pdf>>

<<WCI & Subs Insurers at Mediation.pdf>>

This electronic mail transmission may contain privileged, confidential and/or proprietary information intended only for the person(s) named. Any use, distribution, copying or disclosure to another person is strictly prohibited. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email.
*********************************************************** IRS Circular 230
Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used,

Sent: Wed Sep 15 16:41:54 2010
Subject: WCI Trust Mediation on Monday

Here is the current list of those attending the mediation on Monday:

John Perry - MDL Mediator
Judge Robert Pate (WCI Trust)
Sandy Esserman (WCI Trust)
Bruce Steckler (WCI Trust)
Michael Ryan (WCI Trust)
Robert Horkovich (WCI Trust)
Lenny Davis (PSC)
Kerry Miller (Knauf)
Michael Peterson (Banner)
H. Minor Pipes (Ohio Cas./West American)
J. Stephen Berry (Zurich)
Ken Ford (Zurich)
Andrea Cortland (Illinois Union)
Warren Lutz (Chartis/Lexington)
Mike Bahleda (Chartis/Lexington)
Melissa Swabacker (Landmark)
Robert Darroch (FCCI)

This electronic mail transmission may contain privileged, confidential and/or proprietary information intended only for the person(s) named. Any use, distribution, copying or disclosure to another person is strictly prohibited. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email.
******************************************************* IRS Circular 230

Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed therein.

**Attention:**
The information contained in this message and or attachments is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any system and destroy any copies.

**Thank You.**

## Horkovich, Robert M.

| | |
|---|---|
| **From:** | John W. Perry Jr. <perry@pabmb.com> |
| **Sent:** | Wednesday, October 20, 2010 9:07 PM |
| **To:** | Horkovich, Robert M. |
| **Cc:** | BSTECKLE@baronbudd.com |
| **Subject:** | RE: WCI Trust |

I spoke with Greg Wallance on Monday. Knauf is ready to go. I still feel a preliminary meeting with the three major insurers is the way to go. I will be speaking with Warren about that tomorrow.

**From:** Horkovich, Robert M. [mailto:Rhorkovich@andersonkill.com]
**Sent:** Wednesday, October 20, 2010 8:05 PM
**To:** John W. Perry Jr.
**Cc:** BSTECKLE@baronbudd.com
**Subject:** Re: WCI Trust

Hi John:

I do have concern when the party who owes the money and has no incentive to pay it over short of a judgment after trial in court controls the timing and context of the mediation.

I seriously doubt that there ever will be a time or place Warren wants to meet.

I expect that Warren will request supplemental information forever.

How do we get this back on track?

Bob

----- Original Message -----
From: John W. Perry Jr. <perry@pabmb.com>
To: Horkovich, Robert M.
Cc: BSTECKLE@baronbudd.com <BSTECKLE@baronbudd.com>
Sent: Wed Oct 20 20:56:32 2010
Subject: RE: WCI Trust

I am scheduled to speak with Warren Lutz for that purpose tomorrow. Stay tuned.

From: Horkovich, Robert M. [mailto:Rhorkovich@andersonkill.com]
Sent: Wednesday, October 20, 2010 7:56 PM
To: John W. Perry Jr.
Cc: BSTECKLE@baronbudd.com
Subject: WCI Trust

Hi John:

## Horkovich, Robert M.

| | |
|---|---|
| **From:** | Miller, Kerry J. <kmiller@frilot.com> |
| **Sent:** | Sunday, November 07, 2010 2:50 PM |
| **To:** | Horkovich, Robert M.; bsteckler@baronbudd.com; perry@pabmb.com |
| **Cc:** | alevin@lfsblaw.com; RHERMAN@hhkc.com; Gregory Wallance |
| **Subject:** | RE: We need an answer on WCI mediation Weds in NYC, and I don't think Warren Lutz should be driving the boat. He is stalling our efforts!!!! Bruce |

I would like to combine a WCI mediation with one involving the same carriers and their CDW exposure beyond WCI. I've previously discussed this with Russ, Arnie and John Perry. I've also discussed this with Warren Lutz, Steven Berry (Zurich) and Ron Kammer (Mid-Continent and Grenada) who tell me they are interested in such a session. This more global meeting may give Lutz and other carriers the appropriate motivation to come to a mediation with settlement authority, which will be a condition precedent to attendance; Judge Fallon will issue a mediation order requiring same. I've been loosely targeting the first week of December for this session.

