UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | CHINESE-MANUFACTURED DRYWALL PRODUCT LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**O R D E R**

Considering Collins & Horsley, P.C.'s Motion for Joinder to Hoaglund/Sexton's Show Cause Response to Settlement Administrator's Motion Regarding Stipend Disputes for Chinese Drywall Settlement Program, R. Doc. 20454, and Reply to Fee Committee's Amicus Brief to the Court Regarding Hoaglund/Sexton's Show cause Response to Settlement Administrator's Motion Regarding Stipend Disputes for Chinese Drywall Settlement Program, R. Doc. 20460;

IT IS ORDERED BY THE COURT that the motion is GRANTED.

New Orleans, Louisiana, this 12th day of    July   , 2018.

_____
Eldon E. Fallon
United States District Court Judge