UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** *Amorin, et al. v. Taishan Gypsum Co., Ltd., et al.*, No. 11-1395; *Brooke et al. v. State-Owned Assets Supervision and Administration Commission of the State Council, et al.*, No. 15-4127

## **ORDER**

Considering Defendants' request for oral argument,

**IT IS ORDERED** that the Court shall hear oral argument on Defendants' Motion to Adopt Louisiana *Amorin* Trial Plan, R. Doc. 21501, and Defendants' Motion for Adoption of Proposed Plan for Adjudication and Resolution of Louisiana Claims in *Amorin* and *Brooke*, R. Doc. 21503, in the Courtroom of Judge Eldon Fallon on August 1, 2018, at 9:00 a.m.

New Orleans, Louisiana, this 13th day of July, 2018.

_____
United States District Judge