UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2:09-md-2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO: | * | JUDGE ELDON E. FALLON |
| *Bayne v. Taishan Gypsum Co., Ltd., et al,* | * | |
|     N.D. Ala. Case No. 4:17-cv-01268 | * | |
| *Macon v. Taishan Gypsum Co., Ltd., et al.,* | * | MAGISTRATE JUDGE |
|     N.D. Ala. Case No. 1:17-cv-01287 | * | JOSEPH C. WILKINSON, JR. |
| *Bentz v. Taishan Gypsum Co., Ltd., et al.,* | * | |
|     N.D. Ga. Case No. 1:17-cv-2892; | * | |
| *Peoples v. Taishan Gypsum Co., Ltd., et al.,* | * | |
|     N.D. Ga. Case No. 1:17-cv-02890; | * | |
| *Polk v. Taishan Gypsum Co., Ltd., et al.,* | * | |
|     S.D. Miss. Case No. 1:17-cv-216; | * | |
| *Allen v. Taishan Gypsum Co., Ltd., et al.,* | * | |
|     S.D. Miss. Case No. 1:17-cv-217; | * | |
| *Bright v. Taishan Gypsum Co., Ltd., et al.,* | * | |
|     D.N.C Case No. 2:17-cv-00035; | * | |
| *DeOliveira v. Taishan Gypsum Co., Ltd., et al.,* | * | |
|     D.S.C. Case No. 4:17-cv-2019; | * | |
| *Redden v. Taishan Gypsum Co., Ltd., et al.,* | * | |
|     W.D. Tenn. Case No. 1:17-cv-01146; | * | |
| *Merlitz v. Taishan Gypsum Co., Ltd., et al.,* | * | |
|     E.D. Tex. Case No. 5:17-cv-00140; | * | |
| *Lochhead v. Taishan Gypsum Co., Ltd., et al.,* | * | |
|     S.D. Tex. Case No. 7:17-cv-00294; | * | |

**************************************************************************

## INTERESTED PARTIES' MOTION TO SUBSTITUTE COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, come Interested Parties, Laurie Smith, Lucille Alveris, Annette Gaskin on behalf of Stephnea Hadley, Dean Latusek, Lona and Leroy McCallum, Scott McDougal on behalf of Treevis Investments, LLC, and Debra V. Mullet and Edwin A. Mullet, III on behalf of the Edwin A. Mullet, III Trust Fund, in the above-captioned proceeding, respectfully move this Honorable Court for the entry of an Order substituting Jennifer N. Willis (#14877) and Jennifer S. Martinez (#29624), with the firm of

Willis & Buckley, APC, as counsel of record, in lieu of William P. Buckley (#26827), in accordance with the Local Rules of this Court.

Wherefore, the Interested Parties respectfully request that Jennifer N. Willis and Jenifer S. Martinez be substituted in place of William P. Buckley as counsel of record for Laurie Smith, Lucille Alveris, Annette Gaskin on behalf of Stephnea Hadley, Dean Latusek, Lona and Leroy McCallum, Scott McDougal on behalf of Treevis Investments, LLC, and Debra V. Mullet and Edwin A. Mullet, III on behalf of the Edwin A. Mullet, III Trust Fund.

Respectfully submitted,

*/s/ Jennifer N. Willis*
Jennifer N. Willis, T.A. (#14877)
Email: jenniferwblaw@bellsouth.net
Jennifer S. Martinez (#29624)
Email: jenniferm@willisbuckley.com
WILLIS & BUCKLEY, APC
3723 Canal Street
New Orleans, Louisiana   70119
Telephone:     (504) 488-6301
Facsimile:     (504) 488-6302

2

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing Motion to Substitute Counsel of Record has been served on Plaintiff's Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Harry Rosenburg, by U.S. mail and e-mail and upon all parties by electronically uploading the same to File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2014 on the 16th day of July, 2018.

                                                  */s/ Jennifer N. Willis*
                                                  Jennifer N. Willis