UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: CHINESE-MANUFACTURED** | * | **MDL NO. 2:09-md-2047** |
| **DRYWALL PRODUCTS LIABILITY** | * | |
| **LITIGATION** | * | **SECTION: L** |
| | * | |
| **THIS DOCUMENT RELATES TO:** | * | **JUDGE ELDON E. FALLON** |
| *Bayne v. Taishan Gypsum Co., Ltd., et al,* | * | |
| N.D. Ala. Case No. 4:17-cv-01268 | * | |
| *Macon v. Taishan Gypsum Co., Ltd., et al.,* | * | **MAGISTRATE JUDGE** |
| N.D. Ala. Case No. 1:17-cv-01287 | * | **JOSEPH C. WILKINSON, JR.** |
| *Bentz v. Taishan Gypsum Co., Ltd., et al.,* | * | |
| N.D. Ga. Case No. 1:17-cv-2892; | * | |
| *Peoples v. Taishan Gypsum Co., Ltd., et al.,* | * | |
| N.D. Ga. Case No. 1:17-cv-02890; | * | |
| *Polk v. Taishan Gypsum Co., Ltd., et al.,* | * | |
| S.D. Miss. Case No. 1:17-cv-216; | * | |
| *Allen v. Taishan Gypsum Co., Ltd., et al.,* | * | |
| S.D. Miss. Case No. 1:17-cv-217; | * | |
| *Bright v. Taishan Gypsum Co., Ltd., et al.,* | * | |
| D.N.C Case No. 2:17-cv-00035; | * | |
| *DeOliveira v. Taishan Gypsum Co., Ltd., et al.,* | * | |
| D.S.C. Case No. 4:17-cv-2019; | * | |
| *Redden v. Taishan Gypsum Co., Ltd., et al.,* | * | |
| W.D. Tenn. Case No. 1:17-cv-01146; | * | |
| *Merlitz v. Taishan Gypsum Co., Ltd., et al.,* | * | |
| E.D. Tex. Case No. 5:17-cv-00140; | * | |
| *Lochhead v. Taishan Gypsum Co., Ltd., et al.,* | * | |
| S.D. Tex. Case No. 7:17-cv-00294; | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## **ORDER**

**IT IS HEREBY ORDERED**, that Jennifer N. Willis and Jennifer S. Martinez, be enrolled and substituted in lieu of William P. Buckley as counsel of record for the Interested Parties, Laurie Smith, Lucille Alveris, Annette Gaskin on behalf of Stephnea Hadley, Dean Latusek, Lona and Leroy McCallum, Scott McDougal on behalf of Treevis Investments, LLC,

and Debra V. Mullet and Edwin A. Mullet, III on behalf of the Edwin A. Mullet, III Trust Fund, in the above-captioned matter.

New Orleans, Louisiana, this _____ day of _____, 2018.

_____
JUDGE