## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: CHINESE-MANUFACTURED** | * | **MDL NO. 2:09-md-2047** |
| **DRYWALL PRODUCTS LIABILITY** | * | |
| **LITIGATION** | * | **SECTION: L** |
| | * | |
| **THIS DOCUMENT RELATES TO:** | * | **JUDGE ELDON E. FALLON** |
| *Bayne v. Taishan Gypsum Co., Ltd., et al,* | * | |
|    N.D. Ala. Case No. 4:17-cv-01268 | * | |
| *Macon v. Taishan Gypsum Co., Ltd., et al.,* | * | **MAGISTRATE JUDGE** |
|    N.D. Ala. Case No. 1:17-cv-01287 | * | **JOSEPH C. WILKINSON, JR.** |
| *Bentz v. Taishan Gypsum Co., Ltd., et al.,* | * | |
|    N.D. Ga. Case No. 1:17-cv-2892; | * | |
| *Peoples v. Taishan Gypsum Co., Ltd., et al.,* | * | |
|    N.D. Ga. Case No. 1:17-cv-02890; | * | |
| *Polk v. Taishan Gypsum Co., Ltd., et al.,* | * | |
|    S.D. Miss. Case No. 1:17-cv-216; | * | |
| *Allen v. Taishan Gypsum Co., Ltd., et al.,* | * | |
|    S.D. Miss. Case No. 1:17-cv-217; | * | |
| *Bright v. Taishan Gypsum Co., Ltd., et al.,* | * | |
|    D.N.C Case No. 2:17-cv-00035; | * | |
| *DeOliveira v. Taishan Gypsum Co., Ltd., et al.,* | * | |
|    D.S.C. Case No. 4:17-cv-2019; | * | |
| *Redden v. Taishan Gypsum Co., Ltd., et al.,* | * | |
|    W.D. Tenn. Case No. 1:17-cv-01146; | * | |
| *Merlitz v. Taishan Gypsum Co., Ltd., et al.,* | * | |
|    E.D. Tex. Case No. 5:17-cv-00140; | * | |
| *Lochhead v. Taishan Gypsum Co., Ltd., et al.,* | * | |
|    S.D. Tex. Case No. 7:17-cv-00294; | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE
## OF ALL DOCUMENTS AND PLEADINGS

Pursuant to Local Rule 11.2 and Pre-Trial Order Nos. 1 6, the undersigned law firm of Willis & Buckley, APC hereby files this Notice of Appearance as counsel on behalf of the following interested parties:

1. Laurie Smith;

2. Lucille Alveris;

3. Annette Gaskin on behalf of Stephnea Hadley;

4. Dean Latusek;

5. Lona and Leroy McCallum;

6. Scott McDougal on behalf of Treevis Investments, LLC; and

7. Debra V. Mullet and Edwin A. Mullet, III on behalf of the Edwin A. Mullet, III Trust Fund.

It is respectfully requested that all future pleadings, documents and correspondence in connection with these actions be served upon undersigned counsel.

Respectfully submitted,

*/s/ Jennifer N. Willis*
Jennifer N. Willis, T.A. (#14877)
Email: jenniferwblaw@bellsouth.net
Jennifer S. Martinez (#29624)
Email: jenniferm@willisbuckley.com
WILLIS & BUCKLEY, APC
3723 Canal Street
New Orleans, Louisiana  70119
Telephone:    (504) 488-6301
Facsimile:     (504) 488-6302

## **CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiff's Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Harry Rosenburg, by U.S. mail and e-mail and upon all parties by electronically uploading the same to File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2014 on the 16th day of July, 2018.

                                          */s/ Jennifer N. Willis*
                                          Jennifer N. Willis