# EXHIBIT "B"

## In Re: Chinese Drywall, MDL No. 2047
## Chart of PSC-Proposed Deadlines vs. Taishan/CNBM/BNBM-Proposed Deadlines

| Deadline | PSC-Proposed Action for *Amorin* and *Brooke* cases | Taishan/CNBM/BNBM-Proposed Action for *Amorin* cases only<br>Defendants propose that *Brooke* will be scheduled separately per Local Rule 16.1 |
|---|---|---|
| 15 days from date of Order | Taishan shall admit or deny in writing whether the 12 product ID categories were manufactured by Taishan Gypsum, TTP, and/or BNBM. | |
| 15 days from date of Order | Taishan shall serve the PSC and individual Plaintiffs' counsel w/discovery they seek from any Plaintiff on the *Amorin* Louisiana Current, Former, and New Owners Spreadsheet, limited only to (a) whether the Plaintiff is a current/former/new owner (as of June 9, 2015) and whether any assignments of claims were made; (b) whether the sq ft is accurate; and (c) issues related to product ID (collectively, "ownership/square footage/product ID discovery"). | |
| 15 days from date of Order | PSC shall submit RS Means calculations using 2018 data for *Amorin* Louisiana Current, Former, and New Owners. The PSC shall demonstrate why RS Means calculations should apply to *Amorin* LA Former and New Owners. | |
| 15 days from date of Order | PSC shall provide Defendants with all evidence in the possession of Plaintiffs supporting their claims for other damages, including, but not limited to, alternate living expense, bodily injury, foreclosure, short sale, bankruptcy, loss of rent, and loss of use and enjoyment for *Amorin* Louisiana Current, Former, and New Owners. | |
| 15 days from date of Order | Parties shall file non-duplicative, non-Plaintiff-specific motions that relate globally to the assessment of remediation damages for *Amorin* Louisiana Current, Former, and New Owners or claims of Louisiana owners for Other Damages. | |
| 15 days from date of Order | Defendants shall answer the complaint, assert affirmative defenses, and/or file FRCP 12 motions as responsive pleadings in regard to the action filed by each Louisiana *Brooke* Plaintiff. PSC has 30 days to respond to Rule 12 motions. | |
| 30 days from date of Order | PSC shall provide evidence and reasons why each of the product ID categories denied by Defendants should be attributable to Taishan, TTP, and/or BNBM. | The parties shall file non-Plaintiff specific motions that relate globally to the adjudication of *Amorin* claims and assessment of damages. The motions should include: a) Defendants' Motion to Enforce Applicability of State Law to Damages Calculation; b) Defendants' Motion to Resolve Effect of LPLA in Redhibition Claims; c) Defendants' Motion to Determine Class Membership; d) Motion to Dismiss Claimants with No or Incomplete SPPF Forms; e) CNBM and BNBM's Motion to Address Imputation Liability; and f) CNBM and BNBM's Motion to Preclude Transference of Defaults. |
| 30 days from date of Order | PSC shall respond in writing to any and all ownership/square footage/product ID discovery requested by Defendants of any Plaintiff on *Amorin* Louisiana Current, Former, and New Owners Spreadsheets. | The parties shall meet and confer to identify not less than 24 *Amorin* claimants that shall be designated as Priority Claimants for purposes of additional limited discovery and case adjudication. |
| 30 days from date of Order | Defendants shall serve the PSC and individual Plaintiffs' counsel w/ non-duplicative discovery they seek from any individual Plaintiffs identified on the *Amorin* Louisiana Current, Former, and New Owners Spreadsheets regarding claims for Other Damages. | The parties shall jointly identify the *Amorin* Priority Claimants to the Court. |
| 30 days from date of Order | Each Louisiana *Brooke* Plaintiff shall comply with Pretrial Order No. 11A and complete and submit a verified SPPF, with supporting documentation, to Defendants via the BrownGreer Chinese Drywall Portal. | |
| 45 days from date of Order | PSC shall respond in writing to any and all non-duplicative discovery requested by Defendants of *Amorin* Louisiana Current, Former, and/or New Owners regarding claims for Other Damages. | The parties shall identify all corporate witnesses, expert witnesses and any third parties in *Amorin* |
| 45 days from date of Order | Parties shall respond to non-duplicative, non-Plaintiff-specific motions that relate globally to the assessment of remediation damages for Louisiana Current, Former, and New Owners or claims of Louisiana owners for Other Damages. | |

