**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO:
*Amorin, et al. v. Taishan Gypsum Co., Ltd., et al.*,
    Case No. 11-cv-1395
*Brooke, et al. v. State-Owned Assets Supervision and Administration Commission of the State Council, et al.*,
    Case No. 15-cv-4127

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**EXHIBIT "C" TO**

**PLAINTIFFS' STEERING COMMITTEE'S RESPONSE TO THE PROPOSED TRIAL PLANS OF TAISHAN GYPSUM CO., LTD. AND THE CNBM/BNBM ENTITIES FOR THE RESOLUTION OF LOUISIANA PLAINTIFFS' CLAIMS FOR REMEDIATION AND OTHER DAMAGES IN *AMORIN* AND *BROOKE***

# FILED UNDER SEAL