# EXHIBIT A



# PHOTO EXHIBIT FOR

# VASHAUN & ERIKA WILLIAMS





# Drywall Markings
# Photo Exhibit

Interior Wall Drywall Stamp from Second Floor Bedroom Closet



Interior Wall Drywall Stamp from Second Floor Bedroom Closet



Tapered

3

edge    1020    ooctko



4

CLOSET
2ND
FLOOR

Drywall   4feetx12feetx1/2inch

5



6





Bereijo, J-Indicia-0026

Interior Wall Drywall
Stamp from AC Room



9





Interior Wall Drywall Stamp from Living Room



12













Paper Edge Tape from Kitchen



Interior Wall Drywall Stamp from Kitchen

15





16



Bernice Butler
2999 Silver Hill Drive
Douglasville, GA 30135

Daniel K. Bryson

MADE IN CHINA, MEET OR EXCEEDS ASTM C1396 04 STANDARD



18



MADE IN CHINA.MEE

Grueninger
606 San Antonio
Coral Gables, Fl.
01-13-2010



19



CravenD(38th St.)0014
20



21





BNBM DRAGON BRAND GYPSUM WALLBOARD

TYPE DBX-1

R19374



5/8" OR 15.9mm THICK

GYPSUM BOARD

ISSUE NO. F-3851

FIRE RESISTANCE CLASSIFICATION

SEE UL FIRE RESISTANCE DIRECTORY

24










ceiling 16oc wall 21oc ma





29



Bell, P-Indicia-0204















34



# PHOTO EXHIBIT FOR

## VASHAUN & ERIKA WILLIAMS





36



37

Nell Booth 483 Tranquil Drive, Winder GA
Northeast Part of Georgia Corking, "Toilet China"
4/17/09  025  John Barbadel

VENTURE SUPPLY INC.  MFG TAIHE CHINA

Nell Boothe
483 Tranquill Drive
Winder, GA 30680

Daniel K. Bryson

38

ENTURE SUPPLY INC. MFG TAIHE CHINA

39



VENTURE SUPPLY INC.MFG TAIHE CHINA



*PHOTOS*

## Dun Gypsum Board in Attic

## Drywall in AC Closet





## Attic Drywall



42



Gimple, N-Indicia-0297

43



Delayo, W-Indicia-0029

# Product ID Bible

■ Buckets

- A (BNBM/Dragon)- p. 22-26
- B (C&K)- p. 34-36
- C (Chinese Man. #2)- p. 37
- D (Crescent City)- p. 27-29
- E (DUN)- p. 42
- F (IMT)- p. 30-33

- G (ProWall)- p. 43-44
- H (Taian Taishan or Edge Tape)- p. 1, 14-16
- I (Made in China, Meet[s] or Exceed[s])- p. 13, 17-21
- J (Drywall 4feet[x/*]12feet[x/*]1/2inch)- p. 2-11
- K (Venture Supply)- p. 38-41
- L (White Edge Tape or Blank Boards)- p. 12