| Claimant Identifier | Source | Claimant Name | Affected Property Address | City | State | Zip | Omni(s) | Date of Earliest Filed Taishan Omni | PPF (Yes/No) | Indicia (Yes/No) | Verified Square Footage | Type of Verficiation Provided Uploaded to Sharefile | Counsel's Declaration Verifying Square Footage |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **1** | Ex 10/79 | Evans, Jamie Lynn | 7505 Mercury Drive | Violet | LA | 70092 | [II], [IX], [XV], [XVI], [XVII] | 3/15/2010 | Yes | Yes | 1879 | Property Tax Assessor's Document with Square Footage | Yes |
| **2** | Ex 10/79 | Hotard, Christopher | 2602 Chalona Drive | Chalmette | LA | 70043 | [III], [VII], [XV], [XVI], [XVII] | 10/7/2009 | Yes | Yes | 4096 | Property Tax Assessor's Document with Square Footage | Yes |
| **3** | RP | NOAHH (New Orleans Area Habitat for Humanity, Inc.) | 2221 Caluda Street | Violet | LA | 70092 | [IX], [XV], [XVI], [XVII] | 5/5/2011 | Yes | Yes | 1152 | Property Tax Assessor's Document with Square Footage | Yes |
| **4** | RP | NOAHH (New Orleans Area Habitat for Humanity, Inc.) | 3918 N. Johnson Street | New Orleans | LA | 70117 | [VII], [IX], [XV], [XVI], [XVII] | 1/14/2011 | Yes | Yes | 1050 | Property Tax Assessor's Document with Square Footage | Yes |
| **5** | Ex 10/79 | Williams, David | 4859 Evangeline Drive | New Orleans | LA | 70127 | [IX], [XV], [XVI], [XVII] | 5/5/2011 | Yes | Yes | 2090 | Property Tax Assessor's Document with Square Footage | Yes |

| Claimant Identifier | 2017 RS Means Residential Location Factor [A] | 2017 Cost Per SF [B = A x $109.85] | 2017 Remediation Damages [SF x B] | Product Brand(s) | Type of Indicia | Description of Markings | Markings # from Taishan Product ID Catalog | Product Bucket(s) | Current Owner as of May-August 2017 Per BrownGreer | Ownership Status of Named Claimant Per BrownGreer | Proof of Ownership Per BrownGreer | Purchase Date Per BrownGreer | Sell Date if Applicable or Current Owner Per BrownGreer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **1** | 0.86 | 94.47 | $177,509 | Taihe | Photo | Taihe blue-aqua paper end tape | 14 | H | EVANS, JAMIE LYNN | Current Owner, Acquired Property after 6/9/15 | City or County Tax Records | 9/6/2015 | Current Owner |
| **2** | 0.86 | 94.47 | $386,949 | Taihe | Photo | "MADE IN CHINA, MEE" and "OR EXCEEDS ASTM C1396-04 STANDARD" matches DIG #3 | 21 | I | HOTARD, CHRISTOPHER PAUL | Current Owner, Acquired Property after 6/9/15 | City or County Tax Records | 2/24/2017 | Current Owner |
| **3** | 0.86 | 94.47 | $108,829 | Crescent City | Photo | | 27 | D | NEW ORLEANS AREA HABITAT FOR HUMANITY, INC | Current Owner, Acquired Property after 6/9/15 | City or County Tax Records | 10/19/2016 | Current Owner |
| **4** | 0.86 | 94.47 | $99,194 | Taihe | Photo | "MADE IN CHINA, MEETS OR EXCEEDS ASTM C1396-04 STANDARD" matches DIG #3 | 21 | I | NEW ORLEANS AREA HABITAT FOR HUMANITY INC | Current Owner, Acquired Property after 6/9/15 | City or County Tax Records | 3/2/2016 | Current Owner |
| **5** | 0.86 | 94.47 | $197,442 | Crescent City | Photo | "Made in China Crescent City Gypsum Incorporated Manufactured in P.R.C." | 27 | D | WILLIAMS DAVID WILLIAMS PAULA | Current Owner, Acquired Property after 6/9/15 | City or County Tax Records | 3/31/2016 | Current Owner |

