IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : MDL No. 2047 <br> : Section L <br> : |
| This Document Relates to | : JUDGE FALLON |
| *Brooke, et al. v. State-Owned Assets Supervision and Administration Commission of the State Council, et al.* | : MAG. JUDGE WILKINSON <br> : <br> : |
| Case No. 15-cv-4127 | : |

**TAISHAN DEFENDANTS' SUPPLEMENTAL PROFILE FORM**

All Taishan Defendants[1] must complete and submit this Defendant Supplemental Profile Form.  Please print legibly or type your responses in English.  If additional space is needed to answer any questions or complete your responses, additional pages may be attached.  In addition, if any attachments or documents are provided in response to any question, please identify the specific question within this Defendant Supplemental Profile Form that relates to the specific attachment or document.

The questions contained within this Supplemental Profile Form are non-objectionable and shall be answered without objection.  You have an affirmative obligation to search for all documents, electronically stored information and responsible things responsive to this questionnaire.  By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges.  Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

Each Taishan Defendant must complete and submit a separate Defendant Supplemental Profile Form for each Property in this lawsuit.  For each Property, the Taishan Defendant should respond to each specific question within this Defendant Supplemental Profile Form, as applicable.  You are under oath and must provide all information within your knowledge, custody and control that is true and correct to the best of your knowledge.  Failure to fully complete this Profile Form and provide the appropriate documents may result in a motion filed against you pursuant to Rule 37 of the Federal Rules of Civil Procedure, which could include the rendering of a default judgment, contempt of court, and other remedies allowed by the Federal Rules of Civil Procedure.

To the extent that the form does not provide enough space to complete your response, you may attach as many sheets of paper as necessary.  Sign and date each additional page attached hereto.

**I.    CONTACT INFORMATION OF TAISHAN DEFENDANT COMPLETING THIS SUPPLEMENTAL PROFILE FORM**

      A.    Defendant's Name_____
      B.    Address_____
      C.    Phone number_____

---

[1] The "Taishan Defendants" refers to Taishan Gypsum Co. Ltd. (hereafter "Taishan"); Beijing New Building Materials Public Limited Co. (hereafter "BNBM"); Beijing New Building Materials Group Co., Ltd. (hereafter "BNBM Group"); China National Building Materials Co., Ltd. (hereafter "CNBM"); China National Building Materials Group Corporation (hereafter "CNBM Group"); and Tai'an Taishan Plasterboard Co., Ltd. (hereafter "TTP") as defined in the Findings of Fact and Conclusions of Law with Respect to Plaintiffs' Omnibus Motion for Class Certification Pursuant to Rules 23(a)(1)-(4) and 23(b)(3) ("Class FOFCOL") (Rec. Doc. 18028).  Previously, CNBM Group was dismissed by Order & Reasons dated March 10, 2016 (Rec. Doc. 20150).

    D.    Are you a manufacturer of Chinese drywall?    Yes     No
    E.    Are you affiliated with a manufacturer of Chinese drywall?  Yes  No

**II. COUNSEL INFORMATION OF TAISHAN DEFENDANT**

    A.    Name:_____
    B.    Address:_____
    C.    Phone Number:_____
    D.    Fax Number:_____
    E.    E-Mail:_____

**III. CHINESE DRYWALL PRODUCT IDENTIFICATION**

For each individual Property identified as the subject of the Louisiana actions listed as an Appendix to the Court's Order of May 18, 2018 (R.D. 21339), as amended, please complete the following questions:

Claimant Name:_____

Property Address:_____
_____
_____

1. Do you agree that an initial and supplemental Plaintiff Profile Form has been submitted for this claimant?  Yes    No

2. Do you admit you manufactured or are affiliated with the manufacturer of drywall with the product brand of the drywall contained in the Property identified in the Plaintiff Profile Form, the Supplemental Plaintiff Profile Form, or in the PSC's Updated Discovery Submission for this particular Property?    Yes    No

   If No, (a) state the basis for your position and attach and describe all documents supporting your position not to admit that you or your affiliate manufactured drywall with the product brand of the drywall so identified; and (b) identify by name, current or last known address and current or last known employer, each individual who has provided you with information which in whole or in part forms the basis for your position not to admit that you or your affiliate manufactured drywall with the product brand of the drywall so identified.

3. Do you dispute the validity or applicability of the indicia of the drywall contained in the Property identified in the Plaintiff Profile Form, the Supplemental Plaintiff Profile Form, or in the PSC's Updated Discovery Submission for this particular Property?    Yes    No

   If Yes, (a) state the basis for your position and attach and describe all documents supporting your position disputing the validity or applicability of the indicia of the drywall contained in the Property identified in the Plaintiff Profile Form, the Supplemental Plaintiff Profile Form, or in the PSC's Updated Discovery Submission for this particular Property; and (b) identify by name, current or last known address and current or last known employer, each individual who has provided you with information which in whole or in part forms the basis for your position disputing the validity or applicability of the indicia of the drywall contained in the Property identified in the Plaintiff Profile Form, the Supplemental Plaintiff Profile Form, or in the PSC's Updated Discovery Submission for this particular Property.

