UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|   |   |   |
|---|---|---|
|   | : | MDL NO. 2047 |
| IN RE: CHINESE MANUFACTURED DRYWALL | : |   |
| PRODUCTS LIABILITY LITIGATION | : | SECTION L |
|   | : |   |
|   | : | JUDGE FALLON |
|   | : | MAGISTRATE JUDGE |
| ..................................................... | : | WILKINSON |

**THIS DOCUMENT RELATES TO:**

## ORDER

Before the Court is Taylor Morrison, Inc., The Ryland Group, Inc. n/k/a CalAtlantic Group, Inc., and LWH, LLC.'s Motion for Determination of Active Builders Status. R. Doc. 20503. However, the Court has been notified that these claims have been amicably resolved and therefore this motion is moot.

Accordingly,

**IT IS ORDERED** that Taylor Morrison, Inc., The Ryland Group, Inc. n/k/a CalAtlantic Group, Inc., and LWH, LLC.'s Motion for Determination of Active Builders Status, R. Doc. 20503, is hereby **DENIED AS MOOT**.

New Orleans, Louisiana, this 16th day of July, 2018.

_____
United States District Judge