# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>*ALL CASES* | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

*******************************************************************

## ORDER

**IT IS HEREBY ORDERED**, that William P. Buckley be withdrawn as counsel of record for Lucille Alveris, Stephnea Hadley, Dean Latusek, Lona and Leroy McCallum, Scott McDougal, and Debra V. Mullet and Edwin A. Mullet, III on behalf of the Edwin A. Mullet, III Trust Fund, individual plaintiffs in the above-captioned matter, and that Jennifer N. Willis and Jennifer S. Martinez of Willis & Buckley, APC be substituted as their counsel of record.

New Orleans, Louisiana, This 16th day of July, 2018

_____
United States District Judge