# EXHIBIT 5

**In re: Chinese-Manufactured Drywall Products Liability Litigation MDL No. 2047 (E.D. La.)**

# CNBM Group is Not Entitled to Immunity Under The Foreign Sovereign Immunities Act

## December 8, 2015

## The Plaintiffs' Steering Committee

# China National Building Materials Group Corporation (CNBM) 2014 Social Responsibility Report



FSIA Exhibit 146

# China National Building Materials Group Corporation (CNBM) 2014 Social Responsibility Report



**"As the leader in China's building materials industry, CNBM is the largest comprehensive building materials industry group in China."**

FSIA Exhibit 146

# China National Building Materials Group Corporation (CNBM)
## 2014 Social Responsibility Report

### Company Profile

As the leader in China's building materials industry, CNBM is the largest comprehensive building materials industry group in China. It has been ranked first among the top 500 enterprises in the building materials industry for many years, 41st among the Top 500 Enterprises in China and 270th among the Fortune Global 500. Up to the end of 2014, the total assets of the Group amounted to RMB 406.9 billion and the total number of employees reached 176,854. In 2014, CNBM achieved revenue of RMB 250.4 billion with total profit of RMB 13.0 billion, whilst taxes paid amounted to RMB 14.6 billion.

With the objective to maximize corporate value and improve core competence, CNBM has developed into a comprehensive materials industrial group consisting of manufacturing, scientific research, trading, logistics and management integration and management services.

Headquartered in Beijing, CNBM has over 1,100 member companies, dominates 6 listed companies, including 2 overseas listed companies. Member companies of CNBM are located in 30 Chinese provinces, municipalities and autonomous regions, whose businesses cover over 120 countries and regions in the world.

**406.9**
**176,854**
**250.4**
**13.0**
**14.6**

Largest cement producer in the world

Largest gypsum board producer in the world

Leading glass fiber producer in the world

Largest ready-mixed concrete producer in the world

Largest rotor blade producer in Asia

Leading service supplier of glass and cement production line design and engineering in the world

"It has been ranked first among the top 500 enterprises in the building materials industry for many years, 41st among the Top 500 Enterprises in China and 270th among the Fortune Global 500."

FSIA Exhibit 146

# China National Building Materials Group Corporation (CNBM) 2014 Social Responsibility Report



"Up to the end of 2014, the total assets of the Group amounted to RMB 406.9 billion and the total number of employees reached 176,854. In 2014, CNBM achieved revenue of RMB 250.4 billion with total profit of RMB 13.0 billion, whilst taxes paid amounted to RMB 14.6 billion."

# China National Building Materials Group Corporation (CNBM) 2014 Social Responsibility Report

### Company Profile

As the leader in China's building materials industry, CNBM is the largest comprehensive building materials industry group in China. It has been ranked first among the top 500 enterprises in the building materials industry for many years, 41st among the Top 500 Enterprises in China and 270th among the Fortune Global 500. Up to the end of 2014, the total assets of the Group amounted to RMB 406.9 billion and the total number of employees reached 176,854. In 2014, CNBM achieved revenue of RMB 250.4 billion with total profit of RMB 13.0 billion, whilst taxes paid amounted to RMB 14.6 billion.

With the objective to maximize corporate value and improve core competence, CNBM has developed into a comprehensive building materials industry group with integration of manufacturing, scientific research and development, set of equipment, logistics and trading, through asset restructuring, business integration and management improvement.

Headquartered in Beijing, CNBM has over 1,100 member companies, dominates 6 listed companies, including 2 overseas listed companies. Member companies of CNBM are located in 30 Chinese provinces, municipalities and autonomous regions, whose businesses cover over 120 countries and regions in the world.

**406.9**
**176,854**
**250.4**
**13.0**
**14.6**

**Largest cement producer** in the world

**Largest ready-mixed concrete producer** in the world

**Largest gypsum board producer** in the world

**Largest rotor blade producer** in Asia

**Leading glass fiber producer** in the world

**Leading service supplier of glass and cement production line design and engineering** in the world

> "With the objective to maximize corporate value and improve core competence, CNBM has developed into a comprehensive building materials industry group with integration of manufacturing, scientific research and development, set of equipment, logistics and trading, through asset restructuring, business integration and management improvement."

FSIA Exhibit 146

# China National Building Materials Group Corporation (CNBM) 2014 Social Responsibility Report

## Company Profile

As the leader in China's building materials industry, CNBM is the largest comprehensive building materials industry group in China. It has been ranked first among the top 500 enterprises in the building materials industry for many years, 41st among the Top 500 Enterprises in China and 270th among the Fortune Global 500. Up to the end of 2014, the total assets of the Group amounted to RMB 406.9 billion and the total number of employees reached 176,854. In 2014, CNBM achieved revenue of RMB 250.4 billion with total profit of RMB 13.0 billion, whilst taxes paid amounted to RMB 14.6 billion.

With the objective to maximize corporate value and improve core competence, CNBM has developed into a comprehensive building materials industry group with integration of manufacturing, scientific research and development, set of equipment, logistics and trading, through asset restructuring, business integration and management improvement.

Headquartered in Beijing, CNBM has over 1,100 member companies, dominates 6 listed companies, including 2 overseas listed companies. Member companies of CNBM are located in 30 Chinese provinces, municipalities and autonomous regions, whose businesses cover over 120 countries and regions in the world.

**406.9** Total assets RMB billion

**176,854** Employees

**250.4** Revenue RMB billion

**13.0** Total profit RMB billion

**14.6** Taxes paid RMB billion

**Largest cement producer** in the world

**Largest ready-mixed concrete producer** in the world

**Largest gypsum board producer** in the world

**Largest rotor blade producer** in Asia

**Leading glass fiber producer** in the world

**Leading service supplier of glass and cement production line design and engineering** in the world

"Headquartered in Beijing, CNBM has over 1,100 member companies, dominates 6 listed companies, including 2 overseas listed companies. Member companies of CNBM are located in 30 Chinese provinces, municipalities and autonomous regions, whose businesses cover over 120 countries and regions in the world."

**FSIA Exhibit 146**

# China National Building Materials Group Corporation (CNBM) 2014 Social Responsibility Report

# CNBMG Website



**Source: CNBMG Website at http://www.cnbm.com.cn/EN/c_0000001600030001/**

中华人民共和国司法部

**Ministry of Justice, People's Republic of China**

No. 6, Chaoyangmen Nandajie, Chaoyang District, Beijing 100020, China
Tel: +86 10 6515 3113   Fax: +86 10 6515 3144

Beijing, 3 February 2015
Our Ref. No.: 2015-SXH-4
Your Case No.: 2:14-cv-1727 SECT L. Mag2

Jeff J. Karsten
APS INTERNATIONAL, LTD
APS International Plaza
7800 Glenroy Road
Minneapolis, Minnesota 55439-3122
USA

The request for service of documents has been received.

It is regretful to return the request because it does not comply with the provisions of the *Hague Convention on the Service abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters* (hereinafter referred to as the Convention), and the *Declaration* made by the People's Republic of China at the time of its accession. The specific reasons for the return are as follows (the item/items below which is/are marked with X):

( ) The address of the person to be served upon is not sufficiently provided (Paragraph 2 of Article 1).

( ) The form of the Request does not conform to the model annexed to the Convention (Paragraph1 of Article 1).

( ) The terms in the Request are not written in the languages specified by the Convention (Article 7).

( ) The Request and the documents to be served are not furnished in duplicate (Paragraph 2 of Article 3).

( ) The documents to be served are not written in, or translated into Chinese (Article 5).

( ) The case relating to the request does not fall into the scope of the Convention (Paragraph 1 of Article 1).

(X) The execution of the request would infringe the sovereignty or security of the People's Republic of China (Article 13).

(X) Others: The State-Owned Assets Supervision and Administration Commission of the State Council is the Chinese central government agency which shall enjoy sovereign immunity and not be subject to foreign jurisdiction.

