UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## ORDER

Upon consideration of Plaintiffs' Steering Committee's Motion to Certify the Court's Order and Reasons of March 10, 2016 Pursuant to 28 U.S.C. § 1292(b), it is hereby ORDERED that the motion is GRANTED.  The Court finds that all the criteria for certification under 28 U.S.C. §1292(b) have been established, *i.e.*, there is 1) a controlling question of law over which there is 2) a substantial ground for difference of opinion and 3) the resolution of which would materially advance the ultimate termination of the litigation.  The Plaintiffs' Steering Committee may appeal the Court's March 10, 2016 Order and Reasons concerning personal jurisdiction of CNBM Group under the Foreign Sovereign Immunities Act.

New Orleans, Louisiana, this _____ day of July, 2018.

_____
**ELDON E. FALLON**
United States District Judge