# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
|---|---|
| **THIS DOCUMENT RELATES TO:**<br><br>**ALL ACTIONS** | **SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |

## ORDER

Upon consideration of Motion for Leave to File Unredacted Version of Plaintiffs' Steering Committee's Memorandum in Support of Motion to Certify the Court's Order and Reasons of March 10, 2016 Pursuant to 28 U.S.C. § 1292(b) and Exhibits 2 and 3 thereto, Under Seal, filed by the Plaintiffs' Steering Committee;

IT IS ORDERED BY THE COURT that the motion be and is hereby GRANTED and the UNREDACTED version of the Plaintiffs' Steering Committee's Memorandum in Support of Motion to Certify the Court's Order and Reasons of March 10, 2016 Pursuant to 28 U.S.C. § 1292(b) [Rec. Doc. 21533] and Exhibits 2 and 3 thereto be filed under seal, by the Clerk of Court.

New Orleans, Louisiana, this _____ day of July, 2018.

_____
**ELDON E. FALLON**
United States District Judge