# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO:**<br><br>*Gross v. Knauf Gips KG,* 2:09-cv-6690<br>*Amorin v. Taishan Gypsum,* 2:11-cv-1672<br>*Amorin v. Taishan Gypsum,* 2:11-cv-1395<br>*Amorin v. Taishan Gypsum,* 2:11-cv-1673<br>*Amorin v. SASAC,* 2:14-cv-1727<br>*State of Louisiana v. Knauf,* 2:10-cv-340<br>*Abner v. Taishan Gypsum,* 2:11-cv-3094<br>*Posey v. BNBM Co.,* 2:09-cv-6531<br>*Morris v. BNBM Co.,* 2:09-cv-6530<br>*Germano v. Taishan Gypsum,* 2:09-cv-6687<br>*Wiltz v. Beijing New Building Materials Public Limited Co.,* 2:10-cv-361 | |

## NOTICE OF SUBMISSION

Please take notice that, upon the pleadings and other matters of record, the undersigned will move the Court before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, Room C456, United States Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130, on August 1, 2018, at 9:00 o'clock a.m., or as soon thereafter as counsel can be heard, for an order on the Plaintiffs' Steering Committee's Motion to Substitute Omnibus Response in Opposition to Defendants' Motions to Dismiss [Rec. Doc. 20036 (Addressing Removal of Confidentiality Designation and Lifting of Seal), and for such other and further relief as the Court may deem just and appropriate.

Dated: July 17, 2018             Respectfully Submitted,

By: /s/ Russ M. Herman  
Russ M. Herman (La Bar No. 6819) (on the brief)  
Leonard A. Davis (La Bar No. 14190) (on the brief)  
Stephen J. Herman (La Bar No. 23129)(on the brief)  
Herman, Herman & Katz, LLC  
820 O'Keefe Avenue  
New Orleans, LA 70113  
Phone: (504) 581-4892  
Fax: (504) 561-6024  
RHerman@hhklawfim.com  
*Plaintiffs' Liaison Counsel MDL 2047*

Arnold Levin (on the brief)  
Fred S. Longer (on the brief)  
Sandra L. Duggan (on the brief)  
Keith Verrier (on the brief)  
Nicola F. Serianni (on the brief)  
Levin Sedran & Berman LLP  
510 Walnut Street, Suite 500  
Philadelphia, PA 19106  
Phone: (215) 592-1500  
Fax: (215) 592-4663  
alevin@lfsblaw.com  
*Plaintiffs' Lead Counsel MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios  
Barrios, Kingsdorf & Casteix, LLP  
701 Poydras Street, Suite 3650  
New Orleans, LA 70139  
Phone: (504) 524-3300  
Fax: (504) 524-3313  
Barrios@bkc-law.com  

Robert M. Becnel,  
Law Office of Robert M. Becnel  
425 W. Airline Highway, Suite B  
Laplace, LA 70068  
Phone: (985) 359-6101  
Fax: (985) 651-6101  
robbecnel@aol.com  

Salvadore Christina, Jr.  
Becnel Law Firm, LLC  
425 W. Airline Highway, Suite B  
Laplace, LA 70068  
Phone: (985) 536-1186  
Fax: (985) 536-6445  
schristina@becnellaw.com  

Peter Prieto  
Podhurst Orseck, PA  
25 Flagler Street, 8th Floor  
Miami, FL 33130  
Phone: (305) 358-2800  
Fax: (305) 358-2382  
pprieto@podhurst.com  

Bruce William Steckler  
Steckler Gresham Cochran  
12720 Hillcrest Road, Suite 1045  
Dallas, TX 75230  
Phone: (972) 387-4040  
Fax: (972) 387-4041  
bruce@stecklerlaw.com  

Patrick Montoya  
Colson, Hicks, Eidson  
255 Alhambra Circle, Penthouse  
Coral Gables, FL 33134  
Phone: (305) 476-7400  
Fax: (305) 476-7444  
patrick@colson.com  

Ben W. Gordon, Jr.  
Levin, Papantonio, Thomas, Mitchell  
Echsner & Proctor, PA  
316 S. Baylen Street, Suite 600  
Pensacola, FL 32502  
Phone: (850) 435-7000  
Fax: (850) 435-7020  
bgordon@levinlaw.com  

Hugh P. Lambert  
The Lambert Firm  
701 Magazine Street  
New Orleans, LA 70130  
Phone: (504) 581-1750  
Fax: (504) 529-2931  
hlambert@thelambertfirm.com  

Pete Albanis  
Morgan & Morgan  
12800 University Drive, Suite 600  
Ft. Myers, FL 33907  
Phone: (239) 433-6880  
Fax: (239) 433-6836  
palbanis@forthepeople.com  

James R. Reeves, Jr.  
Reeves & Mestayer, PLLC  
160 Main Street  
Biloxi, MS 39530  
Phone: (228) 374-5151  
Fax: (228) 374-6630  
jrr@rmlawcall.com

Christopher A. Seeger
Seeger Weiss, LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ  07660
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com


Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5002
dan@wbmllp.com


Richard J. Serpe
Law Offices of Richard J. Serpe
Crown Center, Suite 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Victor M. Diaz, Jr.
V.M. Diaz and Partners, LLC
119 Washington Ave., Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com


Anthony D. Irpino
IRPINO AVIN HAWKINS LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

Gerald E. Meunier
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2800
Phone:  (504) 522-2304
Fax:  (504) 528-9973
gmeunier@gainsben.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W., Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 17th day of July, 2018.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com

*Plaintiffs' Liaison Counsel*
*MDL 2047*