MINUTE ENTRY
FALLON, J.
JULY 18, 2018

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: REF: ALL CASES | JUDGE FALLON MAGISTRATE WILKINSON |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Cathy Pepper

Appearances:  Michael Ryan, Esq. (via phone) for Plaintiffs David and Joan Glickman and Raymond Rodriguez
Danny Dysart, Esq. for the Knauf Defendants

Motion of the Knauf Defendants, to Extinguish the Knauf Defendants' Settlement Obligations for Certain Remediation Claims (21190)

After argument – For reasons stated orally on the record, the motion was granted in part and deferred in part, until the next monthly status conference, which is set for August 14, 2018, at 9am.

JS10:     :12