MINUTE ENTRY
FALLON, J.
JULY 18, 2018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED<br>DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>REF: 11-80, 12-498, 10-932, 09-6687,<br>09-6690, 11-1077 and 10-361 | JUDGE FALLON<br>MAGISTRATE WILKINSON |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Cathy Pepper

Appearances:  Richard Serpe, Esq. for Plaintiffs' Class Counsel

## **FAIRNESS HEARING:**

Motion of Class Counsel for an Order granting final approval of the settlement of assigned claims in MDL No. 2047 on behalf of the Porter-Blaine/Venture Supply Class regarding claims assigned to the class by the Porter-Blaine/Venture Supply participating defendants and participating insurer against Taishan Gypsym Co., Ltd. and Taian Taishan Plasterboard Co., Ltd. (21485)

<u>Judge Mary Jane Hall appeared via telephone from Norfolk Circuit Court, Norfolk, Virginia</u>

There were no objections made to the Motion and the Court found that the Settlement was fair, adequate and reasonable, therefore the motion was GRANTED as stated on the record.

JS10:   :15