UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br>SECTION L<br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** *All Cases*

## ORDER

At the request of the parties,

**IT IS ORDERED** that the following briefing schedule is hereby set for the Plaintiffs' Steering Committee's Motion to Certify the Court's Order and Reasons of March 10, 2016 Pursuant to 28 U.S.C. 1292(b), R. Doc. 21533:

- August 21, 2018 – CNBM Group opposition due
- September 4, 2018 – PSC reply brief due
- September 13, 2018 – Oral argument following Monthly Status Conference

New Orleans, Louisiana, this 18th day of July, 2018.

_____
United States District Judge