# Dan Balhoff

| | |
|---|---|
| **From:** | Dan Balhoff |
| **Sent:** | Tuesday, January 2, 2018 1:40 PM |
| **To:** | 'mr.william.c.wayne@gmail.com'; 'Dysart, Danny' |
| **Subject:** | CDW -- Knauf/Wayne |
| **Attachments:** | R.21060.WilliamWayne.Mot.Knauf.pdf; R.21061.WilliamWayne.Order.submission.pdf; R.21085.WilliamWayne.Knaufobjection.pdf; Wayne response to Knauf Opposition Final.pdf |

Friends:

As you may know, I am serving as the Special Master in this matter.  Judge Fallon has referred the attached motion to me so that I can make a recommendation concerning its disposition.

It appears that the parties have fully briefed the motion.  Please let me know (by noon on Friday, January 5) if there is anything more that you wish to submit before I make my recommendation.

Thank you.

Dan Balhoff

1