# Dan Balhoff

| | |
|---|---|
| **From:** | William Wayne <mr.william.c.wayne@gmail.com> |
| **Sent:** | Tuesday, January 2, 2018 1:59 PM |
| **To:** | Dan Balhoff |
| **Cc:** | Dysart, Danny |
| **Subject:** | Re: CDW -- Knauf/Wayne |

Dan,

   As this is not my profession, it never occurred to me to officially submit the video of the walk through linked and referenced in the motion, though it had been made available to the defendants on 12/15/2015. Do I need to submit this video in some way before you review the facts of the case or would that require a separate motion? Likewise for certain questions I have raised about knowledge possessed by other parties.

Regards,

- Will Wayne

On Tue, Jan 2, 2018 at 1:39 PM, Dan Balhoff <balhoff@pbmbllc.com> wrote:

> Friends:
>
> As you may know, I am serving as the Special Master in this matter.  Judge Fallon has referred the attached motion to me so that I can make a recommendation concerning its disposition.
>
> It appears that the parties have fully briefed the motion.  Please let me know (by noon on Friday, January 5) if there is anything more that you wish to submit before I make my recommendation.
>
> Thank you.
>
> Dan Balhoff
>
> ---
>
> **Attention:**
> The information contained in this message and or attachments is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material.  Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any system and destroy any copies.
>
> **Thank You.**

1

--
- Will