# Dan Balhoff

| | |
|---|---|
| **From:** | William Wayne <mr.william.c.wayne@gmail.com> |
| **Sent:** | Tuesday, January 2, 2018 4:07 PM |
| **To:** | Dysart, Danny |
| **Cc:** | Dan Balhoff |
| **Subject:** | Re: CDW -- Knauf/Wayne |
| **Attachments:** | Wayne.Video.driving.path.png |

Very good. The full video is located on YouTube, and is marked as private so only individuals with a link can view it. The URL is: https://www.youtube.com/watch?v=fVPnyq8Esdc

I can also attach as a video if you prefer. This video was de-interlaced to prevent tearing during fast motion pans.

The video starts at the north entrance of the Penn Mill Lakes subdivision and continues until I exit the car in front of the home, then resumes as I walk inside. I have attached an annotated screen capture of Google Maps which shows the path I am driving. In lieu of a drive through the subdivision, Google Street View can be used to verify the style of the neighboring homes seen in the video.

I discuss and later show a network cable I ran in the home, and some spray insulation I had sprayed in some large gaps that would not have been insulated otherwise. A phone call can be arranged to authenticate that the voice in the video belongs to me, should this be required.

Drywall can be seen best around 2:51 and at 4:16.

I am driving a 2006 Dodge Caliber R/T in Sunburst Orange pearl, which I owned from new until 2013, and can be seen in the video at 4:11.

Thank you all for your time,

- Will Wayne

On Tue, Jan 2, 2018 at 3:06 PM, Dysart, Danny <ddysart@bakerdonelson.com> wrote:

> Digital is also good with me.  Or it can be send to my attention at:
>
>
> Baker Donelson
>
> 201 St. Charles Avenue, Suite 3600
>
> New Orleans, La 70170
>
>
>
> Thank you

1

**From:** Dan Balhoff [mailto:balhoff@pbmbllc.com]
**Sent:** Tuesday, January 02, 2018 3:05 PM
**To:** Dysart, Danny; William Wayne

**Subject:** RE: CDW -- Knauf/Wayne

Mr. Wayne:

Please submit a copy of the video to Mr. Dysart and myself. I would prefer a digital version, but if you have to send me a physical copy, my address is 2141 Quail Oak Dr., Baton Rouge, LA 70808.

Thank you.

Dan Balhoff

**From:** Dysart, Danny [mailto:ddysart@bakerdonelson.com]
**Sent:** Tuesday, January 2, 2018 2:56 PM
**To:** Dan Balhoff <balhoff@pbmbllc.com>; William Wayne <mr.william.c.wayne@gmail.com>
**Subject:** RE: CDW -- Knauf/Wayne

Dan,

This matter was previously handled by Rene Merino who is no longer associated with this office. I first became involved in this matter after Judge Fallon asked for a response to Mr. Wayne's motion in November 2017.

Therefore, so all are on the same page, I would request that Mr. Wayne submit a copy of the video again for review by me (and you). If I still have an objection as to the authenticity or relevance of the video, I would make it at that time and you can give whatever weight you believe is appropriate under the Settlement Agreement when you make your report and recommendation to Judge Fallon.

Thanks,
Danny

**From:** Dan Balhoff [mailto:balhoff@pbmbllc.com]
**Sent:** Tuesday, January 02, 2018 2:43 PM
**To:** William Wayne; Dysart, Danny
**Subject:** RE: CDW -- Knauf/Wayne

Friends:

I have briefly reviewed the submissions, and it appears that Knauf contends that the video has not been authenticated.  I am asking that Mr. Dysart let me know whether he objects to the submission of the video.

Thank you.

Dan Balhoff

**From:** William Wayne [mailto:mr.william.c.wayne@gmail.com]
**Sent:** Tuesday, January 2, 2018 1:59 PM
**To:** Dan Balhoff <balhoff@pbmbllc.com>
**Cc:** Dysart, Danny <ddysart@bakerdonelson.com>
**Subject:** Re: CDW -- Knauf/Wayne

Dan,

   As this is not my profession, it never occurred to me to officially submit the video of the walk through linked and referenced in the motion, though it had been made available to the defendants on 12/15/2015. Do I need to submit this video in some way before you review the facts of the case or would that require a separate motion? Likewise for certain questions I have raised about knowledge possessed by other parties.

Regards,

- Will Wayne

3

On Tue, Jan 2, 2018 at 1:39 PM, Dan Balhoff <balhoff@pbmbllc.com> wrote:

Friends:

As you may know, I am serving as the Special Master in this matter. Judge Fallon has referred the attached motion to me so that I can make a recommendation concerning its disposition.

It appears that the parties have fully briefed the motion. Please let me know (by noon on Friday, January 5) if there is anything more that you wish to submit before I make my recommendation.

Thank you.

Dan Balhoff

**Attention:**
The information contained in this message and or attachments is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any system and destroy any copies.

**Thank You.**

--

- Will

**Attention:**
The information contained in this message and or attachments is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any system and destroy any copies.

**Thank You.**

Under requirements imposed by the IRS, we inform you that, if any advice concerning one or more U.S. federal tax issues is contained in this communication (including in any attachments and, if this communication is by email, then in any part of the same series of emails), such advice was not intended or written by the sender or by Baker, Donelson, Bearman, Caldwell & Berkowitz, PC to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction or tax-related matter addressed herein.

This electronic mail transmission may constitute an attorney-client communication that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail, so that our address record can be corrected.

**Attention:**
The information contained in this message and or attachments is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material.  Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any system and destroy any copies.

**Thank You.**

--
- Will