# Dan Balhoff

| | |
|---|---|
| **From:** | William Wayne <mr.william.c.wayne@gmail.com> |
| **Sent:** | Thursday, January 25, 2018 9:48 AM |
| **To:** | Dan Balhoff |
| **Subject:** | Re: CDW/Wayne |

Are we allowed to have a conversation?

On Thu, Jan 25, 2018 at 8:35 AM, Dan Balhoff <balhoff@pbmbllc.com> wrote:

> Friends:
>
> I am attaching my opinion and decree in this matter.  I will circulate my invoice in the near future.
>
> Thank you.
>
> Dan Balhoff
>
> ---
>
> **Attention:**
> The information contained in this message and or attachments is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material.  Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any system and destroy any copies.
>
> **Thank You.**

--
- Will