UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY         MDL No. 2047
LITIGATION

SECTION: L

THIS DOCUMENT RELATES TO:          JUDGE FALLON
*ALL CASES*                        MAGISTRATE JUDGE WILKINSON
**********************************************************************

### MOTION FOR LEAVE TO FILE THE BECNEL LAW FIRM, LLC'S OBJECTION TO FEE COMMITTEE'S RECOMMENDED FEE ALLOCATION AND EXHIBITS UNDER SEAL

MAY IT PLEASE THE COURT, now comes The Becnel Law Firm, L.L.C. who respectfully requests to file under seal its Objection to Fee Committee's Recommended Fee Allocation ("Becnel's Objection"), including the two exhibits attached thereto. The Becnel Law Firm's Objection and attached exhibits include information, which is confidential and includes attorney work product. Due to the continued litigation against the Taishan Defendants, this confidential information and work product should not be disclosed to the Taishan Defendants. Consequently, the Becnel Law Firm submits that only the firms involved in the common benefit fee allocation issues should be provided with this information.

WHEREFORE, The Becnel Law Firm, LLC requests that its Motion be Granted and that its Objection to Fee Committee's Recommended Fee Allocation and Exhibits "A" and "B" attached thereto be filed UNDER SEAL, and that all firms who receive the Becnel Law Firm's Objection and Exhibits maintain the confidentiality of those documents.

Dated: July 19, 2018

                                        Respectfully Submitted,

                                        */s/ Salvadore Christina, Jr.*
                                        Salvadore Christina, Jr. (27,198)
                                        The Becnel Law Firm, LLC
                                        425 W. Airline Hwy., Suite B
                                        Reserve, LA 70084
                                        Phone: (985) 536-1186
                                        Fax: (985) 536-6445
                                        schristina@bencellaw.com


## CERTIFICATE OF SERVICE

      I hereby certify that on July 19, 2018, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system, which will send a notice of the electronic filing to the counsel of record for defendants.

                                        */s/ Salvadore Christina, Jr.*