UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY         MDL No. 2047
LITIGATION

SECTION: L

THIS DOCUMENT RELATES TO:          JUDGE FALLON
*ALL CASES*                        MAGISTRATE JUDGE WILKINSON
******************************************************************

<u>EXHIBIT A TO THE OBJECTION TO STEP SIX RECOMMENDATION
OF THE MAJORITY OF THE FEE COMMITTEE
REGARDING ALLOCATION OF THE COMMON BENEFIT</u>

**FILED UNDER SEAL**