UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: *ALL CASES* | JUDGE FALLON MAGISTRATE JUDGE WILKINSON |

******************************************************************

<u>EXHIBIT B TO THE OBJECTION TO STEP SIX RECOMMENDATION
OF THE MAJORITY OF THE FEE COMMITTEE
REGARDING ALLOCATION OF THE COMMON BENEFIT</u>

**FILED UNDER SEAL**