UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL NO. 2:09-md-2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION: L |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ELDON E. FALLON |
| *Wiltz, et al v. Beijing New Building Materials* | * | |
|   *Public Limited Co, et al,* USDC EDLA No. 10-361 | * | |
| *Gross, et al v. Knauf GIPS KG, et al.,* | * | MAGISTRATE JUDGE |
|   USDC EDLA No. 09-0690 | * | JOSEPH C. WILKINSON, JR. |
| *Abel, et al v. Taishan Gypsum Co., Ltd., et al.,* | * | |
|   USDC EDLA No. 11-080; | * | |
| *Amorin, et al v. Taishan Gypsum Co., Ltd., et al.,* | * | |
|   USDC EDLA No. 2:11-cv-1672; | * | |
| *Amorin, et al v. Taishan Gypsum Co., Ltd., et al.,* | * | |
|   USDC EDLA No. 2:11-cv-1395; | * | |
| *Amorin, et al v. Taishan Gypsum Co., Ltd., et al.,* | * | |
|   USDC EDLA No. 2:11-cv-1673; | * | |
| *Beane, et al v. Gerbrueder Knauf Verwaltunge* | * | |
|   *Sellschaft, KG, et al,* USDC EDLA | * | |
|   No. 2:13-cv-00609 | * | |
| *Brooke, et al v. State-Ownes Assets Supervision and* | * | |
|   *Administration Commission of the State Council,* | * | |
|   *et al;* USDC EDLA No. 2:15-cv-04127 | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## INTERESTED PARTIES' MOTION TO ENROLL AS COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, come Interested Parties, Laurie Smith, Lucille Alveris, Annette Gaskin on behalf of Stephnea Hadley, Dean Latusek, Lona and Leroy McCallum, Scott McDougal on behalf of Treevis Investments, LLC, and Debra V. Mullet and Edwin A. Mullet, III on behalf of the Edwin A. Mullet, III Trust Fund, in the above-captioned proceeding, respectfully move this Honorable Court for the entry of an Order enrolling Jennifer N. Willis (#14877) and Jennifer S. Martinez (#29624), with the firm of Willis & Buckley, APC, as counsel of record, in accordance with the Local Rules of this Court.

Wherefore, the Interested Parties respectfully request that Jennifer N. Willis and Jenifer S. Martinez be enrolled as counsel of record for Laurie Smith, Lucille Alveris, Annette Gaskin

on behalf of Stephnea Hadley, Dean Latusek, Lona and Leroy McCallum, Scott McDougal on behalf of Treevis Investments, LLC, and Debra V. Mullet and Edwin A. Mullet, III on behalf of the Edwin A. Mullet, III Trust Fund.

        Respectfully submitted,

        */s/ Jennifer N. Willis*
        Jennifer N. Willis, T.A. (#14877)
        Email: jenniferwblaw@bellsouth.net
        Jennifer S. Martinez (#29624)
        Email: jenniferm@willisbuckley.com
        WILLIS & BUCKLEY, APC
        3723 Canal Street
        New Orleans, Louisiana 70119
        Telephone:  (504) 488-6301
        Facsimile:   (504) 488-6302

## **CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing Motion to Substitute Counsel of Record has been served on Plaintiff's Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Harry Rosenburg, by U.S. mail and e-mail and upon all parties by electronically uploading the same to File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2014 on the 19th day of July, 2018.

        */s/ Jennifer N. Willis*
        Jennifer N. Willis