## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2:09-md-2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO: | * | JUDGE ELDON E. FALLON |
| *Wiltz, et al v. Beijing New Building Materials Public Limited Co, et al,* USDC EDLA No. 10-361 | * * | |
| *Gross, et al v. Knauf GIPS KG, et al.,* USDC EDLA No. 09-0690 | * * | MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |
| *Abel, et al v. Taishan Gypsum Co., Ltd., et al.,* USDC EDLA No. 11-080; | * * | |
| *Amorin, et al v. Taishan Gypsum Co., Ltd., et al.,* USDC EDLA No. 2:11-cv-1672; | * * | |
| *Amorin, et al v. Taishan Gypsum Co., Ltd., et al.,* USDC EDLA No. 2:11-cv-1395; | * * | |
| *Amorin, et al v. Taishan Gypsum Co., Ltd., et al.,* USDC EDLA No. 2:11-cv-1673; | * * | |
| *Beane, et al v. Gerbrueder Knauf Verwaltunge Sellschaft, KG, et al,* USDC EDLA No. 2:13-cv-00609 | * * * | |
| *Brooke, et al v. State-Ownes Assets Supervision and Administration Commission of the State Council, et al;* USDC EDLA No. 2:15-cv-04127 | * * * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## <u>ORDER</u>

**IT IS HEREBY ORDERED**, that Jennifer N. Willis and Jennifer S. Martinez, be enrolled as counsel of record for the Interested Parties, Laurie Smith, Lucille Alveris, Annette Gaskin on behalf of Stephnea Hadley, Dean Latusek, Lona and Leroy McCallum, Scott McDougal on behalf of Treevis Investments, LLC, and Debra V. Mullet and Edwin A. Mullet, III on behalf of the Edwin A. Mullet, III Trust Fund, in the above-captioned matter.

New Orleans, Louisiana, this _____ day of _____, 2018.

_____
JUDGE