UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | : | MDL NO. 2047 |
| IN RE: CHINESE MANUFACTURED DRYWALL | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAGISTRATE JUDGE |
| ……………………………………………… : | | WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

Pursuant to PTO 28, the Court appointed a Fee Committee consisting of individuals who had been active in the Chinese-Manufactured Drywall Products Liability Litigation from the beginning and performed a significant role in either the MDL and/or state court litigation. This Fee Committee was charged with reviewing fee requests and supporting documents from all attorneys who performed common benefit work and thereafter making a recommendation to the Court regarding allocation of the common benefit fees as set in the Court's Order & Reasons Setting Common Benefit Fees, R. Doc. 21168.

The Court has received the Fee Committee's report and recommendations, R. Doc. 21455, and has posted these recommendations to the Court's website for the Chinese-Manufactured Drywall Litigation. The Court has set a deadline for objections to the recommendation of July 20, 2018. R. Doc. 21482.

Accordingly,

**IT IS ORDERED** that the Fee Committee shall file any responses to the objections no later than Friday, August 3, 2018 at 5:00 p.m. central standard time.

New Orleans, Louisiana, this 18th day of July, 2018.

_____
United States District Judge