UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL | * | MDL No.  2047 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: L |
| THIS DOCUMENT RELATES TO: | * | |
| | * | JUDGE FALLON |
| ALL ACTIONS | * | |
| | * | MAGISTRATE JUDGE |
| | * | WILKINSON |

**************************************************

## OBJECTION TO STEP SIX RECOMMENDATION OF THE MAJORITY OF THE FEE COMMITTEE REGARDING ALLOCATION OF THE COMMON BENEFIT

Pursuant to the Court's Order in reference to filing an objection in the above captioned case, Robert M. Becnel, Attorney, objects to the allocation of the Common Benefit Fee award in the amount of $3,744.03. My objection is based on my first Affidavit and Memorandum submitted on February 26, 2014 and my second Affidavit and Memorandum submitted on March 24, 2014 which were sent via certified mail to Arnold Levin and Russ Herman.  It was virtually impossible to list specific objections as the Fee Committee did not provide any detailed information relative to my submissions.

I began working on Chinese Drywall Litigation in March, 2009 and on April 3, 2009, I began inspections of homes in various states. I was appointed by the PSC as co-chair of the following committees:

       1.      Inspections Committee.

       2.      Governmental Relations Committee.

       3.      Administration & Depository Committee.

Additionally, I was a member of the Discovery Deposition Committee.

The Law Offices of Robert M. Becnel has 819.00 common benefit hours from inception through 2013 and $6,216.99 in held costs through 2014, which were accepted by the Court-Appointed CPA pursuant to PTO 9.  The firm's lodestar equals $409,500.00 using the firm's 2013 hourly rates, $286,650.00 using the firm's hourly rates at the inception of the litigation, and $348,075.00 when the current and inception rates are blended or averaged.

The Fee Committee in an e-mail from Sandra Dugan dated May 23, 2018, recommended an award of $3,744.03 in common benefit fees.

As a result of the foregoing, I object to the recommendation of the Fee Committee.

Respectfully submitted:

LAW OFFICES OF ROBERT M. BECNEL

s/ Robert M. Becnel
ROBERT M. BECNEL #14072
425 West Airline Highway, Suite B
LaPlace, LA 70068
t: 985-359-6100
f: 985-651-6104

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of July, 2018, I electronically filed the foregoing Objection to Step Six Recommendation of the Majority of the Fee Committee Regarding Allocation of the Common Benefit with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

s/Robert M. Becnel