**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:**

*Gross v. Knauf Gips KG, 2:09-cv-6690*
*Amorin v. Taishan Gypsum, 2:11-cv-1672*
*Amorin v. Taishan Gypsum, 2:11-cv-1395*
*Amorin v. Taishan Gypsum, 2:11-cv-1673*
*Amorin v. SASAC, 2:14-cv-1727*
*State of Louisiana v. Knauf, 2:10-cv-340*
*Abner v. Taishan Gypsum, 2:11-cv-3094*
*Posey v. BNBM Co., 2:09-cv-6531*
*Morris v. BNBM Co., 2:09-cv-6530*
*Germano v. Taishan Gypsum,* **2:09-cv-6687**
*Wiltz v. Beijing New Building Materials Public Limited Co., 2:10-cv-361*

**O R D E R**

Considering the Motion to Withdraw Filing filed by the Plaintiffs' Steering Committee;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the Plaintiffs' Steering Committee's Motion to Substitute Omnibus Response in Opposition to Defendants' Motions to Dismiss [Rec. Doc. 20036] (Addressing Removal of Confidentiality Designations and Lifting of Seal) [Rec. Doc. 21535] be and is hereby withdrawn.

New Orleans, Louisiana, this ___ day of _____, 2018.

_____
Eldon E. Fallon
United States District Court Judge