UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO:**<br><br>*Gross v. Knauf Gips KG,* 2:09-cv-6690<br>*Amorin v. Taishan Gypsum,* 2:11-cv-1672<br>*Amorin v. Taishan Gypsum,* 2:11-cv-1395<br>*Amorin v. Taishan Gypsum,* 2:11-cv-1673<br>*Amorin v. SASAC,* 2:14-cv-1727<br>*State of Louisiana v. Knauf,* 2:10-cv-340<br>*Abner v. Taishan Gypsum,* 2:11-cv-3094<br>*Posey v. BNBM Co.,* 2:09-cv-6531<br>*Morris v. BNBM Co.,* 2:09-cv-6530<br>*Germano v. Taishan Gypsum,* 2:09-cv-6687<br>*Wiltz v. Beijing New Building Materials Public Limited Co.,* 2:10-cv-361 | |

**MEMORANDUM IN SUPPORT OF THE PLAINTIFFS'
STEERING COMMITTEE'S MOTION TO SUBSTITUTE
OMNIBUS RESPONSE IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS
[REC. DOC. 20036] (ADDRESSING REMOVAL OF CONFIDENTIALITY
DESIGNATIONS AND LIFTING OF SEAL)**

**MAY IT PLEASE THE COURT:**

This memorandum is being submitted on behalf of the Plaintiffs' Steering Committee ("PSC") in support of its Motion to Substitute the PSC's Omnibus Response in Opposition to Defendants' Motions to Dismiss ("Omnibus Response") [Rec. Doc. 20036] (Addressing Removal of Confidentiality Designations and Lifting of Seal).  The contents of the Omnibus Response have not been changed except insofar as the seal on documents and testimony that are no longer protected by Pre-Trial Order No. 16 has been lifted.

On January 22, 2016, the PSC filed the Omnibus Response Under Seal in its entirety [Rec.

Doc. 20036]. The Omnibus Response was filed under seal to comply with Pre-Trial Order No. 16, which sets forth procedures for submitting papers consisting of, relating to, containing, incorporating, reflecting, describing or attach confidential or highly confidential-restricted information to the Court.[1] Since that filing, the PSC has worked with the Defendants to de-designate as confidential many of the documents attached to the Omnibus Response for the purpose of ultimately lifting the seal over the filing and related exhibits.

The Parties engaged in series of meet and confers in 2016 relating to exhibits attached to substantive briefing and used in depositions. On December 21, 2016, a Motion to Remove Confidentiality Designation with respect to Documents Produced by and Testimony of the Taishan Defendants and Third Parties was filed [Rec. Doc. 20598]. Ultimately, in April 2018, the PSC filed an additional Motion to Redress Improper Confidentiality Designations and Enforce Order Requiring Manual Translation of Chinese Documents in Recognition of the Suggestion of Remand on the Florida *Amorin* Plaintiffs [Rec. Doc. 21280]. On May 3, 2018, the Court issued an Order & Reasons granting in part and denying in part Plaintiffs' Motion to Redress Improper Confidentiality Designations that resulted in the de-designation as confidential certain discovery documents as set forth in the appendix to the Order [Rec. Doc. 21317 and 21317-1].

Following the Court's May 3, 2018 Order, the Parties again engaged in a series of meet and confer correspondences to further de-designate the exhibits and deposition testimony included in the Omnibus Response. At this time, there are no outstanding disagreements between the Parties with regard to the confidentiality designations over deposition testimonies and exhibits attached,

---

[1] On December 12, 2016, the PSC also filed a Supplement to Omnibus Response in Opposition to Defendants' Motions to Dismiss [Rec. Doc. 20585-2].

referenced or otherwise described in the Omnibus Response.[2] Attached hereto as Exhibit "A" is a PSC chart that shows the confidential status of each exhibit attached to the Omnibus Response. The exhibits are either "Public," "Redacted" [by agreement of the Parties or pursuant to Court Order], or "Under Seal" [pursuant to Court order]. Further, the proposed Omnibus Response to be substituted is redacted to protect information, content, and descriptions still deemed confidential by this Court. Finally, those remaining documents that continue to consist of, relate to, contain, incorporate, reflect, describe or attach discovery documents that continue to have confidential or highly confidential-restricted information will continue to remain under seal as filed with the Court.

