# Exhibit "A"

| MTD Ex. # | Exhibit Title (as listed in the TOC of the Response) | Confidentiality Designation |
|---|---|---|
| 1 | Summary Chart of Taishan, BNBM, CNBM Officers and Directors, with supporting documentation (Exhibit 23-1 and exhibits thereto) | PUBLIC |
| 2 | Manufacturer Profile Forms for Taishan Gypsum Co., Ltd. and TTP (Herman Affidavit Exhibit 19 filed 5/8/2012) | PUBLIC |
| 3 | "Informational Report on the Class Actions Brought by the U.S. Parties Against Taishan Gypsum Company Limited" dated 5/11/2009 [TG-0208428-30] (Exhibit 825) | PUBLIC |
| 4 | Organizational Chart of CNBM Group & Controlled Subsidiaries | PUBLIC |
| 5 | Deposition of BNBM Group (ZHAO Yanming) dated 7/15-17/2015 | UNDER SEAL |
| 6 | Nicolas C. Howson, *Protecting the State from Itself? Regulatory Intervention in Corporate Governance and the Financing of China's "State Capitalism,"* U. OF MICHIGAN PUBLIC LAW RESEARCH PAPER NO. 423 (Jan. 13, 2015) | PUBLIC |
| 7 | Jiangyu Wang, *The Political Logic of Corporate Governance in China's State-owned Enterprises*, 47 CORNELL INT'L L.J. 631 (2014) | PUBLIC |
| 8 | Li-Wen Lin & Curtis J. Milhaupt, *We Are the (National) Champions: Understanding the Mechanisms of State Capitalism in China*, 65 STAN. L. REV. 697 (2013) | PUBLIC |
| 9 | Adam Hersh, *Assessing China's Economic Reform Agenda,* CENTER FOR AMERICAN PROGRESS (May 1, 2014) available at https://www.americanprogress.org/issues/economy/report/2014/05/01/88864/assessin g-chinas-economic-reform-agenda/ | PUBLIC |
| 10 | Meeting Minutes of the Seminar on Deepening Reform, CNBM Group Board of Directors dated 2/26/2014 [CNBMGRP00023355-75] (Exhibit 816) | PUBLIC |
| 11 | CNBM Group "Global Presence" Tab, available at http://www.cnbm.com.cn/EN/c_0000001600030001/ | PUBLIC |
| 12 | 2014 China National Building Materials Group Corporation Social Responsibility Report | PUBLIC |
| 13 | CNBM Announcement: "Connected Transaction Acquisition of the Entire Equity Interest in Tai'an Donglian Investment Trading Company Limited; Connected Transaction Provision of Financial Assistance to Taian State Owned Assets Management Company" dated 8/28/2006 [Q000010-12] (Herman Affidavit Exhibit 134 filed 5/8/2012) | PUBLIC |
| 14 | CNBM Company Announcement of Connected Transactions by Beijing New Building Material Company Material Company Limited published 4/13/2007 | PUBLIC |
| 15 | 2005 CNBM Annual Report [ALRMH-CNBM00004244-4352] (Exhibit 4) | PUBLIC |
| 16 | 2005 BNBM Annual Report [BNBMPLC0000288-380] (Exhibit 136) | PUBLIC |
| 17 | 2005 BNBM Group Auditor's Report [BNBM(Group)00000427R-518R] (Exhibit 168R) | REDACTED |
| 18 | 2006 CNBM Annual Report [ALRMH-CNBM00004106-4243] (Exhibit 5) | PUBLIC |

| MTD Ex. # | Exhibit Title (as listed in the TOC of the Response) | Confidentiality Designation |
|---|---|---|
| 19 | 2006 BNBM Annual Report [BNBMPLC0000489-605] (Exhibit 14) | PUBLIC |
| 20 | 2007 CNBM Annual Report [ALRMH-CNBM00000782-949] (Exhibit 6) | PUBLIC |
| 21 | 2007 BNBM Annual Report [BNBMPLC0000722-841] (Exhibit 15) | PUBLIC |
| 22 | 2008 CNBM Annual Report [ALRMH-CNBM00001118-1315] (Exhibit 7) | PUBLIC |
| 23 | 2008 BNBM Annual Report [BNBMPLC0000961-1080] (Exhibit 16) | PUBLIC |
| 24 | 2008 BNBM Group Auditor's Report [BNBM(Group)0000745R-807R] (Exhibit 171R) | REDACTED |
| 25 | 2009 CNBM Annual Report [ALRMH-CNBM00001514-1719] (Exhibit 8) | PUBLIC |
| 26 | 2009 BNBM Annual Report [BNBMPLC0001229-1378] (Exhibit 17) | PUBLIC |
| 27 | 2011 CNBM Annual Report [ALRMH-CNBM00002354-571] (Exhibit 10) | PUBLIC |
| 28 | 2012 CNBM Annual Report [ALRMH-CNBM00002790-3007] (Exhibit 11) | PUBLIC |
| 29 | 2012 BNBM Annual Report [BNBMPLC00002273-480] (Exhibit 20) | PUBLIC |
| 30 | 2013 CNBM Annual Report [ALRMH-CNBM00003226-443] (Exhibit 12) | PUBLIC |
| 31 | 2013 BNBM Annual Report [BNBMPLC0002743-944] (Exhibit 21) | PUBLIC |
| 32 | 2011 BNBM Annual Report [BNBMPLC0001862-2018] (Exhibit 19) | PUBLIC |
| 33 | 2014 CNBM Annual Report [ALRMH-CNBM00003662-883] (Exhibit 13) | PUBLIC |
| 34 | 2014 BNBM Annual Report [BNBMPLC0003164-336] (Exhibit 22) | PUBLIC |
| 35 | Deposition of CNBM (CHANG Zhangli) dated 6/5-7/2015 | UNDER SEAL |
| 36 | Deposition of SONG Zhiping dated 9/14-15/2015 | UNDER SEAL |
| 37 | 2015 CNBM Interim Report [PSC00000001-102] (Exhibit 334) | PUBLIC |
| 38 | 2006 CNBM Global Offering Prospectus [ALRMH-CNBM000001-643] (Exhibit 3) | PUBLIC |
| 39 | 2010 CNBM Annual Report [ALRMH-CNBM00001926-2139] (Exhibit 9) | PUBLIC |
| 40 | Deposition of Morgan Stanley (Terence Keyes) dated 11/13/2015 | UNDER SEAL |
| 41 | Morgan Stanley Post-Mortem PowerPoint for CNBM dated 3/16/2006 [MS056130-38] (Keyes Exhibit 17) | PUBLIC |
| 42 | Hong Kong Stock Exchange Rules, Chapter 1 (Keyes Exhibit 2) | PUBLIC |
| 43 | Hong Kong Stock Exchange Rules, Chapter 19A (Keyes Exhibit 3) | PUBLIC |
| 44 | BNBM press release "BNBM General Manager Mr. Wang Visited Saint-Gobain and Lafarge" dated 4/15/2007 | PUBLIC |
| 45 | BNBM press release "Founding Ceremony for BNBM Taicang 60 million Sq.m. Per Annum Gypsum Board Base" dated 5/23/2007 | PUBLIC |
| 46 | 2010 BNBM Annual Report [BNBMPLC0001542-695] (Exhibit 18) | PUBLIC |
| 47 | Partial Translation of the Stock Listing Rules of the Shenzhen Stock Exchange (2014 Revision), No. 378 | PUBLIC |

