UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: *Gross v. Knauf Gips KG,* 2:09-cv-6690 *Amorin v. Taishan Gypsum,* 2:11-cv-1672 *Amorin v. Taishan Gypsum,* 2:11-cv-1395 *Amorin v. Taishan Gypsum,* 2:11-cv-1673 *Amorin v. SASAC,* 2:14-cv-1727 *State of Louisiana v. Knauf,* 2:10-cv-340 *Abner v. Taishan Gypsum,* 2:11-cv-3094 *Posey v. BNBM Co.,* 2:09-cv-6531 *Morris v. BNBM Co.,* 2:09-cv-6530 *Germano v. Taishan Gypsum,* 2:09-cv-6687 *Wiltz v. Beijing New Building Materials Public Limited Co.,* 2:10-cv-361 | |

**O R D E R**

Considering the Motion to Substitute Omnibus Response in Opposition to Defendants' Motions to Dismiss [Rec. Doc. 20036] (Addressing Removal of Confidentiality Designations and Lifting of Seal) filed by the Plaintiffs' Steering Committee;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the Plaintiffs' Steering Committee's Omnibus Response in Opposition to Defendants' Motions to Dismiss ("Omnibus Response"), which was filed in its entirety under seal [Rec. Doc. 20036], be substituted and filed on the MDL 2047 docket so that only the documents and testimony attached to and/or included in the Omnibus Response, which remain confidential, are redacted and/or filed under seal.  The effect of this will result in a lifting of the seal on the Omnibus Response, except for documents or testimony that remain confidential.  Nothing in the Omnibus Response has been

changed, except insofar as the seal on documents and testimony that are no longer protected by Pre-Trial Order No. 16 has been lifted.

  New Orleans, Louisiana, this \_\_\_ day of _____, 2018.

                _____
                Eldon E. Fallon
                United States District Court Judge