UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO:

ALL CASES

**************************************************************************

### NOTICE OF MANUAL ATTACHMENT

### OBJECTION TO RECOMMENDATION OF FEE COMMITTEE DATED JULY 3, 2018 (R. Doc. 21455)

# Exhibit 1 – FILED UNDER SEAL