UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | |

*************************************************************************

## MOTION FOR LEAVE TO FILE EXHIBIT 1 OF RHINE LAW FIRM'S OBJECTION TO RECOMMENDATION OF FEE COMMITTEE DATED JULY 3, 2018, UNDER SEAL

NOW COMES the Rhine Law Firm, PC ("RLF"), who upon suggesting to the Court that on July 19, 2018, it filed its Objection to Recommendation of Fee Committee Dated July 3, 2018 [R Doc. 21554] ("Objection"). Exhibit "1" attached to the Objection contain and/or refer to information that of the type and nature that has been filed under seal in previous filings, including the Recommendation Of Fee Committee Dated July 3, 2018 the [R.Doc. 21455]. As explained by the Fee Committee in their Motion For Leave to File Exhibits Under Seal [R. Doc. 21457], these documents disclose information about ongoing litigation against the Taishan Defendants, contain work product information of counsel and outlines work that was done both in connection with the Knauf portion and the Taishan portions of this litigation. The extent of work performed and specific work performed by RLF should not be disclosed at this point due to the continued litigation against the Taishan Defendants. Therefore, Exhibit "1" should be filed UNDER SEAL.

1

WHEREFORE, mover prays that this motion be GRANTED and Exhibit "1" attached to Rhine Law Firm's Objection to Recommendation of Fee Committee Dated July 3, 2018 [Rec. Doc. _____] be filed UNDER SEAL.

Respectfully submitted this the 19th day of July, 2018.

*s/Joel R. Rhine*
Joel R. Rhine *(pro hac vice)*
RHINE LAW FIRM, PC
1612 Military Cutoff Rd, Suite 300
Wilmington, NC 28403
Tel: (910) 772-9960
Fax: (910) 772-9062
JRR@rhinelawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, which will serve a notice of the uploading in accordance with the procedures established in MDL 2047, on this 19th day of July, 2018.

*s/Joel R. Rhine*
Joel R. Rhine *(pro hac vice)*
RHINE LAW FIRM, PC
1612 Military Cutoff Rd, Suite 300
Wilmington, NC 28403
Tel: (910) 772-9960
Fax: (910) 772-9062
JRR@rhinelawfirm.com
