UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: *ALL CASES* | HONORABLE JUDGE FALLON MAGISTRATE JUDGE WILKINSON |

**************************************************************************

## MOTION FOR LEAVE TO FILE UNDER SEAL THE LAMBERT FIRM, PLC'S OBJECTION TO FEE COMMITTEE'S RECOMMENDED FEE ALLOCATION AND EXHIBITS

MAY IT PLEASE THE COURT, now comes The Lambert Firm, PLC ("TLF") who respectfully requests leave to file under seal its Objection to Fee Committee's Recommended Fee Allocation ("TLF's Objection"), including the two exhibits attached thereto. TLF's Objection and attached exhibits include information which is confidential and includes attorney work product. Due to the continued litigation against the Taishan Defendants, this confidential information and work product should not be disclosed to the Taishan Defendants. Consequently, TLF submits that only the firms involved in the common benefit fee allocation issues should be provided with this information.

WHEREFORE, The Lambert Firm, PLC requests that its Motion be Granted and that its Objection to Fee Committee's Recommended Fee Allocation and Exhibits "A" and "B" attached thereto be filed UNDER SEAL, and that all firms who receive the TLF Objection and Exhibits maintain the confidentiality of those documents.

Dated: July 19, 2018

                                  Respectfully Submitted,

                                  */s/ Hugh P. Lambert*
                                  Hugh P. Lambert
                                  The Lambert Firm, PLC
                                  701 Magazine Street
                                  New Orleans, LA 70130
                                  Phone: (504) 581-1750
                                  Fax: (504) 529-2931
                                  hlambert@thelambertfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 19, 2018, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system, which will send a notice of the electronic filing to the counsel of record for Defendants.

                                  */s/ Hugh P. Lambert*_____