**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: *ALL CASES* | HONORABLE JUDGE FALLON MAGISTRATE JUDGE WILKINSON |

*************************************************************************

<u>**THE LAMBERT FIRM, PLC'S OBJECTION TO FEE COMMITTEE'S RECOMMENDED FEE ALLOCATION**</u>

# FILED UNDER SEAL