**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY      MDL No. 2047
LITIGATION

                                         SECTION: L

THIS DOCUMENT RELATES TO:      JUDGE FALLON
*ALL CASES*                    MAGISTRATE JUDGE WILKINSON

*************************************************************************

**EXHIBIT "A" TO THE LAMBERT FIRM, PLC'S OBJECTION TO FEE**
**COMMITTEE'S RECOMMENDED FEE ALLOCATION**

# FILED UNDER SEAL