**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: *ALL CASES* | JUDGE FALLON MAGISTRATE JUDGE WILKINSON |

******************************************************************************

**EXHIBIT "B" TO THE LAMBERT FIRM, PLC'S OBJECTION TO FEE COMMITTEE'S RECOMMENDED FEE ALLOCATION**

# FILED UNDER SEAL