# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: *ALL CASES* | HONORABLE JUDGE FALLON MAGISTRATE JUDGE WILKINSON |

******************************************************************************

## ORDER

Considering the Motion for Leave to File Under Seal filed by The Lambert Firm, PLC;

IT IS ORDERED BY THE COURT that the Motion is GRANTED and The Lambert Firm PLC's Objection to Fee Committee's Recommended Fee Allocation and Exhibits "A" and "B" attached thereto be and are hereby filed UNDER SEAL.

IT IS FURTHER ORDERED BY THE COURT that all law firms that received The Lambert Firm PLC's Objection to Fee Committee's Recommended Fee Allocation and Exhibits "A" and "B" attached thereto shall maintain their confidentiality and not disclose them to others.

New Orleans, Louisiana, the ___ day of _____, 2018.

_____
Eldon E. Fallon
United States District Court Judge