# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *ALL CASES* | MAG. JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## THE STECKLER LAW FIRM AND BARON & BUDD, P.C.'S MOTION TO FILE THEIR OBJECTION AND EXHIBITS UNDER SEAL

NOW INTO COURT, through undersigned counsel, comes The Steckler Law Firm and Baron & Budd, P.C., and for the reasons set forth in the memorandum attached hereto, respectfully move the Court for an Order allowing their **Objections in Opposition to the Step Six Final Recommendation of the Majority of the Fee Committee Regarding Allocation of the Common Benefit** to be filed under seal inasmuch as they contain confidential information.

Dated: July 19, 2018

**THE STECKLER LAW FIRM**

By: */s/ Bruce W. Steckler*
Bruce W. Steckler (TX # 00785039)
bruce@stecklerlaw.com
12720 Hillcrest Road, Suite 1045
Dallas, TX 75230
Phone: (972) 387-4040

**BARON & BUDD, P.C.**

By: */s/ S. Ann Saucer*
Russell W. Budd (TX #03312400)
S. Ann Saucer (TX Bar No. 00797885; LA Bar No. 21368)
rbudd@baronbudd.com
asaucer@baronbudd.com
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: 214-520-1181

1

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 28th day of June, 2016.

Dated: July 19, 2018           RESPECTFULLY SUBMITTED:

/s/ S. Ann Saucer
S. Ann Saucer (TX Bar No. 00797885;
LA Bar No. 21368)
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Tel.: 214-521-3605
Fax: 214-520-1181
asaucer@baronbudd.com