# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *ALL CASES* | MAG. JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM IN SUPPORT OF THE STECKLER LAW FIRM AND BARON & BUDD, P.C.'S MOTION TO FILE THEIR OBJECTION AND EXHIBITS UNDER SEAL

**MAY IT PLEASE THE COURT:**

The Steckler Law Firm and Baron & Budd, P.C.'s **Objections to the Step Six Final Recommendation of the Majority of the Fee Committee Regarding Allocation of the Common Benefit** and exhibits contain confidential settlement information that should not be included in the public record, and the Stecker Law Firm and Baron & Budd, P.C., therefore respectfully request that the Objection and exhibits be filed under seal.

Dated: July 19, 2018

          **THE STECKLER LAW FIRM**

          By: */s/ Bruce W. Steckler*
          Bruce W. Steckler (TX # 00785039)
          bruce@stecklerlaw.com
          12720 Hillcrest Road, Suite 1045
          Dallas, TX 75230
          Phone: (972) 387-4040

          **BARON & BUDD, P.C.**

          By: */s/ S. Ann Saucer*
          Russell W. Budd (TX #03312400)
          S. Ann Saucer (TX Bar No. 00797885;
          LA Bar No. 21368)
          rbudd@baronbudd.com
          asaucer@baronbudd.com
          3102 Oak Lawn Avenue, Suite 1100
          Dallas, TX 75219

Phone: (214) 521-3605  
Fax: 214-520-1181

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 28th day of June, 2016.

Dated: July 19, 2018        RESPECTFULLY SUBMITTED:

/s/ S. Ann Saucer
S. Ann Saucer (TX Bar No. 00797885;
LA Bar No. 21368)
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Tel.: 214-521-3605
Fax: 214-520-1181
asaucer@baronbudd.com