**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047 |
| | SECTION: L |
| | JUDGE FALLON MAG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO:
*ALL CASES*

*****************************************************************************

# THE STECKLER LAW FIRM AND BARON & BUDD, P.C.'S OBJECTIONS TO THE STEP SIX FINAL RECOMMENDATION OF THE MAJORITY OF THE FEE COMMITTEE REGARDING ALLOCATION OF THE COMMON BENEFIT

# FILED UNDER SEAL