**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

**MDL 2047**

**SECTION: L**

**JUDGE FALLON
MAG. JUDGE WILKINSON**

THIS DOCUMENT RELATES TO:
*ALL CASES*
*************************************************************************

# EXHIBIT D – UNDER SEAL