UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| ALL CASES | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ALTERS LAW FIRM, P.A.'S
MOTION TO FILE OBJECTION AND EXHIBITS UNDER SEAL**

NOW INTO COURT, through undersigned counsel, comes Alters Law Firm, P.A.,[1] and for the reasons set forth in the memorandum attached hereto, respectfully moves the Court for an Order allowing its **Objections in Opposition to the Step Six Final Recommendation of the Majority of the Fee Committee Regarding Allocation of the Common Benefit** to be filed under seal inasmuch as they contain confidential information.

Dated: July 19, 2018

Respectfully Submitted,

**ALTERS LAW FIRM, P.A.
n/k/a THE JUSTIN GROSZ FIRM, P.A**
DCOTA | Design Center of the Americas
1855 Griffin Road, Ste C-470
Dania Beach, FL  33004
Phone: (305) 571-8550

By: *Justin D. Grosz*
Justin D. Grosz, Esq.
Florida Bar No. 984000
Justin@alterslaw.com
Justin@thejgfirm.com

---

[1] At the inception of this matter, the firm was known as Alters, Boldt, Brown, Rash & Culmo, P.A., and the firm was renamed Alters Law Firm, P.A. on June 17, 2010. The firm is now renamed as The Justin Grosz Firm, P.A.  A notice to that effect, incorporating Mr. Grosz's appearance, has been filed with the Court; but to avoid more confusion at this juncture, we will refer to the firm as ALF in this objection.

1

and

Matthew T. Moore, Esquire
*Of Counsel*
matthew@alterslaw.com; matthew@thejgfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 19th day of July, 2018.

/s/ Justin D. Grosz