UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED      MDL NO. 2047
DRYWALL PRODUCTS LIABILITY
LITIGATION                        SECTION: L

THIS DOCUMENT RELATES TO:         JUDGE FALLON

*ALL CASES*                       MAG. JUDGE WILKINSON

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### MEMORANDUM IN SUPPORT OF ALTERS LAW FIRM, P.A.'S[1] MOTION TO FILE OBJECTION AND EXHIBITS UNDER SEAL

**MAY IT PLEASE THE COURT:**

Alters Law Firm, P.A.'s **Objections to the Step Six Final Recommendation of the Majority of the Fee Committee Regarding Allocation of the Common Benefit** and exhibits contain confidential settlement information that should not be included in the public record, and Alters Law Firm, P.A. therefore respectfully requests that the Objection and exhibits be filed under seal.

Dated: July 19, 2018                  Respectfully Submitted,

                                  **ALTERS LAW FIRM, P.A.**
                                  **n/k/a THE JUSTIN GROSZ FIRM, P.A**
                                  DCOTA | Design Center of the Americas
                                  1855 Griffin Road, Ste C-470
                                  Dania Beach, FL 33004
                                  Phone: (305) 571-8550

                                  By: *Justin D. Grosz*
                                  Justin D. Grosz, Esq.
                                  Florida Bar No. 984000
                                  Justin@alterslaw.com
                                  Justin@thejgfirm.com

                                  and

---

[1] As reflected in other filings, the firm has been renamed The Justin Grosz Firm, P.A. but for ease of reference will be referred to as ALF herein.

1

Matthew T. Moore, Esquire, *Of Counsel*
matthew@alterslaw.com; matthew@thejgfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 19th day of July, 2018.

/s/ Justin D. Grosz