UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL 2047

SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*ALL CASES*

*******************************************************************************
**

**ALTERS LAW FIRM, P.A.'S OBJECTIONS TO THE STEP SIX FINAL RECOMMENDATION OF THE MAJORITY OF THE FEE COMMITTEE REGARDING ALLOCATION OF THE COMMON BENEFIT**

# FILED UNDER SEAL