**TABLE OF CONTENTS OF EXHIBITS ATTACHED TO
GNT'S OBJECTION TO THE MAJORITY OF THE FEE
COMMITTEE'S RECOMMENDATION REGARDING
ALLOCATION OF THE COMMON BENEFIT FEES**

| Page #'s | Description of Exhibits |
|---|---|
| 1-31 | Exhibit 1 – Robert D. Gary, Attorney, Fee Statement |
| 32-37 | Exhibit 2 – Tracy S. Comstock, Paralegal, Fee Statement |
| 38-41 | Exhibit 3 – Gary, Naegele & Theado Expense Statement |
| 42-43 | Exhibit 4 – 2/10/09 Draft Master Working Agreement of Initial Team of Attorneys assembled by Robert D. Gary for the purpose of performing preliminary investigations to determine if there was a claim to be brought concerning defective drywall |
| 44-46 | Exhibit 5 – Fee Sharing Agreement between Hausfeld, LLP and Gary, Naegele & Theado, LLC |
| 47-48 | Exhibit 6 – Fee Sharing Agreement between Colson Hicks Eidson and Gary, Naegele & Theado, LLC |
| 49-50 | Exhibit 7 – 10/22/14 Email to Phil Garrett amending GNT's common benefit time and Expenses to conform to the Fee Committee's recommendations |
| 51-53 | Exhibit 8 – 11/3/14 Email from Phil Garrett informing GNT it was PTO 28 Compliant |
| 54-59 | Exhibit 9 – Robert D. Gary's 1st Affidavit submitted pursuant to PTO 9 and 9A |
| 60-63 | Exhibit 10 – Robert D. Gary's 2nd Affidavit submitted pursuant to PTO 9 and 9A |
| 64-67 | Exhibit 11 – GNT's 7/23/14 Follow-Up Letter to Fee Committee |