GARY, NAEGELE & THEADO, LLC
ATTORNEYS AT LAW
446 BROADWAY AVENUE
LORAIN, OH  44052-1797
PH:   (440) 244-4809
FAX:  (440) 244-3462

Chinese Drywall MDL 2047

Attn: Chinese Drywall MDL 2047

Page: 1
02/19/2014
Account No:      33445-00
Statement No:       21914

Products Liability

Interim Statement

### Fees

| | | | | | Hours |
|---|---|---|---|---|---|
| 01/17/2009 | RDG | L100 | A108 | Meeting with Mike Foreman re. drywall remediation issues | 1.50 |
| 01/19/2009 | RDG | L100 | A108 | Telephone conversation with Mike Foreman; follow-up with information regarding his findings | 0.50 |
| | RDG | L100 | A110 | Review of information re. Foreman's findings | 1.00 |
| 01/21/2009 | RDG | L100 | A108 | Meeting and discussion with Rich Lewis in Sarasota in preparation for meeting with Mike Foreman | 1.00 |
| | RDG | L100 | A102 | Research and review of Florida economic local rule issues | 0.50 |
| 01/22/2009 | RDG | L100 | A108 | Meeting with Mike Foreman and Rich Lewis; tour of infected homes to view contaminated drywall; debriefing of Mike Foreman | 7.00 |
| 01/23/2009 | RDG | L100 | A106 | Discussion with Brinckus re. American drywall issues (i.e. report of blackened air conditioning coils, electrical outlets, odor, despite no evidence of the presence of Chinese drywall) | 0.50 |
| 01/24/2009 | RDG | L100 | A108 | Telephone call to Rich Lewis re. Brinckus and National Gypsum (i.e. research process for manufacture of National Gypsum drywall and research as to whether there are other complaints which are similar to Chinese drywall) | 0.25 |
| | RDG | L100 | A110 | Review of drywall information obtained thus far from clients and prospective experts | 1.50 |
| 02/01/2009 | RDG | L100 | A108 | Telephone calls to Mike Foreman, Rich Lewis and Jori Naegele; review drywall information and additional research in preparation for meetings and discussions with Brinckus (i.e. research synthetic and scrap recycling methods of manufacturing American drywall) | 6.50 |
| | RDG | L100 | A110 | Review of Florida Law memo | 0.25 |
| 02/02/2009 | RDG | L100 | A111 | Travel LBK to Alva, FL for meeting with Brinckus | 1.50 |
| | RDG | L100 | A106 | Meeting with Brinckus | 3.50 |

Chinese Drywall MDL 2047

Products Liability

| | | | | | Hours |
|---|---|---|---|---|---|
| | RDG | L100 | A111 | Travel from Alva to LBK, FL after Brincku meeting | 1.50 |
| | RDG | L100 | A111 | Travel LBK, FL to Washington, D.C. for meeting next day with Rich Lewis and Arnold Levin | 7.00 |
| | RDG | L100 | A110 | Review of Lennar Development test results | 0.25 |
| 02/03/2009 | RDG | L100 | A108 | Meeting with Rich Lewis and Arnold Levin in Washington, D.C. re. drywall | 5.00 |
| | RDG | L100 | A111 | Travel from Washington, D.C. to LBK, FL after meeting with Lewis and Levin | 7.00 |
| 02/04/2009 | RDG | L100 | A108 | Discussions with various clients; review of various Complaints; discuss Chinese Drywall destination and import issues with Chinese Environmental Attorney, Chang Jing Jing, and Rich Lewis | 8.25 |
| 02/06/2009 | RDG | L100 | A101 | Download and review materials re. contaminated drywall issues in preparation for meeting with Lennar homeowners; draft response to Lennar | 2.50 |
| | RDG | L100 | A108 | Conference call with Rich Lewis and Arnold Levin | 0.75 |
| 02/07/2009 | RDG | L100 | A110 | Review of Lennar drywall issues | 1.00 |
| | RDG | L100 | A111 | Travel from LBK to Estero, FL to meet with Lennar Homeowners | 1.50 |
| | RDG | L100 | A106 | Mass meeting at Bella Terra with Lennar Homeowners | 4.50 |
| | RDG | L100 | A111 | Travel from Estero to LBK, FL after meeting with Lennar Homeowners | 1.50 |
| 02/08/2009 | RDG | L100 | A103 | Compose report re. Lennar and China contacts; call from Rich Lewis; e-mail to Matt Zaklad re. China; meeting with Dr. Howard Levine re. possible health issues stemming from contaminated drywall | 5.00 |
| | RDG | L100 | A108 | Discussion with Matt Zaklad re. Chinese Drywall supply chain | 0.25 |
| 02/09/2009 | RDG | L100 | A110 | Review of various drywall e-mails | 0.25 |
| | RDG | L100 | A102 | Research issues re. health protocol and drywall questionnaire to be completed by clients | 2.50 |
| | RDG | L100 | A108 | Meeting with Dr. Levine re. medical issues stemming from contaminated drywall | 1.00 |
| 02/10/2009 | RDG | L100 | A108 | Confer with Dr. Levine re. medical monitoring; client development | 0.75 |
| | RDG | L100 | A110 | Review of draft drywall questionnaire forms | 0.50 |
| | RDG | L100 | A108 | Conference call with Arnold Levin and Rich Lewis re. status of drywall investigations thus far | 0.50 |
| 02/11/2009 | RDG | L100 | A108 | Review Mike Foreman agreements; discussion with Dr. Levine re. medical monitoring; call to Matt Zaklad in China | 0.50 |
| | RDG | L100 | A108 | Meeting with Stimson and Foreman; call from Rich Lewis re. various clients | 1.25 |

Chinese Drywall MDL 2047

Page: 3
02/19/2014
Account No:     33445-00
Statement No:       21914

Products Liability

|            |     |      |      |                                                                                                      | Hours |
|------------|-----|------|------|------------------------------------------------------------------------------------------------------|-------|
| 02/14/2009 | RDG | L100 | A108 | Telephone call to Matt Zaklad in China re. chain of distribution                                     | 0.25  |
| 02/16/2009 | RDG | L100 | A108 | E-mails to Stimson, Rich Lewis and Ervin Gonzalez                                                     | 0.25  |
|            | RDG | L100 | A111 | Pick up disclosure forms from realtor                                                                 | 0.50  |
|            | RDG | L100 | A110 | Review various draft drywall Complaints                                                               | 0.25  |
| 02/17/2009 | RDG | L100 | A111 | Travel LBK to Estero, FL for meeting with Bella Terra Families                                        | 1.50  |
|            | RDG | L100 | A108 | Meeting with Bella Terra Families and Consolo with inspection of homes thereafter                     | 5.00  |
|            | RDG | L100 | A111 | Travel from Estero to LBK, FL after meeting with Bella Terra Families                                 | 1.50  |
| 02/18/2009 | RDG | L100 | A103 | Draft letter re. Bella Terra meeting and inspections; e-mail to Consolo; review of various client contracts | 1.50  |
| 02/19/2009 | RDG | L100 | A103 | Draft hardship letter for banks                                                                       | 1.00  |
| 02/24/2009 | RDG | L100 | A108 | Telephone call to CMC, Inc. re serving as potential expert                                            | 0.25  |
| 02/25/2009 | RDG | L100 | A102 | Research issues re. Chinese Drywall supply chain                                                      | 0.25  |
| 03/02/2009 | RDG | L100 | A108 | Call to Matt Zaklad re. Chinese Drywall distribution chain                                            | 0.25  |
| 03/03/2009 | RDG | L100 | A108 | Telephone conversations with Matt Zaklad re. Chinese Drywall distribution issues                     | 0.25  |
| 03/04/2009 | RDG | L100 | A108 | Telephone conversation with Zed Hejzlar, expert, re. condensation issues                              | 0.25  |
| 03/10/2009 | RDG | L100 | A108 | Conference call with Arnold Levin and Rich Lewis re. drywall investigations                           | 0.50  |
| 03/16/2009 | RDG | L100 | A108 | Telephone conversation with Matt Zaklad re. Chinese Drywall distribution issues                      | 0.25  |
| 03/17/2009 | RDG | L100 | A108 | Conference call with Rich Lewis and Arnold Levin re. drywall investigations                           | 1.00  |
| 03/18/2009 | RDG | L100 | A108 | Telephone conference with Chris Day from Senator Nelson's office re. bank relief                      | 0.50  |
| 03/24/2009 | RDG | L100 | A108 | Conference call with Rich Lewis and Arnold Levin re. drywall investigations                           | 0.75  |
| 03/26/2009 | RDG | L100 | A108 | Telephone conversation with Atty. Chang Jing Jing re. Chinese law issues                              | 0.25  |
| 03/31/2009 | RDG | L100 | A108 | Conference call with Rich Lewis and Arnold Levin re. drywall                                          | 0.50  |

Chinese Drywall MDL 2047

Products Liability

| | | | | | Hours |
|---|---|---|---|---|---|
| 04/07/2009 | RDG | L100 | A102 | Research issues re. Chinese government; call from PIER (organization that maintains international import/export records) | 0.50 |
| 04/10/2009 | RDG | L100 | A108 | Telephone call to Chris Day of Senator Nelson's office re. banking issues | 0.25 |
| 04/11/2009 | RDG | L100 | A110 | Review of Order re. National Gypsum's manufacturing process | 0.25 |
| 04/15/2009 | RDG | L100 | A108 | E-mails to Matt Zaklad re. obtaining name of government contact in China | 0.25 |
| 04/16/2009 | RDG | L100 | A108 | Telephone conversation with Chris Day of Senator Nelson's office re. health issues stemming from contaminated drywall | 0.25 |
| 04/17/2009 | RDG | L100 | A108 | Conference call with Rich Lewis and Arnold Levin re. drywall investigations | 0.50 |
| | RDG | L100 | A108 | Telephone call to Chris Day of Senator Nelson's office re. National Gypsum report and contact with Chinese government | 0.25 |
| | RDG | L100 | A111 | Travel from LBK to Coral Gables, FL for meeting at Ervin Gonzalez's office | 4.00 |
| | RDG | L100 | A108 | Conference with Attys. Jori Bloom Naegele, Arnold Levin, Rich Lewis, Ervin Gonzalez, Gruin and others re. drywall issues | 5.50 |
| | RDG | L100 | A108 | Travel from Coral Gables to LBK, FL after meeting at Ervin Gonzalez's office | 4.00 |
| | RDG | L100 | A108 | Follow-up e-mail to Matt Zaklad re. obtaining name of government contact in China | 0.25 |
| 04/18/2009 | RDG | L100 | A110 | Review of info re. National Gypsum and American drywall | 1.50 |
| 04/19/2009 | RDG | L100 | A108 | Telephone conversation with Matt Zaklad re. Chinese Drywall distribution project | 0.25 |
| | RDG | L100 | A103 | Letter to National Gypsum re. testing of contaminated American Drywall | 2.00 |
| 04/20/2009 | RDG | L100 | A108 | Telephone call to Chris Day at Senator Nelson's office re. banking and health issues stemming from contaminated drywall | 0.25 |
| 04/21/2009 | RDG | L100 | A108 | Telephone conversation with Chris Day of Senator Nelson's office re. American drywall issues | 0.25 |
| 04/23/2009 | RDG | L100 | A102 | Research issues re. mortgage problems stemming from contaminated drywall and inquiry re. additional contacts at Senator Nelson's office | 0.25 |
| 04/24/2009 | RDG | L100 | A108 | Conversation with Chris Day from Senator Nelson's office re. banking issues | 0.25 |

Chinese Drywall MDL 2047

Products Liability

| | | | | | Hours |
|---|---|---|---|---|---|
| 04/29/2009 | RDG | L100 | A108 | Telephone call to Chris Day of Senator Nelson's office re. drywall issues including recycling | 0.25 |
| 04/30/2009 | RDG | L100 | A102 | Research American drywall recycling issues | 2.75 |
| 05/01/2009 | RDG | L100 | A102 | Research impact of expert issues; talk to PIER re. international import/export records | 1.00 |
| 05/04/2009 | RDG | L100 | A110 | Review of PIER data from Jarod Wael | 0.25 |
| 05/05/2009 | RDG | L100 | A102 | Research American drywall recycling issues | 2.00 |
| 05/07/2009 | RDG | L100 | A102 | Research American drywall and composition of memo on same | 4.00 |
| 05/16/2009 | RDG | L100 | A101 | Preparation for Senate Subcommittee Hearing with Brinckus and Aaron Kessler; e-mails to Chris Day of Senator Nelson' office re hearing | 1.00 |
| 05/20/2009 | RDG | L100 | A111 | Travel to Washington, D.C. from LBK, FL for Senate hearing | 4.50 |
| 05/21/2009 | RDG | L100 | A111 | Attendance at Senate Subcommittee Hearing on contaminated drywall | 2.00 |
| 05/22/2009 | RDG | L100 | A108 | Meeting with Rich Lewis re. Senate Subcommittee hearing | 4.50 |
| | RDG | L100 | A111 | Travel from Washington, D.C. to LBK, FL after Senate hearing | 4.50 |
| 05/27/2009 | RDG | L100 | A102 | Research in preparation for Senate Subcommittee submission | 2.50 |
| | RDG | L100 | A103 | Revisions to Senate Subcommittee submission | 1.00 |
| 05/28/2009 | RDG | L100 | A103 | Continue editing Senate Subcommittee submission | 3.50 |
| 05/29/2009 | RDG | L100 | A108 | Conference with Senate Subcommittee staff re. procedure for submission to committee | 0.25 |
| 06/01/2009 | RDG | L100 | A102 | Research re recycling American drywall, for experts | 1.00 |
| 06/02/2009 | RDG | L100 | A108 | Telephone call to Scott Shober, possible drywall expert, on industry matters | 0.50 |
| 06/03/2009 | RDG | L100 | A108 | Telephone call to Raymond Lynch of Law Dept. at Wells Fargo Bank re. loan issues | 0.50 |
| 06/05/2009 | RDG | L100 | A110 | Review of issues re. insurance coverage and claims | 1.50 |
| | RDG | L100 | A110 | Review of CDC health compilations | 0.25 |
| 06/09/2009 | RDG | L100 | A102 | Research American drywall patents to determine if manufacturing process has changed over the years and to | |

Chinese Drywall MDL 2047

Products Liability

| Date | | | | | Hours |
|------|------|------|------|---|-------|
| | | | | look for possible issues in regard to a defect in the manufacturing process | 3.50 |
| 07/06/2009 | RDG | L100 | A108 | Submission to MDL re. request for committee assignments | 1.00 |
| 07/07/2009 | RDG | L100 | A108 | Telephone call from FL Attorney General's Office re. general drywall issues | 0.25 |
| 07/14/2009 | RDG | L100 | A110 | Review CDC report on drywall | 0.25 |
| 07/16/2009 | RDG | L100 | A110 | Review of IRS opinion on drywall tax deduction | 0.25 |
| 07/17/2009 | RDG | L100 | A108 | Telephone call from FL Attorney General re. general drywall issues | 0.25 |
| 07/18/2009 | RDG | L100 | A102 | Research issues re recycled American drywall | 2.00 |
| 07/20/2009 | RDG | L100 | A101 | Prepare and submit materials for MDL committee assignments | 4.00 |
| 07/21/2009 | RDG | L100 | A108 | Telephone call to Chris Day from Senator Nelson's office in regards to sulfur standards | 0.50 |
| 07/25/2009 | RDG | L100 | A110 | Review of builder remediation issues | 3.00 |
| 08/03/2009 | RDG | L100 | A101 | Preparation for meeting with Atty. for National Gypsum in Washington, D.C. re American Drywall | 1.00 |
| 08/04/2009 | RDG | L100 | A111 | Travel from Sandusky, OH to Washington D.C. for meeting with Atty. for National Gypsum | 6.50 |
| | RDG | L100 | A108 | Meeting with Rich Lewis to prepare for meeting with Atty. for National Gypsum and re MDL participation | 2.00 |
| 08/05/2009 | RDG | L100 | A108 | Meeting with Attorney for National Gypsum in Washington D.C. re American Drywall issues | 3.50 |
| | RDG | L100 | A111 | Travel from Washington D.C. to Sandusky, OH after meeting with Atty. for National Gypsum | 7.00 |
| 08/09/2009 | RDG | L100 | A101 | Assembly of Brincku trial exhibits per Rich Lewis | 0.50 |
| 08/11/2009 | RDG | L100 | A108 | Conversation with Rich Lewis re inspection by Glenn Dunlap of U.S. Product Safety Commission | 0.25 |
| | RDG | L100 | A110 | Review of communication from Rich Lewis re experts | 0.25 |
| 08/13/2009 | RDG | L100 | A108 | Conversation with Dr. Howard Levine re. serving as medical expert for MDL | 0.25 |
| | RDG | L100 | A106 | Conversation with Brenda Brincku in regard to Dr. Peter Townsend's testimony on National Gypsum products | 0.25 |
| | RDG | L100 | A102 | Research issues with Dr. Howard Levine's possible conflict of interest | 0.25 |

Chinese Drywall MDL 2047

Products Liability

| | | | | | Hours |
|---|---|---|---|---|---|
| 08/14/2009 | RDG | L100 | A102 | Research issues re. using Brincku as early Trial test case | 0.25 |
| 08/15/2009 | RDG | L100 | A108 | Conversation with Dr. Levine re. serving as medical expert for MDL | 0.25 |
| 08/21/2009 | RDG | L100 | A108 | Conversations with Brinckus, Rich Lewis and CBS, re early trial for National Gypsum and exploration of causation issues; draft complaint | 3.50 |
| 08/24/2009 | RDG | L100 | A106 | Conversations with Brinckus re. issues pertaining to National Gypsum as early Trial test case | 0.75 |
| | RDG | L100 | A102 | Research into drywall curing process | 0.25 |
| 08/25/2009 | RDG | L100 | A106 | Conversations with Delayo re. possible early MDL trial | 0.50 |
| | RDG | L100 | A108 | Conversation with Rich Lewis re. early MDL trial for Delayo | 0.25 |
| 08/26/2009 | RDG | L100 | A106 | Conversation with Brinckus re possible early MDL trial | 0.75 |
| 08/27/2009 | RDG | L100 | A108 | Consult with clients and experts in regard to possible early trials | 0.75 |
| | RDG | L100 | A110 | Review of Delayo information from MDL | 0.25 |
| 08/31/2009 | RDG | L100 | A110 | Review of builder's suggested protocol and consultation with independent builder re remediation | 0.50 |
| 09/01/2009 | RDG | L100 | A107 | Review of e-mail from Russ Herman re deadline to submit Plaintiff Profile Forms per PTO #11 | 0.25 |
| 09/03/2009 | RDG | L100 | A107 | Review of e-mail from Jeremy Scott Epstein re court's website | 0.25 |
| 09/07/2009 | RDG | L100 | A107 | E-mails with Richard Lewis re interviewing Dr. Howard Levine as medical expert for MDL | 0.25 |
| 09/11/2009 | RDG | L100 | A108 | Telephone conversations with Rich Lewis re Dr. Howard Levine as potential medical expert; Conference call with Rich Lewis and Dr. Levine re medical issues pertaining to contaminated drywall | 0.50 |
| | RDG | L100 | A107 | E-mails from Dr. Howard Levine re. possible procedures for screening population for respiratory illness related to contaminated Chinese Drywall exposure | 0.25 |
| 09/21/2009 | RDG | L100 | A108 | Telephone call from Florida State Senator Ehrenberg's office re. contaminated American Drywall causation | 0.50 |
| 09/22/2009 | RDG | L100 | A108 | Telephone call from Senator Aronberg's office re. National Gypsum's Apollo Beach plant and call to Zed Hejzlar re. issues at plant | 0.45 |
| 09/24/2009 | RDG | L100 | A111 | Travel from Sandusky, OH to New Orleans, LA for MDL meeting | 7.50 |

