# EXHIBIT A

```
Court Name: Louisiana Eastern District
Division: 2
Receipt Number: LAE051009
Cashier ID: gkennedy
Transaction Date: 07/13/2018
Payer Name: ALSTON AND BIRD LLP
------------------------------------
SANCTIONS/CONTEMPT FINES
 For: ALSTON AND BIRD LLP
 Case/Party: D-LAE-2-09-MD-002047-001
 Amount:          $40,000.00
------------------------------------
CHECK
 Check/Money Order Num: 00712747
 Amt Tendered:   $40,000.00
------------------------------------
Total Due:       $40,000.00
Total Tendered:  $40,000.00
Change Amt:      $0.00
```

"Only when bank clears the check, money order, or verifies credit of funds is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check."