UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY      MDL No. 2047
LITIGATION

SECTION: L

THIS DOCUMENT RELATES TO:       JUDGE FALLON
*ALL CASES*                     MAGISTRATE JUDGE WILKINSON
******************************************************************************

## MOTION FOR LEAVE TO FILE THE REEVES AND MESTAYER, PLLC'S, OBJECTION TO FEE COMMITTEE'S RECOMMENDED FEE ALLOCATION AND EXHIBITS UNDER SEAL

MAY IT PLEASE THE COURT, now comes Reeves and Mestayer, PLLC ("R&M") who respectfully requests to file under seal its Objection to Fee Committee's Recommended Fee Allocation ("R&M's Objection), including the two exhibits attached thereto. R&M's Objection and attached exhibits include information which is confidential and includes attorney work product. Due to the continued litigation against the Taishan Defendants, this confidential information and work product should not be disclosed to the Taishan Defendants. Consequently, R&M submits that only the firms involved in the common benefit fee allocation issues should be provided with this information.

WHEREFORE, Reeves and Mestayer, PLLC requests that its Motion be granted and that its Objection to Fee Committee's Recommended Fee Allocation and Exhibit "A" and "B" attached thereto be filed UNDER SEAL and that all firms who receive the R&M Objection and Exhibits maintain the confidentiality of those documents.

Dated:  July 20, 2018

/s/ *Jim Reeves*
JIM REEVES, ESQUIRE
MS BAR NO 9519
REEVES & MESTAYER, PLLC
P. O. DRAWER 1388
BILOXI, MS  39530
228-374-5151 (telephone)
228-374-6630 (facsimile)
jrr@rmlawcall.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send notice of electronic filing in accordance with the procedure established in MDL 2047 on this 20th day of July, 2018.

*/s/ JIM REEVES*
JIM REEVES, ESQUIRE
Reeves & Mestayer, PLLC
P. O. Drawer 1388
Biloxi, MS 39533
Phone: 228/374-5151
Fax: 228/374-6630
Email: jrr@rmlawcall.com