**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY                    MDL No. 2047
LITIGATION

                                              SECTION: L

THIS DOCUMENT RELATES TO:                     JUDGE FALLON
*ALL CASES*                                   MAGISTRATE JUDGE WILKINSON
*************************************************************************************************

## NOTICE OF MANUAL ATTACHMENT


## EXHIBIT "A" TO REEVES & MESTAYER, PLLC'S OBJECTION TO FEE COMMITTEE'S RECOMMENDED FEE ALLOCATION


## FILED UNDER SEAL