**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: *ALL CASES* | JUDGE FALLON MAGISTRATE JUDGE WILKINSON |

*******************************************************************************

# NOTICE OF MANUAL ATTACHMENT

## EXHIBIT "B" TO REEVES & MESTAYER, PLLC'S OBJECTION TO FEE COMMITTEE'S RECOMMENDED FEE ALLOCATION

## FILED UNDER SEAL