**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED** | **MDL NO. 2047** |
| **DRYWALL PRODUCTS LIABILITY** | **SECTION: L** |
| **LITIGATION** | **JUDGE FALLON** |
| | **MAG. JUDGE WILKINSON** |

**THIS DOCUMENT RELATES TO:**
*All Actions*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**WHITFIELD BRYSON & MASON LLP'S OBJECTION TO STEP SIX FINAL RECOMMENDATION OF THE MAJORITY OF THE FEE COMMITTEE REGARDING ALLOCATION OF THE COMMON BENEFIT**

# FILED UNDER SEAL

Dated: July 20, 2018

Respectfully submitted,

 */s/ Daniel K. Bryson*
Daniel K. Bryson
Whitfield Bryson & Mason, LLP
900 West Morgan Street
Raleigh, NC 27603
Telephone: 919-600-5002
Facsimile: 919-600-5035
E-mail: dan@wbmllp.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, which will serve a notice of the uploading in accordance with the procedures established in MDL 2047, on this 20th day of July, 2018.

      */s/ Daniel K. Bryson*
      Daniel K. Bryson
      WHITFIELD BRYSON & MASON LLP
      900 W. Morgan Street
      Raleigh, NC 27603
      Telephone: 919-600-5000
      Facsimile: 919-600-5035
      Email: dan@wbmllp.com