UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:

ALL CASES
******************************************************************************

### MOTION FOR LEAVE TO FILE WHITFIELD BRYSON & MASON LLP'S OBJECTION TO STEP SIX FINAL RECOMMENDATION OF THE MAJORITY OF THE FEE COMMITTEE REGARDING ALLOCATION OF THE COMMON BENEFIT DATED JULY 3, 2018, UNDER SEAL

NOW COMES the Whitfield Bryson & Mason LLP ("WBM"), who upon suggesting to the Court that on July 20, 2018, it filed its Objection to Recommendation of the Fee Committee Regarding Allocation of the Common Benefit Dated July 3, 2018 [R Doc. 21564] ("Objection"). The Objection contains and/or refers to information that of the type and nature that has been filed under seal in previous filings, including the Recommendation Of Fee Committee Dated July 3, 2018 the [R.Doc. 21455]. As explained by the Fee Committee in their Motion For Leave to File Exhibits Under Seal [R. Doc. 21457], these documents disclose information about ongoing litigation against the Taishan Defendants, contain work product information of counsel and outlines work that was done both in connection with the Knauf portion and the Taishan portions of this litigation. The extent of work performed and specific work performed by WBM should not be disclosed at this point due to the continued litigation against the Taishan Defendants. Therefore, WBM's objection should be filed UNDER SEAL.

1

WHEREFORE, mover prays that this motion be GRANTED and Whitfield Bryson & Mason LLP's Objection to the Recommendation of Fee Committee Regarding Allocation of the Common Benefit Dated July 3, 2018 [Rec. Doc. 21564] be filed UNDER SEAL.

Respectfully submitted this the 20th day of July, 2018.

/s/ Daniel K. Bryson
Daniel K. Bryson
WHITFIELD BRYSON & MASON LLP
900 W. Morgan Street
Raleigh, NC 27603
Telephone: 919-600-5000
Facsimile: 919-600-5035
Email: dan@wbmllp.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, which will serve a notice of the uploading in accordance with the procedures established in MDL 2047, on this 20th day of July, 2018.

/s/ Daniel K. Bryson
Daniel K. Bryson
WHITFIELD BRYSON & MASON LLP
900 W. Morgan Street
Raleigh, NC 27603
Telephone: 919-600-5000
Facsimile: 919-600-5035
Email: dan@wbmllp.com