**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY                    MDL NO. 2047
LITIGATION                                    SECTION: L
                                              JUDGE FALLON
                                              MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:

ALL CASES
**************************************************************************

<u>**ORDER**</u>

Upon consideration of Motion for Leave to File Under Seal their Objection to the

Recommendation of Fee Committee Regarding Allocation of the Common Benefit Dated July 3,

2018, filed by Whitfield Bryson & Mason, LLP;

IT IS ORDERED BY THE COURT that the motion be and is hereby GRANTED and

Whitfield Bryson & Mason LLP's Objection to Recommendation of Fee Committee Dated July

3, 2018 shall be filed under seal, by the Clerk of Court.

New Orleans, Louisiana, this _____ day of July, 2018.


_____
**ELDON E. FALLON**
Unites States District Judge