UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: *ALL CASES* | : : : : | |

**MORGAN & MORGAN'S MOTION TO FILE UNDER SEAL ITS OBJECTION TO THE FEE COMMITTEE'S JULY 3, 2018 REPORT & RECOMMENDATION**

Pursuant to Local Rule 5.6, Morgan & Morgan, for the reasons stated in the accompanying Memorandum, hereby moves this Honorable Court for an Order allowing the enclosed Objection to the Fee Committee's July 3, 2018 Report & Recommendation and Exhibits thereto to be filed under seal.

Dated: July 20, 2018

                                            Respectfully Submitted,

                                            /s/ *Pete V. Albanis*
                                            Panagiotis "Pete" V. Albanis
                                            Fla Bar No. 0077354
                                            Morgan & Morgan
                                            Complex Litigation Group
                                            12800 University Drive Suite 600
                                            Fort Myers, FL 33907
                                            Phone: 239-433-6880
                                            Fax: 239-433-6836
                                            palbanis@forthepeople.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing MORGAN & MORGAN'S MOTION TO FILE UNDER SEAL ITS OBJECTION TO THE FEE COMMITTEE'S JULY 3, 2018 REPORT AND RECOMMENDATION has been served on Plaintiffs' Liaison Counsel, Russ Herman, and

1

Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email, or by hand delivery and email and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 20th day of July, 2018.

*/s/ Pete V. Albanis*