UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED | : | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | : | SECTION: L |
| LITIGATION | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |
| | : | |
| THIS DOCUMENT RELATES TO: | : | |
| *ALL CASES* | : | |
| | : | |

**MORGAN & MORGAN'S MEMORANDUM IN SUPPORT OF ITS
MOTION TO FILE UNDER SEAL ITS OBJECTION
<u>TO THE FEE COMMITTEE'S JULY 3, 2018 REPORT & RECOMMENDATION</u>**

Morgan & Morgan, pursuant to Local Rule 5.6, submits this Memorandum in Support of Its Motion to File Under Seal Its Objection ("Objection") to the Fee Committee's July 3, 2018 Report & Recommendation, and states that its Objection and Exhibits thereto contain confidential information that is protected by the work product doctrine and settlement information that should not be made part of the public record. Morgan & Morgan respectfully requests that the enclosed Objection and Exhibits remain sealed until a final determination is made by this Court as to the issues addressed by the Fee Committee.

Dated: July 20, 2018

<div style="margin-left:50%">

Respectfully Submitted,

<u>/s/ *Pete V. Albanis*</u>
Panagiotis "Pete" V. Albanis
Fla Bar No. 0077354
Morgan & Morgan
Complex Litigation Group
12800 University Drive Suite 600
Fort Myers, FL 33907
Phone: 239-433-6880
Fax: 239-433-6836
palbanis@forthepeople.com

</div>

1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing MORGAN & MORGAN'S MEMORANDUM IN SUPPORT OF MOTION TO FILE UNDER SEAL ITS OBJECTION TO THE FEE COMMITTEE'S JULY 3, 2018 REPORT AND RECOMMENDATION has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email, or by hand delivery and email and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 20th day of July, 2018.

*/s/ Pete V. Albanis*