UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: *ALL CASES* | : : : : | |

## ORDER

Considering the Motion to File Under Seal and accompanying Memorandum filed by Morgan & Morgan;

IT IS ORDERED BY THE COURT that the Motion is Granted and that Morgan & Morgan's Objection to Fee Committee's July 3, 2018 Report & Recommendation and Exhibits to the Objection are hereby filed UNDER SEAL.

IT IS FURTHER ORDERED BY THE COURT that all law firms that received Morgan & Morgan's Objection to the Fee Committee's July 3, 2018 Report & Recommendation shall maintain their confidentiality.

New Orleans, Louisiana, the _____ day of _____, 2018

_____

Eldon E. Fallon

United States District Judge