**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: *ALL CASES* | : : : : | |

**EXHIBIT "A" TO MORGAN & MORGAN'S OBJECTION
TO THE FEE COMMITTEE'S JULY 3, 2018 REPORT & RECOMMENDATION**

# FILED UNDER SEAL