UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | | SECTION: L |
| | THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| | ALL *CASES* | MAG. JUDGE WILKINSON |

**EXHIBIT 4 TO MORRIS BART, LLC'S OBJECTION TO THE RECOMMENDATION OF THE SUBSET OF THE FEE COMMITTEE**

# FILED UNDER SEAL