UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| ALL *CASES* | MAG. JUDGE WILKINSON |

### MORRIS BART, LLC'S MOTION FOR LEAVE TO FILE EXHIBITS TO BART'S OBJECTION TO THE RECOMMENDATION OF THE SUBSET OF THE FEE COMMITTEE UNDER SEAL

Morris Bart, LLC, through undersigned counsel, respectfully moves for an Order, allowing it to file Exhibits 1 through 4 to its Objection to the Recommendation of the Subset of the Fee Committee under seal in as much as it contains information previously sealed by the Special Master, this Court, or is otherwise confidential due to its reference to work pertaining to ongoing litigation against the Taishan Defendants. Specifically, the exhibits contain detailed information concerning the common benefit work that was done by Bart both in connection with the Knauf portion and the Taishan portion of the case, and in light of the ongoing litigation against the Taishan Defendants, should be admitted under seal.

**WHEREFORE**, Morris Bart, LLC prays that that the instant Motion be granted and that the accompanying exhibits be filed into the record, under seal.

Respectfully submitted:

/s/ Victoria E. Emmerling
Andrew A. Braun (#3415)
Victoria E. Emmerling (#33117)
GIEGER, LABORDE & LAPEROUSE, LLC
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139-4800
Telephone:    (504) 561-0400
Facsimile:     (504) 561-1011
Email: abraun@glllaw.com
Email: temmerling@glllaw.com

*Counsel for Morris Bart, L.L.C.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Objection to the Recommendation of the Subset of the Fee Committee has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, this 20th day of July, 2018.

/s/ Victoria E. Emmerling

2