# UNITED STATE DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | | SECTION: L |
| | THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| | ALL *CASES* | MAG. JUDGE WILKINSON |

## ORDER

Considering the Motion for Leave to File Exhibits Under Seal filed by Morris Bart, LLC;

IT IS ORDERED BY THE COURT that the motion is GRANTED and Exhibits "1," "2," "3," and "4" to Morris Bart, LLC's Objection to the Recommendation of the Subset of the Fee Committee be and are hereby filed UNDER SEAL.

New Orleans, Louisiana, this _____ day of _____, 2018.

_____
Eldon E. Fallon
United States District Court Judge