UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047
SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*Amorin, et al. v. Taishan Gypsum Co., Ltd., et al.*,
    Case No. 11-cv-1395
*Brooke, et al. v. State-Owned Assets Supervision and
Administration Commission of the State Council, et al.*,
    Case No. 15-cv-4127

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## O R D E R

Considering the Motion for Leave to File Unredacted Version of Plaintiffs' Steering Committee's Response to the Proposed Trial Plans of Taishan Gypsum Co., Ltd. and the CNBM/BNBM Entities for the Resolution of Louisiana Plaintiffs' Claims for Remediation and Other Damages in Amorin and Brooke, and Exhibit "C" Thereto, Under Seal, filed by the Plaintiffs' Steering Committee;

IT IS ORDERED BY THE COURT that the motion be and is hereby GRANTED and the **UNREDACTED** version of the Plaintiffs' Steering Committee's Response to the Proposed Trial Plans of Taishan Gypsum Co., Ltd. and the CNBM/BNBM Entities for the Resolution of Louisiana Plaintiffs' Claims for Remediation and Other Damages in *Amorin* and *Brooke* [Rec. Doc. 21525] and Exhibit "C" attached thereto be and is hereby filed UNDER SEAL.

New Orleans, Louisiana, this 19th day of _____ July _____, 2018.

_____
Eldon E. Fallon
United States District Court Judge