**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *ALL CASES* | MAGISTRATE JUDGE WILKINSON |

*********************************************************************************

### JOINDER OF MULTIPLE COMMON BENEFIT ATTORNEYS IN FEE COMMITTEE MINORITY REPORT

MAY IT PLEASE THE COURT, a consensus of common benefit attorneys and their respective law firms in the Chinese-Manufactured Drywall Products Liability Litigation (the undersigned "Consensus Firms") join in the conclusions of the Fee Committee ("FC") Minority Report (R. Doc 21473). To address the issues and concerns of the Fee Committee Report and to reach an amicable solution to fee allocation, the Consensus Firms offer the following:

The Court has been intimately involved in the management of this complex litigation. In addition, Common Benefit applicants have submitted multiple affidavits pursuant to the Court's Orders. Moreover, the Fee Committee has conducted the painstaking task of vetting common benefit hours and interviewing common benefit applicants.  That work, when considered along with the conclusions of the Minority Report, provides the Court with sufficient support to render its decision on fee allocation. Finally, the Court at its discretion can interview firms regarding their contributions and request or allow submission of further evidence. As such, the Consensus Firms respectfully suggest that the Court need not appoint a special master or allow any further discovery or briefing after the filing of objections to the FC recommendations, and instead proceed to a swift conclusion of this dispute. In doing so, the Consensus Firms recommend

utilizing the FC's examination and analysis, as well as the recommendations set forth in the FC's Minority Report along with the Court's own understanding of the efforts expended by the common benefit firm to render a final opinion regarding the common benefit fee allocation.

In particular, the Consensus Firms suggest, consistent with the recommendation of the FC Minority Report, that the Court reevaluate the amount of fee that the FC Majority allocated to Lead and Liaison Counsel as reflected in Exhibit A. The proposed award in the Majority FC report to Lead and Liaison Counsel alone exceeds fifty percent (50%) of the entire available common benefit fund and if allowed, would fail to recognize appropriately the Court appointed Plaintiff Steering Committee's role in this important litigation. The FC Minority Report recommended that there be a percentage of the available Common Benefit fee allocated to Lead and Liaison Counsel in recognition of their work performed and the results achieved.  In that regard, the Consensus Firms suggest that both Lead and Liaison Counsel should each receive double the allocation of the next highest fee awards recommended by the FC Majority (approximately 34% of the overall common benefit award) which amounts to a $17,000,000 allocation to each. This amount reasonably acknowledges Lead and Liaison's leadership and hard work while still acknowledging the contribution of the Court appointed Plaintiff's Steering Committee and other common benefit applicants.

Finally, the Consensus Firms recommend an objective step to the FC Majority's recommendations of common benefit fee allocation, divorced from the subjectivity of the FC Majority's interpretation of common benefit hours. The Consensus Firms suggest employing the process utilized by this Court in *Turner v. Murphy OIL USA, Inc.,* wherein the Court recognized the financial resources and risk associated with complex litigation by stating in the *Murphy* case: "Recognizing that this case was resolved in approximately one year from the date it was filed

2

and that the expended cost was at moderate risk, the Court allowed the costs to be returned plus 100% interest." 582 F. Supp. 2d 797, 809 (E.D. La. 2008). The case at bar has been far more complex than the *Murphy* case and, therefore, supports a much larger multiplier to account for the increased risk, more extensive resources and the extended time frame to conclusion. Compared to the *Murphy* case, the CDW case has been far riskier, required far greater financial resources and lasted far longer.  For that reason, the Consensus Firms respectfully suggest a 200% multiple return of assessment.  This baseline helps resolve the concerns of many PSC Members regarding the distribution of common benefit assignments and the issue of their inability to compete for a more equitable lodestar distribution.  Undersigned Consensus Common Benefit Firms JOIN in the conclusions of the FC's Minority Report (R. Doc 21473).

