# Exhibit A - Consensus Firms' Fee Recommendation

| Law Firm Name | FC Fee Rec | CF Fee Rec | TTL Assmnts | Held Costs | Unreimb Assmnts | FC TOTAL | CF TOTAL |
|---|---|---|---|---|---|---|---|
| Levin, Sedran & Berman | $ 26,524,849.78 | $ 17,000,000.00 | $ 700,000.00 | $ 1,083,786.21 | $ 132,857.14 | $ 27,741,493.13 | $ 18,216,643.35 |
| HHK | $ 26,524,849.78 | $ 17,000,000.00 | $ 700,000.00 | $ 191,102.27 | $ 132,857.14 | $ 26,848,809.19 | $ 17,323,959.41 |
| Seeger Weiss LLP | $ 8,600,000.00 | $ 8,600,000.00 | $ 700,000.00 | $ 399,123.84 | $ 132,857.18 | $ 9,131,981.02 | $ 9,131,981.02 |
| Gainsburgh, Benjamin, et al | $ 8,600,000.00 | $ 8,600,000.00 | $ 700,000.00 | $ 108,510.76 | $ 132,857.14 | $ 8,841,367.90 | $ 8,841,367.90 |
| Richard i. Serpe, P.C. | $ 3,650,000.00 | $ 3,650,000.00 | $ 375,000.00 | $ 76,064.30 | $ 75,000.00 | $ 3,801,064.30 | $ 3,801,064.30 |
| Barrios, Kingsdorf & Casteix | $ 2,750,000.00 | $ 2,750,000.00 | $ 700,000.00 | $ 70,452.96 | $ 132,857.14 | $ 2,953,310.10 | $ 2,953,310.10 |
| Colson - Hicks Edison | $ 3,900,000.00 | $ 5,300,000.00 | $ 700,000.00 | $ 387,668.26 | $ 132,857.14 | $ 4,420,525.40 | $ 5,820,525.40 |
| Hausfeld LLP | $ 3,200,000.00 | $ 3,550,000.00 | $ 175,000.00 | $ 66,504.16 | $ 35,000.00 | $ 3,301,504.16 | $ 3,651,504.16 |
| Whitfield Bryson Mason | $ 3,000,000.00 | $ 3,800,000.00 | $ 400,000.00 | $ 149,666.16 | $ 80,000.00 | $ 3,229,666.16 | $ 4,029,666.16 |
| Irpino Law Firm | $ 2,000,000.00 | $ 2,100,000.00 | $ 50,000.00 | $ 10,903.75 | $ 10,000.00 | $ 2,020,903.75 | $ 2,120,903.75 |
| The Steckler Law Firm | $ 1,800,000.00 | $ 3,200,000.00 | $ 700,000.00 | $ 180,679.34 | $ 132,857.14 | $ 2,113,536.48 | $ 3,513,536.48 |
| The Lambert Firm | $ 1,400,000.00 | $ 2,800,000.00 | $ 700,000.00 | $ 63,448.31 | $ 132,857.14 | $ 1,596,305.45 | $ 2,996,305.45 |
| Podhurst Orseck, P.A | $ 1,000,000.00 | $ 2,400,000.00 | $ 700,000.00 | $ 173,657.23 | $ 132,857.14 | $ 1,306,514.37 | $ 2,706,514.37 |
| Morgan & Morgan | $ 1,000,000.00 | $ 2,400,000.00 | $ 700,000.00 | $ 140,581.27 | $ 132,857.14 | $ 1,273,438.41 | $ 2,673,438.41 |
| Levin Papantonio Law | $ 750,000.00 | $ 2,150,000.00 | $ 700,000.00 | $ 80,991.39 | $ 132,857.14 | $ 963,848.53 | $ 2,363,848.53 |
| Becnel Law Firm LLC | $ 700,000.00 | $ 2,100,000.00 | $ 700,000.00 | $ 27,243.80 | $ 132,857.14 | $ 860,100.94 | $ 2,260,100.94 |
| Parker Waichman LLP | $ 650,000.00 | $ 2,050,000.00 | $ 700,000.00 | $ 146,300.95 | $ 132,857.14 | $ 929,158.09 | $ 2,329,158.09 |
