UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:**

## ORDER

Before the Court is the PSC's Motion for Expedited Hearing. R. Doc. 21536. However, the date requested for expedited hearing has past and the matter was discussed at the July Monthly Status Conference.

Accordingly,

**IT IS ORDERED** that the PSC's Motion for Expedited Hearing, R. Doc. 21536, is hereby **DENIED AS MOOT**.

New Orleans, Louisiana, this 19th day of July, 2018.

_____
United States District Judge