UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY          MDL No. 2047
LITIGATION

SECTION: L

THIS DOCUMENT RELATES TO:           JUDGE FALLON
*ALL CASES*                         MAGISTRATE JUDGE WILKINSON
**************************************************************************

## MOTION FOR LEAVE TO FILE KANNER & WHITELEY, LLC'S OBJECTION TO FEE COMMITTEE'S RECOMMENDED FEE ALLOCATION AND EXHIBITS UNDER SEAL

MAY IT PLEASE THE COURT, now comes Kanner & Whiteley, LLC (K&W) who respectfully requests to file under seal its Objection to Fee Committee's Recommended Fee Allocation (K&W's Objection), including the two exhibits attached thereto. K&W's Objection and attached exhibits include information which is confidential and includes attorney work product. Due to the continued litigation against the Taishan Defendants, this confidential information and work product should not be disclosed to the Taishan Defendants. Consequently, K&W submits that only the firms involved in the common benefit fee allocation issues should be provided with this information.

WHEREFORE, Kanner & Whiteley, LLC requests that its Motion be Granted and that its Objection to Fee Committee's Recommended Fee Allocation and Exhibits "A" and "B" attached thereto be filed UNDER SEAL, and that all firms who receive the K&W's Objection and Exhibits maintain the confidentiality of those documents.

Dated: July 20, 2018

                    Respectfully Submitted,

                    */s/ Allan Kanner*
                    Allan Kanner
                    a.kanner@kanner-law.com
                    Kanner & Whiteley, LLC
                    701 Camp Street
                    New Orleans, LA 70130
                    Telephone: (504) 524-5777
                    Facsimile: (504) 524-5763

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2018, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system, which will send a notice of the electronic filing to the counsel of record for Defendants.

                */s/ Allan Kanner*