**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY                      MDL No. 2047
LITIGATION

                                                SECTION: L

THIS DOCUMENT RELATES TO:                       JUDGE FALLON
*ALL CASES*                                     MAGISTRATE JUDGE WILKINSON
*******************************************************************************

## ORDER

Considering the Motion for Leave to File Exhibits Under Seal filed by Kanner & Whiteley, LLC;

IT IS ORDERED BY THE COURT that the Motion is GRANTED and Kanner & Whiteley LLC's Objection to Fee Committee's Recommended Fee Allocation and Exhibits "A" and "B" attached thereto be and are hereby filed UNDER SEAL.

IT IS FURTHER ORDERED BY THE COURT that all law firms that received Kanner & Whiteley LLC's Objection to Fee Committee's Recommended Fee Allocation and Exhibits "A" and "B" attached thereto shall maintain their confidentiality and not disclose them to others.

New Orleans, Louisiana, the ___ day of _____, 2018.


_____
Eldon E. Fallon
United States District Court Judge