UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *ALL CASES* | MAGISTRATE JUDGE WILKINSON |

*****************************************************************************

**OBJECTION TO RECOMMENDATION OF FEE COMMITTEE
BY KANNER & WHITELEY, LLC**

**FILED UNDER SEAL**