**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY          MDL No. 2047
LITIGATION

                                    SECTION: L

THIS DOCUMENT RELATES TO:          JUDGE FALLON

*ALL CASES*                          MAGISTRATE JUDGE WILKINSON
**********************************************************************************

**EXHIBIT A TO OBJECTION TO RECOMMENDATION OF**
**FEE COMMITTEE BY KANNER & WHITELEY, LLC**

**FILED UNDER SEAL**