UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL No. 2047

SECTION: L

THIS DOCUMENT RELATES TO:
*ALL CASES*

JUDGE FALLON
MAGISTRATE JUDGE WILKINSON

******************************************************************************

## ORDER

Considering the Motion for Leave to File Exhibits Under Seal filed by The Becnel Law Firm, LLC.

IT IS ORDERED BY THE COURT that the Motion is GRANTED and Becnel Law Firm LLC's Objection to Fee Committee's Recommended Fee Allocation and Exhibits "A" and "B" attached thereto be and are hereby filed UNDER SEAL at this time. The Court will determine at a later date whether these documents shall remain under seal.

IT IS FURTHER ORDERED BY THE COURT that all law firms that received The Becnel Law Firm, L.L.C.'s Objection to Fee Committee's Recommended Fee Allocation and Exhibits "A" and "B" attached thereto shall maintain their confidentiality and not disclose them to others.

New Orleans, Louisiana, the 19th day of July, 2018.

_____
Eldon E. Fallon
United States District Court Judge