UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL    :   MDL NO. 2047
PRODUCTS LIABILITY LITIGATION          :   SECTION L
                                       :   JUDGE FALLON
                                       :   MAGISTRATE JUDGE WILKINSON

**THIS DOCUMENT RELATES TO:** *Hobbie, et al. v. RCR Holdings II, LLC, et al.*, No. 10-1113

### ORDER

Before the Court is Coastal Settlement Class Counsel's Motion for Final Award of Attorney's Fees and Reimbursement of Costs. R. Doc. 20347. The Court has set up a process for determining appropriate attorney's fees and reimbursement of costs. *See* Pretrial Order 28(F). PTO 28(F) sets up several steps along the road to setting appropriate fee amounts prior to disbursal of funds. The Court is currently in the process of determining these proper fees. Therefore, Coastal Settlement Class Counsel's motion is premature.

Accordingly,

**IT IS ORDERED** that Coastal Settlement Class Counsel's Motion for Final Award of Attorney's Fees and Reimbursement of Costs, R. Doc. 20347, is hereby **DENIED AS PREMATURE**.

New Orleans, Louisiana, this 20th day of July, 2018.

_____
United States District Judge