UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2047 |
| | : | SECTION L |
| | : | JUDGE FALLON |
| | : | MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

Pursuant to PTO 28, the Court appointed a Fee Committee consisting of individuals who had been active in the Chinese-Manufactured Drywall Products Liability Litigation from the beginning and performed a significant role in either the MDL and/or state court litigation. This Fee Committee was charged with reviewing fee requests and supporting documents from all attorneys who performed common benefit work and thereafter making a recommendation to the Court regarding allocation of the common benefit fees as set in the Court's Order & Reasons Setting Common Benefit Fees, R. Doc. 21168.

The Court has received Krupnick Campbell Malone et al's Minority Fee Committee Report, R. Doc. 21473, and takes this means to post this report to the Court's website for the Chinese-Manufactured Drywall Litigation.

Accordingly,

**IT IS ORDERED** that anyone having any response to the attached report shall file their response with the Court no later than Friday, July 27, 2018 at 5:00 p.m. central standard time.

New Orleans, Louisiana, this 20th day of July, 2018.

United States District Judge