UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED      MDL NO. 2047
DRYWALL PRODUCTS LIABILITY
LITIGATION                       SECTION L

THIS DOCUMENT RELATES TO:        JUDGE FALLON
*ALL CASES*                      MAGISTRATE JUDGE WILKINSON
******************************************************************************

# EXHIBIT A – FILED UNDER SEAL