UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED  MDL NO. 2047
DRYWALL PRODUCTS LIABILITY
LITIGATION  SECTION L

THIS DOCUMENT RELATES TO:  JUDGE FALLON
*ALL CASES*  MAGISTRATE JUDGE WILKINSON
******************************************************************************

# EXHIBIT C – FILED UNDER SEAL