**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: CHINESE MANUFACTURED      MDL NO. 2047
DRYWALL PRODUCTS LIABILITY
LITIGATION      SECTION L

THIS DOCUMENT RELATES TO:      JUDGE FALLON
*ALL CASES*      MAGISTRATE JUDGE WILKINSON
**************************************************************************

### BRUNO & BRUNO'S MOTION FOR LEAVE TO FILE ITS EXHIBITS UNDER SEAL

NOW INTO COURT, through undersigned counsel, comes **BRUNO & BRUNO, LLP**,

who for the reasons set forth in the memorandum attached hereto, respectfully moves the Court

for an Order allowing **Exhibits "A" through "C" of Bruno & Bruno's Objection to Step Six**

**Final Recommendation of the Majority of the Fee Committee Regarding Allocation of the**

**Common Benefit** to be filed under seal inasmuch as the exhibits may contain confidential

information.

> Respectfully submitted:
>
> /s/ Joseph M. Bruno
> Joseph M. Bruno, (LA Bar No. 3604)
> Bruno & Bruno, LLP
> 855 Baronne Street
> New Orleans, Louisiana 70113
> Telephone: (504) 525-1335
> Facsimile: (504) 561-6775

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email and upon all parties by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 20th day of July, 2018.

> /s/ Joseph M. Bruno