**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: CHINESE MANUFACTURED                MDL NO. 2047
DRYWALL PRODUCTS LIABILITY
LITIGATION                                 SECTION L

THIS DOCUMENT RELATES TO:                  JUDGE FALLON
*ALL CASES*                                MAGISTRATE JUDGE WILKINSON

**************************************************************************

## ORDER

    Considering the foregoing Bruno & Bruno's Motion for Leave to File its Exhibits Under Seal:

    **IT IS HEREBY ORDERED** that the motion is granted and the attached **Exhibits "A" through "C" of Bruno & Bruno's Objection to Step Six Final Recommendation of the Majority of the Fee Committee Regarding Allocation of the Common Benefit** be and are hereby filed UNDER SEAL.

    New Orleans, Louisiana this _____ day of _____, 2018.


                          _____
                          HON. ELDON E. FALLON
                          UNITED STATES DISTRICT JUDGE