UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION L |
| THIS DOCUMENT RELATES TO:<br>*ALL CASES* | JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**************************************************************************

## BRUNO & BRUNO'S MOTION FOR LEAVE TO FILE ITS EXHIBITS UNDER SEAL

**NOW INTO COURT**, through undersigned counsel, comes **BRUNO & BRUNO, LLP**, who for the reasons set forth in the memorandum attached hereto, respectfully moves the Court for an Order allowing **Exhibits "A" through "C" of Bruno & Bruno's Objection to Step Six Final Recommendation of the Majority of the Fee Committee Regarding Allocation of the Common Benefit** to be filed under seal inasmuch as the exhibits may contain confidential information.

Respectfully submitted:

/s/ Joseph M. Bruno
Joseph M. Bruno, (LA Bar No. 3604)
Bruno & Bruno, LLP
855 Baronne Street
New Orleans, Louisiana  70113
Telephone:  (504) 525-1335
Facsimile:   (504) 561-6775

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email and upon all parties by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 20th day of July, 2018.

/s/ Joseph M. Bruno