UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION L |
| THIS DOCUMENT RELATES TO:<br>*ALL CASES* | JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**************************************************************************

**MEMORANDUM IN SUPPORT OF BRUNO & BRUNO'S MOTION FOR LEAVE TO FILE ITS EXHIBITS UNDER SEAL**

**MAY IT PLEASE THE COURT:**

Exhibits "A" through "C" of Bruno & Bruno's **Objection to Step Six Final Recommendation of the Majority of the Fee Committee Regarding Allocation of the Common Benefit** may contain confidential information that should not be included in the public record. As such, Bruno & Bruno respectfully requests that the exhibits be filed under seal.

Respectfully submitted:

/s/ Joseph M. Bruno
Joseph M. Bruno, (LA Bar No. 3604)
Bruno & Bruno, LLP
855 Baronne Street
New Orleans, Louisiana  70113
Telephone:  (504) 525-1335
Facsimile:   (504) 561-6775

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Memorandum has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email and upon all parties by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 20th day of July, 2018.

/s/ Joseph M. Bruno