UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION L |
| THIS DOCUMENT RELATES TO:<br>*ALL CASES* | JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**************************************************************************

## ORDER

Considering the foregoing Bruno & Bruno's Motion for Leave to File its Exhibits Under Seal:

**IT IS HEREBY ORDERED** that the motion is granted and the attached **Exhibits "A" through "C" of Bruno & Bruno's Objection to Step Six Final Recommendation of the Majority of the Fee Committee Regarding Allocation of the Common Benefit** be and are hereby filed UNDER SEAL.

New Orleans, Louisiana this _____ day of _____, 2018.

_____
HON. ELDON E. FALLON
UNITED STATES DISTRICT JUDGE