# EXHIBIT "A"

IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION

## EXHIBIT A – INITIAL AFFIDAVIT OF VMDIAZ & PARTNERS, LLC FOR COMPENSATION FOR COMMON BENEFIT TIME AND REIMBURSEMENT OF EXPENSES

STATE OF FLORIDA

COUNTY OF MIAMI-DADE

BEFORE ME, the undersigned authority, on this 10th day of March, 2014;

PERSONALLY CAME AND APPEARED:

VICTOR M. DIAZ, JR.

who, after being first duly sworn, under penalty of perjury, did depose and declare that the following are true correct:

1. I am a partner in the law firm of VMDiaz & Partners, LLC.

2. The address of the law firm identified in number 1 above is 119 Washington Avenue, Suite 402, Miami Beach, FL 33139.

3. My law firm has complied with Pre Trial Order No. 9 or 9A in all material aspects and I certify that my law firm's submission of this Affidavit has been made following a review of the Philip Garrett Case Cost Management System and that the system contains applicant's true and correct time and expense information. This Affidavit is submitted on behalf of all the members of the law firm of which I am a partner.

4. The Court may rely on the information submitted by my law firm to Philip Garrett, the court appointed CPA contained on his Case Cost Management System in this litigation, all of which is certified to be true and correct.

5. The law firm identified in this Affidavit has expended 2070 hours of common benefit time in connection with the Chinese Drywall litigation and seeks to have this time considered by the Court in connection with a common benefit time and cost reimbursement Petition to be submitted by the Fee Committee. A detail of the hours is contained in the Case Cost Management System maintained by Philip Garrett pursuant to Pre-Trial Order No. 9.

6. The law firm identified in this Affidavit has incurred $8,601.88 of common benefit held expenses in connection with the Chines Drywall litigation and seeks to have these expenses reimbursed. A detail of the expenses is contained in the Case Cost Management System maintained by Philip Garrett pursuant to Pre-Trial Order No. 9.

7. The law firm identified in this Affidavit has contributed $ 0 in common benefit assessments towards shared common expenses in connection with the Chinese Drywall litigation and seeks to have these expenses reimbursed. To date $ 0 of these assessments have been reimbursed and therefore the balance to be reimbursed totals $ 0 .

_____
VICTOR M. DIAZ, JR.

SWORN TO AND SUBCRIBED
BEFORE ME THIS 10th DAY OF
MARCH, 2014.

_____
NOTARY PUBLIC
Print Name: Ailyn Popowski
MY COMMISSION EXPIRES: 4/28/15
[APPLY SEAL]



AILYN POPOWSKI
MY COMMISSION # EE 051799
EXPIRES: April 28, 2015
Bonded Thru Notary Public Underwriters

VMDIAZ AND PARTNERS | 119 WASHINGTON AVE SUITE 402 | MIAMI BEACH FLORIDA, 33139 | INFO@DIAZPARTNERS.COM | T: (305)704-3200