UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:  All Cases**

## ORDER

Movant has requested Oral Argument be heard on its Motion to Disqualify Fee Committee Chair and Co-Chair, to Strike the Step Six Recommendation of the Majority of the Fee Committee Regarding Allocation of the Common Benefit (R. Doc. 21455), and to Lift the Seal on Related Filings, R. Doc. 21489. However, after considering the nature of this motion, particularly the fact that the matter does not involve claimants, the Court finds that oral argument on this matter is not necessary and that the Court would not gain from it. Whatever statements and arguments need to be made can adequately be made in writing and will be filed into the public record. The Court will take all of these pleadings into consideration. The parties are reminded that the Fee Committee Reports are recommendations only; all decisions regarding attorney's fees are made by the Court. Accordingly,

**IT IS ORDERED** that Motion to Disqualify, R. Doc. 21489, will be considered on the pleadings.

New Orleans, Louisiana, this 20th day of July, 2018.

_____
United States District Judge