## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED　　DRYWALL PRODUCTS LIABILITY　　LITIGATION | *　*　*　* | MDL No. 2047　　SECTION: L |
| THIS DOCUMENT RELATES TO | *　* | JUDGE FALLON |
| *ALL CASES* | * | MAGISTRATE WILKINSON |

## LEMMON LAW FIRM, LLC'S MOTION TO FILE OBJECTION AND EXHIBITS UNDER SEAL

NOW INTO COURT, through undersigned counsel, comes Lemmon Law Firm, LLC, and for the reasons set forth in the memorandum attached hereto, respectfully move the Court for an Order allowing its Objection to Fee Committee Recommendation be filed under seal inasmuch as they contain confidential information.

Dated: July 20, 2018　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ Andrew A. Lemmon_____
　　　　　　　　　　　　　　　　　　　　　　ANDREW A. LEMMON (#18302)
　　　　　　　　　　　　　　　　　　　　　　LEMMON LAW FIRM, L.L.C.
　　　　　　　　　　　　　　　　　　　　　　P.O. BOX 904
　　　　　　　　　　　　　　　　　　　　　　HAHNVILLE, LOUISIANA 70057
　　　　　　　　　　　　　　　　　　　　　　(985) 783-6789 Telephone
　　　　　　　　　　　　　　　　　　　　　　(985) 783-1333 Facsimile
　　　　　　　　　　　　　　　　　　　　　　andrew@lemmonlawfirm.com

**CERTIFICATE OF SERVICE**

I certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail e-mail and upon all parties by electronically uploading the same to LexisNexis File and Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 in this 20th day of July, 2018.

/s/ Andrew A. Lemmon
ANDREW A. LEMMOM