**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | **MDL No. 2047** |
|     DRYWALL PRODUCTS LIABILITY | * | |
|     LITIGATION | * | **SECTION: L** |
| | * | |
| **THIS DOCUMENT RELATES TO** | * | **JUDGE FALLON** |
| | * | |
| *ALL CASES* | * | **MAGISTRATE WILKINSON** |

**MEMORANDUM IN SUPPORT OF LEMMON LAW FIRM, LLC'S MOTION TO FILE OBJECTION AND EXHIBITS UNDER SEAL**

**MAY IT PLEASE THE COURT:**

Lemmon Law Firm, LLC's Objection to Fee Committee Recommendation and exhibits contain confidential settlement information that should not be included in the public record, Lemmon Law Firm, LLC, therefore respectfully requests that the Objection and exhibits be filed under seal.

Date: July 20, 2018         Respectfully submitted,

                 /s/ Andrew A. Lemmon_____
                 ANDREW A. LEMMON (#18302)
                 LEMMON LAW FIRM, L.L.C.
                 P.O. BOX 904
                 HAHNVILLE, LOUISIANA 70057
                 (985) 783-6789 Telephone
                 (985) 783-1333 Facsimile
                 andrew@lemmonlawfirm.com

**CERTIFICATE OF SERVICE**

I certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail e-mail and upon all parties by electronically uploading the same to LexisNexis File and Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 in this 20th day of July, 2018.

/s/ Andrew A. Lemmon
ANDREW A. LEMMON