# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO | * * | JUDGE FALLON |
| *ALL CASES* | * | MAGISTRATE WILKINSON |

## ORDER

**MAY IT PLEASE THE COURT:**

CONSIDERING the Motion of Lemmon Law Firm, LLC for Leave to file Objection and Exhibits Under Seal;

IT IS ORDERED BY THE COURT that the motion is granted and the attached Objection to Fee Committee Recommendation and Exhibits be and are hereby filed UNDER SEAL.

New Orleans, Louisiana, this _____ day of _____, 2018.

_____
Eldon E. Fallon
United States District Court Judge