## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL No. 2047 |
|     DRYWALL PRODUCTS LIABILITY | * | |
|     LITIGATION | * | SECTION: L |
| | * | |
| THIS DOCUMENT RELATES TO | * | JUDGE FALLON |
| | * | |
| *ALL CASES* | * | MAGISTRATE WILKINSON |

## LEMMON LAW FIRM, LLC'S OBJECTION TO FEE COMMITTEE RECOMMENDATION

# FILED UNDER SEAL