**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: CHINESE-MANUFACTURED** | * | **MDL No. 2047** |
| **DRYWALL PRODUCTS LIABILITY** | * | |
| **LITIGATION** | * | **SECTION: L** |
| | * | |
| **THIS DOCUMENT RELATES TO** | * | **JUDGE FALLON** |
| | * | |
| *ALL CASES* | * | **MAGISTRATE WILKINSON** |

# EXHIBIT A - UNDER SEAL