UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY          MDL No. 2047
LITIGATION

SECTION: L

THIS DOCUMENT RELATES TO:            JUDGE FALLON
*ALL CASES*                          MAGISTRATE JUDGE WILKINSON
**********************************************************************

### ALLISON GRANT, P.A.'s MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBITS "A" AND "B" TO ITS OBJECTION TO THE FEE COMMITTEE'S RECOMMENDATION AS TO COMMON BENEFIT

NOW COMES ALLISON GRANT, P.A., who respectfully requests to file under seal Exhibits "A" and "B" to its Objection to the Fee Committee's Recommendation as to Common Benefit Dated July 3, 2018. Exhibits "A" and "B" contain information which is confidential and should not be disclosed at this point due to the continued litigation against the Taishan Defendants.

WHEREFORE, ALLISON GRANT, P.A. respectfully requests that its Motion be Granted and Exhibits "A" and "B" to its Objection to the Fee Committee's Recommendation as to Common Benefit be filed UNDER SEAL.

Respectfully submitted,

Dated: July 20, 2018          /s/ Allison Grant
                              Allison Grant, Esquire (Fla. Bar 858330)
                              Allison Grant, P.A.
                              14 S.E. 4th Street
                              Boca Raton, Florida 33434
                              Phone: (561) 994-9646
                              Fax: (561) 431-4627
                              agrant@allisongrantpa.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 20th day of July, 2018.

Dated: July 20, 2018             RESPECTFULLY SUBMITTED:

/s/ Allison Grant
Allison Grant, Esquire (Fla. Bar 858330)
Allison Grant, P.A.
14 S.E. 4th Street
Boca Raton, Florida 33434
Phone: (561) 994-9646
Fax: (561) 431-4627
agrant@allisongrantpa.com