UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *ALL CASES* | MAG. JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION FOR LEAVE TO FILE EXHIBITS A, B, AND C TO PARKER WAICHMAN LLP'S OBJECTION TO THE FINAL RECOMMENDATION OF THE MAJORITY OF THE FEE COMMITTEE REGARDING ALLOCATION OF THE COMMON BENEFIT FEES UNDER SEAL**

NOW COMES Parker Waichman LLP, ("Mover") who respectfully requests to file under seal Exhibits A, B, and C attached to its Objection to the Final Recommendation of the Majority of the Fee Committee Regarding Allocation of the Common Benefit Fees [Rec. Doc. 21589] ("Objection"). Exhibits A, B, and C refer to or contain information that may have been designated confidential. Accordingly, movant requests that Exhibits A, B, and C attached to the Objection be filed UNDER SEAL.

WHEREFORE movant prays that this motion be granted and that Exhibits A, B, and C attached to its Objection to the Final Recommendation of the Majority of the Fee Committee Regarding Allocation of the Common Benefit Fees be filed UNDER SEAL.

Respectfully submitted:

**FAIRCLOTH, MELTON & SOBEL, LLC**

By:   /s/ *Jimmy R. Faircloth, Jr.*
   Jimmy R. Faircloth, Jr. (LA #20645)
   jfaircloth@fairclothlaw.com
   Brook L. Villa (LA #31988)
   bvilla@fairclothlaw.com
   Franklin "Drew" Hoffmann (LA #35824)
   dhoffmann@fairclothlaw.com

412 N. 4th Street, Suite 230<br>
Baton Rouge, LA 70802<br>
Phone: (225) 343-9535<br>
Fax: (225) 343-9538

*Attorneys for Parker Waichman LLP*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 20th day of July, 2018.

        /s/ *Jimmy R. Faircloth, Jr.*
        OF COUNSEL