UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *ALL CASES* | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the *Motion for Leave to File Exhibits A, B, and C to Parker Waichman LLP's Objection to the Final Recommendation of the Majority of the Fee Committee Regarding Allocation of the Common Benefit Fees Under Seal* filed by Parker Waichman LLP:

**IT IS HEREBY ORDERED** that the Motion is GRANTED and Exhibits A, B, and C attached to Objection to the Final Recommendation of the Majority of the Fee Committee Regarding Allocation of the Common Benefit Fees [Rec. Doc. 21589] be and are hereby filed UNDER SEAL;

New Orleans, Louisiana, this ____ day of _____, 2018.

_____
Honorable Eldon E. Fallon
U.S. District Court Judge