UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY    MDL No. 2047
LITIGATION

SECTION: L

THIS DOCUMENT RELATES TO:    HONORABLE JUDGE FALLON
*ALL CASES*    MAGISTRATE JUDGE WILKINSON

**************************************************************************

### ORDER

Considering the Motion for Leave to File Under Seal filed by The Lambert Firm, PLC;

IT IS ORDERED BY THE COURT that the Motion is GRANTED and The Lambert Firm PLC's Objection to Fee Committee's Recommended Fee Allocation and Exhibits "A" and "B" attached thereto be and are hereby filed UNDER SEAL. The Court will determine at a later date whether these documents shall remain under seal.

IT IS FURTHER ORDERED BY THE COURT that all law firms that received The Lambert Firm PLC's Objection to Fee Committee's Recommended Fee Allocation and Exhibits "A" and "B" attached thereto shall maintain their confidentiality and not disclose them to others.

New Orleans, Louisiana, the 20th day of _____July_____, 2018.

_____
Eldon E. Fallon
United States District Court Judge