## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *ALL CASES* | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

<u>ORDER</u>

**MAY IT PLEASE THE COURT:**

CONSIDERING the Motion of The Steckler Law Firm and Baron & Budd, P.C. for Leave to file their Objection and Exhibits Under Seal;

IT IS ORDERED BY THE COURT that the motion is granted and the attached **Objections to the Step Six Final Recommendation of the Majority of the Fee Committee Regarding Allocation of the Common Benefit** and **exhibits** be and are hereby filed UNDER SEAL. The Court will determine at

a later date whether these documents shall remain under seal.

New Orleans, Louisiana, this __20th__ day of ____July____, 2018.

_____
Eldon E. Fallon
United States District Court Judge