UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *ALL CASES* | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

**MAY IT PLEASE THE COURT:**

CONSIDERING the Motion of Alters Law Firm, P.A. for Leave to file its Objection and Exhibits Under Seal;

IT IS ORDERED BY THE COURT that the motion is granted and the attached **Objections to the Step Six Final Recommendation of the Majority of the Fee Committee Regarding Allocation of the Common Benefit** and **exhibits** be and are hereby filed UNDER SEAL. The Court will determine at a later date whether these documents shall remain under seal.

New Orleans, Louisiana, this __20th__ day of _____ July _____ 2018.

Eldon E. Fallon
United States District Court Judge

1