# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: *ALL CASES* | JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

## MOTION FOR LEAVE TO FILE UNDER SEAL *NUNC PRO TUNC* IRPINO LAW FIRM'S OBJECTION AND EXHIBITS TO STEP SIX FINAL RECOMMENDATION OF THE MAJORITY OF THE FEE COMMITTEE REGARDING ALLOCATION OF THE COMMON BENEFIT

Pursuant to Local Rule 5.6, Irpino Avin Hawkins (f/k/a Irpino Law Firm), for the reasons stated in the accompanying Memorandum, hereby moves this Honorable Court for an Order allowing Irpino Law Firm to file its Objection and Exhibit to Step Six Final Recommendation of the Majority of the Fee Committee Regarding Allocation of the Common Benefit under seal.

Dated: July 21, 2018

Respectfully Submitted,

/s/ *Anthony D. Irpino*
Anthony D. Irpino (La. No. 24727)
IRPINO AVIN HAWKINS
2216 Magazine Street
New Orleans, LA 70130
Telephone: (504) 525-1500
Facsimile: (504) 525-1501
E-mail: airpino@irpinolaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Kerry Miller, by email and upon all parties by electronically uploading the same to LexisNexis File & Serve; and that the foregoing was filed with the Clerk of Court by using the CM/ECF system, in accordance with the procedures established in MDL 2047, on this 21st day of July.

/s/  Anthony D. Irpino