**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: *ALL CASES* | JUDGE FALLON MAGISTRATE JUDGE WILKINSON |

**MEMORANDUM IN SUPPORT OF IRPINO LAW FIRM'S *NUNC PRO TUNC* MOTION FOR LEAVE TO FILE UNDER SEAL ITS OBJECTION AND EXHIBITS TO STEP SIX FINAL RECOMMENDATION OF THE MAJORITY OF THE FEE COMMITTEE REGARDING ALLOCATION OF THE COMMON BENEFIT**

MAY IT PLEASE THE COURT, now comes Irpino Law Firm who respectfully requests to file under seal its Objection to Step Six Final Recommendation of the Majority of the Fee Committee Regarding Allocation of the Common Benefit (R. Doc. 21455-1), including exhibits A, B, and C attached thereto. The Irpino Law Firm's Objection and attached exhibits include information, which is confidential and includes attorney work product. Consequently, the Irpino Law Firm submits that only the firms involved in the common benefit fee allocation issues should be provided with this information.

Irpino Law Firm's Motion and Memorandum to file under seal is brought *nunc pro tunc* due to a filing error, though all documents were timely uploaded to LexisNexis File & Serve. The instant motion to file under seal is unopposed by the Fee Committee.

WHEREFORE, the Irpino Law Firm requests that its Motion be Granted and that its Objection to the Fee Committee's Recommended Fee Allocation and Exhibits "A," "B," and "C" attached thereto be filed UNDER SEAL, and that all firms who receive the Irpino Law Firm's Objection and Exhibits maintain the confidentiality of those documents.

(*signature and service on following page*)

Dated: July 21, 2018                                          Respectfully Submitted,

/s/ *Anthony D. Irpino*
Anthony D. Irpino (La. No. 24727)
IRPINO AVIN HAWKINS
2216 Magazine Street
New Orleans, LA 70130
Telephone: (504) 525-1500
Facsimile:  (504) 525-1501
E-mail: airpino@irpinolaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Kerry Miller, by email and upon all parties by electronically uploading the same to LexisNexis File & Serve; and that the foregoing was filed with the Clerk of Court by using the CM/ECF system, in accordance with the procedures established in MDL 2047, on this 21st day of July.

/s/  *Anthony D. Irpino*