# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: *ALL CASES* | JUDGE FALLON MAGISTRATE JUDGE WILKINSON |

## ORDER

Upon consideration of Motion for Leave to File Under Seal and accompanying Memorandum filed *nunc pro tunc* by Irpino Law Firm;

IT IS ORDEREED BY THE COURT that the Motion be and his hereby GRANTED and Irpino Law Firm's Objection to Step Six Final Recommendation of the Majority of the Fee Committee Regarding Allocation of the Common Benefit shall be filed under seal, by the Clerk of Court.

New Orleans, Louisiana, this _____ day of July, 2018.

_____
**ELDON E. FALLON**
United States District Judge