**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO:<br>*ALL CASES* | JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**IRPINO LAW FIRM'S OBJECTION TO STEP SIX FINAL RECOMMENDATION OF THE MAJORITY OF THE FEE COMMITTEE REGARDING ALLOCATION OF THE COMMON BENEFIT**

**EXHIBIT C**

# FILED UNDER SEAL