UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:

ALL CASES
**************************************************************************

## ORDER

Upon consideration of Motion for Leave to File Exhibits 1 of their Objection to Recommendation of Fee Committee Dated July 3, 2018 Under Seal, filed by Rhine Law Firm;

IT IS ORDERED BY THE COURT that the motion be and is hereby GRANTED and Exhibit 1 of Rhine Law Firm's Objection to Recommendation of Fee Committee Dated July 3, 2018 shall be filed under seal, by the Clerk of Court. The Court will determine at a later date whether these documents shall remain under seal.

New Orleans, Louisiana, this  20th  day of July, 2018.

_____
**ELDON E. FALLON**
Unites States District Judge