**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Brooke, et. al. v. The State-Owned Assets Supervision and Administration Commission of the State Counsel*, 2:15-cv-04127 (E.D.La.)<br><br>*Brooke, et. al. v. The State-Owned Assets Supervision and Administration Commission of the State Counsel*, 2:15-cv-06631 (E.D.La.)<br><br>*Brooke, et. al. v. The State-Owned Assets Supervision and Administration Commission of the State Counsel*, 2:15-cv-06632 (E.D.La.) | |

**ORDER**

AND NOW, on this _____ day of _____, 2018, upon

consideration of Plaintiffs' Motion to Intervene, it is hereby ORDERED, ADJUDGED AND

DECREED that said motion is GRANTED.   The clerk is hereby directed to enter of record each

of the complaints in intervention that are appended to Plaintiffs' Motion to Intervene (Exhibits

"A" through "C").

The Intervening Plaintiff identified in each Complaint in Intervention, is a party to the

proceedings in *Brooke, et. al. v. The State-Owned Assets Supervision and Administration*

*Commission of the State Counsel*, 2:15-cv-04127 (E.D.La.) (Mark Stout, *et al.*, Omni XX(f)));

*Brooke, et. al. v. The State-Owned Assets Supervision and Administration Commission of the*

1

*State Counsel*, 2:15-cv-06631 (E.D.La.)(Mark Stout, *et al.*, sixth omnibus intervention

complaint); *Brooke, et. al. v. The State-Owned Assets Supervision and Administration*

*Commission of the State Counsel*, 2:15-cv-06632 (E.D.La.) (Mark Stout, *et al.*, fifth omnibus

intervention complaint).    Intervening Plaintiff shall be deemed a member of the classes set forth

in the originally filed complaints in each of these actions.

By the Court,

_____

**HONORABLE ELDON E. FALLON**

2