# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

July 16, 2018

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 18-30742   In Re: Chinese-Manufactured, et al
                    USDC No. 2:09-MD-2047

Enclosed is an order entered in this case.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Mary C. Stewart, Deputy Clerk
                    504-310-7694

Mr. William W. Blevins
Ms. Donna Phillips Currault
Ms. Sandra Duggan
Mr. Ewell Elton Eagan Jr.
Mr. Russ M. Herman
Mr. Arnold Levin
Mr. Frederick S. Longer
Mr. Harry A. Rosenberg
Mr. Alex Benjamin Rothenberg
Mr. Eric Shumsky
Mr. James Stengel
Mr. Charles William Tyler
Mr. Lawrence Christopher Vejnoska