UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION                                                              MDL NO. 2047

This Document Relates to:

Greg Descher, et al. V. Knauf GIPS KG, et al.
Case No. 17-17500

### PLAINTIFF, PENNY PARKER'S, NOTICE OF INTENT TO REMEDIATE

PLEASE TAKE NOTICE that the property located at 54 Good Street, Bay St. Louis, MS  39520, shall be made remediated commencing on July 30, 2018.  Plaintiff alleges that the property contains drywall manufactured by Knauf.

RESPECTFULLY SUBMITTED this, the 25th day of July, 2018.

PENNY PARKER, Plaintiff

By and Through Her Attorneys,
LUCKEY & MULLINS, PLLC

BY:   /s/ Stephen W. Mullins

*Attorneys for Plaintiffs*

STEPHEN W. MULLINS (MS Bar No. 9772)
**Luckey & Mullins, PLLC**
1629 Government Street  (39564)
Post Office Box 990
Ocean Springs, MS  39566
Telephone: 228-875-3175
Facsimile: 228-872-4719
Email:  smullins@luckeyandmullins.com


OF COUNSEL:

NICHOLAS ROCKFORTE (LA Bar No. 31305)
**Pendley, Baudin & Coffin, L.L.P.**
P.O. Drawer 71
Plaquemine, Louisiana 70765-0071
Tele: 225-687-6396
Fax:  225-687-6398
Email:  nrockforte@pbclawfirm.com