```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


****************************************************************

IN RE:  CHINESE-MANUFACTURED
DRYWALL PRODUCTS
LIABILITY LITIGATION

                              CIVIL DOCKET NO. 09-MD-2047 "L"
                              NEW ORLEANS, LOUISIANA
                              WEDNESDAY, JULY 18, 2018


THIS DOCUMENT RELATES TO
ALL CASES

****************************************************************


           TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS
          HEARD BEFORE THE HONORABLE ELDON E. FALLON
                  UNITED STATES DISTRICT JUDGE



APPEARANCES:


FOR THE PLAINTIFFS'
LIAISON COUNSEL:          HERMAN HERMAN KATZ
                          BY:  RUSS M. HERMAN, ESQUIRE
                               LEONARD A. DAVIS, ESQUIRE
                          820 O'KEEFE AVENUE
                          NEW ORLEANS, LA  70113


                          LEVIN, FISHBEIN, SEDRAN & BERMAN
                          BY:  ARNOLD LEVIN, ESQUIRE
                               SANDRA L. DUGGAN, ESQUIRE
                          510 WALNUT STREET, SUITE 500
                          PHILADELPHIA, PA  19106




                    *OFFICIAL TRANSCRIPT*
```

```
 1   APPEARANCES CONTINUED:

 2

 3                                   GAINSBURGH BENJAMIN DAVID
                                     MEUNIER AND WARSHAUER
 4                                   BY:  GERALD E. MEUNIER, ESQUIRE
                                     2800 ENERGY CENTRE
 5                                   1100 POYDRAS STREET, SUITE 2800
                                     NEW ORLEANS, LA  70163
 6

 7
     FOR THE STATE/FEDERAL
 8   COORDINATION
     COMMITTEE:                      LAW OFFICES OF RICHARD J. SERPE
 9                                   BY:  RICHARD SERPE, ESQUIRE
                                     580 EAST MAIN STREET, SUITE 310
10                                   NORFOLK, VA  23510

11

12   FOR THE KNAUF
     LIAISON COUNSEL:                BAKER DONELSON BEARMAN
13                                   CALDWELL & BERKOWITZ
                                     BY:  DANIEL S. DYSART, ESQUIRE
14                                   201 ST. CHARLES AVENUE, SUITE 3600
                                     NEW ORLEANS, LA  70170
15

16
     FOR THE TAISHAN, BNMB
17   ENTITIES AND CNBM ENTITIES
     LIAISON COUNSEL:                PHELPS DUNBAR
18                                   BY:  HARRY ROSENBERG, ESQUIRE
                                     365 CANAL STREET, SUITE 2000
19                                   NEW ORLEANS, LA  70130

20

21   FOR TAISHAN GYPSUM CO.,
     LTD, AND TAI'AN TAISHAN
22   PLASTERBOARD CO., LTD.:         ALSTON & BIRD
                                     BY:  CHRISTINA H. EIKHOFF, ESQUIRE
23                                        BERNARD TAYLOR, SR., ESQUIRE
                                     ONE ATLANTIC CENTER
24                                   1201 WEST PEACHTREE STREET
                                     ATLANTA, GA  30309
25
```

*OFFICIAL TRANSCRIPT*

```
 1   APPEARANCES CONTINUED:

 2

 3                                  GORDON, ARATA, MCCOLLAM,
                                    DUPLANTIS & EAGAN
 4                             BY:  EWELL E. EAGAN, JR., ESQUIRE
                                    DONNA P. CURRAULT, ESQUIRE
 5                                  ALEX B. ROTHENBERG, ESQUIRE
                                    201 ST. CHARLES AVENUE, 40TH FLOOR
 6                                  NEW ORLEANS, LA   70170

 7
     ALSO PRESENT:                  JIMMY DOYLE, ESQUIRE
 8                                  EMMA SCHWAB, ESQUIRE

 9

10   OFFICIAL COURT REPORTER:       CATHY PEPPER, CRR, RMR, CCR
                                    CERTIFIED REALTIME REPORTER
11                                  CERTIFIED MERIT REPORTER
                                    500 POYDRAS STREET, ROOM B406
12                                  NEW ORLEANS, LA   70130
                                    (504) 589-7779
13                                  Cathy_Pepper@laed.uscourts.gov

14
     PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.   TRANSCRIPT
15   PRODUCED BY COMPUTER.

16

17

18

19

20

21

22

23

24

25

                          OFFICIAL TRANSCRIPT
```

1                          **I N D E X**

2                                                                PAGE

3    TAISHAN MOTIONS TO DISMISS WILL BE CONVERTED INTO A

4    RULE TO SHOW CAUSE WHY THE CASES SHOULD NOT BE

5    DISMISSED, AND THAT WILL BE SET FOR AUGUST THE 14TH

6    OF 2018.................................................   6

7    PRETRIAL ORDERS........................................   6

8    OMNIBUS CLASS ACTION COMPLAINTS........................   6

9    LOUISIANA TRIAL PLAN...................................   7

10   AUGUST 15TH, FLORIDA STATUS CONFERENCE SCHEDULED.....    7

11   ALLEN FAIRNESS HEARING.................................   7

12   BENNETT CASE...........................................   7

13   PARKER.................................................   7

14   MOTION TO EXTINGUISH CERTAIN OPTION 2 CLAIMS..........   8

15   MARIA SALINAS..........................................   8

16   GRAHAM & RUSSEL........................................   8

17   RANDOLPH VINCENT.......................................   8

18   GLICKMAN...............................................   9

19   RODRIGUEZ..............................................   9

20   NEXT CONFERENCE IS ON AUGUST 14TH, 2018...............   14

21   FOLLOWING CONFERENCE IS SEPTEMBER 13, 2018...........   14

22   8:30 FOR THE LIAISON LEAD COUNSEL, AND 9:00 FOR THE

23   FORMAL HEARING.........................................   15

24

25

                        *OFFICIAL TRANSCRIPT*

1           **P-R-O-C-E-E-D-I-N-G-S**

2           WEDNESDAY, JULY 18, 2018

3           M O R N I N G   S E S S I O N

4           (COURT CALLED TO ORDER)

5

6

09:00:52  7           THE DEPUTY CLERK:  All rise.

09:00:53  8           THE COURT:  Be seated, please.

09:01:10  9                Good morning, ladies and gentlemen.

09:01:10 10           VOICES:  Good morning, Your Honor.

09:01:11 11           THE COURT:  Call the case, please.

09:01:11 12           THE DEPUTY CLERK:  MDL 2047, In re:

09:01:15 13  Chinese-Manufactured Drywall Products Liability Litigation.

09:01:19 14           THE COURT:  Liaison counsel, make your appearance for

09:01:21 15  the record, please.

09:01:25 16           MR. DYSART:  Good morning, Judge Fallon.  Danny Dysart

09:01:31 17  on behalf of the Knauf defendants.

09:01:33 18           MR. ROSENBERG:  Good morning, Judge Fallon.

09:01:34 19  Harry Rosenberg, as liaison counsel for Taishan, CNBM and BNBM.

09:01:43 20           MR. HERMAN:  May it please the Court.  Good morning,

09:01:46 21  Judge Fallon.  Russ Herman for plaintiffs.

