UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

***************************************************************

IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION

CIVIL DOCKET NO. 09-MD-2047 "L"
NEW ORLEANS, LOUISIANA
WEDNESDAY, JULY 18, 2018

THIS DOCUMENT RELATES TO ALL CASES

***************************************************************

TRANSCRIPT OF MOTIONS HEARING PROCEEDINGS
HEARD BEFORE THE HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE PLAINTIFFS' LIAISON COUNSEL:

HERMAN HERMAN KATZ
BY: RUSS M. HERMAN, ESQUIRE
LEONARD A. DAVIS, ESQUIRE
820 O'KEEFE AVENUE
NEW ORLEANS, LA 70113

LEVIN, FISHBEIN, SEDRAN & BERMAN
BY: ARNOLD LEVIN, ESQUIRE
SANDRA L. DUGGAN, ESQUIRE
510 WALNUT STREET, SUITE 500
PHILADELPHIA, PA 19106

APPEARANCES CONTINUED:

GAINSBURGH BENJAMIN DAVID MEUNIER AND WARSHAUER
BY: GERALD E. MEUNIER, ESQUIRE
2800 ENERGY CENTRE
1100 POYDRAS STREET, SUITE 2800
NEW ORLEANS, LA 70163

FOR THE STATE/FEDERAL COORDINATION COMMITTEE:

LAW OFFICES OF RICHARD J. SERPE
BY: RICHARD SERPE, ESQUIRE
580 EAST MAIN STREET, SUITE 310
NORFOLK, VA 23510

FOR THE KNAUF LIAISON COUNSEL:

BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
BY: DANIEL S. DYSART, ESQUIRE
201 ST. CHARLES AVENUE, SUITE 3600
NEW ORLEANS, LA 70170

FOR THE TAISHAN, BNMB ENTITIES AND CNBM ENTITIES LIAISON COUNSEL:

PHELPS DUNBAR
BY: HARRY ROSENBERG, ESQUIRE
365 CANAL STREET, SUITE 2000
NEW ORLEANS, LA 70130

FOR TAISHAN GYPSUM CO., LTD, AND TAI'AN TAISHAN PLASTERBOARD CO., LTD.:

ALSTON & BIRD
BY: CHRISTINA H. EIKHOFF, ESQUIRE
BERNARD TAYLOR, SR., ESQUIRE
ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309

APPEARANCES CONTINUED:

GORDON, ARATA, MCCOLLAM, DUPLANTIS & EAGAN
BY: EWELL E. EAGAN, JR., ESQUIRE
DONNA P. CURRAULT, ESQUIRE
ALEX B. ROTHENBERG, ESQUIRE
201 ST. CHARLES AVENUE, 40TH FLOOR
NEW ORLEANS, LA 70170

ALSO PRESENT: MICHAEL RYAN, ESQUIRE

OFFICIAL COURT REPORTER: CATHY PEPPER, CRR, RMR, CCR
CERTIFIED REALTIME REPORTER
CERTIFIED MERIT REPORTER
500 POYDRAS STREET, ROOM B406
NEW ORLEANS, LA 70130
(504) 589-7779
Cathy_Pepper@laed.uscourts.gov

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY. TRANSCRIPT PRODUCED BY COMPUTER.

**P-R-O-C-E-E-D-I-N-G-S**

WEDNESDAY, JULY 18, 2018

M O R N I N G   S E S S I O N

(COURT CALLED TO ORDER)

09:29:43 THE COURT: Be seated, please.

09:29:43 We have before us several motions dealing with the Knauf defendant. The Knauf defendant indicates that there are several options that need to be picked, and some of the plaintiffs have delayed. The motion today is to discuss those claims.

09:30:09 I'll hear from the parties.

09:30:11 MR. DYSART: Good morning, Judge Fallon. Danny Dysart on behalf of the Knauf defendants.

09:30:15 Your Honor, this motion was originally filed, I believe, back in February or March, and it was reset a few times. We're giving a status report on these claims.

09:30:21 As I commented in the status conference, of the remaining Option 2 claims, two of those, it's my understanding from speaking with plaintiffs' counsel or not receiving any comment or opposition, that two can be extinguished without opposition. That would be Graham and Russel and Maria Salinas.

09:30:40 With respect to the remaining, except for three other claims, all of them will be resolved, it's my

understanding, or completed by August 1st. We would ask, for those claims, to extend our motion to the next status conference, where we can discuss whether they have been resolved or whether any further action needs to be taken.

THE COURT: What are those claims?

MR. DYSART: Put them on the record, Judge?

THE COURT: Yes.

MR. DYSART: So those claims are represented by Colson Hicks and Patrick Montoya. That's Rafael Santamaria; Sar Shalom; Visciglia; Prime Homes, which is the largest of the claimants, they have 24 individual claims. Those are all represented by Colson Hicks.

There is one represented by Parker Waichman. That's George Toran. That one is also expected to be resolved by August 1.

Julie and Mike Dalsin, they are represented by David Durkee, at Roberts & Durkee. They are expected to finish August 1 or shortly thereafter.

