# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

July 24, 2018

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 18-30742    In Re: Chinese-Manufactured, et al
                      USDC No. 2:09-MD-2047

The court has granted the unopposed joint motion of appellants and appellees to extend time to file the designation of the record to and including August 29, 2018 in this case.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Mary C. Stewart, Deputy Clerk
                            504-310-7694

Mr. William W. Blevins
Ms. Donna Phillips Currault
Ms. Sandra Duggan
Mr. Ewell Elton Eagan Jr.
Mr. Russ M. Herman
Mr. Arnold Levin
Mr. Frederick S. Longer
Mr. Harry A. Rosenberg
Mr. Alex Benjamin Rothenberg
Mr. Eric Shumsky
Mr. James Stengel
Mr. Charles William Tyler
Mr. Lawrence Christopher Vejnoska