# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047** |
| **THIS DOCUMENT RELATES TO:**<br><br>**ALL ACTIONS** | **SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |

## THE MAJORITY OF THE FEE COMMITTEE'S RESPONSE TO KRUPNICK CAMPBELL MALONE ET AL.'S MINORITY FEE COMMITTEE REPORT

Pursuant to the Order of July 20, 2018 [Rec.Doc. 21577], the Majority of the Fee Committee submit this Response to the Fee Committee's Minority Report. Following the Minority Report, on July 20, 2018, many counsel filed a Joinder of Multiple Common Benefit Attorneys in Fee Committee Minority Report [Rec.Doc. 21571], as well as individual objections. The Minority Report will be analyzed in the context of the response of the Majority of the Fee Committee to these many objections that relied upon the Minority Report, which response will be filed on or before August 3, 2018, consistent with this Court's Order of July 19, 2018 [Rec.Doc. 21548].

                                    Respectfully submitted,

Dated: July 27, 2018        */s/ Russ M. Herman*
                                    Russ M. Herman, Esquire (Bar No. 6819) (on the brief)
                                    Leonard A. Davis, Esquire (Bar No. 14190) (on the brief)
                                    Stephen J. Herman, Esquire (Bar No. 23129) (on the brief)
                                    HERMAN, HERMAN & KATZ, LLC
                                    820 O'Keefe Avenue
                                    New Orleans, LA 70113
                                    Phone: (504) 581-4892
                                    Fax: (504) 561-6024
                                    Ldavis@hhklawfirm.com
                                    *Plaintiffs' Liaison Counsel in MDL 2047*
                                    *Fee Committee Co-Chair/Secretary*

                                    Arnold Levin (on the brief)
                                    Fred S. Longer (on the brief)
                                    Sandra L. Duggan (on the brief)
                                    LEVIN, SEDRAN & BERMAN LLP
                                    510 Walnut Street, Suite 500
                                    Philadelphia, PA 19106
                                    Phone: (215) 592-1500
                                    Fax: (215) 592-4663
                                    Alevin@lfsblaw.com
                                    *Plaintiffs' Lead Counsel in MDL 2047*
                                    *Fee Committee Chair*

## **ADDITIONAL MAJORITY FEE COMMITTEE MEMBERS**

| | |
|---|---|
| Christopher Seeger | Dawn M. Barrios |
| Seeger Weiss, LLP | Barrios, Kingsdorf & Casteix, LLP |
| 55 Challenger Road, 6th Floor | 701 Poydras Street, Suite 3650 |
| Ridgefield Park, NJ 07660 | New Orleans, LA 70139 |
| Phone: (212) 584-0700 | Phone: (504) 524-3300 |
| Fax: (212) 584-0799 | Fax: (504) 524-3313 |
| cseeger@seegerweiss.com | Barrios@bkc-law.com |

| | |
|---|---|
| Gerald E. Meunier<br>Gainsburgh, Benjamin, David, Meunier<br> & Warshauer, LLC<br>2800 Energy Centre, 1100 Poydras Street<br>New Orleans, LA 70163-2800<br>Phone: (504) 522-2304<br>Fax: (504) 528-9973<br>gmeunier@gainsben.com | Richard J. Serpe<br>Law Offices of Richard J. Serpe<br>Crown Center, Ste. 310<br>580 East Main Street<br>Norfolk, VA 23510-2322<br>Phone: (757) 233-0009<br>Fax: (757) 233-0455<br>rserpe@serpefirm.com |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, which will serve a notice of the uploading in accordance with the procedures established in MDL 2047, on this 27th day of July, 2018.

>*/s/ Leonard A. Davis*
>Leonard A. Davis
>HERMAN, HERMAN & KATZ, LLC
>820 O'Keefe Avenue
>New Orleans, Louisiana 70113
>Phone: (504) 581-4892
>Fax: (504) 561-6024
>Ldavis@hhklawfirm.com
>Plaintiffs' Liaison Counsel
>MDL 2047
>
>*Co-Counsel for Plaintiffs*