UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>**Amorin, et al. v. Taishan Gypsum Co., Ltd., et al, Case No. 11-1395 (EDLA)**<br><br>**Amorin, et al. v. Taishan Gypsum Co., Ltd., et al, Case No. 11-1672 (EDLA)**<br><br>**Amorin, et al. v. Taishan Gypsum Co., Ltd., et al, Case No. 11-1673 (EDLA)** | MDL No. 2:09-md-2047<br><br>SECTION L (JUDGE FALLON)<br><br>MAG. (2) (JUDGE WILKINSON) |

## RULE TO SHOW CAUSE

On May 31, 2018, Defendants CNBM Company, BNBM Group, and BNBM PLC filed a Motion to Dismiss Certain Plaintiffs Pursuant to Federal Rule of Civil Procedure 37(b) (Rec. 21351), and Defendants Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd., filed a Motion to Dismiss for Failure to Complete Supplemental Profile Forms (Rec. 21353). Plaintiffs Exilus Louis and Roselene Alexis filed Responses indicating they no longer wished to pursue their claims (Rec. 21435 & 21436), and other Plaintiffs filed Objections (Rec. 21445, 21449, 21453, 21458, 21459, 21460, 21461, 21462, 21463, 21464, and 21491). On July 13, 2018, CNBM Company, BNBM Group, and BNBM PLC filed a Reply Memorandum (Rec. 21516), and Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd., filed a Reply Memorandum (Rec. 21514). Accordingly,

IT IS ORDERED that the Plaintiffs identified on the attached Exhibit appear before the Honorable Eldon E. Fallon, United States District Judge for the Eastern District of Louisiana, on the 14th day of August, 2018, at 9:45 a.m., to show cause why Taishan Gypsum Co., Ltd. and

1

Tai'an Taishan Plasterboard Co., Ltd., and CNBM Company, BNBM Group, and BNBM PLC's Motions to Dismiss With Prejudice the claims of Plaintiffs identified on the attached Exhibit should not be granted.

New Orleans, Louisiana, this 30th day of July, 2018.

_____
Eldon E. Fallon
United States District Judge

**Exhibit**

| Claimant Name | Address | Law Firm |
|---|---|---|
| 2522 Cambronne Street, LLC c/o Toso, Michael J. III | 2514 Cambronne Street | Pro Se |
| Abromatts, Clifford and Worobec, Janice | 3437 Lago de Talavera | Colson, Hicks, Eidson  Levin, Fishbein, Sedran & Berman  Hausfeld LLP  Law Offices of Richard J. Serpe |
| Arrington, Angel | 2113 Delightful Drive | Reich & Binstock |
| Battie, Silas | 4668 Corrinne Street | Becnel Law Firm, LLC |
| Bazemore, Larry | 183 Mulberry Lane | Colson, Hicks, Eidson  Levin, Fishbein, Sedran & Berman  Hausfeld LLP  Law Offices of Richard J. Serpe |
| Bilbo, Chester | 403 Seventh St | REEVES & MESTAYER |
| Bland, Elbert | 2315 - 2317 Industry St | REICH & BINSTOCK, LLP |
| Bowden, Charles and Tracy | 73 Thomas School Road | Becnel Law Firm/ Morris Bart LLC |
| Braden, Tiffany as Representative of the Estate of Jane Bienemy, Deceased | 2024 Guerra Drive | Pro Se |
| Bridges, Juanita and William | 1449 Mirabeau Avenue | Hurricane Legal Center, LLC |
| Brik, Beni | 240 West End Dr., Unit 1311 | Baron & Budd/Allison Grant |
| Brik, Beni | 240 West End Dr., Unit 1312 | Baron & Budd/Allison Grant |
| Brock, Ora | 2026 Clouet St | REICH & BINSTOCK, LLP |
| Brown, Kerri and Jack | 2729 Reunion Drive | Hurricane Legal Center, LLC |
| Buckley, Stephen and Cathleen | 3041 59th Avenue, South | Morgan & Morgan |
| Caputo, Marc Turer, Scott | 2220 Soho Bay Court | Parker Waichman |
| Ceminsky, Gerald and Margaret | 2572 Keystone Lake Drive | Roberts & Durkee PA Milstein Adelman LLP |
| Chestnut, Thomas | 3700 Lena Dr | REICH & BINSTOCK, LLP |
| Connolly, Megan | 1976 NW 79 Terrace | Colson, Hicks, Eidson  Levin, Fishbein, Sedran & Berman  Hausfeld LLP  Law Offices of Richard J. Serpe |
| Crandle, Angela | 2234 Joliet St | REICH & BINSTOCK, LLP |
| Daigle, Eric | 3913-5 SW Santa Barbara Place | Parker Waichman |

