# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: *ALL CASES* | JUDGE FALLON MAGISTRATE JUDGE WILKINSON |

*************************************************************************************

## ORDER

Considering the Motion for Leave to File Exhibits Under Seal filed by Reeves & Mestayer, PLLC;

IT IS ORDERED BY THE COURT that the Motion is GRANTED and Reeves and Mestayer, PLLC's Objection to Fee Committee's Recommended Fee Allocation and Exhibit "A" and "B" attached thereto be and are hereby filed UNDER SEAL. The Court will determine at a later date whether these documents shall remain under seal.

IT IS FURTHER ORDERED BY THE COURT that all law firms that received Reeves and Mestayer, PLLC's Objection to Fee Committee's Recommended Fee Allocation and Exhibits "A" and "B" attached thereto shall maintain their confidentiality and not disclose them to others.

New Orleans, Louisiana, the 30th day of July, 2018.

_____
Eldon E. Fallon
United States District Court Judge