UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:

ALL CASES

****************************************************************************

### ORDER

Upon consideration of Motion for Leave to File Under Seal their Objection to the Recommendation of Fee Committee Regarding Allocation of the Common Benefit Dated July 3, 2018, filed by Whitfield Bryson & Mason, LLP;

IT IS ORDERED BY THE COURT that the motion be and is hereby GRANTED and Whitfield Bryson & Mason LLP's Objection to Recommendation of Fee Committee Dated July 3, 2018 shall be filed under seal, by the Clerk of Court. The Court will determine at a later date whether these documents shall remain under seal.

New Orleans, Louisiana, this  30th  day of July, 2018.

ELDON E. FALLON
Unites States District Judge