UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**MOTON FOR LEAVE TO FILE
THE REPLY OF THE MAJORITY OF THE FEE COMMITTEE TO
1) THE MINORITY FEE COMMITTEE REPORT, 2) THE JOINDER OF
MULTIPLE COMMON BENEFIT ATTORNEYS IN FEE COMMITTEE
MINORITY REPORT, AND 3) THE OBJECTIONS TO STEP SIX
RECOMMENDATION REGARDING ALLOCATION OF COMMON BENEFIT
<u>AND TO FILE UNDER SEAL, IN ITS ENTIRETY</u>**

NOW COMES the Majority of the Fee Committee ("MFC"), who respectfully submits that on July 19, 2018, the Court issued an Order [Rec Doc. 21548] directing the Fee Committee to file responses to Objections received to the Step Six Final Recommendation of the Majority of the Fee Committee Regarding Allocation of the Common Benefit [Rec. Doc. 21455] no later than Friday, August 3, 2018 at 5:00 p.m. In light of on-going litigation with the Taishan Defendants and the revelation of work-product throughout the proposed Reply, the MFC requests leave of court to file and exceed any page limitation that may apply to the attached Reply of the Majority of the Fee Committee to 1) The Minority Fee Committee Report, 2) The Joinder of Multiple Common Benefit Attorneys in Fee Committee Minority Report, and 3) The Objections to Step Six Recommendation

1

Regarding Allocation of Common Benefit ("Reply").  Additionally, the Reply and its exhibit(s) contain and/or refer to information that should remain confidential and the MFC requests that the Reply be filed UNDER SEAL in its entirety.

WHEREFORE movers pray that this motion be GRANTED and that The Reply of the Majority of the Fee Committee to 1) The Minority Fee Committee Report, 2) The Joinder of Multiple Common Benefit Attorneys in Fee Committee Minority Report, and 3) The Objections to Step Six Recommendation Regarding Allocation of Common Benefit be filed and filed UNDER SEAL in its entirety.

                                          Respectfully submitted,

Dated: July 30, 2018         */s/ Russ M. Herman*
                                      Russ M. Herman, Esquire (Bar No. 6819) (on the brief)
                                      Leonard A. Davis, Esquire (Bar No. 14190) (on the brief)
                                      Stephen J. Herman, Esquire (Bar No. 23129) (on the brief)
                                      HERMAN, HERMAN & KATZ, LLC
                                      820 O'Keefe Avenue
                                      New Orleans, LA 70113
                                      Phone: (504) 581-4892
                                      Fax: (504) 561-6024
                                      Ldavis@hhklawfirm.com
                                      *Plaintiffs' Liaison Counsel in MDL 2047*
                                      *Fee Committee Co-Chair/Secretary*

                                      Arnold Levin (on the brief)
                                      Fred S. Longer (on the brief)
                                      Sandra L. Duggan (on the brief)
                                      Nicola Siriani (on the brief)
                                      Keith Verrier (on the brief)
                                      LEVIN, SEDRAN & BERMAN LLP
                                      510 Walnut Street, Suite 500
                                      Philadelphia, PA 19106
                                      Phone: (215) 592-1500
                                      Fax: (215) 592-4663
                                      Alevin@lfsblaw.com
                                      *Plaintiffs' Lead Counsel in MDL 2047*
                                      *Fee Committee Chair*

### ADDITIONAL MAJORITY FEE COMMITTEE MEMBERS

Christopher Seeger
Seeger Weiss, LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Richard J. Serpe
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, which will serve a notice of the uploading in accordance with the procedures established in MDL 2047, on this 30th day of July, 2018.

/s/ Leonard A. Davis
Leonard A. Davis
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
Plaintiffs' Liaison Counsel
MDL 2047