UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**O R D E R**

Considering the Motion for Leave to File The Reply of the Majority of the Fee Committee to 1) The Minority Fee Committee Report, 2) The Joinder of Multiple Common Benefit Attorneys in Fee Committee Minority Report, and 3) The Objections to Step Six Recommendation Regarding Allocation of Common Benefit filed by the Majority of the Fee Committee;

IT IS ORDERED BY THE COURT that the motion is GRANTED and The Reply of the Majority of the Fee Committee to 1) The Minority Fee Committee Report, 2) The Joinder of Multiple Common Benefit Attorneys in Fee Committee Minority Report, and 3) The Objections to Step Six Recommendation Regarding Allocation of Common Benefit be and is hereby filed and filed UNDER SEAL, in its entirety.

New Orleans, Louisiana, this ___ day of _____, 2018.

_____
Eldon E. Fallon
United States District Court Judge