**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047** |
| **THIS DOCUMENT RELATES TO:**<br><br>**ALL ACTIONS** | **SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |

**THE REPLY OF THE MAJORITY OF THE FEE COMMITTEE TO
1) THE MINORITY FEE COMMITTEE REPORT, 2) THE JOINDER OF
MULTIPLE COMMON BENEFIT ATTORNEYS IN FEE COMMITTEE
MINORITY REPORT, AND 3) THE OBJECTIONS TO STEP SIX
RECOMMENDATION REGARDING ALLOCATION OF COMMON BENEFIT**

# FILED UNDER SEAL IN ITS ENTIRETY