**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 <br><br> SECTION L |
| THIS DOCUMENT RELATES TO: *ALL CASES* | JUDGE FALLON <br> MAGISTRATE JUDGE WILKINSON |

*********************************************************************

## ORDER

Considering the foregoing Bruno & Bruno's Motion for Leave to File its Exhibits Under Seal:

**IT IS HEREBY ORDERED** that the motion is granted and the attached **Exhibits "A" through "C" of Bruno & Bruno's Objection to Step Six Final Recommendation of the Majority of the Fee Committee Regarding Allocation of the Common Benefit** be and are hereby filed UNDER SEAL. The Court will determine at a later date whether these documents shall remain under seal.

New Orleans, Louisiana this  30th  day of _____July_____, 2018.

_____
HON. ELDON E. FALLON
UNITED STATES DISTRICT JUDGE