# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO | * * | JUDGE FALLON |
| *ALL CASES* | * | MAGISTRATE WILKINSON |

## ORDER

**MAY IT PLEASE THE COURT:**

CONSIDERING the Motion of Lemmon Law Firm, LLC for Leave to file Objection and Exhibits Under Seal;

IT IS ORDERED BY THE COURT that the motion is granted and the attached Objection to Fee Committee Recommendation and Exhibits be and are hereby filed UNDER SEAL. The Court will determine at a later date whether these documents shall remain under seal.

New Orleans, Louisiana, this __30th__ day of _____July_____, 2018.

_____
Eldon E. Fallon
United States District Court Judge