UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: *ALL CASES* | JUDGE FALLON MAGISTRATE JUDGE WILKINSON |

*************************************************************************

## ORDER

Upon consideration of Allison Grant, P.A.'s Motion for Leave to File Exhibits "A" and "B" to its Objection to the Fee Committee's Recommendation of as to Common Benefit Award Dated July 3, 2018 Under Seal;

IT IS ORDERED BY THE COURT that the motion be and is hereby GRANTED and Exhibits "A" and "B" to Allison Grant, P.A.'s Objection to the Fee Committee's Recommendation of as to Common Benefit Award Dated July 3, 2018 shall be filed under seal by the Clerk of the Court. The Court will determine at a later date whether these documents shall remain under seal.

New Orleans, Louisiana, this 30th day of July, 2018

ELDON E. FALLON
United States District Judge