UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION                                           MDL NO. 2047

                                                     SECTION: L

                                                     JUDGE FALLON
                                                     MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*ALL CASES*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the Motion for Leave to Exceed Page Limitation filed by the Fee Committee;

IT IS ORDERED BY THE COURT that the motion is GRANTED, the Fee Committee is allowed to exceed the page limitation and the attached Response in Opposition to Parker Waichman LLP's Motion to: (1) Disqualify Fee Committee Chair and Co-Chair, (2) Strike the Step Six Recommendation of the Majority of the Fee Committee Regarding the Allocation of Common Benefit Fees, and (3) Lift the Seal on Related Filings be and is hereby filed into the record.

New Orleans, Louisiana, this  1st  day of _____August_____, 2018.

_____
Eldon E. Fallon
United States District Court Judge