UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2047 |
| | ) | SECTION "L" |
| THIS DOCUMENT RELATES TO: | ) ) | JUDGE FALLON |
| **This document relates to all cases** | ) ) | MAG. JUDGE WILKINSON |
| | ) ) ) ) | |

**MOTION FOR LEAVE TO FILE SUPPLEMENTAL RESPONSE TO MOTION TO EXTINGUISH THE KNAUF DEFENDANTS' SETTLEMENT OBLIGATIONS FOR CERTAIN REMEDIATION CLAIMS (21190)**

Plaintiffs Prime Homes at Portofino Falls, Jessidra Coleman, Rafael Santamaria, Yehiel Sar Shalom and Gian Carlo Visciglia hereby request leave of court to file the attached Supplemental Response to Motion to Extinguish the Knauf Defendants' Settlement Obligations for Certain Remediation Claims (21190).

WHEREFORE, Plaintiffs requests that the Court enter an order granting leave for them to file the attached Supplemental Response to Motion to Extinguish the Knauf Defendants' Settlement Obligations for Certain Remediation Claims (21190).

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this **31st** day of **July**, **2018**.

1

_____/s_____
PATRICK S. MONTOYA
Fla. Bar No. 524441
Patrick@colson.com
COLSON HICKS EIDSON
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax:    (305) 476-7444
*Counsel for Plaintiffs*