UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO:**<br><br>*Gross v. Knauf Gips KG,* 2:09-cv-6690<br>*Amorin v. Taishan Gypsum,* 2:11-cv-1672<br>*Amorin v. Taishan Gypsum,* 2:11-cv-1395<br>*Amorin v. Taishan Gypsum,* 2:11-cv-1673<br>*Amorin v. SASAC,* 2:14-cv-1727<br>*State of Louisiana v. Knauf,* 2:10-cv-340<br>*Abner v. Taishan Gypsum,* 2:11-cv-3094<br>*Posey v. BNBM Co.,* 2:09-cv-6531<br>*Morris v. BNBM Co.,* 2:09-cv-6530<br>*Germano v. Taishan Gypsum,* 2:09-cv-6687<br>*Wiltz v. Beijing New Building Materials Public Limited Co.,* 2:10-cv-361 | |

**O R D E R**

Considering the Motion to Substitute Rec Docs. 18433, 18472 and 18958 (Addressing Removal of Confidentiality Designations and Lifting of Seal) filed by the Plaintiffs' Steering Committee;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the Plaintiffs' Steering Committee's Briefs at Motion to Substitute Rec Docs. 18433, 18472 and 18958, which were filed in their entirety under seal, be substituted and filed on the MDL 2047 docket so that only the documents and testimony included in the Briefs, which remain confidential, are redacted. The effect of this will result in a lifting of the seal on Rec Docs. 18433, 18472 and 18958, except as related to documents or testimony that remains confidential. Nothing in the Briefs has been changed, except insofar as the seal on documents and testimony that are no longer protected by

Pre-Trial Order No. 16 has been lifted.

    New Orleans, Louisiana, this \_\_\_ day of _____, 2018.

_____
Eldon E. Fallon
United States District Court Judge