UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2047 |
| | ) | SECTION "L" |
| THIS DOCUMENT RELATES TO: | ) ) | JUDGE FALLON |
| **This document relates to all cases** | ) ) | MAG. JUDGE WILKINSON |

**ORDER GRANTING MOTION FOR LEAVE TO FILE SUPPLEMENTAL RESPONSE [21627] TO MOTION TO EXTINGUISH THE KNAUF DEFENDANTS' SETTLEMENT OBLIGATIONS FOR CERTAIN REMEDIATION CLAIMS**

Before the Court is Plaintiffs' Motion for Leave to File Supplemental Response to Motion to Extinguish the Knauf Defendants' Settlement Obligations for Certain Remediation Claims [21627] for Claimants Prime Homes at Portofino Falls, Jessidra Coleman, Rafael Santamaria, Yehiel Sar Shalom and Gian Carlo Visciglia.

IT IS ORDERED that Motion for Leave to File Supplemental Response to Motion to Extinguish the Knauf Defendants' Settlement Obligations for Certain Remediation Claims [21190] for Claimants Prime Homes at Portofino Falls, Jessidra Coleman, Rafael Santamaria, Yehiel Sar Shalom and Gian Carlo Visciglia is GRANTED.

New Orleans, Louisiana this  3rd  day of August, 2018.

_____
Eldon E. Fallon
U.S. District Court Judge