

# CNBM Group & Controlled Subsidiaries

**MTD Exhibit #4**