<u>Partial Translation of CNBMGRP00023355-75</u>

<u>CNBMGRP00023355</u>

**Board of Directors of China National Building Material Group Corporation**

**Meeting Minutes of the Seminar on Deepening Reform[1]**

Meeting time:                February 26, 2014          1:30 – 17:30

Meeting location:          Conference Room 2, 6th floor, Group Corporation

Meeting host:               Zhiping Song

Attendees:

       Board of Directors: Yan Yao, Jianglin Cao, Zhenhua Hao, Xiaoting Ni, Xiaogang Zhao, Laiyou Zhuang, Xiaoqiang Lu, Yanfu Zhu, Xuefeng Peng, Yumeng Wang

       Supervisory committee: Liqiang Ma, Chairman; Zimin Wang, Director of the sixth office; Lei Zheng, full-time supervisor

       SASAC Bureau of Restructuring: Bing Li, Chief of the Bureau

       Secretary of the Board of Directors:      Zhaoyu Guang

       Director of the Office of the Board:       Zhiping Gan

       Meeting Recorders:                         Zhiping Gan, Zhenhua Niu

    …

> MTD Exhibit #10

---

[1] Translator's note: the manner of speech in the Chinese original is colloquial throughout the document.

**PENG: Exhibit 816**

**CNBMGRP00023356**

…

**Zhiping Song:** Then we will talk first, as a modest inducement of your valuable contributions, then the board directors will talk, and finally, the chairman will give instructions.

…

**CNBMGRP00023359**

…

I understand, it is mixed economy, the state-owned capital can be for equity control or for equity sharing, and the shares may change according to the market. State-owned investment companies are state-owned enterprises, hold the shares of mixed ownership enterprises, depending on needs, they may hold more shares, and choose the private offering of additional shares; when it is unnecessary the shares may also be diluted, sell some shares, liquidize equity, use this money to do something else. Single out mixed ownership system and make it become a form of enterprise similar to state-owned enterprise and private enterprise. By doing this (the problem of an intertwining of politics and enterprises) in practice can be solved, now no matter what regulation from the Party and the government, once a document comes out, state-owned enterprises shall follow and execute it by reference. The key is we don't know which tier should follow or execute it. The recently issued document on prohibiting holding concurrent positions after retirement, the SASAC issued documents requiring that the subsidiaries and agencies shall follow and execute it by reference, we have no idea what counts as subsidiary and agency. Therefore we forwarded it below to all tiers for execution, but what's below us are share controlling companies, including relatively share controlling companies. There are many State-owned and State-owned share controlling[2] that followed and executed it by reference, resulting in a lot of administrative content entering into the enterprises. In fact politics and enterprise should be separated, there cannot be administrative content participating in the enterprises, right now there is a very large volume of that.

---

[2] Translator's note: omitting "companies"

**Liqiang Ma:**      Right now with regard to the requirements of these documents on State-owned enterprises, do you require all the subordinate enterprises this way? Including these cement enterprises you acquired.

**Zhiping Song:** Right now, whatever's required us to forward to below, we forward it to below, because if we didn't forward it, we would be responsible. Insofar as it's something the SASAC gave us, and required us to execute, we would forward them all.

**Liqiang Ma:**      Among the cement enterprises you acquired, do the State-owned stocks take up the majority?

**CNBMGRP00023360**

**Zhiping Song:** We are the majority holder tier by tier, the Group controls the Stock,[3] the Stock controls South,[4] and South controls cement factories. In order to ensure profitability, we elevated the equity rights of the producing enterprises to South, and mixed them on the South Cement level, we did not mix those of the subordinate factories. This way the profitability of South can be assured, and the balance of the enterprises within the region can also be assured, for example, uniform price fixing, uniform procurement, and the concentrated usage of funds.

We also encountered problems in practice, for example, it's okay not to apply the requirements for State-owned enterprises to the Stock Company, and the stockholding system is used for operation, we are the majority shareholder at the Stock Company, therefore we enjoy voting rights in the board of directors, and the financial statements can be consolidated. The stockholding system is not necessarily the system for State-owned enterprises, the State-owned enterprises use the system for State-owned enterprises, the stockholding enterprises use the system for stockholding enterprises, can't we separate them.

…

**CNBMGRP00023364**

…

---

[3] Translator's note: refers to CNBM Co., Ltd.
[4] Translator's note: refers to South Cement

**Zhiping Song**: Right now the State-owned equity sharing itself does not make it as a State-owned enterprise.

**Bing Li:** But the State-owned relatively share-controlling enterprises still make them as State-owned enterprises now. As you said, the tier-2 and tier-3 companies of CNBM, if following the management of State-owned enterprises, there would be a lot of mistakes and confusions. My other assets are dominating, how come it will like this?

**Zhiping Song:** 85% is societal capital, 15% is societal asset,[5] this is tier-by-tier share control, how to change the nature of the company.

**Xiaoting Ni:**      I pick up what you two have said, the origin of this saying is in the "Decision" of the third plenary session of the 18th CPC Central Committee,

<u>**CNBMGRP00023365**</u>

"accurately determine the boundaries of the functions of different State-owned enterprises."

…

<u>**CNBMGRP00023366**</u>

… State-owned enterprises refer to the enterprises whose capital was contributed by the State, exclusively funded and sole shareholder, even if not exclusively funded or sole shareholder, it must also be within the fields that are germane to the life-blood of the State's economy, are forward-looking, of technology, or of State security. Mixed ownership system is the same as incorporated enterprises, it may be limited liability company, it may also be shareholding system, there are about 9 types of ownership structures.

…

The documents issued by the Organization Department of the CPC Central Committee can only cover the public welfare enterprises, and may not cover the

---

[5] Translator's note: Typo on the Chinese original

incorporated enterprises, if they did cover the incorporated companies, it would be against the Company Law.[6]

**Zhiping Song:** I continue with what I was saying.

…

**CNBMGRP00023367**

…

I think the listed company is a form within the mixed ownership system, but the main manifestation of the mixed ownership system is the participation of non publicly-owned capital. I think the reason why we view this question as so important is because it itself is fit for the market. Actually, in terms of mechanism, we State-owned enterprises are "riding" with them.

…

**CNBMGRP00023368**

…

… Another example is Taihe Gypsum, Taihe Gypsum made 1 billion in profit last year, BNBM's main profit source is dependent on Taihe, at the time we spent 240 million and bought 60% of the shares, in it there are employees and staff holding shares, Tongchun Jia holds shares, the portion of their shares is not high, but they all hold shares. Therefore they have done a good job in these years…

**CNBMGRP00023369**

…

If we say that CNBM Group is an investment company, this is a State-owned enterprise, within CNBM Co., Ltd., CNBM Group is still the number one majority shareholder, it holds the board of directors meeting as usual, it changes your general manager as usual, and it consolidates the statements as usual. However, if this company was liberated, if when we received red letterhead

---

[6] Translator's note: Refers to the Company Law of China.

documents we do not need to forward to it. These red letterhead documents are actually harmful. Our lawsuit on gypsum boards in the U.S., how did it become like this, the Americans are not letting go, and it is not Taihe that they are not letting go, it is CNBM above that is being fought, and the SASAC above CNBM that's being fought. Because in (the U.S.) law there is "piercing the corporate veil," if they think you surpassed the authority as a shareholder and are actually in control, the Company Limited would not be independent, and I would be able to fight a unlimited (liability) lawsuit, and we would not only be liable for the limited assets that were contributed. We consent to the litigation,[7] and the U.S. attorneys come, once the attorneys come, they move all of your computers away to conduct inspection. If you have board of directors documents, fine, if you have shareholders' meeting documents, fine, but if there are a lot of non corporate governance, non standard content in them that surpassed the scope of the corporate system, these would be seized by the attorneys. Although Taihe is a limited company, it is not independent. In terms of the lawsuit, what we are facing is also corporate governance (problems). Deducing from the opposite end of corporate governance, we arrive at the system itself, the laws that are unfit for the market, the lawsuit that is unfit for the market. These may seem not to be a big deal, if a big lawsuit really occurred… I worry, one day, the Americans fight a lawsuit as large as the heavens, this matter would be completely revolutionary, and Chinese people would come to realize the truth. The Chinese government would say, "we only control stock rights, we don't control your management." Thus, if you say you are a State-owned enterprise,

**CNBMGRP00023370**

it is not a beneficial thing in the market, there is no benefit at all.

　　…

---

[7] Translator's note: Cannot tell from context if hypothetical or past tense.

**CNBMGRP00023373**

**Zhiping Song:**

…

My core thoughts are, CNBM Group wishes to register itself at the SASAC, we hope to become an investment company, the (enterprises) below use the mixed ownership system…

**CNBMGRP00023374**

…

These are my thoughts on reform, my thoughts might not be right, because everyone is standing from a different angle. At least I am proactive, or I am trying my hardest to think about the problems. I have talked about my thoughts with the leaders in the Commission,[8] I believe that we must reform, I also hope that CNBM will be a pioneer in this round of reform, because we have full competition. Our State-owned capital only takes up thirty-something percent of our total capital. Therefore, I think, don't we start doing it first.

I spoke too long and too much.

