*The Stock Exchange of Hong Kong Limited takes no responsibility for the contents of this announcement, makes no representation as to its accuracy or completeness and expressly disclaims any liability whatsoever for any loss howsoever arising from or in reliance upon the whole or any part of the contents of this announcement.*



# China National Building Material Company Limited *

中 國 建 材 股 份 有 限 公 司

*(a joint stock limited company incorporated in the People's Republic of China with limited liability)*

(Stock code: 3323)

## CONNECTED TRANSACTIONS

### ACQUISITION OF 30% EQUITY INTEREST IN JIANGYIN TAISHAN GYPSUM BUILDING MATERIAL COMPANY LIMITED AND 25% EQUITY INTEREST IN SUZHOU TIANFENG NEW BUILDING MATERIAL COMPANY LIMITED BY BEIJING NEW BUILDING MATERIAL COMPANY LIMITED

The board of directors of the Company announces that BNBM, a subsidiary of the Company, entered into the following transactions:

**I.    THE TIANFENG ACQUISITIONS**

On 16 June 2006, BNBM agreed to acquire from Yan Yu a 13% equity interest in Tianfeng for a consideration of RMB5 million. Immediately prior to the date of the First Tianfeng Share Transfer Agreement, Tianfeng was held as to 75% by BNBM and 25% by Yan Yu.

On 6 December 2006, BNBM agreed to acquire from Yan Yu a further 12% equity interest in Tianfeng for a consideration of RMB5 million. After completion of the First Tianfeng Share Transfer Agreement and the Second Tianfeng Share Transfer Agreement, Tianfeng became a wholly-owned subsidiary of BNBM.

MTD Exhibit #14

— 1 —

## II. THE TAISHAN ACQUISITION

On 8 October 2006, BNBM, Harvest Supreme and Rich Well entered into the Taishan Share Transfer Agreement whereby BNBM agreed to acquire a 20% equity interest in Taishan from Harvest Supreme and a 10% equity interest in Taishan from Rich Well for an aggregate consideration of USD3,191,160 (approximately HK$24,891,048). The parties entered into the Taishan Supplemental Agreement on 11 December 2006 to amend certain terms of the Taishan Share Transfer Agreement.

**IMPLICATIONS UNDER THE LISTING RULES**

Each of (i) the First Tianfeng Acquisition and the Second Tianfeng Acquisition and (ii) the Taishan Acquisition constitutes a connected transaction of the Company under Rule 14A.13(1)(a) of the Listing Rules. Since each of the applicable percentage ratios (other than the profits ratio) relating to each of the First Tianfeng Acquisition, the Second Tianfeng Acquisition (when aggregated with the First Tianfeng Acquisition) and the Taishan Acquisition, is less than 2.5%, the First Tianfeng Acquisition, the Second Tianfeng Acquisition and the Taishan Acquisition are exempt from the independent shareholders' approval requirements pursuant to Rule 14A.32 of the Listing Rules and are subject only to the reporting and announcement requirements under Rules 14A.45 to 14A.47 of the Listing Rules.

The Company inadvertently did not publish a press announcement immediately after the entering into of the agreements for the First Tianfeng Acquisition, the Second Tianfeng Acquisition and the Taishan Acquisition in accordance with Rule 14A.47 of the Listing Rules. The Company will take appropriate steps to ensure future compliance with the Listing Rules.

The Company will also comply with the reporting requirements relating to the First Tianfeng Acquisition, the Second Tianfeng Acquisition and the Taishan Acquisition in accordance with the Listing Rules.

