

**CNBM**



C: 6/5/15-6/7/15
Exhibit 4

**MTD Exhibit #15**

ALRMH-CNBM00004244

China National Building Material Company Limited



# CONTENTS

2    COMPANY PROFILE

3    CORPORATE INFORMATION

5    DEFINITIONS

8    SHAREHOLDING STRUCTURE OF THE GROUP

9    FINANCIAL HIGHLIGHTS

10   BUSINESS HIGHLIGHTS

12   CHAIRMAN'S STATEMENT

14   MANAGEMENT DISCUSSION AND ANALYSIS

29   REPORT OF CORPORATE GOVERNANCE

31   REPORT OF THE BOARD OF DIRECTORS

48   REPORT OF THE SUPERVISORY COMMITTEE

49   BIOGRAPHICAL DETAILS OF DIRECTORS, SUPERVISORS AND
     SENIOR MANAGEMENT

54   AUDITORS' REPORT

55   CONSOLIDATED INCOME STATEMENT

56   CONSOLIDATED BALANCE SHEET

58   CONSOLIDATED STATEMENT OF CHANGES IN EQUITY

61   CONSOLIDATED CASH FLOW STATEMENT

62   NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

108  FINANCIAL SUMMARY

ANNUAL REPORT 2005   |

ALRMH-CNBM00004245



**CNBM**



## Company Profile

With Parent, BNBMG, CNBN Trading, Cinda and Building Materials Academy as Promoters, the Company was converted into a joint stock limited company on March 28, 2005. The Company's H shares under the initial public offer were listed on the Stock Exchange of Hong Kong Limited on 23 March 2006 (stock code: 3323).

The Group is mainly engaged in cement, lightweight building materials, glass fiber and FRP (fiberglass reinforced plastics) products and engineering services businesses. In terms of the current market positions, the Group is:

- the largest cement producer in the Huaihai Economic Zone of the PRC;

- the largest gypsum board producer in the PRC;

- the largest glass fiber producer in Asia through China Fiberglass, an associate of the Company;

- the largest glass fiber mats producer in the PRC;

- the second largest FRP pipes and tanks producer in the PRC;

- the engineering firm that designed and/or constructed approximately 50% of the float glass production lines in the PRC.



ALRMH-CNBM00004246

China National Building Material Company Limited



## Corporate Information

### DIRECTORS

**Executive Directors**

Song Zhiping *(Chairman)*
Cao Jianglin *(President)*
Li Yimin *(Vice President)*

**Non-Executive Directors**

Cui Lijun
Huang Anzhong
Zuo Fenggao

**Independent Non-executive Directors**

Zhang Renwei
Zhou Daojiong
Chi Haibin
Lau Ko Yuen, Tom

### AUDIT COMMITTEE:

Chi Haibin *(Chairman)*
Zhou Daojiong
Cui Lijun

### REMUNERATION COMMITTEE:

Zhang Renwei *(Chairman)*
Zhou Daojiong
Song Zhiping

### SUPERVISORS

Shen Anqin *(Chairman)*
Zhou Guoping
Bao Wenchun
Cui Shuhong *(Supervisor of staff representative)*
Zhang Zhaomin *(Independent Supervisor)*
Liu Chijin *(Independent Supervisor)*



ALRMH-CNBM00004247



**CNBM**



# Corporate Information

| | |
|---|---|
| Secretary of the Board: | Chang Zhangli |
| Joint Company Secretaries: | Chang Zhangli<br>Lo Yee Har Susan (ACS, ACIS) |
| Authorized Representatives: | Song Zhiping<br>Chang Zhangli |
| Alternate Authorized Representative: | Lo Yee Har Susan (ACS, ACIS) |
| Qualified Accountant: | Pei Hongyan (ACCA) |
| Registered address: | No. A-11 Sanlihe Road<br>Haidian District, Beijing 100037<br>PRC |
| Principal Place of Business in the PRC: | 17th Floor<br>China National Building Material Plaza<br>No. A-11 Sanlihe Road<br>Haidian District, Beijing 100037<br>PRC |
| Place of Business in Hong Kong: | Level 28<br>Three Pacific Place<br>1 Queen's Road East<br>Hong Kong |
| Principal Bankers: | China Construction Bank, Beijing Branch<br>Bank of Communications, Beijing Branch<br>Shanghai Pudong Development Bank, Beijing Branch |
| PRC Legal Adviser: | Jingtian & Gongcheng Law Office<br>15th Floor, Union Plaza<br>20 Chaoyangmenwai Dajie<br>Beijing<br>PRC |
| Hong Kong Legal Adviser: | Slaughter and May<br>47th Floor, Jardine House<br>One Connaught Place<br>Central<br>Hong Kong |
| International Auditors: | Deloitte Touche Tohmatsu<br>26th Floor, Wing On Centre<br>111 Connaught Road Central<br>Hong Kong |
| Domestic Auditors: | ShineWing Certified Public Accountants Company Limited<br>10th Floor, Block A, Fu Hua Mansion<br>No.8 Chaoyangmen Beidajie<br>Beijing<br>PRC |
| H Share Registrar in Hong Kong: | Tricor Investor Services Limited<br>26/F, Tesbury Centre<br>28 Queen's Road East<br>Wanchai<br>Hong Kong |
| Compliance Adviser: | Anglo Chinese Corporate Finance, Limited<br>40th Floor, Two Exchange Square<br>8 Connaught Place<br>Central<br>Hong Kong |
| Stock Code: | 3323 |

ALRMH-CNBM00004248

China National Building Material Company Limited



**Definitions**

*In this annual report, unless the context otherwise requires, the following terms shall have the meanings set out below.*

| | |
|---|---|
| "Aobao Chemical" | 山東奧寶化工集團有限公司 (Shandong Aobao Chemical Group Company Limited) |
| "Beijing Chemical" | 北京化二股份有限公司 (Beijing Chemical Company Limited) |
| "Bengbu Triumph" | 蚌埠凱盛工程技術有限公司 (China Triumph Bengbu Engineering and Technology Company Limited) |
| "BNBM" | 北新集團建材股份有限公司 (Beijing New Building Material Company Limited) |
| "BNBMG" | 北新建材(集團)有限公司 (Beijing New Building Material (Group) Company Limited) |
| "BNBM Homes" | 北新房屋有限公司 (BNBM Homes Company Limited) |
| "BNBM Plastic" | 北新建塑有限公司 (BNBM Building Plastic Company Limited) |
| "BND" | 北新物流有限公司 (BND Co., Limited) |
| "Building Materials Academy" | 中國建築材料科學研究院 (China Building Materials Academy) |
| "Chenlong Decoration" | 北京北新晨龍裝飾工程有限公司 (Beijing Haidian Chenlong Decoration Company Limited) |
| "China Composites" | 中國複合材料集團有限公司 (China Composites Group Corporation Limited) |
| "China Fiberglass" | 中國玻纖股份有限公司 (China Fiberglass Company Limited) |
| "China Triumph" | 中國凱盛國際工程有限公司 (China Triumph International Engineering Company Limited) |
| "China United" | 中國聯合水泥有限責任公司 (China United Cement Company Limited) |
| "Cinda" | 中國信達資產管理公司 (China Cinda Asset Management Corporation) |
| " CNBM Trading " | 中建材集團進出口公司 (China National Building Material Import and Export Company) |
| "Company" | 中國建材股份有限公司 (China National Building Material Company Limited) |
| "Company Law" | 中華人民共和國公司法 (the Company Law of the PRC) |
| "controlling shareholder" | has the meaning ascribed thereto under the Listing Rules |
| "CSRC" | 中國證券監督管理委員會 (China Securities Regulatory Commission) |
| "EPC" | turn-key project services that include engineering, procurement and construction |
| "FRP" | fiberglass reinforced plastics |



**CNBM**

# Definitions



| | |
|---|---|
| "Global Offering" | the Hong Kong Public Offering and the International Placing |
| "Group", "we" and "us" | the Company and, except where the context otherwise requires, all its subsidiaries |
| "Hengzhijiu Trade" | 山東恒之久商貿有限公司 (Shandong Hengzhijiu Commercial Trade Company Limited) |
| "Huaihai" | 中聯巨龍淮海水泥有限公司 (China United Julong Huaihai Cement Company Limited) |
| "Huaihai Economic Zone" | as identified by the National Bureau of Statistics of China, Huaihai Economic Zone is an area of approximately 178,100 square kilometers covering 20 municipalities (地級市) located in southern Shandong, northern Jiangsu, eastern Henan and northern Anhui |
| "IFRS" | International Financial Reporting Standards |
| "Independent Third Party(ies)" | person(s) or company(ies) which is (are) independent of the Directors, Supervisors, Promoters, controlling shareholder, substantial shareholder and the chief executive (such terms as defined in the Listing Rules) of the Company and its subsidiaries |
| "Jushi Group" | 巨石集團有限公司 (Jushi Group Company Limited) |
| "Liberty Group" | 麗寶第集團公司 (Liberty Group Company) |
| "Liberty TOLI" | 常州麗寶第東理建材有限公司 (Changzhou Liberty TOLI Building Material Company Limited) |
| "Listing Rules" | the Rules Governing the Listing of Securities on The Stock Exchange of Hong Kong Limited as amended from time to time |
| "Luhong" | 中聯魯宏水泥有限責任公司 (China United Luhong Cement Company Limited) |
| "Nanjing Triumph" | 南京凱盛水泥技術工程有限公司 (China Triumph Nanjing Cement Technological Engineering Company Limited) |
| "Nanyang" | 中國聯合水泥有限責任公司南陽分公司 (China United Nanyang Company) |
| "NSP" | new suspension preheater dry process |
| "Parent" | 中國建築材料集團公司 (China National Building Material Group Corporation) |
| "Parent Group" | collectively, Parent and its subsidiaries (excluding the Group) |
| "Promoters" | the initial promoters of the Company, being Parent, BNBMG, Cinda, the Building Materials Academy and CNBM Trading |
| "Qingzhou" | 青州中聯魯宏水泥有限公司 (China United Qingzhou Luhong Cement Company Limited) |
| "RMB" or "Renminbi" | Renminbi yuan, the lawful currency of the PRC |
| "Share(s)" | ordinary shares of the Company with a nominal value of RMB 1.00 each, comprising both Domestic Shares and H Shares |
| "Shareholder(s)" | holder(s) of the Share(s) |

ALRMH-CNBM00004250

China National Building Material Company Limited



# Definitions

| | |
|---|---|
| "Shenzhen B&Q" | 深圳百安居裝飾建材有限公司 (Shenzhen B&Q Decoration & Building Materials Company Limited) |
| "Shenzhen Triumph" | 深圳市凱盛科技工程有限公司 (CTIEC Shenzhen Scieno-tech Engineering Company Limited) |
| "State","state","PRC Government" or "PRC governement" | the government of the PRC including all political subdivisions (including provincial, municipal and other regional or local government entities) and instrumentalities thereof |
| "State Council" | 中華人民共和國國務院 (the State Council of the PRC) |
| "Stock Exchange" | The Stock Exchange of Hong Kong Limited |
| "Supervisors" | the members of the supervisory committee of the Company |
| "Taihe" | 山東泰和東新股份有限公司 (Shandong Taihe Dongxin Company Limited) |
| "Tianfeng" | 蘇州天豐新型建材有限責任公司 (Suzhou Tianfeng New Building Material Company Limited) |
| "Tianma Group" | 常州天馬集團有限公司 (Changzhou Tianma Group Company Limited) |
| "VAT" | value added tax |
| "Weifang Aotai" | 濰坊奧泰石膏有限公司 (Weifang Aotai Gypsum Company Limited) |
| "Yaohua" | 上海耀華皮爾金頓玻璃股份有限公司 (Shanghai Yaohua Pilkington Glass Co., Ltd.) |
| "Zaozhuang Luhong" | 棗莊中聯魯宏水泥有限公司 (Zaozhuang China United Luhong Cement Co., Ltd) |
| "Zhongfu Lianzhong" | 連雲港中復連眾複合材料集團有限公司 (Lianyungang Zhongfu Lianzhong Composite Material Group Company Limited) |
| "Zhongfu Liberty" | 常州中復麗寶第複合材料有限公司 (Changzhou China Composites Liberty Company Limited) |
| "Zhongxin Tianma" | 常州中新天馬玻璃纖維製品有限公司 (Changzhou China Composites Tianma Fiberglass Products Company Limited) |
| "Zhongfu Xigang" | 威海中復西港船艇有限公司 (Weihai China Composites Xigang Boat Company Limited) |
| "Ziyan" | 邢臺中聯子岩水泥有限公司 (Xingtai China United Ziyan Company Limited) |

ALRMH-CNBM00004251



**CNBM**



## Shareholding Structure of the Group

The following charts set out the simplified corporate structure of the Group as at the date of this report:



* *Sum of these shareholding percentages may differ from total due to rounding.*

ALRMH-CNBM00004252

China National Building Material Company Limited



# Financial Highlights

The table bellow set forth the financial highlights for 2002, 2003, 2004 and 2005:

| | For the year ended 31 December (RMB in thousands) | | | |
| --- | --- | --- | --- | --- |
| | 2005 | 2004 | 2003 | 2002 |
| Revenue | 4,726,544 | 2,898,072 | 1,845,197 | 1,661,505 |
| Gross profit | 874,141 | 554,757 | 418,394 | 371,209 |
| Profit after taxation | 492,119 | 269,393 | 144,284 | 144,540 |
| Profit attributable to equity holders of the Company | 351,105 | 193,138 | 111,683 | 99,232 |
| Distributions to equity holders of the Company | 135,637[1] | 27,759 | 136,443 | 22,825 |
| Earnings per share - basic (RMB) | 0.25 | 0.14 | 0.08 | 0.07 |

Note:

(1)  Pursuant to the "Provisional Regulation relating to Corporate Restructuring of Enterprises and Related Management of State-owned Capital and Financial Treatment" which was issued by the PRC Ministry of Finance and became effective from 27 August 2002, the Company's profit for the period from 1 October 2004 (being the first date after the effective date of the Restructuring) to 27 March 2005 (being the date immediately prior to the date of the Company's conversion into a joint stock company) belongs to the then shareholders of the Company. A dividend of RMB135,637,000 was declared to the then shareholders of the Company on 28 March 2005.

(2)  The calculations of basic earnings per share are based on the profit attributable to equity holders of the Company of each period and on the weighted average number of 1,387,606,849 shares for 2005 and 1,387,110,000 shares for each of 2002, 2003, 2004, as if the Restructuring had been completed on 1 January 2002.

| | As at 31 December (RMB in thousands) | | | |
| --- | --- | --- | --- | --- |
| | 2005 | 2004 | 2003 | 2002 |
| Total assets | 9,712,499 | 6,951,497 | 4,893,583 | 3,931,843 |
| Total liabilities | 6,285,566 | 3,985,484 | 2,231,212 | 1,374,113 |
| Total assets | 3,426,933 | 2,966,013 | 2,662,371 | 2,557,730 |
| Minority interests | 1,314,695 | 1,077,395 | 981,250 | 900,611 |
| Equity attributable to equity holders of the Company | 2,112,238 | 1,888,618 | 1,681,121 | 1,657,119 |
| Net assets per share - weighted (RMB) [1] | 1.52 | 1.36 | 1.21 | 1.19 |
| Debt to assets ratio [2] | 43.6% | 38.7% | 30.0% | 21.6% |
| Net debt / equity ratio [3] | 96.4% | 62.9% | 20.7% | 12.2% |

Notes:

1.  The calculations of weighted net assets per share are based on the equity attributable to equity holders of the Company of each period and on the weighted average number of 1,387,606,849 shares for 2005 and 1,387,110,000 shares for each of 2002, 2003, 2004, as if the Restructuring had been completed on 1 January 2002.

2.  Debt-to-asset ratio = total borrowings / total assets x 100%

3.  Net debt ratio = (total borrowings - bank balances and cash) / net assets x 100%

ALRMH-CNBM00004253



**CNBM**

## Business Highlights



The major operating data of each segment for 2002, 2003, 2004 and 2005 set out below:

### CEMENT SEGMENT

| | 2005 | 2004 | 2003 | 2002 |
|---|---|---|---|---|
| | | For the year ended 31 December | | |
| Production volume-cement (in thousand tonnes) | 5,429.5 | 3,717.2 | 3,021.1 | 2,778.0 |
| Production volume-clinker (in thousand tonnes) | 5,996.6 | 2,754.0 | 2,548.1 | 2,437.3 |
| Sales volume-cement (in thousand tonnes) | 5,551.8 | 3,727.4 | 3,064.5 | 2,789.3 |
| Sales volume-clinker (in thousand tonnes) | 1,830.7 | 323.4 | 472.4 | 386.1 |
| Average selling price-cement (RMB per tonne) | 178.8 | 195.6 | 178.2 | 180.7 |
| Average selling price-clinker (RMB per tonne) | 152.9 | 154.1 | 137.9 | 145.6 |

### LIGHTWEIGHT BUILDING MATERIALS SEGMENT

| | 2005 | 2004 | 2003 | 2002 |
|---|---|---|---|---|
| | | For the year ended 31 December | | |
| **Gypsum boards - BNBM** | | | | |
| production volume (in million m2) | 48.8 | 40.5 | 36.1 | 34.8 |
| sales volume (in million m²) | 42.4 | 41.7 | 37.7 | 35.3 |
| Average selling price (RMB per m2) | 6.2 | 6.1 | 6.2 | 6.2 |
| **Gypsum boards - Taihe** | | | | |
| production volume (in million m²) | 115.3 | — | — | — |
| sales volume (in million m²) | 108.1 | — | — | — |
| Average selling price (RMB per m²) | 3.9 | — | — | — |
| **Acoustical ceiling panels - BNBM** | | | | |
| production volume (in million m²) | 5.9 | 4.7 | 5.7 | 4.9 |
| sales volume (in million m²) | 5.7 | 5.2 | 5.4 | 4.8 |
| Average selling price (RMB per m²) | 16.8 | 16.5 | 17.0 | 16.8 |

ALRMH-CNBM00004254

China National Building Material Company Limited



**Business Highlights**

## LIGHTWEIGHT BUILDING MATERIALS SEGMENT *(CONTINUED)*

|  | 2005 | For the year ended 31 December 2004 | 2003 | 2002 |
|---|---|---|---|---|
| **Acoustical ceiling panels - Tianfeng** | | | | |
| production volume (in million m²) | 5.7 | — | — | — |
| sales volume (in million m²) | 6.1 | — | — | — |
| Average selling price (RMB per m²) | 8.1 | — | — | — |
| **Lightweight metal frames** | | | | |
| production volume (in thousand tonnes) | 26.1 | 23.7 | 22.5 | 20.0 |
| sales volume (in thousand tonnes) | 25.7 | 23.6 | 22.4 | 19.9 |
| Average selling price (RMB per tonne) | 5,994.0 | 5,687.0 | 5,668.0 | 5,573.0 |

## GLASS FIBER AND FRP PRODUCTS SEGMENT

|  | 2005 | For the year ended 31 December 2004 | 2003 | 2002 |
|---|---|---|---|---|
| **FRP Products** | | | | |
| production volume (in thousand tonnes) | 12.9 | 14.3 | 9.9 | 9.9 |
| sales volume (in thousand tonnes) | 14.5 | 11.3 | 7.8 | 9.5 |
| Average selling price (RMB per tonne) | 14,753.1 | 18,156.0 | 9,400.0 | 10,879.0 |
| **Glass Fiber Mats** | | | | |
| production volume (in million m²) | 43.9 | 44.3 | 51.6 | 43.1 |
| sales volume (in million m²) | 43.9 | 40.0 | 51.6 | 43.1 |
| Average selling price (RMB per m²) | 1.3 | 1.4 | 1.3 | 1.2 |

ALRMH-CNBM00004255



**CNBM**



## Chairman's Statement

To Shareholders,

I am pleased to present to all shareholders the results of the Group for the year ended 31 December 2005. On 23 March 2006, the Company was listed on the Main Board of the Stock Exchange with gratifying issuance performance. I would like to extend, on behalf of the board of directors and the staff of the Company, my gratitude to all shareholders for their favour, trust and support to us.

### REVIEW OF THE YEAR

Established on 28 March 2005, the Company is a leading PRC building materials company mainly engaged in the cement, lightweight building materials, glass fiber and FRP products and engineering services business segments. Focusing on its core businesses, the Group took initiatives in effective management and integration, as well as acquisition and reorganisation while undertaking new projects during the year. Hence, the sustainable development capability of the Company was strengthened with satisfying operating results achieved.

### Fast-growing production capacity of cement segment

In 2005, through acquisition and establishment of new production lines, the Group's total production capacity of cement increased by 6.4 million tonnes to approximately 11.0 million tonnes. Thanks to scale expansion, the Group improved its profitability and strengthened its leading position in Huaihai Economic Zone.

### Leading position of the lightweight building materials segment

Through the acquisition of 42% equity interests in Taihe, the Group became the largest gypsum board manufacturer in the PRC and its total production capacity of gypsum board reached 360.0 million square meters per annum. Based on its remarkable market share in the PRC high and middle end gypsum board market, the Group further optimized its nationwide market layout and siginificantly enhanced its leading position in the industry.



**SONG ZHIPING**
**Chairman**

### Consolidated leading position of the glass fiber and FRP products segment

With the establishment of new glass fiber mats production lines, the Group became the largest glass fiber mats manufacturer in the PRC. China Fiberglass, an associate of the Company, commenced the operation of a new alkali-free direct-melt furnace production line in March 2006, which increased the production capacity of the Group's glass fiber business from 210,000 tonnes in 2005 to over 300,000 tonnes in 2006. This has further consolidated China Fiberglass' position as "Asia First"and "World Top 5".

### Expedite globalization of the engineering services segment

In 2005, the Group's engineering services continued to expand and managed to achieve a leap progress from local operating mode to global presence, enhancing its leading position as a provider of engineering design and EPC (Engineering, Procurement and Construction) services in the glass industry in the PRC.

### RESULTS OF THE YEAR

The Group's consolidated revenue amounted to RMB4,726.5 million for 2005, representing an increase of 63.1% over last year. Profit attributable to equity holders of the Company amounted to RMB351.1 million, representing an increase of 81.8% over last year. Basic earnings per share amounted to RMB0.25, up 78.6% over last year.

ALRMH-CNBM00004256

China National Building Material Company Limited



# Chairman's Statement

## PROSPECT AND OUTLOOK

In year 2006, the opening year for the "11th Five-Year" plan for its economy and social development, the PRC economy growth is expected to be around 8%. The PRC government's commitment to implementation of its scientific development theory and promotion of policies on construction of socialist new countryside, cycle economy and conservation-minded society will, as a whole, bring about valuable opportunities for the Company's businesses of NSP cement, lightweight building materials, glass fiber and FRP products and engineering services. The listing of the H Shares will increase the Company's exposure to international investors and extend its financing avenues to international capital markets, paving a way to build the Company into a world-class building materials manufacturer. The Company expects that the levels of accountability and transparency to which the Company will be subject to after the Global offering will lead to improved corporate governance and increased investor confidence in the Company.

### Cement segment

The Company will take initiatives to promote further expansion and acquisitions, with a view to expanding its business scale in Huaihai Economic Zone. Meanwhile, we aim to cut down costs through operation integration, centralized management and technology upgrading and synergy.

### Lightweight building materials segment

We will exploit the synergy with Taihe to reinforce our leading market position. While developing new dry wall and ceiling systems for residential structure to expand our customer base, we will focus on major products to rationalize our product supply.

### Glass fiber and FRP products segment

We aim to improve our product mix by further expanding production capacity and increasing sales of high value-added products.

### Engineering services segment

We will strengthen technology innovation capability to maintain our leading position in the domestic market, and leverage on our low cost advantage to explore international business opportunities.

As a leading player in the PRC building materials industry, the Company attaches importance to both resources exploitation and resources conservation, to shoulder the historical mission of developing a conservation-minded building materials industry, the Group will focus on resources efficiency with emphasis on energy, water, materials and land saving, comprehensive utilization of resources and environmental protection, aiming at a conservational growth with low investment, low consumption, low discharge and high efficiency, with sense of responsibility and a strong commitment to leading the development of the building materials industry in the PRC.

Under the established guideline, the Company will build a set of corporate culture focusing on continuous improvement of our long-term enterprise value. The Company will align and satisfy the commercial interests of our management, employees and customers and the interests of the community in social well-being, environmental protection and resource conservation in order to achieve long-term and sustainable growth.

Finally, I wish to extend, on behalf of the board of directors of the Company, my gratitude to all shareholders, customers and business partners for their trust and support to us, and express my gratitude to the management and staff of the Company for their dedicated efforts and contribution in the previous year. The Company will continue to capitalize on opportunities to maximize the return to its shareholders.

Song Zhiping
*Chairman*

Beijing, the PRC
21 April 2006

ALRMH-CNBM00004257



**CNBM**



## Management Discussion and Analysis

### BUSINESS REVIEW

The business segments and the major operating entities of each business segment of the Group are summarised as follows:

| Business segments | Major products and services | Major operating entities | Attributable direct and indirect equity interests held by the Company |
|---|---|---|---|
| Cement | Cement | China United | 96.07% |
| Lightweight building materials | Dry wall and ceiling system | BNBM | 60.33% |
| Glass fiber and FRP products | Glass fiber | China Fiberglass | 40.17% |
| | Glass fiber mats and FRP pipes and tanks | China Composites | 86.24% (1) |
| Engineering services | Design and engineering EPC services: Float glass production lines and NSP cement production lines | China Triumph | 91.00% |

Note:

(1)     Including 77% equity interests directly held by the Company and 23% equity interests held by the China Fiberglass.

### Cement Segment

#### Review on the cement industry of the PRC in 2005

In 2005, the output of cement in the PRC recorded a stable and moderate growth. For the whole year, approximately 1,064.0 million tonnes of cement were produced, representing a year-on-year increase of approximately 9.7 %. The emerging effect of the State's macro-control policy led to an expedite pace of industrial structure adjustment, merger and acquisition or reorganization among enterprises and concentration of the industry. In 2005, approximately 110 NSP cement production lines were completed and put into production with an additional production capacity of approximately 100.0 million tonnes. By the end of 2005, the proportion of NSP cement reached approximately 45.0%, increasing by approximately 12.0% as compared with last year. The production capacity of the top 10 manufacturers in the PRC cement industry represented nearly 15.0% of the national total in 2005, representing a further growth from 10.5% and 12.8% for 2003 and 2004, respectively.

**CAO JIANGLIN**
**President**

ALRMH-CNBM00004258

China National Building Material Company Limited



# Management Discussion and Analysis

## BUSINESS REVIEW *(CONTINUED)*

### Review on the Company's cement business in 2005

#### A substantial growth of operating results

Despite the unfavourable environment in the industry, utilization ratio of production capacities of plants recorded gradual increases as a result of technology synergy of China United, a subsidiary of the Company. Procurement cost was reduced through centralized procurement. Meanwhile, integrated marketing led to enhanced management over regional markets. Furthermore, cost and expenses were controlled as a result of enhanced fund management, more efficient utilisation of capital and full enjoyment of tax preferences and subsidy from local government. Hence, the Company was able to improve both the gross and net profit margins of its cement products.

#### Smooth progress of projects under construction or preparation

The projects completed in 2004 and 2005 have all been put into normal production. Among them, the new line with a daily production capacity of 3,000 tonnes for Nanyang, the new lines each with a daily production capacity of 5,000 tonnes for Huaihai and Luhong and the new line with a daily production capacity of 2,500 tonnes for Zaozhuang Luhong have fulfilled their production targets in tandem. The Group's commercial concrete mixing station in Shandong Heze and Jining were also completed and put into production. The line with a daily production capacity of 6,000 tonnes for Qingzhou, the line with a daily production capacity of 6,000 tonnes for Nanyang, the grinding facility for Ziyan, the residual-heat power generation project for Huaihai and the grinding stations in Shandong Heze, Qingdao, Jiangsu Lianyungang, Suqian and Anhui Fuyang, etc. were all going on wheels in preparation and construction.

## Lightweight Building Materials Segment

### Review on the lightweight building materials industry of the PRC in 2005

The PRC gypsum board industry has experienced a significant development in 2005. The new wall materials industry, including gypsum board, was further boosted with the improved industrial policies, and regulations on construction energy-saving and development of environment-friendly products under the PRC's policy of promoting cycle economy. Through acquisition of 42% equity interests in Taihe, the Group realized the integration of material resources in the PRC gypsum board industry, with great contribution to industrial concentration and intensive industry chains for the PRC gypsum board industry.

### Review on the Company's lightweight building materials business in 2005

#### Enhancing management and streamlining organizations to optimize business process

BNBM, a subsidiary of the Company, has shifted its management structure from a production-oriented basis to a market-oriented basis and set up functional divisions for five major product lines to integrate related resources and hence improved operating efficiency. It also implemented centralized management on procurement and general affairs to cut down operating cost. Furthermore, by enhancing quality control, safe production management and site management, BNBM kept exploring new revenue streams while implementing retrenchment to save energy and increase efficiency.

