

**CNBM**

# China National Building Material Company Limited*

**(Stock code : 3323)**

## Annual Report 2006

**MTD Exhibit #18**

# FINANCIAL AND BUSINESS HIGHLIGHTS

| | As at 31 December | |
| --- | --- | --- |
| | **2006** | 2005 |
| | *(RMB in millions)* | |
| Bank balances and cash | **1,549** | 933 |
| Total assets | **13,990** | 9,712 |
| Equity attributable to equity holders of the company | **4,207** | 2,112 |

| | For the year ended 31 December | |
| --- | --- | --- |
| | **2006** | 2005 |
| | *(RMB in millions)* | |
| Revenue | **6,452** | 4,727 |
| Profit after taxation | **489** | 492 |
| - Pre share conversion losses | **743** | 492 |
| Profit attributable to equity holders of the company | **298** | 351 |
| - Pre-share conversion losses | **551** | 351 |
| Cash flow from operating activities | **542** | 297 |
| **Sales volume** | | |
| Cement(in thousand tons) | **9,178** | 5,552 |
| Clinker(in thousand tons) | **3,299** | 1,831 |
| Gypsum boards(in million m$^2$) | **247** | 150 |
| Engineering services revenue(RMB in millions) | **1,282** | 863 |
| Glass Fiber(in thousand tons) | **288** | 191 |
| **Price** | | |
| Cement(RMB per tonne) | **185.8** | 178.8 |
| Clinker(RMB per tonne) | **154.1** | 152.9 |
| Gypsum boards | | |
| - BNBM(RMB per m$^2$) | **6.59** | 6.15 |
| - Taihe(RMB per m$^2$) | **4.05** | 3.94 |
| **Ratio analysis** | | |
| **Margin** | | |
| Gross margin | **20.1%** | 18.5% |
| Net profit margin | **4.6%** | 7.4% |
| - Pre-share conversion losses | **8.5%** | 7.4% |
| **Growth** | | |
| Revenue | **36.5%** | 63.1% |
| Net profit | **-15.1%** | 81.8% |
| - Pre-share conversion losses | **56.9%** | 81.8% |
| **Others** | | |
| ROE | **7.1%** | 16.6% |
| - Pre-share conversion losses | **13.1%** | 16.6% |
| EPS | **15.5%** | 25.0% |
| - Pre-share conversion losses | **28.7%** | 25.0% |

**ANNUAL REPORT 2006**
**China National Building Material Company Limited**

ALRMH-CNBM00004107

**1**

# Contents

| | |
|---|---|
| COMPANY PROFILE | 2 |
| CORPORATE INFORMATION | 3 |
| DEFINITIONS | 6 |
| SHAREHOLDING STRUCTURE OF THE GROUP | 10 |
| FINANCIAL HIGHLIGHTS | 11 |
| BUSINESS HIGHLIGHTS | 13 |
| CHAIRMAN'S STATEMENT | 15 |
| MANAGEMENT DISCUSSION AND ANALYSIS | 17 |
| CORPORATE GOVERNANCE REPORT | 35 |
| DIRECTORS' REPORT | 42 |
| REPORT OF THE SUPERVISORY COMMITTEE | 61 |
| SIGNIFICANT EVENTS | 62 |
| BIOGRAPHICAL DETAILS OF DIRECTORS, SUPERVISORS AND SENIOR MANAGEMENT | 64 |
| REPORT OF THE INDEPENDENT AUDITOR | 73 |
| CONSOLIDATED INCOME STATEMENT | 75 |
| CONSOLIDATED BALANCE SHEET | 76 |
| CONSOLIDATED STATEMENT OF CHANGES IN EQUITY | 78 |
| CONSOLIDATED CASH FLOW STATEMENT | 80 |
| NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS | 82 |
| FINANCIAL SUMMARY | 136 |

**ANNUAL REPORT 2006**
**China National Building Material Company Limited**

CNBM

ALRMH-CNBM00004108

**2**

# Company Profile

With Parent, BNBMG, CNBM Trading, Cinda and Building Materials Academy as Promoters, the Company was converted into a joint stock limited company on 28 March 2005. The Company's H shares under the initial public offer were listed on the Stock Exchange on 23 March 2006 (stock code: 3323).

The Group is mainly engaged in cement, lightweight building materials, glass fiber and FRP products and engineering services businesses. In terms of the current market positions, the Group is:

•       the largest cement producer in the Huaihai Economic Zone of the PRC in terms of production capacity in 2006;

•       the largest gypsum board producer in the PRC in terms of production capacity in 2006;

•       a major manufacturer of glass fiber mats and MW-level rotor blade in the PRC in terms of production capacity in 2006;

•       the largest glass fiber producer in Asia in terms of production capacity in 2006 through China Fiberglass, an associate of the Company;

•       an international engineering firm that provides float glass production lines and NSP cement production lines design and/or EPC services in the PRC, designed and/or constructed approximately 50% of the float glass production lines.

**ANNUAL REPORT 2006**
**China National Building Material Company Limited**

ALRMH-CNBM00004109

**3**

# Corporate Information

## DIRECTORS

### Executive Directors

Song Zhiping *(Chairman)*
Cao Jianglin *(President)*
Li Yimin *(Vice President)*
Peng Shou *(Vice President)*

### Non-executive Directors

Cui Lijun
Huang Anzhong
Zuo Fenggao

### Independent Non-executive Directors

Zhang Renwei
Zhou Daojiong
Chi Haibin
Lau Ko Yuen, Tom

## AUDIT COMMITTEE:

Chi Haibin *(Chairman)*
Zhou Daojiong
Cui Lijun

## REMUNERATION COMMITTEE:

Zhang Renwei *(Chairman)*
Zhou Daojiong
Song Zhiping

## SUPERVISORS

Shen Anqin *(Chairman)*
Zhou Guoping
Bao Wenchun
Cui Shuhong *(Staff Representative Supervisor)*
Zhang Zhaomin *(Independent Supervisor)*
Liu Chijin *(Independent Supervisor)*

**4**

# Corporate Information

| | |
|---|---|
| **Secretary of the Board:** | Chang Zhangli |
| **Joint Company Secretaries:** | Chang Zhangli<br>Lo Yee Har Susan (FCS,FCIS) |
| **Authorized Representatives:** | Song Zhiping<br>Chang Zhangli |
| **Alternate Authorized Representative:** | Lo Yee Har Susan (FCS,FCIS) |
| **Qualified Accountant:** | Pei Hongyan (ACCA) |
| **Registered address:** | No. A-11 Sanlihe Road<br>Haidian District, Beijing 100037<br>PRC |
| **Principal Place of Business in the PRC:** | 17th Floor<br>China National Building Material Plaza<br>No. A-11 Sanlihe Road<br>Haidian District, Beijing 100037<br>PRC |
| **Place of Business in Hong Kong:** | Level 28<br>Three Pacific Place<br>1 Queen's Road East<br>Hong Kong |
| **Principal Bankers:** | China Construction Bank, Beijing Branch<br>Bank of Communications, Beijing Branch<br>Shanghai Pudong Development Bank, Beijing Branch |
| **PRC Legal Adviser:** | Jingtian & Gongcheng Law Office<br>15th Floor, Union Plaza<br>20 Chaoyangmenwai Dajie<br>Beijing<br>PRC |
| **Hong Kong Legal Adviser:** | Slaughter and May<br>47th Floor, Jardine House<br>One Connaught Place<br>Central<br>Hong Kong |



**ANNUAL REPORT 2006**
**China National Building Material Company Limited**

ALRMH-CNBM00004111

**5**

# Corporate Information

| | |
|---|---|
| **International Auditors:** | Deloitte Touche Tohmatsu<br>35/F, One Pacific Place<br>88 Queensway<br>Hong Kong |
| **Domestic Auditors:** | ShineWing Certified Public Accountants Company Limited<br>10th Floor, Block A, Fu Hua Mansion<br>No.8 Chaoyangmen Beidajie<br>Beijing<br>PRC |
| **H Share Registrar in Hong Kong:** | Tricor Investor Services Limited<br>26/F, Tesbury Centre<br>28 Queen's Road East<br>Wanchai<br>Hong Kong |
| **Compliance Adviser:** | Anglo Chinese Corporate Finance, Limited<br>40th Floor, Two Exchange Square<br>8 Connaught Place<br>Central<br>Hong Kong |
| **Stock Code:** | 3323 |

ALRMH-CNBM00004112

**6**

# Definitions

---

*In this annual report, unless the context otherwise requires, the following terms shall have the meaning set out below:*

| | |
|---|---|
| "Aobao Chemical" | 山東奧寶化工集團有限公司 (Shandong Aobao Chemical Group Company Limited) |
| "Anxia Cement" | 山東安慶水泥集團有限公司 (Shandong Anxia Cement Group Co., Ltd) |
| "Beijing Chemical" | 北京化二股份有限公司 (Beijing Chemical Company Limited) |
| "Bengbu Triumph" | 蚌埠凱盛工程技術有限公司 (China Triumph Bengbu Engineering and Technology Company Limited) |
| "BNBM" | 北新集團建材股份有限公司 (Beijing New Building Material Company Limited) |
| "BNBMG" | 北新建材(集團)有限公司 (Beijing New Building Material (Group) Company Limited) |
| "BNBM Homes" | 北新房屋有限公司 (BNBM Homes Company Limited) |
| "BNBM Plastic" | 北新建塑有限公司 (BNBM Building Plastic Company Limited) |
| "BND" | 北新物流有限公司 (BND Co., Limited) |
| "Building Materials Academy" | 中國建築材料科學研究總院 (China Building Materials Academy) |
| "Chenlong Decoration" | 北京北新晨龍裝飾工程有限公司 (Beijing Haidian Chenlong Decoration Company Limited) |
| "China Composites" | 中國複合材料集團有限公司 (China Composites Group Corporation Limited) |
| "China Fiberglass" | 中國玻纖股份有限公司 (China Fiberglass Company Limited) |
| "China Triumph" | 中國凱盛國際工程有限公司 (China Triumph International Engineering Company Limited), currently known as 中國建材國際工程有限公司 |
| "China United" | 中國聯合水泥有限責任公司 (China United Cement Company Limited), currently known as 中國聯合水泥集團有限公司 (China United Cement Group Corporation Limited) |
| "Cinda" | 中國信達資產管理公司 (China Cinda Asset Management Corporation) |
| "CNBM Trading" | 中建材集團進出口公司 (China National Building Material Import and Export Company) |
| "Company" | 中國建材股份有限公司 (China National Building Material Company Limited) |
| "Company Law" | 中華人民共和國公司法 (the Company Law of the PRC) |
| "controlling shareholder" | has the meaning ascribed thereto under the Listing Rules |
| "CSRC" | 中國證券監督管理委員會 (China Securities Regulatory Commission) |



**ANNUAL REPORT 2006**
**China National Building Material Company Limited**

ALRMH-CNBM00004113

# Definitions

| | |
|---|---|
| "Daye Jianfeng" | 湖北大冶尖峰水泥有限公司 (Hubei Daye Jianfeng Cement Company Limited) |
| "Domestic Shares" | the domestic shares in the share capital of the Company |
| "Donglian" | 泰安市東聯投資貿易有限公司 (Taian Donglian Investment and Trade Company Limited) |
| "EPC" | turn-key project services that include engineering, procurement and construction |
| "FRP" | fiberglass reinforced plastics |
| "Global Offering" | the Hong Kong Public Offering and the International Placing |
| "Group", "we"and "us" | the Company and, except where the context otherwise requires, all its subsidiaries |
| "H Shares" | the overseas listed foreign shares in the share capital of the Company |
| "Hengzhijiu Trade" | 山東恒之久商貿有限公司 (Shandong Hengzhijiu Commercial Trade Company Limited) |
| "Huaihai China United" | 中聯巨龍淮海水泥有限公司 (China United Julong Huaihai Cement Company Limited), currently known as 淮海中聯水泥有限公司 (Huaihai China United Cement Company Limited) |
| "Huaihai Economic Zone" | as identified by the National Bureau of Statistics of China, Huaihai Economic Zone is an area of approximately 178,100 square kilometers covering 20 municipalities (地級市) located in southern Shandong, northern Jiangsu, eastern Henan and northern Anhui |
| "IFRS" | International Financial Reporting Standards |
| "Independent Third Party(ies)" | person(s) or company(ies) which is (are) independent of the directors, supervisors, promoters, controlling shareholder, substantial shareholder and the chief executive (such terms as defined in the Listing Rules) of the Company or any of its subsidiaries or an associate of any of them |
| "Jiangyin Taishan" | 江陰泰山石膏建材有限公司 (Jiangyin Taishan Gypsum Building Material Company Limited) |
| "Jianfeng Group" | 浙江尖峰集團股份有限公司 (Zhejiang Jianfeng Group Company Limited) |
| "Jushi Group" | 巨石集團有限公司 (Jushi Group Company Limited) |
| "Liberty Group" | 麗寶第集團公司 (Liberty Group Company) |
| "Liberty TOLI" | 常州麗寶第東理建材有限公司 (Changzhou Liberty TOLI Building Material Company Limited) |
| "Listing Date" | 23 March 2006 |

**8**

# Definitions

| | |
|---|---|
| "Listing Rules" | the Rules Governing the Listing of Securities on The Stock Exchange of Hong Kong Limited as amended from time to time |
| "Lunan China United" | 中聯魯宏水泥有限責任公司 (China United Luhong Cement Company Limited), currently known as 魯南中聯水泥有限公司 (Lunan China United Cement Company Limited) |
| "Nanjing Triumph" | 南京凱盛水泥技術工程有限公司 (China Triumph Nanjing Cement Technological Engineering Company Limited) |
| "Nanyang China United" | 中國聯合水泥有限責任公司南陽分公司 (China United Nanyang Company) |
| "NSP" | new suspension preheater dry process |
| "Parent" | 中國建築材料集團公司 (China National Building Material Group Corporation) |
| "Parent Group" | collectively, Parent and its subsidiaries (excluding the Group) |
| "Promoters" | the initial promoters of the Company, being Parent, BNBMG, Cinda, the Building Materials Academy and CNBM Trading |
| "Qingzhou China United" | 青州中聯魯宏水泥有限公司 (China United Qingzhou Luhong Cement Company Limited), currently known as 青州中聯水泥有限公司 (Qingzhou China United Cement Company Limited) |
| "RMB"or "Renminbi" | Renminbi yuan, the lawful currency of the PRC |
| "Share(s)" | ordinary shares of the Company with a nominal value of RMB1.00 each, comprising both Domestic Shares and H Shares |
| "Shareholder(s)" | holder(s) of the Share(s) |
| "Shenzhen B&Q" | 深圳百安居裝飾建材有限公司 (Shenzhen B&Q Decoration & Building Materials Company Limited) |
| "Shenzhen Triumph" | 深圳市凱盛科技工程有限公司 (CTIEC Shenzhen Scieno-tech Engineering Company Limited) |
| "State","state","PRC Government" or "PRC governement" | the government of the PRC including all political subdivisions (including provincial, municipal and other regional or local government entities) and instrumentalities thereof |
| "State Council" | 中華人民共和國國務院 (the State Council of the PRC) |
| "Stock Exchange" | The Stock Exchange of Hong Kong Limited |
| "Supervisors" | the members of the supervisory committee of the Company |
| "Taihe" | 山東泰和東新股份有限公司 (Shandong Taihe Dongxin Company Limited) |
| "Taishan Cement" | 泰山水泥集團有限公司 (Taishan Cement Group Company Limited) |
| "Tianfeng" | 蘇州天豐新型建材有限責任公司 (Suzhou Tianfeng New Building Material Company Limited) |



**ANNUAL REPORT 2006**
**China National Building Material Company Limited**

ALRMH-CNBM00004115

# Definitions

| | |
|---|---|
| "Tianma Group" | 常州天馬集團有限公司 (Changzhou Tianma Group Company Limited) |
| "VAT" | value added tax |
| "Weifang Aotai" | 濰坊奧泰石膏有限公司 (Weifang Aotai Gypsum Company Limited) |
| "Xixia China United" | 西峽中聯水泥有限公司 (Xixia China United Cement Company Limited) |
| "Xuzhou China United" | 徐州中聯水泥有限公司 (Xuzhou China United Cement Company Limited) |
| "Xuzhou Conch" | 徐州海螺水泥有限責任公司(Xuzhou Conch Cement Company Limited), currently known as 徐州中聯水泥有限公司 (Xuzhou China United Cement Company Limited) |
| "Yaopi" | 上海耀華皮爾金頓玻璃股份有限公司 (Shanghai Yaohua Pilkington Glass Co., Ltd.) |
| "Zaozhuang China United" | 棗莊中聯魯宏水泥有限公司 (Zaozhuang China United Luhong Cement Co., Ltd), currently known as 棗莊中聯水泥有限公司 |
| "Zhongfu Lianzhong" | 連雲港中復連眾複合材料集團有限公司 (Lianyungang Zhongfu Lianzhong Composite Material Group Company Limited) |
| "Zhongfu Liberty" | 常州中復麗寶第複合材料有限公司 (Changzhou China Composites Liberty Company Limited) |
| "Zhongxin Tianma" | 常州中新天馬玻璃纖維製品有限公司 (Changzhou China Composites Tianma Fiberglass Products Company Limited) |
| "Zhongfu Xigang" | 威海中復西港船艇有限公司 (Weihai China Composites Xigang Boat Company Limited) |
| "Xingtai China United" | 邢台中聯子岩水泥有限公司 (Xingtai China United Ziyan Company Limited), currently known as 邢台中聯水泥有限公司 (Xingtai China United Cement Company Limited) |

**10**

# Shareholding Structure of the Group

The following chart sets out the simplified corporate structure of the Group as at the date of this report.



\*   All the above percentages are calculated by rounding to two decimal places.



**ANNUAL REPORT 2006**
**China National Building Material Company Limited**

ALRMH-CNBM00004117

# Financial Highlights

## FINANCIAL HIGHLIGHTS

The table below sets forth the financial highlights for 2005 and 2006:

| | For the year ended 31 December | |
|---|---|---|
| | **2006** | 2005 |
| | *(RMB in thousands)* | |
| Revenue | **6,451,830** | 4,726,544 |
| Gross profit | **1,297,228** | 874,141 |
| Loss from share convesion of a subsidiary | **202,624** [1] | — |
| Loss from share convesion of an associate | **72,383** [2] | — |
| Profit after taxation | **489,160** [3] | 492,119 |
| Profit attributable to equity holders of the Company | **298,146** [4] | 351,105 |
| Distributions to equity holders of the Company | **80,382** | 135,637 [5] |
| Earnings per share - basic (RMB)[6] | **0.16** [7] | 0.25 |

Notes:

(1)   represents the loss incurred from the consideration offered by the Company for the share conversion of BNBM.

(2)   represents the loss incurred from the consideration offered by the Company for the share conversion of China Fiberglass and the loss incurred from the consideration offered by China Composites for the share conversion of Yaopi.

(3)   If the losses from the share conversion of BNBM, China Fiberglass and Yaopi have not been taken into account, the Company's profit after taxation would be RMB743,257,000.

(4)   If the losses from the share conversion of BNBM, China Fiberglass and Yaopi have not been taken into account, profit attributable to equity holders of the Company would be RMB550,932,000.

(5)   Pursuant to the "Provisional Regulation relating to Corporate Restructuring of Enterprises and Related Management of State-owned Capital and Financial Treatment" which was issued by the PRC Ministry of Finance and became effective from 27 August 2002, the Company's profit for the period from 1 October 2004 to 27 March 2005 (being the date immediately prior to the date of the Company's conversion into a joint stock company) belongs to the then shareholders of the Company. A dividend of RMB135,637,000 was declared to the then shareholders of the Company on 28 March 2005.

(6)   The calculations of basic earnings per share are based on the profit attributable to equity holders of the Company of each period and on the weighted average number of 1,387,606,849 shares for 2005 and 1,921,550,959 shares for 2006.

(7)   If the losses from the share conversion of BNBM, China Fiberglass and Yaopi have not been taken into account, the Company's basic earnings per share would be RMB0.29.

**12**

# Financial Highlights

|  | As at 31 December | |
|---|---|---|
|  | **2006** | 2005 |
|  | *(RMB in thousands)* | |
|  | **2006** | 2005 |
| Total assets | **13,990,314** | 9,712,499 |
| Total liabilities | **8,276,060** | 6,285,566 |
| Net assets | **5,714,254** | 3,426,933 |
| Minority interests | **1,507,224** | 1,314,695 |
| Equity attributable to equity holders of the Company | **4,207,030** | 2,112,238 |
| Net assets per share – weighted (RMB)[1] | **2.19** | 1.52 |
| Debt to assets ratio[2] | **43.2%** | 43.6% |
| Net debt/ equity ratio[3] | **78.7%** | 96.4% |

Notes:

(1)   The calculations of weighted average net assets per share are based on the profit attributable to equity holders of the Company of each period and on the weighted average number of 1,387,606,849 shares for 2005 and 1,921,550,959 shares for 2006.

(2)   Debt to assets ratio = total borrowings / total assets x 100%

(3)   Net debt/equity ratio = (total borrowings - bank balances and cash) / (minority interests + equity attributable to equity holders of the Company) x 100%

**CNBM**

**ANNUAL REPORT 2006**
**China National Building Material Company Limited**

ALRMH-CNBM00004119

**13**

# Business Highlights

The major operating data of each segment for 2005 and 2006 are set out below:

## CEMENT SEGMENT

|  | For the year ended 31 December | |
|  | **2006** | 2005 |
| --- | --- | --- |
| Production volume-cement (in thousand tonnes) | **9,511.0** | 5,429.5 |
| Production volume-clinker (in thousand tonnes) | **9,942.8** | 5,996.6 |
| Sales volume-cement (in thousand tonnes) | **9,178.5** | 5,551.8 |
| Sales volume-clinker (in thousand tonnes) | **3,298.7** | 1,830.7 |
| Average selling price-cement (RMB per tonne) | **185.8** | 178.8 |
| Average selling price-clinker (RMB per tonne) | **154.1** | 152.9 |

## LIGHTWEIGHT BUILDING MATERIALS SEGMENT

|  | For the year ended 31 December | |
|  | **2006** | 2005 |
| --- | --- | --- |
| **Gypsum boards - BNBM** | | |
| Production volume (in million $m^2$) | **56.5** | 48.8 |
| Sales volume (in million $m^2$) | **56.1** | 42.4 |
| Average selling price (RMB per $m^2$) | **6.59** | 6.15 |
| **Gypsum boards - Taihe** | | |
| Production volume (in million $m^2$) | **189.6** | 115.3 [1] |
| Sales volume (in million $m^2$) | **191.0** | 108.1 [1] |
| Average selling price (RMB per $m^2$) | **4.05** | 3.94 |
| **Acoustical ceiling panels - BNBM** | | |
| Production volume (in million $m^2$) | **6.1** | 5.9 |
| Sales volume (in million $m^2$) | **5.8** | 5.7 |
| Average selling price (RMB per $m^2$) | **17.08** | 16.78 |
| **Acoustical ceiling panels - Tianfeng** | | |
| Production volume (in million $m^2$) | **7.9** | 5.7 [2] |
| Sales volume (in million $m^2$) | **7.8** | 6.1 [2] |
| Average selling price (RMB per $m^2$) | **7.14** | 8.11 |
| **Lightweight metal frames** | | |
| Production volume (in thousand tonnes) | **29.0** | 26.1 |
| Sales volume (in thousand tonnes) | **30.3** | 25.7 |
| Average selling price (RMB per tonne) | **5,596.6** | 5,994.0 |

**14**

# Business Highlights

## LIGHTWEIGHT BUILDING MATERIALS SEGMENT *(Continued)*

Notes:

(1)   *Production volume and sales volume of gypsum boards of Taihe for the year ended 31 December 2005 represented those recorded during the period from 1 May 2005 (on which the acquisition of Taihe was completed) to 31 December 2005;*

(2)   *Production volume and sales volume of acoustical ceiling panels of Tianfeng for the year ended 31 December 2005 represented those recorded during the period from 1 April 2005 (on which the acquisition of Tianfeng was completed) to 31 December 2005.*

## GLASS FIBER AND FRP PRODUCTS SEGMENT

|  | For the year ended 31 December | |
| --- | --- | --- |
|  | **2006** | 2005 |
| **FRP Products** | | |
| Production volume (in thousand tonnes) | **11.1** | 12.9 |
| Sales volume (in thousand tonnes) | **13.8** | 14.5 |
| Average selling price (RMB per tonne) | **16,713.9** | 14,753.1 |
| **Glass Fiber Mats** | | |
| Production volume (in million m$^2$) | **44.4** | 43.9 |
| Sales volume (in million m$^2$) | **45.2** | 43.9 |
| Average selling price (RMB per m$^2$) | **1.03** | 1.26 |
| **Rotor blade** | | |
| Production volume (in blade) | **87.0** | — |
| Sales volume (in blade) | **68.0** | — |
| Average selling price (RMB per blade) | **428,339.0** | — |



**ANNUAL REPORT 2006**
**China National Building Material Company Limited**

ALRMH-CNBM00004121

**15**

# Chairman's Statement



**SONG ZHIPING**
**Chairman**
**Executive Director**

**To Shareholders,**

I am pleased to present to all shareholders the results of the Company for the year ended 31 December 2006.

## REVIEW OF THE YEAR

On 23 March 2006, the Company was successfully listed on the Main Board of the Stock Exchange. The Company is a leading PRC building materials company mainly engaged in the cement, lightweight building materials, glass fiber and FRP products and engineering services business segments. During the year since its listing, the Company strengthened its management of strategy, investment, capital and key indicators based on enhanced corporate governance, focusing on becoming a world-class building materials producer and performance excellence in order to provide shareholders with sound returns. As a result, the Company achieved a steady growth in business results. I would like to take this opportunity to express my heartfelt gratitude on behalf of the Board and the staff of the Company to all shareholders for their trust and support.

## Cement segment

The cement segment recorded a steady growth in terms of operating results on a business scale, with improvements made in various areas such as capital operation, management fundamentals, financial management and project construction.

## Lightweight building materials segment

With the integration of Taihe and Tianfeng, the lightweight building materials segment expanded nationwide with the construction of several national gypsum board industrial bases. Our remarkable progress in branding and marketing, together with adjustments in organization and business, laid a solid foundation enabling us to secure a leading position in the industry.

## Glass fiber and FRP products segment

### FRP products business

Profitability was improved steadily through enhancing cost control and production management, optimizing marketing strategies and pressing ahead with product development. The rotor blade business has also progressed steadily.

### Glass fiber business

Direct-melt furnace production lines for alkali-free and mid-alkali glass fiber were put into operation in tandem and quickly met with our output, quality and technical parameters. We have also equipped our production line with sophisticated technology, thus achieving an annual capacity of 100,000 tonnes.

## Engineering services segment

Thanks to our efforts in exploring overseas markets, we saw significant growth in relation to our international EPC business undertaken by the engineering services segment.

**ANNUAL REPORT 2006**
**China National Building Material Company Limited**

ALRMH-CNBM00004122

16

# Chairman's Statement

## RESULTS OF THE YEAR

The Group's consolidated revenue amounted to RMB6,451.8 million for 2006, representing an increase of 36.5% over last year. Profit attributable to equity holders of the Company amounted to RMB298.1 million, representing a decrease of 15.1% over last year (taking into account the loss from payment of consideration by the Company and China Composites under the share conversion schemes of BNBM, China Fiberglass and Yaopi). Excluding such losses, the profit attributable to equity holders of the Company would amount to RMB550.9 million, representing an increase of 56.9%.

## PROSPECT AND OUTLOOK

### Cement segment

The cement segment will tap into industry consolidation opportunities to engage in mergers and acquisitions at a steady pace, thus gaining a regional competitive edge.

While ensuring the completion of our projects under construction as scheduled, the Group will also coordinate the existing production capacity of clinker and grinding facilities as well as the auxiliary residual-heat power generation projects, and initiate new projects.

With an overall improvement in corporate management, the Group expects to bring all its cement products under the "China United" brand, by strengthening integration of human resources, finance, marketing, procurement, technology and corporate culture to cut down costs.

### Lightweight building materials segment

Construction of production lines will be accelerated. By applying the principles of professionalism and synergising the business structure and operating management, we hope to increase our competitiveness and establish this segment as a market leader.

### Glass fiber and FRP products segment

### FRP products business

With regard to our glass fiber mats business, the Group will employ the principle of business integration in order to gradually enhance its competitiveness.

The Group will actively adjust the product mix of its FRP products in a bid to expand the scale of the rotor blade project and increase output of products such as large FRP containers and gas desulphurization equipment.

### Glass fiber business

The Group will proceed with the 120,000-tonne alkali-free direct-melt furnace production line for glass fiber, aiming at completion by June 2007 in order to consolidate its leading position in the glass fiber business.

### Engineering services segment

The Group will increase its investment in innovative technology to improve our core competitiveness and explore new international markets continuously and secure our EPC projects as scheduled in the contracts.

**Song Zhiping**
*Chairman*

Beijing, the PRC
16 April 2007



**ANNUAL REPORT 2006**
**China National Building Material Company Limited**

ALRMH-CNBM00004123

**17**

# Management Discussion and Analysis

## BUSINESS OVERVIEW

The business segments and the major operating entities of each business segment for the Group are summarised as follows:

| Business segments | Major products and services | Major operating entities | Direct and indirect equity interests held by the Company |
|---|---|---|---|
| Cement | Cement | China United | 100.00% |
| Lightweight building materials | Dry wall and ceiling system | BNBM | 52.40% |
| Glass fiber and FRP products | Glass fiber | China Fiberglass | 36.15% |
| | Glass fiber mats, FRP pipes and tanks and rotor blade | China Composites | 85.31%[1] |
| Engineering services | Design and engineering EPC services: Float glass production lines and NSP cement production lines | China Triumph | 91.00% |

Note:

(1)    Including a 77% equity interest directly held by the Company and a 23% equity interest held by China Fiberglass.

### Cement Segment

#### Review on the cement industry of PRC in 2006

Benefiting from the rapid growth in fixed assets in the PRC, China's cement industry saw surging cement output and new highs in major economic indexes such as sales revenue and profits. Cement output reached approximately 1.24 billion tonnes, up approximately 16% over 2005, of which, the output of NSP cement was approximately 620 million tonnes, accounting for approximately 50% of the total.

In 2006, a number of important policies were promulgated by the State to foster the industry's healthy growth, including the Policy on Cement Industry Development and Special Planning for Development of Cement Industry issued by the State Council and Certain Opinions on Accelerating Cement Industry Restructuring jointly issued by eight departments or committees under the State Council. In January 2007, the State Development and Reform Commission, the Ministry of Land and Resources and the People's Bank of China jointly released a list of 60 large-scale domestic cement enterprises (groups) that will receive extra support from the central government in order to restructure the cement industry, where China United, the cement segment of the Group, was listed as one of the 12 pivotal enterprises nationwide. In February 2007, the State Development and Reform Commission issued a very urgent document requiring all local governments to put more effort in phasing out outdated cement facilities.



**CAO JIANGLIN**
**President**
**Executive Director**

**ANNUAL REPORT 2006**
**China National Building Material Company Limited**

**18**

# Management Discussion and Analysis

## BUSINESS OVERVIEW *(CONTINUED)*

### Cement Segment *(Continued)*

### Review on the Group's cement business in 2006

*Breakthrough from M&A and restructuring.*

On 27 June 2006, the Company successfully acquired Xuzhou Conch and established Xuzhou China United. Through this acquisition, the Groups' production scale was expanded and synergy emerged gradually along with a remarkable increase in profitability, thereby establishing the dominance of its cement business in Huaihai Economic Zone. In addition, the Group's cement production line with a daily capacity of 10,000 tonnes is one of the most advanced in the world cement industry. After 6 months in operation, Xuzhou China United performed well in its production and operation, exceeding its annual operating targets.



*Effect of management enhancement*

**A clinker production line with a daily production capacity of 10,000 tonnes of Xuzhou China United**

In 2006, China United made gradual improvements in its price management system, centralized procurement and regional market integration. In the south market of Shandong, Lunan China United and Zaozhuang China United have consolidated their sales. Following the acquisition of Xuzhou Conch, Huaihai China United, Xuzhou China United and grinding stations in Lianyungang, Fuyang and Suqian cooperated on key constructions and major projects. Therefore, the Group streamlined the marketing division and optimized the production mix so that selling prices of its products were increased substantially and the profitability of the Company was improved.

*Progress of projects under construction*

With the completion of the phase I project of Qingzhou China United which is undergoing pilot production, the grinding station of Qingdao China United and the phase II project of Nanyang China United, the grinding station of Xixia China United, the phase II project of Zaozhuang China United, and the residual-heat power generation project of Huaihai China United are also progressing smoothly.

*Improvement in asset-liability structure*

A capital increase of RMB850 million in China United further optimized the asset-liability structure of its cement segment and enhanced its financing capability.



**ANNUAL REPORT 2006**
**China National Building Material Company Limited**

ALRMH-CNBM00004125

# Management Discussion and Analysis

## BUSINESS OVERVIEW *(CONTINUED)*

### Lightweight Building Materials Segment

### Review on the lightweight building materials industry of the PRC in 2006

In 2006, the building material industry enjoyed a steady growth. Especially during the Eleventh Five-year Plan period, the state stepped up efforts to establish conservation as well as an environment-friendly society by promoting new products which conserve energy, water, land and materials and environmental protection, which will benefit the new building material sector.

