L:\GCM_HK\Dept_Only\Misc\ECMS\CHINA\CNBM\IPO Execution\Post Mortem\Detailed Case Study V3.ppt\A2XP\30 MAR 2006\12:42 AM\1

# CNBM Post Mortem

16 March 2006

Morgan Stanley

MTD Exhibit #41



EXHIBIT 17
Deponent MS

L:\GCM_HK\Dept_Only\Misc\ECMS\CHINA\CNBM\IPO Execution\Post Mortem\Detailed Case StudyV3.ppt\A2XP\30 MAR 2006\12:42 AM\2



## Company Overview

- CNBM is one of the leading building materials manufacturers in the PRC, with manufacturing facilities located across China
- The company produces and markets cement, lightweight building materials, glass fiber related materials and offers related engineering services
- CNBM enjoys industry leadership position in each business line given its scale advantage, dominant market share either on a regional or nationwide basis, and high-end product positioning
  - CNBM is the largest cement producer in the Huaihai Economic Zone and the fourth largest cement producer in China, with 11.0MM Tonnes capacity as at September 30, 2005 and expected to reach 13.4MM Tonnes capacity by the end of 2006 and 15.8MM Tonnes by the end of 2007
  - Through its associate, BNBM and the acquired Taihe, CNBM is the largest gypsum board producer in China, accounting for 50.6% market share in 2004
  - Through its associate, Jushi, CNBM is the largest glass fiber producer in Asia and No. 5 in the world, accounting for 23% of domestic output
  - China Triumph, CNBM's subsidiary for engineering services, has designed over 50% of the existing floating glass lines in China given its strong R&D

**Net Profit Breakdown**
2005E (ex Head Office and Eliminations)



- Cement 33.6%
- Engineering Services 20.2%
- Glass Fiber and FRP Products 12.9%
- Lightweight Building Materials 33.3%

**2005 Huaihai Area Cement Production Capacity [1]**
MM Tones



- CNBM 11.0
- Xuzhou Conch 4.0
- Taishan 3.0
- JLC 3.0
- Dayu 2.9

Source China Cement Association

**2004 China Gypsum Board Sales [1]**
%



- Foreign Producers 22.5%
- "Dragon"
- BNBM 12.7%
- Taihe (acquired by CNBM) 37.9%
- "Taishan"
- Mass Market Producers 26.9%

**2004 Ten Largest Glass Fiber Producers in China**
%



- Jushi 23.0%
- Taishan 13.8%
- CPIC 11.0%
- Jinglu 7.0%
- Saint-Gobain 5.0%
- Kunshan Nanya 4.6%
- Guangzhou Zongxin 3.7%
- Zibo Jinjing 2.5%
- Grace THW 2.3%

Source China Glass Fiber Industry Association

Morgan Stanley

Note
1. Among PRC gypsum board producers with annual gypsum board sales of at least RMB 5.0 million in 2004

1

MS056131



# Corporate Structure

- CNBM has a complicated structure:
  - Two A-Share subsidiaries yet to undergo A-Share reform
  - Minority shareholding in each business line
- Morgan Stanley marketed the company's control of each business line and convinced investor not to ask for holding company discount

**Corporate Structure of the Group Immediately After the Global Offering**





Note
1. Denotes A-share companies

2

L:\GCM_HK\Dept_Only\Misc\ECMS\CHINA\CNBM\IPO Execution\Post Mortem\Detailed Case StudyV3.ppt\A2XP\30 MAR 2006\12:42 AM\4



# Offering Summary

## Offering Summary

| | |
|---|---|
| Issuer: | China National Building Material Company Ltd. |
| Pricing Date: | March 16, 2006 |
| Offer Size (post-Greenshoe): | US$267MM |
|   - % Pro forma TSO | 36.31% |
| Total Number of shares (post-Greenshoe) | 752,334,000 H-Shares |
| Primary/Secondary: | 90.9% Primary, 9.1% Secondary |
| Offering Structure (pre-Greenshoe after clawback): | Hong Kong Public Offer - 50%<br>Institutional Placement - 50% |
| Initial Price Range: | HK$2.00–2.60 |
| Revised Price Range: | HK$2.30–2.75 |
| Final Offer Price: | HK$2.75 per share |
| Listings: | Stock Exchange of Hong Kong |
| Use of Proceeds: | For company's production facilities, including cement, gypsum board and glass fiber mat production lines, with the balance being used for repayment of outstanding bank borrowings and general corporate purposes |
| Sole Global Coordinator, Bookrunner and Lead Manager: | Morgan Stanley |

