


## BNBM General Manager Mr. Wang Visited Saint-Gobain and Lafarge

[ 2007-4-15]

From April 4 to April 6, Mr. WangBing BNBM general manager accompanied Mr. SongZhiping CNBM Chairman of the board and Mr. CaoJianglin CNBM board director and CEO of China Building Material Co., Ltd. visited the global 500 enterprises Saint-Gobain Group and Lafarge Group.




During the meeting with Mr. Jean-louis Beffa Chairman and CEO of Saint-Gobain, Mr. Pierre-Andre de Chalendar COO of Saint-Gobain, and Mr. Gilles Colas Asia-Pacific director of Saint-Gobain, Mr. SongZhiping of CNBM particularly introduced the key processes of CNBM namely the resource restructuring, industry recombination, going public abroad, and bond issuing in the recent years, especially the reorganization of China LuoYang Glass Group the cradle for China's float glass in order to establish a state-level glass industry platform. After that, Mr. Beffa expressed that Saint-Gobain had been paying attention to CNBM and after a careful study of the analysis report on CNBM by City Bank, they were happy for CNBM to make such great achievements. Chairman added that CNBM is one of the most energetic and fast growing Groups in the global building material market within the recent years. As a Chinese enterprise, the leading team of CNBM has won a high reputation among the overseas institutions and enterprises for well dealing the relationship with investors, especially the overseas investors.

In addition, Mr. Beffa mentioned that last year Saint-Gobain and CNBM signed a strategic cooperation partnership agreement and restated his determination to deepen the cooperation between Saint-Gobain and CNBM in the fields of mineral wool heat preservation materials, gypsum board as well as others in the future. In the area of heat preservation materials, Saint-Gobain possesses global leading glass wool technology, while BNBM has the competitiveness in the technology and management for stock and mineral wool heat preservation. Under the policy of energy-saving and environment friendly as advocated by the Chinese government, BNBM has a sound prospect in the heat preserving and energy saving market, and Saint-Gobain hoped that it can cooperate with CNBM in the fields of heat preservation materials and glass, and preferably can have a joint venture company with BNBM to manufacture heat preserving materials and develop heat preservation and energy saving project.

During the visit, Mr. Jean-Pierre Clavel Saint-Gobain director of gypsum board department and Mr. Benoit D'Iribarne director of glass department also met with the Chinese delegation and had an in-depth talk with BNBM about the specific matters concerning the relevant business cooperation. During the talk, Mr. Clavel expressed that BNBM is China's biggest manufacturer and leader in gypsum board industry，and Saint-

MTD Exhibit #44

Gobain would like to work together with BNBM to maintain and promote a sound development of gypsum board market.

In addition, at the headquarter of Lafarge Group, Mr. Bruno Lafnot CEO of Lafarge, Mr. Isidoro Miranda vice CEO and director of gypsum board department of Lafarge, Mr. Guillaume Roux Vice CEO and associate director of cement department of Lafarge, and Mr. Jean Montgailhard vice CEO for strategy and development also had a friendly meeting with the Chinese delegation.

Mr. Bruno Lafnot recalled his meeting with CNBM Chairman Mr. SongZhiping in Beijing when he was the director of gypsum board department of Lafarge. Now as the CEO of Lafarge, he can have a comprehensive cooperation with CNBM in the fields of gypsum board, cement and other building materials. Then Mr. SongZhiping said BNBM, the subsidiary company of CNBM, has made a big progress in the gypsum board industry through management improvement, reinforced project construction, and industry integration with the business scale increased by almost 10 times to about 400 million square meters. Mr. Song hoped to have a closer cooperation with Lafarge Group in China's gypsum board market to contribute together to standardize the market, promote the industry integration and maintain a sound development. Chairman Bruno Lafnot and director Miranda admired the rapid development of BNBM in the gypsum board industry, and they regarded BNBM as an absolute leader in China's gypsum board market. Meanwhile, they showed their hope to have cooperation with BNBM in this area to promote a sound development of China's gypsum board market together.



