


## Founding Ceremony for BNBM Taicang 60 Million Sq.m. Per Annum Gypsum Board Base

[ 2007-5-23]

BNBM's plans for building factories densely are being carried out. The gypsum board programs in Wuhan, Guang'an, and Tieling etc. will be started in succession. And the programs in Nanjing and Hangzhou have been completed and the factories will start soon.

On 15 May, the founding ceremony of BNBM Taicang gypsum board industrial base with annual output of 60 million square meters was held at Taicang port development zone of Taicang city in Jiangsu province. The industrial base plans to construct two manufacture lines for gypsum board with an annual capacity of 30 million square meters and it expects to provide products to the east China including Shanghai and Jiangsu in 2008, becoming the largest industrial base for top grade gypsum board in east China.

Many leaders have attended the ceremony and earthed up for the founding of industrial base including Mr. SongZhiping the Chairman and Communist Party Secretary of CNBM, Mr. JiangJunlu the former chairman of State Council Supervision Committee for State-Owned Enterprises and CNBM exterior director, Mr. XieZhenjiang the director of CNBM newspaper, Mr. WangQiuhe chief editor of China Construction newspaper, Mr. XieXiaoping vice general engineer of China Building Material Co., Ltd., Mr. Puronggao Taicang municipal committee secretary, Mr. Xieming the Mayor of Taicang, and Mr. Gaoyang Taichang vice mayor and director of Taicang port development zone. The ceremony was hosted by Mr. ZhangNailing the vice general manager of BNBM and the opening speech was given by Mr. Wangbing the general manager of BNBM.

BNBM Taicang gypsum board base is only 50 kilometers to Shanghai. The base neighbors to Riverside Speedway, Yangtse Port for Sea Transport and Yanglintang Inner River Channel. It has an easy and convenient logistics and within 10 kilometers of the base there are three large-scale coal power plants. When BNBM Taicang base has been established, its comprehensive advantages of raw materials, logistics and markets will be integrated to make the base play a leading role in meeting the rapidly increasing demand for gypsum board in east China.

Currently BMBM is the largest manufacturer for gypsum board in China, with a scale of 360 million square meters. Together with the continuous establishment of new gypsum board manufacturer lines in different places, the scale of BNBM gypsum board will surpass 500 million square meters and become the largest gypsum board industrial group in Asia.

MTD Exhibit #45



