**Partial Translation of BNBMPLC-E-0004827-0004847**

**BNBMPLC-E-0004827**

BNBM Beijing New Building Materials Public Limited Company

### Strengthen Operation, Accelerate Construction, Develop Harmoniously, Work Together to Create Success

-----General Manager Bing Wang's work report at the 3rd meeting of 5th session of BNBM staff representative meeting

March 23, 2007

Leaders and representatives,

Hello!

First, I, on behalf of all the BNBM staff, would like to extend a warm welcome to all the leaders from CNBM Group and CNBM who are present at the staff representative meeting!

**BNBMPLC-E-0004828**

At the same time, in the aspect of international business, we devoted great efforts to develop international distribution network, insisted on the export of our own brands, especially did a large export scale of export of "BNBM" brand to the American market for the first time, competed with worldwide big brands on the same platform, and laid a good foundation for BNBM to build an internationally famous brand at a good time.

MTD Exhibit #51

**WANG:  Exhibit 315-R**

**BNBMPLC-E-0004832**

After all newly-built production lines had put into normal production successively and the logistics had become more convenient, Shandong Taihe realized a ~~slight stable~~ increase in the stable sales prices of its products, gave full play to the value increase of brand, technology and quality brought about by ~~the~~ BNBM as the controlling shareholder ~~BNBM and realized value increase~~, brought into play the driving~~leading~~ effect and synergistic effect of BNBM, improved the ~~its own~~ profitability of Taihe, and also brought good investment returns to  BNBM.

**BNBMPLC-E-0004834-35**

7. The work of collecting debts and cracking down on fake products was carried out vigorously, and the enterprise achieved outstanding results in safeguarding of its rights

In 2006, the Company strengthened its efforts on safeguarding rights such as collecting debts and cracking down on fake products, and used legal means to protect its interest actively. In view of the situations where the counterfeiting of "Dragon" Brand gypsum boards was rampant in Beijing market and the counterfeiting of "Taihe" gypsum boards was rampant in Shandong market, which seriously jeopardized the Company's interest, we went deep into the  places where fake products were made and used, used ~~such~~ forces such as public security bureau, industry and commerce bureau and technical supervision bureau, adopted legal means, closed down fade products production lines, confiscated illegal assets, destroyed product counterfeiting bases, and actively safeguarded the Company's legal interest and corrected market environment. The Company also established a work group to collect over~~due~~ payments ~~from~~ for goods, launched the litigation and investigation of cases in past years, collected payments on the basis of confirmation of rights, classification and analysis of causes, and collected nearly ten millions yuan of old accounts with the effective cooperation of the Department of Comprehensive Commerce~~Trade~~ and all business departments. At the same

time, the Company made progress in two aspects of management work: "account period" and "collateral", the Department of Comprehensive ~~Trade~~ Commerce and all business departments have finished the arrangement and experimental work, and will fully implement them in 2007, thoroughly change the management work of BNBM's ~~debt~~ receivables collection from passive to active, and greatly increase marketing quality.

**BNBMPLC-E-0004836**

**IV. Adjusted the industrial development structure, and expanded the main business development scale**

For the strategic needs of further integrating Shandong Taihe gypsum boards, strengthening the controlling power over Shandong Taihe, ~~consolidating~~ reinforcing and developing the Company's leading position in gypsum board industry, and sharing the good profits of Shandong Taihe to a larger extent, in August 2006, under the strong support of CNBM and under the direct direction of Chief Song and Chief Cao, BNBM further purchased 23% of ~~stock rights~~ equity of Shandong Taihe, which made the Company's equity share in Shandong Taihe increase up to 65% in total, and the Company thus obtained the substantial equity control over Shandong Taihe; the Company purchased 30% equity in Jiangyin Tiashan Company, which were jointly held by two foreign shareholders Full Most Co., Ltd. and Hong Kong Rich Well, so far, Taihe and its sub~~sidiaries~~ordinate enterprises have finished the shareholder clear-up, and only keep the shareholders of local government, providers of raw materials and land like electricity plant and chemical fertilizer plant, which increased BNBM's controlling power and equity share, and simplified the Company's governance structure.

**BNBMPLC-E-0004837**

By means of the measures stated above, the Company's export business in own products realized a historical breakthrough, and products have been sold to 16 countries and regions including the United States, Australia, Papua New Guinea, United Arab Emirates, Qatar, South Korea, Taiwan, Hong Kong and so on,

**BNBMPLC-E-0004838**

the Company has achieved preliminary results in the construction of overseas market sales network, and successfully explored the markets in Central and South America and Africa, and its export business has entered onto a favorable development track. As of the end of 2006, according to the statistics in term of FOB price, BNBM finished USD 157.520 million of export and import volume in total, among which, the Headquarters finished USD 10.250 million, Suzhou Tianfeng finished USD 6.55 million, BND finished USD 74.94 million of export volume, BND~~BNBM~~ finished 56.47 million of import volume, and ~~-~~Taihe finished USD
9.31 million of export volume .

Except for gypsum board, mineral wool board and stud products, the export sales of PVC profile, doors & windows, the foreign aid project ~~export sales~~ also broke through the zero export in 2006; for external wall panel, except for the successful agreement with the South Korean exclusive distributor in 2005, the Company successively started negotiations with distributors from such countries and regions as Japan, Taiwan, European Russia, Russia Far East, Ukraine, Kazakhstan, Australia, Canada, the Middle East, Southeast Asia.

In the progress of internationalization, except for more efforts in exploration of product export business, the Company has actively looked for cooperation with the companies with complementary products; at present, our cooperation with Thailand Manhapan, Japan TOLI Corporation and Japan Yongjing has entered a substantive stage.

<u>**Partial Translation of BNBMPLC-E-0004827-0004847**</u>

<u>**BNBMPLC-E-0004827**</u>

BNBM Beijing New Building Material Public Limited Company

**Strengthen Operation, Accelerate Construction, Develop Harmoniously, Work Together to Create Success**

-----General Manager Bing Wang's work report at the 3rd meeting of 5th session of BNBM staff representative meeting

March 23, 2007

Leaders and representatives,

Hello!

First, I, on behalf of all the BNBM staff, would like to extend a warm welcome to all the leaders from CNBM Group and CNBM who are present at the staff representative meeting!

…

<u>**BNBMPLC-E-0004828**</u>

…

At the same time, in the aspect of international business, we devoted great efforts to develop international distribution network, insisted on the export of our own brands, especially did a large export scale of "BNBM" brand to the American market for the first time, competed with worldwide big brands on the same platform, and laid a good foundation for BNBM to build an internationally famous brand at a good time.

…

**WANG:  Exhibit 315**

**BNBMPLC-E-0004832**

…

After all newly-built production lines had put into normal production successively and the logistics had become more convenient, Shandong Taihe realized a stable increase in the sales prices of its products, gave full play to the brand, technology and quality brought about by the controlling shareholder BNBM and realized value increase, brought into play the leading effect and synergistic effect of BNBM, improved its own profitability, and also brought good investment returns to BNBM.

**BNBMPLC-E-0004834-35**

…

7.  The work of collecting debts and cracking down on fake products was carried out vigorously, and the enterprise achieved outstanding results in safeguarding of its rights

In 2006, the Company strengthened its efforts on safeguarding rights such as collecting debts and cracking down on fake products, and used legal means to protect its interest actively. In view of the situations where the counterfeiting of "Dragon" Brand gypsum boards was rampant in Beijing market and the counterfeiting of "Taihe" gypsum boards was rampant in Shandong market, which seriously jeopardized the Company's interest, we went deep into the places where fake products were made and used, used such forces as public security bureau, industry and commerce bureau and technical supervision bureau, adopted legal means, closed down fade products production lines, confiscated illegal assets, destroyed product counterfeiting bases, and actively safeguarded the Company's legal interest and corrected market environment. The Company also established a work group to collect due payments from goods, launched the litigation and investigation of cases in past years, collected payments on the basis of confirmation of rights, classification and analysis of causes, and collected nearly ten millions yuan of old accounts with the effective cooperation of the Department of Comprehensive Trade and all business departments. At the same

time, the Company made progress in two aspects of management work: "account period" and "collateral", the Department of Comprehensive Trade and all business departments have finished the arrangement and experimental work, and will fully implement them in 2007, thoroughly change the management work of BNBM's debt collection from passive to active, and greatly increase marketing quality.

…

<u>BNBMPLC-E-0004836</u>

**IV. Adjusted the industrial development structure, and expanded the main business development scale**

For the strategic needs of integrating Shandong Taihe gypsum boards, strengthening the controlling power over Shandong Taihe, consolidating and developing the Company's leading position in gypsum board industry, and sharing the good profits of Shandong Taihe to a larger extent, in August 2006, under the strong support of CNBM and under the direct direction of Chief Song and Chief Cao, BNBM further purchased 23% of stock rights of Shandong Taihe, which made the Company's equity share in Shandong Taihe increase up to 65% in total, and the Company thus obtained the substantial equity control over Shandong Taihe; the Company purchased 30% equity in Jiangyin Tiashan Company, which were jointly held by two foreign shareholders Full Most Co., Ltd. and Hong Kong Rich Well, so far, Taihe and its subsidiaries have finished the shareholder clear-up, and only keep the shareholders of local government, providers of raw materials and land like electricity plant and chemical fertilizer plant, which increased BNBM's controlling power and equity share, and simplified the Company's governance structure.

…

BNBMPLC-E-0004837

…

By means of the measures stated above, the Company's export business in own products realized a historical breakthrough, and products have been sold to 16 countries and regions including the United States, Australia, Papua New Guinea, United Arab Emirates, Qatar, South Korea, Taiwan, Hong Kong and so on,

BNBMPLC-E-0004838

the Company has achieved preliminary results in the construction of overseas market sales network, and successfully explored the markets in Central and South America and Africa, and its export business has entered onto a favorable development track.  As of the end of 2006, according to the statistics in term of FOB price, BNBM  finished USD 157.520 million of export and import volume in total, among which, the Headquarters finished USD 10.250 million, Suzhou Tianfeng finished USD 6.55 million, BND finished USD 74.94 million of export volume, BNBM finished 56.47 million of import volume, and  Taihe finished USD 9.31 million of export volume .

Except for gypsum board, mineral wool board and stud products, PVC profile, doors & windows, the foreign aid project export sales also broke through the zero export in 2006; for external wall panel, except for the successful agreement with the South Korean exclusive distributor in 2005, the Company successively started negotiations with distributors from such countries and regions as Japan, Taiwan, European Russia, Russia Far East, Ukraine, Kazakhstan, Australia, Canada, the Middle East, Southeast Asia.

In the progress of internationalization, except for more efforts in exploration of product export business, the Company has actively looked for cooperation with the companies with complementary products; at present, our cooperation with Thailand Manhapan, Japan TOLI Corporation and Japan Yongjing has entered a substantive stage.

...

ï»¿The strengthened management accelerates construction of the accord development to create good result - north General Manager Wang Bing is at the work reports on new building materials five sessions of three employee's representative conference

On March 23, 2007

Fellow leaders, everybody represent:
Hello!
First my representative northern new building materials staff member to coming to participate in the fellow leaders of Chinese building materials aggregation and Chinese building materials of employee's representative conference extends warm welcome!

