<u>Partial Translation of BNBM(Group)-E-0005107-5115</u>

<u>BNBM(Group)-E-0005107</u>

## China National Building Material Group Corporation

## Administrative Measures for Appointing Representatives of Capital Contributors

### Chapter One        General Provisions

Article One  These Measures are specially formulated in order to strengthen the management of State-owned assets, protect the lawful rights and interests of capital contributors, ensure the value maintenance and appreciation of State-owned assets, and adapt to the needs for regulating the corporate governance structure and managing the representatives of capital contributors appointed by China National Building Material Group Corporation (abbreviated below as "the Group Corporation").

Article Two  These Measures are applicable to the representatives of capital contributors appointed to all the wholly-owned subsidiaries, controlled subsidiaries, associates and any other types of enterprises (referred to as enterprises hereinafter) having an asset relationship with the Group Corporation.

Article Three Management of the representatives of capital contributors includes the appointment (suggestion, recommendation), adjustment, evaluation, rewards and penalties, etc.

Article Four  The Group Corporation's Human Resources Department is the centralized management department for representatives of capital contributors, and it is specifically responsible for the work on selecting, appointing (recommending), adjusting, evaluating, giving rewards and penalties to,  the representatives of capital contributors.

### Chapter Two        Appointment

Article Five   Representatives of capital contributors refer to those board directors, supervisors, shareholder representatives, operational team members,

MTD Exhibit #52

BG: 7/15/15-7/18/15
Exhibit 249

chief financial officers, and others who are lawfully appointed by the Group
Corporation according to the capital contribution relationship,

**BNBM(Group)-E-0005108**

or the general managers, chief financial officers and others of any wholly-owned
enterprises which have not set up the board of directors.

Article Six    The appointment and removal procedures for the
representatives of capital contributors are performed according to the relevant
provisions in the "Administrative Measures for Appointment and Removal of
Group Corporation's Enterprise Management Personnel."

Article Seven        The scope of enterprises to which the Group
Corporation appoints representatives of capital contributors include:

(I)     Wholly owned enterprises;
(II)    Controlled subsidiaries, associate enterprises;
(III)   Other types of legal entities directly invested by the Group
        Corporation; and
(IV)    Important legal entities indirectly invested by the Group Corporation.

Article Eight The representatives of capital contributors who are
assigned overseas shall represent overseas property rights in the name of
the Group Corporation, and for those who need to represent the property
rights in the name of an individual, the legal notarization of property rights
should be processed according to relevant legal procedures after being
approved by the Group Corporation.

Article Nine  Basic qualifications that the representatives of capital
contributors should have

(I)     Possessing good political quality and working ethics, handling
        matters fairly, being self-disciplined and corruption free, being
        upright, being practical, being loyal to capital contributors, and
        being highly responsible for capital contributors;

(II)    Possessing a high level of operation and management skills, possessing rich practical experience and the attitude of respecting and loving the job, and being dedicated;

(III)   Familiarity with the knowledge and application of relevant laws and regulations such as "Company Law," "Economic Contract Law," "Law on Sino-Foreign Joint Venture Enterprises," as well as the relevant knowledge;"

(IV)   Relevant specialized knowledge required for the performance of duties;

(V)    Possession of ideas for modern enterprise operation and management and a certain level of capital operation management knowledge and abilities; and

(VI)   Possession of the attitude of reformation, innovation, exploration and advancement,

**BNBM(Group)-E-0005109**

and relatively outstanding performance and achievements in the actual work.

Article Ten   In order to implement the policies of making the Group Corporation's high level management personnel younger and more hierarchical, and to guarantee the transfer between the old and new management teams and the training of excellent young management personnel, focus shall be put on the selection of excellent young management personnel to act as the representatives of capital contributors.

Article Eleven       If any of the following situations occur, no one may be appointed as the representatives of capital contributors:

…

(V)    Those who hold the office as board chairmen, board directors, managers, or other positions in enterprises outside of the Group Corporation; or

(VI)   Individuals who have not paid off a relatively large amount of past due debts.

**Chapter Three      Rights and Responsibilities**

<u>**BNBM(Group)-E-0005110**</u>

Article Twelve      Representatives of capital contributors shall, in accordance with the "Company Law" and the articles of association of the enterprises to which they are assigned, exercise the powers of decision, management, supervision, etc., and undertake the corresponding responsibilities.

