<u>Partial Translation of CNBMCO00327370 – 00327390</u>

<u>CNBMCO00327370</u>

**CNBM Co., Ltd. [2010] No.8**

The 6th Working Meeting

**Time**: June 11, 2010 (Friday) 14:30

**Location**: The Meeting Room at 16/F, China Building Materials Plaza

**Host**: Jianglin Cao

**Attendees**:

Head Office: Zhiping Song, Yimin Li, Shou Peng, Xingtai Cui, Dingjin Zhang, Zhangli Chang, Xue'an Chen, Jixin Yao, Jiaxiang Xiao, Bing Wang, Guobin Cai, Hongyan Pei, Xiaoping Xie, Shuhong Cui, Zhiping Liu, Jinyu Hu, Huirong Zheng, Ling Yin

…

BNBM PLC: Yu Chen, Tongchun Jia

…

<u>CNBMCO00327376</u>

…

6. Research on the land transfer and change of BNBM PLC

Based on the needs for BNBM PLC's overall relocation work, the Co., Ltd. plans to transfer three pieces of land it owns to the name of BNBM PLC.

7. Research on the personnel composition of the gypsum board business planning and development committee

MTD Exhibit #54

To realize the three year plan objectives for gypsum board business, actively seize resources, quickly complete the layout and do well the market synergy, the Co., Ltd. plans to establish a gypsum board business planning and development committee.

…

**CNBMCO00327384**

…

XVIII. Agreed to establish the gypsum board business planning and development committee

Committee director: Yimin Li

Deputy committee directors: Bing Wang, Tongchun Jia

Committee members: to be decided by the committee director and the deputy committee directors.

Main functions:

**CNBMCO00327385**

1. Summarizing up the current layout of gypsum board business

2. Making plans on the gypsum board business layout for the future three years, including the layout of resources and production lines, as well as the division of regions between BNBM PLC and Taishan Gypsum.

New projects of gypsum board business need to be first deliberated upon by the planning and development committee, and then can be submitted to the working meeting of the Co., Ltd.

XIX. Agreed the Co., Ltd. to entirely establish an enterprise annuity according to the overall principles and requirements as determined by the Group

XX. The first leaders of various business sections shall take responsibility in person and do a good job in the work of interim report. First, the work on production and operation shall be well carried out, particularly on the indicators the

investors care about, such as sales volume, price, gross margin, capacity utilization rate and net profit. Second, the Finance Department shall do a good job in the work on accounting treatment. Third, cooperation shall be given to the accounting firm for the review work, and the work of interim report shall be completed on time.

Attachment: Summary of the Speech Delivered by the Chairman Zhiping Song

Issued and signed by: _____

Issued and signed on (date): _____

…

CNBMCO00327370

Building materials stock [2010]8 number

When the sixth workshop within: On June 11, 2010 (Friday) 14:30

Selects: Chinese building materials building 16 conference room directors: Cao Jianglin

Attends the human:
This: Song Zhiping, Li Yimin, Peng Shou, Cui Xingtai, Zhang Dingjin,

Chang Zhangli, Chen Xuean, Yao Jixin, Xiao Jiaxiang, Wang Bing, Cai Guobin, Pei Hongyan, Xie Xiaoping, Cui Shuhong, Liu Zhiping, Hu Jinyu, Zheng Huirong, Yin Ling

Zhonglian cement: Zhang Jindong, Ren Zhenhe, Feng Yaoyin, Liu Bin, Shanghai Qingshan south cement: Zhang Jianxing, Li Shuhai, Xie Jiazhen, Quan Sen, Jiang Shangwen,

Huang Shixing, Zhao Jingjian

Northern cement: Zhang Chuanjun, king Shigeta

Northern new building materials: Chen Yu, Jia with the spring China duplicate material: Ren Guifang, Shen Yaping China building materials project: Feng Jianhua records the human: Zhang Jun

Main item on the agenda:
First, notifies in the May, 2010 production operation two, investment managements

1st, studies the southern cement operational headquarters item 2, to study the southern cement to acquire the Zhejiang three lion group Changxing gold nail building materials limited companies and other company surplus stockholder's rights items 3, to study south Huzhou to establish the sales company and mining industry company item 4, to study the northern cement and Hegang Hongtai cement limited company signs "Investment Agreement" and "Transfer of share rights Agreement" item 5, research snow-capped mountain Jingang increases the management scope item 6, to study the northern new building materials to set up the building materials innovation research institute limited company item 7, to study Chinese Building materials Project Subsidiary company changing the name item three, projects to construct 1, research Qingzhou Zhonglian two phases of daily production 6000 tons clinker cement production line project and Lunan Zhonglian 1#, The 2# cement clinker production line innovation project operation replies

2nd, studies the northern new building materials Henan Xingxiang and Anhui Huainan to yearly produce 30 million square meters gypsum board project public hearing to report

3rd, studies the northern new building materials Pingyi to yearly produce 30 million square meters gypsum board project change item

Page 1

CNBMCO00327370

Fourth, other items

1st, research establishes the joint reorganization special session system item 2, to study Hunan south personnel arrangements 3, research to delegate Guangxi south Dong, the supervisor personnel item 4, to study northern cement Dong, the supervisor personnel to adjust the item 5, to study the northern cement temporary party committee and temporary discipline inspection commission personnel to compose 6, to study the northern new land transfer change item 7, research gypsum board service plan development committee personnel to compose

8th, the research joint-stock company whole establishes the enterprise annuity item

9th, in deployment the newspaper works 10, notification board of supervisors centralized key inspection five, President Song Zhiping the speech abstract conference research and notification item:

First, notifies in May, 2010 production operation various service tectonic plate production operation wholes to be in May good.

Is good January to May production operation overall, but KPI target contrast still some disparities. At present, was apart from finished in the first half of the year also has more than 20 days, the time was tight, duty was arduous, pressure was big. Various service tectonic plates must race against time to go all out for 20 days, the member must compare the present situation and target, according to the request of production operation analysis meeting, arranges and arranges the production operation work earnestly, completes in the first half of the year the operation plan target.
Second, investment management 1, studies the southern cement operational headquarters item

Strategic cooperation agreement agreement that sign according to the Chinese building materials group and Zhejiang provincial government, the south cement headquarters will move to Hangzhou. The southern cement plans to apply to the Hangzhou municipal government in the Qianjiang new town construction operational headquarters office building. Qianjiang new town land area approximately 40 mu, volume fraction 10, floor space approximately 260,000 square meters.

2nd, studies the southern cement to acquire the Zhejiang three lion group Changxing gold nail building materials limited companies and other company surplus stockholder's rights items

According to the strategic growth plan and management conformity work's need, the south cement plans to acquire the Zhejiang three lion group Changxing gold nail building materials limited companies and other company surplus stockholder's rights.

3rd, studies south Huzhou to establish the sales company and mining industry

CNBMCO00327370

company item

In order to advance the marketing and mineral resource conformity, realizes the production and marketing separation and marketing is centralized, strives for the benefit maximization, south Huzhou plans to establish the sales company and mining industry company.

4th, studies the northern cement and Hegang Hongtai cement limited company signs "Investment Agreement" and "Transfer of share rights Agreement" item

According to the joint reorganization request, for the consummation region strategic layout, the north cement plans (to hereafter refer to as the Hongtai cement) to sign "Investment Agreement" with the Hegang Hongtai cement limited company and "Transfer of share rights Agreement".

5th, the research snow-capped mountain Jingang increases the management scope item

According to the production operation actual need, the snow-capped mountain Jingang plans to increase the management scope.

