<u>Partial Translation of CNBMCO00055606-55611</u>

<u>CNBMCO00055606</u>

**Present the People, the Object, and the Mindset, Integrate Strictness with Reliability, and Change the Work Style**

-- Main Measures Take by the Leadership Team of Taishan Gypsum at the Special Democratic Life Meeting

Taishan Gypsum Company Limited (abbreviated below as "Taishan Gypsum") is a third tier enterprise owned by the Party Committee of CNBM Group, and is the largest plasterboard enterprise in the world, with a production capacity of 1.5 billion square meters, total assets of RMB 6 billion, and more than 7,600 employees. According to CNBM Group's uniform arrangement of the education and practice activities on taking the mass line, Taishan Gypsum is in the second entity group for the activities, and is the contact enterprise of the SASAC Party Committee's third circuit supervision team. Before the meeting, Zhiping Song, secretary of the Party Committee and chairman of the board of directors of the Group Corporation, paid close attention and instructed Group Corporation's circuit supervision team and the activity office in person to fully play their role of providing supervision and instruction and to ensure that the special democratic life meeting held by the leadership team of Taishan Gypsum is of high quality and sets the benchmark for the enterprises owned by the Group Corporation. From June 30th to July 1st, Party Committee of Taishan Gypsum held the team's special democratic life meeting. Huaizhong Gao, chief of SASAC's third circuit supervision team, Xiaohong Zheng, deputy chief of the team, Shuhua Song and Hao Shen, members of the team, Zhenhua Hao, deputy secretary of the Party Committee of CNBM Group and chief of the first circuit supervision team, and BNBM[1]'s supervision team attended the meeting and provided instructions.

…

MTD Exhibit #55

---

[1] Not specified whether it is BNBM PLC or BNBM Group. It might be BNBM Group because the supervision team of BNBM Group is mentioned on page 55610.

SONG: Exhibit 392

<u>**CNBMCO00055610**</u>

## IV. Provided strict and solid supervision and guidance, and ensured high standards and high quality

During the activities, SASAC's third circuit supervision team, CNBM Group's first circuit supervision team, and BNBM's first supervision team provided "three-tier supervision," insisted on maintaining strictness and reliability, strengthened coordination and communication of the work, cooperated to exercise the joint forces of supervision, passed on the pressure when appropriate, and provided targeted and effective guidance and assistance for Taishan Gypsum to fully understand the spirits of the central government, to take good control of the key points, and to straighten out the ideas of the activities. The first was to strictly check the materials. The supervision teams from three tiers carefully reviewed the checking and assessment materials of the leadership team and its members, to see whether the materials complied with the requirements of the central government and whether they reflected the actual situations of the enterprise, and to see whether the leadership team and its members identified the problems accurately, dug into the causes of the problems in depth, and made solid rectification plans. SASAC's third circuit supervision team provided opinions on revising the checking and assessment materials 4 (four) times, and even made corrections on typos, grammar, and punctuations. On the night before holding the democratic life meeting, the supervision teams of CNBM Group and BNBM reviewed the checking and self-assessment material of each leadership team member again, and provided second revision opinions and suggestions. The supervision teams worked till 4 am. The second was to provide supervision beforehand and to fully offer guidance on the preparation work before the meeting. The supervision teams from two tiers of CNBM Group and BNBM Group sent relevant colleagues to the company before each key point to assist with the preparation of the meeting on the spot and to attend the instruction meeting for preparation. Those colleagues circulated the matters that need attention for the democratic life meeting, put forward clear requirements, especially on guiding the leadership team members to identify problems specifically related to the "Four Forms of Decadence" and on preventing them from replacing problems in

mindset and conduct with problems in work and replacing problems of the person with the problems of the team, offered in-time corrections in situations where the peer reviews of leadership team members were not in place, and ensured that the democratic life meeting was held smoothly.

