Partial translation of BNBM(Group)-E-0004986-4990

BNBM(Group)-E-0004986

BNBM Group

# Beijing New Building Materials (Group) Company Limited Internal Control System Construction Work Summary

Group Corporation's Financial Department:

According to the requirements by the SASAC and the Group Corporation, on November 30, 2012, Beijing New Building Materials Group Company Limited (abbreviated below as "the Company") held the project kickoff meeting on the internal control system construction, and the construction of the Company's internal control system officially started. As of now, the construction of the Company's internal control system has progressed smoothly, the internal control manual has been delivered for use, and we have entered into the implementation phase. Now the Company's internal control system construction situation is summarized below:

I. Established an internal control group, to provide organizational guarantee for the implementation of the project
The Company paid high attention to the internal control system construction… …and established a working group headed by the Company's senior management Yanming Zhao and chief accountant Yuan Li, and supported by the core workforce of each department, specifically responsible for designing and implementing the project.

…

…

BNBM(Group)-E-0004988

MTD Exhibit #58

BG: 7/15/15-7/18/15
Exhibit 247

V. In response to the Group Corporation's calling, required subsidiaries to comprehensively start the internal control system construction

According to requirements in the Group Corporation's "Notice on Further Doing Well Relevant Work on Internal Control System Construction" (CNBM Financial Release [2013] No. 389), the Company timely forwarded the documents to all subsidiaries, and put forward specific requirements, requiring all subsidiaries to submit internal control system construction plans, and to complete internal control construction work according to the time limit in the Notice.

…

**BNBM(Group)-E-0004990**
Beijing New Building Materials Group Company Limited
May 28, 2014

BNBM(Group)-E-0004986

Beixinjituan

Northern new building materials Group Company limited internal control

Project work summary

Group finance department:

According to the request of SAC and Group, the northern new building materials Group Company limited (hereafter referred to as â€œcompanyâ€) in November 30, 2012, held the internal control project start meeting, the company controlled from the inside the project formally to start. Up to now, the company controls from the inside project progress to be smooth, controls from the inside the handbook to be available, was in the implementation stage. Presently controls from the inside the project report summary are as follows the company:

First, establishes to control from the inside the group, provides the organization to guarantee for the project implementation

Company to controlling from the inside project highly attaching great importance. In order to guarantee the project work carries on smoothly, the company was formed has taken General Manager Cui Lijun as group leader's leading group, was responsible for the comprehensive organizational work of project; And has established by company management Zhao Yanming and chief accountant Leader Li Yuanwei, the work team that various department nuclei form, specifically is responsible for the design and implementation of project; Be responsible for the project following system test and dynamic evaluation by the ministry of audit works.

Second, to guarantee to control from the inside construction specialization, introduces the facilitating agency to participate in the project implementation

Controls from the inside the construction is a relatively complex systematic project, in order to constructs a high starting point, to cover entire, to have the quality, to fall to the ground the implementation system, the company invites to set up letter Switzerland to think through the tender to control from the inside the construction intermediary counselling organization to participate in this project. Joined of facilitating agency, caused company to control from the inside the project participation personnel to understand systematically controlled from the inside the project the method and step, has promoted the competence level, was to control from the inside the implementation and appraisal of handbook in the future has built the good foundation.

According to the company controlling from the inside construction plan, the company controls from the inside the project to be divided into three times, respectively is â€œcontrols from the inside diagnosis stageâ€ and â€œflaw to reorganize stageâ€ and â€œhandbook implementation stageâ€. â€œControls from the inside diagnosis stageâ€ primary mission to company, when the time controlling from the inside

Page 1

BNBM(Group)-E-0004986

situation carries on the preliminary investigation, seeks for the flaw; "Flaw reorganizes stage" to aim at the company to control from the inside the flaw in design or the execution carries on to reorganize; "Handbook implementation stage" has established the controlling from the inside handbook that completes to carry on the comprehensive implementation to the company, must complete before the implementation to the training work of company personnel.

Third, interview tests the search cause of disease, by a set time reorganizes the plug hole

The company controls from the inside the project construction earlier period, has conducted the widespread interview test, the goal is to understand the analysis company controls from the inside the condition, the interview involves department total 14, 85 people. At the same time, based on controlling from the inside 18 direction, controls from the inside the project group item by item carries on to go through the test to the existing system and flow, tests more than 270 times, through and actual execution to the system the comparison of request, discovered that the design defects 34 items, carry out the flaw 14 items. In view of flaw that in the test procedure discovered that is coordinated by company chief accountant Li Park, the project group organization and convened the relevant authority to carry on more than ten symposiums, carried on all flaws discussed one by one that and decomposed the flaw to the return department, reorganized the direction and content explicitly, the request reorganizes by a set time, plug hole from source, risk prevention occurrence.

