<u>**Partial Translation of CNBMCO00366842-366873**</u>

<u>**CNBMCO00366842**</u>

**CNBM Co., Ltd. [2011] No.2**

The Second Office Meeting

**Time:** February 28, 2011 (Monday) 9:00

**Location:** Conference room on the 16th floor of CNBM Building

**Host:** Jianglin Cao

**Attendees:**

Headquarters: Zhiping Song, Yimin Li, Xingtai Cui, Dingjin Zhang, Zhangli Chang, Xue'an Chen, Jixin Yao, Jiaxiang Xiao, Bing Wang, Guobin Cai, Hongyan Pei, Xiaoping Xie, Shuhong Cui, Zhiping Liu, Jinyu Hu, Huirong Zheng, Ling Yin

China United Cement: Jindong Zhang, Zhenhe Ren, Yaoyin Feng, Bin Liu, Zhenhua Luo, Qingshan Shen, Zibin Zhang

South Cement: Mingshou Liu, Xiaomeng Jiang, Shuhai Li, Yinzhong Chen, Zhenming Shi, Sen Quan, Shixing Huang, Jingjian Zhao

North Cement: Chuanjun Zhang, Maotian Wang, Jun Zhao

<u>**CNBMCO00366843**</u>

BNBM PLC: Yu Chen, Tongchun Jia

China Composites: Yaping Shen, Guanghui Qiao

CNBM Engineering: Jian'an Sun, Jianhua Feng

Who asked for leave: Shou Peng, Jianxing Zhang, Jiazhen Xie, Ai'rong Dai, Guorong Lin, Shangwen Jiang, Guifang Ren, Yuqiang Zhang

MTD Exhibit #59

**Recorder**: Jun Zhang

**Main Topics of the Meeting:**

I.     Notification of the General Information on Production and Operation during January 2011

II.    Investment Management

       …

III.   Project Construction

       …

**CNBMCO00366844**

…

3. Deliberated the hearing reports on Taishan Gypsum's ten plasterboard production line projects in Shaanxi Weinan (second line) and etc.

4. Deliberated the official replies to feasibility studies on Taishan Gypsum's seven gypsum board production lines in Jiangxi Fengcheng and etc., and on the surface paper construction project in Tai'an

5. Deliberated the official replies to the check and acceptance upon completion of three projects of Taishan Gypsum in Baotou that annually produce 20 million square meters of gypsum boards

IV.   Other matters

       …

V.    Speech given by Chairman Zhiping Song

VI.   Speech given by President Jianglin Cao

**Matters That Were Deliberated and Reported at the Meeting:**

…

**CNBMCO00366849**

...

4. Deliberated the official replies to feasibility studies on Taishan Gypsum's seven gypsum board production lines in Jiangxi Fengcheng and etc., and on the surface paper construction project in Tai'an

…

**CNBMCO00366850**

…

5. Deliberated the official replies to the check and acceptance upon completion of three projects of Taishan Gypsum in Baotou that annually produce 20 million square meters of gypsum boards

...

**CNBMCO00366853**

…

**Meeting Resolutions:**

…

**CNBMCO00366857**

…

IX. Agreed, in principle, that Taishan Gypsum's ten plasterboard production line projects in Shaanxi Weinan (second line) and etc. passed the hearing procedure. It is required to:

1. Specifically implement projects in strict accordance with CNBM project management processes.

2. Reasonably determine the layout, scale and product plan of projects in combination with the gypsum board development plan of BNBM PLC, the supply and demand status of target markets, and the current production capability of main competitors, and make deep market analysis with pertinence.

3. Seriously fulfill the requirements for construction of projects during the period of feasibility study, especially on the sources and component quality of Flue

Gas Desulfurization gypsum from electricity generation plants, to ensure the best supply plan with the quality and quantity being guaranteed.

4. Make use of existing facilities in the case of expansion projects among this batch of projects, further optimize the design plan, and reasonably control the construction investment.

5. Pay high attention to the environmental protection work, to assure that the environmental protection standards be met.

X. Agreed, in principle, that Taishan Gypsum's seven gypsum board production lines in Jiangxi Fengcheng and etc. and the surface paper construction project in Tai'an passed the feasibility study inspection process. It is required to:

1. Meet with the design company to optimize the technology plan and equipment model, choose and decide the optimal construction plan.

2. Conduct further investigation on target market capacity and status of local resources, and develop subsequent work based on the accurate market predication, and the stable and realizable supply plan of raw and auxiliary materials, make sure the successful implementation of projects, and practically achieve the expected economic benefits.

3. Further strengthen investments and measures for environmental protection, and make sure the environmental protection standards be met on a long-term and stable basis.

**CNBMCO00366858**

4. Strengthen the deepness of work during the period of feasibility study, and improve the quality of feasibility study reports.

5. Strictly follow the project management regulations of the Co., Ltd, and promptly fulfill corresponding review and approval procedures based on the actual progresses of projects.

XI. Agreed the check and acceptance upon completion of three projects of Taishan Gypsum in Baotou that annually produce 20 million square meters of

gypsum boards. Taishan Gypsum is required to do well the following work during the course of implementing projects in the future:

1. Seriously and promptly fulfilling the project management approval procedures of the Co., Ltd., promptly conducting assessment on reaching standards and reaching output after the project is put into production, and promptly fulfilling the check and acceptance procedure.

2. Strengthening the investment control of the project, and making sure to run the project on the basis of approved investment budget.

3. Strengthening the investigation work on the early stage of the project, carefully fulfilling construction requirements such as raw material, and further improving the quality of draft design, in order to avoid any omission or major change in the design.

4. Carefully summarizing the experience and lesson in the project construction process, and earnestly strengthening the project construction management work during the course of project implementation process in the future.

5. Pingshan Project and Xiangtan Project should strictly follow the related regulations of competent government agencies and the Co., Ltd., and promptly obtain the required official replies on the basis of the projects' actual process.

…

**CNBMCO00366861**

…

Attachments: 1. Speech given by Chairman Zhiping Song

2. Speech given by President Jianglin Cao


Signed by: _____

Signed on: _____

---
Delivered to: CNBM Group; the Company's directors, supervisors; leaders at the Headquarters and all the departments; all entities of the Company Limited

---

<u>**CNBMCO00366862**</u>

Attachment:

**Abstract of the Speech Given by Chairman Zhiping Song**

…

<u>**CNBMCO00366863**</u>

…

**II. Work**

…

**First is to do well on financing and to guarantee the capital chain.** Capital shall be guaranteed by various means such as equity financing, issuing A-shares and issuing short-term bonds. The capital issue shall be treated as top priority.

<u>**CNBMCO00366864**</u>

…

**Third is the development.** The Group's development scheme for the "Twelfth Five-Year" still gives priority to cement business, the cement production capacity is planned to reach 300 million tons, and the concrete production capacity is planned to reach 300 million – 500 million cubic meters. If this scale is achieved, CNBM will become an outstanding world-class enterprise among the State-owned key enterprises. Cement is our foundation, and the combination and restructuring in the cement needs to be further improved and enhanced. Three companies have achieved more than 200 million tons in capacity, and I think an additional one hundred million tons can be achieved through a few years of development.

…

**CNBMCO00366865**

…

Further is about the gypsum boards: the gypsum board projects that have been reviewed and approved just now have a total production capacity of 380 million square meters, and I was quite happy upon hearing that. I said during the meeting of BNBM PLC that the gypsum board production capacity will reach 2 billion square meters during the "Twelfth Five-Year." In addition to the cement, the gypsum board is another masterpiece of us, and we should guide the world. We have such foundation, and hope that we can swiftly occupy the territories and occupy the resource of flue gas desulfurized gypsum.

Here I want to commend comrade Tongchun Jia. The past year was not easy for him because the gypsum board problem in the United states exerted a huge amount of pressure on him from the foreign state, the government, and the media. The Group Corporation and the Company Limited also had pressure. Taishan Gypsum rapidly developed gypsum boards under the pressure; it did not complain or halt production. Instead it forged ahead with determination, and spoke with facts and performances. This it our spirit, and it is worthy of commendations.

**CNBMCO00366866**

We are seeing the flush of dawn now on the gypsum board problem. The relevant agencies in the U.S. conducted experiments recently, and proved that the 10 deaths had no connection with gypsum boards. The U.S. gypsum board companies made specialized websites to introduce the production procedure and safety performances of gypsum boards, and to broadly educate and guide the American public to see gypsum boards in the right way, we should learn from this practice.

Despite this, we still have lawsuits. We adopted the strategy of limited response, because we do not have that much human resources and financial resources for the response, and the limited response is to prove to the U.S. government that we are responsible, truth-seeking, and righteous. We should also accelerate our own scientific researches, and return justice and innocence to gypsum boards.

…

The Second is the Group's internal coordination.

…

**<u>CNBMCO00366867</u>**

… The gypsum board equipment also has this issue, the Zhuozhou Machinery Factory, a factory that makes new type building material machineries, always has had little work to do since its join in the Group, and the prices of gypsum board equipment have been held low. The Group should have a group effect, and the enterprises within the Group should take care of each other, this is the basic principle among all big group corporations, including the multinational corporations. On this point, everyone should first sufficiently comprehend it, and second,  shall communicate well with the leaders below who are specifically in charge.

…

Building materials stock [2011]2 number

When the second workshop within: On February 28, 2011 (Monday) 9:00

Selects: Chinese building materials building 16 conference room directors: Cao Jianglin

Attends the human:
This: Song Zhiping, Li Yimin, Cui Xingtai, Zhang Dingjin, Chang Zhangli,

Chen Xuean, Yao Jixin, Xiao Jiaxiang, Wang Bing, Cai Guobin, Pei Hongyan, Xie Xiaoping, Cui Shuhong, Liu Zhiping, Hu Jinyu, Zheng Huirong, Yin Ling

Zhonglian cement: Zhang Jindong, Ren Zhenhe, Feng Yaoyin, Liu Bin, Luo Zhenhua, Shen Qingshan, Zhang Zibin

Southern cement: Liu Mingshou, Jiang Xiaomeng, Li Shuhai, in Chen Yin, Shi Zhenming,

Quan Sen, Huang Shixing, north Zhao Jingjian cement: Zhang Chuanjun, Wang Maotian, Zhao Jun

Northern new building materials: Chen Yu, Jia with the spring China duplicate material: Shen Yaping, Qiao Guanghui

Chinese building materials project: Sun Jianan, Feng Jianhua

Please assume: Peng Shou, Zhang Jianxing, Xie inspire, Dai Airong, Lin Guorong, Jiang Shang Wen, Ren Guifang, Zhang Yuqiang

Records the human: Opens the steed main item on the agenda:

First, notifies in January, 2011 production operation

Second, investment management 1. studies the Zhonglian cement to purchase the Chengdu Asia Xin gangue fine powder limited company 49% stockholder's rights items

2. studies the Zhonglian cement and Max Asia holding limited company signs the cooperation agreement item

3. studies the southern cement to purchase the Zhejiang three lion cement limited liability company surplus 12.73% stockholder's rights items

4. studies the Chinese duplicate material to reduce Shanghai Yaohuapierjindu glass limited liability company stock item

5. in the research duplicate Li valuable acquires the Changzhou white fox group to hold in Changzhou the new white fox glass fiber product limited company 35% stockholder's rights items

6. the research business mixes trade development strategy

Third, project construction

1. studies Zaozhuang Zhonglian to yearly produce 1 million tons cement flour rubbing station and other project feasibility study replies

2. studies south Mengtsing Zhonglian and Xiushui to yearly produce 1 million tons cement flour rubbing station project operation to reply

3. studies the Taishan gypsum Shaanxi Weinan (two) and other paper surface gypsum board production line project public hearings to report

4. studies the Taishan gypsum Jiangxi Fengcheng and other gypsum board production line and Tai'an protects the facial tissue items of basic construction feasibility study reply

5. studies Taishan gypsum Baotou to yearly produce 20 million square meters gypsum board and other project completion approval replies

Fourth, other items

1. studies the Zhonglian cement to delegate the trustee, supervisor and financial person in charge item 2. to study the southern cement to sub-enterprise to adjust the sub-enterprise trustee and supervisor item 3. to study the southern cement to adjust in the sub-enterprise management personnel item 4. research the compound switching audiences to appoint chief financial officer item five, President Song Zhiping to speak six, President Cao Jianglin to speak

Conference research and notification item:

First, notifies in January, 2011 production operation joint-stock company the production operation performance to be in January outstanding, the opening is good. Especially cement tectonic plate price and ratio of margin have the sharp increase compared to the same period last year.

