<u>**Translation of TG-0217959**</u>

<u>**TG-0217959**</u>

Message

| | |
|---|---|
| From: | Yufeng Wang [wyf@bnbm.com.cn] |
| Sent: | April 03, 2010 03:53:21 |
| To: | thwlf@126.com |
| CC: | Jichun Wang [wjc@bnbm.com.cn] |
| Subject: | Notice about the Year 2010 Comprehensive Risk Management Work Arrangement |
| Attachments: | Notice about the Year 2010 Comprehensive Risk Management Work Arrangement.doc; Attachment 1 Year 2010 Comprehensive Risk Management Work Plan of Beijing New Building Materials Public Limited Company.doc; Attachment 2 BNBM Comprehensive Risk Management Work Contact List.xls; Notice about the Year 2010 Comprehensive Risk Management Work Arrangement of CNBM Co., Ltd.pdf |

Manager Wang:

      Now the "Notice about the Year 2010 Comprehensive Risk Management Work Arrangement" is sent to you (the official document will be sent later from the Department of Administration and Human Resources), please organize and carry out comprehensive risk management according to the Notice, and prepare the Comprehensive Risk Management Report for Year 2010 and the 2010-2012 Three-year Plan of Taishan Gypsum Company Limited for Comprehensive Risk Management.

      Attachment: "Notice about the Year 2010 Comprehensive Risk Management Work Arrangement of China National Building Material Company Limited" (CNBM Issuance [2010] No. 86].

      For other related materials, please login into the website of CNBM Group Corporation (website is http://www.cnbm.com.cn/qgb/), and find the download area for downloading "Guidelines for Comprehensive Risk Management of State-owned Enterprises," "Opinions about 2010 Comprehensive Risk

MTD Exhibit #61

**PENG: Exhibit 815**

Management Work Arrangement," and "2010 Annual Comprehensive Risk Management Report of State-owned Enterprises (Sample)."

---------------------------------------
     **Yufeng Wang**

> Beijing New Building Materials Public Limited Company, Department of Enterprise Management
> **BNBM CO., LTD.**
> Telephone/Tel.: (86)10 82982321
> Fax/Fax.: (86)10 82915566
> E-mail/E-mail: wyf@bnbm.com.cn
> Address/Add.: No.16 West Road, Jiancaicheng Xisanqi, Haidian District, Beijing, China
> No. 16 West Rd. Jiangcaicheng Xisanqi
> Haidian District, Beijing, China
> Zip Code/Zip Code: 100096

Manager Wang:

Presently "Comprehensive Risk management Working arrangement's Notice will issue you (official document to send by administrative human resources department about 2010" afterward), please defer to the notice to request the organization to carry out the comprehensive risk management, will establish the Taishan gypsum limited liability company in 2010 the comprehensive risk management report and 2010~2012 years comprehensive risk management three years plans.

Attaching: "In 2010 Comprehensive Risk management Working arrangement's Notice (building materials stock branch about Chinese Building materials Limited liability company" sends the [2010]86 number).

Other related materials, please visit Chinese Building materials Group Website (website for http://www.cnbm.com.cn/qgb/ < http://www.cnbm.com.cn/qgb/ >), enters the downloading special area to download, downloads "Central enterprise Comprehensive Risk management Direction", "about 2010 Comprehensive Risk management Working arrangements Opinion" and "2010 Year Central enterprise Comprehensive Risk management Report (Model)".


--------------------------------------------------

Wang Yufeng

> Beixinjituan Building materials limited liability company Enterprise control division > BNBM CO., LTD.
> telephone /Tel.: (86)10 82982321 > facsimile /Fax.: (86)10 82915566 > mail /E-mail: wyf@bnbm.com.cn < mailto:wyf@bnbm.com.cn > > address /Add.: Beijing Haidian District Xisanqi building materials city west road No. 16 > No.16 West Rd.Jiancaicheng Xisanqi > Haidian District, Beijing China > zip code /Zip code:100096


