<u>**Partial Translation of CNBMCO00216986-00216994**</u>

<u>**CNBMCO00216986**</u>

**Report on Submitting the Implementation Plan on the Three-year Objective of Legal Work of China National Building Material Company Limited and Its Subordinate Enterprises**

China National Building Material Group Corporation:

According to the requirement of CNBM Group Office Release 【2008】 No. 106, the "*Notification on 'Printing and Distributing the Implementation Plan of China National Building Material Group Corporation on Carrying out the Three-year Objective of Legal Work for Central Enterprises,'*" the Company carefully prepared the legal work objectives and arrangements for the Headquarters of the Company according to the requirements of the SASAC and the Implementation Plan of your Company, and in combination with the reality of our own development. The Company also gathered and summarized reports of main subordinate companies. The "*Implementation Plan of China National Building Material Company Limited on Carrying out the Three-year Objective of Legal Work for Central Enterprises*" and reports of main subordinate companies are now submitted to your Company (Please see the attached for further details).

It is hereby reported.

…

<u>**CNBMCO00216988**</u>

**Implementation Plan of China National Building Material Company Limited on Carrying out the Three-year Objective of Legal Work for Central Enterprises**

According to the spirits of SASAC's 2008 meeting on the legal work of central enterprises, the requirement of the "*Notification on Related Issues about Carrying out the Three-year Objective of Legal Work for Central Enterprises,*" and the "*Notification on 'Printing and Distributing the Implementation Plan of China National Building Material Group Corporation on Carrying out the Three-year Objective of Legal Work for Central Enterprises'*" (CNBM Group Office Release

**MTD Exhibit #69**

[2008]No. 106) issued by China National Building Material Group Corporation, the Company formulated the implementation plan on carrying out the three-year objective of legal work for central enterprises in combination with the Company's reality of development, to guarantee and promote the healthy and stable development of the Co., Ltd. and to accelerate the progress of legal work.

…

**CNBMCO00216989**

## II. Three-year Objective and Arrangements of Legal Work of the Co., Ltd. and Its Subordinate Enterprises

According to the requirements and related arrangements of the SASAC and the Group Corporation, and focusing on the actual needs for developing the Co., Ltd., the three-year objective (from present to the end of 2010) of legal work and the work arrangements are made as follows:

1. The Co., Ltd. and its important subordinate enterprises all need to establish sole-duty legal agencies equipped with qualified staff, gradually establish the general legal consultant mechanism, and preliminarily form a relatively comprehensive legal affair management organization and mechanism.

**CNBMCO00216990**

The important subordinate enterprises refer to the important second-tier companies owned by the Co., Ltd. In the area of corporate legal work construction, the tentative list of important subordinate enterprises is attached below (see the attachment).

…

**CNBMCO00216992**

…

The legal work leadership group was established, with the President of the Co., Ltd. as the group leader, the Vice President in-charge as the deputy group leader, and major leaders of important subordinate enterprises and people in charge of related departments of the Co., Ltd. as the members. The legal affairs agency of the Co.,

Ltd. is the working body,  for organizing, leading, promoting and carrying out the various measures for achieving the three-year objective of legal work of the Co., Ltd.

Principal people in-charge of each subordinate enterprise should pay great attention to, and deploy and implement the construction of legal work in person. The legal work construction goals put forward by the SASAC and the Group Corporation should be made more specific, so that they will be easy to be operated and implemented. The enterprises that have a relatively large amount of assets,  a large operational size and a relatively large number of subordinate enterprises should put forward specific requirements on the legal work construction, and fulfill the responsibilities of supervision, guidance, and inspection over their subordinate enterprises.

2. Strengthen the Publicity and Education on the Enterprise Legal System

**CNBMCO00216993**

The Co., Ltd. and its important subordinate enterprises should use multiple ways and means to further strengthen the publicity and education on the enterprise legal system, positively push forward the "*Fifth Five-year Plan*" on popularizing legal knowledge, increase the targeted education on preventing legal risks, further improve the legal awareness, and improve the consciousness to work under law and to establish and improve the comprehensive mechanism for preventing legal risks.

