<u>Translation of CNBMCO00032583 – 00032585</u>

<u>CNBMCO00032583</u>

# Request for Instructions on Establishing the Trade Union at the Headquarters of China National Building Material Company Limited

Leaders of the Company:

In the "Key Work Points of China National Building Material Group Corporation Trade Union for the Year 2006" as issued in March of this year, CNBM Group requested all the entities to strengthen the construction of trade union organizations, and pointed out that all the entities should "establish and improve the trade union organizations at all levels according to the provisions of the 'Trade Union Law,' and the newly established economic organizations should establish trade unions." The Party Committee of the Group also communicated with us for several times, and required the Co., Ltd. to establish the trade union organization as soon as possible.

Considering that the Company has been listed smoothly at present, the key work will be transitioned to daily operation and management, and it is advised that the Company establish the trade union organization recently. The request for instructions on relevant matters is hereby put as follows:

**I. Procedures for establishing the trade union**

According to the "Trade Union Law," after having solicited the opinions of CNBM Group Trade Union, and in combination of the specific situations of the Company, the procedures for the Co., Ltd. to establish the trade union are advised as follows:

(i) Preparations

1. Establishing the preparation team for the trade union. There will be one team leader and 2-3 team members, to make preparations for establishing the trade union.

HU: Exhibit 656

MTD Exhibit #70

2. Registering members. The staff members of the Company will apply for joining in the union on a voluntary basis.

3. Ideating, discussing and recommending the candidates for the trade union committee. It is advised to have one chairman of trade union committee, one vice chairman, and each one committee member for operation, women, and publicity work separately.

**CNBMCO00032583**

Because the trade union committee members should be produced by competitive election, and the difference at the rate will be over 10%, if five committee members will be elected, then there should be six candidates.

The list of candidates needs to be approved in advance by CNBM Group Trade Union.

(ii) Election, and establishing the trade union

1. Holding the first assembly of representatives of the trade union, adopting the method of secret ballots, and producing the first session of trade union committee by way of competitive election.

Electing three members for the trade union's economic audit committee by way of single-candidate election.

2. Reporting to CNBM Group Trade Union about the election results and the request for instructions on division of work among committee members, and CNBM Group Trade Union will give a reply.

**II. Sources and usage of funds of the trade union**

According to the "Trade Union Law," the trade union will have sources of funds from:

1. Membership fees to be paid by members;

2. Funds (pretax expenses) in the amount of 2% of total monthly salaries of the whole staff, to be allotted by the Company to the trade union.

Membership fees will mainly be used for services to employees and trade union activities. After the establishment of trade union committee, specific measures for usage will be formulated separately.

### III. Candidate lists of trade union committee and its economic audit committee

After consultation with the Group Trade Union, the chairman of trade union shall be a leader at the level of vice president of the Company. Based thereon, candidates for trade union committee are advised as follows:

Yimin Li (Chairman), Shuhong Cui (Vice Chairman), Xuan Zeng, Shu Liu, Yuming Hao, Keping Shi

Candidates for the trade union's economic audit committee are advised as follows:

**CNBMCO00032585**

Jinyu Hu, Hongyan Pei, Kai Lei

Please give instructions on whether the above advises are appropriate.

Department of Administration and Human Resources

May 10, 2006

About setting up the instruction of Chinese Building materials limited liability company Headquarters Trade union

Commercial management:
"China Building material Group Trade union that the Chinese building materials group issues in March in 2006 Highlight", requests various units to strengthen the construction of labor union organization, pointed out that various units want "according to "Trade union law" stipulated establishes and improves all levels of labor union organization, the economic organization that establishes newly must establish trade union". The group party committee also repeatedly communicates with us, the request joint-stock company is founded as soon as possible the labor union organization.

In view of the fact that the company successfully went on the market at present, the work changes the daily management and operation with emphasis, suggested that the company will form the labor union organization in the near future as soon as possible. Is presently as follows on the relevant matter instruction:

First, the procedure that trade union sets up acts according to "Trade union law", after soliciting the Chinese Building materials Group Trade union suggestions, the special details in union company, suggested the procedure that the joint-stock company trade union sets up is as follows:

(1) Arranges 1, to form the trade union preparatory group. Supposes group leader 1, team member 2-3, the development establishes the preparatory work of trade union.
2nd, member registration. The employee applied to join a society voluntarily.

3rd, ferments, discuss and recommend the trade union committee candidate. Suggested that the trade union committee supposes trade union chairmen one, vice-president, the management and female worker, propagandizes the committee member respectively.
Because the trade union committee members need the differential election, the difference rate is over 10%, therefore like elects 5 committee members, then the candidate should be 6.

