<u>Translation of CNBMCO00073630 – 00073631</u>

<u>CNBMCO00073630</u>

# China National Building Material Company Limited

# Request for Instructions on Trade Union Election at Expiration of Office Terms

Trade Union of China National Building Material Group Corporation:

The Trade Union of China National Building Material Company Limited has been here for eight years since its establishment in 2006, and plans to have election in September 2014 according to relevant provisions in the "Trade Union Law of the People's Republic of China," and the "Articles of Association for Trade Unions in China." Relevant matters are hereby reported as follows:

I. Topics of the meeting

The main topics of this meeting are:

1. Electing and producing the second session of trade union committee members, chairman and vice chairman of the trade union;

2. Electing and producing the second session of the trade union's economic audit committee and its director;

3. The chairman of the second session of trade union will give a report on work arrangements;

4. Leaders of the Group Trade Union will deliver speeches.

II. Relevant information on election of members of two committees

According to the "Articles of Association for Trade Unions in China," the Second Session of Trade Union Committee of China National Building Material Company Limited will have a competitive election, and will elect five committee members from six candidates. After comprehensive solicitation of opinions, the list of six candidates is as follows (having the order in the strokes of last names):

MTD Exhibit #71

Chen Wang, Fanbo Zhang, Fengye He, Zhangli Chang, Shuhong Cui, Xuan Zeng

The Second Session of Trade Union's Funds Examination Committee of China National Building Material Company Limited will have a single-candidate election, and will elect three committee members from three candidates. After comprehensive solicitation of opinions, the list of three candidates is as follows (having the order in the strokes of last names):

<u>**CNBMCO00073631**</u>

Jinyu Hu, Xiaoyu Guo, Hongyan Pei

After solicitation of opinions of leaders at the Co., Ltd. and the staff, it is planned to elect Zhangli Chang as the Chairman of Trade Union, Shuhong Cui as the Vice Chairman of Trade Union; and it is planned to elect Jinyu Hu as the Director of Economic Audit Committee.

Instructions are hereby requested, and leaders of the Group Trade Union are invited to attend the meeting, please review and approve.

September 2, 2014

Chinese building materials limited liability company

About instruction of trade union election at expiration of office terms work

Chinese building material Group Trade union:

Since Chinese Building materials limited liability company Trade union was established in 2006 had 8 years, according to "People's Republic of China Trade union law", "Chinese Trade Union Regulation" concerned requirements, proposes to do in 2014 September to carry out the trade union election at expiration of office terms work. Is presently as follows on the related item report:

First, about conference subject

This conference's main subject is:

1st, elects the second session of trade union board member and trade union vice-president;

2nd, elects the second trade union after examining to entrust the committee member, after examining to entrust the director.

3rd, the second session of trade union chairmens make the report of working arrangement;

4th, the group trade union leaders spoke.

Second, about form that two board members elect

According to "Chinese Trade Union Regulation", the Chinese building materials limited liability company second trade union committee implements the election in which there are more candidates than deputy positions, plans to elect 5 committee members from 6 candidates. After the widespread questionnaire opinion, 6 candidate lists as follows (sort according to surname radical):

Wang Chen, hoisted sails abundantly, He Feng, Chang Zhangli, Cui Shuhong, Zeng Xuan

The Chinese Building materials limited liability company Trade union second funds jury implements the election in which number of candidates equals number of deputies, plans to elect 3 committee members from candidate 3. After the widespread questionnaire opinion, 3 candidate lists as follows (sort according to surname radical):

Hu Jinyu, Guo Xiaoyu, Pei Hongyan

After the questionnaire joint-stock company leader and staff view, plans to elect often Zhang Li is the trade union chairmen, Cui Shuhong for the trade union vice-president; Plans to elect Hu Jinyu to pass through examines the chairman.

Asked for instructions specially, and invited the group trade union leaders to attend the conference, please examine and approve to be requested.

On September 2, 2014

--- Summary Information ---
1: 936 PID_TITLE:
PID_SUBJECT:
PID_AUTHOR: wangchen PID_KEYWORDS:
PID_COMMENTS:

PID_TEMPLATE: Normal.dotm PID_LASTAUTHOR: csh PID_REVNUMBER: 1 PID_APPNAME: Microsoft Office Word PID_EDITTIME: Mon Jan 01 08:30: 00 CST 1601 PID_CREATE_DTM: Tue Sep 02 14:39: 00 CST 2014 PID_LASTSAVE_DTM: Tue Sep 02 15:24: 00 CST 2014 PID_PAGECOUNT: 2 PID_WORDCOUNT: 78 PID_CHARCOUNT: 449 PID_SECURITY: 0

--- Document Summary Information ---
PID_CODEPAGE: 936 PID_COMPANY:
PID_LINECOUNT: 3 PID_PARCOUNT: 1 17: 526 23: 786432 PID_SCALE: false PID_LINKSDIRTY: false 19: false 22: false

# 中国建材股份有限公司
# 关于工会换届选举工作的请示

中国建筑材料集团公司工会：

　　中国建材股份有限公司工会于2006年成立以来已有8年时间，根据《中华人民共和国工会法》、《中国工会章程》的有关规定，拟于2014年9月进行工会换届选举工作。现就有关事项报告如下：

　　一、关于会议议题

　　此次会议的主要议题是：

　　1、选举产生第二届工会委员会委员、工会正副主席；

　　2、选举产生第二届工会经审委委员、经审委主任。

　　3、第二届工会主席作工作安排的报告；

　　4、集团工会领导讲话。

　　二、关于两个委员会委员选举的相关情况

　　根据《中国工会章程》，中国建材股份有限公司第二届工会委员会实行差额选举,拟从6名候选人中选举5名委员。经广泛征求意见，6名候选人名单如下(按姓氏笔画排序)：

　　王晨、张帆博、何奉也、常张利、崔淑红、曾暄

　　中国建材股份有限公司工会第二届经费审查委员会实行等额选举,拟从候选人3名中选举3名委员。经广泛征求意见，3名候选人名单如下(按姓氏笔画排序)：

CNBMCO00073630

　　胡金玉、郭晓宇、裴鸿雁

　　经征求股份公司领导和员工意见，拟选举常张利为工会主席，崔淑红为工会副主席；拟选举胡金玉为经审委员会主任。

　　特此请示，并邀请集团工会领导参加会议，请审批为盼。


　　　　　　　　　　　　　　　　　2014 年 9 月 2 日

CNBMCO00073631