**From:** Horkovich, Robert M. [mailto:Rhorkovich@andersonkill.com]
**Sent:** Saturday, November 06, 2010 10:50 PM
**To:** Miller, Kerry J.; bsteckler@baronbudd.com; perry@pabmb.com
**Cc:** alevin@lfsblaw.com; RHERMAN@hhkc.com
**Subject:** Re: We need an answer on WCI mediation Weds in NYC, and I don't think Warren Lutz should be driving the boat. He is stalling our efforts!!!! Bruce

Kerry:

What dates in the next few weeks are you available?

Thanks.

Bob

----- Original Message -----
From: Horkovich, Robert M.
To: 'kmiller@frilot.com' <kmiller@frilot.com>; 'bsteckler@baronbudd.com' <bsteckler@baronbudd.com>; 'perry@pabmb.com' <perry@pabmb.com>
Cc: 'alevin@lfsblaw.com' <alevin@lfsblaw.com>; 'RHERMAN@hhkc.com' <RHERMAN@hhkc.com>
Sent: Sat Nov 06 12:07:24 2010
Subject: Re: We need an answer on WCI mediation Weds in NYC, and I don't think Warren Lutz should be driving the boat. He is stalling our efforts!!!! Bruce

Kerry

When can you do it if not on 11/11?

Bob

----- Original Message -----
From: Miller, Kerry J. <kmiller@frilot.com>
To: bsteckler@baronbudd.com <bsteckler@baronbudd.com>; perry@pabmb.com <perry@pabmb.com>

1

Cc: Horkovich, Robert M.; alevin@lfsblaw.com <alevin@lfsblaw.com>; RHERMAN@hhkc.com <RHERMAN@hhkc.com>
Sent: Sat Nov 06 11:56:09 2010
Subject: Re: We need an answer on WCI mediation Weds in NYC, and I don't think Warren Lutz should be driving the boat. He is stalling our efforts!!!! Bruce

Bruce- I'm copying Greg Wallance on this reply and am asking him to weigh in. Greg, the issue is going forward with another WCI round on Nov 11 probably without Chartis present. The mediation would be in NYC-I have a conflict on the 11th.

---

From: Bruce Steckler <bsteckler@baronbudd.com>
To: John W. Perry Jr. <perry@pabmb.com>
Cc: Bruce Steckler <bsteckler@baronbudd.com>; rhorkovich@andersonkill.com <rhorkovich@andersonkill.com>; Miller, Kerry J.; alevin@lfsblaw.com <alevin@lfsblaw.com>; RHERMAN@hhkc.com <RHERMAN@hhkc.com>
Sent: Sat Nov 06 10:07:38 2010
Subject: Re: We need an answer on WCI mediation Weds in NYC, and I don't think Warren Lutz should be driving the boat. He is stalling our efforts!!!! Bruce

Kerry: if this will work, Bob will send out a request today. I think that the other carriers will be interested. B

Sent from my iPad

On Nov 6, 2010, at 8:25 AM, "John W. Perry Jr." <perry@pabmb.com> wrote:


I am out of town on the 11th but Rick Kingrea (who has been fully briefed) can be available. My daughter is being awarded her doctorate degree on Wed. and I won't have a bride if I cancel.

I am not aware that the insurers will attend but perhaps Bob can send out an e-mail to the entire group and see what we get back.