| Deadline | PSC-Proposed Action for *Amorin* and *Brooke* cases | Taishan/CNBM/BNBM-Proposed Action for *Amorin* cases only<br>Defendants propose that *Brooke* will be scheduled separately per Local Rule 16.1 |
|---|---|---|
| 45 days from date of Order | PSC shall file and seek rulings on motions to strike defenses and/or seek appropriate sanctions based on Defendants' prior alleged misconduct (contemptuous acts, spoliation of evidence, disobedience of Court orders by refusing to participate in the litigation, etc.), prior to the commencement by Defendants of discovery as to the merits of the *Brooke* Plaintiffs' claims for remediation and Other Damages.  Defendants have 30 days to respond. | |
| 45 days from date of Order | Defendants shall respond to PSC's argument that the methodology and formula for calculating remediation damages for *Amorin* Current Owners should also apply to Plaintiffs on the *Amorin* Louisiana Former and New Owners Spreadsheets. | |
| 60 days from date of Order | Cal Mayo will review the written submissions of the parties re: product ID categories and determine whether an oral presentation is warranted. | The Parties shall respond to the Non-Plaintiff specific motions that relate globally to the adjudication of *Amorin* claims and assessment of damages. |
| 60 days from date of Order | Parties shall file replies in support of non-duplicative, non-Plaintiff-specific motions that relate globally to the assessment of remediation damages for *Amorin* Louisiana Current, Former, and New Owners or claims of Louisiana owners for Other Damages. | |
| 60 days from date of Order | Parties shall file additional non-duplicative dispositive motions in *Brooke*, including motions for class certification and motions related to merits issues. Defendants and PSC have 30 days to respond. | |
| 60 days from date of Order | Defendants shall serve the PSC and individual Plaintiffs' counsel, as appropriate, with non-duplicative discovery they seek from any individual *Brooke* Louisiana Plaintiffs regarding claims for remediation damages and Other Damages. | |
| 75 days from date of Order | PSC shall respond in writing to any and all non-duplicative discovery requested by Defendants of *Brooke* Louisiana Plaintiffs. | The parties shall file replies in support of their filed motions in *Amorin* |
| 75 days from date of Order | | Threshold legal issues to be fully briefed in *Amorin* and submitted to the Court |
| 90 days from date of Order | (or 30 days from date of oral presentation, whichever is later) Cal Mayo will issue a Recommendation to the Court on the product ID categories. | (or 60 days from identification of Priority Claimants) Rule 30 discovery from the Priority Claimants, including taking depositions and additional non-duplicative written discovery requests, shall be completed in Amorin |
| 90 days from date of Order | All discovery re: ownership/sq ft/product ID of *Amorin* Louisiana Current, Former, and New Owners shall be completed. | (or 60 days from identification of Priority Claimants) Expert reports shall be produced for *Amorin* |
| 90 days from date of Order | | (or 60 days from identification of Priority Claimants) Product ID discovery on Taishan shall be completed for *Amorin* |
| 105 days from date of Order | | (or 60 days from the identification of deposition witnesses ) The depositions of corporate witnesses, expert witnesses and any third parties shall be conducted in *Amorin* |
| 105 days from date of Order | | (or 75 days from identification of Priority Claimants) Rebuttal experts shall be identified in *Amorin* |
| 120 days from date of Order | Defendants shall file with the Court all contests and requests for set-offs from the remediation damages calculations for *Amorin* Louisiana Current, Former, and New Owners. | (or 90 days from identification of Priority Claimants) Rebuttal expert reports are due in *Amorin* |
| 135 days from date of Order | All discovery re Other Damages of *Amorin* Louisiana Current, Former, and New Owners shall be completed. | |
| 135 days from date of Order | All discovery re remediation damages and Other Damages of *Brooke* Louisiana Plaintiffs shall be completed. | |

| Deadline | PSC-Proposed Action for *Amorin* and *Brooke* cases | Taishan/CNBM/BNBM-Proposed Action for *Amorin* cases only<br>Defendants propose that *Brooke* will be scheduled separately per Local Rule 16.1 |
|---|---|---|
| 150 days from date of Order | PSC shall respond to Defendants' contests and requests for set-offs from the remediation damages for *Amorin* LA Current, Former, and New Owners. | (or 120 days from identification of Priority Claimants ) All expert discovery including depositions, shall be completed in *Amorin* |
| 150 days from date of Order | PSC shall identify ___ *Amorin* Plaintiffs [or ___ groups of *Amorin* Plaintiffs] whose claims for Other Damages will be set for trial. | |
| 165 days from date of Order | Defendants shall file any non-duplicative motions that relate to claims of specific *Amorin* Plaintiffs identified by the PSC for trial of claims for Other Damages. | |
| 180 days from date of Order | PSC shall respond to non-duplicative motions that relate to claims of specific *Amorin* Plaintiffs identified by the PSC for trial of claims for Other Damages. | (or 30 days of the close of discovery) Post-discovery motions be filed in *Amorin:* Motion for Single Claimant Adjudications on all Damages Issues; Motion to Dismiss Ineligible Claimants; and Motion to Dismiss Claims With Unpreserved Evidence |
| 180 days from date of Order | Defendants shall complete a Supplemental Defendant Profile Form for each *Brooke* Plaintiff. | |
| 210 days from date of Order | PSC shall respond to Defendants' contests and requests for set-offs from the claims for remediation damages and Other Damages for *Brooke* Louisiana Plaintiffs, as set forth in the SDPFs. | (or 60 days from close of discovery) Responses to motions due in *Amorin* |
| 225 days from date of Order | | (or 75 days of the close of discovery) Reply motions due in *Amorin* |
| 240 days from date of Order | PSC shall identify ___ *Brooke* Plaintiffs [or ___ groups of *Brooke* Plaintiffs] whose claims for remediation and Other Damages will be set for trial. | |
| 247 days from date of Order | | (or 95 days of the close of discovery) Other motions (i.e. summary judgment motions) shall be filed in *Amorin* |
| 277 days from date of Order | | (or 125 days of the close of discovery) Responses to other motions in *Amorin* |
| 292 days from date of Order | | (or 145 days of the close of discovery) Replies to other motions *Amorin* |