| Claimant Identifier | Counsel | Counsel Address | Counsel Phone | Counsel Email | Pilot Program Payments | Already Remediated Home (ARH) | Knauf Remediation | Global, Banner, InEx Repair and Relocation Expenses (GBI) | Bodily Injury | Foreclosure or Short Sale | Lost Rent, Use, or Sales | Miscellaneous | Pre-Remediation Alternative Living Expenses (PRALE) | Tenant Loss | VA Settlement Gross Award | Holdback Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **1** | Law Offices of Sidney D. Torres, III | Sidney D. Torres, III, Esq.<br>8301 W. Judge Perez Drive,<br>Suite 303<br>Chalmette, LA 70043 | 504-271-8422 | storres@torres-law.com | [redacted] | | | | | | | | | | | |
| **2** | Martzell & Bickford | Scott Bickford, Esq.<br>338 Lafayette Street<br>New Orleans, LA 70130 | (504) 581-9065 | srb@mbfirm.com | | | | | | | | | | | | |
| **3** | Herman, Herman & Katz | Russ Herman, Esq.<br>820 O'Keefe Avenue<br>New Orleans, LA 70113 | (504) 581-4892 | rherman@hhklawfirm.com | | | | | | | | | | | | |
| **4** | Herman, Herman & Katz | Russ Herman, Esq.<br>820 O'Keefe Avenue<br>New Orleans, LA 70113 | (504) 581-4892 | rherman@hhklawfirm.com | | | | | | | | | | | | |
| **5** | Hurricane Legal Center, LLC | Jacob Young, Esq.<br>Young Law Firm<br>1010 Common St., Suite 3040<br>New Orleans, LA 70112 | (504) 522-4322 | jacob@jacobyounglaw.com | | | | | | | | | | | | |

| Claimant Identifier | Remediation Option | KPT % | Remediation Complete *by KPT?* | SPPF Completed? | Residential or commercial? | Date Property Acquired | Date CDW Installed | Aware property had CDW at time of purchase? | If no, when did you become aware? | If CDW Installed Before Purchase, Date you Learned it Contained CDW | Assignment of Rights? | Date Sold or Transferred Property if Applicable | Assign any Rights with Sale? | Expressly Retain Rights to Pursue Claim? | Bankruptcy | Court Bankruptcy Filed In | Date of Filing | Docket No. | Present Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **1** | N/A | No Inspection | No | 3.14.18 | Residential | 2/2/2007 | 4/??/2009 | No | 6/2009 | report by materials analytical services, inc. | | // | | | No | | // | | |
| **2** | N/A | No Inspection | No | 3.21.18 | | 11/8/2006 | 6/1/2007 | No | | | | // | | | No | | // | | |
| **3** | N/A | No Inspection | No | 4.30.18 | Residential | 10/12/2016 | //2008 | | | | | 4/5/2018 | No | Yes | No | | // | | |
| **4** | N/A | No Inspection | No | 4.30.18 | Residential | 10/14/2010 | //2009 | Yes | | | Yes | // | No | Yes | No | | // | | |
| **5** | N/A | No Inspection | No | 5.3.18 | Residential | //1994 | //2006 | No | 2010 | Electrical problems | No | // | | | No | | // | | |

| Claimant Identifier | Foreclosure or Short Sale? | Amount Owed on Loan/Mortgage at time of Foreclosure | Date of Foreclosure or Short Sale | Short Sale Price (if applicable) | Partially or Completely Remediated? | Dates of Remediation | Who Performed Work to Remediate Property | Total Cost for Remediation | Date Remediation Complete | Alternative Living Expenses | Loss of Use and Enjoyment | Diminution of Value | SPPF Comments/ Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **1** | | | // | | Completely remediated | 4/2009 - 5/2010 | self & st. bernard project | 20,000.00 | 5/2010 | 6,500.00 | 24,000.00 | | other damages:<br>ALE- 6 months rent<br>Loss of use: 12 mos. x $2000.00 = $24,000.00 |
| **2** | | | // | | Completely remediated | | Self | | | | | | |
| **3** | | | // | | Completely remediated | 1/2011-6/2011 | Lakewood Corporation | $45,184.23 | 6/2011 | $10,443.14 | | | Because NOAHH only truly "owned" a few properties at the time of their remediation, the answers to the questions in Section AC are based upon the acquiring of the Assignment by NOAHH. Also in answering these questions, NOAHH has assumed that CDW means corrosive CDW and not just any CDW. Additionally NOAHH has numerous boxes that contain the physical evidence from each propert as per Judge Fallon's order. NOAHH has not recently opened each one of those boxes to ensure that all evidence is in pristine condition. NOAHH has and continues to gather receipts and other materials as supporting materials for each remediated property. |
| **4** | | | // | | Completely remediated | 12/2010-2011 | Lakewood Corporation | $43,366.40 | 2/2011 | $6,691.47 | | | Because NOAHH only truly "owned" a few properties at the time of their remediation, the answers to the questions in Section AC are based upon the acquiring of the Assignment by NOAHH. Also in answering these questions, NOAHH has assumed that CDW means corrosive CDW and not just any CDW. Additionally NOAHH has numerous boxes that contain the physical evidence from each propert as per Judge Fallon's order. NOAHH has not recently opened each one of those boxes to ensure that all evidence is in pristine condition. NOAHH has and continues to gather receipts and other materials as supporting materials for each remediated property. |
| **5** | | | // | | Completely remediated | 2015-2016 | Magic Makeover | 62,000.00 | 1/2016 | 800 (Rents) | 2,000 | | |