4. Do you dispute that the drywall in the Property contains markings that identify the manufacturer of the Chinese drywall from the Taishan Product Identification Catalogue (attached)?    Yes    No

   If Yes, (a) state the basis for your position and attach and describe all documents supporting your position disputing that the drywall in the Property contains markings that identify the manufacturer of the Chinese

       drywall from the Taishan Product Identification Catalogue; and (b) identify by name, current or last known address and current or last known employer, each individual who has provided you with information which in whole or in part forms the basis for your position disputing that the drywall in the Property contains markings that identify the manufacturer of the Chinese drywall from the Taishan Product Identification Catalogue.

5. Have you, or has anyone on your behalf, conducted any inspection of this property for any reason, including to determine the manufacturer of the drywall present in the Property?      Yes      No

   If Yes, identify by name, current or last-known address and current or last-known employer, each individual who conducted or participated in the inspection?_____

   When did the inspection take place?_____

   Attach a copy of the complete inspection report.

   Identify and attach copies of all photographs, notes or drawings of this property and/or drywall installed in the property, taken or made by you or on your behalf; and identify the photographer or maker of any such notes or drawings.

## IV. SQUARE FOOTAGE

1. Do you dispute the verified square footage for this Property identified in the Plaintiff Profile Form, the Supplemental Plaintiff Profile Form, or in the PSC's Updated Discovery Submission?   Yes   No

   If Yes, please (a) state the basis for your position and attach and describe all documents supporting your position disputing the verified square footage for this Property identified in the Plaintiff Profile Form, the Supplemental Plaintiff Profile Form, or in the PSC's Updated Discovery Submission; and (b) identify by name, current or last known address and current or last known employer, each individual who has provided you with information which in whole or in part forms the basis for your position disputing the verified square footage for this Property identified in the Plaintiff Profile Form, the Supplemental Plaintiff Profile Form, or in the PSC's Updated Discovery Submission.

## V. PROPERTY OWNERSHIP INFORMATION

1. If and only if you understand or believe the named Plaintiff asserting claims with respect to this Property is not currently the owner of the Property, please identify the full name of the person or entity you believe is the current owner of the Property: _____

   Please state the basis for your position and and attach all documents supporting your basis for identification of the current owner.

2. Do you dispute the acquisition date of the Property as set forth in Section II of the Plaintiff Profile Form and/or Supplemental Plaintiff Profile Form for this Property?   Yes   No

   If Yes, please  state the basis for your position and and attach all documents supporting the acquisition date.

3. If and only if you assert a prescription defense as to the claims asserted with respect to this Property, when do you contend that the claimant first became aware that the Property contained Chinese drywall? (month/year) _____

   Provide the basis for your position and all documents supporting your answer to No. 3 above.

4. Do you dispute that the owner of the Property identified in the Plaintiff Profile Form or Supplemental Profile Form for the particular Property possesses the personal right of action that allows him/her to pursue a claim for damages?  Yes      No

   If Yes, state the basis for your position and attach all documents supporting your basis for disputing the right of this person to pursue a claim for damages.

5. Do you dispute the sale date (if applicable) or current owner information of the Property as set forth in the Plaintiff Profile Form or Supplemental Profile Form or in the section identified as "Sell Date (if applicable) or Current Owner Per BrownGreer" column as set forth in the Exhibit "C" to the PSC's Updated Discovery Submission?   Yes     No

   If Yes, attach all documents supporting your basis for disputing the sale date or current owner information.

6. Are you aware of any sale or transfer of ownership that involves an assignment or a right of action for damages involving the Property?       Yes      No

   State the basis for your position and attach all documents supporting any such assignment or right of action for damages.

**VI.    BANKRUPTCY, FORECLOSURE OR SHORT SALE**

1. Do you dispute the foreclosure and short sale information of the Property as set forth in the Plaintiff Profile Form or Supplemental Profile Form or in the section identified as "Foreclosure and Short Sale Per BrownGreer" column as set forth in the Exhibit "C" to the PSC's Updated Discovery Submission?  Yes     No

   If Yes, (a) state the basis for your position and attach and describe all documents supporting your position disputing the foreclosure and short sale information of the Property as set forth in the Plaintiff Profile Form or Supplemental Profile Form or in the section identified as "Foreclosure and Short Sale Per BrownGreer" column as set forth in the Exhibit "C" to the PSC's Updated Discovery Submission; and (b) identify by name, current or last known address and current or last-known employer, each individual who has provided you with information which in whole or in part forms the basis for your position disputing the foreclosure and short sale information of the Property as set forth in the Plaintiff Profile Form or Supplemental Profile Form or in the section identified as "Foreclosure and Short Sale Per BrownGreer" column as set forth in the Exhibit "C" to the PSC's Updated Discovery Submission.