International Legal Cooperation Center
Ministry of Justice of the People's Republic of China
Contact: 商协调 助理 用 8 10 6515 3113; Fax: +86 10 6515 3144; Email: ivylee319@vip.sina.com

* Enclosures: Documents forwarded by the applicant

CC to: United States District Court for the Eastern District of Louisiana

# February 3, 2015

**(X) Others: The State-Owned Assets Supervision and Administration Commission of the State Council is the Chinese central government <u>agency</u> which shall enjoy sovereign immunity and not be subject to foreign jurisdiction.**

**Rec. Doc. No. 18549-4**

**"<u>SASAC owns 100% of the CNBM Group.</u>"**

*In re: Chinese-Manufactured Drywall Products Liability Litigation,*
--- F.Supp.2d ----, 2010 WL 1445684, *4 (E.D. La. Apr. 8, 2010)
(*Germano* Findings of Fact)

**"<u>SASAC owns 100% of the CNBM Group.</u>"**

*In re: Chinese-Manufactured Drywall Products Liability Litigation,*
2014 WL 4809520, *5 (E.D. La. Sept. 26, 2014)
(Class Certification Findings of Fact)

# Beijing New Building Materials Public Limited Company (BNBMPLC)

## Annual Report 2009

**Board of Directors**

**Beijing New Building Materials Public Limited Company**

**March 23, 2010**



**FSIA Exhibit 15**

**Beijing New Building Materials Public Limited Company (BNBMPLC)**

**Annual Reports 2005 - 2014**

State-owned Assets Supervision and Administration Commission of the State Council

*100%*

China National Building Materials Group Corporation

**FSIA Exhibits 3, 8, 10, 12, 15, 29, 21, 18, 20, and 23**

**IMPORTANT NOTE:**

The Board of Directors, the Supervisory Committee and all directors, supervisors and senior executives of the Company confirm that there are no misrepresentations or misleading statements contained in or material omissions from this Report, and accept joint and several responsibilities for the truthfulness, accuracy and completeness of the contents of this Report.

**FSIA Exhibit 15**

Note: For years 2005 through 2008, "Cao Jianglin (Chairman of the Company) and Yang Yanjun (Financial Controller and Manager of Financial Department) have declared that they are responsible for the truthfulness and completeness of the financial statements in this Report."

**FSIA Exhibits 3, 8, 10, 12, 15, 29, 21, 18, 20, and 23**

No changes were made to BNBM's Annual Reports after they were published on the Shenzhen Stock Exchange website.

*See* Deposition of BNBM (CHEN Yu), 7/9/2015 at pp. 186-188

# "In China, we exaggerate a little bit.  Exaggerate a little bit, that's allowed."

*Deposition of Fu Tinghuan (PENG Wenlong's supervisor) dated 1/10/2012 at 86:14-15 (Herman Aff. Ex. 2 filed 5/8/2012)*

**Taishan Gypsum May 11, 2009 Report to Chiefs SONG Zhiping and CAO Jianglin at CNBM Group:**

"After analysis, <u>Taishan Company</u> believes that this lawsuit is relatively complicated, and it plans not to respond, but when necessary, it <u>will provide documents that are beneficial to Taishan Company to the court that accepted the case</u>…."

PENG Exh 825, TG-0208430
(FSIA Exhibit 151)

**Morgan Stanley Offering Memorandum:**

"We cannot guarantee the accuracy of facts and statistics derived from official sources and industry publications with respect to the PRC, the PRC economy and the PRC building materials industry contained in this prospectus, and investors should not place undue reliance on them."

Morgan Stanley Offering Memorandum [MS001946-93] (FSIA Exhibit 166)



**FSIA Exhibit 137**



**FSIA Exhibit 138**



**FSIA Exhibit 140**

# What is "the 'particular conduct' that constitutes the 'gravamen' of the suit"?

*OBB Personenverkehr AG v. Sachs*, 577 U.S. ___, No. 13-1067, slip. op. 7 (S. Ct. Dec. 1, 2015)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO: *Gross, et al. v. Knauf Gips KG, et al.*, Case No. 2:09-cv-6690 (E.D. La.) | JUDGE FALLON MAG. JUDGE WILKINSON |

*Gross, et al v. Knauf Gips KG, et al.,*
*Case No. 2:09-cv-6690 (E.D. La.)*
# Amended Complaint

37.     **Defendant Taishan is a foreign corporation … involved in the manufacturing and sale of gypsum drywall…. Taishan manufactured, sold, distributed, marketed and placed within the stream of commerce gypsum drywall with the expectation that the drywall would be purchased by thousands of consumers, if not more, within various States, including but not limited to, Louisiana, Alabama, Florida, Mississippi, Texas, North Carolina, and Virginia**. Taishan has continuously and systematically distributed and sold drywall to numerous purchasers in the United States and their drywall is installed in numerous structures in the United States…. Taishan manufactured and sold to certain suppliers in the United States.

…

45.     **Defendant CNBM Group caused the drywall at issue in the case to be imported, distributed, delivered, supplied, inspected, marketed and/or sold.**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L |
|---|---|
| THIS DOCUMENT RELATES TO: *Gross, et al. v. Knauf Gips KG, et al.*, Case No. 2:09-cv-6690 (E.D. La.) | JUDGE FALLON MAG. JUDGE WILKINSON |

*Gross, et al v. Knauf Gips KG, et al.,*
*Case No. 2:09-cv-6690 (E.D. La.)*
# Amended Complaint

158.    **Defendants tortiously manufactured, exported, imported, distributed, delivered, supplied, inspected, marketed and/or sold the defective drywall, which was unfit for its intended purpose and unreasonably dangerous in its normal use in that the drywall caused corrosion and damage to personal property in Plaintiffs' and Class Members' homes**, residences or structures and/or caused personal injury resulting in eye irritation, a sore throat and cough, nausea, fatigue, shortness of breath, fluid in the lungs, and/or neurological harm.



**CNBM**

# 2014

CHINA NATIONAL BUILDING MATERIALS GROUP CORPORATION **(CNBM)**

## Social Responsibility Report

## Largest gypsum board producer
in the world

**FSIA Exhibit 146**

# NON-EXCLUSIVE ILLUSTRATIVE INDICIA OF
# ALTER EGO

- Ownership – Substantial Identity
- Subsidiary Doing Business in Forum
- Use /Ownership of Common Facilities
- Ability to Control Even Though Not Exercised
- Causing the Incorporation of Subsidiary
- Using the Property of Another Corporation
- Transfers for Nil Consideration

- Control
- Common Officers & Directors
- Common Employees
- Uncompensated Directors
- Financial Control
- Intertwined Business
- Administrative Control
- Centralized Accounting
- Excessive Fragmentation
- Patents and Trademarks



# 2005  CNBM ANNUAL REPORT

## Shareholding Structure of the Group

### Executive Directors:

Song Zhiping       (appointed on 10 March 2005)
Cao Jianglin       (appointed on 10 March 2005)
Li Yimin           (appointed on 27 January 2006)

**FSIA Exhibit 2**

# 2005  CNBM ANNUAL REPORT

## Disclosure of Interests

| Name | Class of shares | Number of shares held | Percentage in the relevant class of share capital[2,5] (%) | Percentage in total share capital[2,5] (%) |
|---|---|---|---|---|
| Parent[1] | Domestic | 1,250,149,846[3] | 94.75 | 60.34 |
| BNBMG[1] | Domestic | 779,862,307[3] | 59.11 | 37.64 |
| CNBM Trading[1] | Domestic | 119,543,504[3] | 9.06 | 5.77 |
| Cinda | Domestic | 69,216,154[3] | 5.25 | 3.34 |
| JP Morgan Chase & Co. | H Share | 99,202,000[3] | 13.19 | 4.79 |
| | | 17,700,000[4] | 2.35 | 0.85 |

## Transactions with Parent Group

Parent has a direct equity interest of 26.54% and an indirect equity interest of 68.22% in the Company immediately prior to the Global Offering. It is a controlling shareholder and a promoter of the Company. Each of Parent and its subsidiaries therefore constitutes a connected person of the Company under the Listing Rules.

**FSIA Exhibit 2**

# 2006  CNBM GLOBAL OFFERING

## <u>Summary</u>



IMPORTANT

*If you are in any doubt about this prospectus, you should obtain independent professional advice.*

**CNBM**

China National Building Material Company Limited

中國建材股份有限公司

*(a joint stock limited company incorporated in the People's Republic of China with limited liability)*

**GLOBAL OFFERING**

Number of H Shares offered pursuant to the : 654,214,000 (subject to adjustment and the
Global Offering        Over-allotment Option)

Number of Public Offer Shares : 65,422,000 (subject to adjustment)

Number of International Placing Shares : 588,792,000 (including 59,474,000 Sale H
Shares) (subject to adjustment and the Over-
allotment Option)

Maximum offer price : HK$2.75 per H Share payable in full on
application in Hong Kong dollars, subject to
refund, plus 1% brokerage, SFC transaction
levy of 0.005% and Stock Exchange trading
fee of 0.005%

Nominal value : RMB 1.00 each

Stock code : 3323

Sole Global Coordinator, Bookrunner, Sponsor and Lead Manager

**Morgan Stanley**

March 13, 2006

AUBNH-BNH000000001

**FSIA Exhibit 5**

"BNBM's position in the PRC gypsum board market has been enhanced by its acquisition of a 42% equity interest in Taihe in April 2005.  As measured by sales volume in 2004, Taihe had a market share of approximately 37.9% among the PRC producers with annual gypsum board sales of at least RMB 5 million. It also had the largest gypsum board production capacity in the PRC immediately prior to being acquired by us. As BNBM has gained long-term control of Taihe's board of directors in connection with the acquisition, Taihe became a subsidiary consolidated with BNBM."