It is important that this motion be considered on an expedited basis because on March 15, 2018, China National Building Materials Company, Ltd.; Beijing New Building Materials Public Limited Company; and Beijing New Building Material Group Company, Ltd. filed a Petition for Permission to Appeal Pursuant to 28 U.S.C. Section 1292(b) with the United States Court of Appeals for the Fifth Circuit, which was granted by the Court. The Parties' joint designations of the record are due on July 30, 2018. The appeal addresses this Court's April 21, 2017 Order denying petitioners' request to dismiss for lack of personal jurisdiction [Rec. Doc. 20739]. The Omnibus Response deals with jurisdictional matters pending on appeal with the Fifth Circuit, and lifting the seal over the Omnibus Response and related exhibits will assist in properly providing

---

[2] The PSC also worked with the third parties, Knauf and Morgan Stanley to de-designate as confidential certain language quoted from the deposition testimony or deposition exhibits. The Knauf entities agreed to de-designate as confidential the language included within the body of the brief but maintained confidentiality over the cited exhibit (MTD Ex. 187). Further, Morgan Stanley's counsel agreed to lift the confidentiality over the Terence Keyes deposition testimony and deposition exhibits quoted or discussed in the PSC's Omnibus Response. Morgan Stanley otherwise maintains the confidentiality designations over the remainder of the Keyes deposition and exhibits.

the Court of Appeals a full record of pleadings from the District Court. Thus, in addition to the practical exercise of substituting the Omnibus Response, there is also a necessity to substituting the filing and exhibits.

The PSC requests that the Court substitute the Omnibus Response so that the seal is lifted on documents and testimony no longer deemed confidential for the reasons as set forth above. This will result in the same Omnibus Response being filed with the Court, which has not been changed except insofar as the seal on documents and testimony that are no longer protected by Pre-Trial Order No. 16 has been lifted.

Dated: July 19, 2018                                     Respectfully Submitted,

By: /s/ Russ M. Herman
Russ M. Herman (La Bar No. 6819) (on the brief)
Leonard A. Davis (La Bar No. 14190) (on the brief)
Stephen J. Herman (La Bar No. 23129)(on the brief)
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
RHerman@hhklawfim.com
*Plaintiffs' Liaison Counsel MDL 2047*

Arnold Levin (on the brief)
Fred S. Longer (on the brief)
Sandra L. Duggan (on the brief)
Keith Verrier (on the brief)
Nicola F. Serianni (on the brief)
Levin Sedran & Berman LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Emma Kingsdorf Schwab (on the brief)
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Robert M. Becnel,
Law Office of Robert M. Becnel
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 359-6101
Fax: (985) 651-6101
robbecnel@aol.com

Salvadore Christina, Jr.
Becnel Law Firm, LLC
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 536-1186
Fax: (985) 536-6445
schristina@becnellaw.com

Peter Prieto
Podhurst Orseck, PA
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
pprieto@podhurst.com

Bruce William Steckler
Steckler Gresham Cochran
12720 Hillcrest Road, Suite 1045
Dallas, TX 75230
Phone: (972) 387-4040
Fax: (972) 387-4041
bruce@stecklerlaw.com

Patrick Montoya
Colson, Hicks, Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
patrick@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
Echsner & Proctor, PA
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
The Lambert Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com

Pete Albanis
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Myers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
palbanis@forthepeople.com

James R. Reeves, Jr.
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@rmlawcall.com

Christopher A. Seeger
Seeger Weiss, LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ  07660
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5002
dan@wbmllp.com

Richard J. Serpe
Law Offices of Richard J. Serpe
Crown Center, Suite 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Victor M. Diaz, Jr.
V.M. Diaz and Partners, LLC
119 Washington Ave., Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

Anthony D. Irpino
Pearl A. Robertson (on the brief)
IRPINO AVIN HAWKINS LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

Gerald E. Meunier
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2800
Phone:  (504) 522-2304
Fax:  (504) 528-9973
gmeunier@gainsben.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W., Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 19th day of July, 2018.

      /s/ Leonard A. Davis
      Leonard A. Davis, Esquire
      Herman, Herman & Katz, LLC
      820 O'Keefe Avenue
      New Orleans, LA 70113
      Phone: (504) 581-4892
      Fax: (504) 561-6024
      Ldavis@hhklawfirm.com

      *Plaintiffs' Liaison Counsel*
      *MDL 2047*