| MTD Ex. # | Exhibit Title (as listed in the TOC of the Response) | Confidentiality Designation |
|---|---|---|
| 48 | CNBM Announcement: Disclosable Transaction, Connected Transaction, Acquisition of Equity Interest in Taishan Gypsum Through Share Issuance of BNBM dated 10/13/2015 | PUBLIC |
| 49 | Deposition of JIA Tongchun dated 9/17-18/2015 | UNDER SEAL |
| 50 | Deposition of Taishan (CHE Gang) dated 6/2-4/2015 | PUBLIC |
| 51 | "General Manager Bing Wang's work report at the 3rd meeting of the 5th session of BNBM staff representative meeting" dated 3/23/2007 [BNBMPLC-E-004827-4847 and partial translation] (Exhibit 315R) | PUBLIC |
| 52 | China National Building Material Group Corporation Administrative Measures for Appointing Representatives of Capital Contributors [BNBM(Group)-E-0005107-5115 and partial translation] (Exhibit 249) | PUBLIC |
| 53 | Deposition of HU Jinyu dated 12/7/2015 | UNDER SEAL |
| 54 | "CNBM Co., Ltd. 2010, 6th Working Meeting" dated 6/11/2010 [CNBMCO000327370-00327390 and partial translation] | PUBLIC |
| 55 | "Present the People, the Object, and the Mindset, Integrate Strictness with Reliability, and Change the Work Style" [CNBMCO00055606-611 and partial translation] (Exhibit 392) | PUBLIC |
| 56 | "China National Building Material Group Corporation Sample Document" [CNBMGRP00006793-6795 and partial translation] (Exhibit 75) | PUBLIC |
| 57 | "China National Building Material Group Corporation Year of 2015-2017 Development Strategy and Plan" dated April, 2015 [CNBMGRP000013290-13347 and partial translation] (Exhibit 91) | PUBLIC |
| 58 | "Beijing New Building Materials (Group) Company Limited Internal Control System Construction Work Summary" dated 5/28/2014 [BNBM(Group)-E-0004986-4990 and partial translation] (Exhibit 247) | PUBLIC |
| 59 | CNBM Co., Ltd. [2011] "The Second Office Meeting" held 2/28/2011 [CNBMCO00366842-873 and partial translation] | PUBLIC |
| 60 | WANG Bing's "Welcome Speech on the 2008 BNBM Annual Marketing Meeting" [BNBMPLC-E-0005889-5892 and partial translation] (Exhibit 316R) | PUBLIC |
| 61 | Email from BNBM PLC to Taishan Gypsum instructing over CNBM Group's Comprehensive Risk Management Notice dated 4/5/2010 [TG-0217959 and translation] (Exhibit 815) | PUBLIC |
| 62 | "Taishan Gypsum Company Limited Comprehensive Risk Management Report for the Year 2011" submitted to CNBM Group, CNBM and BNBM [CNBMGRP00371516-371562 and partial translation] (Exhibit 416) | PUBLIC |
| 63 | "China National Building Material Group Corporation Comprehensive Risk Management Report of the Year 2010" [CNBMGRP00330873-330934 and partial translation] (Exhibit 388) | UNDER SEAL |
| 64 | "China National Building Material Group Corporation Interim Measure on Fully Implementing the Decision-Making Rules for the 'Three Significant Issues and One Large Operation'" [BNBMPLC-E-0001156-1172 and partial translation] (Exhibit 113) | PUBLIC |

| MTD Ex. # | Exhibit Title (as listed in the TOC of the Response) | Confidentiality Designation |
|---|---|---|
| 65 | Email chain between and among CNBM, BNBM, and Taishan re: "Notice on submitting the information of import and export business operation and countermeasures of the enterprises during the financial crisis" dated 11/3-5/2008 [TG-0218944-946 and translation] (Exhibit 814) | PUBLIC |
| 66 | Attachment to 11/3-5/2008 email chain between and among CNBM, BNBM, and Taishan, "The Operation Situation and Relevant Suggestions on the Import and Export Business of Taishan Gypsum Company Limited" [TG-0218947-948 and translation] (Exhibit 814-1) | PUBLIC |
| 67 | "Statement on Implementing the Requirements from the Group Corporation's Meeting of International Business Risk Prevention," dated 7/11/2014 [Translation of BNBM(Group)-E-0000444-446 and translation] (Exhibit 215) | PUBLIC |
| 68 | Technical Code for Safety of Gypsum Plasterboard Enterprises: Instructions for Preparation [CNBMGRP00071458-480 and partial translation] (Exhibit 810-1) | UNDER SEAL |
| 69 | "Report on Submitting the Implementation Plan on the Three-year Objective of Legal Work of China National Building Material Company Limited and Its Subordinate Enterprises" [CNBMCO00216986-994 and partial translation] | PUBLIC |
| 70 | "Request for Instructions on Establishing the Trade Union at the Headquarters of China National Building Material Company Limited" dated 5/10/2006 [CNBMCO00032583-32585 and translation] (Exhibit 656) | PUBLIC |
| 71 | "CNBM Request for Instructions on Trade Union Election at Expiration of Office Terms" dated 9/2/2014 [CNBMCO00073630-631 and translation] (Exhibit 652) | PUBLIC |
| 72 | "Work Report of China National Building Material Company Limited on Special Treatment of 'Private Coffers'" dated 11/11/2011 [CNBMGRP00211002-211011 and partial translation] (Exhibit 653) | PUBLIC |
| 73 | "V. Problems found in the audit" [CNBMGRP00331473-331500 and partial translation] (Exhibit 662) | PUBLIC |
| 74 | Email and attachment to JIA Tongchun re: Notice on Matters Relevant to CNBM Group's Training Class in 2011 for Leaders at Middle and Senior Levels dated 6/29/2011 [TG-0073103-73111 and translation] | PUBLIC |
| 75 | BNBM PLC's Report on the Management and Control of its Branches and Subsidiaries dated 10/16/2007 [BNBMPLC-E-0006050-6051 and translation] (Exhibit 124R) | PUBLIC |
| 76 | BNBM Reply on the Inquiry Letter about 2006 Annual Report Verification written to Beijing Securities Regulatory Bureau dated 4/23/2007 [BNBMPLC-E-0004781-84 and partial translation] (Exhibit 121R) | PUBLIC |
| 77 | Deposition of BNBM (CHEN Yu) dated 7/8-11/2015 | UNDER SEAL |
| 78 | Deposition of WANG Bing dated 8/25-27/2015 | UNDER SEAL |
| 79 | 2001-2005 Uniform Business Reports of BNBM America from FL Secretary of State (Exhibit 144-3) | PUBLIC |
| 80 | Deposition of CAO Jianglin dated 8/4-5/2015 | UNDER SEAL |