Chinese Drywall MDL 2047

Products Liability

| Date | | | | | Hours |
|------|------|------|------|------|-------|
| | RDG | L100 | A111 | MDL meeting in New Orleans with Arnold Levin, Russ Herman, and others | 2.50 |
| 09/25/2009 | RDG | L100 | A111 | Travel from New Orleans to Sandusky after MDL meeting | 7.50 |
| 10/01/2009 | RDG | L100 | A107 | Review of e-mail from Becky Ferrer re. 10/2 Status Conference | 0.25 |
| 10/05/2009 | RDG | L100 | A102 | Research synthetic gypsum production and e-mails to Rich Lewis re findings | 2.00 |
| 10/06/2009 | RDG | L100 | A106 | Telephone call from George Brincku re. Consumer Product Safety Commission Report | 0.25 |
| | RDG | L100 | A107 | E-mails with Rich Lewis re. Schaper, Delayo & Johnson | 0.25 |
| | RDG | L100 | A107 | E-mails with Rich Lewis re. Delayo | 0.25 |
| 10/07/2009 | RDG | L100 | A107 | E-mails with Mike Epstein re. Delayo | 0.25 |
| 10/08/2009 | RDG | L100 | A107 | Review of e-mail from Richard Stimson re. Dragas; review of NY Times story on CDW; review of CDW article in Harris Martin Publishing re. filing of Knauf lawsuits in Alabama State Court; revisions to Brincku letter | 0.75 |
| 10/09/2009 | RDG | L100 | A107 | Review of e-mail from Teresa Ortega with 10/16 Hearing agenda; e-mail from Bob Fitzsimmons re. summary of 10/2 hearing; e-mail from Penny Herman re. PSC Depository | 0.75 |
| 10/10/2009 | RDG | L100 | A108 | Telephone conversation with Rich Lewis re. master complaint | 0.75 |
| | RDG | L100 | A106 | E-mail from Brinckus | 0.25 |
| 10/11/2009 | RDG | L100 | A108 | Review of e-mail from Dr. Howard Levine re his communications with Rich Lewis pertaining to health issues | 0.25 |
| 10/12/2009 | RDG | L100 | A106 | Letter to clients re. need for them to file individual complaints with the CPSC | 0.50 |
| 10/13/2009 | RDG | L100 | A107 | Review of e-mail from Russ Herman re. discovery issues | 0.50 |
| | RDG | L100 | A107 | Final revisions to Brincku letter; e-mails with Russ Herman re. identifying key issues that need to be developed for discovery and trial purposes; e-mail from Delayo re. Home Repair Agreement | 1.00 |
| 10/14/2009 | RDG | L100 | A107 | E-mail to Rich Lewis re. American Drywall cases | 0.25 |
| | RDG | L100 | A107 | E-mail to co-counsel re. expected MIT Report about connection between use of sea water and contaminated drywall | 0.50 |
| 10/15/2009 | RDG | L100 | A110 | Review of additional discovery issues | 0.25 |
| | RDG | L100 | A107 | Review of e-mail from Teresa Ortega re. 10/16 hearing | 0.25 |

Chinese Drywall MDL 2047

Products Liability

| | | | | | Hours |
|---|---|---|---|---|---|
| 10/16/2009 | RDG | L100 | A107 | Review of e-mail from Bob Fitzsimmons re. La Suprema Depo on 10/19 | 0.25 |
| 10/19/2009 | RDG | L100 | A107 | Review of e-mail from Dawn Barrios with spreadsheet and list for mass complaint | 0.25 |
| 10/20/2009 | RDG | L100 | A107 | Review of e-mail from Penny Herman with transcript of 30(b)(6) depo of La Suprema | 0.25 |
| 10/21/2009 | RDG | L100 | A107 | E-mails with Javier Yanes re. Visintin inspection report | 0.75 |
| 10/22/2009 | RDG | L100 | A107 | Review of e-mail from Bob Fitzsimmons with LexisNexis spreadsheets re. Miami Dade cases and service lists; review of e-mail from Dawn Barrios re. completion of PPF Forms; review of e-mail from James Visintin re. his new contact info | 0.75 |
| 10/23/2009 | RDG | L100 | A107 | Review of e-mail from Teresa Ortega with 10/16 hearing transcript | 0.25 |
| 10/26/2009 | RDG | L100 | A107 | E-mails with Patrick Montoya re. Delayo/Toll Brothers; review of e-mail from Teresa Ortega with Black Bear Gypsum Supply Inc.'s Motion for Attorney Fees & Costs pursuant to Fla. Stat. 57.105; review of e-mail from M. Salky re. Lennar Corp, Lennar Homes LLC fka Lennar Homes Inc.'s Motion to Dismiss Plaintiff Homeowners' Tort Claims Under the Economic Loss Rule and Supporting Memo of Law; review of e-mail from Elizabeth Ferry with Black Bear Gypsum Supply, Inc.'s Motion to Dismiss or Abate, Motion to Strike Demand for Attorney Fees, Memo of Law on the Economic Loss Rule | 0.75 |
| 10/28/2009 | RDG | L100 | A110 | Review of information in regard to the master complaint | 0.25 |
| | RDG | L100 | A107 | E-mails with Rich Lewis re. first mass complaint against Knauf; review of e-mail from Dawn Barrios re. deadline for Omni Complaint; review of e-mail from Teresa Ortega re. 11/6 hearing; e-mails with Rich Lewis re. distinction between mass complaint against Knauf and class complaint with as yet indeterminable defendants | 1.00 |
| 10/29/2009 | RDG | L100 | A107 | Review e-mail on updated test results for American Drywall; work on list for master complaint | 0.75 |
| | RDG | L100 | A107 | Review e-mails from Rich Lewis re. Apolinar Garcia, from Brincku re. news of federal action to be announced, and from Aileen Fonda with client info chart and inspection reports; review of e-mails between Teresa Ortega and Cynthia Manzano re. Plaintiffs' Motion to Compel Production and Notice of Hearing set for 11/6/09 at 10 a.m. in Harrell v. South Kendall Construction Corp., and between Aileen Fonda and Anna Galloway re. changes to client info chart | 1.00 |
| 10/30/2009 | RDG | L100 | A103 | Drafting of turn-down letters for Kirk, Rubin and Wilfrey and | |

Chinese Drywall MDL 2047

Products Liability

| | | | | | Hours |
|---|---|---|---|---|---|
| | | | | e-mail to co-counsel with draft of letter | 1.00 |
| 10/31/2009 | RDG | L100 | A108 | Telephone call from Rich Lewis re. chlorides and science issues concerning American Drywall; e-mail to Brinckus re. chlorides | 0.50 |
| 11/03/2009 | RDG | L100 | A107 | Online registration for Corrosive Drywall Tech Symposium on 11/5-6 @ Mainsail Hotel in Tampa, FL with receipt of confirmation and itinerary; review of e-mail from Dawn Barrios with PTO #17 attached and reminder about 11/4 Court Telephone Conference Call re. same; review of e-mail from Brinckus with inspector Eagers' report and e-mails with Rich Lewis re. same; review of e-mail from Carol Bonifaci with Livermore & Morrison exclusions | 0.50 |
| 11/04/2009 | RDG | L100 | A107 | Review of e-mail from Javier Yanes with Monika Howard 10/29 Home Inspection Report, Robert & Christine Akers 10/30 Home Inspection Report, Arlene Brennan 10/30 Home Inspection Report and Daniel & Mary Jo Castro 10/31 Home Inspection Report; e-mails withTeresa Ortega, Jeffrey Backman, Patrick Montoya & David Durkee re. cancellation of 11/6 Motion Hearing on Supplier Bauhaus; review of CDW news stories via Google Alert; e-mails with Sam Schiffman and Mrs. Martel re. 11/11 meeting; e-mail to Nick Gimpel and Cathy O'Brien with Home Inspection Report; review of e-mail from Penny Harmon re. 11/17 30(b)(6) Depo of Interior Exterior; review of e-mail from Nick Gimpel re. Manufacturer Knauf agreeing to accept service | 1.50 |
| 11/05/2009 | RDG | L100 | A111 | Transportation from LBK to Corrosive Drywall Tech Symposium in Tampa, FL | 1.00 |
| | RDG | L100 | A111 | Attendance at, and participation in, Corrosive Drywall Tech Symposium; meeting with Sam Schiffman | 9.00 |
| | RDG | L100 | A110 | Review of CDW news stories via Google Alert | 0.25 |
| | RDG | L100 | A107 | E-mails with Rich Lewis re. Brincku and Omnibus complaints | 0.25 |
| | RDG | L100 | A107 | Review of e-mail from Brinckus with chronology of events | 0.25 |
| | RDG | L100 | A107 | Review of e-mail from Robyn & Peter Ellington with letter to mortgage company about contaminated CDW in home | 0.25 |
| | RDG | L100 | A107 | Review of e-mail from Teresa Ortega with agenda for 11/6 hearing and reminder about upcoming hearings on 11/13 & 11/19 | 0.25 |
| 11/06/2009 | RDG | L100 | A111 | Attendance at, and participation in, Corrosive Drywall Tech Symposium; meeting with Professor Townsend re. American Drywall; call to Rich Lewis re. Townsend | 4.00 |
| | RDG | L100 | A111 | Transportation from Tampa to LBK, FL after Corrosive Drywall Tech Symposium | 1.00 |
| | RDG | L100 | A107 | Review of e-mail from Peggy Harmon re. AAJ membership; review of e-mail from Cindy Martel re. request for interview by CBS News and with link to CDW article on "news-press.com"; review of CDW news stories via Google | |

Chinese Drywall MDL 2047

Account No:      33445-00
Statement No:        21914

Products Liability

|  |  |  |  |  | Hours |
|---|---|---|---|---|---|
|  |  |  |  | Alert; e-mails with Rich Lewis re. possible expert, Townsend, to confirm CDW off gassing in Brincku home and CPSC Report on Brincku; review e-mail from Cynthia Manzano with PSC Response in Opposition to Defendants' Motion to Dismiss based on economic loss rule, Notice of Hearing, Letter to Judge Farina; review e-mail from Brandly Blisard with Order Granting Omnibus Motion for Extension or Stay to serve foreign Defendants; e-mails with Cindy Martel with link to CDW article from "news-press.com" re. Senator Nelson speaking at Drywall Conference | 1.50 |
| 11/07/2009 | RDG | L100 | A110 | Review of CDW news stories via Google Alert | 0.25 |
|  | RDG | L100 | A106 | Review of e-mail from George Brincku with link to CDW article on "Wink News" | 0.25 |
|  | RDG | L100 | A106 | Review of e-mail from Brenda Brincku re. NG using drywall from Gypsum Recycle International | 0.25 |
| 11/08/2009 | RDG | L100 | A107 | Review of CDW news stories via Google Alert; e-mails with Rich Lewis and Howard Levine re. SF 36 Quality of Life Instrument and upper respiratory system survey; review e-mail from Penny Harmon re. 11/3 30(b)(6) Depo of Mazer; additional e-mails with Rich Lewis re. conference call to discuss options for filing complaint | 0.50 |
| 11/09/2009 | RDG | L100 | A107 | E-mails with Brenda Brincku re. conference call with Rich Lewis; e-mails with George Brincku and Rich Lewis; review of CDW news stories via Google Alert; review e-mail from Teresa Ortega re. 11/17 Depo; review e-mail from Dawn Barrios re. PTO #17; e-mail to co-counsel with turn-down letters for Kirk, Rubin and Wilfrey | 1.25 |
| 11/10/2009 | RDG | L100 | A107 | Review of e-mail from Nick Gimpel with inspection report done by homeowner insurance company (ASI); review of CDW article on Harris Martin Publishing online; review of CDW news stories via Google Alert; review e-mail from George Brincku with inspection report; review e-mail from Dawn Barrios re. instructions for completion of PTO #17 chart; review e-mail from Patrick Montoya re. turn-down letters for Kirk and Wilfrey and keeping Rubin pending decision on Amercian Drywall; e-mails with Rich Lewis and Patrick Montoya re. Gimpel/O'Brien Home Inspection Report dated 10/13 by Harold Zeliger; e-mails with Brincku and Dewey Saunders re. drywall labels; review e-mails from Brenda Brincku with CDW findings reported in Popular Mechanics | 1.50 |
| 11/11/2009 | RDG | L100 | A107 | Review of e-mail from James Visintin re. contact info for Pennyworth Homes and unidentifiable codes Javier found on boards; review of CDW news stories via Google Alert; review e-mail from Dawn Barrios re. revised instructions for completion of PTO; review e-mails with Patrick Montoya and |  |

Chinese Drywall MDL 2047

Products Liability

| | | | | | Hours |
|---|---|---|---|---|---|
| | | | | Rich Lewis re. draft of Kirk and Wilfrey turn-down letters; review e-mails from Becky Ferrer re. Javier Yanes findings for Gail Jones, Mel Lenard, Marc Wites, Jean Laraque, Gina Almeneiro, Felix & Anibel Feliciano | 2.00 |
| 11/12/2009 | RDG | L100 | A107 | Review of e-mail from Teresa Ortega with agenda for 11/13 Court Telephone Hearing re. Economic Loss Rule; review of CDW news stories via Google Alert; review e-mail from Karen Scott with synopsis of CDW Tech Symposium; e-mails with Brenda Brincku and Katherine Kallas re. Engineering Systems inspection of home and confirmation of presence of sulfide gas/drywall releasing gas (American, not Chinese) in Kallas home | 0.75 |
| 11/13/2009 | RDG | L100 | A110 | Review of CDW news stories via Google Alert | 0.25 |
| | RDG | L100 | A107 | Review of e-mail from Ted Ristas re. CDW | 0.25 |
| 11/14/2009 | RDG | L100 | A107 | Review of CDW news stories via Google Alert; review of e-mails from Javier Yanes with Inspection Reports for Oscar Gonzalez, Jean Laraque and Mel Lenard; review e-mail from Brenda Brincku re. Yee v NG; review e-mail from George Brincku with link to article about waste from coal power plants | 1.00 |
| 11/15/2009 | RDG | L100 | A106 | E-mail from George Brincku re. CPSC report due out 11/16 | 0.25 |
| 11/16/2009 | RDG | L100 | A107 | Review of e-mail from Teresa Ortega with Notice, Letter to Judge Farina and Motion to Compel Production from Environ | 0.25 |
| | RDG | L100 | A107 | Review of e-mail from Charles Balot of Online Security soliciting business in CDW case as computer forensic/electronic discovery experts | 0.25 |
| | RDG | L100 | A107 | Review of CDW article on Lawyers USA online; review e-mail from Javier Yanes with Donald Fischer & Cheryl Chester 11/12 Inspection Report; review e-mail from Jose Estevez with inspection report; review e-mail from Teresa Ortega with Notice, letter to Judge Farina, and Motion to Compel Production from Environ; review e-mail from Penny Harmon re. 12/4 30(b)(6) Depo of Interior/Exterior; e-mail to co-counsel with St. Johns Ins. Co. letter re. CDW for Ellington; e-mails with Rich Lewis re. status, awaiting data from CDW scientist; review e-mail from Charles Balot of Online Security soliciting business in CDW case in computer forensic/electronic discovery areas; review of CDW article on Harris Martin Publishing online | 2.00 |
| 11/17/2009 | RDG | L100 | A106 | Review of CDW news stories via Google Alert; review e-mail from Robyn Ellington re. State Farm letter; review e-mail from Cindy Martel re. home visit by HSA | 0.50 |
| 11/18/2009 | RDG | L100 | A107 | E-mail to Mr. Carroll with Ellington Inspection Report; review |

Chinese Drywall MDL 2047

Products Liability

| | | | | | Hours |
|---|---|---|---|---|---|
| | | | | e-mail from Brenda Brincku re. release of CPSC report, meeting with Chris Day in Washington, DC on 11/19; review of CDW article on China Drywall Lawyers and Settlements online; review e-mail from Teresa Ortega with agenda for 11/20 telephone hearing and notice of 12/4 & 12/10 hearings | 0.75 |
| 11/19/2009 | RDG | L100 | A107 | Participation in CDW Telephone Status Conference; e-mails with Rich Lewis re. confirmation of NG drywall in home built by Aranda in middle district; review of CDW news stories via Google Alert; review e-mail from Teresa Ortega re. cancellation of 11/20 hearing, rescheduled to 12/4; review e-mails from Dawn Barrios requesting list of cases for which discovery has been obtained and re info needed for omnibus complaints; review e-mail from Russ Herman re. cases to be tried in New Orleans beginning 1/25/10 | 1.50 |
| 11/20/2009 | RDG | L100 | A106 | Review of e-mail from Brenda Brincku re. meeting with Chris Day and Senator Nelson | 0.25 |
| 11/21/2009 | RDG | L100 | A106 | Review of CDW news stories via Google Alert; review e-mail from Brenda Brincku re. status of suit | 0.25 |
| 11/22/2009 | RDG | L100 | A107 | Review of CDW news stories via Google Alert; review e-mail from James Visintin re. joining CDW class (Brincku referral); review e-mail from Brenda Brincku re. Kevin McCarty, Insurance Commissioner, convening public hearing in San Francisco and CBS news story; review e-mail from Rich Lewis re. CBS news story to air on 11/24 about the Bricku and American Drywall | 1.00 |
| 11/23/2009 | RDG | L100 | A107 | Review of CDW news stories via Google Alert; review of CDW article on Lawyers USA online re. prospective bill in House to protect homeowners; e-mails with Rich Lewis re. CPSC Report and on developing evidence in Brincku and American Drywall; e-mails with Cindy Martel re. link to CDW article on "news-press.com" and subsequent telephone conference with her; review e-mail from Brenda Brincku re. CDW story to air on CBS | 1.25 |
| 11/24/2009 | RDG | L100 | A110 | Review of CDW news stories via Google Alert | 0.25 |
| | RDG | L100 | A106 | Review of e-mail from Robyn Ellington with letter from Attorney for Aranda Homes | 0.25 |
| | RDG | L100 | A107 | Review of e-mail from Teresa Ortega re. deadline to submit notice and motions to be heard at 12/4 hearing | 0.25 |
| | RDG | L100 | A110 | Review of CDW video on "cbsnews.com" | 0.25 |
| | RDG | L100 | A110 | Review of CDW news stories via Google Alert | 0.25 |
| 11/25/2009 | RDG | L100 | A107 | E-mails with Rich Lewis re. Townsend report re contaminated American Drywall causing same problems as Chinese | 0.25 |

Chinese Drywall MDL 2047

Products Liability

|  |  |  |  |  | Hours |
|---|---|---|---|---|---|
| 11/26/2009 | RDG | L100 | A107 | Review of e-mail from Larry Linhart with link to CDW article on "usatoday.com"; review e-mail from Cindy Martel re. test results; review of CDW news stories via Google Alert; review e-mail from George Brincku with link to CDW article on "miamiherald.com", "myfoxchicago.com", "startribune.com", "seattletimes.com", "myablc.com", "ktuu.com", "news-press.com", "news.yahoo.com", Buffalo News, NY Times, Washington Post | 1.00 |
| 11/27/2009 | RDG | L100 | A106 | Review of CDW news stories via Google Alerts; review e-mail from George Brincku re. prospective client, Kott Kamp; review e-mail from Robyn Ellington to EMC Mortgage for help re. CDW | 0.50 |
| 11/29/2009 | RDG | L100 | A107 | Review of e-mail from James Visintin re. photos from Javier re. unidentified boards; review of CDW news stories via Google Alert | 0.50 |
| 11/30/2009 | RDG | L100 | A107 | E-mails with Rich Lewis re. filing of Complaint; review e-mail from Cindy Martel re. updates from Zed or Sam; review of CDW news stories via Google Alert; review e-mail from Brenda Brincku re. CDW rally set for 12/5; review e-mail from Dawn Barrios re. court imposed deadline in PTO #17 for completion of chart; e-mails with Zed, Sam Schiffman and Cindy Martel re. inspection of Martel home; letter to prospective new client, Terry Sellman, with Intake Form, Statement of Client Rights and Contracts | 1.25 |
| 12/01/2009 | RDG | L100 | A107 | Review of CDW news stories via Google Alert; review e-mail from ADF with new client info for Sellman; review e-mail from Brenda Brincku re. 12/5 CDW rally and National Gypsum employee John Love; review e-mail from Dawn Barrios re. reminder that PTO #17 chart is due | 0.25 |
| 12/02/2009 | RDG | L100 | A107 | Review of e-mail from Teresa Ortega with hearing transcripts from 11/6 & 13; review e-mail from Dawn Barrios re. PTO #17 chart deadline; review e-mail from Brandy Blisard re. PPF case number inquiries; review e-mail from George Brincku with address of Shell Factory; review of CDW news stories via Google Alert | 0.25 |
| 12/03/2009 | RDG | L100 | A107 | Review of e-mail from Teresa Ortega re. agenda for 12/4 hearing; review of e-mail re. postponement of 12/4 Depo of Int/Ext; review of e-mail from Rich Lewis re. their need for assistance with processing PPFs; review of e-mail from new client, Zellman; review e-mail from George Brincku re. radio coverage of CDW rally; review CDW news stories via Google Alert | 0.25 |
| 12/04/2009 | RDG | L100 | A107 | Review of e-mail from Dawn Barrios with draft of Omnibus Complaint to be filed | 0.25 |