**Conclusion**

Utilizing the FC Majority's final fee recommendations along with the FC Minority Report conclusions and a 200% multiple of assessments for all firms except those on the Fee Committee (whose allocations are already high), the fee allocation can be resolved fairly and equitably using objective and supportable methods. The resulting allocations for this solution are outlined in Exhibit A and include an unallocated $3,829,699.56 for appropriate allocation by the Court.  The following footnote names those firms that are likely deserving of further consideration by this Court, albeit without any guarantees, for additional fee allocation from this unallocated amount.[1] Notwithstanding, the undersigned will follow the procedure outlined in PTO 28 and file their respective objections to the Fee Committee recommendations. Joinder

---

[1] The undersigned suggest that the following firms are likely entitled to upward adjustment by the Court from any available unallocated amount: VM Dias and Partners; Lemmon Law Firm, LLC; Krupnick, Campbell Malone et al.; Kanner & Whiteley, L.L.C.; Rhine Law Firm, P.C.; and Martzell Bickford Centola. The undersigned do not suggest by this footnote that other firms are undeserving of appropriate increases in fee allocation as may be determined by the Court from the Reallocation Amount.

herein does not constitute any waiver of any objections to the Fee Committee recommendations, nor does joinder constitute any waiver of any objections lodged regarding the Fee Committee's Motion to Determine the Allocation of the Global Fee Award as between Common Benefit Fees and Individual Counsel's Fees Pursuant to PTO 28(F) [Doc. # 20290-3] (filed June 6, 2016).

WHEREFORE, the undersigned Consensus Common Benefit Firms JOIN in the conclusions of the Krupnick Campbell Malone et al.'s Minority Fee Committee Report Consistent with "Step Six" Pursuant to Pre-Trial Order 28 (R. Doc 21473) and offer a proposed resolution of the common benefit fee allocation as contained herein.

Date: July 20, 2018

Respectfully,

*/s/ Hugh P. Lambert*
Hugh P. Lambert
The Lambert Firm, PLC
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com


**Consensus Common Benefit Firms**

Bruce W. Steckler
Steckler Gresham Cochran, PLLC
& o/b/o Baron & Budd, P.C.
12720 Hillcrest Road, Suite 1045
Dallas, TX 75230
Phone: (972) 387-4040
Fax: (972) 387-4041
bruce@stecklerlaw.com

James R. Reeves
Reeves & Mestayer, PLLC
160 Main Street
P. O. Drawer 1388
Biloxi, MS  39533
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@rmlawcall.com

4

Pete Albanis
Morgan & Morgan
12800 University Drive
Suite 600
Fort Myers, FL 33907
Phone: (239) 432-6605
Fax: (239) 204-3798
palbanis@forthepeople.com

Peter Prieto
Podhurst Orseck, P.A.
25 Flagler Street
8th Floor
Miami, FL 33130
Phone: (405) 358-2800
Fax: (305) 358-2382
pprieto@podhurst.com

Gary Mason o/b/o
Mason LLP
5101 Wisconsin Ave NW, Suite 305
Washington, DC 20016
Phone: (202) 429-2290
Fax: (202) 429-2294
gmason@wbmllp.com

Scott R. Bickford
Lawrence J. Centola, III
Martzell, Bickford, and Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
srb@mbfirm.com
ljc@mbfirm.com

Joel R. Rhine
Rhine Law Firm, P.C.
1612 Military Cutoff Road, Suite 300
Wilmington, NC 28403
Phone: (910) 218-8676
Fax: (910) 772-9062
jrr@rhinelawfirm.com

Salvadore Christina, Jr.
Becnel Law Firm, LLC
106 W. 7TH Street
P.O. Drawer H
Reserve, LA 70084
Phone: (985) 536.1186
Fax: (985) 536.6445
schristina@becnellaw.com

Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-500
Fax: (919) 600-5002
Dan@wbmllp.com

Allan Kanner
Kanner & Whiteley, L.L.C.
701 Camp St.
New Orleans, LA 70130
Phone: (504) 524-5777
Fax: (504) 524-5763
a.kanner@kanner-law.com

Richard Taylor
Taylor Martino, P.C.
51 Saint Joseph Street
Mobile, AL 36602
Phone: (251) 433-3131
Fax: (251) 433-4207
richardtaylor@taylormartino.com

Robert M. Becnel
The Law Office of Robert M. Becnel
425 W. Airline Hwy, Suite B
Laplace, LA 70068
Phone: (985) 359-6101
Fax: (985) 651-6101
robbecnel@aol.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on July 20, 2018, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system, which will send a notice of the electronic filing to the counsel of record for Defendants.

*/s/ Hugh P. Lambert*