| Reeves & Mestayer | $ 600,000.00 | $ 2,000,000.00 | $ 700,000.00 | $ 76,878.62 | $ 122,857.14 | $ 799,735.76 | $ 2,199,735.76 |
| VM Diaz and Partners | $ 500,000.00 | $ 500,000.00 | $ - | $ 16,414.31 | $ - | $ 516,414.31 | $ 516,414.31 |
| Lemmon Law Firm | $ 450,000.00 | $ 750,000.00 | $ 150,000.00 | $ 12,103.96 | $ 30,000.00 | $ 492,103.96 | $ 792,103.96 |
| Robert M. Becnel | $ 4,500.00 | $ 154,500.00 | $ 75,000.00 | $ 6,216.99 | $ 15,000.00 | $ 25,716.99 | $ 175,716.99 |
| Durkee & Milstein | $ 450,000.00 | $ 450,000.00 | $ - | $ 155,928.82 | $ - | $ 605,928.82 | $ 605,928.82 |
| Krupnick, Campbell, etc | $ 425,000.00 | $ 425,000.00 | $ - | $ 34,237.84 | $ - | $ 459,237.84 | $ 459,237.84 |
| Morris Bart, L.L.C | $ 350,000.00 | $ 370,000.00 | $ 10,000.00 | $ 7,439.42 | $ 2,000.00 | $ 359,439.42 | $ 379,439.42 |
| Taylor Martino, PC | $ 175,000.00 | $ 175,000.00 | $ - | $ - | $ - | $ 175,000.00 | $ 175,000.00 |
| Alters, Boldt, etc. | $ 150,000.00 | $ 250,000.00 | $ 50,000.00 | $ - | $ 10,000.00 | $ 160,000.00 | $ 260,000.00 |
| Anderson Kill, PC | $ 90,000.00 | $ 90,000.00 | $ - | $ 20,627.57 | $ - | $ 110,627.57 | $ 110,627.57 |
| Mason LLP | $ 70,000.00 | $ 170,000.00 | $ 50,000.00 | $ 9,625.50 | $ 10,000.00 | $ 89,625.50 | $ 189,625.50 |
| Leopold Kuvin, P.A. | $ 47,000.00 | $ 67,000.00 | $ 10,000.00 | $ 32,789.34 | $ 2,000.00 | $ 81,789.34 | $ 101,789.34 |
| Gary, Naegele & Theado | $ 47,000.00 | $ 67,000.00 | $ 10,000.00 | $ 13,979.54 | $ 2,000.00 | $ 62,979.54 | $ 82,979.54 |
| Rhine Law Firm, P.C. | $ 47,000.00 | $ 67,000.00 | $ 10,000.00 | $ 11,109.28 | $ 2,000.00 | $ 60,109.28 | $ 80,109.28 |
| Pendley Baudin & Coffin | $ 47,000.00 | $ 67,000.00 | $ 10,000.00 | $ 9,877.46 | $ 2,000.00 | $ 58,877.46 | $ 78,877.46 |
| Kanner & Whiteley, L.L.C. | $ 47,000.00 | $ 67,000.00 | $ 10,000.00 | $ 4,169.13 | $ 2,000.00 | $ 53,169.13 | $ 73,169.13 |
| Allison Grant, P.A. | $ 28,000.00 | $ 28,000.00 | $ - | $ - | $ - | $ 28,000.00 | $ 28,000.00 |
| Martzell Bickford | $ 23,000.00 | $ 43,000.00 | $ 10,000.00 | $ 15,542.32 | $ 2,000.00 | $ 40,542.32 | $ 60,542.32 |
| Landskroner Grieco Madden | $ 23,000.00 | $ 43,000.00 | $ 10,000.00 | $ 2,950.25 | $ 2,000.00 | $ 27,950.25 | $ 47,950.25 |
| Lockridge, Grindal, Nauen | $ 23,000.00 | $ 43,000.00 | $ 10,000.00 | $ 1,425.20 | $ 2,000.00 | $ 26,425.20 | $ 46,425.20 |
| Pender & Coward, PC | $ 23,000.00 | $ 23,000.00 | $ - | $ 17,697.26 | $ - | $ 40,697.26 | $ 40,697.26 |
| Singleton Law Firm | $ 18,000.00 | $ 118,000.00 | $ 50,000.00 | $ 9,862.94 | $ 10,000.00 | $ 37,862.94 | $ 137,862.94 |