09:01:48 22           THE COURT:  We're here today on our monthly status

09:01:50 23  conference.  I've had an opportunity to meet with lead and

09:01:55 24  liaison counsel a moment ago and go over the material with

09:01:58 25  them.

*OFFICIAL TRANSCRIPT*

                    There has been some change in the effect of the motions of Taishan to dismiss.  Those motions will be converted into a rule to show cause why the cases should not be dismissed, and that will be set for August the 14th of 2018.

                    I call to the attention of the parties that this is a serious situation.  If they cannot prove certain things or cannot fill out the forms that have been given to them, the Court will be dismissing the cases with prejudice.  These forms are important in the litigation.

                    We don't do interrogatories in this type of litigation.  Instead, the parties have what we call *fact sheets*.  Each side provides the other with fact sheets.  Those fact sheets need to be filled out because it determines the course of the litigation.  I take them seriously.

                    So I'll give you an opportunity to fill them out.  I'll listen to any excuses that you have and make some decision on it.  But if they are not forthcoming, the Court will be dismissing the cases with prejudice.

                    Okay.  Anything on the Pretrial Orders?

          MR. HERMAN:  Nothing, Your Honor.

          THE COURT:  Omnibus Class Action Complaints?

          MR. HERMAN:  Your Honor, given the Court's schedule, I'm going to move through this.

                    I also state for the record, for those listening in, that everything is listed on the status report.  This is

*OFFICIAL TRANSCRIPT*

```
09:03:52   1    Status Report Number 101.  I'll give both the page and the
09:03:58   2    section of the status report.
09:03:59   3              Your Honor has already addressed Page 2,
09:04:07   4    Section IV, the Motion to Dismiss relating to profile forms.
09:04:16   5              The Louisiana Trial Plan issue is now assigned
09:04:24   6    for argument.
09:04:24   7              On August 15th, we have a Florida status
09:04:32   8    conference scheduled, Your Honor.  There was one status
09:04:40   9    conference in Florida with Judge Cook, and the PSC attended.
09:04:48  10              The Allen fairness hearing scheduled after the
09:04:52  11    status conference, I believe Mr. Breit is in the judge's court,
09:05:04  12    and Richard Serpe will be presenting on behalf of plaintiffs.
09:05:12  13    That's at Page 11, Section V.
09:05:18  14              There is the Bennett case at Page 12, Section VI,
09:05:28  15    from Knauf's office.  I don't know if Mr. Doyle is appearing in
09:05:36  16    person or if he is by phone.
09:05:45  17              Page 13, Section VIII, the Parker matter has now
09:05:55  18    been scheduled with a briefing schedule.  If I didn't state,
09:06:07  19    it's at Page 13, Section VIII.
09:06:09  20              Those are the matters, Your Honor.  I don't see
09:06:17  21    any other particular matters, unless liaison counsel or other
09:06:24  22    counsel for the various what I'll call Taishan defendants or
09:06:31  23    Kerry Miller's office has something to address.
09:06:34  24              THE COURT:  Anything from the --
09:06:36  25              MR. DYSART:  Yes, Your Honor.  Again, Danny Dysart on
```

*OFFICIAL TRANSCRIPT*

1  behalf of Knauf defendants.

2  On Page 15, we had a motion that was reset today
3  on our motion to extinguish certain Option 2 claims. I just
4  want to provide the Court with a status on the record for that.

5  With respect to those, two of those claims, the
6  Maria Salinas and Graham & Russel, both will be extinguished
7  without opposition.

8  As to the remaining claims, all of them will
9  either switch to Option 3 or complete their Option 2
10 remediations.

11 From my understanding in talking with plaintiffs'
12 counsel, it's expected they will complete those by August 1 or
13 shortly thereafter, so we would like to reset those for a
14 status update at the next status conference.

15 There are three claims that are potential issues
16 that we're kind of stuck in holding with. One is the Randolph
17 Vincent claim. Mr. Vincent was originally an Option 2 claimant
18 that did not submit the milestones; instead, just remediated
19 the property and closed up his walls.

20 It's my understanding from speaking with
21 plaintiffs' counsel that he's seeking an environmental
22 certificate; but, as the Court is well aware, once the walls
23 are closed up, it's difficult for an inspector to go in and
24 confirm all Chinese drywall and dust has been removed.

25 So, I've spoken with Ms. Emma Schwab about this

*OFFICIAL TRANSCRIPT*

```
09:07:58   1    issue.  She'll discuss with her client some potential
09:08:04   2    solutions, but I'm not sure what else we can do for Mr. Vincent
09:08:07   3    at this point.
09:08:08   4              The other two are represented by Mike Ryan, who
09:08:10   5    I'm not sure if he's on the phone.  Those are Glickman and
09:08:13   6    Rodriguez.  It's my understanding that those two claims have
09:08:17   7    contractor issues, and that, basically, the Milestone 4
09:08:23   8    paperwork can't be submitted because of issues between the
09:08:26   9    contractor and the homeowner.
09:08:27  10              THE COURT:  Those are motions that are supposed to be
09:08:29  11    heard at 9:30.  Is that it, Dean?
09:08:33  12              THE DEPUTY CLERK:  Yes, sir.
09:08:33  13              THE COURT:  So those individuals are not on the phone;
09:08:36  14    but, at 9:30, we'll have to try to get them on the phone.
09:08:38  15              The Option 1 -- the case was settled.  We're
09:08:44  16    talking about the Knauf aspect of the case.  As you know, it
09:08:51  17    boiled down to two areas of manufacturers.  One is a German
09:08:57  18    manufacturer, wholly-owned subsidiary of a Chinese company.
09:09:02  19    Knauf and its wholly-owned subsidiary is one aspect.
09:09:07  20              The other is Taishan and what has been referred
09:09:12  21    to as the *alphabet*, the Chinese individual corporate entities.
09:09:22  22              The Knauf case has been resolved.  The settlement
09:09:26  23    really is a bit complex, but basically there are three options.
09:09:33  24              One option a person can take is remediation.  If
09:09:38  25    they select the Option 1, they get their home remediated, they
```

*OFFICIAL TRANSCRIPT*

```
09:09:43  1    get an inspection done during the course of the remediation,
09:09:48  2    and they have their attorney's fees and costs paid.  So they
09:09:53  3    get a hundred percent remediation costs, and they get all of
09:09:58  4    their attorney's fees paid and the costs.
09:10:02  5              If they select Option 2, these are individuals
09:10:05  6    who have already remediated their home.  Those individuals in
09:10:11  7    Option 2 are able to be reimbursed for their remediation, the
09:10:18  8    cost.  There are certain areas that the decisions made are the
09:10:25  9    remediation costs.
09:10:26 10              The third option is for those individuals who are
09:10:29 11    not sure they want to remediate, they are not sure whether they
09:10:34 12    are going to do it themselves, or they are not sure exactly
09:10:36 13    what they are going to do.
09:10:38 14              They are able to get an Option 3, which is
09:10:41 15    essentially money, at some discount, and they can either decide
09:10:48 16    to remediate or not remediate, whatever they want, but they get
09:10:52 17    to keep the money.
09:10:54 18              There are certain requirements and certain
09:11:00 19    procedures to go through; but, basically, that's what we're
09:11:05 20    dealing with.
09:11:07 21              There are some people that don't know whether
09:11:09 22    they want Option 1 or Option 2.  Those individuals have to make
09:11:12 23    that decision.  It's time for them to make the decision.
09:11:16 24              On Option 2 or Option 3, it's time for them to
09:11:20 25    make the decision.
```