The remaining claims that have individual issues to them are: Randolph Vincent, which is represented by Barrios Kingsdorf; and, Raymond Rodriguez and David Glickman, both represented by Krupnick Campbell.

So those three claims are the ones that I think we need to have some further discussion on.

As to Randolph Vincent, I've spoken with

Ms. Schwab during the break, Your Honor, and we're going to explore some possibilities in terms of allowing an inspector to go back into the house and do some testing, and potentially give him an environmental certificate, which is the relief he wants.

So at this point, we would ask the Court to pass on that claim until August, and we can provide an update. Hopefully, by that time, Mr. Vincent will obtain the relief that he seeks, and we'll be satisfied with the claim.

THE COURT: We'll pass those claims until the August meeting.

With respect to the two claims that you've mentioned that should be dismissed, if you'll prepare a dismissal for those claims.

MR. DYSART: Yeah, that's the Glickman and Rodriguez claim.

Both of these, Your Honor, from my understanding, is that they are both expecting Milestone 4, which is the last payment, but they are unable to obtain that payment.

The way the process works is that they pick a contractor. The contractor submits their paperwork to BrownGreer at different milestones, Milestone 1, 2, 3 and 4. When those milestones are met, BrownGreer is able to release the funds from the remediation fund to that contractor, so that it's used for the remediation.

Both of these claims, they have contractor issues between the contractor and the claimant. It really has nothing to do with BrownGreer as the administrator or with the Knauf defendants. It's really a matter of they're unable to meet that final milestone because of problems that the individual homeowner is having with their contractor.

So, at this point, as far as the Knauf defendants are concerned, if they can't meet the milestone requirements and can't satisfy the settlement obligations, then the claim needs to be extinguished.

THE COURT: You should prepare an order to extinguish those two claims.

MR. DYSART: These two individual claims, separate from the motion that we filed?

THE COURT: Yes.

MR. RYAN: Judge, if I may, this is Mike Ryan. I represent the Glickmans and Mr. Rodriguez.

THE COURT: Sure. Go ahead, Mike.

MR. RYAN: Thank you for hearing this, this morning.

As is apparent from our motion, both Mr. Rodriguez and the Glickmans have traveled this nightmare far longer than they wanted to. This is not a situation where the plaintiffs have failed to act or in some manner did not meet the expectations. Instead, as you can see from both of the sworn affidavits, they have run into contractor problems,

09:34:49 to the point that, in Mr. Rodriguez's case, he has to consider obtaining counsel.

With respect to both of these, however, they have been put in a position where their contractors won't move forward unless they can be guaranteed payment. In the case of the Glickmans, their situation's become more complicated because of some subcontractor issues, and they've come out of pocket to satisfy the subcontractors. If either of them could get a loan to carry this forward and wait for the fourth payment, they would, but they are unable to.

Given the weight of what's fallen on these homeowners -- and I understand Knauf's need to want to move forward, as well as the Court's desire to try to close this matter -- but in weighing what the consequences are to the Glickmans and Mr. Rodriguez versus -- and I will say -- the minor inconvenience to Knauf of having to carry this forward, I think that weight of justice falls, frankly, on behalf of the homeowners.

I will make a suggestion that I pause in doing because it's not something I would normally do, but if the Court would just give me a second here, there may be another option to this.

I've suggested it to Knauf, and I'm hoping Danny will be able to go back and find out whether this is acceptable. But I think that if Knauf was to come out and

09:36:31 inspect and understand where these homeowners are, the real solution is probably to find a different way to close this matter.

Choosing Option 3 is not necessarily a productive way. It results in less money to the homeowner, as we understand it. We haven't received any information to what that would look like. But, really, what Knauf wants is to close this matter, and not be worried that they have any subsequent exposure.

While I really am not a fan of hold harmless and releases in that manner, given where these homeowners are, the evidence that's been put forward, the ability for Knauf to come and inspect and understand this, it seems to me that the best solution here is for Knauf to really think about whether they can craft a release and a complete hold harmless, so that there is no exposure, should there be any contractor issues, and simply let these homeowners have the final payment so they can finish their property.

It is consistent with the expectations of the settlement. These are not homeowners who are trying to work around the system. They've put forward a lot of evidence to explain why they are in this predicament.

It would satisfy both the need for these homeowners who, as the Court has said over and over, all of these homeowners were innocent victims. None of them chose to

travel this journey.

While I appreciate the patience of Knauf in working through this, there are some times where we have to look at this a little differently than just simply trying to extinguish the claim, particularly where these homeowners have come forward with evidence in support that says, we just simply are unable to move forward without the money.

THE COURT: Maybe there is a way that we can craft something, to where the funds are put in the registry of the Court, and that you are required to get some sort of motion signed by Knauf to release them. Maybe there is a way of crafting something there.

I hear you, and I think we ought to see if we can come up with some suggestion.

MR. DYSART: The other option, Your Honor -- and while I appreciate Mike and the indemnity, you know, we had a process in place in terms of how the funds should be released -

THE COURT: Yes.