| Claimant Name | Address | Law Firm |
|---|---|---|
| Delayo, William and Jennifer | 19848 Maddelena Circle | Colson, Hicks, Eidson  Levin, Fishbein, Sedran & Berman  Hausfeld LLP  Law Offices of Richard J. Serpe |
| DeOlivera, Harry | 1819 Carriage Oak Ct. | REICH & BINSTOCK, LLP |
| Dillon, Ray | 30147 Ola Magee Rd | Martzell, Bickford & Centola APC |
| Dobric, Mario | 1690 Renaissance Commons Blvd., Unit 1228 | WHITFIELD BRYSON & MASON LLP |
| Dowell, Kim | 421 Lavoisier St | Martzell, Bickford & Centola APC |
| Duvernay, Victor | 5115 Chamberlin Street | Hurricane Legal Center, LLC |
| Emerald Greens at Carrollwood, LLC | 13942 Clubhouse Drive (6B) | Cook Sadorf Law |
| Emerald Greens at Carrollwood, LLC | 4143 Courtside Way (2C) | Cook Sadorf Law |
| Emerald Greens at Carrollwood, LLC | 4145 Courtside Way (2B) | Cook Sadorf Law |
| England, Charles | 2516 Reunion Dr. | WHITFIELD BRYSON & MASON LLP |
| Epstein, Kim | 2556 Keystone Lake Drive | Roberts & Durkee PA  Milstein Adelman LLP |
| Ercolino, Vincent | 1690 Renaissance Commons Blvd., Unit 1206 | WHITFIELD BRYSON & MASON LLP |
| Falls, Jameson and Lauren | 852 Barkley Drive | Whitfield, Bryson & Mason |
| Farve, Crystal | 5032 Sixth Street | REEVES & MESTAYER |
| Foxworth, Merle | 360 Church Avenue | REEVES & MESTAYER |
| Fulton, David and Marjorie | 3370 Montgomery Street | Whitfield, Bryson & Mason |
| Gaylord, Peter | 240 West End Drive # 321 | Baron & Budd/Allison Grant |
| Gaylord, Peter | 240 West End Drive # 322 | Baron & Budd/Allison Grant |
| GFB Properties, LLC c/o Daniel Gleinig | 325 NW 25th Terrace | Morgan & Morgan |
| Giving, Rose | 6007 Warfield St. | REICH & BINSTOCK, LLP |
| Gobel, Jason and Cynthia | 5771 S.W. 162nd Court | Morgan & Morgan |
| Gonzalez, Damian | 3770 7th Avenue SW | Morgan & Morgan, FT. Myers, PLLC |
| Gottung, Douglas and Deolores Florio | 10360 SW Stephanie Way, Unit #204 | Colson Hicks Eidson |