**Xiaoting Ni:**        CNBM has the most right to talk, you don't do it in the Group, now you do it in the Stock

**CNBMGRP00023375**

Company and the tier-2 enterprises.

**Zhiping Song:**

…

Chief Zhao, you talk, you are an experienced board director.

---

[8] Translator's note: Refers to the SASAC

Chinese building materials board

Deepened reform seminar conference records conference time: On February 26, 2014 1:30-17:30

Conference venue: The Group 6 second conference room conferences manage: Song Zhiping

Attending personnel:
Board of directors: Yao Yan, Cao Jianglin, Hao Zhenhua, Ni Xiaoting, Zhao Xiaogang, Zhuang Laiyou, Lu Xiaoqiang, Zhu Yanfu, Peng Xuefeng, king Yu Meng

Board of supervisors: The president horsepower strong 6 manage director prince the people and full-time supervisor Zheng Lei

SAC reorganizes the bureau: Bureau chief Li Bing board of directors secretary: Illumination space

Director Dong Ban: Does Zhiping conference to record: Does Zhiping, Niu Zhenhua

Song Zhiping: Using this afternoon's time, we convene to hold a deepened reform seminar, although is the discussing principles meeting, but the leader attaches great importance, President Ma and Bureau Chief Li and Director Wang attended our meetings. First, the board of directors participates to the leader our will extend warm welcome! Before the meeting, set a topic to everybody, topic is not that comprehensive, is only one kind of guidance, asked everybody to further ponder. We is a seminar, asked everybody to speak freely, has other questions also to be possible to say casually. Through the board of directors and fellow trustees, regarding the reform, development, strategy and control, asked everybody to make some constructive comments and requests, to doing was not good also to be possible to criticize. Malaysian president and Bureau Chief Li also says to us, higher authority's spirit and SAC's idea mentality.

Horsepower: Mainly is listens to the board of directors to have anything to suggest, in the committee has any idea.

Song Zhiping: Then we said first that is offers a few ordinary introductory remarks so that others may offer their valuable ideas, afterward the trustee said that finally asked the president to give the instruction.

First, about the reform, everybody extremely cared. Recently SAC Assistant Director Huang Shuhe published the article in "Seeking Truth", some answered questions from reporters, in committee also Xiao Bai book, after the Third Plenary Session about big mentality of reform. Our enterprise also joins to the discussion that this state-owned enterprise and central enterprise reform.

1

We also accepted the interview, somewhat preliminary
understanding.

Am I want to reform such several matters:

First, state economy stratification plane.
â€œPublic ownership system is the main body, state economy is
leadershipâ€ realizes, is what realizes the way is? The state-
owned business realizes the way, the mixed economy is to also
realize the way, from now on the mix system of ownership will
bring many development the powers. Why did I such say? Actually,
the central enterprise these years rapid growths, the majority
benefits from the listed company, the Chinese building materials
and country medicine are this, if no Chinese building materials
stock not to have today of Chinese building materials, if the
country medicine does not have country medicine holding going on
the market not to have country medicine today. The state economy
may realize the inflation-proofing and appreciation and growth
through the mix system of ownership. In the entire national
economy, the state economy occupies about 30% now, along with the
privately operated rapid growth, will be getting fewer and fewer.
The state economy must play the leading role, should have certain
quantity. Does this quantity guarantee? State economy oneself
must develop. What way with develops? Through mix system of
ownership. The state-owned business may be the state capital
investment company, nonprofit, involves the national security the
specific enterprise, remaining may use the mix system of
ownership in the competition domain's enterprise.

18 Third Plenary Session "Decision" in 60 sixth, spoke the mix
system of ownership specially very clearly, this has provided the
sharp weapon for us, has provided the key, has solved the state
economy and market fusion hand-off point. The state economy not
simple dependence state-owned business, the state economy as the
important content of basic economic system, is not dispensable,
but the state economy must have the development space, through
mix system of ownership development. I believe that must define
clearly state economy (display) the relations of leading role and
state-owned business. In state economy's realization way, the
state-owned business is not the more better. The state-owned
business one may be the life line of national economy domain exists
in nonprofit, important, the influences national security and in;
second, exists by the investment company and capital operation
company's form. This is the first stratification plane, is the
state economy stratification plane.

Second is the national capital supervision stratification plane.
16 loudly proposed that â€œtube person, steward and tube
propertyâ€, this is SAC is founded the time proposes. 18 Third
Plenary Session proposed that shifts center of gravity to the
tube capital primarily, from the tube person and steward,
especially extricates from the tube enterprise concrete affair,

2

gives to issue to the enterprise this authority of putting,
managing well that should manage, focuses on managing well the
state capital, even may do "great national capital". The
national capital supervision should not manage to the mix system
of ownership enterprise, should arrive at investment company
stratification plane to be good by all means that the following
mix system of ownership lets them do. I also suggested with the
director that the state-owned business does not need that many,
does not use tube that many, the providing lodging capital, the
providing lodging quantity and providing lodging scale were OK.
The mentality that 16 loudly proposed is the original intention
that SAC is founded, but from 16 big to 18 big, among this
experienced for ten years, is process that a understanding
deepens, "tube capital primarily" is an progress on
understanding.

Third is the mix system of ownership. This time proposed that
mixed economy, is accurate, the mix system of ownership is the
state capital and collective, the new system of ownership shape
of non-public capital overlapping fusion. In the past we melted
the state-owned share, state-owned relative control and other
equity management ways and enterprise natures in one, this time
has solved this problem. In reality, we have come across this
question. For example Chinese Bolivia filament is in the listed
company, state-owned shares only then 15%, if takes it to manage
as the state-owned business, in reality will come across the
question. The medium duplicate condor that previous time makes
the carbon fiber service, the duplicate condor has the core
security, is not willing to take.

We in joint reorganization? We purchase the enterprise, was the
central enterprise? Sells time what to do? Also must open the
employee's representative conference, receives time does not use,
but sold time everybody not to agree that the worker thinks that
was we are the state-owned staff, must transform the status. I
and they said that we are the central enterprises, but we were
the joint stock system did not have the state-owned enterprise
identity issue. Is the marketability, as soon as we purchase, the
non-marketability, received time receives according to the way of
marketability, exited not so to be easy again.

Moreover, from now on the equity ratio in the market changes
back, am I sold 5% the enterprise nature changed, the equity
ratio may change, but was the enterprise nature must change? I
understood that is mixed economy, the state capital may be the
holding, may be the share-holding, the stock may change because
of the market. The state investment company is the state-owned
business, owns stocks the mix system of ownership enterprise, may
control some according to the need, the choice direction
detection issues additionally; When necessary may not dilute the
stockholder's rights, sells some stockholder's rights, the
stockholder's rights flow, takes this money to do other going.

3

Proposes alone the mix system of ownership, becomes with the state-owned business and private enterprise same one kind of enterprise shape. This may also solve in the practice (without a clear line between the functions of the government and enterprises question), no matter now party politics' anything stipulated that has the document to come out, is the state-owned business reference execution. The key is we do not know that which the reference carries out to first-level. After the retirement that recently sent did not permit the concurrent job the document, SAC to send the document request subsidiary company and organization refers to the execution, we do not know how the subsidiary company and organization calculate. We retransmit the entire level execution, but under us is the holding company, including relative holding company. Has state-owned and state-owned share reference execution, causes many administration's things to enter to the enterprise. In fact should be the separating government administration from enterprise management, cannot have the administrative thing to participate in the enterprise, now this type and quantity is very big.

Horsepower: Now stipulated to these documents of state-owned business that you such do request to the subordinate enterprise? Including these cement enterprises of purchase.

Song Zhiping: We who now, the request downward transfers downward transfer, because does not transfer us to have the responsibility. So long as SAC gives us, requests us to carry out, we transfer.

Horsepower: In cement enterprise that you acquire, the state-owned shares occupy the big end?

Song Zhiping: We are progressive big ends, is the group holding share, the stock controls southern, the south controls the cement plant. In order to guarantee profit, we rise production enterprise's stockholder's rights to the south, in the southern cement stratification plane mix, does not make the mix in the subordinate factory. This can guarantee the southern profit, can guarantee that in the region balanced of enterprise, for example the unification fixes a price and unifies the purchase, as well as the fund strongly uses.

We have come across the question in reality, for example the joint-stock company may not request according to the state-owned business, according to the joint stock system operation, we in the joint-stock company is a major stockholder, therefore has the right to vote in the board of directors, the finance may and shows. The joint-stock company system not necessarily must is the state-owned business system, the state-owned business has state-owned business's system, the stock company type enterprise has stock company type enterprise's system, can separate it.

4

In the future if the Chinese building materials group reorganizes for the state investment company calculates the state-owned business, should have the rank to have the rank, had no need shyly, retired enjoys the official treatment, the treatment compared to the official high spot, the inflation-proofing and appreciation could complete much again to reward, did is not good to punish. This returns to us reforms the initial question, if reforms to design at first, some suit does the state-owned business does the state-owned business, somewhat suits the use state capital that the state capital owns stocks to own stocks, somewhat suits the mix system of ownership makes the mix system of ownership, now some not too suitable privately operated, belong nonprofit also went on the market, went on the market the country also to subsidize, does very complex.