**SHAREHOLDING RELATIONSHIPS BETWEEN THE PARTIES**

The chart below shows the shareholding relationships between BNBM, Harvest Supreme, Rich Well and Yan Yu before completion of the First Tianfeng Acquisition, the Second Tianfeng Acquisition and the Taishan Acquisition:



**THE TIANFENG ACQUISITIONS**

**The First Tianfeng Share Transfer Agreement**

| | |
|---|---|
| **Date:** | 16 June 2006 |
| **Parties:** | BNBM as the purchaser and Yan Yu as the vendor |
| **Assets to be acquired:** | 13% equity interest in Tianfeng |
| | After completion of the First Tianfeng Acquisition, the shareholding of BNBM in Tianfeng increased from 75% to 88% |
| **Consideration:** | RMB5 million |
| | The consideration was determined after arm's length negotiations between BNBM and Yan Yu and with reference to the consideration of RMB22 million paid by BNBM for the acquisition of the 75% equity interest in Tianfeng in March 2005, which was based on the valuation of a professional valuer independent of the Company and its connected persons and the Company's investment in other similar projects. |

|  |  |
|---|---|
|  | The consideration was financed from the internal resources of BNBM. |
|  | The parties to the First Tianfeng Share Transfer Agreement agreed that the total consideration payable by BNBM, in the event that all the 25% equity interest held by Yan Yu is sold to BNBM, shall not exceed RMB12.5 million (the "Cap Amount"). |
|  | The board of directors of BNBM has considered, amongst other things, the consideration of RMB22 million paid by BNBM for the acquisition of the 75% equity interest in Tianfeng in March 2005, the growth potential of Tianfeng in the future, the benefits of the acquisition of the additional 13% equity interest in Tianfeng to the long term strategic development of the Company as well as the Cap Amount. |
| **Terms of payment:** | The consideration was payable within 10 business days from the date of the First Tianfeng Share Transfer Agreement. |
| **Completion:** | Completion of the First Tianfeng Share Transfer Agreement was subject to, amongst other things, the amendment of Tianfeng's articles of association to reflect the changes in equity holding and completion of the registration of the transfer of equity interest from Yan Yu to BNBM. The First Tianfeng Acquisition was completed on 25 August 2006. |

**The Second Tianfeng Share Transfer Agreement**

|  |  |
|---|---|
| **Date:** | 6 December 2006 |
| **Parties:** | BNBM as the purchaser and Yan Yu as the vendor |
| **Assets to be acquired:** | 12% equity interest in Tianfeng |
|  | After completion of the First Tianfeng Acquisition and the Second Tianfeng Acquisition, Tianfeng became a wholly owned subsidiary of BNBM |
| **Consideration:** | RMB5 million |
|  | The consideration was determined after arm's length negotiations between BNBM and Yan Yu and with reference to the consideration of RMB22 million paid by BNBM for the acquisition of the 75% equity interest in Tianfeng in March 2005 and the consideration for the First Tianfeng Acquisition. |

|  |  |
|---|---|
|  | The consideration was financed from the internal resources of BNBM. |
|  | The board of directors of BNBM has considered, amongst other things, the consideration for the First Tianfeng Acquisition, the growth potential of Tianfeng in the future, the benefits of the acquisition of the remaining 12% equity interest in Tianfeng to the long term strategic development of the Company as well as the Cap Amount. |
| **Terms of payment:** | The consideration was payable by BNBM within 10 business days after the completion of the Second Tianfeng Share Transfer Agreement. |
| **Completion:** | Completion of the Second Tianfeng Share Transfer Agreement was subject to, amongst other things, the amendment of Tianfeng's articles of association to reflect the changes in equity holding and the completion of the registration of the transfer of equity interest from Yan Yu to BNBM. The Second Tianfeng Acquisition was completed on 28 December 2006. |

**Reasons for the Tianfeng Acquisitions**

In March 2005, BNBM acquired 75% equity interest in Tianfeng. This allowed BNBM to enhance its presence in the PRC acoustical ceiling panels market. The acquisition of the remaining 25% equity interest in Tianfeng pursuant to the First Tianfeng Share Transfer Agreement and the Second Tianfeng Share Transfer Agreement allows CNBM Group to assume full control over Tianfeng and is expected to further strengthen the CNBM Group's position in the integrated dry wall and ceiling systems market in the PRC.

The board of directors (including the independent non-executive directors) of the Company considers that the terms of the First Tianfeng Share Transfer Agreement and the Second Tianfeng Share Transfer Agreement are fair and reasonable, on normal commercial terms and in the interest of the shareholders of the Company as a whole.