#### Steady project construction for new profit sources

The third gypsum boards production line in Zaozhuang with an annual capacity of 30.0 million square meters was completed and put into production in the third quarter of 2005. Both the fourth gypsum boards production line in Hebei Zhuozhou with an annual capacity of 50.0 million square meters and the GRC external wall board production line with annual capacity of 1.8 million square meters were put into pilot operation and are expected to commence operation in the second half year of 2006. In addition, the annual 20,000-tonne lightweight metal frames project in Jiangsu Suzhou came into smooth production in the second half year of 2005.

ALRMH-CNBM00004259



**CNBM**



# Management Discussion and Analysis

## BUSINESS REVIEW *(CONTINUED)*

### Glass Fiber and FRP Products Segment

### Review on the glass fiber and FRP industries of the PRC in 2005

In 2005, the PRC glass fiber and FRP industries all recorded favourable progresses. In the FRP industry of the PRC, the total output increased by approximately 11.0% from 2004 and sales revenue increased by approximately 42.5% to approximately RMB14,933.0 million as compared with the previous year. As for the glass fiber industry of the PRC, approximately 950,000 tonnes of glass fiber products were produced in aggregation for 2005, increasing by approximately 32.8% from 2004, and sales revenue amounted to approximately RMB22,326.0 million, representing a year-on-year increase of approximately 32.2%.

### Review on the Company's glass fiber and FRP product business in 2005

#### FRP product business

Completion of new glass fiber mats production lines: The Company increased its production capacity for glass fiber mats. The technical requirements and market demands for high value-added products such as copper clad laminate mats were also satisfied. Optimization of product mix: Key projects and customers were developed for large-scale filament winding FRP tanks and FRP pipes. Meanwhile, various new glass fiber mats products and flooring materials were developed. Expansion into markets in the energy and environmental sectors: The project with an annual production capacity of 200 pieces 1.5MW fan blades for windmill-powered generators commenced production in March 2006.

#### Glass fiber business

With rapid expansion in its production capacity, both of China Fiberglass's direct-melt furnace production line for alkali-free glass fiber with an annual production capacity of 80,000 tonnes and the environmentally friendly direct-melt furnace production line for alkali-free glass fiber with an annual production capacity of 20,000 tonnes commenced operation in March 2006, thereby increasing its production capacity to over 300,000 tonnes in 2006. Meanwhile, the product quality and product mix were considerably optimized and improved, further securing the leading position of China Fiberglass in the industry.

ALRMH-CNBM00004260

China National Building Material Company Limited



## Management Discussion and Analysis

### BUSINESS REVIEW *(CONTINUED)*

## Engineering Services Segment

### Review on the PRC glass industry in 2005

In 2005, the output of sheet glass continued to increase. The aggregate output of the sheet glass in the PRC reached approximately 357.0 million weight cases boxes, representing a year-on-year increase of approximately 18.9%, of which float glass accounted for approximately 86.0%. A total of approximately 23 float glass production lines commenced production in 2005 in the PRC, approximately 50.0% of which were designed and/or constructed by the Group. The emerging new varieties such as low emissivity (Low-E) glass and insulating glass also increased the level of the China float glass technology as a whole.

### Review on the Group's engineering services business in 2005

#### Development of EPC to expediate overseas expansion

China Triumph, a subsidiary of the Company, took efforts in the development of EPC business initiated by design and backed by core technologies. During the year, China Triumph signed 132 new contracts with a total contractual amount of over RMB900 million, of which EPC services contracts accounted for approximately 73.0%, and the amount of overseas EPC contracts accounted for approximately 28.0%. Meanwhile, China Triumph took iniatives to promote cooperation with international partners, laying a solid foundation for further globalization.

#### Enhancement of technology innovations and core competitiveness

Through the research of "comprehensive improvement of float glass technologies" in 2005, China Triumph completed the development of float glass technologies with a glass melt capacity of 1,000 tonnes per day, being the domestic current largest scale, and improved its design and EPC capabilities. The pilot achievement in online Low-E glass technologies laid a foundation for commercial production. Meanwhile, China Triumph developed the residual-heat power generating technology for glass plant and cement plant, taking the lead in application of residual-heat power generating technology for glass plant.

### FINANCIAL REVIEW

For the year ended 31 December 2005, our consolidated revenue grew 63.1% to RMB4,726.5 million (RMB 2,898.1 million in 2004). Our profit attributable to equity holders of the Company increased by 81.8% from RMB193.1 million in 2004 to RMB 351.1 million in 2005.

## Revenue

Our consolidated revenue for the year ended 31 December 2005 amounted to 4,726.5 million, representing an increase of 63.1% from RMB2,898.1 million in 2004, primarily due to an increase of RMB844.4 million in revenue from our lightweight building materials segment, an increase of RMB493.8 million in revenue from our cement segment, and an increase of RMB397.6 million in revenue from our engineering services segment.

## Cost of sales

Our consolidated cost of sales in 2005 amounted to RMB 3,852.4 million, representing an increase of 64.4% from RMB 2,343.3 million in 2004, primarily due to an increase of RMB687.1 million in cost of sales from our lightweight building materials segment, an increase of RMB417.0 million in cost of sales from our cement segment, and an increase of RMB331.1 million in cost of sales from our engineering services segment.

ALRMH-CNBM00004261



**CNBM**



# Management Discussion and Analysis

## FINANCIAL REVIEW *(CONTINUED)*

### Other Income

Other income increased by 74.2% to RMB263.5 million in 2005 from RMB151.3 million in 2004, primarily due to an 108.4% increase in VAT refund to RMB92.6 million for the year 2005 (RMB44.4 million in 2004) as a result of increased sales of gypsum board and cement which enjoy VAT refund preference, and an 275.4% increase in our technical and other service income for 2005 to RMB44.1 million (RMB11.7 million in 2004). In addition, in connection with our acquisition of an additional 43.5% of equity interest in Zhongfu Lianzhong, a subsidiary in our glass fiber and FRP products segment, we recognized a release of discount on acquisition to income in the amount of RMB10.9 million, which reflected the discount of our acquisition consideration paid to the net asset value of Zhongfu Lianzhong represented by the 43.5% equity interest acquired.

### Selling and Distribution Costs

Selling and distribution costs increased by 47.8% to RMB278.1 million in 2005 from RMB188.1 million in 2004, primarily due to an increase of RMB17.8 million in transportation cost, an increase of RMB15.0 million in storage fee, an increase of RMB12.7 million in packaging fee, an increase of RMB9.7 million in salary of sales staff, and an increase of RMB3.5 million in loading fee.

### Administrative and other expenses

Administrative and other expenses increased by 34.0% to RMB296.8 million in 2005 from RMB221.5million in 2004, primarily due to an increase of RMB21.4 million in salary, an increase of RMB11.1 million in welfare and insurance for administrative staff, an increase of RMB7.5 million in rental fee, an increase of RMB5.9 million in general administrative expense, and an increase of RMB5.9 million in depreciation expense.

### Finance costs

Finance costs increased by 64.4% to RMB 162.4 million in 2005 from RMB 98.8 million in 2004, primarily due to our increased short-term borrowings needed to support the increase in the business volume in each of our four business segments.

### Share of profit of associates

Our share of profit of associates increased by 12.2% to RMB 108.5 million in 2005 from RMB 96.7 million in 2004, primarily due to increases in the profits of our associates China Fiberglass and Shenzhen B&Q, partially offset by a decrease in the profit of our associate Yaohua.

### Income tax expense

Income tax expense increased by 79.1% to RMB 44.7million in 2005 from RMB 25.0 million in 2004, primarily due to an increase in profit before taxation.

### Minority interests

Minority interests increased by 84.9% to RMB 141.0 million in 2005 from RMB 76.3 million in 2004 , primarily due to the increase in operating profit in each of our business segments.

ALRMH-CNBM00004262

China National Building Material Company Limited



# Management Discussion and Analysis

## FINANCIAL REVIEW *(CONTINUED)*

### Profit attributable to equity holders of the Company

As a result of the foregoing factors, profit attributable to the equity holders of the Company increased by RMB 158.0 million or 81.8% to RMB 351.1 million in 2005 from RMB 193.1 million in 2004. Our net profit margin increased to 7.4% in 2005 from 6.7% in 2004.

### Cement Segment

#### Acquisition and addition of new production lines

We acquired Zaozhuang Luhong and Ziyan in April 2005. The operating results from these two plants are included in our financial results for the year ended December 31, 2005. The following table sets out the revenue, cost of sales, gross profit and operating profit arising from these two plants for the year ended 31 December 2005 and their respective contribution to our cement segment:

| | Zaozhuang Luhong | | Ziyan | |
| --- | --- | --- | --- | --- |
| | RMB in millions | Percentage | RMB in millions | Percentage |
| Revenue | 103.7 | 8.2 | 67.2 | 5.3 |
| Cost of sales | 92.0 | 9.4 | 55.1 | 5.7 |
| Gross profit | 11.7 | 4.0 | 12.1 | 4.1 |
| Operating profit | 6.9 | 2.9 | 15.3 | 6.4 |

In addition to the reasons stated below, the changes in the operating results of our cement segment for the year ended 31 December 2005 as compared with the year ended 31 December 2004 were also attributable to the inclusion of the results from our two newly added plants described above.

### Revenue

Revenue for our cement segment increased by 63.4% to RMB 1,272.5 million for the year 31 December 2005 (or 41.5% to RMB1, 101.6 million excluding the two newly-added production facilities described above), from RMB 778.8 million for the year ended 31 December 2004 primarily due to the commencement of production of the new Nanyang production line in October 2004 and an increase in sales volume generated from our newly-added production lines in Luhong and Huaihai, partially offset by a decrease in the Average Realized Sales Price of our cement products. We added one 5,000 tonne clinker per day production line in each of Luhong and Huaihai in July 2005.

### Cost of sales

Cost of sales for our cement segment increased by 74.7% to RMB 975.3 million for the year ended 31 December 2005 (or 48.3% to RMB 828.2 million excluding the two newly-added production facilities described above), from RMB 558.3 million for the year ended 31 December 2004, primarily due to the commencement of production of the new Nanyang production line in October 2004 and an increase in sales generated from our newly added production lines in Luhong and Huaihai and an increase in the price of coal.

ALRMH-CNBM00004263





## Management Discussion and Analysis

### FINANCIAL REVIEW *(CONTINUED)*

#### Cement Segment *(Continued)*

#### Gross profit and gross margin

Gross profit for our cement segment increased by 34.8% to RMB 297.2 million for the year ended 31 December 2005 (or 24.0% to RMB 273.4 million excluding the two newly-added production facilities described above) from RMB 220.5 million for the year ended 31 December 2004. Gross margin for our cement segment decreased to 23.4% for the year ended 31 December 2005 from 28.3% for the year ended 31 December 2004, the decrease in gross margin for our cement segment were primarily due to the increase in the price of coal and the decrease in the Average Realized Sales Price of our cement products.

#### Operating profit

Operating profit for our cement segment increased by 90.8% to RMB240.3 million for the year ended 31 December 2005 (or 73.2% to RMB 218.1 million excluding the two newly added plants described above) from RMB 125.9 million for the year ended 31 December 2004. Operating margin for the segment increased to 18.9% for the year ended 31 December 2005 from 16.2% for the year ended 31 December 2004, primarily due to an increase in refund in the amount of RMB 17.6 million resulting from an increase in the sales volume of cement products qualifying for VAT refund in the aggregate amount of approximately 2.0 million tonnes and an increase in government grants to several of our cement plants partially offset by the decrease of gross margin.

### Lightweight Building Materials Segment

#### Acquisitions

We acquired a 42% equity interest in Taihe in April 2005. According to the articles of association of Taihe, we have the right to nominate four of the seven directors of Taihe. As a result, Taihe is accounted for as a subsidiary of BNBM and Taihe's operating results were consolidated with ours from May 2005.

We acquired a 75% equity interest in Tianfeng in March 2005. As a result, Tianfeng's operating results were consolidated with ours from April 2005.

The table below sets out the revenue, cost of sales, gross profit and operating profit of Taihe and Tianfeng and their respective contribution to the lightweight building materials segment in 2005:

| | Taihe | % of segment total | Tianfeng | % of segment total |
|---|---|---|---|---|
| | For the year ended 31 December 2005 *(RMB in millions, except for percentages)* | | | |
| Revenue | 423.3 | 18.2 | 50.0 | 2.1 |
| Cost of sales | 329.4 | 16.6 | 42.5 | 2.1 |
| Gross profit | 93.9 | 27.8 | 7.5 | 2.2 |
| Operating profit | 72.1 | 40.8 | 4.9 | 2.8 |

In addition to the reasons stated below, the changes in the operating results of our lightweight building materials segment for the year ended 31 December 2005 as compared with the year ended 31 December 2004 also resulted from the consolidation of operating results of Taihe and Tianfeng.

ALRMH-CNBM00004264

China National Building Material Company Limited



## Management Discussion and Analysis

### FINANCIAL REVIEW *(CONTINUED)*

#### Lightweight Building Materials Segment *(Continued)*

#### Revenue

Revenue for our lightweight building materials segment increased by 57.0% to RMB 2,326.9 million in 2005 (or 25.0% to RMB 1,853.7 million excluding Taihe and Tianfeng) from RMB 1,482.6 million in 2004 due to revenue increases from most of our major businesses, particularly the sales of our E-HOME stores prior to the sale of such stores in August 2005. Revenue generated from our E-HOME stores increased to RMB 237.6 million in 2005 from RMB 58.7 million in 2004 due to increase of our E-HOME stores business volume.

The table below sets out the revenue generated from the three principal products of our dry wall and ceiling systems in 2004 and 2005, respectively:

| | For the year ended 31 December | | Period on period change (%) |
|---|---|---|---|
| | 2005 | 2004 | |
| | (RMB in millions) | | |
| Gypsum boards | 684.3[1] | 255.2 | 168.1 |
| Acoustical ceiling panels | 145.6[2] | 86.2 | 69.0 |
| Lightweight metal frames | 153.8 | 134.0 | 14.8 |
| Total | 983.7 | 475.4 | 106.9 |

Notes:

(1)   Includes revenue from Taihe during the period from 1 May 2005 to 31 December 2005 in the amount of RMB421.4 million.

(2)   Includes revenue from Tianfeng during the period from 1 April 2005 to 31 December 2005 in the amount of RMB50.0 million.

ALRMH-CNBM00004265





## Management Discussion and Analysis

### FINANCIAL REVIEW *(CONTINUED)*

### Lightweight Building Materials Segment *(Continued)*

### Cost of sales

Cost of sales for our lightweight building materials segment increased by 52.8% to RMB 1,989.1 million in 2005 (or 24.2% to RMB 1,617.3 million excluding Taihe and Tianfeng) from RMB 1,302.1 million in 2004, due to increases in cost of sales from most of our major business categories as a result of their respective increases in sales volume, particularly from an increase in cost of sales in our E-HOME stores. Cost of sales in our E-HOME stores increased by RMB175.1 million to RMB 225.3 million in 2005 (prior to the sale of such stores on 1 August 2005) from RMB 50.2 million in 2004.

The table below sets out the cost of sales of the three principal products of our dry wall and ceiling systems in 2004 and 2005, respectively:

|  | For the year ended 31 December | | Period on period change (%) |
|---|---|---|---|
|  | 2005 | 2004 | |
|  | *(RMB in millions)* | | |
| Gypsum boards | 514.8[1] | 197.6 | 160.5 |
| Acoustical ceiling panels | 124.3[2] | 90.6 | 37.3 |
| Lightweight metal frames | 124.0 | 113.6 | 9.1 |
| Total | 763.1 | 401.8 | 89.9 |

*Notes:*

(1)   *Includes cost of sales from Taihe during the period from 1 May 2005 to 31 December 2005 in the amount of RMB328.3 million.*

(2)   *Includes cost of sales from Tianfeng during the period from 1 April 2005 to 31 December 2005 in the amount of RMB42.5 million.*

ALRMH-CNBM00004266

China National Building Material Company Limited



# Management Discussion and Analysis

## FINANCIAL REVIEW *(CONTINUED)*

### Lightweight Building Materials Segment *(Continued)*

#### Gross profit and gross margin

Gross profit for our lightweight building materials segment increased by 87.1% to RMB 337.8 million in 2005 (or 30.9% to RMB 236.4 million excluding Taihe and Tianfeng) from RMB 180.5 million in 2004, primarily due to an increase in gross profit of RMB46.5 million from increased sales of our gypsum boards, acoustical ceiling panels and lightweight metal frames from BNBM.

The table below sets out the gross profit generated from the three principal products of our dry wall and ceiling systems in 2004 and 2005, respectively:

|  | For the year ended 31 December | | Period on period change (%) |
|---|---|---|---|
|  | 2005 | 2004 | |
|  | (RMB in millions) | | |
| Gypsum boards | 169.5[1] | 57.6 | 194.3 |
| Acoustical ceiling panels | 21.3[2] | (4.4) | —- |
| Lightweight metal frames | 29.8 | 20.4 | 46.3 |
| Total | 220.6 | 73.6 | 199.9 |

Notes:

(1)    Includes gross profit from Taihe from 1 May 2005 to 31 December 2005 in the amount of RMB 93.1 million.

(2)    Includes gross profit from Tianfeng from 1 April 2005 to 31 December 2005 in the amount of RMB7.5 million.

Gross margin for our lightweight building materials segment increased to 14.5% in 2005 from 12.2% in 2004, primarily due to an increase in the percentage of revenue from our three principal products, which have a higher gross margin than our other products in this segment, and the increased gross margins of those three principal products from the decreased average fixed cost as a result of the increase of production volumes.

### Operating profit

Operating profit for our lightweight building materials segment increased by 80.0% to RMB 176.9 million in 2005 (or 1.6% to RMB 99.8 million excluding Taihe and Tianfeng) from RMB 98.2 million in 2004. Operating margin in this segment increased to 7.6% in 2005 from 6.6% in 2004 primarily due to the increase of gross margin of lightweight building materials segment.

ALRMH-CNBM00004267



**CNBM**



## Management Discussion and Analysis

### FINANCIAL REVIEW *(CONTINUED)*

### Glass Fiber and FRP Products Segment

As China Fiberglass is our associate but not our subsidiary, operating results of China Fiberglass are not consolidated with ours and are not included in the results of our glass fiber and FRP products segment. Unless otherwise indicated, reference to our operating results in this segment does not include China Fiberglass.

#### Acquisitions

Zhongfu Liberty, a subsidiary of China Composites acquired an additional 35% interest in Liberty TOLI in January 2005. The acquisition increased Zhongfu Liberty's shareholding in Liberty TOLI to 60%, making Liberty TOLI one of our subsidiaries from January 2005.

China Composites also acquired a 51% equity interest in Zhongfu Xigang, a company in the business of manufacturing and selling fishing boats and yachts, in December 2004. As a result, Zhongfu Xigang's operating results were consolidated with ours from January 2005.

The following table sets out the revenue, cost of sales, gross profit and operating profit of Liberty TOLI and Zhongfu Xigang and their respective contribution to our glass fiber and FRP products segment in 2005:

| | Liberty TOLI | % of segment total | Zhongfu Xigang | % of segment total |
|---|---|---|---|---|
| | | *For the year ended 31 December 2005 (RMB in millions, except for percentages)* | | |
| Revenue | 35.6 | 11.2 | 15.1 | 4.8 |
| Cost of sales | 27.7 | 12.3 | 18.9 | 8.4 |
| Gross profit | 7.9 | 8.6 | (3.8) | (4.1) |
| Operating profit | 1.5 | 2.8 | (6.2) | (12.0) |

In addition to the reasons stated below, the changes in the operating results of our glass fiber and FRP products segment for the year ended 31 December 2005 as compared with the year ended 31 December 2004 also resulted from the consolidation of results from Liberty TOLI and Zhongfu Xigang.

#### Revenue

Revenue for our glass fiber and FRP products segment increased by 21.4% to RMB 317.1 million in 2005 (or 1.9% to RMB266.3 million excluding Liberty TOLI and Zhongfu Xigang), from RMB 261.2 million in 2004 primarily due to an increase of RMB 1.8 million in revenue from our FRP pipes and tanks and an increase of RMB 1.4 million in revenue from our technical services business.

#### Cost of sales

The cost of sales for our glass fiber and FRP products segment increased by 22.1% to RMB 225.4 million in 2005 from RMB184.6 million in 2004 (excluding Liberty TOLI and Zhongfu Xigang, the cost of sales decreased by 3.1% to RMB 178.8 million), primarily due to a decrease of RMB 6.0 million in cost of sales from our FRP pipes and tanks business.

ALRMH-CNBM00004268

China National Building Material Company Limited



## Management Discussion and Analysis

### FINANCIAL REVIEW *(CONTINUED)*

#### Gross profit and gross margin

Gross profit for our glass fiber and FRP products segment increased by 19.5% to RMB91.7 million in 2005 (or 14.2% to RMB 87.5 million excluding Liberty TOLI and Zhongfu Xigang) from RMB 76.6 million in 2004. Gross margin for our glass fiber and FRP products segment decreased to 28.9% in 2005 from 29.3% in 2004. The decreases in gross margin were primarily due to the lower margin of products from Liberty TOLI and Zhongfu Xigang, partially offset by an increase of the gross margin from the increased sales of higher margin products from our FRP pipes and tanks business. Excluding Liberty TOLI and Zhongfu Xigang, the gross margin for our glass fiber and FRP products segment increased to 32.9% in 2005 from 29.3% in 2004.

#### Operating profit

Operating profit for our glass fiber and FRP products segment increased by 116.7% to RMB 51.6 million in 2005 (or 136.5% to RMB 56.3 million excluding Liberty TOLI and Zhongfu Xigang) from RMB 23.8 million in 2004. The operating margin for the segment increased to 16.3% in 2005 from 9.1% in 2004, primarily due to the negative goodwill released to income of RMB 10.9 million, excluding that the operating margin would have been 15.9%. The increase in the operating margin was also due to increased sales of higher margin products from our FRP pipes and tanks business in our product mix.

### Engineering Services Segment

#### Revenue

Revenue for our engineering services segment increased by 85.3% to RMB 863.5 million in 2005 from RMB 465.9 million in 2004, primarily due to a greater number of new and ongoing EPC projects for the glass industry in 2005. We performed services under 30 EPC contracts in 2005 as compared to 24 EPC contracts in 2004.

#### Cost of sales

The cost of sales for our engineering services segment increased by 87.2% to RMB 711.0 million in 2005 from RMB 379.8 million in 2004, primarily due to a greater number of new and ongoing EPC projects for the glass industry.

#### Gross profit and gross margin

Gross profit for our engineering services segment increased by 77.2% to RMB 152.5 million in 2005 from RMB 86.1million in 2004, primarily due to the increase in the number of new and ongoing projects in 2005. Gross margin for our engineering services segment decreased to 17.7% in 2005 from 18.5% in 2004, primarily due to the increased percentage of EPC projects and decreased percentage of engineering design in our project mix. EPC projects typically have a higher per project revenue but a lower gross margin than engineering design projects.

#### Operating profit

Operating profit for our engineering services segment increased by 83.4% to RMB 105.3 million in 2005 from RMB 57.4 million in 2004, and operating margin for the segment decreased slightly to 12.2% in 2005 from 12.3% in 2004 primarily due to the decrease of gross margin for our engineering services segment

ALRMH-CNBM00004269



**CNBM**



## Management Discussion and Analysis

### FINANCIAL REVIEW *(CONTINUED)*

#### Liquidity and financial resources

As at 31 December 2005, we had aggregate unused banking facilities of approximately RMB 778.0 million.

The table below sets out our borrowings as at the dates indicated:

|  | As at 31 December (RMB in thousands) | |
| --- | --- | --- |
|  | 2005 | 2004 |
| Bank loans | 4,154,506 | 2,660,832 |
| Other borrowings from non-financial institutions | 82,100 | 31,500 |
| Total | 4,236,606 | 2,692,332 |

Borrowings are repayable as follows:

|  | 2005 | 2004 |
| --- | --- | --- |
| within one year or on demand | 3,231,996 | 1,450,369 |
| between one and two years | 49,500 | 318,203 |
| between two and three years | 502,050 | 34,500 |
| between three and five years, inclusive | 453,060 | 889,260 |
| over five years | — | — |
| Total | 4,236,606 | 2,692,332 |

As at 31 December 2005, bank loans in the amount of RMB 264.6 million were secured by certain assets of total carrying value of RMB 721.8 million.

As at 31 December 2004 and 31 December 2005, we had a debt-to-asset ratio, calculated by dividing our consolidated borrowings by our total consolidated assets, of 38.7% and 43.6% respectively. The increase in our financial leverage was primarily due to our increasing balance of short-term loans to finance our growing working capital needs and the expansion of our business, including both capital investments and acquisitions. As at 6 March 2006, we had obtained agreements from relevant creditors to renew a number of our outstanding short-term loans, for a year upon maturity, in an aggregate amount of approximately RMB 2,057.3 million. We have begun to take measures to lower our financial leverage and reduce our level of indebtedness through focusing on the cash-generating capabilities of our operations and through taking a prudent approach with respect to capital investments and implementing centralized controls over capital expenditures.

ALRMH-CNBM00004270

China National Building Material Company Limited



## Management Discussion and Analysis

### FINANCIAL REVIEW *(CONTINUED)*

#### Exchange Risks

Most of the Group's transactions during the year were denominated in Renminbi. The Group is not exposed to any significant exchange risks.

#### Contingent Liabilities

At the balance sheet date, the Group had the following undiscounted maximum amount of potential future payments under guarantees:

|  | As at 31 December (RMB in thousands) | |
| --- | --- | --- |
|  | 2005 | 2004 |
| Guarantees given to banks in respect of banking facilities utilised by independent third parties | 144,500 | 55,000 |

The above guarantees have been fully released subsequent to the balance sheet date.

#### Capital Commitments

The following table presents our capital commitments as at the dates indicated:

|  | As at 31 December (RMB in thousands) | |
| --- | --- | --- |
|  | 2005 | 2004 |
| Capital expenditure of the Group in respect of acquisition of property, plant and equipment contracted for but not provided in the financial statements | 526,404 | 649,205 |

#### Capital Expenditures

The following table sets out our capital expenditures in fixed assets investment for the year ended 31 December 2005 by segments:

|  | For the year ended 31 December 2005 | |
| --- | --- | --- |
|  | (RMB in thousands) | % of total |
| Cement | 1,071,180 | 50.8 |
| Lightweight building materials | 954,592 | 45.2 |
| Glass fiber and FRP products | 68,401 | 3.2 |
| Engineering services | 14,166 | 0.7 |
| Others | 1,807 | 0.1 |
| Total | 2,110,146 | 100 |

ALRMH-CNBM00004271





# Management Discussion and Analysis

## FINANCIAL REVIEW *(CONTINUED)*

### Bank balances and cash

Our total bank balances and cash was RMB932.6 million as at 31 December 2005 and RMB826.3 million as at 31 December 2004.

### Cash Flow from Operating Activities

In 2005, our net cash inflow generated from operating activities was RMB 150.6 million. Such inflow was primarily a result of a RMB751.8 million operating cash flow before movements in working capital, a RMB 375.8 million increase in trade payable and other payables, offset primarily by a RMB 449.5 million increase in trade receivable and other receivables and a RMB 214.2 million increase in inventories.

### Cash Flow from Investing Activities

In 2005, our net cash outflow from investing activities was RMB 1,032.2 million, which was primarily as a result of property, plant and equipment purchases in a total amount of RMB987.3 million, primarily in the cement and lightweight building materials segment.

### Cash Flow from Financing Activities

In 2005, we had a net cash inflow from financing activities in an amount of RMB988.9 million, primarily due to a total of RMB 3,751.0 million in new borrowings raised, offset by approximately RMB 2,748.6 million in the repayment of borrowings.

ALRMH-CNBM00004272

China National Building Material Company Limited



# Corporate Governance Report

The Stock Exchange has issued "Code of Corporate Governance Practices" (the "Code") as set out in Appendix 14 of Rules Governing the Listing of Securities on The Stock Exchange of Hong Kong Limited (the "Listing Rules"), which is effective for accounting periods commencing on or after 1 January 2005. Pursuant to the Listing Rules, listed companies are required to include in their annual report a report on their corporate governance practices during the accounting period, including compliance with the Code.

As the Company was listed on 23 March 2006, the directors consider that the Company was not required to comply with the requirements under the Code or the continuing obligations requirements of a listed company pursuant to the Listing Rules for the year ended 31 December 2005. As such, the directors consider that the corporate governance report requirement does not apply to the Company as the Company was not a listed company during the relevant period. Nevertheless, as part of the preparations for listing, the Company has enhanced its corporate governance practices to comply with the Listing Rule requirements. The following is a summary of the principal corporate governance enhancements the Company has undertaken in 2005.

## 1.   PARTICULARS OF CORPORATE GOVERNANCE

According to the Code on Corporate Governance Practices set out in Appendix 14 to the Listing Rules, the relevant laws and regulations promulgated by the PRC governmental authorities and the Articles of Association, the Company has established sound corporate governance structure. General meeting is the highest authority of the Company. The Board reports its work to and directors are elected by the shareholders at general meeting. The Board also set up the Audit Committee and the Remuneration Committee, both of which are chaired by independent non-executive directors. The Supervisory Committee performs supervision duty. President is in charge of the Company's operation and management and reports to the Board. The Company's governance structure brings the check-and-balance mechanism among shareholders, the Board, the Supervisory Committee and senior management into full play to ensure operation compliance. The Company is committed to optimization of management system and framework for sustainable development and controlling operating risks to improve its performance on a shareholder interest-oriented basis.