### Review on the Group's lightweight building materials business in 2006

*Steady expansion of nationwide industrial bases*

The Company's subsidiary BNBM has identified sites for the construction of its nationwide gypsum board industrial bases. Construction of part of gypsum board bases have commenced production as scheduled.

*Advancing resource integration to expand principal businesses*

An increase in BNBM'S equity interests in Taihe from 42% to 65%, led to significant growth in the production and sale of gypsum boards. Furthermore, through the acquisition of 25% equity in Tianfeng, BNBM obtained 100% control of Tianfeng and hence integrated its operation resources in acoustical ceiling panels.

*Branding enhancement to improve marketing and corporate image*

Efforts in branding enhancement resulted in BNBM being awarded as one of "China's Most Influential Enterprises in 2006". Its "DRAGON" and "TAISHAN" branded gypsum boards were also recognized as one of "China's Renowned Products".

### Glass Fiber and FRP Products Segment

### Review on the glass fiber and FPR product industries of PRC in 2006

*FRP product industry*

According to China FRP Industry Association, the FRP industry underwent a shift towards the high end sector in 2006. The total output in the FRP industry amounted to approximately 2.26 million tonnes in 2006, representing an increase of approximately 22.16% over last year.

*Glass fiber industry*

According to China Fiber Glass Industry Association, the PRC's glass fiber industry recorded a steady growth in output and profitability in 2006. The accumulative output of glass fiber in the PRC increased year-on-year by approximately 22.18% to approximately 1.1607 million tonnes. Profit for the whole industry increased by approximately 39.65% over last year. Due to increased concentration of the sector, the aggregate output of the major three domestic glass fiber manufacturers as led by China Fiberglass accounted for approximately 55.32% of the total industry output.



**20**

# Management Discussion and Analysis

## BUSINESS OVERVIEW *(CONTINUED)*

### Glass Fibre and FRP Products Segment *(Continued)*

### Review on the Group's glass fiber and FRP products business in 2006

*FRP products business*

FRP products business saw steady growth in both production and sales volume in 2006. Focusing on profitability, the Company's subsidiary, China Composites, improved its internal control system and strengthened cost control and marketing to cut down management and operation costs. Meanwhile, it also initiated the research and development of new products. Hence, operating efficiency was improved.

China Composites has established a production line with an annual capacity of 200 pieces(67 sets) rotor blades. As at the end of 2006, China Composites has produced 87 pieces rotor blades for 1.5MW, of which 68 pieces were delivered and put into operation. The second phase of the project for the production of rotor blades commenced construction in August 2006.

Zhongfu Lianzhong's "LIANZHONG" brand of FRP pipes, was recognized as one of "China's Renowned Products". Zhongfu Lianzhong is a subsidiary of China Composites.


**Rotor blades produced by Zhongfu Lianzhong**

*Glass fiber business*

The alkali-free and mid-alkali direct-melt furnace production lines which commenced production in 2006, soon met the targets and standards in production, quality and other various technical indices. The glass fibre electronic cloth project with an annual capacity of 50 million square meters ran its pilot production in December 2006. Apart from an increase in capacity, China Fiberglass also managed to overcome the adverse impact of market competition, energy and chemical material price hikes and Renminbi appreciation through revenue enhancement and expenditure control, reduction of consumption, quality improvement, increasing the production of value-added products as well as adjusting marketing strategies.


**Bird's eye view of 500,000 base of
China Fiberglass Jushi Group**


**CNBM**

**ANNUAL REPORT 2006
China National Building Material Company Limited**

ALRMH-CNBM00004127

**21**

# Management Discussion and Analysis

## BUSINESS OVERVIEW *(CONTINUED)*

### Engineering Services Segment

### Review on the engineering industry in 2006

Demand for products such as cement and glass from the Middle East countries increased in 2006 along with the worldwide economic growth. Thanks to the improved capabilities in research and innovation as well as technological development of China's cement industry, the level of equipment manufacturing and EPC has improved remarkably and has won competitive advantages in the international market.

### Review on the Group's engineering service business in 2006

*Exploration of overseas glass and cement engineering market*

By capitalizing on its comprehensive strengths, the Company's subsidiary, China Triumph, signed a number of contracts relating to glass and cement EPC projects, technical services and foreign trade with counterparts in Turkey, Saudi Arabia, Vietnam and India etc., which has enhanced its market position at home and abroad.

*Efforts in technology innovation and research and development of special equipment*

By meeting project construction targets and upgrading production know-how for float glass, China Triumph managed to develop special equipment and glass processing technology, diversify its products and increase market share for its EPC business to establish the foundation for improving its competitiveness and profitability.

## FINANCIAL REVIEW

For the year ended 31 December 2006, our consolidated revenue grew by 36.5% to RMB6,451.8 million (RMB4,726.5 million in 2005). Our profit attributable to equity holders of the Company decreased by 15.1% from RMB351.1 million in 2005 to RMB298.1 million in 2006, which included the loss from consideration paid for the share conversions of BNBM, China Fiberglass and Yaopi. In particular, a loss of RMB202.6 million was derived from the consideration paid by the Company for the share conversion of BNBM, a loss of RMB61.2 million was derived from the consideration paid by the Company for the share conversion of China Fiberglass and a loss of RMB11.2 million arose from the consideration paid by China Composites for the share conversion of Yaopi. Excluding the loss from share conversions of BNBM, China Fiberglass and Yaopi, profit attributable to equity holders of the Company would increase by 56.9% to RMB550.9 million.

### Revenue

Our consolidated revenue for the year ended 31 December 2006 amounted to RMB6,451.8 million, representing an increase of 36.5% from RMB4,726.5 million in 2005, primarily due to an increase of RMB942.9 million in revenue from our cement segment, an increase of RMB418.4 million in revenue from our engineering services segment, and an increase of RMB417.4 million in revenue from our lightweight building materials segment.

### Cost of sales

Our consolidated cost of sales in 2006 amounted to RMB5,154.6 million, representing an increase of 33.8% from RMB3,852.4 million in 2005, primarily due to an increase of RMB737.0 million in cost of sales from our cement segment, an increase of RMB341.2 million in cost of sales from our engineering services segment, and an increase of RMB284.8 million in cost of sales from our lightweight building materials segment.



ANNUAL REPORT 2006
**China National Building Material Company Limited**

ALRMH-CNBM00004128

22

# Management Discussion and Analysis

## FINANCIAL REVIEW *(CONTINUED)*

### Other income

Other income increased by 59.8% to RMB421.0 million in 2006 from RMB263.5 million in 2005, primarily due to a 144.1% increase in local government grants to RMB115.2 million (RMB47.2 million in 2005), the interest income of RMB56.7 million arising from the over-subscription of public offering of the Group's shares, an 31.4% increase in VAT refund to RMB121.6 million for the year 2006 (RMB92.5 million in 2005), and an 115.5% increase in interest on bank deposits for 2006 to RMB41.7 million (RMB19.4 million in 2005).

### Selling and distribution costs

Selling and distribution costs increased by 28.7% to RMB358.0 million in 2006 from RMB278.1 million in 2005, primarily due to an increase of RMB38.1 million in packaging fees, an increase of RMB19.0 million in transportation costs as a result of our rising sales volume, and an increase of RMB9.3 million in loading fees.

### Administrative and other expenses

Administrative and other expenses increased by 40.5% to RMB417.2 million in 2006 from RMB296.8 million in 2005, primarily due to an increase of RMB19.6 million in salary, an increase of RMB9.4 million in tax (including stamp tax, property tax and landuse tax), an increase of RMB8.9 million in labour insurance, and an increase of RMB7.0 million in consultancy fees.

### Finance costs

Finance costs increased by 35.5% to RMB220.1 million in 2006 from RMB162.4 million in 2005, primarily due to our increased short-term borrowings needed to support the increase in the business volume in each of our four business segments.

### Share of profit of associates

Our share of profit of associates decreased by 16.6% to RMB90.5 million in 2006 from RMB108.5 million in 2005, primarily due to decreases in the profits of our associates, Yaopi and Shenzhen B&Q. The decrease in Yaopi's profit was mainly attributable to the decline in selling prices of products and rising prices of raw materials including heavy oil and natural gas. The decrease in profit of Shenzhen B&Q was principally due to the decline in its revenue in 2006 and the considerable increase in administrative expenses.

# Management Discussion and Analysis

## FINANCIAL REVIEW *(CONTINUED)*

### Loss from share conversion

Our loss from share conversion amounted to RMB275.0 million in 2006. This mainly represents the loss from the consideration paid for share conversions of BNBM, China Fiberglass and Yaopi, of which RMB202.6 million was derived from the consideration paid by the Company for the share conversion of BNBM, RMB61.2 million was derived from the consideration paid by the Company for the share conversion of China Fiberglass and RMB11.2 million arose from the consideration paid by China Composites for the share conversion of Yaopi.

### Income tax expense

Income tax expense increased by 11.9% to RMB50.1 million in 2006 from RMB44.7 million in 2005, primarily due to the increase in profit before taxation, partially offset by the increase in tax rebate for domestically made equipment and utilization of industrial waste in the cement and lightweight building materials segments.

### Minority interests

Minority interests increased by 35.5% to RMB191.0 million in 2006 from RMB141.0 million in 2005, primarily due to the increase in operating profit in each of our business segments.

### Profit attributable to equity holders of the Company

As a result of the share conversion of BNBM, China Fiberglass and Yaopi, profit attributable to the equity holders of the Company decreased by 15.1% to RMB298.1 million in 2006 from RMB351.1 million in 2005. Our net profit margin decreased to 4.6% in 2006 from 7.4% in 2005. Excluding the losses from the share conversion of BNBM, China Fiberglass and Yaopi, profit attributable to the equity holders of the Company would increase by 56.9% to RMB550.9 million in 2006 from RMB351.1 million in 2005. Our net profit margin would increase to 8.5% in 2006 from 7.4% in 2005.

### Cement Segment

### Acquisition and addition of new production lines

We acquired Xuzhou China United on 30 June 2006. Its operating results are included in our financial results for the year ended 31 December 2006, but not in our financial results for the year ended 31 December 2005. The following table sets out the revenue, cost of sales, gross profit and operating profit arising from Xuzhou China United for the year ended 31 December 2006 and their respective contribution to our cement segment:

|  | Xuzhou China United | |
|  | RMB in millions | Percentage |
| --- | --- | --- |
| Revenue | 341.0 | 15.4 |
| Cost of sales | 260.2 | 15.2 |
| Gross profit | 80.8 | 16.1 |
| Operating profit | 64.6 | 16.5 |

In addition to the reasons stated below, the changes in the operating results of our cement segment for the year ended 31 December 2006 as compared with the year ended 31 December 2005 were also attributable to the inclusion of the results from our newly added plants described above.

24

# Management Discussion and Analysis

## FINANCIAL REVIEW *(CONTINUED)*

### Cement Segment *(Continued)*

#### Revenue

Revenue for our cement segment increased by 74.1% to RMB2,215.5 million for the year ended 31 December 2006 (or 47.3% to RMB1,874.5 million excluding the newly-added subsidiary described above), from RMB1,272.5 million for the year ended 31 December 2005, primarily due to an increase in sales volume generated from our newly-added clinker production lines in each of Huaihai China United and Lunan China United in July 2005 with a daily capacity of 5,000 tonnes, and an increase in the Average Realized Sales Price of our cement products.

#### Cost of sales

Cost of sales for our cement segment increased by 75.6% to RMB1,712.3 million for the year ended 31 December 2006 (or 48.9% to RMB1,452.1 million excluding the newly-added subsidiary described above), from RMB975.3 million for the year ended 31 December 2005, primarily due to our newly added production lines in Lunan China United and Huaihai China United, and a rise in cost of sales arising from the increasing purchase costs of principal raw materials due to growing transportation fees and rising electricity tariffs, which have been partially offset by decreasing coal prices.

#### Gross profit and gross margin

Gross profit for our cement segment increased by 69.3% to RMB503.2 million for the year ended 31 December 2006 (or 42.1% to RMB422.4 million excluding the newly-added subsidiary described above) from RMB297.2 million for the year ended 31 December 2005. Gross margin for our cement segment decreased to 22.7% for the year ended 31 December 2006 from 23.4% for the year ended 31 December 2005. The decrease in gross margin for our cement segment was primarily due to an increase in purchase costs of principal raw materials resulting from the rising transportation fees and an increase in electricity tariffs, partially offset by a decrease in coal prices and an increase in the Average Realized Sales Price of our cement products.

### Operating profit

Operating profit for our cement segment increased by 63.2% to RMB392.4 million for the year ended 31 December 2006 (or 36.4% to RMB327.8 million excluding the newly added subsidiary described above) from RMB240.3 million for the year ended 31 December 2005. Operating margin for the segment decreased to 17.7% for the year ended 31 December 2006 from 18.9% for the year ended 31 December 2005, primarily due to the decrease in gross profit, and the increase in transportation fees, packing fees, and loading fees resulting from business expansion, partially offset by the increase in other income including government grants and VAT refund.



**ANNUAL REPORT 2006**
**China National Building Material Company Limited**

ALRMH-CNBM00004131

**25**

# Management Discussion and Analysis

## FINANCIAL REVIEW *(CONTINUED)*

### Lightweight Building Materials Segment

### Acquisitions

We acquired 42% equity interest in Taihe on 30 April 2005 and 75% in Tianfeng on 31 March 2005. The operating results from Taihe for the eight months from 1 May 2005 to 31 December 2005, and from Tianfeng for the nine months from 1 April 2005 to 31 December 2005 are included in our operating results for the year ended 31 December 2005. Unless otherwise specified, the changes in the operating results of our segment for the year ended 31 December 2006 as compared with the year ended 31 December 2005 were attributable to this reason. The table below sets out the revenue, cost of sales, gross profit and operating profit of Taihe and Tianfeng in 2005 and 2006:

| | Taihe | | Tianfeng | |
|---|---|---|---|---|
| | **For the year ended December 31** | | | |
| | **2006** | 2005 | **2006** | 2005 |
| | *RMB in millions* | | | |
| Revenue | **773.0** | 423.3 | **55.6** | 50.0 |
| Cost of sales | **574.3** | 329.4 | **48.2** | 42.5 |
| Gross profit | **198.7** | 93.9 | **7.4** | 7.5 |
| Operating profit | **141.6** | 72.1 | **2.2** | 4.9 |

### Revenue

Revenue for our lightweight building materials segment increased by 17.9% to RMB2,744.3 million in 2006 from RMB2,326.9 million in 2005, mainly due to revenue increases from most of our major businesses except for BND. The decrease in the revenue of BND was due to the exclusion of E-HOME stores (which was disposed in August 2005) in the revenue for the year ended 31 December 2006 while the revenue of E-HOME amounting to RMB237.6 million was included in the year ended 31 December 2005. Without the revenue from E-HOME, revenue from BND would increase by RMB174.5 million in 2006 as compared with 2005.

**26**

# Management Discussion and Analysis

## FINANCIAL REVIEW *(CONTINUED)*

### Lightweight Building Materials Segment *(Continued)*

### Revenue *(Continued)*

The table below sets out the revenue generated from the three principal products of our dry wall and ceiling systems in 2005 and 2006, respectively:

| | For the year ended 31 December | | |
| | **2006** | 2005 | Period on period change |
| | (RMB in millions) | | (%) |
|---|---|---|---|
| Gypsum boards | **1,144.1**[1] | 684.3[2] | 67.2 |
| Acoustical ceiling panels | **155.2**[3] | 145.6[4] | 6.6 |
| Lightweight metal frames | **169.8** | 153.8 | 10.4 |
| Total | **1,469.1** | 983.7 | 49.3 |

Notes:

(1)  Includes revenue from Taihe during the period from 1 January 2006 to 31 December 2006 in the amount of RMB774.2 million.

(2)  Includes revenue from Taihe during the period from 1 May 2005 to 31 December 2005 in the amount of RMB421.4 million.

(3)  Includes revenue from Tianfeng during the period from 1 January 2006 to 31 December 2006 in the amount of RMB55.6 million.

(4)  Includes revenue from Tianfeng during the period from 1 April 2005 to 31 December 2005 in the amount of RMB50.0 million.

# Management Discussion and Analysis

## FINANCIAL REVIEW *(CONTINUED)*

### Lightweight Building Materials Segment *(Continued)*

### Cost of sales

Cost of sales for our lightweight building materials segment increased by 14.3% to RMB2,273.9 million in 2006 from RMB1,989.1 million in 2005, due to increases in cost of sales from most of our major businesses as a result of their respective increases in sales volume except for BND. The decrease in cost of sales of BND was due to the exclusion of E-HOME (which was disposed in August 2005) stores in cost of sales for the year ended 31 December 2006 while the cost of sales of E-HOME of RMB225.3 million was included in that for the year ended 31 December 2005. Without cost of sales from E-HOME, cost of sales of BND would increase by RMB164.6 million in 2006 as compared with 2005.

The table below sets out the cost of sales of the three principal products of our dry wall and ceiling systems in 2005 and 2006, respectively:

| | For the year ended 31 December | | |
| --- | --- | --- | --- |
| | **2006** | 2005 | Period on period change |
| | *(RMB in millions)* | | (%) |
| Gypsum boards | **848.2**[1] | 514.8[2] | 64.8 |
| Acoustical ceiling panels | **130.8**[3] | 124.3[4] | 5.2 |
| Lightweight metal frames | **130.5** | 124.0 | 5.2 |
| Total | **1,109.5** | 763.1 | 45.4 |

Notes:

[1]   Includes cost of sales from Taihe during the period from 1 January 2006 to 31 December 2006 in the amount of RMB574.3 million.

[2]   Includes cost of sales from Taihe during the period from 1 May 2005 to 31 December 2005 in the amount of RMB328.3 million.

[3]   Includes cost of sales from Tianfeng during the period from 1 January 2006 to 31 December 2006 in the amount of RMB48.2 million.

[4]   Includes cost of sales from Tianfeng during the period from 1 April 2005 to 31 December 2005 in the amount of RMB42.5 million.

28

# Management Discussion and Analysis

## FINANCIAL REVIEW *(CONTINUED)*

### Lightweight Building Materials Segment *(Continued)*

### Gross profit and gross margin

Gross profit for our lightweight building materials segment increased by 39.3% to RMB470.4 million in 2006 from RMB337.8 million in 2005.

The table below sets out the gross profit generated from the three principal products of our dry wall and ceiling systems in 2005 and 2006, respectively:

| | For the year ended 31 December | | |
|---|---|---|---|
| | **2006** | 2005 | **Period on period change** |
| | **(RMB in millions)** | | (%) |
| Gypsum boards | **295.9**[1] | 169.5[2] | 74.6 |
| Acoustical ceiling panels | **24.4**[3] | 21.3[4] | 14.5 |
| Lightweight metal frames | **39.3** | 29.8 | 32.0 |
| Total | **359.6** | 220.6 | 63.0 |

Notes:

(1)    Includes gross profit from Taihe from 1 January 2006 to 31 December 2006 in the amount of RMB199.9 million.

(2)    Includes gross profit from Taihe from 1 May 2005 to 31 December 2005 in the amount of RMB93.1 million.

(3)    Includes gross profit from Tianfeng from 1 January 2006 to 31 December 2006 in the amount of RMB7.4 million

(4)    Includes gross profit from Tianfeng from 1 April 2005 to 31 December 2005 in the amount of RMB7.5 million.

Gross margin for our lightweight building materials segment increased to 17.1% in 2006 from 14.5% in 2005, primarily due to an increase in the percentage of revenue from gypsum boards, which have a higher gross margin than our other products in this segment, and the increased gross margins of those three principal products from the decreased average fixed cost as a result of the increase of production volume.

## Operating profit

Operating profit for our lightweight building materials segment increased by 77.9% to RMB314.7 million in 2006 from RMB176.9 million in 2005. Operating margin in this segment increased to 11.5% in 2006 from 7.6% in 2005, primarily due to the increase in gross margin of lightweight building materials segment and the increase in VAT refund resulting from more sales of products eligible for VAT refund.

# Management Discussion and Analysis

## FINANCIAL REVIEW *(CONTINUED)*

### Glass Fiber and FRP Products Segment

As China Fiberglass is our associate but not our subsidiary, operating results of China Fiberglass are not consolidated with ours and are not included in the results of our glass fiber and FRP products segment. Unless otherwise indicated, reference to our operating results in this segment does not include China Fiberglass.

### Revenue

Revenue for our glass fiber and FRP products segment increased by 15.9% to RMB367.4 million in 2006 from RMB317.1 million in 2005, primarily due to an increase of RMB54.0 million in revenue from our FRP pipes and tanks business and an increase of RMB15.4 million in revenue from our ships & boats business, partially offset by a decrease of RMB8.7 million in revenue from glass fiber mats business and a decrease of RMB9.3 million in revenue from plastic floor products business. The decrease in revenue from plastic floor products business was primarily due to the decrease in sales volume of the production line of Liberty TOLI resulting from its location transfer in 2006.

### Cost of sales

The cost of sales for our glass fiber and FRP products segment increased by 15.2% to RMB259.6 million in 2006 from RMB225.4 million in 2005, primarily due to an increase of RMB36.7 million in cost of sales from our FRP pipes and tanks business, an increase of RMB7.4 million in cost of sales from our ships & boats business, partially offset by the decrease of RMB7.0 million in cost of sales from plastic floor product business and the decrease of RMB2.9 million in cost of sales from glass fiber mats business.

### Gross profit and gross margin

Gross profit for our glass fiber and FRP products segment increased by 17.6% to RMB107.8 million in 2006 from RMB91.7 million in 2005. Gross margin for our glass fiber and FRP products segment increased to 29.3% in 2006 from 28.9% in 2005. The increases in gross margin were primarily due to the increase in FRP pipes and tanks business and ships & boats business.

### Operating profit

Operating profit for our glass fiber and FRP products segment increased by 33.1% to RMB68.6 million in 2006 from RMB51.6 million in 2005. The operating margin for the segment increased to 18.7% in 2006 from 16.3% in 2005, primarily due to an increase in gross profit of the segment, more government grants for FRP pipes and tanks business in 2006, and the decrease in selling and distribution costs as compared with 2005.



**ANNUAL REPORT 2006**
**China National Building Material Company Limited**

ALRMH-CNBM00004136

**30**

# Management Discussion and Analysis

## FINANCIAL REVIEW *(CONTINUED)*

### Engineering Services Segment

#### Revenue

Revenue for our engineering services segment increased by 48.5% to RMB1,281.9 million in 2006 from RMB863.5 million in 2005, primarily due to a greater number of new and ongoing projects in 2006. We performed services under 86 contracts in 2006 as compared to 56 contracts in 2005.

#### Cost of sales

The cost of sales for our engineering services segment increased by 48.0% to RMB1,052.1 million in 2006 from RMB711.0 million in 2005, primarily due to a greater number of new and ongoing projects.

#### Gross profit and gross margin

Gross profit for our engineering services segment increased by 50.6% to RMB229.8 million in 2006 from RMB152.5 million in 2005, primarily due to the increase in the number of new and ongoing projects in 2006. Gross margin for our engineering services segment increased to 17.9% in 2006 from 17.7% in 2005, primarily due to the increased gross margin for EPC projects which account for the largest percentage in our project mix.

#### Operating profit

Operating profit for our engineering services segment increased by 61.3% to RMB169.9 million in 2006 from RMB105.3 million in 2005, and operating margin for the segment increased to 13.3% in 2006 from 12.2% in 2005, primarily due to the increase in gross margin as well as the decreased percentage of administrative and other expenses in sales revenue.



**ANNUAL REPORT 2006**
**China National Building Material Company Limited**

ALRMH-CNBM00004137

# Management Discussion and Analysis

## FINANCIAL REVIEW *(CONTINUED)*

### Liquidity and financial resources

As at 31 December 2006, we had aggregate unused banking facilities of approximately RMB1,358.8 million.

The table below sets out our borrowings as at the date indicated:

| | As at 31 December | |
|---|---|---|
| | **2006** | 2005 |
| | *(RMB in millions)* | |
| Bank loans | **5,971.6** | 4,154.5 |
| Other borrowings from non-financial institutions | **76.6** | 82.1 |
| Total | **6,048.2** | 4,236.6 |

The table below sets out the maturities of the Group's borrowings as at the date indicated:

| | As at 31 December | |
|---|---|---|
| | **2006** | 2005 |
| | *(RMB in millions)* | |
| Borrowings are repayable as follows: | | |
| within one year or on demand | **3,595.7** | 3,232.0 |
| between one and two years | **515.2** | 49.5 |
| between two and three years | **887.8** | 502.0 |
| between three and five years, inclusive | **888.0** | 453.1 |
| over five years | **161.5** | — |
| Total | **6,048.2** | 4,236.6 |

As at 31 December 2006, bank loans in the amount of RMB766.8 million were secured by certain assets of total carrying value of RMB1,654.8 million.

As at 31 December 2005 and 31 December 2006, we had a debt-to-asset ratio, calculated by dividing our consolidated borrowings by our total consolidated assets, of 43.6% and 43.2%. The decrease is due to the receiving of proceeds from our public offering.

**32**

# Management Discussion and Analysis

## FINANCIAL REVIEW *(CONTINUED)*

### Exchange Risks

Almost all of the Group's businesses were operated in Renminbi. The Group is not exposed to any significant exchange risks. The Group may be exposed to an exchange risk in case that the remaining proceeds for its public offering are remitted to domestic financial institutions.

### Contingent Liabilities

The Group incurred certain contingent liabilities arising out of the guarantees given to banks in respect of banking facilities utilised by independent third parties. The undiscounted maximum amount of potential future payments under guarantees is set out as follows:

|  | As at 31 December | |
|---|---|---|
|  | **2006** | 2005 |
|  | *(RMB in millions)* | |
| Guarantees given to banks in respect of banking facilities utilised by independent third parties | — | 144.5 |

The above guarantees as of 31 December 2005 have been fully released subsequent to the balance sheet date.

### Capital Commitments

The following table presents our capital commitments as at the dates indicated:

|  | As at 31 December | |
|---|---|---|
|  | **2006** | 2005 |
|  | *(RMB in millions)* | |
| Capital expenditure of the Group in respect of acquisition of property, plant and equipment contracted for but not provided in the financial statements | **280.0** | 526.4 |
| Capital expenditure of the Company in respect of acquisition of land use right contracted for but not provided in the financial statements | **13.6** | — |

# Management Discussion and Analysis

## FINANCIAL REVIEW *(CONTINUED)*

### Capital Expenditures

The following table sets out our capital expenditures in fixed assets investment for the year ended 31 December 2006 by segments

| | For the year ended 31 December 2006 | |
| --- | --- | --- |
| | *(RMB in millions)* | *% of total* |
| Cement | 2,237.3 | 85.0 |
| Lightweight building materials | 260.9 | 9.9 |
| Glass fibber and FRP products | 96.2 | 3.7 |
| Engineering services | 32.5 | 1.2 |
| Others | 4.2 | 0.2 |
| Total | 2,631.1 | 100 |

### Distributable Reserves

The distributable reserves of the Company as at 31 December 2006 and the date of this report were RMB-63.1 million and RMB67.1 million, respectively.

### Net Proceeds from Global Offer

The net proceeds from global offer of the Company were approximately HK$1.75 billion in total. The company had applied approximately HK$1.43 billion into the projects and for repayment of bank loans, which is in compliance with the intended use of proceeds as entailed on pages 280 and 281 of the prospectus. As at 31 December 2006, the balance of approximately HK$0.32 billion remained as bank deposits.

### Bank balances and cash

Our total bank balances and cash were RMB1,549.1 million as at 31 December 2006 and RMB932.6 million as at 31 December 2005.

**34**

# Management Discussion and Analysis

## FINANCIAL REVIEW *(CONTINUED)*

### Cash Flow from Operating Activities

In 2006, our net cash inflow generated from operating activities was RMB541.9 million. Such inflow was primarily a result of RMB1,146.7 million of operating cash flow before movements in working capital, offset primarily by a RMB391.4 million increase in trade receivable and other receivables, a RMB88.8 million decrease in trade payable and other payables, and a RMB81.5 million increase in inventories.

### Cash Flow from Investing Activities

In 2006, our net cash outflow from investing activities was RMB2,515.3 million, which was primarily due to the purchase of property, plant and equipment mainly used for the cement and lightweight building materials segments in a total amount of RMB 1,371.0 million, an expenditure of RMB 589.0 million for acquisition of a subsidiary, and a RMB372.7 million increase in pledged bank deposit.

### Cash Flow from Financing Activities

In 2006, we had a net cash inflow from financing activities in an amount of RMB2,589.6 million, primarily due to a total of RMB7,330.4 million in new borrowings, offset by approximately RMB6,037.0 million in the repayment of borrowings. In addition, the Group raised RMB1,754.1 million through the issuance of new shares (an interest income of RMB56.7 million arising from over-subscription of public offering of the Company's shares was presented in Cash Flow from Operating Activities).

**35**

# CORPORATE GOVERNANCE REPORT

As the Company was listed on 23 March 2006, the Company was not a listed company during the period from 1 January 2006 to 22 March 2006. Nevertheless, as part of the preparations for listing, the Company has enhanced its corporate governance practices to comply with the Listing Rule requirements.

The Company has complied with the "Code of Corporate Governance Practices" (the "Code") as set out in Appendix 14 of Listing Rules during the period from the Listing Date to 31 December 2006, standardized its operation and promoted the continuous improvement of the corporate governance. Under the guidance of the regulatory documentation such as the Listing Rules, articles of association of the Company, the "Working Rules of the Audit Committee" and "Working Rules of the Remuneration Committee", an efficient checks and balances mechanism has been achieved within the Company through coordination among the general meeting, the Board and its related special board committees, the Supervisory Committee and the management. The internal management and operation of the Company was also further standardized to secure its regular operation and enhance its value. The Company is committed to optimization of its management system and framework for sustainable development and controlling operating risks to improve its performance on a shareholder interest-oriented basis.

## 1. COMPLIANCE WITH THE MODEL CODE FOR SECURITIES TRANSACTIONS BY DIRECTORS OF LISTED ISSUERS ("MODEL CODE")

The Company has adopted a set of code no less exacting than the standards set out in the Model Code for Securities Transaction by Directors of Listed Issuers as set out in Appendix 10 to the Listing Rules ("Model Code") as its own code of conduct regarding Director's securities transactions. Having made specific enquiry with all directors, the Company confirms that each of the Directors has confirmed that they complied with the Model Code during the period from the Listing Date to 31 December 2006.

36

# CORPORATE GOVERNANCE REPORT

## 2. THE BOARD

During 2006, the Board held 7 board meetings to consider and determine significant events including corporate strategy and material acquisition and merger. All directors attended the meetings in person or by proxy. The management is responsible for the implementation of strategies and the administration work related to daily operations.

The members of the Company's Board and the attendance of directors at Board meetings during the year are as follows:

| Position | Name | Attendance rate (%) |
|---|---|---|
| Executive Director | Song Zhiping | 100 |
| Executive Director | Cao Jianglin | 100 |
| Executive Director | Li Yimin | 100 |
| Executive Director | Peng Shou[1] | 100 |
| Non-executive Director | Cui Lijun | 100 |
| Non-executive Director | Huang Anzhong | 100 |
| Non-executive Director | Zuo Fenggao | 100 (14.3 of which by proxy) |
| Independent Non-executive Director | Zhang Renwei | 100 |
| Independent Non-executive Director | Zhou Daojiong | 100 |
| Independent Non-executive Director | Chi Haibin | 100 (14.3 of which by proxy) |
| Independent Non-executive Director | Lau Ko Yuen, Tom | 100 |

*Note:*

1.    *Mr. Peng Shou became a director of the Company on 20 June 2006 and only attended the ninth meeting of the first Board, the first extraordinary meeting of the first Board, and the second extraordinary meeting of the first Board.*

Save as disclosed herein, there is no finance, business, family relationship(s) or any other connection between our directors, including between the chairman and the chief executive.

**ANNUAL REPORT 2006**
**China National Building Material Company Limited**

# CORPORATE GOVERNANCE REPORT

## 3.   OPERATION OF THE BOARD

The Company's Board is elected by shareholders at general meeting and reports to general meeting. The Board is the highest decision-making authority during the adjournment of general meeting. The primary responsibilities of the Board are to provide strategic guidance to the Company, exercise effective supervision over the management, ensure that the Company's interests are protected and report to the shareholders. The Board makes decisions on certain significant matters, including business plans and investment proposals; the proposed annual preliminary and final financial budget; the debt and financial policies and proposals for increases or reductions of the Company's registered share capital and the issue of corporate debentures; interim and annual financial reports; interim and annual profit distribution plan and plan for recovery of losses; significant matters involving material acquisition or disposal proposals of the Company and plans for the merger, division or dissolution of the Company; the establishment of the Company's internal management structure; and the appointment or removal of the members of the executive institutions of the Company and determination of their remuneration. The directors are elected in strict compliance with the procedures for election and appointment of directors provided for in the Company's articles of association. The directors are able to attend board meetings and perform their duties as directors earnestly and diligently in order to make important decisions for the Company, supervise the members of the executive institutions of the Company and communicate with shareholders. After the Board makes decisions, the implementation of specific matters shall be completed by the management of the Company and the management shall be required to report such implementation to the Board.