L:\GCM_HK\Dept_Only\Misc\ECMS\CHINA\CNBM\IPO Execution\Post Mortem\Detailed Case StudyV3.ppt\A2XP\30 MAR 2006\12:42 AM\5



# Key Selling Points

## Key Selling Points

**1. Excellent Growth Potential through Organic Growth and Acquisition**
- Well positioned to benefit from significant growth opportunities in China construction industry, underpinned by rapid growth in fixed asset investment in China
- Uniquely positioned to capture both inorganic growth opportunities nationwide with strong support from the government to facilitate industry consolidation, especially since China's building materials industry is highly fragmented

**2. Stabilizing Industry Fundamentals**
- It is expected that price and cost trend will be stable in China's cement, lightweight building materials, glass fiber and FRP products sectors, indicating sound industry fundamentals
- China's cement industry has passed industry down cycle and is on a steady recovery track; Industry consolidation, gradual elimination of small-scale producers with vertical kiln production method and stable demand will benefit top industry players including CNBM

**3. Industry Leadership Position**
- Status as a leading player in each business segment would not only give itself the key scale advantage over its competitors but also allow itself to gain strong bargaining and pricing power in each business line

**4. Experienced Management Team**
- Company's executive directors and senior management have extensive experience in managing operations in the industry

**5. High-end Positioning with Integrated Operations and Diverse Product Range**
- All of CNBM's cement production lines have applied Chinese government's promoted advanced NSP (new suspension pre-heater dry process) production rather than the inefficient vertical kiln production
- In gypsum board industry, BNBM's product are targeting at high-end market and has satisfied both US and UK standards
- CNBM diversifies market and industry risk by operating in different business segments and serve different customer bases

**6. Geographical Advantage**
- Given that cement business is generally a local business serving a regionalized market due to high transportation cost, CNBM's cement operation benefits from its location in Huaihai Economic Zone due to stable cement prices in the region solid demand for cement in the region given higher than national average GDP growth rate



L:\GCM_HK\Dept_Only\Misc\ECMS\CHINA\CNBM\IPO Execution\Post Mortem\Detailed Case StudyV3.ppt\A2XP\30 MAR 2006\12:42 AM\6



# Key Investor's Concerns

## Key Investor's Concerns and Mitigants

**1. PRC Economic, Political and Social Conditions and Government Policies**
- Diversified market and industry risk through different business segments
- Fixed asset investments has surged 26.1% YoY for the first 9 months of 2005
- Continued strength in the property market and in infrastructure investment

**2. Challenging Operating Environment in the Building Materials Market**
- Relatively stable cement prices in the Huaihai Economic Zone
- Trend to encourage closure of older, obsolete cement production
- Cement sector has demonstrated meaningful recovery since 3rd quarter 2005. CNBM's average selling price of cement and utilization have been recovering from last year trough
- Investors' sentiment toward investment in the cement have improved significantly, evident by substantial surge in Anhui Conch's stock price as well as investment by private equity firms in the sector such as investment in Anhui Conch by MSP and IFC

**3. High Financial Leverage**
- CNBM's high gearing was due to the expansion of its operations and the acquisition of its subsidiaries
- Post IPO, CNBM's net gearing will be meaningfully reduced to approximately 89%. The Company also expects to further reduce its reliance on bank loan financings through other financing alternatives after the Offering

**4. Reliance on Contribution from VAT Refunds**
- VAT exemption/refund is provided to certain environmentally friendly products. China is expected to continuous to promote environmental friendly measures on the back of rapid industry growth
- The Company expects to continue to receive such VAT exemption/refund in the future

**5. Problems with Business Integration after recent acquisitions**
- Recent acquisitions demonstrates that CNBM has a good track record in delivering growth through acquisition as well as operation and management streamlining
- The management focuses on ensuring strong integration across different businesses segments by cultivating a unified corporate culture and establishing coordinated purchasing, sales, logistics and other operational processes and procedures

**6. Concerns on A-Share Reforms**
- CNBM has obtained indemnity from Parent, capping CNBM's cost of the Share Structure Reform at 2 non-tradable shares for every 10 A shares
- Maximum impact of the Reform on earnings measurable and capped
  – Reducing interest in BNBM from 60.33% to not less than 52.40%
  – Reducing interest in China Fiberglass from 40.17% to not less than 36.15%
  – Less than 4% reduction of total ongoing net income, based on 2005 9 month earnings