2006 was the northern new building materials various work makes great breakthrough one year, may be called the northern new building materials Ã¢â‚¬Å"transition yearÃ¢â‚¬Â. In the Chinese building materials aggregation and Chinese building materials joint-stock company's strong leadership and under the great support, under the company board of directors's correct policy decision, especially under the Song sum total Cao Zong kind care, help and guidance, various northern new building materials work has made the breakthrough progress, especially finish six important matters:
(1) finish the national gypsum board industrial base's topology and selected location in the industrial development, one after another had purchased an approximately 1500 mu land in Jiangsu Taicang and Zhejiang Ningbo and Guangdong Zhaoqing and Hubei Wuhan and Liaoning Tieling and Yingkou and Sichuan Quang'an and other places before the national agrarian policy adjustment, was equivalent to has reforged Xisanqi Base outside Beijing, not only finish the topology for the gypsum board development, has laid the solid foundation for the northern new building materials next step development and other product expansions. This year various big gypsum board bases will begin construction according to the plan one after another.
(2) finish in the profession integration to the substantive holding of Shandong Taihe, the equity ratio from 42% added 65%, has obtained the substantive domination; Finish to the Suzhou day abundant 100% holdings, with the Suzhou mineral wool plate precision work production line integration in the same place, integrates the northern new mineral wool plate productive system integrated, this year will continue to make the technical transformation to upgrade, for the seizure southern mineral wool plate market display strategic function.
(3) makes the historical breakthrough in the brand build and marketing, accumulates after many years accumulates Bo Fa thick, northern new building materials Dragon, the Taishan gypsum board obtains Ã¢â‚¬Å"Chinese famous brand goodsÃ¢â‚¬Â in pairs title, the windows and doors, heat sinks, coating material and many other products obtains the national quality exempting from inspection title, the mineral wool plate obtains Ã¢â‚¬Å"Beijing famous brand goodsÃ¢â‚¬Â for the first time title. The northern new building materials have established the core product to obtain Ã¢â‚¬Å"Chinese famous brand goodsÃ¢â‚¬Â completely and Ã¢â‚¬Å"national quality exempting from inspectionÃ¢â‚¬Â and Ã¢â‚¬Å"Chinese conditions symbol product certificationÃ¢â‚¬Â three manufacturing industry Oscar prizes, the Long trade mark must obtain the Chinese well-known trademark the brand strategy. World conditioning first tall building 110 Ã¢â‚¬Å"Shanghai World Financial CenterÃ¢â‚¬Â, Asian maximum monomer hotel Macao Venetian hotel, the Beijing Olympic Games technical difficulty highest engineering Ã¢â‚¬Å"bird nestÃ¢â‚¬Â and Ã¢â‚¬Å"the Water CubeÃ¢â‚¬Â and so on selects the Long gypsum board light steel keel system one after another comprehensively, has established the northern new building materials market leader status and to the foreign capital gypsum board giant's competitive advantage. Meanwhile vigorously develops the international distribution network in the international presence, insisted that the private brand export, especially in the US market conditioning first time take Ã¢â‚¬Å"BNBMÃ¢â‚¬Â brand large-scale export, with various world big brands with Taiwan athletics, newly timely builds the international brand to build the foundation as north.
(4) the core technologies make the great breakthrough, has the profession lead besides the product innovation and patent, the gypsum board project build core technologies make the great breakthrough, will yearly produce 30 million square meters gypsum board production line in using the vanguard technology, higher product quality, under lower run cost premise, and will improve the control to reduce over 30 million Yuan through the technological innovation the construction cost.
(5) successfully finish the corporate strategy to comb, the organizational structure adjustment and operation flow reconstitution, the core business integration became three business areas: Takes the gypsum board and mineral wool plate as the core wall suspended ceiling service, takes the windows and doors and heat sinks as the core house

department service, takes the outer wall roofing surrounding protection material and new steel structure house and architecture the surrounding protection systems business as outside the core steel structure house. Company organizational structure adjustment is Ã¢â‚¬Å"account executive services department (decision-making power) + the operation commerce platform (carry out weight) + the function control (supervisory authority)Ã¢â ,¬Â Ã¢â‚¬Å"separation of powersÃ¢â‚¬Â model. The operation flow reconstitution also obtains the success, not only various services of company held the steady operation, and has the good quick growth.
(6) insisted that spoke with the digit, according to the flow management, by the systemic guarantee, the company operating results has implemented the persistent, steady and fast growth. The northern new building materials after many years development, have been possible to gain at present the check the company and hold the rising momentum at over 100 million Yuan top digit, the gypsum board principal work continues the production and marketing two prosperous and fast growths.
In 2006, after is the northern new building materials leadership team adjusts the conditioning third year. Since three years, the northern new building materials gypsum board business volume has grown about 10 times to amount to approximately 400 million square meters through the operations expansion, becomes Chinese maximum gypsum board aggregation. Along with gypsum board new round project build development of one after another, the northern new building materials estimated that will become Asian maximum gypsum board industrial group in 2007, becomes gypsum board your majesty that has the international influence. Mineral wool plate business volume grows 1 time to amount to 16 million square meters and keel services to be over 1 time through the purchase to amount to 55,000 tons through the project build growth, becomes China one after another conditioning first. Since three years, company's main business income has grown from 1 billion Yuan to about 3 billion Yuan, turns 2 to turn; The net profit grows from 70 million Yuan to over 140 million Yuan, doubles. The strong leadership that acquisitions of these result, cannot leave the Chinese building materials and vigorously supports, cannot leave Song Zong, Cao Zong and others leaders at all levels' correct policy decision and care help, cannot leave the general cadre staff's intelligence and ability and strives for success diligently, cannot leave the industrious sweat that northern new building materials several generations of sprinkle. Here, please allow me to care about that support and higher-up leader and cadre who staff helps the northern new building materials development and I grows here to express most heartfelt gratitude! Thank you!
Below my representative northern new building materials leadership team to fellow leaders and staff representative reported that 2006 year working condition and in 2007 the work idea, proposes everybody to represent the deliberation, requested earnestly fellow leaders to give the guidance to make corrections.
Conditioning first part of 2006 year work summaries

In 2006, the northern new building materials actively did the work according to the Chinese the requirements of building materials and northern new building materials board of directors, the gypsum board services department facing the keen competition, the production and marketing two prosperous, finish management index that the company has issued, was the recent years grows is quickest, achievement best one year; The crag mineral wool services department overcome all sorts of difficulties, the development market space, had made the big penetration in mineral wool plate other towns market area and other aspects vigorously; Just formed the tenable house department services department to appear in the synergistic effect on client and marketing channel initially, the external environment is good, the internal operation mass and staff morale greatly improve, was 2007 management has laid the good foundation; The outer wall and outside wall plate and roofing tile of project roofing system services department was in operation one after another nears, finish the Changzhou Li valuable conditioning factory and so on key demonstration project, has developed the subway tunnel and old building transformation and so on new market space, the international market that the development took Japan and South Korea vigorously primarily and obtained the South Korean Tristar Headquarters like this heavyweight order form, the service tendency development was good. Next reports specific management index finish the situation to the conference.
Management index finish situation (1) major economic indicator in 2006, the northern new building materials estimated that implements main business income approximately 3 billion Yuan, it is estimated that implements the net profit to grow compared to the same period last year over 20%.

(2) The main product production capacity 1, gypsum board production capacity 24,500 ten

thousand square meters (physical commodity quantity, without folding bid, similarly hereinafter), grows 3,988.45 ten thousand square meters compared to the same period last year, the increased range approximately 20%. And, the Long gypsum board production capacity 5,600 ten thousand square meters, grow 7% compared to the same period last year, the Taishan gypsum board production capacity 18,900 ten thousand square meters, grow 23.62% compared to the same period last year. The light steel keel production capacity 29,000 tons, grow 4,912.95 tons compared to the same period last year, the increased range approximately 20%.

2nd, the mineral wool plate production capacity 1,400 ten thousand square meters, grow 784,600 square meters compared to the same period last year, the increased range approximately 6%. And Long mineral wool plate production capacity 6 million square meters, grow 2.01% compared to the same period last year, the day abundant mineral wool plate production capacity 8 million square meters, grow 9.17% compared to the same period last year. The baking varnish keel production capacity 1,800 tons, grow 75 tons compared to the same period last year, the increased range 4.42%.

(3) Main product sales volume

1st, in 2006 the gypsum board sales volume 24,500 ten thousand square meters (physical commodity quantity, without folding bid), grew 4,536 ten thousand square meters compared to the same period last year, the increased range approximately 23%. And Long gypsum board sales volume 5,700 ten thousand square meters, grow approximately 26% compared to the same period last year; Taishan gypsum board sales volume 18,800 ten thousand square meters, grow approximately 22% compared to the same period last year. The light steel keel sales volume 29,000 tons, grow 4,752.95 tons compared to the same period last year, the increased range approximately 20%.
2nd, in 2006 the mineral wool plate sales volume 1,400 ten thousand square meters, grew 119 ten thousand square meters compared to the same period last year, the increased range 9%. And Long mineral wool plate sales volume 5.9 million square meters, grow 4% compared to the same period last year; Day abundant mineral wool plate sales volume 8.2 million square meters, grow approximately 17% compared to the same period last year. The baking varnish keel sales volume 1,730 tons, grow 92.25 tons compared to the same period last year, the increased range 5.63%.
Strengthens the marketing project, makes the solid domestic market, completely implemented the sales growth in 2006, the company marketing work was fruitful, achieves had the mentality, had the operation, had the result. Sells on commission the channel to obtain the optimization, market order obtains the standard, the market ability and product profitability are enhanced, not only has consolidated the northern new building materials in the traditional superiority area's sales status, moreover in relative weak trend market, has cultivated the good market environment, the sales of various products have implemented great scope growth.

The perfect marketing system and marketing organization builds, tries to sharpen the marketing organizing faculty

In 2006, various company big services department standards have established including the marketing department, sales outlet and technical support department three big departments' integrated marketing organizational systems, and has clarified the respective function positioning and responsibility division of labor, to comprehensively strengthen various services department's marketing capabilities.

In view of the product in the different regional market's competitive position, adopts the different competitive strategy. In the traditional superiority area, lifts out the dealer marketing channel's profitability with emphasis, had still implemented the sales volume significant growth in the original sales volume cardinal number big foundation; In the insufficiently ripening market, through the participation of major issue, implements the infiltration relatively to market, has created the good market environment, improved the popularity and influence of product.

Insisting the company many years consistent marketing strategy

The company insists Â¢â‚¬Å"in mass on, serves on, in price onÂ¢â‚¬Â the marketing strategy, perseveres the positioning of the quality product and high-end customer, carries out Song Zong, Cao steadfastly total about the product the instruction of marketing and price strategy, insisted that spoke with the digit, carrying out had the

mass sale. In 2006, in the competitor in abundance under the market environment that reduces prices to promote sales, after the careful analysis to market, the northern new building materials acts according to the market conditions prompt adjustment sale and price strategy, Long gypsum board for one year implements the nationwide character to rise in prices 6 times, the regional characteristic rises in prices 6 times. While rising in prices has implemented the sales volume significant growth, effectively has ensured implementation of corporation profit.
Shandong Taihe in various newly-built production line regular productions, improves material flow convenient in one after another the foundation, has implemented being steady and rising of customer price, has displayed the northern new building materials rises in value fully as the brand, technology and mass that the holding shareholder brings, displays the northern new building materials the lead effect and synergistic effect, sharpened Taihe's profitability, brings the good investment return to the north newly.
Sharpens the technical service capability and marketing commerce operational efficiency, the enhancement sale Ã¢â‚¬Å"soft strengthÃ¢â‚¬Â in 2006, the company increased the effort of the technical support and service, various services department initially formed the product project design, the technical training and site support technical service system, the use have carried on the technical training and visiting local dealer, to listen to the client for the dealer the opinion and recommended that and offered site support service and other forms, to walking the driving service transformed by the passive response service, has obtained the good market impact.