Article Thirteen     Representatives of capital contributors shall enjoy the following rights including, but not limited to:

(I)    To participate in the board meeting, supervisors' meeting, or the manager's office meeting (administrative office meeting) in the enterprises to which representatives are assigned in accordance with the articles of association;

(II)   To understand and examine the important decisions on business investment, equity joint venture, contractual joint venture of the enterprises to which representatives are assigned, and conduct consultation; and

(III)  To obtain and inquire about the financial statements and the balance sheets of the enterprises to which representatives are assigned .

Article Fourteen    Main responsibilities of the representatives of capital contributors include:

(I)    Carefully implementing and executing of the Party's path, guiding principle, policy, and the relevant laws and regulations of the State, obeying the articles of association and relevant rules of the enterprises to which representatives are assigned, and working hard to complete all tasks;

(II)   Carefully implementing and executing the Group Corporation's development strategy, scheme, and plan, give an expression of the

       Group Corporation's minds and requirements, faithfully protecting the lawful rights and interests of the Group Corporation;

(III)     Carefully implementing and executing the operational guidelines of the enterprises to which representatives are assigned, actively safeguarding the lawful rights and interests of the enterprises to which representatives are assigned, preventing asset loss, and increasing the effectiveness of asset operation;

(IV)    Proactively getting hold of and carefully analyzing the operational status and any existing problems of the enterprises to which representatives are assigned, timely providing suggestions or opinions on solving the problems;

(V)     Giving a written report on the situations of asset operation, change, capital increase or decrease, and existing problems of the enterprises to the Group Corporation at least once every half a year;

<b><u>BNBM(Group)-E-0005111</u></b>

       Important events or unexpected events should be timely reported;

(VI)    Those who caused loss to the parent company's investment due to negligence or mistake during work shall undertake the corresponding economic responsibilities, and those who violated the law shall undertake legal responsibilities; and

(VII)   Representatives of capital contributors have the duties of good faith and diligence to the enterprises to which they are assigned, are prohibited from obtaining personal interests by using the position and authority at the enterprise; are prohibited from receiving bribes or other unlawful income by using their authorities; are prohibited from encroaching on the enterprise's property; are prohibited from embezzlement of the enterprise's funds or lending the company's funds to others; are prohibited from opening an account to save or deposit enterprise assets using their own names or any other individuals' names; are prohibited from conducting the same type of business as that of the enterprise either by themselves or for others (enterprises); are prohibited from leaking enterprise secrets.

Article Fifteen        When the enterprise to which the representative is assigned  is involved in any of the following significant decisions, the representative shall request for instructions and give a written report to the Group Corporation beforehand. The decision can only be implemented after the Group Corporation gives a reply.

(I) The enterprise that has the board of directors selects and appoints, or changes its general manager, chief financial officer, or chief accountant;

(II) There are any decisions on significant investments and directions of operation;

(III) The enterprise has an investment increase plan, profit (income) distribution plan, or bond issuance;

(IV) The enterprise provides guarantees to any other entities;

(V) The enterprise's asset collaterals exceed one third of its net assets;

(VI) The enterprise experiences significant losses in operation, or is in the liquidation and is being acquired;

(VII) The enterprise discards, reports damages of, writes off, or transfers, fixed assets (excluding the normal discarding and write-off of fixed assets);

**BNBM(Group)-E-0005112**

(VIII) The enterprise is involved in merger, split-up, dissolution, acquisition (being acquired), or any plans that involve asset changes;

(IX) The enterprise causes losses of state-owned assets or jeopardizes the safety of state-owned assets because it violates laws or makes a significant operational mistake, or the enterprise is involved in litigation; or

(X) Any other matters that may affect the capital contributor's rights and interests.

Article Sixteen      If the enterprise to which the representative is assigned holds a board meeting, the representative of capital contributor shall report to the Group Corporation the topics of the meeting at least ten days before the holding of the meeting. The representative of capital contributor must execute the Group Corporation's intentions when deliberating and voting on the proposal.

Article Seventeen In the written reports submitted to the Group Corporation, the representatives of capital contributors shall clearly express their opinions on the matters reported, and provide reference for the Group Corporation's decision making.