6th, studies the northern new building materials to set up the building materials innovation research institute limited company item

According to the joint-stock company in 2010 the fifth workshop resolution, the northern new building materials propose "the future science and technology city" development base project specific plan. In view of the fact that local authority requests to enter enterprise to set up the subsidiary company in the locality and pays taxes, the northern new building materials plan tenable wholly-owned - the building materials innovation research institute limited company, is responsible for the base project construction and operation.

7th, studies the Chinese Building materials Project Subsidiary company changing the name item

In view of the fact that Chinese building materials international construction project limited company changed the name as the Chinese building materials international construction project Group Company limited, its various subsidiary companies plan to carry on the name change.

Third, project construction

1st, the research Qingzhou Zhonglian two phases of daily production 6000 tons clinker cement production line project and Lunan Zhonglian 1# and 2# cement clinker production line innovation project begins to reply the Qingzhou Zhonglian two phases of daily production 6000 tons clinker cement production line project operation preparatory work to be ready basically, applies to begin.
Lunan Zhonglian 1# and 2# cement clinker production line innovation project operation preparatory work has been in place basically, applies to begin.

CNBMCO00327370

2nd, studies the northern new building materials Henan Xingxiang and Anhui Huainan
to yearly produce 30 million square meters gypsum board project public hearing to
report the project basic situation:
Project name

Construction content

The total investment (ten thousand Yuan) the project survey Henan Xingxiang project
yearly produces 30 million m2 gypsum board 10,500 project selected location Henan
Xingxiang health splendor Tangzhuang concentration of industries areas, from the
Xingxiang 20 kilometers. The periphery has new profit and other power plants, may
the fixed price and government sign long-term desulphurization gypsum goods supply
agreement, guarantees the raw material for a long time stable supply. The product
radiates south Henan and Shanxi and other places the market, gives full play to
local tax preference and other policies

Anhui Huainan project

Yearly produces 30 million m2 gypsum boards, 5000 tons keel

13,000

Project selected location Anhui Huainan economic development zone, from the Hefei
90 kilometers, peripheral close neighbor Huainan Luohe river and other power
plants, desulphurization gypsum fruitful in resources. The product radiates Anhui
and other places the market, gives full play to local rich coal resource and tax
preference and other policies

3rd, studies the northern new building materials Pingyi to yearly produce 30
million square meters gypsum board project change item

For the reduced investment, reduces the project construction cost, speeds up
advancing the project implementation scheduling, the northern new building
materials plan the reconciliation item construction project to yearly produce 20
million square meters.

Fourth, other items

1st, research establishes the joint reorganization special session system item to
speed up advancing the joint reorganization of core profit area, raises the joint
reorganization decision-making efficiency, the joint-stock company plans to set up
the joint reorganization special session system, meets the joint reorganization
urgent item to be possible to discuss through the special session first decided
that after the meeting, supplemented again consummates the verification flow.
2nd, studies Hunan south personnel arrangements considering Comrade Zhao Yuanxiang
in the assignment arrangement of Chinese building materials group, plans to adjust
it and Hunan the assignment south the south cement.
3rd, research delegated Guangxi south Dong, the supervisor personnel item according

Page 4

CNBMCO00327370

to the joint reorganization job requirement, the south cement planned to delegate Dong, supervisor to Guangxi.

4th, studies northern cement Dong, the supervisor personnel to adjust the item

According to the practical work need, the north cement plans to adjust Dong, the supervisor personnel.
5th, studies the northern cement temporary party committee and temporary discipline inspection commission personnel to compose the northern cement to plan to establish Chinese Communist Party North Cement limited company Temporary Party committee and Chinese Communist Party North Cement limited company Temporary Discipline inspection commission.
6th, studies the northern new land transfer change item according to the northern new building materials whole relocation job requirement, the joint-stock company plans to be respective three lands to transfer title of ownership to the northern new building materials name under.

7th, the research gypsum board service plan development committee personnel compose to achieve the gypsum board service three years plan goal, seizes the resources positively, rapidly completes the layout, completes the market to coordinate, the joint-stock company plans to form the paste board service plan development committee.
8th, the research joint-stock company whole establishes the enterprise annuity item to request and deploy according to Group that the joint-stock company plans the whole to establish the enterprise annuity.

9th, in deployment newspaper work

At present, selects to declaration key time, the joint-stock company deploys on the newspaper key emphasis.
10th, notification board of supervisors centralized key inspection item

State Council large state-owned enterprise Board of supervisors's centralized key inspection to company one month-long finished last week. In inspection process China, commercial management attaches great importance to and forms all levels of safeguard group, has made the thorough organization arrangement. Through the inspection, the board of supervisors gives to company's developmental strategy, the growth pattern, the enterprise culture and operating results affirmed highly that had discovered many luminescent spots, especially the joint-stock company joint reorganization and management conformity summarize to was good to experience gives has highly appraised.

In the inspection process, the board of supervisors also gave the improvement comment in the insufficiency that in joint reorganization, management conformity, asset management, accounting processing and other aspects had on the company. Joint-stock company regarding this highly attaching great importance, issues the question and improvement opinion that classification the board of supervisors asked the related enterprise. Various enterprises must reorganize according to the

Page 5

CNBMCO00327370

request earnestly, conscientiously raises the management level.

Conference resolution:

First, the southern cement operational headquarters construction work must steadily advance. Requests to form the work team:
The group is long: Yao Jixin

Vice-group leader: Chang Zhangli, Zhang Jianxing group: Are decided candidate by the group leader and vice-group leader

The work team must complete Qianjiang New town Headquarters construction investment survey, selling price survey, benefit survey and partner screening and stockholder's rights structure establishment and other work, provides the reference for the next step decision-making.
Second, agreed that the southern cement according to drawing up the plan acquires the Zhejiang three lion group Changxing gold nail building materials limited companies and other 7 company surplus stockholder's rights.
After business name at present ownership percentage transfer side name proportion price (ten thousand Yuan) purchase, the ownership percentage Zhejiang three lion group Changxing gold nail building materials limited company 63.00% Changxing five investment limited company 37.00% 11,366.4 100% Anhui three lion and German cement limited company 85.00% Changxing five investment limited company 15.00% 4,320.0 100% Changxing five electric power limited company 0 Zhejiang gold nail investment limited company 19.00% 1,413.6 100% Changxing five investment limited company 41.00% 3,050.4 Hong Kong days reach the international investment limited company 40.00% 2,976.0 Zhejiang three lion group five building materials limited company 6.75% Changxing five investment limited company 68.25% 6,552.0 100% Hua splendors (Hong Kong) the limited company 25.00% 2,250.0 Zhejiang three lionsGroup Xiao Pu cement limited liability company 51.00% Changxing five investment limited company 49.00% 588.0 100% Fuyang three lion cement limited company 44.80% Australia the abundant resources limited company 25.00% 6,000.0 69.8% Deqing three lion five building materials limited company 90.00% Zhejiang gold nail investment limited company 10.00% 100.0 100% requests fulfill the dependant program according to the stipulation first.
Third, agreed that sets up the Huzhou south cement sale limited company. Request:

1st, registered capital: 5,000 ten thousand Yuan.
2nd, ownership percentage: South Huzhou owns stocks 100%.

3rd, management scope: Cement and chamotte sale.
4th, personnel arrangements: Sets up the board of directors, (chairman, legal representative and general manager), Li Shuhai, Zhou Shaochang three members is composed of Lin Guorong. Sets up the board of supervisors, (board of supervisors presidents), Deng Yongli, the staff supervisor three members is composed of the forest sword. The financial person in charge holds the post of by Ye Jing. The company personnel hold a concurrent post of by the Huzhou south staff, not another increase personnel organizations.