…

Sees the human to see the thing to see the ideological solid union to transfer attitude - Taishan gypsum management topic democratic life meeting principal measure

The Taishan gypsum limited liability company (hereafter refers to as "the Taishan gypsum") is Chinese Building materials Group Party committee Respective Third-level Enterprise, is the global maximum paper surface gypsum board enterprise, produces to amount to 1.5 billion square meters, the gross asset 6 billion Yuan, staff more than 7600. Deployed according to the unification of Chinese building materials group mass line educational and practice campaign that the Taishan gypsum is the second batch of activity units, is the SAC Party committee third tour supervisory group's connection point enterprise. Before the meeting, the group party committee secretary and chairman Song Zhiping attaching great importance, instructed highly personally the group tours the supervisory group and activity office must earnestly display to direct and characteristics and ensure the Taishan gypsum management holds the high-grade special democratic life meeting, sets up the range pole for the group subsidiary enterprise. June 30 to July 1, the Taishan gypsum party committee held the organized group topic democratic life meeting. The SAC third tour supervisory group leader Gao Huaizhong, vice-Leader Zheng Xiaohong, member Song Shuhua, Shen Hao, the Chinese Building materials Group Party committee assistant deputy secretary and first tour supervisory group leader Hao Zhenhua and northern new building materials supervisory group attended the meeting to instruct. The Taishan gypsum altogether has body 13 people, 1 artificial non-party personage, 12 artificial CPC members. At the meeting, 12 party member bodies have carried on criticism and self-criticism, other 1 non-party personage has carried on the serious sincere criticism to the party member bodies. Gao Huaizhong had fully affirmed this democratic life meeting, he pointed out that this conference prepares to be very full and be very careful, the criticism in meeting is very direct and is very incisive, the overall atmosphere is very good, the unity is harmonious, does not lose seriously, has effect that the red painted-face has perspired and has cheered, is a high-grade democratic life meeting. The principal measure is as follows:
The question makes a deep study illuminates thin, digging uproots analyzes the self-innovation issue-oriented approach is this democratic life meeting distinct characteristic. Taishan gypsum management takes identifying accurate question, identifying deep question, at tree target after meeting and meeting stresses important guarantee that reorganizes. First, to study deeply thoroughly comprehends, compares the range pole to identify the question. Insisting that studies to pass through throughout, has organized 8 party committee core group massed learning, study schedule over 10 days, when studies General Secretary Xi Jinping to have instructed Lankao county party committee organized group topic democratic life meeting the spirit of the speech and SAC Secretary Zhang Yi instructs the Nanjing border China 3521 company topic democratic life meetings the spirits of the speech with emphasis, the comparison leadership request, the comparison advanced range pole, enhances knew that identifies the question. Second, to encourage the wide airing of views, the gathering public opinion listens to the voice of the people. Zha Bai compares, profoundly analyzes the digging uproots source. According to "three strict three realities" request, adopts "three to enter three tins" and other ways, encourages the wide airing of views, recycles the