Fourth, system flow combs comprehensively, strives to achieve the company standardization management

In view of design defects that in interview test procedure exposes, the company carried on the comprehensive system to comb with supplementing, total the new formulation or the revision system 27 items, have covered all services and management chains, simultaneously each system one or many flows corresponded with it, initially realized "management institution, system flow process", this also next step controlled from the inside the construction to build the solid foundation for the company. In the analysis company industry background and in business model's foundation, the company had determined controls from the inside the frame flow system, including first-level flow 21, second-level flow 91, control flow spot 329. In company flow system's establishment process, controlled from the inside the group members and servicers passes through had communicated several times discussed that strove to achieve the flow design not to divorced from the reality, provided the guarantee for the smooth implementation of later flow.

Fifth, response Group summoned that the request subsidiary company comprehensive start controls from the inside the project

"About Further Completes Internal control Project Related Work" Notice according to Group (building materials sends the financial [2013]389 number) request, the company promptly the document repeater to each subsidiary company, and set the

BNBM(Group)-E-0004986

specific request, requested various subsidiary companies to report the internal control construction plan, and completed to control from the inside the project work according to the notice request by a set time.

Sixth, controls from the inside the handbook establishment to complete, trains to fall to the ground positively the implementation

At present, the company will soon enter controls from the inside the project to be most difficult also most has stage of challenge - controls from the inside the handbook to fall to the ground the implementation. After controlling from the inside the handbook establishment completes, company promptly does the preparatory work before implementation. In late May, the company controlled from the inside the group and business agency held 5 communication conferences, to the servicers carries on to the content that controlling from the inside in the handbook involved explained one by one and set the specific request. Before problem that the implementation has, needs to be coordinated by the management, controls from the inside the group to record and prompt upward reflection 11, carries on coordinated by the management.

To controlling from the inside the flow in handbook, completely "form" processing. To form that the flow involves, controlled from the inside the group to coordinate various departments has combed comprehensively, combed to form form 48. The form content and form through combing, give fixedly, to enable it to have the feasibility.

Seventh, next phase plan

Next step, before the company will continue to complete the handbook to implement the training work, will control from the inside the handbook to advance the implementation promptly, urges the handbook to fall to the ground. The company controls from the inside the implementation of handbook, will take the first company two business agency international businesses and international wood industries as to try out the unit ahead of time, then fans out from point to area, unfolds comprehensively.

In addition, the company will complete to control from the inside the handbook implements the evaluation exercise after the request. The company controls from the inside the appraisal to lead by the ministry of audit, the concrete evaluation exercise controls from the inside the group to be responsible for carrying out by the company. The ministry of audit is responsible for establishing the internal control appraisal implementation plan and requesting authorization board of directors authorizes; Establishment internal control flaw compiles recognizes table, and carries on to recognize to the discovery internal control flaw that gave the comment. Controls from the inside the group to be responsible to the company controls from the inside the situation implementation to appraise and establishes the evaluation exercise manuscript and compilation control from the inside the evaluation report and so on. Controls from the inside the evaluation report after the ministry of audit managers verify, forms to recognize the opinion, reported the

BNBM(Group)-E-0004986

board of directors authorization to pass.

Controls from the inside the project is a long-term and systematic work, cannot get it done in one action. Controls from the inside establishment and consummation of system, will become the company to prevent and control the risk and enhancement management level solid foundation. At the same time, the company diligently will also cause to control from the inside the idea to strike root in the hearts of the people, causes to control from the inside the system to transform as the conscientious conduct, will control from the inside system's results truly to land on feet.

Northern new building materials Group Company limited

On May 28, 2014

 --- Common properties ---
Created: Wed May 28 13:57: 00 CST 2014 Creator: zhangyp Modified: Tue Jun 03 11:50: 00 CST 2014 Revision: 41

 --- Extended properties ---
Application: Microsoft Office Word AppVersion: 12.0000 Characters: 1740 CharactersWithSpaces: 2041 Company: Bnbmg DocSecurity: 0 Lines: 14 Pages: 1 Paragraphs: 4 Templatev: Normal.dotm TotalTime: 502 Words: 305

北新集团

# 北新建材集团有限公司内部控制体系建设工作总结

集团公司财务部：

按照国资委及集团公司的要求，北新建材集团有限公司（以下简称"公司"）于 2012 年 11 月 30 日，召开了内部控制体系建设项目启动会，公司内控体系建设正式开始。截至目前，公司内控体系建设进展顺利，内控手册已交付使用，已进入实施阶段。现将公司内控体系建设情况汇报总结如下：

## 一、成立内控小组，为项目实施提供组织保证

公司对内控体系建设高度重视。为确保项目工作顺利进行，公司成立了以崔丽君总经理为组长的领导小组，负责项目的全面组织工作；并成立了由公司高管赵雁鸣及总会计师李苑为组长，各部门中坚力量组成的工作小组，具体负责项目的设计和实施；由审计部负责项目后续的系统测试和动态评价工作。