Second, investment management

1. studies the Zhonglian cement to purchase Chengdu Asia Xin the gangue fine powder limited company 49% stockholder's rights item Chengdu Asia Xin gangue fine powder limited companies (to hereafter refer to as Chengdu Asia Xin) is a Chinese-foreign joint venture, Sichuan Xin sand gangue fine powder limited liability company (hereafter refers to as Sichuan Xin sand) to have this company 49% stocks, the Singapore East Asia industrial investment personal limited company (hereafter refers to as Singapore East Asia) to own stocks 49%, the Qingbaijiang District state asset investment management limited company (hereafter refers to as Qingbaijiang District National capital Company) to own stocks 2%. According to the Sichuan area development need, the Zhonglian cement plans to sign

the transfer of share rights agreement with Sichuan Xin sand, let the Chengdu Asia Xin 49% stockholder's rights that its has.

2. studies the Zhonglian cement and Max Asia holding limited company signs cooperation agreement item Max (Qingdao) limited company (to hereafter refer to as Max Qingdao) is Max Asia holding limited liability company (hereafter refers to as Max Asia holding) the wholly-owned, has the concrete second-level intelligence.
To further implement the industry chain extending strategy, in the Shandong region development commodity concrete service, the Zhonglian cement plans to control stock to sign the cooperation agreement with Max Asia, Max Asia holding plans by the stirring station, land, real estate that has in Qingdao and so on related property and Zhonglian cement establishes the new company, both sides occupy 50% stockholder's rights respectively.

3. studies the southern cement to purchase south the Zhejiang three lion cement limited liability company surplus 12.73% stockholder's rights items the cement direct or has the Zhejiang three lion cement limited liability companies (to hereafter refer to as three lion stocks) indirectly 87.27% stockholder's rights, Zhejiang development asset management corporation has three lion stock other 12.73% stockholder's rights.
To further enhance to subsidiary enterprise's controlling force, the south cement plans to phrase three lion stocks the surplus stockholder's rights.

4. studies the Chinese duplicate material to reduce Shanghai Yaohuapierjindu glass limited liability company stock item

The Chinese duplicate material has the Shanghai Yaohuapierjindu glass limited liability company (to hereafter refer to as Shanghai Yao skin) 16.26% stockholder's rights, total 11,893 ten thousand. Because near stage Shanghai Yao skin stock price climbs unceasingly, the Chinese duplicate material plans to sell 937,500 (to have in corporate shares form at first).

5. in the research duplicate Li valuable acquires the Changzhou white fox group to hold in Changzhou the new white fox glass fiber product limited company 35% stockholder's rights items

In Changzhou the new white fox glass fiber product limited company (hereafter referred to as new white fox) to be established in December, 1995, registered capital 11.885 million US dollars. Duplicate Li valuable has the new white fox 40% stockholder's rights, the Changzhou white fox Group Company limited (hereafter refers to as white fox group) to own stocks 35%, American JohnsThe Will international limited company owns stocks 25%. In order to speed up implementing the Chinese building materials in Changzhou's overall developmental strategy, duplicate Li valuable plans to let the white fox group hold 35% stockholder's rights.

6. the research business mixes trade development strategy

The joint-stock company has been clear: The extending industry chain, vigorously the development of commodity concrete service is the cement service strategic growth direction. The cement tectonic plate three big companies have carried on the

exploration and attempt in the respective region, mixes the service rapid growth for the advancement business, the joint-stock company plans to formulate business to mix the trade development strategy.

Third, project construction

1. studies Zaozhuang Zhonglian to yearly produce 1 million tons cement flour rubbing station and other project feasibility study replies

The project basic situation is as follows:

Project name

Project place

Construction project

The total investment (ten thousand Yuan) sales revenue (ten thousand Yuan) net profit (ten thousand Yuan) investment recoupment period (year) Zaozhuang Zhonglian Shandong Zaozhuang yearly produces 1 million tons cement 7,168 21,516 1,419 5.02 Linyi river bank east Zhonglian two issues of Shandong Linyi to yearly produce 1 million tons cement 7,710 24,426 1,686 4.47 Lianyungang plank bridge Zhonglian Jiangsu Lianyungang to yearly produce 1 million tons cement 11,541 25,640 1,766 5.79 Xiangshui Zhonglian Jiangsu Xiangshui to yearly produce 2.2 million tons cement 19,752 54,975 4,488 4.19 2. to study south Mengtsing Zhonglian and Xiushui to yearly produce 1 million tons cement flour rubbing station project to begin to reply south Mengtsing Zhonglian and Xiushui to yearly produce 1 million tons cement flour rubbing station project operation preparatory work to be ready basically, applies to begin.

3. studies the Taishan gypsum Shaanxi Weinan (two) and other paper surface gypsum board production line project public hearings to report the project basic situation:

Project name

Construction content

The total investment (ten thousand Yuan) project survey Shaanxi Weinan two yearly produce 3000 ten thousand square meters gypsum board 8,018 factory sites to be located at the Weinan Linwei District new industrial district, does not need to draft the land newly. The project depends on the peripheral power plant rich desulphurization gypsum and Shanxi melts the phosphorus gypsum resources of group. The project in Shaanxi, Shanxi and Henan triangular area, the railroad and highway traffic is developed. Company existing gypsum board annual production can 15 million square meters, this project be the extension projects, but gives full play to the existing facility, after project implementation, may further reduce the cost, and satisfies market demand Yunnan imen two to yearly produce 3000 ten thousand square meters gypsum board 7,611 factory sites to be located at Yunnan Anning Yimen County, is apart from the Kunming 28 kilometers, plans to draft some lands newly. The project depends on the peripheral power plant rich

desulphurization gypsum and rich auspicious chemical industry yearly produces 3 million tons phosphorus gypsum resources. Project peripheral good communications. Company existing gypsum board annual production can 15 million square meters, this project be the extension projects, but gives full play to the existing facility, after the implementation, may further reduce the cost, satisfies market demand Shanxi Lucheng two to yearly produce 3000 ten thousand square meters gypsum board 8,076 different to expand selected location Shanxi Lucheng Yan Lizhuang the industry garden, yearly produces 10 million square meters gypsum board to rent the production line, and non-extension location, two new selected locations are apart from the existing factory district 10 kilometers place, it is estimated that drafts the land 150 mu newly; The project depends on the phosphorus gypsum resources that the peripheral power plant's desulphurization gypsum resources and chemical company provides. Lucheng as our country east to Spain implementation strategic shift's junction, good communications Henan Yanshi two yearly produces 4000 ten thousand square meters gypsum board 10,704 factory sites to be located at Yanshi Shouyang industrial park, occupies a land area of 200 mu, a phase of project yearly produces 30 million square meters gypsum board, and reserves two issues of project lands; The project depends on the peripheral power plant rich desulphurization gypsum resources; The project locus transportation is developed, after a phase of project goes into production, the sale and benefit situation are good, this project may further satisfy the market demand, reduces the production cost, enhances benefit level Anhui Tongling two to yearly produce 4000 ten thousand square meters gypsum board 10,691 factory sites to be located at Tongling Jinqiao industrial park, occupies a land area of 216 mu, a phase of project to yearly produce 30 million square meters gypsum board project, and has reserved two issues of project land; The project depends on the phosphorus gypsum resources that the peripheral power plant rich desulphurization gypsum resources and chemical company provides. Anhui Tongling is located at the Yangtze River downstream south coast, the transportation convenience, the project market mainly aims at southern Anhui and Zhejiang area. After a phase of project goes into production, production and marketing situation is good, two phases of project implementations may the going a step further modern management benefit level, expands yearly produces 4000 ten thousand square meters gypsum board 10,691 factory sites to be located at Nantong Haimen economic development zone in target market's percentage Jiangsu Nantong two, occupies a land area of 249 mu, one and two phases of project synchronization plans, a phase of project to yearly produce 30 million square meters gypsum board project, and has reserved two issues of project land; The project depends on the phosphorus gypsum resources that the peripheral power plant rich desulphurization gypsum resources and chemical company provides. The project has to supply for oneself the wharf, the water transportation condition is convenient, the physical distribution cost is low, has certain competitive advantage project name construction content total investment (ten thousand Yuan)

Project survey

Anhui Chaohu project

Yearly produces 4000

Ten thousand square meters

Gypsum board

11,409

Selected location Chaohu bright yang concentration of industries area, is apart from the Hefei 50 kilometers, it is estimated that drafts the land 235 mu newly; The project depends on the phosphorus gypsum resources that the peripheral power plant rich desulphurization gypsum resources and chemical company provides; The project close to Hefei and Yangtze Delta economic zone, the position is superior, the transportation is convenient, the market prospect is broad

Liaoning Suizhong project

Yearly produces 4000

Ten thousand square meters

Gypsum board

11,914

The selected location Suizhong Binhai economic zone, because of the factory site close neighbor high tension line, the land-use capability is not high, it is estimated that drafts the land 350 mu newly, the project backing peripheral power plant's desulphurization gypsum and Qinhuangdao Hua Ying yearly produce 480,000 tons phosphorus gypsum resources; Besides the road and railway communication, the Suizhong area also has the river cargo port, the good communications, but effectively reduces the physical distribution cost, sharpens the enterprise competitive ability and profit level

Shandong Weihai project

Yearly produces 4000

Ten thousand square meters

Gypsum board

12,168

The factory site is located at Rushan economic development zone, is apart from the Yantai 10 kilometers, the project estimated that drafts the land 200 mu newly; The project depends on the peripheral power plant rich desulphurization gypsum resources and permanent nation chemical industry yearly produces 800,000 tons phosphorus gypsum resources. The project in Qingdao, Weihai and Yantai golden mile, has the national two kinds of harbors, the traffic conditions water transportation is especially developed

Hubei Wuxue project

Yearly produces 5000

Ten thousand square meters

Gypsum board

16,151

The factory site is located at Wuxue Tian Town industry new area, it is estimated that drafts the land 380 mu newly, including constructs the wharf land for construction; The project depends on the desulphurization gypsum and Xiangyun chemical industry that the peripheral power plant provides yearly produces 2 million tons phosphorus gypsum; The Wuxue port is the Yangtze River ten big deepwater ports, this project will construct the wharf alone, besides reducing physical distribution cost, but may also be for other project uses using the water transportation local extra phosphorus gypsum resources

4. studies the Taishan gypsum Jiangxi Fengcheng and other gypsum board production line and Tai'an protects the facial tissue items of basic construction feasibility study reply

The project basic situation is as follows:

Project name

Construction project

The total investment (ten thousand Yuan) sales revenue (ten thousand Yuan) net profit (ten thousand Yuan) investment recoupment period (year) Jiangxi Fengcheng yearly produces 30 million square meters gypsum board 7,564 15,000 2,138 4.11 Guangdong Huizhou to yearly produce 30 million square meters gypsum board 7,971 16,200 2,178 4.18 Hubei Jingmen two to yearly produce 30 million square meters gypsum board 4,931 15,000 1,566 3.8 project name construction project total investments (ten thousand Yuan)

Sales revenue

(Ten thousand Yuan)

Net profit

(Ten thousand Yuan)

Investment recoupment period (year)

Jiangsu Nantong

Yearly produces 30 million square meters gypsum board

8,968

16,200

2,564

4.11

Ningxia Yinchuan

Yearly produces 30 million square meters gypsum board

7,020

13,800

1,890

4.19

Sichuan Shenfang

Yearly produces 30 million square meters gypsum board

8,937

16,500

2,887

3.9

Guizhou Fuquan

Yearly produces 20 million square meters gypsum board

6,296

11,000

1,818

4.03

Tai'an gypsum board

Protects the facial tissue

Yearly produces 98,000 tons gypsum board to protect the facial tissue

20,270

31,360

3,819

5.92

Note: Hubei Jingmen two-wire system powder system when constructing one has constructed, this project only constructs the making lithograph plates system.