Received: from bnbmadserver.bnbm.com.cn (unknown [211.100.232.197]) by mx4 (Coremail) with SMTP id IsmowKD70wL_Lo9LALTNQQ--.61461S2;
      Thu, 04 Mar 2010 11:54: 39 +0800 (CST) Content-class: urn:content-classes:message Return-Receipt-To: =? gb2312? B? zfXT8bfl? = < wyf@bnbm.com.cn > MIME-Version: 1.0 Content-Type: multipart/mixed;
      boundary="----_=_NextPart_001_01CABB4E.3BB14CE5" Disposition-Notification-To: =? gb2312? B? zfXT8bfl? = < wyf@bnbm.com.cn > X-MimeOLE: Produced By Microsoft Exchange V6.5 Subject: =? gb2312? B? udjT2jIwMTDE6sirw+a358/VudzA7bmk1/ewssXFtcTNqNaq? = Date: Thu, 4 Mar 2010 11:53: 21 +0800 Message-ID: < 86658B76CAC17C41AEE8803F85973619538D77@bnbmadserver.bnbm.com.cn > X-MS-Has-Attach: yes X-MS-TNEF-Correlator:
Thread-Topic: =? gb2312? B? udjT2jIwMTDE6sirw+a358/VudzA7bmk1/ewssXFtcTNqNaq? = Thread-Index: Acq7TvWn6XOB6jC4RSG/YgqUPo9ExQ== From: =? gb2312? B? zfXT8bfl? = < wyf@bnbm.com.cn > To: < thwlf@126.com > Cc: =? gb2312? B? zfW8yrS6? = < wjc@bnbm.com.cn > Reply-To: =? gb2312? B? zfXT8bfl? = < wyf@bnbm.com.cn > X-Coremail-Antispam: 1Uf129KBjvdXoW7Xr47AF45tFy5JrWruFy3Arb_yoWDGFg_JF WkGFyDKrsrC3WDGFZ0qw4ayF10qF1DtF4xAr93Ga15Jw4xAF9rJrWq9r40gw1aqrnxGFsr J3say3y0kr4UAjkaLaAFLSUrUUUUUb8apTn2vfkv8UJUUUU8Yxn0WfASr-VFAUDa7-sFnT 9fnUUvcSsGvfC2KfnxnUUI43ZEXa7VU0YYLDUUUUU==

Message

| | |
|---|---|
| **From:** | 王玉峰 [wyf@bnbm.com.cn] |
| **Sent:** | 04/03/2010 03:53:21 |
| **To:** | thwlf@126.com |
| **CC:** | 王际春 [wjc@bnbm.com.cn] |
| **Subject:** | 关于2010年全面风险管理工作安排的通知 |
| **Attachments:** | 关于2010年全面风险管理工作安排的通知.doc; 附件1 北新集团建材股份有限公司2010年全面风险管理工作计划.doc; 附件2 北新建材全面风险管理工作联络表.xls; 中建材股份2010年全面风险管理工作安排的通知.pdf |

王经理：

　　现将《关于2010年全面风险管理工作安排的通知》发给您（正式文件将由行政人事部随后发），请按照通知要求组织开展全面风险管理，编制泰山石膏股份有限公司2010年全面风险管理报告和2010~2012年全面风险管理三年规划。

　　附：《关于中国建材股份有限公司2010年全面风险管理工作安排的通知》（中建材股份科发[2010]86号）。

　　其他相关材料，请登陆中国建材集团公司网站（网址为http://www.cnbm.com.cn/qgb/），进入下载专区下载，下载《中央企业全面风险管理指引》、《关于2010全面风险管理工作安排的意见》和《2010年度中央企业全面风险管理报告（模本）》。

---

**王玉峰**

> 北新集团建材股份有限公司 企业管理部
> **BNBM CO., LTD.**
> 电话/Tel.: (86)10 82982321
> 传真/Fax.: (86)10 82915566
> 邮件/E-mail: wyf@bnbm.com.cn
> 地址/Add.:北京市海淀区西三旗建材城西路16号
> No.16 West Rd.Jiancaicheng Xisanqi
> Haidian District, Beijing China
> 邮编/Zip code:100096

TG-0217959