…

CNBMCO00216986

About reporting Chinese building materials limited liability company and report of subsidiary enterprise legislative affair three years goal action program

Chinese building material Group:

In the building materials office according to your firm sends[2008]106th "< about Printing and distributing Chinese Building material Group Implements Action program of Central enterprise Legislative affair Three Years Goal > the Notice" document request, our company according to the action program of request and your firm of SAC, links to own development reality, has compiled our company department's legislative affair goal and working arrangement earnestly, and compiles the report of main subordinate company. Presently "China Building materials Limited liability company Will carry out Central enterprise Legislative affair Three Years Goal Action program" and report of main subordinate company reports to your firm (sees appendix specifically).

Reported specially.

Appendix:

1st, "China Building materials Limited liability company Carries out Central enterprise Legislative affair Three Years Goal Action program";

2nd, "China Union Cement Group Company limited Carries out Central enterprise Legislative affair Three Years Goal Action program";

3rd, "Beixinjituan Building materials Limited liability company Carries out Central enterprise Legislative affair Three Years Goal Action program"

4th, "China Building materials International construction project Limited company about Legislative affair Three Years Plan Arrangement"

5th, "about Reporting Chinese Compound materials Group Company limited And Subsidiary enterprise Legislative affair Three Years Goal And Working arrangement Report";

6th, "China Bolivia Filament Limited liability company Carries out Central enterprise Legislative affair Three Years Goal Action program";

7th, "Southern Cement Limited company Carries out Central enterprise Legislative affair Three Years Goal Action program".

The Chinese building materials limited liability company implements the action program of central enterprise legislative affair three years goal in 2008 the central enterprise legislative affair spirit of the session and "about Carrying out Central enterprise Legislative affair Three Years Goal Related Item Notice" requests as well as Chinese building material Group according to the State Council SAC "Notice (building materials manages the round of [2008]106 number) < about

Page 1

CNBMCO00216986

Printing and distributing Chinese Building material Group Implements Action program of Central enterprise Legislative affair Three Years Goal >", to safeguard and promote the joint-stock company health stable development, speeds up promoting the legislative affair advancement, the union joint-stock company development reality, the formulation implements the action program of central enterprise legislative affair three years goal.

First, further enhances to the enterprise legislative affair important understanding runs business according to law is the managing state affairs according to law principle manifestation in business management, is sets up the modern enterprise system, to consummate the legal entity management structure and strengthened enterprise risk management, enhances the inevitable request of enterprise international competitiveness. Joint-stock company as a H stock company, while strengthens the company legislative work according to within the boundaries laws and regulations, but should also obey the going on the market Hong Kong's related rule and request standard company governs.

The joint-stock company since establishment and of the director of corporations in the great support and under the management Group leadership, the fast development with steady steps, the company legislative affair has further also strengthened. The company this and respective key business has established and improved the law matter organization gradually, necessary has formulated the rules and regulations and work flow of related government by law construction, forms and strengthens takes guarding against the legal risk as the core working mechanism. In joint reorganization, financing, guarantee and protection intellectual property rights and other work China, the company this and respective key business's law matter organization carries on the earnest strict legal verification, simultaneously develops to fulfill duty the guard law risk that through the invitation full-time attorney, auditor and appraiser investigation, audit appraisal and other work can move positively, has safeguarded and promotes the corporate business continue the stable development. While complying with domestic laws and regulations, the company strictly obeys the request of Hong Kong going on the market rule and related standard strengthens the company to govern and carries on the information disclose that continually consummates the company law matter personnel to hire the attorney, consultant and others the facilitating agency to unify the inside and outside linkage mechanism of processing big event with outside.

Although the joint-stock company enterprise legislative work has made the progress, but also has the weak link and insufficient. Mainly displays in subsidiary enterprise legislative affair does not progress balanced, some enterprise organization and institutional construction insufficient consummation and execution effort are insufficient, the enterprise legislative affair construction must further strengthen and so on, these should perform to improve and enhancement in the next step work as soon as possible.

Second, joint-stock company and subsidiary enterprise legislative affair three years goal and working arrangement

According to the request and related arrangement of SAC and Group, focus on the

Page 2

CNBMCO00216986

actual need that the joint-stock company develops, will establish a legislative affair three years goal (the present by the end of 2010) and working arrangement is as follows:

1st, joint-stock company and respective key business set up the full-time law matter organization and equipment conform to the request staff, gradually sets up the total legal advisory system, initially forms relatively perfect law matter to manage the organization and institutional framework.