The candidate list must win the approval of Chinese Building materials Group Trade union beforehand.

(2) Elects and establishes the trade union 1, hold the trade union first time to represent the congress, selects the secret ballot method, the difference elects the first session of trade union committee member.
Election in which number of candidates equals number of deputies trade union after examining board member 3.
2nd, reported the instruction that to Chinese Building materials Group Trade union the election result and committee member divided the work, Chinese Building materials Group Trade union replies.

Second, trade union funds origin and use

According to "Trade union law", the trade union funds origin is:
1st, membership dues that member pays;

2nd, company by each month complete staff total wages 2% allocate the funds that to the trade union pays (tax front row).
The membership dues are mainly used to serve for the staff with the union activity, after awaiting employment to meet the committee is founded, draws up the concrete use means again.

Third, trade union committee and after examining committee candidate list after advisory group trade union, the trade union chairmens should vice-always the first-level leader hold the post for the company. Based on this, suggested that the trade union committee candidates are as follows:

Li Yimin (president), Cui Shuhong (vice-president), Zeng Xuan, Liu Shu, Hao Yuming, Shi Keping suggested that the trade union after examining the committee candidates is as follows:

Hu Jinyu, Pei Hongyan, above opinion whether, to give the written comment.

Administrative human resources department two OO six years on May 10

--- Summary Information ---
1: 936 PID_TITLE: About setting up Chinese Building materials limited liability company Headquarters Trade union's report PID_SUBJECT:
PID_AUTHOR: bnbm8 PID_KEYWORDS:
PID_COMMENTS:
PID_TEMPLATE: Normal.dot PID_LASTAUTHOR: bnbm8 PID_REVNUMBER: 20 PID_APPNAME: Microsoft Word 9.0 PID_EDITTIME: Mon Jan 01 12:29: 00 CST 1601 PID_LASTPRINTED: Wed May 24 15:59: 00 CST 2006 PID_CREATE_DTM: Wed May 10 11:07: 00 CST 2006 PID_LASTSAVE_DTM: Wed May 24 16:30: 00 CST 2006
PID_PAGECOUNT: 1 PID_WORDCOUNT: 126 PID_CHARCOUNT: 722 PID_SECURITY: 0

--- Document Summary Information ---
PID_CODEPAGE: 936 PID_COMPANY: bnbm PID_LINECOUNT: 6 PID_PARCOUNT: 1 17: 886 23: 592636
PID_SCALE: false PID_LINKSDIRTY: false 19: false 22: false

# 关于组建中国建材股份有限公司总部工会的请示

公司领导：

中国建材集团在今年 3 月下发的《中国建筑材料集团公司工会 2006 年工作要点》中，要求各单位加强工会组织的建设，指出各单位要"按照《工会法》规定建立健全各级工会组织，新建立的经济组织要建立工会"。集团党委也多次与我们沟通，要求股份公司尽快把工会组织建立起来。

鉴于目前公司已顺利上市，工作重点转向日常的经营管理，建议公司在近期尽快组建工会组织。现就相关事项请示如下：

## 一、工会组建的程序

根据《工会法》，经征求中国建材集团工会意见，结合公司的具体情况，建议股份公司工会组建的程序如下：

（一）筹备

1、成立工会筹备组。设组长 1 名，组员 2—3 名，开展成立工会的筹备工作。

2、会员登记。公司员工自愿申请入会。

3、酝酿、讨论并推荐工会委员会候选人。建议工会委员会设工会主席一名，副主席一名，经营、女工、宣传委员各一名。

因工会委员需差额选举产生，差额率为 10%以上，故如选举 5 名委员，则候选人应为 6 名。

候选人名单需事先征得中国建材集团工会的同意。

（二）选举、成立工会

1、召开工会第一次代表大会，采用无记名投票方式，差额选举产生第一届工会委员。

等额选举工会经审委员会委员 3 名。

2、向中国建材集团工会上报选举结果及委员分工的请示，中国建材集团工会予以批复。

## 二、工会经费来源及用途

根据《工会法》，工会经费的来源为：

1、会员缴纳的会费；

2、公司以每月全部职工工资总额的 2%向工会拨缴的经费（税前列支）。

会费主要用于为职工服务和工会活动，待工会委员会成立后再行制订具体使用办法。

## 三、工会委员会及经审委员会候选人名单

经咨询集团工会，工会主席应为公司副总一级的领导担任。据此，建议工会委员会候选人如下：

李谊民（主席）、崔淑红（副主席）、曾暄、刘姝、郝宇明、史可平

建议工会经审委员会候选人如下：

胡金玉、裴鸿雁、雷凯

以上意见可否,请予批示。

行政人事部

二〇〇六年五月十日

CNBMCO00032585