-----Original Message-----
From: Bruce Steckler [ <mailto:bsteckler@baronbudd.com> mailto:bsteckler@baronbudd.com]
Sent: Friday, November 05, 2010 6:34 PM
To: John W. Perry Jr.
Cc: rhorkovich@andersonkill.com; kmiller@frilot.com; alevin@lfsblaw.com; <mailto:RHERMAN@hhkc.com> RHERMAN@hhkc.com
Subject: We need an answer on WCI mediation Weds in NYC, and I don't think Warren Lutz should be driving the boat. He is stalling our efforts!!!! Bruce
Importance: High


--------------------------
Sent from my BlackBerry Wireless Device
CONFIDENTIALITY NOTICE
The information in this E-mail message is legally privileged and confidential, and is intended only for the use of the individual(s) named as recipient(s).  Unless you are a named recipient of this E-mail, you should not read, distribute, or otherwise use this E-mail, and you should immediately notify the sender by reply email or by calling 214-521-3605. Thank you.
############################################################################
Attention:
The information contained in this message and or attachments is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material.  Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any system and destroy any copies.

Thank You.
############################################################################

## Horkovich, Robert M.

| | |
|---|---|
| **From:** | Miller, Kerry J. <kmiller@frilot.com> |
| **Sent:** | Thursday, August 19, 2010 2:32 PM |
| **To:** | bsteckler@baronbudd.com; Mike Peterson |
| **Cc:** | Horkovich, Robert M.; jcoakley@baronbudd.com |
| **Subject:** | Re: WCI Mediation |

Bruce- Ok by me as long as we will have the CGL carriers in attendance.

---

**From:** Bruce Steckler <bsteckler@baronbudd.com>
**To:** Miller, Kerry J.; Mike Peterson
**Cc:** rhorkovich@andersonkill.com <rhorkovich@andersonkill.com>; Judy Coakley <jcoakley@baronbudd.com>
**Sent:** Thu Aug 19 12:00:42 2010
**Subject:** WCI Mediation

Kerry and Mike:
    We have received complaints from the carriers counsel that the WCI mediation is scheduled for September 9-11, which falls on Rosh Hashanah. I have consulted with John Perry and Francis McGovern http://www.law.duke.edu/fac/mcgovern, who is probably one of the most well respected mediators in the country, and there are two options: John Perry- he can fly in Sept 19 and start Sept 20th, and Francis McGovern September 21 and 22. we can schedule in a convenient central location. Please let me know a response ASAP, so we can set up the mediation with all the carriers. Thanks, Bruce

**CONFIDENTIALITY NOTICE**
The information in this E-mail message is legally privileged and confidential, and is intended only for the use of the individual(s) named as recipient(s). Unless you are a named recipient of this E-mail, you should not read, distribute, or otherwise use this E-mail, and you should immediately notify the sender by reply email or by calling 214-521-3605. Thank you.

## Horkovich, Robert M.

**From:** Wallance, Gregory <GWallance@kayescholer.com>
**Sent:** Monday, December 06, 2010 8:55 AM
**To:** Horkovich, Robert M.
**Subject:** WCI

Kerry asked me to attend today's mediation on behalf of KPT -- I will not be able to get there before ten.   What floor should I go to?

       \*   \*   \*   \*

IRS CIRCULAR 230 DISCLOSURE:  To ensure compliance with Treasury Department regulations, we inform you that any U.S. federal tax advice contained in this correspondence (including any attachments) is not intended or written to be used, and cannot be used for the purpose of (i) avoiding penalties that may be imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

## Horkovich, Robert M.

| | |
|---|---|
| **From:** | Miller, Kerry J. <kmiller@frilot.com> |
| **Sent:** | Thursday, July 15, 2010 12:17 AM |
| **To:** | bsteckler@baronbudd.com; mpeterson@petersonespino.com |
| **Cc:** | judgepate@robertcpatelaw.com; mryan@krupnicklaw.com; Horkovich, Robert M. |
| **Subject:** | Re: WCI Trust mediation |

Bruce- On behalf of KPT, we are fine with either mediator and the last week of August or early Sept work best for us.

Our main concern and precondition to confirming KPT's attendance at mediation is participation of a significant number of the CGL carriers. As for location, we are flexible.

Please keep us posted on insurer participation commitments.