**VII.   DAMAGES**

1. Do you dispute the lost rent, use or sales information of the Property as set forth in the Plaintiff Profile Form or Supplemental Profile Form or in the section identified as "Lost Rent, Use or Sales Per BrownGreer" column as set forth in the Exhibit "C" to the PSC's Updated Discovery Submission?  Yes     No

   If Yes, (a) state the basis for your position and attach and describe all documents supporting your position disputing the lost rent, use or sales information of the Property as set forth in the Plaintiff Profile Form or Supplemental Profile Form or in the section identified as "Lost Rent, Use or Sales Per BrownGreer" column as set forth in the Exhibit "C" to the PSC's Updated Discovery Submission; and (b) identify by name, current or last known address or last-known employer, each individual who has provided you with information which in whole or in part forms the basis for your position disputing the lost rent, use or sales information of the Property as set forth in the Plaintiff Profile Form or Supplemental Profile Form or in the section identified as "Lost Rent, Use or Sales Per BrownGreer" column set forth in the Exhibit "C" to the PSC's Updated Discovery Submission.

2. Do you dispute the miscellaneous damage information of the Property as set forth in the Plaintiff Profile Form or Supplemental Profile Form or in the section identified as "Miscellaneous Per BrownGreer" column as set forth in the Exhibit "C" to the PSC's Updated Discovery Submission?     Yes     No

   If Yes, state the basis for your position and attach and describe all documents supporting your position for disputing the miscellaneous damage information of the Property as set forth in the Plaintiff Profile Form or Supplemental Profile Form or in the section identified as "Miscellaneous Per BrownGreer" column as set forth in the Exhibit "C" to the PSC's Updated Discovery Submission.

3. Do you dispute the pre-remediation, alternative living expenses (PRALE) information of the Property as set forth in the Plaintiff Profile Form or Supplemental Profile Form or in the section identified as "Pre-Remediation, Alternative Living Expenses (PRALE) Per BrownGreer" column as set forth in the Exhibit "C" to the PSC's Updated Discovery Submission?     Yes     No

   If Yes, state the basis for your position and attach and describe all documents supporting your basis for disputing the pre-remediation, alternative living expenses (PRALE) information of the Property as set forth in the Plaintiff Profile Form or Supplemental Profile Form or in the section identified as "Pre-Remediation, Alternative Living Expenses (PRALE) Per BrownGreer" column as set forth in the Exhibit "C" to the PSC's Updated Discovery Submission.

4. Do you dispute the tenant loss information of the Property as set forth in the Plaintiff Profile Form or Supplemental Profile Form or in the section identified as "Tenant Loss Per BrownGreer" column as set forth in the Exhibit "C" to the PSC's Updated Discovery Submission?     Yes     No

   If Yes, state the basis for your position and attach and describe all documents supporting your basis for disputing the tenant loss information of the Property as set forth in the Plaintiff Profile Form or Supplemental Profile Form or in the section identified as "Tenant Loss Per BrownGreer" column as set forth in the Exhibit "C" to the PSC's Updated Discovery Submission.

5. Do you contend that the claimant has received any payments, including but not limited to settlement payments, payments from homebuilders, insurance payments, government assistance, and tax refunds or abatements, related to damages claimed to have suffered or caused by Chinese drywall?     Yes     No

   If Yes, state the basis for your position and identify the source(s), state the total amount of payments received from each source, and provide documents supporting any such payments.

**VIII.  ALREADY REMEDIATED PROPERTY**

1. If the Property has been partially or completely remediated do you have any information to contest or dispute the amount of remediation performed to the Property?     Yes     No

   If Yes, state the basis for your position and attach and describe all documents contesting or disputing the amount of remediation performed to the Property.

2. Are you aware of any builder that has performed remediation at its expense or made payments for remediation of the Property?

   If Yes, state the basis for your position and provide all documentation of the fact that any builder has performed remediation at its expense or made payments for remediation of the Property.

3. Do you have any documentation or evidence to support a claim that the owner failed to preserve evidence to pursue a claim for defective drywall?     Yes     No

   If Yes, (a) state the basis for your position and attach and describe all documents supporting your answer to No. 3 above that the owner failed to preserve evidence to pursue a claim for defective drywall; and (b)

5

identify by name, current or last known address or last known employer, each individual who has provided you with information which in whole or in part forms the basis supporting your answer to No. 3 above that the owner failed to preserve evidence to pursue a claim for defective drywall.

## C<small>ERTIFICATION</small>

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Supplemental Defendant Profile Form is true and correct to the best of my knowledge, and that I have supplied all the documents requested in this declaration, to the extent that such documents are in my possession, custody or control.

_____     _____     _____
Signature                                              Print Name                                               Date