# 2006  CNBM GLOBAL OFFERING
## Definitions

**"BNBM"**        (Beijing New Building Material Company Limited), a joint stock limited company incorporated on May 30, 1997 under the laws of the PRC and a subsidiary of the Company, in which the Company holds a 60.33% equity interest. Its A shares are listed on the Shenzhen Stock Exchange

**"Company"**        (China National Building Material Company Limited), a joint stock limited company incorporated on March 28, 2005 under the laws of the PRC

**"Controlling Shareholders"**        collectively, Parent, BNBMG, the Building Materials Academy and CNBM Trading

**"Parent"**        (China National Building Material Group Corporation), … directly and indirectly holds a 94.75% equity interest in the Company immediately prior to the Global Offering and is a Promoter

**"Parent Group"**        collectively, Parent and its subsidiaries (excluding the Group)

**"SASAC"**        (the State-owned Assets Supervision and Administration Commission of the State Council)

**FSIA Exhibit 5**

# 2006  CNBM GLOBAL OFFERING
# Risk Factors

*"Our products or services may fail to perform as expected or contain defects, and these failures or defects, and any negative publicity resulted therefrom, could result in lower sales and could subject us to claims from purchasers or users of our products."*

*"The interests of Parent, the Company's controlling shareholder, may differ from those of the Company's other shareholders, and Parent could cause us to make decisions that may not be in the best interests of the other shareholders."*
Parent is a controlling shareholder of the Company. Upon completion of the Global Offering, Parent will hold 63.49% (assuming that the Over-allotment Option is not exercised) of the          Company's total share capital. As a result, Parent will effectively be able to control the composition of the Board and, through the Board, exercise a significant influence over our management and corporate decisions. In addition, some of the Directors, Supervisors and members of our senior management also serve as directors, supervisors and senior executives at Parent.

*It may be difficult to effect service of process upon the Company or the Directors, Supervisors or officers who reside in the PRC, or to enforce against it or any of them in the PRC any judgments obtained from non-PRC courts.*

**FSIA Exhibit 5**

# 2006  CNBM GLOBAL OFFERING
## Relationship With Parent

**INDEPENDENCE OF OUR MANAGEMENT AND EMPLOYEES**

The Directors, Mr. Song Zhiping and Mr. Cao Jianglin, will continue to be directors of Parent. The directors of Parent are only involved in the high level decision-making of important strategic and policy matters, such as formulation of business plans, investment strategies, changes in business focus, market and customer groups.
*(Purely Commercial Ventures and Alter Ego)*

FSIA Exhibit 5

# 2006  CNBM GLOBAL OFFERING

FSIA Exhibit 5

**Non-Exempt Continuing Connected Transactions**

*Transactions with Parent Group:*

| | | |
|---|---|---|
| 1 | Supply of minerals by Parent Group to the Group | 14A.35 |
| 2 (a) | Provision of production supplies and support services by Parent Group to the Group | 14A.35 |
| (b) | Provision of production supplies and support services by the Group to Parent Group | 14A.35 |
| 3 | Supply of equipment by Parent Group to the Group | 14A.35 |

## Connected Transactions

*Transactions with Parent Group:*

| | | |
|---|---|---|
| 15 | Licensing of patents by BNBMG to BNBM (note 1) | 14A.33(3) |
| 16 (a) | Licensing of trademarks by Parent to the Company (note 1) | 14A.33(3) |
| (b) | Licensing of trademarks by the Group to Parent Group (note 1) | 14A.33(3) |

# 2006  CNBM GLOBAL OFFERING
## Connected Transactions

*Promoters*

Each of Parent, BNBMG, CNBM Trading, Building Materials Academy and Cinda is a promoter of the Company and therefore constitutes a connected person of the Company under the Listing Rules.

*Parent Group*

Parent has a direct equity interest of 26.54% and an indirect equity interest of 68.22% in the Company immediately prior to the Global Offering. It is a controlling shareholder and a promoter of the Company. Each of Parent and its subsidiaries therefore constitutes a connected person of the Company under the Listing Rules.

**FSIA Exhibit 5**

# 2006  CNBM GLOBAL OFFERING
## Substantial Shareholders

*Number of shares directly and indirectly held immediately after the Global Offering*

(1)   Assuming Over-allotment Option is not exercised:

| Shareholder | Number of Shares | % of issued share capital | % of domestic share capital |
|---|---|---|---|
| Parent . . . . . . . . . . . . . . . . | 1,258,602,438 | 63.49% | 94.75% |
| BNBMG  . . . . . . . . . . . . . . | 785,134,919 | 39.60% | 59.11% |

(2)   Assuming Over-allotment Option is exercised in full:

| Shareholder | Number of Shares | % of issued share capital | % of domestic share capital |
|---|---|---|---|
| Parent . . . . . . . . . . . . . . . . | 1,250,149,846 | 60.34% | 94.75% |
| BNBMG  . . . . . . . . . . . . . . | 779,862,307 | 37.64% | 59.11% |

**FSIA Exhibit 5**

# 2006  CNBM ANNUAL REPORT

## FINANCIAL AND BUSINESS HIGHLIGHTS

|  | For the year ended 31 December | |
|---|---|---|
|  | 2006 | 2005 |
|  | (RMB in millions) | |
| **Sales volume** | | |
| Cement(in thousand tons) | **9,178** | 5,552 |
| Clinker(in thousand tons) | **3,299** | 1,831 |
| Gypsum boards(in million m²) | **247** | 150 |
| Engineering services revenue(RMB in millions) | **1,282** | 863 |
| Glass Fiber(in thousand tons) | **288** | 191 |
| **Price** | | |
| Cement(RMB per tonne) | **185.8** | 178.8 |
| Clinker(RMB per tonne) | **154.1** | 152.9 |
| Gypsum boards | | |
| - BNBM(RMB per m²) | **6.59** | 6.15 |
| - Taihe(RMB per m²) | **4.05** | 3.94 |

FSIA Exhibit 7

# 2006 CNBM ANNUAL REPORT

## Company Profile

With Parent, BNBMG, CNBM Trading, Cinda and Building Materials Academy as Promoters, the Company was converted into a joint stock limited company on 28 March 2005. The Company's H shares under the initial public offer were listed on the Stock Exchange on 23 March 2006 (stock code: 3323).

- the largest gypsum board producer in the PRC in terms of production capacity in 2006;

**FSIA Exhibit 7**



## 2006  CNBM ANNUAL REPORT

## Shareholding Structure of the Group

### DIRECTORS

**Executive Directors**

Song Zhiping *(Chairman)*
Cao Jianglin *(President)*
Li Yimin *(Vice President)*
Peng Shou *(Vice President)*

**FSIA Exhibit 7**

# 2006  CNBM  ANNUAL REPORT

## NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

**"The Company's ultimate holding company is China National Building Material Group Corporation"**

FSIA Exhibit 7



# 2007  CNBM ANNUAL REPORT

# Shareholding Structure of the Group

## DIRECTORS:

### Executive Directors

Song Zhiping *(Chairman)*
Cao Jianglin *(President)*
Li Yimin *(Vice President)*
Peng Shou *(Vice President)*

**FSIA Exhibit 9**

# 2007  CNBM ANNUAL REPORT
## Financial and Business Highlights

| | As at 31 December | |
|---|---|---|
| | 2007 | 2006 |
| | (RMB in millions) | |
| **Sales volume** | | |
| Cement sold by China United (in thousand tonnes) | 13,781 | 9,178 |
| Clinker sold by China United (in thousand tonnes) | 6,718 | 3,299 |
| Cement sold by South Cement (in thousand tonnes) | 3,063 | |
| Clinker sold by South Cement (in thousand tonnes) | 2,240 | |
| Gypsum boards (in million m²) | 303 | 247 |
| Revenue from engineering service (RMB in millions) | 2,109 | 1,282 |
| Glass fiber yarn (in thousand tonnes) | 419 | 288 |
| **Unit selling price** | | |
| Cement sold by China United (RMB per tonne) | 190.3 | 185.8 |
| Clinker sold by China United (RMB per tonne) | 158.1 | 154.1 |
| Cement sold by South Cement (RMB per tonne) | 203.5 | |
| Clinker sold by South Cement (RMB per tonne) | 187.7 | |
| Gypsum board | | |
| — BNBM (RMB per m²) | 6.29 | 6.59 |
| — Taihe (RMB per m²) | 4.15 | 4.05 |

FSIA
Exhibit 9

# 2007 CNBM
# ANNUAL REPORT

## Company Profile

With Parent, BNBMG, CNBM Trading, Cinda and Building Materials Academy as Promoters, the Company was converted into a joint stock limited company on 28 March 2005. The Company's H shares under the initial public offer were listed on the Stock Exchange on 23 March 2006 (Stock Code: 3323) and approximately 150 million H shares were placed on 9 August 2007.