| MTD Ex. # | Exhibit Title (as listed in the TOC of the Response) | Confidentiality Designation |
|---|---|---|
| 81 | Deposition of CNBM Group (ZHOU Guoping) dated 6/16-18/2015 | UNDER SEAL |
| 82 | CNBM Group Board of Directors Meeting Minutes, 23rd Meeting of the Third Session of Board dated 1/29/2015 [Partial Translation of CNBMGRP00012512-522] (Exhibit 98) | PUBLIC |
| 83 | Deposition of PENG Shou dated 9/16/2015 | UNDER SEAL |
| 84 | Resolutions of the General Meeting of Shareholders [of Taishan Gypsum] dated 4/25/2005 [TG0020601-602] (Herman Affidavit Exhibit 185 filed 5/8/2012) (Jia Def. 1/9/12 Exhibit 8A) | REDACTED |
| 85 | Shandong Taihe Dongxin Co., Ltd. Resolution of the First Extraordinary General Meeting of 2006 dated 4/15/2006 [TG0020675-676] (Herman Aff. Ex. 187 filed 5/8/2012) | PUBLIC |
| 86 | CNBM Group's "Reply on Beijing New Building Material (Group) Co., Ltd.'s 2013 annual loan and guarantee plan" dated 3/5/2013 [CNBMGRP00000564] (Exhibit 86) | REDACTED |
| 87 | BNBM Group Guarantee for Taishan for 100,000,000 yuan with Taian Quingnian Street Branch of China - "Maximum Guarantee Contract Serial No. 2013-123010-ZG03" dated 1/10/2013 [TG-068133-53 & English translation provided by Taishan] | REDACTED |
| 88 | BNBM Group Guarantee for Taishan for 350,000,000 yuan with Agricultural Bank of China Taian Longze Sub Branch - "Maximum Guarantee Contract Serial No. 37100520130051039" dated 7/11/2013 [TG-067973-90 & English translation provided by Taishan] | REDACTED |
| 89 | Chart of BNBM Guarantees to/Investments in Taishan Gypsum from 2005 to 2014 -FRE 1006 Summary Chart (Exhibit 162) | PUBLIC |
| 90 | BNBM PLC Public Announcement of the External Guarantees for the year 2015 dated 3/18/2015 [BNBMPLC-E-0112095R-112112R] (Exhibit 322R) | PUBLIC |
| 91 | BNBM PLC Resolution of the 2013 Annual General Meeting of Shareholders dated 4/16/2014 [BNBMPLC-E-0011157R-0011166R and partial translation] (Exhibit 305R) | PUBLIC |
| 92 | Chart of CNBM Guarantees to BNBM from 2005 to 2007 - FRE 1006 Summary Chart (Exhibit 346) | REDACTED |
| 92-Att D | Attachment D to Exhibit 92 filed UNDER SEAL | UNDER SEAL |
| 93 | 2012 BNBM Group Auditor's Report [BNBM(Group)00001154R-213R] (Exhibit 175R) | REDACTED |
| 94 | 2013 BNBM Group Auditor's Report [BNBM(Group)00001266R-337R] (Exhibit 176R) | REDACTED |
| 95 | 2014 BNBM Group Auditor's Report [BNBM(Group)00003274R-330R] (Exhibit 177R) | REDACTED |
| 96 | Taishan Gypsum Co., Ltd. Resolutions of the 5th Session of the 1st Meeting of the Board of Supervisors held 8/11/2011 [TG-040615-0028689] | PUBLIC |

| MTD Ex. # | Exhibit Title (as listed in the TOC of the Response) | Confidentiality Designation |
|---|---|---|
| 97 | "Communications and Confirmation Letter on the Auditing Schedule of the 2008 Annual Financial Report" dated 11/27/2008 [BNBMPLC-E-0005724-5725 and partial translation] (redlined) | PUBLIC |
| 98 | "Letter of Communication and Confirmation about the Audit Schedule for the 2009 Annual Financial Statements" dated 11/28/2009 [BNBMPLC-E-0005169-5170 and partial translation] (Exhibit 311R) | PUBLIC |
| 99 | Minutes of BNBM PLC's 2nd Meeting of the 4th Session of the Board of Directors dated 8/5/2008 [BNBMPLC0005982-5984] (part of Exhibit 103) | PUBLIC |
| 100 | 2006 BNBM Group Auditor's Report [BNBM(Group)00000560R-611R] (Exhibit 169R) | REDACTED |
| 101 | 2007 BNBM Group Auditor's Report [BNBM(Group)0000651R-701R] (Exhibit 170R) | REDACTED |
| 102 | Declaration of Yan Gao dated 1/8/2016 | PUBLIC |
| 103 | CNBM Group website page "Contact Us," available at http://www.cnbm.com.cn/EN/c_000000160005/ (last accessed 1/18/2016) | PUBLIC |
| 104 | Deposition of JIA Tongchun dated 4/4-5/2011 | UNDER SEAL |
| 105 | Deposition of JIA Tongchun dated 1/9-10/2012 | UNDER SEAL |
| 106 | Taishan Gypsum Co., Ltd. Resolutions of the First Meeting of the Fourth Board of Directors held 5/20/2008 [TG 0020787 and translation provided by Taishan] (Exhibit 14 to Exhibit 23-1) | REDACTED |
| 107 | CNBM trademark records, United States Patent and Trademark Office | PUBLIC |
| 108 | Deposition of CNBM Forest Products Canada, Ltd. (DENG Jianjun) dated 10/28/2015 | UNDER SEAL |
| 109 | CNBM Group Storefront on Alibaba.com [ALRMH-CNBM00010001-10002] (Exhibit 270-1) | PUBLIC |
| 110 | BNBM Group website pages [ALRMH-CNBM00008873-85 & 8886-97] (Exhibits 214, 214A) | PUBLIC |
| 111 | Email and attachment from PENG Wenlong to Manager XU (advertising executive) dated 11/2/2010 [TG-071054-56 and translation] (Exhibits 809, 809-1) | PUBLIC |
| 112 | Deposition of PENG Wenlong dated 11/12-14/2015 | UNDER SEAL |
| 113 | Deposition of New Jersey Institute of Technology (Donald Sebastian) dated 4/22/2015 | UNDER SEAL |
| 114 | Deposition of CTIEC-TECO American Technology, Inc. (Fred Paulsen) dated 4/24/2015 | UNDER SEAL |
| 115 | Deposition of Sunpin Solar Development, LLC (Steve Kim) dated 4/17/2015 | UNDER SEAL |
| 116 | Deposition of Western Wood (John Salamanca) dated 5/21/2015 | UNDER SEAL |
| 117 | Web Article, OKorder.com Official Launch, from cnbm.com.cn, dated 2/18/2011 [ALRMH-CNBM0008810-8812] (Exhibit 81) | PUBLIC |
| 118 | Web Article, CTIEC signs Wal-Mart Roof Power Plant Project from cnbm.com.cn, dated 3/2/2015 [ALRMH-CNBM0008813-8814] (Exhibit 82) | PUBLIC |