Chinese Drywall MDL 2047

Products Liability

|  |  |  |  |  | Hours |
|---|---|---|---|---|---|
| 12/05/2009 | RDG | L100 | A111 | Transportation to & from and meeting/rally with Lt. Gov. of Florida | 5.00 |
| 12/07/2009 | RDG | L100 | A107 | E-mail to Rich Lewis re. American Drywall course of action to pursue; e-mails with Patrick Murphy re. 558 letter to James Visintin; e-mail to Professor Townsend re. Visintin and testing of homes with American Drywall; e-mail to James & Andrea Vignes with new CDW client package | 0.25 |
| 12/08/2009 | RDG | L100 | A108 | Telephone call to Professor Townsend re. his drywall study | 0.25 |
| 12/09/2009 | RDG | L100 | A107 | Review of e-mail from F. Ghareeb re. Delayo deal on remediation with Toll Brothers; review e-mail from Dawn Barrios confirming filing of Omnibus Complaint and need for PPFs in support; review e-mail from Becky Ferrer re. client info for Urkeneta & Herving; review e-mail from Belinda Bell of CPSC re. American Drywall complaints; telephone call to Vignes and Sellman re. completion/return of new client docs | 0.50 |
|  | RDG | L100 | A108 | Telephone call from Consumer Product Safety Commission re. American Drywall | 0.25 |
| 12/10/2009 | RDG | L100 | A107 | Review of e-mail from Dawn Barrios re. CPSC census deadline; review e-mail from Teresa Ortega with 12/4 hearing transcript; review e-mail from Brenda Brincku re. Townsend and his findings on American Drywall; review e-mail from Javier Yanes with DeFalco, Vazquez, Azzam, Garcia, Puri, and Rodriguez Inspection Reports | 0.25 |
|  | RDG | L100 | A111 | Transportation to Gainesville from Longboat Key, FL to meet with Professor Townsend | 4.00 |
| 12/11/2009 | RDG | L100 | A107 | Review of e-mail from Javier Yanes with Willett, Samberg, and Visintin, inspection reports | 0.25 |
|  | RDG | L100 | A108 | Meeting with Professor Townsend at Visitin home in Interlachen, FL to determine origin of drywall problem and manufacturer | 2.00 |
|  | RDG | L100 | A111 | Transportation from Gainesville to Longboat Key, FL after meeting with Professor Townsend | 4.00 |
| 12/13/2009 | RDG | L100 | A107 | Review of e-mail from Javier Yanes with Manness, Ratliff, Labey, Stanley, Idom, Coto, Fergusson, Cedeno, Resnick, Fong, Smith, Sapp, Lovett, Marschhauser, Gutierrez, Garces, Deiros, Caftellano, Mizne, Wahlgren, Howard, Eskenozi, Rosen, Miller, Riccardi, Roberts, and Montalvo inspection reports; e-mail to Professor Townsend re. dates to schedule inspections of other homes | 0.25 |
| 12/14/2009 | RDG | L100 | A107 | Review of e-mail from Javier Yanes with Minor and Atkinson inspection reports; e-mail to Ted Leopold re. possible co-counsel representation of American Drywall clients | 0.25 |

Chinese Drywall MDL 2047

Products Liability

| Date | | | | | Hours |
|------|------|------|------|------|-------|
| 12/15/2009 | RDG | L100 | A107 | Review of e-mail from Greentree Environmental Services to all attendees of CDW rally re. their availability to test for CDW; review e-mail from Javier Yanes with Kennard, Holmes, Warburton, Allegria, Nunez, Singletary, Torres, Damas, and Spellman inspection reports; review e-mail from George Brincku re. CPSC consideration of Drywall labels and article about USA Gypsum; letter to prospective American Drywall clients; review e-mail from Teresa Ortega with draft of 12/18 hearing agenda | 0.75 |
| 12/16/2009 | RDG | L100 | A107 | Review of e-mail from Dawn Barrios re. filing of Omnibus Complaint against Knauf; review e-mail from Javier Yanes with Davis and Alvarez inspection reports | 0.25 |
| 12/17/2009 | RDG | L100 | A107 | Review of e-mail from Teresa Ortega with final agenda for 12/18 hearing with notice of next hearing set for 1/15/10 and deadline for notices and motions due 1/7/10; review e-mail from Judge Farina re. 12/18 hearing change from in-court to by phone and notice that all pending motions have been resolved or continued so purpose is to discuss omnibus issues | 0.50 |
| 12/19/2009 | RDG | L100 | A107 | E-mails with Tim Townsend re. Visintin | 0.25 |
| 12/21/2009 | RDG | L100 | A106 | Review of e-mail from Brenda Brincku re. FL Dept. of Health including American Drywall with Gridmarx markings on website; review of CDW news stories via Google Alert | 0.25 |
| 12/22/2009 | RDG | L100 | A107 | E-mail to Rich Lewis re. American Drywall; review e-mail from Teresa Ortega with 12/18 hearing transcript | 0.25 |
| 12/23/2009 | RDG | L100 | A107 | Review of e-mail from Rich Lewis re. Brincku Complaint; review e-mail re 30(b)(6) Depo of Int/Ext | 0.25 |
| 12/27/2009 | RDG | L100 | A107 | Review of e-mail from Rich Lewis re. Brincku Complaint | 0.25 |
| 12/30/2009 | RDG | L100 | A107 | Review of e-mail from Brenda Brincku re. scheduling attorney conference call; review e-mail from Mary Stringer, Legal Assistant to Sam Bearman, offering help with CDW issues | 0.25 |
| 12/31/2009 | RDG | L100 | A106 | Review of e-mail from George Brincku with Herald Tribune article | 0.25 |
| 01/04/2010 | RDG | L100 | A107 | Review of e-mail from Dawn Barrios re deadline for filing Omnibus Complaint II (Non-Knauf), III (unknown), IV (Knauf - not in I) | 0.25 |
| | RDG | L100 | A106 | Review of e-mail from client re. CDW article | 0.25 |
| 01/05/2010 | RDG | L100 | A110 | Review of CDW article via Google Alert | 0.25 |

Chinese Drywall MDL 2047

Account No:    33445-00
Statement No:    21914

Products Liability

| Date | | | | Description | Hours |
|------|---|---|---|-------------|-------|
| 01/07/2010 | RDG | L100 | A107 | Review of e-mail from Javier Yanes with Inspection Reports for Mike & Sandy Hill, Aleksandr & Roza Gelman, Evelyn Dubocq DeVicente | 0.25 |
| 01/12/2010 | RDG | L100 | A107 | Review of e-mail from Javier Yanes with inspection reports for Aguirre, Mikita, Vescio, Anderton | 0.25 |
| | RDG | L100 | A107 | Review of e-mail from Dawn Barrios re deadline for Omnibus Complaint II, III, IV | 0.25 |
| 01/14/2010 | RDG | L100 | A109 | Participation in Status Conference Call | 1.25 |
| | RDG | L100 | A107 | Review of e-mail from Teresa Ortega with agenda for Status Conf; review e-mail from Teresa Ortega with 12/17/09 Harrell Hearing Transcript; review e-mail from Dawn Barrios re 1/15/10 deadline to submit client info for inclusion in Omnibus Complaints II, III, IV | 1.00 |
| | RDG | L100 | A107 | Review of e-mail re 1/14 Status Conf | 0.25 |
| 01/18/2010 | RDG | L100 | A107 | Review of e-mail from Dawn Barrios re. deadline for PPFs in Omnibus II, III, IV | 0.25 |
| 01/20/2010 | RDG | L100 | A108 | Telephone conversation with Marjorie Johnson | 0.25 |
| | RDG | L100 | A106 | Telephone conversation with Andrea Vignes | 0.25 |
| | RDG | L100 | A107 | Review of e-mail from Javier Yanes with inspection reports for Rookery Park Estates | 0.25 |
| 01/24/2010 | RDG | L100 | A107 | Review of e-mail from Dawn Barrios re decision not to file against American companies as manufacturers in MDL | 0.25 |
| 01/25/2010 | RDG | L100 | A107 | Review of e-mail from Teresa Ortega with 1/15 Hearing Transcript | 0.50 |
| 01/26/2010 | RDG | L100 | A107 | Review of e-mail from Javier Yanes with inspection report for M&F Development | 0.25 |
| | RDG | L100 | A106 | Review of Fax from Visintin re Mortgage Default Letter | 0.25 |
| | RDG | L100 | A107 | Review of e-mail from Dawn Barrios re completion of PPFs for Omnibus II, III, IV | 0.25 |
| 02/01/2010 | RDG | L100 | A107 | Review of e-mail from Javier Yanes with Walter Ucci inspection report | 0.25 |
| | RDG | L100 | A106 | Review of e-mail from Brenda Brincku re Federal Guidelines on CDW | 0.25 |
| 02/03/2010 | RDG | L100 | A107 | Review of e-mail from Charles Hummer re CDW Victims Network | 0.25 |
| 02/04/2010 | RDG | L100 | A107 | Review of e-mail from Teresa Ortega with agenda for 2/5 hearing | 0.25 |
| 02/05/2010 | RDG | L100 | A107 | E-mails with Lori Marks re Vignes inspection report | 0.25 |
| | RDG | L100 | A107 | Review of e-mail from Teresa Ortega re re-scheduling 2/19 hearing to 2/18 | 0.25 |

Chinese Drywall MDL 2047                                                                    02/19/2014
Account No:      33445-00
Statement No:        21914

Products Liability

| | | | | | Hours |
|---|---|---|---|---|---|
| | | | | | Hours |
| 02/08/2010 | RDG | L100 | A107 | Review of e-mail from Javier Yanes with Maribel Gutierrez de Garcia revised inspection report, Brooke Grasso inspection report, Santiago Jiminez inspection report | 0.25 |
| 02/10/2010 | RDG | L100 | A107 | Review of e-mail from Teresa Ortega with Feb. 5th hearing transcript | 0.25 |
| 02/12/2010 | RDG | L100 | A107 | Review of e-mail from Javier Yanes with William Quattrocci inspection report, Barbara Stonecypher inspection report, Frank Albert inspection report, Staci Pernell inspection report, Dalila Eljau inspection report, Antonio DeSousa inspection report | 0.25 |
| 02/17/2010 | RDG | L100 | A107 | Review of e-mail from Javier Yanes with Clifford Ray inspection report, Sterling Communities of Talavera inspection report | 0.25 |
| | RDG | L100 | A107 | Review of e-mail from Teresa Ortega with agenda for 2/18 hearing | 0.25 |
| 02/18/2010 | RDG | L100 | A107 | Review of e-mail from Brandy Blisard re CDW Seminars | 0.25 |
| | RDG | L100 | A107 | Review of e-mail from Teresa Ortega with call-in info for 2/18 hearing | 0.25 |
| 02/22/2010 | RDG | L100 | A107 | Review of e-mail from Teresa Ortega re call-in instructions for 2/23 hearing | 0.25 |
| 02/23/2010 | RDG | L100 | A107 | Review of e-mail from Teresa Ortega re cancellation of 2/26 hearing | 0.25 |
| 03/02/2010 | RDG | L100 | A107 | Review of e-mail from Teresa Ortega re Judge Farina's Harrell Order re Motion for Clarification or Reconsideration and Stay of Order Designating Further Hrg on 3/5 and with agenda for 3/5 hrg | 0.25 |
| 03/05/2010 | RDG | L100 | A107 | Participation in Status Conference call re Omnibus Issues, Production of Documents, Motion to Stay, Motion to Compel Discovery, Motion to Dismiss, Motion for Default, Motion for Clarification, Motion to Set CMC and Trial Scheduling Deadlines, Motion for Rehearing or Reconsideration, Motion to Consolidate, Motion for Expedited Production, Motion for Leave to Amend | 1.50 |
| 03/08/2010 | RDG | L100 | A107 | Review of e-mail from Patrick Montoya re Colson Hicks letter to Walter Niemczura Jr.'s settlement with Taylor Morrison and amending class action complaint to drop him as plaintiff | 0.25 |
| 03/09/2010 | RDG | L100 | A107 | Review of e-mail from Teresa Ortega re Judge Farina's Notice of Status Hearing re Environ Production of Documents to be heard 3/12 re Harrell | 0.25 |

Chinese Drywall MDL 2047

Products Liability

| | | | | | Hours |
|---|---|---|---|---|---|
| 03/11/2010 | RDG | L100 | A109 | Participation in Status Conference call with Judge Fallon | 0.75 |
| 03/12/2010 | RDG | L100 | A109 | Conference call with Judge Farina | 0.25 |
| 03/19/2010 | RDG | L100 | A107 | Review of e-mail from Teresa Ortega re Judge Farina's email about 4/1 & 4/16 bi-monthly hearings | 0.25 |
| 03/23/2010 | RDG | L100 | A107 | Review of e-mail from Dawn Barrios re inquiries on filing another complaint against Knauf and other foreign manufacturers of CDW | 0.25 |
| 03/30/2010 | RDG | L100 | A107 | Review of e-mail from Russ Herman re 4/7 CDW meeting in NY | 0.25 |
| 04/01/2010 | RDG | L100 | A109 | Status Conference call with Judge Farina | 1.00 |
| 04/02/2010 | RDG | L100 | A107 | Review of e-mail from Teresa Ortega with 3/19/10 Hearing Transcript | 0.25 |
| 04/08/2010 | RDG | L100 | A107 | Review of e-mail from Teresa Ortega with 4/1/10 Hearing Transcript | 0.25 |
| | RDG | L100 | A107 | Status Conference call with Judge Fallon | 1.00 |
| 04/09/2010 | RDG | L100 | A107 | Review of e-mail from Dawn Barrios re PTO #10 directing PSC to compile photographic catalog of markings, brands, end tapes and other identifying markers | 0.25 |
| 04/13/2010 | RDG | L100 | A107 | Review of e-mail from Teresa Ortega with NOH & Trial Orders in Harrell, Seifart and Metzl | 0.25 |
| 04/16/2010 | RDG | L100 | A107 | Review of e-mail from Russ Herman with case law to support admissibility of CPSC Report | 0.25 |
| 05/03/2010 | RDG | L100 | A107 | Review of  e-mail from Teresa Ortega re change to time of Omnibus Motion hrg set for 5/7/10 | 0.25 |
| 05/04/2010 | RDG | L100 | A107 | Review of e-mail from Teresa Ortega re Trial Orders in Harrell & Seifart | 0.25 |
| 05/05/2010 | RDG | L100 | A107 | Review of e-mail from Dawn Barrios with copy of Knauf's 1st set Interrogatories and RFPD for purpose of finding out from all clients whether they are aware of any storage units w/stockpiled CDW; review of e-mail from Teresa Ortega with agenda for 5/7/10 hearing | 0.50 |
| 05/06/2010 | RDG | L100 | A107 | Review of e-mails from Teresa Ortega with revised agenda for 5/7/10 hearing (2 Motions added by Judge Farina) and with second revised agenda (1 more Motion added by Judge Farina); review  of e-mail from Dawn Barrios requesting info on any new clients that haven't been filed for possible | |

Chinese Drywall MDL 2047

Account No:     33445-00
Statement No:        21914

Products Liability

| | | | | | Hours |
|---|---|---|---|---|---|
| | | | | inclusion in upcoming Omnibus Complaint (no new manufacturers) with sample forms to use for collecting info and instructions for completion of same with deadlines for completion and submission of forms; review of e-mail from Teresa Ortega with 4/16/10 hearing transcript | 0.50 |
| 05/07/2010 | RDG | L100 | A107 | Review of e-mails between Staci Morgan and Brian Slaughter re Plaintiffs' Reply Brief in Opposition to Consolidation in Norfolk Circuit Court | 0.25 |
| | RDG | L100 | A109 | Conference call with Judge Farina for Motion hearing in Harrell | 0.75 |
| 05/10/2010 | RDG | L100 | A107 | Review of e-mail from Bernadita re Celski being investigated/rejected (turn-down letter) on 4/15/10; e-maild with Frank Sachs re insurance issues (rejection of coverage) specifically Zurich | 0.25 |
| 05/20/2010 | RDG | L100 | A107 | Review of e-mails from Teresa Ortega with 5/21/10 hearing agenda and revised agenda (2 motions added per Judge Farina) | 0.25 |
| 05/21/2010 | RDG | L100 | A109 | Conference call with Judge Farina | 0.75 |
| 06/01/2010 | RDG | L100 | A107 | Review of e-mail from Brandy Blisard w/PTO 1F and 1G re due date for PPFs after filing of Complaint; review new CDW articles via google alert | 1.00 |
| 06/03/2010 | RDG | L100 | A107 | Review of e-mail from Teresa Ortega re 6/18/10 conf call; review of Lawyers USA article re Harrell case; review e-mail from Dawn Barrios re PSC filing of Omnibus Complaint VI and review of our client list to see if any of them need to be included | 1.25 |
| 06/14/2010 | RDG | L100 | A107 | E-mails w/Bernardita re our clients to be included in Omnibus Complaint re homeowner ins issues; review of e-mail from Dawn Barrios re due date to have clients included in PSC Omnibus Complaint against homeowners' insurers; e-mail to Bernardita to make sure our clients are included | 0.75 |
| 06/16/2010 | RDG | L100 | A107 | Review of e-mail from Dawn Barrios re due date for providing Levin with indicia/proof of mfr of our clients' drywall for purposes of determining which Omnibus Complaint they will be intervened into | 0.25 |
| 06/17/2010 | RDG | L100 | A107 | Review of e-mail from Teresa Ortega w/agenda for 6/18/10 conf call | 0.25 |
| 06/21/2010 | RDG | L100 | A107 | Review of e-mail from Brandy Blisard re 6/24/10 Status Conf w/Judge Fallon; e-mails w/Patrick Montoya re Ellington Homeowners' policy and review of file to look for it | 1.00 |

Chinese Drywall MDL 2047

Account No:     33445-00
Statement No:        21914

Products Liability

| | | | | | Hours |
|---|---|---|---|---|---|
| 06/22/2010 | RDG | L100 | A107 | Review of e-mail from Teresa Ortega re 7/16/10 CDW hearing | 0.25 |
| 06/28/2010 | RDG | L100 | A107 | Review of e-mail from Teresa Ortega w/6-18-10 hrg transcript | 0.25 |
| 07/06/2010 | RDG | L100 | A107 | Review of e-mail from Dawn Barrios re deadline for incl in Omnibus Complaint against homeowners' ins companies | 0.25 |
| 07/08/2010 | RDG | L100 | A107 | Review of e-mail from Teresa Ortega re deadline for notices and motions to be heard during 7/16 hrg | 0.25 |
| 07/09/2010 | RDG | L100 | A107 | Review of e-mail from Dawn Barrios re filed interventions in Omnibus Complaints | 0.25 |
| 07/14/2010 | RDG | L100 | A107 | Review of e-mail from Teresa Ortega w/agenda for 7/16 hrg w/Judge Farina | 0.25 |
| 07/23/2010 | RDG | L100 | A107 | Review of e-mail from Dawn Barrios re filing of add'l interventions | 0.25 |
| 08/02/2010 | RDG | L100 | A107 | Review of e-mail from Dawn Barrios re Omnibus Complaint against foreign Defendants | 0.25 |
| 08/03/2010 | RDG | L100 | A107 | Review of e-mail from Teresa Ortega w/Agenda for 8/6 conf call w/Judge Farina | 0.25 |
| 08/11/2010 | RDG | L100 | A107 | Review of e-mail from Teresa Ortega w/hrg transcript from 8/6 | 0.25 |
| | RDG | L100 | A107 | E-mails with Weiss re Order on 7/30 CMC | 0.25 |
| 08/12/2010 | RDG | L100 | A109 | Conference call with Judge Fallon | 0.75 |
| 08/18/2010 | RDG | L100 | A107 | Review of e-mail from Teresa Ortega w/Agenda for 8/20 conf call | 0.25 |
| 08/19/2010 | RDG | L100 | A107 | Review of e-mails from Teresa Ortega w/revised Agenda & 2nd revised Agenda for 8/20 conf call | 0.25 |
| 08/20/2010 | RDG | L100 | A107 | Review of e-mail from Brandy Blisard re Order by Judge Fallon that Knauf Depo re jurisdictional issues not to be disclosed | 0.25 |
| | RDG | L100 | A109 | Conference call with Judge Farina | 0.75 |
| 08/31/2010 | RDG | L100 | A107 | Review of e-mail from Dawn Barrios re Knauf inspection of indicia for OC I and deficiencies found | 0.25 |
| | RDG | L100 | A107 | Review of e-mail from Teresa Ortega with transcript of 8/20 hrg | 0.25 |
| 09/01/2010 | RDG | L100 | A107 | Review of e-mail from Dawn Barrios re deadline for | |