| Law Firm Name | FC Fee Rec | CF Fee Rec | TTL Assmnts | Held Costs | Unreimb Assmnts | FC TOTAL | CF TOTAL |
|---|---|---|---|---|---|---|---|
| Bruno & Bruno, LLP | $ 18,000.00 | $ 38,000.00 | $ 10,000.00 | $ 6,219.03 | $ 2,000.00 | $ 26,219.03 | $ 46,219.03 |
| Thornhill Law Firm | $ 18,000.00 | $ 38,000.00 | $ 10,000.00 | $ 1,607.49 | $ 2,000.00 | $ 21,607.49 | $ 41,607.49 |
| Burdman Law Group | $ 15,000.00 | $ 15,000.00 | $ - | $ 1,561.73 | $ - | $ 16,561.73 | $ 16,561.73 |
| Luckey& Mullins, PLLC | $ 14,000.00 | $ 34,000.00 | $ 10,000.00 | $ - | $ 2,000.00 | $ 16,000.00 | $ 36,000.00 |
| Aronfeid Trial Lawyers | $ 4,500.00 | $ 24,500.00 | $ 10,000.00 | $ 3,431.06 | $ 2,000.00 | $ 9,931.06 | $ 29,931.06 |
| Vaughn Bowden & Wooten | $ 4,500.00 | $ 4,500.00 | $ - | $ - | $ - | $ 4,500.00 | $ 4,500.00 |
| Berrigan Litchfield | $ 900.00 | $ 20,900.00 | $ 10,000.00 | $ - | $ 2,000.00 | $ 2,900.00 | $ 22,900.00 |
| Reich & Binstock, LLP | $ - | $ 100,000.00 | $ 50,000.00 | $ - | $ 10,000.00 | $ 10,000.00 | $ 110,000.00 |
| Webb & Scarmozzino | $ - | $ 20,000.00 | $ 10,000.00 | $ 4,119.34 | $ 2,000.00 | $ 6,119.34 | $ 26,119.34 |
| Cuneo Gilbert & Laduca | $ - | $ 20,000.00 | $ 10,000.00 | $ 4,037.79 | $ 2,000.00 | $ 6,037.79 | $ 26,037.79 |
| Strom Law Firm | $ - | $ 20,000.00 | $ 10,000.00 | $ 3,356.21 | $ 2,000.00 | $ 5,356.21 | $ 25,356.21 |
| Nast Law Firm | $ - | $ 20,000.00 | $ 10,000.00 | $ 2,928.93 | $ 2,000.00 | $ 4,928.93 | $ 24,928.93 |
| Andry Law Firm | $ - | $ 20,000.00 | $ 10,000.00 | $ - | $ 2,000.00 | $ 2,000.00 | $ 22,000.00 |
| Aylstock, Witkin, etc. | $ - | $ 20,000.00 | $ 10,000.00 | $ - | $ 2,000.00 | $ 2,000.00 | $ 22,000.00 |
| Bencomo & Associates | $ - | $ 20,000.00 | $ 10,000.00 | $ - | $ 2,000.00 | $ 2,000.00 | $ 22,000.00 |
| Collins - Live Oak | $ - | $ 20,000.00 | $ 10,000.00 | $ - | $ 2,000.00 | $ 2,000.00 | $ 22,000.00 |
| Glago Law Firm | $ - | $ 20,000.00 | $ 10,000.00 | $ - | $ 2,000.00 | $ 2,000.00 | $ 22,000.00 |
| Hawkins Stracener & Gibson | $ - | $ 20,000.00 | $ 10,000.00 | $ - | $ 2,000.00 | $ 2,000.00 | $ 22,000.00 |
| Ingram & Associates | $ - | $ 20,000.00 | $ 10,000.00 | $ - | $ 2,000.00 | $ 2,000.00 | $ 22,000.00 |
| Sidney Torres, III | $ - | $ 20,000.00 | $ 10,000.00 | $ - | $ 2,000.00 | $ 2,000.00 | $ 22,000.00 |
| FOR REALLOCATION | $ - | $ 3,829,699.56 | $ - | $ - | $ - | $ - | $ 3,829,699.56 |
| | $ 99,762,099.56 | $ 99,762,099.56 | $ 11,485,000.00 | $ 3,842,822.29 | $ 2,187,000.00 | $ 105,791,921.85 | $ 105,791,921.85 |

**KEY**
FC - Fee Committee
CF - Consensus Firms
Lead & Liaison Counsel
Fee Committee Members
PSC Members