*OFFICIAL TRANSCRIPT*

```
09:11:21  1              So we've had some situations where there have
09:11:25  2   been delays; maybe good reason, but there have been delays.  So
09:11:28  3   that's the motions that the Court has set for 9:30 that we're
09:11:32  4   trying to deal with at this point.
09:11:35  5              MR. DYSART:  The only other matter, Your Honor, as
09:11:36  6   referenced by Mr. Herman, was the Bennett status conference.
09:11:41  7   Mr. Doyle is here.  If the Court wants to handle it now or
09:11:45  8   after, we can do that.
09:11:47  9              THE COURT:  What's your recommendation?  We do it in
09:11:52 10   the conference room, here, or what?
09:11:54 11              MR. DYSART:  I'm fine with doing it in the conference
09:11:56 12   room, Judge.  I think it will be pretty brief.
09:11:57 13              At the last status conference, we were asked to
09:11:59 14   follow up on some plaintiff issues that I think have mostly
09:12:03 15   been addressed.  So we can address those in conference, and see
09:12:06 16   if there's anything else we can do.
09:12:09 17              THE COURT:  We've got some time, though.
09:12:10 18              Let's see.  Mr. Doyle, do you want to come in?
09:12:14 19   What's the report?
09:12:18 20              These are individual cases that have opted out of
09:12:22 21   the settlement.  They are not interested in settling.  So we're
09:12:26 22   at this point getting ready to try the cases.
09:12:30 23              The parties have gotten together.  We discussed
09:12:36 24   some trial plans for doing that.  I asked them to come today to
09:12:38 25   give me some updates.
```

*OFFICIAL TRANSCRIPT*

```
09:12:40   1            MR. DYSART:  As you recall, Your Honor, at the last
09:12:43   2    status, there were certain claimants from the Fifth Amended
09:12:44   3    Complaint that needed to be removed, and certain would be
09:12:47   4    added.
09:12:48   5            I've got the list from Mr. Doyle.  We believe we
09:12:50   6    have a full list now, except for one claimant, which is still
09:12:54   7    unsure if he's going to add them to the Sixth Amended
09:12:58   8    Complaint.
09:12:58   9            At this point, once the Sixth Amended Complaint
09:13:03  10    is filed, the served defendants could then file -- we also
09:13:07  11    discussed certain motions with respect to parent companies.
09:13:10  12    Once the Sixth Amendment is filed, we would request 21 days
09:13:13  13    from that point to file those motions and otherwise to answer
09:13:16  14    for the served defendants.  Then, from there, we would probably
09:13:19  15    come back to the Court in terms of scheduling future discovery
09:13:22  16    and trial deadlines.
09:13:23  17         THE COURT:  What I would like you all to do is to kind
09:13:26  18    of get together and maybe propose to me a scheduling that makes
09:13:32  19    sense for these particular cases.  You know them better than I.
09:13:36  20    See if you can get me a discovery schedule that makes sense for
09:13:40  21    you all and makes sense for the cases, and give it to me.
09:13:45  22            If you all agree, fine; if not, then I'll make my
09:13:49  23    own, but I'd prefer to get some recommendations from you all.
09:13:54  24         MR. DOYLE:  Sure.
09:13:55  25         THE COURT:  Jimmy, do you have anything?  What about
```

*OFFICIAL TRANSCRIPT*

| | | |
|---|---|---|
| 09:13:56 | 1 | that case that he talked about? |
| 09:13:59 | 2 | MR. DOYLE: Jimmy Doyle, on behalf of the Bennett |
| 09:14:03 | 3 | plaintiffs. |
| 09:14:03 | 4 | What was your question, Your Honor? |
| 09:14:05 | 5 | MR. DYSART: The one case. |
| 09:14:06 | 6 | THE COURT: Yes, the one case. |
| 09:14:06 | 7 | MR. DOYLE: We're waiting on paperwork. Just as we |
| 09:14:08 | 8 | discussed at the last status conference, telephonic status |
| 09:14:12 | 9 | conference, I have a couple that was waiting on paperwork, |
| 09:14:14 | 10 | waiting on confirmatory inspections. One of them got ruled |
| 09:14:17 | 11 | out. The other one, I'm simply waiting on the inspection |
| 09:14:20 | 12 | report. |
| 09:14:20 | 13 | THE COURT: When can you get that to me? |
| 09:14:23 | 14 | MR. DOYLE: I've asked them to get it to me this week, |
| 09:14:26 | 15 | so we can get this cleaned up. |
| 09:14:28 | 16 | THE COURT: All right. Well, let's get that, and then |
| 09:14:28 | 17 | get together on it. |
| 09:14:28 | 18 | MR. LEVIN: Your Honor, we've spoken to Mr. Doyle about |
| 09:14:36 | 19 | this. We're not exactly wallflowers here. |
| 09:14:36 | 20 | THE COURT: Yes. |
| 09:14:38 | 21 | MR. LEVIN: So we've designated Lenny Davis to be privy |
| 09:14:42 | 22 | and to be at the various conferences. |
| 09:14:46 | 23 | Thank you, Your Honor. |
| 09:14:47 | 24 | THE COURT: Jimmy, you're going to have all of the |
| 09:14:49 | 25 | material available to you that has been developed by the PSC, |

*OFFICIAL TRANSCRIPT*

```
09:14:53   1    so --
09:14:55   2             MR. DOYLE:  Yes, Your Honor.
09:14:55   3             THE COURT:  -- know what's there and access it.  That
09:14:58   4    will be very helpful to you, hopefully.
09:15:00   5             MR. DOYLE:  Yes, Your Honor.  I already do have the
09:15:01   6    trial package, but I'm not sure that it's comprehensive.  If
09:15:05   7    there is anything else I need, we've already discussed, I'll
09:15:06   8    get in touch with Mr. Davis.
09:15:07   9             THE COURT:  Good.  Okay.  That's fine.  Thanks.
09:15:07  10             MR. DOYLE:  Thank you, Your Honor.
09:15:11  11             THE COURT:  Anything else?
09:15:11  12             Harry, do you have anything?
09:15:13  13             MR. ROSENBERG:  Your Honor, I was just going to add
09:15:15  14    that, on behalf of the four separate independent entities,
09:15:20  15    Taishan, CNBM, BNBM, PLC, and BNBM Group, we have nothing to
09:15:26  16    add to the Court's agenda for this morning.
09:15:28  17             There are other matters for next month,
09:15:30  18    Your Honor.
09:15:30  19             THE COURT:  All right.
09:15:32  20             MR. HERMAN:  May it please the Court.  I just want to
09:15:34  21    indicate we did provide, some weeks ago, as learned counsel
09:15:39  22    said, the Knauf trial package.  We are able, willing to provide
09:15:48  23    anything referenced in the trial package and any supplement.
09:15:53  24             THE COURT:  All right.  The next conference is on
09:15:58  25    August 14th, 2018, and the following one is September 13, 2018,
```