MR. DYSART: -- and the releases that we receive from claimants, so I'm not sure that that's something that's really going to be available to my client.

But, one option that I think is a possibility is, like you said, putting the money in the registry of the Court and subpoenaing the contractors, having them come to court, explain why they haven't -- you know, why they refuse to go

forward.

Then have the homeowners come as well, or at least appear by phone, what have you, and sort of resolve the issue that way here in Court, as opposed to really doing something else.

THE COURT: Maybe there is a way of putting it in the registry of the Court, Mike, and then having the funds distributed before the Court. The contractor can come get the money, sign whatever documents, and have the money available to them. Make the distribution that way, to give everybody at least some comfort.

The concern of Knauf, of course, is that they pay the money, and then they don't hear from anybody, except in the future they get a lawsuit. So that is a legitimate concern. Your concern also seems to be a legitimate concern.

Maybe the way to do it is to have the funds deposited into the registry of the Court, and then the Court will distribute the funds to the parties in exchange for releases or something of that sort.

MR. RYAN: Judge, that may very well work, particularly in the case of the Glickmans, who their contractor seems to be more concerned about guarantee of payment.

THE COURT: Right.

MR. RYAN: It would allow those funds to be under the auspices of the Court, and would ensure that the funds did get

to the contractor.

With respect to any exposure, legal exposure on this, you know, again, while I'm unable to envision that exposure, I accept that Knauf may be worried about it. I think this would resolve that concern as well.

THE COURT: Let's get together, Danny, and see what you and Mike can come up with.

MR. DYSART: I'll get with Mike, and we'll see if we can present some type of motion to put those funds into the Court, some kind of prerequisite for the release.

THE COURT: Okay. All right. I'll pass that one, then, Mike.

MR. RYAN: Thank you, Judge, for your consideration, as always.

Thank you, Danny.

MR. DYSART: I believe that's it, Your, Honor.

THE COURT: Is that it?

MR. DYSART: That's it.

THE COURT: Anybody else on the phone have any questions?

All right, folks. Thank you very much. I have a meeting at ten o'clock with a court in Virginia on the fairness hearing. We'll start the fairness hearing at ten o'clock.

The Virginia judge is in trial, and she'll take a break at ten o'clock, eleven o'clock her time. We should be

09:42:07 able to get this finished in half an hour or so.

09:42:11 MR. DYSART: Thank you, Judge.

09:42:12 THE COURT: Court will stand in recess. Thank you very

09:42:15 much.

(WHEREUPON, at 9:42 a.m., the proceedings were concluded.)

* * *

REPORTER'S CERTIFICATE

I, Cathy Pepper, Certified Realtime Reporter, Registered Merit Reporter, Certified Court Reporter in and for the State of Louisiana, Official Court Reporter for the United States District Court, Eastern District of Louisiana, do hereby certify that the foregoing is a true and correct transcript to the best of my ability and understanding from the record of the proceedings in the above-entitled and numbered matter.

*s/Cathy Pepper*

Cathy Pepper, CRR, RMR, CCR
Certified Realtime Reporter
Registered Merit Reporter
Official Court Reporter
United States District Court
Cathy_Pepper@laed.uscourts.gov

**0**

**09-MD-2047** [1] - 1:6

**1**

**1** [3] - 5:15, 5:18, 6:22
**1100** [1] - 2:5
**1201** [1] - 2:24
**18** [2] - 1:7, 4:2
**19106** [1] - 1:23
**1st** [1] - 5:1

**2**

**2** [2] - 4:20, 6:22
**2000** [1] - 2:18
**201** [2] - 2:14, 3:5
**2018** [2] - 1:7, 4:2
**23510** [1] - 2:10
**24** [1] - 5:11
**2800** [2] - 2:4, 2:5

**3**

**3** [2] - 6:22, 9:4
**30309** [1] - 2:24
**310** [1] - 2:9
**3600** [1] - 2:14
**365** [1] - 2:18

**4**

**4** [2] - 6:18, 6:22
**40TH** [1] - 3:5

**5**

**500** [2] - 1:23, 3:11
**504** [1] - 3:12
**510** [1] - 1:23
**580** [1] - 2:9
**589-7779** [1] - 3:12

**7**

**70113** [1] - 1:19
**70130** [2] - 2:19, 3:11
**70163** [1] - 2:5
**70170** [2] - 2:14, 3:6

**8**

**820** [1] - 1:19

**9**

**9:42** [1] - 13:5

**A**

**a.m** [1] - 13:5
**ability** [2] - 9:12, 13:17
**able** [3] - 6:23, 8:24, 13:1
**above-entitled** [1] - 13:18
**accept** [1] - 12:4
**acceptable** [1] - 8:25
**act** [1] - 7:23
**action** [1] - 5:4
**administrator** [1] - 7:3
**affidavits** [1] - 7:25
**ahead** [1] - 7:18
**ALEX** [1] - 3:5
**ALL** [1] - 1:9
**allow** [1] - 11:24
**allowing** [1] - 6:2
**ALSO** [1] - 3:7
**ALSTON** [1] - 2:22
**AND** [3] - 2:3, 2:17, 2:21
**apparent** [1] - 7:20
**appear** [1] - 11:3
**APPEARANCES** [3] - 1:15, 2:1, 3:1
**appreciate** [2] - 10:2, 10:16
**ARATA** [1] - 3:3
**ARNOLD** [1] - 1:22
**ATLANTA** [1] - 2:24
**ATLANTIC** [1] - 2:23
**August** [5] - 5:1, 5:15, 5:18, 6:7, 6:10
**auspices** [1] - 11:25
**available** [2] - 10:21, 11:9
**AVENUE** [3] - 1:19, 2:14, 3:5