4

| Claimant Name | Address | Law Firm |
|---|---|---|
| Guerreiro, Michael and Nancy | 15336 Yellow Wood Drive | Parker Waichman |
| Hampton, Konrad | 2514 Kenneth Drive | Becnel Law Firm, LLC |
| Helmick, Maria and Timothy | 8931 SW 228th Lane | Pro Se |
| Hudson, Melissa | 5522 Travellers Court | Taylor Martino, P.C. |
| Huynh, Phuong | 18208 Saltwater Run Place | Pro Se |
| James, Ken & Vita, Thomas (James & Vita, LLC) | 3808 Gallo Drive | Parker Waichman |
| Johnson, Fred and Sylvia | 1562 Davis Acres Drive | Matthews & Associates |
| Johnson, Walter | 4342 Sybil Street | Hurricane Legal Center, LLC |
| Jones, Christopher B. | 5527 13th Avenue South | Whitfield, Bryson & Mason |
| Katz, Barry | 11001 Gulf Reflections Dr, #406 | Roberts & Durkee PA |
| Kent, Edward and Donna | 14143 Citrus Crest Circle | Allison Grant, P.A.  Baron & Budd, P.C.  Alters Boldt Brown Rash & Culmo |
| Kessler, Andrew | 3056 Juniper Lane | Baron & Budd P.C. |
| King Properties Ltd. | 240 West End Drive Unit 1511 | Baron & Budd/Allison Grant |
| Kramer, Ronald and Anita | 1660 Renaissance Commons Blvd., Unit 2310 | WHITFIELD BRYSON & MASON LLP |
| Labell, Barry | 10560 SW Stephanie Way, Unit 206 | Colson Hicks Eidson, P.A. |
| Lamarque, Carroll Jr. | 708 Magistrate Street | Dysart & Tabary, LLP |
| Landry, Merritt A. | 738 Angela Street | Herman, Herman & Katz |
| Lazard, Norma | 14401 Morrison Road | Hurricane Legal Center, LLC |
| Lefont, David and Garcia, Michelle | 106 Southwest Milburn Circle | Leopold~Kuvin, P.A. |
| Leone, Michael | 1690 Renaissance Commons Blvd., Unit 1202 | WHITFIELD BRYSON & MASON LLP |
| Lewis, Jayme and Todd | 6040 Jonathan's Bay Circle, Unit 501 | Parker Waichman |
| Lindemann, Teresa | 6012 NW 116th Drive | Baron & Budd P.C. |
| Louise, Exilus & Alexis, Roselene | 4727 Rosalia Drive | Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC |
| Maesel, Shawn | 1660 Renaissance Commons Blvd.Unit 2417 | WHITFIELD BRYSON & MASON LLP |
| Massaro, Mario | 240 West End Drive #823 | Baron & Budd/Allison Grant |

| Claimant Name | Address | Law Firm |
|---|---|---|
| Mendez, Lincoln and America | 4180 North Highway A1A Unit 801B | Colson, Hicks, Eidson  Levin, Fishbein, Sedran & Berman  Hausfeld LLP  Law Offices of Richard J. Serpe |
| Meyer, Harry E. Jr. | 3014 Spruce Street | Reich & Binstock |
| Mike, Tamas | 6302 N. 17th Street | Morgan & Morgan, FT. Myers, PLLC |
| Mirakian, Samuel | 20316 Larino Loop | Morgan & Morgan |
| Mosley, Shawn | 10440 SW Stephanie Way, Unit 203 | Pro Se |
| Murphy, Lawrence | 7021 Mayo Boulevard | Becnel Law Firm, LLC |
| Negrov, Pavel | 1316 Nucelli Road | Norton, Hammersley, Lopez & Skokos, P.A.  James, Hoyer, Newcomer & Smiljanich, P.A. |
| Nicholas, Barbara | 7732 Dogwood Drive | Hurricane Legal Center, LLC |
| Nunez, Alvaro | 10833 NW 79 Street | Colson Hicks Eidson, P.A. |
| Packard, Suki and Michael | 3028 Lake Manatee Court | Roberts & Durkee PA  Milstein Adelman LLP |
| Palmer, Olga | 1233 Kendari Terrace | Roberts & Durkee PA  Milstein Adelman LLP |
| Patterson, Gary and Nicole | 3096 Juniper Lane | Pro Se |
| Patterson, Manuel | 6105-6107 Todd Street | Hurricane Legal Center, LLC |
| Pena, Orlando | 824 SW 17th Street | Parker Waichman |
| Peoples, Debra | 1350 Park Brooke Circle | Herman, Herman & Katz |
| Perez, Adela | 12430 SW 50 Street, Unit 113 | Baron & Budd, P.C. |
| Pernell, Staci | 2082 Sundown Drive | Colson, Hicks, Eidson  Levin, Fishbein, Sedran & Berman  Hausfeld LLP  Law Offices of Richard J. Serpe |
| Poggio, James and Janice | 13409 Ainsworth Lane | Whitfield, Bryson & Mason |
| Polychronopoulos, Nathalie and George | 1660 Renaissance Commons Blvd., Unit 2210 | WHITFIELD BRYSON & MASON LLP |