Can we start from this reform, solve this problem. Now state-owned listed company issues annual report, in the public opinion some people attacks, the listed company salary was high, entertainment expense high and so on, in fact these are the listed companies, in some listed companies the state-owned shares have 30%. Listed company's salary is not high, but with the state-owned enterprise contrast, thought high, because everybody also treated as the central enterprise to regard your listed company, SAC's stipulation set on listed company. But if, these listed companies defer to the state-owned enterprise to operate completely, could not find the talented person, mechanism is not flexible. These enterprises are not the nation have, in society (talented person) that many, others is not willing to comply with this system, others are willing to comply with the market system. This has very major problem.

We in concrete operations, before us, earliest SAC has given the stock appreciation power, afterward took back. But our stock 2 dollars, our increment Quan Ding to 3.5 Yuan. Has not thought that rose, very rises many. Afterward, SAC has gotten down the article, said that this does not consider as finished, according to yearly income 40% may the good power, other cancel. But in road show the time, others asked that has the drive to the management, we said that asked has carried out, we said that carried out. If can proceed to push the mix system of ownership one step, if therefore mixes the system of ownership enterprise and state-owned business and private enterprise can become the same enterprise shape, can emancipate the productive forces. In this Third Plenary Session mentioned that the staff owned stocks said may implement in the mix system of ownership enterprise, but did not say in the state-owned business.

Li Bing: Now I am also very puzzled, is the current discussion is quite centralized, what is the state-owned business. Before 93 years law of corporation has not appeared, called the system of ownership by the whole people enterprise. After 93 years law of corporation appearing, at that time I in the State Economic and

Trade Commission Culture Market Department work, am responsible for hundred households of experiment site and restructuring of enterprise work. I and President Ma are near 30 years colleagues. My 85 years in economic committee enterprise bureau, afterward in the special bonds, these days, I participated to do a matter, are the division major and medium small scale, at that time mainly separated for the enterprise and administrative rank. Considered that the state-owned business management must have one means that actual in the early 90's, especially to 14 Third Plenary Session, the administrative rank basically has solved, does not have the administrative rank. Now the department concerned does not acknowledge has the rank, but also has the rank in the mode of administration. But some tube cadres, are the enterprise status, the request cancels the trustee reward, must say that what relations this matter and state-owned enterprise do have?

93 years later, state-owned sole ownership company is an exceptional case, considers China's national situation. Considered that the state-owned sole ownership company and enterprise gradually reduce, at that time was 93 years Economic and Trade Committee time, the research, changed to the state enterprise the state-owned business, because the property rights and right of management separated. The enterprise attribute are more is turns over to all, the enterprise also asked the legal person property rights question. At that time the interlude, in the materials for internal reference has also published the Belgian state-owned business's quantity, is inside material that our reporters stationed abroad write, he state-owned business in West - including the sole ownership and holding, some countries controls stock absolutely, some countries are relative holding - calculates the state-owned business. At that time proposed that the state-owned business is divided into the state-owned sole ownership, owns stocks including many state-owned members, with the state-owned absolute holding, in the absolute holding enterprise also has the non-state capital. Afterward with the statistics bureau and State Council leader, family China deputy prime minister, é•• the base premier, agreed basically. Afterward the statistics bureau on the adjustment caliber, afterward deepened along with the reform, the listed company increases gradually. At that time three factors impel listed company, the first goal, is impels the separating government administration from enterprise management, after going on the market, the agglutination of government and enterprise reduces, second is to promote the enterprise direct finance, the solution ratio of debt to net worth too high question, third is the mechanism, especially the incentive mechanism, the exploration staff owns stocks. All, I believe that the state-owned business major concept including the state-owned and state-owned share, naturally also includes the listed company, stressed again is the listed company, everybody also thinks that is the listed company in state-owned business. Now the concept should be quite clear.

The mix system of ownership, first is not the new thing, proposed the basic economic system is the basic economic system realizes the form importantly is the theoretical innovation of our party. But the mix system of ownership has had. Now mix system of ownership enterprise's surface big, had to say 60-70%. Therefore the state-owned business and mix system of ownership what relates? Li Yining publishes the article to believe that state-owned business and mix system of ownership enterprise and private enterprise on these three kinds of enterprises. Now regional SAC also discuss, but the question following policy city ticks, this time we study the deepened reform, can the enterprise economical attribute strengthening, too many non-market's factors. Inside this has a question, what is the state-owned business? Is the mix system of ownership the state-owned business? Can determine a stock ratio? We draft the document now, two formulations, the first formulation is although controls stock, but the stock is lower than 33% compared to the proportion, the principle no longer calculates the state-owned business. The stock ratio is lower than 33% principles not to calculate the state-owned business, in the mode of administration and type of distribution, this is the request that most realistic two next step reforms, no longer defers to the state-owned business to request. Now has not seen the state-owned business unified concept. Transforms like the shantytown, what is the shantytown, the danger old building, the non-complete set housing and so on must be counted the shantytown, including improves the housing to the staff, this definition involves the subsidy of Ministry of Finance. The present newspaper many 80-90 ages' danger old buildings transformed, even ten years ago housing must be the scope of shantytown transformation, this finance cannot bear. The concept must define clearly, otherwise the following policy has no way to dock.

Song Zhiping: I am thinking that makes concrete to an enterprise, is state-owned or the mix, how to be more beneficial in the market to it? How to make to the increment and development of its state economy more advantageous? I thought that this possibly is the question that we study, if casts off the red cap, even more marketability is more advantageous, but Dai Ke does not wear, does non-puts on?

Li Bing: We are the seminars, I also explode not without reason. Can we grasp like this, the mix system of ownership is one kind of important economic form, but is not the mix system of ownership enterprise, under the mix system of ownership has included the state-owned business, has included the non-state-owned business. Second, the enterprise do not call the mix system of ownership enterprise, the third pair has the state-owned sole-source investment enterprise, according to the OECD government criterion, the state-owned share-holding enterprise must integrate the state-owned business government research. Can separate, state-owned sole ownership and state-owned holding

enterprise, are similar in the management absolutely to the official, the relative holding or the share-holding, do not call the state-owned business, but is the so-called capital share-holding enterprise.

Song Zhiping: Now the state-owned share-holding itself does not calculate the state-owned business.

Li Bing: But the state-owned relative holding enterprise, calculates the state-owned business now. Said like you that the building materials two third-level companies, manage according to the state-owned business, will have the places of many being stunned. My other capital occupies the leadership, how this?
Song Zhiping: 85% are social capitals, 15% are the social capitals, is the progressive holding, how to change the company nature.
Ni Xiaoting: I then two words, this words is to be at 18 Third Plenary Session "Decision", â€œaccurate limits different state-owned business's functionâ€ . This mentioned that anything is state-owned business's concept, the economic concept that the mix system of ownership's concept should correspond is all the people all systems of ownership, this is from productive relations the nature of angle research enterprise's; Corresponding from productive forces angle, state-owned business's concrete form, â€œstate-owned businessâ€ stressed that the member is a country, but is not all the people, the countries and all the people are two concepts, the country has the class nature. According to the Third Plenary Session "Decision", the enterprise is divided two kinds: A nonprofit kind, but also talked about the natural monopoly class. The scholars have divides two kinds influential three kinds. Two kinds are the public welfare and rentability, the public welfare do not take gaining as the goal, the rentability take gaining as the goal. Divides three kinds, is Third Plenary Session's two kinds of Canadian competitiveness, the public welfare, the natural monopolization and competitiveness. Three kinds that Shanghai "State enterprise reform 20" divides, Li Yining and Wu Jinglian divides two kinds. Alters to "Public welfare State-owned Law of enterprise" "Law Concerning the Industrial Enterprises Owned by the Whole People", this is the unlimited liability, the country revealed that is ordered mediates in the national plan, has not fixed a price the power. According to "Law of corporation" irregularity is rentability, I believe that divides two kinds, one kind is nonprofit, is the public law; Complete competitive is the law of corporation. Special bonds time proposed that to reform takes on the overall situation, the state-owned business overhaul reorganization and transformation, improves the management, is called â€œthree to change to strengthenâ€ . The overhaul said was altered to the corporate system by the enterprise system, changed the system is not equal to the reform. Like this ends the enterprise minute the kind, defines anything again is the state-owned business, defines the state-owned business to defer to the

public law carries out. The central enterprise stratification plane also 70% are laws of enterprise, 30% are the law of corporation registrations; The second-level enterprise 60% are the law of corporation registrations. Is every nonprofit enterprise, takes gaining as the goal, other corporate system enterprises, may call the mix system of ownership enterprise. Mix system of ownership from capital nature minute. The different state-owned business invests, is not the sole ownership alone stock, sole ownership many also carries out according to the law of corporation, does not calculate the state-owned sole-source investment enterprise. The different member's profit pursue direction is inconsistent, therefore can also constitute the different interest player board of directors. Such divides, the definition of state-owned business has handled, the state-owned business is the national investment, sole ownership alone stock, even if not the sole ownership alone stock, must in the relational national economy life, foresightedness, technical, national security and other domains. The mix system of ownership is the corporate system enterprise, may enable the limited liability company, to be possible to be the joint stock system, the property organization form has 9 kinds probably. National Bureau of industry and commerce according to the mix system of ownership registration, certainly will not ask the assets organizational form. From now on the economic domain research problem, speaks the enterprise is the state-owned business, speaks the company to register according to the law of corporation, the company completely presses the mix system of ownership's way, the staff owns stocks well also and so on. Enterprise leader two kinds have the way, the appointment system and professional managerial, according to the law of enterprise registration's enterprise are the appointment system, the appointment system on the comparison official, the income slightly are higher than the official, like the public enterprise and state-owned business in Western marketing country, when the public officials treat; The corporate system enterprise is the professional manager makes. The article that Organization Department of the Central Committee of the CPC sends, the nonprofit enterprise, cannot manage the law of corporation enterprise by all means that if has violated the law of corporation the tube to the corporate system enterprise.