**Information on Tianfeng**

Tianfeng produces acoustical ceiling panels in the Yangtze River Delta area in the PRC. Based on generally accepted accounting principles in the PRC, Tianfeng had audited net asset value of approximately RMB14.9 million as at 31 December 2005 and unaudited net asset value of approximately RMB15.4 million as at 30 June 2006.

Tianfeng had audited profit before tax of approximately RMB4.8 million for the year ended 31 December 2005 and unaudited profit before tax of RMB0.6 million for the six months ended 30 June 2006. Its audited loss before tax was approximately RMB14.5 million for the year ended 31 December 2004. Tianfeng also had audited profit after tax of approximately RMB3.5 million for the year ended 31 December 2005 and unaudited profit after tax of approximately RMB0.5 million for the six months ended 30 June 2006. Its audited loss after tax was approximately RMB14.5 million for the year ended 31 December 2004.

After the Tianfeng Acquisitions, Tianfeng remains as a subsidiary of the Company and its financial accounts continue to be consolidated into CNBM Group's financial accounts.

**Implications of the Tianfeng Acquisitions under the Listing Rules**

Immediately before the completion of the First Tianfeng Acquisition and the Second Tianfeng Acquisition, Yan Yu was a substantial shareholder of Tianfeng, an indirect subsidiary of the Company. Accordingly, Yan Yu is a connected person of the Company within the meaning of the Listing Rules in the context of the First Tianfeng Acquisition and the Second Tianfeng Acquisition. It follows that each of the First Tianfeng Acquisition and the Second Tianfeng Acquisition constituted a connected transaction of the Company under Rule 14A.13(1)(a) of the Listing Rules. However, since each of the applicable percentage ratios (other than the profits ratio) relating to the First Tianfeng Acquisition and the Second Tianfeng Acquisition, when aggregated, is on an annual basis less than 2.5%, the First Tianfeng Acquisition and the Second Tianfeng Acquisition are exempt from independent shareholders' approval requirements pursuant to Rule 14A.32 of the Listing Rules and are subject only to the reporting and announcement requirements under Rules 14A.45 to 14A.47 of the Listing Rules.

The Company inadvertently did not to publish a press announcement immediately after the First Tianfeng Acquisition and the Second Tianfeng Acquisition in accordance with Rule 14A.47 of the Listing Rules. The Company will take appropriate steps to ensure future compliance with the Listing Rules.

The Company will also comply with the reporting requirements relating to the First Tianfeng Acquisition and the Second Tianfeng Acquisition in accordance with the Listing Rules.

**THE TAISHAN ACQUISITION**

**The Taishan Share Transfer Agreement, as supplemented by the Taishan Supplemental Agreement**

**Date:** 8 October 2006 for the Taishan Share Transfer Agreement and 11 December 2006 for the Taishan Supplemental Agreement

| | |
|---|---|
| **Parties:** | BNBM as the purchaser, <br> Harvest Supreme as the vendor of 20% equity interest in Taishan, <br> Rich Well as the vendor of 10% equity interest in Taishan |
| **Assets to be acquired:** | 20% equity interest from Harvest Supreme and 10% equity interest from Rich Well. After the completion of the Taishan Share Transfer Agreement and the Taishan Supplemental Agreement, the effective equity interest of CNBM Group in Taishan increased from 67.5% to 97.5%. |
| **Consideration:** | USD3,191,160 (approximately HK$24,891,048) which comprises USD2,127,440 (approximately HK$16,594,032) payable to Harvest Supreme and USD1,063,720 (approximately HK$8,297,016) payable to Rich Well. <br><br> The consideration was determined after arm's length negotiations between BNBM and the vendors. <br><br> The consideration was financed from the internal resources of BNBM. <br><br> The consideration represents a discount of approximately 7.7% to the net asset value of Taishan of RMB89.9 million as at 30 September 2006 attributable to the 30% equity interest in Taishan to be acquired by BNBM, based on the assessment by a professional valuer independent of the Company and its connected persons who adopted a combined replacement cost and discounted income approach in valuing the assets and liabilities of Taishan. |
| **Terms of payment:** | The consideration was payable within 5 business days after the completion of the registration of the transfer of equity interest from Harvest Supreme and Rich Well to BNBM and subject to the requirements on foreign exchanges in the PRC. |
| **Completion:** | The Taishan Acquisition was completed on 31 January 2007. |