## 2.   THE BOARD

The Board comprises 10 directors, including 3 executive directors (Song Zhiping, Cao Jianglin and Li Yimin), 3 non-executive directors (Cui Lijun, Huang Anzhong and Zuo Fenggao) and 4 independent non-executive directors (Zhang Renwei, Zhou Daojiong, Chi Haibin, Lau Ko Yuen, Tom). Save as disclosed herein, there is no business relationship or any other connection between our directors, especially between the Chairman and Chief Executive.

The Chairman leads the Board to fix policy and business strategy, and ensures the Board performs efficiently their duties and undertakes responsibilities and discusses all major and appropriate matters in a timely manner. Each executive director is responsible for implementing the strategies and policies formulated by the Board. The independent non-executive directors have earnestly discharged their duties in a diligent and honest manner in accordance with relevant laws and administrative regulations and the Articles of Association. They have played an independent and fair role throughout their participation in the Company's decision-making process to ensure the fairness and impartiality of the Board's decisions. Meanwhile, based on their professional backgrounds, independent non-executive directors expressed advice and suggestions on the Company's major decisions, thus optimizing and monitoring the Board's decisions.

During 2005, the Board held 4 board meetings to consider and determine significant events including corporate strategy and overseas listing. All directors attended the meetings in person or by proxy. The management is responsible for the implementation of strategy and administration related to daily operations.

The notices of meetings were served to directors 10 days prior to the convening of meetings, whereby directors can put forwards proposals for inclusion into the agenda. Directors are required to abstain from voting on matters involving conflict of interests if they have an interest in such matters, and such matters will be reduced by other directors.

## 3.   SUPERVISORY COMMITTEE

The Supervisory Committee comprises 6 members, including 2 independent supervisors of (Zhang Zhaomin and Liu Chijin), 1 supervisor of staff representative of (Cui Shuhong); and 3 shareholder representatives of (Shen Anqin, Zhou Guoping and Bao Wenchun). Each supervisor shall discharge his supervisory duty on the Company's business.

ALRMH-CNBM00004273



**CNBM**



## Corporate Governance Report

### 4.   AUDIT COMMITTEE

The Audit Committee was established on 12 May 2005, and comprises 3 non-executive directors (Chi Haibin (Chairman), Zhou Daojiong and Cui Lijun). Among them, Chi Haibin and Zhou Daojiong are independent non-executive directors with appropriate professional qualification or accounting or related financial management experienceThe principal duties of the Audit Committee include reviewing the Company's financial reporting procedures, internal control and risk management.

During the reporting period, the Audit Committee has operated in accordance with Appendix 14 to the Listing Rules, including reviewing the Group's financial statements and results for the year ended 31 December 2005.

### 5.   REMUNERATION COMMITTEE

The Remuneration Committee was established on 12 May 2005, and comprises independent non-executive directors (Zhang Renwei (Chairman), Zhou Daojiong and Song Zhiping (Chairman of the Board)). The Remuneration Committee is responsible for determining and reviewing specific remuneration and performance of the directors and senior management, mainly based on the remuneration and performance management policy and structure for directors and senior management as formulated by the Board of Directors.

### 6.   INTERNAL CONTROL

In order to comply with relevant regulatory requirements of the Company's listing place, strengthen its internal control management and ensure healthy and effective internal control, the Company has formulated and perfected a series of internal management systems covering financial management, investment management, audit management, etc. The Board of Directors considered and approved the Compiled Management Systems of China National Building Material Company Limited and the Guidance on Internal Compliance of the Company and its subsidiaries on 28 February 2006.

As required by the Stock Exchange, the Company engaged Anglo Chinese Corporate Finance, Limited as its compliance adviser to advise the Company to comply with the relevant code provisions of the Stock Exchange.

ALRMH-CNBM00004274

China National Building Material Company Limited



## Report of the Board of Directors

The Board of Directors (the "Board") of the Company hereby present its report together with the audited financial statements of the Group for the year ended 31 December 2005 to its shareholders.

### PRINCIPAL BUSINESS

The Group is a holding company and its subsidiaries are mainly engaged in the cement, lightweight building materials, glass fiber, glass steel products and engineering servicess businesses. Particulars of the Group's businesses are set out in Note 7, Note 19 and Note 20 to the Group's consolidated financial statements respectively.

### RESULTS

The results of the Group for the year are set out in the consolidated income statement in this annual report.

### DIVIDENDS

The Board recommends to distribute a final dividend of RMB0.0388 per share (inclusive of tax) for the period from 28 March 2005 to 31 December 2005, representing a total amount of RMB80,381,960.00.

The proposed final dividend is subject to approval at the annual general meeting to be held on 20 June 2006. Shareholders whose names appear on the registers of members on Tuesday, 20 June 2006 will be eligible for the final dividend. The registers of members of the Company will be closed from Saturday, 20 May 2006 to Tuesday, 20 June 2006 (both inclusive), during such period no share transfer will be registered. In order to qualify for the final dividend mentioned above, holders of H shares whose transfers have not been registered shall deposit the instrument(s) of transfer and the relevant share certificate(s) at Tricor Investor Services Limited, the Company's H Share Registrar, not later than 4:30 p.m. on Friday, 19 May 2006 to facilitate the share transfer registration.

### PROPERTY, PLANT AND EQUIPMENT

During the year, the Group owns property, plant and equipment of approximately RMB4,792,093,000. Details of the movements in property, plant and equipment of the Group during the year are set out in Note 15 to the consolidated financial statements.

### SUBSIDIARIES AND ASSOCIATES

Details of each of the principal subsidiaries and associates of the Company are set out in Notes 19 and 20 to the consolidated financial statements, respectively.



**CNBM**



# Report of the Board of Directors

## CAPITALISED INTERESTS

Details of capitalised interests of the Company during the year are set out in Note 9 to the consolidated financial statements.

### Share Capital Structure

| | Number of Shares | As at 31 December 2005 Approximate percentage of issued share capital | Number of Shares | As at 21 April 2006 Approximate percentage of issued share capital |
|---|---|---|---|---|
| **Domestic Shares** | 1,387,760,000 | 100% | 1,319,366,000 | 63.69% |
| **H Shares** | – | – | 752,334,000 | 36.31% |
| | 1,387,760,000 | 100% | 2,071,700,000 | 100% |

### Shareholding structure (as at 31 December 2005)

| Name of shareholders | Class of shares | Number of shares held | Percentage of total share capital (%) |
|---|---|---|---|
| Parent | Domestic | 368,280,000 | 26.54 |
| BNBMG | Domestic | 820,280,000 | 59.11 |
| CNBM Trading | Domestic | 125,750,000 | 9.06 |
| Cinda | Domestic | 72,800,000 | 5.25 |
| Building Materials Academy | Domestic | 650,000 | 0.05 |
| Total share capital | | 1,387,760,000 | 100% |

*Note:*

*All the above percentages are calculated by round to hundredth.*

ALRMH-CNBM00004276

China National Building Material Company Limited



# Report of the Board of Directors

## DISCLOSURE OF INTERESTS

**(1)   Substantial Shareholders and persons who have an interest or short position discloseable under divisions 2 and 3 of Part XV of the Securities and Futures Ordinance ("SFO")**

As at 31 December 2005, there were no interests or short positions in any shares or underlying shares of the Company which were required to be disclosed to the Company under provisions of Divisions 2 and 3 of Part XV of the SFO as the Company was not listed on the Stock Exchange on that date.

As at 21 April 2006, the date of the meeting of the Board for approving the Company's results for the financial year ended 31 December 2005 as recorded in the register required to be kept by the Company under Section 336 of the SFO, the persons (other than the directors and supervisors of the Company) who have interests or short positions in the shares or underlying shares of the Company which were required to be disclosed to the Company under provisions of Divisions 2 and 3 of Part XV of the SFO are as follows:

| Name | Class of shares | Number of shares held | Percentage in the relevant class of share capital[2,5] (%) | Percentage in total share capital[2,5] (%) |
|---|---|---|---|---|
| Parent[1] | Domestic | 1,250,149,846[3] | 94.75 | 60.34 |
| BNBMG[1] | Domestic | 779,862,307[3] | 59.11 | 37.64 |
| CNBM Trading[1] | Domestic | 119,543,504[3] | 9.06 | 5.77 |
| Cinda | Domestic | 69,216,154[3] | 5.25 | 3.34 |
| JP Morgan Chase & Co. | H Share | 99,202,000[3] | 13.19 | 4.79 |
|  |  | 17,700,000[4] | 2.35 | 0.85 |

*Notes:*

1   *Of these 1,250,149,846 shares, 350,128,232 shares are directly held by Parent, the remaining 900,021,614 shares are deemed corporate interest indirectly held through BNBMG, CNBM Trading and Building Materials Academy. BNBMG, CNBM Trading and Building Materials Academy are wholly owned subsidiaries of Parent. Under the SFO, Parent is deemed to own the shares directly held by BNBMG (779,862,307 shares), CNBM Trading (119,543,504 shares) and Building Materials Academy (615,803 shares).*

2   *As at 21 April 2006, the Company's total issued share capital comprises 2,071,700,000 shares, including 1,319,366,000 domestic shares and 752,334,000 H shares.*

3   *Long position.*

4   *Lending pool.*

5   *All the above percentages are calculated by round to hundredth.*

## (2)   Interests and Short Positions of Directors and Supervisors

As at 31 December 2005, as far as the Company is aware, none of the directors and supervisors of the Company had any interests or share positions in the shares, underlying shares or debentures of the Company or any of its associated corporations (as defined in the SFO) which were required to be recorded in the register required to be kept under Section 352 of the SFO, or otherwise required to be notified by the directors or supervisors to the Company and the Stock Exchange pursuant to the Model Code for Securities Transactions by Directors of Listed Issuers set out in Appendix 10 to the Listing Rules nor have they been granted the right to acquire any interests in shares or debentures of the Company or any of its associated corporations.

CNBM000004283



**CNBM**

# Report of the Board of Directors



## DISCLOSURE OF INTERESTS *(CONTINUED)*

### (2)   Interests and Short Positions of Directors and Supervisors *(Continued)*

As at 21 April 2006, the date of the meeting of the Board for approving the Company's results for the financial year ended 31 December 2005, as far as the Company is aware, none of the directors or supervisors of the Company had any interests or short positions in the shares, underlying shares or debentures of the Company or any of its associated corporations (as defined in the SFO) which were required to be recorded in the register required to be kept under Section 352 of the SFO, or otherwise required to be notified by the directors or supervisors to the Company and the Stock Exchange pursuant to the Model Code for Securities Transactions by Directors of Listed Issuers set out in Appendix 10 to the Listing Rules nor have they been granted the right to acquire any interests in shares or debentures of the Company or any of its associated corporations.

## CONTROLLING SHAREHOLDER OF THE COMPANY

### 1)   China National Building Material Group Corporation

| | | |
|---|---|---|
| Legal Chinese name | : | 中國建築材料集團公司 |
| Legal representative | : | Song Zhiping |
| Establishment date | : | 3 January 1984 |
| Registered capital | : | RMB3,723,038,000 |
| Principal Operating business | : | Principal operation of building materials (including steel products and timber, but only limited to procurement and supply for the direct enterprises and government units under the system) and auxiliary raw materials, research and development, wholesale and retail of production technology equipment, and supply of sedans under the plan of the system; contracting of design and construction of new-model building material houses, factories and ornament and decoration engineering. Concurrent operation of real estate business focusing on new-model building material and principal and concurrent operation of the related technological consultancy and information services. |

### 2)   BNBMG

| | | |
|---|---|---|
| Legal Chinese name | : | 北新建材(集團)有限公司 |
| Legal representative | : | Song Zhiping |
| Establishment date | : | 4 August 1984 |
| Registered capital | : | RMB451,910,000 |
| Principal operating business | : | self operation and act as agent for import and export business of various kinds of goods and technologies, except for the goods and technologies restricted by the PRC in operation or prohibited in import and export; real estate development, sales of commodity houses; technological development, manufacture, sale and technology service of new building materials, decoration materials and ancillary products, machinery and equipment and metal house; sale of metal materials, timber, coal, construction machinery, motor parts, hardware, electrical and chemical product; motor vehicle transportation; warehousing service; operation of materials processing and processing (including processing customer-supplied materials or given samples, assembling supplied components) and compensation trades business. |

ALRMH-CNBM00004278

China National Building Material Company Limited



## Report of the Board of Directors

### CONTROLLING SHAREHOLDER OF THE COMPANY *(CONTINUED)*

**3)  CNBM Trading**

| | | |
|---|---|---|
| Legal Chinese name | : | 中建材集團進出口公司 |
| Legal representative | : | Huang Anzhong |
| Establishment date | : | 8 February 1994 |
| Registered capital | : | Rmb100,000,000 |
| Principal operating business | : | self operation and act as agent for import and export business of various kinds of goods and technologies, except for the goods and technologies restricted by the PRC in operation or prohibited in import and export (the list of import and export goods shall not be enclosed); operation of materials processing and "processing (processing with materials or given samples, assembling supplied components) and compensation trades business"; operation of entrepot trade and export trade; sales of building materials, non-ferrous metals, automobile fittings, hardware and minerals, electric chemicals, machinery equipment, facilities and parts, instruments and apparatuses, timber and paper, characteristic products, daily general merchandises, light industry textile products; indoor and outdoor decoration and design, technological development, technological consultancy and personnel training; organization of exhibition and exhibition for sale; information consultancy (excluding agencies). |

**4)  Building Materials Academy**

| | | |
|---|---|---|
| Legal Chinese name | : | 中國建築材料科學研究院 |
| Legal representative | : | Yao Yan |
| Establishment date | : | 24 May 1954 |
| Registered capital | : | RMB106,432,332.68 |
| Principal operating business | : | research, development, sales, technologies transfer and servicing of cement, concrete admixtures, glass and glass fiber, ceramics, refractory materials, new-model building materials, decoration materials, inorganic non-metal materials, automobile instruments, and building material equipment; design, supervision and contracting of environment engineering; analysis and test as well as measurement and authentication of the said products; monitoring on quality and examination on arbitration; the exhibition of the said products; operation of self-produced products and technologies export business of the enterprise and its members; import business of parts and technologies (except for the goods restricted by the PRC in operation or prohibited in import and export); operation of materials processing and "processing (processing with materials or given samples, assembling supplied components) and compensation trades business. |

During the reporting period, there was no change to controlling shareholder of the Company.

CNBM2005000042



**CNBM**



## Report of the Board of Directors

### SHARE APPRECIATION RIGHTS PLAN

The Company set a long-term incentive plan in respect of share appreciation rights for the senior management, senior professionals and experts (those who make significant contribution to the Company), so as to provide additional rewards to the its senior management and improve the connection between the performance of its senior management and return to its shareholders.

### MAJOR CUSTOMERS AND SUPPLIERS

During the year, the five largest customers of the Group accounted for less than 30% of the Group's total sales amount.

During the year, the five largest suppliers of the Group accounted for less than 30% of the Group's total purchase amount.

### PURCHASE, SALE OR REDEMPTION OF THE COMPANY'S SHARES

During the year ended 31 December 2005, the Company did not issue any securities, and neither the Company nor any of its subsidiaries purchased, sold or redeemed any securities of the Company ("securities" shall have the meaning as defined in the Listing Rules). Prior to the listing of its shares on the Stock Exchange on 23 March 2006, the Company had no listed securities.

As of the date of this report, neither the Company nor any of its subsidiaries has purchased, sold or redeemed any listed securities of the Company.

### MINIMUM PUBLIC FLOAT

Based on the information that is publicly available to the Company and so far as the Directors are aware, as at the date of the report, the Company has maintained a public float that was in excess of 25% and has complied with the requirements of the Listing Rules.

### RESERVES

Movements in the reserves of the Group during the year are set out in the "Consolidated Statement of Changes in Equity" of this report.

ALRMH-CNBM00004280

China National Building Material Company Limited



# Report of the Board of Directors

## DISTRIBUTABLE RESERVES

The distributable reserves of the Company as at 31 December 2005 and the date of this report were RMB19.3 million and RMB114.2 million, respectively.

## EMPLOYEE AND REMUNERATION POLICY

As at 31 December 2005, the Group had approximately 8,775 employees.

The remuneration and welfare of the Company's employees include remuneration, bonus and allowance. In accordance with the relevant national and local labour and social welfare laws and regulations, members of the Company shall pay various social welfare fees including retirement insurance, medical insurance, unemployment insurance and housing accumulation fund for their employees per month.

The Company endeavours to provide training to its employees. On-job training and continual training plans include management skills and technical training, overseas communication plan and other courses. The Company also encourages employees to learn by themselves through offering scholarship.

Currently, the Company has not set share purchase plan for the senior management or its employees.

## DIRECTORS AND SUPERVISORS (AS OF THE DATE OF THIS REPORT)

### Executive Directors:

Song Zhiping          (appointed on 10 March 2005)
Cao Jianglin          (appointed on 10 March 2005)
Li Yimin              (appointed on 27 January 2006)

### Non-executive Directors:

Cui Lijun             (appointed on 10 March 2005)
Huang Anzhong         (appointed on 10 March 2005)
Zuo Fenggao           (appointed on 10 March 2005)

### Independent Non-executive Directors:

Zhang Renwei          (appointed on 10 March 2005)
Zhou Daojiong         (appointed on 12 May 2005)
Chi Haibin            (appointed on 12 May 2005)
Lau Ko Yuen, Tom      (appointed on 27 January 2006)

### Supervisors:

Shen Anqini           (appointed on 10 March 2005)
Zhou Guoping          (appointed on 10 March 2005)
Bao Wenchun           (appointed on 12 May 2005)
Cui Shuhong           (appointed on 10 May 2005)
Zhang Zhaomin         (appointed on 12 May 2005)
Liu Chijin            (appointed on May 12, 2005)

GERM20115M000042887



**CNBM**



# Report of the Board of Directors

## DIRECTORS' AND SUPERVISORS' SERVICE CONTRACTS

As of the date of this report, each of the directors and supervisors has entered into a service contract with the Company for a term no more than three years. No directors are proposed for re-election at the forthcoming annual general meeting and there is accordingly no unexpired period of any service contract which is not determinable by the Company within one year without payment of compensation (other than statutory compensation) in respect of any director proposed to be re-elected.

## DIRECTORS' AND SUPERVISORS' INTERESTS IN CONTRACTS

As at the date of the report, during the year and at any time during the period from the end of the year to the date of the report, except for the relevant service contracts, none of the directors and supervisors had a material interest, directly or indirectly, in any contracts of significance to which the Company, any of its holding companies, subsidiaries or fellow subsidiaries was a party subsisted at the end of the year or at any time during the year.

## DIRECTORS' AND SUPERVISORS' REMUNERATION AND THE FIVE HIGHEST PAID INDIVIDUALS

Details of the directors' and supervisors' remuneration and the five highest paid individuals of the Company during the year are set out in Note 10 of the consolidated financial statements.

## BOARD OF DIRECTORS AND SPECIAL COMMITTEES UNDER BOARD OF DIRECTORS

As at the reporting period, the Board of the Company comprises 10 directors, whose biographies are set out in the section headed "Biographical Details of Directors, Supervisors and Senior Management" of this report.
The Board of the Company established two special committees, namely, the Audit Committee and Remuneration Committee, details of which are set out in the section headed Corporate Governance Report" herein.

## CHANGES OF DIRECTORS, SUPERVISORS AND SENIOR MANAGEMENT

As at the date of the report, the movement of the directors, supervisors and senior management of the Company was set out below.

In May 2005, the Company elected Mr. Zhou Daojiong and Mr. Chi Haibin as Independent Non-Executive Directors of the Company, elected Mr. Bao Wenchun as Supervisor of the Company and elected Mr. Zhang Zhaomin and Mr. Liu Chijin as Independent Supervisors of the Company. In May 2005, Ms. Cui Shuhong was re-elected as Staff Supervisor of the Company. In June 2005, Ms. Lo Yee Har, Susan was elected as the joint company secretary of the Company.

In January 2006, the Company elected Mr. Li Yimin as Executive Director of the Company and Mr. Lau Ko Yuen, Tom as Independent Non-executive Director of the Company. In February 2006, Mr. Guo Chaomin resigned from his position as Director of the Company.

## MANAGEMENT CONTRACTS

Except for the service contracts of the management of the Company, no contracts were entered into between the Company and any individuals, companies or legal corporations, for the management of all or any material part of the Company's business.

ALRMH-CNBM00004282



**Report of the Board of Directors**

## CONNECTED TRANSACTIONS

Particulars of related party transactions are set out in Note 39 to the consolidated financial statements.

During 2005, the Company was not listed and did not have any transactions which were subject to the reporting requirements under Chapter 14A of the Listing Rules.

During the year, the Company entered into ongoing connected transactions in respect of which the Stock Exchange granted to the Company a waiver from strict compliance with the announcement and independent shareholders' approval requirements under Chapter 14A of the Listing Rules on 8 March 2006:

### Transactions with Parent Group

Parent has a direct equity interest of 26.54% and an indirect equity interest of 68.22% in the Company immediately prior to the Global Offering. It is a controlling shareholder and a promoter of the Company. Each of Parent and its subsidiaries therefore constitutes a connected person of the Company under the Listing Rules.

### 1.   Master Mineral Supply Agreement

On 28 February 2006, the Company entered into a Master Mineral Supply Agreement with Parent, for a term of three years commencing from 1 January 2005, whereby Parent agreed to supply, or procure its subsidiaries to supply, to the Company limestone and clay for the production of clinker and other cement products. Parent shall supply to the Company limestone and clay from its quarries at the market price, namely, the price at which the same type of mineral is provided to independent third parties under normal commercial terms in the ordinary course of business in the same area, in the vicinity or in the PRC.

For the year ended 31 December 2005, the Group's expenditure for limestone and clay supplied by Parent Group was approximately RMB47.6 million.

### 2.   Master Mutual Provision of Production Supplies and Support Services Agreement

On 28 February 2006, the Company entered into a Master Mutual Provision of Production Supplies and Support Services Agreement with Parent for a term of three years commencing from 1 January 2005, pursuant to which:

(a)     Parent agreed to provide, or procure its subsidiaries to provide, the following production supplies and support services to the Company:

- Production supplies: oriented strand board, cement ancillary grind mill, plastic pipes and other similar raw materials for the Group's production; spare parts and other materials for the projects undertaken by the Group's engineering segment; other similar supplies; and

- Support services: transportation and loading services; equipment repair, design and installation services; equipment and vehicles leasing; water, electricity and steam; property management services; other similar services;

(b)     the Company agreed to provide, or procure its subsidiaries to provide the following production supplies and support services to Parent:

- Production Supplies: clinker, cement, lightweight building materials and other building materials; prefabricated houses; other similar supplies; and

- Support services: transportation and loading services; mining equipment leasing; water, electricity and steam; other similar services.



**CNBM**



# Report of the Board of Directors

## CONNECTED TRANSACTIONS *(CONTINUED)*

### Transactions with Parent and its subsidiaries ("Parent Group") *(Continued)*

2. **Master Mutual Provision of Production Supplies and Support Services Agreement *(Continued)***

The production supplies and support services pursuant to the Master Mutual Provision of Production Supplies and Support Services Agreement shall be provided at:

(a) the government-prescribed price;

(b) if there is no government-prescribed price but there is a government-guided price, the government-guided price applies;

(c) if there is neither a government-prescribed price nor a government-guided price, then the market price applies. For the purpose of the Master Mutual Provision of Production Supplies and Support Services Agreement, the term "market price" is defined as the price at which the same type of production supplies or support services is provided by Independent Third Parties under normal commercial terms in the ordinary course of business in the same area, in the vicinity or in the PRC; and

(d) if none of the above is applicable, the price is to be agreed between the relevant parties for the provision of the relevant production supplies or support services, which shall be the reasonable costs incurred in providing the same plus a profit margin of not more than 5% of such costs. For the purpose of the Master Mutual Provision of Production Supplies and Support Services Agreement, the term "reasonable costs" is defined as the costs confirmed by both parties after arm's length negotiations and permitted by the accounting systems of the PRC.

The prices for electricity, water and steam are currently prescribed by the government.

For the year ended 31 December 2005, the Group's expenditure for the production supplies and support services provided by Parent Group was approximately RMB47.4 million.

For the year ended 31 December 2005, the Group's revenue from the production supplies and support services provided to Parent Group was approximately RMB125 million.

3. **Master Supply of Equipment Agreement**

On 28 February 2006, the Company entered into a Master Supply of Equipment Agreement with Parent for a term of three years commencing from 1 January 2005, whereby Parent agreed to supply, or procure its subsidiaries to supply, equipment to the Company for the construction of our production lines. The equipment provided pursuant to the Master Supply of Equipment Agreement shall be at the market price, namely, the price at which the same type of equipment is provided by independent third parties under normal commercial terms in the ordinary course of business in the same area, in the vicinity or in the PRC.

For the year ended 31 December 2005, the Group's expenditure for equipment supplied by Parent Group was approximately RMB32.6 million.

ALRMH-CNBM00004284

China National Building Material Company Limited



## Report of the Board of Directors

### CONNECTED TRANSACTIONS *(CONTINUED)*

### Transactions with Parent and its subsidiaries ("Parent Group") *(Continued)*

#### 4. Master Mutual Provision of Engineering Services Agreement

On 28 February 2006, the Company entered into a Master Mutual Provision of Engineering Services Agreement with Parent for a term of three years commencing from 1 January 2005, pursuant to which:

(a)    Parent agreed to provide, or procure its subsidiaries to provide, the Company with engineering design, construction and supervisory services; and

(b)    the Company agreed to provide, or procure its subsidiaries to provide, Parent Group with engineering services.

The prices of all contracts for engineering services to be provided pursuant to the Master Mutual Provision of Engineering Services Agreement shall be in accordance with the state-guided price. If there is no state-guided price, then according to market price. Where contracts are to be tendered, the price for the provision of engineering services shall be set according to the procedures adopted by the tender supervisory and administrative bureau in the locality of the construction project, which should be maintained at a level reasonably close to the lowest market price. For the purpose of the Master Mutual Provision of Engineering Services Agreement, the term "state-guided price" shall mean the price which the contracting parties may agree, which is within the price range set in accordance with the applicable laws and regulations of the PRC; and the term "market price" shall mean either the price at which the same type of engineering design, construction and supervisory services are provided by independent third parties in the same area, in the vicinity or in the PRC in the ordinary course of their businesses on normal commercial terms or the price at which the same type of engineering design, construction and supervisory services are provided to independent third parties in the PRC on normal commercial terms.

For the year ended 31 December 2005, the Group's expenditure for engineering services provided by Parent Group was approximately RMB8.8 million.

For the year ended 31 December, the Group's revenue for engineering services provided to Parent Group was approximately RMB0.6 million.

### Transactions with BNBM Homes

BNBM Homes is an indirect non-wholly-owned subsidiary of the Company. BNBMG, a controlling shareholder and promoter of the Company, has an 11% equity interest in BNBM Homes. BNBM Homes therefore constitutes a connected person of the Company under the Listing Rules.

#### 5. Master Provision of Production Supplies and Support Services Agreement

On 28 February 2006, BNBM entered into a Master Provision of Production Supplies and Support Services Agreement with BNBM Homes for a term of three years commencing from 1 January 2005, pursuant to which BNBM agreed to provide to BNBM Homes the following:

•    Production supplies: gypsum board, rock wool, lightweight metal frame and other raw materials for the construction of prefabricated houses; and

•    Support services: transportation and loading services, water, electricity and steam.

CNBM00004261



**CNBM**



# Report of the Board of Directors

## CONNECTED TRANSACTIONS *(CONTINUED)*

### Transactions with BNBM Homes *(Continued)*

**5.   Master Provision of Production Supplies and Support Services Agreement *(Continued)***

The production supplies and support services pursuant to the Master Mutual Provision of Production Supplies and Support Services Agreement shall be provided at:

(a)   the government-prescribed price;

(b)   if there is no government-prescribed price but there is a government-guided price, the government-guided price applies;

(c)   if there is neither a government-prescribed price nor a government-guided price, then the market price applies. For the purpose of the Master Provision of Production Supplies and Support Services Agreement, the term "market price" is defined as the price at which the same type of production supplies or support services is provided by independent third parties under normal commercial terms in the ordinary course of business in the same area, in the vicinity or in the PRC; and

(d)   if none of the above is applicable, the price is to be agreed between the relevant parties for the provision of the relevant production supplies or support services, which shall be the reasonable costs incurred in providing the same plus a profit margin of not more than 5% of such costs. For the purpose of the Master Provision of Production Supplies and Support Services Agreement, the term "reasonable costs"is defined as the costs confirmed by both parties after arm's length negotiations and permitted by the accounting systems of the PRC.

For the year ended 31 December 2005, BNBM's revenue from the production supplies and support services provided to BNBM Homes was approximately RMB5.5 million.

**6.   Master Engineering Services Agreement**

On 28 February 2006, the Company's subsidiary Chenlong Decoration entered into a Master Engineering Services Agreement with BNBM Homes for a term of three years commencing from 1 January 2005, whereby Chenlong Decoration agreed to provide engineering design, construction and supervisory services to BNBM Homes.