The Company has established a system of independent directors. There are four independent non-executive directors in the Board, which is in compliance with the minimum number of independent non-executive directors required under the Listing Rules. The Company has received a confirmation of independence from each of the four independent non-executive directors pursuant to Rule 3.13 of the Listing Rules, and considers the four independent non-executive directors to be independent of the Company, its substantial shareholders and connected persons and complies with the requirements concerning independent non-executive directors under the Listing Rules. Mr. Chi Haibin and Mr. Zhou Daojiong, independent non-executive directors of the Company, have appropriate accounting and financial expertise as required under Rule 3.10 of the Listing Rules. Please see the section headed "Biographical Details of Directors, Supervisors and Senior Management" of this report for biography of Mr Chi Haibin and Mr. Zhou Daojiong. The four independent non-executive directors do not hold other positions in the Company. They protect the interests of minority shareholders independently and objectively, and provide checks and balances in the decision-making of the Board according to the Company's articles of association and the relevant laws and regulations. The Board has also established an Audit Committee and a Remuneration Committee. The main responsibility of these committees is to provide support to the Board in decision-making and make recommendations for the improvement of the corporate governance level of the Company.

38

# CORPORATE GOVERNANCE REPORT

## 4.  CHAIRMAN AND CHIEF EXECUTIVE OFFICER

Mr. Song Zhiping is the Chairman of the Company and Mr. Cao Jianglin is the President of the Company. Pursuant to the Company's articles of association, the primary duties and responsibilities of the Chairman are chairing the general meetings and convening and holding board meetings, checking the implementation of board resolutions, signing the securities issued by the Company, and other duties and powers authorized by the Company's articles of association and the Board. The major responsibilities of the President are chairing production, operation and management matters, organizing the implementation of board resolutions, organizing the implementation of annual business plans and investment proposals of the Company, formulating plans for the establishment of the Company's internal management structure, formulating plans for the establishment of the Company's branches, devising the basic management system of the Company, formulating basic rules and regulations of the Company, proposing the appointment or removal of the Vice President and the Financial Controller of the Company, appointing or removing management members apart from those that should be appointed or removed by the Board, and performing other duties and powers authorized by the articles of association of the Company and the Board of Directors.

## 5.  TERM OF OFFICE OF NON-EXECUTIVE DIRECTORS

Pursuant to the Company's articles of association, all directors including the non-executive directors shall be elected by the general meeting and serve a term of three years. Upon the expiry of their term of office, the directors may be re-elected and reappointed.

## 6.  REMUNERATION COMMITTEE

The Remuneration Committee of the Company comprises three directors, including two independent non-executive directors, namely Mr. Zhang Renwei who is the chairman of the committee and Mr. Zhou Daojiong, and one executive director, namely, Mr. Song Zhiping as required under the rules of the Code. Since the listing of the Company in March 2006, there have been no changes to the members of the committee. The "Working Rules of the Remuneration Committee" specifies the responsibilities and duties of the committee.

The main responsibilities of the Remuneration Committee are the determination and review of specific remuneration and performance of the directors and senior management, mainly based on the remuneration and performance management policy and structure for directors and senior management as formulated by the Board. The Remuneration Committee held one meeting in 2006, at which all of the members of the Remuneration Committee were present.

A summary of the work completed by the Remuneration Committee of the Company in 2006 is as follows:

The Remuneration Committee considered and approved the remuneration plan of the senior management of the Company for 2006, remuneration plan of directors and supervisors, and the share appreciation rights proposal granted by the senior management at its first meeting according to the scope authorized by the third extraordinary general meeting held in 2006.

The Remuneration Committee also makes recommendations to the Board in respect of the remuneration of directors, supervisors and senior management. Remuneration of directors, supervisors and senior management is submitted for the consideration and approval of the Board. After the approval of the Board, remuneration of the directors and supervisors is submitted for approval of the general meeting. Annual remuneration of senior management comprises four components including basic salary, performance-based salary, special award and share appreciation rights. Basic salary is determined by taking responsibility, capability, market rates into consideration. Performance-based salary is determined based on the assessment of economic responsibility. Special award is granted to those who has made prominent contributions to the Company's results or in certain aspects. The share appreciation rights are implemented according to the Company's "Share Appreciation Rights Proposal".



**ANNUAL REPORT 2006**
**China National Building Material Company Limited**

ALRMH-CNBM00004145

# CORPORATE GOVERNANCE REPORT

## 7.   NOMINATION OF DIRECTORS

Pursuant to the Company's Articles of Association, election and replacement of directors shall be proposed to the general meeting for consideration. Shareholders holding 5% or more of the Company's shares carrying voting rights are entitled to make such proposal and request the Board to authorize the Chairman to consolidate a list of the director candidates nominated by the shareholders who are entitled to make a proposal. As authorized by the Board, the Chairman shall consolidate a list of the director candidates and order the Secretariat of the Board together with the relevant departments to prepare the relevant procedural documents, including but not limited to invitations for directors, confirmation letters, biographies of candidates and letters of resignations.

The Secretariat of the Board is responsible for requesting the Chairman and/or the shareholders entitled to make a proposal to issue invitations of directors to the director candidates. The director candidates will sign the confirmation letters. At the same time, resigning directors are required to sign resignation letters. Pursuant to the Company's articles of association, the Company is required to issue a written notice of the general meeting to shareholders in writing 45 days in advance and send a circular to shareholders. Pursuant to Rule 13.51(2) of the Listing Rules, the list, biography and emoluments of the director candidates must be set out in the circular to shareholders to facilitate the making of discretionary voting by shareholders. The election of new directors must be approved by more than half of the total shares carrying voting rights held by the shareholders or the independent shareholders'representative at the general meeting.

During the year, two of the board meetings discussed new directors' appointment. All of the members of the Board attended these two meetings.

The Company has not established a Nomination Committee.

## 8.   AUDITORS' REMUNERATION

At the 2005 annual general meeting of the Company held on 20 June 2006, ShineWing Certified Public Accountants and Deloitte Touche Tohmatsu were reappointed as the Company's PRC and international external auditors respectively. During the year, the Company paid an aggregate of RMB3.18 million to the aforementioned auditors as fees for their professional audit services.

During the reporting period, the above two auditors did not provide other significant services to the Company other than financial auditing service.

**40**

# CORPORATE GOVERNANCE REPORT

## 9.   AUDIT COMMITTEE

The Audit Committee comprises two independent non-executive directors, namely Chi Haibin (who is the Chairman of the committee) and Zhou Daojiong and one non-executive director, namely Cui Lijun. Among them, Chi Haibin and Zhou Daojiong possess professional qualifications or accounting or related financial management experience. Under the "Working Rules of the Audit Committee", the chairman of the Committee must be an independent non-executive director and all resolutions of the Committee must be approved by the independent non-executive directors.

The principal duties of the Audit Committee include reviewing the Company's financial reporting procedures, internal controls and risk management.

During the reporting period, the Audit Committee held two regular meetings. The recommendations of the Audit Committee have been presented to the Board and acted upon (if applicable). The members of the Audit Committee and their rate of attendance of meetings are as follows:

| Position | Name | Attendance rate (%) |
|---|---|---|
| Chairman | Chi Haibin | 100 |
| Member | Zhou Daojiong | 100 |
| Member | Cui Lijun | 100 |

During the reporting period, the Audit Committee issued its opinion in respect of the performance of its responsibilities relating to the interim and annual results and the review of the internal control system and the performance of the other responsibilities set out in the Code relating to the financial report for 2005 and the interim financial report for 2006 etc..

During the reporting period, the Audit Committee has operated in accordance with Appendix 14 to the Listing Rules, including reviewing the Group's financial statements and results for the year ended 31 December 2006.

During the reporting period, directors of the Company has acknowledged their responsibility for preparing the accounts. The Board has carried out systemic analysis and review on the financial and operational risks of the Group and their prevention, as well as the compliance control during the interim and year end. This analysis emphasized certain weak areas or imperfections and a proposal for the improvement of these areas by the management of the Company has been made. The reporting responsibilities of external auditors are set out in the Report of the Independent Auditor of the annual report.

# CORPORATE GOVERNANCE REPORT

## 10. SHAREHOLDERS AND GENERAL MEETINGS

To ensure that all shareholders of the Company enjoy equal rights and exercise their rights effectively, the Company convenes a general meeting every year pursuant to its articles of association or holds extraordinary general meetings when there are matters subject to the consideration of shareholders . At the 2005 general meeting of the Company held on 20 June 2006, 7 ordinary resolutions and 2 special resolutions relating to the amendment of the Company's Articles of Association and authorizing the Board to issue the Company's shares were passed and approved. At the first extraordinary general meeting held on 27 January 2006, the resolutions relating to the election of the directors of the Company and amendment of the Company's articles of association pursuant to the election were passed and approved. At the second extraordinary general meeting held on 28 February 2006, 6 resolutions relating to the public issue and placement of H shares were passed and approved. At the third extraordinary general meeting held on 7 March 2006, resolutions relating to the total remuneration of all directors and supervisors for 2006 were passed and approved.

## 11. SUPERVISORS AND THE SUPERVISORY COMMITTEE

The Supervisory Committee of the Company reports to the general meeting. Its members comprise three shareholder's representatives and one supervisor elected by the employees' representatives and two independent supervisors. The supervisors have discharged their duties conscientiously in accordance with the provisions of the Company's articles of association, attended all board meetings consistently, and submitted the Supervisory Committee Report and presented certain recommendations. In line with the spirit of accountability to all shareholders, the Supervisory Committee monitored the financial affairs of the Company and the performance of duties and responsibilities by the directors, president and other senior management personnel of the Company to ensure that they have performed their duties. The Supervisory Committee has participated actively in major matters of the Company including production, operation and investment projects and made constructive recommendations.

## 12. INTERNAL CONTROL

In order to comply with relevant regulatory requirements of the Company's listing place, strengthen its internal control management and ensure healthy and effective internal control, the Company has formulated a series of internal management systems covering financial management, investment management, audit management, etc. The Board considered and approved the Code for Securities Transactions of China National Building Material Company Limited and the Information Disclosure System of China National Building Material Company Limited and the Investor Management Measures of China National Building Material Company Limited on 4 January 2007.

Directors also reviewed the effectiveness of the internal control system of the Company and its subsidiaries, which covered financial control, operation control, compliance control and risk management function control.

42

# Directors' Report

The Board of Directors (the "Board") of the Company hereby presents its report together with the audited financial statements of the Group for the year ended 31 December 2006 to its shareholders.

## PRINCIPAL BUSINESS

The Group is a holding company and its subsidiaries are mainly engaged in the cement, lightweight building materials, glass fiber, glass steel products and engineering services businesses. Particulars of the Group's businesses are set out in Note 7, Note 20 and Note 21 to the Group's consolidated financial statements respectively.

## RESULTS

The results of the Group for the year are set out in the consolidated income statements in this annual report.

## DIVIDENDS

The Board has recommended the distribution of a final dividend of RMB0.0324 per share (pre-tax) for the period from 1 January 2006 to 31 December 2006, representing a total amount of RMB67,123,080 (pre-tax).

The proposed final dividend is subject to approval at the annual general meeting to be held on Friday, 15 June 2007. Shareholders whose names appear on the register of members on Friday, 15 June 2007 will be eligible for the final dividend. The registers of member of the Company will be closed from Wednesday, 16 May 2007 to Friday, 15 June 2007 (both days inclusive), during such period no share transfer will be registered. In order to qualify for the final dividend mentioned above, holders of H shares whose transfers have not been registered shall have to deposit the instrument(s) of transfer and the relevant share certificate(s) at Tricor Investor Services Limited, the Company's H Share Registrar, not later than 4:30 p.m. on Tuesday, 15 May 2007 to facilitate the share transfer registration.

## PROPERTY, PLANT AND EQUIPMENT

The Group owns property, plant and equipment of approximately RMB7,063,105. Details of the movements in property, plant and equipment of the Group during the year are set out in Note 16 to the consolidated financial statements.

## SUBSIDIARIES AND ASSOCIATES

Details of each of the principal subsidiaries and associates of the Company are set out in Notes 20 and 21 to the consolidated financial statements, respectively.



**ANNUAL REPORT 2006**
**China National Building Material Company Limited**

**43**

# Directors' Report

## CAPITALISED INTERESTS

Details of capitalised interests of the Company during the year are set out in Note 9 to the consolidated financial statements.

### Share Capital Structure (as at 31 December 2006)

|  | Number of Shares | Approximate percentage of issued share capital |
|---|---|---|
| Domestic Shares | 1,319,366,000 | 63.69% |
| H Shares | 752,334,000 | 36.31% |
|  | 2,071,700,000 | 100% |

### Substantial Shareholders (as at 31 December 2006)

| Name of shareholders | Class of shares | Number of shares held | Percentage of total share capital (%) |
|---|---|---|---|
| Parent | Domestic | 350,128,232 | 16.90 |
| BNBMG | Domestic | 779,862,307 | 37.64 |
| CNBM Trading | Domestic | 119,543,504 | 5.77 |
| Cinda | Domestic | 69,216,154 | 3.34 |
| Building Materials Academy | Domestic | 615,803 | 0.03 |
| Public Investors | H shares | 752,334,000 | 36.31 |
| Total share capital |  | 2,071,700,000 | 100 |

*Note:*

*(1)    All the above percentages are calculated by rounding to two decimal places.*

44

# Directors' Report

## DISCLOSURE OF INTERESTS

**(1)   Substantial Shareholders and persons who have an interest or short position discloseable under divisions 2 and 3 of Part XV of the Securities and Futures Ordinance ("SFO")**

As at 31 December 2006, as recorded in the register required to be kept by the Company under Section 336 of the SFO, the persons (other than the directors and supervisors of the Company) who have interests or short positions in the shares or underlying shares of the Company which were required to be disclosed to the Company under provisions of Divisions 2 and 3 of Part XV of the SFO are as follows:

| Name | Class of shares | Number of shares held | Percentage in the relevant class of share capital[2,5] (%) | Percentage in total share capital[2,5] (%) |
|---|---|---|---|---|
| Parent[1] | Domestic | 1,250,149,846[3] | 94.75 | 60.34 |
| BNBMG[1] | Domestic | 779,862,307[3] | 59.11 | 37.64 |
| CNBM Trading[1] | Domestic | 119,543,504[3] | 9.06 | 5.77 |
| Cinda | Domestic | 69,216,154[3] | 5.25 | 3.34 |
| JPMorgan Chase & Co. | H Shares | 90,477,000[3] | 12.03 | 4.37 |
| | | 29,569,000[4] | 3.93 | 1.43 |
| Atlantis Investment Management Ltd | H Shares | 54,000,000[3] | 7.18 | 2.61 |
| Halbis Capital Management (Hong Kong) Limited | H Shares | 40,840,000[3] | 5.43 | 1.97 |
| The Tantallon Fund | H Shares | 39,000,000[3] | 5.18 | 1.88 |

**45**

# Directors' Report

## DISCLOSURE OF INTERESTS *(CONTINUED)*

**(1)** **Substantial Shareholders and persons who have an interest or short position discloseable under divisions 2 and 3 of Part XV of the Securities and Futures Ordinance ("SFO")** *(Continued)*

*Notes:*

1   *Of these 1,250,149,846 shares, 350,128,232 shares are directly held by Parent, the remaining 900,021,614 shares are deemed corporate interest indirectly held through BNBMG, CNBM Trading and Building Materials Academy. CNBM Trading and Building Materials Academy are wholly owned subsidiaries of Parent. BNBMG is a subdiary of Parent which directly and indirectly holds 100% equity intestes in BNBMG, of which 75% was directly held and 25% was indirectly held through CNBM Trading. Under the SFO, Parent is deemed to own the shares directly held by BNBMG (779,862,307 shares), CNBM Trading (119,543,504 shares) and Building Materials Academy (615,803 shares).*

2   *As at 31 December 2006, the Company's total issued share capital comprises 2,071,700,000 shares, including 1,319,366,000 domestic shares and 752,334,000 H shares.*

3   *Long position.*

4   *Lending pool.*

5   *All the above percentages are calculated by rounding to two decimal places.*

Save as disclosed above, as at 31 December 2006, no person (other than the directors and supervisors of the Company) had registered an interest or a short position in the shares or underlying shares of the Company that was required to be recorded pursuant to Section 336 of the SFO.

**(2)** **Interests and Short Positions of Directors and Supervisors**

As at 31 December 2006, as far as the Company is aware, none of the directors nor supervisors of the Company had any interests or short positions in the shares, underlying shares or debentures of the Company or any of its associated corporations (as defined in Part XV of the SFO) which were required to be recorded in the register required to be kept under Section 352 of the SFO, or otherwise required to be notified by the directors or supervisors to the Company and the Stock Exchange pursuant to the Model Code for Securities Transactions by Directors of Listed Issuers set out in Appendix 10 to the Listing Rules nor have they been granted the right to acquire any interests in shares or debentures of the Company or any of its associated corporations.

**46**

# Directors' Report

## MAJOR CUSTOMERS AND SUPPLIERS

During the year, the five largest customers of the Group accounted for less than 30% of the Group's total sales amount.

During the year, the five largest suppliers of the Group accounted for less than 30% of the Group's total purchase amount.

## PURCHASE, SALE OR REDEMPTION OF THE COMPANY'S SHARES

During the year ended 31 December 2006, the Company did not issue any securities, and neither the Company nor any of its subsidiaries purchased, sold or redeemed any listed securities of the Company ("securities" shall have the meaning as defined in the Listing Rules).

## TAXATION REDUCTION OF HOLDERS OF LISTED SECURITIES

For the year ended 31 December 2006, holders of the Company's securities shall not be entitled to any taxation reduction by virtue of their legal status of the PRC.

## MINIMUM PUBLIC FLOAT

Based on the information that is publicly available to the Company and so far as the directors are aware, as at 31 December 2006, the Company has maintained a public float that was in excess of 25% and has complied with the requirements of the Listing Rules.

## RESERVES

Movements in the reserves of the Group during the year are set out in the Consolidated Statement of Changes in Equity of this annual report.

## EMPLOYEES AND REMUNERATION POLICY

As at 31 December 2006, the Group had approximately 13,824 employees.

The remuneration package of the Company's employees include salary, allowances and related welfare. In accordance with relevant national and local labour and social welfare laws and regulations, the Group is required to pay on behalf of employees a monthly social insurance premium covering pension insurance, industrial accident insurance, medical insurance, unemployment insurance and housing reserve fund. The Company's renumeration policy for its staff is performance based depending on duties and responsibilities while bonus is linked to the overall economic efficiency of the Company. Please refer to the section headed "Corporate Governance Report - Remuneration Committee" for the Company's remuneration policy for its senior management.

The Company endeavours to provide training to its employees. On-job training and continual training plans include management skills and technical training, overseas communication plan and other courses. The Company also encourages employees to improve themselves by offering scholarships.



**ANNUAL REPORT 2006**
**China National Building Material Company Limited**

# Directors' Report

## SHARE APPRECIATION RIGHTS PLAN

In order to provide additional incentives to the Group's senior management and to enhance the alignment between the performance of the Group's senior management and shareholder value, on February 28, 2006, the Company adopted a long-term incentive plan of share appreciation rights (the "Plan") for the Group's senior management officers, senior experts and specialistes who make important contributions to the Group.

Under the Plan, a share appreciation right ("SA Right") represents the right to receive a cash payment equal to the appreciation, if any, in the fair market value of a H Share from the date of the grant of the right to the date of exercise.

SA Rights will be granted in units with each unit representing one H Share. All SA Rights will have an exercise period of six years from the date of grant. An individual may not exercise his or her SA Rights during the first two years after the date of grant. After two and three years of the date of grant, the total number of SA Rights exercised by an individual may not in aggregate exceed one-third and two-thirds, respectively, of the total SA Rights granted to the individual. After four years of the date of granted, the SA Rights will be fully vested.

On September 18, 2006, the Company granted 5,880,000 units of SA Rights at exercise price of HK$3.5 each unit to the senior management of the Company as follows:

|  | Units of SA Rights granted |
| --- | --- |
| Directors and a supervisor of the Company | 2,680,000 |
| Other senior management | 3,200,000 |
|  | 5,880,000 |

As the SA Rights vest at different amounts until the grantee has completed a specified period of service, the Company recognised the services received and a liability of RMB1,156,000 (2005: nil), being the estimated compensation paid for service rendered by the grantee during the year.

This is estimated with reference to the valuation of the SA Rights using Black-Scholes pricing model with the following assumptions:

|  |  |
| --- | --- |
| Weighted average share price | HK$5.03 |
| Exercise price | HK$3.50 |
| Expected volatility | 22% |
| Expected life | 4 years |
| Risk-free rate | rate 2.6% |
| Expected dividend yield | 0.77% |

**48**

# Directors' Report

## DIRECTORS AND SUPERVISORS (AS AT 31 DECEMBER 2006)

### Executive Directors:

Song Zhiping          (appointed on 10 March 2005)
Cao Jianglin          (appointed on 10 March 2005)
Li Yimin              (appointed on 27 January 2006)
Peng Shou             (appointed on 20 June 2006)

### Non-executive Directors:

Cui Lijun             (appointed on 10 March 2005)
Huang Anzhong         (appointed on 10 March 2005)
Zuo Fenggao           (appointed on 10 March 2005)

### Independent Non-executive Directors:

Zhang Renwei          (appointed on 10 March 2005)
Zhou Daojiong         (appointed on 10 March 2005)
Chi Haibin            (appointed on 10 March 2005)
Lau Ko Yuen, Tom      (appointed on 27 January 2006)

### Supervisors:

Shen Anqin            (appointed on 10 March 2005)
Zhou Guoping          (appointed on 10 March 2005)
Bao Wenchun           (appointed on 12 May 2005)
Cui Shuhong           (appointed on 10 May 2005)
Zhang Zhaomin         (appointed on 12 May 2005)
Liu Chijin            (appointed on 12 May 2005)



**ANNUAL REPORT 2006**
**China National Building Material Company Limited**

ALRMH-CNBM00004155

**49**

# Directors' Report

## DIRECTORS'AND SUPERVISORS' SERVICE CONTRACTS

As of the date of this report, each of the directors and supervisors has entered into a service contract with the Company for a term of a maximum of three years. No directors are proposed for re-election at the forthcoming annual general meeting and there is accordingly no unexpired period of any service contract which is not determinable by the Company within one year without payment of compensation (other than statutory compensation) in respect of any director proposed to be re-elected.

## DIRECTORS'AND SUPERVISORS' INTERESTS IN CONTRACTS

As at the date of this report, during the year and at any time during the period from the end of the year to the date of the report, except for the relevant service contracts, none of the directors and supervisors had a material interest, directly or indirectly, in any contracts of significance to the Company, any of its holding companies or subsidiaries.

## DIRECTORS'AND SUPERVISORS' REMUNERATION AND THE FIVE HIGHEST PAID INDIVIDUALS

Details of the directors' and supervisors' remuneration and the five highest paid individuals of the Company during the year are set out in Note 11 to the consolidated financial statements.

## BOARD OF DIRECTORS AND SPECIAL COMMITTEES UNDER BOARD OF DIRECTORS

As at the reporting date, the Board of the Company comprised 11 directors, whose biographies are set out in the section headed "Biographical Details of Directors, Supervisors and Senior Management" of this report.

The Board of the Company established two special committees, namely, the Audit Committee and Remuneration Committee, details of which are set out in the section headed "Corporate Governance Report" herein.

## CHANGES OF DIRECTORS, SUPERVISORS AND SENIOR MANAGEMENT

During the year and up to the date of this report, the movement of the directors, supervisors and senior management of the Company was set out below.

In January 2006, the Company elected Mr. Li Yimin as Executive Director of the Company and Mr. Lau Ko Yuen, Tom as Independent Non-executive Director of the Company.

In February 2006, Mr. Guo Chaomin resigned from his position as Director of the Company.

In June 2006, the Company elected Mr. Peng Shou as Executive Director of the Company.

In August 2006, the Company elected Mr. Chang Zhangli as Vice President of the Company.

**50**

# Directors' Report

## MANAGEMENT CONTRACTS

Except for the service contracts of the management of the Company, no contracts were entered into between the Company and any individuals, companies or legal corporations, for the management of all or any material part of the Company's business.

## CONNECTED TRANSACTIONS

### Non-Exempt Continuing Connected Transactions

Except for the transaction with BNBM Homes which is an indirectly non-wholly owned subsidiary of the Company, the remaining connected transactions, which are also related party transactions, are included in note 40 to the consolidated financial statements in accordance with International Accounting Standard 24 "Related Party Disclosure". The transactions with BNBM Homes are regarded as connected transactions pursuant to Chapter 14A of the Listing Rules and the transactions were eliminated in preparing the consolidated financial statements.

During the year, the Company entered into continuing connected transactions under the definition of "continuing connected transaction" in Chapter 14A of the Listing Rules, in relation to which the Stock Exchange granted to the Company a waiver from strict compliance with the announcement and independent shareholders' approval requirements under Chapter 14A of the Listing Rules on 8 March 2006:

### Transactions with Parent Group

Parent has a direct equity interest of 16.90% and total direct and indirect equity interest of 60.34% in the Company immediately following the Global Offering. It is a controlling shareholder and a promoter of the Company. Each of Parent and its subsidiaries therefore constitutes a connected person of the Company under the Listing Rules.

1.   Master Mineral Supply Agreement

On 28 February 2006, the Company entered into a Master Mineral Supply Agreement with Parent, for a term of three years commencing from 1 January 2005, whereby Parent agreed to supply, or procure its subsidiaries to supply, to the Company limestone and clay for the production of clinker and other cement products. Parent shall supply to the Company limestone and clay from its quarries at the market price, namely, the price at which the same type of mineral is provided to independent third parties under normal commercial terms in the ordinary course of business in the same area, in the vicinity or in the PRC.

For the year ended 31 December 2006, the Group's expenditure for limestone and clay supplied by Parent Group was approximately RMB77.9 million.

There will be an increase in the 2007 annual cap for the transactions governed by the Master Mineral Supply Agreement, which is subject to independent shareholders approval at the Company's upcoming annual general meeting, as a result of the acquisition of Anxia Cement by two subsidiaries of Parent. As Anxia Cement will become a subsidiary of Parent upon completion of the acquisition and Parent is a controlling shareholder of the Company, Anxia Cement will become a connected person of the Company upon completion of the acquisition.



**ANNUAL REPORT 2006**
**China National Building Material Company Limited**

ALRMH-CNBM00004157

# Directors' Report

## CONNECTED TRANSACTIONS *(CONTINUED)*

### Non-Exempt Continuing Connected Transactions *(Continued)*

### Transactions with Parent Group *(Continued)*

2.  Master Mutual Provision of Production Supplies and Support Services Agreement

    On 28 February 2006, the Company entered into a Master Mutual Provision of Production Supplies and Support Services Agreement with Parent for a term of three years commencing from 1 January 2005, pursuant to which:

    (a)  Parent agreed to provide, or procure its subsidiaries to provide, the following production supplies and support services to the Company:

    •    Production supplies: oriented strand board, cement ancillary grind mill, plastic pipes and other similar raw materials for the Group's production; spare parts and other materials for the projects undertaken by the Group's engineering segment; other similar supplies; and

    •    Support services: transportation and loading services; equipment repair, design and installation services; equipment and vehicles leasing; water, electricity and steam; property management services; other similar services;

    (b)  the Company agreed to provide, or procure its subsidiaries to provide the following production supplies and support services to Parent:

    •    Production Supplies: clinker, cement, lightweight building materials and other building materials; prefabricated houses; other similar supplies; and

    •    Support services: transportation and loading services; mining equipment leasing; water, electricity and steam; other similar services.

    The production supplies and support services pursuant to the Master Mutual Provision of Production Supplies and Support Services Agreement shall be provided at:

    (a)  the government-prescribed price;

    (b)  if there is no government-prescribed price but there is a government-guided price, the government-guided price applies;

    (c)  if there is neither a government-prescribed price nor a government-guided price, then the market price applies. For the purpose of the Master Mutual Provision of Production Supplies and Support Services Agreement, the term "market price" is defined as the price at which the same type of production supplies or support services is provided by Independent Third Parties under normal commercial terms in the ordinary course of business in the same area, in the vicinity or in the PRC; and

    (d)  if none of the above is applicable, the price is to be agreed between the relevant parties for the provision of the relevant production supplies or support services, which shall be the reasonable costs incurred in providing the same plus a profit margin of not more than 5% of such costs. For the purpose of the Master Mutual Provision of Production Supplies and Support Services Agreement, the term "reasonable costs" is defined as the costs confirmed by both parties after arm's length negotiations and permitted by the accounting systems of the PRC.



**ANNUAL REPORT 2006**
**China National Building Material Company Limited**

ALRMH-CNBM00004158

**52**

# Directors' Report

## CONNECTED TRANSACTIONS *(CONTINUED)*

### Non-Exempt Continuing Connected Transactions *(Continued)*

### Transactions with Parent Group *(Continued)*

2.   Master Mutual Provision of Production Supplies and Support Services Agreement *(Continued)*

The prices for electricity, water and steam are currently prescribed by the government.

For the year ended 31 December 2006, the Group's expenditure for the production supplies and support services provided by Parent Group was approximately RMB49.3 million.

For the year ended 31 December 2006, the Group's revenue from the production supplies and support services provided to Parent Group was approximately RMB92.8 million.

3.   Master Supply of Equipment Agreement

On 28 February 2006, the Company entered into a Master Supply of Equipment Agreement with Parent for a term of three years commencing from 1 January 2005, whereby Parent agreed to supply, or procure its subsidiaries to supply, equipment to the Company for the construction of our production lines. The equipment provided pursuant to the Master Supply of Equipment Agreement shall be at the market price, namely, the price at which the same type of equipment is provided by independent third parties under normal commercial terms in the ordinary course of business in the same area, in the vicinity or in the PRC.

For the year ended 31 December 2006, the Group's expenditure for equipment supplied by Parent Group was approximately RMB36.2 million.

4.   Master Mutual Provision of Engineering Services Agreement

On 28 February 2006, the Company entered into a Master Mutual Provision of Engineering Services Agreement with Parent for a term of three years commencing from 1 January 2005, pursuant to which:

(a)   Parent agreed to provide, or procure its subsidiaries to provide, the Company with engineering design, construction and supervisory services; and

(b)   the Company agreed to provide, or procure its subsidiaries to provide, Parent Group with engineering services.

The prices of all contracts for engineering services to be provided pursuant to the Master Mutual Provision of Engineering Services Agreement shall be in accordance with the state-guided price. If there is no state-guided price, then according to market price. Where contracts are to be tendered, the price for the provision of engineering services shall be set according to the procedures adopted by the tender supervisory and administrative bureau in the locality of the construction project, which should be maintained at a level reasonably close to the lowest market price. For the purpose of the Master Mutual Provision of Engineering Services Agreement, the term "state-guided price" shall mean the price which the contracting parties may agree, which is within the price range set in accordance with the applicable laws and regulations of the PRC; and the term "market price" shall mean either the price at which the same type of engineering design, construction and supervisory services are provided by independent third parties in the same area, in the vicinity or in the PRC in the ordinary course of their businesses on normal commercial terms or the price at which the same type of engineering design, construction and supervisory services are provided to independent third parties in the PRC on normal commercial terms.



**ANNUAL REPORT 2006**
**China National Building Material Company Limited**

ALRMH-CNBM00004159

# Directors' Report

## CONNECTED TRANSACTIONS *(CONTINUED)*

### Non-Exempt Continuing Connected Transactions *(Continued)*

### Transactions with Parent Group *(Continued)*

4.   Master Mutual Provision of Engineering Services Agreement *(Continued)*

      For the year ended 31 December 2006, the Group's expenditure for engineering services supplied by Parent Group was approximately RMB7.5 million.

      For the year ended 31 December 2006, the Group's revenue for engineering services provided to Parent Group was approximately RMB0.0 million.

### Transactions with BNBM Homes

BNBM Homes is an indirect non-wholly-owned subsidiary of the Company. BNBMG, a controlling shareholder and promoter of the Company, has an 11% equity interest in BNBM Homes. BNBM Homes therefore constitutes a connected person of the Company under the Listing Rules.

5.   Master Provision of Production Supplies and Support Services Agreement

      On 28 February 2006, the Company entered into a Master Provision of Production Supplies and Support Services Agreement with BNBM Homes for a term of three years commencing from 1 January 2005, pursuant to which BNBM agreed to provide to BNBM Homes the following:

      •    Production supplies: gypsum board, rock wool, lightweight metal frame and other raw materials for the construction of prefabricated houses; and

      •    Support services: transportation and loading services, water, electricity and steam.

      The production supplies and support services pursuant to the Master Mutual Provision of Production Supplies and Support Services Agreement shall be provided at:

      (a)    the government-prescribed price;

      (b)    if there is no government-prescribed price but there is a government-guided price, the government-guided price applies;

      (c)    if there is neither a government-prescribed price nor a government-guided price, then the market price applies. For the purpose of the Master Provision of Production Supplies and Support Services Agreement, the term "market price" is defined as the price at which the same type of production supplies or support services is provided by independent third parties under normal commercial terms in the ordinary course of business in the same area, in the vicinity or in the PRC; and

      (d)    if none of the above is applicable, the price is to be agreed between the relevant parties for the provision of the relevant production supplies or support services, which shall be the reasonable costs incurred in providing the same plus a profit margin of not more than 5% of such costs. For the purpose of the Master Provision of Production Supplies and Support Services Agreement, the term "reasonable costs"is defined as the costs confirmed by both parties after arm's length negotiations and permitted by the accounting systems of the PRC.