Morgan Stanley

MS056135



# Demand and Allocation

- **The transaction was extremely popular, attracting tremendous interest from a wide range of quality investors, with the book being covered by the second day of the international roadshow**
  - Despite revising the price range upward and capping the demand at 10% of the total deal size, Institutional tranche was 38x covered after clawback
  - Hong Kong retail offering was 536x oversubscribed, triggering the 50% clawback

### Demand Buildup During Roadshow
MM Shares



### Break down of Demand by Investor Type
MM Shares



### Institutional Tranche Demand Breakdown
By Region



U.S. 24%
Europe 13%
Asia 63%

### Top Ten Institutional Allocations

- Boyer Allan Investment
- Capital International
- Fidelity
- GLG Partners
- Government Of Singapore Investment Corporation
- HSBC Investments
- JF Asset Management
- Moore Capital
- Och-Ziff Capital Management
- Oasis Management

Morgan Stanley

MS056136

L:\GCM_HK\Dept_Only\Misc\ECMS\CHINA\CNBM\IPO Execution\Post Mortem\Detailed Case StudyV3.ppt\A2XP\30 MAR 2006\12:42 AM\8



# Valuation and Pricing

- Accelerated pre-marketing and roadshow schedule helped CNBM to capture the extremely positive sentiment towards Chinese IPOs and recovery of sentiments in the global market and towards commodity prices in China

- By building significant momentum in the order book, Morgan Stanley was able to revise up the price range and subsequently priced the deal at HK$2.75, 6% above the high end of the initial price range

- This price is equivalent to 13.3x 2006 P/E at IPO, a 4% premium to the average of the company's closest cement comparables and at a premium to all other China basic materials companies

### CNBM Valuation Changes during Roadshow [1]
HK$ [1]



Initial P/E Range (9.67x–12.57x)
Final P/E Range (11.12x–13.29x)
Pricing

Roadshow Days: 1, 2, 3, 4, 5, 6, 7, 8
Date: 03/06/2006 — 03/08/2006 — 03/15/2006



Pricing at a Premium to Major Comps
2006 P/E (x)

(CNBM Final Marketing Range, CNBM at Pricing, Diversified BM Comps, Fiber Glass Comps, China Shenhua, Cement Comps, Gysum Board Comps, Yanzhou Coal, Chalco, Jiangxi Copper)

### Preliminary Valuation upon IPO

| Company | P/E '05 | P/E '06 |
|---|---|---|
| CNBM | 16.4x | 13.3x |
| Cement Comps Average | 13.0x | 12.8x |
| Gysum Board Comps Average | 10.6x | 9.9x |
| Fiber Glass Comps Average | 18.1x | 15.6x |
| Diversified Building Materials Comps Average | 21.9x | 18.0x |
| **China Basic Materials Companies** | | |
| Chalco | 9.7x | 9.1x |
| China Shenhua Energy | 10.3x | 13.1x |
| Jiangxi Copper | 11.3x | 8.7x |
| Yanzhou Coal | 11.5x | 9.7x |

Morgan Stanley

Notes
1. Based on Morgan Stanley Research Estimates
2. Based on IBES Estimates

7

MS056137

L:\GCM_HK\Dept_Only\Misc\ECMS\CHINA\CNBM\IPO Execution\Post Mortem\Detailed Case StudyV3.ppt\A2XP\30 MAR 2006\12:42 AM\9



# Comparative Historical Intraday Price Performance
Recently Priced HK/China IPOs

- In terms of aftermarket price performance, the pricing and aftermarket stabilization of CNBM's IPO is even more impressive when compared to other recent China IPOs
  - CNBM has rallied 36.4% if compared to its offer price of HKD2.75 and its stock price has been extremely stable
- While other recent China IPOs have also rallied significantly from their offer price, their stock price has been significantly more volatile


CNBM $267MM IPO (Offer Price HKD2.75) – 3/16/06
Intraday Price Performance vs. H-Share (Rebased to Stock Price) HK$


Source Bloomberg


Golden Eagle $183MM IPO (Offer Price HKD3.15) – 3/14/06
Intraday Price Performance vs. H-Share (Rebased to Stock Price) HK$


Source Bloomberg

Nine Dragon $438MM IPO (Offer Price HKD3.40) – 2/24/06
Intraday Price Performance vs. H-Share (Rebased to Stock Price) HK$


Source Bloomberg

Biosino $85MM IPO (Offer Price HKD2.00) – 2/24/06
Intraday Price Performance vs. H-Share (Rebased to Stock Price) HK$


Source Bloomberg

Morgan Stanley

Notes
1. Rebased to each stock's opening trade price on the first day of trading instead of Offer Price
2. As of March 29, 2006

8

MS056138