In sales work China, the company full display in the product and superiority in technical systematization, recommends the standard systematization application, not only simplified the program of system design, has led the systematization sale of product validly, improved the value added of product, moreover had guaranteed the mass of application, enables in the production standard a series of vanguard technology index to display the optimal benefit.

The standard channel control, strengthens channel build, sharpens the channel marketing capacity

In 2006, the company will sell one of work key points to place to strengthen in the sale on commission channel build and control: Has been clear about the certification standard of dealer, has set up the strict market access system, improved dealer's overall quality and market influence; Has improved to the examination of dealer, the key development support phase the consistent and regulation, actively develops the market, to have the good credit dealer with the company values and interest. Meanwhile, sells the discipline seriously, the perfect rules and regulation system, is built and consolidates with the core values phase the consistent marketing team.
Through the product innovation, improved market competitiveness in 2006, the company insisted that the variation marketing model, the product weeded through the old to bring forth the new unceasingly. The gypsum board services department have developed the membrana tectoria gypsum board and perforation membrana tectoria gypsum board, and met the demand of personalized decoration to win the market to pay attention by the outstanding product performance; The crag mineral wool services department release the beadlet rain and entire healthy serial products, strives to achieve Ã¢â‚¬Å"person altruism to have, human to have me to be newÃ¢â‚¬Â, strengthened the product competitive power. In 2007, the company will further also increase the technological innovation to launch into, releases has the competitive power, to have the technique content and profitability product.

Improves key landmark project marketing work, carries out the technical marketing and system sale, seizes marketing's high ground comprehensively

In 2006, followed all-around construction of Olympic engineering to start, the northern new building materials were selected one after another exclusive the Olympic conditioning first key project, was the technology is most complex, the requirements highest engineering - national stadium Ã¢â‚¬Å"bird nestÃ¢â‚¬Â, conditioning double point engineering - national natatorium Ã¢â‚¬Å"Water CubeÃ¢â‚¬Â and other Olympic projects. The coating material service and molding windows and doors service also becomes the first batch of engineering supplier in the Beijing 08 sharp engineering. The Chinese highest construction, at present is also the Shanghai World Financial Center in world conditioning first tall building, the Chinese maximum comprehensive hotel and first phase reaches the Macao Venetian hotels in 3000 guest rooms also

comprehensively to use the northern new series product. It is noteworthy that these projects not only use the party technical standard and quality requirement, moreover carries on a move of bid according to the international convention, various world big brands whole-heartedly participates in the emulation, may say that these projects competitive tenders, international level top brand decisive campaigns that carries on China, the northern new building materials by the first-class brand, the outstanding product quality and service, display the product system superiority to carry on the technical marketing, won this emulation comprehensively, fully has manifested the northern new building materials marketing team's competitive ability and northern new building materials product international competitiveness.

Settles a debt to attack the sellers of fake and low-quality goods conducts vigorously, corporation rights protection fruitful in 2006, the company enlarged specially has been settling a debt, has attacked the sellers of fake and low-quality goods and other rights protection efforts, actively safeguarded the company interests using the legal means. Ã¢â‚¬Å"TaiheÃ¢â‚¬Â gypsum board system is false in view of the Beijing market Dragon gypsum board and Shandong market, severely impairs the company interests the phenomenon, the thorough creating a false impression den and with the false site, uses public security, industry and commerce and engineering supervision bureau and other strengths, utilizes the legal means that seals up creates a false impression the production line, gives not to have the illegal property, smashes the creating a false impression den, actively has safeguarded company's legal advantage, has beautified the market environment. The company also forms the cleaning up trade receivable work team, started to old times sinking case suing, cause analysis carries on to press for payment in the true the foundation of weight, classified and, in various summary the vigorous coordinations of Department of Commerce and under services department, settles a debt history to return to funds near thousands of Yuan. Meanwhile, the company carries out Ã¢â‚¬Å"account sessionÃ¢â‚¬Â and Ã¢â‚¬Å"mortgage guaranteeÃ¢â‚¬Â two supervisory work also makes the progress, various comprehensive Department of Commerce and services department finish the disposition and pilot work, in 2007 will carry comprehensively out, from transfers the northern new building materials account receivable supervisory work thoroughly passively drivingly, greatly improves the mass of marketing.


Steadily advances the national industrial base to build, comprehensively implements the company industrial distribution developmental strategy

In 2006, the company according to the future of Chinese building materials examination three to the requirements of five years gypsum board development project, fully started the national gypsum board industrial base build topology, the gypsum board industrial base and new building materials industrial base in Guangdong in Zhaoqing Ningbo began one after another, Taicang, Wuhan, Quang'an, Tieling, Yingkou and other places have signed the government investment protocol, locks the land price, the project one after another comprehensively will also begin.
Besides the gypsum board industrial base build, the light steel keel, outside wall plate, cement tile and other projects are also deferring to the established plan steadily to advance, in 2006, the company yearly produced 3000 tons production line formally to start to produce in a Chengdu light steel keel phase of project, at present production and marketing two prosperous, implemented the same year to build, the same year to go into production, the same year to gain; The earlier build of Jinan Light Steel Keel Factory has been ready basically, and will go into production in the near future officially; The Suzhou outer wall hard and caked core innovation project and cement tile project have been completed one after another, and is in the trial production phase.
Company Shandong Taihe Corporation the gypsum plate-shaped feed lines is new in Weifang Anqiu, Jiangyin and Yunnan imen, Chongqing Jiangjin and Hebei Xibaipo, Wenzhou and Hunan Xiangtan and Liaoning Fuxin and other place, the extension project starts one after another builds or is in operation, according to the future three to five years gypsum board development project rapid promotion, to go down to various expense center has laid the solid foundation.
Along with the comprehensive propulsion of company nation industrial distribution strategy, the production cost that the industrial rational distribution brings is low, the material flow radius to be small, the market reaction rapidly and other superiority to appear gradually, in various places has played the beneficial role in market competitiveness in regard to the enhancement product.
Adjustment industrial development constitution, expands the principal work scale of development for further integration Shandong Taihe gypsum board strategic requirement, reinforces to Shandong Taihe's controlling force, consolidated and development

corporation in gypsum board profession leader, a greater degree shares the Shandong
Taihe's good income, in August, 2006, under the great support of Chinese building
materials, in Song Zong, under the Cao Zong direct command, the northern new building
materials further acquired the Shandong Taihe 23% stockholder's rights, made company's
ownership percentage sum total to Shandong Taihe to add 65%, has obtained to the
substantive holding of Shandong Taihe; Acquires lushly international the Jiangyin
Taishan Corporation 30% stockholder's rights that abundant and two outside shareholders
equals to have with Hong Kong, hence Taihe and subordinate company the shareholders
returned besides the local authority and power plant, fertilizer plant and other raw
material land supplier outside finished, improved the northern new building materials
controlling force and ownership percentage, simplified the corporate management
structure.

According to the mineral wool plate trade development strategy's requirement, acquires
the Suzhou day abundant 12% stockholder's rights, has implemented 100% holdings, and is
setting up the Suzhou mineral wool plate precision work line integration together
Suzhou northern the new building materials mineral wool plate limited company, makes
the technical transformation, improves in the south mineral wool plate market's
competitive power.

To further highlight the principal work, the centralized financial resource development
corporation core business, according to the company present stage developmental
strategy's requirement, further carried on to comb to the property and service,
transfers has given the company to bring the loss year after year the Shandong Merrill
Lynch bathroom 20% stockholder's rights, transferred had the fire hidden danger and
land denatured risk Shangdi branch trade building, has transferred the Zhonglian cement
9.9% stockholder's rights according to the strategic disposition of Chinese building
materials and so on, the above property operation has obtained the good investment
yield and takes back the complete fund completely one time, a transfer income over 100
million Yuan cash will have been used in the gypsum board project build.

Strengthens the brand build, prominent brand strategy

In mass, credit and in the brand resource base company many years accumulation, in
2006, the company tried to strengthen the brand build, the brand build as a company's
important strategy, and formulated various main business products to create Ã¢â
‚¬Â"Chinese famous brand goodsÃ¢â‚¬Â at the beginning of the year completely and Ã¢â
‚¬Â"national quality exempting from inspectionÃ¢â‚¬Â and Ã¢â‚¬Â"Chinese conditions
symbol product certificationÃ¢â‚¬Â three manufacturing industry Oscar prizes, the Long
trade mark must create the Chinese well-known trademark the target. On September 6,
2006, the northern new building materials Dragon gypsum board and Shandong Taihe Ã¢â
‚¬Â"TaishanÃ¢â‚¬Â gypsum board had the honor to receive the General Administration of
Quality Supervision, Inspection and Quarantine and Chinese brand strategy Propulsion
Committees gave Ã¢â‚¬Â"Chinese famous brand goodsÃ¢â‚¬Â hand in hand title, at present
is applying for the Chinese well-known trademark actively; The mineral wool plate and
light steel keel became the Beijing famous brand goods, this year and will report the
Chinese name brand next year one after another, windows and doors, radiator and other
products obtained the national exempting from inspection product title, outside wall
plate already through high-tech product technical appraisal.
In addition, the company also one after another obtained Chinese most influential paper
surface gypsum board brand to permutate the conditioning first, Chinese gypsum board
industry growth outstanding contribution award and in 2006 the Chinese most influential
corporation and national mass credit AAA grade corporation and national performance
test stable certified product and China to construct decoration finishing material
Bojia to feel relieved that the corporation and Beijing users satisfied the corporation
and so on a series of honors, played very vital role in regard to the lifting corporate
image.
Development international presence, the international market development made the
breakthrough progress vigorously 2006 is one year of northern new building materials
foreign trade work official development, establishes the market concept, intensified
the channel construction, drew the sale by the market, vigorously one year of
development self-management products outlet sale. In international presence work China,
company defers to Ã¢â‚¬Â"mold brand, implements flattening saleÃ¢â‚¬Â the guiding
principle, takes the outstanding product quality and service as the backing, insisted
that the independent brand export, implements the export to create the sign; Insisting
that the risk and control, take the RMB as the fixed price foundation circumvention

exchange rate risk, settles accounts the convenient client by the foreign exchange;
Constructs the global sale on commission system, through the direct development
overseas dealer, simplifies the intermediate link, has further lifted out the profit
space.