For any enterprises, wholly-owned or controlled, with the board of directors, the chairman of the board of directors shall be responsible for reporting relevant situations to the Group Corporation;

For those with no board of directors, their legal representatives shall be responsible for reporting relevant situations to the Group Corporation;

For other controlled and associate enterprises, the representatives of capital contributors shall be responsible for reporting relevant situations to the Group Corporation (if there are more than one representatives of capital contributors, the Group Corporation shall appoint one person to report relevant situations).

#### Chapter Four        Evaluation, Rewards and Penalties

Article Eighteen      For representatives of capital contributors appointed by the Group Corporation, their work evaluations shall be conducted according to the relevant provisions of the Group Corporation, the focus of evaluation shall be put  on work performance (accomplishments of work goals),

**BNBM(Group)-E-0005113**

and the evaluation result shall be determined comprehensively based on the performance of responsibilities, the achievements from work, and the accomplishments of annual work goals.

Article Nineteen    The evaluations of representatives of capital contributors shall be conducted through the combination of regular evaluations, annual evaluations, and end-of-term evaluations.

(I) The representatives of capital contributors shall report their work to the Group Corporation in writing semi-annually. The Group Corporation can also ask the representatives for extraordinary work reports based on the situation of the enterprise to which the representative is assigned and on the performance of the representative.  The representatives of capital contributors shall be notified three days before the extraordinary work reports.

…

(III) The representatives of capital contributors shall report to the Group Corporation in writing their performance of responsibilities and last year's accomplishments of operational goals and information on investment income of the enterprises to which they are assigned by the end of February each year.

(IV) If the representative of capital contributor is also the operator, his or her operational performance shall be evaluated according to the board of director's measures on evaluating operators.

(V) At the expiration of a representative of capital contributor's term, a comprehensive evaluation for the term shall be made according to the comprehensive performance of his or her responsibilities within the term and the accomplishments of the term goals.

Article Twenty      The Group Corporation shall give rewards or penalties to representatives of capital contributors based on their annual or term evaluation results.

For representatives of capital contributors who report relevant situations to the Group Corporation in time according to provisions during their regular performance of responsibilities

**BNBM(Group)-E-0005114**

and assist the Group Corporation in taking measures to recover possible losses of assets or other interests, they can be given praises and rewards directly.

**Chapter Five          Replacements and Dismissals**

Article Twenty One        The representative of capital contributors shall be replaced or dismissed if one of the following causes arises:

…

(II) The representative is dismissed or replaced by the Group Corporation because of the need of the work;

(III) The equity of the enterprise owned by the Group Corporation is transferred;

(IV) The enterprise to which that the representative is assigned has spilt-up, merger, change in corporate form, dissolution, bankruptcy, or termination of contract;

(V) The representative fails to accomplish the work tasks for two consecutive years or fails the evaluations for two consecutive years;

(VI) The representative fails to report to the Group Corporation the situation of the entity to which he or she is assigned within the year according to provisions;

(VII) The representative fails to report to the Group Corporation according to provisions, reports false information, or causes losses of state-owned assets, more than twice (including twice) while significant decisions are being made; or

(VIII) The representative takes days off for more than three consecutive months or more than four months accumulatively within the year because of health conditions.

Article Twenty Two        The representative of capital contributor shall officially provide a written report to the Group Corporation if he or she wishes to resign. The representative shall not leave his or her job at will before the resignation is approved.

……

**BNBM(Group)-E-0005115**

……

**Chapter Six        Compensations**

Article Twenty Five        The salary system for the representatives of capital contributors during the term shall be "position-based salary." The standards of the position-based salary shall be implemented upon review and approval by the Group Corporation based upon different categories.

Article Twenty Six        Other compensations for the representatives of capital contributors during the term shall, according to relevant provisions of the Group Corporation, be implemented by referring to the standards of the enterprises to which they are assigned.

……

BNBM(Group)-E-0005107

Chinese building material Group Company limited

Delegated the representative of investor policing method first chapter always

The first article to improve the state-owned assets management, safeguards the funder legitimate rights and interests and ensure the state asset inflation-proofing and appreciation, and adaptation norm corporate management structure and Chinese building material Group Company limited (hereafter refers to as Group) to the need that delegating the representative of investor manages, special making this means.
The second article this means are suitable for dispatching have the property to relate all capitalizations, holdings, share-holdings or other types that enterprises (below call enterprise) the representative of investor with Group.