Page 6

CNBMCO00327370

The request fulfills the dependant program according to the stipulation.
Fourth, agreed that south Huzhou acquires the Huzhou Mt. Meishan south cement
limited company to hold the Zhejiang Shanying group Changxing mining industry
limited company complete stockholder's rights, changes the name it as the Huzhou
south mining industry limited company, and increases funding. Request:
1st, registered capital: 3,000 ten thousand Yuan.
2nd, ownership percentage: South Huzhou owns stocks 100%.

3rd, management scope: The cement uses mining of limestone, from the sale of rock
selection limestone.
4th, personnel arrangements: Sets up the board of directors, (chairman and legal
representative), Xu Jiuyun, the Li Shuhai three members is composed of Lin Guorong.
Sets up the board of supervisors, (board of supervisors presidents), Deng Yongli,
the staff supervisor three members is composed of the forest sword. The financial
person in charge holds the post of by Ye Jing. The management level takes the
Zhejiang three lion existing mine management teams to set up as the foundation.
The request fulfills the dependant program according to the stipulation.
Fifth, agreed that the northern cement and Hegang Hongtai cement limited company
signs "Investment Agreement" and "Transfer of share rights Agreement". The request
is divided two steps the implementation:
The first step: The northern cement and Hongtai cement invest to form the Hegang
north cement limited company together (i.e. "north Hegang"), the north cement
contributes 6 million Yuan in the monetary form, owns stocks 30%; The Hongtai
cement and so on related fixed asset contributes 1,400 ten thousand Yuan by the
cement flour rubbing station that its has (other including capital surpluses), owns
stocks 70%;
The second step: After satisfying the agreement agreement item, 70% stockholder's
rights that the north cement let Hongtai cement has.
Personnel arrangements: Supposes the shareholder meeting, the Hongtai cement agreed
that the right to vote carte blanche northern cement at shareholder meeting
exercises it. Sets up the board of directors, (chairman and legal representative),
Wang Maotian, Hu Jinyu three members is composed of Zhao Jun. Does not set up the
board of supervisors, supposes supervisor 1, is held the post by Chen Donglin. The
chief financial officer was delegated by the board of directors.
The request fulfills the dependant program according to the agreement agreement and
concerned requirements.
Sixth, agreement snow-capped mountain Jingang management scope increases "limestone
mining, ultra fine dust production and sale".
The request fulfills the dependant program according to the stipulation.
Seventh, agreed that the northern new building materials set up in the wholly-owned
the building materials innovation research institute limited company. Request:
1st, registered capital: 5,000 ten thousand Yuan.
2nd, management scope: The building material and necessary original helping
material and the research and development of new energy materials production
technology and equipment, the design of new house, the property rents and
management and so on.
3rd, personnel arrangements: Sets up the board of directors, (chairman and legal
representative), Chen Yu, Yang Yanjun three members is composed of Wang Bing. Does

CNBMCO00327370

not set up the board of supervisors, supposes supervisor one, is held the post by Wang Shuai. The general manager is by Zhao Jinping.

The request fulfills the dependant program according to the stipulation.
Eighth, agreed that various Chinese building materials project subsidiary companies carry on to change the name, concrete is:
After before the change, corporate name changes, corporate name China building materials international construction project limited company Shenzhen subsidiary company China building materials international construction project Group Company limited Shenzhen subsidiary company China building materials international construction project limited company Bengbu subsidiary company China building materials international construction project Group Company limited Bengbu subsidiary company China building materials international construction project limited company Jiangsu subsidiary company China building materials international construction project Group Company limited Jiangsu subsidiary company China building materials international construction project limited company Beijing subsidiary company China building materials international construction project Group Company limited Beijing subsidiary company China building materials international construction project limited company Hainan subsidiary company China building materials international construction project Group Company limited Hainan subsidiary company China building materials international construction project limited company Dalian subsidiary company China building materials international construction project Group Company limited Dalian subsidiary company China building materials international construction project limited company Nanjing triumphant abundant cementThe industrial design research institute China building materials international construction project Group Company limited Nanjing triumphant abundant cement industry design research institute requests to fulfill the dependant program according to the stipulation.
Ninth, agrees with the Qingzhou Zhonglian two phases of daily production 6000 tons clinker cement production line project and Lunan Zhonglian 1# and 2# cement clinker production line innovation project beginning construction. The project total investment takes the preliminary design investment budgetary estimate that the joint-stock company examines and approves as the standard control. Qingzhou Zhonglian two phases of project time controls in 12 months; Lunan Zhonglian innovation project time control in 8 months, if this project implements by stages, the time that then each production line transforms controls in 8 months. Request:
1st, attaches great importance to environmental protection effort, fulfiling exactly "three at the same time" stipulation, improves the environmental management of project, guarantees the environmental protection standard.
2nd, after commencement of works, completes the site management, the strict control investment scale and time and ensure various project construction qualities and technical specifications, ensure the construction security.
3rd, after commencement of works, reported this batch of project progress regularly.
4th, grasps to carry out production preparation condition and ensure the project puts into production smoothly, realizes the economic efficiency earnestly.
5th, the Qingzhou project request initial starts to complete the marketing work from the construction period, guaranteed after the production market and sale, the

CNBMCO00327370

colleague consummates the powder to rub the systems assembly as soon as possible. Tenth, agreed that the northern new building materials Henan Xingxiang and Anhui Huainan yearly produces 30 million square meters gypsum board project to adopt the hearing procedure. The opinion is as follows:

1st, the northern new building materials may advance this batch of project initial work.

2nd, project implementation strict is conducted according to the Chinese building materials project management flow.

3rd, unifies the northern new building materials and development project of Taishan gypsum gypsum board and ensure in the target market effective coordination, enhances the market dynamics and sale works, the promotion produces to be able the use factor and production and marketing rate, devotes to the overall benefit maximization.

4th, the attention desulphurization gypsum resources originate, carry out the supply plan that maintains quality and quantity.

5th, full tax revenue that and other preferential policies using locality's crude fuel resources as well as the government provides.

11th, agreed that the northern new building materials Pingyi yearly produces 30 million square meters gypsum board project to carry on the following change:

Before the change,

After the change,

Construction project (ten thousand square meters/year) 3,000 2,000 total investments (ten thousand Yuan)

8,052

4,000 (estimate)

Construction plan

Expands one to yearly produce 30 million square meters gypsum board project

Uses the original annual production 20 million squares metric system plate-shaped feed line majority of equipment and workshop, increases the few equipment and civil engineering invests

The request fulfills the dependant program according to the stipulation.

12th, to speed up the joint reorganization in strategic region, raises the efficiency, the joint-stock company decided that sets up the joint reorganization special session system.

1st, conference function: Meets the joint reorganization project urgent item,

CNBMCO00327370

through the teleconference and so on special session form confirmed that joint reorganization agreement core article, raises the policy-making efficiency.
2nd, attending personnel:
Joint-stock company: Cao Jianglin, Chang Zhangli, Chen Xuean, Cai Guobin, Pei Hongyan, Xie Xiaoping, Liu Zhiping, Hu Jinyu;
Zhonglian cement: Cui Xingtai, joint reorganization region group leaders, vice-group leaders and relevant personnel;

Southern cement: Xiao Jiaxiang, Zhang Jianxing, Zhao Xufei, joint reorganization region group leaders, vice-group leaders and relevant personnel;
Northern cement: Zhang Chuanjun, Wang Maotian, Chen Donglin, joint reorganization region group leaders, vice-group leaders and relevant personnel.