opinion table 1228, solicits to suggestion 636, about body "four winds" question 119, about organized group "four winds" question 136, bureaucratism 50, account for 36%, hedonism 42, account for 30%, Taishan gypsum management "four winds" question displays in the bureaucratism and hedonism is more prominent. Third, comparison inspection, self-innovation recasts the wind. The comparison inspection material is the organized group and member attitude physical examination "medical record book" and "treatment book". The organized group compares the material personally to manage to draft with the spring by party committee secretary Jia, organized group multiple group research discussion; Body individual material begins to compose by individual, revises repeatedly, generally revises 6 manuscript above, the individual over 13 manuscripts, some are holding the democratic life meeting the first night also to revise. The bodies exchange individual comparison material mutually the study, each other gave the comment, manifested the mind broadly and level, to dare the bright ugly boundary, achieved enhanced and promoted the trust together the goal. Everybody generally felt that compares the material to revise one every time time, knows on deepened one, the thought on promotion one section. Under the time before the meeting, heart-to-heart talk opens heart the bright card in a hand heart-to-heart talk to open heart mutually opens heart by the heart, by the heart close friend, discussed thoroughly the question that discussed the thought passes. The members of leadership team strictly defer to "four to discuss" principle, carries out the heart-to-heart talk opening heart activity fully. The Taishan gypsum has more than 40 factories to be distributed in land, the branch factory person in charge mostly in the outside areas, usually the bodies and branch factory people in charge talked openly to open heart few. Using this turning point, bodies penetrate one repeatedly, visits to launch the heart-to-heart talk to open heart with the branch factory person in charge personally. Among many bodies talked openly to open heart over 4 times. Many comrades when exchanging views said that "is not implicit, please directly point out my question that uses to say."Opened heart through the heart-to-heart talk, has communicated thought that eliminated the misunderstanding, unified the mutual recognition, promoted the unity. On June 29, in previous the day that the democratic life meeting convened, the management held the theme session once more, carried on the depth heart-to-heart talk to open heart, the communication mutual critical suggestion and ensure the old ailment looked, formula to open accurate right. And invited the Chinese building materials and northern new building materials supervisory group attended the meeting to instruct. At the meeting, Jia with the spring achievement "class leader", requests everybody to be more incisive, is hotter, leaked the prominent problem that approved to carry on the self-criticism regarding everybody who he criticizes. Criticism pokes to Ma Gu, faces directly "four winds" to touch the soul Taishan gypsum management to take the special democratic life meeting as the body politics physical examination and attitude bare exam's critical position, adopts "looks in a mirror, in question the table and thought to see the background, each other hits the board and common shoulder pole the method personally", the Israeli rectification spirit, actively carries out criticism with the self-criticism, truly achieves "five lectures five not to say", namely stressed the party spirit not to be concerned about face, stresses the discipline not to speak the personal relationships, rested on principle does not speak the relations, told the truth not to speak the polite talk, discussed the issue not to interpret the result. At the meeting, each body conducted the earnest, accurate and thorough comparison

inspection, the question looked, the root dug deeply, the thought could discuss, the measure decided, conformed to the management and member individual reality. In criticizes the link mutually, each comrade focuses "four winds", the relation work and life reality, have problems from the concrete instance center point and give criticism, ideologically gets to the bottom, takes the pulse to interrogate from the attitude, every "wind" has listed 2-5 concrete instances, is well-founded to have hotness, sees the human to see the thing to see the thought that touches the ideological deep place, touches the question essence, has achieved "unity - criticism - unity" goal. For example, party committee secretary Jia "is concerned about face-saving with spring criticism discipline inspection commission secretary Zhang Wei, struggles the image. Because the school record is not high, feared that others said one are not good, when reports the work reports the good news and not the bad many, the task performance has wanted strongly."Party committee assistant deputy secretary Zhang Jianchun gave criticism with the spring to party committee secretary Jia, "sometimes reported the work with you, you thought that about your mentality, did not display not to be happy immediately, even interrupted our speech, caused others not to dare to speak and is not willing speak. This is officialdom standard thought is causing trouble." Chief economist Song Qinghai is the people gives criticism to chief accountant rice, "does the entertainment experience to be familiar with Yu Ting to report and read the report form, the data that according to reporting makes the decision-making, but does not go to the grassroots ranks to investigate and study personally on the spot, after having the problem, has a headache about a medical foot to hurt medical foot again "", this is keeps aloof, the impractical bureaucracy."At the meeting, altogether proposed mutual critical suggestion 148.
The direction truthfully, guaranteed in severely high standard high-grade activity, the SAC third tour supervisory group and Chinese building materials group first tour supervisory group and northern new building materials first supervisory group "third-level direction", insists severely truthfully, strengthens the work coordinated communication, jointly the display direction joint effort, at the right moment conducts the pressure, has a thorough understanding of the central spirit for the Taishan gypsum, the good essential node, to clear off the activity mentality, has provided the target-oriented and effective instruction help. First, strictly material pass. The third-level supervisory group scrutinizes the organized group and member's comparison inspection material earnestly, looked whether meets the central requirement, whether suits the enterprise reality; Looked that the organized group and member's question looks does not permit, the root digs deeply not deeply, reorganizes decides is solid. The SAC third tour supervisory group successively to comparing the material proposed 4 corrections, even and so on had carried on pointing out mistakes to the erroneous character, grammar and punctuation mark. The Chinese building materials group and northern new building materials supervisory group convene the eve in the democratic life meeting, has carried on the scrutinization to each body's comparison inspection material, proposed the corrections and suggestion again, until 4:00 am. Second, depending on the former direction, before seizing firmly the meeting, to prepare the guidance. The Chinese building materials groups and northern new building materials group two levels of supervisory groups send the concerned comrade to enter the company before each important node, the counselling conference preparatory work, attended the instruction preparation meeting on the spot, has notified the democratic life