## 二、为确保内控建设专业化，引入中介机构参与项目实施

内控建设是一个相对复杂的系统性工程，为了能够建设一个高起点、涵盖全、有质量、能够落地实施的体系，公司通过招标邀请到了立信瑞思内控建设中介辅导机构参与到这个项目中。中介机构的加入，使得公司内控项目参与人员系统的了解了内控体系建设的方法和步骤，提升了专业水平，为日后内控手册的实施

北新集团

---

与评价打下了良好的基础。

按照公司的内控建设计划,公司内控体系建设分为三个时间段,分别为"内控诊断阶段"、"缺陷整改阶段"、"手册实施阶段"。"内控诊断阶段"的主要任务是对公司当期的内控情况进行初步的摸底调查,寻找缺陷;"缺陷整改阶段"则针对公司内控设计或执行中的缺陷进行整改;"手册实施阶段"则是对公司已编制完成的内控手册进行全面实施,在实施前要完成对公司人员的培训工作。

### 三、访谈测试查找病因,限期整改堵塞漏洞

公司内控项目建设前期,进行了广泛的访谈测试,目的是了解分析公司内控状况,访谈涉及部门共计 14 个,85 人次。同时,依据内控 18 个指引,内控项目组逐项对现有制度和流程进行穿行测试,累计测试 270 余次,通过对制度要求与实际执行情况的比对,发现设计缺陷 34 项,执行缺陷 14 项。针对测试过程中发现的缺陷,由公司总会计师李苑牵头,项目组组织和召集相关部门进行了十余场专题讨论会,将所有的缺陷进行逐一讨论,并将缺陷分解到归口部门,明确整改方向和内容,要求限期整改,从源头上堵塞漏洞,防范风险发生。

### 四、制度流程全面梳理,力争做到公司规范化管理

针对访谈测试过程中暴露出来的设计缺陷,公司进行了全面

的制度梳理与补充，共计新制定或修订制度 27 项，涵盖了所有业务和管理链，同时每一项制度都有一个或多个流程与之相对应，初步实现"管理制度化，制度流程化"，这也为公司下一步内控建设打下了扎实的基础。在分析公司行业背景及经营模式的基础上，公司确定了内控框架流程体系，包括一级流程 21 个，二级流程 91 个，管控流程（点）329 个。在公司流程体系的设立过程中，内控小组人员与业务人员经过了数次沟通讨论，力争做到流程设计不脱离实际，为以后流程的顺利实施提供保证。

**五、响应集团公司号召，要求子公司全面启动内控体系建设**

按照集团公司《关于进一步做好内部控制体系建设有关工作的通知》（中建材发财务[2013]389 号）要求，公司及时将文件转发至各个子公司，并提出具体要求，要求各子公司上报内部控制建设方案，并按通知要求限期完成内控体系建设工作。

**六、内控手册编制完成，积极培训落地实施**

目前，公司即将进入内控体系建设最艰难也最具挑战的阶段——内控手册落地实施。内控手册编制完成后，公司及时开展实施前的准备工作。5 月下旬，公司内控小组与业务部门召开了 5 次沟通会议，对内控手册中涉及的内容向业务人员进行了逐一解释并向其提出了具体要求。对于实施前存在的问题，需要由管理层协调的，内控小组一一记录并及时向上反映，由管理层进行协

北新集团

调。

对内控手册中的流程，全部"表单化"处理。对流程涉及到的表单，内控小组协同各部门进行了全面梳理，共梳理形成表单 48 份。表单内容及格式通过梳理，均予以固定，以使其更具可操作性。

## 七、下一阶段工作计划

下一步，公司将继续做好手册实施前的培训工作，将内控手册及时推进实施，促使手册落地。公司内控手册的实施，将首先以公司两个业务部门国际业务部及国际木业为先期试行单位，而后以点带面，全面铺开。

此外，公司将按要求做好内控手册实施后的评价工作。公司内控评价由审计部主导，具体评价工作由公司内控小组负责执行。审计部负责编制内部控制评价实施方案并报批董事会批准；编制内部控制缺陷汇总认定表，并对发现的内部控制缺陷进行认定，提出意见。内控小组负责对公司内控情况实施评估、编制评价工作底稿、编写内控评价报告等。内控评价报告经审计部经理审核后，形成认定意见，报董事会批准通过。

内控体系建设是一项长期、系统性的工作，不能一蹴而就。内控体系的建立和完善，将成为公司防控风险、提高管理水平的坚实基础。同时，公司也将努力使内控观念深入人心，使内控制度转化为自觉行动，将内控制度的执行效果真正落到实处。

北新集团

<mark>北新建材集团有限公司</mark>

<mark>2014 年 5 月 28 日</mark>

北新集团

BNBM(Group)-E-0004990