5. studies Taishan gypsum Baotou to yearly produce 20 million square meters gypsum board and other project completion approvals to reply Taishan gypsum Baotou to yearly produce 20 million square meters gypsum board project to begin construction in March, 2008, in April, 2009 puts into production, and successfully passed for 72 hours to inspect in September 20, 2009. The security, environmental protection, fire prevention and other single item approvals examined and approved through the relevant competent department. The Taishan gypsum in May, 2010 completes the completion final accounts of this project, this project totals the total investment after the examination is 8,575.41 ten thousand Yuan, compares with the reply preliminary design investment budgetary estimate 6,388.39 ten thousand Yuan, surpasses invests 2,187.02 ten thousand Yuan, the primary cause that the investment increases is the land budgetary estimate omission and so on, if rejects this reason, the same caliber actual investment surpasses 4,246,500 Yuan compared to the budgetary estimate investment, accounts for 6.6%.
Taishan gypsum Pingshan yearly produces 30 million square meters gypsum board project to begin construction in March, 2007, in February, 2008 will put into production, and will successfully pass for 72 hours to inspect in August 7, 2010. The security, environmental protection, fire prevention and other single item approvals examined and approved through the relevant competent department. The Taishan gypsum in May, 2010 completes the completion final accounts of this project, this project totals the total investment after the examination is 6,455 ten thousand Yuan, compares with the reply preliminary design investment budgetary estimate 6,679.88 ten thousand Yuan, saves to invest 2,248,800 Yuan, accounts for 3.4%.
Taishan gypsum Xiangtan yearly produces 30 million square meters gypsum board project to begin construction in July, 2007, in July, 2008 will put into production, and will successfully pass for 72 hours to inspect in June 28, 2010. The security, environmental protection, fire prevention and other single item approvals examined and approved through the relevant competent department. The Taishan gypsum in May, 2010 completes the completion final accounts of this project, this project totals the total investment after the examination is 8,563.42 ten thousand Yuan, compares with the reply preliminary design investment budgetary estimate 6,637.03 ten thousand Yuan, surpasses invests 1,926.39 ten thousand Yuan, the primary cause is the budgetary estimate omission item, if rejects this reason,

the same caliber actual investment saves 7,581,900 Yuan compared to the budgetary estimate investment.
Fourth, other items 1. studies the Zhonglian cement to delegate the trustee, supervisor and financial person in charge item to the sub-enterprise

"About Agreeing with Zhonglian Cement Purchases Sinyeh Singapore Airlines Cement Limited company 100% Stockholder's rights" Reply according to joint-stock company and "Sinyeh Zhonglian Cement Limited company Regulation" relevant provision, the Sinyeh Singapore Airlines cement limited company (hereafter refers to as Sinyeh Zhonglian) to set up the board of directors, is composed of 3 members, does not set up the board of supervisors. The Zhonglian cement plans to delegate the trustee and supervisor to send out the financial person in charge to Sinyeh Zhonglian.

"About Agreeing with Zhonglian Cement Purchases Juye County Large male deer Abundant Cement Limited company Cement Property" Reply according to joint-stock company and "Juye County Large male deer Abundant Cement Limited company And China Unites the Cement Group Company limited Property Transfer agreement" relevant provision, the Juye County large male deer abundant cement limited company (hereafter refers to as Juye Zhonglian) to set up the board of directors, is composed of 3 members, does not set up the board of supervisors. The Zhonglian cement plans to delegate the trustee and supervisor to send out the financial person in charge to Juye Zhonglian.

According to joint-stock company "about Agreeing with Zhonglian Cement's to Reply Lianyungang China Standing New Building materials Limited company Increases funding" that and "China Union Cement Group Company limited And Wang Yanhua, Ganoderma lucidum about to the Agreement relevant provision that Lianyungang China Standing New Building materials Limited company Increases funding", the Lianyungang China standing new building materials limited company (hereafter refers to as plank bridge Zhonglian) to set up the board of directors, is composed of 3 members, the Zhonglian cement nominates 2 people; Sets up the board of supervisors, is composed of 3 members, the Zhonglian cement nominates 1 person, staff supervisor. The Zhonglian cement plans to delegate the trustee and supervisor to send out the financial person in charge to Lianyungang plank bridge Zhonglian.

"About Agreeing with Zhonglian Cement Sets up Xiangshui Zhonglian Cement Limited company's" Reply according to joint-stock company and "China Union Cement Group Company limited And the Investment Agreement relevant provision of Jiangsu Guan River Cement Limited company", the Jiangsu Guan River cement limited company (hereafter refers to as Xiangshui Zhonglian) to set up the board of directors, is composed of 3 members, the Zhonglian cement nominates 2 people; Sets up the board of supervisors, is composed of 3 members, the Zhonglian cement nominates 1 person, staff supervisor. The Zhonglian cement plans to delegate the trustee and supervisor to send out the financial person in charge to Xiangshui Zhonglian.

2. studies the southern cement to adjust the sub-enterprise trustee and supervisor item

Governs for the standard company, the deepened management conformity, the south

cement plans to adjust the Tunghiang south and other enterprise trustee and supervisor candidates.

Southern cement has Tunghiang southern 100% stockholder's rights, the board of directors is composed of 3 members, does not set up the board of supervisors.

The southern cement direct or has the blue lion cement 100% stockholder's rights indirectly, the board of directors is composed of 3 members, does not set up the board of supervisors.

The southern cement has the Guangxi gold carp 75% stockholder's rights, the board of directors is composed of 7 members, the southern cement nominates 5 people; The board of supervisors forms of 3 members, the southern cement nominates 1 person.

Southern cement has Icheng southern 100% stockholder's rights, the board of directors is composed of 3 members, does not set up the board of supervisors.

3. studies the southern cement to adjust the sub-enterprise management personnel item

Governs for the standard company, the deepened management conformity, the south cement plans to adjust Guangxi Jin Li and other enterprise general managers.

4. in the research the compound switching audiences appoint the chief financial officer item to govern for the standard company, improve the financial control, the Chinese duplicate material plans to delegate the compound switching numerous chief financial officer.
Conference resolution:
First, agreed that the Zhonglian cement acquires the Chengdu Asia Xin gangue fine powder limited company 49% stockholder's rights.

After the purchase completes, Chengdu Asia Xin's personnel arrangements: Sets up the board of directors, is composed of 5 people, the Zhonglian cement nominates 2 people (1 person to be chairman and legal representative), the opposite party nominates 2 people (1 person to be vice-chairman), Qingbaijiang District National capital Company nominates 1 person; Sets up the board of supervisors, is composed of 3 people, the Zhonglian cement nominates 1 person, the opposite party nominates 1 person (to be board of supervisors presidents), staff supervisor; The general manager is nominated by the opposite party; The financial person in charge was delegated by the Zhonglian cement.
The request fulfills the dependant program according to the agreement agreement and concerned requirements.
Second, agreed that the Zhonglian cement and Max Asia controls stock to sign the cooperation agreement, the Zhonglian cement has the bilateral joint venture's 50% stockholder's rights.
The personnel arrangements of bilateral joint venture: Sets up the board of directors, is composed of 5 people, the Zhonglian cement nominates 3 people (1 person to be chairman and legal representative), Max Asia controls stock to nominate 2 people (1 person to be vice-chairman); Sets up the board of supervisors,

is composed of 3 people, the Zhonglian cement nominates 1 person, Max Asia controls stock to nominate 1 person (to be board of supervisors presidents), staff supervisor; Vice president who is in charge of the finance by Max Asia holding assignment; Finance after reason Zhonglian cement assignment.

The request fulfills the dependant program according to the agreement agreement and concerned requirements.

Third, agreed that the southern cement picks sign transferee to acquire the Zhejiang three lion cement limited liability company surplus 12.73% stockholder's rights by Shanghai union property rights exchange.
The request fulfills dependant program according to the concerned requirements.
Fourth, agrees with the Chinese duplicate material under the joint-stock company instructs by not to be lower than 15 Yuan/share prices, sells to hold Shanghai Yaohuapierjindu glass limited liability company stock, quantity does not surpass its total stock 1%, and may according to the stipulation when the price recedes buy-back. This work is often responsible for guiding the implementation by Zhang Li.
The request fulfills dependant program according to the concerned requirements.
Fifth, in agreement the duplicate Li valuable purchase white fox group holds in Changzhou the new white fox glass fiber product limited company 35% stockholder's rights.

The request fulfills the dependant program according to the agreement agreement and concerned requirements.

Sixth, the determination joint-stock company business mixes the trade development strategy are as follows:
1. the unification idea, speeds up the developer to mix the service.
2. developed area: Has the cement service, and can strive for as far as possible many market share region in the concrete service first.

3. ownership percentage:
1) newly-built: Owns stocks the ratio to conform to "73 principles", the equity ratio that namely we have must be bigger than is equal to 70%. Various tectonic plate companies may propose that the partner suggestion name list, reported the joint-stock company to examine and approve.

2) joint reorganization: In making under premise, strives for as far as possible many equity ratios.

Seventh, agreed in principle that Zaozhuang Zhonglian yearly produces 1 million tons cement flour rubbing station and other projects through to be possible the research audit program. Request:
1. the Zhonglian cement handles jointly with the designing department optimization techniques plan and equipment shaping, reduces the total investment diligently, finally invests to take after the preliminary design investment budgetary estimate of examination as the standard.
2. conscientiously carries out the construction, the comprehensive ratio chooses

the most superior mix material for a long time stable supply plan.
3. further investigation and study analysis target market and competitor situation, develops the market diligently, realizes the economic efficiency of estimate.
4. attaches great importance to the environmental protection effort, strictly controls the non-organization to discharge, guarantees the environmental protection standard.
5. Zaozhuang Zhonglian project should give full play to the existing facility in the conceptual phase, saves the investment diligently.

The river bank eastern two phases of projects should the going a step further optimization design plan, reduces the project total investment.

The Lianyungang plank bridge project should make best effort to reduce total investment, completes the market investigation and study, development as well as the joint operation with Lianyungang Zhonglian ahead of time, realizes the economic efficiency of estimate. Comments the related request of reply to carry on the environmental facility design and construction according to the link strictly, guarantees the environmental protection standard.

The Xiangshui project should further appraise constructs the investment, examination of as well as the following management issue wharf, handles the necessary wharf construction as soon as possible the related compliance approval formalities.

Eighth, agreed that south Mengtsing Zhonglian and Xiushui yearly produces 1 million tons cement flour rubbing station project beginning construction. Mengtsing Zhonglian investment according to the preliminary design investment budgetary estimate 9,299 ten thousand Yuan control that joint-stock company examines and approves, the Xiushui south project reports to high authorities for their investigation and examination the budgetary estimate as soon as possible, and according to the budgetary estimate investment cost control investment that the joint-stock company authorizes. Two project construction periods control in 8 months. Request:

1. attaches great importance to the environmental protection effort, fulfiling exactly "three at the same time" stipulation, improves the environmental management of project, guarantees the project environmental protection standard.

2. after commencement of works, completes the site management, the strict control investment scale and time and ensure various project construction qualities and technical specifications, ensure the construction security.

3. after commencement of works, according to request regular reporting project progress.

4. grasps to carry out the production preparation condition and ensure the project puts into production smoothly, realizes the economic efficiency of estimate earnestly.

Ninth, agrees in principle to the Taishan gypsum Shaanxi Weinan (two) and other paper surfaces The gypsum board production line project adopts the hearing procedure. Request:

1. specific items implementation should strictly carry on according to the Chinese building materials project management flow.

2. unifies the northern new building materials gypsum board development project and target market supply and demand condition as well as major competitor's existing produces to be able the situation reasonable determination project layout, scale and product plan, and carries on the thorough market analysis target-oriented.

3. conscientiously carries out the project construction in the feasibility study stage, particularly the origin and ingredient quality of power plant desulphurization gypsum, determined most superior supply plan that maintains quality and quantity.

4. the extension projects in this batch of project should give full play to the original facility, further optimization design plan, rationally controls the construction investment.

5. attaches great importance to the environmental protection effort, guarantees the environmental protection standard.

Tenth, agreed in principle that the Taishan gypsum Jiangxi Fengcheng and other gypsum board production line and Tai'an protect the facial tissue items of basic construction through to be possible the research audit program. Request:

1. handles jointly with designing department optimization techniques plan and equipment shaping, the choice decides on the most superior construction plan.

2. further aims at the target market space and local resources situation carries on the investigation and study, the accurate market forecast-based and stable reliable the material supply plan development following work and ensure the project implements smoothly, realizes the economic efficiency of estimate earnestly.

3. further strengthens the environmental protection investment and environmental protection measure, guarantees the environmental protection long-term stable standard.

4. strengthens feasibility study phase depth, enhances may the research report quality.

5. rigorously according to the joint-stock company project management stipulation, promptly goes through the corresponding approval formalities according to the project actual progress.

11th, agreed that Taishan gypsum Baotou yearly produces 20 million square meters gypsum board and other project completion approvals. Requests the Taishan gypsum to complete the following work in the future project implementation process:

1. earnest fulfills the joint-stock company project management approval process promptly, after the project production, carries on the standard to reach promptly produces the inspection, fulfills the acceptance checkout procedure promptly.

2. tightens the investment control of project and ensure the project takes the authorized the investment budgetary estimate as the standard control.

3. improves the project first-phase study work, conscientiously carries out raw material and other construction situations, and further improves the preliminary design quality, avoids the project presenting the design to leak item or the substantial change.

4. conscientiously learns lessons and lesson in this project construction process, will conscientiously improve the supervisory work of project construction in the next project implementation process.

5. the Pingshan project and Xiangtan project should strictly according to the competent authority and joint-stock company relevant provision, handle the related reply that according to the project actual progress needs promptly.

12th, agreed that the Zhonglian cement and other family enterprises delegated the trustee, supervisor and financial person in charge to Sinyeh Zhonglian, and appointed the management personnel.
1. Sinyeh Zhonglian

Agreed that the Zhonglian cement delegated Ren Zhenhe, Li Guangming, Liu Tian to become Sinyeh Zhonglian trustee, Ren Zhenhe was the chairman (legal representative); Does not set up the board of supervisors, delegated Liang 澐wei supervisor; Appoints Wang Zhan is the general manager; Delegated Zhou Wenming for the financial person in charge.