The respective key business refers to the joint-stock company respective important second-level company. In the enterprise legislative work area, establishes provisionally that the respective key business name list is appended below (sees appendix).

The joint-stock company and respective key business joint reorganization, financing, guarantee, project construction and intellectual property protection and other work eliminate in involve domestic laws and regulations, but must obey the request of Hong Kong going on the market rule and related standard, the legal work is numerous and diverse, the work load is big. The joint-stock company this and respective key business must set up the essential legal work organization according to the actual situation in enterprise, provides the qualified legal work personnel, continuously strengthens the enterprise legislative work. First, must attach importance to construction of personnel, the substantial enterprise legal work troop, improves the legal work personnel's professional quality, vigorously the specialization of advancement legal work personnel, strengthens to legal work personnel's training, raises its vocational level, constantly strengthens the legal work personnel's overall quality. Next, supports encourages respective key business from the operational activities sustained development needs to embark actively creates the condition to try out the total legal advisory system. Gradually forms one to take the total legal adviser in the enterprise as the core, takes the legal work personnel as the foundation, the quality is high, ability strong professional personnel troop.

Various the joint-stock companies and key businesses must according to the management need to develop advancement law matter supervisory work, the innovation enterprise legal work pattern, form oneself characteristic the law matter to manage the organization and institutional framework. Must arrives through total legal adviser functional orientation and law matter organization function, manages to cover the enterprise operation development activities the law matter the entire scope and entire process. The guarantee and promotion enterprise realize to continue the stable healthy development.

2nd, sets up the enterprise rules and regulations, the economic contract and significant operating decisions law verification check system.

Must through formulating and improving work routine, the standard work flow, is clear about the legal verification the responsibility, strengthens the legal verification the feasibility, as strengthening the legislative work and guard law risk's basic service and key link lands on feet the legal vetting exercise earnestly. First, the enterprise law matter organization actively participates in the enterprise rules and regulations construction, guaranteed enterprise formulation various rules and regulations gathers the gauge legitimately. Next, and consummates the work flow through the standard, strengthens and important contract

Page 3

CNBMCO00216986

to the enterprise significant the legal verification of operating decisions, tightens the legal risk. Strives achieves 100% to the enterprise legal verification check of rules and regulations, the economic contract and important decision rate. 3rd, improves the enterprise legal dispute case management, ceases basically appears newly because of the significant legal dispute case that the security management forms.

The joint-stock company and respective key business must along with the change and development of business operation external environment, adjust the legal work strategy and management key point at the right moment, while further grasps properly to solve the legal dispute case that history leaves behind, ceases appears newly because of the significant legal dispute case that the security management causes. Enterprise law matter organization actively strives for the support and coordination of the judicial organ and department concerned, has created the fine external environment for the enterprise. Through the summary analysis of case discovered that in the enterprise manager the weak link, adopts the measure jamming management loophole promptly, effectively has promoted the enterprise management level.

The joint-stock company realizes the law to construct the above job objective the time progress arrangement following table to show:

In the year share accommodates

2008

2009

2010

The organization safeguards

Joint-stock company total legal advisory system

The key business total legal advisory system is built to increase carries out dynamics to be built

Over 60% establish

Further consummates

100% establishes

The joint-stock company and key business law matter organization establishes

Enlarges carries out dynamics

Over 70% set up

CNBMCO00216986

100% sets up sets up the independent department accounts for 70%

Service request

Enterprise rules and regulations law verification check rate

Economic contract law verification check rate important decision law verification check rate 90% 90%

100% 100% 100%

100%

100%

100% 100% three, guaranteed the specific measures that three years goal realizes 1, strengthens to the enterprise government by law construction organizational leadership

The establishment takes the joint-stock company presidents as group leader, is in charge of vice president for vice-group leader, the respective key business key leader and joint-stock company responsible persons of relevant departments for member's legislative affair leading group, the joint-stock company law matter organization are the administrative body, the organizational leadership advance carry out to realize joint-stock company legislative affair three years goal all measures.
Various subordinate coherent units main responsible people must attach great importance to and disposition carry out the legislative work of this unit personally. Must further make concrete the legislative work job objective that SAC and Group set, causes it to be advantageous operates and carries out. The property and business scale are big and have subordinate body's enterprise, must to the legislative work of subordinate unit propose that is clear requests and fulfills the supervision instruction and work inspection responsibility.
2nd, strengthens the enterprise propaganda and education in the law joint-stock company and respective key business must utilize many ways and methods, further strengthens the enterprise propaganda and education in the law, positive advancement "55" common law work, the target-oriented strengthened guard law risk education, further raises the legal awareness, enhances handles matters according to law with establishing and improving the legal risk prevention mechanism self-consciousness.