Kerry

---

**From:** Bruce Steckler <bsteckler@baronbudd.com>
**To:** mpeterson@petersonespino.com <mpeterson@petersonespino.com>; Miller, Kerry J.
**Cc:** judgepate@robertcpatelaw.com <judgepate@robertcpatelaw.com>; mryan@krupnicklaw.com <mryan@krupnicklaw.com>; rhorkovich@andersonkill.com <rhorkovich@andersonkill.com>
**Sent:** Wed Jul 14 16:12:25 2010
**Subject:** WCI Trust mediation

Kerry and Mike:

On behalf of my client the WCI Chinese Drywall ("CDW") Trust, I appreciate your willingness to mediate the WCI CDW cases in a global mediation. Both Mike Ryan and I have been retained by the WCI CDW Trustee Judge Robert Pate to represent the Trust in actions on behalf of WCI. Robert Horkovich with the law firm of Anderson Kill has been retained by the Trustee to represent the Trust in its actions against WCI's carriers. Mike Ryan and I are trying to get the major Defendants to participate and are pleased that your clients, Knauf-"KPT" and Banner supply, are willing to participate in this mediation.

**We are attempting to set up the WCI CDW mediation in the last two weeks of August or first week of September.**

Bob Horkovich will be reaching out to all the CGL carriers that the WCI CDW Trust has sued and request that they be in attendance at the mediation. I would like to include Taishan in this mediation, but am unsure of their position in the litigation. I would appreciate your thoughts.

We suggest two possible mediators: David Geronemus or John Perry. David Geronemus is with JAMS in NY and has extensive insurance experience (http://www.jamsadr.com/geronemus/) and John Perry has been appointed by Judge Fallon to assist in mediating the CDW cases in the MDL (http://www.pabmb.com/Bio/JohnPerry.asp). We think that you will find both choices reasonable and acceptable.

To have a productive mediation, we may need to go to a remote location for 3 to 4 days to address some of the complexities associated with this case. Please let me know your thoughts on both issues ASAP and I will to set this up.

Yours, Bruce W. Steckler

## Horkovich, Robert M.

| | |
|---|---|
| **From:** | Bruce Steckler <bsteckler@baronbudd.com> |
| **Sent:** | Saturday, September 11, 2010 12:30 PM |
| **To:** | Horkovich, Robert M. |
| **Subject:** | Re: WCI Trust Mediation Dates |

Banner's General counsel is attending. We can accomodate start time, if necessary
--------------------------
Sent from my BlackBerry Wireless Device

**From:** Horkovich, Robert M. <Rhorkovich@andersonkill.com>
**To:** Bruce Steckler
**Sent:** Sat Sep 11 11:27:13 2010
**Subject:** Re: WCI Trust Mediation Dates

Do you want me to or do you want to?

We can start later than 9 am. Philly is just an hour from NY.

----- Original Message -----
From: Bruce Steckler <bsteckler@baronbudd.com>
To: Horkovich, Robert M.
Sent: Sat Sep 11 12:02:58 2010
Subject: Re: WCI Trust Mediation Dates

Call their in-house atty
--------------------------
Sent from my BlackBerry Wireless Device

From: Horkovich, Robert M. <Rhorkovich@andersonkill.com>
To: Bruce Steckler
Sent: Sat Sep 11 11:00:44 2010
Subject: Re: WCI Trust Mediation Dates

What do we have to do to get them back on board?

----- Original Message -----
From: Bruce Steckler <bsteckler@baronbudd.com>
To: Horkovich, Robert M.
Sent: Sat Sep 11 11:59:53 2010
Subject: Re: WCI Trust Mediation Dates

Banner
--------------------------
Sent from my BlackBerry Wireless Device

1

## Horkovich, Robert M.

| | |
|---|---|
| **From:** | Bruce Steckler <BSTECKLE@baronbudd.com> |
| **Sent:** | Tuesday, April 19, 2011 12:16 PM |
| **To:** | Horkovich, Robert M. |
| **Subject:** | Fw: CDW - Insurance Meeting Telephone Conference |

See below. I want you at this mtg on May 10th
----------------------------
Sent from my BlackBerry Wireless Device


**From:** Miller, Kerry J. [mailto:kmiller@frilot.com]
**Sent:** Monday, April 18, 2011 05:05 PM
**To:** Pipes, Minor <mpipes@barrassousdin.com>; hugh@lambertandnelson.com <hugh@lambertandnelson.com>; Judy Barrasso <jbarrasso@barrassousdin.com>; cpeterson@lambertandnelson.com <cpeterson@lambertandnelson.com>; Rocky Alaniz; Bruce Steckler
**Cc:** LDAVIS@hhkc.com <LDAVIS@hhkc.com>
**Subject:** Re: CDW - Insurance Meeting Telephone Conference

I agree to go forward on the 10th, get dates from John and reconvene when he is available.