- the largest gypsum board producer in the PRC;

FSIA Exhibit 9

# 2008  CNBM ANNUAL REPORT

## Financial and Business Highlights

|  | As at 31 December | |
|---|---|---|
|  | 2008 | 2007 |
|  | (RMB in millions) | |
| **Sales volume** | | |
| Cement sold by China United (in thousand tonnes) | 23,180 | 13,781 |
| Clinker sold by China United (in thousand tonnes) | 9,101 | 6,718 |
| Cement sold by South Cement (in thousand tonnes) | 32,391 | 3,063 |
| Clinker sold by South Cement (in thousand tonnes) | 14,218 | 2,240 |
| Gypsum board (in million m²) | 323 | 303 |
| Revenue from engineering service (RMB in millions) | 3,244 | 2,109 |
| Glass fiber yarn (in thousand tonnes) | 533 | 419 |
| | | |
| **Selling price** | | |
| Cement sold by China United (RMB per tonne) | 232.1 | 190.3 |
| Clinker sold by China United (RMB per tonne) | 211.0 | 158.1 |
| Cement sold by South Cement (RMB per tonne) | 230.6 | 203.5 |
| Clinker sold by South Cement (RMB per tonne) | 222.2 | 187.7 |
| Gypsum board | | |
| — BNBM (RMB per m²) | 6.80 | 6.29 |
| — Taishan Gypsum (RMB per m²) | 4.81 | 4.15 |

FSIA Exhibit 11

# 2008 CNBM
# ANNUAL REPORT

## Company Profile

With Parent, BNBMG, CNBM Trading, Cinda and Building Materials Academy as Promoters, the Company was converted into a joint stock limited company on 28 March 2005. The Company's H shares under the initial public offer were listed on the Stock Exchange on 23 March 2006 (Stock Code: 3323) and approximately 150 million and 300 million H shares were placed on 9 August 2007 and 5 February 2009 respectively.

- the largest gypsum board producer in Asia;

**FSIA Exhibit 11**



# 2008  CNBM ANNUAL REPORT

## Shareholding Structure of the Group

### DIRECTORS:

**Executive Directors**

Song Zhiping *(Chairman)*
Cao Jianglin *(President)*
Li Yimin *(Vice President)*
Peng Shou *(Vice President)*

**FSIA Exhibit 11**

# 2008  CNBM ANNUAL REPORT

## Disclosure of Interests

| Name | Class of shares | Number of shares held | Percentage in the relevant class of share capital[2, 5] (%) | Percentage in total share capital[2, 5] (%) |
|---|---|---|---|---|
| Parent[1] | Domestic Shares | 1,237,188,659[3] | 94.70 | 56.02 |
| BNBMG[1] | Domestic Shares | 771,776,923[3] | 59.08 | 34.95 |
| CNBM Trading[1] | Domestic Shares | 118,304,112[3] | 9.06 | 5.36 |
| Cinda | Domestic Shares | 69,216,154[3] | 5.30 | 3.13 |
| JPMorgan Chase & Co. | H Shares | 188,547,451[3] | 20.90 | 8.54 |
| | | 120,702,243[4] | 13.38 | 5.47 |

**FSIA Exhibit 11**

# Chart of Taishan, BNBM, CNBM <u>Officers and Directors</u>

# SONG ZHIPING

| CNBM Co., Ltd. | | | BNBM Group | | | CNBM Group | | |
|---|---|---|---|---|---|---|---|---|
| **Title** | **Years** | **Sources** | **Title** | **Years** | **Sources** | **Title** | **Years** | **Sources** |
| Chairman | March, 2005 - Present | ALRMH-CNBM0003749 (E); ALRMH-CNBM00003971 (C )[1] | Chairman | January, 1996 - Present | ALRMH-CNBM0003749 (E); ALRMH-CNBM00003971 (C )[1] | Chairman | October, 2005 - Present | ALRMH-CNBM0003749 (E); ALRMH-CNBM00003971 (C )[1] |
| Executive Director | March, 2005 - Present | ALRMH-CNBM0003749 (E); ALRMH-CNBM00003971 (C )[1] | Deputy Director | Consecutively[**] September, 1987 - July, 2002 | ALRMH-CNBM0003749 (E); ALRMH-CNBM00003971 (C )[1] | GM | March, 2002 - October, 2005 | ALRMH-CNBM0003749 (E); ALRMH-CNBM00003971 (C )[1] |

FSIA Exhibit 42

# Chart of Taishan, BNBM, CNBM Officers and Directors
# CAO JIANGLIN

| TG | | | BNBM PLC | | |
|---|---|---|---|---|---|
| **Title** | **Years** | **Sources** | **Title** | **Years** | **Sources** |
| Supervisor | 2005 - 2011 | TG 0020663[2]; TG-040615-0028675[3]; TG-040615-0028677[4] | Chairman of the Supervisory Committee | September, 2009 - Present | ALRMH-CNBM0003750 (E); ALRMH-CNBM00003972 (C )[5] |
| Chairman of the Supervisory Committee | 2005 - 2011 | TG 0020663[2]; TG-040615-0028675[3]; TG-040615-0028677[4] | Chairman | October, 2004 - August, 2009 | ALRMH-CNBM0003750 (E); ALRMH-CNBM00003972 (C )[5] |

| CNBM Co., Ltd. | | | BNBM Group | | | CNBM Group | | |
|---|---|---|---|---|---|---|---|---|
| **Title** | **Years** | **Sources** | **Title** | **Years** | **Sources** | **Title** | **Years** | **Sources** |
| President | March, 2005 - Present | ALRMH-CNBM0003750 (E); ALRMH-CNBM00003972 (C )[5] | Chairman of the Supervisory Committee | August, 2005 - Present | ALRMH-CNBM0003750 (E); ALRMH-CNBM00003972 (C )[5] | GM | April, 2014 - Present | ALRMH-CNBM0003750 (E); ALRMH-CNBM00003972 (C )[5] |
| Executive Director | March, 2005 - Present | ALRMH-CNBM0003750 (E); ALRMH-CNBM00003972 (C )[5] | GM Assistant | April, 1998 - October, 2005 | ALRMH-CNBM0003750 (E); ALRMH-CNBM00003972 (C )[5] | Director | October, 2005 - Present | ALRMH-CNBM0003750 (E); ALRMH-CNBM00003972 (C )[5] |

# Informational Report on the Class Actions Brought by the U.S. Parties Against Taishan Gypsum Company Limited

Translation of TG-0208428-0208430

TG-0208428

**Informational Report on the Class Actions Brought by the U.S. Parties Against Taishan Gypsum Company Limited**

Respectful Chief Song, Chief Cao:

On the class action on quality defects of gypsum boards brought by the Mitchell Company in the U.S. and the individuals in the states of Florida, Mississippi, Louisiana, Alabama, Georgia, and Texas (abbreviated as the U.S. plaintiffs), Taishan Gypsum Company Limited (abbreviated as Taishan Company) received the civil action subpoenas and complaints from the U.S. federal district court in the Northern District of Florida on May 8, 2009. A written report on the facts of the case and the relevant information are hereby submitted to each leader so that the leaders can understand the facts of the case and give relevant instructions.