| MTD Ex. # | Exhibit Title (as listed in the TOC of the Response) | Confidentiality Designation |
|---|---|---|
| 119 | Web Article, CTIEC signed a 100 MW Photovoltaic Power Plant Project in the U.S., from cnbm.com.cn., dated 12/2/2014 [ALRMH-CNBM0008854-8855] (Exhibit 82-1) | PUBLIC |
| 120 | Letter from CNBM (USA) to Eastern Metal Supply, Inc. created on 4/3/2008 [CNBMUSA00045438] | REDACTED |
| 121 | "Main Issues in State-owned Asset Supervision and Administration Commission's Audit of Economic Responsibility" [BNBMPLC-E-0010163 and translation] (Exhibit 134R) | PUBLIC |
| 122 | "Award for Significant Business Contributors from Taishan Gypsum and BNBM Homes" dated 1/20/2012 [BNBMPLC000729-91 and translation] (Exhibit 143) | PUBLIC |
| 123 | "Problems Discovered During Auditing Review" [CNBMGRP00009807-9838 and translation] (Exhibit 133R) | PUBLIC |
| 124 | Communications about the Problems of BNBM [BNBMPLC-E-0006059-6060 and partial translation] | PUBLIC |
| 125 | "Explanation on the Rectification Status" dated 3/20/2013 [BNBMPLC-E-0010164 and translation] (Exhibit 134-1) | PUBLIC |
| 126 | Announcement for Decision of 12th Interim Meeting of the Third Board of Directors dated 4/23/2005 [BNBMPLC0004402-4403] (part of Exhibit 101) | PUBLIC |
| 127 | Declaration of JIA Tongchun dated 9/16/2015 | UNDER SEAL |
| 128 | Shandong Taihe Building Material Co., Ltd. Forms: Enterprise Public Information on Taishi Rock Wool Co., Ltd. (translation of http://218.57.139.24/pub/gsgsdetail/1152/374f95a2146616e7862c28ae20f2d13764b76397a89841a166c150b0cc281942) and National Enterprise Credit Information Publication System (translation of http://218.57.139.24/pub/nb/detail/1130/0B820811D242E295E05012AC9E010483) | PUBLIC |
| 129 | Resolution of the 4th Extraordinary General Meeting of Shareholders for the Year of 2005 of Shandong Taihe Dongxin Co., Ltd. dated 6/26/2005 [TG0020682-85 and translation] | REDACTED |
| 130 | Taishan Gypsum Communication Letter on Economic Responsibility Audit and Financial-based Audit dated 5/16/2012 [BNBMPLC-E-0008152-8166 and partial translation] (Exhibit 355) | PUBLIC |
| 131 | Taishan Articles of Association dated 6/20/2007 [TG0020725-48] (Jia Def. 1/9/2012 Exhibit 12A) | PUBLIC |
| 132 | Shandong Taihe Dongxin Co., Ltd. Third Meeting of the Third Board of Directors Resolutions dated 4/15/2006 [TG0025900-25902] (Jia Def. 1/9/2012 Exhibit 22A) | REDACTED |
| 133 | BNBM Announcement of the Resolution of the 7th Interim Meeting of the 4th Session of Board of Directors, dated 7/31/2009 [BNBMPLC0004629-4636] (part of Exhibit 101) | PUBLIC |
| 134 | BNBM "Report on the Improvement and Solution of Relevant Issues Raised in the Site Inspection of Beijing Securities Regulatory Bureau" dated 7/7/2008 [BNBMPLC-E-0006064-6066 and partial translation] (Exhibit 318R) | PUBLIC |

| MTD Ex. # | Exhibit Title (as listed in the TOC of the Response) | Confidentiality Designation |
|---|---|---|
| 135 | BNBM Announcement of the Resolutions of the Twelfth Interim Meeting of the 4th Session of the Board of Directors dated 2/22/2011 [BNBMPLC0004689-4691] (part of Exhibit 101) | PUBLIC |
| 136 | BNBM Announcement of the Resolutions of the Eighth Meeting of the Fourth session of Board of Directors dated 8/18/2011 [BNBMPLC0004717-4721] (part of Exhibit 101) | PUBLIC |
| 137 | "Rectification Status on the Inversion of Procedure in the Fixed Investment Projects of the Stock Company – Weekly Report" [BNBMPLC-E-0011442 and translation] (Exhibit 326R) | REDACTED |
| 138 | BNBM Announcement of Final Resolution of the 25th Interim Meeting of the 3rd Session of Board of Directors dated 6/15/2007 [BNBMPLC0004480-82] (part of Exhibit 101) | PUBLIC |
| 139 | Shandong Taihe Dongxin Co., Ltd. Shareholder Meeting Resolution dated 11/8/2005 [TG0020666-67 and Translation provided by Taishan] | PUBLIC |
| 140 | Shandong Taihe Dongxin Co., Ltd. Amendment of Article of Incorporation dated 11/8/2005 [TG0020668-69 and Translation provided by Taishan] | PUBLIC |
| 141 | Contract between Taishan and Venture Supply for 100,000 sheets of drywall dated 11/17/2005 [TG0001684-85] (Herman Affidavit Exhibit 80 filed 5/8/2012) (Fu 1/10/2012 Exhibit 3) | PUBLIC |
| 142 | 2nd Contract between Taishan and Venture Supply for 100,000 sheets of drywall dated 12/16/2005 [TG019854-57] (Herman Affidavit Exhibit 81 filed 5/8/2012) (Fu 1/10/2012 Exhibit 4) | PUBLIC |
| 143 | BNBM "Statistical Spreadsheet of Gypsum Boards Exported to the U.S. in the Year 2006 by the International Business Department" [BNBMPLC-E-0029161] (Exhibit 138) | PUBLIC |
| 144 | Shandong Taihe Dongxin Co., Ltd. Resolutions of the General Meeting of Shareholders dated 3/24/2005 [TG0020598-600] (Jia Def. 1/9/2012 Exhibit 6A) | PUBLIC |
| 145 | BNBM Project Information Statistical Tables (Gypsum and Non-Gypsum Board) dated 2013 [BNBMPLC-E-0001215-1224 and partial translation] | PUBLIC |
| 146 | BNBM Announcement of Final Decision of the 15th (Temporary) Meeting of the Third Session of Board of Directors dated 1/23/2006 [BNBMPLC0004415-4417] (part of Exhibit 101) | PUBLIC |
| 147 | BNBM Announcement of Final Decision of the 21st Temporary Meeting of the Third Session of Board of Directors dated 2/9/2007 [BNBMPLC0004454-4456] (part of Exhibit 101) | PUBLIC |
| 148 | BNBM Announcement of Resolution of the 3rd Session of the 32nd meeting of the Board of Directors dated 2/18/2008 [BNBMPLC0004521-4523] (part of Exhibit 101) | PUBLIC |
| 149 | BNBM "Maximum Amount Guarantee Contract" for TG dated 6/13/2010 [TG0067647-63 & 67725-68, as produced] | REDACTED |
| 150 | BNBM "Maximum Amount Guarantee Contract" for TG dated 7/1/2011 [TG0067667-74 & 67687-98, as produced] | REDACTED |
| 151 | BNBM "Maximum Amount Guarantee Contract" for TG dated 8/22/2012 | REDACTED |