Chinese Drywall MDL 2047

Products Liability

| | | | | | Hours |
|---|---|---|---|---|---|
| | | | | intervention in Knauf OC; review of e-mail from Teresa Ortega w/agenda for 9/3 hrg w/Judge Farina | 0.25 |
| 09/15/2010 | RDG | L100 | A107 | Review of e-mail from Monica Segura re continuance of 9/15 hrg | 0.25 |
| 09/17/2010 | RDG | L100 | A107 | Review of e-mail from Teresa Ortega w/transcript of 9/3 hrg | 0.25 |
| 09/24/2010 | RDG | L100 | A107 | Review of e-mail from Dawn Barrios re GA state ct granting prelim approval of nationwide class against Lowes w/opt-out forms for our clients to complete | 0.25 |
| 09/30/2010 | RDG | L100 | A107 | Review of e-mail from Teresa Ortega w/agenda for 10/1 hrg; review of e-mail from Brandy Blisard re IRS providing relief for homeowners with corrosive drywall; review of e-mail from Dawn Barrios re Knauf challenging indicia submitted as proof of manufacturer | 0.25 |
| 10/01/2010 | RDG | L100 | A107 | Review of e-mail from Brandy Blisard re article about IRS providing relief for homeowners with corrosive drywall | 0.25 |
| 10/08/2010 | RDG | L100 | A107 | Review of e-mail from Dawn Barrios re charts for various Omnibus Complaints and indicia for clients on list | 0.25 |
| 10/14/2010 | RDG | L100 | A107 | Review of e-mail from Teresa Ortega with 10/15 hearing agenda; review e-mail from Dawn Barrios re Pilot Remediation Program | 0.25 |
| 10/15/2010 | RDG | L100 | A109 | Conference call with Judge Farina | 0.75 |
| | RDG | L100 | A107 | Review of e-mail from Russ Herman re Demonstration Remediation Program with Proposed Agreement attached | 0.25 |
| 10/18/2010 | RDG | L100 | A107 | Review of e-mail from Teresa Ortega w/Oct 1 hrg transcript | 0.25 |
| 10/21/2010 | RDG | L100 | A107 | Review of e-mail from Brandy Blisard re filed interventions in Omnibus Complaints | 0.25 |
| 10/22/2010 | RDG | L100 | A107 | Review of e-mail from Dawn Barrios re new developments in identifying Taishan drywall | 0.25 |
| 10/26/2010 | RDG | L100 | A107 | Review of e-mail from Teresa Ortega w/transcript of 10/15 hrg; review of e-mail from Dawn Barrios w/chart of important MDL dates | 0.50 |
| 11/03/2010 | RDG | L100 | A107 | Review of e-mail from Teresa Ortega w/agenda for 11/5 hrg | 0.25 |
| 11/16/2010 | RDG | L100 | A107 | Review of e-mail from Brandy Blisard on behalf of Russ Herman with attached proposal from Moss & Assoc for moving services which can be offered to CDW clients in need | 0.25 |

Chinese Drywall MDL 2047

Account No:      33445-00
Statement No:        21914

Products Liability

|            |     |      |      |                                                                                                                                                                                                | Hours |
|------------|-----|------|------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
| 11/18/2010 | RDG | L100 | A107 | Review of e-mails from Teresa Ortega with agenda  & revised agenda for 11/19 hrg                                                                                                                | 0.25  |
| 12/22/2010 | RDG | L100 | A107 | Review of e-mail from Teresa Ortega w/transcript of 12/17 hrg                                                                                                                                   | 0.25  |
| 12/29/2010 | RDG | L100 | A107 | Review of e-mail from Dawn Barrios re discovery propounded to PLC by DLC                                                                                                                        | 0.25  |
| 01/04/2011 | RDG | L100 | A107 | Review of e-mail from Brandy Blisard w/ltr from Kerry Miller and Order from Judge Fallon re indicia                                                                                             | 0.25  |
| 01/07/2011 | RDG | L100 | A107 | Review of e-mail from Dawn Barrios requesting specific info for each property in order to move forward w/expansion of pilot program and/or to resolve all claims                                | 0.25  |
| 01/12/2011 | RDG | L100 | A107 | Review of e-mail from Brandy Blisard re PPF's due for Omnibus interventions                                                                                                                     | 0.25  |
| 01/14/2011 | RDG | L100 | A107 | Review of e-mail from Brandy Blisard re Omnibus Complaint VII against Taishan filing and PPF's due as a result; review of e-mail from Dawn Barrios to follow-up on 1/7/11 e-mail requesting property info for all clients | 0.25  |
| 01/17/2011 | RDG | L100 | A107 | Review of e-mail from Dawn Barrios re Lowes settlement; review of e-mail from Dawn Barrios re upcoming filing of Omnibus Complaint VIII against Knauf                                            | 0.25  |
| 01/19/2011 | RDG | L100 | A107 | Review of e-mail from Brandy Blisard w/letter from Kerry Miller re indicia; review of e-mail from Teresa Ortega w/agenda for 1/21/11 hrg before Judge Farina                                    | 0.25  |
| 01/20/2011 | RDG | L100 | A107 | Review of e-mail from Dawn Barrios re indicia due by 2/4/11                                                                                                                                     | 0.25  |
| 01/25/2011 | RDG | L100 | A107 | Review of e-mail from Russ Herman w/appliance inspection protocol; review of e-mail from Dawn Barrios re CGL insurance victory recently obtained by members of PSC                              | 0.25  |
| 01/26/2011 | RDG | L100 | A107 | Review of e-mail from Dawn Barrios re deadline to submit info re FL Knauf homes                                                                                                                 | 0.25  |
| 01/31/2011 | RDG | L100 | A107 | Review of e-mail from Dawn Barrios re deadline for submitting indicia of Knauf                                                                                                                  | 0.25  |
| 02/03/2011 | RDG | L100 | A107 | Review of e-mail from Teresa Ortega re revised agenda for 2/4 hearing                                                                                                                           | 0.25  |
| 02/04/2011 | RDG | L100 | A107 | Review of e-mail from Teresa Ortega re call-in info for Harrell Fairness Hearing                                                                                                                | 0.25  |
| 02/08/2011 | RDG | L100 | A107 | Review of e-mail from Teresa Ortega re call-in info for                                                                                                                                         |       |

Chinese Drywall MDL 2047

Account No:    33445-00
Statement No:    21914

Products Liability

| | | | | | Hours |
|---|---|---|---|---|---|
| | | | | continuation of Harrell Fairness Hearing | 0.25 |
| 02/10/2011 | RDG | L100 | A107 | Review of e-mail from Russ Herman re Victor Diaz no longer being member of PSC | 0.25 |
| 02/15/2011 | RDG | L100 | A107 | Review of e-mail from Dawn Barrios re deadline for Omnibus IX | 0.25 |
| 02/16/2011 | RDG | L100 | A107 | Review of e-mail from Teresa Ortega re agenda for 2/18 hearing and with transcript of 2/4 hearing | 0.25 |
| 02/18/2011 | RDG | L100 | A107 | Review of e-mail from Teresa Ortega re updates to agenda for 2/18 hearing | 0.25 |
| 02/23/2011 | RDG | L100 | A107 | Review of e-mail from Dawn Barrios re PSC filing Omnibus X | 0.25 |
| 03/01/2011 | RDG | L100 | A107 | Review of e-mail from Teresa Ortega w/2-18 hrg transcript | 0.50 |
| 03/02/2011 | RDG | L100 | A107 | Review of e-mail from Teresa Ortega w/3-4 agenda | 0.25 |
| 03/04/2011 | RDG | L100 | A107 | Review of e-mail from Dawn Barrios re 3-18 deadline for OC IX against Taishan | 0.25 |
| 03/07/2011 | RDG | L100 | A107 | Review of e-mail from Teresa Ortega w/3-4 hrg transcript | 0.25 |
| 03/14/2011 | RDG | L100 | A107 | Review of Virginia Senate Bill 1294 to ban the sale of CDW and House Bill 1610, a companion measure from the state Senate, requiring disclosure of CDW to buyers/renters | 0.50 |
| 03/16/2011 | RDG | L100 | A107 | Review of e-mail from Teresa Ortega w/agenda for 3-18 hrg before Judge Farina; review of e-mail from Dawn Barrios re 3-18 deadline for Omni X filing | 0.25 |
| | RDG | L100 | A107 | Review of e-mail from Dawn Barrios re deadline to respond to Int/Ext & Banner's Mot to Dismiss based on Pls' failure to timely/completely file PPF | 0.25 |
| 03/17/2011 | RDG | L100 | A107 | Review of e-mail from Teresa Macias re Master Discovery disputes | 0.25 |
| 03/21/2011 | RDG | L100 | A107 | Review of e-mail from Teresa Macias w/transcript of 3-18 hrg before Judge Farina | 0.50 |
| 04/01/2011 | RDG | L100 | A107 | Review of e-mail from Teresa Macias w/Scholer letter to Judge Farina re Moss | 0.25 |
| 04/12/2011 | RDG | L100 | A107 | Review of e-mail from Dawn Barrios re deadline for OC IX and OC X | 0.25 |
| 04/13/2011 | RDG | L100 | A107 | Review of e-mail from Dawn Barrios re deadline to submit info for clients w/claims against WCI Communities | 0.25 |

Chinese Drywall MDL 2047

Products Liability

| | | | | | Hours |
|---|---|---|---|---|---|
| 04/14/2011 | RDG | L100 | A107 | Review of e-mail from Teresa Macias w/addition to agenda and change of hrg date from 4/15 to 5/13 | 0.25 |
| 04/21/2011 | RDG | L100 | A107 | Review of e-mail from Teresa Macias w/4-15 hrg transcript | 0.50 |
| 05/05/2011 | RDG | L100 | A107 | Review of e-mail from Teresa Macias w/agenda for 5/6 hrg | 0.25 |
| 05/12/2011 | RDG | L100 | A107 | Review of e-mail from Teresa Macias w/transcript of 5/6 hrg | 0.25 |
| 05/17/2011 | RDG | L100 | A107 | Review of e-mail from Teresa Macias w/agenda for 5/20/11 hrg | 0.25 |
| 06/02/2011 | RDG | L100 | A107 | Review of e-mails from Teresa Macias w/5-20-11 Transcript and 6-3/11 agenda | 0.25 |
| 06/03/2011 | RDG | L100 | A107 | Review of e-mail from Teresa Macias re cancellation of 7/1/11 hrg and time change for 6/17 hrg | 0.25 |
| 06/09/2011 | RDG | L100 | A107 | Review of e-mail from Teresa Macias w/6-3-11 hrg transcript; review of e-mails from Dawn Barrios re OC X & OC XI | 0.25 |
| 06/15/2011 | RDG | L100 | A107 | Review of e-mails from Teresa Macias w/6-17 agenda and revised agenda | 0.25 |
| 06/20/2011 | RDG | L100 | A107 | Review of e-mail from Dawn Barrios re deadline for inclusion in OC XI | 0.25 |
| 06/21/2011 | RDG | L100 | A107 | Review of e-mail from Teresa Macias w/6-17-11 hrg transcript | 0.25 |
| 06/22/2011 | RDG | L100 | A107 | Review of e-mail from Bridgett Rosa re changes to format for time submissions and discussion with Tracy re same | 0.25 |
| 06/24/2011 | RDG | L100 | A107 | Review of e-mails from Teresa Macias re 6/14/11 Status Conf and re-scheduling of 7/15 hrg; review of e-mail from Dawn Barrios re Int/Ext settlement | 0.25 |
| 06/27/2011 | RDG | L100 | A107 | Review of e-mail from Teresa Macias re Installer Counsel Conference | 0.25 |
| 06/29/2011 | RDG | L100 | A107 | Review of e-mail from Dawn Barrios re OC XI deadline extension | 0.25 |
| 07/06/2011 | RDG | L100 | A107 | Review of e-mail from Teresa Macias re hrg before Judge Farina set for 9/2/11 being re-scheduled to 9/7/11 | 0.25 |
| 07/08/2011 | RDG | L100 | A107 | Review of e-mail from Leonard Davis re PSC's attempt to identify the number of multi-unit and/or commercial properties affected by CDW | 0.25 |

Chinese Drywall MDL 2047

Products Liability

| | | | | | Hours |
|---|---|---|---|---|---|
| 07/11/2011 | RDG | L100 | A107 | Review of e-mails from Dawn Barrios re deadline to submit info on multi-unit and/or commercial properties | 0.25 |
| 07/12/2011 | RDG | L100 | A107 | Review of e-mail from Dawn Barrios re inclusion of residential rental properties in database of multi-unit and/or commercial properties | 0.25 |
| 07/13/2011 | RDG | L100 | A107 | Review of e-mail from Dawn Barrios with deadline to respond to Leonard Davis' e-mail re multi-unit and/or commercial properties | 0.25 |
| 07/18/2011 | RDG | L100 | A107 | Review of e-mails from Teresa Macias with 7/19 agenda and revised agenda | 0.25 |
| 07/19/2011 | RDG | L100 | A107 | Review of e-mail from Dawn Barrios re prelim approval of Banner class settlement | 0.25 |
| 07/25/2011 | RDG | L100 | A107 | Review of e-mail from Teresa Macias with 7/19 hrg transcript | 0.25 |
| 08/01/2011 | RDG | L100 | A107 | Review of e-mails from Dawn Barrios re identification of multi-unit properties and deadlines for inclusion in OC XI | 0.25 |
| 08/08/2011 | RDG | L100 | A107 | Review of e-mail from Teresa Macias w/Ct Liason Fee Statement and forwarding of same to Tracy for payment | 0.25 |
| 08/18/2011 | RDG | L100 | A107 | Review of e-mail from Marta Medel w/agenda for 8/19/11 hrg | 0.25 |
| 08/19/2011 | RDG | L100 | A107 | Review of e-mail from Dawn Barrios re deadline for inclusion in OC XII | 0.25 |
| 08/22/2011 | RDG | L100 | A107 | Review of e-mail from Marta Medel re installer counsel mtg on 8/23/11; review of e-mail from Dawn Barrios re Judge Fallon's preliminary approval of Banner settlement | 0.25 |
| 08/25/2011 | RDG | L100 | A107 | Review of e-mail from Teresa Macias w/8-5 & 19 hearing transcripts | 0.25 |
| 08/26/2011 | RDG | L100 | A107 | Review of e-mail from Dawn Barrios re deadline ext for prelim approval of INEX settlement | 0.25 |
| 09/14/2011 | RDG | L100 | A107 | Review of e-mail from Teresa Macias w/agenda for 9/16 Omnibus hrg before Judge Farina | 0.25 |
| 09/19/2011 | RDG | L100 | A107 | Review of e-mail from Teresa Macias w/9-16-11 hrg transcript | 0.75 |
| 09/20/2011 | RDG | L100 | A107 | Review of e-mail from Brandy Blisard re filing of OC XII and deadline for PPF submissions | 0.25 |

Chinese Drywall MDL 2047

Products Liability

| | | | | | Hours |
|---|---|---|---|---|---|
| 09/27/2011 | RDG | L100 | A107 | Review of e-mail from Teresa Macias with call-in info for oral argument before Judge Farina on 9/28/11 | 0.25 |
| 09/28/2011 | RDG | L100 | A107 | Review of e-mail from Teresa Macias re Omnibus hrg set for 10/21 being reset to 10/25 | 0.25 |
| 10/05/2011 | RDG | L100 | A107 | Review of e-mail from Teresa Macias w/transcript of 9-28-11 hrg | 0.25 |
| 10/18/2011 | RDG | L100 | A107 | Review of e-mail from Teresa Macias w/10-7-11 hearing transcript | 0.25 |
| 10/25/2011 | RDG | L100 | A107 | Review of e-mail from Teresa Macias w/call-in info for expert Depo of Robert Sproles | 0.25 |
| 10/27/2011 | RDG | L100 | A107 | Review of e-mail from Teresa Macias w/transcript of 10-25-11 hrg | 0.25 |
| 11/02/2011 | RDG | L100 | A107 | Review of e-mail from Teresa Macias w/agenda for 11/4/11 hrg before Judge Farina | 0.25 |
| 11/07/2011 | RDG | L100 | A107 | Review of e-mail from Dawn Barrios re deadline for submission of PPFs | 0.25 |
| 11/08/2011 | RDG | L100 | A107 | Review of e-mail from Brandy Blisard inquiring if there is a master list of clients by firm who have submitted PPFs that aren't deficient | 0.25 |
| 11/14/2011 | RDG | L100 | A107 | Review of e-mail from Dawn Barrios re deadline for PPFs; review of e-mail from Teresa Macias re cancellation of 11/18/11 hrg | 0.25 |
| 11/18/2011 | RDG | L100 | A107 | Review of e-mails from Dawn Barrios re representation of condo assoc and deadline to submit proofs of claims in Riverside Bankruptcy case | 0.25 |
| 11/21/2011 | RDG | L100 | A107 | Review of e-mail from Teresa Macias w/11-4-11 hrg transcript | 0.25 |
| 12/01/2011 | RDG | L100 | A107 | Review of e-mails from Teresa Macias w/Agenda and Revised Agenda for 12/2 hrg before Judge Farina | 0.25 |
| 12/02/2011 | RDG | L100 | A107 | Review of e-mail from Teresa Macias re tech difficulties dialing into conf call w/Judge Farina | 0.25 |
| 12/08/2011 | RDG | L100 | A107 | Review of e-mail from Teresa Macias w/12-2 Transcript | 0.25 |
| 12/13/2011 | RDG | L100 | A107 | Review of e-mail from Teresa Macias w/2012 Omnibus hrg schedule | 0.25 |

Chinese Drywall MDL 2047

Account No:      33445-00
Statement No:         21914

Products Liability

| | | | | | Hours |
|---|---|---|---|---|---|
| 12/15/2011 | RDG | L100 | A107 | Review of e-mail from Teresa Macias w/12-16 hrg agenda; review of e-mail from Ervin Gonzalez to Teresa re adding Levin to agenda; review of e-mail from Teresa w/revised agenda | 0.25 |
| 12/27/2011 | RDG | L100 | A107 | Review of e-mail from Teresa Macias w/12-16 transcript | 0.25 |
| 01/12/2012 | RDG | L100 | A107 | Review of e-mail from Dawn Barrios re 1/10/12 approval of Knauf Settlement w/PSC by Judge Fallon | 0.25 |
| 01/19/2012 | RDG | L100 | A107 | Review of e-mail from Teresa Macias w/agenda for 1/20/12 Omnibus hrg w/Judge Farina | 0.25 |
| 01/20/2012 | RDG | L100 | A107 | Review of e-mail from Teresa Macias w/updated call-in info for Omnibus hrg | 0.25 |
| 01/25/2012 | RDG | L100 | A107 | Review of e-mail from Dawn Barrios re impact of clients by PTO 1(l) amending PTO 1(B) re preservation of physical evidence | 0.25 |
| 01/27/2012 | RDG | L100 | A107 | Review of e-mail from Teresa Macias w/transcript of 1/20/12 hrg | 0.25 |
| 02/16/2012 | RDG | L100 | A107 | Review of e-mail from Teresa Macias w/agenda for 2/17 hrg | 0.25 |
| 03/07/2012 | RDG | L100 | A107 | Review of e-mail from Teresa Macias w/2-17 hrg transcript | 0.25 |
| 03/15/2012 | RDG | L100 | A107 | Review of e-mail from Teresa Macias w/3-16 agenda | 0.25 |
| 03/20/2012 | RDG | L100 | A107 | Review of e-mail from Dawn Barrios re PTO# 9A | 0.25 |
| 04/18/2012 | RDG | L100 | A107 | Review of e-mail from Teresa Macias w/agenda for 4/20/12 hrg before Judge Farina | 0.25 |
| 04/19/2012 | RDG | L100 | A107 | Review of e-mail from Marta Medel cancelling 4/20/12 hrg before Judge Farina | 0.25 |
| 05/03/2012 | RDG | L100 | A107 | Review of e-mail from Teresa Macias w/agenda for 5-4-12 Omnibus hrg before Judge Farina | 0.25 |
| 05/16/2012 | RDG | L100 | A107 | Review of e-mail from Teresa Macias re cancellation of 5/18/12 hrg | 0.25 |
| 06/13/2012 | RDG | L100 | A107 | Review of e-mail from Teresa Macias w/6-1-12 transcript; review of e-mail from Tereas Macias w/6-15-12 Omnibus hrg agenda | 0.25 |
| 06/22/2012 | RDG | L100 | A107 | Review of e-mail from Teresa Macias re 6-29-12 hrg re Taishan's Motions challenging personal jurisdiction issues | 0.25 |
| 06/25/2012 | RDG | L100 | A107 | Review of e-mail from Teresa Macias correcting times of | |