*OFFICIAL TRANSCRIPT*

|          |    |                                                                              |
|----------|----|------------------------------------------------------------------------------|
| 09:16:05 | 1  | at 8:30 for the liaison lead counsel, and 9:00 for the formal                |
| 09:16:14 | 2  | hearing.                                                                     |
| 09:16:15 | 3  | We'll take a break at this time. At 9:30, we                                 |
| 09:16:18 | 4  | have the motions.                                                            |
| 09:16:19 | 5  | If we have any motions, they really don't involve                            |
| 09:16:26 | 6  | Taishan in any way; but, you certainly can stay, if you would                |
| 09:16:29 | 7  | like.                                                                        |
| 09:16:29 | 8  | Court will stand in recess until 9:30.                                       |
|          | 9  | (WHEREUPON, at 9:16 a.m., a recess was taken.)                               |
|          | 10 | *   *   *                                                                    |
|          | 11 | REPORTER'S CERTIFICATE                                                       |
|          | 12 |                                                                              |
|          | 13 | I, Cathy Pepper, Certified Realtime Reporter, Registered                     |
|          | 14 | Merit Reporter, Certified Court Reporter in and for the State                |
|          | 15 | of Louisiana, Official Court Reporter for the United States                  |
|          | 16 | District Court, Eastern District of Louisiana, do hereby                     |
|          | 17 | certify that the foregoing is a true and correct transcript to               |
|          | 18 | the best of my ability and understanding from the record of the              |
|          | 19 | proceedings in the above-entitled and numbered matter.                       |
|          | 20 |                                                                              |
|          | 21 | *s/Cathy Pepper*                                                             |
|          | 22 | Cathy Pepper, CRR, RMR, CCR                                                  |
|          | 23 | Certified Realtime Reporter  Registered Merit Reporter                       |
|          | 24 | Official Court Reporter  United States District Court                        |
|          | 25 | Cathy_Pepper@laed.uscourts.gov                                               |

***OFFICIAL TRANSCRIPT***

## 0

**09-MD-2047** [1] - 1:6

## 1

**1** [4] - 8:12, 9:15, 9:25, 10:22
**101** [1] - 7:1
**11** [1] - 7:13
**1100** [1] - 2:5
**12** [1] - 7:14
**1201** [1] - 2:24
**13** [4] - 4:21, 7:17, 7:19, 14:25
**14** [2] - 4:20, 4:21
**14th** [2] - 6:4, 14:25
**14TH** [2] - 4:5, 4:20
**15** [2] - 4:23, 8:2
**15TH** [1] - 4:10
**15th** [1] - 7:7
**18** [2] - 1:7, 5:2
**19106** [1] - 1:23

## 2

**2** [9] - 4:14, 7:3, 8:3, 8:9, 8:17, 10:5, 10:7, 10:22, 10:24
**2000** [1] - 2:18
**201** [2] - 2:14, 3:5
**2018** [5] - 1:7, 5:2, 6:4, 14:25
**2018..........** [1] - 4:21
**2018.............** [1] - 4:20
**2018...........................
...................** [1] - 4:6
**2047** [1] - 5:12
**21** [1] - 12:12
**23510** [1] - 2:10
**2800** [2] - 2:4, 2:5

## 3

**3** [3] - 8:9, 10:14, 10:24
**30309** [1] - 2:24
**310** [1] - 2:9
**3600** [1] - 2:14
**365** [1] - 2:18

## 4

**4** [1] - 9:7
**40TH** [1] - 3:5

## 5

**500** [2] - 1:23, 3:11
**504** [1] - 3:12
**510** [1] - 1:23
**580** [1] - 2:9
**589-7779** [1] - 3:12

## 6

**6** [3] - 4:6, 4:7, 4:8

## 7

**7** [5] - 4:9, 4:10, 4:11, 4:12, 4:13
**70113** [1] - 1:19
**70130** [2] - 2:19, 3:12
**70163** [1] - 2:5
**70170** [2] - 2:14, 3:6

## 8

**8** [4] - 4:14, 4:15, 4:16, 4:17
**820** [1] - 1:19
**8:30** [2] - 4:22, 15:1

## 9

**9** [2] - 4:18, 4:19
**9:00** [2] - 4:22, 15:1
**9:16** [1] - 15:9
**9:30** [5] - 9:11, 9:14, 11:3, 15:3, 15:8

## A

**a.m** [1] - 15:9
**ability** [1] - 15:18
**able** [3] - 10:7, 10:14, 14:22
**above-entitled** [1] - 15:19
**access** [1] - 14:3
**ACTION** [1] - 4:8
**Action** [1] - 6:21
**add** [3] - 12:7, 14:13, 14:16
**added** [1] - 12:4
**address** [2] - 7:23, 11:15
**addressed** [2] - 7:3, 11:15
**agenda** [1] - 14:16
**ago** [2] - 5:24, 14:21
**agree** [1] - 12:22
**ALEX** [1] - 3:5
**ALL** [1] - 1:9
**Allen** [1] - 7:10
**ALLEN** [1] - 4:11
**alphabet** [1] - 9:21
**ALSO** [1] - 3:7
**ALSTON** [1] - 2:22
**Amended** [3] - 12:2, 12:7, 12:9
**Amendment** [1] - 12:12
**AND** [5] - 2:3, 2:17, 2:21, 4:5, 4:22
**answer** [1] - 12:13
**appearance** [1] - 5:14
**APPEARANCES** [3] - 1:15, 2:1, 3:1
**appearing** [1] - 7:15
**ARATA** [1] - 3:3
**areas** [2] - 9:17, 10:8
**argument** [1] - 7:6
**ARNOLD** [1] - 1:22
**aspect** [2] - 9:16, 9:19
**assigned** [1] - 7:5
**ATLANTA** [1] - 2:24
**ATLANTIC** [1] - 2:23
**attended** [1] - 7:9
**attention** [1] - 6:5
**attorney's** [2] - 10:2, 10:4
**AUGUST** [3] - 4:5, 4:10, 4:20
**August** [4] - 6:4, 7:7, 8:12, 14:25
**available** [1] - 13:25
**AVENUE** [3] - 1:19, 2:14, 3:5
**aware** [1] - 8:22

## B

**B406** [1] - 3:11
**BAKER** [1] - 2:12
**BE** [3] - 4:3, 4:4, 4:5
**BEARMAN** [1] - 2:12
**BEFORE** [1] - 1:12
**behalf** [5] - 5:17, 7:12, 8:1, 13:2, 14:14
**BENJAMIN** [1] - 2:3
**Bennett** [3] - 7:14, 11:6, 13:2
**BENNETT** [1] - 4:12
**BERKOWITZ** [1] - 2:13
**BERMAN** [1] - 1:21
**BERNARD** [1] - 2:23
**best** [1] - 15:18
**better** [1] - 12:19
**between** [1] - 9:8
**BIRD** [1] - 2:22
**bit** [1] - 9:23
**BNBM** [3] - 5:19, 14:15
**BNMB** [1] - 2:16
**boiled** [1] - 9:17
**break** [1] - 15:3
**Breit** [1] - 7:11
**brief** [1] - 11:12
**briefing** [1] - 7:18
**BY** [10] - 1:18, 1:22, 2:4, 2:9, 2:13, 2:18, 2:22, 3:4, 3:14, 3:15