**B**

**B406** [1] - 3:11
**BAKER** [1] - 2:12
**Barrios** [1] - 5:20
**BEARMAN** [1] - 2:12
**become** [1] - 8:6
**BEFORE** [1] - 1:12
**behalf** [2] - 4:15, 8:17
**BENJAMIN** [1] - 2:3
**BERKOWITZ** [1] - 2:13
**BERMAN** [1] - 1:21
**BERNARD** [1] - 2:23
**best** [2] - 9:13, 13:17
**between** [1] - 7:2
**BIRD** [1] - 2:22
**BNMB** [1] - 2:16
**break** [2] - 6:1, 12:25
**BrownGreer** [3] - 6:22, 6:23, 7:3
**BY** [10] - 1:18, 1:22, 2:4, 2:9, 2:13, 2:18, 2:22, 3:4, 3:14, 3:14

**C**

**CALDWELL** [1] - 2:13
**CALLED** [1] - 4:4
**Campbell** [1] - 5:22
**CANAL** [1] - 2:18
**carry** [2] - 8:9, 8:16
**case** [3] - 8:1, 8:5, 11:21
**CASES** [1] - 1:9
**Cathy** [2] - 13:12, 13:21
**CATHY** [1] - 3:9
**Cathy_Pepper@laed.uscourts.gov** [2] - 3:12, 13:23
**CCR** [2] - 3:9, 13:21
**CENTER** [1] - 2:23
**CENTRE** [1] - 2:4
**certificate** [1] - 6:4
**CERTIFICATE** [1] - 13:10
**CERTIFIED** [2] - 3:10, 3:10
**Certified** [3] - 13:12, 13:13, 13:21
**certify** [1] - 13:16
**CHARLES** [2] - 2:14, 3:5
**CHINESE** [1] - 1:4
**CHINESE-MANUFACTURED** [1] - 1:4
**choosing** [1] - 9:4
**chose** [1] - 9:25
**CHRISTINA** [1] - 2:22
**CIVIL** [1] - 1:6
**claim** [5] - 6:7, 6:9, 6:16, 7:9, 10:5
**claimant** [1] - 7:2
**claimants** [2] - 5:11, 10:20
**claims** [16] - 4:12, 4:18, 4:20, 4:25, 5:2, 5:5, 5:8, 5:11, 5:19, 5:23, 6:10, 6:12, 6:14, 7:1, 7:12, 7:13
**client** [1] - 10:21
**close** [3] - 8:13, 9:2, 9:8
**CNBM** [1] - 2:17
**CO** [2] - 2:21, 2:22
**Colson** [2] - 5:9, 5:12
**comfort** [1] - 11:11
**comment** [1] - 4:22
**commented** [1] - 4:19
**COMMITTEE** [1] - 2:8
**complete** [1] - 9:15
**completed** [1] - 5:1
**complicated** [1] - 8:6
**COMPUTER** [1] - 3:14
**concern** [5] - 11:12, 11:14, 11:15, 12:5
**concerned** [2] - 7:8, 11:22
**concluded** [1] - 13:6
**conference** [2] - 4:19, 5:3
**consequences** [1] - 8:14
**consider** [1] - 8:1
**consideration** [1] - 12:13
**consistent** [1] - 9:19
**CONTINUED** [2] - 2:1, 3:1
**contractor** [11] - 6:21, 6:24, 7:1, 7:2, 7:6, 7:25, 9:16, 11:8, 11:21, 12:1
**contractors** [2] - 8:4, 10:24
**COORDINATION** [1] - 2:8
**correct** [1] - 13:16
**counsel** [2] - 4:21, 8:2
**COUNSEL** [3] - 1:17, 2:12, 2:17
**course** [1] - 11:12
**Court** [17] - 6:6, 8:21, 9:24, 10:10, 10:23, 11:4, 11:7, 11:8, 11:17, 11:25, 12:10, 13:13, 13:14, 13:15, 13:22, 13:23
**court** [3] - 10:24, 12:22, 13:3
**COURT** [19] - 1:1, 3:9, 4:4, 4:7, 5:5, 5:7, 6:10, 7:11, 7:15, 7:18, 10:8, 10:18, 11:6, 11:23, 12:6, 12:11, 12:17, 12:19, 13:3
**Court's** [1] - 8:13
**craft** [2] - 9:15, 10:8
**crafting** [1] - 10:12
**CRR** [2] - 3:9, 13:21
**CURRAULT** [1] - 3:4