| Claimant Name | Address | Law Firm |
| --- | --- | --- |
| Querol, Damian | 3301 NE 183 Street, Unit 1207 | Podhurst Orseck, P.A. |
| Racius, Lubraine and Anese | 4013 24th Street SW | Parker Waichman |
| Redway, Robert | 2521 White Sand Lane | Baron & Budd P.C. |
| Robles, Amparo and Jose | 12430 SW 50th Street, Apt. 147 | Parker Waichman |
| Rodriguez, Otonier and Margarita | 14141 Whitter Lane | Whitfield, Bryson & Mason |
| Rogers, Billy W. on behalf of Rogers Company | 3236 Van Cleave | Law Offices of Sidney D. Torres, III |
| Rogers, Billy W. on behalf of Rogers Company | 4501 Colony Drive Meraux, LA 70075 | Law Offices of Sidney D. Torres, III |
| Rogers, Billy W. on behalf of Rogers Company | 4505 Colony Drive Meraux, LA 70075 | Law Offices of Sidney D. Torres, III |
| Rogers, Michelle L. | 8313 Creole Drive | Herman, Herman & Katz |
| Santiago, Angel and Yvette | 4018 NW 12th Street | Parker Waichman |
| Schandelmeier, Patricia | 25748 Deep Creek Blvd. | Pro Se |
| Sentino, Hubert | 3605/3607 Frenchmen Street | Hurricane Legal Center, LLC |
| Seymore, Danny | 86 Legends Lane | Collins & Horsley, P.C. |
| Sims, Sarah and Michael | 2017 Guerra Drive | Hurricane Legal Center, LLC |
| Smith, Richard | 8001 Sherwood Circle | Parker Waichman |
| Steffy, Sandra and Meyers, Peggy | 26121 Highway 40 | Becnel Law Firm, LLC |
| Suarez, Eduardo and Mercedes | 14113 Stilton Street | Levin Papantonio |
| Suarez, Humberto | 208 SE 6th Street | Roberts & Durkee PA<br>Milstein Adelman LLP |
| Swan, Christiana and Harwick, Michael | 14125 Stowbridge Avenue | Levin Papantonio |
| Thrower, Christopher | 541 Ledbetter Road | Whitfield, Bryson & Mason |

| Claimant Name | Address | Law Firm |
|---|---|---|
| Tillman, Joel | 7522 Lucerne Street | Hurricane Legal Center, LLC |
| Travis, Taylor | 11090 Douglas Rd | REEVES & MESTAYER |
| Trillo, Raquel | 12421 SW 50 CT, Unit 303 | Baron & Budd P.C. |
| Urtubey, Jason | 2617 69th St W. | REICH & BINSTOCK, LLP |
| Vargas, Odilio | 1690 Renaissance Commons Blvd., Unit 1424 | WHITFIELD BRYSON & MASON LLP |
| Verderame, Frances | 1690 Renaissance Commons Blvd., Unit 1219 | WHITFIELD BRYSON & MASON LLP |
| Voskressensky, Andre and Goldstein, Janet | 8627 Cobblestone Point Circle | Baron & Budd, P.C. |
| Waiters, James and Terrea | 3108 Angelique Drive | Hurricane Legal Center, LLC |
| Walker, Andrew and Cathy | 7460 Bridgeview Drive | Allison Grant, P.A.  Baron & Budd, P.C.  Alters Boldt Brown Rash & Culmo |
| Walker, Christopher and Tanya | 712 Stanhope Close | Colson, Hicks, Eidson  Levin, Fishbein, Sedran & Berman  Hausfeld LLP  Law Offices of Richard J. Serpe |
| Washington, Monique | 5251 East Idlewood Court | Hurricane Legal Center, LLC |
| Watson, Jerry; Gordon; Karen and Charles | 1759 Fuller Drive | Levin Papantonio |
| Weekley, William and Charlotte | 6227 Clear Creek Road | Levin Papantonio |
| Welcome, Dave and Darnell | 7619 Berg Street | Hurricane Legal Center, LLC |
| Wiley III, John | 1541 Gerona Terrace | WHITFIELD BRYSON & MASON LLP |
| Wiley, Thad | 1660 Renaissance Commons Blvd. 2111 | WHITFIELD BRYSON & MASON LLP |
| Williams, Albert | 3015 Clouet Street | Hurricane Legal Center, LLC |
| Williams, Deborah | 2101 caluda lane | WHITFIELD BRYSON & MASON LLP |
| Williams, Logan A. | 2429 Judy Drive | Herman, Herman & Katz |
| Williams, Raymond and Johnell | 7150 West Renaissance Court | Hurricane Legal Center, LLC |
| Wilson, Alton and Rhonda | 15570 Hwy. 104 | Levin Papantonio |

| Claimant Name | Address | Law Firm |
| --- | --- | --- |
| Winsome, Russell n/k/a Hutchinson, Winsome | 184 Wanatah Avenue | Morgan & Morgan |
| Wong, Kenneth | 4230 NW 33rd Street | Baron & Budd P.C. |