Song Zhiping: I also then said. The mix system of ownership is good because of any place, I want such several spots. First, mix system of ownership were in fact many private enterprise's eyes. The state-owned enterprise reform wants to solve a problem, is the owner arrives, actually who is his owner, who ultimate is responsible for the enterprise. From these many years practices, in the Chinese building materials' enterprise every mix system of ownership, has the genuine owner, this enterprise can do is quite good, will make money. Every pure and pure state-owned business, is the cadre in state-owned enterprise, had problems basically. Before Director Rong Rong, said at the congress that the

9

enterprise does well to cause to break down with the owner has not related inevitably, the state-owned business can do well in the same old way. I am also the comparison support this viewpoint. But now I frequently think that this question, showed in reality, the system of ownership question is question on a plant root. Also lies in has genuine owner. We are owner representatives, but is not the genuine owner. Happy time possibly also does compared to the owner happy, but not happy time or had any problem, not necessarily so was possibly positive, like having owner, no matter were happy that must go to manage, in any case that was his thing. The reform starting point, is state-owned business has does not adapt to some things of market. Marketability direction, to introduce market mechanism, introduction market mechanism introduction what is anything, is the non-state-owned these investors.

Said going on the market, Luobo is the listed company, earliest morning's H stocks, afterward got up A stocks. But this listed company alone big, repels numerous young investors in outside, this company or the insider control. Like Japan, Japan large-scale went on the market, the first major stockholder generally only then 5-6%, but the company in Japan also has the high insider control, repels the young shareholder in outside, therefore the enterprise in Japan does not have the too big competitive power actually. I felt that the listed company is the one kind of shape in mix system of ownership, but the mix system of ownership mainly manifests in entry of non-public capital. Why views this question such importantly, I thought that because of its own adaptation market. In fact, our state-owned business in mechanism â€œgoing by carâ€  with it. Chinese Bolivia filament is the private company in locality, we have the target of going on the market, they do not have the target. We have filled some at sixes and sevens properties, called the Chinese to construct, we held the major stockholder. Our properties cannot manage, afterward straightened out slowly. What this enterprise manages is can make money, we put afterward pulled out, but our first major stockholder. Zhang Yuqiang of this enterprise is actually a pioneer, he is â€œfanâ€ , ponders over this matter day in day out, every day 6:00 get out of bed, 12 spots sleep, the enterprise develops depending on this. Another example was the Taihe gypsum, the Taihe gypsum had made 10 hundred million profits last year, the profit origin of northern new building materials mainly depended on Taihe, at that time we spent 240 million to buy 60% stocks, inside their this had the staff to own stocks, Jia had the stock with the spring, the stock was not high, but had the stock. Therefore these years they do very much are good. One is Nanjing is triumphant, jumped from the intermediate ability Nanjing courtyard, the routine vice-president was leading the human, was bringing 5000 tons design team. At that time was also several million income, the staff accounted for 49%, the group accounted for 51%, now one year achieves 1.5 billion Yuan income, achieved 200 million net

profits, certainly their individual also made money. This is our
own examples. In other words, like the Hefei courtyard, including
had the matter of loss, basically is the pure and pure our
systems, nobody gives you to respond that (question), nobody
helps you to find the problem. These many years practices, I felt
that only also has the question depending on own supervision. Now
has the board of supervisors and supervisory group, to patrol the
group, audit and so on, troops one after another look that might
as well is machine-made. Private enterprise also nobody looks. I
thought that should really establish market mechanism, the Third
Plenary Session has given us an opportunity, should serve the mix
system of ownership's function as far as possible, extricates
from inside the state-owned business. We have 120,000 state-owned
businesses, has not used, the state economy does not lie in the
integer, relies on the whole total quantity, the overall total
quantity may be the state-owned business, may be the state
capital in mix system of ownership.

If Chinese building materials group is the investment company,
this is a state-owned business, in the Chinese building materials
stock, the Chinese building materials group first major
stockholder, in the same old way opens the board of directors,
changes your general manager in the same old way, in the same old
way and table. But, liberated this company, I receive the red
article to be possible not to retransmit to him. This official
document in fact has the harm. We in US's gypsum board's case,
why make into this, the American clutches is not putting, is not
clutching Taihe, what above dozen is the Chinese building
materials, what on Chinese building materials dozen is SAC.
Because in law has in (the US) "punctures veil" , he thinks
that you went beyond shareholder's jurisdiction to control, the
limited company was not independent, I may hit one infinite
(responsibility) lawsuit, but was not is only responsible for the
investment limited property. We agree with the lawsuit, the
attorneys in US came, the attorney comes, moves out all your
computers, conducts the inspection. If you have the board of
directors document, Ok, has the shareholder meeting document, Ok,
but if inside this has many non-companies to govern, the non-
standard thing, has gone beyond the corporate system scope, these
were grasped by the attorney. Although Taihe is a limited
company, but he is not independent. At the legal lawsuit, is
facing, is the company governs (question). From the company
governs the jet braking, this advanced the system itself, does
not adapt to market's law, does not adapt to market's lawsuit.
These seem like do not have the matter, left the big lawsuit
really ......I was worried that one day, the American files a
huge lawsuit, this matter on the total revolution, the Chinese
thoroughly has awakened. The Chinese government will say, our by
all means stockholder's rights, we, no matter you manage.
Therefore, if you said that you are the state-owned business, in
the market is not an advantageous thing, the advantage does not
have.

11

I have also made these many year state-owned businesses, has the
complex, I did not mean that the state-owned business is not
good, but adapts to the market, the market decisive function, how
we should do. Which things should be state-owned, which things
put it the mix system of ownership, do not put private, is
private is not good, the mix system of ownership may have the
state-owned economic part, may have the private economy
ingredient. This is an intermediate, does not affect the basic
economic system. If the state-owned business, we have many
stipulations, this not good that is not good, stipulated that SAC
does not have the authority tube, some document SAC do not have
the authority to discard. There is nothing like we build a
Xintaizi, (does not conform to stipulation that company governs)
to discard entirely, the original question has solved entirely,
for example the professional managerial and staff own stocks,
solved entirely. Cuts Group stratification plane the state-owned
business, below wuzzles about the system of ownership, introduces
the investor, we hold the major stockholder first, the thorough
marketability, manages according to the board of directors. I
thought that perhaps this can solve. From our SAC, how should be
able the earth reassignment enterprise enthusiasm, how to try to
catch up inside this reform, can seize the commanding point,
makes the enterprise more vital with the power, this should our
starting points. State capital's total amount will not be few,
the state capital must grow, the scale will also expand,
emphatically what SAC manages is the state capital, the growth of
state economy, but is not state-owned business's integer; SAC
manages well the capital operation company and investment company
and parent company level, with public welfare, part relate to the
national security enterprise.

Is the professional managerial. Recently, we looked for
Zhongzhigongsi, has done the professional manager's plan, we hope
that Chinese building materials each second-level company
implements the professional managerial. Before I and Director
Rong Rong, Comrade Wang Yong have reported that I said that
manages well the board of directors to be also insufficient, must
do well the professional managerial, otherwise €request -
proxy€ system non-closed loop. I remember that I give Director
Rong Rong said that Director Rong Rong was very happy, but he
said that that Zhiping, you said good, but did not change
motionless is above did not agree. This Third Plenary Session
proposed professional managerial, above has agreed that we want
to hurry to push this thing, we are also willing to make
professional managerial's experimental unit, we market in any
case highly. Our following enterprises started to do, like the
southern cement, is the professional managerials, but is not
standard, we do not have a unified professional managerial
system. Therefore we spent 3 million, asked the human to make the
professional managerial system. We do not know that is SAC
unification does us first to push. Recently business did two

12

games to want this material recently.