**Reasons for the Taishan Acquisition**

CNBM Group is one of the largest producers of gypsum boards in the PRC. The acquisition in August 2006 of the entire equity interest in Donglian (which in turn holds a 23% equity interest in Taihe as at the date of this announcement) has enhanced CNBM Group's presence in the PRC gypsum board market. During 2006, Taishan built new production facilities in the Jiangyin area and increased its production capacity. The directors of the Company believe that Taishan Acquisition will allow CNBM Group to benefit from the synergy between BNBM and Taishan, increase its competitiveness and consolidate its leading position in the gypsum board market which as a result, will improve the profitability of CNBM Group.

The board of directors (including the independent non-executive directors) of the Company considers that the terms of the Taishan Acquisition are fair and reasonable, on normal commercial terms and in the interest of the shareholders of the Company as a whole.

**Information on Taishan**

Taishan is principally engaged in manufacture and sale of gypsum boards. It has a registered capital of USD5.8 million (approximately RMB45.3 million).

Based on the generally accepted accounting principles in the PRC, Taishan had audited net asset value of approximately RMB54.3 million as at 30 September 2006. Its audited profit before (and after) tax for the year ended 31 December 2005 and the nine months ended 30 September 2006 was nil and approximately RMB6.3 million respectively.

Based on the assessment by a professional valuer independent of the Company and its connected persons, Taishan had net asset value of RMB89.9 million as at 30 September 2006.

After the Taishan Acquisition, Taishan remains as a subsidiary of the Company and its financial accounts has been consolidated into CNBM Group's financial accounts.

**Implications of the Taishan Acquisition under the Listing Rules**

Prior to the completion of the Taishan Acquisition, each of Harvest Supreme and Rich Well was a substantial shareholder of Taishan, which is an indirect subsidiary of the Company. Accordingly, Harvest Supreme and Rich Well are connected persons of the Company within the meaning of the Listing Rules and the Taishan Acquisition therefore constitutes a connected transaction of the Company under Rule 14A.13(1)(a) of the Listing Rules. However, since each of the applicable percentage ratios (other than the profits ratio) for the Taishan Acquisition is on an annual basis less than 2.5%, the Taishan Acquisition is exempt from the independent shareholders' approval requirements pursuant to Rule 14A.32 of the Listing Rules and is subject only to the reporting and announcement requirements under Rules 14A.45 to 14A.47 of the Listing Rules.

The Company inadvertently did not publish a press announcement immediately after the Taishan Acquisition in accordance with Rule 14A.47 of the Listing Rules. The Company will take appropriate measures to ensure future compliance with the Listing Rules.

The Company will also comply with the reporting requirements in respect of the Taishan Acquisition in accordance with the Listing Rules.

**INFORMATION ON THE COMPANY**

The Company is a leading building materials company in China with significant operations in the cement, lightweight building materials, glass fiber and fiberglass reinforced plastic products and engineering services business segments.

**DEFINITIONS**

In this announcement, the following expressions have the following meanings unless the context otherwise requires:

| | |
|---|---|
| "BNBM" | Beijing New Building Material Company Limited* (北新集團建材股份有限公司), a joint stock limited company incorporated under the laws of the PRC and a 52.4% subsidiary of the Company whose A shares are listed on the Shenzhen Stock Exchange |
| "CNBM Group" | the Company and its subsidiaries |
| "Company" | China National Building Material Company Limited* (中國建材股份有限公司), a joint stock limited company incorporated under the laws of the PRC |
| "Donglian" | Taian Donglian Investment Trading Company Limited*（泰安市東聯投資貿易有限公司） |
| "First Tianfeng Acquisition" | the acquisition of a 13% equity interest in Tianfeng by BNBM pursuant to the terms and conditions of the First Tianfeng Share Transfer Agreement |
| "First Tianfeng Share Transfer Agreement" | the agreement dated 16 June 2006 entered into between BNBM and Yan Yu* (嚴煜) in relation to the First Tianfeng Acquisition |
| "Harvest Supreme" | Harvest Supreme International Limited, a limited liability company incorporated in the Hong Kong Special Administrative Region |
| "HK$" | Hong Kong dollars, the lawful currency of the Hong Kong Special Administrative Region |
| "Listing Rules" | The Rules Governing the Listing of Securities on The Stock Exchange of Hong Kong Limited |
| "PRC" | the People's Republic of China |
| "Rich Well" | Rich Well (Far East) Limited, a limited liability company incorporated in the Hong Kong Special Administrative Region |
| "RMB" | Renminbi yuan, the lawful currency of the PRC |

| | |
|---|---|
| "Second Tianfeng Acquisition" | the acquisition of an additional 12% equity interest in Tianfeng by BNBM pursuant to the terms and conditions of the Second Tianfeng Share Transfer Agreement |
| "Second Tianfeng Share Transfer Agreement" | the agreement dated 6 December 2006 entered into between BNBM and Yan Yu* (嚴煜) in relation to the Second Tianfeng Acquisition |
| "Shanghai Hengsheng" | Shanghai Hengsheng New Building Material Development Company Limited* (上海恆晟新型建材發展有限公司) |
| "Stock Exchange" | The Stock Exchange of Hong Kong Limited |
| "Taihe" | Shandong Taihe Dongxin Company Limited* (山東泰和東新股份有限公司), a joint stock limited company incorporated under the laws of the PRC and a subsidiary of BNBM, in which BNBM directly or indirectly holds a 65% equity interest |
| "Taishan" | Jiangyin Taishan Gypsum Building Material Company Limited* (江陰泰山石膏建材有限公司), a limited liability company incorporated under the laws of the PRC and an indirect subsidiary of BNBM |
| "Taishan Acquisition" | the acquisition of a 30% equity interest in Taishan by BNBM pursuant to the terms and conditions of the Taishan Share Transfer Agreement |
| "Taishan Share Transfer Agreement" | the agreement dated 8 October 2006 entered into among BNBM, Harvest Supreme and Rich Well in relation to the Taishan Acquisition, as supplemented by the Taishan Supplemental Agreement |
| "Taishan Supplemental Agreement" | the supplemental agreement dated 11 December 2006 entered into among BNBM, Harvest Supreme and Rich Well to supplement the terms of the Taishan Share Transfer Agreement |
| "Tianfeng" | Suzhou Tianfeng New Building Material Company Limited* (蘇州天豐新型建材有限責任公司), a limited liability company incorporated under the laws of the PRC and a wholly owned subsidiary of BNBM |
| "Tianfeng Acquisitions" | the First Tianfeng Acquisition and the Second Tianfeng Acquisition |

| | |
|---|---|
| "USD" | United States dollars, the lawful currency of the United States of America |

As at the date of this announcement, the board of directors of the Company comprises:

*Executive Directors:*
Song Zhiping
Cao Jianglin
Li Yimin
Peng Shou

*Non-Executive Directors:*
Cui Lijun
Huang Anzhong
Zuo Fenggao

*Independent Non-Executive Directors:*
Zhang Renwei
Zhou Daojiong
Chi Haibin
Lau Ko Yuen, Tom

By Order of the Board
**Chang Zhangli**
*Company Secretary*

Hong Kong, 13 April 2007

\* *For identification only*

*In this announcement, the English names of the companies which are established in the PRC are only translations of their official Chinese names. In case of inconsistency, the Chinese names prevail.*

*For the purpose of illustration in this announcement only, USD has been converted to HK$ based on the currency conversion rate of USD1=HK$7.8 and RMB has been converted to HK$ based on the currency conversion rate of RMB1=HK$1. No representation is made that any amounts in USD, HK$ or RMB have been converted at such rate or any other rates.*

Please also refer to the published version of this announcement in The Standard / Wen Wei Po.