The prices of all contracts for engineering design, construction and supervisory services to be provided pursuant to the Master Engineering Services Agreement shall be in accordance with the state-guided price. If there is no state-guided price, then it shall be in accordance with the market price.

For the purpose of the Master Engineering Services Agreement, the term "state-guided price" shall mean the price which the contracting parties may agree, which is within the price range set in accordance with the applicable laws and regulations of the PRC; and the term "market price"shall mean either the price at which the same type of engineering design, construction and supervisory services are provided by independent third parties in the same area, in the vicinity or in the PRC in the ordinary course of their businesses upon normal commercial terms or the price at which the same type of engineering design, construction and supervisory services are provided to independent third parties in the PRC upon normal commercial terms.

Where contracts are to be tendered, the price for the provision of engineering design, construction and supervisory services shall be set according to the procedures adopted by the tender supervisory and administrative bureau in the locality of the construction project. The tender price should be maintained at a level reasonably close to the lowest market price.

For the year ended 31 December 2005, Chenlong Decoration's revenue from the engineering services provided to BNBM Homes was approximately RMB1.2 million.

ALRMH-CNBM00004286

China National Building Material Company Limited



## Report of the Board of Directors

### CONNECTED TRANSACTIONS *(CONTINUED)*

#### Transactions with Beijing Chemical

Beijing Chemical has a 45% equity interest in BNBM Plastic, an indirect non-wholly-owned subsidiary of the Company. It is a substantial shareholder of a subsidiary of the Company and therefore constitutes a connected person of the Company under the Listing Rules.

#### 7.    Supply of Raw Material Agreement

On 28 February 2006, BNBM Plastic and Beijing Chemical entered into a Supply of Raw Material Agreement for a term of three years commencing from 1 January 2005, pursuant to which Beijing Chemical agreed to provide PVC to BNBM Plastic for the production of plastic products.

The raw materials pursuant to the Supply of Raw Material Agreement shall be provided at market price. The term "market price" means the price at which the same type of raw material is provided by independent third parties under normal commercial terms in the ordinary course of business in the same area, in the vicinity or in the PRC.

For the year ended 31 December 2005, BNBM Plastic's expenditure for the raw materials supplied by Beijing Chemical was approximately RMB47.8 million.

#### Transactions with Liberty Group

Liberty Group has a 20% equity interest in Zhongfu Liberty, an indirect non-wholly-owned subsidiary of the Company. It is a substantial shareholder of a subsidiary of the Company and therefore constitutes a connected person of the Company under the Listing Rules.

#### 8.    Supply of Technical Consultation Services Agreements

On 2 March 2006, each of China Composites and Zhongfu Liberty entered into a Supply of Technical Consultation Services Agreement for the provision of technical consultation services to Liberty Group for a term of three years commencing from 1 January 2005.

The technical consultation services pursuant to the Supply of Technical Consultation Services Agreements shall be provided at market price. The term "market price" means the price at which the same type of service is provided by independent third parties under normal commercial terms in the ordinary course of business in the same area, in the vicinity or in the PRC.

For the year ended 31 December 2005, the Group's revenue from the technical consultation services provided to Liberty Group was approximately RMB5.4 million.

GIBRM2-005M000042643



**CNBM**



# Report of the Board of Directors

## CONNECTED TRANSACTIONS *(CONTINUED)*

### Transactions with Tianma Group

Tianma Group has a 35% equity interest in Zhongxin Tianma, an indirect non-wholly-owned subsidiary of the Company. It is a substantial shareholder of a subsidiary of the Company and therefore constitutes a connected person of the Company under the Listing Rules.

### 9.   Supply of Raw Material Agreement

On 2 March 2006, Zhongxin Tianma and Tianma Group entered into a Supply of Raw Material Agreement for a term of three years commencing from 1 January 2005, pursuant to which Tianma Group agreed to provide raw materials to Zhongxin Tianma for the production of glass fiber products.

The raw materials pursuant to the Supply of Raw Material Agreement shall be provided at market price, namely, the price at which the same type of raw material is provided by independent third parties under normal commercial terms in the ordinary course of business in the same area, in the vicinity or in the PRC.

For the year ended 31 December 2005, Zhongxin Tianma's expenditure for raw materials supplied by Tianma Group was approximately RMB10.6 million.

### 10.   Service Agreement

On 2 March 2006, Zhongxin Tianma and Tianma Group entered into a Service Agreement for a term of three years commencing from 1 January 2005, pursuant to which Tianma Group agreed to provide electricity and water to Zhongxin Tianma.

The utilities pursuant to the Service Agreement shall be provided at:

(a)     the government-prescribed price;

(b)     if there is no government-prescribed price but there is a government-guided price, the government-guided price applies;

(c)     if there is neither a government-prescribed price nor a government-guided price, then the market price applies. For the purpose of the Service Agreement, the term "market price" is defined as the price at which the same type of utilities is provided by independent third parties under normal commercial terms in the ordinary course of business in the same area, in the vicinity or in the PRC; and

(d)     if none of the above is applicable, the price is to be agreed between the relevant parties for the provision of the relevant utilities, which shall be the reasonable costs incurred in providing the same plus a profit margin of not more than 5% of such costs For the purpose of the Service Agreement, the term "reasonable costs" is defined as the costs confirmed by both parties after arm's length negotiations and permitted by the accounting systems of the PRC.

The prices for electricity and water are currently prescribed by the government.

For the year ended 31 December 2005, Zhongxin Tianma's expenditure for utilities provided by Tianma Group was approximately RMB2.8 million.

ALRMH-CNBM00004288

China National Building Material Company Limited



# Report of the Board of Directors

## CONNECTED TRANSACTIONS *(CONTINUED)*

### Transactions with Jushi Group

Jushi Group is a 59.90% owned subsidiary of China Fiberglass, which has a 20% equity interest in BND Co., Limited, an indirect non-wholly owned subsidiary of the Company. Jushi Group is an associate of a substantial shareholder of a subsidiary of the Company and therefore constitutes a connected person of the Company under the Listing Rules.

### 11. Supply of Raw Material Agreement

On 2 March 2006, the Company entered into a Supply of Raw Material Agreement with Jushi Group for a term of three years commencing from 1 January 2005, pursuant to which Jushi Group agreed to provide the Company with raw materials for the production of glass fiber products.

The raw materials pursuant to the Supply of Raw Material Agreement shall be provided at market price. The term "market price" means the price at which the same type of raw material is provided by independent third parties under normal commercial terms in the ordinary course of business in the same area, in the vicinity or in the PRC.

For the year ended 31 December 2005, the Group's expenditure for raw materials supplied by Jushi Group was approximately RMB15.9 million.

### Transactions with Aobao Chemical

Aobao Chemical has a 25% equity interest in Weifang Aotai, an indirect non-wholly-owned subsidiary of the Company. It is a substantial shareholder of a subsidiary of the Company and therefore constitutes a connected person of the Company under the Listing Rules.

### 12. Supply of Raw Material Agreement

On 2 March 2006, Weifang Aotai and Aobao Chemical entered into a Supply of Raw Material Agreement for a term of three years commencing from 1 January 2005, pursuant to which Aobai Chemical agreed to supply Weifang Aotai with raw materials for the production of gypsum.

The raw materials pursuant to the Supply of Raw Material Agreement shall be provided at market price. The term "market price" means the price at which the same type of raw material is provided by independent third parties under normal commercial terms in the ordinary course of business in the same area, in the vicinity or in the PRC.

For the year ended 31 December 2005, Weifang Aotai's expenditure for raw materials supplied by Aobao Chemical was approximately RMB1.2 million.

CNBM00004285



**CNBM**



# Report of the Board of Directors

## CONNECTED TRANSACTIONS *(CONTINUED)*

### Transactions with Hengzhijiu Trade

Hengzhijiu Trade has a 29% equity interest in Hengjiu Concrete, an indirect non-wholly-owned subsidiary of the Company. It is a substantial shareholder of a subsidiary of the Company and therefore constitutes a connected person of the Company under the Listing Rules.

### 13.   Supply of Raw Material Agreement

On 2 March 2006, Luhong and Hengzhijiu Trade entered into a Supply of Raw Material Agreement for a term of three years commencing from 1 January 2005, pursuant to which Hengzhijiu Trade agreed to provide coal to Luhong for the production of cement.

The coal pursuant to the Supply of Raw Material Agreement shall be provided at market price. The term "market price" means the price at which the same type of coal is provided independent third parties under normal commercial terms in the ordinary course of business in the same area, in the vicinity or in the PRC.

For the year ended 31 December 2005, Luhong's expenditure for coal supplied by Hengzhijiu Trade was approximately RMB36.8 million.

### 14.   Supply of Product Agreement

On 2 March 2006, Luhong and Hengzhijiu Trade entered into a Supply of Product Agreement for a term of three years commencing from 1 January 2005, pursuant to which Luhong agreed to provide cement to Hengzhijiu Trade for use in connection with its business.

The cement pursuant to the Supply of Product Agreement shall be provided at market price. The term "market price" means the price at which the same type of cement is provided by independent third parties under normal commercial terms in the ordinary course of business in the same area, in the vicinity or in the PRC.

For the year ended 31 December 2005, Luhong's revenue from cement supplied to Hengzhijiu Trade was approximately RMB37.0 million.

Details of the connected transaction were set out in the prospectus of the Company dated 13 March 2006 (the "Prospectus").

The independent non-executive directors of the Company had reviewed these connected transactions and have considered the procedures performed by the auditors of the Company in reviewing them and confirmed that:

(a)      in the ordinary and usual course of business of the Company;

(b)      either on normal commercial terms or, if there are not sufficient comparable transactions to judge whether they are on normal commercial terms, on terms no less favourable to the Company than terms available to or from (as appropriate) independent third parties; and

(c)      in accordance with the relevant agreement governing them on terms that are fair and reasonable and in the interests of the shareholders of the Company as a whole.

ALRMH-CNBM00004290



# Report of the Board of Directors

## COMPETITION IN THE SAME BUSINESS

As at the date of this annual report, Parent confirmed that it has complied and will comply with the Non-Competition Agreement dated 28 February 2006 entered into with the Company. Pursuant to this agreement, Parent has agreed not to, and to procure its subsidiaries (excluding the Group) not to compete with the Group in its core businesses.

## DESIGNATED DEPOSITS AND OVERDUE TIME DEPOSITS

As of 31 December 2005, the Group had not placed any designated deposits with any financial institution in the PRC, nor had it failed to collect any time deposits upon maturity during the year.

## PRE-EMPTIVE RIGHTS

Under the Articles of Association of the Company and the laws of the PRC, there are no provisions about pre-emptive rights that require the Company to offer new shares to its existing shareholders in proportion to their shareholdings.

## AUDITORS

The Company has appointed Deloitte Touche Tohmatsu and ShineWing Certified Public Account as international and PRC auditors of the Company for the year ended 31 December 2005, respectively. Deloitte Touche Tohmatsu has audited the financial statements prepared under the IFRS. Since it commenced preparations for the listing, the Company has been employing Deloitte Touche Tohmatsu and ShineWing Certified Public Account as its auditors. At the eighth meeting of the first Board on 21 April 2006, the proposal for re-appointment of Deloitte Touche Tohmatsu and ShineWing Certified Public Account as international and PRC auditors of the Company respectively for the year ending 31 December 2006 was passed and approved to be put forward at the annual general meeting for consideration.

By order of the Board of Directors
**Song Zhiping**
*Chairman of the Board of Directors*

Beijing, PRC
21 April 2006

CNBM00004247



**CNBM**



# Report of Supervisory Committee

The supervisory committee of China National Building Material Company Limited ("Supervisory Committee") has conscientiously performed its supervisory duties in a responsible manner and carried out supervision on the Company's operation and financial condition and the fulfilment of responsibilities by senior management for year 2005 in the principle of fairness and honesty in accordance with the Company Law relevant laws and regulations in Hong Kong and the Articles of Association of the Company in order to safeguard interests of the Company and its shareholders on the diligent, practical and circumspective basis.

During the year, the Supervisory Committee attended Board meetings and general meetings in the reporting period, and performed sufficient due diligence on supervision and review of convening procedures of Board meetings, resolution matters, performance of resolutions passed in general meetings by the Board of Directors, fulfilment of duties by senior management, as well as the establishment, improvement and abidance of internal control system of the Company in accordance with relevant laws and regulations. The Supervisory Committee is of the opinion that, all members of the Board of Directors and senior management of the Company have worked in strict compliance with relevant laws, regulations, code on practices and the Articles of Association of the Company. They have also discharge their duties in a truthful and diligent manner, performed resolutions passed and authorities granted by general meetings and acted throughout operation activities in accordance with relevant laws, regulations and provisions. Though a series of system construction, the Company has further improved its corporate governance structure and internal management framework and established the fundamental internal control system.

The Supervisory Committee has duly reviewed and approved the Report of the Board of Directors proposed to submit to the annual general meeting, and considers that the report is in consistence with the circumstance of the Company During 2005, all members of the Board and senior management of the Company have duly performed rights authorised by shareholders and responsibilities under laws, and dedicated themselves to make significant contributions to the development of the Company

The Supervisory Committee has carefully reviewed financial statements, profit distribution plan, annual report and unqualified auditor's report prepared by the international auditors and domestic auditors of the Company and other relevant information for the year 2005. The Supervisory Committee is of the opinion that, the financial statements of the Company reflect in an objective, true and fair view the Company's financial condition and operating results in all major perspective, and the final accounts are truthful and reliable. The Supervisory Committee has approved audited financial statements prepared by the auditors and the 2005 profit distribution plan of the Company

In attending Board meetings and general meetings of the Company, reviewing the Company's financial standing and examining the directors' and senior management's performance of their duties, the Supervisory Committee did not find any breach of laws, regulations, the Articles of Association of the Company or any rule, or any harm against interests of the Company or its shareholders.

The Supervisory Committee is satisfied with business activities and results of the Company for 2005, and is confident in the prospect of the Company During 2006, the Supervisory Committee will continue to make efforts for good work performance and safeguard interests of shareholders in strict compliance with the Articles of Association of the Company

**Shen Anqin**
*Chairman of the Supervisory Committee*

Beijing China
21 April 2006

ALRMH-CNBM00004292

China National Building Material Company Limited



## Biographical Details of Directors, Supervisors and Senior Management

## DIRECTORS

**Song Zhiping**, aged 49, is an executive Director and chairman of the Board. He has been the chairman of Parent since October 2005. Mr. Song joined the Group since May 1997 and has over 25 years of business and management experience in China's building materials industry. He served as the president of Parent from March 2002 to October 2005 and the chairman of China United from March 2003 to April 2005. He also served as the vice president of general affairs and the vice president of Parent from December 1998 to March 2002 and from October 1995 to December 1998, respectively. From May 1997 to May 2002, Mr. Song served as the chairman of BNBM. Apart from serving as the chairman and the secretary of the Party Committee of BNBMG since January 1996 and June 1996, respectively, Mr. Song served several positions in BNBMG (both prior to and after its conversion) from 1987 to 2002, including deputy director and director of the factory, and president. Mr. Song received a master's degree in engineering from Wuhan Industrial University (now Wuhan University of Technology) in July 1995 and a doctor's degree in management from Huazhong University of Science and Technology in June 2002. Mr. Song is qualified as a senior engineer and is currently a member of National MBA Education Supervisory Committee (NMESC全國工商管理碩士教育指導委員會). He is also the vice president of China Building Materials Industry Association(中國建材工業協會), the vice president of the Third Session of China Logistics Alliance Network(第三屆中國物流與採購聯合會) and the president of the China Capital Entepreneurs' Club (首都企業家俱樂部). Mr. Song received a number of awards for his management and entrepreneurial skills from 1993 to 2003, including 500 Chinese Enterprise' Pioneers(中國500名企業創業者), National Outstanding Young Entrepreneur (全國優秀青年企業家), the Eighth Session of National Outstanding Entrepreneur "Golden Globe Awards"(第八屆全國優秀企業家金球獎), Management Elite Award (管理人物精英獎) and Chinese Entrepreneur for the year of 2003(2003年度中國創業企業家).

**Cao Jianglin**, aged 39, is an executive Director and president of the Company. Mr. Cao joined the Group since April 1992 and has over 15 years of business and management experience in the building materials industry. Mr. Cao has been the chairman of the board of directors of BND and BNS Company Limited(北新科技發展有限公司) since March 2002, the chairman of China Fiberglass since June 2002, the director of Parent since October 2005 and the chairman of BNBM since October 2004. From April 1998 to October 2005, Mr. Cao served in a number of positions in Parent and the Group, including president of BND from December 2000 to April 2004, general manager of China Fiberglass from June 2002 to March 2005, assistant to the president and vice president of Parent from April 2002 to October 2005, assistant to the president, vice president and president of BNBMG from April 1998 to March 2005, and general manager of China National Building Material & Equipment Import and Export Zhujiang Corporation(中國建築材料及設備進出口珠江公司) from April 1998 to March 2002. Mr. Cao received a bachelor's degree in economics from Shanghai University of Finance and Economics in July 1990 and an MBA degree from Tsinghua University in January 2004. Mr. Cao was elected as a member of the Sixth Session of Committee of Shenzhen Youth Federation(深圳市青年聯合會第六屆委員會),president of Shenzhen Building Material Association(深圳市建材行業協會),vice president of China Logistics Alliance Network(中國物流與採購聯合會) and chairman of the Listed Companies Association of Beijing(北京市上市公司協會).

**Li Yimin**, aged 52, is an executive Director and vice president of the Company. Mr. Li joined the Group since May 1997 and has over 20 years of business and management experience in China's building materials industry. Mr. Li served as the chief engineer of Parent from December 2003 to March 2005, the chairman of BNBM from April 2002 to February 2004, and the general manager of BNBM from May 1997 to April 2002. From January 1996 to December 2003, Mr. Li served successively as the vice president, vice chairman and president of BNBMG. He also served as the deputy head of BNBMG (prior to its conversion from Beijing New Building Materials Factory) from September 1985 to January 1996. Mr. Li graduated from electro-mechanical engineering from Shanghai Tongji University in August 1978 and received a master's degree in engineering from Wuhan Industrial University (now Wuhan University of Technology) in 1995. He is qualified as a senior engineer at professor level and was awarded a special grant of the government approved by the State Council.

ALRMH-CNBM00004293



**CNBM**



## Biographical Details of Directors, Supervisors and Senior Management

### DIRECTORS *(CONTINUED)*

#### Non-Executive Directors

**Cui Lijun**, aged 45, is a non-executive Director of the Company. Ms. Cui joined the Group since September 1998 and has over 20 years of business and management experience in China building materials industry. Ms. Cui has served as a director of BNBM since June 2003. Since August 1997, she has served successively as the financial manager of BNBMG and financial manager of BNBM. She is currently the president and deputy chairwoman of BNBMG. Ms. Cui graduated in the investment management from the Graduate School of Chinese Academy of Social Sciences in November 1998.

**Huang Anzhong**, aged 42, is a non-executive Director of the Company. Mr. Huang joined the Group since March 2003 and has over 20 years of business and management experience in China building materials industry. Mr. Huang served as the vice president of CNBM Equipment from April 1996 to November 2000, and the president of CNBM Equipment from November 2000 to February 2005. Mr Huang graduated with a bachelor's degree in engineering from Nanjing Institute of Chemical Technology in July 1985 and graduated in the business management from the Graduate School of Chinese Academy of Social Sciences in November 1998. He received an EMBA degree from Xiamen University in June 2005. He is currently a senior economist.

**Zuo Fenggao**, aged 50, is a non-executive Director. Mr. Zuo joined the Group in March 2005 and has over 16 years' experience in business and management. Mr Zuo has served as the head of Cinda, Beijing representative office since May 2004. Mr Zuo also served as the deputy head of Cinda, Beijing representative office from September 1999 to May 2004, the head of the Beijing Xisi sub-branch of China Construction Bank from January 1997 to September 1999, the general manager of the mortgage department in China Construction Bank, Beijing branch and the deputy head of the Beijing Qianmen Sub-branch of China Construction Bank from June 1989 to January 1997. Mr Zuo graduated in monetary and banking from the Faculty of Finance and Economics of the Graduate School of Chinese Academy of Social Sciences in July 1998. He is currently an economist.

#### Independent Non-executive Directors

**Zhang Renwei**, aged 65, is an independent non-executive Director of the Company. Mr. Zhang joined the Group since March 2005 and has over 40 years of business and management experience in China building materials industry. Mr. Zhang has served as an independent non-executive director of Yaohua since June 2003, the president of China Building Materials Industry Association since February 2001 and the chairman of China Silicate Academy since January 2000. He also served as the director and secretary-general of State Bureau of Building Materials Industry from January 1994 to February 2001 and the deputy director of the same bureau from July 1985 to January 1994. Mr Zhang graduated in silicate studies from East China Institute of Chemical Technology (now known as East China University of Technology) in 1963. He is qualified as a senior engineer at professor level.

**Zhou Daojiong**, aged 72, is an independent non-executive Director of the Company. Mr. Zhou has served as an independent non-executive director of Harbin Power Equipment Company Limited (哈爾濱動力設備股份有限公司), a company listed on the Stock Exchange, since June 2003 and has accumulated experience in the review and establishment of internal controls, risk management measures and corporate governance of publicly listed companies. Mr Zhou joined the Group since May 2005 and has over 50 years' experience in macro-economic management and finance. From March 1998 to March 2003, Mr. Zhou served as a member of the standing committee and the finance and economic committee of the 9th NPC. He also served as the audit commissioner of the State Council from March 1998 to August 2000. His primary responsibilities in the NPC and the State Council include monitoring corporate accounting and budgets, examining and supervising financial budgets of the PRC, participated in enacting PRC legislation on securities and future development and supervising the implementation of such legislation. From March 1995 to June 1997, Mr. Zhou served as the chairman of CSRC. His primary responsibilities in CSRC include regulating the securities market of the PRC, participated in drafting securities law, reviewing financial statements of listing applicants and listed companies to ensure compliance with the relevant securities law and corporate governance requirements, and monitoring the trading activities of listed companies. From December 1984 to August 2000, Mr Zhou served a number of key positions in China Construction Bank, including the secretary-general, the president and the chairman of the supervisory committee of China Construction Bank. He also served as the vice president of National Development Bank and the deputy director of the securities committee of the State Council. Before December 1984, Mr Zhou served as the department head of the finance department, and the secretary-general of, Anhui provincial government. Mr. Zhou is currently the chairman of Taoxing Zhi Fund of China (中國陶行知基金會) and China Investment Development and Promotion Association (中國投資發展促進會), the honorary chairman of China Investment Association (中國投資學會), and the consultant of the China Capital Entrepreneurs' Club (首都企業家俱樂部). Mr. Zhou is also qualified as a senior economist. Mr Zhou is experienced in financial management, risk management measures and corporate governance of publicly listed companies.

ALRMH-CNBM00004294

China National Building Material Company Limited



# Biographical Details of Directors, Supervisors and Senior Management

## DIRECTORS *(CONTINUED)*

### Independent Non-executive Directors *(Continued)*

**Chi Haibin**, aged 74, is an independent non-executive Director of the Company. Mr. Chi joined the Group since May 2005 and has an in-depth knowledge of the PRC accounting standards. Mr. Chi has been the chairman of China Accounting Association (中國會計學會) since 1996 and served as the vice chairman of the Chinese Institute of Certified Public Accountants (中國註冊會計師協會) from June 1996 to November 2004. The primary responsibilities of Mr. Chi, as the chairman of China Accounting Association and the vice chairman of the Chinese Institute of Certified Public Accountants, include providing proposals to the relevant supervision authorities on the accounting and finance rules and regulations in the PRC, studying and researching on the internal accounting standards, formulating rules and code of practice for PRC certified public accountants, and monitoring the implementation of such rules and code of practice in the PRC. Mr. Chi is qualified as a senior economist and has about 50 years' experience in macro-economic management. Mr. Chi joined the Ministry of Finance in 1954, and served in a number of significant positions therein from December 1954 to April 1993, including the deputy supervisor and deputy director of the economic construction division and the deputy head of the Ministry of Finance. From April 1993 to March 2003, Mr. Chi was also appointed as a member of the Standing Committee and the deputy supervisor of the finance and economic committee of the 8th NPC and a member of the standing committee and the finance and economic committee of the 9th NPC.

His primary responsibilities in the Ministry of Finance and the NPC include monitoring corporate accounting and budgets, examining and supervising financial budgets of the PRC, participated in enacting PRC legislation on economics and supervising the implementation of such legislation. Mr. Chi has served as an independent non-executive director of Fengfan Co., Ltd. (風帆股份有限公司), a company listed on the Shanghai Stock Exchange, since April 2004 and has accumulated experience in the review and establishment of internal controls, risk management measures and corporate governance of publicly listed companies.

**Lau Ko Yuen, Tom**, aged 54, is an independent non-executive Director of the Company. Mr. Lau joined the Group in January 2006. He is a deputy chairman and managing director of PYI Corporation Limited, and a deputy chairman of Paul Y. Engineering Group Limited. Mr. Lau has over 30 years of international corporate management experience within the construction industry.

## SUPERVISORS

**Shen Anqin** has been the vice president of Parent since August 1998 and the chief accountant of Parent since September 2003. From September 1990 to August 1998, Mr. Shen served successively as the deputy head of the comprehensive development and economic and finance division, the head of economic and finance division, and the deputy director of finance and state-owned assets supervision division, of the State Bureau of Building Materials Industry. Mr. Shen received a bachelor's degree in engineering from Xi Bei Electric Engineering School (now Xi Dian University) in April 1982. He is qualified as a senior accountant.

**Zhou Guoping**, aged 46, is a Supervisor of the Company. Ms. Zhou joined the Group since July 1999 and has over 13 years' experience in supervisory roles and management positions. Ms. Zhou has been the assistant to the president of Parent since October 2003 and the financial manager of Parent since April 2002. From March 1992 to April 2002, Ms. Zhou served successively as the deputy head of planning division in integrated planning department, assistant to the manager of integrated planning department, assistant to the manager of planning and finance department, and deputy manager and manager of planning and finance division and deputy manager of financial management division of Parent. Ms. Zhou received a bachelor's degree in engineering from Wuhan Building Materials Technology Institute (now Wuhan University of Technology) in July 1982. She is qualified as a senior engineer.

**Bao Wenchun**, aged 52, is a Supervisor of the Company. Mr. Bao joined the Group since May 1997 and has over 12 years' experience in supervisory roles and management positions. Mr. Bao has been the executive deputy general manager of BNBMG since September 2004, the director of BNBMG since April 2002 and the secretary-general of BNBMG since August 2004. From May 1997 to September 2004, Mr. Bao served successively as a deputy general manager, general manager and chairman of the board of directors of BNBM. Mr. Bao also served as the manager of finance department of BNBMG from January 1996 to August 1997 and the deputy chief of the finance department of BNBMG (prior to its conversion from Beijing New Building Materials Factory) from February 1993 to January 1996. Mr. Bao graduated from accounting department of Beijing Chemical Engineering Administration Cadre Institute in July 1987. He is qualified as an accountant.

**Cui Shuhong**, aged 38, is a Supervisor of the Company. Ms. Cui joined the Group since October 2001 and has over 12 years' experience in supervisory roles and management positions. Ms. Cui has been the general manager of the administration and human resources department of the Company since April 2005. She served as the deputy director of the general manager office of Parent from April 2002 to April 2005, and the deputy manager of human resources office and deputy director of general manager office of BNBM from October 2001 to April 2002. She also served as the deputy director of the general manager's office of BNBMG from August 1997 to October 2001. Ms. Cui received a bachelor's degree in economics from Beijing Economics Institute in July 1990. She is qualified as a senior economist.

ALRMH-CNBM00004295



**CNBM**



## Biographical Details of Directors, Supervisors and Senior Management

### SUPERVISORS *(CONTINUED)*

**Zhang Zhaomin**, aged 68, is an independent Supervisor of the Company. Mr. Zhang is also an expert advisor of Beijing Dongfang Petrochemical Company Limited (北京市東方石油化工有限公司). He joined the Group since May 2005 and has over 30 years' experience in supervisory roles and management positions. He served successively as a member of the preparation committee for converting the debts of Beijing Beihua Group Company's Ethylene Factory (北京市北化集團公司乙烯系列廠) into equity from 2001 to 2002, deputy chief of integration group of listing working committee of Sinopec (Group) Company (中石化集團公司)1999 to 2001 and the secretary of the board of directors of Sinopec Beijing Yanhua Petrochemical Co., Ltd.from 1997 to 2000. Mr. Zhang also served successively as the deputy chief economic and chief of planning division of Beijing Yanshan Petrochemical Company Limited (北京市燕山石油化工有限公司) from 1988 to 1993, its chief economist from 1993 to 1997 and its deputy general manager from July 1997 to December 1999. From 1983 to 1988, Mr. Zhang served as assistant to head of the factory and chief economist of Dongfanghong Oil Refinery of Beijing Yanshan Petrochemical Company (東方紅煉油廠). He is qualified as a senior economist.