      For the year ended 31 December 2006, BNBM's revenue from the production supplies and support services provided to BNBM Homes was approximately RMB4.0 million.



**ANNUAL REPORT 2006**
**China National Building Material Company Limited**

**54**

# Directors' Report

## CONNECTED TRANSACTIONS *(CONTINUED)*

### Non-Exempt Continuing Connected Transactions *(Continued)*

#### Transactions with BNBM Homes *(Continued)*

6.   Master Engineering Services Agreement

On 28 February 2006, the Company's subsidiary Chenlong Decoration entered into a Master Engineering Services Agreement with BNBM Homes for a term of three years commencing from 1 January 2005, whereby Chenlong Decoration agreed to provide engineering design, construction and supervisory services to BNBM Homes.

The prices of all contracts for engineering design, construction and supervisory services to be provided pursuant to the Master Engineering Services Agreement shall be in accordance with the state-guided price. If there is no state-guided price, then according to market price.

For the purpose of the Master Engineering Services Agreement, the term "state-guided price" shall mean the price which the contracting parties may agree, which is within the price range set in accordance with the applicable laws and regulations of the PRC; and the term "market price" shall mean either the price at which the same type of engineering design, construction and supervisory services are provided by independent third parties in the same area, in the vicinity or in the PRC in the ordinary course of their businesses upon normal commercial terms or the price at which the same type of engineering design, construction and supervisory services are provided to independent third parties in the PRC upon normal commercial terms.

Where contracts are to be tendered, the price for the provision of engineering design, construction and supervisory services shall be set according to the procedures adopted by the tender supervisory and administrative bureau in the locality of the construction project. The tender price should be maintained at a level reasonably close to the lowest market price.

For the year ended 31 December 2006, Chenlong Decoration's revenue from the engineering services provided to BNBM Homes was approximately RMB0.0 million.

#### Transactions with Beijing Chemical

Beijing Chemical has a 45% equity interest in BNBM Plastic, an indirect non-wholly-owned subsidiary of the Company. It is a substantial shareholder of a subsidiary of the Company and therefore constitutes a connected person of the Company under the Listing Rules.

7.   Supply of Raw Material Agreement

On 28 February 2006, BNBM Plastic and Beijing Chemical entered into a Supply of Raw Material Agreement for a term of three years commencing from 1 January 2005, pursuant to which Beijing Chemical agreed to provide PVC to BNBM Plastic for the production of plastic products.

The raw materials pursuant to the Supply of Raw Material Agreement shall be provided at market price. The term "market price" means the price at which the same type of raw material is provided by independent third parties under normal commercial terms in the ordinary course of business in the same area, in the vicinity or in the PRC.

For the year ended 31 December 2006, BNBM Plastic's expenditure for the raw materials supplied by Beijing Chemical was appoximately RMB26.9 million.



**ANNUAL REPORT 2006**
**China National Building Material Company Limited**

**CNBM**

ALRMH-CNBM00004161

**55**

# Directors' Report

## CONNECTED TRANSACTIONS *(CONTINUED)*

### Non-Exempt Continuing Connected Transactions *(Continued)*

### Transactions with Liberty Group

Liberty Group has a 20% equity interest in Zhongfu Liberty, an indirect non-wholly-owned subsidiary of the Company. It is a substantial shareholder of a subsidiary of the Company and therefore constitutes a connected person of the Company under the Listing Rules.

8.   Supply of Technical Consultation Services Agreements

On 2 March 2006, each of China Composites and Zhongfu Liberty entered into a Supply of Technical Consultation Services Agreement for the provision of technical consultation services to Liberty Group for a term of three years commencing from 1 January 2005.

The technical consultation services pursuant to the Supply of Technical Consultation Services Agreements shall be provided at market price. The term "market price" means the price at which the same type of service is provided by independent third parties under normal commercial terms in the ordinary course of business in the same area, in the vicinity or in the PRC.

For the year ended 31 December 2006, the Group's revenue from the technical consultation services provided to Liberty Group was approximately RMB4.0 million.

### Transactions with Tianma Group

Tianma Group has a 35% equity interest in Zhongxin Tianma, an indirect non-wholly-owned subsidiary of the Company. It is a substantial shareholder of a subsidiary of the Company and therefore constitutes a connected person of the Company under the Listing Rules.

9.   Supply of Raw Material Agreement

On 2 March 2006, Zhongxin Tianma and Tianma Group entered into a Supply of Raw Material Agreement for a term of three years commencing from 1 January 2005, pursuant to which Tianma Group agreed to provide raw materials to Zhongxin Tianma for the production of glass fiber products.

The raw materials pursuant to the Supply of Raw Material Agreement shall be provided at market price, namely, the price at which the same type of raw material is provided by independent third parties under normal commercial terms in the ordinary course of business in the same area, in the vicinity or in the PRC.

For the year ended 31 December 2006, Zhongxin Tianma's expenditure for raw materials supplied by Tianma Group was appoximately RMB9.5 million.

**56**

# Directors' Report

## CONNECTED TRANSACTIONS *(CONTINUED)*

### Non-Exempt Continuing Connected Transactions *(Continued)*

### Transactions with Tianma Group *(Continued)*

10.  Service Agreement

On 2 March 2006, Zhongxin Tianma and Tianma Group entered into a Service Agreement for a term of three years commencing from 1 January 2005, pursuant to which Tianma Group agreed to provide electricity and water to Zhongxin Tianma.

The utilities pursuant to the Service Agreement shall be provided at:

(a)    the government-prescribed price;

(b)    if there is no government-prescribed price but there is a government-guided price, the government-guided price applies;

(c)    if there is neither a government-prescribed price nor a government-guided price, then the market price applies. For the purpose of the Service Agreement, the term "market price" is defined as the price at which the same type of utilities is provided by independent third parties under normal commercial terms in the ordinary course of business in the same area, in the vicinity or in the PRC; and

(d)    if none of the above is applicable, the price is to be agreed between the relevant parties for the provision of the relevant utilities, which shall be the reasonable costs incurred in providing the same plus a profit margin of not more than 5% of such costs. For the purpose of the Service Agreement, the term "reasonable costs" is defined as the costs confirmed by both parties after arm's length negotiations and permitted by the accounting systems of the PRC.

The prices for electricity and water are currently prescribed by the government.

For the year ended 31 December 2006, Zhongxin Tianma's expenditure for utilities provided by Tianma Group was appoximately RMB2.6 million.



**ANNUAL REPORT 2006**
**China National Building Material Company Limited**

# Directors' Report

## CONNECTED TRANSACTIONS *(CONTINUED)*

### Non-Exempt Continuing Connected Transactions *(Continued)*

### Transactions with Jushi Group

Jushi Group is a 59.9% owned subsidiary of China Fiberglass, which has a 20% equity interest in BND Co., Limited, an indirect non-wholly owned subsidiary of the Company. Jushi Group is an associate of a substantial shareholder of a subsidiary of the Company and therefore constitutes a connected person of the Company under the Listing Rules.

11. Supply of Raw Material Agreement

    On 2 March 2006, the Company entered into a Supply of Raw Material Agreement with Jushi Group for a term of three years commencing from 1 January 2005, pursuant to which Jushi Group agreed to provide the Company with raw materials for the production of glass fiber products.

    The raw materials pursuant to the Supply of Raw Material Agreement shall be provided at market price. The term "market price" means the price at which the same type of raw material is provided by independent third parties under normal commercial terms in the ordinary course of business in the same area, in the vicinity or in the PRC.

    For the year ended 31 December 2006, the Group's expenditure for raw materials supplied by Jushi Group was approximately RMB7.5 million.

### Transactions with Aobao Chemical

Aobao Chemical has a 25% equity interest in Weifang Aotai, an indirect non-wholly-owned subsidiary of the Company. It is a substantial shareholder of a subsidiary of the Company and therefore constitutes a connected person of the Company under the Listing Rules.

12. Supply of Raw Material Agreement

    On 2 March 2006, Weifang Aotai and Aobao Chemical entered into a Supply of Raw Material Agreement for a term of three years commencing from 1 January 2005, pursuant to which Aobao Chemical agreed to supply Weifang Aotai with raw materials for the production of gypsum.

    The raw materials pursuant to the Supply of Raw Material Agreement shall be provided at market price. The term "market price" means the price at which the same type of raw material is provided by independent third parties under normal commercial terms in the ordinary course of business in the same area, in the vicinity or in the PRC.

    For the year ended 31 December 2006, Weifang Aotai's expenditure for raw materials supplied by Aobao Chemical was appoximately RMB2.8 million.

**58**

# Directors' Report

## CONNECTED TRANSACTIONS *(CONTINUED)*

### Non-Exempt Connected Transactions *(Continued)*

### Transactions with Hengzhijiu Trade

Hengzhijiu Trade has a 29% equity interest in Hengjiu Concrete, an indirect non-wholly-owned subsidiary of the Company. It is a substantial shareholder of a subsidiary of the Company and therefore constitutes a connected person of the Company under the Listing Rules.

13.   Supply of Raw Material Agreement

On 2 March 2006, Lunan and Hengzhijiu Trade entered into a Supply of Raw Material Agreement for a term of three years commencing from 1 January 2005, pursuant to which Hengzhijiu Trade agreed to provide coal to Lunan for the production of cement.

The coal pursuant to the Supply of Raw Material Agreement shall be provided at market price. The term "market price" means the price at which the same type of coal is provided independent third parties under normal commercial terms in the ordinary course of business in the same area, in the vicinity or in the PRC.

For the year ended 31 December 2006, Lunan's expenditure for coal supplied by Hengzhijiu Trade was approximately RMB23.2 million.

14.   Supply of Product Agreement

On 2 March 2006, Lunan and Hengzhijiu Trade entered into a Supply of Product Agreement for a term of three years commencing from 1 January 2005, pursuant to which Lunan agreed to provide cement to Hengzhijiu Trade for use in connection with its business.

The cement pursuant to the Supply of Product Agreement shall be provided at market price. The term "market price" means the price at which the same type of cement is provided independent third parties under normal commercial terms in the ordinary course of business in the same area, in the vicinity or in the PRC.

For the year ended 31 December 2006, Lunan's revenue from cement supplied to Hengzhijiu Trade was approximately RMB49.2 million.

Details of the continuing connected transaction were set out in the prospectus of the Company dated 13 March 2006 (the "Prospectus") and the 2005 Annual Report of the Company dated 21 April 2006.

Pursuant to Rule 14A.38 of the Listing Rules, the board of directors engaged the auditors of the Company to perform certain agreed upon procedures in respect of the continuing connected transactions of the Group. The auditors have reported their factual findings on these procedures to the board of directors.



**ANNUAL REPORT 2006**
**China National Building Material Company Limited**

ALRMH-CNBM00004165

**59**

# Directors' Report

## CONNECTED TRANSACTIONS *(CONTINUED)*

### Non-Exempt Connected Transactions

### Acquisition of the entire equity interest in Donglian

During the reporting period, BNBM, a subsidiary of the Company, entered into a share transfer agreement to acquire the entire equity interests in Donglian for a consideration of RMB114,540,000 on 28 August 2006.

### Acquisition of equity interest in Tianfeng

During the reporting period, BNBM, a subsidiary of the Company, entered into a share transfer agreement to acquire 13% and 12% equity interests in Tianfeng on 16 June 2006 and 6 December 2006 respectively. The consideration for the two acquisitions were RMB5,000,000 respectively.

### Acquisition of equity interest in Jiangyin Taishan

During the reporting period, BNBM, a subsidiary of the Company, entered into a share transfer agreement and a supplementary agreement on 8 October 2006 and 11 December 2006 respectively, to acquire 30% of the equity interest in Jiangyin Taishan for a consideration of US$3,191,160.

### Capital increase in Jushi Group

On 5 January 2007, the Company entered into a share transfer agreement and a subscription agreement to subscribe for 11.5% of the enlarged registered capital of Jushi Group at a consideration of US$46,248,448.

### Acquisition of the equity interest in China Composites

On 16 April 2007, the Company entered into an equity transfer agreement to acquire 23% equity interest in China Composites for a consideration of RMB103,060,000. For details of the above significant events, please refer to the relevant announcements and circulars issued by the Company.

For details of the above non-exempt connected transactions, please refer to the relevant announcements dated 28 August 2006, 5 January 2007, 13 April 2007 and 18 April 2007 and circulars dated 18 September 2006 and 25 January 2007 issued by the Company.

The Company has complied with the disclosure requirements in accordance with Chapter 14A of the Listing Rules.

The independent non-executive directors of the Company had reviewed these connected transactions and have considered the procedures performed by the auditors of the Company in reviewing them and confirmed that the connected transactions have been conducted:

(a)     in the ordinary and usual course of business of the Company;

(b)     either on normal commercial terms or, if there are not sufficient comparable transactions to judge whether they are on normal commercial terms, on terms no less favourable to the Company than terms available to or from (as appropriate) independent third parties; and

(c)     in accordance with the relevant agreement governing them on terms that are fair and reasonable and in the interests of the shareholders of the Company as a whole.



**60**

# Directors' Report

## NON-COMPETITION AGREEMENT

As at the date of this annual report, Parent confirmed that it has complied and will comply with the Non-Competition Agreement dated 28 February 2006 entered into with the Company. Pursuant to this agreement, Parent has agreed not to, and to procure its subsidiaries (excluding the Group) not to compete with the Group in its core businesses.

Parent has notified the Company of a business opportunity to be a party to the formation of a new company with Jianfeng Group for the purpose of developing regional cement business. As this business opportunity was at a preliminary stage, the directors who are independent of Parent Group, decided not to take up this business opportunity at this stage and notified Parent accordingly.

None of the directors of the Company is interested in any business which competes or is likely to compete, either directly or indirectly, with the business of the Group.

## DESIGNATED DEPOSITS AND OVERDUE TIME DEPOSITS

As of 31 December 2006, the Group had not placed any designated deposits with any financial institution in the PRC, nor had it failed to collect any time deposits upon maturity during the year.

## PRE-EMPTIVE RIGHTS

Under the articles of association of the Company and the laws of the PRC, there are no provisions about pre-emptive rights that require the Company to offer new shares to its existing shareholders in proportion to their shareholdings.

## AUDITORS

The Company has appointed Deloitte Touche Tohmatsu and ShineWing Certified Public Accountants as international and PRC auditors of the Company for the year ended 31 December 2006, respectively. Deloitte Touche Tohmatsu has audited the financial statements prepared under the IFRS. Since it commenced preparations for the listing, the Company has been employing Deloitte Touche Tohmatsu and ShineWing Certified Public Accountants as its auditors. At the eleventh meeting of the first Board on 16 April 2007, the proposal for re-appointment of Deloitte Touche Tohmatsu and ShineWing Certified Public Accountants as international and PRC auditors of the Company respectively for the year ending 31 December 2007 was passed and approved to be put forward at the annual general meeting for consideration.

By order of the Board
**Song Zhiping**
*Chairman*

Beijing, the PRC
16 April 2007



**ANNUAL REPORT 2006**
**China National Building Material Company Limited**

# Report of Supervisory Committee

The supervisory committee of China National Building Material Company Limited ("Supervisory Committee") has conscientiously performed its supervisory duties in a responsible manner and carried out supervision on the Company's operation and financial wellbeing and the fulfilment of responsibilities by senior management during 2006 with reference to the Company Law of the PRC, relevant laws and regulations in Hong Kong and the articles of association of the Company, in order to safeguard interests of the Company and its shareholders on the diligent and practical basis.

During the year, the Supervisory Committee attended Board meetings, and performed sufficient due diligence on supervision and review of convening procedures of Board meetings, resolution matters, performance of resolutions passed in general meetings by the Board of Directors, fulfilment of duties by senior management, as well as the establishment, improvement and abidance of internal control systems of the Company in accordance with relevant laws and regulations. The Supervisory Committee is of the opinion that, all members of the Board of Directors and senior management of the Company have worked in strict compliance with relevant laws, regulations, code on practices and the Articles of Association of the Company. They have also discharged of their duties in a truthful and diligent manner, performed resolutions passed and with authority which was granted by general meetings and acted in accordance with relevant laws, regulations and provisions. The Company has further improved its corporate governance structure and internal management framework and established the fundamental internal control system.

The Supervisory Committee has duly reviewed and approved the Report of the Board of Directors which is proposed to submited at the annual general meeting, and considers that the report is consistent with the Company's current situation. During 2006, all members of the Board and senior management of the Company have duly performed their duties, and dedicated themselves to making significant contributions to the development of the Company.

The Supervisory Committee has carefully reviewed financial statements, profit distribution plans, the annual report and unqualified auditor's report prepared by the international auditors and domestic auditors of the Company and other relevant information for the year 2006. The Supervisory Committee is of the opinion that, the financial statements of the Company reflect an objective, true and fair view of the Company's financial wellbeing and operating results, and the final accounts are truthful and reliable. The Supervisory Committee has approved the audited financial statements prepared by the auditors and the 2006 profit distribution plan of the Company.

After attending Board meetings of the Company, reviewing the Company's financial standing and examining the directors' and senior management's performance of their duties, the Supervisory Committee did not find any breach of laws, regulations, the Articles of Association of the Company or other rules, or any harm against interests of the Company or its shareholders.

The Supervisory Committee is satisfied with the business activities and results of the Company for 2006, and is confident in the Company's prospects. During 2007, the Supervisory Committee will continue to ensure that the interests of shareholders are safeguarded in strict compliance with the Articles of Association of the Company.

**Shen Anqin**
*Chairman of the Supervisory Committee*

Beijing, the PRC
16 April 2007



ALRMH-CNBM00004168

**62**

# Significant Events

## I.   MATERIAL LITIGATION AND ARBITRATION

During the reporting period, the Group was not involved in any ligitation and arbitration which might have a significant impact on the Group's production and operation, nor were any of the directors, supervisors and senior management of the Group involved in any material litigation or arbitration.

## II.   SHARE CONVERSION

### 1.   Share conversion of BNBM (a subsidiary)

The share scheme of BNBM was completed on 29 June 2006, pursuant to which the Company offered each holder of A shares 2 shares for every 10 tradable shares held by such shareholder, and Parent paid RMB3.83 for every 10 tradable shares held by such shareholder as cash consideration.

### 2.   Share conversion of Yaopi (an associate)

The conversion scheme of Yaopi was completed on 8 February 2006, pursuant to which each holder of A shares was offered 3.5 shares for every 10 tradable shares held by such shareholder.

### 3.   Share conversion of China Fiberglass (an associate)

The conversion scheme of China Fiberglass was completed on 17 August 2006, pursuant to which each holder of A shares was offered 2 shares for every 10 tradable shares held by such shareholder, and Parent and other holders of non-tradable shares also paid RMB3.5 for every 10 tradable shares held by each holder of A shares as cash consideration.

For the impact of share conversion on business results of the Company, please refer to the financial review herein.

## III.   MATERIAL TRANSACTIONS

### 1.   Acquisition of the entire equity interests in Xuzhou Conch

During the reporting period, the Company's subsidiary China United entered into a share transfer agreement to acquire the entire equity interests in Xuzhou Conch on 27 June 2006. The consideration for the acquisition comprised a cash consideration of RMB961,113,628.12, which includes accounts payable totalling RMB358,457,031.18 that is payable by China United, and the guarantee of RMB230,000,000 provided by China United for the bank loans of Xuzhou Conch.

### 2.   Issue of domestic corporate bonds

As approved at the Company's first extraordinary general meeting for 2007 on 28 February 2007 and after approval of the State Development and Reform Commission dated on 5 April 2007, the Company has issued domestic corporate bonds amounting to RMB1,000,000,000 and a bond maturity of ten years (the "Bond Issue"). As disclosed in the announcement of the Company dated 9 April, 2007, the Company shall apply the proceeds from the Bond Issue for the following projects:

#### 1.   The Cement Project

The Cement Project includes the construction of (i) two new suspension preheater dry process clinker production lines with a daily clinker production capacity of 6,000 tonnes each and (ii) four cement grinding stations. The investment for the Cement Project is estimated to be approximately RMB1.62 billion.

**63**

<span style="color:orange">**Significant Events**</span>

## III. MATERIAL TRANSACTIONS *(CONTINUED)*

### 2. Issue of domestic corporate bonds *(Continued)*

#### 2. The Building Materials Project

The Building Materials Project includes a project for a gypsum board production line with an annual production capacity of 50 million square metres, a lightweight metal frames project, a GRC external wall board production line project, a project for a logistics and distribution centre of housing industrialisation base and a factory housing production line with an annual production capacity of 2,600 sets. The investment for the Building Materials Project is estimated to be approximately RMB0.93 billion.

#### 3. The New Materials Project

The Glass Fiber Project includes the investment in a direct-melt furnace production line for alkali-free glass fiber with an annual production capacity of 80,000 tonnes, an environmentally friendly direct-melt furnace production line for alkali-free with an annual production capacity of 20,000 tonnes and a mid-alkali glass fiber direct-melt furnace production with an annual production capacity of 30,000 tonnes and the construction of a glass fiber mat production line with an annual production capacity of 70 million square meters. The investment for the Glass Fiber Project is estimated to be approximately RMB1.26 billion.

#### 4. The Resources Project

The Resources Project includes the construction of three gypsum board production lines with an annual production capacity of 30 million square metres and ancillary facilities and a rotor blade production line with an annual production capacity of 200 pieces and the investment in a flourin-free floatation quartz and a production line with an annual production capacity of 900,000 tonnes. The investment for the Resources Project is estimated to be approximately RMB1.29 billion.

Details of the Cement Project, the Building Materials Project and the New Materials Project (with the exception of the construction of two additional cement grinding stations and the project for a logistics and distribution center of housing industralisation base and a factory housing production line with an annual production capacity of 2,600 sets) as well as the construction of one gypsum board production line with an annual production capacity of 30 million square metres and ancillary facilities and a rotor blade production line with an annual production capacity of 200 pieces included in the Resources Project were previously disclosed in the Company's prospectus dated 13 March, 2006, the 2005 annual report of the Company and, or the 2006 interim report of the Company. A part of the proceeds from the Bond Issue shall be used to supplement these projects.

### 3. Capital increase in Daye Jianfeng

On 16 April 2007, the Company entered into an investment agreement to subscribe 40% of the enlarged registered capital of Daye Jianfeng for a consideration of RMB60,000,000.

### 4. Acquisition of the equity interest in Taishan Cement

On 16 April 2007, China United, a subsidiary of the Company, entered into an equity transfer agreement to acquire 80% equity interest in Taishan Cement after its equity consolidation for a cash consideration of RMB307,180,000.

For details of the above material transactions, please refer to the relevant annoncements dated 27 June 2006, 9 April 2007 and 16 April 2007 and circulars dated 19 July 2006 and 12 January 2007 issued by the Company.



**ANNUAL REPORT 2006**
**China National Building Material Company Limited**

ALRMH-CNBM00004170

**64**

# Biographical Details of Directors, Supervisors and Senior Management

## DIRECTORS

### Executive Directors

**Song Zhiping**, aged 50, is an executive Director and chairman of the Board. He has been the chairman of Parent since October 2005. Mr. Song joined the Group since May 1997 and has over 25 years of business and management experience in China's building materials industry. He served as the president of Parent from March 2002 to October 2005 and the chairman of China United from March 2003 to April 2005. He also served as the vice president of general affairs and the vice president of Parent from December 1998 to March 2002 and from October 1995 to December 1998, respectively. From May 1997 to May 2002, Mr. Song served as the chairman of BNBM. Apart from serving as the chairman and the secretary of the Party Committee of BNBMG since January 1996 and June 1996, respectively, Mr. Song served several positions in BNBMG (both prior to and after its conversion) from 1987 to 2002, including deputy director and director of the factory, and president. Mr. Song received a master's degree in engineering from Wuhan Industrial University (now Wuhan University of Technology) in July 1995 and a doctor's degree in management from Huazhong University of Science and Technology in June 2002. Mr. Song is qualified as a senior engineer and is currently a member of National MBA Education Supervisory Committee (NMESC)（全國工商管理碩士教育指導委員會）. He is also the vice president of China Building Materials Industry Association（中國建材工業協會）, the vice president of the Third Session of China Logistics Alliance Network（第三屆中國物流與採購聯合會）and the president of the China Capital Entrepreneurs' Club（首都企業家俱樂部）. Mr. Song received a number of awards for his management and entrepreneurial skills from 1993 to 2003, including 500 Chinese Enterprise's Pioneers（中國500名企業創業者）, National Outstanding Young Entrepreneur (全國優秀青年企業家), the Eighth Session of National Outstanding Entrepreneur "Golden Globe Awards"（第八屆全國優秀企業家金球獎）, Management Elite Award（管理人物精英獎）and Chinese Entrepreneur for the year of 2003（2003年度中國創業企業家）.

**Cao Jianglin**, aged 40, is an executive Director and president of the Company. Mr. Cao joined the Group since April 1992 and has over 15 years of business and management experience in the building materials industry. Mr. Cao has been the chairman of the board of directors of BND and BNS Company Limited（北新科技發展有限公司）since March 2002, the chairman of China Fiberglass since June 2002, the director of Parent since October 2005 and the chairman of BNBM since October 2004. From April 1998 to October 2005, Mr. Cao served in a number of positions in Parent and the Group, including president of BND from December 2000 to April 2004, general manager of China Fiberglass from June 2002 to March 2005, assistant to the president and vice president of Parent from April 2002 to October 2005, assistant to the president, vice president and president of BNBMG from April 1998 to March 2005, and general manager of China National Building Material & Equipment Import and Export Zhujiang Corporation（中國建築材料及設備進出口珠江公司）from April 1998 to March 2002. Mr. Cao received a bachelor's degree in economics from Shanghai University of Finance and Economics in July 1990 and an MBA degree from Tsinghua University in January 2004. Mr. Cao was elected as a member of the Sixth Session of Committee of Shenzhen Youth Federation（深圳市青年聯合會第六屆委員會）, a member of Central Enterprises Youth Federation（中央企業青年聯合會委員）, president of Shenzhen Building Material Association(深圳市建材行業協會),vice president of China Logistics Alliance Network（中國物流與採購聯合會）and chairman of the Listed Companies Association of Beijing（北京市上市公司協會）.

# Biographical Details of Directors, Supervisors and Senior Management

## DIRECTORS *(CONTINUED)*

### Executive Directors *(Continued)*

**Li Yimin**, aged 53, is an executive Director. Mr. Li joined the Group since May 1997 and has over 20 years of business and management experience in China's building materials industry. Mr. Li served as the chief engineer of Parent from December 2003 to March 2005, the chairman of BNBM from April 2002 to February 2004, and the general manager of BNBM from May 1997 to April 2002. From January 1996 to December 2003, Mr. Li served successively as the vice president, vice chairman and president of BNBMG. He also served as the deputy head of BNBMG (prior to its conversion from Beijing New Building Materials Factory) from September 1985 to January 1996. Mr. Li graduated from electro-mechanical engineering from Shanghai Tongji University in August 1978 and received a master's degree in engineering from Wuhan Industrial University (now Wuhan University of Technology) in 1995. He is qualified as a senior engineer at professor level and was awarded a special grant of the government approved by the State Council.

**Peng Shou**, aged 46, is an executive Director. Mr. Peng joined the Group in June 2001 and has over 20 years of business and management experience in China's building materials industry. He is an expert in inorganic materials research and development, engineering design and consulting. Mr. Peng has served as the chairman of China Triumph since September 2004 and the general manager of China Triumph since May 2002. He also served as the deputy general manager of China Triumph from June 2001 to May 2002. Mr. Peng received a bachelor's degree in engineering from Wuhan Building Material Industrial Institute (now Wuhan University of Technology) in December 1982 and a master's degree in management from Wuhan Industrial University (now Wuhan University of Technology) in January 2002. He is qualified as a senior engineer at professor level and was awarded a special grant of the government approved by the State Council. Since July 2003, Mr. Peng is the deputy chairman of general affairs of the fourth general committee of the China Building and Industrial Glass Committee.

66

# Biographical Details of Directors, Supervisors and Senior Management

## DIRECTORS *(CONTINUED)*

### Non-Executive Directors

**Cui Lijun**, aged 46, is a non-executive Director of the Company. Ms. Cui joined the Group since September 1998 and has over 20 years of business and management experience in China's building materials industry. Ms. Cui has served as a director of BNBM since June 2003. Since August 1997, she has served successively as the financial manager of BNBMG and financial manager of BNBM. She is currently the president and deputy chairwoman of BNBMG. Ms. Cui graduated in the investment management from the Graduate School of Chinese Academy of Social Sciences in November 1998.

**Huang Anzhong**, aged 43, is a non-executive Director of the Company. Mr. Huang joined the Group since March 2003 and has over 20 years of business and management experience in China's building materials industry. Mr. Huang served as the vice president of CNBM Equipment from April 1996 to November 2000, and the president of CNBM Equipment from November 2000 to February 2005. Mr. Huang graduated with a bachelor's degree in engineering from Nanjing Institute of Chemical Technology in July 1985 and graduated in the business management from the Graduate School of Chinese Academy of Social Sciences in November 1998. He received an EMBA degree from Xiamen University in June 2005. He is currently a senior economist.

**Zuo Fenggao**, aged 51, is a non-executive Director. Mr. Zuo joined the Group in March 2005 and has over 16 years' experience in business and management. Mr. Zuo has served as the head of Cinda, Beijing representative office since May 2004. Mr. Zuo also served as the deputy head of Cinda, Beijing representative office from September 1999 to May 2004, the head of the Beijing Xisi sub-branch of China Construction Bank from January 1997 to September 1999, the general manager of the mortgage department in China Construction Bank, Beijing branch and the deputy head of the Beijing Qianmen Sub-branch of China Construction Bank from June 1989 to January 1997. Mr. Zuo graduated in monetary and banking from the Faculty of Finance and Economics of the Graduate School of Chinese Academy of Social Sciences in July 1998. He is currently an economist.

# Biographical Details of Directors, Supervisors and Senior Management

## DIRECTORS *(CONTINUED)*

### Independent Non-executive Directors

**Zhang Renwei**, aged 66, is an independent non-executive Director of the Company. Mr. Zhang joined the Group since March 2005 and has over 40 years of business and management experience in China's building materials industry. Mr. Zhang has served as an independent non-executive director of Yaopi since June 2003, the president of China Building Materials Industry Association since February 2001 and the chairman of China Silicate Academy since January 2000. He also served as the director and secretary-general of State Bureau of Building Materials Industry from January 1994 to February 2001 and the deputy director of the same bureau from July 1985 to January 1994. Mr. Zhang graduated in silicate studies from East China Institute of Chemical Technology) (now known as East China University of Technology) in 1963. He is qualified as a senior engineer at professor level.

**Zhou Daojiong**, aged 73, is an independent non-executive Director of the Company. Mr. Zhou has served as an independent non-executive director of Harbin Power Equipment Company Limited (哈爾濱動力設備股份有限公司), a company listed on the Stock Exchange, since June 2003 and has accumulated experience in the review and establishment of internal controls, risk management measures and corporate governance of publicly listed companies. Mr. Zhou joined the Group since May 2005 and has over 50 years' experience in macro-economic management and finance. From March 1998 to March 2003, Mr. Zhou served as a member of the standing committee and the finance and economic committee of the 9th NPC. He also served as the audit commissioner of the State Council from March 1998 to August 2000. His primary responsibilities in the NPC and the State Council include monitoring corporate accounting and budgets, examining and supervising financial budgets of the PRC, participated in enacting PRC legislation on securities and futures development and supervising the implementation of such legislation. From March 1995 to June 1997, Mr. Zhou served as the chairman of CSRC. His primary responsibilities in CSRC include regulating the securities market of the PRC, participated in drafting securities law, reviewing financial statements of listing applicants and listed companies to ensure compliance with the relevant securities law and corporate governance requirements, and monitoring the trading activities of listed companies. From December 1984 to August 2000, Mr. Zhou served a number of key positions in China Construction Bank, including the secretary-general, the president and the chairman of the supervisory committee of China Construction Bank. He also served as the vice president of National Development Bank and the deputy director of the securities committee of the State Council. Before December 1984, Mr. Zhou served as the department head of the finance department, and the secretary-general of, Anhui provincial government. Mr. Zhou is currently the chairman of Taoxing Zhi Fund of China (中國陶行知基金會) and China Investment Development and Promotion Association (中國投資發展促進會), the honorary chairman of China Investment Association (中國投資學會), and the consultant of the China Capital Entrepreneurs'Club (首都企業家俱樂部). Mr. Zhou is also qualified as a senior economist. Mr. Zhou is experienced in financial management, risk management measures and corporate governance of publicly listed companies.