Through the above several measures, company's self-management products outlet service
made the historical breakthrough, the product has sold to the US, Australia, Papua-New
Guinea, United Arab Emirates, Qatar, South Korea, Taiwan, Hong Kong and other countries
and regions, the build of overseas market distribution won initial success, developed
Central and South American and African market successfully, the export business has
stepped onto the benign development the orbit. By the end of 2006, according to the FOB
price statistics, the northern new building materials finish the imports and exports
total 15,752 ten thousand dollars, this outlet finish 1,025 ten thousand dollars, the
Suzhou day abundant finish the export receipts 6.55 million dollars, the northern new
material flow finish to export 7,494 ten thousand dollars, the northern new material
flow finish to import 5,647 ten thousand dollars, Taihe finish to export 9.31 million
dollars.

Besides the gypsum board, the mineral wool plate and keel product, modelled the steel
molding, windows and doors and aid to foreign countries engineering export sales also
to make the export zero penetration in 2006; Outside the wall plate succeeded to sign
in 2005 the South Korean exclusive distributer foundation, started one after another
with Japanese, Taiwan and Europe and Far East, Ukraine, Kazakhstan, Australia, Canada,
Middle East, Southeast Asia and other countries and regions' the dealer negotiations.

In internationalization process China, company except for enlarging development
products outlet service, but also seeks for the product supplementary company to carry
out the cooperation actively, at present is climbing, the Japanese east principle and
Japanese Nagai's cooperation to be in the substantive phase with Thai.

The careful plan, the thorough implementation, the company share reform work
successfully finish the reform of split share structure is our country capital market
important institutional transformation, in 2006, in the Chinese building materials'
correct leadership and under the great support, under the vigorous coordination of
relevant facilitating agency, the northern new building materials share reform work
overcame the value level to be low, odd dealer quantity big and distributed broad,
communication difficulty big and so on numerous difficulties, after being more than two
months of arduous efforts, finally to circulate the stock shareholder 29.24%
percentages of people who voted, 79.12% approvals rate to obtain to pass smoothly.
While implementing company institutional transforms, has not produced any negative impact of
to the company any negative impact of production operation, and promoted company the
supervisory work of ir validly.

Enlarges the staff to train with development of talent effort, is the company rapid
growth offers the human support

According to the corporate strategy program and swift and violent development momentum,
in 2006, the company enlarged specially to the development of talent with the effort
that the staff trains, develops channel that the talented person has selected, develops
the mentality, boldly introduces the experienced professional managerial to hold the
post of the senior management post to the company.
In the employee development and training, the company promotes the young people who has
both ability and integrity boldly, offers the broad development platform for it, while
makes the contribution for the corporation implements personal value; Reinforces the
cooperation with exterior specialized human resources organization, detailed more than
150 people to participate in the marketing, research and development, the project
management, the human resources, financial, leadership and administration successively
and so on various content specialized knowledge and technical trainings; Holds the
first human resources year work seminar, on building of enterprise culture and new time
human resources management characteristic and labor exchange control and other aspect
problem development thorough communications.
Exemplary role that because the outstanding successes in labor management relation
control and plays in construction harmonious corporation, the company was jointly given
Ã¢â‚¬Å"2006 year nation harmonious labor exchange business excellenceÃ¢â‚¬Å by the
Chinese Enterprise Federation and Chinese entrepreneurs association title.
Improves the basic management, carries out the energy conservation consumption

thoroughly, carries out the production safety responsibility system

In QES management system operation, in facing Environmental Management System criteria change, the company defers to the services department system to accept the system verification for the first time, the mesoplasm association and UK unites the certification agency to carry on the system reevaluation verification together, the QES management system must carry on under the multiple challenges of period reevaluation, the company divides the work the adjustment according to the organizational structure change and department the result, has carried on the comprehensive revision to the QES management handbook and program file, and successfully adopted the changing version reevaluation verification of QES management system.

In quality control, the company through the improvement product quality control system, strengthened the quality awareness of the production unit and procurement unit, enabled the raw material supply mass and product quality to have further improved, had guaranteed smooth passing that the government product monitoring spot-checked, and obtained Ã¢â‚¬Å"Beijing to carry out total management outstanding contribution awardÃ¢â ‚¬Å; In energy conservation consumption, reinforced to the build of production plant cost appraisal system, under the guarantee mass's premise, reduces the cost through various methods and channels, the achievement is remarkable, like the mineral wool sheeting factory, through reducing Shan Hao, raising production capacity and research and development low density plate and other methods, only January to May, the unit cost compared to the same period last year reduces 0.61 Yuan; In production safety management, has safety incident's situation in view of the first half of the year, insisted defers to Ã¢â‚¬Å"four not to let offÃ¢â‚¬Å the principle to carry out the broad education propaganda promptly validly, has combed and has improved the production safety management system, established has taken the base company as the core safe production supervision and administration model, raised all staff's safety consciousness omni-bearingly, reinforced to the supervision and inspections of safe production, has carried out the safe production taking in a net type examination in the entire company range, carried on view of the problem of detection reorganizes thoroughly and ensure the safe production did not leave the dead angle; In environmental protection control, reinforced and control to salvaged material emission the monitoring, intensifies the conditions supervision and inspections, strictly according to the Beijing related check air pollution conditioning 12th phase related requirements, actively organizes the relevant departments to study, formulate and carries out the propulsion atmospheric environment comprehensive improvement work, and was evaluated the Haidian District 2006 year environmental protection advanced enterprise; In site management, uses the improvement rules and regulations, to reinforce the daily inspection and development Ã¢â‚¬Å"site management monthÃ¢â‚¬Å activity and so on various means to consolidate deepens the northern new building materials the fine tradition, has built neat, the production and working environment of safety and order.

Development control improvement, improved the corporation competitive strength continually, the operation ability of build and consolidated corporation rapid expansion in 2006, was to further improve corporation's competitive strength, the company had determined took the operational efficiency as the breaking through point, the work task of carrying out control improvement, to comprehensively raise company's operational efficiency and operation mass continually, built into the northern new building materials to the market and client's rapid reaction model corporation. Regarding this target, the company has carried on comprehensive combing to various management control systems, supplemented that improves the issue system more than 30 items, and will improve continually as the routinization work development , to promote the corporation management level persistent lifting; According to Ã¢â‚¬Å"specialization and synergistic effectÃ¢â‚¬Å the principle, the optimization adjusts the organizations and agencies continually: Be established Integrated Marketing Communications department is responsible for the brand build and promoted strategy of company level; According to Ã¢â‚¬Å"overall plan command, is responsible for specializedÃ¢â‚¬Å principle, tenable project build shares the secondary roles to carry on the design and facilities of shaping gypsum board project alternative; Strengthens the project build and control, the be established project examination approval department, has initially formed the operational mechanism that the operation and monitoring phase separated, effectively checked the project disbursement; In the summary Department of Commerce, advanced has taken the order as the flow reconstitution of core, raised the operational efficiency and operation mass, promoted the customer manager system to obtain the success, the end product control, the credit control and material flow traffic condition dramatically improves, has built a rapid reaction and standard control model sales commerce

platform, improved the product and service comprehensive competitive power and marketing system's soft strength.

Intensifies the technological innovation effort, consolidated and development in the competitive advantage in core technologies

At the beginning of 2006, according to company's strategic growth target, the technology center formulated has taken the gypsum board as the core and outside the mineral wool plate and cement the wall plate for the work plan of key point, with the aid of national level enterprise technical center's special status and function, actively carried out the foreign scientific and technological cooperation, conducted the research, development and design regarding the significant technology, the key technologies and forward-looking technology, forms supplementarily regarding that the specific product and production technology innovated with the production plant, promoted the northern new building materials comprehensive lifting core technologies level. For comprehensive lifting company product testing and examination technical capability, in 2006 the company also put into the large amount of funds procurement testing with the instrument and facilities, strove builds into from the hardware deployment and software capability general technology center laboratory building board laboratory that had the profession advanced standard.

In the foreign scientific and technological cooperation, company and Chinese building material research main hospital and Wuhan University of Technology and Beijing University of Science and Technology and Beijing University of Chemical Technology and Beijing University of Technology and Beijing Forestry University and other units also start to carry out the substantive cooperation, applied for and conducts various technical topic missions of national and Beijing together; In addition, organizes and participates in application country Ã¢â‚¬Å"25Ã¢â‚¬Å technical resistance point program 5 items, the participation application country 863 project 2 items, management application state development and reform commission Ã¢â‚¬Å"enterprise technology innovation taskÃ¢â‚¬Å project 1 item; In addition has many technical achievements to obtain the reward, the Chinese building material Group science and technology prize 6 items, the Beijing building materials industry association and Beijing Silicate Institution building material technological award wins an award 1 item, the Chinese building materials industry association building material S&T prize wins an award 1 item, the Beijing S&T prize wins an award 1 item, the building materials profession conditioning 12th outstanding engineering design prize 1 item, the Chinese Building materials Association technology innovation prize (has prize award item, result announcement), and at the beginning of the year has the honor to receive Ã¢â‚¬Å"Beijing technological innovation advanced unitÃ¢â‚¬Å the title.

Reinforces and attaches great importance to displaying corporation's community responsibility, makes to contribute the northern new building materials for the harmonious society while speeding up developing raises the economic efficiency, the attention and takes seriously corporation's community responsibility. The northern new building materials' industrial Course is the scientific development concept that close and central committee initiates , to promote the cyclical economy build the industrial guidelines holds highly consistent, joins the coal-burning power plant salvaged material sweetening gypsum in the gypsum board production process vigorously, and 100% uses the sweetening gypsum in the newly-built production line through the technological innovation, recycles waste, saved the substantial natural mineral resources for the country, reduced the environment contamination. Product substitution brick, may reduce the farming sabotage, moreover energy conservation environmental protection new building materials. The production of crag mineral wool also uses iron and steel plant's salvaged material blast furnace slag, carries on the resource multipurpose, the nurse resources, reduce the pollution, makes the great contribution for the energy conservation environmental protection, has implemented with the accord development of society.

As the big corporation in community, in the Haidian District conditioning 14th session of National People's Congress election at expiration of office terms work, Xisanqi Street Election Branch the northern new building materials determined that to include Beixinjituan, the northern new homeland and conditioning ninth electoral district group leader units of building materials Syli Community two big communities, and chooses the representative to place the area assignment this electoral district. After the positive preparation, the widespread propaganda and earnest tissue, successfully finish the election task. Through the election work, the company reinforced and communication of with community resident the communication, close contact with community resident.

Meanwhile, the company also actively does the practical work, to hold the matter for the local community. In view of the northern new homeland gate external memory in the serious traffic safety hidden danger, the company plans and prepares actively, repeatedly with the local authority negotiation and communication, eventually reaches the agreement with the Xisanqi street, invests by the northern new building materials and Xisanqi street together, is responsible for designing and constructing by the traffic control department, installs the traffic light outside the northern new homeland gate, completely solves the long-term threat company staff and family member's traffic safety hidden danger. In view of the company railway siding noise pollution, the company charges the relevant departments and railway department and community resident repeatedly consultation, has taken the effective action, utmost has solved the problem of noise pollution, obtained the authorization of community resident. Through does practical work, to hold the matter for the local community actively, obtained the universal praise of community resident, has formed the corporation and local community accord development aspect.

The northern new building materials also actively participate in the work for the public goods, when 2006 Chinese the Paralympic delegation competed in the Kuala Lumpur conditioning ninth Far South Sports Meeting, the northern new building materials gave money generously once more, perform the corporation to support China's disabled cause.