The third article management to representative of investor including (suggestion to the assignment of representative of investor and recommendation), adjustment, inspection, rewards and punishment.
The fourth article Group human resources department for representative of investor's returned students department, specifically is responsible for the match and assignment of representative of investor (recommendation), adjustment, inspection, rewards and punishment and other work.

The second chapter the committee sends the fifth representative of investor refers to Group dispatching the trustee, supervisor and the shareholder representatives, the senior manager members, the chief financial officers enterprise according to the investment relations according to law and others, has not set up the capitalization enterprise general managers, the chief financial officers of board of directors and others.

The sixth article representative of investor's appointing and dismissing procedure rests on "Group Enterprise Administrative personnel To appoint and dismiss the Policing method" relevant provision handles.
The seventh article Group delegated the representative of investor enterprise-wide to include:

(1) Capitalization enterprise;

(2) Controls stock and holds share of the enterprise;
(3) Other type legal entities of Group direct investment;

(4) Important legal entity of Group indirect investment.
The eighth article to beyond the border assignment's representative of investor should by Group dummy representatives overseas assets sovereignty, probably firmly by individual dummy representatives property rights, after Group authorizes, should according to the relevant legal procedure handle the legal notarization that the property rights are.

The ninth article basic condition that the representative of investor should have:

Page 1

BNBM(Group)-E-0005107

(1) Has high political fiberre and occupational ethics, handles matters impartially, is incorrupt and self-discipline, honest and upright work style, realistic, is loyal to the member, is highly responsible for the funder;
(2) Has high managerial and administrative expertise, has rich experience and love and devotion and is glad to the offer the spirit;
(3) Grasps and utilizes "Law of corporation" skilled, "Economical Law of contract", "Chinese-foreign joint venture Law of enterprise" and so on laws and regulation and related knowledge;
(4) Fulfills the responsibility necessary related specialized knowledge;
(5) Has modern enterprise management idea and certain capital operation management knowledge and ability;

(6) Has the reform innovation and exploring and developing spirit, and has a more outstanding performance and actual accomplishments in the practical work.

The tenth article to implement principle of Group higher managements youth oriented and echelon, the new replacing the old and to outstanding young administrative personnel the raise of security management troop, should pay great attention to detail the outstanding young administrative personnel to hold the post of the representative of investor.
The 11th article has one of following conditions, do not be delegated for the representative of investor:

(1) Not civil act ability or limit civil act ability;

(2) Because of violating to embezzle, invading the property, diverts the property crime or the destruction social economic order crime gives the criminal punishment or was eliminated the political rights execution not to expire over five years because of the crime;

(3) Holds the post because of poor management the trustee and main management person in charge in bankrupt settlement enterprise, and bankruptcy to enterprise has the personal liability, from the date of this business failure settlement termination not over three years;
(4) Holds the post because of illegally by cancellation of business license the legal representative in enterprise, and has the personal liability, from this enterprise by date of the cancellation of business license not over three years;
(5) The enterprise outside Group is other chairmen, trustees, managers or duties;
(6) Individual negative debt amount big due has not paid off.
The third chapter right and responsibility

The 12th article the representative of investor and sends into the stipulation of enterprise regulation to exercise other authorities that according to "Law of corporation" the decision-making, management and inspector general or award, and shoulders the corresponding responsibility.
The 13th article the representative of investor should enjoy including, but is not restricted in the following basic right:

BNBM(Group)-E-0005107

(1) Defers to the regulation to stipulate that participates to send into the enterprise board of directors, board of supervisors or the manager workshop (administrative workshop);

(2) The understanding and inquiry send into the significant management investment, joint capital and the cooperation decision-making enterprise, and carries on the consultation;

(3) Demands and inquiry sends into enterprise's financial reporting and balance sheet.