3rd, convenes the procedure: Various cement tectonic plate cartel reorganization work people in charge may apply to hold the special session to the joint-stock company. This work specifically is often responsible for by Zhang Li.
13th, agreed that Comrade Zhao Yuanxiang no longer holds the post of the duty south the south cement and Hunan.
The request fulfills the dependant program according to the stipulation.
14th, agreed that south Guangxi sets up board of directors, (chairman), Cao Jianglin, Chang Zhangli, Zhang Jianxing, Jiang Xiaomeng five members is composed of Xiao Jiaxiang; Does not set up the board of supervisors, supposes supervisor one, is held the post by Zhao Xufei.
The request fulfills the dependant program according to the stipulation.
15th, agreed that delegated thunder Yongping for the north cement staff supervisor and Kiamusu north supervisor;
Agreed that delegated Hu Jinyu for the Kiamusu north and Kiamusu trustee Hongji, the snow-capped mountain Jingang, the Fushun Jingang, the Liaoyuan Jingang, the Tieling Jingang and Wei Tianjin Jingang, constructed the new cement supervisor;

Agreed that Li Xiuli no longer holds the post of the northern cement staff supervisor, the snow-capped mountain Jingang, the Fushun Jingang, the Liaoyuan Jingang, the Tieling Jingang and Wei Tianjin Jingang supervisor; Zhuang Chunlai no longer holds the post of the Kiamusu north and Kiamusu trustee Hongji, constructs the new cement supervisor; Yin Qunhao no longer holds the post of the Kiamusu north supervisor.

16th, agreed that the northern cement establishes the temporary party committee, the member: Wang Maotian (secretary), Zhang Chuanjun (assistant deputy secretary), Chen Donglin, Hu Jinyu, Zhao Jun.
Agreed that the northern cement establishes the temporary discipline inspection commission, the member: Chen Donglin (secretary), Yu Benliang, Liu Xiaohong.

The request authorizes according to the procedure reporting group party committee.
17th, the agreement joint-stock company will be respective three lands [card number: Beijing maritime country with (2004) No. 3108 and Beijing maritime country with (2004) No. 3181 and Beijing maritime country with (2005) No. 3271] total area 8857.26 square meters transfer title of ownership to the northern new building

CNBMCO00327370

materials name under.
Requests the northern new building materials to implement the moving preferential
tax policy, and fulfills the dependant program according to the stipulation.
18th, agreed that forms the joint-stock company gypsum board service plan
development committee.

Main no matter what: Li Yimin;
Assistant director: Wang Bing, Jia with spring;

Venezuelan: Were decided by the director and assistant director.
Main function:

1st, carries on the summary to gypsum board service layout;
2nd, carries on the plan to the future three years gypsum service layout, including
the regionalism of resources, production line layout as well as northern new
building materials and Taishan gypsum.

On the gypsum board service new project must after the plan development committee
studies be able on the joint-stock company workshop.
19th, the agreement joint-stock company according to the group definite overall
principle and request, the whole establishes the enterprise annuity.
20th, various service tectonic plate members must be responsible for personally,
complete the newspaper work. First, to complete production operation work, the
sales volume, price and ratio of margin that particularly the investor pays
attention, produce to be able use factor and net profit and other targets. Second,
finance department must complete related bookkeeping processing and other work.
Third, to coordinate the accounting firm completes scrutinization, completes the
newspaper work on time.
Appendix: President Song Zhiping speech abstract under-signed: _____

Signing and issuing time: _____

Delivering:
Chinese building materials group, various directors of corporations, supervisors,
this leaders and departments, various joint-stock company unit appendices:
President Song Zhiping speech abstract listened to everybody's data report, the
overall to feel that first five month everybody quite diligently, the result was
also good, but good inside also had the concealed worry.

The bulletin of group I also looked, is quite good, by the end of May, the sales
revenue of entire group is 44 billion, compared to the same period last year
increases 62%, profit 1.3 billion, increase 50% compared to the same period last
year, the cement sales volume increased 38%, the gypsum board growth rate is also
quite big. But the rise in price of first five month water, electricity and coal,
the cement price and compared to some drops, some also rose last year the
insufficient ideal, two side pushes to affect our a half profit for the year. At
the end of June the first half of the year had finished, every year we have report,
the pressure can be imagined.

CNBMCO00327370

Today's workshop, everybody carefully analyzes our situations and situations, how to pay special attention other twenty days to complete newspaper completely, especially completed the second half of the year work to carry on the earnest arrangement, this was very good, was very important. Below I delivered the words.

About situation

Looking from the international situation, recently Europe had problems, first is Greece, latter is Hungary, the entire euro falls is very fierce. Europe's question also has certain uncertainty, has cast very big shadow to the international financial circles. The question is similar, like spends, the financial innovation and government to lend money and so on excessively, has certainly caused this kind of result this economical growth mode to the certain extent, moreover everybody relates, everyone Cannot cultivate one's own moral worth. For these days the American situation was good, to everybody some comforts.

The home mainly attacks the high house price. The attack house price did not fear actually that the key is the corresponding finance and other policy readjustments. After these policies come out, has had the negative influence to the entire investment and psychological expectation.

But my view, the total glass and cement general trend is good, because has limited the addition. We want the unification idea in this question, the cement and glass are "two high remain", has no need shyly, moreover we are request Gongxinbu and Development and Planning Commission do not reopen the newly-built strobe, hopes that can control the quantity change supply-demand relationship.

Recently first quarter's environmental protection target came out, emission serious exceeding the allowed figure, the central decision adopts the iron skill, limits steel and iron, cement and other professions to increase, simultaneously enlarges eliminates dynamics, the cement must eliminate 92 million tons this year, in the past eliminated the target is 50 million tons. This is advantageous depending on the enterprise that the joint reorganization makes to us, in the long run is good to us, this need clarified with the investor. We must be confident about the future, not, because small twists and turns change idea.

Yesterday I spoke a new opinion at Morgan's meeting: The steel and iron and cement have relations that is in inverse proportion. Now the iron ore grasps basically in Lito, BHP Billiton and in the fresh water valley three enterprises, the oil price upward turns doubled and re-doubled, will affect China's steel market, next step will help the cement. The steel and iron that because uses will be short will have used the cement, between both had the relations of being in inverse proportion. The quantity of cement limits, demand. Everybody wants to be confident, actively does the work. Looked from the situation, in the near future a little question, but does not have what major problem in the long run.

Second, must race against time about the work, one day cannot tow. Went on the market for 45 years I often saying that this year has one year pain, next year possibly good, but the second year painstakingly, but others visited you to be good, only then know that was very bitter. Makes the enterprise is this, you look at others to be good, actually others are also very bitter, who painstakingly who knows. What because we do is the enterprise, enterprise in the full competition

CNBMCO00327370

profession, the unacceptable least bit idles, is anxious day in day out, conscientiously, is wins loses also uncertain future, if idles and relaxes definitely loses. One point sweat one point harvests, everybody must bend down to place the heart in the work, layer upon layer decomposes according to various targets that Jiang Lin arranges and completes.

Our cadres must take the lead to enter the market, must take the lead to guard, the construction core profit area, must take the lead to carry on the price coordination with our competitors, guides the profession healthy development, and manifests our economic efficiencies in the profession healthy development, everybody must positive do according to this big logic.

Another work is continues to pay special attention to manage the conformity. This board of supervisors sends more than 30 chartered accountants to conduct the system check to us. We must use this opportunity fully, as consummating to work this inspection and intensify the management and standard system's important opportunity, we have also achieved this point. On the one hand the inspection team has fully affirmed our work, on the other hand in inspection process we have also carried on to the light, had discovered question that needs to improve. The work of conformity must properly complete, manages us to stress price and achievement, manages to emphasize the standardization.