meeting matters needing attention, proposed explicit request, especially guides the bodies to thread up "four winds" to state clearly the question, problem work to replace the ideological problem and style issue, replaces the software problem by the organized group question, carried on to the body criticism not proper place mutually corrected an error promptly, had guaranteed democratic life meeting convened smoothly.

Fifth, to insist to know changes, gets quick results to set up the new atmosphere in view of the employee masses to reflect that the intense prominent problem, the Taishan gypsum organized group does not haul and is not perfunctory, vigorous and resolute, solved the meal quality not high, fitness place to lack, work and rest system insufficient user-friendly and other questions in the shortest time. Reforms the official car resolutely, other bodies besides member does not match the full-time driver, the car driver reduces to 7 by 14. Can see the reorganizing achievement that through these and can feel, leading cadre's professional image was better, employee masses' sense of belonging was stronger, was higher to the support of organized group, to hold the democratic life meeting has created the fine atmosphere. Profits from the democratic life meeting meeting atmosphere positively, at company a half year work meeting that held on July 6, changed the leader to summarize the conference pattern of deployment work and branch factory report, at the meeting the branch factory no longer superficially reports one by one, only discussed own the issue and question of need headquarters of solution existence, the leader gave the explanation at the scene, reduced the conference time, improved the conference quality, set up the practical highly effective meeting atmosphere, deeply by employee masses high praise.

Through looks up while changes and set up the line to stand changes, effectively promoted enterprise's development management. In the overall economic situation complex severe situation, this year January to May, realizes the sales revenue 2.1 billion Yuan, to grow 15%, the gross profit 340 million Yuan, grow 5%, realized the counter potential to grow, manifests the activity to promote the development the practical result.

Created: Tue Jul 08 10:08: 00 CST 2014 Creator: User LastPrinted: Tue Jul 08 13:05: 00 CST 2014 Modified: Wed Jul 09 09:13: 00 CST 2014 Revision: 27

 --- Extended properties ---
Application: Microsoft Office Word AppVersion: 12.0000 Characters: 2685 CharactersWithSpaces: 3150 Company:
DocSecurity: 0 Lines: 22 Pages: 6 Paragraphs: 6 Templatev: Normal TotalTime: 260 Words: 471

 --- Custom properties ---

# 见人见物见思想　严实结合转作风

——泰山石膏领导班子专题民主生活会主要做法

泰山石膏股份有限公司（以下简称"泰山石膏"）是中国建材集团党委所属三级企业，是全球最大的纸面石膏板企业，产能达15亿平方米，资产总额60亿元，员工7600余名。按照中国建材集团群众路线教育实践活动的统一部署，泰山石膏是第二批活动单位，是国资委党委第三巡回督导组的联系点企业。会前，集团党委书记、董事长宋志平高度重视，亲自指示集团巡回督导组和活动办要切实发挥好督导和指导作用，确保泰山石膏领导班子召开高质量的专题民主生活会，为集团所属企业树立标杆。6月30日至7月1日，泰山石膏党委召开了班子专题民主生活会。国资委第三巡回督导组组长高怀忠、副组长郑霄红、成员宋淑华、沈昊，中国建材集团党委副书记、第一巡回督导组组长郝振华及北新建材督导组到会指导。