2. Juye Zhonglian

Agreed that the Zhonglian cement delegated Feng Yaoyin, Sheng Chunde, Wang Jianjun for Juye Zhonglian trustee, Feng Yaoyin was the chairman (legal representative); Delegated Liang 澐wei supervisor; Appoints Wang Jianjun is the general manager; Delegated Zhang Reping for financial person in charge.
3. plank bridge Zhonglian agreed that the Zhonglian cement delegated Du Xiaosong, Liu Jianhua for plank bridge Zhonglian trustee, and nominated Wang Yanhua to be the chairman; Delegated Liu Binwei the supervisor, and was the board of supervisors president; Appoints Du Xiaosong for the general manager (legal representative); Assignment week Washington for financial person in charge.

4. Xiangshui Zhonglian

Agreed that the Zhonglian cement delegated Liu Bin, Liu Jianhua for Xiangshui Zhonglian trustee, Liu Bin was the chairman (legal representative); Delegated Li Yong is the supervisor; Appoints General Manager Liu Huiwei; Delegated Shang Zhenlong for financial person in charge.
13th, agreed that the southern cement and other enterprise trustees and supervisors makes the following adjustment to the Tunghiang south:
1. south Tunghiang agreed that the southern cement delegated Xiao Jiaxiang, Jiang Minli, Dai Airong for the Tunghiang south trustee, Xiao Jiaxiang was the chairman;

Delegated Lin Jianwei supervisor.

2. blue lion cement agreed that the southern cement delegated Quan Sen, on Meng Quan, Zhang Meifang for the blue lion cement trustee, Quan Sen was the chairman (legal representative), was vice-chairman on Meng Quan; Delegated Zhao Xufei is the supervisor.

3. Guangxi Jin Li

Agreed that the southern cement delegated Jiang Xiaomeng, Chen Xuean, Xiao Jiaxiang, Zhang Jianxing, trustee Yao Qinwei Guangxi Jin Li, Jiang Xiaomeng was vice-chairman; Delegated Zhao Xufei is the supervisor, and was the board of supervisors president; Appoints General Manager Yao Qinwei (legal representative).
4. south Icheng agreed that the southern cement delegated Quan Sen, Lu Shenghong, Ji Liangping for the Icheng south trustee, Quan Sen was the chairman (legal representative), Lu Shenghong was vice-chairman; Delegated Liu Huaizhen is the supervisor; Appoints Ji Liangping is the general manager.
14th, agreed that the southern cement and other enterprise general managers makes the following adjustment to Guangxi Jin Li:
Yao Qin is appointed the Guangxi gold carp cement limited company general manager and Zhejiang three lion cement limited liability company chairmen. Yao Jixin no longer is the Zhejiang three lion cement limited liability company chairmen.
Jiang Yongming is appointed the Zhejiang three lion cement limited liability company general managers, no longer holds the post of Anhui Guangde south cement limited company general manager. Xu Jiuyun no longer holds a concurrent post of the Zhejiang three lion cement limited liability company general managers.
Xu Kunquan is appointed south Huzhou scholartree ridge the cement limited company general manager.
Jiang Minli is appointed the Tunghiang south cement limited company general manager. Jin Liguo no longer holds a concurrent post of the Tunghiang south cement limited company general manager.
Shen Shengyuan is appointed the Transmit south concrete product limited company general manager. Shen Jianchao no longer is the Transmit south concrete product limited company general manager.
Zhang Junwei is appointed Jiangsu Xin Street south cement limited company general manager. Zhang Guomin no longer holds a concurrent post of Jiangsu Xin Street south cement limited company general manager.
Ji Liangping is appointed Jiangsu Icheng south cement limited company general manager. Lu Shenghong no longer holds a concurrent post of Jiangsu Icheng south cement limited company general manager.
15th, agreed that the Chinese duplicate material delegated Zhang Xiaoping for compound switching numerous chief financial officer.
Appendix: 1. President Song Zhiping spoke 2. President Cao Jianglin to speak

Under-signeds: _____signing and issuing time: _____delivers:

Chinese building materials group, various directors of corporations, supervisors, this leaders and departments, various joint-stock company units

Appendix:

President Song Zhiping speech abstract

Jiang Lin said a moment ago very well, the arrangement is concrete, the mentality is clear, I agreed. Gives everybody to deliver words in this.
First, situation

International situation mixed blessing. What is happy is the American situation is changing for the better; What sorrow was the recent Middle East and North Africa has the turmoil, and spread unceasingly, first was Egypt, latter was Libya. The turmoil causes the oil price to rise, recently the world oil price topped 100 US dollars, the iron ore that Lito must develop also one after another rises in prices. The large amount import raw materials price rise can bring the input inflation, in addition some home inflations, this then became a major problem. The Middle East turmoil also affected the project of group. Building materials import-export company has the project in Libya, because the evacuation condition receives to limit, the group staff still had 30 people still to match.
From the domestic situation, the present focal issue is the inflation, the suppression house price and currency from tight. The country preventing the inflation looks very much heavily, the suppression house price has also adopted "limiting purchases command", buying homes and registered permanent address suspension hook and other policies, makes the price adjustment to the real estate high price real estate particularly.
Some media once asked that I suppress house price and limiting purchases housing the effect on the cement market. I believe that the cement constructs commodity, compares with the infrastructure and public works, the proportion for real estate construction only accounts for 30%-40%. Now the country to suppress the high house price vigorously promotes to safeguard the room to construct, Beijing the project of new operation two-thirds are safeguards the room, during nation "35", must construct 36 million safeguard room this year. Constructs the safeguard room also to use cement, therefore the suppression house price and cement demand size has not related necessarily.
The currency will cause many project funds not to be proper from the tight policy, the operation and progress slow down. Everybody must attach importance to this question, must keep abreast of the fund overall situation, achieves to know fairly well and prepare ahead of time. Must want to perform all means financing, assures the fund chain security.
Makes the building materials mainly domestic market, High Speed Rail, nuclear power station, urbanization, the water conservancy facility and so on had the new hot spot, our demand to the cement favors for a long time. Recently the steel products rose in prices, although the steel products and cement cannot substitute completely but have the complementary relationship, between both has certain linkage, the steel price rise amount used will reduce, will use the cement, this was benefits to us.
Second, work opening in January good. The sales revenue grows 18% compared to the same period last year, profit grows 400%. These numerals pleasantly surprised, but happy also has sorrow, before very good tectonic plate like the gypsum board, fan blade and other in January sales volumes compared to the same period last year

slightly have the drop, hopes everybody highly attaching great importance.

About the work, Jiang Linjiang several were very a moment ago important, I emphasized again.

First, to pay special attention to finance, guarantees the fund chain. Must adopt rights financing, to send A stocks, to issue the short-term bond and other methods to guarantee the fund, must take the financial problem as the most important. Second, grasps the market tightly, falls this, in increase to work hard in the Bulgarian price.

The culture of low price competition and blind competition that in the profession forms for a long time did not have genuinely to change. Last year under everybody's endeavor, the joint reorganization strategic effect appearance, each region appeared to restrict production to reduce emission the policy in addition, promoted the reasonable rise of cement price. This year is to guarantee the price and stable price fights fortification fight one year, we must look like were so careful in the second half of last year solidly do the work, the internal coordination, competes to gather outward, effort cement market healthy development. In February some regions do not well, the cement price a little drops, but I think that guarantees the price not to have the question.

In addition, reduces the cost to be important, regardless of being PCP (price principal and interest) VCP (quantity principal and interest) operation idea, has C, namely the cost, must transform the rise in price into profit rise, but is not the cost rises. This point Jiang Lin said very thin, hopes that everybody attached great importance to and completes the work.

Third, development.

Group "35" development project gives priority to the cement service, the plan cement produces to achieve 300 million tons, the coagulation local product can achieve 300 million - 500 million cubic meters. If can achieve this scale, the Chinese building materials inside the central enterprise is a very good world-class enterprise. The cement is our foundations, the cement joint reorganization must continue to consummate, enhancement. Three companies produce to achieve more than 200 million tons, I think that can certainly make 100 million tons through several years development again.

Today's workshop sends out to make the commodity concrete service to each company officially the verbal command, first step makes 50 million cubic first. Makes business to mix to be fastidious about the strategy, must be quick, must like making the southern cement vigorously advances quickly, on a grand scale, do not haul, hauls will produce other units to follow up, reorganization price enhancement and other questions. Several principles that Jiang Lin stressed a moment ago must refine again, invite some coagulation home-grown experts to do further discuss and study, ask these experts to help us to reorganize, formulate was similar in the past the cement reorganization "great four" and "small four" and other principles. Our goals are 5 years make 500 million cubic business to mix, must synthesize to consider various factors, the fixed region and proper attention to both cement sale.

Special cement and development of cement product. Our some scale small production lines compare not to have the superiority with 5000 tons production line, tears down wastes, may display the superiority to be used to develop the special cement. The special cement amount used not big, has the peculiar requirement and price to be also high. The special cement needs to create the demand, may set up the company in Zhonglian and south or establishes the new company to make this service specially. This year must contact the cement product, makes 1-2 projects to try first, but with emphasis development of commodity concrete, along commodity concrete, special cement and industry chain development of cement product.

Has again about the gypsum board. The gypsum board project that examined and approved a moment ago produces to altogether have 380 million square meters, I listened to be very happy. During the northern new building materials' meeting I once said "35" the gypsum board produces to probably achieve 2 billion square meters. Besides the cement, the gypsum board is our another representative works, should monopolize the world, we have such foundation, hopes that can seize the region, to seize the desulphurization gypsum resources fast.

Here I must praise Jia with spring comrade, he is facing because of the American gypsum board question from the foreign country, government, public opinion and so on huge pressure in every way, in more than one year is not easy. Group and joint-stock company have the pressure, the Taishan gypsum the rapid growth gypsum board under the pressure, has not blamed god and man and has not fallen face down dry, but goes all out, spoke with the fact and result, this was our spirits, must praise.

Now the gypsum board question had the dawn, the American relevant authority had done the experiment recently, showed that 10 deaths and gypsum boards have not related. American Gypsum board Company has made the production process and safety performance of special website introduction gypsum board, the broad education and instructs the American people correct view gypsum board, we must study this procedure.

For all this, we have the lawsuit. The strategy that we adopt answers a charge limitedly, because we do not have that many manpower and financial resource to deal, answers a charge limitedly to the US government showed that we are responsible, is the pursue truth and justice. We must speed up our scientific research, but also the rightness and pureness of gypsum board.

Third, group coordinates

The annual board of supervisors work report will soon make, before President Luo asks me to talk, definitely our result, pointed out work that three items need to enhance.
First, property ratio of debt to net worth high question. Creates this situation is not because we poor management, stock backlog and account receivable many and so on, because the original enterprise capital in cash is insufficient, these years also seize the building materials profession rare adjustment opportunity to expand

largely, need the fund to depend entirely on their accumulation and going on the market financing, moreover finance also came under the influence of financial crisis. This question is not difficult to solve, so long as we complete to distribute A stocks this year whole-heartedly, can adjust.

Second, the group coordinates. Last year group interior coordination had in a big way progressive, the unit and between between the production enterprises, the production enterprises, the production enterprises and equipment enterprises had many coordination. Consciousness that but everybody interior coordinates still waited for enhancing, how each platform pays attention to oneself to develop, how to complete own matter, how to reduce the cost, to guarantee the quality, but stands keeps an eye on the development in the group overall benefit stratification plane also insufficient. The Shanghai newly-built heavy duty machinery limited company enters group one year, the equipment that the group uses only accounts for its sales revenue 10%, what the intermediate ability uses in Middle East's ten thousand tons line is their kiln. The gypsum board equipment also has this question, after making new building materials machinery's Zhuozhou Machine shop enters the group, the work not to be many, the gypsum board equipment price presses is also low. The group must have the effect of group, in the group corporations must look after mutually, this is all big groups' basic principles, the multinational corporation is not exceptional. Regarding this everybody one must fully understand that two must complete the work to the below responsible cadre specifically.

Fourth, cadre ideological style construction

After every year Spring Festival, the group organized group must open one time to discuss the cadre ideological style construction. At this year's meeting I mainly spoke three points: First, corporate direction; second, to improve team's overall quality; third, to enhance member of leadership team's training.
Through these years everybody "5+2" and "8+4" and "white + black" the endeavor, we had the development of leap. Frank, we develop too quickly, like 15-16-year-old child, although has grown into the giant, but mental not yet mature. We must match by our quality and enterprise size, must likely the cadre in big enterprise.

After the enterprise makes the big, culture is foundation. We are one have the cultural traditional company, now the scale achieves such in a big way, must value the enterprise culture. The enterprise that regardless of enters newly is the original enterprise, must deeply understand that our strategies and cultures, the function of display enterprise culture, makes the entire team maintains the health.