3rd, various rules and regulations that the consummation enterprise law matter manages

Various the joint-stock companies and respective related enterprises must further improve the enterprise law matter work routine, refines to the rules and regulations, the economic contract and major decision law verification various work flows and administrative provisions; The consummation significant legal dispute

CNBMCO00216986

case sets up a file and control system; Managed the development to joint
reorganization, financing, guarantee and other enterprises the key item, forms the
multi-stratification plane and multiple perspectives legal verification and risk
prevention mechanism;
4th, attaches importance to enterprise law matter managerial talent troop's various
construction joint-stock company related enterprises to attach great importance to
the construction of law matter managerial talent troop, must according to the
enterprise legislative work need, actively support to encourage to have the
condition staff to have the professional trainings of multiple forms, should hire
the outstanding legal work key member to enter the enterprise law management
positively the important post. Gradually forms one to have the enterprise legal
training troop of strong specialized horizontal and rich work experience.

5th, strengthens to carrying out the communication of central enterprise
legislative affair goal situation exchanges and directs the inspection

The joint-stock company will introduce multi-level, the supervising mechanism of
multiagent. While perfect enterprise internal supervision system advancement to the
key business legislative work goal and completes the situation, will conduct the
regular inspection and appraisal. Coordinates and supervises the important
shareholding system effectively steadily advance realizes various work of
legislative work three years goal.
Appendix:
Legislative work key business

Chinese joint group cement limited company Beixinjituan building materials limited
liability company

Chinese building materials international construction project limited company China
compound materials Group Company limited

South Chinese Bolivia filament limited liability company cement limited company

Building materials investment limited company PAGE PAGE 9

--- Summary Information ---
1: 936 PID_TITLE: Chinese building material Group carries out central enterprise
PID_SUBJECT:
PID_AUTHOR: magenlin PID_KEYWORDS:
PID_TEMPLATE: Normal.dot PID_LASTAUTHOR: Administrators PID_REVNUMBER: 667
PID_APPNAME: Microsoft Office Word PID_EDITTIME: Mon Jan 01 17:54: 00 CST 1601
PID_LASTPRINTED: Fri Oct 31 13:12: 00 CST 2008 PID_CREATE_DTM: Thu Nov 06 14:29: 00
CST 2008 PID_LASTSAVE_DTM: Tue Dec 02 14:56: 00 CST 2008 PID_PAGECOUNT: 1
PID_WORDCOUNT: 544 PID_CHARCOUNT: 3101 PID_SECURITY: 0

--- Document Summary Information ---
PID_CODEPAGE: 936 PID_COMPANY: bnbm PID_LINECOUNT: 25 PID_PARCOUNT: 7 17: 3638 23:
727256 PID_SCALE: false PID_LINKSDIRTY: false 19: false 22: false

# 关于上报中国建材股份有限公司及所属企业

# 法制工作三年目标实施计划的报告

中国建筑材料集团公司：

根据贵公司中建材办发【2008】106 号《<关于印发中国建筑材料集团公司落实中央企业法制工作三年目标的实施计划>的通知》文件要求，我公司按照国资委的要求和贵公司的实施计划，结合自身发展实际，认真编写了我公司本部的法制工作目标及工作安排，并汇总主要下属公司的报告。现将《中国建材股份有限公司落实中央企业法制工作三年目标的实施计划》及主要下属公司的报告上报给贵公司（具体见附件）。