**From:** H. Minor Pipes <mpipes@barrassousdin.com>
**To:** Miller, Kerry J.; hugh@lambertandnelson.com <hugh@lambertandnelson.com>; Judy Barrasso; cpeterson@lambertandnelson.com <cpeterson@lambertandnelson.com>; ralaniz@baronbudd.com <ralaniz@baronbudd.com>; BSTECKLE@baronbudd.com <BSTECKLE@baronbudd.com>
**Cc:** Lenny Davis <LDAVIS@hhkc.com>
**Sent:** Mon Apr 18 17:01:04 2011
**Subject:** RE: CDW - Insurance Meeting Telephone Conference

As requested I asked John Perry if he was available to meet with us for a mediation discussion on May 10th. Here is the email response I got:

```
Minor, I talked with John Perry about the May 10 proposed date for the CDW
case.  Unfortunately, he already has a huge deal/case going that day.  It is
going to be impossible for him to help you all out in New Orleans.  John told me
that Rick Kingrea is also working on the CDW cases and is available on May 10.

I'll need a case reference and list of the attorneys participating so we can mail
a confirmation letter.  Do you want to start at 9:30 a.m. at Barrasso?
```

As we discussed, I told his assistant we would rather wait on John. I suggest we go forward with the roundtable set for May 10yth without John and we can add him for our next meeting. Does everyone agree? If so, we are set to meet at my office on 5/10 starting at 10:30.

```
H. Minor Pipes, III
Barrasso Usdin Kupperman Freeman & Sarver, L.L.C.
909 Poydras St., Suite 2400
New Orleans, LA 70112
```

1

## Horkovich, Robert M.

| | |
|---|---|
| **From:** | Bruce Steckler <BSTECKLE@baronbudd.com> |
| **Sent:** | Wednesday, May 04, 2011 6:45 AM |
| **To:** | Horkovich, Robert M. |
| **Subject:** | Re: CDW - Insurance Meeting Telephone Conference |

Settlement meeting, but it is a framework for a global deal and then we will get a mediator. You should have some role or send Anna in my opinion.

-----------------------

Sent from my BlackBerry Wireless Device

**From:** Horkovich, Robert M. [mailto:Rhorkovich@andersonkill.com]
**Sent:** Tuesday, May 03, 2011 10:19 PM
**To:** Bruce Steckler
**Subject:** Fw: CDW - Insurance Meeting Telephone Conference

Is this a settlement mediation (which would be worthless to us right now) or a discussion regarding the motions the insurance companies have brought?

----- Original Message -----
From: Bruce Steckler <BSTECKLE@baronbudd.com>
To: Scott Weinstein <SWeinstein@ForThePeople.com>; Horkovich, Robert M.
Sent: Mon May 02 16:51:04 2011
Subject: FW: CDW - Insurance Meeting Telephone Conference

Fyi below

From: H. Minor Pipes [mailto:mpipes@barrassousdin.com]
Sent: Monday, May 02, 2011 3:37 PM
To: Miller, Kerry J.; Bruce Steckler; hugh@lambertandnelson.com; Judy Barrasso; cpeterson@lambertandnelson.com; Rocky Alaniz
Cc: LDAVIS@hhkc.com
Subject: RE: CDW - Insurance Meeting Telephone Conference

We are.  Are we meeting at 10 or 10:30?  I believe Ron is coming but will confirm this week.  I understand Knauf and the PSC will be making a proposal at the meeting on a structure to resolve the Knauf cases.  Is that something we can get in advance or will it be simply presented at the meeting.

H. Minor Pipes, III

Barrasso Usdin Kupperman Freeman & Sarver, L.L.C.

909 Poydras St., Suite 2400

New Orleans, LA 70112

1