I. Brief Introduction of the Case Facts

On March 6, 2009, the U.S. plaintiffs brought lawsuits against the German Knauf Group, Knauf Plasterboard (Tianjin) Co., Ltd., Taishan Company, Interior Exterior Building Supply L.P. (U.S. Company), Rightway Drywall Co., Ltd (U.S. Company). The factual allegations and grounds of complaints by the U.S. plaintiffs are summarized as follows: 1) the U.S. plaintiffs purchased and used the gypsum boards sold by Interior Exterior Building Supply L.P. and Rightway Drywall Co., Ltd., and the gypsum boards distributed by the two companies came from Knauf and Taishan Company; 2) The quality defects of the gypsum boards were mainly seen in: A. a very high level of sulfur used in the gypsum boards makes them unfit for its intended purpose; B. the chemical reactions between the gypsum boards and metal caused other metals to corrode; C. the cause of the problems related to the heater, ventilation, and air conditioning systems found in some households in the states of Alabama and Florida were related to the use of gypsum boards; 3) the scope of compensation demanded by the U.S. plaintiffs are: A. fixing or replacing the affected houses; B. other economic losses incurred by the U.S. plaintiffs as a result of fixing or replacing the houses; C. the unlawful gains or profits made by

PENG: Exhibit S25

**FSIA Exhibit 151**

**Respectful Chief Song, Chief Cao:**

On the class action on quality defects of gypsum boards brought by the Mitchell Company in the U.S. and the individuals in the states of **Florida, Mississippi, Louisiana, Alabama, Georgia, and Texas… A written report on the facts of the case and the relevant information are hereby submitted to each leader so that the leaders can understand the facts of the case and give relevant instructions.**

# Informational Report on the Class Actions Brought by the U.S. Parties Against Taishan Gypsum Company Limited
## May 11, 2009

Translation of TG-0208428-0208430

TG-0208428

**Informational Report on the Class Actions Brought by the U.S. Parties Against Taishan Gypsum Company Limited**

Respectful Chief Song, Chief Cao:

On the class action on quality defects of gypsum boards brought by the Mitchell Company in the U.S. and the individuals in the states of Florida, Mississippi, Louisiana, Alabama, Georgia, and Texas (abbreviated as the U.S. plaintiffs), Taishan Gypsum Company Limited (abbreviated as Taishan Company) received the civil action subpoenas and complaints from the U.S. federal district court in the Northern District of Florida on May 8, 2009. A written report on the facts of the case and the relevant information are hereby submitted to each leader so that the leaders can understand the facts of the case and give relevant instructions.

I. Brief Introduction of the Case Facts

On March 6, 2009, the U.S. plaintiffs brought lawsuits against the German Knauf Group, Knauf Plasterboard (Tianjin) Co., Ltd., Taishan Company, Interior Exterior Building Supply L.P. (U.S. Company), Rightway Drywall Co., Ltd. (U.S. Company). The factual allegations and grounds of complaints by the U.S. plaintiffs are summarized as follows: 1) the U.S. plaintiffs purchased and used the gypsum boards sold by Interior Exterior Building Supply L.P. and Rightway Drywall Co., Ltd., and the gypsum boards distributed by the two companies came from Knauf and Taishan Company; 2) The quality defects of the gypsum boards were mainly seen in: A. a very high level of sulfur used in the gypsum boards makes them unfit for its intended purpose; B. the chemical reactions between the gypsum boards and metal caused other metals to corrode; C. the cause of the problems related to the heater, ventilation, and air conditioning systems found in some households in the states of Alabama and Florida were related to the use of gypsum boards; 3) the scope of compensation demanded by the U.S. plaintiffs are: A. fixing or replacing the affected houses; B. other economic losses incurred by the U.S. plaintiffs as a result of fixing or replacing the houses; C. the unlawful gains or profits made by

PENG: Exhibit 825

## Categorized by dates, 446520.0 square meters were exported to the U.S. in 2005, 5952556.63 square meters were exported in 2006, 240763.584 square meters were exported in 2007, 16908.224 square meters were exported in 2008.

FSIA Exhibit 151

# Informational Report on the Class Actions Brought by the U.S. Parties Against Taishan Gypsum Company Limited
## May 11, 2009

Translation of TG-0208428-0208430

TG-0208428

**Informational Report on the Class Actions Brought by the U.S. Parties Against Taishan Gypsum Company Limited**

Respectful Chief Song, Chief Cao:

On the class action on quality defects of gypsum boards brought by the Mitchell Company in the U.S. and the individuals in the states of Florida, Mississippi, Louisiana, Alabama, Georgia, and Texas (abbreviated as the U.S. plaintiffs), Taishan Gypsum Company Limited (abbreviated as Taishan Company) received the civil action subpoenas and complaints from the U.S. federal district court in the Northern District of Florida on May 8, 2009. A written report on the facts of the case and the relevant information are hereby submitted to each leader so that the leaders can understand the facts of the case and give relevant instructions.

I. Brief Introduction of the Case Facts

On March 6, 2009, the U.S. plaintiffs brought lawsuits against the German Knauf Group, Knauf Plasterboard (Tianjin) Co., Ltd., Taishan Company, Interior Exterior Building Supply L.P. (U.S. Company), Rightway Drywall Co., Ltd. (U.S. Company). The factual allegations and grounds of complaints by the U.S. plaintiffs are summarized as follows: 1) the U.S. plaintiffs purchased and used the gypsum boards sold by Interior Exterior Building Supply L.P. and Rightway Drywall Co., Ltd., and the gypsum boards distributed by the two companies came from Knauf and Taishan Company; 2) The quality defects of the gypsum boards were mainly seen in: A. a very high level of sulfur used in the gypsum boards makes them unfit for its intended purpose; B. the chemical reactions between the gypsum boards and metal caused other metals to corrode; C. the cause of the problems related to the heater, ventilation, and air conditioning systems found in some households in the states of Alabama and Florida were related to the use of gypsum boards; 3) the scope of compensation demanded by the U.S. plaintiffs are: A. fixing or replacing the affected houses; B. other economic losses incurred by the U.S. plaintiffs as a result of fixing or replacing the houses; C. the unlawful gains or profits made by

PENG: Exhibit 825

**To summarize the relevant articles and comments on the various websites, the basic opinion is: during the 4 years of sharp real estate price increase and after the 2005 Hurricane Katrina disaster, the U.S. imported about 227 million tons of gypsum boards from China**

FSIA Exhibit 151

# Informational Report on the Class Actions Brought by the U.S. Parties Against Taishan Gypsum Company Limited
## May 11, 2009

Translation of TG-0208428-0208430

TG-0208428

**Informational Report on the Class Actions Brought by the U.S. Parties Against Taishan Gypsum Company Limited**

Respectful Chief Song, Chief Cao:

On the class action on quality defects of gypsum boards brought by the Mitchell Company in the U.S. and the individuals in the states of Florida, Mississippi, Louisiana, Alabama, Georgia, and Texas (abbreviated as the U.S. plaintiffs), Taishan Gypsum Company Limited (abbreviated as Taishan Company) received the civil action subpoenas and complaints from the U.S. federal district court in the Northern District of Florida on May 8, 2009. A written report on the facts of the case and the relevant information are hereby submitted to each leader so that the leaders can understand the facts of the case and give relevant instructions.

I. Brief Introduction of the Case Facts

On March 6, 2009, the U.S. plaintiffs brought lawsuits against the German Knauf Group, Knauf Plasterboard (Tianjin) Co., Ltd., Taishan Company, Interior Exterior Building Supply L.P. (U.S. Company), Rightway Drywall Co., Ltd. (U.S. Company). The factual allegations and grounds of complaints by the U.S. plaintiffs are summarized as follows: 1) the U.S. plaintiffs purchased and used the gypsum boards sold by Interior Exterior Building Supply L.P. and Rightway Drywall Co., Ltd., and the gypsum boards distributed by the two companies came from Knauf and Taishan Company; 2) The quality defects of the gypsum boards were mainly seen in: A. a very high level of sulfur used in the gypsum boards makes them unfit for its intended purpose; B. the chemical reactions between the gypsum boards and metal caused other metals to corrode; C. the cause of the problems related to the heater, ventilation, and air conditioning systems found in some households in the states of Alabama and Florida were related to the use of gypsum boards; 3) the scope of compensation demanded by the U.S. plaintiffs are: A. fixing or replacing the affected houses; B. other economic losses incurred by the U.S. plaintiffs as a result of fixing or replacing the houses; C. the unlawful gains or profits made by

PENG: Exhibit 825

**FSIA Exhibit 151**

" … the most important reason is that there is no judicial treaty signed between China and the U.S. on mutual recognition and enforcement of court judgements, and Taishan Company does not have assets within the continental U.S., even if the lawsuit was lost, the U.S. court cannot enforce Taishan's assets in China."

# Informational Report on the Class Actions Brought by the U.S. Parties Against Taishan Gypsum Company Limited

Translation of TG-0208428-0208430

TG-0208428

**Informational Report on the Class Actions Brought by the U.S. Parties Against Taishan Gypsum Company Limited**

Respectful Chief Song, Chief Cao:

On the class action on quality defects of gypsum boards brought by the Mitchell Company in the U.S. and the individuals in the states of Florida, Mississippi, Louisiana, Alabama, Georgia, and Texas (abbreviated as the U.S. plaintiffs), Taishan Gypsum Company Limited (abbreviated as Taishan Company) received the civil action subpoenas and complaints from the U.S. federal district court in the Northern District of Florida on May 8, 2009. A written report on the facts of the case and the relevant information are hereby submitted to each leader so that the leaders can understand the facts of the case and give relevant instructions.