| MTD Ex. # | Exhibit Title (as listed in the TOC of the Response) | Confidentiality Designation |
|---|---|---|
|  | [TG0067709-28, as produced] |  |
| 152 | BNBM "Maximum Amount Guarantee Contract" for TG dated 9/30/2013 [TG0067729-47, as produced] | REDACTED |
| 153 | BNBM "Maximum Amount Guarantee Contract" for TG dated 4/16/2014 [TG0067748-66, as produced] | REDACTED |
| 154 | BNBM Announcement of Resolution of the 3rd Meeting of the 4th Session of Board of Directors dated 3/17/2009 [BNBMPLC0004610-4615] (part of Exhibit 101) | PUBLIC |
| 155 | BNBM Announcement of the Annual Shareholders' Meeting Resolution 2013 dated 4/16/2014 [BNBMPLC0005180-5186] (part of Exhibit 102) | PUBLIC |
| 156 | Comprehensive Team of CNBM Listing Office dated 8/3/2005 [CNBMCO00324565-324578 and translation] | REDACTED |
| 157 | "Inquiry Letter Regarding the Annual Report of BNBM PLC," sent by the Shenzhen Stock Exchange dated 4/6/2010 [BNBMPLC-E-0002155-2156 and partial translation] (redlined) | UNDER SEAL |
| 158 | Email from CHEN Haixian to CHEN Zhucai dated 12/29/2010 [CNBMCO00215626-215627] | PUBLIC |
| 159 | Email from CNBM to Taishan Gypsum dated 8/16/2011 [CNBMCO00280477-478 and translation] and attachment, "Certification by the Subsidiary Company on Housing Accumulation Funds" [CNBMCO00280479 and translation] | PUBLIC |
| 160 | BNBM PLC 2014 Final Financial Account Report [BNBMPLC-E-0019395-19407 and partial translation] (redlined) | PUBLIC |
| 161 | BNBM PLC Investment document No. 62 (2013), "Notice on Publishing 3 Regulations, the Administrative Measures of the Branches/Subsidiary Companies of BNBM PLC, the Administrative Measures of the External Investments of BNBM PLC, and the Administrative Measures of the Development and Strategy of BNBM PLC dated 6/18/2013 [BNBMPLC-E-0058974-58995 and partial translation] (Exhibit 330) | PUBLIC |
| 162 | Deposition of CNBM USA Corp. (ZHANG Shaojun) dated 11/3/2015 | UNDER SEAL |
| 163 | CNBM USA "Building a Mutually Rewarding Partnership" Powerpoint dated 4/2/2007 | PUBLIC |
| 164 | Defendant Affiliate/Subsidiary/Parent Manufacturers' Profile Form of China National Building Material & Equipment Import & Export Corp. (Exhibit 287) | PUBLIC |
| 165 | CNBM International Corporation "Company Profile," available at http://www.icnbm.com/en/info (last visited January 4, 2016) (Exhibit 81-2) | PUBLIC |
| 166 | Taishan Corporate Registration Form dated 8/1/2008 [TG-040615-0027610 and translation] | PUBLIC |
| 167 | Beijing Securities Company Issue [2008] No. 95: Regulatory Opinion on Beijing New Building Materials Public Limited Company dated 7/9/2008 [BNBMPLC-E-0006061-6063 and partial translation] (Exhibit 317R) | PUBLIC |
| 168 | CNBM (USA) Corp. Papers Relating to Incorporation from the State of California, Secretary of State (Exhibit 599) | PUBLIC |