Chinese Drywall MDL 2047

Account No:      33445-00
Statement No:        21914

Products Liability

|            |     |      |      |                                                                                                                                                                 | Hours |
|------------|-----|------|------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
|            |     |      |      | 6-29-12 hrgs                                                                                                                                                     | 0.25  |
| 06/26/2012 | RDG | L100 | A107 | Review of e-mail from Teresa Macias re 6-29-12 hrgs                                                                                                              | 0.25  |
| 07/16/2012 | RDG | L100 | A107 | Review of e-mail from Dawn Barrios re status of PSC settlements                                                                                                  | 0.25  |
| 07/17/2012 | RDG | L100 | A107 | Review of e-mail from Teresa Macias w/invoice for Court Liason fees and forwarding of same to Tracy for payment                                                  | 0.25  |
| 07/23/2012 | RDG | L100 | A107 | Review of e-mail from Teresa Macias re her last day working at Rumberger Kirk & Caldwell and her replacement, Sabrina Radelat                                     | 0.25  |
| 08/02/2012 | RDG | L100 | A107 | Review of e-mail from Sabrina Radelat w/draft of proposed Order on DLC's Unopposed Motion to Excuse all parties from email svc requirements and re cancellation of 8/3/12 hrg before Judge Farina | 0.25  |
| 08/07/2012 | RDG | L100 | A110 | Review of letter from Stanley Reuter Ross Thornton & Alford re status report of Taishan Gypsum                                                                    | 0.25  |
| 08/13/2012 | RDG | L100 | A107 | Review of e-mail from Sabrina Radelat re time change for 8/17 hrg                                                                                                | 0.25  |
| 08/15/2012 | RDG | L100 | A107 | Review of e-mail from Sabrina Radelat w/agenda for 8/17 hrg                                                                                                      | 0.25  |
| 09/03/2012 | RDG | L100 | A107 | Review of e-mail from Sabrina Radelat w/transcript of 8/17/12 hrg                                                                                                | 0.25  |
| 09/06/2012 | RDG | L100 | A107 | Review of e-mail from Sabrina Radelat w/agenda for 9/7/12 hrg                                                                                                    | 0.25  |
| 09/13/2012 | RDG | L230 | A109 | Conference Call w/Judge Fallon                                                                                                                                   | 0.25  |
| 09/17/2012 | RDG | L100 | A107 | Review of e-mail from Dawn Barrios re intervention against CNBM/BNBM                                                                                              | 0.25  |
| 09/19/2012 | RDG | L100 | A107 | Review of e-mail from Sabrina Radelat w/9-21-12 hrg agenda                                                                                                       | 0.25  |
| 09/20/2012 | RDG | L100 | A107 | Review of e-mail from Dawn Barrios re add'l Taishan Plfs on intervention against CNBM/BNBM                                                                        | 0.25  |
| 09/25/2012 | RDG | L100 | A107 | Review of eE-mail from Dawn Barrios re deadline to include Taishan clients on intervention PSC will file                                                          | 0.25  |
| 10/03/2012 | RDG | L100 | A107 | Review of e-mail from Sabrina Radelat w/transcript of 9/7/11 hrg                                                                                                 | 0.50  |

Chinese Drywall MDL 2047

Products Liability

| Date | | | | Description | Hours | |
|------|---|---|---|-------------|-------|---|
| 10/04/2012 | RDG | L100 | A107 | Review of e-mail from Sabrina Radelat w/agenda for 10/5/12 hrg; review of subsequent e-mail from Sabrina re cancellation of hrg | 0.25 | |
| 10/10/2012 | RDG | L100 | A107 | Review of e-mail from Brandy Blisard re correction to OCXVII | 0.25 | |
| 10/18/2012 | RDG | L100 | A107 | Review of e-mail from Sabrina Radelat w/agenda for 10/19/12 Omnibus Hrg | 0.25 | |
| 11/13/2012 | RDG | L230 | A109 | Conference Call w/Judge Fallon | 0.50 | |
| 12/20/2012 | RDG | L100 | A107 | Review of e-mail from Sabrina Radelat w/Status Order re CDW Docket filed by Judge Jennifer Bailey | 0.25 | |
| 01/09/2013 | RDG | L100 | A107 | Review of e-mail from Sabrina Radelat re cancellation of 1/11/13 Hrg | 0.25 | |
| 01/30/2013 | RDG | L100 | A107 | Review of e-mail from Sabrina Radelat w/Revised Agenda for 2/1/13 hrg before Judge Sigler | 0.25 | |
| 01/31/2013 | RDG | L100 | A107 | Review of e-mail from Dawn Barrios w/official court notice of four proposed Class Action Settlements; review of e-mail from Sabrina Radelat w/final revised Agenda for 2/1/13 hrg before Judge Sigler | 1.00 | |
| 02/28/2013 | RDG | L100 | A107 | Review of e-mail from Sabrina Radelat w/revised agenda for 3/1/13 hrg | 0.25 | |
| | | | | For Current Services Rendered | 368.20 | 0.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| Robert D. Gary | 368.20 | $0.00 | $0.00 |

Balance Due                                                                    $0.00

Task Code Recapitulation

| | | Fees | Expenses |
|---|---|------|----------|
| L100 | Case Assessment, Development and Administration | 0.00 | 0.00 |
| L100 | Case Assessment, Development and Administration | 0.00 | 0.00 |
| L230 | Court Mandated Conferences | 0.00 | 0.00 |
| L200 | Pre-Trial Pleadings and Motions | 0.00 | 0.00 |

Draft Statement Run Totals 02/19/2014

Statements Printed:                                    1
Hours:                                     368.20

GARY, NAEGELE & THEADO, LLC
ATTORNEYS AT LAW
446 BROADWAY AVENUE
LORAIN, OH  44052-1797
PH:   (440) 244-4809
FAX:  (440) 244-3462

Chinese Drywall MDL 2047

Attn: Chinese Drywall MDL 2047

Page: 1
02/18/2014
Account No:      33445-00
Statement No:      21814

Products Liability

Interim Statement

Fees

|  |  |  |  |  | Hours |
|---|---|---|---|---|---|
| 12/03/2009 | TSC | L100 | A105 | Telephone conversations with JBN re. CDW project; telephone conversation with ADF re. CDW project; e-mails from JBN re. CDW project; review of PTO #17 and PPF | 1.25 |
|  | TSC | L100 | A105 | Telephone conversations with JBN re. CDW project; telephone conversation with TSC re. CDW project; e-mails from JBN re. CDW project; review of PTO #17 and PPF (Aileen Fonda) | 1.25 |
| 12/04/2009 | TSC | L100 | A108 | Conference call with Rich Lewis, Brian Lucas and ADF for instructions on CDW project; telephone conversation with ADF to coordinate efforts for work on CDW project | 0.75 |
|  | TSC | L100 | A108 | Conference call with Rich Lewis, Brian Lucas and TSC for instructions on CDW project; telephone conversation with TSC to coordinate efforts for work on CDW project (Aileen Fonda) | 0.75 |
| 12/07/2009 | TSC | L100 | A106 | E-mail from F. Ghareeb of Lewis' office with contact list and their respective PPF's; e-mails with ADF to divide contact list; telephone call to and subsequent telephone conversation with Cleber Machado re. PPF; e-mail to Cleber Machado with PPF; e-mail to Hussein Lamaa with PPF, and telephone call to him to confirm his receipt; telephone call to Oswaldo Orango, spoke with Margarita Cruz on his behalf; e-mail to Oswaldo Cruz with PPF; telephone call from Margarita Cruz on behalf of Oswaldo Orango with questions about PPF; e-mail to ADF with daily progress report and review of ADF e-mail to Brian Lucas with TSC & ADF combined daily progress report | 2.25 |
|  | TSC | L100 | A106 | Telephone calls to M. Gonzalez, H. Kolbenheyer, O. Gonzalez re. PPF, no answer, left messages; telephone conversation with Egan/Leo re. PPF; e-mail from TSC with daily progress report and e-mail to Brian Lucas with TSC & ADF combined daily progress report (Aileen Fonda) | 0.25 |
| 12/08/2009 | TSC | L100 | A106 | Review of e-mails between ADF, Brian Lucas, and F. |  |

Chinese Drywall MDL 2047

Products Liability

| | | | | | Hours |
|---|---|---|---|---|---|
| | | | | Ghareeb re. ADF request for additional info on her first contact list; e-mail from F. Ghareeb with second contact list and e-mail to ADF to divide contacts; e-mail to Monica Ferguson with PPF and telephone call to her to confirm receipt; e-mail to Gina Gaita with PPF and confirmation e-mail from her; e-mail to Omar & Victoria Gonzalez with PPF, telephone call to them to confirm receipt, follow-up e-mail to them and ADF re. language barrier; e-mail to ADF with daily progress report and review of e-mail from ADF to Brian Lucas with TSC & ADF combined daily progress report | 2.50 |
| | TSC | L100 | A106 | E-mails with Brian Lucas re. request for additional information on contact list and re. my telephone conversation with Leo; e-mail from F. Ghareeb with second contact list and e-mail to Tracy dividing contacts; telephone call to M. Gonzalez, H. Kolbenheyer, O. Gonzalez, and G. Burgess re. PPF, no answer, left messages; e-mail from TSC with daily progress report and e-mail to Brian Lucas with TSC & ADF combined daily progress report (Aileen Fonda) | 0.50 |
| 12/09/2009 | TSC | L100 | A106 | E-mail from Brandy Blisard with instructions re. bates numbering of ppf forms and attachments; telephone call from Monica Ferguson with questions re. PPF; telephone conversation with ADF re. Victoria Gonzalez; telephone calls to Cleber Machado, Hussein Lamaa, Margarita Cruz, and Monica Ferguson re. return of completed PPFs; e-mail to ADF with daily progress report and review of e-mail from ADF to Brian Lucas with TSC & ADF combined daily progress report | 1.25 |
| | TSC | L100 | A106 | Telephone call from Burgess re. PPF; e-mail to Brian Lucas with Burgess info; e-mail from TSC with daily progress report and e-mail to Brian Lucas with TSC & ADF combined daily progress report (Aileen Fonda) | 0.25 |
| 12/10/2009 | TSC | L100 | A106 | E-mails with ADF re. Fergusson PPF; telephone calls to Hussein Lamaa and Margarita Cruz re. return of completed PPFs; print and review of Fergusson, Gaita, and Orango PPFs, telephone calls to each of them re. same; enter Fergusson, Gaita, and Orango info into electronic version of PPF forms, scan and e-mail them to ADF for forwarding to Brian Lucas; e-mail to ADF with final daily progress report and review of ADF e-mail to Brian Lucas with TSC & ADF combined final daily progress report | 2.50 |
| | TSC | L100 | A108 | E-mail from TSC with Gaita, Ferguson and Orango PPF forms and forwarding of same to Brian Lucas; e-mail from TSC with final daily progress report and e-mail to Brian Lucas with TSC & ADF combined final daily progress report (Aileen Fonda) | 0.25 |
| 01/21/2010 | TSC | L100 | A110 | E-mails with F. Ghareeb re. PPF's needed for Omnibus Complaint II v. Knauf, printing of list and contact info; e-mails | |

Chinese Drywall MDL 2047

Products Liability

|            |     |      |      |                                                                                                                                                                                                                                                                                                                                                                                                                   | Hours |
|------------|-----|------|------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
|            |     |      |      | with JBN re. PPF project                                                                                                                                                                                                                                                                                                                                                                                           | 1.50  |
| 01/25/2010 | TSC | L100 | A106 | E-mail PPFs to everyone on contact list; telephone calls from Blanchard and Gonzalez re. PPFs; e-mail to F. Ghareeb                                                                                                                                                                                                                                                                                                 | 3.00  |
| 01/26/2010 | TSC | L100 | A106 | Telephone calls to Aguirre, Colman, Glenz, Hagmaier, and Hill (Myer) to follow-up re. PPFs; return telephone calls from Myer (Hill), Colman, Glenz; e-mail to F. Ghareeb                                                                                                                                                                                                                                            | 2.50  |
| 01/27/2010 | TSC | L100 | A103 | Composition of Alegria PPF with supporting documentation; e-mails with Colman, printing of supporting documentation; e-mails with Hagmaier; e-mails with Blanchard, print and assemble PPF and supporting documentation; telephone calls to Aguirre and Hill; return telephone call from Hill; e-mail to F. Ghareeb; telephone conversation with Colman, completion of PPF and assembly of supporting documentation; scanning and e-mailing Alegria and Blanchard PPFs to F. Ghareeb; telephone conversation with Colman | 9.00  |
| 01/28/2010 | TSC | L100 | A106 | Telephone call to Aguirre and Hagmaier; return telephone call from Hagmaier; completion of Colman PPF and e-mail of same to F. Ghareeb                                                                                                                                                                                                                                                                              | 2.50  |
| 01/29/2010 | TSC | L100 | A103 | Composition of Aguirre PPF with supporting documentation, telephone conversation with him, scanning and e-mailing of same to F. Ghareeb; scanning and e-mailing Hagmaier PPF to F. Ghareeb                                                                                                                                                                                                                          | 2.00  |
| 01/30/2010 | TSC | L100 | A107 | E-mails with F. Ghareeb re. Glenz PPF                                                                                                                                                                                                                                                                                                                                                                              | 0.25  |
| 01/31/2010 | TSC | L100 | A107 | E-mail from Hagmaier with signed PPF and supporting documentation, forwarding of same to F. Ghareeb on 2/1/10                                                                                                                                                                                                                                                                                                      | 0.25  |
| 07/28/2010 | TSC | L100 | A107 | E-mail from Faris Ghareeb re add'l PPFs needed and review of his attachments                                                                                                                                                                                                                                                                                                                                       | 0.25  |
|            | TSC | L100 | A110 | E-mail from Faris Ghareeb re add'l PPFs needed and review of his attachments (Aileen Fonda)                                                                                                                                                                                                                                                                                                                         | 0.25  |
| 07/29/2010 | TSC | L100 | A107 | E-mails w/Jori re PPF project and review of her e-mails w/Faris re due date for same                                                                                                                                                                                                                                                                                                                               | 0.25  |
| 07/30/2010 | TSC | L100 | A110 | Review of PPF's and chart received from Faris and telephone conversation w/Aileen re splitting up work                                                                                                                                                                                                                                                                                                             | 0.25  |
|            | TSC | L100 | A110 | Review of PPF's and chart received from Faris and telephone conversation w/Tracy re splitting up work (Aileen Fonda)                                                                                                                                                                                                                                                                                                | 0.25  |
| 07/31/2010 | TSC | L100 | A110 | Additional review of PPF's and chart received from Faris; e-mail to Faris with questions about same                                                                                                                                                                                                                                                                                                                | 2.00  |

Chinese Drywall MDL 2047

Products Liability

| | | | | | Hours |
|---|---|---|---|---|---|
| 08/02/2010 | TSC | L100 | A106 | E-mails with Faris re contact info for clients on chart; e-mail PPF to Bereijo, Camposano, Diehl, DosSantos/Sanchez, Georgescu, Spellman; e-mails with Aileen re splitting contacts between us for phone calls to be made tomorrow | 1.00 |
| 08/03/2010 | TSC | L100 | A106 | Review of read receipts from sent PPFs; e-mails w/Aileen re her assigned tasks; telephone call to Bereijo, Camposano, Diehl, DosSantos/Sanchez, Georgescu, Spellman, Labell to follow-up on sent e-mails | 1.50 |
| | TSC | L100 | A106 | E-mails with Tracy re PPF project; telephone calls to clients; e-mails to Griffin, Hirshfeld and Godwin; telephone conversation with Courtney, Godwin and Hirshfeld and e-mail to Faris re status of same (Aileen Fonda) | 1.75 |
| 08/04/2010 | TSC | L100 | A106 | E-mails with Faris re contact info for clients; e-mails with Estevez and forwarding of docs to Faris; e-mails with Manuella @ Colson Hicks re Estevez and forwarding docs to Faris; telephone conversation and e-mails with Martinez; telephone conversation and e-mails with Matos and Manuella @ Colson Hicks and forwarding of docs to Faris; telephone conversation with Labell and e-mail to Faris and Manuella re same | 2.50 |
| | TSC | L100 | A106 | Telephone conversation with Griffin re him sending docs by Fed Ex and e-mails with Faris re same; telephone call to two additional clients (Aileen Fonda) | 0.50 |
| 08/05/2010 | TSC | L100 | A106 | E-mails with Martinez re his docs; telephone conversation and e-mails with Matos re her docs; e-mails with Faris re Jiminez and e-mail to them; e-mail to Faris with update on our contact list | 1.00 |
| | TSC | L100 | A110 | Receipt of Griffin docs by FedEx and forwarding of same to Faris by FedEx and e-mail (Aileen Fonda) | 0.50 |
| 08/06/2010 | TSC | L100 | A106 | E-mail from Georgescu and reply to same; telephone calls to Matos, Martinez, Diehl, Spellman, DosSantos/Sanchez and Santiago; telephone conversation and e-mail with Jiminez; e-mails with Matos and Spellman and forwarding of docs to Faris; telephone conversation with Martinez; telephone conversation with Aileen re Georgescu; telephone conversation with Diehl | 3.00 |
| 08/07/2010 | TSC | L100 | A106 | E-mails with Matos, Martinez, Diehl, Spellman, Santos/Sanchez, Georgescu and Jiminez and forwarding of docs to Faris | 2.00 |
| 08/09/2010 | TSC | L100 | A110 | E-mail to Faris with Matos docs; e-mail from Manuella to Faris; E-mail from Aileen to Faris; Compilation of all client docs in separate e-mails to Faris | 3.00 |
| | TSC | L100 | A107 | E-mail to Faris re no contact with Jones and Miller; e-mails with Faris re Griffin, Hirshfeld, Godwin, Courtney (Aileen | |

Chinese Drywall MDL 2047

Products Liability

| | | | | | Hours |
|---|---|---|---|---|---|
| | | | | Fonda) | 0.25 |
| 08/10/2010 | TSC | L100 | A110 | E-mail to Faris with Georgescu docs, DosSantos/Sanchez docs; review of e-mail from Manuella to Faris | 1.00 |
| 01/13/2011 | TSC | L100 | A107 | E-mail from A. Sandberg @ Hausfeld re PPF contact info; e-mail to Colson Hicks re checking on duplicative info for PPFs; telephone call/e-mail to client Diazivana requesting info; telephone call/e-mail to client Maytin requesting info; telephone call/e-mail to client Lumly requesting info; e-mail from Colson Hicks re duplicative info for PPFs and comparison of same with Hausfeld info (Aileen Fonda) | 1.50 |
| 01/14/2011 | TSC | L100 | A107 | E-mail to A. Sandberg @ Hausfeld re Guerra PPF info; telephone call/e-mail to client Harumph re signature on PPF; e-mail to A. Sandberg re sending Harumph signature; e-mail from client Maytin w/requested info and review of same; e-mail from client Diazivana w/requested info and review of same; e-mail from client Lumly w/requested info and review of same; telephone call to client Miller requesting PPF info; compilation of all PPF info received from clients and forwarding of same to A. Sandberg @ Hausfeld by e-mail (Aileen Fonda) | 1.50 |
| 05/16/2011 | TSC | L100 | A107 | Review of e-mails between Attorneys JB Naegele and Rich Lewis re add'l PPF's needed for upcoming Omnibus Complaint and e-mail from Jori re project | 0.25 |
| 05/17/2011 | TSC | L100 | A106 | E-mails w/Amanda Sandberg re PPF project; review of list of clients and their contact info; telephone calls to Betz, Crowder, Firvida and Brown; e-mails to Rogers, Nathan, Betz, Brown, Crowder, Firvida; e-mails w/Betz re need for him to complete all sections of PPF; e-mail from Amanda that Nathan's faxed the requested info to Atty. Serpe; e-mail to Amanda that Dawson & Owens are complete and that e-mails were sent to all others | 5.00 |
| 05/18/2011 | TSC | L100 | A107 | E-mails w/Firvida about info needed from her | 0.50 |
| 05/23/2011 | TSC | L100 | A107 | Follow-up e-mails sent to Betz, Firvida, Crowder, Brown & Rogers; review of reply e-mail from and telephone conversation w/Firvida; review of reply e-mails from Betz & Brown | 1.00 |
| 05/24/2011 | TSC | L100 | A107 | E-mails w/Firvida; review of fax from Firvida; scan & e-mail Firvida Purchase Agreement to Amanda Sandberg | 0.50 |
| 05/26/2011 | TSC | L100 | A110 | Review of Rogers PPF, Ins Dec, Drawings, Purch Agmt received by FedEx; e-mails w/Rogers; scan & e-mails Rogers' docs to Amanda Sandberg; review of Betz PPF; e-mails w/Betz; forwarding of Betz PPF to Amanda | |