## C

**CALDWELL** [1] - 2:13
**CALLED** [1] - 5:4
**CANAL** [1] - 2:18
**cannot** [2] - 6:6, 6:7
**case** [8] - 5:11, 7:14, 9:15, 9:16, 9:22, 13:1, 13:5, 13:6
**CASE.......................
...............** [1] - 4:12
**CASES** [2] - 1:9, 4:4
**cases** [7] - 6:3, 6:8, 6:18, 11:20, 11:22, 12:19, 12:21
**Cathy** [2] - 15:13, 15:22
**CATHY** [1] - 3:10
**Cathy_Pepper@laed.uscourts.gov** [2] - 3:13, 15:24
**CAUSE** [1] - 4:4
**CCR** [2] - 3:10, 15:22
**CENTER** [1] - 2:23
**CENTRE** [1] - 2:4
**CERTAIN** [1] - 4:14
**certain** [8] - 6:6, 8:3, 10:8, 10:18, 12:2, 12:3, 12:11
**certainly** [1] - 15:6
**certificate** [1] - 8:22
**CERTIFICATE** [1] - 15:11
**CERTIFIED** [2] - 3:10, 3:11
**Certified** [3] - 15:13, 15:14, 15:22
**certify** [1] - 15:17
**change** [1] - 6:1
**CHARLES** [2] - 2:14, 3:5
**CHINESE** [1] - 1:4
**Chinese** [4] - 5:13, 8:24, 9:18, 9:21
**CHINESE-MANUFACTURED** [1] - 1:4
**Chinese-Manufactured** [1] - 5:13
**CHRISTINA** [1] - 2:22
**CIVIL** [1] - 1:6
**claim** [1] - 8:17
**claimant** [2] - 8:17, 12:6
**claimants** [1] - 12:2
**claims** [5] - 8:3, 8:5, 8:8, 8:15, 9:6
**CLAIMS........** [1] - 4:14
**Class** [1] - 6:21
**CLASS** [1] - 4:8
**cleaned** [1] - 13:15
**CLERK** [3] - 5:7, 5:12, 9:12
**client** [1] - 9:1
**closed** [2] - 8:19, 8:23
**CNBM** [3] - 2:17, 5:19, 14:15
**CO** [2] - 2:21, 2:22
**COMMITTEE** [1] - 2:8
**companies** [1] - 12:11
**company** [1] - 9:18
**Complaint** [3] - 12:3, 12:8, 12:9
**Complaints** [1] - 6:21
**COMPLAINTS.................
..........** [1] - 4:8
**complete** [2] - 8:9, 8:12
**complex** [1] - 9:23
**comprehensive** [1] - 14:6
**COMPUTER** [1] - 3:15
**CONFERENCE** [4] - 1:12, 4:10, 4:20, 4:21
**conference** [13] - 5:23, 7:8, 7:9, 7:11, 8:14, 11:6, 11:10, 11:11, 11:13, 11:15, 13:8, 13:9, 14:24
**conferences** [1] - 13:22
**confirm** [1] - 8:24
**confirmatory** [1] - 13:10
**CONTINUED** [2] - 2:1, 3:1
**contractor** [2] - 9:7, 9:9
**CONVERTED** [1] - 4:3
**converted** [1] - 6:2
**Cook** [1] - 7:9

Case 2:09-md-02047-EEF-MBN   Document 21602   Filed 07/26/18   Page 17 of 19

2

**COORDINATION** [1] - 2:8
**corporate** [1] - 9:21
**correct** [1] - 15:17
**cost** [1] - 10:8
**costs** [4] - 10:2, 10:3, 10:4, 10:9
**COUNSEL** [4] - 1:17, 2:12, 2:17, 4:22
**counsel** [9] - 5:14, 5:19, 5:24, 7:21, 7:22, 8:12, 8:21, 14:21, 15:1
**couple** [1] - 13:9
**course** [2] - 6:14, 10:1
**court** [2] - 7:11, 15:8
**Court** [14] - 5:20, 6:8, 6:17, 8:4, 8:22, 11:3, 11:7, 12:15, 14:20, 15:14, 15:15, 15:16, 15:23, 15:24
**COURT** [25] - 1:1, 3:10, 5:4, 5:8, 5:11, 5:14, 5:22, 6:21, 7:24, 9:10, 9:13, 11:9, 11:17, 12:17, 12:25, 13:6, 13:13, 13:16, 13:20, 13:24, 14:3, 14:9, 14:11, 14:19, 14:24
**Court's** [2] - 6:22, 14:16
**CRR** [2] - 3:10, 15:22
**CURRAULT** [1] - 3:4

**D**

**DANIEL** [1] - 2:13
**Danny** [2] - 5:16, 7:25
**DAVID** [1] - 2:3
**Davis** [2] - 13:21, 14:8
**DAVIS** [1] - 1:18
**days** [1] - 12:12
**deadlines** [1] - 12:16
**deal** [1] - 11:4
**dealing** [1] - 10:20
**Dean** [1] - 9:11
**decide** [1] - 10:15
**decision** [4] - 6:16, 10:23, 10:25
**decisions** [1] - 10:8
**defendants** [5] - 5:17, 7:22, 8:1, 12:10, 12:14
**delays** [2] - 11:2
**DEPUTY** [3] - 5:7, 5:12, 9:12
**designated** [1] - 13:21
**determines** [1] - 6:13

**developed** [1] - 13:25
**difficult** [1] - 8:23
**discount** [1] - 10:15
**discovery** [2] - 12:15, 12:20
**discuss** [1] - 9:1
**discussed** [4] - 11:23, 12:11, 13:8, 14:7
**DISMISS** [1] - 4:3
**dismiss** [1] - 6:2
**Dismiss** [1] - 7:4
**DISMISSED** [1] - 4:5
**dismissed** [1] - 6:4
**dismissing** [2] - 6:8, 6:18
**DISTRICT** [3] - 1:1, 1:1, 1:13
**District** [3] - 15:16, 15:24
**DOCKET** [1] - 1:6
**DOCUMENT** [1] - 1:9
**done** [1] - 10:1
**DONELSON** [1] - 2:12
**DONNA** [1] - 3:4
**down** [1] - 9:17
**Doyle** [6] - 7:15, 11:7, 11:18, 12:5, 13:2, 13:18
**DOYLE** [8] - 3:7, 12:24, 13:2, 13:7, 13:14, 14:2, 14:5, 14:10
**DRYWALL** [1] - 1:5
**drywall** [1] - 8:24
**Drywall** [1] - 5:13
**DUGGAN** [1] - 1:22
**DUNBAR** [1] - 2:17
**DUPLANTIS** [1] - 3:3
**during** [1] - 10:1
**dust** [1] - 8:24
**DYSART** [7] - 2:13, 5:16, 7:25, 11:5, 11:11, 12:1, 13:5
**Dysart** [2] - 5:16, 7:25