**D**

**Dalsin** [1] - 5:16
**DANIEL** [1] - 2:13
**Danny** [4] - 4:14, 8:23, 12:6, 12:15
**David** [2] - 5:17, 5:21
**DAVID** [1] - 2:3
**DAVIS** [1] - 1:18
**dealing** [1] - 4:8
**defendant** [2] - 4:9
**defendants** [3] - 4:15, 7:4, 7:7
**delayed** [1] - 4:11
**deposited** [1] - 11:17
**desire** [1] - 8:13
**different** [2] - 6:22, 9:2
**differently** [1] - 10:4
**discuss** [2] - 4:11, 5:3
**discussion** [1] - 5:24
**dismissal** [1] - 6:14
**dismissed** [1] - 6:13
**distribute** [1] - 11:18
**distributed** [1] - 11:8
**distribution** [1] - 11:10
**DISTRICT** [3] - 1:1, 1:1, 1:13
**District** [3] - 13:15, 13:23
**DOCKET** [1] - 1:6
**DOCUMENT** [1] - 1:9
**documents** [1] - 11:9
**DONELSON** [1] - 2:12
**DONNA** [1] - 3:4
**DRYWALL** [1] - 1:5
**DUGGAN** [1] - 1:22
**DUNBAR** [1] - 2:17
**DUPLANTIS** [1] - 3:3
**during** [1] - 6:1
**Durkee** [2] - 5:17
**DYSART** [12] - 2:13, 4:14, 5:6, 5:8, 6:15, 7:13, 10:15, 10:19, 12:8, 12:16, 12:18, 13:2
**Dysart** [1] - 4:14

**E**

**EAGAN** [2] - 3:3, 3:4
**EAST** [1] - 2:9
**Eastern** [1] - 13:15
**EASTERN** [1] - 1:1

**EIKHOFF** [1] - 2:22
**either** [1] - 8:8
**ELDON** [1] - 1:12
**eleven** [1] - 12:25
**ENERGY** [1] - 2:4
**ensure** [1] - 11:25
**ENTITIES** [2] - 2:17
**entitled** [1] - 13:18
**environmental** [1] - 6:4
**envision** [1] - 12:3
**ESQUIRE** [14] - 1:18, 1:18, 1:22, 1:22, 2:4, 2:9, 2:13, 2:18, 2:22, 2:23, 3:4, 3:4, 3:5, 3:7
**evidence** [3] - 9:12, 9:21, 10:6
**EWELL** [1] - 3:4
**except** [2] - 4:24, 11:13
**exchange** [1] - 11:18
**expectations** [2] - 7:24, 9:19
**expected** [2] - 5:14, 5:17
**expecting** [1] - 6:18
**explain** [2] - 9:22, 10:25
**explore** [1] - 6:2
**exposure** [5] - 9:9, 9:16, 12:2, 12:4
**extend** [1] - 5:2
**extinguish** [2] - 7:11, 10:5
**extinguished** [2] - 4:22, 7:10

F

**failed** [1] - 7:23
**fairness** [2] - 12:22, 12:23
**fallen** [1] - 8:11
**FALLON** [1] - 1:12
**Fallon** [1] - 4:14
**falls** [1] - 8:17
**fan** [1] - 9:10
**far** [2] - 7:7, 7:22
**February** [1] - 4:17
**few** [1] - 4:17
**filed** [2] - 4:16, 7:14
**final** [2] - 7:5, 9:17
**finish** [2] - 5:17, 9:18
**finished** [1] - 13:1
**FISHBEIN** [1] - 1:21
**FLOOR** [1] - 3:5
**folks** [1] - 12:21
**FOR** [5] - 1:17, 2:7, 2:12, 2:16, 2:21
**foregoing** [1] - 13:16
**forward** [9] - 8:5, 8:9, 8:13, 8:16, 9:12, 9:21, 10:6, 10:7, 11:1
**fourth** [1] - 8:9
**frankly** [1] - 8:17
**fund** [1] - 6:24
**funds** [9] - 6:24, 10:9, 10:17, 11:7, 11:16, 11:18, 11:24, 11:25, 12:9
**future** [1] - 11:14

G

**GA** [1] - 2:24
**GAINSBURGH** [1] - 2:3
**George** [1] - 5:14
**GERALD** [1] - 2:4
**given** [2] - 8:11, 9:11
**Glickman** [2] - 5:21, 6:15
**Glickmans** [5] - 7:17, 7:21, 8:6, 8:15, 11:21
**GORDON** [1] - 3:3
**Graham** [1] - 4:23
**guarantee** [1] - 11:22
**guaranteed** [1] - 8:5
**GYPSUM** [1] - 2:21