Meaning that my spoke i.e., the Chinese building materials group in the full competition domain, the foundation was very bad, grew depending on these years, if the enterprise did not have the vigor, not to have the competitive power, although had developed in the past few years, but behind will also lose a battle. Like the morning, copper indium gallium selenium project that we talked about, if did not let the backbone own stocks, did not let the management own stocks, made the state-owned business to do this high-tech the thing, we grasped a little do not have. This time we also very receive to stimulate actually, conch's sea creates the company is the staff holding company, at that time transformed the status, bonus surplus and so on account on some money to transform more than 8000 staff's stockholder's rights, did the sea to create. This company has the conch 49%, has the conch listed company 0% several. After 33 years, went on the market recently, is red chips, Guo Wen three has 75 million, each 20 Yuan, had ten hundreds of millions Yuan net worth. The ordinary staff also several million, more than 100 surely wealthy men, dozens billionaires, organized group several core personnel are over 1 billion. Previous time I arrive at Anhui, Zhang Baoshun receives me, he said that the conch does this staff to own stocks, now looked that was right, if no conch's staff to own stocks does not have conch's today, the development of conch because of mechanism, simultaneously the sea created to make the enterprise, the staff were very happy that this was a model. The sea creates in Hong Kong goes on the market, we have also been the cornerstone investor, we to flatter him, let create in the market cooperate with us, we also made money. (Cao Zong supplemented: Has gained 70%, more than one month).

Previous time in Chongqing, Comrade Wang Yong holds the seminar, I also went, I have also cited this example. I said that every year goes to the conch, Guo Wen three belts' people sits one row, the person who I lead also sits one row. Before does not have anything, now sea created going on the market with before was different, the conch braved up three to everybody face on from Guo Wen. I bring to dial a person of facial color to be dignified, the difference is the contradiction. It is not in everybody eyes, but you think that we have also done with Song Zhiping for several years, they three have done for several years with Guo Wen. My previous time has also reported the feeling with Comrade Wang Yong, before we depending on the sense of responsibility, dedication and political consciousness, later must depend on the sense of responsibility, dedication and incentive mechanism.

Li Bing: Your this instance, meets in the central enterprise people in charge the group discussion ended quickly, you also talk about. After getting down, the leaders of Zhongjiaojituan also said that this instance not only to the building materials

profession of your full competition, to the construction enterprise is also the feelings a great deal. Because of these years, they did not have the resources of so-called government. Because everybody has the feelings.

Song Zhiping: Now what we face is a conch, along with the reform of place, does the staff to own stocks, has the drive. Also faces (similar situation) including the country medicine, applying medicine of Shanghai in fact did the option, the country medicine cadre asked that we in Shanghai, were the state-owned enterprises. The conch is also a state-owned enterprise, Guo Wen three are also the cadres in state-owned enterprise, they energy, why we cannot. This is not which person thought is advanced or not. Must say the thought to be advanced, I am very idealized person, I do not look at these very much heavy person, but in practice you have come across this question, this relates to your troop, your entire team. Similarly was our company Li, Feng Jianhua does the staff to own stocks, Feng Jianhua every year at least also several million drawing bonus, were Yao always there them, everybody received 200,000-300,000 dollars. Similarly in our group, do not say others conch. Feng Jianhua that staff owns stocks must ban, has banned several times, wants to redeem. I think that can have simplified, has become the mix system of ownership, has Securities Supervisory Association, has the laws and regulations, had market's thing to manage, did not need us to use administration's thing to manage.

My core idea is, the Chinese building materials group hopes that registered in SAC, we hope that makes the investment company, below (enterprise) makes the mix system of ownership, the mix system of ownership may the staff own stocks, then pushes the professional managerial. In the staff own stocks have the management to own stocks, have the stock option, the achievement stock and restrictive stock, since the director reported that in had, we must do. We are waiting for SAC now, because in each province successively issues (reform program).

We open today wants to listen to everybody's opinion, our companies in SAC, are "stock central enterprise", our foundation is bad, fully is competing, we and others petroleum and telecommunication cannot compare. Can we advance one step in the market. Because our pressure is very big, if we do not have this mechanism, not only we from now on will be do not hit the conch, these cement corporations we will unable to hit, including on personnel. (Southern cement) Xiao Jiaxiang is we digs from the scenery cement, the scenery cement has given 5 million yearly salaries, gives him to purchase homes in Beijing, but also has bought the car, the key gave him. We have given 1.5 million yearly salaries, from there skid, (said to him) must with the central enterprise. He does very well, sometimes I was worried, now Song Zhiping, Cao Jianglin here, no matter what is maintaining depending on the sentiment, preached these. But one

14

day of families do not listen, others wives do not listen, that
this person what to do. Actually we make the enterprise, most
lacks experiences, we look for a manager, asks a genuine operator
to be difficult, do not look that our these many people, look for
one to do the person of matter in the market to be difficult
truly. We are afraid, we currently have the person who fights for
in the market, what to do if they walked. This is I am worried
specially.

This is about the reform, my thinks to think, thinks is not
necessarily right, because everyone stands in the different
angle. I am also very at least positive, or very difficult
thinking question, I in the leader with Venezuela had also
discussed my idea, I thought does not change good, moreover I
hope that the Chinese building materials is a cutting edge in
this round reform, because we are the full competitions. Our
state capitals account for total capital to be only 0% thirty.
Therefore I think that we do first.

Said steadily, said.

Ni Xiaoting: The building materials most have the right to speak,
you do not do in the group, your present joint-stock company and
second-level enterprise does.

Song Zhiping: Jiang Lin is an example, originally we are let him
pay out the wages in the stock, here is a trustee, originally in
our impression, the trustee is not the management position.
Therefore he is the general manager and president in that side,
therefore he has paid out the wages in the stock. Sent to that
year, suddenly, (SAC) asked us to come, said that Song always you
had a look, your this matters were noisily big, your this Cao
Jianglin bill, I said that yes, we have not concealed, was the
joint-stock company (management), he was not paid in the group.
He said that is not good, must change. Zhang Yigang has been the
assistant director, called me, enhanced very high to this
regards, even to from 18 tremendous influences, said that must
result in changes. I said that such changes. But Jiang Lin comes
to understand very high, not only changed, before the income that
attains also drew back. He now is the trustee of group, but his
income takes the income in the joint-stock company according to
the group vice-total standard. Jiang Lin comes to understand very
high, university graduates in our here, is cadre who we train, if
you have changed others, this matter did not do to you.

Zhao Zong, you says, you are the senior trustee.

--- Summary Information ---
1: 936 PID_AUTHOR: Niu Zhenhua PID_TEMPLATE: Normal.dotm
PID_LASTAUTHOR: Niu Zhenhua PID_REVNUMBER: 2 PID_APPNAME:
Microsoft Office Word PID_EDITTIME: Mon Jan 01 08:06: 00 CST 1601
PID_CREATE_DTM: Thu Feb 27 21:18: 00 CST 2014 PID_LASTSAVE_DTM:

15

```
Thu Feb 27 21:24: 00 CST 2014 PID_PAGECOUNT: 21 PID_WORDCOUNT:
1652 PID_CHARCOUNT: 9422 PID_SECURITY: 0

--- Document Summary Information ---
PID_CODEPAGE: 936 PID_COMPANY:
PID_LINECOUNT: 78 PID_PARCOUNT: 22 17: 11052 23: 786432
PID_SCALE: false PID_LINKSDIRTY: false 19: false 22: false
```

# 中国建材集团董事会
# 深化改革研讨会会议记录

会议时间：2014 年 2 月 26 日 1:30-17:30

会议地点：集团公司 6 层第二会议室

会议主持：宋志平

参会人员：

董事会：姚燕、曹江林、郝振华、倪小庭、赵小刚、庄来佑、路小蔷、朱延福、彭雪峰、王于猛

监事会：主席　马力强

6 办主任 王子民、专职监事 郑磊

国资委改组局：局长 李冰

董事会秘书：光照宇

董办主任：干志平

会议记录：干志平、牛振华

**宋志平**：利用今天下午的时间，我们召集起来开一个深化改革研讨会，虽然是个务虚会，但是领导非常重视，马主席、李局长、王主任都来参加咱们的会。首先，董事会对领导参加咱们的会表示热烈的欢迎！会前给大家出了题目，题目不是那么全面，只是一种引导，请大家进一步思考。咱们是个研讨会，请大家畅所欲言，有其他的问题也可以随便说。通过董事会和各位董事，围绕改革、发展、战略、管控，请

CNBMGRP00023355

大家提些建设性的意见和要求，对做的不好也可以批评。马主席、李局长也给我们讲讲，上级的精神、国资委的想法思路。

**马力强**：主要是听听董事会有什么建议，委里有什么想法。

**宋志平**：那我们先说，算是抛砖引玉吧，随后董事说，最后请主席作指示。

第一，关于改革，大家都非常关心。最近国资委黄淑和副主任在《求是》杂志发表文章，也有答记者问，委里还出了小白书，关于三中全会以后关于改革的大的思路。咱们企业也加入到这场国企、央企改革的讨论当中。咱们也接受了采访，有些初步的认识。

我想改革是不是这么几件事：

**一是国有经济层面**。"公有制为主体，国有经济为主导"怎么实现，是实现方式是什么？国有企业是实现方式，混合所有制经济也是实现方式，今后混合所有制会带来更多的发展的动力。我为什么这么讲呢？其实，央企这些年的快速发展，大部分得益于上市公司，中国建材和国药都是这样，如果没有中国建材股份就没有中国建材的今天，国药如果没有国药控股上市也没有国药的今天。国有经济可以通过混合所有制实现保值增值和快速增长。在整个国民经济里，现在国有经济占30%左右，随着民营的快速发展，可能会越来越少。