**Liu Chijin**, aged 43, is an independent Supervisor of the Company. Mr. Liu joined the Group since May 2005 and has over 20 years' experience in supervisory roles and management positions. He has been the chairman and the president of Pan-Pacific Management Research Center (泛太平洋管理研究中心) since 2002 and the general manager and chairman of Beijing Pan-Pacific Management Training Company Limited (北京泛太平洋管理培訓有限公司) since 2004. Mr. Liu also served as the vice president of Nokia (China) Investment Company Limited from 1999 to 2001, senior vice president of Ericsson (China) Limited and head of Ericsson China Institute from 1997 to 1999, senior consultant of McKinsey & Company in 1996 and vice president of Dover Corporation in the United States from 1993 to 1995. From 1985 to 1988, Mr. Liu served as an assistant professor of the Shandong Building Material Institute. He is currently the deputy director of the China Capital Entrepreneurs' Club (北京首都企業家俱樂部), the chairman of Beijing Alumni Association of Harvard Business School, joint director of the EMBA project of the Management School of Xiamen University. Mr. Liu received a master's degree in physics from the University of Memphis in 1990, and an MBA degree from Harvard Business School in 1997.

### SENIOR MANAGEMENT

**Cui Xingtai**, aged 44, is a vice president of the Company. Mr. Cui joined the Group since June 1999 and has over 21 years of business and management experience in China's building materials industry. He has served as the secretary of the Party Committee of China United since August 2004 and the chairman of China United since April 2005. Mr. Cui served as the vice chairman of China United from August 2004 to April 2005, deputy chief engineer of Parent from November 2003 to March 2005, chief engineer of China United from July 1999 to August 2004, and deputy general manager of China United from April 2002 to August 2004. From June 1997 to January 1999, Mr. Cui served as the head of Shandong Lunan Cement Factory. Mr. Cui received a bachelor's degree in engineering from Wuhan Industry University (now Wuhan University of Technology) in July 1984 and graduated in enterprise management from the Graduate School of the Chinese Academy of Social Sciences in July 1998. He is qualified as a senior engineer.

**Peng Shou**, aged 45, is a vice president of the Company. Mr. Peng joined the Group in June 2001 and has over 20 years of business and management experience in China's building materials industry. He is an expert in inorganic materials research and development, engineering design and consulting. Mr. Peng has served as the chairman of China Triumph since September 2004 and the general manager of China Triumph since May 2002. He also served as the deputy general manager of China Triumph from June 2001 to May 2002. Mr. Peng received a bachelor's degree in engineering from Wuhan Building Material Industrial Institute (now Wuhan University of Technology) in December 1982 and a master's degree in management from Wuhan Industrial University (now Wuhan University of Technology) in January 2002. He is qualified as a senior engineer at professor level and was awarded a special grant of the government approved by the State Council. Since July 2003, Mr. Peng is the deputy chairman of general affairs of the fourth general committee of the China Building and Industrial Glass Committee.

**Zhang Dingjin**, aged 48, is a vice president of the Company. Mr. Zhang joined the Group since August 1999 and has over 20 years of business and management experience in China's building materials industry. He has served as the chairman of China Composites since September 2004 and the general manager of China Composites since January 2003. He also served as the general manager of China Inorganic Materials Science and Technology Enterprise (Group) Company from March 2002 to January 2003, deputy general manager of China Inorganic Materials Science and Technology Enterprise (Group) Company from January 2001 to March 2002 and the general manager of Beijing Pennvasia Glass Company Limited from August 1999 to September 2001. From February 1997 to August 1999, Mr. Zhang served as the deputy dean of Shandong Industrial Ceramics Research and Design Institute. Mr. Zhang received a bachelor's degree in engineering from Anshan Institute of Iron and Steel in August 1982 and an EMBA degree from Xiamen University in June 2005. He is qualified as a senior engineer at professor level and was awarded a special grant of the government approved by the State Council.

ALRMH-CNBM00004296

China National Building Material Company Limited



## Biographical Details of Directors, Supervisors and Senior Management

## SENIOR MANAGEMENT *(CONTINUED)*

**Chen Xuean**, aged 41, is the chief financial officer of the Company. Mr. Chen joined the Group since March 2005 and has over 19 years' experience in finance. Mr. Chen served as the head of the Central Department of Statistics and Evaluation Division of the Ministry of Finance from June 2000 to January 2004. He also served as the head of the Monitoring Department of Statistics and Evaluation Division of the Ministry of Finance, the deputy chief of Assets Inspection and Verification Department of Statistics and Evaluation Division of the Ministry of Finance, and the deputy head of finance department of general office of SASAC from August 1995. Mr. Chen received a master's degree in management from Beijing Institute of Technology in November 1999. He is currently a senior accountant.

## QUALIFIED ACCOUNTANT

**Pei Hongyan**, aged 32, is the qualified accountant of the Company. She joined the Group in May 2001 and has over six years' experience in accounting. She served as a senior accountant of the finance division of Parent from November 2003 to April 2005 and an assistant to the general manager of the finance division of Parent from November 2002 to April 2005. She also served as a director of Kunming Cement Inc. from March 2002 to December 2004 and the chief financial officer of China Composites from May 2001 to October 2004. Ms. Pei received a master's degree in management from Dongbei University of Finance and Economics in 1999, and is a member of the Association of Chartered Certified Accountants. She is also a non-practising member of the Chinese Institute of Certified Public Accountants. Ms. Pei works on a full time basis for the Company.

## COMPANY SECRETARY

**Chang Zhangli**, aged 35, is the joint company secretary of the Company. Mr. Chang joined the Group in August 1997 and has over eight years' experience in handling domestic listing-related matters for the Group, the Company's Global Offering and listing of its shares on the Stock Exchange. From August 1997 to March 2005, Mr. Chang served in a number of key positions in BNBM, including the deputy manager and manager of the securities division of BNBM, the manager of the management and corporate planning division of BNBM, the secretary to the board of directors and the deputy general manager of BNBM. During this period, in addition to performing his general corporate duties for BNBM, Mr. Chang was responsible for handling all legal matters related to BNBM and was actively involved in the reorganization and acquisitions of BNBM and its various subsidiaries. Mr. Chang graduated with a bachelor's degree in engineering from Wuhan Industrial University (now Wuhan University of Technology) in July 1994, and received an MBA degree from Tsinghua University in June 2005. Currently, Mr. Chang is the general manager of the legal division of the Company and he is also the deputy secretary of the Listed Companies Association of Beijing (北京市上市公司協會).

**Lo Yee Har Susan**, aged 47, is the joint company secretary of the Company. Ms. Lo is a director of Corporate Services Department of Tricor Services Limited and an associate member of both the Institute of Chartered Secretaries and Administrators and the Hong Kong Institute of Chartered Secretaries. Ms. Lo has over 20 years of experience in the company secretarial area. She has served in a number of Stock Exchange listed companies. Apart from the Company, she is currently the company secretary or the joint company secretary of four Stock Exchange listed companies.

## CONFIRMATION OF THE INDEPENDENCE OF INDEPENDENT NON-EXECUTIVE DIRECTORS

The Company has received the annual confirmation letter issued by each of the indepdent non-executive directors in respect of their indepdence in accodance with Rule 3.13 of the Listing Rules.  The Company considers that all of the independent non-executive directors are independent.

ALRMH-CNBM00004297



**CNBM**

FOR THE YEAR ENDED 31 DECEMBER 2005
*(Prepared in accordance with IFRS)*

## Auditors' Report



# Deloitte.
# 德勤

**TO THE SHAREHOLDERS OF**
**CHINA NATIONAL BUILDING MATERIAL COMPANY LIMITED**
*(a joint stock company incorporated in the People's Republic of China with limited liability)*

We have audited the consolidated financial statements of China National Building Material Company Limited (the "Company") and its subsidiaries (collectively the "Group") on pages 55 to 107 which have been prepared in accordance with International Financial Reporting Standards.

## RESPECTIVE RESPONSIBILITIES OF DIRECTORS AND AUDITORS

The Company's directors are responsible for the preparation of consolidated financial statements which give a true and fair view. In preparing consolidated financial statements which give a true and fair view, it is fundamental that appropriate accounting policies are selected and applied consistently.

It is our responsibility to form an independent opinion, based on our audit, on those consolidated financial statements and to report our opinion solely to you, as a body, and for no other purpose. We do not assume responsibility towards or accept liability to any other person for the contents of this report.

## BASIS OF OPINION

We conducted our audit in accordance with Hong Kong Standards on Auditing issued by the Hong Kong Institute of Certified Public Accountants. An audit includes examination, on a test basis, of evidence relevant to the amounts and disclosures in the consolidated financial statements. It also includes an assessment of the significant estimates and judgments made by the directors in the preparation of the consolidated financial statements, and of whether the accounting policies are appropriate to the circumstances of the Group, consistently applied and adequately disclosed.

We planned and performed our audit so as to obtain all the information and explanations which we considered necessary in order to provide us with sufficient evidence to give reasonable assurance as to whether the consolidated financial statements are free from material misstatement. In forming our opinion, we also evaluated the overall adequacy of the presentation of information in the consolidated financial statements. We believe that our audit provides a reasonable basis for our opinion.

## OPINION

In our opinion, the consolidated financial statements give a true and fair view of the state of affairs of the Group as at December 31, 2005 and its profit and cash flows for the year then ended and have been properly prepared in accordance with the disclosure requirements of the Hong Kong Companies Ordinance.

**Deloitte Touche Tohmatsu**
*Certified Public Accountants*

Hong Kong
April 21, 2006

ALRMH-CNBM00004298

China National Building Material Company Limited

FOR THE YEAR ENDED 31 DECEMBER 2005
*(Prepared in accordance with IFRS)*



# Consolidated Income Statement

| | Notes | 2005 RMB'000 | 2004 RMB'000 |
|---|---|---|---|
| Revenue | 6 | 4,726,544 | 2,898,072 |
| Cost of sales | | (3,852,403) | (2,343,315) |
| | | | |
| Gross profit | | 874,141 | 554,757 |
| Other income | 8 | 263,528 | 151,297 |
| Selling and distribution costs | | (278,062) | (188,105) |
| Administrative expenses | | (291,150) | (212,376) |
| Other expenses | | (5,697) | (9,103) |
| Share of profit of associates | | 108,538 | 96,708 |
| Finance costs | 9 | (162,432) | (98,795) |
| Profit on partial disposal of a subsidiary | | 12 | — |
| Profit on disposal of subsidiaries | | 27,988 | — |
| | | | |
| Profit before tax | 11 | 536,866 | 294,383 |
| Income tax expense | 12 | (44,747) | (24,990) |
| | | | |
| Profit for the year | | 492,119 | 269,393 |
| | | | |
| Attributable to: | | | |
| Equity holders of the Company | | 351,105 | 193,138 |
| Minority interests | | 141,014 | 76,255 |
| | | | |
| | | 492,119 | 269,393 |
| | | | |
| Distributions | 13 | 135,637 | 27,759 |
| | | | |
| Earnings per share - basic (RMB) | 14 | 0.25 | 0.14 |

ALRMH-CNBM00004299



**CNBM**

At December 31, 2005
*(Prepared in accordance with IFRS)*

## Consolidated Balance Sheet



| | Notes | 2005 RMB'000 | 2004 RMB'000 |
|---|---|---|---|
| **Non-current assets** | | | |
| Property, plant and equipment | 15 | 4,792,093 | 3,146,157 |
| Investment properties | 16 | 268,644 | 113,979 |
| Goodwill | 17 | 56,202 | 1,604 |
| Intangible assets | 18 | 22,409 | 23,670 |
| Interests in associates | 20 | 864,159 | 799,373 |
| Available-for-sale investments | 21 | 51,543 | 41,042 |
| Deposits | 22 | 31,928 | 66,900 |
| Land use rights | 23 | 306,182 | 240,218 |
| Deferred tax asset | 34 | 6,850 | 5,387 |
| | | 6,400,010 | 4,438,330 |
| **Current assets** | | | |
| Inventories | 24 | 721,552 | 530,222 |
| Trade and other receivables | 25 | 1,437,668 | 921,623 |
| Held-for-trading investments | 21 | 15,383 | 11,312 |
| Amount due from related parties | 26 | 152,764 | 223,678 |
| Pledged bank deposits | 28 | 52,542 | — |
| Bank balances and cash | 28 | 932,580 | 826,332 |
| | | 3,312,489 | 2,513,167 |
| **Current liabilities** | | | |
| Trade and other payables | 29 | 1,820,021 | 1,109,160 |
| Amount due to related parties | 26 | 133,587 | 159,730 |
| Borrowings - due within one year | 30 | 3,231,996 | 1,450,369 |
| Income tax payable | | 21,776 | 18,900 |
| Dividend payable | | 69,237 | — |
| | | 5,276,617 | 2,738,159 |
| **Net current liabilities** | | (1,964,128) | (224,992) |
| **Total assets less current liabilities** | | 4,435,882 | 4,213,338 |
| **Non-current liabilities** | | | |
| Borrowings - due after one year | 30 | 1,004,610 | 1,241,963 |
| Deferred income | | 4,339 | 5,362 |
| | | 1,008,949 | 1,247,325 |
| **Net assets** | | 3,426,933 | 2,966,013 |

ALRMH-CNBM00004300

China National Building Material Company Limited

At December 31, 2005
*(Prepared in accordance with IFRS)*

 **Consolidated Balance Sheet**

| | Notes | 2005 RMB'000 | 2004 RMB'000 |
|---|---|---|---|
| Capital and reserves | | | |
| Share capital | 31 | 1,387,760 | — |
| Reserves/shareholders' equity | | 724,478 | 1,888,618 |
| | | | |
| Equity attributable to equity holders of the Company | | 2,112,238 | 1,888,618 |
| Minority interests | | 1,314,695 | 1,077,395 |
| | | | |
| Total equity | | 3,426,933 | 2,966,013 |

The consolidated financial statements on page 55 to 107 were approved by the board of directors on April 21, 2006 and are signed in its behalf of:

**Song Zhiping**
*DIRECTOR*

**Cao Jianglin**
*DIRECTOR*

ALRMH-CNBM00004301



**CNBM**



# Consolidated Statement of Changes in Equity

| | Share capital RMB'000 | Share premium RMB'000 | Capital reserve RMB'000 | Statutory reserve fund RMB'000 (Note i) | Statutory welfare fund RMB'000 (Note ii) | Exchange reserve RMB'000 | Retained earnings/ shareholder's equity RMB'000 (Note iii) | Attributable to equity holders of the Company RMB'000 | Minority interests RMB'000 | Total RMB'000 |
|---|---|---|---|---|---|---|---|---|---|---|
| At January 1, 2004 | — | — | — | — | — | — | 1,681,121 | 1,681,121 | 981,250 | 2,662,371 |
| Shareholders' contributions | — | — | — | — | — | — | 48,794 | 48,794 | — | 48,794 |
| Dividend paid | — | — | — | — | — | — | (34,488) | (34,488) | (18,253) | (52,741) |
| Exchange differences arising on translation of overseas operations | — | — | — | — | — | — | 53 | 53 | — | 53 |
| Increase in minority interests as a result of acquisition of subsidiaries | — | — | — | — | — | — | — | — | 37,020 | 37,020 |
| Decrease in minority interests as a result of disposal of subsidiary | — | — | — | — | — | — | — | — | (986) | (986) |
| Contributions from minority shareholders | — | — | — | — | — | — | — | — | 6,974 | 6,974 |
| Decrease in minority interests as a result of increase in interests in subsidiaries | — | — | — | — | — | — | — | — | (4,865) | (4,865) |
| Profit for the year | — | — | — | — | — | — | 193,138 | 193,138 | 76,255 | 269,393 |
| | | | | | | | | | | |
| At December 31, 2004 | — | — | — | — | — | — | 1,888,618 | 1,888,618 | 1,077,395 | 2,966,013 |
| | | | | | | | | | | |
| Shareholders' contributions | — | — | — | — | — | — | 8,234 | 8,234 | — | 8,234 |
| Conversion as a joint stock company | 1,387,110 | — | 387,401 | — | — | — | (1,774,511) | — | — | — |
| Issue of shares | 650 | 350 | — | — | — | — | — | 1,000 | — | 1,000 |
| Dividend | — | — | — | — | — | — | (135,637) | (135,637) | (16,504) | (152,141) |
| Exchange differences arising on translation of overseas operations | — | — | — | — | — | (1,082) | — | (1,082) | — | (1,082) |
| Increase in minority interests as a result of acquisition of subsidiaries | — | — | — | — | — | — | — | — | 219,565 | 219,565 |
| Decrease in minority interests as a result of disposal of subsidiary | — | — | — | — | — | — | — | — | (7,561) | (7,561) |
| Contributions from minority shareholders | — | — | — | — | — | — | — | — | 10,974 | 10,974 |
| Decrease in minority interests as a result of increase in interests in subsidiaries | — | — | — | — | — | — | — | — | (110,188) | (110,188) |
| Profit for the year | — | — | — | — | — | — | 351,105 | 351,105 | 141,014 | 492,119 |
| Transfer to reserve fund | — | — | — | 28,719 | 28,719 | — | (57,438) | — | — | — |
| | | | | | | | | | | |
| At December 31, 2005 | 1,387,760 | 350 | 387,401 | 28,719 | 28,719 | (1,082) | 280,371 | 2,112,238 | 1,314,695 | 3,426,933 |

ALRMH-CNBM00004302

China National Building Material Company Limited

## Consolidated Statement of Changes in Equity

Notes:

(i)    According to relevant laws and regulations of the People's Republic of China ("the PRC"), a company is required to make an appropriation at the rate of 10 percent of the profit after taxation of the company, prepared in accordance with PRC accounting standards, to the statutory surplus reserve fund until the balance has reached 50 percent of the registered capital of the company.

(ii)   According to the PRC relevant laws and regulations, a company is required to make an appropriation at the rate of 5 to 10 percent of the profit after taxation of the company, prepared in the accordance with PRC accounting standards, to the statutory public welfare fund ("PWF"). The PWF will be utilised on capital items for employees' collection welfare, and unutilised PWF must be kept in cash.

(iii)  The shareholder's equity prior to conversion as a joint stock company mainly represents the then capital of the companies now comprising the Group and the equity contributions from or distributions to China National Building Material Group Corporation ("Parent").

ALRMH-CNBM00004303



**CNBM**

FOR THE YEAR ENDED 31 DECEMBER 2005
*(Prepared in accordance with IFRS)*

## Consolidated Cash Flow Statement



| | 2005 RMB'000 | 2004 RMB'000 |
|---|---|---|
| Operating activities | | |
| Profit for the year | 492,119 | 269,393 |
| Adjustments for: | | |
| Share of profit of associates | (108,538) | (96,708) |
| Income tax expenses | 44,747 | 24,990 |
| (Gain) loss on disposal of property, plant and equipment | (1,535) | 2,566 |
| Depreciation | 211,694 | 127,661 |
| Amortisation of intangible assets | 2,193 | 1,749 |
| Profit on partial disposal of a subsidiary | (12) | — |
| Profit on disposal of subsidiaries | (27,988) | — |
| Net (gain) loss on disposal of held-for-trading investments available -for-sales investments | (20) | 4,540 |
| Gain on fair value change on investments | 1,528 | — |
| Discount on acquisition released to income | (10,850) | — |
| Land use rights released to income | 5,926 | 4,564 |
| Deferred income released to income | (2,280) | (8,081) |
| Waiver of payables | (5,914) | (2,472) |
| Interest income | (19,356) | (17,653) |
| Finance costs | 162,432 | 98,795 |
| Allowances for bad and doubtful debts | 4,110 | 7,719 |
| Write-down of inventories | 3,533 | 3,199 |
| | | |
| Operating cash flows before movements in working capital | 751,789 | 420,262 |
| Increase in inventories | (214,246) | (149,148) |
| Increase in trade and other receivables | (449,509) | (220,874) |
| (Increase) decrease in amounts due from related parties | (37,623) | (34,170) |
| Increase in trade and other payables | 375,842 | 361,226 |
| Increase in deferred income | 1,257 | 3,082 |
| Increase in amounts due to related parties | (44,409) | 108,449 |
| | | |
| Cash from operations | 383,100 | 488,827 |
| Income tax paid | (44,367) | (16,544) |
| Interest received | 19,356 | 17,653 |
| Interest paid | (207,481) | (125,273) |
| | | |
| Net cash from operating activities | 150,609 | 364,663 |

ALRMH-CNBM00004304

China National Building Material Company Limited

FOR THE YEAR ENDED 31 DECEMBER 2005
*(Prepared in accordance with IFRS)*



# Consolidated Cash Flow Statement

| | Notes | 2005 RMB'000 | 2004 RMB'000 |
|---|---|---|---|
| **Investing activities** | | | |
| Purchases of investments | | (11,726) | (196,120) |
| Net proceeds on disposal of investments | | 8,796 | 292,705 |
| Purchases of intangible assets | | (932) | (19,305) |
| Purchases of investment properties | | (156) | (513) |
| Proceeds on disposal of Property, plant and equipment | | 8,039 | 920 |
| Purchases of property, plant and equipment | | (987,338) | (1,535,492) |
| Payments for land use rights | | (26,341) | (108,261) |
| Deposits paid | | (15,028) | (57,900) |
| Acquisition of interests in associates | | — | (4,812) |
| Dividend received from associates | | 35,607 | 36,861 |
| Payments for acquisition of additional interests in subsidiaries | | (27,545) | (2,803) |
| Increase in pledged bank deposits | | (52,542) | — |
| Acquisition of subsidiaries | 32 | 88,369 | 24,634 |
| Disposal of subsidiaries | 33 | (51,374) | (2,577) |
| Partial disposal of a subsidiary | | 12 | — |
| **Net cash used in investing activities** | | **(1,032,159)** | **(1,572,663)** |
| | | | |
| **Financing activities** | | | |
| Issue of shares | | 1,000 | — |
| Contributions from minority shareholders | | 10,974 | 6,974 |
| Repayments of borrowings | | (2,748,564) | (1,373,627) |
| New borrowings raised | | 3,751,037 | 2,537,598 |
| Dividend paid | | (25,567) | (52,741) |
| **Net cash from financing activities** | | **988,880** | **1,118,204** |
| | | | |
| Net increase (decrease) in cash and cash equivalents | | 107,330 | (89,796) |
| Effect of foreign exchange rate changes | | (1,082) | 53 |
| Cash and cash equivalents, at beginning of year | | 826,332 | 916,075 |
| | | | |
| Cash and cash equivalents, at end of the year | | | |
| Bank balance and cash | | 932,580 | 826,332 |

ALRMH-CNBM00004305



**CNBM**



# Notes to the Consolidated Financial Statements

## 1. GENERAL

China National Building Material Company Limited (the "Company") was established as a joint stock limited company in The People's Republic of China (the "PRC") on March 28, 2005. On March 23, 2006, the Company's shares are listed on the Mainboard of The Stock Exchange of Hong Kong Limited (the "Stock Exchange").

The Company's parent and ultimate holding company is China National Building Material Group Corporation ("Parent"), which is a state-owned enterprise established on January 3, 1984 under the laws of the PRC.

The Company is an investment holding company. The principal activities of its subsidiaries are set out in note 19. Hereinafter, the Company and its subsidiaries collectively referred to as the "Group".

## 2. REORGANISATION AND BASIS OF PRESENTATION OF FINANCIAL STATEMENTS

Pursuant to a restructuring ("Restructuring" ) which was approved by the State-owned Assets Supervision and Administration Commission of the State Council ("SASAC") on November 25, 2004, Parent underwent the Restructuring to rationalise the structure of the Group in preparation for the listing of the Company's shares on the main board of The Stock Exchange of Hong Kong Limited ( the " Stock Exchange "), China National Building Material and Equipment Import and Export Company ("CNBM Equipment") transferred all of its former operations, and the related assets and liabilities as part of the Restructuring, to a wholly-owned subsidiary of Parent effective December 31, 2003 at nil consideration. Accordingly, the Company is regarded as a new holding company in the Restructuring for the purpose of holding the companies now comprising the Group.

As part of the Restructuring, Parent effected the transfer of its interests in certain businesses which are engaged in the production and sale of cement, lightweight building materials, glass fiber and fiberglass reinforced plastics ("FRP") products and provision of engineering services, and its equity interest in Beijing New Building Material Company Limited ("BNBM") and China Fiberglass Company Limited ("China Fiberglass") (collectively the "Transferred Operations") and certain other relevant assets associated with the Transferred Operations to the Company effective September 30, 2004 at nil consideration.

As Parent controlled the Transferred Operations before the Restructuring and continues to control the Transferred Operations after the effective date of the Restructuring, the Restructuring is considered as a business combination under common control. Accordingly, the consolidated financial statements present the results, cash flows and financial position of the Group as if the current group structure had been in existence throughout the two years ended December 31, 2005, or since their respective dates of establishment and as if the Company had not owned and controlled business other than the Transferred Operations.

ALRMH-CNBM00004306

China National Building Material Company Limited



## Notes to the Consolidated Financial Statements

### 3. APPLICATION OF INTERNATIONAL FINANCIAL REPORTING STANDARDS

At the date of authorisation of these consolidated financial statements, the following new standards, amendments and interpretations were in issue but not yet effective:

| | |
|---|---|
| IAS 1 (Amendment) | Capital Disclosures[1] |
| IAS 19 (Amendment) | Actuarial Gains and Losses, Group Plans and Disclosures[2] |
| IAS 21 (Amendment) | New Investment in a Foreign Operation[2] |
| IAS 39 (Amendment) | Cash Flow Hedges of Forecast Intragroup Transactions[2] |
| IAS 39 (Amendment) | The Fair Value Option[2] |
| IAS 39 and IFRS 4 (Amendments) | Financial Guarantee Contracts[2] |
| IFRS 6 | Exploration for and Evaluation of Mineral Resources[2] |
| IFRS 7 | Financial Instruments: Disclosures[1] |
| IFRIC 4 | Determining whether an Arrangement contains a lease[2] |
| IFRIC 5 | Rights to Interests Arising form Decommissioning, Restoration and Environmental Rehabilitation Funds[2] |
| IFRIC 6 | Liabilities arising from Participating in a Specific Market-Waste Electrical and Electronic Equipment[3] |
| IFRIC 7 | Applying the Restatement Approach under IAS 29 Financial Reporting in Hyperinflationary Economies[4] |
| IFRIC 8 | Score of IFRS 2[5] |
| IFRIC 9 | Reassessment of Embedded Derivatives[6] |

[1] *Effective for annual periods beginning on of after January 1, 2007*
[2] *Effective for annual periods beginning on of after January 1, 2006*
[3] *Effective for annual periods beginning on of after December 1, 2005*
[4] *Effective for annual periods beginning on of after March 1, 2006*
[5] *Effective for annual periods beginning on of after May 1, 2006*
[6] *Effective for annual periods beginning on of after June 1, 2006*

The directors anticipate that the adoption of these new standards, amendments and interpretations in the future will have no material impact on the consolidated financial statements of the Group.

### 4. SIGNIFICANT ACCOUNTING POLICIES

The consolidated financial statements have been prepared in accordance with International Financial Reporting Standards ("IFRS") issued by the International Accounting Standards Board ("IASB") and the International Financial Reporting Interpretation Committee (the "IFIRC"). In addition, the consolidated financial statements include applicable disclosures required by the Rules Governing the Listing of Securities on the stock Exchange of Hong Kong Limited and by Hong Kong Companies Ordinance.

The consolidated financial statements have been prepared on the historical cost basis except for certain financial instruments, which are measured at fair values.

The principal accounting policies adopted are set out below.

ALRMH-CNBM00004307



**CNBM**

FOR THE YEAR ENDED 31 DECEMBER 2005
*(Prepared in accordance with IFRS)*

# Notes to the Consolidated Financial Statements



## 4.   SIGNIFICANT ACCOUNTING POLICIES *(CONTINUED)*

### Basis of consolidation

The consolidated financial statements incorporate the financial statements of the Company and entities controlled by the Company (its subsidiaries). Control is achieved where the Company has the power to govern the financial and operating policies of an entity so as to obtain economic benefits from its activities.

The results of subsidiaries acquired or disposed of, other than the Restructuring, during the year are included in the consolidated income statement from the effective date of acquisition or up to the effective date of disposal, as appropriate.

All intra-group transactions, balances, income and expenses are eliminated on consolidation.

Minority interests in the net assets of consolidated subsidiaries are identified separately from the Group's equity therein. Minority interests consist of the amount of those interests at the date of the original business combination (see below) and the minority's share of changes in equity since the date of the combination. Losses applicable to the minority in excess of the minority's interest in the subsidiary's equity are allocated against the interests of the Group except to the extent that the minority has a binding obligation and is able to make an additional investment to cover the losses.

### Business combinations

The acquisition of subsidiaries/businesses, other than the Restructuring, is accounted for using the purchase method. The cost of the acquisition is measured at the aggregate of the fair values, at the date of exchange, of assets given, liabilities incurred or assumed, and equity instruments issued by the Group in exchange for control of the acquiree, plus any costs directly attributable to the business combination. The acquiree's identifiable assets, liabilities and contingent liabilities that meet the conditions for recognition under IFRS 3 are recognised at their fair values at the acquisition date.

Goodwill arising on acquisition is recognised as an asset and initially measured at cost, being the excess of the cost of the business combination over the Group's interest in the net fair value of the identifiable assets, liabilities and contingent liabilities recognised. If after reassessment, the Group's interest in the net fair value of the acquiree's identified assets, liabilities and contingent liabilities exceeds the cost of the business combination, the excess is recognised immediately in profit or loss.