ALRMH-CNBM00004174

68

# Biographical Details of Directors, Supervisors and Senior Management

## DIRECTORS *(CONTINUED)*

### Independent Non-executive Directors *(Continued)*

**Chi Haibin**, aged 75, is an independent non-executive Director of the Company. Mr. Chi joined the Group since May 2005 and has an in-depth knowledge of the PRC accounting standards. Mr. Chi has been the chairman of China Accounting Association (中國會計學會) since 1996 and served as the vice chairman of the Chinese Institute of Certified Public Accountants (中國註冊會計師協會) from June 1996 to November 2004. The primary responsibilities of Mr. Chi, as the chairman of China Accounting Association and the vice chairman of the Chinese Institute of Certified Public Accountants, include providing proposals to the relevant supervision authorities on the accounting and finance rules and regulations in the PRC, studying and researching on the internal accounting standards, formulating rules and code of practice for PRC certified public accountants, and monitoring the implementation of such rules and code of practice in the PRC. Mr. Chi is qualified as a senior economist and has about 50 years' experience in macro-economic management. Mr. Chi joined the Ministry of Finance in 1954, and served in a number of significant positions therein from December 1954 to April 1993, including the deputy supervisor and deputy director of the economic construction division and the deputy head of the Ministry of Finance. From April 1993 to March 2003, Mr. Chi was also appointed as a member of the Standing Committee and the deputy supervisor of the finance and economic committee of the 8th NPC and a member of the standing committee and the finance and economic committee of the 9th NPC. His primary responsibilities in the Ministry of Finance and the NPC include monitoring corporate accounting and budgets, examining and supervising financial budgets of the PRC, participated in enacting PRC legislation on economics and supervising the implementation of such legislation. Mr. Chi has served as an independent non-executive director of Fengfan Co., Ltd. (風帆股份有限公司), a company listed on the Shanghai Stock Exchange, since April 2004 and has accumulated experience in the review and establishment of internal controls, risk management measures and corporate governance of publicly listed companies.

**Lau Ko Yuen, Tom**, aged 55, is an independent non-executive Director of the Company. Mr. Lau joined the Group in January 2006. He is a deputy chairman and managing director of PYI Corporation Limited, and a deputy chairman of Paul Y. Engineering Group Limited. Mr. Lau has over 30 years of international corporate management experience within the construction industry.



**ANNUAL REPORT 2006**
**China National Building Material Company Limited**

ALRMH-CNBM00004175

# Biographical Details of Directors, Supervisors and Senior Management

## SUPERVISORS

**Shen Anqin**, aged 57, is the Chairman of the Company. Mr. Shen has accumulated over 15 years' experience in supervisory roles and management position since he joined the Group in 1999. Mr Shen has been the vice president of Parent since August 1998 and the chief accountant of Parent since September 2003. From September 1990 to August 1998, Mr. Shen served successively as the deputy head of the comprehensive development and economic and finance division, the head of economic and finance division, and the deputy director of finance and state-owned assets supervision division, of the State Bureau of Building Materials Industry. Mr. Shen received a bachelor's degree in engineering from Xi Bei Electric Engineering School (now Xi Dian University) in April 1982. He is qualified as a senior accountant.

**Zhou Guoping**, aged 47, is a Supervisor of the Company. Ms. Zhou joined the Group since July 1999 and has over 13 years' experience in supervisory roles and management positions. Ms. Zhou has been the assistant to the president of Parent since October 2003 and the financial manager of Parent since April 2002. From March 1992 to April 2002, Ms. Zhou served successively as the deputy head of planning division in integrated planning department, assistant to the manager of integrated planning department, assistant to the manager of planning and finance department, and deputy manager and manager of planning and finance division and deputy manager of financial management division of Parent. Ms. Zhou received a bachelor's degree in engineering from Wuhan Building Materials Technology Institute (now Wuhan University of Technology) in July 1982. She is qualified as a senior engineer.

**Bao Wenchun**, aged 53, is a Supervisor of the Company. Mr. Bao joined the Group since May 1997 and has over 12 years' experience in supervisory roles and management positions. Mr. Bao has been the executive deputy general manager of BNBMG since September 2004, the director of BNBMG since April 2002 and the secretary-general of BNBMG since August 2004. From May 1997 to September 2004, Mr. Bao served successively as a deputy general manager, general manager and chairman of the board of directors of BNBM. Mr. Bao also served as the manager of finance department of BNBMG from January 1996 to August 1997 and the deputy chief of the finance department of BNBMG (prior to its conversion from Beijing New Building Materials Factory) from February 1993 to January 1996. Mr. Bao graduated from accounting department of Beijing Chemical Engineering Administration Cadre Institute in July 1987. He is qualified as an accountant.

**Cui Shuhong**, aged 39, is a Supervisor of the Company. Ms. Cui joined the Group since October 2001 and has over 12 years' experience in supervisory roles and management positions. Ms. Cui has been the general manager of the administration and human resources department of the Company since April 2005. She served as the deputy director of the general manager office of Parent from April 2002 to April 2005, and the deputy manager of human resources office and deputy director of general manager office of BNBM from October 2001 to April 2002. She also served as the deputy director of the general manager's office of BNBMG from August 1997 to October 2001. Ms. Cui received a bachelor's degree in economics from Beijing Economics Institute in July 1990. She is qualified as a senior economist.

70

# Biographical Details of Directors, Supervisors and Senior Management

## SUPERVISORS *(CONTINUED)*

**Zhang Zhaomin**, aged 69, is an independent Supervisor of the Company. Mr. Zhang is also an expert advisor of Beijing Dongfang Petrochemical Company Limited（北京市東方石油化工有限公司）. He joined the Group since May 2005 and has over 30 years' experience in supervisory roles and management positions. He served successively as a member of the preparation committee for converting the debts of Beijing Beihua Group Company's Ethylene Factory（北京市北化集團公司乙烯系列廠）into equity from 2001 to 2002, deputy chief of integration group of listing working committee of Sinopec (Group) Company（中石化集團公司）1999 to 2001 and the secretary of the board of directors of Sinopec Beijing Yanhua Petrochemical Co., Ltd.from 1997 to 2000. Mr. Zhang also served successively as the deputy chief economic and chief of planning division of Beijing Yanshan Petrochemical Company Limited（北京市燕山石油化工股份有限公司）from 1988 to 1993, its chief economist from 1993 to 1997 and its deputy general manager from July 1997 to December 1999. From 1983 to 1988, Mr. Zhang served as assistant to head of the factory and chief economist of Dongfanghong Oil Refinery of Beijing Yanshan Petrochemical Company（東方紅煉油廠）. He is qualified as a senior economist.

**Liu Chijin**, aged 44, is an independent Supervisor of the Company. Mr. Liu joined the Group since May 2005 and has over 20 years' experience in supervisory roles and management positions. He has been the chairman and the president of Pan-Pacific Management Research Center（泛太平洋管理研究中心）since 2002 and the general manager and chairman of Beijing Pan-Pacific Management Training Company Limited（北京泛太平洋管理培訓有限公司）since 2004. Mr. Liu also served as the vice president of Nokia (China) Investment Company Limited from 1999 to 2001, senior vice president of Ericsson (China) Limited and head of Ericsson China Institute from 1997 to 1999, senior consultant of McKinsey & Company in 1996 and vice president of Dover Corporation in the United States from 1993 to 1995. From 1985 to 1988, Mr. Liu served as an assistant professor of the Shandong Building Material Institute. He is currently the deputy director of the China Capital Entrepreneurs' Club（北京首都企業家俱樂部）, the chairman of Beijing Alumni Association of Harvard Business School, joint director of the EMBA project of the Management School of Xiamen University. Mr. Liu received a master's degree in physics from the University of Memphis in 1990, and an MBA degree from Harvard Business School in 1997.

# Biographical Details of Directors, Supervisors and Senior Management

## SENIOR MANAGEMENT

**Li Yimin**, aged 53, is a vice president of the Company. Please refer to the section headed "Executive Directors" for his biographical details.

**Peng Shou**, aged 46, is a vice president of the Company. Please refer to the section headed "Executive Directors" for his biographical details.

**Cui Xingtai**, aged 45, is a vice president of the Company. Mr. Cui joined the Group since June 1999 and has over 21 years of business and management experience in China's building materials industry. He has served as the secretary of the Party Committee of China United since August 2004 and the chairman of China United since April 2005. Mr. Cui served as the vice chairman of China United from August 2004 to April 2005, deputy chief engineer of Parent from November 2003 to March 2005, chief engineer of China United from July 1999 to August 2004, and deputy general manager of China United from April 2002 to August 2004. From June 1997 to January 1999, Mr. Cui served as the head of Shandong Lunan Cement Factory. Mr. Cui received a bachelor's degree in engineering from Wuhan Industry University (now Wuhan University of Technology) in July 1984 and graduated in enterprise management from the Graduate School of the Chinese Academy of Social Sciences in July 1998. He is qualified as a senior engineer.

**Zhang Dingjin**, aged 49, is a vice president of the Company. Mr. Zhang joined the Group since August 1999 and has over 20 years of business and management experience in China's building materials industry. He has served as the chairman of China Composites since September 2004 and the general manager of China Composites since January 2003. He also served as the general manager of China Inorganic Materials Science and Technology Enterprise (Group) Company from March 2002 to January 2003, deputy general manager of China Inorganic Materials Science and Technology Enterprise (Group) Company from January 2001 to March 2002 and the general manager of Beijing Pennvasia Glass Company Limited from August 1999 to September 2001. From February 1997 to August 1999, Mr. Zhang served as the deputy dean of Shandong Industrial Ceramics Research and Design Institute. Mr. Zhang received a bachelor's degree in engineering from Anshan Institute of Iron and Steel in August 1982 and an EMBA degree from Xiamen University in June 2005. He is qualified as a senior engineer at professor level and was awarded a special grant of the government approved by the State Council.

**Chang Zhangli**, aged 36, is a vice president of the Company. Mr. Chang joined the Group in August 1997 and has over eight years' experience in handling domestic listing-related matters for the Group, the Company's Global Offering and listing of its shares on the Stock Exchange. From August 1997 to March 2005, Mr. Chang served in a number of key positions in BNBM, including the deputy manager and manager of the securities division of BNBM, the manager of the management and corporate planning division of BNBM, the secretary to the board of directors and the deputy general manager of BNBM. During this period, in addition to performing his general corporate duties for BNBM, Mr. Chang was responsible for handling all legal matters related to BNBM and was actively involved in the reorganization and acquisitions of BNBM and its various subsidiaries. Mr. Chang graduated with a bachelor's degree in engineering from Wuhan Industrial University (now Wuhan University of Technology) in July 1994, and received an MBA degree from Tsinghua University in June 2005. Currently, Mr. Chang is the general manager of the legal division of the Company and he is also a member of Central Enterprises Youth Federation（中央企業青年聯合會委員）the deputy secretary of the Listed Companies Association of Beijing（北京市上市公司協會）.

**Chen Xuean**, aged 42, is the chief financial officer of the Company. Mr. Chen joined the Group since March 2005 and has over 19 years' experience in finance. Mr. Chen served as the head of the Central Department of Statistics and Evaluation Division of the Ministry of Finance from June 2000 to January 2004. He also served as the head of the Monitoring Department of Statistics and Evaluation Division of the Ministry of Finance, the deputy chief of Assets Inspection and Verification Department of Statistics and Evaluation Division of the Ministry of Finance, and the deputy head of finance department of general office of SASAC from August 1995. Mr. Chen received a master's degree in management from Beijing Institute of Technology in November 1999. He is currently a senior accountant.

**72**

# Biographical Details of Directors, Supervisors and Senior Management

## QUALIFIED ACCOUNTANT

**Pei Hongyan**, aged 33, is the qualified accountant of the Company. She joined the Group in May 2001 and has over six years' experience in accounting. She served as a senior accountant of the finance division of Parent from November 2003 to April 2005 and an assistant to the general manager of the finance division of Parent from November 2002 to April 2005. She also served as a director of Kunming Cement Inc. from March 2002 to December 2004 and the chief financial officer of China Composites from May 2001 to October 2004. Ms. Pei received a master's degree in management from Dongbei University of Finance and Economics in 1999, and is a member of the Association of Chartered Certified Accountants. She is also a non-practising member of the Chinese Institute of Certified Public Accountants. Ms. Pei works on a full time basis for the Company.

## JOINT COMPANY SECRETARIES

**Chang Zhangli**, aged 36, is the joint company secretary of the Company. Please refer to the section headed "Senior Management" for the biographical details.

**Lo Yee Har Susan**, aged 48, is the joint company secretary of the Company. Ms. Lo is a director of Corporate Services Department of Tricor Services Limited and a fellow member of both the Institute of Chartered Secretaries and Administrators and the Hong Kong Institute of Chartered Secretaries. Ms. Lo has over 20 years of experience in the company secretarial area. She has served in a number of companies listed on the Stock Exchange. Apart from the Company, she is currently the company secretary or the joint company secretary of four companies listed on the Stock Exchange.

## CONFIRMATION OF THE INDEPENDENCE OF INDEPENDENT NON-EXECUTIVE DIRECTORS

The Company has received the annual confirmation letter issued by each of the independent non-executive directors in respect of their independence in accordance with Rule 3.13 of the Listing Rules. The Company considers that all of the independent non-executive directors are independent.

# REPORT OF THE INDEPENDENT AUDITOR

**TO THE SHAREHOLDERS OF**
**CHINA NATIONAL BUILDING MATERIAL COMPANY LIMITED**
(a joint stock company incorporated in the People's Republic of China with limited liability)

We have audited the consolidated financial statements of China National Building Material Company Limited (the "Company") and its subsidiaries (collectively referred to as the "Group") set out on pages 75 to 135, which comprise the consolidated balance sheet as at 31 December 2006, and the consolidated income statement, the consolidated statement of changes in equity and the consolidated cash flow statement for the year then ended, and a summary of significant accounting policies and other explanatory notes.

## DIRECTORS' RESPONSIBILITY FOR THE CONSOLIDATED FINANCIAL STATEMENTS

The directors of the Company are responsible for the preparation and the true and fair presentation of these consolidated financial statements in accordance with International Financial Reporting Standards issued by the International Accounting Standards Board and the disclosure requirements of the Hong Kong Companies Ordinance. This responsibility includes designing, implementing and maintaining internal control relevant to the preparation and the true and fair presentation of the consolidated financial statements that are free from material misstatement, whether due to fraud or error; selecting and applying appropriate accounting policies; and making accounting estimates that are reasonable in the circumstances.

## AUDITOR's RESPONSIBILITY

Our responsibility is to express an opinion on these consolidated financial statements based on our audit and to report our opinion solely to you, as a body, and for no other purpose. We do not assume responsibility towards or accept liability to any other person for the contents of this report. We conducted our audit in accordance with Hong Kong Standards on Auditing issued by the Hong Kong Institute of Certified Public Accountants. Those standards require that we comply with ethical requirements and plan and perform the audit to obtain reasonable assurance as to whether the consolidated financial statements are free from material misstatement.

An audit involves performing procedures to obtain audit evidence about the amounts and disclosures in the consolidated financial statements. The procedures selected depend on the auditor's judgment, including the assessment of the risks of material misstatement of the consolidated financial statements, whether due to fraud or error. In making those risk assessments, the auditor considers internal control relevant to the entity's preparation and true and fair presentation of the consolidated financial statements in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the entity's internal control. An audit also includes evaluating the appropriateness of accounting policies used and the reasonableness of accounting estimates made by the directors, as well as evaluating the overall presentation of the consolidated financial statements.

We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

**74**

# REPORT OF THE INDEPENDENT AUDITOR

## OPINION

In our opinion, the consolidated financial statements give a true and fair view of the state of affairs of the Group as at 31 December 2006 and of the Group's profit and cash flows for the year then ended in accordance with International Financial Reporting Standards and have been properly prepared in accordance with the disclosure requirements of the Hong Kong Companies Ordinance.

**Deloitte Touche Tohmatsu**
*Certified Public Accountants*

*Hong Kong*
16 April 2007



**ANNUAL REPORT 2006**
**China National Building Material Company Limited**

ALRMH-CNBM00004181

75

# CONSOLIDATED INCOME STATEMENT

FOR THE YEAR ENDED 31 DECEMBER 2006

|  | NOTES | 2006 RMB'000 | 2005 RMB'000 |
|---|---|---|---|
| Revenue | 6 | 6,451,830 | 4,726,544 |
| Cost of sales |  | (5,154,602) | (3,852,403) |
| Gross profit |  | 1,297,228 | 874,141 |
| Other income | 8 | 421,018 | 263,540 |
| Selling and distribution costs |  | (357,954) | (278,062) |
| Administrative expenses |  | (407,819) | (291,150) |
| Other expenses |  | (9,374) | (5,697) |
| Share of profit of associates | 21 | 90,502 | 108,538 |
| Finance costs | 9 | (220,072) | (162,432) |
| Loss arising from share conversion schemes | 10 | (275,007) | — |
| Profit on disposal of subsidiaries | 36 | 704 | 27,988 |
| Profit before tax | 12 | 539,226 | 536,866 |
| Income tax expense | 13 | (50,066) | (44,747) |
| Profit for the year |  | 489,160 | 492,119 |
| Attributable to: |  |  |  |
| Equity holders of the Company |  | 298,146 | 351,105 |
| Minority interests |  | 191,014 | 141,014 |
|  |  | 489,160 | 492,119 |
| Dividends | 14 |  |  |
| — Paid |  | 80,382 | 135,637 |
| — Proposed |  | 67,123 | 80,382 |
| Earnings per share – basic (RMB) | 15 | 0.16 | 0.25 |

**76**

# CONSOLIDATED BALANCE SHEET

AT 31 DECEMBER 2006

| | NOTES | **2006**<br>**RMB'000** | 2005<br>RMB'000 |
|---|---|---|---|
| Non-current assets | | | |
| Property, plant and equipment | 16 | **7,063,105** | 4,792,093 |
| Investment properties | 17 | **281,006** | 268,644 |
| Goodwill | 18 | **253,907** | 56,202 |
| Intangible assets | 19 | **32,781** | 22,409 |
| Interests in associates | 21 | **854,404** | 864,159 |
| Available-for-sale investments | 22 | **52,897** | 51,543 |
| Deposits | 23 | **72,209** | 31,928 |
| Land use rights | 24 | **408,122** | 306,182 |
| Deferred tax assets | 32 | **34,885** | 6,850 |
| | | **9,053,316** | 6,400,010 |
| Current assets | | | |
| Inventories | 25 | **834,020** | 721,552 |
| Trade and other receivables | 26 | **1,955,539** | 1,437,668 |
| Held-for-trading investments | 22 | **18,500** | 15,383 |
| Amounts due from related parties | 27 | **154,554** | 152,764 |
| Pledged bank deposits | 29 | **425,262** | 52,542 |
| Bank balances and cash | 29 | **1,549,123** | 932,580 |
| | | **4,936,998** | 3,312,489 |
| Current liabilities | | | |
| Trade and other payables | 30 | **2,068,536** | 1,820,021 |
| Amounts due to related parties | 27 | **75,376** | 133,587 |
| Borrowings – due within one year | 31 | **3,595,734** | 3,231,996 |
| Income tax payable | | **43,437** | 21,776 |
| Dividend payable | | **—** | 69,237 |
| | | **5,783,083** | 5,276,617 |
| Net current liabilities | | **(846,085)** | (1,964,128) |
| Total assets less current liabilities | | **8,207,231** | 4,435,882 |

**ANNUAL REPORT 2006**
**China National Building Material Company Limited**

CNBM

ALRMH-CNBM00004183

77

# CONSOLIDATED BALANCE SHEET

AT 31 DECEMBER 2006

| | NOTES | 2006 RMB'000 | 2005 RMB'000 |
|---|---|---|---|
| Non-current liabilities | | | |
| Borrowings – due after one year | 31 | 2,452,510 | 1,004,610 |
| Deferred income | | 4,001 | 4,339 |
| Deferred tax liabilities | 32 | 36,466 | — |
| | | 2,492,977 | 1,008,949 |
| Net assets | | 5,714,254 | 3,426,933 |
| Capital and reserves | | | |
| Share capital | 33 | 2,071,700 | 1,387,760 |
| Reserves/shareholders' equity | 34 | 2,135,330 | 724,478 |
| Equity attributable to equity holders of the Company | | 4,207,030 | 2,112,238 |
| Minority interests | | 1,507,224 | 1,314,695 |
| Total equity | | 5,714,254 | 3,426,933 |

The consolidated financial statements on page 75 to 135 were approved by the board of directors on 16 April 2007 and are signed in its behalf of:

**Song Zhiping**
*DIRECTOR*

**Cao Jianglin**
*DIRECTOR*

ANNUAL REPORT 2006
**China National Building Material Company Limited**

CNBM

ALRMH-CNBM00004184

**78**

# CONSOLIDATED STATEMENT OF CHANGES IN EQUITY

FOR THE YEAR ENDED 31 DECEMBER 2006

| | Share capital RMB'000 | Share premium RMB'000 | Capital reserves RMB'000 (Note 34(a)) | Statutory surplus reserve fund RMB'000 (Note 34(b)) | Statutory public welfare fund RMB'000 (Note 34(c)) | Exchange reserve RMB'000 | Retained earnings/ shareholder's equity RMB'000 (Note 34(d)) | Total RMB'000 | Minority interests RMB'000 | Total equity RMB'000 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Attributable to equity holders of the Company | | | | | | |
| At 1 January 2006 | 1,387,760 | 350 | 387,401 | 28,719 | 28,719 | (1,082) | 280,371 | 2,112,238 | 1,314,695 | 3,426,933 |
| Exchange differences arising on translation of overseas operations directly recognised in equity | — | — | — | — | — | 2,815 | — | 2,815 | — | 2,815 |
| Profit for the year | — | — | — | — | — | — | 298,146 | 298,146 | 191,014 | 489,160 |
| Total recognised income and expenses | — | — | — | — | — | 2,815 | 298,146 | 300,961 | 191,014 | 491,975 |
| Shareholders' contributions | — | — | 119,712 | — | — | — | — | 119,712 | 560 | 120,272 |
| Issue of shares | 683,940 | 1,258,210 | — | — | — | — | — | 1,942,150 | — | 1,942,150 |
| Issue share expenses | — | (188,054) | — | — | — | — | — | (188,054) | — | (188,054) |
| Dividends | — | — | — | — | — | — | (80,382) | (80,382) | — | (80,382) |
| Dividends paid to the minority shareholders by subsidiaries | — | — | — | — | — | — | — | — | (32,839) | (32,839) |
| Increase in minority interests as a result of a share conversion scheme of a subsidiary (Note 10) | — | — | — | — | — | — | — | — | 115,243 | 115,243 |
| Decrease in minority interests as a result of disposal of subsidiary | — | — | — | — | — | — | — | — | (1,940) | (1,940) |
| Contributions from minority shareholders | — | — | — | — | — | — | — | — | 16,145 | 16,145 |
| Forfeiture of dividends from minority shareholders of a subsidiary | — | — | 405 | — | — | — | — | 405 | 529 | 934 |
| Decrease in minority interests as a result of increase in interests in subsidiaries | — | — | — | — | — | — | — | — | (96,183) | (96,183) |
| Movements in statutory reserves | — | — | — | 101,012 | (28,719) | — | (72,293) | — | — | — |
| At 31 December 2006 | 2,071,700 | 1,070,506 | 507,518 | 129,731 | — | 1,733 | 425,842 | 4,207,030 | 1,507,224 | 5,714,254 |

**79**

# CONSOLIDATED STATEMENT OF CHANGES IN EQUITY

FOR THE YEAR ENDED 31 DECEMBER 2006

| | Attributable to equity holders of the Company | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Share capital *RMB'000* | Share premium *RMB'000* | Capital reserves *RMB'000* (Note 34(a)) | Statutory surplus reserve fund *RMB'000* (Note 34(b)) | Statutory public welfare fund *RMB'000* (Note 34(c)) | Exchange reserve *RMB'000* | Retained earnings/ shareholder's equity *RMB'000* (Note 34(d)) | Total *RMB'000* | Minority interests *RMB'000* | Total equity *RMB'000* |
| At 1 January 2005 | — | — | — | — | — | — | 1,888,618 | 1,888,618 | 1,077,395 | 2,966,013 |
| Exchange differences arising on translation of overseas operations directly recognised in equity | — | — | — | — | — | (1,082) | — | (1,082) | — | (1,082) |
| Profit for the year | — | — | — | — | — | — | 351,105 | 351,105 | 141,014 | 492,119 |
| Total recognised income and expenses | — | — | — | — | — | (1,082) | 351,105 | 350,023 | 141,014 | 491,037 |
| Shareholders' contributions | — | — | — | — | — | — | 8,234 | 8,234 | — | 8,234 |
| Conversion as a joint stock company | 1,387,110 | — | 387,401 | — | — | — | (1,774,511) | — | — | — |
| Issue of shares | 650 | 350 | — | — | — | — | — | 1,000 | — | 1,000 |
| Dividends | — | — | — | — | — | — | (135,637) | (135,637) | (16,504) | (152,141) |
| Increase in minority interests as a result of acquisition of subsidiaries *(Note 35)* | — | — | — | — | — | — | — | — | 219,565 | 219,565 |
| Decrease in minority interests as a result of disposal of subsidiary | — | — | — | — | — | — | — | — | (7,561) | (7,561) |
| Contributions from minority shareholders | — | — | — | — | — | — | — | — | 10,974 | 10,974 |
| Decrease in minority interests as a result of increase in interests in subsidiaries | — | — | — | — | — | — | — | — | (110,188) | (110,188) |
| Movements in statutory reserves | — | — | — | 28,719 | 28,719 | — | (57,438) | — | — | — |
| At 31 December 2005 | 1,387,760 | 350 | 387,401 | 28,719 | 28,719 | (1,082) | 280,371 | 2,112,238 | 1,314,695 | 3,426,933 |

**ANNUAL REPORT 2006**
**China National Building Material Company Limited**

ALRMH-CNBM00004186

**80**

# CONSOLIDATED CASH FLOW STATEMENT

FOR THE YEAR ENDED 31 DECEMBER 2006

| | NOTE | 2006 RMB'000 | 2005 RMB'000 |
|---|---|---|---|
| Operating activities | | | |
| Profit before tax | | 539,226 | 536,866 |
| Adjustments for: | | | |
| Share of profit of associates | | (90,502) | (108,538) |
| Finance costs | | 220,072 | 162,432 |
| Loss arising from share conversion schemes | | 275,007 | — |
| Profit on disposal of subsidiaries | | (704) | (27,988) |
| Interest income | | (105,268) | (19,356) |
| Waiver of payables | | (755) | (5,914) |
| Gain on disposal of investments in associates | | (6,244) | — |
| Net gain on disposal of property, plant and equipment | | (3,365) | (1,535) |
| Profit on partial disposal of a subsidiary | | — | (12) |
| (Increase) decrease in fair value of held-for-trading investments | | (650) | 1,528 |
| Deferred income released to income | | (338) | (2,280) |
| Depreciation of property, plant and equipment and investment properties | | 288,529 | 211,694 |
| Amortisation of intangible assets | | 5,374 | 2,193 |
| Land use rights released to income | | 8,825 | 5,926 |
| Allowances for bad and doubtful debts | | 13,894 | 4,110 |
| Write-down of inventories | | 2,483 | 3,533 |
| Staff cost arising from share appreciation rights | | 1,156 | — |
| Discount on acquisition released to income | | — | (10,850) |
| | | | |
| Operating cash flows before movements in working capital | | 1,146,740 | 751,809 |
| Increase in inventories | | (81,513) | (214,246) |
| Increase in trade and other receivables | | (391,369) | (449,509) |
| Increase in held-for-trading investments | | (2,467) | (4,299) |
| Increase in amounts due from related parties | | (47,186) | (159,340) |
| (Decrease) increase in trade and other payables | | (88,841) | 375,842 |
| Increase in deferred income | | — | 1,257 |
| (Increase) decrease in amounts due to related parties | | (35,917) | 20,904 |
| | | | |
| Cash generated from operations | | 499,447 | 322,418 |
| Income tax paid | | (61,398) | (44,367) |
| Interest received | | 103,809 | 19,356 |
| | | | |
| Net cash generated from operating activities | | 541,858 | 297,407 |



**81**

# CONSOLIDATED CASH FLOW STATEMENT

FOR THE YEAR ENDED 31 DECEMBER 2006

|  | NOTE | **2006**<br>**RMB'000** | 2005<br>RMB'000 |
|---|---|---|---|
| Investing activities |  |  |  |
| Purchases of property, plant and equipment |  | **(1,371,025)** | (987,338) |
| Proceeds on disposal of property,<br>plant and equipment |  | **54,234** | 8,039 |
| Purchases of investment properties |  | **(9,051)** | (156) |
| Purchases of intangible assets |  | **(3,974)** | (932) |
| Acquisition of interests in associates |  | **(25,513)** | — |
| Dividend received from associates |  | **73,654** | 35,607 |
| Disposal of associates |  | **17,009** | — |
| Purchases of available-for-sale investments |  | **(1,354)** | (6,980) |
| Net proceeds on disposal of available-for-sale<br>investments |  | **—** | 8,329 |
| Deposits paid |  | **(67,209)** | (15,028) |
| Payments for land use rights |  | **(23,663)** | (26,341) |
| Proceeds on disposal of land use rights |  | **5,628** | — |
| Acquisition of subsidiaries/business | 35 | **(588,975)** | 88,369 |
| Disposal of subsidiaries |  | **180** | (51,374) |
| Payments for acquisition of additional<br>interests in subsidiaries |  | **(137,966)** | (27,545) |
| Partial disposal of a subsidiary |  | **—** | 12 |
| Repayment from related parties |  | **45,396** | 121,717 |
| Increase in loans receivable |  | **(110,000)** | — |
| Increase in pledged bank deposits |  | **(372,720)** | (52,542) |
| Net cash used in investing activities |  | **(2,515,349)** | (906,163) |
| Financing activities |  |  |  |
| Interest paid |  | **(269,261)** | (207,481) |
| Issue of shares |  | **1,942,150** | 1,000 |
| Share issue expense |  | **(188,054)** | — |
| Dividend paid to shareholders |  | **(149,619)** | (25,567) |
| Dividend paid to minority shareholders of subsidiaries |  | **(32,839)** | — |
| Contributions from minority shareholders |  | **16,145** | 10,974 |
| Repayments of borrowings |  | **(6,037,038)** | (2,748,564) |
| New borrowings raised |  | **7,330,386** | 3,751,037 |
| Repayment to related parties |  | **(22,294)** | (65,313) |
| Net cash generated from financing activities |  | **2,589,576** | 716,086 |
| Net increase in cash and cash equivalents |  | **616,085** | 107,330 |
| Effect of foreign exchange rate changes |  | **458** | (1,082) |
| Cash and cash equivalents, at beginning of year |  | **932,580** | 826,332 |
| Cash and cash equivalents, at end of the year<br>Bank balances and cash |  | **1,549,123** | 932,580 |

**ANNUAL REPORT 2006**
**China National Building Material Company Limited**

CNBM

ALRMH-CNBM00004188

82

# NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

## 1.   GENERAL

China National Building Material Company Limited (the "Company") was established as a joint stock company with limited liability in the People's Republic of China (the "PRC") on 28 March 2005. On 23 March 2006, the Company's shares were listed on the Main Board of The Stock Exchange of Hong Kong Limited (the "Stock Exchange").

The Company's ultimate holding company is China National Building Material Group Corporation ("Parent"), which is a state-owned enterprise established on 3 January 1984 under the laws of the PRC.

After the restructuring as detailed in the prospectus of the Company dated 13 March 2005 ("Restructuring") which was approved by the State-owned Assets Supervision and Administration Commission of the State Council on 25 November 2004, the Company became the holding company of the companies transferred to the Company under the Restructuring.

The Company is an investment holding company. The principal activities of its subsidiaries are set out in Note 20. Hereinafter, the Company and its subsidiaries are collectively referred to as the "Group".

## 2.   APPLICATION OF INTERNATIONAL FINANCIAL REPORTING STANDARDS

In the current year, the Group has applied, for the first time, a number of new standards, amendments and interpretations ("new IFRSs") issued by the International Accounting Standards Board (the "IASB") and International Financial Reporting Interpretations Committee ("IFRIC") of the IASB, which are either effective for accounting periods beginning on or after 1 December 2005 or 1 January 2006. The adoption of the new IFRSs had no material effect on how the results and financial positions for the current or prior accounting years have been prepared and presented. Accordingly, no prior year adjustment has been required.

At the date of authorisation of these consolidated financial statements, the following new standards, amendments and interpretations were in issue but not yet effective:

| | |
|---|---|
| IAS 1 (Amendment) | Capital Disclosures[1] |
| IFRS 7 | Financial Instruments: Disclosures[1] |
| IFRS 8 | Operating Segments[8] |
| IFRIC 7 | Applying the Restatement Approach under IAS 29 Financial Reporting in Hyperinflationary Economies[2] |
| IFRIC 8 | Score of IFRS 2[3] |
| IFRIC 9 | Reassessment of Embedded Derivatives[4] |
| IFRIC 10 | Interim Financial Reporting and Impairment[5] |
| IFRIC 11 | IFRS 2 — Group and Treasury Share Transactions[6] |
| IFRIC 12 | Service Concession Arrangements[7] |

[1]   Effective for annual periods beginning on or after 1 January 2007
[2]   Effective for annual periods beginning on or after 1 March 2006
[3]   Effective for annual periods beginning on or after 1 May 2006
[4]   Effective for annual periods beginning on or after 1 June 2006
[5]   Effective for annual periods beginning on or after 1 November 2006
[6]   Effective for annual periods beginning on or after 1 March 2007
[7]   Effective for annual periods beginning on or after 1 January 2008
[8]   Effective for annual periods beginning on or after 1 January 2009

The directors anticipate that the adoption of these new standards, amendments and interpretations in the future will have no material impact on the consolidated financial statements of the Group.



**ANNUAL REPORT 2006**
**China National Building Material Company Limited**

ALRMH-CNBM00004189

# NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

## 3.   SIGNIFICANT ACCOUNTING POLICIES

The consolidated financial statements have been prepared in accordance with International Financial Reporting Standards ("IFRS"). In addition, the consolidated financial statements include applicable disclosures required by the Rules Governing the Listing of Securities on The Stock Exchange of the Hong Kong Limited (the "Listing Rules") and by the Hong Kong Companies Ordinance.