Comprehensive propulsion Ã¢â‚¬Å"four goodÃ¢â‚¬Â build leading body, introduces and perfect long-term mechanism

To implement and realize the 16th CPC Congress and 16 sessions thoroughly three, four, the Fifth Plenary Session spirit, comprehensive practice Ã¢â‚¬Å""The Three Represents"Ã¢â‚¬Â important thoughts, consolidated held the campaign achievement, improved the company leading bodies at all levels' overall quality and leadership, the promotion company reforms with the comprehensive, coordinated and sustainable development, in 2006, the company "about Conducted Ã¢â‚¬Å"Four GoodÃ¢â‚¬Â Leadership team To create Activity in State-owned business according to the Central Organization Department and SAC Party committee the Opinion" spirit and "China Building material Group Conducts Ã¢â‚¬Å"Four Leadership team To create the Activity Implementation plan requirements WellÃ¢â‚¬Â", established promptly has taken director Cao Jianglin as the creation of group leaderMoves the leading group and takes party committee assistant deputy secretaries and Deputy Manager Zhang Nailing as director's leadership group office. In light of the company reality, formulated company to conduct Ã¢â‚¬Å"four leadership team to create the activity implementation plan wellÃ¢â‚¬Â, and strict carried out this work according to the implementation plan, has yielded the good result. In little while ago Ã¢â‚¬Å"four goodÃ¢â‚¬Â leadership team to create at the activity assessment meeting, obtained the strong approval of Chinese Building materials Aggregation Party committee. The company will take this as the foundation, establishes and improves Ã¢â‚¬Å"four wellÃ¢â‚¬Â the long-term mechanism of build leading body, implements the scientific development concept, reinforces the political core leading role of party, the promotion company comprehensive, healthy and accord development.
Takes "Northern New Building materials" newspaper as the carrier, vigorously brings honor to and advocates the northern new enterprise culture "Northern New Building materials" newspaper is the corporate culture advocacy critical position, to the company worker and dealer, insists throughout around the core, serves the interests of the whole the guiding principle, insisted that healthy, active and upward, unites and encourage, the new principle, actively advocates the report company production operational management work trend and company advanced typical example outstanding fact, the team spirit and good people and good deeds, the reassignment general staff's work enthusiasms and enthusiasm, modern management's popularity and reputation, is corporation's production operation makes the contribution, in 2006 Chinese Enterprise Federation TissueÃ¢â‚¬Å"The conditioning fifth session of national enterprise interior publication excellence awardÃ¢â‚¬Â in evaluation, "Northern New Building materials" newspaper was given the special award, company Ã¢â‚¬Å"build advanced culture, builds corporation core competitivenessÃ¢â‚¬Â the building of enterprise culture project had the honor to receive Chinese building material Business management Association organized to evaluate Ã¢â‚¬Å"2006 year nation building materials enterprise culture outstanding achievement first prizeÃ¢â‚¬Â.

Reviews the annual work, during the affirmation result, learns the lessons, we also recognize that in process of enterprise development, but also has some problems and difficulties, mainly displays in:

(1) The company major part unit state of operation is good, but also some management unit distances finish 2006 the operation objectives also to have many differences, existed much objective difficult, especially the northern new house and north modelled newly-built from the beginning of the year budgets the difference to be big. Through the arduous struggle of entire cadre staff, timely makes the service adjustment and control improvement, in 2007 must make these units' states of operation markedly to change for the better.

(2) Various main business service tectonic plate big services department have not been able to implement the valid coordination in operation, market and other aspects, especially must actively enhance the communication cooperation in the gypsum board and mineral wool plate two big services department, needs to further produce the synergistic effect and northern new building materials whole competitive advantage on the area marketing system, must finishes balanced in the independence and integrity in the construction, the channel arrangement and marketing.

(3) The consciousness and must further reinforce to the basic management important understanding of basic management, especially in production safety management, must make constant and frequent grasp not unremitting, earnestly ensures the corporation and staff's personal safety and property.

(4) The achievements and salary reform made certain progress, the efficiency first gave dual attention to the fair thought to unify basically, the concrete plan propulsion was slow, lacked the valid method in staff drive.
In view of the above problem, company attaching great importance, is taking all measures in the full countermeasure's foundation up and down highly, will correct in future work and carries out.

Conditioning second part of 2007 year work plans in 2007, are the company implement three to key one year of five years development project, the company needs through this year's endeavor, to establish one for future rapid growth stably, the sustainable internal and external conditions foundation. In summarizing in 2006 in job performance and insufficient foundation, faces the new conditions and new mission that in light of the company this year, to completely achieve the operation objectives, the company presented the following operational policy:

The strengthened management adds the strength to speed up building to seek the development fine control to build up the internal strength display coordination to add the benefit

Regarding the above guidelines, in 2007 company will try to conduct the following several aspects to work:

1st, reinforces the department to build, strengthens the department responsibility, raises the operational management level.
In 2007, the company will take department to reinforce the grassroots level team to build as the unit: The services department must raise the management consciousness omni-bearingly, besides marketing work, but must pay attention to the production, procurement, technology, efficiency, mass and stock comprehensively, the game corporate system operates; The functional department must, offer the value-added service, to improve the efficiency angle display to affect and improve the work from the control risk and ensure implements the increment through the management activity; The Integrated Marketing Communications department must reinforce the marketing plan and brand build of company stratification plane; The comprehensive Department of Commerce must complete system services and ensure this year obtains the substantive improvement, improves company's soft strength.

2nd, speeds up the project build.

According to established plan propulsion project build, strives before June, various gypsum board bases begin comprehensively, at the end of this year 3 gypsum board production lines put into production.
3rd, strengthens the human resources build.

Increases the talent recruitment and raise effort, widely develops the employment advertize channel, the attraction has the personnel who the potential, loyal, bears hardships and stands hard work to join the company, completes the reserve of capable

people work; To the company existing staff, must vigorously improve the training and career development channel build and other work, the display company already has staff's potential and enthusiasm , to promote the fast growth of staff, satisfies the company rapid growth the demand.

Conducts Ã¢â‚¬Å"establishes job functions establishing a table of organization fixed memberÃ¢â‚¬Â work , to promote the scientific style, rationalization and ordering post control; Speeds up to advance the achievements and salary project, gradually implements the trail connection with market, develops the economical, enterprise and sentimental multiple release lever's function valid drive staff, implements with the company develops together.

4th, propulsion company internationalization process.
Carries out the requirements of Chinese building materials internationalization strategy, forms the mentality in internationalization, and has an action to perform, goes out of the company internationalization diligently conditioning first step, displays in the principal force function of Chinese building materials internationalization.

5th, strengthened brand build.
Completes Chinese well-known trademark declaration work and mineral wool plate, light steel keel and other product the Chinese famous brand goods declaration work, through the brand build, improves the product the added value, consolidates Long in the high-grade product market's competitive position and market appeal.

6th, improves the standardized control, improves the company to carry out the power.
Various the companies and departments must further strengthen Ã¢â‚¬Å"legislationÃ¢â‚¬Â consciousness, reinforces the system and flow build, causes various work to achieve the standardization and ordering; Item that resolved in regard to various companies and departments, must strengthen the monitoring to follow up, achieves the arrangement, to have the operation, to have the feedback, comprehensively improves company's operation power.

Summarized 2006 work, in the Chinese building materials' correct leadership and under the great support, under board of directors's correct policy decision and leader, in Song Zong, Cao Zong and others under the kindly care and help guidance of leaders at all levels, through staff members' joint effort, overcame difficulties, went all out, the reform and development of company yielded the substantial result, the company appearance had the encouraging change. Forecasts the new year, the northern new building materials have the confidence, to have the resolution according to the established strategic concept, comprehensively carries out the company rapid growth all measures, unity striving for success, creates again magnificently, comprehensively finish various indices that of production operation the higher command issues, makes the new bigger contribution for growing strong of Chinese building materials.

Thanks everybody!

Conditioning PAGE 14 pages of altogether NUMPAGES 21 pages

--- Summary Information ---
1: 936 PID_TITLE:
PID_SUBJECT:
PID_AUTHOR: Chen Yan PID_KEYWORDS:
PID_TEMPLATE: Criteria PID_LASTAUTHOR: chenhaoya PID_REVNUMBER: 3 PID_APPNAME: Microsoft Office Word PID_EDITTIME: Mon Jan 01 08:11: 00 CST 1601 PID_LASTPRINTED: Wed Apr 12 14:58: 00 CST 2006 PID_CREATE_DTM: Wed Mar 21 19:17: 00 CST 2007 PID_LASTSAVE_DTM: Wed Mar 21 20:21: 00 CST 2007 PID_PAGECOUNT: 1 PID_WORDCOUNT: 1917 PID_CHARCOUNT: 10932 PID_SECURITY: 0

--- Document Summary Information ---
PID_CODEPAGE: 936 PID_COMPANY: Beixinjituan PID_LINECOUNT: 91 PID_PARCOUNT: 25 17: 12824 23: 729018 PID_SCALE: false PID_LINKSDIRTY: false 19: false 22: false 1: 1200

**BNBM 北新集团建材股份有限公司**

# 强化经营 加快建设 和谐发展 共创佳绩

## ——王兵总经理在北新建材五届三次职代会上的工作报告

### 2007 年 3 月 23 日

各位领导、各位代表：

大家好！

首先我代表北新建材全体员工向前来参加职代会的中国建材集团和中国建材的各位领导表示热烈的欢迎！

2006 年是北新建材各项工作取得重大突破的一年，可以称为北新建材的"转折年"。在中国建材集团、中国建材股份公司的坚强领导和大力支持下，在公司董事会的正确决策下，特别是在宋总和曹总的亲切关心、帮助和指导下，北新建材各项工作取得了突破性进展，特别是完成了六件大事：

（1）在产业发展上完成了全国石膏板产业基地的布局和选址，在国家土地政策调整之前相继在江苏太仓、浙江宁波、广东肇庆、湖北武汉、辽宁铁岭和营口、四川广安等地购买了约 1500 亩土地，相当于在北京之外再造了一个西三旗基地，不但为石膏板发展完成了布局，也为北新建材下一步发展和其它产品扩张奠定了坚实的基础。今年各大石膏板基地将陆续按计划开工建设。

（2）在行业整合上完成了对山东泰和的实质性控股，股权比例从 42% 增加到 65%，取得了实质控制权；完成了对苏州天丰的 100% 控股，与苏州矿棉板精加工生产线整合在一起，完整融入北新矿棉板生产体系，今年将继续进行技术改造升级，为占领南方矿棉板市场发挥战略性作用。



第 1 页 共 21 页

BNBMPLC-E-0004827

BNBM 北新集团建材股份有限公司

（3）在品牌建设和市场营销上取得历史性突破，经过多年积累厚积薄发，北新建材旗下"龙"牌、"泰山"牌石膏板双双获得"中国名牌产品"称号，门窗、散热器、涂料等多项产品获得国家质量免检称号，矿棉板首次获得"北京名牌产品"称号。北新建材已经确立了核心产品要全部获得"中国名牌产品"、"国家质量免检"、"中国环境标志产品认证"三项制造业奥斯卡奖，龙牌商标要获得中国驰名商标的品牌战略。世界第一高楼110层的"上海环球金融中心"，亚洲最大单体酒店澳门威尼斯人酒店，北京奥运会技术难度最高的工程"鸟巢"、"水立方"等相继全面选用龙牌石膏板轻钢龙骨系统，奠定了北新建材的市场领导者地位和对外资石膏板巨头的竞争优势。同时在国际业务上大力发展国际经销网络，坚持自有品牌出口，特别是在美国市场第一次以"BNBM"品牌大规模出口，与世界各大品牌同台竞技，为北新适时打造国际名牌打好基础。