The 14th article representative of investor's primary responsibility includes:
(1) Carries out the line, principles, policy and country's party relevant laws and regulations earnestly, observes to send into the enterprise regulation and related rules and regulations, completes various work missions diligently;
(2) Carries out Group's developmental strategy and plan and plan earnestly, manifests Group's will and request, safeguards Group's legitimate rights and interests faithfully;
(3) Carries out to send into enterprise's operational policy earnestly, actively maintains to send into enterprise's legitimate rights and interests, prevents the asset, raises the asset benefit;
(4) Grasps on own initiative with carefully analyzes to send the problem that into the state of operation in enterprise and has, proposed promptly solves the suggestion or the opinion of question;

(5) At least every half year makes one time to send into the property operation, change and fluctuation enterprise to Group and has the written report of question; The matter of strategy or arises suddenly the item to report promptly;

(6) Disadvantageous or the fault causes the parent company investment losses because of the work, shoulders the corresponding economic responsibility, is against the law, shoulders the legal duty;
(7) The representative of investor to sending into enterprise has the good faith and assiduous duty, do not use in enterprise's status and authority seeks to obtain profit for oneself; Do not ask for other bribes or illicit income using the authority; Do not invade enterprise's property; Do not divert the business capital or lend money the company fund to others; Do not draws up by his names or by other names the enterprise assets the account memory; Do not manage or for other people (enterprise) management and this enterprise similar service; Do not divulge the enterprise secret.

The 15th article when involving to send into the enterprise following major decision, before the important matter, reported to Group written instruction that after Group replies, only then implementation.
(1) Sets up the enterprise selection and change enterprise of general manager, the chief financial officer and financial person in charge board of directors;
(2) Related significant investment and direction of management decision-making;
(3) Increasing funding of enterprise expands stock plan and profit (income)

Page 3

BNBM(Group)-E-0005107

allocative decision or issue debentures;

(4) Provides the guarantee for other units;
(5) The property mortgage surpasses enterprise net assets three points one;

(6) The enterprise manages has significant loss or occurred to reconcile is purchased;
(7) Enterprise's abandonment to fixed asset, writes off and cancels and transfer (excluding fixed asset normal abandonment, cancels situation);
(8) The business combination, was established separately, dismissed as well as purchased and other to involve the plan of property change;
(9) The enterprise causes the state asset to lose or threaten the state asset security as well as the enterprise because of the illegal or significant management fault involves the law case;
(10) Other possibly affect the member rights the item.
The 16th article sends into the enterprise to hold the board of directors, the representative of investor should before the conference convenes at least ten day conference subject report Group, the representative of investor must carry out Group's will when the deliberation vote.

The 17th article the representative of investor should indicate to the written report that Group submits to reporting the item the opinion, for Group decision-making reference.
Every capitalization and holding enterprise sets up board of directors, is responsible for reporting the related situation to Group by the chairman;
Has not set up the board of directors, is responsible for reporting the related situation to Group by the legal representative;

Other control stock and hold share of the enterprise be responsible to Group reporting by the representative of investor when the related situation (meets many representatives of investor, is assigned one person to report related situation by Group).
The fourth chapter inspection and rewards and punishment

The 18th article the representative of investor that Group sends out, its inspection according to the Group relevant provision, the key inspection work achievements (job objective completes situation), carries out the responsibility and work achievements and year job objective based on it completes the situation, the synthesis evaluation inspection result.
The 19th article the inspection to the representative of investor adopts the way that the daily inspection, the annual assessment and tenure in office inspection unify.

(1) The representative of investor written reports on activities to Group every half year one time, Group may also act according to send into the representative of investor working condition of enterprise situation and assignment, requests him to report on activities temporarily, reports on activities should three days ago to inform the representative of investor temporarily I;

Page 4

BNBM(Group)-E-0005107

(2) Holds the post to send into the representative of investor year of enterprise official to report on activities should, in having Group represents and sends in the conference that into the enterprise middle manager and staff representative or the board of directors represents attended together, and organizes the evaluation in the attending personnel scope by Group;

(3) Representative of investor before every year the end of February, must fulfill the responsibility situation to Group written report and sends into the enterprise previous year the operation objectives to complete the situation and investment yield situation;

(4) The representative of investor holds a concurrent post of the operator, when inspecting its operating results, according to the board of directors to the means execution that the operator inspects;

(5) Representative of investor expiration of the term of office, comprehensively fulfills the responsibility situation and tenure in office goal based on the tenure in office in achieves the situation, makes the tenure in office quality synthetic evaluation.

The 20th article Group rests on year or the tenure in office inspection result implements the rewards and punishment to the representative of investor.

To the daily resumption process, according to the stipulation to the Group prompt report form, and assists Group to adopt other properties or benefit losses that the measure recalls possibly creates, may give the commendation and reward directly.