Three. About reorganization

The reorganization must continue to advance, although in fund is somewhat difficult, but must intensify dynamics. Especially regarding the construction profit core area reorganization, cannot let others "put steelyard weight on the heart". Will constitute "steelyard weight" enterprise, we must take with all one's strength. An enterprise keeps prices down, five and six enterprises do not make money together, this is we most abstains from. Regarding such key reorganization work, must discuss the price, must say makes. If cannot make, how to discuss again price does not have the significance. In construction core profit zone time, must consummate the reorganization work and enhance, this is the basic mode of our business growth.
Here I have thought of the resources question, particularly land. Now in the place the land is very tight, the liability of fault controls very tightly. When the land for construction contains the industry land and housing land, the liability of fault approves these two parts uses the same target. One urban one year only approves gives several thousand mu place, the pressure is very big. We when making project, in some places also a little, if can take, particularly the low price takes, especially our latent place's project, must take the place, will avoid later appearing wants to make the project actually not to have the place situation.
Fourth, about the US "question gypsum board"

The US "question gypsum board" marched forward for two years, in this period we solidly have been doing the work, no matter not like did not ask, but has made processing that the individual media said low-key, the work was careful. Recently in SAC and department of commercial affairs unified under request, we prepared to

CNBMCO00327370

let Taihe act to answer a charge, entrust the American most outstanding road Wei
international law firm full appeals, and American Court accepted. According to
situation that currently keeps abreast, we do not think our gypsum tablet couplet
health and corrosion constitution question. In this question, on the one hand must
resort to the law, on the other hand must have science manner, how no matter
outside the human said that we must properly complete the work. Wants not to think
the event that but actually has was called "black swan" effect, this kind of small
probability event had been caught up with by us, we want "already to come to settle
it". Yesterday President Luo went to Zhuozhou to inspect work, I have also made the
detailed report with him. Romanian president experiences richly, thinks that this
is the enterprise in some questions that in the development process inevitable must
come across. Such overflows to sue the society in the US, this is not anything.
We have also formed the special organized group in this question, the meticulous
analysis, completes to deal with the work. Everybody must have the correct manner,
overall this question or the American trade protectionism system and infamy Chinese
mood is having an effect, includes to be possible to bear the lucky earlier period
to process improper, now the pressure is quite big, but I very much have the
confidence, does not think that this matter we will lose. I looked on June 10 the
report of CPSC, thinks that inside we have a lot of opportunities. We should deal
with the scientific method and legal method, this is also our group grows small
fluctuating.
The summary may bear the experience of luck, reminded everybody here, spoke to be
discrete personally, has slightly will cause carelessly the serious legal
consequences. Others asked this question, do not say that does not know this
matter, must grasp such principle: The gypsum board hears something never heard of
before virulently; Gypsum board event China and US have the normal authority to
communicate; Heard that American Court has the ruling, but we are not clear its
basis are anything. This question do not fear that fears also uselessly, perhaps we
won became the big hero, the world knew the Chinese building materials, was better
than any advertisement.
PAGE PAGE 19

--- Summary Information ---
1: 936 PID_TITLE:
PID_SUBJECT:
PID_AUTHOR: hp PID_KEYWORDS:
PID_COMMENTS:
PID_TEMPLATE: Normal PID_LASTAUTHOR: J.Zhang PID_REVNUMBER: 2 PID_APPNAME:
Microsoft Office Word PID_EDITTIME: Mon Jan 01 08:03: 00 CST 1601 PID_LASTPRINTED:
Mon Jun 21 10:43: 00 CST 2010 PID_CREATE_DTM: Tue Jun 22 08:55: 00 CST 2010
PID_LASTSAVE_DTM: Tue Jun 22 08:55: 00 CST 2010 PID_PAGECOUNT: 1 PID_WORDCOUNT:
1421 PID_CHARCOUNT: 8106 PID_SECURITY: 0

--- Document Summary Information ---
PID_CODEPAGE: 936 PID_COMPANY: WWW.YlmF.CoM PID_LINECOUNT: 67 PID_PARCOUNT: 19 17:
9508 23: 786432 PID_SCALE: false PID_LINKSDIRTY: false 19: false 22: false 1: 1200

Page 14

中建材股份[2010]8 号

第六次办公会

时　间：2010 年 6 月 11 日（星期五）14:30

地　点：中国建材大厦 16 层会议室

主持人：曹江林

出席人：

本　　部：宋志平、李谊民、彭　寿、崔星太、张定金、
　　　　　常张利、陈学安、姚季鑫、肖家祥、王　兵、
　　　　　蔡国斌、裴鸿雁、解小平、崔淑红、刘志平、
　　　　　胡金玉、郑惠荣、尹　凌

中联水泥：张金栋、任振河、冯耀银、刘　彬、申庆山

南方水泥：张剑星、李树海、谢家振、权　森、江尚文、
　　　　　黄士兴、赵静涧

北方水泥：张传军、王茂田

北新建材：陈　雨、贾同春

1

中国复材：任桂芳、沈亚平

中国建材工程：冯建华

**记录人：张　骏**


## 会议主要议题：

一、通报 2010 年 5 月生产经营情况

二、投资管理

1、研究南方水泥运营总部事项

2、研究南方水泥收购浙江三狮集团长兴金钉子建材有限公司等 7 家公司剩余股权事项

3、研究湖州南方成立销售公司、矿业公司事项

4、研究北方水泥与鹤岗市鸿泰水泥有限公司签订《出资协议》及《股权转让协议》事项

5、研究白山金刚增加经营范围事项

6、研究北新建材设立中建材创新研究院有限公司事项

7、研究中国建材工程分公司更名事项

三、项目建设

1、研究青州中联二期日产 6000 吨熟料水泥生产线项目、鲁南中联 1#、2#水泥熟料生产线改造项目开工批复

2、研究北新建材河南新乡、安徽淮南年产 3000 万平米石膏板项目听证会报告

3、研究北新建材平邑年产 3000 万平米石膏板项目变更

2

CNBMCO00327371

事项

四、其他事项

1、研究建立联合重组特别会议制度事项

2、研究湖南南方人事安排

3、研究委派广西南方董、监事人员事项

4、研究北方水泥董、监事人员调整事项

5、研究北方水泥临时党委、临时纪委人员组成

6、研究北新土地过户变更事项

7、研究石膏板业务规划发展委员会人员组成

8、研究股份公司整体建立企业年金事项

9、部署中报工作

10、通报监事会集中重点检查情况

五、宋志平主席讲话摘要

**会议研究和通报事项：**

一、通报 2010 年 5 月生产经营情况

5 月份各业务板块生产经营整体良好。

1-5 月份生产经营总体良好,但与 KPI 指标对比仍有一些差距。目前，距上半年结束还有 20 多天，时间紧、任务重、压力大。各业务板块要争分夺秒大干 20 天，一把手要对照目前的形势和指标，按照生产经营分析会的要求，认真布置和安排好生产经营工作，完成上半年经营计划指标。

3

CNBMCO00327372

二、投资管理

1、研究南方水泥运营总部事项

根据中国建材集团与浙江省政府签署的战略合作协议约定，南方水泥总部将择机迁至杭州。南方水泥拟向杭州市政府申请在钱江新城建设运营总部办公楼。钱江新城土地面积约 40 亩，容积率 10，建筑面积约 26 万平方米。