泰山石膏共有班子成员13人，其中1人为无党派人士，12人为中共党员。会上，12名党员班子成员进行了批评和自我批评，另外1名无党派人士对党员班子成员进行了严肃诚恳的批评。高怀忠充分肯定了此次民主生活会，他指出，

1

此次会议准备很充分、很精心，会上的批评很直接、很尖锐，整体氛围很好，团结融洽，不失严肃，起到了红脸出汗、加油鼓劲的效果，是一次高质量的民主生活会。主要做法如下：

一、问题深查细照，挖根剖析自我革新

问题导向是此次民主生活会的鲜明特征。泰山石膏领导班子把找准问题、找深问题，作为会上树靶子、会后抓整改的重要保证。一是学深悟透，对照标杆找问题。坚持学习贯穿始终，组织了8次党委中心组集中学习，学习时间累计超过10天，重点学习了习近平总书记指导兰考县委班子专题民主生活会时的讲话精神和国资委张毅书记指导南京际华3521公司专题民主生活会时的讲话精神，对照领导要求，对照先进标杆，提高认识，查找问题。二是广开言路，汇聚民意听民声。查摆对照，深刻剖析挖根源。按照"三严三实"要求，通过"三进三听"等方式，广开言路，回收意见表1228份，征求到意见建议636条，其中关于班子成员"四风"问题119条，关于班子"四风"问题136条，其中官僚主义50条，占36%，享乐主义42条，占30%，泰山石膏领导班子"四风"问题在官僚主义和享乐主义上表现的更为突出。三是对照检查，自我革新改作风。对照检查材料是班子及成员作风体检的"病历本"和"治疗册"。班子对照材料由党委书记贾同春亲自主持起草，班子多次集体研究讨论；班子成员个人的材料由个人自己动手撰写，反复修改，普遍修改6稿以上，个别的超

2

过 13 稿，有的在召开民主生活会的前一天晚上还在修改。班子成员将个人对照材料互相交换学习，彼此提出意见，体现了襟怀坦荡、敢于亮丑的境界，达到了共同提高、增进信任的目的。大家普遍感到，对照材料每修改一次，认识就深化一层，思想就提升一截。

二、功夫下在会前，谈心交心互亮底牌

谈心交心就是以心交心，以心换心，把问题谈透，把思想谈通。领导班子成员严格按照"四必谈"原则，充分开展谈心交心活动。泰山石膏有 40 多个工厂分布在全国各地，分厂负责人大都在外地，平时班子成员与分厂负责人谈心交心很少。利用这次契机，班子成员多次深入一线，亲自上门与分厂负责人主动开展谈心交心。不少班子成员之间谈心交心超过 4 次。不少同志在交换意见时说，"不用说的那么含蓄，请直接指出我的问题。"通过谈心交心，沟通了思想，消除了误解，统一了共识，增进了团结。6 月 29 日，在民主生活会召开的前一天，领导班子再次召开专题会议，进行深度谈心交心，沟通相互批评意见，确保病根找准、药方开对。并邀请中国建材和北新建材督导组到会指导。会上，贾同春作为"班长"，要求大家对他批评的更加尖锐些，更加火辣些，对于大家漏批的突出问题又进行了自我批评。