First is ideological health. Next, our teams must become the study organization. In five practice of study organization at least must achieve three points: One has the common prospect, our common prospects are become the world-class enterprise, staff and enterprise grow together; Second, depth communication, exchange; Third, to strengthen the team studies.

Must enhance the cadre training. The training can enhance through day after tomorrow's practice and study. "Awes, feels grateful, courteous and appropriate"

eight-character principle is the standard of conduct of our team, cherishes the heart of awe to treat the enterprise, below has the low tension wire unable to penetrate, on has the high tension line unable to move; The bosom feels grateful the heart to treat the society, sets level the point of view; Cultivates the behavior and works courteously; Graces appropriately.

Every year discusses ideological style construction to have the advantage to everybody, these many years our teams were very stable, make such large-scale reorganization not to have any question, was the health transparent reorganization. Several hundred companies come, our cadres stood up to the test, this and usual education has the relations.

I recommend "Way of living" that to everybody Japanese entrepreneur Daoshenghefu writes. What this book said was how to work and how to instruct oneself mind some small viewpoints. Our enterprise does such in a big way, must have an instruction to the mind. Before everybody is very poor, but is very at heart tranquil; Now wants to eat the delicacies of every kind very easy, but is very impetuous, the happy index is very low, because lacks the mind instruction. Therefore the party and country must the build socialism core value, advocates "eight glory eight shames". We must give up impetuously, besides implementing socialism core value, "eight glory eight shames", but must read some books suitably, purifies the mind.

I suggested that cadre one year of group read three books: And pursues a goal with determination about the philosophy, life, thought and training, about specialty and technology, about social progress and natural evolution. The viewpoint in book not necessarily right, but may increase our aspects of knowledge, initiates the ponder and expansion mind, increases the endurance and latitude.

The group management is a platform, everyone manages one, everybody is very responsible, but is also easy to have problems, oneself are this eldest children, is the member, is easy to multiply "day eldest child my second child" the thought that is easy to think oneself infallible and not listen to others' opinion, even "goes against to depress", but also some cadres criticize not to, this is the bad attitude, needs to strengthen the training.

The joint-stock company scale has done in a big way, how to manage to manage everybody to understand, how from now on I want many to say cultivate the behavior, how we survival in the society, how won the approval and containing of society, as well as how to enhance own training. We must first become the world first-class team, has the possibility achievement world first-class enterprise.

President Cao Jianglin speech abstract

In January the figure showed that in 2011 the production operation work opening is very good, the cement tectonic plate price and ratio of margin performance are especially outstanding.
The cement ratio of margin of Zhonglian cement achieved 28% (the same time last year is 9%); The chamotte ratio of margin achieved 22% (the same time last year is - 4%); The cement and chamotte average ratio of margin were 26% (the same time last

year are 4%). The southern cement is better, cement ratio of margin achieved 30% (the same time last year is 13%); The chamotte ratio of margin achieved 39% (the same time last year is 5%); The cement and chamotte average ratio of margin were 30% (the same time last year are 10%). The northern cement price fell a point, but has the objective factor: First, we just started with the market coordination of Yatay, does not have many years foundation like Zhonglian and south; Second, the north is in the winter, basically does not have the sales volume now, this price significance from some kind of degree is not big.

In February the holiday are quite many, is the sales off season. I think that February's numeral does not dare to look, now looks like, although has Spring Festival the long vacation, although is the sales off season, most companies' benefits are good. Since this has been the Chinese building materials has cement service, first time not only has profit in the off season, the profit level is also high. Certainly in February the achievement will not have in January to be so good, makes up Spring Festival, the off season low benefit means to start, from the present to start at present, pays special attention to the production operation work.

On next stage production operation work, I emphasized three points:

1. carries out PCP (price principal and interest) operation concept.

First, must complete the stable price to guarantee the price work. In the stable price guarantees in the price work, our service tectonic plate especially three cement corporation does very well, does by the south cement well. Investigates its reason is mainly tectonic plate member personally grasps, makes constant and frequent grasp not unremitting. Southern Xiao Zong, Zhonglian Cui Zonghe open always personally to one, the places with the same enterprise communication exchange, make every effort the market to coordinate.

The stable price guarantees the price is we current most important production operation work, each member must continue to try hard. We repeatedly stressed: First, the member arrives at one to grasp the market to coordinate, does well the market to coordinate with the region company and colleague company regularly, strives to organize a market coordination convention discussion in the region every month. Second, once certain regions appear exceptionally, the member must rush to one to do the joint operation promptly. So long as the dependable price guarantees the price work to complete, the joint-stock company achieves this year's net profit goal ninety percent sure. This year Zhonglian's Shandong region and southern Huzhou region net profit hopeful 1 billion. We must cultivate one batch of high profitabilities the region company. To complete this work, at the southern cement monthly meeting, I suggested that the southern cement sets up the green passage for these companies, special matters are dealt with specially, has the difficulty to help them to solve promptly.

Next, must pay special attention to cost saving. In January the workshop proposed a target direction suggested that a content is to invite each tectonic plate formulation cost saving plan. Regardless is past VCP (quantity principal and interest) today's PCP (price principal and interest), emphasized C (cost) management. Therefore, each tectonic plate must step up to work out the cost saving plan.

The cost saving plan emphasized three points: First, same caliber; second, a computation ton cost/unit cost saves many; third, a ton expense/unit cost saves many. Our scale is expanding, the total cost and all-in cost definitely are rising,

but under the scale impact a ton cost and a ton expense should drop. The cost saving work of megalith does very well, is worth everybody studying. The megalith the beginning of the year formulates the detailed cost to save the plan every year, which project saves how much money, who to be responsible for and so on very being explicit, at the end of the year inspects, carries on the reward or the penalty to the related responsible person.

Various service tectonic plate members are the experts who engages in the production operation, must sit down earnestly a digital principle principle, and carries on the communication to discuss with the joint-stock company, in order to send in the March workshop general official KPI direction.

2. completes the financial task.

By the monetary policy influence, various tectonic plates' fund pressures are very been at present big. Increasing funding that joint-stock company's short-term objective examined and approved is carried out, before the end of March 1 billion capitals in cash to Zhonglian, assists the southern cement to do to arrive south the Hunan south and Jiangxi increasing funding. Main of financing The responsibility in the joint-stock company, according to the present financing situation, must pay special attention to three matters:

First, the member must stress financing with chief financial officer. The chairmen and general managers in various service tectonic plates and various region companies must the running bank do the indirect financial task personally.

Second, innovation financing way. The joint-stock company next step plans the round of short-term accommodation bill either the ticket or the corporation loan. This matter must authorize after the joint-stock company board of directors and shareholder meeting, we must complete the preparatory work, attains the written instructions to a subordinate as soon as possible. Various service tectonic plates and region companies whether may use the round of short-term accommodation bill and so on new financing way, is unified to coordinate by joint-stock company chief financial officer Comrade Chen Xuean.

Third, to emphasize implementation of project-financing loan. The new project that the loan has not carried out cannot begin construction.

3. does well internal coordination.

President Song very important one when the deployment group work is the group coordinates. The coordination that I spoke was mainly the coordination of coordination, the joint-stock company between and group various joint-stock company internal service tectonic plates. Particularly stressed that starting today, the cement production line newly-built project used Group interior, especially the joint-stock company internal unit. If does with the external agency, must authorize after the joint-stock company.

PAGE PAGE 2

--- Summary Information ---
1: 936 PID_TITLE:
PID_SUBJECT:
PID_AUTHOR: hp PID_KEYWORDS:
PID_COMMENTS:

PID_TEMPLATE: Normal PID_LASTAUTHOR: J.Zhang PID_REVNUMBER: 12 PID_APPNAME:
Microsoft Office Word PID_EDITTIME: Mon Jan 01 22:47: 00 CST 1601 PID_LASTPRINTED:
Wed Mar 09 10:39: 00 CST 2011 PID_CREATE_DTM: Thu Mar 03 17:13: 00 CST 2011
PID_LASTSAVE_DTM: Tue Mar 08 18:04: 00 CST 2011 PID_PAGECOUNT: 1 PID_WORDCOUNT:
2258 PID_CHARCOUNT: 12871 PID_SECURITY: 0

--- Document Summary Information ---
PID_CODEPAGE: 936 PID_COMPANY:
http://cp.mcafee.com/d/5fHCNAe40USyM-OOMO-M-rKrpud7a8VNNYSehd7arXz9EVdIL6zB4sUUedEE
EIcczzhOehdGA8_Yj5qE0ECjaDWotB5nBPpcClfQMXaaLbCQSmmbWU_R-vsod7b7nKnjpoLOdTArIth5dqW
qJTSel3PWApmU6CQjq9KVKVI1g50nweuGbY9l6PqQqAfzeBo0GklFgGvFzBPqqbzzXapIr18sq81EfUQgfC
zASzsTy6otDQrGChR PID_LINECOUNT: 107 PID_PARCOUNT: 30 17: 15099 23: 786432
PID_SCALE: false PID_LINKSDIRTY: false 19: false 22: false

**中建材股份[2011]2 号**

# 第二次办公会

时　间：2011 年 2 月 28 日（星期一）9:00

地　点：中国建材大厦 16 层会议室

主持人：曹江林

出席人：

本　　部：宋志平、李谊民、崔星太、张定金、常张利、
　　　　　陈学安、姚季鑫、肖家祥、王　兵、蔡国斌、
　　　　　裴鸿雁、解小平、崔淑红、刘志平、胡金玉、
　　　　　郑惠荣、尹　凌

中联水泥：张金栋、任振河、冯耀银、刘　彬、罗振华、
　　　　　申庆山、张子斌

南方水泥：刘明寿、蒋晓萌、李树海、陈银中、石珍明、
　　　　　权　森、黄士兴、赵静涧

北方水泥：张传军、王茂田、赵　君

1

CNBMCO00366842

北新建材：陈　雨、贾同春

中国复材：沈亚平、乔光辉

中国建材工程：孙建安、冯建华

请　　假：彭　寿、张剑星、谢家振、戴爱荣、林国荣、

　　　　　江尚文、任桂芳、张毓强

记录人：张　骏

**会议主要议题：**

一、通报 2011 年 1 月生产经营情况

二、投资管理

1. 研究中联水泥收购成都亚鑫矿渣微粉有限公司 49%股权事项

2. 研究中联水泥与西麦斯亚洲控股有限公司签署合作框架协议事项

3. 研究南方水泥收购浙江三狮水泥股份有限公司剩余 12.73%股权事项

4. 研究中国复材减持上海耀华皮尔金顿玻璃股份有限公司股票事项

5. 研究中复丽宝第收购常州天马集团所持常州中新天马玻璃纤维制品有限公司 35%股权事项

6. 研究商混业务发展策略

三、项目建设

2

CNBMCO00366843

1. 研究枣庄中联年产 100 万吨水泥粉磨站等 4 个项目可行性研究批复

2. 研究孟津中联、修水南方年产 100 万吨水泥粉磨站项目开工批复

3. 研究泰山石膏陕西渭南（二线）等 10 个纸面石膏板生产线项目听证会报告

4. 研究泰山石膏江西丰城等 7 条石膏板生产线及泰安护面纸建设项目可行性研究批复

5. 研究泰山石膏包头年产 2000 万平方米石膏板等 3 个项目竣工验收批复

四、其他事项

1. 研究中联水泥向子企业委派董事、监事、财务负责人事项

2. 研究南方水泥调整子企业董事、监事事项

3. 研究南方水泥调整子企业高管人员事项

4. 研究中复连众聘任财务总监事项

五、宋志平主席讲话

六、曹江林总裁讲话


会议研究和通报事项：

一、通报 2011 年 1 月生产经营情况

股份公司 1 月份生产经营表现优秀，开局良好。特别是

3

CNBMCO00366844

水泥板块价格和毛利率较去年同期均有大幅度上涨。

二、投资管理

1.研究中联水泥收购成都亚鑫矿渣微粉有限公司 49%股权事项

成都亚鑫矿渣微粉有限公司（以下简称成都亚鑫）是一家中外合资企业，四川省鑫沙矿渣微粉有限责任公司（以下简称四川鑫沙）持有该公司 49%股份，新加坡亚东工业投资私人有限公司（以下简称新加坡亚东）持股 49%，青白江区国有资产投资经营有限公司（以下简称青白江区国资公司）持股 2%。

根据四川区域发展需要，中联水泥拟与四川鑫沙签署股权转让协议，受让其持有的成都亚鑫 49%股权。

2.研究中联水泥与西麦斯亚洲控股有限公司签署合作框架协议事项

西麦斯（青岛）有限公司（以下简称西麦斯青岛）是西麦斯亚洲控股有限责任公司（以下简称西麦斯亚洲控股）的全资子公司，具有混凝土二级资质。

为进一步落实产业链延伸战略，在山东区域拓展商品混凝土业务，中联水泥拟与西麦斯亚洲控股签署合作框架协议，西麦斯亚洲控股拟以在青岛拥有的搅拌站、土地、房产等相关资产与中联水泥成立新公司，双方各占 50%股权。