特此报告。

1

CNBMCO00216986

附件：

1、《中国建材股份有限公司落实中央企业法制工作三年目标的实施计划》；

2、《中国联合水泥集团有限公司落实中央企业法制工作三年目标的实施计划》；

3、《北新集团建材股份有限公司落实中央企业法制工作三年目标的实施计划》

4、《中国建材国际工程有限公司关于法制工作的三年计划安排》

5、《关于上报中国复合材料集团有限公司及所属企业法制工作三年目标及工作安排的报告》；

6、《中国玻纤股份有限公司落实中央企业法制工作三年目标的实施计划》；

7、《南方水泥有限公司落实中央企业法制工作三年目标的实施计划》。

CNBMCO00216987

# 中国建材股份有限公司落实中央企业
# 法制工作三年目标的实施计划

根据国务院国资委 2008 年中央企业法制工作会议精神和《关于落实中央企业法制工作三年目标有关事项的通知》要求以及中国建筑材料集团公司《<关于印发中国建筑材料集团公司落实中央企业法制工作三年目标的实施计划>的通知》（中建材办发〔2008〕106 号），为保障和促进股份公司健康稳定的发展，加快推进法制工作进程，结合股份公司发展实际，制定落实央企法制工作三年目标的实施计划。

一、进一步提高对企业法制工作重要性的认识

依法治企是依法治国原则在企业管理中的体现，是建立现代企业制度、完善法人治理结构、强化企业风险管理，提高企业国际竞争力的必然要求。股份公司作为一家 H 股公司，在依照境内法律法规加强公司法制建设的同时，还应遵守上市地香港的相关规则及要求规范公司治理。

股份公司自设立以来在集团公司的大力支持和公司董事、管理层的领导下，快速稳步的发展，公司法制工作也进一步加强。公司本部及所属重要企业逐步建立健全了法律事务机构，配套制定了有关法治建设的规章制度、工作流程，形成并强化

3

CNBMCO00216988

以防范法律风险为核心的工作机制。在联合重组、融资、担保及保护知识产权等工作中，公司本部及所属重要企业的法律事务机构进行认真严格的法律审核，同时通过聘请专职律师、审计师和评估师开展尽职调查、审计评估等工作积极能动的防范法律风险，保障和促进了公司业务持续稳定的发展。在遵守境内法律法规的同时，公司严格遵守香港上市规则及相关规范的要求加强公司治理、进行信息披露，不断完善公司法律事务人员与外聘律师、顾问等中介机构相结合处理重大事件的内外联动机制。

股份公司企业法制建设工作虽取得了进步，但还存在薄弱环节和不足。主要表现在所属企业法制工作进展不平衡，部分企业机构及制度建设不够完善且执行力度不足，企业法制工作建设还需进一步加强等，这些都是应在下一步工作中尽快加以改进和提高的。

**二、股份公司及所属企业法制工作三年目标及工作安排**

根据国资委和集团公司的要求及相关安排，着眼于股份公司发展的实际需要，制定法制工作三年目标（现在至2010年底）及工作安排如下：

1、股份公司及所属重要企业均设立专职法律事务机构并配备符合要求的工作人员，逐步建立总法律顾问制度，初步形成相对完善的法律事务管理组织和制度体系。

CNBMCO00216989

所属重要企业是指股份公司所属重要二级公司。在企业法制建设工作领域，暂定所属重要企业名单附后（见附件）。

股份公司及所属重要企业在联合重组、融资、担保、项目建设及知识产权保护等工作中除涉及境内法律法规，还需遵守香港上市规则及有关规范的要求，法律工作较繁杂，工作量较大。股份公司本部及所属重要企业要根据企业的实际情况设立必要的法律工作机构，配备合格的法律工作人员，不断强化企业法制建设。首先，要重视人才队伍建设，充实企业法律工作队伍，提高法律工作人员的业务素质，大力推进法律工作人员的专业化，加强对法律工作人员的培训，提高其业务水平，不断增强法律工作人员的整体素质。其次，支持鼓励所属重要企业从业务活动持续发展的需要出发积极创造条件试行总法律顾问制度。逐步在企业中形成一支以总法律顾问为核心，以法律工作人员为基础，素质高、能力强的专门人才队伍。

股份公司及各重要企业要根据经营发展的需要推进法律事务管理工作，创新企业法律工作模式，形成有自己特点的法律事务管理组织和制度体系。要通过总法律顾问职责定位和法律事务机构职能到位，将法律事务管理覆盖到企业经营发展活动的全范围和全过程。保证和促进企业实现持续稳定的健康发展。