I. Brief Introduction of the Case Facts

On March 6, 2009, the U.S. plaintiffs brought lawsuits against the German Knauf Group, Knauf Plasterboard (Tianjin) Co., Ltd., Taishan Company, Interior Exterior Building Supply L.P. (U.S. Company), Rightway Drywall Co., Ltd. (U.S. Company). The factual allegations and grounds of complaints by the U.S. plaintiffs are summarized as follows: 1) the U.S. plaintiffs purchased and used the gypsum boards sold by Interior Exterior Building Supply L.P. and Rightway Drywall Co., Ltd., and the gypsum boards distributed by the two companies came from Knauf and Taishan Company; 2) The quality defects of the gypsum boards were mainly seen in: A. a very high level of sulfur used in the gypsum boards makes them unfit for its intended purpose; B. the chemical reactions between the gypsum boards and metal caused other metals to corrode; C. the cause of the problems related to the heater, ventilation, and air conditioning systems found in some households in the states of Alabama and Florida were related to the use of gypsum boards; 3) the scope of compensation demanded by the U.S. plaintiffs are: A. fixing or replacing the affected houses; B. other economic losses incurred by the U.S. plaintiffs as a result of fixing or replacing the houses; C. the unlawful gains or profits made by

PENG: Exhibit 825

**Summarizing the reasons above, Taishan Company is inclined not to respond to the lawsuit, but when necessary it will adopt methods such as mailing the evidence that is beneficial to Taishan Company to the U.S. court and having the government departments interfere, so as to eliminate and reduce some negative impact.**

FSIA Exhibit 151

# Statement on the Data and Statistics of Exports to the U.S. from 2005 to 2007

Translation of TG-0129675-76

TG-0129675

**Statement on the Data and Statistics of Exports to the U.S. from 2005 to 2007**

According to the exporting record statistics, from 2005 to 2007, the total volume exported to the U.S. was 7292804.536 square meters (the detailed spreadsheet is attached below), the detailed analysis is as follows:

**I. Categorized by the method of exporting:** The total volume of self-run export was 1241691.746 square meters, the indirect export was 6051112.79 square meters.

1. Among the 1241691.746 square meters of self-run exports: export via "Shandong Taihe Dongxin Company Limited" was 687247.86 square meters, export via "Tai'an Taishan Plasterboards Company Limited" was 554443.89 square meters.

Categorized by the destination port of export: exported 446520 square meters to the port of Norfolk (Virginia), exported 230627.58 square meters to the port of Miami (Florida), exported 117881.28 square meters to the port of Tampa (Florida), exported 240727.86 square meters to the port of Camden (New Jersey), and exported 205935.024 square meters to the port of New York (New York).

2. Indirect export: Tai'an Taishan Plasterboards Company Limited indirectly exported 6051112.79 square meters via trading company(s), the destination port is unknown.

**II. Categorized by the company operating the business:**

1. Shandong Taihe Dongxin Company Limited (abbreviated as Shandong Taihe in the detailed spreadsheet) signed the contracts and issued the invoices of 687247.86 square meters of gypsum boards;

2. Tai'an Taishan Plasterboards Company Limited (abbreviated as Taian Taishan in the detailed spreadsheet) signed the contracts and issued the invoices of 4790411.199 square meters of gypsum boards;

PENG: Exhibit 801-1

> **According to the exporting record statistics, from 2005 to 2007, the total volume exported to the U.S. was 7292804.536 square meters.**

**FSIA Exhibit 156**

# Statistics of U.S. Gypsum Board by Self-managed Export During 2005-2007

| Time | Serial No. of Invoice | Manufacturer | Exporter | U.S. Customer |
|---|---|---|---|---|
| 2/24/2006 | 0008655 | Shangdong Taihe | Shangdong Taihe | VENTURE SUPPLY INC |
| 7/20/2006 | 00012282 | Shangdong Taihe | Shangdong Taihe | VENTURE SUPPLY INC |
| 8/2/2006 | 00012286 | Tai'an Taishan | Tai'an Taishan | WOOD NATION INC |
| 8/8/2006 | 00012286 | Tai'an Taishan | Tai'an Taishan | WOOD NATION INC |
| 9/15/2006 | 00012413 | Tai'an Taishan | Tai'an Taishan | SHENZHEN YONGFENG INVESTMENT CO., LTD. |
| 9/15/2006 | 00012414 | Tai'an Taishan | Tai'an Taishan | SHENZHEN YONGFENG INVESTMENT CO., LTD. |

| Time | Serial No. of Invoice | Manufacturer | Exporter | U.S. Customer |
|---|---|---|---|---|
| 9/15/2006 | 00012415 | Tai'an Taishan | Tai'an Taishan | SHENZHEN YONGFENG INVESTMENT CO., LTD. |
| 9/15/2006 | 00012414 | Tai'an Taishan | Tai'an Taishan | SHENZHEN YONGFENG INVESTMENT CO., LTD. |
| 9/15/2006 | 00012415 | Tai'an Taishan | Tai'an Taishan | SHENZHEN YONGFENG INVESTMENT CO., LTD. |
| 10/5/2006 | 00013764 | Tai'an Taishan | Tai'an Taishan | TOV TRADING NEW YORK USA |
| 10/5/2006 | 00013764 | Tai'an Taishan | Tai'an Taishan | TOV TRADING NEW YORK USA |
| 10/5/2006 | 00013765 | Tai'an Taishan | Tai'an Taishan | TOV TRADING NEW YORK USA |
| 11/16/2006 | 00013769 | Tai'an Taishan | Tai'an Taishan | SHENZHEN YONGFENG INVESTMENT CO., LTD. |
| 12/2/2006 | 00017539 | Tai'an Taishan | Tai'an Taishan | STONE PRIDE INTERNATIONAL CORP |

**FSIA Exhibit 157**

# Statistics of U.S. Gypsum Board by Self-managed Export During 2005-2007

| Time | Serial No. of Invoice | Manufacturer | Exporter | U. S. Customer |
|---|---|---|---|---|
| 12/28/2006 | 00017585 | Tai'an Taishan | Tai'an Taishan | SHENZHEN YONGFENG INVESTMENT CO., LTD. |
| 12/28/2006 | 00017585 | Tai'an Taishan | Tai'an Taishan | SHENZHEN YONGFENG INVESTMENT CO., LTD. |
| 2/9/2007 | 00030752 | Tai'an Taishan | Tai'an Taishan | SHENZHEN YONGFENG INVESTMENT CO., LTD. |
| 2/9/2007 | 00030752 | Tai'an Taishan | Tai'an Taishan | SHENZHEN YONGFENG INVESTMENT CO., LTD. |
| 4/30/2007 | 00001188 | Tai'an Taishan | Tai'an Taishan | ORINENTAL TRADING COMPANY LLC |
| 4/30/2007 | 00001189 | Tai'an Taishan | Tai'an Taishan | B AMERICA CORPORATION |
| 5/28/2007 | 00001196 | Tai'an Taishan | Tai'an Taishan | ORINENTAL TRADING COMPANY LLC |
| 5/28/2007 | 00001198 | Tai'an Taishan | Tai'an Taishan | ORINENTAL TRADING COMPANY LLC |
| 5/28/2007 | 00001199 | Tai'an Taishan | Tai'an Taishan | ORINENTAL TRADING COMPANY LLC |
| 5/28/2007 | 00001200 | Tai'an Taishan | Tai'an Taishan | ORINENTAL TRADING COMPANY LLC |

| Time | Serial No. of Invoice | Manufacturer | Exporter | U. S. Customer |
|---|---|---|---|---|
| 6/12/2007 | 00001202 | Tai'an Taishan | Tai'an Taishan | ORINENTAL TRADING COMPANY LLC |
| 6/26/2007 | 00001214 | Tai'an Taishan | Tai'an Taishan | ORINENTAL TRADING COMPANY LLC |
| 7/3/2007 | 00001218 | Tai'an Taishan | Tai'an Taishan | ORINENTAL TRADING COMPANY LLC |
| 7/3/2007 | 00001219 | Tai'an Taishan | Tai'an Taishan | ORINENTAL TRADING COMPANY LLC |

**FSIA Exhibit 157**

# String of E-mails between CNBMG, BNBM, and Taishan Re: "Notice on submitting the information of import and export business operation and countermeasures of the enterprises during the financial crisis"



-----Forwarded messages-----

From: """Wei Wen" <wenwei@bnbm.com.cn>"  → **BNBM**

Sent: November 3, 2008 16:58:59

To: thqg <thqg@163.com>  → **TG**

Subject: Fw: Notice on submitting the information of import and export business operation and the countermeasures of the enterprises during the financial crisis

From: Zheng Cheng [mailto:chengzheng@cnbm.com.cn]  → **CNBMG**

Date: November 3, 2008 16:13

**TG-0218945**

To: Xuan Luo; Lan Feng; Lizhu Zhu; Liming Wang; Zuo Yang

Cc: Wei Wen  → **BNBM**

Subject: Notice on submitting the information of import and export business operation and the countermeasures of the enterprises during the financial crisis

**FSIA Exhibit 149**

Translation of TG-0218944-218946

TG-0218944

Message

| | |
|---|---|
| From: | 8812017538 [8812017538@163.com] |
| Sent: | November 05, 2008 05:12:19 |
| To: | thqg [thqg@163.com] |
| Subject: | Re: Fw: fw: Notice on submitting the information of import and export business operation and the countermeasures of the enterprises during the financial crisis |
| Attachments: | Investigation outline (1).doc |

Hello,

Please see the attached: the report of export information! And please ask the Supply Department about the import information.