| MTD Ex. # | Exhibit Title (as listed in the TOC of the Response) | Confidentiality Designation |
|---|---|---|
| 169 | CNBM International Corporation – Company Profile for Gypsum Division [CNBMUSA00004146-58] | PUBLIC |
| 170 | BNBM Reply to the Inquiry Letter on Evaluating the 2007 Annual Report dated 4/10/2008 [BNBMPLC-E-0005884-5888 and partial translation] (Exhibit 329) | PUBLIC |
| 171 | BNBM Announcement of the 3rd Session of Resolution of the 38th interim meeting of the Board of Directors dated 6/30/2008 [BNBMPLC0004559-4560] (part of Exhibit 101) | PUBLIC |
| 172 | BNBM Announcement of the 29th Interim Meeting of the 3rd Session of Board of Directors dated 10/15/2007 [BNBMPLC0004504-4507] (part of Exhibit 101) | PUBLIC |
| 173 | BNBM Announcement of the 3rd Session of the 34th Meeting of the Board of Directors dated 4/3/2007 [BNBMPLC0004542-4544] (part of Exhibit 101) | PUBLIC |
| 174 | BNBM Announcement of the Resolution of the 9th Interim Meeting of the 4th Session of Board of Directors dated 2/22/2011 [BNBMPLC0004731-4738] (part of Exhibit 101) | PUBLIC |
| 175 | United Suntech Craft Meeting Notes dated 9/3/2003 [SUNTECH00000042] (Exhibit 479) | PUBLIC |
| 176 | Stock Purchase Agreement dated 6/2/2008 [SUNTECH00000033-36] (Exhibit 434) | REDACTED |
| 177 | BNBM Announcement of the Resolutions of the 15th Interim Meeting of the 4th Session of the Board of Directors dated 6/5/2012 [BNBMPLC0004741-4742] (part of Exhibit 101) | PUBLIC |
| 178 | Email from Sharon to UNITEDSUNTECHCRAFT@gmail.com dated 9/18/2012 and attached Application for Title Registration for United Suntech Craft, Inc. dated 9/16/2012 [SUNTECH000001000-01] (Exhibits 432, 432-1) | REDACTED |
| 179 | Email re: 2010 Annual Audit Arrangements dated 1/5/2011 [SUNTECH00000046-47 and translation] (Exhibit 480) | REDACTED |
| 180 | CNBM Notice on Doing a Good on the Formulation of 2012 Financial Statements dated 1/7/2013 [SUNTECH00000078-81 and translation] | PUBLIC |
| 181 | Deposition of United Suntech Craft Inc. (LIU Weisheng) dated 10/27/2015 | UNDER SEAL |
| 182 | CNBMI USA tab, CNBMIT Co. webpage, available at http://www.cnbmit.com/en/overseas/Detail.aspx?MenuID=050602 (last accessed 1/19/2016) | PUBLIC |
| 183 | CNBMIT "About Us" Tab, available at http://www.cnbmit.com/en/about/index.aspx (last visited 1/19/2016) | PUBLIC |
| 184 | CNBM International Corporation History [CNBMUSA00004859-4862] | PUBLIC |
| 185 | *In re Chinese Manufactured Drywall Prod. Liab. Litig.*, MDL No. 2047, Hearing Transcript (E.D. La. Dec. 8, 2015) | PUBLIC |
| 186 | The Course of Events on Hiring Foreign Law Firms for the Gypsum Board Litigation in the United States [BNBMPLC-E-0059967-77] (redacted pursuant to Court Order at Rec. Doc. No. 19792) | REDACTED |

| MTD Ex. # | Exhibit Title (as listed in the TOC of the Response) | Confidentiality Designation |
|---|---|---|
| 187 | Letters with attachments from Knauf to SONG Zhiping (CNBM Group) and WANG Bing (BNBM Group) dated 5/15/2009 [KNAUFGIPS0160544-888] (Exhibit 61) | UNDER SEAL |
| 188 | Announcement of Beijing New Building Materials Public Limited Company in Relation to the Developments of Gypsum Board Litigation in the U.S. dated 7/18/2014 [ALRMH-CNBM00005108R-5111R] (Exhibit 26R) | PUBLIC |
| 189 | Announcement of Beijing New Building Materials Public Limited Company in Relation to the Developments of Gypsum Board Litigation in the U.S. dated 2/13/2015 [ALRMH-CNBM00005114R-5117R] (Exhibit 30R) | PUBLIC |
| 190 | CNBM Announcement: Further Updates on Recent Developments in the Gypsum Board Litigation in the U.S. dated 2/13/2015 [CNBMCO00000329-331 and translation] (Exhibit 31) | PUBLIC |
| 191 | Email from PENG Wenlong [Taishan] to China Building Materials Academy dated 5/31/2009 [TG-0370699 and translation] (Exhibit 817) | PUBLIC |
| 192 | CNBM Group Corporation Meeting Minutes of the 5th Work Meeting of Managers of CNBM Group dated 7/9/2010 [CNBMGRP00026029-39 and translation] (Exhibit 822) | PUBLIC |
| 193 | Attachment to 5/31/2009 email from PENG Wenlong to China Building Materials Academy: "Questions to the Enterprise(s)" [TG-0370700 and translation] (Exhibit 817-1) | PUBLIC |
| 194 | Email from ZHANG Jian re: Report of the Board of Directors dated 6/3/2010 [TG-0374792 and translation] (Exhibit 821) | PUBLIC |
| 195 | Attachment to 6/3/2010 Email from ZHANG Jian: "Informational Report on Seriously and Proactively Doing a Good Job in Responding to the Incident of 'Problematic Gypsum Boards Shipped to the United States'" (Opinion Soliciting Draft) [TG-0374793-801 and translation] (Exhibit 821-1) | PUBLIC |
| 196 | Email from PENG Wenlong to ZHANG Jian dated 6/27/2010 [TG-0129674 and translation] (Exhibit 801) | PUBLIC |
| 197 | Attachment 1 to 6/27/2010 Email from PENG Wenlong to ZHANG Jian (CNBM Group): "Statement on the Data and Statistics of Exports to the U.S. from 2005 to 2007" [TG-0129675-76 and translation] (Exhibit 801-1) | PUBLIC |
| 198 | Attachment 2 to 6/27/2010 Email from PENG Wenlong to ZHANG Jian (CNBM Group): "Statistics of U.S. Gypsum Boards of Self-managed Export during 2005-2007" [TG-0129677 and translation] (Exhibit 801-2) | PUBLIC |
| 199 | Common Interest Joint Defense and Commonality Agreement dated 11/29/2010 (Exhibit 358) | PUBLIC |
| 200 | Privilege Log Produced by Hogan Lovells (Exhibit 66) | UNDER SEAL |
| 201 | Email chain between and among PENG Wenlong, DONG Chungang, and ZHANG Jian dated 10/14/2013-11/3/2013 [TG-0369908-13 and translation] (Exhibit 800) | UNDER SEAL |
| 202 | Common Interest, Joint Defense and Commonality Agreement dated March, 2015 [BNBMPLC0007605-7625] (Exhibit 310) | PUBLIC |
| 203 | CNBM Group website Biography of PENG Xuefeng, available at http://www.cnbm.com.cn/EN/c_0000001600070003/d_26385.html | PUBLIC |