Chinese Drywall MDL 2047

Account No:      33445-00
Statement No:      21814

Products Liability

|            |     |      |      |                                                                                                              | Hours |      |
|------------|-----|------|------|--------------------------------------------------------------------------------------------------------------|-------|------|
|            |     |      |      | Sandberg                                                                                                     | 1.00  |      |
| 05/27/2011 | TSC | L100 | A110 | Review of Brown Purch Agmt received in the mail; e-mails w/Brown; scan and e-mail Brown Purch Agmt to Amanda Sandberg | 0.50  |      |
| 06/01/2011 | TSC | L100 | A107 | E-mails w/Crowder                                                                                            | 0.25  |      |
| 06/03/2011 | TSC | L100 | A110 | Review of fax from Nathan; scan and e-mail PPF to Amanda Sandberg                                            | 0.25  |      |
| 06/07/2011 | TSC | L100 | A110 | Review of fax from Crowder; e-mails w/Crowder re add'l info needed; scan and e-mail Crowder Ins Dec to Amanda Sandberg | 0.50  |      |
| 06/08/2011 | TSC | L100 | A106 | Telephone conversation with Crowder re add'l info needed                                                     | 0.25  |      |
| 06/09/2011 | TSC | L100 | A107 | E-mails w/Amanda Sandberg re Crowder; review of fax from Crowder; scan & e-mail Crowder PPF to Amanda Sandberg | 0.50  |      |
|            |     |      |      | For Current Services Rendered                                                                                | 69.50 | 0.00 |

Recapitulation

| Timekeeper        | Hours | Rate   | Total  |
|-------------------|-------|--------|--------|
| Tracy S. Comstock | 69.50 | $0.00  | $0.00  |

Balance Due                                                                          $0.00

Task Code Recapitulation

|      |                                                  | Fees | Expenses |
|------|--------------------------------------------------|------|----------|
| L100 | Case Assessment, Development and Administration   | 0.00 | 0.00     |
| L100 | Case Assessment, Development and Administration   | 0.00 | 0.00     |

GARY, NAEGELE & THEADO, LLC
ATTORNEYS AT LAW
446 BROADWAY AVENUE
LORAIN, OH  44052-1797
PH:   (440) 244-4809
FAX:  (440) 244-3462

Page: 1

Chinese Drywall MDL 2047

02/18/2014
Account No:     33445-00
Statement No:      21814

Attn: Chinese Drywall MDL 2047

Products Liability

Interim Statement

Expenses

| | | |
|---|---|---|
| 02/19/2009 | Online Legal Research (123.000) LexisNexis CourtLink Inc. | 20.06 |
| 02/27/2009 | Airfare to/from Washington for 2/3 meeting (29.000) American Express | 200.40 |
| 03/06/2009 | Washington D.C. Cab Fare for 2/3 meeting (6.000) Gary, Robert D. | 15.00 |
| 03/31/2009 | 2/3 Washington, D.C. Hotel (6.000) Gary, Robert D. | 180.91 |
| 03/31/2009 | 2/3 Washington, D.C. Meals (6.000) Gary, Robert D. | 136.88 |
| 03/31/2009 | 2/11 Conference Call (31.000) First Communications, LLC | 37.50 |
| 03/31/2009 | Long distance telephone charges (31.000) First Communications, LLC | 1.11 |
| 04/08/2009 | Online Legal Research (28.000) Pacer Service Center | 32.88 |
| 04/20/2009 | Postage 3/19 to Patrick Montoya (30.000) FedEx | 31.16 |
| 04/23/2009 | Long distance telephone charges (31.000) First Communications, LLC | 0.18 |
| 05/21/2009 | Long distance telephone charges (31.000) First Communications, LLC | 1.34 |
| 05/21/2009 | Travel expenses for JBN to attend 4/17 meeting in FL (Hotel, Meals, Airport Parking) (29.000) American Express | 411.76 |
| 05/27/2009 | Airfare to/from Florida for JBN to attend 4/17 meeting (7.000) Naegele, Jori Bloom | 378.80 |
| 06/04/2009 | 2/6/09 Kinko's - Copies of Docs from 2/2-3 DC Trip (6.000) Gary, Robert D. | 25.90 |
| 06/04/2009 | Taxicab from 2/2-3 DC Trip (6.000) Gary, Robert D. | 8.75 |
| 06/04/2009 | Airfare for 5/20-22 DC Trip (6.000) Gary, Robert D. | 251.20 |
| 06/04/2009 | Amtrak - 5/20 DC Trip (6.000) Gary, Robert D. | 3.00 |
| 06/04/2009 | 5/20 DC Mtg Exp (6.000) Gary, Robert D. | 9.29 |
| 06/04/2009 | 5/21 DC Mtg Exp (6.000) Gary, Robert D. | 55.51 |
| 06/04/2009 | 5/21 DC Mtg Exp (6.000) Gary, Robert D. | 11.90 |
| 06/04/2009 | Taxicab - 5/21 DC Trip (6.000) Gary, Robert D. | 9.00 |
| 06/04/2009 | 5/22 DC Mtg Exp (6.000) Gary, Robert D. | 23.47 |
| 06/04/2009 | Taxicab - 5/22 DC Trip (6.000) Gary, Robert D. | 8.50 |
| 06/22/2009 | Long distance telephone charges (31.000) First Communications, LLC | 0.57 |
| 07/08/2009 | Online Legal Research (28.000) Pacer Service Center | 13.68 |
| 07/31/2009 | 7/14 Airfare to/from FL (29.000) American Express | 351.40 |
| 07/31/2009 | Long distance telephone charges (31.000) First Communications, LLC | 0.04 |
| 08/24/2009 | 8/4 DC Airfare (209.20) Hotel (108.95) (6.000) Gary, Robert D. | 318.15 |
| 08/24/2009 | 8/4 DC Meal (36.63) 8/5 DC Meal (29.20) 8/5 Airport Parking (20) (29.000) American Express | 85.83 |
| 09/15/2009 | Assessment (199.000) MDL 2047 Common Cost Account | 10,000.00 |
| 09/22/2009 | Reimbursement for mileage to attend drywall meeting in FL: 2/2 Round-trip from/to LBK to Alva (99.46 mi. ea. way); 2/7 & 2/17 Round-trip | |

Chinese Drywall MDL 2047

Products Liability

| Date | | | Description | Amount |
|------|------|------|-------------|-------:|
| | | | from/to LBK to Estero (106.52 mi. ea. way); and 4/17 Round-trip from/to LBK to Coral Gables (235.46 mi. ea. way) @ $0.55/mi. {6.000} Gary, Robert D. | 602.76 |
| 09/28/2009 | | | 9/24 Airfare to/from New Orleans, LA (6.000) Gary, Robert D. | 448.90 |
| 09/28/2009 | | | 9/24 Hotel in New Orleans, LA (6.000) Gary, Robert D. | 92.34 |
| 09/28/2009 | | | Cab Fare, 9/24-25 New Orleans, LA (6.000) Gary, Robert D. | 75.00 |
| 09/28/2009 | | | Meals, 9/24-25 New Orleans, LA (6.000) Gary, Robert D. | 56.23 |
| 09/28/2009 | | | Parking & Tolls, 9/24-25 New Orleans, LA (6.000) Gary, Robert D. | 22.00 |
| 09/28/2009 | | | 9/24 Roundtrip Mileage to Cleveland Airport from Sandusky for travel to New Orleans, LA  (7.000) Naegele, Jori Bloom | 55.00 |
| 09/28/2009 | | | Long distance telephone charges [31.000] First Communications | 0.94 |
| 10/02/2009 | | | Online Legal Research - LA US Dist Ct Alerts (203.000) LexisNexis File & Serve | 53.03 |
| 10/09/2009 | | | Online Legal Research (28.000) Pacer Service Center | 11.28 |
| 10/28/2009 | | | Long distance telephone charges (31.000) First Communications, LLC | 0.52 |
| 10/28/2009 | | | 9/24-25 LA Travel Expenses - Meals [29.000] American Express | 68.61 |
| 11/03/2009 | | | Online Legal Research-LA&FL District Court Alerts (203.000) LexisNexis File & Serve | 94.04 |
| 11/06/2009 | | | Photocopy charges (115 b&w @ $0.13 ea) | 14.95 |
| 11/11/2009 | | | Travel expense | 300.00 |
| 11/18/2009 | | | Online Legal Research (7/09) (203.000) LexisNexis File & Serve | 105.05 |
| 11/18/2009 | | | Online Legal Research (8/09) (203.000) LexisNexis File & Serve | 53.03 |
| 11/19/2009 | | | 10/15 Conference Call (31.000) First Communications, LLC | 8.60 |
| 11/30/2009 | | | Rountrip mileage for 11/5-6 Drywall Symposium, LBK to/from Tampa 85 miles x $0.55/mi (6.000) Gary, Robert D. | 46.75 |
| 12/14/2009 | L200 | E106 | Online research (203.000) LexisNexis File & Serve | 90.05 |
| 12/22/2009 | | | Mileage, 100 @ $0.55/mi, 12/6 CDW Rally (6.000) Gary, Robert D. | 55.00 |
| 12/22/2009 | | | Mileage, 360 @ $0.55/mi = $198;hotel - $57; Meals - $63, 12./8 to Interlachen, FL (6.000) Gary, Robert D. | 318.00 |
| 12/22/2009 | | | Mileage, 387 @ $0.55/mi = $212.83; Meals - $50.42, Leopold Meeting (6.000) Gary, Robert D. | 263.27 |
| 01/15/2010 | | | Online Legal Research (28.000) Pacer Service Center | 8.72 |
| 02/04/2010 | | | Online Legal Research (203.000) LexisNexis File & Serve | 53.03 |
| 03/08/2010 | | | Online Legal Research (203.000) LexisNexis File & Serve | 53.03 |
| 04/03/2010 | | | Online Legal Research (203.000) LexisNexis File & Serve | 78.03 |
| 04/14/2010 | | | Online Legal Research (28.000) Pacer Service Center | 28.24 |
| 05/10/2010 | | | Online Legal Research (203.000) LexisNexis File & Serve | 53.03 |
| 05/27/2010 | | | 4/8 Conf Call (31.000) First Communications, LLC | 17.00 |
| 06/17/2010 | | | Online Legal Research (203.000) LexisNexis File & Serve | 68.76 |
| 07/08/2010 | | | Online Legal Research (203.000) LexisNexis File & Serve | 36.88 |
| 08/03/2010 | | | Online Legal Research (28.000) Pacer Service Center | 41.44 |
| 08/06/2010 | | | Online Legal Research (203.000) LexisNexis File & Serve | 36.88 |
| 08/06/2010 | | | Court Liason Fees (214.000) Rumberger Kirk & Caldwell | 588.91 |
| 08/23/2010 | | | 8/5 to F Ghareeb (30.000) FedEx | 21.76 |
| 09/07/2010 | | | Online Legal Research (203.000) LexisNexis File & Serve | 52.82 |
| 09/07/2010 | | | Online Legal Research (32.000) LexisNexis | 67.51 |
| 09/07/2010 | | | Court Liason Fees (214.000) Rumberger Kirk & Caldwell | 34.20 |
| 10/12/2010 | | | Online Legal Research (28.000) Pacer Service Center | 37.28 |
| 10/12/2010 | | | Online Legal Research (203.000) LexisNexis File & Serve | 63.75 |
| 10/29/2010 | | | 8/30 Facsimile costs (11.000) Fonda, Aileen D. | 7.38 |
| 10/29/2010 | | | RDG AAJ Membership (29.000) American Express | 525.00 |
| 11/08/2010 | | | Online Legal Research (203.000) LexisNexis File & Serve | 63.75 |

Chinese Drywall MDL 2047

Products Liability

| Date | | | Description | Amount |
|------|---|---|-------------|-------:|
| 12/08/2010 | | | Online Legal Research (203.000) LexisNexis File & Serve | 63.75 |
| 01/13/2011 | | | Online Legal Research (203.000) LexisNexis File & Serve | 63.75 |
| 01/20/2011 | | | Online Legal Research (28.000) Pacer Service Center | 13.36 |
| 02/08/2011 | | | Online Legal Research (203.000) LexisNexis File & Serve | 63.75 |
| 02/08/2011 | | | Court Liason Fees Inv 757819 1/31/11 (214.000) Rumberger Kirk & Caldwell | 774.18 |
| 03/16/2011 | | | Online Legal Research (203.000) LexisNexis File & Serve | 63.75 |
| 04/13/2011 | | | Online Legal Research (28.000) Pacer Service Center | 2.64 |
| 04/13/2011 | | | Online Legal Research (203.000) LexisNexis File & Serve | 63.75 |
| 04/28/2011 | | | Court Liason Fees (214.000) Rumberger Kirk & Caldwell | 121.22 |
| 05/11/2011 | | | Online Legal Research (203.000) LexisNexis File & Serve | 63.75 |
| 06/07/2011 | | | Online Legal Research (203.000) LexisNexis File & Serve | 63.75 |
| 07/08/2011 | | | Online Legal Research (32.000) LexisNexis | 15.87 |
| 07/20/2011 | | | Online Legal Research (28.000) Pacer Service Center | 8.16 |
| 07/20/2011 | | | Online Legal Research (203.000) LexisNexis File & Serve | 63.75 |
| 08/11/2011 | | | Online Legal Research (203.000) LexisNexis File & Serve | 63.75 |
| 09/15/2011 | B110 | E106 | Online research (203.000) LexisNexis File & Serve | 63.75 |
| 10/25/2011 | B110 | E106 | Online research (203.000) LexisNexis File & Serve | 63.75 |
| 10/25/2011 | B110 | E112 | Court liason fees (214.000) Rumberger Kirk & Caldwell | 321.85 |
| 11/10/2011 | B110 | E106 | Online research (203.000) LexisNexis File & Serve | 74.38 |
| 12/06/2011 | B100 | E106 | Online research (203.000) LexisNexis File & Serve | 53.12 |
| 01/09/2012 | B110 | E106 | Online research (203.000) LexisNexis File & Serve | 63.75 |
| 01/09/2012 | B110 | E112 | Court fees (214.000) Rumberger Kirk & Caldwell | 176.49 |
| 01/17/2012 | B110 | E106 | Online research (28.000) Pacer Service Center | 1.44 |
| 01/17/2012 | B110 | E106 | Online research (123.000) LexisNexis CourtLink Inc. | 38.82 |
| 02/10/2012 | L100 | E106 | Online research (203.000) LexisNexis File & Serve | 63.75 |
| 02/10/2012 | B110 | E106 | Online research (123.00) LexisNexis CourtLink, Inc. | 103.87 |
| 04/13/2012 | L100 | E106 | Online research (203.000) LexisNexis File & Serve | 63.75 |
| 04/13/2012 | L100 | E106 | Online research (203.000) LexisNexis File & Serve | 63.75 |
| 05/07/2012 | L100 | E106 | Online research (203.000) LexisNexis File & Serve | 63.75 |
| 06/12/2012 | L100 | E106 | Online research (203.000) LexisNexis File & Serve | 63.75 |
| 07/20/2012 | L100 | E106 | Online research (203.000) LexisNexis File & Serve | 63.75 |
| 07/20/2012 | L200 | E112 | 4/30/12 Invoice - Court fees (214.000) Rumberger Kirk & Caldwell | 219.07 |
| 08/06/2012 | L200 | E106 | Online research (203.000) LexisNexis File & Serve | 63.75 |
| 08/15/2012 | L200 | E112 | Court Liason Fees (214.000) Rumberger Kirk & Caldwell | 66.05 |
| 09/14/2012 | L200 | E106 | Online research (203.000) LexisNexis File & Serve | 63.75 |
| 10/08/2012 | L200 | E106 | Online research (203.000) LexisNexis File & Serve | 63.75 |
| 11/09/2012 | L200 | E106 | Online research (203.000) LexisNexis File & Serve | 63.75 |
| 11/26/2012 | L200 | E112 | Court Liaison fees (214.000) Rumberger Kirk & Caldwell | 25.05 |
| 12/14/2012 | L200 | E106 | Online research (203.000) File & ServeXpress LLC | 63.75 |
| 01/11/2013 | L100 | E106 | Online research (28.000) Pacer Service Center | 1.20 |
| 01/11/2013 | L100 | E106 | Online research (203.000) File & ServeXpress LLC | 63.75 |
| 02/08/2013 | L200 | E106 | Online research (203.000) File & ServeXpress LLC | 63.75 |
| 03/08/2013 | L200 | E106 | Online research (203.000) File & ServeXpress LLC | 63.75 |
| 04/10/2013 | L200 | E106 | Online research (28.000) Pacer Service Center | 23.80 |
| 04/10/2013 | L200 | E106 | Online research (203.000) File & ServeXpress LLC | 63.75 |
| 05/03/2013 | L200 | E106 | Online research (203.000) File & ServeXpress LLC | 63.75 |
| 05/20/2013 | L200 | E112 | Court Liaison Fees (214.000) Rumberger Kirk & Caldwell | 67.83 |
| 06/18/2013 | L200 | E106 | Online research (203.000) File & ServeXpress LLC | 63.75 |
| 07/12/2013 | L200 | E106 | Online research (203.000) File & ServeXpress LLC | 21.25 |
| 08/09/2013 | L200 | E106 | Online research (203.000) File & ServeXpress LLC | 21.25 |
| 09/16/2013 | L200 | E106 | Online research (123.000) LexisNexis CourtLink Inc. | 61.41 |

Chinese Drywall MDL 2047

Products Liability

| Date | | | | Amount |
|------|------|------|------|-------:|
| 09/16/2013 | L200 | E106 | Online research (203.000) File & ServeXpress LLC | 21.25 |
| 10/02/2013 | L200 | E112 | Court Liaison Fees (214.000) Rumberger Kirk & Caldwell | 95.99 |
| 10/14/2013 | L200 | E106 | Online research (123.000) LexisNexis CourtLink Inc. | 127.95 |
| 10/14/2013 | L200 | E106 | Online research (203.000) File & ServeXpress LLC | 21.30 |
| 10/25/2013 | L200 | E106 | Online research (28.000) Pacer Service Center | 58.20 |
| 11/11/2013 | L100 | E106 | Online research (203.000) File & ServeXpress LLC | 21.30 |
| 11/22/2013 | L200 | E106 | Online research (123.000) LexisNexis CourtLink Inc. | 148.07 |
| 11/22/2013 | L200 | E106 | Online research (203.000) File & ServeXpress LLC | 21.25 |
| 12/20/2013 | L200 | E106 | Online research (203.000) File & ServeXpress LLC | 21.30 |
| 12/20/2013 | L200 | E106 | Online research (123.000) LexisNexis CourtLink Inc. | 136.48 |
| 01/17/2014 | L200 | E106 | Online research (28.000) Pacer Service Center | 15.30 |
| 01/17/2014 | L200 | E106 | Online research (123.000) LexisNexis CourtLink Inc. | 140.18 |
| 01/17/2014 | L200 | E106 | Online research (203.000) File & ServeXpress LLC | 21.30 |
| 01/17/2014 | L200 | E106 | Online research (28.000) Pacer Service Center | 88.30 |
| 02/13/2014 | L200 | E106 | Online research (123.000) LexisNexis CourtLink Inc. | 173.22 |
| 02/13/2014 | L200 | E106 | Online research (203.000) File & ServeXpress LLC | 21.30 |
| | | | Total Expenses | 22,590.67 |
| | | | Total Current Work | 22,590.67 |

Payments

| 06/17/2013 | Expense Reimbursement | -8,000.00 |
|------------|----------------------|----------:|
| | Balance Due | $14,590.67 |

Task Code Recapitulation

| | | Fees | Expenses |
|------|---------------------------------------------|-----:|---------:|
| | *** Task Code Not Found *** | 0.00 | 18816.05 |
| B100 | Administration | 0.00 | 53.12 |
| B110 | Case Administration | 0.00 | 908.10 |
| B100 | Administration | 0.00 | 19,777.27 |
| L100 | Case Assessment, Development and Administration | 0.00 | 468.75 |
| L100 | Case Assessment, Development and Administration | 0.00 | 468.75 |
| L200 | Pre-Trial Pleadings and Motions | 0.00 | 2344.65 |
| L200 | Pre-Trial Pleadings and Motions | 0.00 | 2,344.65 |

EXHIBIT 4

**DRAFT**
**2/10/2009 5:58 PM**

Working Agreement of Counsel regarding Work, Costs, Fees

This agreement sets forth basic agreements for our joint efforts on drywall litigation regarding sharing of work, costs, and fees.