**E**

**EAGAN** [2] - 3:3, 3:4
**EAST** [1] - 2:9
**Eastern** [1] - 15:16
**EASTERN** [1] - 1:1
**effect** [1] - 6:1
**EIKHOFF** [1] - 2:22
**either** [2] - 8:9, 10:15
**ELDON** [1] - 1:12
**Emma** [1] - 8:25
**EMMA** [1] - 3:8
**ENERGY** [1] - 2:4
**entities** [2] - 9:21, 14:14
**ENTITIES** [2] - 2:17
**entitled** [1] - 15:19
**environmental** [1] - 8:21
**ESQUIRE** [15] - 1:18, 1:18, 1:22, 1:22, 2:4, 2:9, 2:13, 2:18, 2:22, 2:23, 3:4, 3:4, 3:5, 3:7, 3:8
**essentially** [1] - 10:15
**EWELL** [1] - 3:4
**exactly** [2] - 10:12, 13:19
**except** [1] - 12:6
**excuses** [1] - 6:16
**expected** [1] - 8:12
**EXTINGUISH** [1] - 4:14
**extinguish** [1] - 8:3
**extinguished** [1] - 8:6

**F**

**fact** [3] - 6:11, 6:12, 6:13
**fairness** [1] - 7:10
**FAIRNESS** [1] - 4:11
**FALLON** [1] - 1:12
**Fallon** [3] - 5:16, 5:18, 5:21
**fees** [2] - 10:2, 10:4
**Fifth** [1] - 12:2
**file** [2] - 12:10, 12:13
**filed** [2] - 12:10, 12:12
**fill** [2] - 6:7, 6:15
**filled** [1] - 6:13
**fine** [3] - 11:11, 12:22, 14:9
**FISHBEIN** [1] - 1:21
**FLOOR** [1] - 3:5
**FLORIDA** [1] - 4:10
**Florida** [2] - 7:7, 7:9
**follow** [1] - 11:14
**FOLLOWING** [1] - 4:21
**following** [1] - 14:25
**FOR** [8] - 1:17, 2:7, 2:12, 2:16, 2:21, 4:5, 4:22
**foregoing** [1] - 15:17
**FORMAL** [1] - 4:23
**formal** [1] - 15:1
**forms** [3] - 6:7, 6:8, 7:4
**forthcoming** [1] - 6:17
**four** [1] - 14:14
**full** [1] - 12:6
**future** [1] - 12:15

**G**

**GA** [1] - 2:24
**GAINSBURGH** [1] - 2:3
**gentlemen** [1] - 5:9
**GERALD** [1] - 2:4
**German** [1] - 9:17
**given** [2] - 6:7, 6:22
**Glickman** [1] - 9:5
**GLICKMAN**................ .......................... [1] - 4:18
**GORDON** [1] - 3:3
**GRAHAM** [1] - 4:16
**Graham** [1] - 8:6
**Group** [1] - 14:15
**GYPSUM** [1] - 2:21

**H**

**handle** [1] - 11:7
**Harry** [2] - 5:19, 14:12
**HARRY** [1] - 2:18
**HEARD** [1] - 1:12
**heard** [1] - 9:11
**hearing** [2] - 7:10, 15:2
**HEARING**................... .......... [1] - 4:11
**HEARING**................... .................... [1] - 4:23
**helpful** [1] - 14:4
**hereby** [1] - 15:16
**Herman** [2] - 5:21, 11:6
**HERMAN** [7] - 1:17, 1:18, 5:20, 6:20, 6:22, 14:20
**holding** [1] - 8:16
**home** [2] - 9:25, 10:6
**homeowner** [1] - 9:9
**Honor** [17] - 5:10, 6:20, 6:22, 7:3, 7:8, 7:20, 7:25, 11:5, 12:1, 13:4, 13:18, 13:23, 14:2, 14:5, 14:10, 14:13, 14:18
**HONORABLE** [1] - 1:12
**hopefully** [1] - 14:4
**hundred** [1] - 10:3

**I**

**important** [1] - 6:9
**IN** [1] - 1:4

**independent** [1] - 14:14
**indicate** [1] - 14:21
**individual** [2] - 9:21, 11:20
**individuals** [5] - 9:13, 10:5, 10:6, 10:10, 10:22
**inspection** [2] - 10:1, 13:11
**inspections** [1] - 13:10
**inspector** [1] - 8:23
**instead** [2] - 6:11, 8:18
**interested** [1] - 11:21
**interrogatories** [1] - 6:10
**INTO** [1] - 4:3
**involve** [1] - 15:5
**IS** [2] - 4:20, 4:21
**issue** [2] - 7:5, 9:1
**issues** [4] - 8:15, 9:7, 9:8, 11:14
**IV** [1] - 7:4

**J**

**JIMMY** [1] - 3:7
**Jimmy** [3] - 12:25, 13:2, 13:24
**JR** [1] - 3:4
**JUDGE** [1] - 1:13
**Judge** [5] - 5:16, 5:18, 5:21, 7:9, 11:12
**judge's** [1] - 7:11
**JULY** [2] - 1:7, 5:2

**K**

**KATZ** [1] - 1:17
**keep** [1] - 10:17
**Kerry** [1] - 7:23
**kind** [2] - 8:16, 12:17
**KNAUF** [1] - 2:12
**Knauf** [6] - 5:17, 8:1, 9:16, 9:19, 9:22, 14:22
**Knauf's** [1] - 7:15

**L**

**LA** [6] - 1:19, 2:5, 2:14, 2:19, 3:6, 3:12
**ladies** [1] - 5:9
**last** [3] - 11:13, 12:1, 13:8
**LAW** [1] - 2:8

**LEAD** [1] - 4:22
**lead** [2] - 5:23, 15:1
**learned** [1] - 14:21
**Lenny** [1] - 13:21
**LEONARD** [1] - 1:18
**LEVIN** [4] - 1:21, 1:22, 13:18, 13:21
**Liability** [1] - 5:13
**LIABILITY** [1] - 1:5
**Liaison** [1] - 5:14
**LIAISON** [4] - 1:17, 2:12, 2:17, 4:22
**liaison** [4] - 5:19, 5:24, 7:21, 15:1
**list** [2] - 12:5, 12:6
**listed** [1] - 6:25
**listen** [1] - 6:16
**listening** [1] - 6:24
**LITIGATION** [1] - 1:5
**litigation** [3] - 6:9, 6:11, 6:14
**Litigation** [1] - 5:13
**LOUISIANA** [3] - 1:1, 1:7, 4:9
**Louisiana** [3] - 7:5, 15:15, 15:16
**LTD** [2] - 2:21, 2:22