H

**half** [1] - 13:1
**harmless** [2] - 9:10, 9:15
**HARRY** [1] - 2:18
**hear** [3] - 4:13, 10:13, 11:13
**HEARD** [1] - 1:12
**hearing** [3] - 7:19, 12:23
**HEARING** [1] - 1:12
**hereby** [1] - 13:15
**HERMAN** [3] - 1:17, 1:18
**Hicks** [2] - 5:9, 5:12
**hold** [2] - 9:10, 9:15
**homeowner** [2] - 7:6, 9:5
**homeowners** [10] - 8:12, 8:18, 9:1, 9:11, 9:17, 9:20, 9:24, 9:25, 10:5, 11:2
**Homes** [1] - 5:10
**Honor** [5] - 4:16, 6:1, 6:17, 10:15, 12:16
**HONORABLE** [1] - 1:12
**hopefully** [1] - 6:8
**hoping** [1] - 8:23
**hour** [1] - 13:1
**house** [1] - 6:3

I

**IN** [1] - 1:4
**inconvenience** [1] - 8:16
**indemnity** [1] - 10:16
**indicates** [1] - 4:9
**individual** [4] - 5:11, 5:19, 7:5, 7:13
**information** [1] - 9:6
**innocent** [1] - 9:25
**inspect** [2] - 9:1, 9:13
**inspector** [1] - 6:2
**instead** [1] - 7:24
**issue** [1] - 11:4
**issues** [4] - 5:19, 7:1, 8:7, 9:16

J

**journey** [1] - 10:1
**JR** [1] - 3:4
**JUDGE** [1] - 1:13
**Judge** [5] - 4:14, 5:6, 7:16, 12:13, 13:2
**judge** [2] - 11:20, 12:24
**Julie** [1] - 5:16
**JULY** [2] - 1:7, 4:2
**justice** [1] - 8:17

K

**KATZ** [1] - 1:17
**kind** [1] - 12:10
**Kingsdorf** [1] - 5:21
**KNAUF** [1] - 2:12
**Knauf** [15] - 4:9, 4:15, 7:3, 7:7, 8:16, 8:23, 8:25, 9:7, 9:12, 9:14, 10:2, 10:11, 11:12, 12:4
**Knauf's** [1] - 8:12
**Krupnick** [1] - 5:22

L

**LA** [6] - 1:19, 2:5, 2:14, 2:19, 3:6, 3:11
**largest** [1] - 5:10
**last** [1] - 6:18
**LAW** [1] - 2:8
**lawsuit** [1] - 11:14
**least** [2] - 11:3, 11:11
**legal** [1] - 12:2
**legitimate** [2] - 11:14, 11:15
**LEONARD** [1] - 1:18
**less** [1] - 9:5
**LEVIN** [2] - 1:21, 1:22
**LIABILITY** [1] - 1:5
**LIAISON** [3] - 1:17, 2:12, 2:17
**LITIGATION** [1] - 1:5
**loan** [1] - 8:9
**look** [2] - 9:7, 10:4
**Louisiana** [2] - 13:14, 13:15
**LOUISIANA** [2] - 1:1, 1:7
**LTD** [2] - 2:21, 2:22

M

**MAIN** [1] - 2:9
**manner** [2] - 7:23, 9:11
**MANUFACTURED** [1] - 1:4
**March** [1] - 4:17
**Maria** [1] - 4:23
**matter** [5] - 7:4, 8:14, 9:3, 9:8, 13:18
**MCCOLLAM** [1] - 3:3
**MECHANICAL** [1] - 3:14
**meet** [3] - 7:4, 7:8, 7:24
**meeting** [2] - 6:11, 12:22
**mentioned** [1] - 6:13
**Merit** [2] - 13:13, 13:22
**MERIT** [1] - 3:10
**met** [1] - 6:23
**MEUNIER** [2] - 2:3, 2:4
**MICHAEL** [1] - 3:7
**Mike** [8] - 5:16, 7:16, 7:18, 10:16, 11:7, 12:7, 12:8, 12:12
**Milestone** [2] - 6:18, 6:22
**milestone** [2] - 7:5, 7:8
**milestones** [2] - 6:22, 6:23
**minor** [1] - 8:16
**money** [6] - 9:5, 10:7, 10:23, 11:9, 11:13
**Montoya** [1] - 5:9
**morning** [2] - 4:14, 7:19
**motion** [7] - 4:11, 4:16, 5:2, 7:14, 7:20, 10:10, 12:9
**motions** [1] - 4:8
**MOTIONS** [1] - 1:12
**move** [3] - 8:4, 8:12, 10:7
**MR** [16] - 4:14, 5:6, 5:8, 6:15, 7:13, 7:16, 7:19, 10:15, 10:19, 11:20, 11:24, 12:8, 12:13, 12:16, 12:18, 13:2

N

**necessarily** [1] - 9:4
**need** [4] - 4:10, 5:24, 8:12, 9:23
**needs** [2] - 5:4, 7:10
**NEW** [7] - 1:7, 1:19, 2:5, 2:14, 2:19, 3:6, 3:11
**next** [1] - 5:2
**nightmare** [1] - 7:21
**NO** [1] - 1:6
**none** [1] - 9:25
**NORFOLK** [1] - 2:10
**normally** [1] - 8:20
**nothing** [1] - 7:2
**numbered** [1] - 13:18