CNBMGRP00023356

国有经济要发挥主导作用，应该有一定的量。这个量怎么保证呢？国有经济自身必须发展。用什么方式发展呢？就是通过混合所有制。国有企业可以是国有资本投资公司、公益性的、涉及国家安全的特定的企业，剩下的在竞争领域的企业都可以采用混合所有制。

十八届三中全会的《决定》在六十条中的第六条，专门把混合所有制讲得很清楚，这为我们提供了锐利的武器，提供了金钥匙，解决了国有经济与市场融合的交接点。国有经济不简单的依赖国有企业，国有经济作为基本经济制度的重要内容，并不是可有可无，但国有经济要有个发展的空间，就是通过混合所有制发展。我认为，要厘清国有经济（发挥）主导作用与国有企业的关系。在国有经济的实现方式上，国有企业不是越多越好。国有企业一是可以在公益性的、重要的、关系国家安全和国民经济命脉的领域中存在，二是以投资公司和资本运营公司的形式存在。这是第一个层面，是国有经济层面。

**第二是国资监管层面。**十六大提出"管人、管事、管资产"，这是国资委成立的时候提出的。十八届三中全会提出，把重心转移到管资本为主，从管人、管事，特别是从管企业具体事务中解脱出来，把该放的权力放给企业，把该管的管好，集中精力把国有资本管好，甚至可以搞"大国资"。国资监管不应管到混合所有制企业，应该只管到投资公司这个

CNBMGRP00023357

层面就行了，下面的混合所有制就让他们自己去搞去。我也和主任建议，国有企业不需要那么多，也不用管那么多，管住资本、管住量、管住规模就可以了。十六大提出的思路是国资委成立的初衷，但从十六大到十八大，这之间经历了十年，是一个认识深化的过程，"管资本为主"是认识上的一个进步。

**第三是混合所有制**。这次提出混合所有制经济，非常精准，混合所有制就是国有资本和集体、非公有资本交叉融合的新型的所有制形态。过去我们把国有控股、国有相对控制等股权管理方式和企业性质融在了一起，这次解决了这个问题。在实践中，我们遇到了这个问题。比如中国玻纤这家是上市公司中，国有股只有15%，如果把它作为国有企业管理，就会在实践中遇到问题。上次做碳纤维业务的中复神鹰，中复神鹰有核心保密，不愿意拿出来。

我们在联合重组吗？我们把民企收购过来，就是央企了吗？卖的时候怎么办？又要开职代会，收的时候不用，但卖的时候大家又不同意了，工人认为是我们是国有职工了，是不是要转化身份。我和他们说，咱们是央企，但我们是股份制了不存在国企身份问题。本来是市场化的，我们一收购，就非市场化了，收的时候是按照市场化的方式收的，再出去就不那么容易了。

另外，今后在市场中股权比例变来变去，我卖了 5%是

CNBMGRP00023358

不是企业性质就变了，股权比例可以变，但企业性质是不是也是要变？我理解，就是混合经济，国有资本可以是控股，也可以是参股，股份可以因市场而变化。国有投资公司是国有企业，持股混合所有制企业，根据需要可以多控些股，选择定向增发；没有必要的时候也可以稀释股权，卖一些股权，股权流动起来，拿这个钱干点儿别的去。把混合所有制单独提出来，成为和国有企业、民营企业一样的一种企业形态。这样还可以解决实践中（政企不分的问题），现在不管党政的什么规定，一有文件出来，都是国有企业参照执行。关键是我们不知道参照执行到哪一级。最近发的退休后不准兼职的文件，国资委发文件要求子公司和机构参照执行，我们不知道子公司和机构怎么算。我们就转发下去全级次执行，但我们下面是控股公司，包括相对控股公司。有很多国有及国有控股参照执行，使得有很多行政化的东西进入到企业中。实际上应该是政企分开，不能有行政性的东西参与到企业中，现在这种量很大。

　　**马力强**：现在对国有企业的这些文件规定，你对下属企业都是这么要求？包括收购的这些水泥企业。

　　**宋志平**：现在，要求往下转的我们都往下转，因为不转我们有责任啊。只要国资委给我们的，要求我们执行的，我们都转。

　　**马力强**：你们收购的水泥企业里，国有股都是占大头

CNBMGRP00023359

吗？

　　**宋志平**：我们都是逐级的大头，是集团控股份，股份控南方，南方控水泥厂。为了确保利润，我们把生产企业的股权都升到南方来，在南方水泥层面混合，不在下属工厂做混合。这样能确保南方的利润，也能确保区域内企业的均衡，比如统一定价、统一采购，以及资金集中使用。

　　我们在实践中遇到了问题，比如股份公司都可以不按国有企业来要求，就是按照股份制操作，我们在股份公司是大股东，所以在董事会有表决权，财务可以并表。股份公司制度不一定非得是国有企业制度，国有企业有国有企业的制度，股份制企业有股份制企业的制度，能不能把它分开。

　　将来如果中国建材集团改组为国有投资公司算国有企业，该有级别就有级别，也用不着羞羞答答了，退休就享受公务员待遇，待遇比公务员高点儿，保值增值做得好再多给奖励点儿，做得不好就罚点儿。这样就退回到我们改革最初的问题，如果改革最初设计好，有的适合搞国有企业的就搞国有企业，有些适合国有资本持股的采用国有资本持股，有些适合混合所有制的就做混合所有制，现在有些不太适合民营的、属于公益性的也都上市了，上了市了国家还要补贴，就搞得很复杂。

　　我们能不能从这次改革开始，解决这个问题。现在国有上市公司一发布年报，舆论上就有人攻击，上市公司薪酬高

CNBMGRP00023360

了，招待费高了等等，实际上这些都是上市公司，有些上市公司中国有股只有 30%。上市公司的薪酬并不高，但是和国企对比，就觉得高了，因为大家还把你这些上市公司当作央企来看待，把国资委的规定套在上市公司上。可是，如果这些上市公司完全按照国企来运作，就找不到人才了，机制也不灵活了。这些企业不是全国有的，社会上的（人才）那么多，人家不愿意遵从这个体制，人家愿意遵从市场体制。这就有很大问题。

我们在具体操作上，我们以前，最早国资委给过股票增值权，后来又收回了。但是我们股票 2 块钱，我们的增值权定到 3.5 元。没想到真的涨了，涨得挺多。后来，国资委下了文，说这个都不算了，按照年收入的 40%可以行权，其余的都注销掉。但在路演的时候，人家问对高管有没有激励，我们说有，问执行了没有，我们就说执行了。如果能够把混合所有制往前推一步，所以如果混和所有制企业与国有企业、民营企业能够成为一样的企业形态，就能解放生产力。这次三中全会中提到员工持股都是说在混合所有制企业中可以实行，但不是说在国有企业。

**李冰**：现在我也很困惑的，也是当前讨论比较集中的，就是什么叫国有企业。93 年公司法没出台之前，都叫全民所有制企业。93 年公司法出台以后，那时候我在国家经贸委企业改革司工作，负责百户试点、企业改制工作。我和马主席

CNBMGRP00023361

是近 30 年的同事。我 85 年在经委企业局，后来在体改委，这段时间，我参与做了一件事，就是划分大中小规模，当时主要是为了企业和行政级别脱钩。**考虑到**国有企业管理要有一套办法，实际在 90 年代初，特别是到十四届三中全会，行政级别就已经基本解决，没有行政级别了。现在有关部门也不承认有级别，但在管理方式上又是有级别的。但有些中管干部，是企业身份，也要求取消董事报酬，要说这事和国企有什么关系？

93 年以后，国有独资公司是个特例，是考虑中国国情。考虑到国有独资公司、企业逐步减少，当时是 93 年经贸委时期，就研究，把国营企业改为国有企业，因为所有权和经营权分离了。企业属性更多是归其所有，企业还提出法人所有权的问题。当时还有一个插曲，内参上刊登了比利时国有企业的数量，是我们驻外的记者写的材料里面的，他把西方的国有企业——包括独资和控股，有些国家是绝对控股，有些国家是相对控股——都算国有企业。当时就提出国有企业分为国有独资，包括多个国有出资人持股，和国有绝对控股，绝对控股企业中也有非国有资本。后来和统计局、国务院领导同志，家华副总理，镕基总理，基本都同意。后来统计局就调整口径，后来随着改革深化，上市公司逐步增多。那个时候三个因素推动上市公司，第一目标，是推动政企分开，上市后政府和企业的粘合度降低，第二个是推动企业直接融

CNBMGRP00023362

资，解决负债率过高问题，第三个是机制问题，特别是激励机制，探索员工持股。所有，我认为，国有企业大概念包括国有及国有控股，自然也包括上市公司，再强调是上市公司，大家也认为是国有企业的上市公司。现在概念应该是比较清楚。