The interest of minority shareholders in the acquiree is initially measured at the minority's proportion of the net fair value of the assets, liabilities and contingent liabilities recognised.

ALRMH-CNBM00004308

**China National Building Material Company Limited**

FOR THE YEAR ENDED 31 DECEMBER 2005
*(Prepared in accordance with IFRS)*



# Notes to the Consolidated Financial Statements

## 4.   SIGNIFICANT ACCOUNTING POLICIES *(CONTINUED)*

### Investments in associates

An associate is an entity over which the Group has significant influence and that is not a subsidiary. Significant influence is the power to participate in the financial and operating policy decisions of the investee but is not the control over those policies.

The results and assets and liabilities of associates are incorporated in these consolidated financial statements using the equity method of accounting. Under the equity method, investments in associates are carried in the consolidated balance sheet at cost as adjusted for post-acquisition changes in the Group's share of the net assets of the associates, less any impairment in the value of individual investments. Losses of the associates in excess of the Group's interest in those associates are not recognised.

Any excess of the cost of acquisition over the Group's interest of the net fair value of the identifiable assets, liabilities and contingent liabilities of the associate at the date of acquisition is recognised as goodwill. The goodwill is included within the carrying amount of the investment and is assessed for impairment as part of the investment. Any excess of the Group's interest of the net fair value of the identifiable assets, liabilities and contingent liabilities over the cost of acquisition, after reassessment, is recognised in profit or loss.

Where a group entity transacts with an associate of the Group, profits and losses are eliminated to the extent of the Group's interest in the relevant associate.

### Goodwill

Goodwill arising on the acquisition of a subsidiary represents the excess of the cost of acquisition over the Group's interest in the net fair value of the identifiable assets, liabilities and contingent liabilities of the subsidiary recognised at the date of acquisition. Goodwill is initially recognised as an asset at cost and is subsequently measured at cost less any accumulated impairment losses.

For the purpose of impairment testing, goodwill is allocated to each of the Group's cash-generating units expected to benefit from the synergies of the combination. Cash-generating units to which goodwill has been allocated are tested for impairment annually, or more frequently when there is an indication that the unit may be impaired. If the recoverable amount of the cash-generating unit is less than the carrying amount of the unit, the impairment loss is allocated first to reduce the carrying amount of any goodwill allocated to the unit and then to the other assets of the unit pro-rata on the basis of the carrying amount of each asset in the unit. An impairment loss for goodwill is recognised directly in profit or loss and is not reversed in a subsequent period.

On disposal of a subsidiary, the attributable amount of goodwill is included in the determination of the profit or loss on disposal.

ALRMH-CNBM00004309



**CNBM**



## Notes to the Consolidated Financial Statements

### 4. SIGNIFICANT ACCOUNTING POLICIES *(CONTINUED)*

#### Revenue recognition

Revenue is measured at the fair value of the consideration received or receivable and represents amounts receivable for goods and services provided in the normal course of business, net of discounts and sales related taxes.

Sales of goods are recognised when goods are delivered and title has passed.

Service income is recognised when services are provided.

Revenue from provision of engineering services is recognised in accordance with the Group's accounting policy on construction contracts (see below).

Interest income is accrued on a time basis by reference to the principal outstanding and at the effective interest rate applicable, which is the rate that exactly discounts estimated future cash receipts through the expected life of the financial asset to that asset's net carrying amount.

Dividend income from investments is recognised when Group's right to receive payment has been established.

Value added tax ("VAT") refund is recognised as income when the Group's rights to receive the VAT refund has been established.

#### Construction contracts

Where the outcome of a construction contract can be estimated reliably, revenue and costs are recognised by reference to the stage of completion of the contract activity at the balance sheet date. This is normally measured by the proportion that contract costs incurred for work performed to date bear to the estimated total contract costs, except where this would not be representative of the stage of completion. Variations in contract work, claims and incentive payments are included to the extent that they have been agreed with the customer.

Where the outcome of a construction contract cannot be estimated reliably, contract revenue is recognised to the extent of contract costs incurred that it is probable will be recoverable. Contract costs are recognised as expenses in the period in which they are incurred.

When it is probable that total contract costs will exceed total contract revenue, the expected loss is recognised as an expense immediately.

#### Leasing

Leases are classified as finance leases whenever the terms of the leases transfer substantially all the risks and rewards of ownership to the lessee. All other leases are classified as operating leases.

Rentals payable under operating leases are charged to the profit or loss on a straight-line basis over the relevant lease terms. Benefits received and receivable as an incentive to enter into an operating lease are also spread on a straight-line basis over the lease term.

Rental income from operating leases is recognised on a straight-line basis over the term of the relevant lease.

Initial direct costs incurred in negotiating and arranging an operating lease are added to the carrying amount of the leased asset and recognised as an expense on a straight-line basis over the lease term.

ALRMH-CNBM00004310

China National Building Material Company Limited



## Notes to the Consolidated Financial Statements

### 4.   SIGNIFICANT ACCOUNTING POLICIES *(CONTINUED)*

#### Foreign currencies

The individual financial statements of each group entity are presented in the currency of the primary economic environment in which the entity operates (its functional currency). For the purpose of the consolidated financial statements, the results and financial position of each entity are expressed in Renminbi ("RMB"), which is the functional currency of the Company, and the presentation currency for the consolidated financial statements.

In preparing the financial statements of the individual entities, transactions in currencies other than the entity's functional currency ("foreign currencies") are recorded at the rates of exchange prevailing on the dates of the transactions. At each balance sheet date, monetary items denominated in foreign currencies are retranslated at the rates prevailing on the balance sheet date. Non-monetary items carried at fair value that are denominated in foreign currencies are retranslated at the rates prevailing on the date when the fair value was determined. Non-monetary items that are measured in terms of historical cost in a foreign currency are not retranslated.

Exchange differences arising on the settlement of monetary items, and on the retranslation of monetary items, are included in profit or loss for the period. Exchange differences arising on the retranslation of non-monetary items carried at fair value are included in profit or loss for the period except for differences arising on the retranslation of non-monetary items in respect of which gains and losses recognised directly in equity. For such non-monetary items, any exchange component of that gain or loss is also recognised directly in equity.

For the purpose of presenting consolidated financial statements, the assets and liabilities of the Group's foreign operations are expressed in RMB, using exchange rates prevailing on the balance sheet date. Income and expense items are translated at the average exchange rates for the period unless exchange rates fluctuate significantly during the period. Exchange differences arising, if any, are classified as equity and transferred to the Group's exchange reserve. Such translation differences are recognised as profit or loss in the period in which the foreign operation is disposed of.

#### Government subsidies

Government subsidies are recognised as income when the conditions for the grants are met and there is a reasonable assurance that the grant will be received. Government subsidy relating to cost are deferred and recognised as income over the period necessary to match the subsidy on a systematic basis to the costs that it is intended to compensate and reported separately as other income. Where the subsidy relates to an asset, it is credited to a deferred income account and is released to the profit or loss over the expected useful life of the relevant asset by equal annual installments.

#### Borrowing costs

Borrowing costs directly attributable to the acquisition, construction or production of qualifying assets, are capitalised as part of the cost of those assets. Capitalisation of such borrowing costs ceases when the assets are substantially ready for their intended use or sale.

All other borrowing costs are recognised as an expense in the period in which they are incurred.

#### Retirement benefits costs

Payments to defined contribution retirement benefit schemes are charged as an expense as they fall due. Payments made to state-managed retirement benefit schemes are dealt with as payments to defined contribution schemes where the Group's obligations under the schemes are equivalent to those arising in a defined contribution retirement benefit scheme.

ALRMH-CNBM00004311



**CNBM**

FOR THE YEAR ENDED 31 DECEMBER 2005
*(Prepared in accordance with IFRS)*

## Notes to the Consolidated Financial Statements



### 4.   SIGNIFICANT ACCOUNTING POLICIES *(CONTINUED)*

#### Taxation

Income tax expense represents the sum of the tax currently payable and deferred tax.

The tax currently payable is based on taxable profit for the year. Taxable profit differs from profit as reported in the consolidated income statement because it excludes items of income and expense that are taxable or deductible in other years and it further excludes income statement items that are never taxable. The Group's liability for current tax is calculated using tax rates that have been enacted or substantively enacted by the balance sheet dates.

Deferred tax is recognised on differences between the carrying amounts of assets and liabilities in the consolidated financial statements and the corresponding tax bases used in the computation of taxable profit, and is accounted for using the balance sheet liability method. Deferred tax liabilities are generally recognised for all taxable temporary differences and deferred tax assets are recognised to the extent that it is probable that taxable profits will be available against which deductible temporary differences can be utilised. Such assets and liabilities are not recognised if the temporary difference arises from goodwill or from the initial recognition (other than in a business combination) of other assets and liabilities in a transaction that affects neither the tax profit nor the accounting profit.

Deferred tax liabilities are recognised for taxable temporary differences arising on investments in subsidiaries and associates, except where the Group is able to control the reversal of the temporary difference and it is probable that the temporary difference will not reverse in the foreseeable future.

The carrying amount of deferred tax assets is reviewed at each balance sheet date and reduced to the extent that it is no longer probable that sufficient taxable profits will be available to allow all or part of the asset to be recovered.

Deferred tax is calculated at the tax rates that are expected to apply in the period when the liability is settled or the asset is realised. Deferred tax is charged or credited to the profit or loss, except when it relates to items charged or credited directly to equity, in which case the deferred tax is also dealt with in equity.

#### Property, plant and equipment

Property, plant and equipment, other than construction in progress, are stated at cost less depreciation and any accumulated impairment losses.

Construction in progress is stated at cost which includes all construction costs and other direct costs attributable to such projects including borrowing costs capitalised. It is not depreciated until completion of construction. Costs of completed construction works are transferred to the appropriate categories of property, plant and equipment.

Depreciation is provided to write off the cost of property, plant and equipment other than construction in progress over their estimated useful lives and after taking into account their estimated residual value, using the straight line method, as follows:

| | |
|---|---|
| Land and buildings | 2.38% |
| Plant and machinery | 5.28% to 9.50% |
| Motor vehicles | 9.50% |

An item of property, plant and equipment is derecognised upon disposal or when no future economic benefits are expended to arise from the continued use of the asset. Any gain or loss arising on the derecognistion of the asset (calculated as the difference between the net disposal proceeds and the carrying amount of the item) is included in the consolidated income statement in the year the item is derecognised.

ALRMH-CNBM00004312

China National Building Material Company Limited

FOR THE YEAR ENDED 31 DECEMBER 2005
*(Prepared in accordance with IFRS)*



**Notes to the Consolidated
Financial Statements**

### 4.   SIGNIFICANT ACCOUNTING POLICIES *(CONTINUED)*

#### Investment properties

Investment properties, which are properties held to earn rentals and/or for capital appreciation, are stated at cost less depreciation and any accumulated impairment losses.

Depreciation is provided to write off the cost of the investment properties over their estimated useful lives and after taking into account their estimated residual value, using the straight line method, at 2.38%.

An investment property is derecognized upon disposal or when the investment property is permanently withdrawn from use or no future economic benefits are expected from its disposal. Any gain or loss arising on derecognition of the asset (calculated as the difference between the net disposal proceeds and the carrying amount of the asset) is included in the consolidated income statement in the year in which the item is derecognised.

#### Patents and trademarks

Patents have finite useful lives and are measured initially at purchase cost and are amortised on a straight-line basis over their estimated useful lives. Subsequent to initial recognition, patents are stated at cost less depreciation and any accumulated impairment losses.

Trademarks have indefinite useful lives and are carried at cost less any accumulated impairment losses.

Gains or losses arising from derecognition of patents or trademarks are measured at the difference between the net disposal proceeds and the carrying amount of the patents or trademarks and are recognised in the consolidated income statement when the patents or trademarks are derecognised.

#### Land use rights

The prepayment made on acquiring land use right represents prepaid lease payments and it is accounted for as an operating lease. The prepaid lease payment is amortised on a straight-line basis over the lease term, or when there is impairment, the impairment is expensed in the consolidated income statement.

#### Impairment of tangible and intangible assets excluding goodwill

At each balance sheet date, the Group reviews the carrying amounts of its tangible and intangible assets with finite useful lives to determine whether there is any indication that those assets have suffered an impairment loss. If any such indication exists, the recoverable amount of the asset is estimated in order to determine the extent of the impairment loss (if any). Where the asset does not generate cash flows that are independent from other assets, the Group estimates the recoverable amount of the cash-generating unit to which the asset belongs. An intangible asset with an indefinite useful life is tested for impairment annually or more frequently whenever there is an indication that the asset may be impaired.

Recoverable amount is the higher of fair value less costs to sell and value in use. In assessing value in use, the estimated future cash flows are discounted to their present value using a pre-tax discount rate that reflects current market assessments of the time value of money and the risks specific to the asset.

If the recoverable amount of an asset (or cash-generating unit) is estimated to be less than its carrying amount, the carrying amount of the asset (cash-generating unit) is reduced to its recoverable amount. An impairment loss is recognised as an expense immediately.

Where an impairment loss subsequently reverses, the carrying amount of the asset (cash-generating unit) is increased to the revised estimate of its recoverable amount, but so that the increased carrying amount does not exceed the carrying amount that would have been determined had no impairment loss been recognised for the asset (cash-generating unit) in prior years. A reversal of an impairment loss is recognised as income immediately.

ALRMH-CNBM00004313



**CNBM**



## Notes to the Consolidated Financial Statements

### 4. SIGNIFICANT ACCOUNTING POLICIES *(CONTINUED)*

#### Inventories

Inventories are stated at the lower of cost and net realisable value. Cost comprises direct materials and, where applicable, direct labour costs and those overheads that have been incurred in bringing the inventories to their present location and condition. Cost is calculated using the weighted average method. Net realisable value represents the estimated selling price less all estimated costs to completion and costs to be incurred in marketing, selling and distribution.

#### Financial instruments

Financial assets and financial liabilities are recognised on the Group's balance sheet when the Group becomes a party to the contractual provision of the instrument.

#### Trade and other receivables, amounts due from related parties, pledged bank deposits and bank balances

Trade and other receivables, amounts due from related parties, pledged bank deposits and bank balances are measured at initial recognition at fair value, and are subsequently measured at amortised cost using the effective interest method. Appropriate allowances for estimated irrecoverable amounts are recognised in profit or loss when there is objective evidence that the asset is impaired. The allowance recognised is measured as the difference between the asset's carrying amount and the present value of estimated future cash flows discounted at the effective interest rate computed at initial recognition.

#### Investments

Investments are recognised and derecognised on a trade date basis where the purchase or sale of an investment is under a contract whose terms require delivery of the investment within the timeframe established by the market concerned, and are initially measured at fair value, plus directly attributable transaction costs.

Investments are classified as either investments held-for-trading or as available-for-sale, and are measured at subsequent reporting dates at fair value except those investments which do not have a quoted market price in an active market and whose fair value cannot be reliably measured. Where securities are held-for-trading purposes, gains and losses arising from changes in fair value are included in profit or loss for the period. For available-for-sale investments, gains and losses arising from changes in fair value are recognised directly in equity, until the security is disposed of or is determined to be impaired, at which time the cumulative gain or loss previously recognised in equity is included in the profit or loss for the period. Investments that do not have a quoted market price in an active market and whose fair value cannot be reliably measured are stated at cost less any accumulated impairment losses.

#### Borrowings

Interest-bearing bank loans and other borrowings are initially measured at fair value, and subsequently measured at amortised cost, using effective interest method. Any difference between the proceeds (net of transaction costs), and the settlement or redemption of borrowings is recognised over the term of the borrowings in accordance with the Group's accounting policy for borrowing costs.

ALRMH-CNBM00004314

China National Building Material Company Limited



## Notes to the Consolidated Financial Statements

### 4.   SIGNIFICANT ACCOUNTING POLICIES *(CONTINUED)*

#### Trade and other payables and amounts due to related parties

Trade and other payables and amounts due to related parties are initially measured at fair value, and are subsequently measured at amortised cost, using the effective interest method.

#### Equity instruments

Equity instruments issued by the Company are recorded at the proceeds received, net of direct issue costs.

### 5.   KEY SOURCES OF ESTIMATION UNCERTAINTY

The Group makes estimates and assumptions concerning the future. The estimates and assumptions that have a significant risk of causing a material adjustment to the carrying amounts of assets are discussed below.

#### Depreciation of property, plant and equipment

Property, plant and equipment are depreciated on a straight-line basis over their estimated useful lives, after taking into account their estimated residual value. The Group assesses annually the residual value and the useful life of the property, plant and equipment and if the expectation differs from the original estimate, such difference will impact the depreciation in the year in which such estimate has been changed and the future period.

#### Impairment of goodwill

Determining whether goodwill is impaired requires an estimation of the value in use of the cash-generating units to which goodwill has been allocated. The value in use calculation requires the entity to estimate the future cash flows expected to arise from the cash-generating unit and a suitable discount rate in order to calculate present value. Details of the recoverable amount calculation are disclosed in Note 17.

#### Allowances for bad and doubtful debts

The Group makes allowances for bad and doubtful debts based on an assessment of the recoverability of trade and other receivables. Allowances are applied to trade and other receivables where events or changes in circumstances indicate that the balances may not be collectible. The identification of bad and doubtful debts requires the use of judgment and estimates. Where the expectation is different from the original estimate, such difference will impact carrying value of trade and other receivables and doubtful debts expenses in the year in which such estimate has been changed.

### 6.   REVENUE

|  | 2005 RMB'000 | 2004 RMB'000 |
|---|---|---|
| Sales of goods | 4,075,036 | 2,526,933 |
| Provision of engineering services | 498,758 | 208,167 |
| Rendering of services | 152,750 | 162,972 |
|  | 4,726,544 | 2,898,072 |

ALRMH-CNBM00004315



**CNBM**

FOR THE YEAR ENDED 31 DECEMBER 2005
*(Prepared in accordance with IFRS)*

## Notes to the Consolidated Financial Statements



### 7.   BUSINESS AND GEOGRAPHICAL SEGMENTS

#### Business segments

For management purpose, the Group is currently organised into four operating divisions - lightweight building materials, cement, engineering services and glass fiber and FRP products. These activities are the basis on which the Group reports its primary segment information.

Principal activities are as follows:

| | | |
|---|---|---|
| Lightweight building materials | — | Production and sale of lightweight building materials |
| Cement | — | Production and sale of cement |
| Engineering services manufacturers and equipment procurement | — | Provision of engineering services to glass and cement |
| Glass fiber and FRP products | — | Production and sale of glass fiber and FRP products |

Segment information about these businesses is presented below.

Year ended 31 December 2005

| | Lightweight building materials RMB'000 | Cement RMB'000 | Engineering services RMB'000 | Glass fiber and FRP products RMB'000 | Eliminations RMB'000 | Total RMB'000 |
|---|---|---|---|---|---|---|
| **Revenue** | | | | | | |
| External sales | 2,326,925 | 1,268,617 | 813,928 | 317,074 | — | 4,726,544 |
| Inter-segment sales *(Note)* | — | 3,955 | 49,569 | — | (53,524) | — |
| | 2,326,925 | 1,272,572 | 863,497 | 317,074 | (53,524) | 4,726,544 |
| Segment results | 176,868 | 240,349 | 105,316 | 51,571 | (3,589) | 570,515 |
| Unallocated administrative expenses | | | | | | (7,755) |
| Share of profit of associates | 39,581 | — | (12) | 68,969 | | 108,538 |
| Finance costs | | | | | | (162,432) |
| Profit on partial disposal of a subsidiary | | | | | | 12 |
| Profit on disposal of a subsidiary | | | | | | 27,988 |
| Profit before tax | | | | | | 536,866 |
| Income tax expense | | | | | | (44,747) |
| Profit for the year | | | | | | 492,119 |

ALRMH-CNBM00004316

China National Building Material Company Limited

FOR THE YEAR ENDED 31 DECEMBER 2005
*(Prepared in accordance with IFRS)*



## Notes to the Consolidated Financial Statements

7.  **BUSINESS AND GEOGRAPHICAL SEGMENTS** *(CONTINUED)*

**Business segments** *(Continued)*

| | Lightweight building materials RMB'000 | Cement RMB'000 | Engineering services RMB'000 | Glass fiber and FRP products RMB'000 | Eliminations RMB'000 | Total RMB'000 |
|---|---|---|---|---|---|---|
| **OTHER INFORMATION** | | | | | | |
| Capital expenditure | 954,592 | 1,071,180 | 14,166 | 68,401 | | 2,108,339 |
| Unallocated capital expenditure | — | — | — | — | | 1,807 |
| Depreciation and amortisation | 115,177 | 78,491 | 2,059 | 22,279 | | 218,006 |
| Unallocated depreciation and amortisation | — | — | — | — | | 807 |
| Allowance for bad and doubtful debts | 2,342 | 465 | 817 | 486 | | 4,110 |
| Write-down of inventories | 1,292 | — | — | 2,241 | | 3,533 |
| | | | | | | |
| BALANCE SHEET | | | | | | |
| **ASSETS** | | | | | | |
| Segment assets | 4,219,956 | 3,401,514 | 554,839 | 629,246 | | 8,805,555 |
| Interests in associates | 245,553 | — | 7,905 | 610,701 | | 864,159 |
| Unallocated assets | — | — | — | — | | 42,785 |
| | | | | | | |
| | | | | | | 9,712,499 |
| | | | | | | |
| **LIABILITIES** | | | | | | |
| Segment liabilities | 590,216 | 796,785 | 165,113 | 404,487 | | 1,956,601 |
| Unallocated liabilities | — | — | — | — | | 4,328,965 |
| | | | | | | |
| | | | | | | 6,285,566 |

ALRMH-CNBM00004317



**CNBM**



## Notes to the Consolidated Financial Statements

### 7.   BUSINESS AND GEOGRAPHICAL SEGMENTS *(CONTINUED)*

**Business segments** *(Continued)*

Year ended 31 December 2004

| | Lightweight building materials RMB'000 | Cement RMB'000 | Engineering services RMB'000 | Glass fiber and FRP products RMB'000 | Eliminations RMB'000 | Total RMB'000 |
|---|---|---|---|---|---|---|
| **Revenue** | | | | | | |
| External sales | 1,482,574 | 778,802 | 375,418 | 261,278 | — | 2,898,072 |
| Inter-segment sales (Note) | — | — | 90,458 | — | (90,458) | — |
| | 1,482,574 | 778,802 | 465,876 | 261,278 | (90,458) | 2,898,072 |
| Segment results | 98,236 | 125,940 | 57,425 | 23,802 | (8,933) | 296,470 |
| Share of profit of associates | 27,578 | — | (83) | 69,213 | | 96,708 |
| Finance costs | | | | | | (98,795) |
| Profit before tax | | | | | | 294,383 |
| Income tax expense | | | | | | (24,990) |
| Profit for the year | | | | | | 269,393 |
| **OTHER INFORMATION** | | | | | | |
| Capital expenditure | 822,295 | 738,192 | 3,941 | 17,360 | | 1,581,788 |
| Depreciation and amortisation | 84,658 | 34,095 | 474 | 14,747 | | 133,974 |
| Allowances for bad and doubtful debts | 2,374 | 68 | 206 | 5,071 | | 7,719 |
| Write-down of inventories | 1,788 | — | — | 1,411 | | 3,199 |
| **BALANCE SHEET** | | | | | | |
| **ASSETS** | | | | | | |
| Segment assets | 2,867,382 | 2,413,367 | 307,549 | 563,826 | | 6,152,124 |
| Interests in associates | 211,043 | — | 2,917 | 585,413 | | 799,373 |
| | | | | | | 6,951,497 |
| **LIABILITIES** | | | | | | |
| Segment liabilities | 399,446 | 455,985 | 177,681 | 241,140 | | 1,274,252 |
| Unallocated liabilities | | | | | | 2,711,232 |
| | | | | | | 3,985,484 |

Note:    The inter-segment sales were carried out with reference to market prices.

ALRMH-CNBM00004318

China National Building Material Company Limited



**Notes to the Consolidated
Financial Statements**

### 7. BUSINESS AND GEOGRAPHICAL SEGMENTS *(CONTINUED)*

**Geographical segment**

The Group's operations and assets are principally located in the PRC. Accordingly, no geographical segment analysis is presented.

### 8. OTHER INCOME

| | 2005 RMB'000 | 2004 RMB'000 |
|---|---|---|
| Investment income | | |
| – Dividend from available-for-sale investments | 2,294 | 1,100 |
| – Interest on bank deposits | 19,356 | 17,653 |
| – Net gain on disposal of held-for-trading investments | 20 | — |
| Government subsidies | | |
| – Government grants | 47,199 | 39,746 |
| – VAT refund | 92,550 | 44,404 |
| – Interest subsidy | 2,280 | 8,081 |
| Net rental income | 19,549 | 16,585 |
| Discount on acquisition released to income | 10,850 | — |
| Gain on disposal of property, plant and equipment | 1,535 | — |
| Waiver of payables | 5,914 | 2,472 |
| Promotion fee | 17,724 | 7,325 |
| Technical and other service income | 44,088 | 11,744 |
| Net foreign exchange gain | 169 | 2,187 |
| | 263,528 | 151,297 |

### 9. FINANCE COSTS

| | 2005 RMB'000 | 2004 RMB'000 |
|---|---|---|
| Interest on bank borrowings | | |
| – wholly repayable within five years | 207,481 | 125,273 |
| Less: interest capitalised to construction in progress | (45,049) | (26,478) |
| | 162,432 | 98,795 |

Borrowing costs capitalised for the year ended December 31, 2005 arose on the general borrowing pool and were calculated by applying a capitalisation rate of 5.4% (2004: 5.5%) to expenditure on the qualifying assets.

ALRMH-CNBM00004319



**CNBM**

FOR THE YEAR ENDED 31 DECEMBER 2005
*(Prepared in accordance with IFRS)*

## Notes to the Consolidated Financial Statements



### 10.  DIRECTORS' AND EMPLOYEES' EMOLUMENTS

**(1)   Directors' and supervisors' emoluments**

Details of emoluments of directors and supervisors for the year ended December 31, 2005 and December 31, 2004 are as follows:

**Year ended December 31, 2005**

| | Fees RMB'000 | Salaries, allowances and benefits in kinds RMB'000 | Discretionary bonuses RMB'000 | Retirement plan contributions RMB'000 | Total RMB'000 |
|---|---|---|---|---|---|
| **Executive directors** | | | | | |
| Mr. Song Zhiping | — | — | — | — | — |
| Mr. Cao Jianglin | — | 36 | — | — | 36 |
| Mr. Li Yimin | — | 114 | — | 11 | 125 |
| **Non – executive directors** | | | | | |
| Ms. Cui Lijun | — | 36 | — | — | 36 |
| Mr. Huang Anzhong | — | — | — | — | — |
| Mr. Zuo Fenggao | — | — | — | — | — |
| Mr. Guo Chaomin | — | — | — | — | — |
| **Independent non – executive directors** | | | | | |
| Mr. Zhang Renwei | — | — | — | — | — |
| Mr. Zhou Daojiong | — | — | — | — | — |
| Mr. Chi Haibin | — | — | — | — | — |
| Mr. Lau Ko Yuen, Tom | — | — | — | — | — |
| **Supervisors** | | | | | |
| Mr. Shen Anqin | — | — | — | — | — |
| Ms. Zhou Guoping | — | — | — | — | — |
| Mr. Bao Wenchun | — | 36 | — | — | 36 |
| Ms. Cui Shuhong | — | 74 | — | 11 | 85 |
| Mr. Zhang Zhaomin | — | — | — | — | — |
| Mr. Liu Chijin | — | — | — | — | — |
| | — | 296 | — | 22 | 318 |

ALRMH-CNBM00004320

China National Building Material Company Limited

FOR THE YEAR ENDED 31 DECEMBER 2005
*(Prepared in accordance with IFRS)*



## Notes to the Consolidated Financial Statements

### 10.  DIRECTORS' AND EMPLOYEES' EMOLUMENTS *(CONTINUED)*

**(1)   Directors' and supervisors' emoluments** *(Continued)*

Year ended December 31, 2004

| | Fees RMB'000 | Salaries, allowances and benefits in kinds RMB'000 | Discretionary bonuses RMB'000 | Retirement plan contributions RMB'000 | Total RMB'000 |
|---|---|---|---|---|---|
| **Executive directors** | | | | | |
| Mr. Song Zhiping | — | — | — | — | — |
| Mr. Cao Jianglin | — | 36 | — | — | 36 |
| Mr. Li Yimin | — | — | — | — | — |
| | | | | | |
| **Non – executive directors** | | | | | |
| Ms. Cui Lijun | — | 36 | 50 | — | 86 |
| Mr. Huang Anzhong | — | — | — | — | — |
| Mr. Zuo Fenggao | — | — | — | — | — |
| Mr. Guo Chaomin | — | — | — | — | — |
| | | | | | |
| **Independent non – executive directors** | | | | | |
| Mr. Zhang Renwei | — | — | — | — | — |
| Mr. Zhou Daojiong | — | — | — | — | — |
| Mr. Chi Haibin | — | — | — | — | — |
| Mr. Lau Ko Yuen, Tom | — | — | — | — | — |
| | | | | | |
| **Supervisors** | | | | | |
| Mr. Shen Anqin | — | — | — | — | — |
| Ms. Zhou Guoping | — | — | — | — | — |
| Mr. Bao Wenchun | — | 270 | 216 | 14 | 500 |
| Ms. Cui Shuhong | — | 4 | 10 | — | 14 |
| Mr. Zhang Zhaomin | — | — | 20 | — | 20 |
| Mr. Liu Chijin | — | — | — | — | — |
| | | | | | |
| | — | 346 | 296 | 14 | 656 |

For the year ended December 31, 2005, Parent and Beijing New Material (Group) Company Limited ("BNBMG"), a shareholder of the Company, bore approximately RMB220,000 (2004: RMB920,000) as part of the cost of the purchase of apartments by Mr. Guo Chaomin (resigned on February 20,2006)(2004:Mr. Li Yimin). The emoluments were paid by Parent and BNBMG in respect of their services to the Group and Parent.