The consolidated financial statements have been prepared on the historical cost basis except for the revaluation of certain financial instruments.

The principal accounting policies are set out below.

### Basis of consolidation

The consolidated financial statements incorporate the financial statements of the Company and entities controlled by the Company. Control is achieved where the Company has the power to govern the financial and operating policies of an entity so as to obtain benefits from its activities.

The results of subsidiaries acquired or disposed of during the year are included in the consolidated income statement from the effective date of acquisition or up to the effective date of disposal, as appropriate.

All intra-group transactions, balances, income and expenses are eliminated in full on consolidation.

Minority interests in the net assets (excluding goodwill) of consolidated subsidiaries are identified separately from the Group's equity therein. Minority interests consist of the amount of those interests at the date of the original business combination (see below) and the minority's share of changes in equity since the date of the combination. Losses applicable to the minority in excess of the minority's interest in the subsidiary's equity are allocated against the interests of the Group except to the extent that the minority has a binding obligation and is able to make an additional investment to cover the losses.

### Business combinations

Acquisitions of subsidiaries and businesses are accounted for using the purchase method. The cost of the business combination is measured as the aggregate of the fair values (at the date of exchange) of assets given, liabilities incurred or assumed, and equity instruments issued by the Group in exchange for control of the acquiree, plus any costs directly attributable to the business combination. The acquiree's identifiable assets, liabilities and contingent liabilities that meet the conditions for recognition under IFRS 3 "Business Combinations" are recognised at their fair values at the acquisition date.

The interest of minority shareholders in the acquiree is initially measured at the minority's proportion of the net fair value of the assets, liabilities and contingent liabilities recognised.

Goodwill arising on the acquisition represents the excess of the cost of acquisition over the Group's interest in the net fair value of the identifiable assets, liabilities and contingent liabilities of the subsidiary or business recognised at the date of acquisition. Goodwill is initially recognised as an asset at cost and is subsequently measured at cost less any accumulated impairment losses.

84

# NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

### 3. SIGNIFICANT ACCOUNTING POLICIES *(CONTINUED)*

**Business combination** *(Continued)*

For the purpose of impairment testing, goodwill is allocated to each of the Group's cash-generating units expected to benefit from the synergies of the combination. Cash-generating units to which goodwill has been allocated are tested for impairment annually, or more frequently when there is an indication that the unit may be impaired. If the recoverable amount of the cash-generating unit is less than the carrying amount of the unit, the impairment loss is allocated first to reduce the carrying amount of any goodwill allocated to the unit and then to the other assets of the unit pro-rata on the basis of the carrying amount of each asset in the unit. An impairment loss for goodwill is not reversed in a subsequent period.

On disposal of a subsidiary or business, the attributable amount of goodwill is included in the determination of the profit or loss on disposal.

If, after reassessment, the Group's interest in the net fair value of the acquiree's identified assets, liabilities and contingent liabilities exceeds the cost of the business combination, the excess is recognised immediately in profit or loss.

## Investments in associates

An associate is an entity over which the Group has significant influence and that is not a subsidiary. Significant influence is the power to participate in the financial and operating policy decisions of the investee but is not the control over those policies.

The results and assets and liabilities of associates are incorporated in these consolidated financial statements using the equity method of accounting. Under the equity method, investments in associates are carried in the consolidated balance sheet at cost as adjusted for post-acquisition changes in the Group's share of the net assets of the associates, less any impairment in the value of individual investments. Losses of an associate in excess of the Group's interest in that associate (which includes any long-term interest that, in substance, forms part of the Group's net investment in the associate) are recognised only to the extent that the Group has incurred legal or constructive obligations or made payments on behalf of the associates.

Any excess of the cost of acquisition over the Group's share of the net fair value of the identifiable assets, liabilities and contingent liabilities of the associate recognised at the date of acquisition is recognised as goodwill. The goodwill is included within the carrying amount of the investment and is assessed for impairment as part of the investment.

Any excess of the Group's share of the net fair value of the identifiable assets, liabilities and contingent liabilities over the cost of acquisition, after reassessment, is recognised immediately in profit or loss.

Where a group entity transacts with an associate of the Group, profits and losses are eliminated to the extent of the Group's interest in the relevant associate.



**ANNUAL REPORT 2006**
**China National Building Material Company Limited**

ALRMH-CNBM00004191

# NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

## 3.   SIGNIFICANT ACCOUNTING POLICIES *(CONTINUED)*

### Purchase of additional interests in subsidiaries

The cost of the purchase of additional interests in subsidaries is measured as the aggregate of the fair values (at the date of exchange) of assets given, liabilities incurred or assumed, and equity instruments issued by the Group in exchange for these additional interests.

Goodwill is calculated as the difference between the consideration paid for the additional interests and corresponding portion of the book value of the net assets of the subsidiary acquired.

Impairment of goodwill arising from purchase of additional interest in subsidiaries will follow the same principles for goodwill arising from business combination (see above.)

### Revenue recognition

Revenue is measured at the fair value of the consideration received or receivable and represents amounts receivable for goods and services provided in the normal course of business, net of discounts and sales related taxes.

Sales of goods are recognised when goods are delivered and title has passed.

Service income is recognised when services are provided.

Revenue from provision of engineering services is recognised in accordance with the Group's accounting policy on construction contracts (see below).

Interest income is accrued on a time basis by reference to the principal outstanding and at the effective interest rate applicable, which is the rate that exactly discounts estimated future cash receipts through the expected life of the financial asset to that asset's net carrying amount.

Dividend income from investments is recognised when Group's right to receive payment has been established.

### Construction contracts

Where the outcome of a construction contract can be estimated reliably, revenue and costs are recognised to the stage of completion of the contract activity at the balance sheet date, measured as the proportion that contract costs incurred for work performed to date bear to the estimated total contract costs, except where this would not be representative of the stage of completion. Variations in contract work, claims and incentive payments are included to the extent that they have been agreed with the customer.

Where the outcome of a construction contract cannot be estimated reliably, contract revenue is recognised to the extent of contract costs incurred that is probable will be recoverable. Contract costs are recognised as expenses in the period in which they are incurred.

When it is probable that total contract costs will exceed total contract revenue, the expected loss is recognised as an expense immediately.

**86**

# NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

## 3.  SIGNIFICANT ACCOUNTING POLICIES *(CONTINUED)*

### Leasing

Leases are classified as finance leases whenever the terms of the leases transfer substantially all risks and rewards of ownership to the lessee. All other leases are classified as operating leases.

Rentals payable under operating leases are charged to the profit or loss on a straight-line basis over the relevant lease terms. Benefits received and receivable as an incentive to enter into an operating lease are also spread on a straight-line basis over the lease term.

Rental income from operating leases is recognised on a straight-line basis over the term of the relevant lease. Initial direct costs incurred in negotiating and arranging an operating lease are added to the carrying amount of the leased asset and recognised as an expense on a straight-line basis over the lease term.

### Foreign currencies

The individual financial statements of each group entity are presented in the currency of the primary economic environment in which the entity operates (its functional currency). For the purpose of the consolidated financial statements, the results and financial position of each entity are expressed in Renminbi ("RMB"), which is the functional currency of the Company, and the presentation currency for the consolidated financial statements.

In preparing the financial statements of the individual entities, transactions in currencies other than the entity's functional currency ("foreign currencies") are recorded at the rates of exchange prevailing on the dates of the transactions. At each balance sheet date, monetary items denominated in foreign currencies are retranslated at the rates prevailing on the balance sheet date. Non-monetary items carried at fair value that are denominated in foreign currencies are retranslated at the rates prevailing on the date when the fair value was determined. Non-monetary items that are measured in terms of historical cost in a foreign currency are not retranslated.

Exchange differences arising on the settlement of monetary items, and on the retranslation of monetary items, are included in profit or loss for the period. Exchange differences arising on the retranslation of non-monetary items carried at fair value are included in profit or loss for the period except for differences arising on the retranslation of non-monetary items in respect of which gains and losses recognised directly in equity. For such non-monetary items, any exchange component of that gain or loss is also recognised directly in equity.

For the purpose of presenting consolidated financial statements, the assets and liabilities of the Group's foreign operations are expressed in RMB, using exchange rates prevailing on the balance sheet date. Income and expense items are translated at the average exchange rates for the period unless exchange rates fluctuate significantly during the period, in which case, the exchange rates prevailing at the dates of transactions are used. Exchange differences arising, if any, are classified as equity and transferred to the Group's exchange reserve. Such exchange differences are recognised in profit or loss in the period in which the foreign operation is disposed of.

# NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

## 3.   SIGNIFICANT ACCOUNTING POLICIES *(CONTINUED)*

### Government subsidies

Government subsidies including value-added tax ("VAT") refund not attributable to property, plant and equipment are recognised as income when the conditions for the grants are met and there is a reasonable assurance that the grant will be received. Government subsidies relating to expense items are deferred and recognised as income over the period necessary to match the subsidy on a systematic basis to the expense items that are intended to compensate and reported separately as other income. Where the subsidy relates to an asset, it is credited to a deferred income account and is released to the profit or loss over the expected useful life of the relevant asset.

### Borrowing costs

Borrowing costs directly attributable to the acquisition, construction or production of qualifying assets, are capitalised as part of the cost of those assets. Capitalisation of such borrowing costs ceases when the assets are substantially ready for their intended use or sale. Investment income earned on temporary investment of specific borrowings pending their expenditure on qualifying assets is deducted from the borrowing costs eligible for capitalisation.

All other borrowing costs are recognised as an expense in the period in which they are incurred.

### Retirement benefits costs

Payments to defined contribution retirement benefit schemes are charged as an expense as they fall due. Payments made to state-managed retirement benefit schemes are dealt with as payments to defined contribution schemes where the Group's obligations under the schemes are equivalent to those arising in a defined contribution retirement benefit scheme.

### Cash-settled share-based payment transactions

Employees of the Group receive remuneration in the form of share-based payment transactions, whereby employees render services as consideration for share appreciation rights which are settled in cash.

The cost of share appreciation rights is measured initially at fair value at the grant date using the Black-Scholes formula taking into account the terms and conditions upon which the instruments are granted. This fair value is expensed over the vesting period with recognition of a corresponding liability. The liability is remeasured at fair value at each balance sheet date up to and including the settlement date with changes in fair value recognised in the income statement.



**ANNUAL REPORT 2006**
**China National Building Material Company Limited**

ALRMH-CNBM00004194

**88**

# NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

### 3.   SIGNIFICANT ACCOUNTING POLICIES *(CONTINUED)*

**Taxation**

Income tax expense represents the sum of the tax currently payable and deferred tax.

The tax currently payable is based on taxable profit for the year. Taxable profit differs from profit as reported in the consolidated income statement because it excludes items of income and expense that are taxable or deductible in other years and it further excludes income statement items that are never taxable. The Group's liability for current tax is calculated using tax rates that have been enacted or substantively enacted by the balance sheet dates.

Deferred tax is recognised on differences between the carrying amounts of assets and liabilities in the consolidated financial statements and the corresponding tax bases used in the computation of taxable profit, and is accounted for using the balance sheet liability method. Deferred tax liabilities are generally recognised for all taxable temporary differences and deferred tax assets are recognised to the extent that it is probable that taxable profits will be available against which deductible temporary differences can be utilised. Such assets and liabilities are not recognised if the temporary difference arises from goodwill or from the initial recognition (other than in a business combination) of other assets and liabilities in a transaction that affects neither the taxable profit nor the accounting profit.

The carrying amount of deferred tax assets is reviewed at each balance sheet date and reduced to the extent that it is no longer probable that sufficient taxable profits will be available to allow all or part of the asset to be recovered.

Deferred tax is calculated at the tax rates that are expected to apply in the period when the liability is settled or the asset realised. Deferred tax is charged or credited to the profit or loss, except when it relates to items charged or credited directly to equity, in which case the deferred tax is also dealt with in equity.

**Property, plant and equipment**

Property, plant and equipment, other than construction in progress, are stated at cost less depreciation and any accumulated impairment losses.

Construction in progress represents property, plant and equipment in the course of construction for production or its own use purposes. Construction in progress is stated at cost which includes all construction costs and other direct costs attributable to such projects including borrowing costs capitalised and less any recognised impairment loss, if any. It is not depreciated until completion of construction. Costs of completed construction works are transferred to the appropriate categories of property, plant and equipment.

Depreciation is charged so as to write off the cost of assets, other than construction in progress, over their estimated useful lives, using the straight-line method. The estimated useful lives, residual values and depreciation method are reviewed at each year end, with the effect of any changes in estimate accounted for on a prospective basis.

An item of property, plant and equipment is derecognised upon disposal or when no future economic benefits are expended to arise from the continued use of the asset. Any gain or loss arising on the derecognition of the asset (calculated as the difference between the net disposal proceeds and the carrying amount of the item) is included in the consolidated income statement in the year the item is derecognised.



**ANNUAL REPORT 2006**
**China National Building Material Company Limited**

ALRMH-CNBM00004195

# NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

## 3.   SIGNIFICANT ACCOUNTING POLICIES *(CONTINUED)*

### Investment properties

Investment properties, which are properties held to earn rentals and/or for capital appreciation, are stated at cost less depreciation and any accumulated impairment losses.

Depreciation is provided to write off the cost of the investment properties over their estimated useful lives and after taking into account their estimated residual value, using the straight line method.

An investment property is derecognised upon disposal or when the investment property is permanently withdrawn from use or no future economic benefits are expected from its disposal. Any gain or loss arising on derecognition of the asset (calculated as the difference between the net disposal proceeds and the carrying amount of the asset) is included in the consolidated income statement in the year in which the item is derecognised.

### Intangible assets

Intangible assets included the acquired patents, trademarks and mining rights.

Patents have finite useful lives and are measured initially at purchase cost and are amortised on a straight-line basis over their estimated useful lives. Subsequent to initial recognition, patents are stated at cost less accumulated amortisation and any accumulated impairment losses.

Trademarks have indefinite useful lives and are carried at cost less any accumulated impairment losses.

Mining rights have finite useful lives and are measured initially at purchase cost and are amortised on a straight-line basis over the concession period. Subsequent to initial recognition, mining rights are stated at cost less accumulated amortisation and any accumulated impairment losses.

Gains or losses arising from derecognition of the intangible assets are measured at the difference between the net disposal proceeds and the carrying amount of the intangible assets and are recognised in the consolidated income statement when the intangible assets are derecognised.

### Land use rights

Land use rights represent prepaid lease payments on the use of land over respective lease periods and are accounted for as operating leases. The prepaid lease payment is amortised on a straight-line basis over the lease term. When there is impairment, it is expensed in the consolidated income statement.

90

# NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

### 3.   SIGNIFICANT ACCOUNTING POLICIES *(CONTINUED)*

#### Impairment of tangible and intangible assets excluding goodwill

At each balance sheet date, the Group reviews the carrying amounts of its tangible and intangible assets with finite useful lives to determine whether there is any indication that those assets have suffered an impairment loss. If any such indication exists, the recoverable amount of the asset is estimated in order to determine the extent of the impairment loss (if any). Where the asset does not generate cash flows that are independent from other assets, the Group estimates the recoverable amount of the cash-generating unit to which the asset belongs. Where a reasonable and consistent basis of allocation can be identified, corporate assets are also allocated into individual cash-generating units, or otherwise they are allocated to the smallest group for which a reasonable and consistent allocation basis can be identified. An intangible asset with an indefinite useful life is tested for impairment annually or more frequently whenever there is an indication that the asset may be impaired.

Recoverable amount is the higher of value in use and fair value less costs to sell. In assessing value in use, the estimated future cash flows are discounted to their present value using a pre-tax discount rate that reflects current market assessments of the time value of money and the risks specific to the asset for which the estimates of future cash flows have not been adjusted.

If the recoverable amount of an asset (or cash-generating unit) is estimated to be less than its carrying amount, the carrying amount of the asset (cash-generating unit) is reduced to its recoverable amount. An impairment loss is recognised as an expense immediately.

Where an impairment loss subsequently reverses, the carrying amount of the asset (cash-generating unit) is increased to the revised estimate of its recoverable amount, but so that the increased carrying amount does not exceed the carrying amount that would have been determined had no impairment loss been recognised for the asset (cash-generating unit) in prior years. A reversal of an impairment loss is recognised as income immediately.

#### Inventories

Inventories are stated at the lower of cost and net realisable value. Cost comprises direct materials and, where applicable, direct labour costs and those overheads that have been incurred in bringing the inventories to their present location and condition. Cost is calculated using the weighted average method. Net realisable value represents the estimated selling price less all estimated costs to completion and costs to be incurred in marketing, selling and distribution.

#### Financial instruments

Financial assets and financial liabilities are recognised on the Group's balance sheet when the Group becomes a party to the contractual provision of the instrument. Financial assets and financial liabilities are initially measured at fair value. Transaction costs that are directly attributable to the acquisition or issue of financial assets and financial liabilities (other than financial assets and financial liabilities at fair value through profit and loss) are added to or deducted from the fair value of the financial assets or financial liabilities, as appropriate, on initial recognition. Transaction costs directly attributable to the acquisition of financial assets or financial liabilities at fair value through profit and loss are recognised immediately in profit or loss.



**ANNUAL REPORT 2006**
**China National Building Material Company Limited**

ALRMH-CNBM00004197

**91**

# NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

## 3.   SIGNIFICANT ACCOUNTING POLICIES *(CONTINUED)*

### *Trade and other receivables, amounts due from related parties, pledged bank deposits and bank balances*

Trade and other receivables, amounts due from related parties, pledged bank deposits and bank balances are measured at initial recognition at fair value, and are subsequently measured at amortised cost using the effective interest method. Appropriate allowances for estimated irrecoverable amounts are recognised in profit or loss when there is objective evidence that the asset is impaired. The allowance recognised is measured as the difference between the asset's carrying amount and the present value of estimated future cash flows discounted at the effective interest rate computed at initial recognition.

### *Investments*

Investments are recognised and derecognised on a trade date basis where the purchase or sale of an investment is under a contract whose terms require delivery of the investment within the timeframe established by the market concerned, and are initially measured at fair value, plus directly attributable transaction costs.

Investments are classified either as held-for-trading investments or as available-for-sale investments.

Held-for-trading investments are investments are held for trading purposes and are measured at subsequent reporting dates at fair value. Gains and losses arising from changes in fair value of held-for-trading investments are included in profit or loss for the period.

Available-for-sale investments are those non-derivative financial assets that are designated as available for sale or are not classified as loans and receivables, held-to-maturity investments or financial assets at fair value through profit or loss. Available-for-sale investments are measured at subsequent reporting dates at fair value except those investments which do not have a quoted market price in an active market and whose fair value cannot be reliably measured and, in such cases, will be stated at cost less any accumulated impairment losses.

### *Borrowings*

Interest-bearing bank loans and other borrowings are initially measured at fair value, and subsequently measured at amortised cost, using effective interest method. Any difference between the proceeds (net of transaction costs), and the settlement or redemption of borrowings is recognised over the term of the borrowings in accordance with the Group's accounting policy for borrowing costs (see above).

### *Trade and other payables and amounts due to related parties*

Trade and other payables and amounts due to related parties are initially measured at fair value, and are subsequently measured at amortised cost, using the effective interest method.

### *Equity instruments*

Equity instruments issued by the Company are any contract that evidences a residual interest in the assets of an entity after deducting all of its liabilities and are recorded at the proceeds received, net of direct issue costs.

92

## NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

### 4.   KEY SOURCES OF ESTIMATION UNCERTAINTY

The Group makes estimates and assumptions concerning the future. The estimates and assumptions that have a significant risk of causing a material adjustment to the carrying amounts of assets are discussed below.

#### Impairment of goodwill

Determining whether goodwill is impaired requires an estimation of the value in use of the cash-generating units to which goodwill has been allocated. The value in use calculation requires the entity to estimate the future cash flows expected to arise from the cash-generating unit and a suitable discount rate in order to calculate present value. Details of the recoverable amount calculation are disclosed in Note 18.

#### Allowances for bad and doubtful debts

The Group makes allowances for bad and doubtful debts based on an assessment of the present value of the estimated future cash flow from trade and other receivables. Allowances on the estimated future cash flow are applied where events or changes in circumstances indicate that the part of or the whole balances may not be recoverable. The estimation of future cash flow from trade and other receivables requires the use of judgment and estimates. Where the expectation is different from the original estimate, such difference will impact carrying value of trade and other receivables and doubtful debts expenses in the year in which such estimate has been changed.

### 5.   FINANCIAL INSTRUMENTS

#### (a)   Financial risk management objective and policies

The Group's major financial instruments include equity investments, borrowings, trade and other receivables, trade and other payables, amounts due from or to related companies, pledged bank deposits and bank balances and cash. Details of these financial instruments are disclosed in respective notes. The risks associated with these financial instruments and the policies on how to mitigate these risks are set out below. The management manages and monitors these exposures to ensure appropriate measures are implemented on a timely and effective manner.

##### Credit risk

The Group's principal financial assets are bank balances and cash, pledged bank deposits, trade and other receivables and amounts due from related parties, which represent the Group's maximum exposure to credit risk in relation to the financial assets.

In order to minimise the credit risk, the management of the Group has delegated a team responsible for determination of credit limits, credit approvals and other monitoring procedures to ensure that follow-up action is taken to cover overdue debts. In addition, the Group reviews the recoverable amount of trade receivables at each balance sheet date to ensure that adequate impairment losses are made for irrecoverable amounts. In this regard, the directors of the Company consider the Group's credit risk is significantly reduced.



**ANNUAL REPORT 2006**
**China National Building Material Company Limited**

ALRMH-CNBM00004199

# NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

## 5.   FINANCIAL INSTRUMENTS *(CONTINUED)*

### (a)   Financial risk management objective and policies *(Continued)*

#### Credit risk *(Continued)*

The pledge bank deposits and bank balances and cash are with major state-owned banks governed by the PRC government and the directors of the Company consider the credit risk of these liquid funds is minimal.

The Group has no significant concentration of credit risk, with exposure spread over a large number of counterparties and customers.

#### Liquidity risk

The Group is exposed to liquidity risk as a significant percentage of the Group's funding requirements is through short term bank borrowings. The directors intend to manage liquidity risk by maintaining adequate reserves, obtain banking facilities and issue domestic corporate bond of approximately RMB1 billion (Note 43(b)). As at 31 December 2006, the Group had unused short-term loan facilities with approximately RMB1,358,812,000.

#### Interest rate risk

Interest rate risk reflects the risk that the Group might expose through the impact of rate changes on interest-bearing financial assets and liabilities. Interest-bearing financial assets are mainly balances with banks and related parties which are all short term in nature. Interest-bearing financial liabilities are mainly bank loans and amounts due to related parties which carried fixed interest rates, thus exposing the Group to fair value interest rate risk. The management will consider hedging significant interest rate exposure should the need arises.

### (b)   Fair value

The fair value of financial assets and financial liabilities are determined as follows:

The fair value of financial assets with standard terms and conditions and traded on active liquid markets are determined with reference to quoted market bid prices;

The fair value of other financial assets and financial liabilities are determined in accordance with generally accepted pricing models based on discounted cash flow analysis using prices from observable current market transactions.

The directors of the Company consider that the carrying amounts of the financial assets and financial liabilities recorded at amortised cost in the financial statements approximate to their fair values.

**94**

## NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

### 6.   REVENUE

| | 2006<br>RMB'000 | 2005<br>RMB'000 |
|---|---|---|
| Sales of goods | 5,406,585 | 4,075,036 |
| Provision of: | | |
| — Engineering services | 981,313 | 498,758 |
| — Other services | 63,932 | 152,750 |
| | 6,451,830 | 4,726,544 |

### 7.   BUSINESS AND GEOGRAPHICAL SEGMENTS

#### Business segments

For management purpose, the Group is currently organised into four operating divisions - lightweight building materials, cement, engineering services and glass fiber and FRP products. These activities are the basis on which the Group reports its primary segment information.

Principal activities are as follows:

Lightweight building materials    —   Production and sale of lightweight building materials

Cement    —   Production and sale of cement

Engineering services    —   Provision of engineering services to glass and cement manufacturers and equipment procurement

Glass fiber and FRP products    —   Production and sale of glass fiber and FRP products

# NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

## 7.   BUSINESS AND GEOGRAPHICAL SEGMENTS *(CONTINUED)*

### Business segments *(Continued)*

Segment information about these businesses is presented below.

**Year ended 31 December 2006**

| | Lightweight building materials RMB'000 | Cement RMB'000 | Engineering services RMB'000 | Glass fiber and FRP products RMB'000 | Eliminations RMB'000 | Total RMB'000 |
|---|---|---|---|---|---|---|
| **INCOME STATEMENT** | | | | | | |
| Revenue | | | | | | |
|   External sales | **2,744,338** | **2,215,483** | **1,124,613** | **367,396** | **—** | **6,451,830** |
|   Inter-segment sales *(Note)* | **—** | **—** | **157,266** | **—** | **(157,266)** | **—** |
| | **2,744,338** | **2,215,483** | **1,281,879** | **367,396** | **(157,266)** | **6,451,830** |
| Segment results | **243,357** | **381,424** | **167,361** | **66,987** | **(13,915)** | **845,214** |
| Unallocated other income | | | | | | 141,749 |
| Unallocated administrative expenses | | | | | | (43,160) |
| Share of profit of associates | **30,233** | **—** | **1,937** | **58,332** | **—** | 90,502 |
| Finance costs | | | | | | (220,072) |
| Loss arising from share conversion schemes | | | | | | (275,007) |
| Profit before tax | | | | | | 539,226 |
| Income tax expense | | | | | | (50,066) |
| Profit for the year | | | | | | 489,160 |

96

# NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

## 7. BUSINESS AND GEOGRAPHICAL SEGMENTS *(CONTINUED)*

### Business segments *(Continued)*

**Year ended 31 December 2006**

| | Lightweight building materials *RMB'000* | Cement *RMB'000* | Engineering services *RMB'000* | Glass fiber and FRP products *RMB'000* | Eliminations *RMB'000* | Total *RMB'000* |
|---|---|---|---|---|---|---|
| **OTHER INFORMATION** | | | | | | |
| Capital expenditure in property, plant and equipment and intangible assets | | | | | | |
| — Allocated | 260,863 | 2,237,350 | 32,540 | 96,197 | | 2,626,950 |
| — Unallocated | — | — | — | — | | 4,176 |
| Depreciation and amortisation of property, plant and equipment and intangible assets | | | | | | |
| — Allocated | 94,862 | 169,708 | 3,149 | 17,770 | | 285,489 |
| — Unallocated | — | — | — | — | | 671 |
| Land use right releases to income | 3,161 | 4,820 | 137 | 707 | | 8,825 |
| Allowance for bad and doubtful debts | 2,082 | 4,490 | 4,036 | 3,286 | | 13,894 |
| Write-down of inventories | 2,340 | — | — | 143 | | 2,483 |

**At 31 December 2006**

**ASSETS AND LIABILITIES**

| | | | | | | |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| Segment assets | 3,547,971 | 5,738,960 | 702,822 | 660,639 | | 10,650,392 |
| Interests in associates | 242,057 | — | 16,855 | 595,492 | | 854,404 |
| Other corporate assets | | | | | | 2,485,518 |
| Total consolidated assets | | | | | | 13,990,314 |
| | | | | | | |
| **LIABILITIES** | | | | | | |
| Segment liabilities | 598,430 | 875,415 | 434,342 | 194,704 | | 2,102,891 |
| Other corporate liabilities | | | | | | 6,173,169 |
| Total consolidated liabilities | | | | | | 8,276,060 |



**ANNUAL REPORT 2006**
**China National Building Material Company Limited**

ALRMH-CNBM00004203

# NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

## 7.   BUSINESS AND GEOGRAPHICAL SEGMENTS *(CONTINUED)*

### Business segments *(Continued)*

Year ended 31 December 2005

| | Lightweight building materials *RMB'000* | Cement *RMB'000* | Engineering services *RMB'000* | Glass fiber and FRP products *RMB'000* | Eliminations *RMB'000* | Total *RMB'000* |
|---|---|---|---|---|---|---|
| **INCOME STATEMENT** | | | | | | |
| **Revenue** | | | | | | |
| External sales | 2,326,925 | 1,268,617 | 813,928 | 317,074 | — | 4,726,544 |
| Inter-segment sales *(Note)* | — | 3,955 | 49,569 | — | (53,524) | — |
| | 2,326,925 | 1,272,572 | 863,497 | 317,074 | (53,524) | 4,726,544 |
| Segment results | 151,031 | 234,887 | 103,667 | 44,794 | (5,083) | 529,296 |
| Unallocated other income | | | | | | 41,231 |
| Unallocated administrative expenses | | | | | | (7,755) |
| Share of profit (loss) of associates | 39,581 | — | (12) | 68,969 | | 108,538 |
| Finance costs | | | | | | (162,432) |
| Profit on disposal of subsidiaries | | | | | | 27,988 |
| Profit before tax | | | | | | 536,866 |
| Income tax expense | | | | | | (44,747) |
| Profit for the year | | | | | | 492,119 |

98

# NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

## 7. BUSINESS AND GEOGRAPHICAL SEGMENTS *(CONTINUED)*

### Business segments *(Continued)*

Year ended 31 December 2005

| | Lightweight building materials RMB'000 | Cement RMB'000 | Engineering services RMB'000 | Glass fiber and FRP products RMB'000 | Eliminations RMB'000 | Total RMB'000 |
|---|---|---|---|---|---|---|
| **OTHER INFORMATION** | | | | | | |
| Capital expenditure in property, plant and equipment and intangible assets | | | | | | |
| — Allocated | 948,861 | 1,071,180 | 14,166 | 68,401 | | 2,102,608 |
| — Unallocated | — | — | — | — | | 1,807 |
| Depreciation and amortisation of property, plant and equipment and intangible assets | | | | | | |
| — Allocated | 110,774 | 75,194 | 1,929 | 21,393 | | 209,290 |
| — Unallocated | — | — | — | — | | 121 |
| Land use right releases to income | 1,862 | 3,297 | 137 | 630 | | 5,926 |
| Allowance for bad and doubtful debts | 2,342 | 465 | 817 | 486 | | 4,110 |
| Write-down of inventories | 1,292 | — | — | 2,241 | | 3,533 |

At 31 December 2005

**ASSETS AND LIABILITIES**

| | Lightweight building materials RMB'000 | Cement RMB'000 | Engineering services RMB'000 | Glass fiber and FRP products RMB'000 | Eliminations RMB'000 | Total RMB'000 |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| Segment assets | 3,396,862 | 3,160,938 | 390,147 | 493,470 | | 7,441,417 |
| Interests in associates | 245,553 | — | 7,905 | 610,701 | | 864,159 |
| Other corporate assets | | | | | | 1,406,923 |
| Total consolidated assets | | | | | | 9,712,499 |
| **LIABILITIES** | | | | | | |
| Segment liabilities | 580,274 | 791,210 | 288,269 | 233,046 | | 1,892,799 |
| Other corporate liabilities | | | | | | 4,392,767 |
| Total consolidated liabilities | | | | | | 6,285,566 |

*Note:   The inter-segment sales were carried out with reference to market prices.*



**ANNUAL REPORT 2006**
**China National Building Material Company Limited**

ALRMH-CNBM00004205

99

# NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

## 7.   BUSINESS AND GEOGRAPHICAL SEGMENTS *(CONTINUED)*

### Geographical segment

The Group's operations and assets are principally located in the PRC. Accordingly, no geographical segment analysis is presented.

## 8.   OTHER INCOME

| | 2006<br>RMB'000 | 2005<br>RMB'000 |
|---|---|---|
| Investment income: | | |
| Interest on bank deposits | 41,710 | 19,356 |
| Interest arising from global offering | | |
| of the Company's shares | 56,701 | — |
| Interest on loans receivable | 6,857 | — |
| | | |
| Total interest income | 105,268 | 19,356 |
| Net gain on disposal of held-for-trading investments | 3,871 | 20 |
| Increase in fair value of held-for-trading investments | 650 | — |
| Dividend from available-for-sale investments | 153 | 2,294 |
| | | |
| | 109,942 | 21,670 |
| | | |
| Government subsidies: | | |
| VAT refund *(Note (a))* | 121,649 | 92,550 |
| Government grants *(Note (b))* | 115,220 | 47,199 |
| Interest subsidy *(Note (b))* | 6,100 | 2,280 |
| | | |
| | 242,969 | 142,029 |
| | | |
| Technical and other service income | 32,180 | 44,088 |

CNBM

**100**

## NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

### 8.   OTHER INCOME *(CONTINUED)*

|  | 2006<br>RMB'000 | 2005<br>RMB'000 |
|---|---|---|
| Net rental income from: | | |
|    Investment properties *(Note 17)* | 23,383 | 16,255 |
|    Equipments | 2,180 | 3,294 |
| | 25,563 | 19,549 |
| Waiver of payables | 755 | 5,914 |
| Gain on disposal of investments in associates | 6,244 | — |
| Gain on disposal of property, plant and equipment | 3,365 | 1,535 |
| Promotion fee | — | 17,724 |
| Discount on acquisition released to income | — | 10,850 |
| Others | — | 181 |
| | 421,018 | 263,540 |

*Notes:*

*(a)   The State Council of the PRC issued a "Notice Encouraging Comprehensive Utilisation of Natural Resources" (the "Notice") in 1996 to encourage and support enterprises, through incentive policies, to comprehensively utilise nature resources. Pursuant to the Notice, the Ministry of Finance and the State Administration of Taxation of the PRC enacted several regulations providing incentives in form of VAT refund for certain environmentally friendly products, including products that utilise industrial waste as part of their raw materials. Under the Notice and such regulations, the Group is entitled to receive immediate or future refund on any paid VAT with respect to any eligible products upon receiving approvals from the relevant government authorities.*

*(b)   Government grants including interest subsidies are awarded to the Group from time to time by Ministry of Finance or the local government agencies as an incentives in respect of certain environmental matters, primarily to encourage the Group to locate or relocate some of its operations to outside of Beijing, and as incentives to encourage technological innovations by the Group.*

### 9.   FINANCE COSTS

|  | 2006<br>RMB'000 | 2005<br>RMB'000 |
|---|---|---|
| Interest on bank borrowings wholly repayable | | |
|    — within five years | 263,529 | 207,481 |
|    — over five years | 5,732 | — |
| | 269,261 | 207,481 |
| Less: interest capitalised to construction in progress | (49,189) | (45,049) |
| | 220,072 | 162,432 |

Borrowing costs capitalised for the year ended 31 December 2006 arose on the general borrowing pool and were calculated by applying a capitalisation rate of 5.9% (2005: 5.4%) per annum to expenditure on the qualifying assets.