（4）核心技术取得重大突破，除了产品创新和专利取得行业领先优势之外，石膏板项目建设核心技术取得重大突破，年产3000万平方米石膏板生产线将在采用更先进技术、更高产品质量、更低运行成本的前提下，通过技术创新和加强管理降低3000万元以上的建设费用。

（5）顺利完成了公司战略梳理、组织架构调整和业务流程再造，公司核心业务整合成为三个业务领域：以石膏板和矿棉板为核心的墙体吊顶业务，以门窗和散热器为核心的住宅部品业务，以外墙屋面围护材料和新型钢结构房屋为核心的钢结构房屋及建筑外围护系统业务。公司组织架构调整为"业务经营事业部（决策权）+运营商务平台（执行权）+职能管理（监督权）"的"三权分立"模式。业务流程再造也取得成功，公司的各项业务



BNBMPLC-E-0004828

北新集团建材股份有限公司

不但保持了稳定运行，而且都有较好较快增长。

（6）坚持用数字说话，按流程管理，以制度保障，公司经营业绩实现了持续、稳健、快速成长。北新建材经过多年发展，目前已经可以把公司赢利控制在超过1亿元的高位并保持增长势头，石膏板主业继续产销两旺、高速增长。

2006年，也是北新建材领导班子调整后的第三年。三年以来，北新建材石膏板业务规模通过业务拓展、项目建设和收购兼并增长近10倍达到约4亿平方米，成为中国最大的石膏板集团。随着石膏板新一轮项目建设的陆续开展，北新建材预计将在2007年成为亚洲最大的石膏板产业集团，成为有国际影响力的石膏板大王。矿棉板业务规模通过购并增长1倍达到1600万平方米、龙骨业务通过项目建设增长超过1倍达到5.5万吨，相继成为中国第一。三年以来，公司的主营业务收入从10亿元增长到近30亿元，翻了2翻；净利润从7000万元增长到超过1.4亿元，翻了一番。这些成绩的取得，离不开中国建材的坚强领导和大力支持，离不开宋总、曹总等各级领导的正确决策和关心帮助，离不开广大干部员工的聪明才智和努力拼搏，离不开北新建材几代人洒下的辛勤汗水。在此，请允许我借此机会向所有关心、支持、帮助北新建材发展和我本人成长的上级领导、干部员工表示最衷心的感谢！谢谢你们！

下面我代表北新建材领导班子向各位领导和职工代表报告2006年度工作情况及2007年工作思路，提请各位代表审议，也恳请各位领导给予指导斧正。



BNBMPLC-E-0004829

北新集团建材股份有限公司

# 第一部分 2006 年度工作总结

2006 年，北新建材按照中国建材和北新建材董事会的要求积极开展工作，石膏板事业部面对激烈的竞争，产销两旺，完成了公司下达的经营指标，是近年来增长最快、业绩最好的一年；岩矿棉事业部克服种种困难，大力拓展市场空间，在矿棉板外埠市场区域等方面取得了较大突破；刚刚组建成立的住宅部品事业部在客户、销售渠道上的协同效应已初步显现，外部环境良好，内部运营质量和员工士气大大提高，为 2007 年的经营奠定了良好的基础；外墙及屋面系统事业部的外墙板、屋面瓦项目相继竣工投产在即，完成了常州丽宝第工厂等重点示范工程项目，开发了地铁隧道、旧房改造等新的市场空间，大力发展以日本、韩国为主的国际市场并取得韩国三星总部这样的重量级定单，业务势头发展良好。下面向大会汇报具体经营指标完成情况。

## 一、 经营指标的完成情况

（一）主要经济指标

2006 年，北新建材预计实现主营业务收入约 30 亿元，预计实现净利润比去年同期增长 20％以上。

（二）主要产品产量

1、石膏板产量 24,500 万平米（实物商品数量，未经折标，下同），比上年同期增长 3,988.45 万平米，增幅约 20％。其中，龙牌石膏板产量 5,600 万平米，比上年同期增长 7％，泰山牌石膏板产量 18,900 万平米，比去年同期增长 23.62％。轻钢龙骨产量 29,000 吨,比上年同期增长 4,912.95 吨，增幅约 20％。



BNBMPLC-E-0004830

BNBM 北新集团建材股份有限公司

2、矿棉板产量1,400万平米，比上年同期增长78.46万平米，增幅约6%。其中龙牌矿棉板产量600万平米，比去年同期增长2.01%，天丰矿棉板产量800万平米，比去年同期增长9.17%。烤漆龙骨产量1,800吨，比上年同期增长75吨，增幅4.42%。

（三）主要产品销量

1、2006 年石膏板销量 24,500 万平米（实物商品数量，未经折标），比上年同期增长 4,536 万平米，增幅约 23%。其中龙牌石膏板销量 5,700 万平米，比上年同期增长约 26%；泰山牌石膏板销量 18,800 万平米，比去年同期增长约 22%。轻钢龙骨销量 29,000 吨，比上年同期增长 4,752.95 吨，增幅约 20%。

2、 2006 年矿棉板销量 1,400 万平米，比上年同期增长 119 万平米，增幅 9%。其中龙牌矿棉板销量 590 万平米，比去年同期增长 4%；天丰矿棉板销量 820 万平米，比去年同期增长约 17%。烤漆龙骨销量 1,730 吨，比上年同期增长 92.25 吨，增幅 5.63%。

**二、 加强营销体系建设，做实国内市场，全面实现销售快速增长**

2006 年，公司营销工作卓有成效，做到了有思路，有行动，有结果。经销渠道得到优化，市场秩序得到规范，市场开拓能力和产品获利能力得到增强，不仅巩固了北新建材在传统优势区域的销售地位，而且在相对弱势的市场，也培育了良好的市场氛围，各项产品的销售均实现了较大幅度的增长。

（一） 完善营销系统和营销组织建设，着力提高营销组织能力

2006 年，公司各大事业部都规范建立了包括市场部、销售部、技术支



BNBMPLC-E-0004831

**BNBM** 北新集团建材股份有限公司

持部三大部门的完整的营销组织体系，并明确了各自的职能定位和职责分工，以全面增强各事业部的营销能力。

针对公司产品在不同地区市场的竞争地位，采取不同的竞争策略。在传统优势区域，重点提升经销商销售渠道的获利能力，在原有销量基数较大的基础上仍然实现了销量的大幅增长；在相对不够成熟的市场，通过重大项目的参与，实现对市场的渗透，营造了良好的市场氛围，提高了公司产品的知名度和影响力。

（二）坚持公司多年一贯的营销策略

公司坚持"质量上上，服务上上，价格中上"的营销策略，坚守优质产品与高端客户的定位，坚定不移地执行宋总、曹总关于产品营销与价格战略的指示，坚持用数字说话，推行有质量的销售。2006 年，在竞争对手纷纷降价促销的市场环境下，经过对市场的审慎分析，北新建材根据市场情况及时调整销售及价格策略，龙牌石膏板一年来实行全国性涨价 6 次，区域性涨价 6 次。在涨价的同时实现了销量的大幅增长，有效地保障了公司利润的实现。

山东泰和在各条新建生产线陆续正常生产，提高物流便捷性的基础上，也实现了产品销售价格的稳中有升，充分发挥了北新建材作为控股股东带来的品牌、技术与质量增值，发挥北新建材的带动效应和协同效应，提高了泰和的盈利能力，也给北新带来良好的投资回报。

（三）提高技术服务能力和营销商务运营效率，增强销售的"软实力"

2006 年，公司加大了技术支持与服务的力度，各事业部初步形成了产



BNBMPLC-E-0004832

**BNBM** 北新集团建材股份有限公司

品方案设计、技术培训、现场支持的技术服务体系，采用为经销商进行技术培训、拜访当地经销商、听取客户的意见和建议、提供现场支持服务等形式，由被动响应服务向走出去主动服务转变，取得了良好的市场效果。

在销售工作中，公司充分发挥在产品与技术体系化方面的优势，推介标准的体系化应用，不仅简化了系统设计的程序，有效带动了产品的体系化销售，提高了产品的附加价值，而且确保了应用的质量，使产品标准中的一系列先进技术指标发挥出最佳的效益。

（四）规范渠道管理，加强渠道建设，提高渠道销售能力

2006 年，公司将销售工作的重点之一放在加强经销渠道建设与管理上：明确了经销商的认证标准，建立了严格的市场准入制度，提高了经销商的整体素质和市场影响力；完善了对经销商的考评，重点发展扶持与公司价值观和利益相一致、规范经营、积极开拓市场、有良好信用的经销商。同时，严肃销售纪律，健全规章制度，建立并巩固与公司核心价值观相一致的销售队伍。

（五）通过产品创新，提高市场竞争力

2006 年，公司坚持差异化营销模式，产品不断推陈出新。石膏板事业部开发了覆膜石膏板和穿孔覆膜石膏板，以优异的产品性能和符合个性化装饰的需求赢得市场关注；岩矿棉事业部推出珍珠雨和全健康系列产品，争取做到"人无我有、人有我新"，增强了产品的竞争力。2007 年，公司还将进一步加大技术创新投入，推出更多有竞争力、有技术含量和盈利能力的产品。



BNBMPLC-E-0004833

**BNBM** 北新集团建材股份有限公司

（六）加强重点标志性工程项目营销工作，推行技术营销和系统销售，

全面占领市场营销的制高点

2006 年，伴随奥运工程的全面建设启动，北新建材陆续独家中标奥运第一重点工程，也是技术最复杂、要求最高的工程——国家体育场"鸟巢"、第二重点工程——国家游泳馆"水立方"等各大奥运项目。涂料业务和型材门窗业务也在北京 08 亮丽工程中成为首批工程供应商。中国最高建筑，目前也是世界第一高楼的上海环球金融中心，中国最大的综合性酒店、一期工程达 3000 间客房的澳门威尼斯人酒店也全面采用北新系列产品。特别值得一提的是，这些项目不仅全部采用国际先进技术标准和质量要求，而且按国际惯例进行招投标，世界各大品牌都是全力以赴参与竞争，可以说这些项目的竞标，是在中国进行的国际级顶级品牌大决战，北新建材以一流的品牌、优异的产品质量和服务，发挥产品体系优势进行技术营销，全面赢得了这场竞争，充分体现了北新建材营销团队的竞争能力和北新建材产品的国际竞争力。

（七）清欠打假蓬勃开展，企业维权卓有成效

2006 年，公司特别加大了在清欠、打假等维权的工作力度，运用法律手段来积极维护公司利益。针对北京市场"龙"牌石膏板、山东市场"泰和"石膏板制假猖獗，严重危害公司利益的现象，深入造假窝点和用假现场，利用公安、工商、技术监督局等力量，运用法律手段，查封造假生产线，缴没非法资产，捣毁造假窝点，积极维护了公司的合法利益，整治了市场环境。公司还成立清理应收货款工作小组，启动了对往年沉案的诉查，在确权、分类、原因分析的基础上进行追索，在综合商务部和各事业部的