The fifth chapter replacement with dismissing

The 21st article when the representative of investor presents one of following reasons, will be replaced or dismissed:

(1) I submitted the resignation;

(2) Because of the job requirement, Group dismisses or replaces;

(3) Group has enterprise transfer of share rights;

(4) The school into the enterprise establishes separately, merges and replaces the configuration of organization, dismiss, bankruptcy and severability of contract;

(5) Has not completed the work mission or consecutively for two years inspection consecutively for two years for the unqualified rank;

In (6) year has not reported to Group according to the stipulation is delegated the unit situation;

(7) When major decision twice above (inclusive) has not reported either the report false situation to Group according to the stipulation or causes the state asset losses;

(8) Because of the health reason, in the year is on leave continuously for more than three months or is on leave for more than four months.

The 22nd article the representative of investor requests to resign, must officially

Page 5

BNBM(Group)-E-0005107

propose the written report to Group, before has not obtained the authorization to resign, do not leave one's post arbitrarily.
The 23rd article in the representative of investor tenure of office achieves the legal retirement age, regardless of tenure in office or letter of responsibility and other agreements of agreements whether expires, no longer holds the post of the representative of investor, handles to remove from office directly and retirement according to the stipulated procedure.

The 24th article the representative of investor leaves a post, should accept the essential leaving a post audit or the tenure in office job evaluation.
The sixth chapter treats meets

The 25th article the representative of investor practices the post wage system during assignment, the post wage standard classifies the checking after Group carries out.
The 26th article representative of investor's other treatments during assignment, according to the Group concerned requirements, the reference sends into the enterprise standard execution.

The seventh chapter attaches 27th to act according to this means to be possible to draw up to hold the post of the measures for implementing that the different duty representative of investor manages separately.

The 28th article this means that if has with "Law of corporation" and national peripheral area conflicts the place, according to national relevant policies execution; Has not performed the matters concerned according to concerned requirements execution.
The 29th article this means are responsible for explaining by Group human resources department.

The 30th article this stipulation date of publication implements, original "Group Delegated Representative of investor Policing method" abolishes immediately.
PAGE PAGE 7

--- Summary Information ---
1: 936 PID_TITLE: Chinese building material Group Company limited PID_SUBJECT:
PID_AUTHOR: LENOVO User PID_KEYWORDS:
PID_TEMPLATE: Normal PID_LASTAUTHOR: yangfw PID_REVNUMBER: 5 PID_APPNAME: Microsoft Office Word PID_EDITTIME: Mon Jan 01 08:08: 00 CST 1601 PID_LASTPRINTED: Mon Oct 18 16:25: 00 CST 2010 PID_CREATE_DTM: Wed Dec 15 10:30: 00 CST 2010 PID_LASTSAVE_DTM: Tue Dec 21 09:34: 00 CST 2010 PID_PAGECOUNT: 9 PID_WORDCOUNT: 549 PID_CHARCOUNT: 3135 PID_SECURITY: 0

--- Document Summary Information ---
PID_CODEPAGE: 936 PID_COMPANY: LENOVO (Chinese) limited PID_LINECOUNT: 26
PID_PARCOUNT: 7 17: 3677 23: 786432 PID_SCALE: false PID_LINKSDIRTY: false 19: false 22: false

# 中国建筑材料集团有限公司
# 委派出资人代表管理办法

## 第一章 总 则

第一条 为加强国有资产管理，维护出资者合法权益，保证国有资产的保值增值，并适应规范公司治理结构和中国建筑材料集团有限公司（以下简称集团公司）对委派出资人代表管理的需要，特制订本办法。