2、研究南方水泥收购浙江三狮集团长兴金钉子建材有限公司等 7 家公司剩余股权事项

根据战略发展规划和管理整合工作的需要，南方水泥拟收购浙江三狮集团长兴金钉子建材有限公司等 7 家公司剩余股权。

3、研究湖州南方成立销售公司、矿业公司事项

为推进营销和矿产资源整合，实现产销分离和营销集中，争取效益最大化，湖州南方拟成立销售公司和矿业公司。

4、研究北方水泥与鹤岗市鸿泰水泥有限公司签订《出资协议》及《股权转让协议》事项

按照联合重组要求，为完善区域战略布局，北方水泥拟与鹤岗市鸿泰水泥有限公司（以下简称鸿泰水泥）签订《出资协议》及《股权转让协议》。

5、研究白山金刚增加经营范围事项

根据生产经营实际需要，白山金刚拟增加经营范围。

6、研究北新建材设立中建材创新研究院有限公司事项

4

CNBMCO00327373

根据股份公司 2010 年第五次办公会决议，北新建材提出"未来科技城"研发基地项目具体方案。鉴于当地政府部门要求进驻企业在当地设立子公司并纳税，北新建材拟成立全资子公司—中建材创新研究院有限公司，负责基地项目建设和运营。

7、研究中国建材工程分公司更名事项

鉴于中国建材国际工程有限公司已更名为中国建材国际工程集团有限公司，其各分公司拟全部进行名称变更。

三、项目建设

1、研究青州中联二期日产 6000 吨熟料水泥生产线项目、鲁南中联 1#、2#水泥熟料生产线改造项目开工批复

青州中联二期日产 6000 吨熟料水泥生产线项目开工准备工作已基本就绪，申请开工。

鲁南中联 1#、2#水泥熟料生产线改造项目开工准备工作已基本就绪，申请开工。

2、研究北新建材河南新乡、安徽淮南年产 3000 万平方米石膏板项目听证会报告

项目基本情况：

| 项目名称 | 建设内容 | 总投资（万元） | 项目概况 |
|---|---|---|---|
| 河南新乡项目 | 年产 3000 万 m² 石膏板 | 10,500 | 项目选址河南新乡卫辉唐庄工业集中区，距离新乡 20 公里。周边有新中益等电厂，可以固定价格与政府签订长期脱硫石膏供货协议，确保原材料长期稳定供应。产品辐射河南、山西南部等地市场，充分利用当地税收优惠等政策 |

5

CNBMCO00327374

| 安徽淮南项目 | 年产3000万m²石膏板、5000吨龙骨 | 13,000 | 项目选址安徽淮南经济技术开发区,距离合肥90公里,周边紧邻大唐淮南洛河等电厂,脱硫石膏资源丰富。产品辐射安徽等地市场,充分利用当地丰富的煤炭资源和税收优惠等政策 |

3、研究北新建材平邑年产 3000 万平米石膏板项目变更事项

为减少投资,降低项目建设成本,加快推进项目建设进度,北新建材拟调整项目建设规模为年产2000万平方米。

四、其他事项

1、研究建立联合重组特别会议制度事项

为加快推进核心利润区的联合重组,提高联合重组决策效率,股份公司拟建立联合重组特别会议制度,遇联合重组紧急事项可先通过特别会议讨论决定,会后再补充完善审核流程。

2、研究湖南南方人事安排

鉴于赵远翔同志在中国建材集团的任职安排,拟调整其在南方水泥和湖南南方的任职。

3、研究委派广西南方董、监事人员事项

根据联合重组工作需要,南方水泥拟向广西南方委派董、监事。

4、研究北方水泥董、监事人员调整事项

根据实际工作需要,北方水泥拟调整董、监事人员。

5、研究北方水泥临时党委、临时纪委人员组成

北方水泥拟成立中共北方水泥有限公司临时党委、中共

6

CNBMCO00327375

北方水泥有限公司临时纪委。

6、研究北新土地过户变更事项

根据北新建材整体搬迁工作需要，股份公司拟将所属三块土地过户到北新建材名下。

7、研究石膏板业务规划发展委员会人员组成

为实现石膏板业务三年规划目标，积极抢占资源，迅速完成布局，做好市场协同，股份公司拟成立膏板业务规划发展委员会。

8、研究股份公司整体建立企业年金事项

按照集团公司要求和部署，股份公司拟整体建立企业年金。

9、部署中报工作

目前，又到中报关键时间点，股份公司就中报重点工作进行部署。

10、通报监事会集中重点检查事项

国务院国有大型企业监事会对公司历时一个月的集中重点检查工作于上周结束。在检查过程中，公司领导高度重视并成立各级保障小组，做了周密的组织安排。通过检查，监事会对公司的发展战略、成长模式、企业文化和经营业绩给予高度肯定，发现了很多亮点，特别是对股份公司联合重组和管理整合中总结出的很多好经验给予了高度评价。

在检查过程中，监事会也就公司在联合重组、管理整合、

7

CNBMCO00327376

资产管理、会计核算处理等方面中存在的不足提出了改进意见。股份公司对此高度重视，将把监事会提出的问题和改进意见分类发给相关企业。各企业要按照要求认真整改，切实提高管理水平。

## 会议决议：

一、南方水泥运营总部建设工作要稳步推进。要求成立工作小组：

组　　长：姚季鑫

副组长：常张利、张剑星

组　　员：由组长、副组长决定人选

工作小组要做好钱江新城总部建设的投资测算、售价测算、效益测算、合作伙伴筛选及股权结构设置等工作，为下一步决策提供参考。

二、同意南方水泥按照拟定方案收购浙江三狮集团长兴金钉子建材有限公司等下列 7 家公司剩余股权。

| 企业名称 | 目前持股比例 | 转让方名称 | 比例 | 作价（万元） | 收购后持股比例 |
|---|---|---|---|---|---|
| 浙江三狮集团长兴金钉子建材有限公司 | 63.00% | 长兴五通投资有限公司 | 37.00% | 11,366.4 | 100% |
| 安徽三狮和德水泥有限公司 | 85.00% | 长兴五通投资有限公司 | 15.00% | 4,320.0 | 100% |
| 长兴五通电力有限公司 | 0 | 浙江金钉子投资有限公司 | 19.00% | 1,413.6 | 100% |

8

CNBMCO00327377

| | | 长兴五通投资有限公司 | 41.00% | 3,050.4 | |
| | | 香港天达国际投资有限公司 | 40.00% | 2,976.0 | |
| 浙江三狮集团五通建材有限公司 | 6.75% | 长兴五通投资有限公司 | 68.25% | 6,552.0 | 100% |
| | | 华辉(香港)有限公司 | 25.00% | 2,250.0 | |
| 浙江三狮集团小浦水泥有限责任公司 | 51.00% | 长兴五通投资有限公司 | 49.00% | 588.0 | 100% |
| 富阳三狮水泥有限公司 | 44.80% | 澳大利亚先丰资源有限公司 | 25.00% | 6,000.0 | 69.8% |
| 德清三狮五通建材有限公司 | 90.00% | 浙江金钉子投资有限公司 | 10.00% | 100.0 | 100% |

要求按照规定履行相关程序。

三、同意设立湖州南方水泥销售有限公司。要求：

1、注册资本：5,000 万元人民币。

2、持股比例：湖州南方持股 100%。

3、经营范围：水泥及熟料销售。

4、人事安排：设董事会，由林国荣（董事长、法定代表人、总经理）、李树海、周绍昌三名成员组成。设监事会，由林剑（监事会主席）、邓勇莉、职工监事一人三名成员组成。财务负责人由叶静担任。公司人员由湖州南方员工兼任，不另增加人员编制。

要求按照规定履行相关程序。

CNBMCO00327378

四、同意湖州南方收购湖州煤山南方水泥有限公司所持浙江山鹰集团长兴矿业有限公司全部股权，将其更名为湖州南方矿业有限公司，并对其增资。要求：

1、注册资本：3,000万元人民币。

2、持股比例：湖州南方持股100%。

3、经营范围：水泥用石灰石的开采，自采石灰石的销售。

4、人事安排：设董事会，由林国荣（董事长、法定代表人）、徐玖云、李树海三名成员组成。设监事会，由林剑（监事会主席）、邓勇莉、职工监事一人三名成员组成。财务负责人由叶静担任。经营层以浙江三狮现有矿山管理班子为基础组建。