三、批评戳到麻骨，直面"四风"触及灵魂

泰山石膏领导班子把专题民主生活会作为班子成员政治

3

体检、作风裸检的重要阵地，采取"个人照镜子、问题上桌子、思想见底子、彼此打板子、共同挑担子"的方法，以整风精神，积极开展批评与自我批评，真正做到"五讲五不讲"，即讲党性不讲面子，讲纪律不讲私情，讲原则不讲关系，讲真话不讲套话，讲问题不讲成绩。会上，每位班子成员都进行了认真、准确、透彻的对照检查，问题找得准，根源挖得深，思想谈得透，措施定得实，符合领导班子和成员个人实际。在相互批评环节，每位同志聚焦"四风"，联系工作和生活实际，从具体事例中点出问题、提出批评，从思想上追根溯源，从作风上把脉问诊，每一"风"中都列出了 2-5 个具体事例，有理有据有辣味，见人见物见思想，触及思想深处，触及问题实质，达到了"团结-批评-团结"的目的。例如，党委书记贾同春批评纪委书记张伟"爱面子，争形象。因为自己学历不高，怕别人说自己不行，汇报工作时报喜不报忧多，工作表现欲过强。"党委副书记张建春对党委书记贾同春提出批评："有时候跟你汇报工作，你觉得不合你的思路，立马表现出不高兴，甚至打断我们的讲话，致使别人不敢讲话、不愿说话。这是官本位思想在作祟。"总经济师宋庆海对总会计师米为民提出批评："干财务工作习惯于听汇报、看报表，根据报上来的数据作决策，而不是亲自下基层实地调研，出现问题后再"头疼医头脚疼医脚"，这是高高在上、不切实际的官僚主义作风。"会上，共提出相互批评意见 148 条。

4

CNBMCO00055609

### 四、督导从严从实，确保高标准高质量

活动中，国资委第三巡回督导组、中国建材集团第一巡回督导组和北新建材第一督导组"三级督导"，坚持从严从实，加强工作协调沟通，联合发挥督导合力，适时传导压力，为泰山石膏吃透中央精神，把好关键节点，理清活动思路，提供了有针对性、实效性的指导帮助。一是严把材料关。三级督导组认真审阅班子及成员的对照检查材料，看是否符合中央要求，是否切合企业实际；看班子及成员的问题找得准不准，根源挖得深不深，整改定得实不实。国资委第三巡回督导组先后对对照材料提出4次修改意见，甚至对错别字、语法和标点符号等都进行了指正。中国建材集团和北新建材督导组在民主生活会召开前夜，又对每位班子成员的对照检查材料进行了审阅，再次提出了修改意见和建议，直到凌晨4点。二是靠前督导，抓实会前准备指导工作。中国建材集团、北新建材集团两级督导组在每个重要节点前派有关同志进驻公司，实地辅导会议筹备工作，参加指导预备会，通报了民主生活会的注意事项，提出了明确要求，特别是引导班子成员紧扣"四风"查摆问题，防止以工作问题代替思想问题、作风问题，以班子问题代替个人问题，对班子成员相互批评不到位的地方进行了及时纠偏，确保了民主生活会的顺利召开。

五是坚持即知即改，立竿见影树立新风

CNBMCO00055610

针对职工群众反映强烈的突出问题，泰山石膏班子不拖拉、不敷衍，雷厉风行，在最短的时间内解决了饭菜质量不高、健身场所缺少、作息制度不够人性化等问题。大刀阔斧改革公务用车，除一把手外其他班子成员一律不配专职司机，小车司机由 14 名减至 7 名。通过这些看得见、摸得着的整改成果，领导干部的职业形象更好了，职工群众的归属感更强了，对班子的拥护度更高了，为召开民主生活会营造了良好氛围。积极借鉴民主生活会会风，在 7 月 6 日召开的公司半年工作会上，一改过去总部领导总结部署工作、分厂逐一汇报的会议模式，会上分厂不再泛泛汇报，只讲自身存在的问题和需要总部解决的问题，总部领导当场给予解答，缩短了会议时间，提高了会议质量，树立了务实高效的会风，深受职工群众好评。

通过边查边改、立行立改，有力促进了企业的发展经营。在宏观经济形势复杂严峻的情况下，今年 1-5 月份，实现销售收入 21 亿元、同比增长 15%，利润总额 3.4 亿元、同比增长 5%，实现了逆势增长，体现了活动促发展的实际成效。

CNBMCO000055611