3.研究南方水泥收购浙江三狮水泥股份有限公司剩余

4

CNBMCO00366845

12.73%股权事项

南方水泥直接或间接持有浙江三狮水泥股份有限公司（以下简称三狮股份）87.27%股权，浙江省发展资产管理公司持有三狮股份另外12.73%股权。

为进一步提高对所属企业的控制力，南方水泥拟收购三狮股份的剩余股权。

4. 研究中国复材减持上海耀华皮尔金顿玻璃股份有限公司股票事项

中国复材持有上海耀华皮尔金顿玻璃股份有限公司（以下简称上海耀皮）16.26%股权，共计11,893万股。由于近阶段上海耀皮股价不断攀升，中国复材拟出售937,500股（最初以法人股形式持有）。

5. 研究中复丽宝第收购常州天马集团所持常州中新天马玻璃纤维制品有限公司35%股权事项

常州中新天马玻璃纤维制品有限公司（以下简称中新天马）成立于1995年12月，注册资本1188.5万美元。中复丽宝第持有中新天马40%股权，常州天马集团有限公司（以下简称天马集团）持股35%，美国约翰斯·曼威尔国际有限公司持股25%。为加快实施中国建材在常州市的总体发展战略，中复丽宝第拟受让天马集团所持35%股权。

6. 研究商混业务发展策略

股份公司已明确：延伸产业链、大力发展商品混凝土业

5

CNBMCO00366846

务是水泥业务的战略发展方向。水泥板块三大公司在各自区域已进行了探索与尝试，为推进商混业务快速发展，股份公司拟制定商混业务发展策略。

三、项目建设

1. 研究枣庄中联年产 100 万吨水泥粉磨站等 4 个项目可行性研究批复

项目基本情况如下：

| 项目名称 | 项目地点 | 建设规模 | 总投资（万元） | 销售收入（万元） | 净利润（万元） | 投资回收期（年） |
|---|---|---|---|---|---|---|
| 枣庄中联 | 山东枣庄 | 年产 100 万吨水泥 | 7,168 | 21,516 | 1,419 | 5.02 |
| 临沂沂东中联二期 | 山东临沂 | 年产 100 万吨水泥 | 7,710 | 24,426 | 1,686 | 4.47 |
| 连云港板桥中联 | 江苏连云港 | 年产 100 万吨水泥 | 11,541 | 25,640 | 1,766 | 5.79 |
| 响水中联 | 江苏响水 | 年产 220 万吨水泥 | 19,752 | 54,975 | 4,488 | 4.19 |

2. 研究孟津中联、修水南方年产 100 万吨水泥粉磨站项目开工批复

孟津中联、修水南方年产 100 万吨水泥粉磨站项目开工准备工作已基本就绪，申请开工。

3. 研究泰山石膏陕西渭南（二线）等 10 个纸面石膏板生产线项目听证会报告

项目基本情况：

6

CNBMCO00366847

| 项目名称 | 建设内容 | 总投资（万元） | 项目概况 |
|---|---|---|---|
| 陕西渭南二线 | 年产 3000 万平方米石膏板 | 8,018 | 厂址位于渭南市临渭区新型工业区，无需新征土地。项目依托周边电厂丰富的脱硫石膏及陕化集团的磷石膏资源。项目地处陕西、山西、河南三角地带，铁路、公路交通发达。公司现有石膏板年产能 1500 万平米，该项目属于扩建项目，可充分利用现有设施，项目实施后可进一步降低成本，并满足市场需求 |
| 云南易门二线 | 年产 3000 万平方米石膏板 | 7,611 | 厂址位于云南省安宁市易门县，距昆明 28 公里，拟新征部分土地。项目依托周边电厂丰富的脱硫石膏和富瑞化工年产 300 万吨的磷石膏资源。项目周边交通便利。公司现有石膏板年产能 1500 万平米，该项目属于扩建项目，可充分利用现有设施，实施后可进一步降低成本，满足市场需求 |
| 山西潞城二线 | 年产 3000 万平方米石膏板 | 8,076 | 异地扩建选址山西潞城闫李庄工业园，一线年产 1000 万平米石膏板为租赁生产线，且无扩建场地，二线新选址距现有厂区 10 公里处，预计新征土地 150 亩；项目依托周边电厂的脱硫石膏资源和化工企业提供的磷石膏资源。潞城市作为我国东向西实施战略转移的连接点，交通便利 |
| 河南偃师二线 | 年产 4000 万平方米石膏板 | 10,704 | 厂址位于偃师首阳山工业园区，占地 200 亩，一期项目年产 3000 万平米石膏板，且预留二期项目土地；项目依托周边电厂丰富的脱硫石膏资源；项目所在地交通发达，一期项目投产后销售、效益情况较好，该项目可进一步满足市场需求，降低生产成本，提高效益水平 |
| 安徽铜陵二线 | 年产 4000 万平方米石膏板 | 10,691 | 厂址位于铜陵金桥工业园区，占地 216 亩，一期项目为年产 3000 万平米石膏板项目，并已预留二期项目用地；项目依托周边电厂丰富的脱硫石膏资源和化工企业提供的磷石膏资源。安徽铜陵位于长江下游南岸，交通运输便利，项目市场主要针对皖南、浙江地区。一期项目投产后产销情况较好，二期项目实施可进一步增强企业效益水平，扩大在目标市场的占有率 |
| 江苏南通二线 | 年产 4000 万平方米石膏板 | 10,691 | 厂址位于南通海门经济开发区，占地 249 亩，一、二期项目同步规划，一期项目为年产 3000 万平米石膏板项目，并已预留二期项目用地；项目依托周边电厂丰富的脱硫石膏资源和化工企业提供的磷石膏资源。项目拥有自备码头，水路运输条件便利，物流成本较低，具有一定的竞争优势 |

7

CNBMCO00366848

| 项目名称 | 建设内容 | 总投资<br>（万元） | 项目概况 |
|---|---|---|---|
| 安徽巢湖项目 | 年产 4000 万平方米石膏板 | 11,409 | 选址巢湖炯炀工业集中区，距合肥 50 公里，预计新征土地 235 亩；项目依托周边电厂丰富的脱硫石膏资源和化工企业提供的磷石膏资源；项目临近合肥和长三角经济区，区位优越，交通便捷，市场前景广阔 |
| 辽宁绥中项目 | 年产 4000 万平方米石膏板 | 11,914 | 选址绥中滨海经济区，因厂址紧邻高压线，土地利用率不高，预计新征土地 350 亩，项目依托周边电厂的脱硫石膏和秦皇岛华赢年产 48 万吨磷石膏资源；除公路、铁路交通外，绥中地区还有水运码头，交通便利，可有效降低物流成本，提高企业竞争能力和盈利水平 |
| 山东威海项目 | 年产 4000 万平方米石膏板 | 12,168 | 厂址位于乳山市经济开发区，距烟台 10 公里，项目预计新征土地 200 亩；项目依托周边电厂丰富的脱硫石膏资源和恒邦化工年产 80 万吨磷石膏资源。项目地处青岛、威海、烟台黄金地带，拥有国家二类港口，交通条件尤其水运发达 |
| 湖北武穴项目 | 年产 5000 万平方米石膏板 | 16,151 | 厂址位于武穴市田镇工业新区，预计新征土地 380 亩，含自建码头建设用地；项目依托周边电厂提供的脱硫石膏和祥云化工年产 200 万吨磷石膏；武穴港是长江十大深水港，本项目将单独建设码头，除降低物流成本外，还可利用水路运输当地富余磷石膏资源供其他项目使用 |

## 4. 研究泰山石膏江西丰城等 7 条石膏板生产线及泰安护面纸建设项目可行性研究批复

项目基本情况如下：

| 项目名称 | 建设规模 | 总投资<br>（万元） | 销售收入<br>（万元） | 净利润<br>（万元） | 投资回收期（年） |
|---|---|---|---|---|---|
| 江西丰城 | 年产 3000 万平方米石膏板 | 7,564 | 15,000 | 2,138 | 4.11 |
| 广东惠州 | 年产 3000 万平方米石膏板 | 7,971 | 16,200 | 2,178 | 4.18 |
| 湖北荆门二线 | 年产 3000 万平方米石膏板 | 4,931 | 15,000 | 1,566 | 3.8 |

CNBMCO00366849

| 项目名称 | 建设规模 | 总投资（万元） | 销售收入（万元） | 净利润（万元） | 投资回收期（年） |
|---|---|---|---|---|---|
| 江苏南通 | 年产 3000 万平方米石膏板 | 8,968 | 16,200 | 2,564 | 4.11 |
| 宁夏银川 | 年产 3000 万平方米石膏板 | 7,020 | 13,800 | 1,890 | 4.19 |
| 四川什邡 | 年产 3000 万平方米石膏板 | 8,937 | 16,500 | 2,887 | 3.9 |
| 贵州福泉 | 年产 2000 万平方米石膏板 | 6,296 | 11,000 | 1,818 | 4.03 |
| 泰安石膏板护面纸 | 年产 9.8 万吨石膏板护面纸 | 20,270 | 31,360 | 3,819 | 5.92 |

注：湖北荆门二线制粉系统在建造一线时已建，本项目只建制版系统。

**5. 研究泰山石膏包头年产 2000 万平方米石膏板等 3 个项目竣工验收批复**

泰山石膏包头年产 2000 万平方米石膏板项目于 2008 年 3 月开工建设，2009 年 4 月建成投产，并于 2009 年 9 月 20 日顺利通过了 72 小时考核。安全、环保、消防等各单项验收均已通过相关主管部门审批。泰山石膏 2010 年 5 月完成该项目的竣工决算，该项目经审定累计完成投资总额为 8,575.41 万元，与批复初步设计投资概算 6,388.39 万元相比，超出投资 2,187.02 万元，投资增加的主要原因是土地概算遗漏等，若剔除该原因，同口径实际投资比概算投资超出 424.65 万元，占 6.6%。

泰山石膏平山年产 3000 万平方米石膏板项目于 2007 年 3

9

CNBMCO00366850

月开工建设，2008 年 2 月建成投产，并于 2010 年 8 月 7 日顺利通过了 72 小时考核。安全、环保、消防等各单项验收均已通过相关主管部门审批。泰山石膏 2010 年 5 月完成该项目的竣工决算，该项目经审定累计完成投资总额为 6,455 万元，与批复初步设计投资概算 6,679.88 万元相比，节约投资 224.88 万元，占 3.4%。

泰山石膏湘潭年产3000万平方米石膏板项目于2007年7月开工建设，2008 年 7 月建成投产，并于 2010 年 6 月 28 日顺利通过了 72 小时考核。安全、环保、消防等各单项验收均已通过相关主管部门审批。泰山石膏 2010 年 5 月完成该项目的竣工决算，该项目经审定累计完成投资总额为 8,563.42 万元，与批复初步设计投资概算 6,637.03 万元相比，超出投资 1,926.39 万元，主要原因是概算遗漏项目，若剔除该原因，同口径实际投资比概算投资节约 758.19 万元。

四、其他事项

1. 研究中联水泥向子企业委派董事、监事、财务负责人事项

根据股份公司《关于同意中联水泥收购新野新航水泥有限公司 100%股权的批复》及《新野中联水泥有限公司章程》相关规定，新野新航水泥有限公司（以下简称新野中联）设董事会，由 3 名成员组成，不设监事会。中联水泥拟向新野中联委派董事、监事并派出财务负责人。

10

CNBMCO00366851

根据股份公司《关于同意中联水泥收购巨野县麟丰水泥有限公司水泥资产的批复》及《巨野县麟丰水泥有限公司与中国联合水泥集团有限公司资产转让协议》相关规定，巨野县麟丰水泥有限公司（以下简称巨野中联）设董事会，由 3 名成员组成，不设监事会。中联水泥拟向巨野中联委派董事、监事并派出财务负责人。

根据股份公司《关于同意中联水泥对连云港华屹新型建材有限公司增资的批复》及《中国联合水泥集团有限公司与王延华、张灵芝关于对连云港华屹新型建材有限公司增资的协议》的相关规定，连云港华屹新型建材有限公司（以下简称板桥中联）设董事会，由 3 名成员组成，其中中联水泥提名 2 人；设监事会，由 3 名成员组成，其中中联水泥提名 1 人，职工监事 1 人。中联水泥拟向连云港板桥中联委派董事、监事并派出财务负责人。