2、建立企业规章制度、经济合同和重大经营决策法律审核把关制度。

CNBMCO00216990

要通过制定和完善工作制度，规范工作流程，明确法律审核的责任，增强法律审核的可操作性，把法律审核工作作为加强法制建设、防范法律风险的基本业务和关键环节切实落到实处。首先，企业法律事务机构积极参与企业规章制度建设，保证企业制定的各项规章制度的合法合规。其次，通过规范及完善工作流程,加强对企业重大经营决策与重要合同的法律审核，加强法律风险控制。争取对企业规章制度、经济合同和重要决策的法律审核把关率达到100%。

3、加强企业法律纠纷案件管理，基本杜绝出现新的因违法经营而形成的重大法律纠纷案件。

股份公司及所属重要企业要随外部环境的变化和企业经营活动的发展，适时调整法律工作策略和管理重点，在进一步抓紧妥善解决好历史遗留的法律纠纷案件的同时，杜绝出现新的因违法经营导致的重大法律纠纷案件。企业法律事务机构积极争取司法机关和有关部门的支持与配合，为企业创造了良好的外部环境。通过个案的总结分析来发现企业经营管理中的薄弱环节，及时采取措施堵塞管理漏洞，有效地提升了企业管理水平。

股份公司实现法律建设上述工作目标的时间进度安排如下表所示：

CNBMCO00216991

| 内　容 ＼ 年　份 | | 2008 | 2009 | 2010 |
|---|---|---|---|---|
| 组织保障 | 股份公司总法律顾问制度 | 建立 | 建立 | 进一步完善 |
| | 重要企业总法律顾问制度 | 加大落实力度 | 60%以上建立 | 100%建立 |
| | 股份公司及重要企业法律事务机构设置 | 加大落实力度 | 70%以上设立 | 100%设立其中设立独立部门的占70% |
| 业务要求 | 企业规章制度法律审核把关率 | 90% | 100% | 100% |
| | 经济合同法律审核把关率 | 90% | 100% | 100% |
| | 重要决策法律审核把关率 | 100% | 100% | 100% |

### 三、确保三年目标实现的具体措施

1、加强对企业法治建设的组织领导

成立以股份公司总裁为组长，分管副总裁为副组长，所属重要企业主要领导和股份公司相关部门负责人为成员的法制工作领导小组，股份公司法律事务机构为办事机构，组织领导推进落实实现股份公司法制工作三年目标的各项措施。

各所属相关单位主要负责人员要高度重视并亲自布署落实本单位的法制建设工作。要把国资委及集团公司提出的法制建设工作目标进一步具体化，使之便于操作和落实。资产和营业规模较大及具有较多下属机构的企业，要对所属单位的法制建设工作提出明确要求并履行督促指导及工作检查责任。

2、加强企业法制宣传教育

7

CNBMCO00216992

股份公司和所属重要企业要运用多种途径和手段，进一步加强企业法制宣传教育，积极推进"五五"普法工作，有针对性的强化防范法律风险教育，进一步提高法律意识，提高依法办事与建立健全法律风险防范机制的自觉性。

3、完善企业法律事务管理的各项规章制度

股份公司和所属各有关企业要进一步健全企业法律事务工作制度，细化对规章制度、经济合同、重大决策法律审核的工作流程及各项管理规定；完善重大法律纠纷案件备案和管理制度；对联合重组、融资、担保等企业经营发展的重点事项，形成多层面、多角度的法律审核和风险防范机制；

4、重视企业法律事务管理人才队伍的建设

股份公司各相关企业要高度重视法律事务管理人才队伍的建设，要根据企业法制建设的需要，积极支持鼓励具备条件的员工接受多种形式的专业培训，应积极聘用优秀的法律工作业务骨干进入企业法律管理的重要岗位。逐步形成一支具有较强专业化水平和丰富的工作经验的企业法律人才队伍。

5、加强对落实央企法制工作目标情况的沟通交流和督导检查

股份公司将建立多层次、多主体的监督机制。在健全企业内部监督体系的同时对重要企业法制建设目标的推进和完成情况，将进行定期的检查和评价。协调并督促重要骨干企业扎实

8

CNBMCO00216993

稳步推进实现法制建设三年目标的各项工作。


附件：

## 法制建设工作重要企业


中国联合集团水泥有限公司

北新集团建材股份有限公司

中国建材国际工程有限公司

中国复合材料集团有限公司

中国玻纤股份有限公司

南方水泥有限公司

中建材投资有限公司

CNBMCO00216994