Thank you!

...

*Yours faithfully*

*Frank*

*TAISHAN GYPSUM CO., LTD.*

*(TAIHE DONGXIN)*

8812017538@163.com

*TEL:0086-538-8812017*

PENG: Exhibit 814

"**In order to understand the degree of influence of current situation on the import and export trade of the enterprises owned by our Group as well as the response measures of your enterprises, and to promptly reflect to the state commerce authority with regard to the difficulties that your enterprises have encountered in your operation of foreign trade and what kind of support policy that is needed to be given by the state, please provide written materials as shown in the attached "Investigation outline," and submit it together with your monthly international trade report for October to the International Cooperation Department of the Group Corporation before November 6."**
**(November 3, 2008)**

**String of E-mails between CNBMG, BNBM, and Taishan Re: "Notice on submitting the information of import and export business operation and countermeasures of the enterprises during the financial crisis"**

**FSIA Exhibit 149**

FSIA Exhibit 149

Translation of TG-0218944-218946

TG-0218944

Message

From:        8812017538 [8812017538@163.com]
Sent:        November 05, 2008 05:12:19
To:          thqg [thqg@163.com]
Subject:     Re: Fw: fw: Notice on submitting the information of import and export business operation and the countermeasures of the enterprises during the financial crisis
Attachments: Investigation outline (1).doc

Hello,

Please see the attached: the report of export information! And please ask the Supply Department about the import information.

Thank you!

...

*Yours faithfully*

*Frank*

*TAISHAN GYPSUM CO., LTD.*

*(TAIHE DONGXIN)*

8812017538@163.com

*TEL:0086-538-8812017*

PENG: Exhibit 814

**Please see the attached: the report of export information! And please ask the Supply Department about the import information.**
**(November 5, 2008)**

**String of E-mails between CNBMG, BNBM, and Taishan Re: "Notice on submitting the information of import and export business operation and countermeasures of the enterprises during the financial crisis"**

# The Operation Situation and Relevant Suggestions on the Import and Export Business of Taishan Gypsum Company Limited

Translation of TG-0218947-0218948

TG-0218947

The Operation Situation and Relevant Suggestions on the Import and Export Business of Taishan Gypsum Company Limited

The main products involved in the export business of Taishan Gypsum are plasterboards, decorative gypsum boards, light weight steel keels and accessories. From 2006, 2007, and 2008 on, the main countries and regions for export are Southeast Asia (Indonesia, the Philippines, Malaysia, etc.), the Middle East (U.A.E., Saudi Arabia, Jordan, etc.), Africa (Nigeria, Angola, South Africa), the U.S., Russia, Kazakhstan, Ukraine, etc. The main currencies used in export contracts are the U.S. dollar and the RMB. From the recent three years on, the conversion rate, raw materials, and export tax returns have become the three main factors affecting our export price and the business accounting of the enterprise's profit. The appreciation of the RMB against the U.S. dollar caused our cost to rise by 6-10%. Especially from 2008 on, the price increase for raw materials (surface protecting paper, gypsum, chemical materials) caused our cost to increase by 15-25%. The reduction from 13% to 5% for the export tax returns rate of gypsum boards also put pressure on our exporting. For lightweight steel keels, it even went from 13% of tax returns to export tax levy right now, which resulted in the current situation where we lost almost all opportunities to export lightweight steel keels when, in 2007, 1800 tons of keels were exported. Under the current circumstances, we think our customers are tight on funds to various degrees. Originally, the customers would prepay the entire payment for goods, but now many customers would put down a (30%) down payment, and the remaining payment would be made before shipment. The delivery of many such orders had to be delayed due to the untimely remaining payment, which burdened us in terms of warehouse storage and business operation. The entire market has a strong demand for reducing and stabilizing the RMB conversion rate as well as reducing the cost of raw materials.

Under the influence of many factors, most of the customers from the U.S., Russia, and the Middle East sharply reduced the volume of their orders, there were even instances where customers who paid the down payment canceled the orders or put the orders on pause. Currently, the demand from customers to reduce price is strong. On average the scope of such demands is between 10 to 20%. We face large pressures when offering price quotes. In order to avoid the

TG-0218948

loss in the company's profit affected by changes in the conversion rate, when we offer price quotes, RMB is used, and at the contracted time of export the

PENG: Exhibit 814-1

"The main products involved in the export business of Taishan Gypsum are plasterboards, decorative gypsum boards, … From 2006, 2007, and 2008 on, the main countries and regions for export are …the U.S. …"

# Email from PENG Wenlong [Taishan] to China Building Materials Academy dated 5/31/2009

Translation of TG-0370699

"wanglan" <wanglan@cbmamail.com.cn>

| | |
|---|---|
| From: | 8812017538 |
| Sent: | Sun 5/31/2009 12:51 AM (GMT-06:00) |
| To: | "wanglan" <wanglan@cbmamail.com.cn> |
| Cc: | |
| Bcc: | |
| Subject: | Gypsum Board |
| Attachments: | Questions to the Enterprise(s)00001.doc |

Doctor Wang:

Hello!

According to the arrangements of the Company's leaders, the relevant information about the enterprise(s) is hereby reported to you, please review the attachment.

Thanks!

--

Wenlong Peng

8812017538@163.com

TEL: 0086-538-8812017

Passing beyond the earthquake region, memorialize the one year anniversary of the Wenchuan earthquake

PENG Exhibit 817

**"According to the arrangements of the Company's leaders, the relevant information about the enterprise(s) is hereby reported to you, please review the attachment."**

FSIA Exhibit 152

# "Questions to the Enterprise(s)," Taishan's response to China Building Material Academy

Tra[...]

Questions to the Enterprise(s)[...]

The gypsum boards exported to the U.S. in 2006:
1. During the production process, which chemicals were added (including the necessary chemicals, for example, adhesives, flocculating agents; chemicals for other purposes, for example, antiseptics, insect-resist agents, etc.)
1) the adhesives added were: corn st[...] [...] sulfate; 3)flocculating agent was raw[...]

2. Which manufacturer's back paper [...] paper? Is it odorous? Does it easily a[...] Used the papers special for gypsum b[...] Huarun Company and Shandong Bohui Company, the main ingredients were American waste paperand wood pulp, which are odorless.

3. Loading and shipping information: Was wooden pallet used? Was fumigation conducted? At which stage was fumigation conducted?  Fumigation agents? Artificial board pallet, no fumigation was conducted.

4. When loaded and shipped, sealed package? Was it put next to the[...] were fumigated? Packed and sealed by thin plastic membrane.

5. Do the gypsum boards absorb abnormal odor? How is the nature[...] absorptivity? Because the gypsum boards are porous material, they have a certain characteristics for absorbing outside gas.

PENG: Exhibit 817-1

**The gypsum boards exported to the U.S. in 2006:**

**American waste paperand wood pulp, which are odorless.**

**Artificial board pallet, no fumigation was conducted.**

**Because the gypsum boards are porous material, they have a certain characteristics for absorbing outside gas.**

**FSIA Exhibit 152**

# SIX TRANSFERS  OF PROPERTIES FROM CNBM, BNBM AND BNBMG FOR $0.00

### To Facilitate CNBM Subsidiary  and Related Corporation Public Offering

1. **China United retained all assets and liabilities of its subsidiaries, other  assets, including cement and mining rights were transferred to CNBM Group for nil consideration;**

2. **BNBM Group transferred 37.79% of its equity interest in China Fiberglass (now called China Jushi) to CNBM Equipment for nil consideration;**

3. **CNBM Group approved the transfer of China Composites' equity interests in all non-fiberglass related entities to the Parent Group;**

# SIX TRANSFERS OF PROPERTIES FROM CNBM, BNBM AND BNBMG FOR $0.00

4.    BNBM Group transferred its 60.33% equity ownership in BNBM PLC to CNBM Group "without compensation, thus making CNBM Group the controlling shareholder of BNBM PLC.";

5.    CNBM Group transferred its 91% interest in China Triumph to CNBM Equipment for nil consideration; and,

6.    CNBM Equipment transferred all aforementioned assets and liabilities to CNBM Import and Export (commonly referred to in translations as "CNBM Trading") by way of nil consideration,  which established the trading arm of CNBM Group.