| MTD Ex. # | Exhibit Title (as listed in the TOC of the Response) | Confidentiality Designation |
|---|---|---|
| 204 | "Dacheng and Dentons Combine to Create the Largest Law Firm in the World," available at http://www.dachenglaw.com/en/news/dachengNews/33589.html (last accessed 1/19/2016) | PUBLIC |
| 205 | CNBM Group Resolution No. 17 of the 3rd Session of the Board of Directors of CNBM Group dated 7/11/2014 [CNBMGRP00393000-002 and translation] (Exhibit 332) | PUBLIC |
| 206 | CNBM Group 18th Meeting minutes of the Third Session of the Board of Directors of CNBM Group dated 8/15/2014 [CNBMGRP00346624-6636] [Rec. Doc. 19492-3] (Exhibit 356) | REDACTED |
| 207 | Transcript of Special Hearing dated 2/12/2105 [Rec. Doc. No. 18475-7] | PUBLIC |
| 208 | CNBM Group Notice of 17th Meeting of Third Session of the Board of Directors of CNBM Group dated 7/11/2014 [CNBMGRP00010052-53 and translation] | PUBLIC |
| 209 | Email from DONG Chungang to Joe Cyr and Eugene Chen at Hogan Lovells dated 7/7/2014 [HL00000026 and HL00000026A] (part of Exhibit 1) | UNDER SEAL |
| 210 | Email from DONG Chungang to Eugene Chen at Hogan Lovells regarding payment of legal bills dated 8/5/2014 [HL_00000306] (part of Exhibit 1) | UNDER SEAL |
| 211 | Email from PENG Wenlong to Eugene Chen dated 7/7/2014 [HL00000104-105] (Exhibits 40, 40A) | UNDER SEAL |
| 212 | Deposition of Wood Nation (Richard Hannam) dated 2/14/2011 | UNDER SEAL |
| 213 | Deposition of Richard Hannam dated 2/13/2012 | UNDER SEAL |
| 214 | BNBM Group's Explanation about the Accounts Receivable of BNBM of America Inc. [BNBM(Group)-E-00001744-45 and translation] (Exhibit 245) | PUBLIC |
| 215 | BNBM PLC's listing of drywall contracts and exports with/to U.S. customers [BNBMPLC-E-0000819-20 and translation] (Exhibit 110) | PUBLIC |
| 216 | Deposition of EAC & Sons (Edgar Chaparro) dated 5/18/2015 | UNDER SEAL |
| 217 | Deposition of Davis Construction Supply, LLC (Stefan Davis) dated 5/19/2015 | UNDER SEAL |
| 218 | Deposition of Guardian Building Produced Distribution, Inc. (John Gunn) dated 7/22/2011 | UNDER SEAL |
| 219 | Underwriters Laboratories Authorization for BNBM PLC to use "UL" marks on drywall dated 10/10/2005 (IMT 01362) | PUBLIC |
| 220 | BNBM 3/3/2006 Export Product Order for drywall to be shipped to U.S. [BNBMPLC0007494-95] | PUBLIC |
| 221 | BNBM 4/28/2006 Export Product Order for drywall to be shipped to U.S. [BNBMPLC0007522-23] | PUBLIC |
| 222 | 2006 BNBM Drywall MSDS – for drywall manufactured by BNBM PLC (Chaparro Exhibit 4) | PUBLIC |

| MTD Ex. # | Exhibit Title (as listed in the TOC of the Response) | Confidentiality Designation |
|---|---|---|
| 223 | Exclusive Purchase & Supply Agreement for drywall to be sold/supplied from BNBM PLC to Davis Construction Supply, LLC dated 3/12/2006 (Chaparro Exhibit 5; Davis Exhibit 3) | PUBLIC |
| 224 | Sales Contract for 200,000 boards of BNBM PLC drywall to EAC & Sons Corporation dated 11/18/2005 (Chaparro Exhibit 2) | PUBLIC |
| 225 | BNBM Invoice to Wood Nation for 240,000 sheets of drywall dated 1/6/2006 (Wood Nation Exhibit 2) | PUBLIC |
| 226 | Letter from Stefan Davis (Davis Construction Supply, LLC) to U.S. CPSC re: drywall imports from the People's Republic of China dated 6/3/2009 [DAVISCONSTRUCTION000365-399] (Davis Exhibit 9) | PUBLIC |
| 227 | Letter from Stefan Davis to WANG Bing, sent via e-mail, dated 4/27/2006 (Davis Exhibit 6) | PUBLIC |
| 228 | UL Agency Authorization Notification signed by BNBM PLC in favor of Davis Construction Supply, LLC dated 4/13/2006 (Davis Exhibit 4) | PUBLIC |
| 229 | Sworn Statement of Stefan Davis dated 6/15/2015 (Exhibit 107) | PUBLIC |
| 230 | Video of Sworn Statement of Stefan Davis dated 6/16/2015 (Exhibit 107-1) | PUBLIC |
| 231 | Export Agency Agreement, dated 11/30/2005 [BNBMPLC0007427-7429] (Exhibit 230) | PUBLIC |
| 232 | Export Agency Agreement, dated 11/30/2005 [BNBMPLC0007437-7440] (Exhibit 231) | PUBLIC |
| 233 | Export Agency Agreement, dated 11/16/2005 [BNBMPLC0007452-7455] (Exhibit 232) | PUBLIC |
| 234 | United States Patent and Trademark Office information sheet on "BNBM" trademark– owned/registered by Beijing New Building Materials, Public Limited Company (Exhibit 148) | PUBLIC |
| 235 | Comprehensive Team of CNBM Listing Office dated 8/19/2005 [CNBMCO00339345-48] | PUBLIC |
| 236 | "Global Gypsum Conference and Exhibition-Delegates," available at http://globalgypsum.com/conferences/global-gypsum/delegates (last accessed 6/2/2015) (Exhibit 80-2) | PUBLIC |
| 237 | "Global Gypsum Awards from the Global Gypsum Conference and Exhibits," available at http://www.globalgypsum.com/awards (last accessed 6/15/2015) (Exhibit 80-1) | PUBLIC |
| 238 | CNBM web article "Cao Jianglin Visits CNBM Dubai Logistics Center for Investigation," available at http://www.cnbm.com.cn/wwwroot/c_0000000500010002/d_30588.html (last accessed 1/19/2016) | PUBLIC |
| 239 | Memorandum re: "The Course of Events on Hiring Foreign Law Firms for the Gypsum Board Litigation in the United States – Brief Version of the Related Meetings" [BNBMPLC-E-0059965-66] (redacted pursuant to Court Order at Rec. Doc. No. 19792) | REDACTED |
| 240 | The Explanation Regarding the Product Quality Dispute Litigation in the United States dated 9/16/2011 [BNBMPLC-E-0001225 and translation] (Exhibit 115) | PUBLIC |