1. This agreement is among six firms:
   a. Hausfeld LLP
   b. Levin, Fishbein, Sedran & Berman
   c. Gary, Naegele & Theado, LLC
   d. Colson, Hicks, Eidson, Colson, Cooper, Matthews, Martinez Gonzales, Kalbac & Kane
   e. Law Offices of Richard J. Serpe
   f. Richard W. Stimson LLC

*Work*

2. Each firm will keep contemporaneous records of their time worked on drywall matters. The records will specifically record time spent and specific tasks done (e.g., "1 hour consult with Mr. Jones, drywall testing expert").
3. Each firm will provide copies of its time reports on a monthly basis to Arnold.  (Time reports will be reviewed periodically to assure compliance with #4 below.)
4. Any work on a significant assignment (i.e., > 5 hours) will be done pursuant to assignment from the work allocation committee (R. Lewis, A. Levin).

*Costs*

5. Each firm will "carry" its own costs such as travel, photocopier, telephone, etc. until the end of the case at which time we will seek reimbursement.
6. Counsel will be asked periodically to make contributions to a common benefit fund.
7. Common benefit costs (such as experts, testing, marketing, and private investigators) will be submitted to and paid by the Chinese Drywall Litigation Fund (A. Levin).
8. Assignments to experts/consultants must be pre-approved by the expert subcommittee (R. Serpe, R. Lewis, B. Gary).
9. New firms can only be added to the group by a vote of 2/3 of the firms in the group.

*Fees*

10. All cases related to drywall (individual, class, residential, commercial …) obtained by any of six firms will be pooled by the firms.

11. Any agreements regarding referral fees will be determined in writing at the start of the cases, and copies of such agreements will be provided in writing to Arnold.  Such referral fees will be paid off the top.

12. When monies are recovered by way of judgment or settlement, the six firms when appropriate will submit a joint fee petition and seek reimbursement for all costs and time, plus a multiplier.  Any attorneys fees and costs, whether awarded by a court or earned as a contingent fee, will be distributed as follows:

    a. Approved costs will be reimbursed.

    b. Approved referral fees will be paid off the top.

    c. Approved lodestar (hourly rate x number of hours worked) will be reimbursed.

    d. Multipliers for each firm will be decided based on quantity of work (lodestar) and value of work contributed.

All decisions on a, b, c above will be made by a committee of three (E. Gonzalez, A. Levin, R. Lewis) by consensus or a majority vote if necessary.  All counsel can object to any decision made by the committee and ask for reconsideration.

13. Any dispute under this agreement will first be raised with the group and if it can't be resolved, it will go to binding arbitration before JAMS with each party to the dispute to pay his own cost.

Signed:

_____                          _____

Richard Lewis                                                Arnold Levin

_____                          _____

Robert Gary                                                  Ervin Gonzalez

_____                          _____

Richard Serpe                                                Richard Stimson

EXHIBIT 5

# FEE AGREEMENT DRYWALL LITIGATION

This agreement is entered into between Hausfeld LLP and Gary Naegele and Theado LLC for the division of fees in the drywall litigation. All fees received by Hausfeld LLP and Gary, Naegele & Theado, LLC, unless otherwise provided for in this agreement, will be split between Hausfeld LLP and Gary, Naegele & Theado 78% - 22% with 78% of all such fees to go to Hausfeld LLP and 22% of all such fees to go to Gary, Naegele & Theado, LLC. Any prior agreements are to be considered null and void.

Hausfeld LLP and Gary, Naegele & Theado, LLC will each pay their own assessments arising out of common cost fund assessments in MDL-2047. Gary, Naegele & Theado, LLC will pay no case expenses for those cases referred to Richard Lewis (hereinafter "Lewis" on behalf of Hausfeld LLP) and/or Ervin Gonzalez (hereinafter "Gonzalez" on behalf of Hicks, Colson) and/or Arnold Levin (hereinafter "Levin" on behalf of Levin Fishbein). Personal expenses will be paid by the party incurring the expense and held to the conclusion of the case. Said expenses will be shared in the same proportion that fees are to be split between Hausfeld LLP and Gary, Naegele & Theado, LLC. Hausfeld LLP will be responsible for 78% of the expenses and Gary, Naegele & Theado, LLC will be responsible for 22% of the expenses. Each party, upon request, will apprise the other party of their expenses to date. Unreimbursed costs will be exchanged on a bi-monthly basis.

For any case in which Hausfeld LLP participates and in which Gary, Naegele & Theado, LLC is not identified as a referral to the group, the fee will be split 78% to Hausfeld LLP and 22% to

Gary, Naegele & Theado, LLC. Any case generated by Gary, Naegele & Theado, LLC will be excluded from the 78% - 22% fee split between Hausfeld LLP and Gary, Naegele & Theado, LLC.

All cases generated by Gary, Naegele & Theado, will be considered as their cases and Gary, Naegele & Theado, LLC will be free to refer any such case to the attorney of their choice without obligation to Lewis, Gonzalez and Levin. For all cases referred to Lewis, Gonzalez and Levin by Gary, Naegele & Theado, LLC, fees will be allocated as follows after the MDL assessment comes off the top:

1) Cases where Gary, Naegele & Theado, LLC remain involved, 40% of the fee will be retained by Gary, Naegele & Theado, LLC and 60% will go Lewis, Gonzalez and Levin.

2) Cases where Gary, Naegele & Theado, LLC does not stay involved, Gary, Naegele & Theado, LLC will receive 33% of those cases' fees referred before 8/05/09 and 25% of referrals after that date.

Definitions

Fees in the drywall litigation for purposes of this agreement mean all fees to Hausfeld LLP and Gary, Naegele & Theado, LLC from any source arising out of the drywall litigation including but not limited to:

1) The combined lodestars of Hausfeld LLP and Gary, Naegele and Theado, LLC plus any multipliers applied thereto.

2) Contingency fees earned from all drywall cases in which either Hausfeld LLP or Gary, Naegele & Theado, LLC receive a fee.

3) Fees earned from any court awarded fees arising out of class actions or other cases.

4) Fees received as additional compensation for serving on the MDL steering committee or other committees and fees earned doing work assigned through the MDL including additional compensation received as assessments levied against other counsel.

5) Fees received from the settlement of any drywall claim.

This agreement may only be modified in writing with the consent of both parties.

Robert D. Gary
On behalf of
Gary, Naegele & Theado, LLC

Date: 12 / 9 / 09

Richard Lewis
On behalf of Hausfeld LLP

Date: 12/9/09

## DRYWALL LITIGATION FEE AGREEMENT

This agreement is entered into between Colson Hicks Eidson and Gary, Naegele & Theado, LLC ("GNT") for the division of fees in the drywall litigation. All fees received by Colson Hicks Eidson and GNT, unless otherwise provided for in this agreement, will be split between Colson Hicks Eidson and GNT as follows:

As previously agreed, the fees for all cases referred to Colson Hicks Eidson by GNT will be allocated as follows after the MDL assessment comes off the top:

1) Cases where GNT remains involved, 40% of the fee will be retained by GNT and 60% will go to Colson Hicks Eidson.

2) Cases where GNT does not stay involved, GNT will receive 33% of those cases referred before 8/5/09 and 25% of referrals after that date.

The cases that have been referred to Colson Hicks Eidson by GNT are:

a) Aboulafia, Steven, (OMNI I - referred prior to 8/5/09)
b) Delayo, William & Jennifer (OMNI II - referred prior to 8/5/09)
c) Ellington, Peter & Robyn (OMNI II -this is both CDW and ADW)
d) Gimple, Nicholas/O'Brien, Cathy (OMNI III)
e) Hershfeld, Joseph (filing for Intervention OMNI I)
f) Johnson, Reuben & Marjorie (OMNI II - referred prior to 8/5/09)
g) McKenzie, John & Donna (contract signed in June, 2010, inspection done June 30, 2010 – no other updates)
h) Sabasan, Lawrence (submitted for new intervention 9/3/10)
i) Schaper, Arthur (OMNI III - referred prior to 8/5/09)

For all cases referred to GNT by Colson Hicks Eidson, fees will be allocated as follows after the MDL assessment comes off the top:

3) Cases where Colson Hicks Eidson remains involved, 40% of the fee will be retained by Colson Hicks Eidson and 60% will go to GNT.

4) Cases where Colson Hicks Eidson does not stay involved, Colson Hicks Eidson will receive 33% of those cases referred before 8/5/09 and 25% of referrals after that date.

The cases that have been referred to GNT by Colson Hicks Eidson are:

j) Fitzjarrald, Lori (a copy of the client contract between the client, GNT & Leopold~Kuvin's office is attached).

Any prior agreements between the firms are to be considered null and void.

Colson Hicks Eidson and GNT will each pay their own assessments arising out of common cost fund assessments in MDL-2047. Colson Hicks Eidson and GNT will pay no case expenses for cases referred to the other firm.

This agreement may only be modified in writing with the consent of both parties.

Robert D. Gary, Esq.
With authority and on behalf of
Gary, Naegele & Theado, LLC

Date: 12/16/10

Ervin Gonzalez, Esq.
With authority and on behalf of
Colson Hicks Eidson

Date: 12/16/10

From: TComstock [mailto:tcomstock@gntlaw.com]
Sent: Wednesday, October 22, 2014 4:51 PM
To: Phil Garrett (pgarrett@garrettco.com); bridgett rosa (brosa@garrettco.com)
Cc: Jori Naegele (jbnaegele@gmail.com); Robert Gary (rdgary@gmail.com);
TomTheado@aol.com
Subject: Amending CDW Time and Expenses

Mr. Garrett and/or Ms. Rosa:
As you're aware, Judge Fallon set forth the guidelines on reporting  common benefit time
and expenses monthly, in July 2009.  To further emphasize the detailed manner in which
all time and expenses were to be reported, Judge Fallon entered PTO's 28 A-E.
On July 8, 2014 Attorney Gary met with the Fee Committee to discuss the professional
services performed and the common benefit contribution provided by our firm.  During
that meeting, the Fee Committee expressed concern about some of the time and expenses
which had been submitted to, and accepted by, your firm.  On July 23, 2014 Attorney
Gary sent the attached letter to Russ Herman and Arnold Levin as a follow-up to his
meeting, which he asked to be made a part of his response, as additional reasons, grounds
and explanations for our firm's entitlement to common benefit fees and reimbursement of
expenses. All of the issues raised during the interview were specifically addressed and
explained in the letter. The two major issues being (1) whether the work done by our firm
on the original class action which was the foundation of the case and the basis for the
MDL can be submitted and (2) whether the work done by our firm to ascertain whether
there was a link between tainted American and Chinese Drywall was for the common
benefit of the MDL.  To date, we haven't received a formal response to the letter from the
Fee Committee.
As Mr. Gary's letter explains and you're aware, we reviewed our time and expenses in
February of 2014 and exchanged a number of e-mails with you, Mr. Garrett, and your
assistant, Bridgett Rosa, to ascertain from you exactly which of our fee and expense
submissions were not in compliance with PTO 28 and all subsequent orders thereto.  As a
result, we revised our submissions, removing approximately 1,420 hours, and we
resubmitted all the other time and expenses which the two of you had indicated were
legitimate time and expenses for which reimbursement could be sought.
Having said all that, this e-mail is being sent—albeit one day past the October 21st
deadline—to request that you remove all of my (i.e. Tracy Comstock, Paralegal) time
which totals 69.5 hrs,. as it is related to work on PPF's for the various Omnibus
Complaints which the Fee Committee informed Attorney Gary was considered
"individual" and not "common fund work".  We would also request that you remove all
of our firm's  Computerized Research – Lexis/Westlaw expenses from July 2010 through
June 2014 (in the approximate amount of $4,451.44) as the Fee Committee also informed
Attorney Gary that since he was no longer actively participating in the case after June of
2010, said expenses were not for the common benefit of the MDL.  It is our belief that all
of Mr. Gary's time and the remainder of our firm's expenses which have previously been
submitted to, and accepted by, your firm are in full compliance with PTO's 28 A - E, and
as further set forth in our firm's July 23, 2014 attached letter to the Fee Committee.

TRACY S. COMSTOCK

Gary, Naegele & Theado, LLC
446 Broadway Ave.
Lorain, OH  44052
PH:  (440) 244-4809
FAX:  (440) 244-3462
E-MAIL:  tcomstock@gntlaw.com

LEGAL CONFIDENTIALITY NOTICE:  This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged.  The information and/or documents included with this transmission are confidential.  The information is intended only for the use of the individual/entity named above.  If you are not the intended recipient, you are hereby notified that any disclosure, copying and/or distribution of this communication, in any form, or the taking of any action in reliance on its contents, is strictly prohibited.

From: Office [mailto:office@gntlaw.com]
Sent: Monday, November 03, 2014 5:19 PM
To: Jori Naegele (jbnaegele@gmail.com); Robert Gary (rdgary@gmail.com)
Subject: FW: PTO 28 Affidavit to Court required by CPA

FYI...we're on Garrett's "PTO 28 Compliant" list below.

TRACY S. COMSTOCK
Gary, Naegele & Theado, LLC
446 Broadway Ave.
Lorain, OH  44052
PH:  (440) 244-4809
FAX:  (440) 244-3462
E-MAIL:  tcomstock@gntlaw.com

LEGAL CONFIDENTIALITY NOTICE:  This e-mail is covered by the Electronic
Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged.  The
information and/or documents included with this transmission are confidential.  The
information is intended only for the use of the individual/entity named above.  If you are
not the intended recipient, you are hereby notified that any disclosure, copying and/or
distribution of this communication, in any form, or the taking of any action in reliance on
its contents, is strictly prohibited.
From: Philip Garrett [mailto:pgarrett@garrettco.com]
Sent: Monday, November 03, 2014 4:47 PM
To: Russ Herman; Arnold Levin
Cc: Allison Grant; Jeremy W. Alters; Arline Pelton; Spencer M. Aronfeld; Dawn Barrios;
Daniel MDL Atty Becnel; Joe Bruno; Jeff Keiser; Gerald Meunier; Naegele & Theado
LLC Gary; Richard S. Lewis; Lenny Davis; Anthony Irpino; a.kanner@kanner-law.com;
MICHAEL RYAN; Jack Landskroner; Robert Becnel; Andrew Lemmon; Ted Leopold;
Mike Papantonio; Sandra Duggan; Daniel K. Bryson; smullins@luckeyandmullins.com;
Gary Mason; Mark Milstein; Morris Bart; Jerrold Parker; William Lascara; Patrick
Pendley; Victor Mas; Jim Reeves; Joel Rhine; Richard Serpe; Chris Seeger; W. James
Singleton; Richard Taylor; Hugh Lambert; Bruce Steckler; Tom Thornhill; Deborah
Vaughn; Victor Diaz; E. John Litchfield; Pieter M. O'Leary; William Anderson; Mark
Glago; Rkshelquist; Dianne Nast; Pete Strom; James Scarmozzino; Dennis Reich; John
Andry; Raul Bencomo; sbickford@mbfirm.com; palbanis@forthepeople.com;
teaves@wwhgd.com
Subject: PTO 28 Affidavit to Court required by CPA

 There are approximately 43 firms that are PTO28 compliant from my information and 10
that are not compliant as well as 8 firms that have never submitted common benefit time
or costs.

PTO28 Compliant firms:
1       Allison Grant, P.A.
2       Alters, Boldt, Brown, Rash, & Culmo

3       Anderson Kill, PC
4       Aronfeld Trial Lawyers, P.A.
5       Barrios, Kingsdorf & Casteix
6       Becnel Law Firm LLC
7       Bruno & Bruno, LLP
8       Colson - Hicks Edison PA
9       Gainsburgh, Benjamin, et al
10      Gary, Naegele & Theado, LLC
11      Hausfeld LLP
12      HHK
13      Irpino Law Firm
14      Kanner & Whiteley, L.L.C.
15      Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman, & McKee, PA
16      Landskroner - Grieco - Madden LLC
17      Law Offices of Robert M. Becnel
18      Lemmon Law Firm, LLC
19      Leopold Kuvin, P.A./Mrachek
20      Levin Papantonio Law
21      Levin, Fishbein, Sedran & Berman
22      Lewis & Roberts PLLC
23      Luckey & Mullins, PLLC
24      Martzell Bickford
25      Mason LLP
26      Milstein Adelman, LLP
27      Morgan & Morgan
28      Morris Bart, L.L.C
29      Parker Waichman LLP
30      Pender & Coward, PC
31      Pendley Baudin & Coffin, LLP
32      Podhurst Orseck, P.A
33      Reeves & Mestayer, PLLC
34      Rhine Law Firm, P.C.
35      Richard J. Serpe, P.C.
36      Seeger Weiss LLP
37      Singleton Law Firm
38      Taylor Martino, PC
39      The Lambert Firm
40      The Steckler Law Firm
41      Thornhill Law Firm
42      Vaughn Bowden & Wooten, PA
43      VM Diaz and Partners, LLC

Not PTO28 Compliant firms
1       Berrigan, Litchfield, Schonekas, Mann & Traina, LLC
2       Burdman Law Group
3       Cuneo Gilbert & LaDuca

4       Davis & Duncan, LLC
5       Glago Law Firm LLC
6       Lockridge Grindal Nauen P.L.L.P
7       Nast Law LLC
8       Strom Law Firm, LLC
9       Webb & Scarmozzino, P.A.
10      Weinburg, Wheeler, Hudgins, Gunn & Dial

Firms with no common benefit time or costs
1       Reich & Binstock, LLP
2       Andry Law Firm
3       Aylstock, Witkin, Kreis & Overholtz
4       Bencomo & Associates
5       Collins - Live Oak
6       Hawkins, Stracener & Gibson PLLC
7       Ingram & Associates
8       Law Offices of Sidney Torress, III

My affidavit will be filed tomorrow if you have any other information on this matter
please notify me at once.
Thanks


Philip A. Garrett,CPA
156 Bald Eagle Drive
 Abita Springs, La   70420
Office:  985-746-9165
Direct:  985-635-1500
pgarrett@garrettco.com
www.garrettco.com

EXHIBIT 9

IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION

### INITIAL AFFIDAVIT OF GARY, NAEGELE & THEADO, LLC
### FOR COMPENSATION OF COMMON BENEFIT TIME
### AND REIMBURSEMENT OF EXPENSES

STATE OF FLORIDA    )
                    )   SS:
Sarasota   COUNTY   )

BEFORE ME, the undersigned authority, on this ___6___$^{th}$ day of March, 2014, PERSONALLY CAME AND APPEARED:

### ROBERT D. GARY

who, after being first duly sworn, under penalty of perjury, did depose and declare that the following are true and correct:

1.      I am a partner in the law firm of Gary, Naegele & Theado, LLC.

2.      The address of the law firm identified in number 1 above is 446 Broadway, Lorain, OH 44052.

3.      My law firm has complied with Pre-Trial Order Nos. 9 and 9A, in all material aspects and I certify that my law firm's submission of this Affidavit is being made following a review of the Philip Garrett Case Cost Management System and that the system contains applicant's true and correct time and expense information. This Affidavit is submitted on behalf of all the members of the law firm of which I am a partner.

4.      The Court may rely on the information submitted by my law firm to Philip Garrett, the court appointed CPA, contained on his Case Cost Management System in this litigation, all of which is certified to be true and correct.

5.      My law firm  has expended 437.70 hours of common benefit time in connection with the Chinese Drywall litigation and seeks to have this time considered by the Court in connection

1

with a common benefit time and cost reimbursement Petition, to be submitted by the Fee Committee. A detail of my firm's hours is contained in the Case Cost Management System maintained by Philip Garrett, pursuant to Pre-Trial Order No.