**M**

**MAIN** [1] - 2:9
**Manufactured** [1] - 5:13
**MANUFACTURED** [1] - 1:4
**manufacturer** [1] - 9:18
**manufacturers** [1] - 9:17
**Maria** [1] - 8:6
**MARIA** [1] - 4:15
**material** [2] - 5:24, 13:25
**matter** [3] - 7:17, 11:5, 15:19
**matters** [3] - 7:20, 7:21, 14:17
**MCCOLLAM** [1] - 3:3
**MDL** [1] - 5:12
**MECHANICAL** [1] - 3:14
**meet** [1] - 5:23
**MERIT** [1] - 3:11
**Merit** [2] - 15:14, 15:23
**MEUNIER** [2] - 2:3, 2:4
**Mike** [1] - 9:4
**Milestone** [1] - 9:7

**milestones** [1] - 8:18
**Miller's** [1] - 7:23
**moment** [1] - 5:24
**money** [2] - 10:15, 10:17
**month** [1] - 14:17
**monthly** [1] - 5:22
**morning** [6] - 5:9, 5:10, 5:16, 5:18, 5:20, 14:16
**mostly** [1] - 11:14
**Motion** [1] - 7:4
**motion** [2] - 8:2, 8:3
**MOTION** [1] - 4:14
**motions** [8] - 6:2, 9:10, 11:3, 12:11, 12:13, 15:4, 15:5
**MOTIONS** [1] - 4:3
**move** [1] - 6:23
**MR** [21] - 5:16, 5:18, 5:20, 6:20, 6:22, 7:25, 11:5, 11:11, 12:1, 12:24, 13:2, 13:5, 13:7, 13:14, 13:18, 13:21, 14:2, 14:5, 14:10, 14:13, 14:20

**N**

**need** [2] - 6:13, 14:7
**needed** [1] - 12:3
**NEW** [7] - 1:7, 1:19, 2:5, 2:14, 2:19, 3:6, 3:12
**next** [3] - 8:14, 14:17, 14:24
**NEXT** [1] - 4:20
**NO** [1] - 1:6
**NORFOLK** [1] - 2:10
**NOT** [1] - 4:4
**nothing** [2] - 6:20, 14:15
**Number** [1] - 7:1
**numbered** [1] - 15:19

**O**

**O'KEEFE** [1] - 1:19
**OF** [4] - 1:1, 1:12, 2:8, 4:6
**office** [2] - 7:15, 7:23
**OFFICES** [1] - 2:8
**Official** [2] - 15:15, 15:23
**OFFICIAL** [1] - 3:10
**OMNIBUS** [1] - 4:8
**Omnibus** [1] - 6:21

**ON** [1] - 4:20
**once** [3] - 8:22, 12:9, 12:12
**one** [11] - 7:8, 8:16, 9:17, 9:19, 9:24, 12:6, 13:5, 13:6, 13:10, 13:11, 14:25
**ONE** [1] - 2:23
**opportunity** [2] - 5:23, 6:15
**opposition** [1] - 8:7
**opted** [1] - 11:20
**OPTION** [1] - 4:14
**option** [2] - 9:24, 10:10
**Option** [13] - 8:3, 8:9, 8:17, 9:15, 9:25, 10:5, 10:7, 10:14, 10:22, 10:24
**options** [1] - 9:23
**ORDER** [1] - 5:4
**Orders** [1] - 6:19
**ORDERS**................. [1] - 4:7
**originally** [1] - 8:17
**ORLEANS** [7] - 1:7, 1:19, 2:5, 2:14, 2:19, 3:6, 3:12
**otherwise** [1] - 12:13
**own** [1] - 12:23
**owned** [2] - 9:18, 9:19

**P**

**PA** [1] - 1:23
**package** [3] - 14:6, 14:22, 14:23
**page** [2] - 7:1, 7:17
**PAGE** [1] - 4:2
**Page** [5] - 7:3, 7:13, 7:14, 7:19, 8:2
**paid** [2] - 10:2, 10:4
**paperwork** [3] - 9:8, 13:7, 13:9
**parent** [1] - 12:11
**Parker** [1] - 7:17
**PARKER**................. [1] - 4:13
**particular** [2] - 7:21, 12:19
**parties** [3] - 6:5, 6:11, 11:23
**PEACHTREE** [1] - 2:24
**people** [1] - 10:21
**Pepper** [3] - 15:13, 15:21, 15:22
**PEPPER** [1] - 3:10

**percent** [1] - 10:3
**person** [2] - 7:16, 9:24
**PHELPS** [1] - 2:17
**PHILADELPHIA** [1] - 1:23
**phone** [4] - 7:16, 9:5, 9:13, 9:14
**plaintiff** [1] - 11:14
**plaintiffs** [3] - 5:21, 7:12, 13:3
**PLAINTIFFS'** [1] - 1:17
**plaintiffs'** [2] - 8:11, 8:21
**Plan** [1] - 7:5
**PLAN**......................... [1] - 4:9
**plans** [1] - 11:24
**PLASTERBOARD** [1] - 2:22
**PLC** [1] - 14:15
**point** [5] - 9:3, 11:4, 11:22, 12:9, 12:13
**potential** [2] - 8:15, 9:1
**POYDRAS** [2] - 2:5, 3:11
**prefer** [1] - 12:23
**prejudice** [2] - 6:8, 6:18
**PRESENT** [1] - 3:7
**presenting** [1] - 7:12
**PRETRIAL** [1] - 4:7
**Pretrial** [1] - 6:19
**pretty** [1] - 11:12
**privy** [1] - 13:21
**procedures** [1] - 10:19
**proceedings** [1] - 15:19
**PROCEEDINGS** [3] - 1:12, 3:14, 5:1
**PRODUCED** [1] - 3:15
**Products** [1] - 5:13
**PRODUCTS** [1] - 1:5
**profile** [1] - 7:4
**property** [1] - 8:19
**propose** [1] - 12:18
**prove** [1] - 6:6
**provide** [3] - 8:4, 14:21, 14:22
**provides** [1] - 6:12
**PSC** [2] - 7:9, 13:25

**R**

**Randolph** [1] - 8:16
**RANDOLPH** [1] - 4:17
**RE** [1] - 1:4
**re** [1] - 5:12

**ready** [1] - 11:22
**really** [2] - 9:23, 15:5
**Realtime** [2] - 15:13, 15:22
**REALTIME** [1] - 3:10
**reason** [1] - 11:2
**recess** [2] - 15:8, 15:9
**recommendation** [1] - 11:9
**recommendations** [1] - 12:23
**record** [4] - 5:15, 6:24, 8:4, 15:18
**RECORDED** [1] - 3:14
**referenced** [2] - 11:6, 14:23
**referred** [1] - 9:20
**Registered** [1] - 15:13
**registered** [1] - 15:23
**reimbursed** [1] - 10:7
**RELATES** [1] - 1:9
**relating** [1] - 7:4
**remaining** [1] - 8:8
**remediate** [3] - 10:11, 10:16
**remediated** [3] - 8:18, 9:25, 10:6
**remediation** [5] - 9:24, 10:1, 10:3, 10:7, 10:9
**remediations** [1] - 8:10
**removed** [2] - 8:24, 12:3
**report** [4] - 6:25, 7:2, 11:19, 13:12
**Report** [1] - 7:1
**REPORTER** [3] - 3:10, 3:10, 3:11
**Reporter** [7] - 15:13, 15:14, 15:15, 15:22, 15:23, 15:23
**REPORTER'S** [1] - 15:11
**represented** [1] - 9:4
**request** [1] - 12:12
**requirements** [1] - 10:18
**reset** [2] - 8:2, 8:13
**resolved** [1] - 9:22
**respect** [2] - 8:5, 12:11
**RICHARD** [2] - 2:8, 2:9
**Richard** [1] - 7:12
**rise** [1] - 5:7
**RMR** [2] - 3:10, 15:22
**Rodriguez** [1] - 9:6
**RODRIGUEZ**.............
..............................