O

**o'clock** [4] - 12:22, 12:23, 12:25
**O'KEEFE** [1] - 1:19
**obligations** [1] - 7:9
**obtain** [2] - 6:8, 6:19
**obtaining** [1] - 8:2
**OF** [3] - 1:1, 1:12, 2:8
**OFFICES** [1] - 2:8
**OFFICIAL** [1] - 3:9
**Official** [2] - 13:14, 13:22
**one** [4] - 5:13, 5:14, 10:22, 12:11
**ONE** [1] - 2:23
**ones** [1] - 5:23
**opposed** [1] - 11:4
**opposition** [2] - 4:22, 4:23

**option** [3] - 8:22, 10:15, 10:22
**Option** [2] - 4:20, 9:4
**options** [1] - 4:10
**ORDER** [1] - 4:4
**order** [1] - 7:11
**originally** [1] - 4:16
**ORLEANS** [7] - 1:7, 1:19, 2:5, 2:14, 2:19, 3:6, 3:11
**ought** [1] - 10:13

**P**

**PA** [1] - 1:23
**paperwork** [1] - 6:21
**Parker** [1] - 5:13
**particularly** [2] - 10:5, 11:20
**parties** [2] - 4:13, 11:18
**pass** [3] - 6:6, 6:10, 12:11
**patience** [1] - 10:2
**Patrick** [1] - 5:9
**pause** [1] - 8:19
**pay** [1] - 11:12
**payment** [6] - 6:19, 8:5, 8:10, 9:17, 11:22
**PEACHTREE** [1] - 2:24
**Pepper** [3] - 13:12, 13:20, 13:21
**PEPPER** [1] - 3:9
**PHELPS** [1] - 2:17
**PHILADELPHIA** [1] - 1:23
**phone** [2] - 11:3, 12:19
**pick** [1] - 6:20
**picked** [1] - 4:10
**place** [1] - 10:17
**plaintiffs** [2] - 4:11, 7:23
**PLAINTIFFS'** [1] - 1:17
**plaintiffs'** [1] - 4:21
**PLASTERBOARD** [1] - 2:22
**pocket** [1] - 8:8
**point** [3] - 6:6, 7:7, 8:1
**position** [1] - 8:4
**possibilities** [1] - 6:2
**possibility** [1] - 10:22
**potentially** [1] - 6:3
**POYDRAS** [2] - 2:5, 3:11
**predicament** [1] - 9:22
**prepare** [2] - 6:13, 7:11
**prerequisite** [1] - 12:10
**PRESENT** [1] - 3:7
**present** [1] - 12:9
**Prime** [1] - 5:10
**problems** [2] - 7:5, 7:25
**PROCEEDINGS** [3] - 1:12, 3:14, 4:1
**proceedings** [2] - 13:5, 13:18
**process** [2] - 6:20, 10:16
**PRODUCED** [1] - 3:14
**productive** [1] - 9:4
**PRODUCTS** [1] - 1:5
**property** [1] - 9:18
**provide** [1] - 6:7
**put** [6] - 5:6, 8:4, 9:12, 9:21, 10:9, 12:9
**putting** [2] - 10:23, 11:6

**Q**

**questions** [1] - 12:20

**R**

**Rafael** [1] - 5:9
**Randolph** [2] - 5:20, 5:25
**Raymond** [1] - 5:21
**RE** [1] - 1:4
**real** [1] - 9:1
**really** [7] - 7:2, 7:4, 9:7, 9:10, 9:14, 10:20, 11:4
**Realtime** [2] - 13:12, 13:21
**REALTIME** [1] - 3:10
**receive** [1] - 10:19
**received** [1] - 9:6
**receiving** [1] - 4:21
**recess** [1] - 13:3
**record** [2] - 5:6, 13:17
**RECORDED** [1] - 3:14
**refuse** [1] - 10:25
**Registered** [1] - 13:12
**registered** [1] - 13:22
**registry** [4] - 10:9, 10:23, 11:7, 11:17
**RELATES** [1] - 1:9
**release** [4] - 6:23, 9:15, 10:11, 12:10
**released** [1] - 10:17
**releases** [3] - 9:11, 10:19, 11:19
**relief** [2] - 6:4, 6:8
**remaining** [3] - 4:20, 4:24, 5:19
**remediation** [2] - 6:24, 6:25
**report** [1] - 4:18
**REPORTER** [3] - 3:9, 3:10, 3:10
**Reporter** [7] - 13:12, 13:13, 13:14, 13:21, 13:22, 13:22
**REPORTER'S** [1] - 13:10
**represent** [1] - 7:17
**represented** [6] - 5:8, 5:12, 5:13, 5:16, 5:20, 5:22
**required** [1] - 10:10
**requirements** [1] - 7:8
**reset** [1] - 4:17
**resolve** [2] - 11:3, 12:5
**resolved** [3] - 4:25, 5:4, 5:14
**respect** [4] - 4:24, 6:12, 8:3, 12:2
**results** [1] - 9:5
**RICHARD** [2] - 2:8, 2:9
**RMR** [2] - 3:9, 13:21
**Roberts** [1] - 5:17
**Rodriguez** [5] - 5:21, 6:15, 7:17, 7:21, 8:15
**Rodriguez's** [1] - 8:1
**ROOM** [1] - 3:11
**ROSENBERG** [1] - 2:18
**ROTHENBERG** [1] - 3:5
**run** [1] - 7:25
**RUSS** [1] - 1:18
**Russel** [1] - 4:23
**Ryan** [1] - 7:16
**RYAN** [6] - 3:7, 7:16, 7:19, 11:20, 11:24, 12:13