混合所有制，第一不是新事物，提出基本经济制度是基本经济制度的重要实现形式是我们党的理论创新。但是混合所有制一直都有。现在混合所有制企业的面有多大，有说60-70%的。所以国有企业与混合所有制什么关系？厉以宁发表文章认为，国有企业、混合所有制企业和民营企业就这三类企业。现在各地国资委也热议，但是问题后续的政策市对号的，这次我们研究深化改革，能不能把企业的经济属性强化，不要太多的非市场的因素。这里面有个问题，什么叫国有企业？混合所有制算不算国有企业？还是要确定一个股比？我们现在起草文件，有两个提法，第一个提法是虽然控股但是股比例低于 33%，原则不再算国有企业。股比低于33%原则不算国有企业，管理方式和分配方式上，这是最现实的两个下一步改革的要求，不再按照国有企业来要求。现在没有看到国有企业统一的概念。就像棚户区改造，什么叫棚户区，危旧房、非成套住房等等都要算作棚户区，包括给职工改善住房，这个定义涉及财政部的补贴。现在报了许多八九十年代的危旧房改造，甚至十年前的住房也要算棚户区

改造的范围，这个财政就受不了。概念要厘清，不然后面的政策没法对接。

**宋志平**：我在想，具体到一个企业，是国有的还是混合的，怎么对它在市场中更有益呢？怎么让对它的国有经济的增值、发展更有利呢？我觉得这可能是咱们研究的问题，如果摘掉红帽子，更加市场化更有利，可戴可不戴，干嘛非戴上呢？

**李冰**：咱们是研讨会，我也有感而发。我们能不能这样把握，混合所有制是一种重要的经济形态，而不是混合所有制企业，混合所有制下包括了国有企业，也包括了非国有企业。第二，企业不要称之为混合所有制企业，第三对有国有独资企业，按照 OECD 的治理准则，国有参股企业也要纳入国有企业治理研究。能不能分开，国有独资和国有绝对控股企业，在管理上类似于公务员，相对控股或者参股，不要称之为国有企业，而是所谓的资本参股企业。

**宋志平**：现在国有参股本身就不算国有企业。

**李冰**：但是国有相对控股企业，现在还是算国有企业。就像您说，中建材的二三级公司，按照国有企业管理，会有很多错愕之处。我别的资本占主导，怎么这样？

**宋志平**：85%是社会资本，15%是社会资本，是逐级控股的，怎么把公司性质改了。

**倪小庭**：我接着二位的话，这个话的由头是在十八届三

CNBMGRP00023364

中全会的《决定》里，"准确界定不同国有企业的功能"。这就提到什么是国有企业的概念，混合所有制的概念应该对应的经济学的概念是全民所有所有制，这是从生产关系的角度研究企业的性质；相应的从生产力的角度，国有企业的具体形式，"国有企业"强调出资人是国家而不是全民，国家和全民是两个概念，国家是有阶级性的。按照三中全会的《决定》，企业分两类：公益性一类，还讲到自然垄断类。学者有分两类的有分三类的。两类就是公益性和收益性，公益性是不以盈利为目的，收益性是以盈利为目的。分三类，是三中全会的两类加竞争性，公益性、自然垄断性和竞争性。上海市《国企改革二十条》是分的三类，厉以宁和吴敬琏是分两类的。把《全民所有制工业企业法》改成《公益性国有企业法》，这是无限责任的，国家兜底，受命于国家计划调解，没有定价权。按《公司法》规范行为就是收益性的，我认为，分两类，一类是公益性的，是公法；完全竞争性的就是公司法。体改委的时候提出，以改革统揽全局，国有企业改制改组改造，加强管理，简称"三改一加强"。改制讲的就是由企业制改成公司制，改制不等于改革。这样把企业分完类，再定义什么是国有企业，就把国有企业定义为按照公法执行的。央企层面还有70%是企业法，30%是公司法注册；二级企业60%是公司法注册。凡是不是公益性企业的，以盈利为目的，其他所有的公司制企业，都可以叫混合所有制企业。混

CNBMGRP00023365

合所有制是从资本的性质分的。不同国有企业出资的，不是独资独股，独资多股的也按公司法执行，也不算国有独资企业。不同出资人的利润追求方向是不一致，所以还能构成不同利益主体的董事会。这么划分完，国有企业的定义就搞定了，国有企业就是国家出资的、独资独股，即使不是独资独股，也要在关系国家经济命脉的、前瞻性、技术性的，国家安全等领域的。混合所有制就是公司制企业，可以使有限责任公司、也可以是股份制的，产权组织形式有大概有 9 种。国家工商局不会按混合所有制注册，一定会问财产组织形式。今后在经济领域研究问题，讲企业就是国有企业，讲公司就是按公司法注册的，公司就完全按混合所有制的方式，员工持股也好等等。企业领导人两种产生方式，任命制和职业经理人，按照企业法的注册的企业就是任命制，任命制就比照公务员，收入比公务员略高，就像西方市场经济国家的公有企业、国有企业一样，当公职人员对待；公司制企业就是职业经理制。中组部发的文，只管公益性企业，管不到公司法的企业，如果管到了公司制企业就违背公司法了。

**宋志平**：我还接着说。混合所有制好在什么地方，我想这么几点。一是混合所有制实际上是多了一双民营企业的眼睛。国有企业改革就是想解决一个问题，就是所有者到位，究竟谁是他的所有者，谁对企业终极负责。从这么多年的实践中，中国建材的企业中凡是混合所有制，有真正的所有者，

CNBMGRP00023366

这个企业就会干的比较好，都会赚钱。凡是纯而又纯的国有企业，都是国企的干部，基本都出问题了。荣融主任以前在大会上说，企业搞好搞坏和所有者没有必然关系，国有企业照样能搞好。我也是比较赞成这个观点的。但现在我又常常想这个问题，在实践中证明，所有制问题还是一个根子上的问题。根本还在于有没有真正的所有者。我们是所有者代表，但不是真正的所有者。高兴的时候可能比所有者干得还欢，但不高兴的时候或者出现什么问题了，可能就不见得那么积极，就不像有所有者的，不管高兴不高兴都要去管，反正那是他自己的东西。改革的出发点，是国有企业有不适应市场的一些东西。市场化的方向，就是为了引入市场机制，引入市场机制引入的的是什么，就是非国有的这些投资者。

就说上市，洛玻是上市公司，最早上的 H 股，后来上了 A 股。但是这个上市公司一股独大，把众多的小股民排斥在外面，这个公司还是内部人控制。像日本，日本大规模的都上市了，第一大股东一般只有 5-6%，但日本的公司也有高度的内部人控制，把小股东也都排斥在外面，所以日本的企业其实没有太大的竞争力。我感觉，上市公司是混合所有制里的一种形态，但是混合所有制主要体现在非公有资本的进入。为什么把这个问题看得这么重要，我觉得，因为它自身适应市场。实际上，我们国有企业在机制上都跟着它"坐车"。中国玻纤本来是个当地的一家民营公司，咱们有个上市的指

标，他们没有指标。我们塞了一些乱七八糟的资产，叫中国化建，我们就持了大股。我们的资产一点儿都不能经营，后来慢慢理顺。这家民企经营的是能赚钱的，我们放进去的后来又都掏出来了，但我们还是第一大股东。这家企业的张毓强实际是创业者，他是"痴迷者"，一天到晚就琢磨这个事情，每天六点起床，十二点睡觉，企业就是靠这个发展起来的。另一个例子是泰和石膏，泰和石膏去年赚了 10 个亿的利润，北新建材的利润来源主要靠泰和，当时咱们花了 2.4 亿买了 60%的股份，他们这里面是有员工持股，贾同春有股份，股份不高，但都有股份。所以这些年他们干得都很好。还有一家是南京凯盛，是从中材的南京院里跳出来了，常务副院长带着人，带着 5000 吨的设计团队。当时也就是几百万收入，员工占 49%，集团占 51%，现在一年做到 15 亿元的收入，做到 2 亿的净利润，当然他们个人也赚了钱。这是咱们自身的例子。反过来说，像合肥院，包括一些出了亏损的事情，基本上都是纯而又纯的咱们体系，没有人给你反应（问题），没有人帮你发现问题。这么多年的实践，我感觉，只靠自己的监督也有问题。现在有监事会、督导组、巡视组、审计等，一套一套的人马看着，还不如机制。民营企业也没人看着。我觉得，应该把市场机制真正建立起来，三中全会给了咱们一个机会，应该尽量发挥混合所有制的功能，把很多国有企业从里面解脱出来。我们有 12 万家国有企业，没

CNBMGRP00023368

有用，国有经济不在于个数，依赖于整体的总量，整体的总量可以是国有企业，也可以是混合所有制中的国有资本。

假如说中国建材集团是个投资公司，这是一家国有企业，中国建材股份中，中国建材集团还是第一大股东，照样开董事会，照样换你的总经理，照样并表。但是，解放了这家公司，我收到红头文就可以不转发给他。这个红头文件实际上有危害。咱们在美国的石膏板的案子，为什么打成这样呢，美国人揪着不放，不是揪着泰和，上边打的是中国建材，中国建材上边打的是国资委。因为在（美国）法律里有"刺破面纱"，他认为你超出了股东的权限在控制，有限公司就不独立，我就可以打一个无限（责任）的官司，而不是只对出资的有限财产负责。我们同意诉讼，美国的律师就来了，律师一来，把你所有的计算机搬走，进行检查。如果你有董事会文件，可以，有股东会文件，可以，但如果这里面有很多非公司治理、非规范的东西，超出了公司制的范围，这些就被律师拿住了。泰和虽然是一个有限公司，但是他不独立。在法律官司上，正在面临的，也是公司治理（的问题）。从公司治理上反推，这就推到了体制本身，不适应市场的法律，不适应市场的诉讼。这些看似没有事儿，真出了大官司……我担心，有一天，美国人打一个天大的官司，这个事儿就彻底革命了，中国人就彻底醒悟了。中国政府就会说，我们只管股权，我们不管你们管理。所以，如果你说你是国有企业，