ALRMH-CNBM00004321



**CNBM**



## Notes to the Consolidated Financial Statements

### 10.  DIRECTORS' AND EMPLOYEES' EMOLUMENTS *(CONTINUED)*

#### (2)  Employees' emoluments

The emoluments of the five highest paid individuals did not include directors and supervisors of the Company for both 2005 and 2004. The emoluments of five highest paid individuals respectively for the year are as follows:

|  | 2005 RMB'000 | 2004 RMB'000 |
|---|---|---|
| Salaries, allowances and benefits in kind | 966 | 720 |
| Discretionary bonuses | 956 | 1,356 |
| Retirement plan contributions | 136 | 52 |
|  | 2,058 | 2,128 |

Their emoluments paid by the Group are within the following band:

|  | | |
|---|---|---|
| Nil – RMB1,036,000 (equivalent to HK$1,000,000) | 5 | 5 |

No emoluments were paid by the Group to the directors, supervisors nor the five highest paid individuals as an inducement to join or upon joining the Group or as compensation for loss of office, and none of the directors and supervisors has waived any emoluments for both years.

ALRMH-CNBM00004322

China National Building Material Company Limited



## Notes to the Consolidated Financial Statements

### 11. PROFIT BEFORE TAX

Profit before tax has been arrived at after charging:

|  | 2005 RMB'000 | 2004 RMB'000 |
|---|---|---|
| Depreciation of property, plant and equipment and investment properties | 211,694 | 127,661 |
| Cost of inventories recognised as expenses | 3,014,071 | 1,919,209 |
| Amortisation of intangible assets (included in administrative expenses) | 2,193 | 1,749 |
| Land use rights released to income | 5,926 | 4,564 |
| Auditor's remuneration | 5,056 | 1,046 |
| Staff costs |  |  |
| - Salaries and other allowances | 260,738 | 185,628 |
| - Retirement plan contributions | 29,745 | 22,644 |
| Loss on disposals of property, plant and equipment | — | 2,566 |
| Net loss on disposal of available-for-sales investments | — | 4,540 |
| Gain on fair value change on held-for-trading investments | 1,528 | — |
| Allowances for bad and doubtful debts | 4,110 | 7,719 |
| Write-down of inventories | 3,533 | 3,199 |
| Waiver of payables | 5,914 | 2,472 |
| Operating lease rentals | 12,394 | 4,911 |

### 12. INCOME TAX EXPENSE

|  | 2005 RMB'000 | 2004 RMB'000 |
|---|---|---|
| Current income tax | 46,210 | 26,411 |
| Deferred income tax (Note 34) | (1,463) | (1,421) |
|  | 44,747 | 24,990 |

PRC income tax is calculated at 33% of the estimated assessable profit of the Group as determined in accordance with relevant tax rules and regulations in the PRC for both years, except for certain subsidiaries of the Company, which are exempted or taxed at preferential rates of 15% entitled by the subsidiaries in accordance with relevant tax rules and regulations in the PRC.

ALRMH-CNBM00004323



**CNBM**

FOR THE YEAR ENDED 31 DECEMBER 2005
*(Prepared in accordance with IFRS)*



# Notes to the Consolidated Financial Statements

## 12. INCOME TAX EXPENSE *(CONTINUED)*

The total charge for the year can be reconciled to the accounting profit as follows:

|  | 2005 RMB'000 | 2004 RMB'000 |
|---|---|---|
| Profit before tax | 536,866 | 294,383 |
| Tax at domestic income tax rate of 33% | 177,166 | 97,146 |
| Tax effect of share of profit of associates | (35,818) | (31,914) |
| Tax effect of expenses that are not deductible | 7,166 | 9,782 |
| Tax effect of unrecognised tax losses | 14,205 | 13,117 |
| Tax effect of income tax credits granted to subsidiaries on utilisation of industrial waste (Note i) | (27,772) | (28,372) |
| Tax effect of income tax credits granted to subsidiaries on acquisition of certain qualified equipment (Note ii) | (48,894) | — |
| Tax effect of tax losses incurred by Shandong Lunan Cement Company Limited ("Lunan Cement") and Jiangsu Julong Cement Group Company Limited ("Julong Cement") (Note iii) | — | (21,772) |
| Effect of differential tax rate on subsidiaries' income | (41,306) | (12,997) |
|  | 44,747 | 24,990 |

Notes:

(i)    Pursuant to the relevant tax rules and regulations, tax credits were granted to BNBM including certain of its subsidiaries and China United Luhong Cement Company Limited ("Luhong") on utilisation of industrial waste as part of the raw materials. The credits are allowed as a deduction of current PRC income tax expenses upon relevant conditions were fulfilled and relevant tax approval was obtained from the relevant tax bureau.

(ii)   Pursuant to the relevant tax rules and regulations, Luhong,China United Julong Huaihai Cement Company Limited ("Huaihai") ,China United Nanyang Company ("Nanyang") and Shandong Taihe Dongxin Company Limited ("Taihe") can claim PRC income tax credits on 40% of the acquisition cost of certain qualified equipment manufactured in the PRC, to the extent to the PRC income tax expense in excess of that in the previous year. Such PRC income tax credits are allowed as a deduction of current income tax expenses upon relevant conditions were fulfilled and relevant tax approval was obtained from the relevant tax bureau.

(iii)  Luhong and Huaihai were established for the purpose of taking over the cement produced using the clinker manufactured by the new suspension preheater dry process ("NSP Cement") operations of Lunan Cement and Julong Cement respectively pursuant to the Restructuring. Accordingly, Luhong and Huaihai was not a stand-alone tax paying entity in accordance with the relevant PRC tax rules and regulations and the assessable profit of Luhong and Huaihai as a whole was reduced by the tax losses incurred by the operations other than the NSP Cement operations of Lunan Cement and Julong Cement respectively prior to the Restructuring. As a result, the PRC income tax payable by Luhong and Huaihai was less than what it would have to pay had the NSP Cement operations been a stand-alone tax paying entity.

ALRMH-CNBM00004324

China National Building Material Company Limited

FOR THE YEAR ENDED 31 DECEMBER 2005
*(Prepared in accordance with IFRS)*



## Notes to the Consolidated Financial Statements

### 13. DISTRIBUTIONS

Set out below are the details of distributions made during the year ended December 31, 2005:

|  | 2005 RMB'000 | 2004 RMB'000 |
|---|---|---|
| (I)  Dividends | 135,637 (Note i) | 27,759 (Note ii) |
| (II) Proposed dividend - RMB0.0388 per share | 80,382 | — |
|  | 216,019 | 27,759 |

The final dividend of RMB0.0388 per share has been proposed by the directors and is subject to approval of the shareholders in the forthcoming annual general meeting.

*Notes:*

*(i)    Pursuant to the "Provisional Regulation relating to Corporate Restructuring of Enterprises and Related Management of State-owned Capital and Financial Treatment" which was issued by the PRC Ministry of Finance and became effective from August 27, 2002, the Company's profit for the period from October 1, 2004 (being the first date after the effective date of Restructuring) to March 27, 2005 (being the date immediately prior to the date of its conversion as a joint stock company) belongs to the then shareholders of the Company. A dividend of RMB135,637,000 was declared to the then shareholders of the Company on March 28, 2005.*

*The rates of dividend and the number of shares ranking for dividends are not presented for those profit distributions as such information is not considered meaningful.*

*(ii)   The amount represented dividend paid by BNBM, the Company's subsidiary and its shares are listed on the Shenzhen Stock Exchange.*

### 14. EARNINGS PER SHARE

The calculation of basic earnings per share is based on the profit attributable to equity holders of the Company for the year and on the weighted average number of 1,387,606,849 shares (2004: 1,387,110,000 shares) on the assumption that the Restructuring had been completed before January 1, 2004.

No diluted earnings per share is presented as the Company did not have any dilutive potential shares for both years or at each of the balance sheet dates.

ALRMH-CNBM00004325



**CNBM**



# Notes to the Consolidated Financial Statements

## 15. PROPERTY, PLANT AND EQUIPMENT

| | Construction in progress RMB'000 | Land and buildings RMB'000 | Plant and machinery RMB'000 | Motor vehicles RMB'000 | Total RMB'000 |
|---|---|---|---|---|---|
| **COST** | | | | | |
| At January 1, 2004 | 424,967 | 698,102 | 1,230,310 | 57,291 | 2,410,670 |
| Additions | 1,280,882 | 80,848 | 184,307 | 15,933 | 1,561,970 |
| Acquired on acquisition of subsidiaries | 3,547 | 60,125 | 42,962 | 5,968 | 112,602 |
| Transfer | (452,035) | 127,474 | 322,086 | 2,475 | — |
| Disposals | — | — | (6,266) | (3,902) | (10,168) |
| Disposal of a subsidiary | — | — | (296) | (863) | (1,159) |
| Transfer to investment properties | — | (3,026) | — | — | (3,026) |
| | | | | | |
| At December 31, 2004 | 1,257,361 | 963,523 | 1,773,103 | 76,902 | 4,070,889 |
| Additions | 1,012,268 | 31,241 | 45,998 | 24,462 | 1,113,969 |
| Acquired on acquisition of subsidiaries | 279,317 | 267,580 | 429,321 | 13,296 | 989,514 |
| Transfer | (1,204,223) | 360,882 | 843,018 | 323 | — |
| Disposals | (260) | (9,654) | (24,070) | (8,123) | (42,107) |
| Disposal of a subsidiary | (5,607) | (30,225) | (73,135) | (2,204) | (111,171) |
| Transfer to investment properties | (153,410) | — | — | — | (153,410) |
| | | | | | |
| At December 31, 2005 | 1,185,446 | 1,583,347 | 2,994,235 | 104,656 | 5,867,684 |
| | | | | | |
| **DEPRECIATION AND IMPAIRMENT** | | | | | |
| At January 1, 2004 | — | 198,410 | 590,511 | 17,652 | 806,573 |
| Provided for the year | — | 28,000 | 89,080 | 8,608 | 125,688 |
| Eliminated on disposals | — | — | (3,960) | (2,722) | (6,682) |
| Elimination on disposal of a subsidiary | — | — | (188) | (343) | (531) |
| Transfer to investment properties | — | (316) | — | — | (316) |
| | | | | | |
| At December 31, 2004 | — | 226,094 | 675,443 | 23,195 | 924,732 |
| Provided for the year | — | 34,791 | 162,104 | 10,323 | 207,218 |
| Eliminated on disposals | — | (8,548) | (22,062) | (4,993) | (35,603) |
| Elimination on disposal of a subsidiary | — | (3,354) | (16,756) | (646) | (20,756) |
| | | | | | |
| At December 31, 2005 | — | 248,983 | 798,729 | 27,879 | 1,075,591 |
| | | | | | |
| **CARRYING VALUES** | | | | | |
| At December 31, 2005 | 1,185,446 | 1,334,364 | 2,195,506 | 76,777 | 4,792,093 |
| | | | | | |
| At December 31, 2004 | 1,257,361 | 737,429 | 1,097,660 | 53,707 | 3,146,157 |

The carrying amount of land and building shown above comprises lease hold interests in land situated in the PRC under medium term leases.

ALRMH-CNBM00004326

China National Building Material Company Limited



## Notes to the Consolidated Financial Statements

### 15. PROPERTY, PLANT AND EQUIPMENT *(CONTINUED)*

At the balance sheet date, the carrying amount of the Group's property, plant and equipment pledged to secure the bank loans granted to the Group is analysed as follows:

|  | 2005 RMB'000 | 2004 RMB'000 |
|---|---|---|
| Land and buildings | 161,847 | 189,333 |
| Plant and machinery | 391,937 | 157,612 |
| Total | 553,784 | 346,945 |

### 16. INVESTMENT PROPERTIES

|  | RMB'000 |
|---|---|
| **COST** |  |
| At January 1, 2004 | 118,999 |
| Addition | 513 |
| Transfer from property, plant and equipment | 3,026 |
| At December 31, 2004 | 122,538 |
| Addition | 156 |
| Acquired on acquisition of subsidiaries | 5,575 |
| Transfer from construction in progress | 153,410 |
| At December 31, 2005 | 281,679 |
| **DEPRECIATION** |  |
| At January 1, 2004 | 6,270 |
| Provided for the year | 1,973 |
| Transfer from property, plant and equipment | 316 |
| At December 31, 2004 | 8,559 |
| Provided for the year | 4,476 |
| At December 31, 2005 | 13,035 |
| **CARRYING VALUES** |  |
| At December 31, 2005 | 268,644 |
| At December 31, 2004 | 113,979 |

ALRMH-CNBM00004327



**CNBM**

FOR THE YEAR ENDED 31 DECEMBER 2005
*(Prepared in accordance with IFRS)*

## Notes to the Consolidated Financial Statements



### 16. INVESTMENT PROPERTIES *(CONTINUED)*

The fair value of the Group's investment properties as at December 31, 2005 was RMB324,545,000. The fair value has been arrived at on the basis of a valuation carried out at that date by Sallmanns (Far East) Ltd., independent valuers not connected with the Group. The valuation, which conforms to the HKIS Valuation Standards on Properties published by the Hong Kong Institute of Surveyors, was arrived at by making reference to comparable sale transactions as available in the relevant market.

Had the investment properties been stated at the valuation amount, additional depreciation of approximately RMB1,020,000 would have been charged for the year.

The property rental income earned by the Group during the year from its investment the properties, all of which are leased out under operating leases, amounted to RMB25,147,000 (2004: RMB22,285,000). Direct operating expenses arising on the investment properties amounted to RMB8,892,000 (2004: RMB5,700,000).

### 17. GOODWILL

|  | 2005 RMB'000 | 2004 RMB'000 |
|---|---|---|
| CARRYING VALUE |  |  |
| At beginning of the year | 1,604 | 706 |
| Additions on acquisition of subsidiaries | 51,174 | 898 |
| Addition on acquisition of additional interest in a subsidiary | 3,702 | — |
| Elimination on disposal of a subsidiary | (278) | — |
| At end of the year | 56,202 | 1,604 |

Goodwill is allocated to the cash generating units ("CGUs") that are expected to benefit from the business combination. The carrying amount of goodwill had been allocated as follows:

|  | 2005 RMB'000 | 2004 RMB'000 |
|---|---|---|
| Lightweight building materials | 37,871 | 1,542 |
| Cement | 18,269 | — |
| Engineering services | 62 | 62 |
|  | 56,202 | 1,604 |

ALRMH-CNBM00004328

China National Building Material Company Limited

FOR THE YEAR ENDED 31 DECEMBER 2005
*(Prepared in accordance with IFRS)*



## Notes to the Consolidated Financial Statements

### 17. GOODWILL *(CONTINUED)*

The Group tests goodwill annually for impairment, or more frequently if there are indications that goodwill might be impaired.

The recoverable amounts of the CGUs are determined from value in use calculations. The key assumption for the value in use calculations of the above CGUs are those regarding the discount rate and growth rate. The Group prepares cash flow forecasts derived from the most recent financial budgets and extrapolates cash flows for the following five years based on steady growth rate of 5% and a discount rate of 5%. The growth rate used does not exceed the average long-term growth rate for the relevant markets.

### 18. INTANGIBLE ASSETS

|  | Patents and trademarks RMB'000 |
|---|---|
| COST |  |
| At January 1, 2004 | 3,782 |
| Additions | 19,305 |
| Acquired on acquisition of subsidiaries | 2,798 |
| At December 31, 2004 | 25,885 |
| Additions | 932 |
| At December 31, 2005 | 26,817 |
| AMORTISATION |  |
| At January 1, 2004 | 466 |
| Charged for the year | 1,749 |
| At December 31, 2004 | 2,215 |
| Charged for the year | 2,193 |
| At December 31, 2005 | 4,408 |
| CARRYING VALUES |  |
| At December 31, 2005 | 22,409 |
| At December 31, 2004 | 23,670 |

Trademarks have indefinite useful lives. Patents included above have finite useful lives, over which the assets are amortised. The average amortisation period for the patents is 9 years.

ALRMH-CNBM00004329





## Notes to the Consolidated Financial Statements

## 19.  PARTICULARS OF SUBSIDIARIES

Details of the Company's principal subsidiaries establishment in the PRC as at December 31, 2005, which are established in the PRC, are as follows:

| Company | Date of establishment | Nominal value of registered and paid-up capital | Attributable equity interest to the Company Direct % | Indirect % | Principal activities |
|---|---|---|---|---|---|
| BNBM (Note i) | May 30, 1997 | RMB575,150,000 | 60.33 | — | Production and sale of lightweight building materials |
| China United | September 29, 1992 | RMB415,580,000 | 90.10 | 5.97 | Production and sale of cement |
| Luhong (Note ii) | September 28, 2004 | RMB200,000,000 | — | 77.18 | Production and sale of cement |
| Huaihai (Note ii) | September 29, 2004 | RMB139,820,000 | — | 85.30 | Production and sale of cement |
| China United Qingzhou Luhong Cement Company Limited | February 20, 2004 | RMB100,000,000 | — | 92.29 | Production and sale of cement |
| China Composites Group Corporation Limited ("China Composites") | June 28, 1988 | RMB200,000,000 | 77 | — | Production and sale of FRP products |
| Lianyungang Zhongfu Lianzhong Composite Material Group Company Limited ("Zhongfu Lianzhong") | October 26, 1989 | RMB66,579,600 | — | 72.77 | Production and sale of FRP products |
| Changzhou China Composites Liberty Company Limited ("Zhongfu Liberty") | December 18, 2003 | RMB50,000,000 | — | 61.60 | Production and sale of PVC tiles |
| Changzhou China Composites Tianma Fiberglass Products Company Limited ("Zhongxin Tianma") | December 11, 1995 (Note iii) | USD11,885,000 | — | 30.80 | Production and sale of glass fiber mats |
| China Triumph International Engineering Company Limited | June 28, 1988 | RMB60,000,000 | 91 | — | Provision of engineering services |
| CTIEC Shenzhen Triumph Scienotech Engineering Company Limited | April 8, 2002 | RMB5,000,000 | — | 50.05 | Provision of engineering services |
| China Triumph Nanjing Cement Technological and Engineering Company Limited | December 26, 2001 | RMB7,820,000 | — | 46.55 | Provision of engineering services |

ALRMH-CNBM00004330

China National Building Material Company Limited

## Notes to the Consolidated Financial Statements

### 19. PARTICULARS OF SUBSIDIARIES *(CONTINUED)*

Notes:

(i)    BNBM is a joint stock company listed on the Shenzhen Stock Exchange.

(ii)   As part of the Restructuring, Luhong and Huaihai were established for the purpose of taking over the Transferred Operations from Lunan Cement and Julong Cement respectively effective December 31, 2003.

(iii)  China Composites is entitled to nominate two directors to the five-member board of directors of Zhongxin Tianma in accordance with the joint venture agreement of Zhongxin Tianma. Pursuant to the agreement dated January 29, 2004 entered into between China Composites and Changzhou Tianma Group Company Limited ("Changzhou Tianma") which holds 35% equity interests in Zhongxin Tianma, Changzhou Tianma assigned Zhongxin Tianma the voting rights of the two directors nominated by Changzhou Tianma. Consequently, Zhongxin Tianma has been controlled by China Composites since year 2004 and has been accounted for as a subsidiary since year 2004.

(iv)   The above table lists the subsidiaries of the Group which, in the opinion of the directors, principally affected the results or assets of the Group. To give details of other subsidiaries would, in the opinion of the directors, result in particulars of excessive length.

### 20. INTERESTS IN ASSOCIATES

|  | 2005 RMB'000 | 2004 RMB'000 |
|---|---|---|
| Cost of investment in associate |  |  |
| - listed in the PRC | 183,755 | 183,755 |
| - unlisted | 157,078 | 168,029 |
| Share of post-acquisition profit, net of dividend received | 523,326 | 447,589 |
|  | 864,159 | 799,373 |
| Fair value of listed investments | 1,251,263 | 1,341,919 |

As at December 31, 2005, the cost of investment in associates included goodwill of associates of RMB6,444,000 (2004: RMB6,444,000).

As at balance sheet date, the Group had interests in the following principal associates:

| Company | Place and date of registration | Issued and fully paid capital | Attributable equity interest to the Group 2005 | Principal activities |
|---|---|---|---|---|
| China Fiberglass *(Note i)* | PRC April 16, 1999 | 427,392,000 | 40.17% | Production of glass fiber |
| Shanghai Yaohua Pilkington Glass Co., Ltd. ("Yaohua") *(Note ii)* | PRC December 9, 1993 | 731,250,082 | 12.96% | Production of float glass |

ALRMH-CNBM00004331



**CNBM**

FOR THE YEAR ENDED 31 DECEMBER 2005
*(Prepared in accordance with IFRS)*

## Notes to the Consolidated Financial Statements



### 20. INVESTMENTS IN ASSOCIATES *(CONTINUED)*

*Notes:*

*(i)* China Fiberglass is a joint stock company listed on the Shanghai Stock Exchange. Although the Company has four non-independent directors on the China Fiberglass nine-member board, including the chairman, the Company holds less than 50% of the voting power in the shareholding meeting of China Fiberglass. As such, China Fiberglass is accounted for as an associate.

*(ii)* Yaohua is a joint stock company listed on the Shanghai Stock Exchange. Although the Group holds less than 20% of the voting power in Yaohua, the Group has exercised significant influence to govern the financial and operating policies by virtue of having two non-independent directors on the eight-member board of Yaohua.

Summarised financial information in respect of the Group's associates is set out below.

|  | 2005 RMB'000 | 2004 RMB'000 |
|---|---|---|
| Revenue | 5,103,414 | 4,493,711 |
| Profit for the year | 459,813 | 476,064 |
| Group's share of associates' profit for the year | 108,538 | 96,708 |
| Total assets | 9,416,826 | 7,893,693 |
| Total liabilities | (5,036,395) | (4,018,638) |
| Minority interests | (901,925) | (544,643) |
| Net assets | 3,478,506 | 3,330,412 |
| Group's share of associates' net assets | 864,159 | 799,373 |

ALRMH-CNBM00004332

China National Building Material Company Limited

FOR THE YEAR ENDED 31 DECEMBER 2005
*(Prepared in accordance with IFRS)*



## Notes to the Consolidated Financial Statements

### 21. INVESTMENTS

| | 2005 RMB'000 | 2004 RMB'000 |
|---|---|---|
| Available-for-sale Investments | | |
| Unlisted equity shares, at cost *(Note)* | 51,543 | 41,042 |
| | | |
| Investments held-for-trading | | |
| Quoted investment funds | 15,383 | 10,405 |
| Quoted debt securities | — | 907 |
| | 15,383 | 11,312 |
| | | |
| Investments held-for-trading, at market values based on the quoted market bid prices available in active markets | 15,383 | 11,312 |

Note: The available-for-sale investments are accounted for at cost less accumulated impairment losses as such investments do not have a quoted market price in an active market and the range of reasonable fair value estimated is so significant that the directors are of the opinion that whose fair value cannot be reliably measured.

### 22. DEPOSITS

| | 2005 RMB'000 | 2004 RMB'000 |
|---|---|---|
| Investment deposit | 5,000 | 50,000 |
| Deposits paid to acquire property, plant and equipment | 26,928 | 16,900 |
| | 31,928 | 66,900 |

ALRMH-CNBM00004333



**CNBM**



## Notes to the Consolidated Financial Statements

### 23. LAND USE RIGHTS

| | 2005<br>RMB'000 | 2004<br>RMB'000 |
|---|---|---|
| CARRYING AMOUNT | | |
| At beginning of the year | 246,417 | 113,739 |
| Additions | 26,341 | 108,261 |
| Shareholder's contribution | — | 28,981 |
| Acquisition of subsidiaries | 47,533 | — |
| Released to income statement | (5,926) | (4,564) |
| Disposal of subsidiaries | (1,048) | — |
| At end of the year | 313,317 | 246,417 |

Analysis of the carrying amount of land use rights is as follows:

| | 2005<br>RMB'000 | 2004<br>RMB'000 |
|---|---|---|
| Land use rights | 313,317 | 246,417 |
| Less: Portion to be charged to income<br>statement in the coming twelve<br>months included as prepayments<br>under current assets | (7,135) | (6,199) |
| Amount due after one year | 306,182 | 240,218 |

The amount represents the prepayment of rentals for land use rights situated in the PRC for a period of 38 - 50 years.

As at December 31, 2005, the Group has pledged land use rights having a carrying value of approximately RMB95,370,000(2004: Nil) to secure bank loans granted to the Group.

### 24. INVENTORIES

| | 2005<br>RMB'000 | 2004<br>RMB'000 |
|---|---|---|
| Raw materials | 284,117 | 176,247 |
| Work-in-progress | 103,601 | 51,023 |
| Finished goods | 321,276 | 290,113 |
| Consumables | 12,558 | 12,839 |
| | 721,552 | 530,222 |

ALRMH-CNBM00004334

China National Building Material Company Limited



**Notes to the Consolidated Financial Statements**

## 25. TRADE AND OTHER RECEIVABLES

|  | 2005 RMB'000 | 2004 RMB'000 |
|---|---|---|
| Trade receivable, net of allowances for bad and doubtful debts | 721,866 | 435,000 |
| Bills receivable | 48,740 | 109,845 |
| Amounts due from contract customers | 47,577 | 44,773 |
| Other receivables, deposits and prepayments | 619,485 | 332,005 |
|  | 1,437,668 | 921,623 |

The Group normally allowed an average of credit period of 60-90 days to its trade customers.

Ageing analysis of trade receivable is as follows:

|  | 2005 RMB'000 | 2004 RMB'000 |
|---|---|---|
| Within two months | 398,659 | 217,344 |
| More than two months but within one year | 210,740 | 148,018 |
| Between one and two years | 77,586 | 50,714 |
| Between two and three years | 22,212 | 12,425 |
| Over three years | 12,669 | 6,499 |
|  | 721,866 | 435,000 |

The bills receivable is aged within six months.

As at December 31, 2005, the Group has pledged trade receivable and bill receivable approximately RMB13,020,000 (2004:Nil) and RMB7,100,000 (2004:Nil) to secure bank loans granted to the Group.

The directors consider that the carrying amount of trade and other receivables approximates its fair value.

### Credit risk

The Group's principal financial assets are bank balances and cash, pledged deposits, trade and other receivables and amounts due from related parties, which represent the Group's maximum exposure to credit risk in relation to the financial assets.

In order to minimise the credit risk, the management of the Group has delegated a team responsible for determination of credit limits, credit approvals and other monitoring procedures to ensure that follow-up action is taken to cover overdue debts. In addition, the Group reviews the recoverable amount of trade receivables at each balance sheet date to ensure that adequate impairment losses are made for irrecoverable amounts. In this regard, the directors of the Company consider the Group's credit risk is significantly reduced.

The Group has no significant concentration of credit risk, with exposure spread over a large number of counterparties and customers.

ALRMH-CNBM00004335



**CNBM**

FOR THE YEAR ENDED 31 DECEMBER 2005
*(Prepared in accordance with IFRS)*

## Notes to the Consolidated Financial Statements



### 25.  TRADE AND OTHER RECEIVABLES *(CONTINUED)*

#### Liquidity risk

The Group is exposed to liquidity risk as a significant percentage of the Group's funding requirements is through short term bank borrowings. Except for using part of the net proceeds arising from the global offering of the Company's shares of approximately RMB1,800,000,000 for repayment of a portion of the Group's outstanding short term bank borrowings, the directors intend to refinance a significant portion of such short term bank borrowings each year. Up to approval date of the consolidated financial statements, the Group had obtained agreements form certain banks in which these banks agreed to renew the short term bank loans of approximately RMB2,057,300,000 for one year upon maturity. As at December 31, 2005, the Group had unused banking facilities of approximately RMB778,000,000.

#### Interest rate risk

Interest rate risk reflects the risk that the Group might expose through the impact of rate changes on interest-bearing financial assets and liabilities. Interest-bearing financial assets are mainly balances with banks and related parties which are all short term in nature. Interest-bearing financial liabilities are mainly bank loans and amounts due to related parties which carried fixed interest rates, thus exposing the Group to fair value interest rate risk. The management will consider hedging significant interest rate exposure should the need arises.