**ANNUAL REPORT 2006**
**China National Building Material Company Limited**

ALRMH-CNBM00004207

# NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

## 10. LOSS ARISING FROM SHARE CONVERSION SCHEMES

The financial effect from the share conversion schemes carried out by the subsidiary and associates of the Company during the year is summarised as follows:

| | Decrease in share of net assets in the subsidiary and associates<br>*RMB'000* | Capital contribution by the Parent<br>*RMB'000*<br>*(Note 34(a))* | Loss arising from share conversion schemes<br>*RMB'000* |
|---|---|---|---|
| **Subsidiary** | | | |
| Beijing New Building Material Company Limited ("BNBM") *(Note (a))* | 115,243 | 87,381 | 202,624 |
| **Associates** | | | |
| Shanghai Yaohua Pilkington Glass Co., Ltd. ("Yaopi") *(Note (b))* | 11,210 | — | 11,210 |
| China Fiberglass Company Limited ("China Fiberglass") *(Note (c))* | 31,131 | 30,042 | 61,173 |
| | 157,584 | 117,423 | 275,007 |

*Notes:*

*(a)   On 16 June 2006, the shareholders of BNBM, a subsidiary of the Company, approved a share conversion scheme. Pursuant to the approved share conversion scheme, each shareholder of BNBM, other than the Company, received two non-tradable shares and cash of RMB3.83 from the Company for every ten tradable shares they held in BNBM in exchange for their permission to transfer the non-tradable shares held by the Company into tradable shares. The amount payable by the Company under the approved share conversion scheme of approximately RMB87,381,000 was borne by the Parent. The number of non-tradable shares transferred by the Company amounted to 45,630,000 shares and the Company's equity interests in BNBM were diluted from 60.33% to 52.40%. The approved share conversion scheme was completed on 29 June 2006.*

*(b)   On 21 December 2005, the shareholders of Yaopi, an associate of the Company, approved a share conversion scheme. Pursuant to the approved share conversion scheme, each shareholder of Yaopi, other than the Company and other holders of non-tradable shares (collectively "Yaopi Offerors"), received seven non-tradable shares from the Company for every twenty tradable shares they held in Yaopi in exchange for their permission to transfer the non-tradable shares held by the Yaopi Offerors into tradable shares. The number of non-tradable shares transferred by the Company amounted to 4,101,569 shares and the Company's equity interests in Yaopi were diluted from 16.83% to 16.26%. The approved share conversion scheme was completed on 8 February 2006.*

*(c)   On 7 August 2006, the shareholders of China Fiberglass, an associate of the Group, approved a share conversion scheme. Pursuant to the approved share conversion scheme, each shareholder of China Fiberglass, other than the Company and two other shareholders of China Fiberglass (collectively the "CF Offerors"), received two non-tradable shares and cash of RMB3.5 from the CF Offerors for every ten tradable shares they held in China Fiberglass in exchange for the permission to transfer the non-tradable shares held by the CF Offerors into tradable shares. The amount payable by the Company under the approved share conversion scheme of approximately RMB30,042,000 were borne by the Parent. The number of non-tradable shares transferred by the Company amounted to 17,166,912 shares and the Company's equity interests in China Fiberglass were diluted from 40.17% to 36.15%. The approved share conversion scheme was completed on 17 August 2006.*

**102**

## NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

### 11. DIRECTORS', SUPERVISORS' AND EMPLOYEES' EMOLUMENTS

**(a)    Directors' and supervisors' emoluments**

Details of emoluments of directors and supervisors for the year ended 31 December 2006 and 31 December 2005 are as follows:

| | Fees *RMB'000* | Salaries, allowances and benefits — in-kinds *RMB'000* | Discretionary bonuses *RMB'000* | Retirement plan contributions *RMB'000* | Share appreciation rights *RMB'000* | Total *RMB'000* |
|---|---|---|---|---|---|---|
| **Year ended 31 December 2006** | | | | | | |
| **Executive directors** | | | | | | |
| Mr. Song Zhiping | — | — | — | — | 177 | 177 |
| Mr. Cao Jianglin | — | 99 | — | 11 | 157 | 267 |
| Mr. Li Yimin | — | 271 | — | 19 | 81 | 371 |
| Mr. Peng Shou | — | 83 | 394 | 5 | 81 | 563 |
| **Non-executive directors** | | | | | | |
| Ms. Cui Lijun | — | 36 | — | — | — | 36 |
| Mr. Huang Anzhong | — | — | — | — | — | — |
| Mr. Zuo Fenggao | — | — | — | — | — | — |
| Mr. Guo Chaomin | — | — | — | — | — | — |
| **Independent non-executive directors** | | | | | | |
| Mr. Zhang Renwei | — | — | — | — | — | — |
| Mr. Zhou Daojiong | — | — | — | — | — | — |
| Mr. Chi Haibin | — | — | — | — | — | — |
| Mr. Lau Ko Yuen, Tom | — | — | — | — | — | — |
| **Supervisors** | | | | | | |
| Mr. Shen Anqin | — | — | — | — | — | — |
| Ms. Zhou Guoping | — | — | — | — | — | — |
| Mr. Bao Wenchun | — | 36 | — | — | — | 36 |
| Ms. Cui Shuhong | — | 119 | — | 19 | 31 | 169 |
| Mr. Zhang Zhaomin | — | — | — | — | — | — |
| Mr. Liu Chijin | — | — | — | — | — | — |
| | — | 644 | 394 | 54 | 527 | 1,619 |

**103**

## NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

**11. DIRECTORS', SUPERVISORS' AND EMPLOYEES' EMOLUMENTS** *(CONTINUED)*

**(a) Directors' and supervisors' emoluments** *(Continued)*

Details of emoluments of directors and supervisors for the year ended 31 December 2006 and 31 December 2005 are as follows: *(Continued)*

| | Fees RMB'000 | Salaries, allowances and benefits — in-kinds RMB'000 | Discretionary bonuses RMB'000 | Retirement plan contributions RMB'000 | Share appreciation rights RMB'000 | Total RMB'000 |
|---|---|---|---|---|---|---|
| **Year ended 31 December 2005** | | | | | | |
| **Executive directors** | | | | | | |
| Mr. Song Zhiping | — | — | — | — | — | — |
| Mr. Cao Jianglin | — | 36 | — | — | — | 36 |
| Mr. Li Yimin | — | 114 | — | 11 | — | 125 |
| **Non-executive directors** | | | | | | |
| Ms. Cui Lijun | — | 36 | — | — | — | 36 |
| Mr. Huang Anzhong | — | — | — | — | — | — |
| Mr. Zuo Fenggao | — | — | — | — | — | — |
| Mr. Guo Chaomin | — | — | — | — | — | — |
| **Independent non-executive directors** | | | | | | |
| Mr. Zhang Renwei | — | — | — | — | — | — |
| Mr. Zhou Daojiong | — | — | — | — | — | — |
| Mr. Chi Haibin | — | — | — | — | — | — |
| Mr. Lau Ko Yuen, Tom | — | — | — | — | — | — |
| **Supervisors** | | | | | | |
| Mr. Shen Anqin | — | — | — | — | — | — |
| Ms. Zhou Guoping | — | — | — | — | — | — |
| Mr. Bao Wenchun | — | 36 | — | — | — | 36 |
| Ms. Cui Shuhong | — | 74 | — | 11 | — | 85 |
| Mr. Zhang Zhaomin | — | — | — | — | — | — |
| Mr. Liu Chijin | — | — | — | — | — | — |
| | — | 296 | — | 22 | — | 318 |

**104**

## NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

### 11. DIRECTORS', SUPERVISORS' AND EMPLOYEES' EMOLUMENTS (CONTINUED)

**(a)    Directors' and supervisors' emoluments** *(Continued)*

For the year ended 31 December 2005, the Parent and Beijing New Material (Group) Company Limited ("BNBMG"), a shareholder of the Company, bore RMB220,000 as part of the cost of the purchase of apartments by Mr. Guo Chaomin (resigned on 20 February 2006). The emoluments were paid by the Parent and BNBMG in respect of his services to the Group and the Parent. There was no similar arrangement for the year ended 31 December 2006.

**(b)    Employees' emoluments**

The emoluments of the five highest paid individuals include a director for 2006 and did not include directors and supervisors of the Company for 2005. The emoluments of five highest paid individuals for the year are as follows:

|  | 2006<br>*RMB'000* | 2005<br>*RMB'000* |
|---|---|---|
| Salaries, allowances and benefits in kind | 888 | 966 |
| Share appreciation rights | 242 | — |
| Discretionary bonuses | 2,390 | 956 |
| Retirement plan contributions | 74 | 136 |
|  | 3,594 | 2,058 |

Their emoluments paid by the Group are within the following band:

|  | Number of the five<br>highest paid individuals | |
|---|---|---|
|  | 2006 | 2005 |
| Nil - HK$1,000,000 (equivalent<br>to RMB1,004,700 (2005: RMB1,036,000)) | 5 | 5 |

No emoluments were paid by the Group to the directors, supervisors nor the five highest paid individuals as an inducement to join or upon joining the Group or as compensation for loss of office, and none of the directors and supervisors has waived any emoluments for both years.

**105**

# NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

## 12.  PROFIT BEFORE TAX

Profit before tax has been arrived at after charging:

|  | 2006<br>RMB'000 | 2005<br>RMB'000 |
|---|---|---|
| Depreciation of: | | |
| — property, plant and equipment | 280,786 | 207,218 |
| — investment properties | 7,743 | 4,476 |
| | 288,529 | 211,694 |
| Amortisation of intangible assets (included in cost of sales) | 5,374 | 2,193 |
| Total depreciation and amortisation | 293,903 | 213,887 |
| Cost of inventories recognised as expenses | 3,716,536 | 3,014,071 |
| Land use rights released to income | 8,825 | 5,926 |
| Auditors' remuneration | 4,808 | 5,056 |
| Staff costs including directors' remuneration: | | |
| Salaries, bonus and other allowances | 353,057 | 260,738 |
| Share appreciation rights | 1,156 | — |
| Retirement plan contributions | 31,556 | 29,745 |
| Total staff cost | 385,769 | 290,483 |
| Allowance for bad and doubtful debts | 13,894 | 4,110 |
| Write-down of inventories | 2,483 | 3,533 |
| Operating lease rentals | 8,994 | 12,394 |
| Share of income tax of associates | 27,467 | 21,601 |

**ANNUAL REPORT 2006**
**China National Building Material Company Limited**

CNBM

ALRMH-CNBM00004212

**106**

## NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

### 13.  INCOME TAX EXPENSE

|  | 2006 RMB'000 | 2005 RMB'000 |
|---|---|---|
| Current income tax | 78,739 | 46,210 |
| Deferred income tax *(Note 32)* | (28,673) | (1,463) |
|  | 50,066 | 44,747 |

PRC income tax is calculated at 33% of the estimated assessable profit of the Group as determined in accordance with relevant tax rules and regulations in the PRC for both years, except for certain subsidiaries of the Company, which are exempted or taxed at preferential rates of 15% entitled by the subsidiaries in accordance with relevant tax rules and regulations in the PRC or approvals obtained by the tax bureaus in the PRC.

The total charge for the year can be reconciled to the profit before tax as follows:

|  | 2006 RMB'000 | 2005 RMB'000 |
|---|---|---|
| Profit before tax | 539,226 | 536,866 |
| Tax at domestic income tax rate of 33% (2005: 33%) | 177,945 | 177,166 |
| Tax effect of: |  |  |
| Share of profit of associates | (29,866) | (35,818) |
| Expenses that are not deductible | 34,640 | 7,166 |
| Unrecognised tax losses | 11,563 | 14,205 |
| Utilisation of tax losses not previously recognised | (8,127) | — |
| Income tax credits granted to subsidiaries on utilisation of industrial waste *(Note (a))* | (31,091) | (27,772) |
| Income tax credits granted to subsidiaries on acquisition of certain qualified equipment *(Note (b))* | (50,537) | (48,894) |
| Differential tax rate on subsidiaries' income | (54,461) | (41,306) |
|  | 50,066 | 44,747 |

*Notes:*

*(a)    Pursuant to the relevant tax rules and regulations, tax credits were granted to certain subsidiaries of the Company on utilisation of industrial waste as part of the raw materials. The credits are allowed as a deduction of current PRC income tax expenses upon relevant conditions were fulfilled and relevant tax approval was obtained from the relevant tax bureau.*

*(b)    Pursuant to the relevant tax rules and regulations, certain subsidiaries of the Company can claim PRC income tax credits on 40% of the acquisition cost of certain qualified equipment manufactured in the PRC, to the extent of the PRC income tax expense for the current year in excess of that for the previous year. Such PRC income tax credits are allowed as a deduction of current income tax expenses upon relevant conditions were fulfilled and relevant tax approval was obtained from the relevant tax bureau.*



**ANNUAL REPORT 2006**
**China National Building Material Company Limited**

ALRMH-CNBM00004213

# NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

## 14.  DIVIDENDS

|  | 2006<br>*RMB'000* | 2005<br>*RMB'000* |
|---|---|---|
| Dividend paid *(Note)* | — | 135,637 |
| Proposed final dividend — RMB0.0324 <br>  (2005:RMB0.0388) per share | 67,123 | 80,382 |
|  | 67,123 | 216,019 |

The final dividend of RMB0.0324 per share has been proposed by the directors and is subject to approval of the shareholders in the forthcoming annual general meeting.

Note:  *Pursuant to the "Provisional Regulation relating to Corporate Restructuring of Enterprises and Related Management of State-owned Capital and Financial Treatment" which was issued by the PRC Ministry of Finance and became effective from 27 August 2002, the Company's profit for the period from 1 October 2004 to 27 March 2005 belongs to the then shareholders of the Company. A dividend of RMB135,637,000 ("Special Dividends") was declared to the then shareholders the Company on 28 March 2005.*

*The rates of dividend and the number of shares ranking for the Special Dividends are not presented for those profit distributions as such information is not considered meaningful.*

## 15.  EARNINGS PER SHARE

The calculation of the basic earnings per share attributable to the ordinary equity holders of the Company is based on the following data:

|  | 2006<br>*RMB'000* | 2005<br>*RMB'000* |
|---|---|---|
| Earnings for the purposes of basic earnings per share | 298,146 | 351,105 |

|  | 2006<br>*'000* | 2005<br>*'000* |
|---|---|---|
| Weighted average number of ordinary shares <br>  for the purposes of basic earnings per share | 1,921,551 | 1,387,607 |

The basic earnings per share for year ended 31 December 2005 is computed on the assumption that the Restructuring had been completed as at 1 January 2005.

No diluted earnings per share have been presented as the Group did not have any dilutive potential ordinary shares outstanding during both years.

**108**

# NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

## 16.  PROPERTY, PLANT AND EQUIPMENT

| | Construction in progress RMB'000 | Land and buildings RMB'000 | Plant and machinery RMB'000 | Motor vehicles RMB'000 | Total RMB'000 |
|---|---|---|---|---|---|
| **COST** | | | | | |
| At 1 January 2005 | 1,257,361 | 963,523 | 1,773,103 | 76,902 | 4,070,889 |
| Additions | 1,012,268 | 31,241 | 45,998 | 24,462 | 1,113,969 |
| Acquisition of subsidiaries *(Note 35)* | 279,317 | 267,580 | 429,321 | 13,296 | 989,514 |
| Transfer | (1,204,223) | 360,882 | 843,018 | 323 | — |
| Disposals | (260) | (9,654) | (24,070) | (8,123) | (42,107) |
| Disposal of a subsidiary | (5,607) | (30,225) | (73,135) | (2,204) | (111,171) |
| Transfer to investment properties *(Note 17)* | (153,410) | — | — | — | (153,410) |
| | | | | | |
| At 31 December 2005 | 1,185,446 | 1,583,347 | 2,994,235 | 104,656 | 5,867,684 |
| Additions | 1,345,966 | 46,770 | 35,564 | 21,691 | 1,449,991 |
| Acquisition of subsidiaries *(Note 35)* | 3,833 | 507,410 | 636,677 | 17,469 | 1,165,389 |
| Transfer | (841,583) | 374,849 | 440,634 | 26,100 | — |
| Transfer to construction in progress for reconstruction | 22,158 | — | (32,857) | — | (10,699) |
| Disposals | — | (43,569) | (23,933) | (5,648) | (73,150) |
| Disposal of a subsidiary | — | — | (1,651) | (8) | (1,659) |
| Transfer to investment properties *(Note 17)* | — | (11,054) | — | — | (11,054) |
| | | | | | |
| At 31 December 2006 | 1,715,820 | 2,457,753 | 4,048,669 | 164,260 | 8,386,502 |
| | | | | | |
| **DEPRECIATION AND IMPAIRMENT** | | | | | |
| At 1 January 2005 | — | 226,094 | 675,443 | 23,195 | 924,732 |
| Provided for the year | — | 34,791 | 162,104 | 10,323 | 207,218 |
| Eliminated on disposals | — | (8,548) | (22,062) | (4,993) | (35,603) |
| Elimination on disposal of a subsidiary | — | (3,354) | (16,756) | (646) | (20,756) |
| | | | | | |
| At 31 December 2005 | — | 248,983 | 798,729 | 27,879 | 1,075,591 |
| Provided for the year | — | 58,180 | 203,931 | 18,675 | 280,786 |
| Eliminated on transfer to construction in progress for reconstruction | — | — | (10,699) | — | (10,699) |
| Eliminated on disposals | — | (2,821) | (15,932) | (3,528) | (22,281) |
| | | | | | |
| At 31 December 2006 | | 304,342 | 976,029 | 43,026 | 1,323,397 |
| | | | | | |
| **CARRYING VALUES** | | | | | |
| At 31 December 2006 | 1,715,820 | 2,153,411 | 3,072,640 | 121,234 | 7,063,105 |
| | | | | | |
| At 31 December 2005 | 1,185,446 | 1,334,364 | 2,195,506 | 76,777 | 4,792,093 |

# NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

## 16. PROPERTY, PLANT AND EQUIPMENT *(CONTINUED)*

The carrying amount of land and buildings shown above comprises leasehold interests in land situated in the PRC under medium term leases.

At the balance sheet date, the carrying amount of the Group's property, plant and equipment pledged to secure the bank loans granted to the Group is analysed as follows:

|  | 2006<br>*RMB'000* | 2005<br>*RMB'000* |
|---|---|---|
| Land and buildings | 388,317 | 161,847 |
| Plant and machinery | 668,069 | 391,937 |
| Total | 1,056,386 | 553,784 |

Depreciation is provided to write off the cost of property, plant and equipment other than construction in progress over their estimated useful lives and after taking into account their estimated residual value, using the straight line method, as follows:

| | |
|---|---|
| Land and buildings | 2.38% per annum |
| Plant and machinery | 5.28% to 9.50% per annum |
| Motor vehicles | 9.50% per annum |

At 31 December 2006, land and buildings with net book value of RMB368,342,000 (2005: Nil) are still in the process of applying the title certificates.

110

# NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

## 17.  INVESTMENT PROPERTIES

| | 2006 RMB'000 | 2005 RMB'000 |
|---|---|---|
| **COST** | | |
| At beginning of the year | 281,679 | 122,538 |
| Additions | 9,051 | 156 |
| Acquisition of subsidiaries (Note 35) | — | 5,575 |
| Transfer from property, plant and equipment (Note 16) | 11,054 | 153,410 |
| At end of the year | 301,784 | 281,679 |
| **DEPRECIATION** | | |
| At beginning of the year | 13,035 | 8,559 |
| Provided for the year | 7,743 | 4,476 |
| At end of the year | 20,778 | 13,035 |
| **CARRYING VALUES** | | |
| At end of the year | 281,006 | 268,644 |

The cost of investment properties is depreciated over their estimated useful lives at an estimated rate of 2.38% (2005: 2.38%) per annum.

The fair value of the Group's investment properties as at 31 December 2006 was RMB347,388,000 (2005:RMB324,545,000). The fair value has been arrived at on the basis of a valuation carried out at that date by independent local valuers, who are not connected with the Group. The valuation was arrived at by making reference to comparable sale transactions as available in the relevant market.

The property rental income earned by the Group during the year from its investment properties, all of which are leased out under operating leases, amounted to RMB35,828,000 (2005: RMB25,147,000). Direct operating expenses arising on the investment properties amounted to RMB12,445,000 (2005: RMB8,892,000).

**111**

## NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

### 18. GOODWILL

|  | 2006 RMB'000 | 2005 RMB'000 |
|---|---|---|
| **CARRYING VALUE** | | |
| At beginning of the year | **56,202** | 1,604 |
| Arising from acquisition of: | | |
| — subsidiaries *(Note 35)* | **155,922** | 51,174 |
| — additional interest in a subsidiary | **41,783** | 3,702 |
| Elimination on disposal of a subsidiary | **—** | (278) |
| At end of the year | **253,907** | 56,202 |

Goodwill is allocated to the cash generating units ("CGUs") that are expected to benefit from the business combination. The carrying amount of goodwill had been allocated as follows:

|  | 2006 RMB'000 | 2005 RMB'000 |
|---|---|---|
| Lightweight building materials | **79,654** | 37,871 |
| Cement | **174,191** | 18,269 |
| Engineering services | **62** | 62 |
|  | **253,907** | 56,202 |

The Group tests goodwill annually for impairment, or more frequently if there are indications that goodwill might be impaired.

The recoverable amounts of the CGUs are determined from value in use calculations. The key assumption for the value in use calculations of the above CGUs are those regarding the discount rate and growth rate. The Group prepares cash flow forecasts derived from the most recent financial budgets and extrapolates cash flows for the following five years assuming the existing level of sales and production remaining the same and a discount rate of 6% (2005: 5%) per annum.

**112**

# NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

## 19. INTANGIBLE ASSETS

| | Mining right RMB'000 | Patents and trademarks RMB'000 | Total RMB'000 |
|---|---:|---:|---:|
| **COST** | | | |
| At 1 January 2005 | — | 25,885 | 25,885 |
| Additions | — | 932 | 932 |
| | | | |
| At 31 December 2005 | — | 26,817 | 26,817 |
| Additions | — | 3,974 | 3,974 |
| Acquisition of subsidiaries *(Note 35)* | 11,772 | — | 11,772 |
| | | | |
| At 31 December 2006 | 11,772 | 30,791 | 42,563 |
| **AMORTISATION** | | | |
| At 1 January 2005 | — | 2,215 | 2,215 |
| Provided for the year | — | 2,193 | 2,193 |
| | | | |
| At 31 December 2005 | — | 4,408 | 4,408 |
| Provided for the year | 2,590 | 2,784 | 5,374 |
| | | | |
| At 31 December 2006 | 2,590 | 7,192 | 9,782 |
| **CARRYING VALUES** | | | |
| At 31 December 2006 | 9,182 | 23,599 | 32,781 |
| | | | |
| At 31 December 2005 | — | 22,409 | 22,409 |

Trademarks have indefinite useful lives. Patents included above have finite useful lives, over which the assets are amortised. The amortisation rates of patents are ranging from 5% to 10% per annum. Mining right is amortised over its concession period of 2 years.

**113**

# NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

## 20. PARTICULARS OF SUBSIDIARIES

Details of the Company's principal subsidiaries as at 31 December 2006, which are established and operated in the PRC, are as follows:

| Name of subsidiary | Nominal value of paid-in capital (Note i) | Attributable equity interest to the Company Direct % | Indirect % | Principal activities |
|---|---|---|---|---|
| BNBM (Note ii) | RMB575,150,000 | 52.40 | — | Production and sale of lightweight building materials |
| China United Cement Group Corporation Limited ("China United") (Note iii) | RMB1,265,580,000 | 100.00 | — | Production and sale of cement |
| Lunan China United Cement Company Limited | RMB200,000,000 | — | 80.34 | Production and sale of cement |
| Huaihai China United Cement Company Limited | RMB139,820,000 | — | 88.79 | Production and sale of cement |
| Qingzhou China United Cement Company Limited | RMB100,000,000 | — | 100.00 | Production and sale of cement |
| China Composites Group Corporation Limited ("China Composites") | RMB200,000,000 | 77.00 | — | Production and sale of FRP products |
| Lianyungang Zhongfu Lianzhong Composite Material Group Company Limited | RMB66,579,600 | — | 72.77 | Production and sale of FRP products |
| Changzhou China Composites Liberty Company Limited | RMB50,000,000 | — | 61.60 | Production and sale of PVC tiles |
| Changzhou China Composites Tianma Fiberglass Products Company Limited ("Zhongxin Tianma") | USD11,885,000 | — | 30.80 (Note iv) | Production and sale of glass fiber mats |
| China Triumph International Engineering Company Limited ("China Triumph") | RMB220,000,000 (Note v) | 91.00 | — | Provision of engineering services |

CNBM

**114**

# NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

## 20. PARTICULARS OF SUBSIDIARIES *(CONTINUED)*

| Name of subsidiary | Nominal value of paid-in capital *(Note i)* | Attributable equity interest to the Company | | Principal activities |
| | | Direct % | Indirect % | |
|---|---|---|---|---|
| CTIEC Shenzhen Triumph Scienotech Engineering Company Limited | RMB5,000,000 | — | 50.05 | Provision of engineering services |
| China Triumph Nanjing Cement Technological and Engineering Company Limited | RMB7,820,000 | — | 46.55 | Provision of engineering services |
| CTIEC BengBu Triumph Scienotech Engineering Company Limited | RMB5,000,000 | — | 50.05 | Provision of engineering services |
| Shandong Taihe Dongxin Company Limited | RMB155,625,000 | — | 39.21 *(Note vi)* | Production and sales of lightweight building materials |

Notes:

(i)   The paid-in capital of BNBM is ordinary share capital and paid-in capital of the rest of the companies is registered capital.

(ii)   BNBM is a joint stock company listed on the Shenzhen Stock Exchange. On 28 August 2006, BNBM acquired 23% additional equity interests in an existing subsidiary, 山東泰和東新股份有限公司, at a cash consideration of RMB114,540,000.

(iii)   On 30 September 2006, the Company acquired 3.93% additional equity interest in China United and China United has become the wholly-owned subsidiary of the Company since then. On 26 October 2006 the Company injected additional share capital with RMB850,000,000 into China United as registered capital.

(iv)   "Zhongxin Tianma" is a sino-foreign equity joint venture established in the PRC. China Composites is entitled to nominate two directors to the five-member board of directors of Zhongxin Tianma in accordance with the joint venture agreement of Zhongxin Tianma. Pursuant to the agreement dated 29 January 2004 entered into between China Composites and Changzhou Tianma Group Company Limited ("Changzhou Tianma") which holds 35% equity interests in Zhongxin Tianma, Changzhou Tianma assigned Zhongxin Tianma the voting rights of the two directors nominated by Changzhou Tianma. Consequently, Zhongxin Tianma has been controlled by China Composites since year 2004 and has been accounted for as a subsidiary since year 2004.

(v)   On 8 November 2006 the registered share capital of China Triumph was increased from RMB60,000,000 to RMB220,000,000. The additional registered capital was contributed by the Company and minority shareholder of China Triumph in the existing proportion of equity interests in China Triumph.

(vi)   The entity is considered to be controlled by the Company because it is a subsidiary of the another Company's subsidiary.

(vii)   The above table lists the subsidiaries of the Group which, in the opinion of the directors, principally affected the results or assets of the Group. To give details of other subsidiaries would, in the opinion of the directors, result in particulars of excessive length.

(viii)   Unless otherwise specified in the above notes, the subsidiaries disclosed above are established under PRC Companies Law as domestic company with limited liability.



**ANNUAL REPORT 2006**
**China National Building Material Company Limited**

ALRMH-CNBM00004221

# NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

## 21. INTERESTS IN ASSOCIATES

|  | **2006**<br>***RMB'000*** | 2005<br>*RMB'000* |
| --- | --- | --- |
| Cost of investment in associates |  |  |
| — listed in the PRC | **156,728** | 183,755 |
| — unlisted | **170,010** | 157,078 |
| Share of post-acquisition profit, net of dividend received | **527,666** | 523,326 |
|  | **854,404** | 864,159 |
| Fair value of listed investments | **1,638,184** | 1,251,263 |

As at 31 December 2006, the cost of investment in associates included goodwill of associates of approximately RMB6,444,000 (2005: RMB6,444,000).

As at balance sheet date, the Group had interests in the following principal incorporated associates established in the PRC:

| Name of associate | Nominal value of of registered capital | Attributable equity interest to the Group | Principal activities |
| --- | --- | --- | --- |
| China Fiberglass *(Note i)* | RMB427,392,000 | 36.15% | Production of glass fiber |
| Yaopi *(Note ii)* | RMB731,250,082 | 16.26% | Production of float glass |

Notes:

(i)   China Fiberglass is a joint stock company listed on the Shanghai Stock Exchange.

(ii)  Yaopi is a joint stock company listed on the Shanghai Stock Exchange. Although the Group holds less than 20% of the voting power in Yaopi, the Group has exercised significant influence to govern the financial and operating policies by virtue of having two directors out of the eight-member board of Yaopi.

**116**

## NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

### 21.  INTERESTS IN ASSOCIATES *(CONTINUED)*

The above table lists the associates of the group which, in the opinion of the directors of the Company, principally affected the results for the year or form a substantial portion of the net assets of the Group. To give details of other associates would, in the opinion of the directors of the Company, results in particulars of excessive length.

Summarised unaudited financial information prepared in accordance with IFRSs in respect of the Group's associates is set out below.

|  | 2006 RMB'000 | 2005 RMB'000 |
|---|---|---|
| Revenue | 5,316,824 | 5,103,414 |
| Profit for the year | 394,500 | 459,813 |
| Group's share of profit of associates for the year | 90,502 | 108,538 |
| Total assets | 12,114,138 | 9,416,826 |
| Total liabilities | 7,411,028 | 5,036,395 |
| Net assets attributable to the equity holders of the associates | 3,541,118 | 3,478,506 |
| Group's share of associates' net assets | 854,404 | 864,159 |

### 22.  INVESTMENTS

|  | 2006 RMB'000 | 2005 RMB'000 |
|---|---|---|
| Available-for-sale investments Unlisted equity shares, at cost *(Note)* | 52,897 | 51,543 |
| Held-for-trading investments at market values Quoted investment funds | 250 | 15,383 |
| Quoted listed equity share | 18,250 | — |
|  | 18,500 | 15,383 |

*Note:   The available-for-sale investments are accounted for at cost less accumulated impairment losses as such investments do not have a quoted market price in an active market and the range of reasonable fair value estimated is so significant that the directors are of the opinion that whose fair value cannot be reliably measured.*



**ANNUAL REPORT 2006**
**China National Building Material Company Limited**

ALRMH-CNBM00004223

# NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

## 23. DEPOSITS

|  | **2006**<br>**RMB'000** | 2005<br>RMB'000 |
|---|---|---|
| Investment deposit | **5,000** | 5,000 |
| Deposits paid to acquire property, plant and equipment | **67,209** | 26,928 |
|  | **72,209** | 31,928 |

## 24. LAND USE RIGHTS

|  | **2006**<br>**RMB'000** | 2005<br>RMB'000 |
|---|---|---|
| **CARRYING AMOUNT** |  |  |
| At beginning of the year | **313,317** | 246,417 |
| Additions | **23,663** | 26,341 |
| Acquisition of subsidiaries *(Note 35)* | **97,873** | 47,533 |
| Released to income statement | **(8,825)** | (5,926) |
| Disposal of subsidiaries | **—** | (1,048) |
| Disposals | **(5,628)** | — |
| At end of the year | **420,400** | 313,317 |
| The carrying amount of land use rights is<br>  analysed as follows: |  |  |
| Non-current portion | **408,122** | 306,182 |
| Current portion included in other receivables,<br>  deposits and prepayments in Note 26 | **12,278** | 7,135 |
| Land use rights | **420,400** | 313,317 |

The amount represents the prepayment of rentals for land use rights situated in the PRC for a period of 38 to 50 years.

As at 31 December 2006, land use rights with carrying value of RMB94,055,000 (2005: Nil) are still in the process of applying the title certificates.