第 8 页 共 21 页

ВПВМ 北新集团建材股份有限公司

大力配合下，清欠历史回款近千万元。与此同时，公司推行"帐期"和"抵押担保"两项管理工作也取得进展，综合商务部和各事业部已经完成了部署和试点工作，2007 年将全面推行，彻底将北新建材应收帐款管理工作从被动转为主动，大大提高营销的质量。

### 三、 稳步推进全国产业基地建设，全面实施公司产业布局发展战略

2006 年，公司按照中国建材审批的未来三到五年石膏板发展规划的要求，全面启动全国石膏板产业基地建设布局，宁波的石膏板产业基地、广东肇庆的新型建材产业基地已陆续开工，太仓、武汉、广安、铁岭、营口等地已经签定政府投资协议，锁定土地价格，项目也将陆续全面开工。

除石膏板产业基地建设外，轻钢龙骨、外墙板、水泥瓦等项目也在按照既定的计划稳步推进，2006 年，公司在成都轻钢龙骨一期项目年产 3000 吨生产线已正式开始生产，目前产销两旺，实现了当年建设、当年投产、当年盈利；济南轻钢龙骨厂的前期建设已基本就绪，并将于近期正式投产；苏州外墙板实心板改造项目和水泥瓦项目已相继竣工，并进入试生产阶段。

公司旗下山东泰和公司在潍坊安丘、江阴、云南易门、重庆江津、河北西柏坡、温州、湖南湘潭、辽宁阜新等地的石膏板线新、扩建工程相继启动建设或竣工投产，按照未来三到五年石膏板发展规划快速推进，为深入各消费腹地奠定了坚实的基础。

随着公司全国产业布局战略的全面推进，产业合理布局所带来的生产成本较低、物流半径较小、市场反应迅速等优势已逐步显现，对于增强公司产品在各地的市场竞争力发挥了有益的作用。



BNBMPLC-E-0004835

BNBM 北新集团建材股份有限公司

## 四、 调整产业发展结构，扩大主业发展规模

为进一步整合山东泰和石膏板的战略需要，加强对山东泰和的控制力，巩固和发展公司在石膏板行业的领军地位，更大程度地分享山东泰和的良好收益，2006 年 8 月，在中国建材的大力支持下，在宋总、曹总的直接指挥下，北新建材进一步收购山东泰和 23%股权，使公司对山东泰和的持股比例合计增加到 65%，取得了对山东泰和的实质性控股；收购丰茂国际和香港裕和两个外方股东合计持有的江阴泰山公司 30%股权，至此泰和及下属公司除了地方政府和电厂、化肥厂等原料土地供应商之外的股东清退完毕，提高了北新建材的控制力和持股比例，简化了公司治理结构。

根据矿棉板业务发展战略的需要，收购苏州天丰 12%股权，实现了 100%控股，并将苏州矿棉板精加工线整合在一起设立苏州北新建材矿棉板有限公司，进行技术改造，提高在南方矿棉板市场的竞争力。

为进一步突出主业，集中财务资源发展公司核心业务，根据公司现阶段发展战略的需要，进一步对资产和业务进行梳理，转让了年年给公司带来亏损的山东美林卫浴 20%股权，转让了存在消防隐患和土地变性风险的上地科贸楼，根据中国建材的战略部署转让了中联水泥 9.9%股权等，以上资产运作都取得了良好的投资收益并全部一次性收回了全部款项，转让所得超过 1 亿元的现金将全部用于石膏板项目建设。

## 五、 加强品牌建设，突出名牌战略

在公司多年积累的质量、信誉和品牌资源基础上，2006 年，公司着力加强品牌建设，把品牌建设作为公司的一项重要战略，并在年初就制定了各项主营产品要全部争创"中国名牌产品"、"国家质量免检"、"中国环境



第 10 页 共 21 页

BNBMPLC-E-0004836

标志产品认证"三项制造业奥斯卡奖，龙牌商标要争创中国驰名商标的目标。2006 年 9 月 6 日，北新建材"龙"牌石膏板与山东泰和"泰山牌"石膏板联袂荣获国家质量监督检验检疫总局和中国名牌战略推进委员会授予的"中国名牌产品"称号，目前正在积极申请中国驰名商标；矿棉板和轻钢龙骨已经成为北京名牌产品，今年和明年将陆续申报中国名牌，门窗、暖气片等产品已经获得国家免检产品称号，外墙板已通过高新技术产品技术鉴定。

此外，公司还相继获得了中国最具影响力纸面石膏板品牌排列第一、中国石膏板行业发展杰出贡献奖、2006 年中国最具影响力企业、全国质量信誉 AAA 等级企业、全国质量检验稳定合格产品、中国建筑装饰装修材料百佳放心企业、北京市用户满意企业等一系列荣誉，对于提升公司形象起到了非常重要的作用。

**六、 大力发展国际业务，国际市场开拓取得突破性进展**

2006 年是北新建材外贸工作正式开展的一年，也是建立市场观念，加大渠道建设力度，以市场拉动销售，大力开拓自营产品出口销售的一年。在国际业务工作中，公司按照"塑造品牌、实现扁平化销售"的指导思想，以优异的产品质量和服务为后盾，坚持自主品牌出口，实现出口创牌；坚持风险控制和管理，以人民币为定价基础规避汇率风险，以外汇结算方便客户；构筑全球经销体系，通过直接开拓国外经销商，减少中间环节，进一步提升了获利空间。

通过以上几种措施，公司的自营产品出口业务实现了历史性突破，产品销往美国、澳大利亚、巴新、阿联酋、卡塔尔、韩国、台湾、香港等 16



第 11 页 共 21 页

BNBMPLC-E-0004837

**BNBM 北新集团建材股份有限公司**

个国家和地区，海外市场销售网络的建设初见成效，成功地开发了中南美洲、非洲市场，出口业务走上良性发展的轨道。截至 2006 年年底，按 FOB 价格统计，北新建材完成进出口总额 15,752 万美元，其中本部出口完成 1,025 万美元，苏州天丰完成出口收入 655 万美元，北新物流完成出口 7,494 万美元，北新物流完成进口 5,647 万美元，泰和完成出口 931 万美元。

除石膏板、矿棉板、龙骨产品外，塑钢型材、门窗、援外工程出口销售在 2006 年也实现了出口零的突破；外墙板在 2005 年成功签约韩国独家经销商基础上，陆续启动了与日本、台湾、俄罗斯欧洲、俄罗斯远东、乌克兰、哈萨克斯坦、澳洲、加拿大、中东、东南亚等国家和地区的经销商谈判。

在国际化进程中，公司除了加大开拓产品出口业务，还积极寻找产品互补的公司进行合作，目前在与泰国曼哈攀、日本东理、日本永井的合作已都进入实质阶段。

## 七、 精心策划，周密实施，公司股改工作顺利完成

股权分置改革是我国资本市场一项重要的制度性变革，2006 年，在中国建材的正确领导和大力支持下，在相关中介机构的大力配合下，北新建材股改工作克服对价水平较低，散户数量大、分布广、沟通难度大等重重困难，经过长达两个多月的艰苦努力，最终以流通股股东 29.24%的投票率、79.12%的赞成率顺利获得通过。在实现公司制度性变革的同时，未产生对公司生产经营和快速发展的任何负面影响，并且有效地促进了公司的投资者关系的管理工作。

## 八、 加大员工培训与人才开发力度，为公司快速发展提供人才支持



BNBMPLC-E-0004838

**BNBM** 北新集团建材股份有限公司

根据公司战略规划和迅猛的发展势头，2006 年，公司特别加大了对人才开发与员工培训的工作力度，开拓了人才选聘的渠道，开拓思路，大胆引入经验丰富的职业经理人到公司担任中高层管理岗位。

在员工发展与培训方面，公司大胆提拔德才兼备的年轻人，为其提供广阔的发展平台，在为企业做贡献的同时实现个人的价值；加强与外部专业人力资源机构的合作，先后选派 150 多人次参加了营销、研发、项目管理、人力资源、财务、领导力、行政管理等多方面内容的专业知识与技能培训；举办首届人力资源年度工作研讨会，就企业文化建设、新时期人力资源管理特点及劳动关系管理等方面问题开展深入交流。

因在劳资关系管理中的突出成绩和在构建和谐企业方面起到的表率作用，公司被中国企业联合会、中国企业家协会联合授予"2006 年度全国和谐劳动关系优秀企业"称号。

**九、 加强基础管理，深入开展节能降耗，落实安全生产责任制**

在 QES 管理体系运行方面，在面临环境管理体系标准变化，公司首次按照事业部制接受体系审核，中质协、摩迪英联认证机构共同进行体系复评审核，QES 管理体系需进行周期复评的多重挑战下，公司根据组织结构变化和部门分工调整的结果，对 QES 管理手册和程序文件进行了全面的修订，并顺利地通过了 QES 管理体系的换版复评审核。

在质量管理方面，公司通过完善产品品质管理制度，强化了生产单位和采购单位的质量意识，使原材料供应质量、产品质量有了进一步提高，确保了政府产品监督抽查的顺利通过，并获得"北京市推行全面管理优秀贡献奖"；在节能降耗方面，加强了对生产工厂成本考核体系的建设，在保



BNBMPLC-E-0004839

BNBM 北新集团建材股份有限公司

证质量的前提下，通过各种手段和渠道降低成本，成果显著，如矿棉板工厂，通过降低单耗、提高产量、研发低密度板等方法，仅 1-5 月份，单位成本就比去年同期降低 0.61 元；在安全生产管理方面，针对上半年发生安全事故的情况，坚持按照"四不放过"的原则及时有效地进行广泛宣传教育，梳理和完善了安全生产管理制度，建立了以公司总部为中心的安全生产监督管理模式，全方位地提高所有员工的安全意识，加强了对安全生产的监督检查力度，在全公司范围内开展了安全生产拉网式检查，针对发现的问题进行彻底整改，确保安全生产不留死角；在环境保护管理方面，加强了对废弃物排放的监控与管理，加大环境监督检查力度，严格按照北京市有关控制大气污染第十二阶段的有关要求，积极组织有关部门研究、制定、落实推进大气环境综合整治工作，并被评为海淀区 2006 年度环境保护先进企业；在现场管理方面，采用完善规章制度、加强日常检查、开展"现场管理月"活动等多种方式来巩固深化北新建材的优良传统，营造了整洁、安全、有序的生产和工作环境。

**十、 持续开展管理改进，提高企业竞争实力，建设并巩固企业快速扩张的运营能力**

2006 年，为进一步提高企业的竞争实力，公司确定了以运营效率为突破口，持续推行管理改进的工作任务，以全面提高公司的运营效率和运营质量，将北新建材建设成为面向市场和客户的快速反应型企业。围绕这个目标，公司对各项经营管理制度进行了全面的梳理，补充完善发布制度三十多项，并将持续改进作为常规化工作开展，推动企业管理水平的持续提升；按照"专业化与协同效应"的原则，持续优化调整组织机构：成立整