第二条 本办法适用于派往与集团公司有资产关系的所有全资、控股、参股或其他类型的企业（以下称企业）的出资人代表。

第三条 对出资人代表的管理包括对出资人代表的委派（建议、推荐）、调整、考核、奖惩等。

第四条 集团公司人力资源部门为出资人代表的归口管理部门，具体负责出资人代表的选配、委派（推荐）、调整、考核、奖惩等工作。

## 第二章 委 派

第五条 出资人代表是指集团公司按出资关系依法派往企业的董事、监事、股东代表、经营班子成员、财务总监

BNBM(Group)-E-0005107

等，未设立董事会的全资企业总经理、财务总监等。

第六条  出资人代表的任免程序依据《集团公司企业管理人员任免管理办法》的相关规定办理。

第七条  集团公司委派出资人代表的企业范围包括：

（一）全资企业；

（二）控股、参股企业；

（三）集团公司直接投资的其他类型法人实体；

（四）集团公司间接投资的重要法人实体。

第八条  向境外委派的出资人代表应以集团公司名义代表海外资产主权，确需以个人名义代表产权的，经集团公司批准后，应按有关法律程序办理财产权属的法律公证。

第九条  出资人代表应具备的基本条件：

（一）具有较高的政治素质和职业道德，秉公办事，廉洁自律，作风正派，实事求是，忠于出资人，对出资者高度负责；

（二）具有较高的经营管理水平，有较丰富的实践经验和敬业爱岗、乐于奉献的精神；

（三）熟练掌握和运用《公司法》、《经济合同法》、《中外合资企业法》等相关法律法规和相关知识；

（四）履行职责必备的相关专业知识；

（五）具有现代企业经营管理理念和一定的资本运营管理知识与能力；

（六）具有改革创新、开拓进取精神，并在实际工作中

2

BNBM(Group)-E-0005108

有较为出色的表现和实绩。

第十条　为贯彻集团公司高级管理人员年轻化、梯队化的原则，保障管理队伍的新老交替和对优秀年轻管理人员的培养，应注重选派优秀年轻管理人员担任出资人代表。

第十一条　具有下列情形之一的，不得被委派为出资人代表：

（一）无民事行为能力或者限制民事行为能力；

（二）因犯有贪污、侵占财产、挪用财产罪或者破坏社会经济秩序罪被给予刑事处罚或者因犯罪被剥夺政治权利执行期满未逾五年；

（三）担任因经营不善而破产清算企业的董事、主要经营负责人，并对企业的破产负有个人责任的，自该企业破产清算完结之日起未逾三年；

（四）担任因违法被吊销营业执照的企业的法定代表人，并负有个人责任的，自该企业被吊销营业执照之日起未逾三年；

（五）在集团公司以外企业担任董事长、董事、经理或其他职务的；

（六）个人所负债务数额较大到期未清偿的。

## 第三章　权利与责任

3

第十二条　　出资人代表按照《公司法》及派入企业章程的规定行使决策、管理和监督或授予的其他权力，并承担相应的责任。

第十三条　　出资人代表应享有包括但不限于以下基本权利：

（一）按照章程规定参加派入企业董事会、监事会或经理办公会（行政办公会）；

（二）了解和过问派入企业的重大经营投资、合资、合作决策，并进行咨询；

（三）索取和查询派入企业的财务报表和资产负债表。

第十四条　　出资人代表的主要责任包括：

（一）认真贯彻执行党的路线、方针、政策和国家的有关法律法规，遵守派入企业章程及有关规章制度，努力完成各项工作任务；

（二）认真贯彻执行集团公司的发展战略和规划、计划，体现集团公司的意志和要求，忠实地维护集团公司的合法权益；

（三）认真贯彻执行派入企业的经营方针，积极维护派入企业的合法权益，防止资产流失，提高资产经营效益；

（四）主动掌握和认真分析派入企业的经营状况和存在的问题，及时提出解决问题的建议或意见；

（五）至少每半年向集团公司做一次派入企业的资产运

4

营、变更、增减情况及存在问题的书面汇报；重要事项或突发事项应及时报告；

（六）因工作不利或失误造成母公司投资损失的，承担相应经济责任，触犯法律的，承担法律责任；

（七）出资人代表对派入企业负有诚信和勤勉的义务，不得利用在企业的地位和职权为自己谋取私利；不得利用职权收取贿赂或其他非法收入；不得侵占企业的财产；不得挪用企业资金或者将公司资金借贷给别人；不得将企业资产以其个人名义或者以其他个人名义开立帐户存储；不得经营或为他人（企业）经营与本企业同类业务；不得泄漏企业秘密。