要求按照规定履行相关程序。

五、同意北方水泥与鹤岗市鸿泰水泥有限公司签订《出资协议》及《股权转让协议》。要求分两步实施：

第一步：北方水泥与鸿泰水泥共同出资组建鹤岗北方水泥有限公司（简称"鹤岗北方"），其中，北方水泥以货币形式出资600万元，持股30%；鸿泰水泥以其拥有的水泥粉磨站等相关固定资产出资1,400万元（其余的计入资本公积），持股70%；

第二步：满足协议约定事项后，北方水泥受让鸿泰水泥持有的70%股权。

人事安排：设股东会，鸿泰水泥同意将其在股东会上的

10

CNBMCO00327379

表决权全权委托北方水泥行使。设董事会，由赵君（董事长、法定代表人）、王茂田、胡金玉三名成员组成。不设监事会，设监事 1 名，由陈东林担任。财务总监由董事会委派。

要求按照协议约定和有关规定履行相关程序。

六、同意白山金刚经营范围增加"石灰石开采，超细粉生产、销售"。

要求按照规定履行相关程序。

七、同意北新建材设立全资子公司中建材创新研究院有限公司。要求：

1、注册资本：5,000 万元人民币。

2、经营范围：建筑材料及配套原辅料、新能源材料生产技术、装备的研发，新型房屋的设计，物业租赁及管理等。

3、人事安排：设董事会，由王兵（董事长、法定代表人）、陈雨、杨艳军三名成员组成。不设监事会，设监事一名，由王帅担任。总经理由赵金平担任。

要求按照规定履行相关程序。

八、同意中国建材工程各分公司全部进行更名，具体为：

| 变更前公司名称 | 变更后公司名称 |
| --- | --- |
| 中国建材国际工程有限公司深圳分公司 | 中国建材国际工程集团有限公司深圳分公司 |
| 中国建材国际工程有限公司蚌埠分公司 | 中国建材国际工程集团有限公司蚌埠分公司 |
| 中国建材国际工程有限公司江苏分公司 | 中国建材国际工程集团有限公司江苏分公司 |
| 中国建材国际工程有限公司北京分公司 | 中国建材国际工程集团有限公司北京分公司 |

11

CNBMCO00327380

| 中国建材国际工程有限公司海南分公司 | 中国建材国际工程集团有限公司海南分公司 |
|---|---|
| 中国建材国际工程有限公司大连分公司 | 中国建材国际工程集团有限公司大连分公司 |
| 中国建材国际工程有限公司南京凯盛水泥工业设计研究院 | 中国建材国际工程集团有限公司南京凯盛水泥工业设计研究院 |

要求按照规定履行相关程序。

九、同意青州中联二期日产6000吨熟料水泥生产线项目、鲁南中联1#、2#水泥熟料生产线改造项目开工建设。项目总投资以股份公司审定的初步设计投资概算为准控制。青州中联二期项目工期控制在12个月内；鲁南中联改造项目工期控制在8个月内，若该项目分期实施，则每条生产线改造的工期均控制在8个月内。要求：

1、高度重视环境保护工作，严格执行"三同时"规定，加强项目的环保管理，确保环保达标。

2、工程开工后，做好现场管理，严格控制投资规模和工期，确保项目建设质量和各项技术指标，确保施工安全。

3、工程开工后，定期上报该批项目进展情况。

4、抓紧落实生产准备条件，确保工程顺利建成投产，切实实现经济效益。

5、青州项目要求从建设期初始即开始做好市场营销工作，确保投产后的市场及销售，同事尽快完善粉磨系统配套。

十、同意北新建材河南新乡、安徽淮南年产3000万平米石膏板项目通过听证程序。意见如下：

12

CNBMCO00327381

1、北新建材原则上可推进该批项目前期工作。

2、项目实施严格按照中国建材项目管理流程进行。

3、结合北新建材、泰山石膏石膏板的发展规划，确保在目标市场的有效协同，加强市场开拓力度和销售工作，提升产能利用率和产销率，致力于整体效益最大化。

4、关注脱硫石膏资源来源，落实保质保量的供应方案。

5、充分利用当地的原燃料资源以及政府提供的税收等优惠政策。

十一、同意北新建材平邑年产 3000 万平方米石膏板项目进行以下变更：

| | 变更前 | 变更后 |
|---|---|---|
| 建设规模（万平方米/年） | 3,000 | 2,000 |
| 总投资（万元） | 8,052 | 4,000（预估） |
| 建设方案 | 扩建一条年产 3000 万平方米石膏板项目 | 利用原有年产 2000 万平方米制板线大部分设备、厂房，增加少量设备和土建工程投入 |

要求按规定履行相关程序。

十二、为加快战略区域内的联合重组，提高效率，股份公司决定建立联合重组特别会议制度。

1、会议职能：遇到联合重组项目的紧急事项，通过电话会议等特别会议形式确认联合重组协议的核心条款，提高决

13

CNBMCO00327382

策效率。

2、参会人员：

股份公司：曹江林、常张利、陈学安、蔡国斌、裴鸿雁、解小平、刘志平、胡金玉；

中联水泥：崔星太，联合重组区域组长、副组长及相关人员；

南方水泥：肖家祥、张剑星、赵旭飞，联合重组区域组长、副组长及相关人员；

北方水泥：张传军、王茂田、陈东林，联合重组区域组长、副组长及相关人员。

3、召开程序：水泥板块各企业联合重组工作负责人均可向股份公司申请召开特别会议。此项工作由常张利具体负责。

十三、同意赵远翔同志不再在南方水泥和湖南南方担任职务。

要求按照规定履行相关程序。

十四、同意广西南方设立董事会，由肖家祥（董事长）、曹江林、常张利、张剑星、蒋晓萌五名成员组成；不设监事会，设监事一名，由赵旭飞担任。

要求按照规定履行相关程序。

十五、同意委派雷永平为北方水泥职工监事、佳木斯北方监事；

同意委派胡金玉为佳木斯北方、佳木斯鸿基董事，白山

14

CNBMCO00327383

金刚、抚顺金刚、辽源金刚、铁岭金刚、渭津金刚、建新水泥监事；

同意李秀丽不再担任北方水泥职工监事，白山金刚、抚顺金刚、辽源金刚、铁岭金刚、渭津金刚监事；庄春来不再担任佳木斯北方、佳木斯鸿基董事，建新水泥监事；尹群豪不再担任佳木斯北方监事。

十六、同意北方水泥成立临时党委，成员：王茂田（书记）、张传军（副书记）、陈东林、胡金玉、赵　君。

同意北方水泥成立临时纪委，成员：陈东林（书记）、于本良、刘晓红。

要求按程序上报集团党委批准。

十七、同意股份公司将所属三块土地[证号：京海国用（2004出）第3108号、京海国用（2004出）第3181号、京海国用（2005出）第3271号]合计面积8857.26平方米过户到北新建材名下。