根据股份公司《关于同意中联水泥设立响水中联水泥有限公司的批复》及《中国联合水泥集团有限公司与江苏灌河水泥有限公司的出资协议书》的相关规定，江苏灌河水泥有限公司（以下简称响水中联）设董事会，由 3 名成员组成，其中中联水泥提名 2 人；设监事会，由 3 名成员组成，其中中联水泥提名 1 人，职工监事 1 人。中联水泥拟向响水中联委派董事、监事并派出财务负责人。

2.研究南方水泥调整子企业董事、监事事项

11

CNBMCO00366852

为规范公司治理，深化管理整合，南方水泥拟调整桐乡南方等 4 家企业董事、监事人选。

南方水泥持有桐乡南方 100%股权，董事会由 3 名成员组成，不设监事会。

南方水泥直接或间接持有青狮水泥 100%股权，董事会由 3 名成员组成，不设监事会。

南方水泥持有广西金鲤 75%股权，董事会由 7 名成员组成，其中南方水泥提名 5 人；监事会由 3 名成员组成，其中南方水泥提名 1 人。

南方水泥持有宜城南方 100%股权，董事会由 3 名成员组成，不设监事会。

3.研究南方水泥调整子企业高管人员事项

为规范公司治理，深化管理整合，南方水泥拟调整广西金鲤等 7 家企业总经理。

4.研究中复连众聘任财务总监事项

为规范公司治理，加强财务管理，中国复材拟委派中复连众财务总监。

**会议决议：**

一、同意中联水泥收购成都亚鑫矿渣微粉有限公司 49%股权。

收购完成后成都亚鑫的人事安排：设董事会，由 5 人组

CNBMCO00366853

成，其中中联水泥提名 2 人（1 人任董事长、法定代表人），对方提名 2 人（1 人任副董事长），青白江区国资公司提名 1 人；设监事会，由 3 人组成，其中中联水泥提名 1 人，对方提名 1 人（任监事会主席），职工监事 1 人；总经理由对方提名；财务负责人由中联水泥委派。

要求按照协议约定和有关规定履行相关程序。

二、同意中联水泥与西麦斯亚洲控股签署合作框架协议，中联水泥持有双方合资公司的 50%股权。

双方合资公司的人事安排：设董事会，由 5 人组成，其中中联水泥提名 3 人（1 人任董事长、法定代表人），西麦斯亚洲控股提名 2 人（1 人任副董事长）；设监事会，由 3 人组成，其中中联水泥提名 1 人，西麦斯亚洲控股提名 1 人（任监事会主席），职工监事 1 人；主管财务的副总裁由西麦斯亚洲控股委派；财务经理由中联水泥委派。

要求按照协议约定和有关规定履行相关程序。

三、同意南方水泥以上海联合产权交易所摘牌受让方式收购浙江三狮水泥股份有限公司剩余 12.73%股权。

要求按照有关规定履行相关程序。

四、同意中国复材在股份公司指导下以不低于 15 元/股的价格，出售所持上海耀华皮尔金顿玻璃股份有限公司股份，数量不超过其总股份的 1%，并可按规定在价格回落时回购。此项工作由常张利负责指导实施。

13

CNBMCO00366854

要求按照有关规定履行相关程序。

五、同意中复丽宝第收购天马集团所持常州中新天马玻璃纤维制品有限公司 35%股权。

要求按照协议约定和有关规定履行相关程序。

六、确定股份公司商混业务发展策略如下：

1.统一思想，加快发展商混业务。

2.发展区域：有水泥业务、且在混凝土业务上能争取到尽可能多的市场份额的区域优先。

3.持股比例：

1）新建：持股比例须符合"七三原则"，即我方持有的股权比例要大于等于 70%。各板块公司可提出合作伙伴建议名单，报股份公司审定。

2）联合重组：在做成的前提下，争取尽可能多的股权比例。

七、原则同意枣庄中联年产 100 万吨水泥粉磨站等 4 个项目通过可研审查程序。要求：

1.中联水泥会同设计单位优化技术方案和设备选型，努力降低总投资，最终投资以经审定的初步设计投资概算为准。

2.认真落实建设条件，综合比选最优的混合材长期稳定供应方案。

3.进一步调研分析目标市场和竞争对手情况，努力开拓市场，实现预计的经济效益。

14

CNBMCO00366855

4.高度重视环境保护工作，严格控制无组织排放，确保环保达标。

5.枣庄中联项目在初步设计阶段应充分利用现有设施，努力节约投资。

沂东二期项目应进一步优化设计方案，降低项目总投资。

连云港板桥项目应尽最大努力降低总投资，提前做好市场调研、开拓以及与连云港中联的协同工作，实现预计的经济效益。严格按照环评批复的相关要求进行环保设施设计、施工，确保环保达标。

响水项目应进一步评估自建码头的投资、审批以及后续管理问题，尽快办理配套码头建设的相关合规性审批手续。

八、同意孟津中联、修水南方年产 100 万吨水泥粉磨站项目开工建设。孟津中联项目投资按股份公司审定的初步设计投资概算 9,299 万元控制，修水南方项目尽快报审概算，并按股份公司批准的概算投资额控制投资。两个项目建设期均控制在 8 个月内。要求：

1.高度重视环境保护工作，严格执行"三同时"规定，加强项目的环保管理，确保项目环保达标。

2.工程开工后，做好现场管理，严格控制投资规模和工期，确保项目建设质量和各项技术指标，确保施工安全。

3.工程开工后，按要求定期上报项目进展情况。

4.抓紧落实生产准备条件，确保工程顺利建成投产，切

15

CNBMCO00366856

实实现预计的经济效益。

九、原则同意泰山石膏陕西渭南（二线）等 10 个纸面石膏板生产线项目通过听证程序。要求：

1. 具体项目实施应严格按照中国建材项目管理流程进行。

2. 结合北新建材石膏板发展规划、目标市场供需状况以及主要竞争对手的现有产能情况合理确定项目布局、规模及产品方案，并有针对性地进行深入的市场分析。

3. 在可行性研究阶段认真落实项目建设条件，尤其是电厂脱硫石膏的来源和成份质量，确定保质保量的最优供应方案。

4. 该批项目中的扩建项目应充分利用原有设施，进一步优化设计方案，合理控制建设投资。

5. 高度重视环境保护工作，确保环保达标。

十、原则同意泰山石膏江西丰城等 7 条石膏板生产线及泰安护面纸建设项目通过可研审查程序。要求：

1. 会同设计单位优化技术方案和设备选型，选择确定最优建设方案。

2. 进一步针对目标市场空间和当地资源情况进行调研，基于准确的市场预测和稳定可靠的原辅材料供应方案开展后续工作，确保项目顺利实施，切实实现预计的经济效益。

3. 进一步加强环保投入和环保措施，确保环保长期稳定

CNBMCO00366857

达标。

4.加强可行性研究阶段工作深度，提高可研报告质量。

5.严格按照股份公司项目管理规定，根据项目实际进展及时履行相应的审批手续。

十一、同意泰山石膏包头年产2000万平方米石膏板等3个项目竣工验收。要求泰山石膏在今后的项目实施过程中做好以下工作：

1.认真及时履行股份公司项目管理审批程序，项目投产后及时进行达标达产考核，及时履行验收程序。

2.加强项目的投资控制，确保项目以批准的投资概算为准控制。

3.加强项目前期调研工作，认真落实原材料等建设条件情况，并进一步提高初步设计质量，避免项目出现设计漏项或重大变更。

4.认真总结该项目建设过程中的经验、教训，在今后项目实施过程中切实加强项目建设的管理工作。

5.平山项目和湘潭项目应严格按照政府主管部门和股份公司相关规定，根据项目实际进度及时办理所需的相关批复。

十二、同意中联水泥向新野中联等4家子企业委派董事、监事、财务负责人，并聘任高管人员。

1.新野中联

同意中联水泥委派任振河、李广明、刘天成为新野中联

17

董事，其中任振河任董事长（法定代表人）；不设监事会，委派梁澛为监事；聘任王占才为总经理；委派周文明为财务负责人。

2. 巨野中联

同意中联水泥委派冯耀银、盛春德、王建军为巨野中联董事，其中冯耀银任董事长（法定代表人）；委派梁澛为监事；聘任王建军为总经理；委派张若平为财务负责人。

3. 板桥中联

同意中联水泥委派杜晓松、刘剑华为板桥中联董事，并提名王延华任董事长；委派刘彬为监事，并任监事会主席；聘任杜晓松为总经理（法定代表人）；委派周华生为财务负责人。

4. 响水中联

同意中联水泥委派刘彬、刘剑华为响水中联董事，其中刘彬任董事长（法定代表人）；委派李勇为监事；聘任刘辉为总经理；委派尚振龙为财务负责人。

十三、同意南方水泥对桐乡南方等 4 家企业董事、监事做出以下调整：

1. 桐乡南方

同意南方水泥委派肖家祥、蒋敏立、戴爱荣为桐乡南方董事，其中肖家祥任董事长；委派林剑为监事。

2. 青狮水泥

18

同意南方水泥委派权森、应孟全、张梅芳为青狮水泥董事，其中权森任董事长（法定代表人），应孟全任副董事长；委派赵旭飞为监事。

3. 广西金鲤

同意南方水泥委派蒋晓萌、陈学安、肖家祥、张剑星、姚钦为广西金鲤董事，其中蒋晓萌任副董事长；委派赵旭飞为监事，并任监事会主席；聘任姚钦为总经理（法定代表人）。

4. 宜城南方

同意南方水泥委派权森、吕胜洪、季良平为宜城南方董事，其中权森任董事长（法定代表人），吕胜洪任副董事长；委派刘怀振为监事；聘任季良平为总经理。

十四、同意南方水泥对广西金鲤等 7 家企业总经理做出以下调整：

姚钦任广西金鲤水泥有限公司总经理、浙江三狮水泥股份有限公司董事长。姚季鑫不再担任浙江三狮水泥股份有限公司董事长。

姜永明任浙江三狮水泥股份有限公司总经理，不再担任安徽广德南方水泥有限公司总经理职务。徐玖云不再兼任浙江三狮水泥股份有限公司总经理。

胥坤泉任湖州槐坎南方水泥有限公司总经理。

蒋敏立任桐乡南方水泥有限公司总经理。金利国不再兼任桐乡南方水泥有限公司总经理。

19

CNBMCO00366860

沈圣元任平湖南方混凝土制品有限公司总经理。沈建潮不再担任平湖南方混凝土制品有限公司总经理。

张俊炜任江苏新街南方水泥有限公司总经理。张国民不再兼任江苏新街南方水泥有限公司总经理。

季良平任江苏宜城南方水泥有限公司总经理。吕胜洪不再兼任江苏宜城南方水泥有限公司总经理。

十五、同意中国复材委派张小平为中复连众财务总监。

附件：1.宋志平主席讲话
　　　2.曹江林总裁讲话

签 署 人：_____

签发时间：_____

送：中国建材集团，公司董事、监事、本部领导及各部门，股份公司各单位

20

CNBMCO00366861

附件：

# 宋志平主席讲话摘要

刚才江林讲得很好，安排具体，思路清晰，我都同意。在此给大家讲四段话。

## 一、形势

国际形势可谓有喜有忧。喜的是美国情况在好转；忧的是近日中东、北非出现动乱，且不断蔓延，先是埃及，后是利比亚。动乱导致油价上升，最近国际油价已突破 100 美元大关，力拓必拓的铁矿砂也相继涨价。大宗进口原材料价格上涨会带来输入性通货膨胀，再加上国内本来就有的通货膨胀，这便成为一个大问题。

中东动乱也波及到了集团的项目。中建材进出口公司在利比亚有项目，由于撤离条件受限，集团员工尚有 30 人仍在赛普哈。

从国内形势来看，目前的焦点问题是通货膨胀、打压房价、货币从紧。国家把防止通货膨胀看得很重，打压房价也采取了"限购令"、购房与户口挂钩等政策，对房地产尤其是高价房地产进行价格调整。

有媒体曾问我打压房价、限购住房对水泥市场的影响。我认为，水泥是建设物资，和基础建设、公共建设相比，用于房地产建设的比例只占 30%-40%。现在国家为打压高房价大

21

CNBMCO00366862

力促进保障房建设，北京市今年新开工的项目三分之二是保障房，全国"十二五"期间要建设 3600 万套保障房。建保障房也要用水泥，所以打压房价与水泥市场供求大小没有必然联系。

货币从紧政策会导致很多项目资金不到位，开工和进展放缓。大家要重视这个问题，要掌握资金的整体情况，做到心中有数、提前筹划。要想尽一切办法融资，保证资金链安全。

做建材主要还是国内市场，高铁、核电站、城镇化、水利建设等都有新热点，我们对水泥的需求长期看好。最近钢材涨价，钢材和水泥虽不能完全替代但存在互补关系，两者间有一定联动，钢材价格上涨用量就会减少，就会多用水泥，这对我们是利好。