# GUARANTEES

| 2005 | BNBMG to CNBMG | 60.33% Equity |
| | CNBM/BNBM to TAIHE | 247,600,000 RMB |
| | | |
| 2006 | BNBM to CNBM | 70,000,000 RMB |
| | BNBM to TAIHE | 253,000,000 RMB |
| | | |
| 2007 | BNBM to TAISHAN | 336,000,000 RMB |
| | CNBM to BNBM | 120,000,000 RMB |
| | | |
| 2008 | BNBM to TAISHAN | 16,300,000 RMB |
| | BNBM to TAISHAN | 10.000,000 RMB |
| | CNBMG to BNBMG | 150,000,000 RMB |
| | CNBMG to BNBMG | 10,650,0000 RMB |

**FSIA Exhibit 167**

Partial Translation of CNBMCO00102014-102025

CNBMCO00102014

CNBM Co., Ltd. [2007] No. 22

**The Tenth President's Office Meeting**

Time: October 12, 2007 (Friday) 14:00

Location: 16th Floor Conference Room of CNBM Building

Host: Jianglin Cao

Attendees: Zhiping Song, Yimin Li, Xingtai Cui, Dingjin Zhang, Zhangli Chang, Xue'an Chen, Bing Wang, Jindong Zhang, Chunren Shi, Jianxing Zhang, Shuhai Li, Zhenhe Ren, Yaoyin Feng, Bin Liu, Qingshan Shen, Tongchun Jia, Guifang Ren, Yaping Shen, Guobin Cai, Shuhong Cui, Huirong Zheng, Yuming Hao, Shaotang Dong

Recorder: Xuan Zeng

**Main Topics of the Meeting:**

...

CNBMCO00102015

...

III. Construction of Projects

...

4. Deliberated on matters concerning the cease of production and relocation of the Gypsum Board Production Line No. One of BNBM PLC ...

CNBMCO00102016

SONG: Exhibit 351

**Host:       Cao Jianglin**
**Attendees:  Song Zhiping**

**"Deliberated on matters concerning the cease of production and relocation of the Gypsum Board Productions Line No. One of BNBM PLC…"**

**The Tenth President's Office Meeting**
**October 12, 2007**

# DEPOSITION OF SONG ZHIPING
## September 14-15, 2015

Q      Do you -- do you agree with Bing Wang's statement that in 2007 under the correct leadership and strong support of CNBM and the correct decision making of the BNBM board of directors, BNBM, according to the requirements of CNBM Group's unified, modelized, streamlined, systemized and digitized management model fully implemented KPI Management and satisfactorily accomplished the three missions given by the group?

A    I agree with his statement.

**Page 54, lines 2-16**

# DEPOSITION OF SONG ZHIPING
## September 14-15, 2015

Q     And isn't it true that from 2005 through April 17, 2008, one of your goals was to enlarge market share of gypsum products and its brand influence?

A     It is referring to the light building material section that -- to increase the market share and branding influence of the gypsum board of BNBM and Taihe.

*(FSIA Exhibit 9; Deposition Exhibit 6 at Page 17)*

**Page 57, lines 8-17**

# DEPOSITION OF SONG ZHIPING
## September 14-15, 2015

Q      If you would turn now to item No. 11 at page 102023.

A      I see that.

Q      Does this refresh your memory that at that meeting 1 million US dollars were awarded to Morgan Stanley to commend that company's contribution to the successful implementation of allotment of shares at lightning speed and for their longstanding support of CNBM?

A      I see that.  I recall there was such an occasion.

Q      Would you then look at CNBM 102024.  Does it indicate that the minutes of this meeting are to be sent to CNBM Group, the directors, supervisors, leaders of the main office and all departments of the company and all companies of the stock company?

A      Yes.              *(FSIA Exhibit 167; Deposition Exhibit 351 – October 12, 2007)*

**Page 67, lines 3-19**

# DEPOSITION OF SONG ZHIPING
## September 14-15, 2015

Q    Did every member of CNBM Group attending that board of directors meeting vote to respect Taishan Gypsum's decision not to attend the judgment debtor hearing on July 17, 2014, not to petition to the Supreme Court of the United States for a certiorari and review regarding the jurisdictional dispute and not to participate in the lawsuits on the merits in the US?

A    This is a decision made by Taishan Gypsum. The directors of CNBM Group decided to respect this decision after discussion.

*(FSIA Exhibit 82, Deposition Exhibit 332)*

**Page 92, line 17 to Page 93, line 7**

# DEPOSITION OF SONG ZHIPING
## September 14-15, 2015

Q   Why did you have to respect it?  Could you have disrespected it?

A   After hearing their report on their decision, we expressed our respect to that.

Q   This record which you signed, is that an official record of CNBM Group?

A   This is one of our meeting resolutions.

*(FSIA Exhibit 82, Deposition Exhibit 332)*

Page 93, lines 9-17

# DEPOSITION OF SONG ZHIPING
## September 14-15, 2015

**Q**     Let's look again at Exhibit 332 which was referred to yesterday.  Why did CNBM Group deem it necessary to pass a resolution regarding Taishan's report on what Taishan Gypsum was going to do in the United States drywall case?

**A**     Because we believe that Taishan's absent of the court is a substantial matter.

**Q**     Why did Taishan submit a report to CNBM Group?

**A**     Taishan did not submit such a report, but made a report on site.

*(FSIA Exhibit 82, Deposition Exhibit 332)*

**Page 129, line 11 to Page 130, line 2**

# DEPOSITION OF SONG ZHIPING
## September 14-15, 2015

**Q**    **If CNBM Group did not respect Taishan Gypsum's decision, what alternatives did CNBM Group have?**

**A**    **Each director had made his own voluntary decision and a decision of the board was made through everyone's voting.**

**Page 130, lines 9-16**

# DEPOSITION OF SONG ZHIPING
## September 14-15, 2015

Q        Is BNBM a publicly listed company?

A        It is a publicly listed company.

Q        Was BNBM a public listed company in 2006?

A        Yes.

Q        And has it remained a publicly listed company since 2006?

A        Yes.

Q        Is CNBM a public listed company?

A        Yes.

Q        Has it been a publicly listed company since 2006?

A        March 2006.

**Page 123, lines 8-19**

# DEPOSITION OF SONG ZHIPING
## September 14-15, 2015

**Q**    And it has continued to be a publicly listed company  since then; is that correct?

**A**    Yes.

**Q**    Are you familiar with language in annual reports of publicly listed companies BNBM and CNBM which characterize CNBM Group as the ultimate controlling shareholder?

**A**    I am more familiar with the language of CNBM. However, for BNBM since I have left it for many years, therefore, currently I generally do not read its annual reports.

**Q**    Are you familiar with the term "ultimate controller"?

**A**    I am familiar.

**Page 123, line 20 to Page 124, line 11**

# DEPOSITION OF SONG ZHIPING
## September 14-15, 2015

Q      Is CNBMG an ultimate controller of
         CNBM?
A     The word "ultimate controller" is a term
         used by China Security Regulatory
         Commission.  I believe CNBMG is a
         shareholder of CNBM.

**Page 125, lines 12-18**

# DEPOSITION OF SONG ZHIPING
## September 14-15, 2015

**Q**   Do you agree that CNBMG had a direct equity interest of 12.35 percent and a total direct and indirect equity interest of 44.10 percent in CNBM as of the 2013 annual report?

**A**   Yes.

**Q**   Do you agree that as of the 2013 annual report of CNBM that CNBMG was a controlling shareholder of CNBM?

**A**   CNBMG is the shareholder of CNBM.

**Page 153, lines 9-23**

# DEPOSITION OF SONG ZHIPING
## September 14-15, 2015

Q       Did you or anyone at your direction ever, after the publication in English of the 2013 annual report, instruct that the English words be changed to reflect your opinion?

A       No.  The word "controlling shareholder" is to be used under the instruction of China security --

# CNBM Entities and BNBM Share Offices

**The CNBM Co. Ltd. Building located at:**
> **Tower 2 (Building B), Guohai Plaza**
> **No. 17 Fuxing Road**
> **Haidian District, Beijing**

**The PRC houses the following entities:**

| | |
|---|---|
| **CNBMG:** | **Floors 19, 22, 23** |
| **CNBM Co.:** | **Floors 20, 21** |
| **China United Cement:** | **Floors 17, 18** |
| **CNBM Northern Cement:** | **Floor 16** |
| **BNBM PLC:** | **Floor 15** |

**The building was purchased by CNBM Co., and the entities listed have been in that building for about 2 years.**