| MTD Ex. # | Exhibit Title (as listed in the TOC of the Response) | Confidentiality Designation |
|---|---|---|
| 241 | Summary Chart of Payments Made for Legal Fees for BNBM and Taishan Gypsum Related to Chinese Drywall Litigation Based on Annual Reports, with supporting documents – FRE 1006 Chart (Exhibit 67) | PUBLIC |
| 242 | BNBM Announcement in relation to the Developments of Gypsum Board Litigation in the US dated 3/13/2015 [ALRMH-CNBM00005118R-5120R] (Exhibit 32R) | PUBLIC |
| 243 | CNBM Voluntary Announcement: Updates on Recent Developments in the Gypsum Board Litigation in the US dated 8/20/2014 [CNBMCO00000021-24] (Exhibit 29) | PUBLIC |
| 244 | Refusals of Service by BNBM Group (Exhibit 95) | PUBLIC |
| 245 | Refusals of Service by BNBM (Exhibit 93) | PUBLIC |
| 246 | Refusals of Service by CNBM (Exhibit 263) | PUBLIC |
| 247 | Refusals of Service by CNBM Group (Exhibit 264) | PUBLIC |
| 248 | Affidavit of Professor Liu Junhai dated 5/4/2012 [Rec. Doc. 14203-1] | PUBLIC |
| 249 | *Tang Energy Group, Ltd. v. Catic USA, Inc.*, Case No. 01-14-0001-4150, Final Award (Int'l Centre for Dispute Resolution Dec. 21, 2015) | PUBLIC |
| 250 | BNBM Announcement of the Resolutions of the 10th Interim Meeting of the 4th Session of the Board of Directors dated 8/15/2012 [BNBMPLC4757-4771] (part of Exhibit 101) | PUBLIC |
| 251 | Affidavit of Ann Mickow dated 1/11/2016 | PUBLIC |
| 252 | BNBM Announcement No. 2010-009 in Relation to Event about Gypsum Board in US dated 5/28/2010 [ALRMH-CNBM00005105R–5107R] (Exhibit 24R) | PUBLIC |
| 253 | BNBM (Group) "Contact Us" webpage, available at https://web.archive.org/web/20100330085341/http://www.bnbmg.com.cn/en/contact.asp (March 30, 2010 Printout from the Internet Archive) | PUBLIC |
| 254 | Deposition of Fu Tinghuan dated 1/10/2012 | UNDER SEAL |
| 255 | CNBM Offering Memorandum for 654,214,000 H Shares dated 3/16/2006 [MS001946-93] (Keyes Exhibit 14) | PUBLIC |
| 256 | Chart of Defendants' Business Visits to the U.S. | PUBLIC |
| 257 | BNBM Announcement of the Resolutions of the 2nd Interim Meeting of the 5th Session of the Board of Directors dated 3/12/2013 [BNBMPLC4826-4839] (part of Exhibit 101) | PUBLIC |
| 258 | BNBM Announcement of the Resolutions of the 3rd Interim Meeting of the 5th Session of the Board of Directors dated 10/28/2013 [BNBMPLC4848-4850] (part of Exhibit 101) | PUBLIC |
| 259 | BNBM Announcement of the Resolutions of the 5th Interim Meeting of the 5th Session dated 8/18/2014 [BNBMPLC4925-4926] (part of Exhibit 101) | PUBLIC |
| 260 | BNBM Meeting Document: The 10th Meeting of the Fourth Session of the Supervising Committee, Appendix: BNBMPLC Internal Control Self-evaluation Report dated 3/16/2015 [BNBMPLC-E-0001339-1353 and partial translation] (Exhibit 118) | PUBLIC |

| MTD Ex. # | Exhibit Title (as listed in the TOC of the Response) | Confidentiality Designation |
|---|---|---|
| 261 | BNBM PLC Internal Control System Self-Evaluation report dated 4/8/2007 [BNBMPLC4871-4874 and partial translation] (Exhibit 122) | PUBLIC |
| 262 | BNBM Announcement of Final Resolution of the 30th Interim Meeting of the 3rd Session of Board of Directors dated 12/7/2007 [BNBMPLC4510-4512] (part of Exhibit 101) | PUBLIC |
| 263 | Deposition of Bruce Deal dated 12/17/2015 | UNDER SEAL |
| 264 | Deposition of Jeffrey Gordon dated 1/15/2016 | UNDER SEAL |
| 265 | Declaration of Curtis Milhaupt dated 1/21/2016 | PUBLIC |
| 266 | Shandong Taihe Dongxin Co., Ltd. [Taishan Gypsum] Resolution of the Fourth Extraordinary General Meeting of Shareholders for the Year of 2005 held 6/26/2005 [TG 040615-0028530-32 and partial translation] | PUBLIC |
| 267 | Minutes of Shandong Taihe Dongxin Limited Liability Company [Taishan Gypsum] 2006 General Meeting of Shareholders [TG 040615-0028572-74 and translation provided by Taishan] | PUBLIC |
| 268 | Minutes of 1st Extraordinary General Meeting of Shareholders for the Year of 2007 of Shandong Taihe Dongxin Co., Ltd. [Taishan Gypsum] dated 6/20/2007 [TG-040615-0028564-65 and translation] | PUBLIC |
| 269 | Taishan Gypsum Co., Ltd. 2008 Annual General Meeting Resolutions dated 5/18/2009 [TG0020795-98] (Jia Def. 1/9/2012 Exhibit 15A) | PUBLIC |
| 270 | Taishan Gypsum Co., Ltd., Resolution of the Fifth Extraordinary General Meeting in 2010 dated 6/12/2010 [TG0020805-06] | PUBLIC |
| 271 | Taishan Gypsum Co., Ltd., Resolutions of the 2010 General Meeting of Shareholders dated 8/11/2011 [TG 040615-0028676-682 and translation] | PUBLIC |
| 272 | "Notice of the State Administration of Taxation on Issuing the Measures for the Implementation of Special Tax Adjustments (for Trial Implementation)" (No. 2 [2009] of the State Administration of Taxation) (Exhibit 90) | PUBLIC |
| 273 | Declaration of Professor James Feinerman dated 9/16/2015 | PUBLIC |
| 274 | CNBM Co., Ltd. [2007] No. 22, The Tenth President's Office Meeting held 10/12/2007 [CNBMCO00102014-102025 and partial translation] (Exhibit 351) | PUBLIC |
| 275 | 2009 BNBM Group Auditor's Report [BNBM(Group)00000850R-913R] (Exhibit 172R) | REDACTED |
| 276 | 2010 BNBM Group Auditor's Report [BNBM(Group)0000956R-1011R] (Exhibit 173R) | REDACTED |
| 277 | 2011 BNBM Group Auditor's Report [BNBM(Group)0001054R-1109R] (Exhibit 174R) | REDACTED |
| 278 | Statement on the Gypsum Boards Exported to the U.S. by BNBM Group from the End of 2005 to the Beginning of 2006 [BNBM(Group)-E-0003186 and translation] | PUBLIC |
| 279 | Chart of Sales of Taishan Drywall to U.S., with supporting docs (Exhibit 394) | PUBLIC |

| MTD Ex. # | Exhibit Title (as listed in the TOC of the Response) | Confidentiality Designation |
|---|---|---|
| 280 | Shandong Taihe Dongxin Co., Ltd. Articles of Incorporation dated 4/25/2005 [TG0020608-20629 and translation] (Jia Def. 1/9/2012 Exhibit 9A | PUBLIC |