6.      My law firm has incurred $12,590.67 of common benefit, held expenses in connection with the Chinese Drywall litigation, and seeks to have these expenses reimbursed. A detail of my expenses is contained in the Case Cost Management System maintained by Philip Garrett, pursuant to Pre-Trial Order No. 9.

7.      My law firm has contributed $10,000.00 in common benefit assessments towards shared common expenses in connection with the Chinese Drywall litigation. To date, $8,000.00 of these assessments have been reimbursed and, therefore, the balance to be reimbursed totals $2,000.00.

8.      Pursuant to Pre-Trial Order No. 28, a Memorandum is attached hereto and incorporated herein by reference as Exhibit A, detailing and describing with particularity the professional services performed and the common benefit contribution provided by Gary, Naegele & Theado, LLC through December 31, 2013 for the benefit of all Chinese Drywall claimants in MDL 2047 or any coordinated state court litigation.

**ROBERT D. GARY**

SWORN TO AND SUBSCRIBED BEFORE ME this ___ day of March, 2014.

NOTARY PUBLIC
Print Name: Michael Strohbeck
MY COMMISSION EXPIRES: Jan 9, 2017
[APPLY SEAL HERE]

2



MICHAEL STROHBECK
Notary Public - State of Florida
My Comm. Expires Jan 9, 2017
Commission # EE 063678

IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION

## EXHIBIT A

### MEMORANDUM IN SUPPORT OF GARY, NAEGELE & THEADO, LLC'S INITIAL AFFIDAVIT FOR COMPENSATION OF COMMON BENEFIT TIME AND REIMBURSEMENT OF EXPENSES

Pursuant to Pre-Trial Order Nos. 28 and 28(A), this Memorandum supplements my Affidavit (Affidavit of Robert D. Gary) and details and describes with particularity the professional services performed and the common benefit contribution provided by Gary, Naegele & Theado, LLC through December 31, 2013 for the benefit of all Chinese Drywall claimants in MDL 2047 or any coordinated state court litigation, for which time as been submitted pursuant to Pre-Trial Order Nos. 9 and 9A.

### Section I. History of My Firm's Involvement in the Case

To my knowledge, I was the first attorney to discover the problem of defective drywall in Florida homes. In January of 2009, a home inspector advised me that he had discovered an unusual phenomenon in the homes he was inspecting. This was well before the term "Chinese Drywall" was coined. Soon after discovering this, I contacted Richard Lewis of Hausfeld, LLP to determine if he was interested in co-counseling the case. Subsequently, Mr. Lewis suggested we invite Arnold Levin of Levin, Fishbein, Sedran & Berman to assist with the case. After Arnold Levin joined the team, Ervin Gonzalez of Colson Hicks Eidson was brought on board. Much of the work done by our team occurred prior to the appointment of Lead and Liaison Counsel and involved preliminary investigations to determine if there was, in fact, a claim to be brought concerning the defective drywall. It was this groundwork that subsequently culminated in the MDL and what followed thereafter.

1

## Section II. Pre-Litigation Investigative Work with Homeowners, Inspectors and Experts

After learning of the defective drywall, a significant number of hours were spent traveling throughout Florida, meeting with home owners and inspectors and inspecting homes. There were numerous meetings with environmental scientists/experts, who all performed a variety of tests, to determine (a) the nature of the phenomenon that was impacting these homes, (b) whether a claim existed, and if so, (3) the origin of said claim. Our team also had numerous meetings and communications with representatives from the Florida Department of Health, as well as with various experts in the medical field, to establish criteria for medical monitoring of homeowners and occupants of various homes containing defective Chinese drywall for the purpose of tracking any and all adverse health issues being caused by the defective drywall. Our team was also involved with identifying and investigating the chain of distribution of the Chinese drywall from Knauf and other Chinese manufacturers, along with investigating its U.S. importers as well as various U.S. drywall suppliers and home builders, prior to the creation of the MDL. Regular meetings were held with this team as we continued to learn more and obtain substantiation for possible claims and our work laid the foundation for much of the protocol adopted by the MDL.

## Section III. Work Performed after Creation of the MDL

Prior to the creation of the MDL, our team operated under one agreement among all the firms. Subsequently, Mr. Lewis asked if I was amenable to entering into a new arrangement, to which I agreed. Two fee agreements were entered into thereafter, one between Hausfeld LLP and Gary, Naegele & Theado, LLC, and the other between Colson Hicks Eidson and Gary, Naegele & Theado, LLC After signing this second set of fee agreements, our work was no

2

longer at the center of the case; my firm's hours thereafter reflect a much more peripheral involvement in the litigation.

During this time, I also did extensive work to determine whether there was a link between defective Chinese Drywall and defective Domestic Drywall subsequently found in homes throughout Florida. I attended hearings (and subsequently submitted testimony) before the Senate Subcommittee on Consumer Protection, Product Safety and Insurance, where I was invited by a staff member of the committee to submit a comment and ask questions related to the issue of whether the well-documented problems associated with Chinese Drywall might also extend to drywall manufactured in the U.S. The time expended to substantiate the difference between defective Chinese and American Drywall was an essential component of the Chinese Drywall litigation.

At the request of Hausfeld LLP, my paralegal expended a great deal of time throughout the course of the litigation, assisting with the completion and compilation of Plaintiff Profile Forms for all claimants who were included in the various Omnibus Complaints that were filed in the Chinese Drywall Litigation, MDL 2047.

## Section IV. Summary

My law firm, Gary, Naegele & Theado, LLC, has expended a total of 437.70 hours of common benefit time in connection with the Chinese Drywall litigation and seeks to have this time considered by the Court in connection with a common benefit time and cost reimbursement Petition, to be submitted by the Fee Committee. A detail of my hours is contained in the Case Cost Management System maintained by Philip Garrett, pursuant to Pre-Trial Order Nos. 9 and 9A. The Court may rely on the information submitted by my law firm to Philip Garrett, the court-appointed CPA, all of which is certified to be true and correct.

3

Respectfully submitted,

Robert D. Gary, Esq.
RDGary@gmail.com
Gary, Naegele & Theado, LLC
446 Broadway
Lorain, OH 44052
(440) 244-4809 office
(440) 244-3462 fax

4

IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION

## SECOND AFFIDAVIT OF GARY, NAEGELE & THEADO, LLC
## FOR ALLOCATION OF COMMON BENEFIT FEE AND COST AWARD

STATE OF FLORIDA          )
                          )     SS:
SARASOTA COUNTY           )

BEFORE ME, the undersigned authority, on this $7$ day of April, 2014, PERSONALLY CAME

AND APPEARED:

### ROBERT D. GARY

who, after being first duly sworn, under penalty of perjury, did depose and declare that the following are true

and correct:

1.      I am a partner in the law firm of Gary, Naegele & Theado, LLC.

2.      The address of the law firm identified in number 1 above is 446 Broadway, Lorain, OH 44052.

3.      My law firm has complied with Pre-Trial Order Nos. 9 and 9A in all material aspects and I certify

that my law firm submitted true and correct time and expense submissions pursuant to the Court's Pre-Trial

Orders. This Affidavit is submitted on behalf of all the members of the law firm of which I am a partner.

4.      The Court may rely on the information submitted by my law firm to Philip Garrett, the Court

appointed CPA, contained in his Case Cost Management System in this litigation, all of which is certified to

be true and correct.

5.      The extent to which the law firm identified in paragraph no. 1 above made a substantial common

benefit contribution to the outcome of the litigation is described as follows:

My law firm has expended a total of 437.70 hours of common benefit time in connection with the Chinese

Drywall litigation and seeks to have this time considered by the Court in connection with a common benefit

time and cost reimbursement Petition, to be submitted by the Fee Committee.  A detail of my hours is

contained in the Case Cost Management System maintained by Philip Garrett, pursuant to Pre-Trial Order

Nos. 9 and 9A. The Court may rely on the information submitted by my law firm to Philip Garrett, the court-

appointed CPA, all of which is certified to be true and correct.

a. The consistency, quantum, duration, and intensity of the firm's commitment to the litigation is as
   follows:

   To my knowledge, I was the first attorney to discover the problem of defective drywall in Florida
   homes. In January of 2009, a home inspector advised me that he had discovered an unusual
   phenomenon in the homes he was inspecting. This was well before the term "Chinese Drywall" was
   coined. Soon after discovering this, I contacted Richard Lewis of Hausfeld, LLP to determine if
   he was interested in co-counseling the case. Subsequently, Mr. Lewis suggested we invite Arnold
   Levin of Levin, Fishbein, Sedran & Berman to assist with the case. After Arnold Levin joined the
   team, Ervin Gonzalez of Colson Hicks Eidson was brought on board. After learning of the defective
   drywall, a significant number of hours were spent traveling throughout Florida, meeting with home
   owners and inspectors and inspecting homes. There were numerous meetings with environmental
   scientists/experts, who all performed a variety of tests, to determine (1) the nature of the phenomenon
   that was impacting these homes, (2) whether a claim existed, and if so, (3) the origin of said claim.
   Our team also had numerous meetings and communications with representatives from the Florida
   Department of Health, as well as with various experts in the medical field, to establish criteria for
   medical monitoring of homeowners and occupants of various homes containing defective Chinese
   drywall for the purpose of tracking any and all adverse health issues being caused by the defective
   drywall. Our team was also involved with identifying and investigating the chain of distribution
   of the Chinese drywall from Knauf and other Chinese manufacturers, along with investigating its
   U.S. importers as well as various U.S. drywall suppliers and home builders, prior to the creation
   of the MDL. Regular meetings were held with this team as we continued to learn more and obtain
   substantiation for possible claims and our work laid the foundation for much of the protocol adopted
   by the MDL.

b. The level of partner participation by the firm is as follows:

   As is indicated above, to my knowledge, I was the first attorney to discover the problem of defective
   drywall in Florida homes. Prior to the creation of the MDL, I assembled a team of attorneys

who were instrumental in conducting pre-litigation investigations to determine the nature of the phenomenon that was impacting these homes, whether a claim existed, and if so, the origin of said claim. Thereafter, our team's work was no longer at the center of the case and my firm's hours reflect a much more peripheral involvement in the litigation. During this time, however, I also did extensive work to determine whether there was a link between defective Chinese Drywall and defective Domestic Drywall subsequently found in homes throughout Florida. I attended hearings (and subsequently submitted testimony) before the Senate Subcommittee on Consumer Protection, Product Safety and Insurance, where I was invited by a staff member of the committee to submit a comment and ask questions related to the issue of whether the well-documented problems associated with Chinese Drywall might also extend to drywall manufactured in the U.S. The time expended to substantiate the difference between defective Chinese and American Drywall was an essential component of the Chinese Drywall litigation.

c.  The firm's participation and leadership in science and experts matters is as follows:

As indicated above, our pre-litigation team had numerous meetings with environmental scientists/ experts, who all performed a variety of tests, to determine (1) the nature of the phenomenon that was impacting these homes, (2) whether a claim existed, and if so, (3) the origin of said claim. Our team also had numerous meetings and communications with representatives from the Florida Department of Health, as well as with various experts in the medical field, to establish criteria for medical monitoring of homeowners and occupants of various homes containing defective Chinese drywall for the purpose of tracking any and all adverse health issues being caused by the defective drywall. Regular meetings were held with this team as we continued to learn more and obtain substantiation for possible claims and our work laid the foundation for much of the protocol adopted by the MDL.

d.  Counsel in the firm were involved in the Chinese Drywall litigation prior to the MDL, and the time and expense incurred during such time period outlined below was for common benefit:

As indicated above, much of the work done by our team occurred prior to the appointment of Lead and Liaison Counsel and involved preliminary investigations to determine if there was, in fact, a claim to be brought concerning the defective drywall. It was this groundwork that subsequently culminated

e.  The firm made the following significant contributions to the funding of the litigation and the amount
    of any sums reimbursed: $10,000.00 in common benefit assessments towards shared common
    expenses in connection with the Chinese Drywall litigation. To date, $8,000.00 of these assessments
    have been reimbursed and, therefore, the balance to be reimbursed to my firm totals $2,000.00.

f.  The other relevant factors which applicant requests be considered by the Court are as follows:
    At the request of Hausfeld LLP, my paralegal expended a great deal of time throughout the course
    of the litigation, assisting with the completion and compilation of Plaintiff Profile Forms for all
    claimants who were included in the various Omnibus Complaints that were filed in the Chinese
    Drywall Litigation, MDL 2047.

g.  In addition, I attended drywall-related hearings held by a sub-committee of the United States Senate
    and I submitted written testimony to this sub-committee.

**ROBERT D. GARY**

SWORN TO AND SUBSCRIBED BEFORE ME this ___7___ day of April, 2014.

NOTARY PUBLIC
Print Name ___Susan M Goddard___
My commission expires: _____
[AFFIX SEAL HERE]

Notary Public State of Florida
Susan M Goddard
My Commission EE 155295
Expires 03/27/2016

# GARY, NAEGELE & THEADO, LLC

### ATTORNEYS AT LAW

ROBERT D. GARY †
JORI BLOOM NAEGELE ˄
THOMAS R. THEADO
RICHARD M. MCKEE

† *also admitted in New York*
˄ *also admitted in Colorado*

**446 BROADWAY AVENUE**
**LORAIN, OHIO 44052-1740**
*"By Appointment Only"*

TELEPHONE:
(440) 244-4809

FACSIMILE:
(440) 244-3462

E-MAIL:
office@gntlaw.com

July 23, 2014
**VIA ORDINARY U.S. MAIL AND E-MAIL**

Russ M. Herman, Esq.
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
E-Mail: rherman@hhklawfirm.com

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut St., Ste. 500
Philadelphia, PA 19106
E-Mail: alevin@lfsblaw.com

Dear Messrs. Herman & Levin:

This is a follow-up to my July 8, 2014 presentation before the Fee Committee and I would request that this letter be attached to the Court Reporter's official record of my comments from that date. I was under the impression I was scheduled to speak for thirty minutes to the Fee Committee regarding the professional services performed and the common benefit contribution provided by my firm. This was based on an email I received on May 20, 2014 from Lillian Flemming, Legal Assistant to Leonard Davis, pursuant to PTO 28, which stated, in pertinent part, as follows: "…to appear and present the reasons, grounds and explanations for entitlement to common benefit fees and reimbursement of expenses. Your presentation should not last over 30 minutes…" The 30 minute time limit stated in the email did not suggest the level of preparation necessary for the 1-1/2 hour interview. Given that, I would like to clarify some points that may have been left unclear after the meeting.

Towards that end, I'd like to reiterate that, to my knowledge, I was the first attorney to discover the problem of defective drywall in Florida homes, well before the term "Chinese Drywall" was coined. It was I who contacted Rich Lewis about co-counseling the case. Mr. Lewis then suggested we invite Arnold Levin to assist. Not long after, Ervin Gonzalez was brought on board. Much of the work done by my office involved extensive investigations to determine if there was, in fact, a claim to be brought. Our initial case was a class action captioned *Vickers, et al. vs. Knauf Gips KG, et al.*, Case No. 09-20510, filed on March 2, 2009 in the U.S. District Court, Southern District of Florida. It was this case which was ultimately

Messrs. Herman & Levin                                    **GARY, NAEGELE & THEADO, LLC**
July 23, 2014
Page Two

transferred to New Orleans and blended into MDL No. 2047. This was not an individual case
but rather the class action which was the foundation of MDL No. 2047. I have attached the
relevant pleading in that case which established the relationship between *Vickers* and the MDL.

As previously stated, my initial groundwork was in preparation of that initial class action
and was relevant to what followed. I spent a significant number of hours traveling throughout
Florida, meeting with environmental scientists/experts. Those experts performed a variety of
tests to determine the nature of the phenomenon that was impacting these homes, whether a
claim existed and, if so, the origin of said claim. I inspected a number of homes to determine
whether protocols could be established to identify homes experiencing the drywall phenomenon.
What was determined is that blackened air conditioning coils and electrical wiring, failing
appliances, as well as a distinctive gray drywall color and particular odors were present in the
homes which contained corrosive drywall. A significant amount of my time was spent meeting
with and consulting environmental experts to investigate which types of in-house testing and lab
tests could determine whether the drywall was reactive. This included placing samples of
drywall into test tubes and direct copper insertions into the drywall along with other efforts, both
successful and unsuccessful, to measure corrosive drywall. I arranged for and coordinated a
number of homes to be inspected by Dr. Townsend of the University of Florida who was
independently conducting a comprehensive study of the drywall problems in Florida.
Additionally, I had numerous meetings and communications with representatives from the
Florida Department of Health, as well as with various experts in the medical field. The purpose
of these meetings was to establish a basis for potential medical monitoring of homeowners and
occupants of various homes containing defective drywall to track the adverse health effects being
caused by prolonged exposure to the defective drywall and to identify short term symptoms from
exposure.

Further, I was involved with identifying and investigating the chain of distribution of the
drywall from Knauf and other Chinese manufacturers, along with investigating its U.S.
importers, suppliers and home builders. Available sources on the internet were a valuable
resource. The foundation for some of the protocols adopted by the MDL may be the product of
much of the time and efforts expended by not only me but by other members of the initial group
who were present in Florida at the inception of the litigation.

After the organization of lead and liaison counsel and the Steering Committee, we were
given no assignments of any significance and the work done by my firm thereafter reflects a
peripheral involvement in the litigation. It's worth noting, however, that after organization of the
MDL, I continued to do extensive non-billable work to determine whether there was a link
between defective drywall imported from China and the defective drywall subsequently found in
homes throughout Florida that we later learned was manufactured in the U.S. I attended hearings
(and subsequently submitted testimony) before the Senate Subcommittee on Consumer
Protection, Product Safety and Insurance. I was invited by a staff member of the committee to

Messrs. Herman & Levin                                          **GARY, NAEGELE & THEADO, LLC**
July 23, 2014
Page Three

submit a comment and to ask questions related to the issue of whether the well-documented problems associated with Chinese Drywall might also extend to Domestic Drywall.

Our office reviewed our time and expenses in February, 2014. At that time, my paralegal exchanged a number of emails with Phillip Garrett and his assistant, Bridgett Rosa, to ascertain from them exactly which of our fee and expense submissions were not in compliance with PTO 28. As a result, we revised our submissions, removing approximately 1,420 hours that were not in compliance, and my paralegal then resubmitted all the other time and expenses which Mr. Garrett and/or Ms. Rosa had indicated were legitimate expenses for which reimbursement could be sought.

I would like to address some of the specific questions I was asked about my firm's expenses which I was unable to answer during our meeting. One such question was why I thought my firm should be reimbursed for payments we made to File & Serve Xpress (fka LexisNexis File & Serve). It was my understanding that, at the inception of the case, each firm involved in the litigation was required to register for this service in order to receive electronic service of all documents filed in the MDL. Based on that understanding, I assumed the subscription charges related to same were compensable expenses. That being said, $5,334.89 is the total amount paid by my firm, and charged to this case, for File & Serve Xpress, LexisNexis, LexisNexis CourtLink and Pacer. Of that amount, approximately $883.45 was billed from early 2009 through mid-2010 (when I was actively participating in the case) and those charges represent actual "legal research" conducted by my firm, not monitoring of cases.

With regard to my review of newspaper articles, I've re-reviewed my timesheet and only found one entry wherein a "newspaper article" was mentioned. That entry was included with other work I did on the same date for which I billed a total of only 0.75 hours. My latest review did reveal that there were 33 entries which referenced "online articles" but, as was the case with the single newspaper article, each such review was grouped together with other work I did on the same dates, for which I billed a combined total of 24.5 hours. As I previously stated, early-on in the litigation our team searched the internet in order to understand drywall industry standards and to learn about the drywall manufacturing process.

I was informed by the Fee Committee that the work performed by my paralegal was for the Omnibus Complaint and therefore was individual work as opposed to common fund work. The work she performed was for the completion and collection of the PPF forms that were required to be completed by every client who was included in one of the Omnibus Complaints. As I informed the Fee Committee, the request for this work came from Rich Lewis who was active in the post-MDL work. We thus assumed that this was a request for common fund work, not work on Mr. Lewis's individual cases.

Messrs. Herman & Levin
July 23, 2014
Page Four

**GARY, NAEGELE & THEADO, LLC**

I hope this letter assists in answering some of the questions asked during my July 8, 2014 meeting with the Fee Committee.

Very truly yours,

Robert D. Gary

RDG/tsc
Attachment