[1] - 4:19
**ROOM** [1] - 3:11
**room** [2] - 11:10, 11:12
**Rosenberg** [1] - 5:19
**ROSENBERG** [3] - 2:18, 5:18, 14:13
**ROTHENBERG** [1] - 3:5
**RULE** [1] - 4:4
**rule** [1] - 6:3
**ruled** [1] - 13:10
**RUSS** [1] - 1:18
**Russ** [1] - 5:21
**Russel** [1] - 8:6
**RUSSEL**.....................
................. [1] - 4:16
**Ryan** [1] - 9:4

**S**

**s/Cathy** [1] - 15:21
**Salinas** [1] - 8:6
**SALINAS**.....................
..................... [1] - 4:15
**SANDRA** [1] - 1:22
**schedule** [3] - 6:22, 7:18, 12:20
**scheduled** [3] - 7:8, 7:10, 7:18
**SCHEDULED....** [1] - 4:10
**scheduling** [2] - 12:15, 12:18
**SCHWAB** [1] - 3:8
**Schwab** [1] - 8:25
**seated** [1] - 5:8
**section** [1] - 7:2
**Section** [5] - 7:4, 7:13, 7:14, 7:17, 7:19
**SEDRAN** [1] - 1:21
**see** [4] - 7:20, 11:15, 11:18, 12:20
**seeking** [1] - 8:21
**select** [2] - 9:25, 10:5
**sense** [3] - 12:19, 12:20, 12:21
**separate** [1] - 14:14
**SEPTEMBER** [1] - 4:21
**September** [1] - 14:25
**serious** [1] - 6:6
**seriously** [1] - 6:14
**Serpe** [1] - 7:12
**SERPE** [2] - 2:8, 2:9
**served** [2] - 12:10, 12:14
**set** [2] - 6:4, 11:3
**SET** [1] - 4:5

**settled** [1] - 9:15
**settlement** [2] - 9:22, 11:21
**settling** [1] - 11:21
**sheets** [3] - 6:12, 6:13
**shortly** [1] - 8:13
**SHOULD** [1] - 4:4
**show** [1] - 6:3
**SHOW** [1] - 4:4
**side** [1] - 6:12
**simply** [1] - 13:11
**situation** [1] - 6:6
**situations** [1] - 11:1
**Sixth** [3] - 12:7, 12:9, 12:12
**solutions** [1] - 9:2
**speaking** [1] - 8:20
**spoken** [2] - 8:25, 13:18
**SR** [1] - 2:23
**ST** [2] - 2:14, 3:5
**stand** [1] - 15:8
**state** [2] - 6:24, 7:18
**State** [1] - 15:14
**STATE/FEDERAL** [1] - 2:7
**STATES** [2] - 1:1, 1:13
**States** [2] - 15:15, 15:24
**Status** [1] - 7:1
**status** [14] - 5:22, 6:25, 7:2, 7:7, 7:8, 7:11, 8:4, 8:14, 11:6, 11:13, 12:2, 13:8
**STATUS** [2] - 1:12, 4:10
**stay** [1] - 15:6
**STENOGRAPHY** [1] - 3:14
**still** [1] - 12:6
**STREET** [6] - 1:23, 2:5, 2:9, 2:18, 2:24, 3:11
**stuck** [1] - 8:16
**submit** [1] - 8:18
**submitted** [1] - 9:8
**subsidiary** [2] - 9:18, 9:19
**SUITE** [5] - 1:23, 2:5, 2:9, 2:14, 2:18
**supplement** [1] - 14:23
**supposed** [1] - 9:10
**switch** [1] - 8:9

**T**

**TAI'AN** [1] - 2:21
**TAISHAN** [4] - 2:16,

2:21, 2:21, 4:3
**Taishan** [6] - 5:19, 6:2, 7:22, 9:20, 14:15, 15:6
**TAYLOR** [1] - 2:23
**telephonic** [1] - 13:8
**terms** [1] - 12:15
**THAT** [1] - 4:5
**THE** [34] - 1:12, 1:17, 2:7, 2:12, 2:16, 4:4, 4:5, 4:22, 5:7, 5:8, 5:11, 5:12, 5:14, 5:22, 6:21, 7:24, 9:10, 9:12, 9:13, 11:9, 11:17, 12:17, 12:25, 13:6, 13:13, 13:16, 13:20, 13:24, 14:3, 14:9, 14:11, 14:19, 14:24
**themselves** [1] - 10:12
**thereafter** [1] - 8:13
**third** [1] - 10:10
**THIS** [1] - 1:9
**three** [2] - 8:15, 9:23
**TO** [5] - 1:9, 4:3, 4:4, 4:14, 5:4
**today** [3] - 5:22, 8:2, 11:24
**together** [3] - 11:23, 12:18, 13:17
**touch** [1] - 14:8
**TRANSCRIPT** [2] - 1:12, 3:14
**transcript** [1] - 15:17
**TRIAL** [1] - 4:9
**trial** [5] - 11:24, 12:16, 14:6, 14:22, 14:23
**Trial** [1] - 7:5
**true** [1] - 15:17
**try** [2] - 9:14, 11:22
**trying** [1] - 11:4
**two** [4] - 8:5, 9:4, 9:6, 9:17
**type** [1] - 6:10

**U**

**UNITED** [2] - 1:1, 1:13
**United** [2] - 15:15, 15:24
**unless** [1] - 7:21
**unsure** [1] - 12:7
**up** [4] - 8:19, 8:23, 11:14, 13:15
**update** [1] - 8:14
**updates** [1] - 11:25

**V**

**VA** [1] - 2:10
**various** [2] - 7:22, 13:22
**VI** [1] - 7:14
**VIII** [2] - 7:17, 7:19
**Vincent** [3] - 8:17, 9:2
**VINCENT**....................
................. [1] - 4:17
**VOICES** [1] - 5:10

**W**

**waiting** [4] - 13:7, 13:9, 13:10, 13:11
**wallflowers** [1] - 13:19
**walls** [2] - 8:19, 8:22
**WALNUT** [1] - 1:23
**wants** [1] - 11:7
**WARSHAUER** [1] - 2:3
**WEDNESDAY** [2] - 1:7, 5:2
**week** [1] - 13:14
**weeks** [1] - 14:21
**WEST** [1] - 2:24
**WHEREUPON** [1] - 15:9
**wholly** [2] - 9:18, 9:19
**wholly-owned** [2] - 9:18, 9:19
**WHY** [1] - 4:4
**WILL** [2] - 4:3, 4:5
**willing** [1] - 14:22