**S**

**s/Cathy** [1] - 13:20
**Salinas** [1] - 4:23
**SANDRA** [1] - 1:22
**Santamaria** [1] - 5:9
**Sar** [1] - 5:10
**satisfied** [1] - 6:9
**satisfy** [3] - 7:9, 8:8, 9:23
**Schwab** [1] - 6:1
**seated** [1] - 4:7
**second** [1] - 8:21
**SEDRAN** [1] - 1:21
**see** [4] - 7:24, 10:13, 12:6, 12:8
**seeks** [1] - 6:9
**separate** [1] - 7:13
**SERPE** [2] - 2:8, 2:9
**settlement** [2] - 7:9, 9:20
**several** [2] - 4:8, 4:10
**Shalom** [1] - 5:10
**shortly** [1] - 5:18
**sign** [1] - 11:9
**signed** [1] - 10:11
**simply** [3] - 9:17, 10:4, 10:6
**situation** [1] - 7:22
**situation's** [1] - 8:6
**solution** [2] - 9:2, 9:14
**sort** [3] - 10:10, 11:3, 11:19
**speaking** [1] - 4:21
**spoken** [1] - 5:25
**SR** [1] - 2:23
**ST** [2] - 2:14, 3:5
**stand** [1] - 13:3
**start** [1] - 12:23
**State** [1] - 13:13
**STATE/FEDERAL** [1] - 2:7
**STATES** [2] - 1:1, 1:13
**States** [2] - 13:14, 13:23
**status** [3] - 4:18, 4:19, 5:2
**STENOGRAPHY** [1] - 3:14
**STREET** [6] - 1:23, 2:5, 2:9, 2:18, 2:24, 3:11
**subcontractor** [1] - 8:7
**subcontractors** [1] - 8:8
**submits** [1] - 6:21
**subpoenaing** [1] - 10:24
**subsequent** [1] - 9:9
**suggested** [1] - 8:23
**suggestion** [2] - 8:19, 10:14
**SUITE** [5] - 1:23, 2:5, 2:9, 2:14, 2:18
**support** [1] - 10:6
**sworn** [1] - 7:25
**system** [1] - 9:21

**T**

**TAI'AN** [1] - 2:21
**TAISHAN** [3] - 2:16, 2:21, 2:21
**TAYLOR** [1] - 2:23
**ten** [3] - 12:22, 12:23, 12:25
**terms** [2] - 6:2, 10:17
**testing** [1] - 6:3
**THE** [21] - 1:12, 1:17, 2:7, 2:12, 2:16, 4:7, 5:5, 5:7, 6:10, 7:11, 7:15, 7:18, 10:8, 10:18, 11:6, 11:23, 12:6, 12:11, 12:17, 12:19, 13:3
**thereafter** [1] - 5:18
**they've** [2] - 8:7, 9:21
**THIS** [1] - 1:9
**three** [2] - 4:24, 5:23
**TO** [2] - 1:9, 4:4
**today** [1] - 4:11
**together** [1] - 12:6
**Toran** [1] - 5:14
**transcript** [1] - 13:16
**TRANSCRIPT** [2] - 1:12, 3:14
**travel** [1] - 10:1
**traveled** [1] - 7:21
**trial** [1] - 12:24
**true** [1] - 13:16
**try** [1] - 8:13
**trying** [2] - 9:20, 10:4
**two** [5] - 4:20, 4:22, 6:12, 7:12, 7:13
**type** [1] - 12:9

**U**

**unable** [5] - 6:19, 7:4, 8:10, 10:7, 12:3
**under** [1] - 11:24
**UNITED** [2] - 1:1, 1:13
**United** [2] - 13:14, 13:23
**unless** [1] - 8:5
**up** [2] - 10:14, 12:7
**update** [1] - 6:7

**V**

**VA** [1] - 2:10
**versus** [1] - 8:15
**victims** [1] - 9:25
**Vincent** [3] - 5:20, 5:25, 6:8

**Virginia** [2] - 12:22, 12:24
**Visciglia** [1] - 5:10

**W**

**Waichman** [1] - 5:13
**wait** [1] - 8:9
**WALNUT** [1] - 1:23
**wants** [2] - 6:5, 9:7
**WARSHAUER** [1] - 2:3
**WEDNESDAY** [2] - 1:7, 4:2
**weighing** [1] - 8:14
**weight** [2] - 8:11, 8:17
**WEST** [1] - 2:24
**WHEREUPON** [1] - 13:5
**works** [1] - 6:20
**worried** [2] - 9:8, 12:4