CNBMGRP00023369

==在市场上不是个有利的东西，一点儿利都没有。==

我也做了这么多年国有企业，也有情结，我不是说国有企业不好，但是适不适应市场，市场决定性的作用，我们到底应该怎么做。到底哪些东西应该是国有，哪些东西把它放成混合所有制，也不要都放成私有，都是私有也不行，混合所有制可以有国有经济成分，也可以有民营经济成分。这是一个中间体，不影响基本经济制度。如果是国有企业，咱们是有好多规定，这个不行那个不行，很多规定国资委都没有权力管，有的文件国资委都没有权力废掉。莫不如咱们搭个新台子，把（不符合公司治理的规定）统统废掉，原有的问题通通解决了，比如职业经理人、员工持股，统统解决了。把国有企业切到集团公司层面，下面都搞混合所有制，都引进投资人，我们先持大股，彻底的市场化，按照董事会管理。我觉得，这样说不定就都能解决了。从咱们国资委来讲，还是应该怎么能够更大地调动企业积极性，怎么能够在这场改革里面迎头赶上，能够占领制高点，让企业更加充满活力和动力，这应该咱们的出发点。国有资本的总额不会少，国有资本还要增长，规模还会扩大，国资委着重管的是国有资本，国有经济的增长，而不是国有企业的个数；国资委就管好资本运营公司和投资公司、母公司这个层次，和公益的、部分关系到国家安全等的企业。

还有就是职业经理人。最近，我们找了中智公司，搞了

CNBMGRP00023370

职业经理的方案，我们希望中国建材每家二级公司都实行职业经理人。以前我和荣融主任，王勇同志都汇报过，我说管好董事会还不够，必须搞好职业经理人，不然的话"委托-代理"制度不闭环。我记得，我给荣融主任讲的时候，荣融主任很高兴，但他说，志平，你说的这个挺好的，但不是改不动是上边不同意。这次三中全会提出了职业经理人，上边同意了，我们就想赶紧推这个东西，我们也愿意做职业经理人的试点单位，反正我们是高度市场化。我们下面企业已经开始做了，像南方水泥，都是职业经理人，但是不规范，我们没有一个统一的职业经理人制度。所以我们花了300万，请人做了职业经理人制度。我们不知道是国资委统一搞呢还是我们自己先推呢。最近企干二局最近在要这个材料。

我的讲的意思就是说，中国建材集团在充分竞争领域，基础有很差，靠这些年增长起来，假如企业没有活力、没有竞争力，虽然过去几年发展了，但后面还会打败仗。就像上午，我们讲到的铜铟镓硒这个项目，如果不让骨干持股，不让高管持股，就让国有企业搞这个高科技的东西，我们一点儿把握也没有。这次我们其实也挺受刺激，海螺的海创公司是个员工持股公司，当时转换身份、奖金结余等等账上的一些钱转化成了八千多员工的股权，搞了海创。这家公司持有海螺 49%，持有海螺上市公司百分之十几。经过十二三年，最近上市了，是个红筹股，郭文叁有 7500 万股，每股 20 多

CNBMGRP00023371

元，有了十几亿元的身家。普通员工也有几百万，一百多个千万富翁，几十个亿万富翁，班子几个核心人员都是十亿以上的。上次我到安徽，张宝顺接待我，他说，海螺搞这个员工持股，现在看是对了，如果没有海螺的员工持股就没有海螺的今天，海螺的发展是因为机制，同时海创又做出来事业，员工都很高兴，这是一个典型。海创在香港上市，我们也做了基石投资者，我们是为了巴结他，让海创在市场上和我们合作，我们也赚了钱。（曹总补充：赚了70%了，一个多月时间）。

上次在重庆，王勇同志召开研讨会，我也去了，我也举了这个例子。我就说，每年都去海螺，郭文叁带的人坐一排，我带的人也坐一排。以前也没什么，现在海创上市跟以前不一样，海螺从郭文叁到大家脸上都冒光。我带着拨人都面色凝重，差异就是矛盾。不是大家眼中，但你想想，我们也跟着宋志平干了十几年，他们跟着郭文叁干了十几年。我上次跟王勇同志也汇报了感受，以前我们都是靠责任心、事业心和政治觉悟，以后要靠责任心、事业心和激励机制。

**李冰**：您这个事例，在央企负责人会小组讨论快结束的时候，您也讲到了。下来之后，中交集团的领导也说，这个事例不仅对您充分竞争的建材行业，对建筑施工企业也是感触良多。因为这几年，他们也是没有所谓的政府的资源。因为大家都有着感触。

CNBMGRP00023372

==宋志平==：现在咱们面对的是一个海螺，随着地方的改革，搞员工持股，有激励。包括国药也面临（类似的情况），上海的上药实际上搞了期权，国药的干部就问，咱们都在上海，都是国企。海螺也是国企，郭文叁也是国企的干部，他们都能，咱们为什么不能。这不是哪个人思想先进与否。要说思想先进，我这个人是个挺理想化的人，我也不是把这些看得很重的人，但是实践中你遇到了这个问题，这关系到你的队伍，你整个团队。同样是我们公司李，冯建华就搞了员工持股，冯建华每年至少也有几百万的分红，可是姚总他们那儿，大家就拿到二三十万块钱。同样是在我们集团，不要说人家海螺。冯建华那个员工持股本来是要取缔的，取缔了好几次，本来想赎回来的。我就想，能不能简单化了，成了混合所有制，有证监会，有法律法规，有市场的东西管了，是不是就不用咱们用行政化的东西管了。

==我的核心想法是，中国建材集团希望在国资委挂上号，我们希望做投资公司，下面（企业）就做混合所有制==，混合所有制就可以员工持股，然后推职业经理人。员工持股里就有高管持股，有股票期权、业绩股票、限制性股票，既然主任报告里有了，我们就要这么干了。我们现在都等着国资委，因为各个省里陆陆续续发布（改革方案）。

我们开今天的会就是想听听大家的意见，到底咱们这家公司在国资委里，是"草根央企"，我们基础差，又在充分

竞争，我们和人家石油、电信都不能比。我们能不能在市场先行一步。因为我们压力很大，如果我们没有这个机制，我们今后不光是打不过海螺，那些水泥公司我们打不过，包括在人员上。（南方水泥的）肖家祥是我们从山水水泥挖来的，山水水泥给了他 500 万年薪，给他在北京买了房，还买了车，钥匙都给他了。我们给了 150 万年薪，从那里撬过来了，（跟他说）还是要跟着央企。他干得很好，我有时候担心，现在宋志平、曹江林在这儿，不管怎么说靠感情维系着，说教这些。但有一天人家不听了，人家老婆不听了，那这个人怎么办。其实我们做企业，最缺的就是经历，我们找一个经理，，找一个真真正正的经营者非常难，别看我们这么多人，找一个真正在市场里干事儿的人非常难。我们非常害怕，我们现在还有一些在市场中打拼的人，他们要是走了怎么办。这是我特别担心的。

这是关于改革，我的所思所想，想的不一定对，因为每个人站在不同角度。至少我也很积极的，或者很艰苦的想问题，我也跟委里领导谈过我的想法，我觉得不改不行，而且我希望中国建材在这一轮改革中做个先锋，因为我们是充分竞争。我们的国有资本占总资本只有百分之三十几。所以我想我们是不是先做。

讲长了，讲多了。

**倪小庭**：中建材最有发言权，你在集团不做，你现在股

份公司、二级企业做。

宋志平：江林是个例子，原来我们是让他在股份发工资，在这边是董事，原来在我们印象中，董事不是高管职位。所以他在那边做总经理、总裁，所以他一直在股份发工资。发到那一年，突然，（国资委）来找我们来了，说，宋总你看看，你们这个事情闹大了，你们这个曹江林的单子，我说，是啊，我们也没有隐瞒过啊，是股份公司（的高管），他不在集团取酬。他说，那不行，必须要改。张毅刚当了副主任，把我叫去，把这个提高到很高来看待，甚至对从十八大的影响，说必须得改。我说，这么改啊。但江林觉悟很高，不仅改了，把以前拿到的收入也都退了。他现在是集团的董事，但他的收入是按集团副总的标准在股份公司拿收入。江林觉悟很高，大学毕业就在咱们这儿，是咱们自己培养的干部，你要是换了别人，这个事情就不给你做了。

赵总，你来讲讲，你是资深董事啊。

CNBMGRP00023375