### 26.  AMOUNTS DUE FROM AND TO RELATED PARTIES

|  | 2005 RMB'000 | 2004 RMB'000 |
|---|---|---|
| **Amounts due from related parties** | | |
| Trading in nature: | | |
| Fellow subsidiaries | 101,670 | 49,248 |
| Associates | 2,858 | 73 |
| Minority shareholders of subsidiaries | 2,840 | 7,244 |
| | 107,368 | 56,565 |
| Non – trading in nature: | | |
| Fellow subsidiaries | 27,293 | 95,839 |
| Associates | 17,417 | 7,007 |
| Immediate holding company | — | 36,536 |
| Minority shareholders of subsidiaries | 686 | 27,731 |
| | 45,396 | 167,113 |
| | 152,764 | 223,678 |
| Amounts due to related parties | | |
| Trading in nature: | | |
| Fellow subsidiaries | 57,506 | 22,452 |
| Associates | 8,477 | — |
| Minority shareholders of subsidiaries | 7,824 | 12,185 |
| | 73,807 | 34,637 |

ALRMH-CNBM00004336



## Notes to the Consolidated Financial Statements

### 26.  AMOUNTS DUE FROM AND TO RELATED PARTIES *(CONTINUED)*

|  | 2005 RMB'000 | 2004 RMB'000 |
|---|---|---|
| Non – trading in nature: |  |  |
| Fellow subsidiaries | 5,562 | 72,172 |
| Associates | 4,000 | 2 |
| Immediate holding company | 6,000 | 228 |
| Minority shareholders of subsidiaries | 44,218 | 52,691 |
|  | 59,780 | 125,093 |
|  | 133,587 | 159,730 |

Amounts are unsecured and repayable on demand.

As at December 31, 2005, amounts due from related parties of RMB13,364,000 (2004: RMB38,831,000) carry fixed interests at rates of 5.58%(2004:5.58%).

As at December 31, 2005, amounts due to related parties of RMB37,270,000 (2004: RMB41,691,000) carry fixed interests at rate of 6.03% (2004:5.58%).

As disclosed above, all other balances with related parties are interest free.

The directors confirm that except for the amount due to minority shareholders of a subsidiary of RMB 37,270,000, the non-trading balances with related parties have been fully settled subsequent to the balance sheet date.

The directors consider the carrying amount of amounts due from and to related parties approximates its fair value.

### 27.  CONSTRUCTION CONTRACTS

|  | 2005 RMB'000 | 2004 RMB'000 |
|---|---|---|
| Contracts in progress at balance sheet date: |  |  |
| Amounts due from contract customers included in trade and other receivables | 47,577 | 44,773 |
| Amounts due to contract customers included in trade and other payables | (6,654) | — |
|  | 40,923 | 44,773 |
| Contract costs incurred plus recognized profits less recognised losses to date | 549,043 | 243,301 |
| Less: progress billings | (508,120) | (198,528) |
|  | 40,923 | 44,773 |

As at December 31, 2005, advances received from customers for contract work amounted to RMB53,590,000 (2004:RMB85,269,000) are included in other payables. There was no retention receivable as at December 31, 2005 and December 31, 2004.

ALRMH-CNBM00004337



**CNBM**



## Notes to the Consolidated Financial Statements

### 28. PLEDGED BANK DEPOSITS AND BANK BALANCES AND CASH

Pledged bank deposits represent the Group's bank deposits pledged to banks to secure the bank facilities granted to the Group. The amount matures within one year and carries a fixed interest at 1.98% per annum.

Bank balance and cash comprise cash held by the Group and short-term bank deposits with an original maturity of three months or less. The bank balances receive interest at rates ranging from 0.77% to 1.98% in 2005 (2004: 0.72% to 1.46%).

The directors consider the carrying amount of the pledged bank deposits and bank balances and cash approximates its fair value.

### 29. TRADE AND OTHER PAYABLES

An analysis of trade payable is as follows:

|  | 2005 RMB'000 | 2004 RMB'000 |
|---|---|---|
| Within two months | 373,890 | 216,606 |
| More than two months but within one year | 325,519 | 188,722 |
| Between one and two years | 72,577 | 19,358 |
| Between two and three years | 6,003 | 7,009 |
| Over three years | 4,918 | 7,033 |
| Trade payable | 782,907 | 438,728 |
| Bills payable | 314,094 | 100,112 |
| Amounts due to contract customers | 6,654 | — |
| Other payables | 716,366 | 570,320 |
|  | 1,820,021 | 1,109,160 |

Bills payable is aged within six months.

The directors consider that the carrying amount of trade and other payables approximates its fair value.

### 30. BORROWINGS

|  | 2005 RMB'000 | 2004 RMB'000 |
|---|---|---|
| Bank loans | 4,154,506 | 2,660,832 |
| Other borrowings from non-financial institutions | 82,100 | 31,500 |
|  | 4,236,606 | 2,692,332 |

ALRMH-CNBM00004338

China National Building Material Company Limited



# Notes to the Consolidated Financial Statements

## 30. BORROWINGS *(CONTINUED)*

The borrowings are repayable as follows:

| | 2005 RMB'000 | 2004 RMB'000 |
|---|---|---|
| Within one year | 3,231,996 | 1,450,369 |
| Between one and two years | 49,500 | 318,203 |
| Between two and three years | 502,050 | 34,500 |
| Between three and four years | 453,060 | 431,200 |
| Between four and five years | — | 458,060 |
| | 4,236,606 | 2,692,332 |
| Less: Amount due within one year shown under current liabilities | (3,231,996) | (1,450,369) |
| Amount due after one year | 1,004,610 | 1,241,963 |

The analysis of the borrowings is as follows:

| | 2005 RMB'000 | 2004 RMB'000 |
|---|---|---|
| Secured | 264,575 | 1,359,353 |
| Unsecured | 3,972,031 | 1,332,979 |
| | 4,236,606 | 2,692,332 |

The bank loans at December 31, 2005 carry interests at fixed rates ranging from 4.3% to 8.0% (2004: 4.8% to 8.3%)

Other borrowings are unsecured, non-interest bearing and repayable on demand.

The directors consider the carrying amount of borrowings approximate its fair value.

As at December 31, 2005, bank loans of RMB314,000,000 (2004:RMB84,600,000) were guaranteed by independent third parties. Such guarantees have been released subsequent to the balance sheet date.

Parent Group (as defined in Note 39(a)) provided guarantees to the Group on bank borrowings amounted to RMB465,000,000 as at December 31, 2004. The guarantees were released during the year.

ALRMH-CNBM00004339



**CNBM**

FOR THE YEAR ENDED 31 DECEMBER 2005
*(Prepared in accordance with IFRS)*

## Notes to the Consolidated Financial Statements



### 31. SHARE CAPITAL

|  | As at December 31, 2005 RMB'000 |
|---|---|
| Registered, issued and fully paid: 1,387,760,000 shares of RMB1.0 each | 1,387,760 |

On March 28, 2005, the Company was converted to a joint stock company by capitalising the value of its net assets into 1,387,110,000 shares of RMB1 each and issuing of 650,000 shares of RMB1 each in the Company for a total cash consideration of RMB1,000,000 to a wholly-owned subsidiary of Parent.

### 32. ACQUISITION OF SUBSIDIARIES/BUSINESSES

During the two years ended December 31, 2005, the Group acquired certain subsidiaries. These transactions have been accounted for by the purchase method of accounting.

Details of the acquired subsidiaries other than the Restructuring during the two years ended December 31, 2005 are as follows:

| Name of subsidiaries | Date of acquisition | Percentage of interests acquired % | Nature of business acquired |
|---|---|---|---|
| Beijing Dragon Star Building Material Equipment Company Limited | May 2004 | 100.00 | Production and sales of lightweight building materials |
| Beijing Dragon Technology Company Limited | May 2004 | 100.00 | Provision of technical service lightweight building materials manufacturers |
| BNBM Delivery Company Limited | May 2004 | 100.00 | Provision of transportation service |
| Beijing Haidian Chenlong Decoration Company Limited | May 2004 | 100.00 | Provision of decoration service |
| BNBM Southwest Distribution Company Limited | May 2004 | 70.00 | Sales of lightweight building materials |
| Weihai China Composites Xigang Boat Company Limited | December 2004 | 39.75 | Production and sales of FRP products |
| Changzhou Liberty TOLI Building Material Company Limited | January 2005 | 35.00 | Production and sales of lightweight building materials |
| Suzhou Tianfeng New Building Material Company Limited | March 2005 | 75.00 | Production and sales of lightweight building materials |
| Xingtai China United Ziyan Company Limited | April 2005 | 67.71 | Production and sales of cement |
| Zaozhuang China United Luhong Cement Company Limited | April 2005 | 100.00 | Production and sales of cement |
| Shandong Luhong Hengjiu Concrete Company Limited | April 2005 | 54.30 | Production and sales of cement |
| Shandong Heze Luhong Concrete Company Limited | April 2005 | 75.00 | Production and sales of cement |
| Shandong Taihe Dongxin Company Limited | April 2005 | 42.00 | Production and sales of lightweight building materials |
| Jiangyin Taishan Gypsum Building Material Company Limited | May 2005 | 57.50 | Production and sales of lightweight building materials |

ALRMH-CNBM00004340

China National Building Material Company Limited

FOR THE YEAR ENDED 31 DECEMBER 2005
*(Prepared in accordance with IFRS)*



## Notes to the Consolidated Financial Statements

### 32. ACQUISITION OF SUBSIDIARIES/BUSINESSES *(CONTINUED)*

The net assets acquired in the transactions, and the goodwill arising, are as follows:

|  | Carrying amount before acquisition and fair value Year ended December 31, | |
| --- | ---: | ---: |
|  | 2005 RMB'000 | 2004 RMB'000 |
| Net assets of subsidiaries/businesses acquired: | | |
| Property, plant and equipment | 989,514 | 112,602 |
| Land use rights | 47,533 | — |
| Investment properties | 5,575 | — |
| Intangible assets | — | 2,798 |
| Interests in associates | 7,862 | — |
| Available-for-sale investments | 4,800 | — |
| Inventories | 94,588 | 35,535 |
| Trade and other receivables | 235,149 | 43,171 |
| Investment held-for-trading | 8,601 | 1,324 |
| Bank balances and cash | 257,417 | 35,054 |
| Trade and other payables | (604,520) | (56,245) |
| Borrowings | (577,800) | (63,193) |
| Income tax payable | (1,033) | — |
|  | 467,686 | 111,046 |
| Minority interests | (219,565) | (37,020) |
| Interests in associates | (13,031) | (18,207) |
| Goodwill | 51,174 | 898 |
|  | 286,264 | 56,717 |
| Other assets acquired under asset exchange agreement: (Note 39c(i)): | | |
| Additional equity interest in an existing subsidiary | — | 2,062 |
| Available-for-sale investments | — | 2,665 |
| Amount due from a fellow subsidiary | — | 8,281 |
| Total consideration | 286,264 | 69,725 |
| Satisfied by: | | |
| Cash | 169,048 | 10,420 |
| Equity interests in a subsidiary/business | — | 14,485 |
| Investment deposit | 50,000 | — |
| Amounts due from fellow subsidiaries | 54,176 | 42,320 |
| Amounts due to related parties | 4,667 | 2,500 |
| Trade and other payables | 8,373 | |
|  | 286,264 | 69,725 |
| Net cash inflow arising on acquisition | | |
| Cash consideration paid | (169,048) | (10,420) |
| Cash and cash equivalents acquired | 257,417 | 35,054 |
|  | 88,369 | 24,634 |

ALRMH-CNBM00004341



**CNBM**



# Notes to the Consolidated Financial Statements

## 32. ACQUISITION OF SUBSIDIARIES/BUSINESSES *(CONTINUED)*

The goodwill arising on the acquisition is attributable to the anticipated profitability of the distribution of the Group's products and the anticipated future operating synergies from the combination.

The acquirees' contributions to the revenue and the Group's profit before tax for the period between the date of acquisition and the balance sheet date are as follows:

|  | 2005 RMB'000 | 2004 RMB'000 |
|---|---|---|
| Revenue | 695,073 | 179,139 |
| Group's profit before tax | 31,253 | 8,993 |

If the acquisition had been completed at the beginning of the year, the total Group's revenue and profit before tax would have been as follows:

|  | 2005 RMB'000 | 2004 RMB'000 |
|---|---|---|
| Revenue | 4,938,957 | 2,925,865 |
| Group's profit before tax | 530,198 | 294,795 |

The above proforma information is for illustrative purposes only and is not necessarily an indication of revenue and results of operations of the Group that actually would have been achieved had the acquisition been completed at the beginning of the year, nor is it intended to be a projection of actual results.

ALRMH-CNBM00004342

China National Building Material Company Limited

## Notes to the Consolidated Financial Statements

### 33. DISPOSAL OF SUBSIDIARIES

The net assets disposed of in the transactions are as follows:

|  | 2005 RMB'000 | 2004 RMB'000 |
|---|---|---|
| Net assets of subsidiaries disposed of: |  |  |
| Property, plant and equipment | 90,415 | 628 |
| Land use rights | 1,048 | — |
| Inventories | 113,971 | 9,642 |
| Trade and other receivables | 165,440 | 6,112 |
| Investments held-for-trading | 251 | 220 |
| Bank balances and cash | 77,354 | 2,577 |
| Trade and other payables | (363,679) | (2,108) |
| Bank borrowings | (36,000) | (1,600) |
|  | 48,800 | 15,471 |
| Minority interests | (7,561) | (986) |
| Release of goodwill | 278 | — |
| Profit on disposal of subsidiaries | 27,988 | — |
|  | 69,505 | 14,485 |
| Other asset disposed of under asset exchange agreement (Note 39(c)(i)): |  |  |
| Amount due from a fellow subsidiary | — | 42,320 |
| Total consideration | 69,505 | 56,805 |
| Satisfied by: |  |  |
| Cash | 25,980 | — |
| Equity interests in subsidiaries/business | — | 42,899 |
| Additional equity interest in an existing subsidiary | 51,761 | 2,062 |
| Available-for-sale investments | — | 2,665 |
| Amount due from a fellow subsidiary | — | 8,281 |
| Amount due to a fellow subsidiary | (8,236) | — |
| Goodwill on acquisition of subsidiary/business | — | 898 |
|  | 69,505 | 56,805 |
| Net cash outflow arising on disposal: |  |  |
| Cash consideration received | 25,980 | — |
| Cash and cash equivalents disposal of | (77,354) | (2,577) |
|  | (51,374) | (2,577) |

ALRMH-CNBM00004343



**CNBM**

FOR THE YEAR ENDED 31 DECEMBER 2005
*(Prepared in accordance with IFRS)*

## Notes to the Consolidated Financial Statements



### 34. DEFERRED TAX ASSET

The following is the major deferred tax asset recognised by the Group, and the movements thereon, during the year:

| | Allowances for inventories and trade and other receivables *RMB'000* |
|---|---:|
| At January 1, 2004 | 3,966 |
| Credit to income for the year | 1,421 |
| At December 31, 2004 | 5,387 |
| Credit to income for the year | 1,463 |
| At December 31, 2005 | 6,850 |

### 35. MAJOR NON-CASH TRANSACTIONS

Other term the restructuring the Group entered into significant non-cash transactions for the year:

(a)   BNBM acquired 9.9% equity interest in China United for a total consideration of RMB51,761,000. The consideration was satisfied by the transfer of its entire 60% equity interest in BNBM Plastic Company Limited, certain assets and the remaining balance of RMB8,236,000, by increase in amount due to a fellow subsidiary.

(b)   The Group disposed of its entire interest in a subsidiary and assigned the amount due from the subsidiary of approximately RMB141,000,000 for a total consideration of approximately RMB161,000,000. The consideration was satisfied by increase in other receivable of approximately RMB141,000,000 and the remaining balance of RMB20,000,000 in cash.

(c)   Dividend payable of RMB57,337,000 was offset against the same amount of amounts due from related parties.

(d)   For the year ended December 31, 2004, BNBM transferred its entire equity interest in two subsidiaries and amount due from a fellow subsidiary of RMB42,320,000 to BNBMG for a total consideration of RMB56,805,000. The consideration was satisfied by transfer of an available-for-sale investment of RMB2,665,000 and BNBMG's entire equity interests in certain subsidiaries to BNBM and the remaining balance of RMB8,281,000, by increase in amount due from a fellow subsidiary.

ALRMH-CNBM00004344

**China National Building Material Company Limited**

FOR THE YEAR ENDED 31 DECEMBER 2005
*(Prepared in accordance with IFRS)*



## Notes to the Consolidated Financial Statements

### 36.  CONTINGENT LIABILITIES

(a)  At the balance sheet date, the Group had the following undiscounted maximum amount of potential future payments under guarantees:

|  | 2005 RMB'000 | 2004 RMB'000 |
|---|---|---|
| Guarantees given to banks in respect of banking facilities utilized by independent third parties | 144,500 | 55,000 |

The above guarantees have been fully released subsequent to the balance sheet date.

(b)  In connection with the Restructuring, CNBM Equipment transferred to China National Building Material Import and Export Company ("CNBM Trading"), a shareholder of the Company, certain liabilities (1) in the amount of approximately RMB25,910,000 plus accrued interest arising from a bank debt incurred by it prior to the Restructuring, and (2) in the amount of RMB28,000,000 plus penalty and accrued interest as a result of a legal proceeding that was decided prior to the Restructuring. Based on the advice of the Company's PRC legal counsel, the Company may remain liable if CNBM Trading fails to fulfill its obligations in respect of these transferred liabilities. Pursuant to an indemnification undertaking, Parent has agreed to indemnify the Company in respect of any loss or damage incurred by the Company relating to its obligations in respect of these transferred liabilities (the "Transferred Liabilities") prior to the Restructuring.

### 37.  COMMITMENTS

|  | 2005 RMB'000 | 2004 RMB'000 |
|---|---|---|
| Capital expenditure of the Group in respect of acquisition of property, plant and equipment contracted for but not provided in the financial statements | 526,404 | 649,205 |

ALRMH-CNBM00004345



**CNBM**



## Notes to the Consolidated Financial Statements

### 38.  OPERATING LEASE COMMITMENTS

#### Lessee

At the balance sheet date, the Group had outstanding commitments under non-cancelable operating leases, which fall due as follows:

|  | 2005<br>*RMB'000* | 2004<br>*RMB'000* |
|---|---|---|
| Within one year | 13,316 | 14,513 |
| In the second to fifth year inclusive | 31,314 | 45,328 |
| Over five years | 70,948 | 18,887 |
|  | 115,578 | 78,728 |

Operating lease payments represent rentals payable by the Group for certain of its business premises. Leases are negotiated for an average term of seven (2004: three) years and rentals are fixed for an average term of seven (2004: three) years.

#### Lessor

At the balance sheet date, the Group has contracted with tenants for the following future minimum lease payments:

|  | 2005<br>*RMB'000* | 2004<br>*RMB'000* |
|---|---|---|
| Within one year | 39,071 | 12,566 |
| In the second to fifth year inclusive | 157,336 | 43,240 |
| Over five years | 474,345 | 131,446 |
|  | 670,752 | 187,252 |

ALRMH-CNBM00004346

China National Building Material Company Limited



## Notes to the Consolidated Financial Statements

### 39. RELATED PARTY TRANSACTIONS

Parties are considered to be related if one party has the ability, directly or indirectly, to control the other party or exercise significant influence over the other party in making financial and operating decisions. Parties are also considered to be related if they are subject to common control.

The Group is controlled by Parent and has significant transactions and relationships with Parent and its subsidiary. The Group also has entered into transactions with its associates, over which the Company can exercise significant influence.

(a)  Apart from the amounts due from and to related companies as disclosed in Note 25, during the year, the Group had the following transactions with Parent and its subsidiaries ("Parent Group"), the associates of the Group and minority shareholders of the Group's subsidiaries:

| | 2005 RMB'000 | 2004 RMB'000 |
|---|---|---|
| Provision of production supplies to | | |
| – Parent Group | 106,431 | 55,424 |
| – Associates | 7,029 | 3,926 |
| – Minority shareholder of subsidiaries | 52,798 | 7,584 |
| | 166,258 | 66,934 |
| Provision of support services to Parent Group | 16,713 | 6,202 |
| Provision of technical consultation services to | | |
| – Parent Group | 2,888 | 1,920 |
| – Minority shareholders of a subsidiary | 19,120 | 2,500 |
| | 22,008 | 4,420 |
| Rental income in respect of supply of equipment to Parent Group | 4,788 | — |
| Rental income received from an associate | 10,777 | 10,391 |
| Rendering of engineering services to Parent Group | 567 | 4,658 |
| Licensing of trademarks to Parent Group | 242 | — |
| Supply of raw materials by | | |
| – Parent Group | 47,623 | 8,422 |
| – Associates | 50,176 | 8,448 |
| – Minority shareholders of subsidiaries | 61,832 | 72,093 |
| | 159,631 | 88,963 |

ALRMH-CNBM00004347



**CNBM**

FOR THE YEAR ENDED 31 DECEMBER 2005
*(Prepared in accordance with IFRS)*

## Notes to the Consolidated Financial Statements



### 39. RELATED PARTY TRANSACTIONS *(CONTINUED)*

|  | 2005 RMB'000 | 2004 RMB'000 |
|---|---|---|
| Provision of production supplies by |  |  |
| – Parent Group | 25,875 | 45,341 |
| – Associates | 685 | 23,635 |
| – Minority shareholders of subsidiaries | 36,785 | — |
|  | 63,345 | 68,976 |
| Provision of support services by |  |  |
| – Parent Group | 21,539 | 54,085 |
| – Minority shareholders of subsidiaries | 2,864 | 2,882 |
|  | 24,403 | 56,967 |
| Rendering of engineering services by Parent Group | 8,823 | 10,824 |
| Supplying of equipment by Parent Group | 32,649 | 76,070 |
| Rental expenses paid to Parent Group | 4,366 | 1,495 |
| Licensing of trademarks by Parent Group | — | 500 |

ALRMH-CNBM00004348



**China National Building Material Company Limited**

FOR THE YEAR ENDED 31 DECEMBER 2005
*(Prepared in accordance with IFRS)*

## Notes to the Consolidated Financial Statements

### 39. RELATED PARTY TRANSACTIONS *(CONTINUED)*

(b)   Material transactions and balances with other state-owned enterprises in the PRC

The Group operates in an economic environment currently predominated by enterprises directly or indirectly owned or controlled by the PRC government (these enterprises other than CNBM Group are hereinafter collectively referred to as "State-Owned Enterprises"). During the year, the Group had material transactions with some of these State-Owned Enterprises in its ordinary and usual course of business. In establishing its pricing strategies and approval process for its products and services, the Group does not differentiate whether the counter-party is a State-Owned Enterprise or not. In the opinion of the directors, all such transactions were conducted in the ordinary course of business and on normal commercial terms.

While the directors of the Company consider State-Owned Enterprises are independent third parties so far as the Group's business transactions with them are concerned, for the purpose of this report, the Group has identified the nature and quantified the amounts of its material transactions with State-Owned Enterprises during the year as follows:

(i)   Material transactions

|  | 2005 RMB'000 | 2004 RMB'000 |
|---|---|---|
| Sales | 283,157 | 187,927 |
| Purchases | 848,118 | 449,738 |
| Interest expense | 207,481 | 125,273 |

(ii)   Material balances

|  | Year ended December 31, | |
|---|---|---|
|  | 2005 RMB'000 | 2004 RMB'000 |
| Trade and other receivables | 29,507 | 28,325 |
| Trade and other payables | 92,627 | 35,065 |

In addition, the Group has entered into various transactions, including borrowings and other general banking facilities, with certain banks and financial institutions which are state-controlled entities in its ordinary course of business. In view of the nature of those banking transactions, the directors are of the opinion that separate disclosure would not be meaningful.

Except as disclosed above, the directors are of the opinion that transactions with other state-controlled entities are not significant to the Group's operations.

ALRMH-CNBM00004349



**CNBM**



## Notes to the Consolidated Financial Statements

### 39.  RELATED PARTY TRANSACTIONS*(CONTINUED)*

(c)    The Group acquired of subsidiaries from Parent Group during the year ended December 31, 2005. The details were as follows:

(i)    Pursuant to an asset exchange agreement dated February 25, 2005 entered into between BNBM and BNBMG, BNBM acquired 9.9% equity interest in China United for a total consideration of RMB51,760,000. The consideration was satisfied by the transfer of its entire 60% equity interest in BNBM Plastic Pipe Company Limited, certain assets and the remaining balance of RMB8,236,000, by increase in amount due to a fellow subsidiary. The consideration was determined by reference to the net assets acquired.

(ii)   Pursuant to debt restructuring agreement dated April 20, 2005 entered into between China United and Xingtai Xinlei Building Material (Group) Co. Ltd. ("Xinlei") a fellow subsidiary of the Company, China United acquired 67.71% equity interest in Xingtai China United Ziyan Company Limited ("Ziyan") for a total consideration of RMB34,176,000 to set off Xinlei's debts to China United. The consideration was determined by reference to the net assets of Ziyan as at April 20, 2005.

(d)    Remuneration to key management.

Key management personnel are those persons having authority and responsibility for planning, directing and controlling the activities of the Group, directly and indirectly including directors and supervisors of the Group. The key management personnel compensations during the year are as follows:

|  | 2005 *RMB'000* | 2004 *RMB'000* |
|---|---|---|
| – Short-term benefits | 296 | 642 |
| – Post-employment benefits | 22 | 14 |
|  | 318 | 656 |

ALRMH-CNBM00004350

China National Building Material Company Limited



## Notes to the Consolidated Financial Statements

### 40.  EMPLOYEE BENEFITS PLAN

The PRC employees of the Group are members of state-managed retirement benefit scheme operated by the local government. The Group is required to contribute a specified percentage of their payroll costs to the retirement benefit scheme to fund the benefits. The only obligation of the Group with respect to the retirement benefit scheme is to make the specified contributions.

The contributions payable to the scheme by the Group at rate specified in the rules of the scheme included in staff costs are disclosed in Note 11.

On February 28, 2006, the Company's board of directors approved a long-term incentive plan of stock appreciation rights for senior management officers, senior experts and specialists who make important contributions to the Group with a term of ten years. The rights will be granted in units with each unit representing one H Share of the Company and may be granted once in every two more financial years after its global offering as determined by the directors or the remuneration committee of the Company.

The rights to the units will have an exercise period of six years from the date of grant and can be exercised after the second, third and fourth years of the date of grant and the total number of the rights exercised by an individual may not in aggregate exceed one third, two thirds and 100% respectively.

### 41.  SUBSEQUENT EVENTS

Pursuant to the prospectus of the Company dated 16th March, 2006 (the "Prospectus"), the Company issued and placed 683,940,000 H Shares (taking into account over-allotment option has been exercised in full) of RMB1.00 each at HK$2.75 per H Share. The Company's shares were listed on the Stock Exchange on 23 March 2006.

ALRMH-CNBM00004351



**CNBM**

FOR THE YEAR ENDED 31 DECEMBER 2005
*(Prepared in accordance with IFRS)*

# Financial Summary



## INCOME STATEMENT

| | 2005 RMB'000 | 2004 RMB'000 | 2003 RMB'000 | 2002 RMB'000 |
|---|---|---|---|---|
| Revenue | 4,726,544 | 2,898,072 | 1,845,197 | 1,661,505 |
| Cost of sales | (3,852,403) | (2,343,315) | (1,426,803) | (1,290,296) |
| | | | | |
| Gross profit | 874,141 | 554,757 | 418,394 | 371,209 |
| Other income | 263,528 | 151,297 | 81,283 | 79,455 |
| Selling and distribution costs | (278,062) | (188,105) | (146,540) | (126,498) |
| Administrative expenses | (291,150) | (212,376) | (180,610) | (155,619) |
| Other expenses | (5,697) | (9,103) | (32,229) | (8,783) |
| | | | | |
| Share of profit of associates | 108,538 | 96,708 | 69,954 | 40,280 |
| Finance costs | (162,432) | (98,795) | (58,223) | (53,230) |
| Profit on partial disposal of a subsidiary | 12 | — | 1,312 | — |
| Profit on disposal of subsidiaries | 27,988 | — | — | — |
| | | | | |
| Profit before tax | 536,866 | 294,383 | 153,341 | 146,814 |
| Income tax expense | (44,747) | (24,990) | (9,057) | (2,274) |
| | | | | |
| Profit for the year | 492,119 | 269,393 | 144,284 | 144,540 |
| | | | | |
| Attributable to: | | | | |
| Equity holders of the Company | 351,105 | 193,138 | 111,683 | 99,232 |
| Minority interests | 141,014 | 76,255 | 32,601 | 45,308 |
| | | | | |
| | 492,119 | 269,393 | 144,284 | 144,540 |
| | | | | |
| Distributions | 135,637 | 27,759 | 136,443 | 22,825 |
| | | | | |
| Earnings per share - basic (RMB) | 0.25 | 0.14 | 0.08 | 0.07 |

## BALANCE SHEET

| | | | | |
|---|---|---|---|---|
| Total Assets | 9,712,499 | 6,951,497 | 4,893,583 | 3,931,843 |
| Total Liabilities | 6,285,566 | 3,985,484 | 2,231,212 | 1,374,113 |
| Minority interests | 1,314,695 | 1,077,395 | 981,250 | 900,611 |
| Equity attributable to equity holders of the Company | 2,112,238 | 1,888,618 | 1,681,121 | 1,657,119 |

Note: The results of the Group for the three years ended December 31, 2004 and the assets and liabilities of the Group as at December 31, 2002, December 31, 2003 and December 31, 2004 are extracted from the Company's prospectus dated March13, 2006.

ALRMH-CNBM00004352