As at 31 December 2006, the Group has pledged land use rights having a carrying value of approximately RMB109,930,000 (2005: RMB95,370,000) to secure bank loans granted to the Group.

118

# NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

## 25.  INVENTORIES

|  | 2006<br>RMB'000 | 2005<br>RMB'000 |
|---|---|---|
| Raw materials | 335,353 | 284,117 |
| Work-in-progress | 150,963 | 103,601 |
| Finished goods | 339,059 | 321,276 |
| Consumables | 8,645 | 12,558 |
|  | 834,020 | 721,552 |

## 26.  TRADE AND OTHER RECEIVABLES

|  | 2006<br>RMB'000 | 2005<br>RMB'000 |
|---|---|---|
| Trade receivable, net of allowances for bad<br>  and doubtful debts *(Note (a))* | 798,978 | 721,866 |
| Bills receivable *(Note (b))* | 111,681 | 48,740 |
| Amounts due from contract customers *(Note 28)* | 142,914 | 47,577 |
| Loans receivable *(Note (c))* | 110,000 | — |
| Other receivables, deposits and prepayments | 791,966 | 619,485 |
|  | 1,955,539 | 1,437,668 |

Notes:

(a)     The Group normally allowed an average of credit period of 60-90 days to its trade customers.

        Ageing analysis of trade receivable is as follows:

|  | 2006<br>RMB'000 | 2005<br>RMB'000 |
|---|---|---|
| Within two months | 361,452 | 398,659 |
| More than two months but within one year | 269,854 | 210,740 |
| Between one and two years | 116,618 | 77,586 |
| Between two and three years | 35,965 | 22,212 |
| Over three years | 15,089 | 12,669 |
|  | 798,978 | 721,866 |

(b)     The bills receivable are aged within six months.

(c)     The amounts are carried interests at interest rates of 6.12% to 15.00% per annum and repayable within one year. Loan receivable of RMB50,000,000 is due from a minority shareholder of a subsidiary and is secured by its equity interest in that subsidiary. The remaining balance of RMB60,000,000 is due from independent party and is unsecured.

As at 31 December 2006, the Group has pledged bills receivable of approximately RMB63,228,000 (2005: trade receivables of approximately RMB13,020,000 and bills receivable of approximately RMB7,100,000) to secure bank loans granted to the Group.



**ANNUAL REPORT 2006**
**China National Building Material Company Limited**

ALRMH-CNBM00004225

# NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

## 27.  AMOUNTS DUE FROM AND TO RELATED PARTIES

|  | **2006**<br>***RMB'000*** | 2005<br>*RMB'000* |
|---|---|---|
| **Amounts due from related parties** | | |
| Trading in nature: | | |
| Fellow subsidiaries | **134,082** | 101,670 |
| Associates | **17,004** | 2,858 |
| Minority shareholders of subsidiaries | **3,468** | 2,840 |
| | **154,554** | 107,368 |
| Non-trading in nature: | | |
| Fellow subsidiaries | **—** | 27,293 |
| Associates | **—** | 17,417 |
| Minority shareholders of subsidiaries | **—** | 686 |
| | **—** | 45,396 |
| | **154,554** | 152,764 |
| Amounts due to related parties | | |
| Trading in nature: | | |
| Fellow subsidiaries | **30,690** | 57,506 |
| Associates | **4,322** | 8,477 |
| Minority shareholders of subsidiaries | **2,878** | 7,824 |
| | **37,890** | 73,807 |
| Non-trading in nature: | | |
| Fellow subsidiaries | **2,206** | 5,562 |
| Associates | **—** | 4,000 |
| Immediate holding company | **—** | 6,000 |
| Minority shareholders of subsidiaries | **35,280** | 44,218 |
| | **37,486** | 59,780 |
| | **75,376** | 133,587 |

All amounts are unsecured and repayable on demand. The trading nature portion of amounts due from or due to related parties are aged within one year.

As at 31 December 2005, the amounts due from related parties were interest-free except for a portion of RMB13,364,000 which carried fixed interests of 5.58% per annum.

As at 31 December 2006, amounts due to related parties of RMB32,785,000 (2005: RMB37,270,000) carry fixed interests at rate of 6.03% (2005: 6.03%) per annum. The remaining balance of amounts due to related parties are interest-free.



**ANNUAL REPORT 2006**
**China National Building Material Company Limited**

ALRMH-CNBM00004226

120

# NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

## 28.  CONSTRUCTION CONTRACTS

|  | 2006<br>RMB'000 | 2005<br>RMB'000 |
|---|---|---|
| Contracts in progress at balance sheet date: |  |  |
| Amounts due from contract customers *(Note 26)* | 142,914 | 47,577 |
| Amounts due to contract customers *(Note 30)* | — | (6,654) |
|  | 142,914 | 40,923 |
| Contract costs incurred plus recognised<br>profits less recognised losses to date | 1,928,588 | 549,043 |
| Less: progress billings | (1,785,674) | (508,120) |
|  | 142,914 | 40,923 |

As at 31 December 2006, advances received from customers for contract work amounted to RMB27,037,000 (2005: RMB53,590,000) are included in other payables. The retention receivable included in trade receivable, net of allowance for bad and doubtful debts, as set out in Note 26 amounted to RMB57,938,000 (2005: RMB21,367,000).

## 29.  PLEDGED BANK DEPOSITS AND BANK BALANCES AND CASH

As at 31 December 2006, the Group pledged RMB425,262,000 (2005: RMB52,542,000) to bankers of the Group to secure the bank borrowings due within one year and the short term banking facilities granted to the Group.

The effective interest rates of pledged bank deposits and bank balances and cash are ranging from 1.80% to 2.52% (2005: 1.71% to 2.25%) per annum.

**ANNUAL REPORT 2006**
**China National Building Material Company Limited**

ALRMH-CNBM00004227

**121**

# NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

## 30. TRADE AND OTHER PAYABLES

An analysis of trade payables is as follows:

|  | 2006 RMB'000 | 2005 RMB'000 |
|---|---|---|
| Trade payables aged: |  |  |
| Within two months | 534,105 | 373,890 |
| More than two months but within one year | 357,829 | 325,519 |
| Between one and two years | 91,121 | 72,577 |
| Between two and three years | 15,789 | 6,003 |
| Over three years | 8,328 | 4,918 |
|  | 1,007,172 | 782,907 |
| Bills payable | 351,606 | 314,094 |
| Provision for share appreciation rights *(Note 42)* | 1,156 | — |
| Amounts due to contract customers *(Note 28)* | — | 6,654 |
| Other payables | 708,602 | 716,366 |
|  | 2,068,536 | 1,820,021 |

Bills payable is aged within six months.

**122**

# NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

## 31. BORROWINGS

|  | 2006<br>RMB'000 | 2005<br>RMB'000 |
|---|---|---|
| Bank loans | 5,971,579 | 4,154,506 |
| Other borrowings from non-financial institutions | 76,665 | 82,100 |
|  | 6,048,244 | 4,236,606 |

The borrowings are repayable as follows:

|  | 2006<br>RMB'000 | 2005<br>RMB'000 |
|---|---|---|
| On demand or within one year | 3,595,734 | 3,231,996 |
| Between one and two years | 515,200 | 49,500 |
| Between two and three years | 887,810 | 502,050 |
| Between three and four years | 335,000 | 453,060 |
| Between four and five years | 553,000 | — |
| Between five and six years | 161,500 | — |
|  | 6,048,244 | 4,236,606 |
| Less: Amount due within one year shown under current liabilities | (3,595,734) | (3,231,996) |
| Amount due after one year | 2,452,510 | 1,004,610 |

The analysis of the borrowings is as follows:

|  | 2006<br>RMB'000 | 2005<br>RMB'000 |
|---|---|---|
| Secured | 766,839 | 264,575 |
| Unsecured | 5,281,405 | 3,972,031 |
|  | 6,048,244 | 4,236,606 |

The bank loans at 31 December 2006 carry interests at fixed rates ranging from 4.69% to 11.16% (2005: 4.3% to 8.0%) per annum.

Other borrowings are unsecured, non-interest bearing and repayable on demand.

As at 31 December 2005, bank loans of RMB314,000,000 were guaranteed by independent third parties. Such guarantees have been released during the year.



**ANNUAL REPORT 2006**
**China National Building Material Company Limited**

ALRMH-CNBM00004229

**123**

# NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

## 32. DEFERRED TAXATION

The movements of deferred tax assets (liabilities) during the two years ended 31 December 2006 are summarised as follows:

| | Fair value adjustments on acquisition of subsidiaries RMB'000 | Loss on partial disposal of a subsidiary and associates RMB'000 | Allowances on inventories and trade and other receivables RMB'000 | Others RMB'000 | Total RMB'000 |
|---|---|---|---|---|---|
| At 1 January 2005 | — | — | 5,387 | — | 5,387 |
| Credit to the income statement (Note 13) | — | — | 1,463 | — | 1,463 |
| At 31 December 2005 | — | — | 6,850 | — | 6,850 |
| Arising from acquisition of a subsidiary (Note 35) | (37,104) | — | — | — | (37,104) |
| Credit to the income statement (Note 13) | 638 | 20,909 | 4,608 | 2,518 | 28,673 |
| At 31 December 2006 | (36,466) | 20,909 | 11,458 | 2,518 | (1,581) |

| | 2006 RMB'000 | 2005 RMB'000 |
|---|---|---|
| For presentation purpose: | | |
| Deferred tax assets | 34,885 | 6,850 |
| Deferred tax liabilities | (36,466) | — |
| | (1,581) | 6,850 |

At the balance sheet date, the Group has unused tax losses of RMB127,817,000 (2005: RMB118,337,000) available for offset against future profits. No deferred tax assets has been recognised in respect of these tax losses due to the unpredictability of future profits streams. The unused tax losses can be carried forward for five years from the year of the incurrence and an analysis of their expiry dates are as follows:

| | 2006 RMB'000 | 2005 RMB'000 |
|---|---|---|
| Unused tax losses expiring in: | | |
| 2006 | — | 934 |
| 2007 | 6,027 | 6,027 |
| 2008 | 23,455 | 28,582 |
| 2009 | 32,892 | 39,748 |
| 2010 | 30,402 | 43,046 |
| 2011 | 35,041 | — |
| | 127,817 | 118,337 |

**ANNUAL REPORT 2006**
**China National Building Material Company Limited**

CNBM

ALRMH-CNBM00004230

124

# NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

## 33. SHARE CAPITAL

| | Domestic Shares *(Note (a))* | | H Shares *(Note (b))* | | |
| --- | --- | --- | --- | --- | --- |
| | Number of shares | Amount *RMB'000* | Number of shares | Amount *RMB'000* | Total capital *RMB'000* |
| Registered shares of RMB1.0 each | | | | | |
| Capitalisaton of assets *(Note (c))* | 1,387,110,000 | 1,387,110 | — | — | 1,387,110 |
| Issue of shares *(Note (c))* | 650,000 | 650 | — | — | 650 |
| At 31 December 2005 | 1,387,760,000 | 1,387,760 | — | — | 1,387,760 |
| Issue of H Shares on global offering *(Note (d))* | (59,474,000) | (59,474) | 654,214,000 | 654,214 | 594,740 |
| Issue of H Shares under over-allotment options *(Note (e))* | (8,920,000) | (8,920) | 98,120,000 | 98,120 | 89,200 |
| At 31 December 2006 | 1,319,366,000 | 1,319,366 | 752,334,000 | 752,334 | 2,071,700 |

Notes:

(a)     Domestic Shares are ordinary shares subscribed for and credited as fully paid up in Renminbi by PRC government and/ or PRC incorporated entities only.

(b)     H Shares are ordinary shares subscribed for and credited as fully paid up in Renminbi by persons other than PRC government and/or PRC incorporated entities only.

(c)     On 28 March 2005, the Company was converted to a joint stock company by capitalising the value of its net assets into 1,387,110,000 shares of RMB1.0 each and issue 650,000 shares of RMB1.0 each in the Company for a total cash consideration of RMB1,000,000 to a wholly-owned subsidiary of the Parent.

(d)     On 22 March 2006, the Company created, issued and placed 594,740,000 H Shares of RMB1.00 each at HK$2.75 per share. The gross consideration received by the Company from the issue of these H Shares amounted to HK$1,635,535,000 (equivalent to approximately RMB1,688,854,000). On the same date, 59,474,000 Domestic Shares were converted into same number of H Shares.

(e)     On 23 March 2006, as a result of the exercise of the over-allotment option by the coordinators of the global offering in connection with the listing of the Company's shares, the Company created, issued and placed 89,200,000 H Shares of RMB1.00 each at HK$2.75 per share. The gross consideration received by the Company from the issue of these H Shares amounted to HK$245,300,000 (equivalent to approximately RMB253,296,000). On the same date, 8,920,920 Domestic Shares were converted into same number of H Shares.

Other than the specific requirements on the holders of the shares as set out in Notes (a) and (b), the shares mentioned in Notes (a) to (e) rank pari passu in all respects with other shares in issue.

# NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

## 34. RESERVES

### (a)   Capital reserves

|  | 2006<br>*RMB'000* | 2005<br>*RMB'000* |
|---|---|---|
| Arising from conversion as<br>  joint stock company | **387,401** | 387,401 |
| Contribution by the Parent under<br>  approved share conversion scheme<br>  of a subsidiary and associates *(Note 10)* | **117,423** | — |
| Other capital contribution | **2,694** | — |
|  | **507,518** | 387,401 |

### (b)   Statutory surplus reserve fund

According to relevant laws and regulations of the PRC, the Company and its subsidiaries established in the PRC are required to make an appropriation at the rate of 10 percent of the profit after tax of the respective company, prepared in accordance with PRC accounting standards, to the statutory surplus reserve fund until the balance has reached 50 percent of the registered capital of the respective company.

### (c)   Statutory public welfare fund

Prior to 1 January 2006, according to the PRC relevant laws and regulations, the Company and its subsidiaries established in the PRC are required to make an appropriation at the rate of 5 to 10 percent of the profit after tax of the respective company, prepared in the accordance with PRC accounting standards, to the statutory public welfare fund ("PWF"). The PWF will be utilised on capital items for employees' collection welfare, and unutilized PWF must be kept in cash. As a result of the amendments in the PRC relevant laws and regulations, the requirement of the appropriation to PWF was removed with effective from 1 January 2006. Accordingly, the PWF at 1 January 2006 amounting to RMB28,719,000 was transferred to statutory surplus reserve fund during the year.

### (d)   Retained earnings/shareholder's equity

The shareholder's equity prior to conversion as a joint stock company mainly represents the then capital of the companies acquired by the Company under Restructuring and the equity contributions from or distributions to the Parent.

126

# NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

## 35.  ACQUISITION OF SUBSIDIARIES/BUSINESSES

On 27 June 2006, the Group acquired 100% of the registered capital of 徐州中聯水泥有限公司 ("Xuzhou China United") for consideration of RMB609,623,000 from independent third party. The acquired subsidiary group is principally engaged in the production, storage and sale of cement.

During year ended 31 December 2005, the Group acquired certain subsidiaries other than the Restructuring.

These acquisitions have been accounted for using the purchase method.

Net assets acquired in the transactions, and the goodwill arising, are as follows:

|  | **2006** | | | 2005 |
|---|---|---|---|---|
|  | **Acquirees' carrying amount before combination** *RMB'000* | **Fair value adjustments** *RMB'000* | **Fair value** *RMB'000* | Fair value *RMB'000* |
| Net assets acquired: |  |  |  |  |
| Property, plant and equipment *(Note 16)* | **1,081,251** | **84,138** | **1,165,389** | 989,514 |
| Investment properties *(Note 17)* | **—** | **—** | **—** | 5,575 |
| Intangible assets *(Note 19)* | **11,772** | **—** | **11,772** | — |
| Land use rights *(Note 24)* | **33,595** | **64,278** | **97,873** | 47,533 |
| Interests in associates | **—** | **—** | **—** | 7,862 |
| Available-for-sale investments | **—** | **—** | **—** | 4,800 |
| Inventories | **37,816** | **—** | **37,816** | 94,588 |
| Trade and other receivables | **29,809** | **—** | **29,809** | 235,149 |
| Held-for-trading investments | **—** | **—** | **—** | 8,601 |
| Bank balances and cash | **20,648** | **—** | **20,648** | 257,417 |
| Trade and other payables | **(349,892)** | **—** | **(349,892)** | (604,520) |
| Borrowings | **(518,290)** | **—** | **(518,290)** | (577,800) |
| Income tax payable | **(4,320)** | **—** | **(4,320)** | (1,033) |
| Deferred tax liabilities *(Note 32)* | **—** | **(37,104)** | **(37,104)** | — |
| Net assets | **342,389** | **111,312** | **453,701** | 467,686 |
| Minority interests |  |  | **—** | (219,565) |
| Share of net assets already recognised in interests in associates |  |  | **—** | (13,031) |
| Goodwill *(Note 18)* |  |  | **155,922** | 51,174 |
| Total consideration |  |  | **609,623** | 286,264 |

**127**

# NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

## 35.  ACQUISITION OF SUBSIDIARIES/BUSINESSES *(CONTINUED)*

|  | **2006**<br>**RMB'000** | 2005<br>*RMB'000* |
|---|---|---|
| Total consideration satisfied by: |  |  |
| Cash | **609,623** | 169,048 |
| Investment deposit | **—** | 50,000 |
| Amounts due from fellow subsidiaries | **—** | 54,176 |
| Amounts due to related parties | **—** | 4,667 |
| Trade and other payables | **—** | 8,373 |
| Total consideration | **609,623** | 286,264 |
| Net cash inflow (outflow) arising on acquisition: |  |  |
| Cash consideration paid | **(609,623)** | (169,048) |
| Less: Cash and cash equivalents acquired | **20,648** | 257,417 |
|  | **(588,975)** | 88,369 |

The goodwill arising on the acquisition of Xuzhou China United is attributable to the benefit of expected revenue growth and future market development in Huaihai District, the PRC and overseas and the synergies in consolidating the Group's cement operations. These benefits are not recognised separately from goodwill as the future economic benefits arising from them cannot be reliably measured.

Included in the profit for the year is RMB39,795,000 attributable to the additional business generated by Xuzhou China United.

Had these business combinations been effected at 1 January 2006, the revenue of the Group would be RMB7,103 million, and profit for the year of the Group would be RMB544 million. The directors of the Group consider these 'pro-forma' an approximate measure of the performance of the combined group on an annualised basis and reference point for comparison in future periods.

**128**

## NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

### 36. MAJOR NON-CASH TRANSACTIONS

Other than loss arising on share conversion scheme as set out in Note 10; the satisfaction of the purchase consideration on acquisition of subsidiaries/business as set out in Notes 35 by non-cash items and the transfer between property, plant and equipment and investment property as set out Notes 16 and 17, during the year ended 31 December 2005, the Group entered into significant non-cash transactions as follows:

(a)     BNBM acquired 9.9% equity interest in China United for a total consideration of RMB51,761,000. The consideration was satisfied by the transfer of its entire 60% equity interest in BNBM Plastic Company Limited, certain assets and the remaining balance of RMB8,236,000 by increase in amount due to a fellow subsidiary of the Group.

(b)     Dividend payable of RMB57,337,000 was offset against the same amount of amounts due from related parties.

### 37. CONTINGENT LIABILITIES

At the balance sheet date, the Group had the following undiscounted maximum amount of potential future payments under guarantees:

|  | **2006**<br>**RMB'000** | 2005<br>RMB'000 |
|---|---|---|
| Guarantees given to banks in respect of banking<br>  facilities utilised by independent third parties | **—** | 144,500 |

The above guarantees have been fully released during the year ended 31 December 2006.

### 38. COMMITMENTS

|  | **2006**<br>**RMB'000** | 2005<br>RMB'000 |
|---|---|---|
| Capital expenditure of the Group contracted<br>  but not provided in the consolidated financial<br>  statements in respect of: |  |  |
| — Acquisition of property, plant and equipment | **280,044** | 526,404 |
| — Acquisition of land use right | **13,591** | — |

# NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

## 39.  OPERATING LEASE COMMITMENTS

### Lessee

At the balance sheet date, the Group had outstanding commitments under non-cancelable operating leases, which fall due as follows:

|  | **2006**<br>**RMB'000** | 2005<br>*RMB'000* |
|---|---|---|
| Within one year | **13,730** | 13,316 |
| In the second to fifth year inclusive | **32,448** | 31,314 |
| Over five years | **97,283** | 70,948 |
|  | **143,461** | 115,578 |

Operating lease payments represent rentals payable by the Group for certain of its business premises. Leases are negotiated for an average term of sixteen (2005: seven) years and rentals are fixed for an average term of sixteen (2005: seven) years.

### Lessor

At the balance sheet date, the Group has contracted with tenants for the following future minimum lease payments:

|  | **2006**<br>**RMB'000** | 2005<br>*RMB'000* |
|---|---|---|
| Within one year | **42,642** | 39,071 |
| In the second to fifth year inclusive | **152,130** | 157,336 |
| Over five years | **436,336** | 474,345 |
|  | **631,108** | 670,752 |

The Group did not have contingent rental arrangement with the tenants in both years. The rentals are fixed at the commencement of the respectively leases. The lease periods are ranging from two years to twenty years.

## 40.  RELATED PARTY TRANSACTIONS

Parties are considered to be related if one party has the ability, directly or indirectly, to control the other party or exercise significant influence over the other party in making financial and operating decisions. Parties are also considered to be related if they are subject to common control.

The Group is controlled by Parent and has significant transactions and relationships with Parent and its subsidiary (the "Parent Group"). The Group also has entered into transactions with its associates, over which the Company can exercise significant influence.

# NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

## 40.  RELATED PARTY TRANSACTIONS *(CONTINUED)*

### (a)  Transactions with the Parent Group, associates of the Group and minority shareholders of the Company's subsidiaries

Apart from the amounts due from and to related companies as disclosed in Note 27, during the year, the Group had the following transactions with the Parent Group, the associates of the Group and minority shareholders of the Company's subsidiaries:

|  | 2006 RMB'000 | 2005 RMB'000 |
|---|---|---|
| Provision of production supplies to |  |  |
| — Parent Group | 75,343 | 106,431 |
| — Associates | 22,019 | 7,029 |
| — Minority shareholder of subsidiaries | 49,355 | 52,798 |
|  | 146,717 | 166,258 |
| Provision of support services to Parent Group | 10,055 | 16,713 |
| Provision of technical consultation services to |  |  |
| — Parent Group | — | 2,888 |
| — Minority shareholders of a subsidiary | 4,000 | 19,120 |
|  | 4,000 | 22,008 |
| Rental income in respect of supply of equipment to Parent Group | 8,367 | 4,788 |
| Rental income received from an associate | 12,436 | 10,777 |
| Rendering of engineering services to Parent Group | 600 | 567 |
| Licensing of trademarks to Parent Group | 128 | 242 |

# NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

## 40. RELATED PARTY TRANSACTIONS *(CONTINUED)*

### (a) Transactions with the Parent Group, associates of the Group and minority shareholders of the Company's subsidiaries *(Continued)*

|  | 2006 RMB'000 | 2005 RMB'000 |
|---|---|---|
| Supply of raw materials by | | |
| — Parent Group | 77,935 | 47,623 |
| — Associates | 33,333 | 50,176 |
| — Minority shareholders of subsidiaries | 39,560 | 61,832 |
| | 150,828 | 159,631 |
| Provision of production supplies by | | |
| — Parent Group | 24,575 | 25,875 |
| — Associates | 7,799 | 685 |
| — Minority shareholders of subsidiaries | 23,156 | 36,785 |
| | 55,530 | 63,345 |
| Provision of support services by | | |
| — Parent Group | 26,329 | 21,539 |
| — Minority shareholders of subsidiaries | 3,839 | 2,864 |
| | 30,168 | 24,403 |
| Rendering of engineering services by Parent Group | 7,527 | 8,823 |
| Supply of equipment by Parent Group | 36,244 | 32,649 |
| Rental expenses paid to Parent Group | 180 | 4,366 |

**132**

## NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

### 40.  RELATED PARTY TRANSACTIONS *(CONTINUED)*

**(b)  Material transactions and balances with other state-owned enterprises in the PRC**

The Group operates in an economic environment currently predominated by enterprises directly or indirectly owned or controlled by the PRC government (these enterprises other than the Parent Group and the Group are hereinafter collectively referred to as "State-Owned Enterprises"). During the year, the Group had material transactions with some of these State-Owned Enterprises in its ordinary and usual course of business. In establishing its pricing strategies and approval process for its products and services, the Group does not differentiate whether the counter-party is a State-Owned Enterprise or not. In the opinion of the directors, all such transactions were conducted in the ordinary course of business and on normal commercial terms.

While the directors of the Company consider State-Owned Enterprises are independent third parties so far as the Group's business transactions with them are concerned, for the purpose of this report, the Group has identified the nature and quantified the amounts of its material transactions with State-Owned Enterprises during the year as follows:

**(i)  Material transactions**

| | 2006 RMB'000 | 2005 RMB'000 |
|---|---|---|
| Sales | 393,634 | 283,157 |
| Purchases | 1,039,599 | 848,118 |
| Interest expense | 269,261 | 207,481 |

**(ii)  Material balances**

| | 2006 RMB'000 | 2005 RMB'000 |
|---|---|---|
| Trade and other receivables | 41,100 | 29,507 |
| Trade and other payables | 64,389 | 92,627 |

In addition, the Group has entered into various transactions, including borrowings and other general banking facilities, with certain banks and financial institutions which are state-controlled entities in its ordinary course of business. In view of the nature of those banking transactions, the directors are of the opinion that separate disclosure would not be meaningful.

Except as disclosed above, the directors are of the opinion that transactions with other state-controlled entities are not significant to the Group's operations.

# NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

## 40.  RELATED PARTY TRANSACTIONS *(CONTINUED)*

### (c)  Remuneration to key management

Key management personnel are those persons having authority and responsibility for planning, directing and controlling the activities of the Group, directly and indirectly, including directors and supervisors of the Group. The key management personnel compensations during the year are as follows:

|  | 2006<br>*RMB'000* | 2005<br>*RMB'000* |
|---|---|---|
| Short-term benefits | 1,038 | 296 |
| Share-based payments | 527 | — |
| Post-employment benefits | 54 | 22 |
|  | 1,619 | 318 |

## 41.  EMPLOYEE RETIREMENT BENEFITS PLAN

The PRC employees of the Group are members of state-managed retirement benefit scheme operated by the local government. The Group is required to contribute a specified percentage of their payroll costs to the retirement benefit scheme to fund the benefits. The only obligation of the Group with respect to the retirement benefit scheme is to make the specified contributions.

The contributions payable to the scheme by the Group at rate specified in the rules of the scheme included in staff costs are disclosed in Note 13.

**134**

## NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

### 42. SHARE APPRECIATION RIGHTS PLAN

In order to provide additional incentives to the Group's senior management and to enhance the alignment between the performance of the Group's senior management and shareholder value, on 28 February 2006, the Company adopted a long-term incentive plan of share appreciation rights (the "Plan") for the Group's senior management officers, senior experts and specialist who make important contributions to the Group.

Under the Plan, a share appreciation right ("SA Right") represents the right to receive a cash payment equal to the appreciation, if any, in the fair market value of a H Share from the date of the grant of the right to the date of exercise.

SA Rights will be granted in units with each unit representing one H Share. All SA Rights will have an exercise period of six years from the date of grant. An individual may not exercise his or her SA Rights during the first two years after the date of grant. After two and three years of the date of grant, the total number of SA Rights exercised by an individual may not in aggregate exceed one-third and two-thirds, respectively, of the total SA Rights granted to the individual. After four years of the date of granted, the SA Rights will be fully vested.

On 18 September 2006, the Company granted 5,880,000 units of SA Rights at exercise price of HK$3.5 each unit to the senior management of the Company as follows:

| | Units of SA Rights granted |
|---|---|
| Directors and a supervisor of the Company | 2,680,000 |
| Other senior management | 3,200,000 |
| | 5,880,000 |

ALRMH-CNBM00004241

# NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

## 42.  SHARE APPRECIATION RIGHTS PLAN *(CONTINUED)*

As the SA Rights vest at different amounts until the grantee have completed a specified period of service, the Company recognised the services received and a liability of RMB1,156,000 (2005: nil), being the estimated compensation paid for service rendered by the grantee during the year. The estimation is by reference to the valuation of the SA Rights using Black-Scholes pricing model with the following assumptions:

| | |
|---|---|
| Weighted average share price | HK$5.03 |
| Exercise price | HK$3.50 |
| Expected volatility | 22% |
| Expected life | 4 years |
| Risk-free rate | 2.6% |
| Expected dividend yield | 0.77% |

## 43.  POST BALANCE SHEET EVENTS

(a)  On 5 January 2007, the Company entered into an equity transfer and subscription agreement to subscribe 11.5% of enlarged registered capital in 巨石集團有限公司 ("Jushi") at a consideration of US$46,428,448. Jushi is a subsidiary of the associate of the Company, China Fiberglass, which manufactures and sells glass fiber and related product. After the acquisition, Jushi remains as an associate of the Company.

(b)  On 9 April 2007, the Company issued RMB 1 billion bond with the maturity of 10 years and a coupon rate of 4.32% per annum. The bond is guaranteed by a PRC bank.

(c)  On 16 April 2007, the Company entered into an agreement with two independent third parties to subscribe 40% equity interests in 湖北大冶尖峰水泥有限公司, a limited liability company incorporated under the laws of the PRC which is principally engaged in the production of cement in E'dong Cement Base in Hubei, the PRC at a cash consideration of RMB60 million.

(d)  On 16 April 2007, China United entered into a conditional agreement with an independent third party to acquire 80% equity interests in 泰山水泥集團有限公司 ("Taishan Cement"), a limited liability company incorporated under the laws of the PRC which is principally engaged in the production and sales of cement and clinker and the provision of after-sales service. The purchase consideration will be satisfied by RMB307,180,000 in cash and by the assumption of the shareholders' loan in Taishan Cement which amounted to RMB623,550,000 as at 30 November 2006. As the date to control Taishan Cement is still subject to the fulfillment of the conditions set out in the conditional agreement, the directors of the Company consider it is impracticable to determine and to disclose the fair value of the assets and liabilities of Taishan Cement to be acquired by the Group at the date of approval of these financial statements.

(e)  On 16 April 2007, the Company and China Fiberglass entered into an agreement pursuant to which the Company has agreed to acquire a 23% additional equity interest in China Composites at a consideration of RMB103,060,000. Upon completion of the agreement, China Composites will become a wholly-owned subsidiary of the Company.

**136**

## FINANCIAL SUMMARY

### INCOME STATEMENT

|  | 2006<br>RMB'000 | 2005<br>RMB'000 | 2004<br>RMB'000 | 2003<br>RMB'000 | 2002<br>RMB'000 |
|---|---|---|---|---|---|
| Revenue | 6,451,830 | 4,726,544 | 2,898,072 | 1,845,197 | 1,661,505 |
| Cost of sales | (5,154,602) | (3,852,403) | (2,343,315) | (1,426,803) | (1,290,296) |
| Gross profit | 1,297,228 | 874,141 | 554,757 | 418,394 | 371,209 |
| Other income | 421,018 | 263,540 | 151,297 | 82,595 | 79,455 |
| Selling and distribution costs | (357,954) | (278,062) | (188,105) | (146,540) | (126,498) |
| Administrative expenses | (407,819) | (291,150) | (212,376) | (180,610) | (155,619) |
| Other expenses | (9,374) | (5,697) | (9,103) | (32,229) | (8,783) |
| Share of profit of associates | 90,502 | 108,538 | 96,708 | 69,954 | 40,280 |
| Finance costs | (220,072) | (162,432) | (98,795) | (58,223) | (53,230) |
| Loss arising from<br>    share conversion schemes | (275,007) | — | — | — | — |
| Profit on disposal of subsidiaries | 704 | 27,988 | — | — | — |
| Profit before tax | 539,226 | 536,866 | 294,383 | 153,341 | 146,814 |
| Income tax expense | (50,066) | (44,747) | (24,990) | (9,057) | (2,274) |
| Profit for the year | 489,160 | 492,119 | 269,393 | 144,284 | 144,540 |
| Attributable to: |  |  |  |  |  |
|     Equity holders of the Company | 298,146 | 351,105 | 193,138 | 111,683 | 99,232 |
|     Minority interests | 191,014 | 141,014 | 76,255 | 32,601 | 45,308 |
|  | 489,160 | 492,119 | 269,393 | 144,284 | 144,540 |
| Distributions | 80,382 | 135,637 | 27,759 | 136,443 | 22,825 |
| Earnings per share - basic (RMB) | 0.16 | 0.25 | 0.14 | 0.08 | 0.07 |

### BALANCE SHEET

|  | 2006 | 2005 | 2004 | 2003 | 2002 |
|---|---|---|---|---|---|
| Total assets | 13,990,314 | 9,712,499 | 6,951,497 | 4,893,583 | 3,931,843 |
| Total liabilities | (8,276,060) | (6,285,566) | (3,985,484) | (2,231,212) | (1,374,113) |
| Minority interests | (1,507,224) | (1,314,695) | (1,077,395) | (981,250) | (900,611) |
| Equity attributable to<br>    equity holders' of the company | 4,207,030 | 2,112,238 | 1,888,618 | 1,681,121 | 1,657,119 |



**ANNUAL REPORT 2006**
**China National Building Material Company Limited**

ALRMH-CNBM00004243