BNBMPLC-E-0004840

BNBM 北新集团建材股份有限公司

合营销部负责公司层级的品牌建设与推广策略；按照"统筹指挥、专业负责"的原则，成立项目建设的共用班底进行石膏板项目方案的设计和设备选型；加强项目建设与管理，成立项目审查验收部，初步形成了执行与监督相分离的运行机制，有效控制项目支出；在综合商务部，推进了以订单为核心的流程再造，提高运营效率和运营质量，推行客户经理制度取得成功，成品管理、资信管理和物流运输情况大大改善，建设了一个快速反应、规范管理型的销售商务平台，提高了公司产品和业务的综合竞争力和营销系统的软实力。

**十一、　加大技术创新力度，巩固和发展在核心技术方面的竞争优势**

2006 年初，根据公司的战略发展目标，技术中心制定了以石膏板为核心、矿棉板和水泥外墙板为重点的工作计划，借助国家级企业技术中心的独特地位和作用，积极开展对外科技合作，围绕重大技术、关键技术和前瞻性技术进行研究、开发和设计，与生产工厂围绕具体产品和生产技术进行的创新形成互补，推动北新建材全面提升核心技术水平。为全面提升公司的产品试验与检测技术能力，2006 年公司还投入大量资金购置试验用仪器和设备，力争从硬件配置和软件能力上将技术中心实验室建设成为具有行业领先水平的建筑板材实验室。

在对外科技合作上，公司与中国建筑材料研究总院、武汉理工大学、北京科技大学、北京化工大学、北京工业大学、北京林业大学等科研单位也都开始进行实质性合作，共同申请并开展国家、北京市的各项科技课题任务；此外，组织并参与申请国家"十一五"科技支撑计划项目 5 项，参与申请国家 863 项目 2 项，主持申请国家发改委"企业技术创新能力建设"



BNBMPLC-E-0004841

BNBM 北新集团建材股份有限公司

项目 1 项；另有多项技术成果获得奖励，其中中国建筑材料集团公司科学技术进步奖 6 项，北京建材行业协会、北京硅酸盐学会建筑材料科技进步奖获奖 1 项，中国建材行业协会建筑材料科学技术奖获奖 1 项，北京市科学技术奖获奖 1 项，建材行业第十二次优秀工程设计奖 1 项，中国建材协会技术革新奖（有获奖奖项，结果尚未公布），并于年初荣获"北京市技术创新先进单位"的称号。

### 十二、　加强和重视发挥企业的社会责任，为和谐社会做出贡献

北新建材在加快发展提高经济效益的同时，非常关注和重视企业的社会责任。北新建材的产业路线是紧密和中央倡导的科学发展观、推动循环经济建设的产业方针保持高度一致，在石膏板生产过程中大力加入燃煤电厂废弃物脱硫石膏，并且通过技术创新在新建生产线 100%采用脱硫石膏，变废为宝，为国家节约了大量自然矿产资源，也减少了环境污染。产品替代砖，又可以减少耕地破坏，而且还是节能环保的新型建材。岩矿棉的生产也是采用钢铁厂的废弃物高炉矿渣，进行资源综合利用，节约资源，减少污染，为节能环保事业做出巨大贡献，实现了与社会的和谐发展。

作为社区里的大企业，在海淀区第十四届人民代表大会换届选举工作中，西三旗街道选举分会将北新建材确定为包括北新集团、北新家园、建材西里社区两大社区的第九选区组长单位，并将区委派选代表放在本选区。经过积极准备、广泛宣传、认真组织，圆满完成了选举任务。通过选举工作，公司加强了与社区居民的交流和沟通，紧密了与社区居民的联系。同时，公司还积极为当地社区办实事、办好事。针对北新家园大门外存在的严重交通安全隐患，公司积极筹划，多次与地方政府交涉和沟通，最终与



第 16 页 共 21 页

BNBMPLC-E-0004842

BNBM 北新集团建材股份有限公司

西三旗街道达成共识，由北新建材和西三旗街道共同出资，由交通管理部门负责设计和施工，在北新家园大门外安装红绿灯，彻底解决长期威胁公司职工及家属的交通安全隐患。针对公司铁路专用线噪声污染，公司责成有关部门与铁路主管部门和社区居民多次沟通协商，采取了有效措施，最大限度地解决了噪声污染的问题，得到了社区居民的认可。通过积极为当地社区办实事、办好事，得到了社区居民的普遍赞扬，形成了企业与当地社区和谐发展的局面。

北新建材还积极参与社会公益事业，2006 年中国残奥代表团出征马来西亚吉隆坡第九届远南运动会之际，北新建材再次慷慨解囊，尽企业所能支持中国的残疾人事业。

### 十三、 全面推进"四好"领导班子建设，建立和完善长效机制

为深入贯彻落实党的十六大和十六届三中、四中、五中全会精神，全面实践"三个代表"重要思想，巩固保持共产党员先进性教育活动成果，提高公司各级领导班子的整体素质和领导能力，促进公司改革和全面、协调、可持续发展，2006 年，公司根据中央组织部、国资委党委《关于在国有企业开展"四好"领导班子创建活动的意见》的精神和《中国建筑材料集团公司开展"四好"领导班子创建活动实施方案》的要求，及时成立了以公司董事长曹江林为组长的创建活动领导小组和以党委副书记、副总经理张乃岭为主任的领导小组办公室。结合公司实际，制定了公司开展"四好"领导班子创建活动实施方案，并严格按实施方案执行此项工作，取得了良好的成果。在前不久的"四好"领导班子创建活动考核会上，也得到了中国建材集团党委的高度评价。公司将以此为基础，建立并完善"四好"



BNBMPLC-E-0004843

BNBM 北新集团建材股份有限公司

领导班子建设的长效机制，落实科学发展观，加强党的政治核心领导作用，促进公司全面、健康、和谐发展。

### 十四、 以《北新建材》报为载体，大力弘扬和宣传北新企业文化

《北新建材》报是公司文化宣传的重要阵地，面向企业员工、经销商，始终坚持围绕中心，服务大局的指导思想，坚持健康、积极、向上、团结、鼓劲、出新的原则，积极宣传报道公司生产经营管理工作动态和公司先进典型的优秀事迹、团队精神和好人好事，调动广大职工的工作热情和积极性，增强企业的知名度和美誉度，为企业的生产经营做出贡献，在 2006 年中国企业联合会组织的"第五届全国企业内部报刊优秀奖"评选中，《北新建材》报被授予特等奖，公司"建设先进文化，打造企业核心竞争力"的企业文化建设项目荣获中国建筑材料企业管理协会组织评选的"2006 年度全国建材行业企业文化优秀成果一等奖"。

回顾全年的工作，在肯定成绩、总结经验的同时，我们也清醒地认识到，在企业发展的过程中，还存在一些问题和困难，集中表现在：

（一） 公司绝大部分单位经营状况良好，但也还有一些经营单位距离完成 2006 年的经营目标还有不少差距，也存在不少客观困难，特别是北新房屋和北新建塑距离年初预算差距较大。通过全体干部员工的艰苦奋斗，适时进行业务调整和管理改进，2007 年要使这些单位的经营状况明显好转。

（二） 主营业务板块各大事业部还未能在运营、市场等方面实现有效的协同，特别是在石膏板、矿棉板两大事业部要积极加强沟通合作，在区域营销系统上需要进一步发挥协同效应和北新建材整体的竞争优势，在重大工程、渠道安排、市场推广方面要在独立性和整体性上作好平衡。



第 18 页 共 21 页

BNBMPLC-E-0004844

BNBM 北新集团建材股份有限公司

（三） 基础管理的意识和对基础管理重要性的认识还需进一步加强，特别是在安全生产管理方面，要常抓不懈，切实保障企业与员工的生命财产安全。

（四）绩效与薪酬改革取得了一定进展，效率优先兼顾公平的思想基本统一，具体实施方案推进缓慢，在员工激励方面还缺少有效的手段。

针对上述问题，公司上下高度重视，在充分研究对策的基础上正在采取各项措施，在今后的工作中予以纠正和落实。

## 第二部分　2007 年度工作计划

2007 年，是公司实现三到五年发展规划的关键一年，公司需要通过今年的努力，为未来的快速发展奠定一个稳固的、可持续的内外部环境基础。在总结 2006 年工作成绩及不足的基础上，结合公司今年面临的新环境、新任务，为全面实现经营目标，公司提出如下的经营方针：

强化经营增实力　　加快建设求发展

精细管理炼内功　　发挥协同增效益

围绕上述方针，2007 年公司将着力开展以下几方面工作：

1、加强部门建设，强化部门职责，提高运营管理水平。

2007 年，公司将以部门为单位加强基层团队建设：事业部要全方位提高经营意识，除营销工作以外，还要全面关注生产、采购、技术、效率、质量、库存，模拟公司制运行；职能部门要从控制风险、提供增值服务、提高效率的角度发挥作用并改进工作，确保通过管理活动实现增值；整合营销部要加强公司层面的营销策划和品牌建设；综合商务部要做好系统服务工作，确保今年取得实质性改进，提高公司的软实力。



第 19 页 共 21 页

BNBMPLC-E-0004845

BNBM 北新集团建材股份有限公司

2、加快项目建设。

按照既定的计划推进项目建设，争取在 6 月份之前，各石膏板基地全面开工，今年年底有 3 条石膏板生产线建成投产。

3、加强人力资源建设。

加大人才招聘与培养力度，广泛拓展招聘渠道，吸引更多有潜力、忠诚、吃苦耐劳的人员加入到公司，做好人才储备工作；对公司现有员工，要大力加强培训、职业发展通道建设等工作，发挥公司既有员工的潜力和热情，推动员工的快速成长，满足公司快速发展的需求。

开展"定岗定编定员"工作，推动岗位管理的科学化、合理化、有序化；加速推进绩效与薪酬体系建设，逐步实现与市场的接轨，发挥经济、事业及感情多重杠杆的作用有效激励员工，与公司实现共同发展。

4、推进公司国际化进程。

落实中国建材国际化战略的要求，在国际化方面形成思路，并有所动作，努力走出公司国际化的第一步，发挥在中国建材国际化的主力部队作用。

5、强化品牌建设。

做好中国驰名商标的申报工作和矿棉板、轻钢龙骨等产品的中国名牌产品申报工作，通过品牌建设，提高产品的附加值，巩固龙牌在高档产品市场的竞争地位和市场号召力。

6、加强规范化管理，提高公司执行力。

公司及各部门要进一步增强"立法"意识，加强制度和流程建设，使各项工作做到规范化、有序化；对于公司及各部门决定的事项，要加强监



第 20 页 共 21 页

BNBMPLC-E-0004846

督跟进，做到有布置、有执行、有反馈，全面提高公司的执行力。

　　总结 2006 年的工作，在中国建材的正确领导和大力支持下，在董事会的正确决策和领导下，在宋总、曹总等各级领导的亲切关怀和帮助指导下，通过全体员工的共同努力，克服困难，锐意进取，公司的改革和发展取得了丰硕的成果，公司面貌发生了可喜的变化。展望新的一年，北新建材有信心、有决心按照既定的战略方针，全面落实公司快速发展的各项措施，团结拼搏，再创辉煌，全面完成上级下达的生产经营的各项指标，为中国建材的发展壮大做出新的更大的贡献。

　　谢谢大家！



BNBMPLC-E-0004847