第十五条　在涉及派入企业下列重大决策时，要事前向集团公司书面请示报告，经集团公司批复后，方可实施。

（一）设立董事会的企业选聘、变更企业总经理、财务总监及财务负责人；

（二）有关重大投资、经营方向的决策；

（三）企业的增资扩股方案、利润（收益）分配方案或发行债券；

（四）为其他单位提供担保；

（五）资产抵押超过企业净资产的三分一；

（六）企业经营中发生重大亏损或发生清盘被收购；

（七）企业对固定资产的报废、报损、核销和转让的（不包括固定资产正常报废、核销情况）；

5

BNBM(Group)-E-0005111

（八）企业合并、分立、解散以及被收购等任何涉及资产变动的计划；

（九）企业因违法或重大经营失误造成国有资产损失或者危及国有资产安全以及企业涉及诉讼案件的；

（十）其他可能影响出资人权益的事项。

第十六条　派入企业召开董事会的，出资人代表应在会议召开至少十日前将会议议题报告集团公司，出资人代表在审议表决时必须执行集团公司的意旨。

第十七条　出资人代表向集团公司提交的书面报告中应表明对报告事项的意见，供集团公司决策参考。

凡全资和控股企业设立董事会的，由董事长负责向集团公司报告有关情况；

未设立董事会的，由法定代表人负责向集团公司报告有关情况；

其他控股和参股企业由出资人代表负责向集团公司报告有关情况（遇有多个出资人代表时，由集团公司指定一人报告有关情况）。

## 第四章　考核与奖惩

第十八条　集团公司派出的出资人代表，其考核按照集团公司相关规定，重点考核工作业绩（工作目标完成情况），

6

BNBM(Group)-E-0005112

依据其履行职责和工作业绩、年度工作目标完成情况，综合评定考核结果。

**第十九条**　对出资人代表的考核采取日常考核、年度考核和任期考核相结合的方式进行。

（一）出资人代表每半年向集团公司书面述职一次，集团公司还可根据派入企业情况和委派的出资人代表工作情况，要求其临时述职，临时述职应在三天前通知出资人代表本人；

（二）担任派入企业负责人的出资人代表年度述职应在有集团公司代表、派入企业中层管理人员、职工代表或董事会代表共同参加的会议上进行，并由集团公司在参会人员范围内组织测评；

（三）出资人代表每年二月底以前须向集团公司书面汇报履行职责情况和派入企业上年度经营目标完成情况及投资收益情况；

（四）出资人代表兼任经营者的，在考核其经营业绩时，按董事会对经营者考核的办法执行；

（五）出资人代表任期届满，依据任期内全面履行职责情况和任期目标达成情况，做出任期综合评价。

**第二十条**　集团公司依据年度或任期考核结果对出资人代表实施奖惩。

对在日常履职过程中，按照规定向集团公司及时报告相

7

BNBM(Group)-E-0005113

关情况，并协助集团公司采取措施挽回可能造成的资产或其他利益损失的，可直接给予表彰和奖励。

## 第五章   更换与解聘

第二十一条   出资人代表出现下列原因之一时，将被更换或解聘：

（一）本人提出辞职；

（二）因工作需要，集团公司解聘或更换；

（三）集团公司持有企业股权转让；

（四）派入企业分立、合并、更换组织形式、解散、破产、合同终止；

（五）连续两年未完成工作任务或连续两年考核为不合格等级的；

（六）年度内未按规定向集团公司汇报被委派单位情况的；

（七）重大决策时两次（含）以上未按规定向集团公司报告或报告虚假情况或造成国有资产损失的；

（八）因健康原因，年度内连续休假三个月以上或累计休假四个月以上。

第二十二条   出资人代表要求辞职，须正式向集团公司提出书面报告，在未获批准辞职之前，不得擅自离岗。

第二十三条   出资人代表在任期内达到法定退休年龄，

8

BNBM(Group)-E-0005114

无论任期或责任书等其他协议的约定是否到期，均不再担任出资人代表，按照规定程序直接办理免职和退休手续。

第二十四条　出资人代表离任的，应接受必要的离任审计或任期工作评价。

## 第六章　待　遇

第二十五条　出资人代表在任职期间实行岗位工资制，岗位工资标准由集团公司分类核定后执行。

第二十六条　出资人代表在任职期间的其他待遇，按集团公司有关规定，参照派入企业标准执行。

## 第七章　附　则

第二十七条　根据本办法可另行制订担任不同职务出资人代表管理的实施办法。

第二十八条　本办法如有与《公司法》及国家相关政策相抵触之处，按国家有关政策执行；未尽事宜按有关规定执行。

第二十九条　本办法由集团公司人力资源部门负责解释。

第三十条　本规定自公布之日起实行，原《集团公司委派出资人代表管理办法》即行废止。

BNBM(Group)-E-0005115