要求北新建材落实搬迁税收优惠政策，并按规定履行相关程序。

十八、同意成立股份公司石膏板业务规划发展委员会。

主　任：李谊民；

副主任：王　兵、贾同春；

委　员：由主任、副主任决定。

主要职能：

15

CNBMCO00327384

1、对目前石膏板业务布局进行总结；

2、对未来三年石膏业务布局进行规划，包括资源、生产线布局以及北新建材与泰山石膏的区域划分。

石膏板业务新上项目需经规划发展委员会研究后才能上股份公司办公会。

十九、同意股份公司按照集团确定的总体原则和要求，整体建立企业年金。

二十、各业务板块一把手要亲自负责，做好中报工作。一是要做好生产经营工作，尤其是投资者关注的销量、价格、毛利率、产能利用率和净利润等指标。二是财务部门要做好相关账务处理等工作。三是配合会计师事务所做好审阅，按时完成中报工作。

附件：宋志平主席讲话摘要

签 署 人：_____

签发时间：_____

送： 中国建材集团，公司董事、监事、本部领导及各部门，股份公司各单位

16

CNBMCO00327385

附件:

# 宋志平主席讲话摘要

听了大家的数据汇报，总体感觉前五个月大家都相当努力，成绩还不错，但不错里面也有隐忧。

集团的快报我也看了，相当不错，到五月底，整个集团的销售收入为 440 亿，比去年同期增加 62%，利润 13 亿，比去年同期增加 50%，水泥销量增加了 38%，石膏板增长幅度也比较大。但是前五个月水、电、煤的价格上涨，水泥价格和去年比有的下降，有的涨得还不够理想，两边一挤就影响到我们的半年利润。六月底上半年就结束了，每年咱们都有中报，压力可想而知。

今天的办公会，大家认真分析我们的形势、情况，对如何抓好剩余的二十几天把中报圆满做好，特别是做好下半年的工作进行了认真布置，这很好，也很重要。下面我讲四段话。

## 一、关于形势

从国际形势看，最近欧洲又出了问题，先是希腊，后是匈牙利，整个欧元下跌很厉害。欧洲的问题还有一定的不确定性，给国际金融界投下了很大的阴影。问题都差不多，如过度消费、金融创新、政府借贷等，这种经济的增长方式到了一定程度必然导致这样一种结果，而且大家都联系起来，

17

CNBMCO00327386

谁都不能独善其身。这几天美国情况不错，给大家心里一些安慰。

国内主要是打击高房价。打击房价其实并不怕，关键是相应的金融等一些政策调整。这些政策出来后对整个投资、心理预期产生了负面影响。

但我的看法，总的而言玻璃、水泥的大趋势还是好的，因为限制了新增。在这个问题上我们要统一思想，水泥和玻璃就是"两高一剩"，用不着羞羞答答，而且我们就是要求工信部、发改委不要重开新建的闸门，希望能控制量改变供需关系。

最近一季度的环保指标出来了，排放严重超标，中央决定采取铁手腕，限制钢铁、水泥等行业新增，同时加大淘汰力度，水泥今年要淘汰 9200 万吨，过去淘汰指标是 5000 万吨。这对咱们靠联合重组做起来的企业是有利的，从长远来看对我们非常好，这需要跟投资者讲明。我们也要对未来充满信心，不因为小波折改变想法。

昨天在摩根的会上我讲了一个新见解：钢铁和水泥存在此消彼长的关系。现在铁矿砂基本掌握在力拓、必和必拓、淡水谷三家企业手里，铁矿石价格成倍往上翻，将影响中国的钢铁市场，下一步会有利于水泥。因为用的钢铁少了就会多用水泥，两者间有此消彼长的关系。水泥的量限制住，需求还会好。大家要充满信心，积极做工作。从形势上看，近

18

CNBMCO00327387

期有点问题，但从长期看没有什么大问题。

## 二、关于工作

工作要争分夺秒，一天也不能拖。上市四五年来我常说今年吃一年苦，明年可能就好，可第二年还是苦，但是别人看你挺好，只有自己知道挺苦。做企业就是这样，你看别人挺好，其实别人也挺苦，谁苦谁知道。因为我们做的是企业，一个充分竞争行业里的企业，来不得半点懈怠，一天到晚紧紧张张、兢兢业业，是赢是输还前途未卜，如果懈怠、放松就肯定输。一分汗水一分收获，大家还要俯下身来把心全放在工作上，按照江林布置的各项指标层层分解、做好。

我们干部要带头进入市场，要带头去捍卫、建设核心利润区，要带头和我们的竞争者进行价格协同，引导行业健康发展，并在行业健康发展中体现我们的经济效益，大家要按照这个大逻辑积极去做。

再一个工作就是继续抓好管理整合。这一次监事会派来三十多位注册会计师对我们进行系统检查。我们要充分用好这次机会，把这次检查作为完善工作、强化管理、规范制度的重要契机，我们也做到了这一点。一方面检查组充分肯定了我们的工作，另一方面在检查过程中我们也进行了对光，发现了需要改进的问题。整合的工作还要扎扎实实做好，经营上我们一直强调价格、业绩，管理上要强调规范化。

## 三．关于重组

19

CNBMCO00327388

重组要继续推进，尽管资金上有些困难，但还是要加大力度。尤其是围绕构筑利润核心区的重组，不能让别人"在心脏上放秤砣"。会构成"秤砣"的企业，我们要全力拿下。一个企业压价，五、六个企业跟着一起不挣钱，这是我们最忌讳的。对于这样的重点重组工作，既要谈价格，更要讲做成。如果做不成，再怎么谈价格也没意义。在构筑核心利润区时，还是要把重组工作完善、提高，这是我们企业成长的基本方式。

在此我想到了资源问题，尤其是土地。现在地方上土地十分紧张，国土局控制得非常紧。建设用地包含工业用地和住房用地，国土局批这两部分时使用同一指标。一个城市一年仅批给几千亩地，压力很大。我们在做项目时，有些地方手上还有点地，如果能够拿下，尤其是低价拿下，特别是咱们潜在地方的项目，还是要把地拿下来，避免以后出现想做项目却没地的情况。

### 四、关于美国"问题石膏板"

美国"问题石膏板"行进了两年，期间我们一直在扎扎实实做工作，不像个别媒体说的不管不问，而是低调地做了处理，工作非常细致。最近在国资委、商务部统一要求下，我们准备让泰和出面应诉，委托美国最优秀的路伟国际律师事务所正式上诉，且美国法院已经接受。根据目前掌握的情况，我们不认为我们的石膏板对健康和腐蚀构成问题。在这

CNBMCO00327389

个问题上，一方面要诉诸法律，另一方面要有科学的态度，不管外面人怎么说，我们要扎扎实实地做好工作。想都没想过但却发生的事件被称为"黑天鹅"效应，这种小概率事件被我们赶上了，我们就要"既来之则安之"。昨天罗主席去涿州视察工作，我也跟他做了详细汇报。罗主席经验丰富，认为这是企业在成长过程中不可避免的要遇到的一些问题。在美国这样一个滥诉社会，这不算什么。

在这个问题上我们也组成了专门班子，认真分析，做好应对工作。大家要有正确的态度，总体而言这个问题还是美国贸易保护制度、污名中国化的情绪在起作用，也包括可耐福前期处理不当等，现在压力比较大，但我还是很有信心，不认为这件事我们就会输。我看了 6 月 10 日 CPSC 的报告，认为里面我们还有很多机会。我们应该用科学的方法、法律的方法来应对，这也算是我们集团成长中的一个小起伏。

总结可耐福的经验教训，在这里提醒大家，个人发言要谨慎，稍有不慎会就会带来严重的法律后果。别人问起这个问题，不要说不知道这件事，要掌握这样的原则：石膏板有毒闻所未闻；石膏板事件中国和美国有正常的政府部门在沟通；听说美国法院有判决，但我们不清楚它的依据是什么。这个问题不要怕，怕也没用，咱们打赢了说不定就成为大英雄，全球都知道中国建材，比什么广告都好。

21

CNBMCO00327390