## 二、工作

一月份开局良好。销售收入比去年同期增长 18%，利润增长 400%。这些数字让人惊喜，但喜中也有忧，之前很好的板块如石膏板、风机叶片等一月销量与去年同期相比略有下降，希望大家高度重视。

关于工作，刚才江林讲的几条都很重要，我再强调一下。

一是抓好融资，确保资金链。要采取权益融资、发 A 股、发短期债券等各种方法确保资金，要把资金问题作为重中之重。

22

CNBMCO00366863

二是紧抓市场，在保价、降本、增利上下功夫。行业内长期形成的低价竞争、恶性竞争的文化还没有真正改变。去年在大家的努力下，联合重组战略效应显现，加上各地又出台了限产减排政策，推动了水泥价格的合理回升。今年是保价、稳价打攻坚战的一年，我们还要像去年下半年那样细致扎实做工作，对内协同、对外竞合，共同推进水泥市场健康发展。2月份有些区域做得不好，水泥价格有点下降，但我认为保价没问题。

此外，降低成本非常重要，无论是 PCP（价本利）还是 VCP（量本利）运营理念，都有个 C，即成本，要把价格上涨转变为利润上涨而不是成本上涨。这一点江林讲得很细，希望大家重视并把工作做好。

三是发展。集团"十二五"发展规划还是以水泥业务为主，规划水泥产能做到 3 亿吨，混凝土产能做到 3 亿-5 亿立方米。若能做到这个规模，中国建材在央企里面就是一个非常好的世界一流企业。水泥是我们的基础，水泥联合重组要继续完善、提高。三家公司产能已经做到 2 亿多吨，我认为通过几年的发展一定能再做 1 亿吨。

今天的办公会正式向各个公司发出做商品混凝土业务的号令，第一步先做出 5000 万立方。做商混要讲究策略，要快，要像做南方水泥一样以迅雷不及掩耳之势大力推进，不要大张旗鼓，更不要拖拉，拖拉会产生其他单位跟进、重组价格

23

CNBMCO000366864

提高等问题。江林刚才讲的几条原则要再细化，邀请一些混凝土专家做进一步探讨、研究，请这些行家帮我们重组，制定出类似当年水泥重组的"大四条"、"小四条"等原则。我们的目标是 5 年做 5 亿立方商混，要综合考虑各方面因素，锁定区域、兼顾水泥销售。

还有特种水泥、水泥制品的发展。我们有一些规模小的生产线与 5000 吨的生产线相比没有优势，拆掉又浪费，就可以发挥优势用来发展特种水泥。特种水泥用量不大、有特殊要求、价格也高。特种水泥需要创造需求，可以在中联、南方设立公司或成立新公司来专门做此业务。今年还要接触水泥制品，先做一两个项目试一试，但重点还是发展商品混凝土，沿着商品混凝土、特种水泥、水泥制品的产业链发展。

再有关于石膏板。刚才审批的石膏板项目产能共有 3.8 亿平方米，我听了挺高兴。在北新建材的会上我曾说"十二五"期间石膏板产能要做到 20 亿平方米。除水泥外，石膏板是我们又一个代表作，应统揽天下，我们有这样的基础，希望能快速占领区域、占领脱硫石膏资源。

在此我要表扬贾同春同志，因美国石膏板问题他面临着来自外国、政府、舆论等多方的巨大压力，这一年多不容易。集团公司、股份公司也有压力，泰山石膏在压力下快速发展石膏板，没有怨天尤人、没有趴下不干，而是锐意进取，用事实和成绩说话，这就是我们的精神，要予以表扬。

24

CNBMCO00366865

现在石膏板问题有曙光了，美国相关部门最近做了实验，证明 10 起死亡事件与石膏板没有关系。美国石膏板公司做了专门网站介绍石膏板的生产过程、安全性能，广泛教育和指导美国民众正确看待石膏板，我们要学习这种做法。

尽管如此，我们还有官司。我们采取的策略是有限应诉，因为我们没有那么多的人力、财力应对，有限应诉是向美国政府证明我们是负责任的，是追求真理和正义的。我们也要加快自己的科学研究，还石膏板的公正、清白。

三、集团协同

一年一度的监事会工作报告即将做出，之前罗主席找我谈话，肯定了我们的成绩，也指出三项需要提高的工作。

一是资产负债率偏高问题。造成这种情况不是因为我们经营不善、库存积压、应收账款很多等，而是因为原先企业资本金不足，这些年又抓住建材行业难得的调整机遇大幅扩张，所需资金全靠自己的积累和上市融资，而且融资也受到了金融危机的影响。这个问题不难解决，只要今年我们全力以赴完成发行 A 股，就能调整过来。

二是集团内部协同。去年集团内部协同有很大进步，科研单位与生产企业之间、生产企业之间、生产企业和装备企业之间已经有很多协同。但大家内部协同的意识仍有待提高，每一个平台较多关注自身如何发展，如何做好自己的事，如何降低成本、确保质量，而站在集团整体利益层面上关注发

25

CNBMCO00366866

展的还不够。上海新建重型机械有限公司进入集团一年，集团内部用的装备只占其销售收入的 10%，中材在中东的万吨线用的是他们的窑。石膏板装备也有这个问题，做新型建材机械的涿州机械厂进入集团后活儿一直不多，石膏板设备价格压得也较低。集团要有集团的效应，集团企业之间要相互照顾，这是所有大集团的基本原则，国际公司也不例外。对此大家一要充分理解，二要给下面具体负责的干部做好工作。

### 四、干部思想作风建设

每年春节后集团班子都要开一次会讲干部思想作风建设。今年的会上我主要讲了三点：一是企业方向，二是提高团队的整体素质，三是提高领导班子成员的修养。

通过这几年大家"5+2"、"8+4"、"白+黑"的努力，我们有了跨越式的发展。坦率而言，我们发展得太快，就像十五六岁的小孩儿虽然长成了大个子，但心智尚未成熟。我们要让自己的素质与企业规模相匹配，要像大企业的干部。

企业做大后文化是基础。我们是一个有文化传统的公司，现在规模做到这么大，更要重视企业文化。无论是新进入的企业还是原有的企业，都要深刻理解我们的战略与文化，发挥企业文化的作用，使整个团队保持健康。

首先是思想健康。其次，我们的团队要成为学习型组织。学习型组织的五项修炼中至少要做到三点：一是有共同愿景，我们的共同愿景是成为世界一流企业、员工与企业共同成长；

26

CNBMCO00366867

二是深度沟通，多交流；三是加强团队学习。

要提高干部修养。修养能通过后天的实践、学习来提高。"敬畏、感恩、谦恭、得体"八字方针是我们团队的行为准则，怀敬畏之心对待事业，下有低压线不能击穿，上有高压线不能触碰；怀感恩之心对待社会，把心态放平；做人、做事谦恭；举手投足得体。

每年给大家讲讲思想作风建设有好处，这么多年我们的团队很稳定，做了这么大规模的重组没出任何问题，是健康透明的重组。几百家公司进来，我们的干部经住了考验，这和平时的教育有关系。

我向大家推荐日本企业家稻盛和夫写的《活法》。这本书讲的是如何做事、如何指导自己心灵的一些小观点。我们企业做这么大，要对心灵有个指导。以前大家挺穷，但心里挺宁静；现在想吃山珍海味都很容易，但很浮躁，幸福指数很低，因为缺少心灵指导。所以党和国家要建设社会主义核心价值观，提倡"八荣八耻"。我们也要戒除浮躁，除了贯彻社会主义核心价值观、"八荣八耻"外，还要适当地读一些书，净化心灵。

我建议集团的干部一年读三本书：一本关于哲理、人生、思想、修养和励志，一本关于专业、技术，一本关于社会进步、自然演化。书中的观点不一定都对，但可以增加我们的知识面，引发思考、扩展胸怀，增加耐力和宽容度。

CNBMCO00366868

集团管理是平台化的，每个人管一摊，大家都很负责任，但也容易出问题，自己是这一摊的老大，是一把手，容易滋生"天老大我老二"的思想，容易自以为是、听不进别人的意见，甚至"顶上压下"，还有的干部批评不得，这都是不良作风，都需要增强修养。

股份公司规模已经做大，怎么经营管理大家都懂，今后我想多给大家讲讲怎么做人，我们怎么在社会上生存、怎么赢得社会的认可和包容，以及如何提高自己的修养。我们首先要成为世界一流的团队，才有可能成就世界一流的企业。

CNBMCO00366869

# 曹江林总裁讲话摘要

1 月份数字表明，2011 年生产经营工作开局很好，水泥板块价格和毛利率表现尤为突出。

中联水泥的水泥毛利率达到28%（去年同期为 9%）；熟料毛利率达到22%（去年同期为-4%）；水泥和熟料平均毛利率为26%（去年同期为 4%）。南方水泥更好，水泥毛利率达到 30%（去年同期为13%）；熟料毛利率达到39%（去年同期为5%）；水泥和熟料平均毛利率为 30%（去年同期为 10%）。北方水泥价格降了一点，但其中有客观因素：一是我们与亚泰的市场协同刚刚开始，不像中联、南方有多年的基础；二是北方现在是冬季，基本上没有销量，从某种程度来讲这个价格意义不大。

2 月份节假日比较多，是销售淡季。我原以为 2 月份的数字是不敢看的，现在看来尽管有春节长假、尽管是销售淡季，绝大多数公司的效益还是不错的。这是中国建材有水泥业务以来，第一次在淡季不仅有盈利，盈利水平还非常高。当然 2 月份业绩不会有 1 月份那么好，弥补春节、淡季低效益的办法就是从现在做起、从眼前做起，抓好生产经营工作。

就下一阶段生产经营工作，我强调三点：

1. 落实 PCP（价本利）经营理念。

首先，要做好稳价保价工作。在稳价保价工作上，我们

29

CNBMCO00366870

的业务板块特别是三家水泥公司做得很好，其中又以南方水泥做得最好。究其原因主要是板块一把手亲自抓，常抓不懈。南方的肖总、中联崔总和张总亲自到一线，一次次地与同行业企业沟通交流，力求市场协同。

稳价保价是我们当前最重要的生产经营工作，每一位一把手都要继续努力。我们反复强调：一是一把手亲临一线抓市场协同，定期与区域公司、同行公司搞好市场协同，争取每个月在区域内组织一次市场协同常规讨论。二是一旦某些区域出现异常，一把手要及时赶到一线做协同工作。只要把稳价保价工作做好，股份公司完成今年的净利润目标就十拿九稳。今年中联的山东区域和南方的湖州区域净利润都有望过 10 亿。我们要培育一批高盈利能力的区域公司。为了把这个工作做好，在南方水泥月度会上，我建议南方水泥为这些公司设立绿色通道，特事特办，有困难及时帮助他们解决。

其次，要抓好成本节约。1 月份办公会提出了一个指标指引建议，其中一项内容是请各个板块制定成本节约计划。无论是过去的 VCP（量本利）还是今天的 PCP（价本利），都强调 C（成本）的管理。所以，各个板块还要加紧制定成本节约计划。

成本节约计划强调三点：一是同口径，二是计算吨成本/单位成本节约多少，三是吨费用/单位费用节约多少。我们规模在扩大，总成本、总费用肯定在上升，但规模效应下吨成

CNBMCO00366871

本、吨费用应该下降。巨石的成本节约工作做得很好，值得大家学习。巨石每年年初都制定详细的成本费用节约计划，哪一个项目节约多少钱、谁对此负责等都很明确，年底考核，对相关责任人进行奖励或惩罚。

各业务板块一把手都是搞生产经营的专家，要坐下来认认真真地把数字理一理，并与股份公司进行沟通讨论，以便在三月办公会上将正式的 KPI 指引发下去。

2. 做好融资工作。

受货币政策影响，目前各板块的资金压力都很大。股份公司的近期目标是把已经审定的增资落实到位，在 3 月底之前给中联 10 亿资本金，协助南方水泥把湖南南方、江西南方的增资做到位。融资的主要责任在股份公司，根据目前的融资形势，要抓好三件事：

一是一把手要和财务总监一起抓融资。各业务板块、各区域公司的董事长、总经理都要亲自跑银行做间接融资工作。

二是创新融资方式。股份公司下一步拟发短期融资券或中票或公司债。这件事情还要经过股份公司董事会、股东会批准，我们要做好准备工作，尽快拿到批文。各业务板块和区域公司是否可以采用发短期融资券等新的融资方式，由股份公司财务总监陈学安同志统一协调。

三是强调项目贷款的落实。借款没有落实的新项目不能开工建设。

CNBMCO00366872

3.搞好内部协同。

宋主席在部署集团工作时很重要的一条就是集团内部协同。我讲的协同主要是股份公司内部各业务板块之间的协同、股份公司与集团的协同。特别强调，从今天开始，水泥生产线新建项目原则上就用集团公司内部、特别是股份公司内部的单位。如果用外单位来做，要经过股份公司批准。

CNBMCO00366873