<u>**Partial Translation of CNBMGRP00211002 – 00211011**</u>

<u>**CNBMGRP00211002**</u>

# Work Report of China National Building Material Company Limited on Special Treatment of "Private Coffers"

To deeply implement the relevant arrangements of SASAC and CNBM Group for the special treatment work on "private coffers" of central enterprises, the Company formulated the "Work Plan of China National Building Material Company Limited for Special Treatment of "Private Coffers" according to the "Notice on Printing and Issuing the 'Implementation Measures for Special Treatment of 'Private Coffers" of State-owned and State-controlled Enterprises'" (Zhong Ji Issuance No. [2010]29), the "Notice on Carrying out Special Treatment Work on 'Private Coffers' of Central Enterprises" (SASAC Issuance Evaluation No. [2010] 107), the "Notice on Printing and Issuing the 'Work Plan of CNBM Group for Special Treatment of 'Private Coffers'" (CNBM Finance Issuance No. [2010]329) and other documents, and also initiated the special treatment work on "private coffers" according to the Work Plan. The work report on special treatment of "private coffers" is hereby given as follows:

I. Attached great attention, strengthened organization and leadership, and made active mobilization and arrangement

The special treatment work meeting of CNBM Group was held on August 9, 2010, and according to the requirements of CNBM Group for level-by-level arrangements, the Co., Ltd. issued the "Notice on Printing and Issuing the 'Work Plan of China National Building Material Company Limited for Special Treatment of 'Private Coffers'" (CNBM Co., Ltd. Financial Issuance No. [2010] 381), strengthened publicity and propaganda, publicized tip-off hotline and email, and comprehensively initiated the special treatment work on "private coffers." According to the requirement for special treatment work, the Co., Ltd. established a leadership team for special treatment work on "private coffers," and also established an office under this leadership team.

1. Leadership Team

J W  Gzj kk 875

MTD Exhibit #72

**CNBMGRP00211003**

Header of the Team: Jianglin Cao

Deputy headers of the Team: Yimin Li, Xue'an Chen

Members: Shou Peng, Xingtai Cui, Dingjin Zhang, Zhangli Chang, Jixin Yao, Jiaxiang Xiao, Bing Wang, Guobin Cai, Chuanjun Zhang

2. Office of the Leadership Team

Director: Xue'an Chen

Deputy Directors: Hongyan Pei, Shuhong Cui

Members: Jinyu Hu, Xiaoping Xie, Zhiping Liu, Ling Yin

The subsidiary companies of the Co., Ltd. also established special treatment working agencies separately, to organize and carry out special treatment work on "private coffers."

The Plan specifically required all member enterprises to establish special treatment leadership agencies level by level, and designate the person in charge of an entity as the first responsible person, which should actually bear the responsibility of organization and leadership for special treatment work according to the requirements of level-by-level responsibility and point-by-point checking, strengthen supervision and guidance. All levels of departments of finance, disciplinary inspection and supervision, and audit, etc. of enterprises were required for joint participation, assignments and division of work were clarified, responsible parties were clear, the treatment work on "private coffers" was planned in a comprehensive way, close attention was paid for the implementation.

…

**CNBMGRP00211006**

…

III. Key Inspection

To deeply implement the relevant arrangements of SASAC and CNBM Group for the special treatment work on "private coffers" of central enterprises, the Co., Ltd. seriously carried out the key inspection work on the basis of self-inspection and self-correction work.

(i) Attached great attention, made careful organization, and ensured effectiveness

The Headquarters of the Co., Ltd. spent almost one month from October 8 to November 5, 2010, worked together with 13 persons at the Finance Department, Audit Department, Department of Administration and Human Resources, Department of Investment and Development, Legal Department, who were divided into five teams, selectively inspected over 20% of enterprises according to the requirements in the Work Plan.

**CNBMGRP00211007**

In addition, CNBM Group also selectively inspected 18 enterprises of the Co., Ltd. in the key inspection since the end of October 2010.

Before the start of key inspection, the Co., Ltd. first held a special meeting, and in view of actual features of key inspection work such as strong policy-oriented, high demanding, wide coverage and complicated situation, the Office of Special Treatment Work at the Company gave special trainings to the inspection personnel. The contents of trainings included work disciplines, inspection contents and work procedures, key points of propaganda contents at the stage of key inspection, and the overall work arrangements for the stage of key inspection.

…

**CNBMGRP00211010**

…

Through this special treatment work on "private coffers" of state-owned and state-controlled enterprises as carried out by SASAC, the Co., Ltd. and its subsidiary enterprises have made a thorough investigation, gotten a deep and comprehensive awareness on the issue of "private coffers" from leaders to staff members of various levels, and gotten a more clear guidance for how to prevent the occurrence

of "private coffers" issue in the future work. However, in order to avoid the formality of "private coffers" work, and the lack of long-term mechanism,

**CNBMGRP00211011**

during the period of special treatment work, the Co., Ltd. closely combined with relevant requirements, started from the improvement of systems and mechanism as well as the guarantee of long-term effectiveness of treatment work, required the subsidiary enterprises to integrate with current operational and management situations, and while seriously carrying out the self-inspection, self-correction and key inspection, to reinforce management in the aspects of assets and capital, continue to improve various internal control systems, strengthen enforcement and supervision, push enterprises to establish rules and systems, thoroughly investigate various hidden management troubles that may be converted into "private coffers," and gradually establish a long-term mechanism for prevention and cure of "private coffers."

In the future, the Co., Ltd. will also further improve relevant financial systems and internal control systems, strengthen implementation and supervision, establish a long-term effective supervision mechanism, put an end to the phenomenon of "private coffers," hold back the occurrence of various acts against rules or disciplines from the source, strive for no dead corner for the clear-up work, and ensure no loss of enterprise benefits.

China National Building Material Company Limited

November 11, 2011

Chinese building materials limited liability company "little strongbox" special treatment

Work report

To implement and realize SAC and Chinese building materials group thoroughly about development central enterprise "little strongbox" the related deployment of special rectification effort, according to "about Printing and distributing < State-owned And State-owned industrial enterprise "Little strongbox" Special treatment Measures for implementing > Notice" (discipline sent the [2010]29 number), "Notice (building materials sends the financial [2010]329 number) "about Development Central enterprise "Little strongbox" Special rectification effort's Notice" (national capital sent to appraise the [2010]107 number), about Printing and distributing < Chinese Building materials Group "Little strongbox" Special rectification effort Plan >" and other requests of document, the company has formulated "China building materials limited liability company "little strongbox" special rectification effort plan", And starts "little strongbox" according to the work program special rectification effort. Is presently right "little strongbox" special rectification effort report are as follows:

First, attaching great importance, strengthens highly the organizational leadership, actively mobilizes the deployment

Chinese building materials group special rectification effort conference convened in August 9, 2010, according to the request of Chinese building materials group layer upon layer deployment, the joint-stock company issued "about Printing and distributing < Chinese Building materials Limited liability company "Little strongbox" Special rectification effort Plan > Notice" (building materials stock wealth sends the [2010]381 number), and strengthened the public opinion to propagandize, announcement telephone and email address, comprehensive start "little strongbox" special rectification effort. According to the special rectification effort request, the joint-stock company has established "little strongbox" special rectification effort leading group, and under sets up the leadership group office.

1. leading group

The group is long: Leader Cao Jianglin vice-: Li Yimin, Chen Xuean Cheng Yuan: Peng Shou, Cui Xingtai, Zhang Dingjin, Chang Zhangli, Yao Jixin, Xiao Jiaxiang, Wang Bing, Cai Guobin, Zhang Chuanjun

2. leadership group office

Main no matter what: Assistant Director Chen Xuean: Pei Hongyan, Cui Shuhong Cheng Yuan: Hu Jinyu, Xie Xiaoping, Liu Zhiping, Yin Ling

Joint-stock company respective company also separately established the special rectification effort organization, the organization has developed "little strongbox" special rectification effort.

In the plan is clear requests various member enterprises to progressive establish the special treatment leadership organization, is clear about the officials for the first responsible person, is responsible for and dividing the request of mouth check according to the graduation, earnestly shoulders the special rectification effort the organizational leadership responsibility, strengthens the supervision instruction. Request enterprise all levels of finance and discipline supervision, audit and wait for the department participate together, clarify the duty division of labor, carries out the responsibility main body, right "little strongbox" rectification effort carries on all-round arrangement, vigorously promotes to carry out.

Second, develops the self-monitoring and self-correcting thoroughly

The joint-stock company issues special rectification effort plan at the same time, "little strongbox" special rectification effort will have displayed the important program, various respective companies through the conference discussed that and other forms mobilized the organization cadres and workers conscientiously study to understand the related document spirit. In the dispatch of director and under administrative body of joint-stock company leading group, various department and molecular company organization strength has done the self-monitoring and self-correcting

work thoroughly. The self-examination scope including company all departments and respective companies, the self-examination surface achieves 100%. The special governance programme requests various departments and respective companies compares "little strongbox" mainly "four kinds" manifestation, the earnest self-monitoring and self-correcting, achieves does not go through the motions and does not leave the dead angle, problem that the prompt discovery and solution have. Various units have carried on reporting to the self-examination result truthfully, various officials' authenticity to the report has made the written commitment. Through "little strongbox" self-examination work, strengthened the staff legal system consciousness, intensified the financial control, has guaranteed the gathering gauge highly effective use of fund.

In the self-monitoring and self-correcting process, had discovered the following four enterprises have "little strongbox", it forms the reason are as follows:

1st, Hangzhou south cement limited company (hereafter refers to as "south Hangzhou") "little strongbox" to form the reason and cleaning up investigates the measure

In April, 2009 to unify to coordinate the Hangzhou market, the south cement limited company set up Hangzhou Marketing Center (south Hangzhou to be established integrates south Hangzhou afterward), at that time for the daily movement of Hangzhou Marketing Center, Hangzhou Marketing Center charged 0.3 Yuan/ton sales service charges to Hangzhou Region Member Enterprise. Because of the marketing center for illegal person unit, is unable to draw up the individual account, after charging the sales service charge, stores the staff Xu Liping individual account. Charged the service charge 48,000 Yuan by June 30, 2010, was mainly used in the marketing center property management fee, electrical bill, telephone bill and network Bao Nianfei, the air conditioning expense and office facility acquiring expense, office supplies expense and other expenses, disbursed 46,047.05 Yuan, created surplus 1,966.07 Yuan, interest return 13.12 Yuan.

2nd, Fuyang south cement limited company (hereafter refers to as "south Fuyang") "little strongbox" to form the reason and cleaning up investigates south measure Fuyang belongs to the Zhejiang three lion group member enterprises, according to the Zhejiang three lion group [2005]7 number documents, south Fuyang the income of waste and old materials sell (has not included to tally unit book of stipulation) to store the individual account of staff, turns over to the company union to manage, as the trade union funds, the company no longer presses the staff total wages 2% ideas to propose the trade union funds.

Before Fuyang southern the connection, this balance of account is 143,150 Yuan, the connection receives 218,329.64 Yuan until now, disburses 171,075.8 Yuan, the remaining sum 190,403.84 Yuan; The disbursement is mainly used: Organizes the member carries out the collective activity and member difficult subsidy, salute of the expense, to carry out other staff education, recreations, sports, propaganda activities as well as activities and other aspect in the expenditures.

3rd, Shaoxing south cement limited company (hereafter refers to as "south Shaoxing") "little strongbox" to form the reason and cleaning up investigates south measure Shaoxing belongs to the Zhejiang three lion group member enterprises, according to the Zhejiang three lion group [2005]7 number documents, south Shaoxing the income of waste and old materials sell (has not included to tally unit book of stipulation) to receive the cash to take care by the company teller, turns over to the company union to manage, as the trade union funds, the company no longer presses the staff total wages 2% ideas to propose the trade union funds.

Before Shaoxing southern the connection, this balance of account is 133,977 Yuan, the connection receives 47,176 Yuan until now, disburses 181,153 Yuan, the remaining sum 0 Yuan; The disbursement is mainly used: Organizes the member to carry out the collective sports and reward outstanding contributions personnel and staff overtime pay and technical transformation energy conservation consumption to reward and enhance the service factor reward and so on.

4th, Cixi south cement limited company (hereafter refers to as "south Cixi") "little strongbox" to form the reason and cleaning up investigates south measure Cixi after the integration southern cement limited company merges the scope, receives the cash to take care by the teller its fragmentary the scrap iron, scrap paper and other processing income, but outside laying aside account, to pay certain necessities and is unable to obtain the expenditure of related receipt. South Cixi after joint reorganization until now altogether has six waste and old materials processing income, the sum total amount: 13,221 Yuan, disburse four, the sum total amount: 9,930 Yuan, surplus: 3,291 Yuan.

Third, the key inspection to implement and realize SAC and Chinese building materials group thoroughly about development central enterprise "little strongbox" the related deployment of special rectification effort, in the foundation of development self-monitoring and self-correcting work, the joint-stock company has conscientiously done the key inspection.

(1) Attaching great importance, carefully organized, to be sure need actual effect joint-stock company department highly from October 8, 2010 to November 5, the lasted about 1 month, united the finance department, ministry of audit, the administrative human resources department, the investment development division and legal department total 13 people, was divided into 5 groups, according to the request of work program, extracted over 20% units to conduct the key inspection according to the enterprise number. Moreover, the Chinese building materials group starts from the end of October, 2010, spot-checked the joint-stock company 18 enterprises to conduct the key inspection.

Before the key inspection started, the joint-stock company to hold the special conference first, strong, requested, affected area to be broad in view of the key inspection policy high, situation complex actual situation, the company special rectification effort office has carried on special training to the inspectors. The training content including the work discipline, the inspection content and working routine, as well as the key examination phase speaking content's key point, has carried on the arrangement to the key examination phase whole work.

(2) The organization is in place, the effective measure, the step was clear about the first, determination with emphasis the inspection scope, was clear about the job step.

It is not lower than the enterprise number 20% requests according to the key inspection scope, various joint-stock companies and second-level enterprise determination key inspection enterprise numbers is 67 households, occupies the development special rectification effort 322 enterprises 20.8%, conform to the stipulation of SAC No. 29 article. When determination key inspection scope we followed the following principle: Key enterprise; New joint reorganization enterprise; The self-examination has little strongbox's enterprise.

Second, unification key inspection content and working routine.

For those spot-checked business finance cash inventorying. Carries on inventorying to the key inspection enterprise's safe cabinet, and establishes the cash inventorying table, after filling in finished, and supervises Pan Ren to confirm after the key inspection enterprise teller signs.

Holds a conference. Various inspection teams with were inspected official, medium echelon cadre and staff representative meet, listen to are inspected the unit basic situation and "little strongbox" the report of self-monitoring and self-correcting situation, the inspection team group leaders speak, propagandize "little strongbox" the peripheral area laws of government, is clear about the key inspection goal, the working routine and coordination requests.

Talk show. The inspection team members look are inspected the enterprise bodies, the medium echelon cadre and key post personnel talk, understanding enterprise self-monitoring and self-correcting situation.

Feedback comment. After the scene inspection had ended, inspection team the investigator has and so on to is inspected the enterprise key leader to feed back on the basic situation, by the question of that inspection.

Crabbing record. After the scene inspects had finished, the inspection team combs the inspection, reorganizes the key inspection record according to the consolidation form. Simultaneously the inspection team writes the key report of examination according to the request in the time of stipulation, and unifies to hand over company "little strongbox" special rectification effort office to compile.

Third, further propagandizes the policy.

In the key inspection, various inspection teams further propagandized the central committee with SAC about the policy main point of little strongbox special treatment. According to policy, every before SAC sends out the inspection team, Group and joint-stock company in the little strongbox that the key inspection of organization subsidiary enterprise and in unit finds out, regards the same self-examination to discover that adopts treats leniently the policy leniently. The joint-stock company requests the leadership of various enterprises, the especially key personnel in charge, must give full play to the key inspection the opportunity, in line with the enterprise and to individual highly responsible manner, understands the situation clearly fully, grasps the policy, no longer waits and sees and does not save luckily, does not keep the fantasy, in the foundation of self-monitoring and self-correcting phase, realistically completes the key inspection of this unit and subsidiary enterprise. Must supervise not to include key inspection scope the enterprise union actual determination key field and link, develops self-monitoring and self-correcting "to turn head to look" and ensure the rectification effort crosswise to and longitudinal, does not go through the motions and does not leave the dead angle. Must further enhance various enterprise departments and subsidiary enterprises is right "little strongbox" the understanding of key inspection, the self-consciousness and initiative of enhancement work, the careful investigation, in the inspection process found diligently the problem, solves the problem.

(3) Key check result in the key examination phase, had not discovered that the enterprise has the self-examination stage unreported "little strongbox" behavior.

Fourth, reorganizes carries out, the self-restraining mechanism, guarantees the work persistent effect.

In self-monitoring and self-correcting stage discovery "little strongbox" various units, have carried on the government when the self-monitoring and self-correcting stage conclusion, and expressed that from now on must cease this

phenomenon. Reorganizes the implementation are as follows:

1st, Hangzhou south cement limited company (hereafter refers to as "south Hangzhou") little strongbox remaining sum is 1,966.07 Yuan. After the inspection, various expense expenditures of original Hangzhou Marketing Center after the verification examination, selflessly take to abuse the phenomenon. All changed over to south Hangzhou to do business outside the self-monitoring and self-correcting stage conclusion receives, south Hangzhou will cease has similar phenomenon again, will receive, expense to deposit row of according to the stipulation.

2nd, Fuyang south cement limited company (hereafter refers to as "south Fuyang") little strongbox remaining sum is 190,403.84 Yuan. After the inspection, south Fuyang various expense expenditures after the examination, selflessly take to abuse the phenomenon. All changed over to south Fuyang to do business outside the self-monitoring and self-correcting stage conclusion receives. South Fuyang will cease has similar phenomenon again, according to stipulation extraction trade union funds, and according to stipulation row.

3rd, Shaoxing south cement limited company (hereafter refers to as "south Shaoxing") little strongbox remaining sum is 0 Yuan. After the inspection, south Shaoxing various expense expenditures after the examination, selflessly take to abuse the phenomenon. South Shaoxing will cease has similar phenomenon again, according to stipulation extraction trade union funds, and according to stipulation row.

4th, Cixi south cement limited company (hereafter refers to as "south Cixi") little strongbox remaining sum is 3,291 Yuan. After the inspection, south Cixi this and other expense expenditures after the examination, selflessly take to abuse the phenomenon. All changed over to south Cixi to do business outside the self-monitoring and self-correcting stage conclusion receives. South Cixi will cease has similar phenomenon again, will receive, expense to deposit row of according to the stipulation.

Fifth, further improves the rectification effort, the advancement rectification effort institution, standardization and normalizing.

Through this SAC development's state-owned and state-owned industrial enterprise "little strongbox" special rectification effort, the joint-stock company and subsidiary enterprise have carried on thorough investigating thoroughly, from the leaders at all levels to the staff, right "little strongbox" question had a more thorough and comprehensive understanding, how to guard against "little strongbox" to the later work in the occurrence of question, had more explicit guiding sense. But to avoid "little strongbox" work becomes a mere formality, lacks the long-term mechanism, during the special rectification effort development, the joint-stock company closely unifies the related request, from the self-restraining mechanism and ensure the rectification effort the long residual action embarks, requests the subsidiary enterprise union current management and operation present situation, while launches the self-monitoring and self-correcting as well as the key inspection earnestly, the strengthened company in the management in property and fund , to continue to consummate various items to control from the inside the system, increases the dynamics of execution and supervision, the promotion enterprise works out rules and regulations, the thorough investigation possibly transforms as "little strongbox" various management hidden dangers, gradually establish prevention "little strongbox" long-term mechanism.


From now on, joint-stock company will further also improve the related financial systems and controls from the inside the system, increases the system execution and supervision, introduces the persistent effect supervising mechanism, ceases "little strongbox" the occurrence of phenomenon, in the source contains various kinds contrary, the occurrence of indiscipline, strives to achieve the clean-up not to leave the dead angle and ensure the performance of enterprises does not drain.


Chinese building materials limited liability company


On November 11, 2011


PAGE \ * MERGEFORMAT 10


--- Summary Information ---
1: 936 PID_TITLE:
PID_SUBJECT:
PID_AUTHOR: yin ling PID_KEYWORDS:
PID_COMMENTS:
PID_TEMPLATE: Normal.dotm PID_LASTAUTHOR: Lenovo User PID_REVNUMBER: 2 PID_APPNAME:

Microsoft Office Word PID_EDITTIME: Mon Jan 01 08:01: 00 CST 1601 PID_LASTPRINTED: Tue Sep 14 14:58: 00 CST 2010 PID_CREATE_DTM: Fri Nov 11 09:30: 00 CST 2011 PID_LASTSAVE_DTM: Fri Nov 11 09:30: 00 CST 2011 PID_PAGECOUNT: 10 PID_WORDCOUNT: 676 PID_CHARCOUNT: 3856 PID_SECURITY: 0

--- Document Summary Information ---
PID_CODEPAGE: 936 PID_COMPANY:
PID_LINECOUNT: 32 PID_PARCOUNT: 9 17: 4523 23: 786432 PID_SCALE: false PID_LINKSDIRTY: false 19: false 22: false

Chinese building materials limited liability company "little strongbox" special treatment

Work report

To implement and realize SAC and Chinese building materials group thoroughly about development central enterprise "little strongbox" the related deployment of special rectification effort, according to "about Printing and distributing < State-owned And State-owned industrial enterprise "Little strongbox" Special treatment Measures for implementing > Notice" (discipline sent the [2010]29 number), "Notice (building materials sends the financial [2010]329 number) "about Development Central enterprise "Little strongbox" Special rectification effort's Notice" (national capital sent to appraise the [2010]107 number), about Printing and distributing < Chinese Building materials Group "Little strongbox" Special rectification effort Plan >" and other requests of document, the company has formulated "China building materials limited liability company "little strongbox" special rectification effort plan", And starts "little strongbox" according to the work program special rectification effort. Is presently right "little strongbox" special rectification effort report are as follows:

First, attaching great importance, strengthens highly the organizational leadership, actively mobilizes the deployment

Chinese building materials group special rectification effort conference convened in August 9, 2010, according to the request of Chinese building materials group layer upon layer deployment, the joint-stock company issued "about Printing and distributing < Chinese Building materials Limited liability company "Little strongbox" Special rectification effort Plan > Notice" (building materials stock wealth sends the [2010]381 number), and strengthened the public opinion to propagandize, announcement telephone and email address, comprehensive start "little strongbox" special rectification effort. According to the special rectification effort request, the joint-stock company has established "little strongbox" special rectification effort leading group, and under sets up the leadership group office.

1. leading group

The group is long: Leader Cao Jianglin vice-: Li Yimin, Chen Xuean Cheng Yuan: Peng Shou, Cui Xingtai, Zhang Dingjin, Chang Zhangli, Yao Jixin, Xiao Jiaxiang, Wang Bing, Cai Guobin, Zhang Chuanjun

2. leadership group office

Main no matter what: Assistant Director Chen Xuean: Pei Hongyan, Cui Shuhong Cheng Yuan: Hu Jinyu, Xie Xiaoping, Liu Zhiping, Yin Ling

Joint-stock company respective company also separately established the special rectification effort organization, the organization has developed "little strongbox" special rectification effort.

In the plan is clear requests various member enterprises to progressive establish the special treatment leadership organization, is clear about the officials for the first responsible person, is responsible for and dividing the request of mouth check according to the graduation, earnestly shoulders the special rectification effort the organizational leadership responsibility, strengthens the supervision instruction. Request enterprise all levels of finance and discipline supervision, audit and wait for the department participate together, clarify the duty division of labor, carries out the responsibility main body, right "little strongbox" rectification effort carries on all-round arrangement, vigorously promotes to carry out.

Second, develops the self-monitoring and self-correcting thoroughly

The joint-stock company issues special rectification effort plan at the same time, "little strongbox" special rectification effort will have displayed the important program, various respective companies through the conference discussed that and other forms mobilized the organization cadres and workers conscientiously study to understand the related document spirit. In the dispatch of director and under administrative body of joint-stock company leading group, various department and molecular company organization strength has done the self-monitoring and self-correcting

work thoroughly. The self-examination scope including company all departments and respective companies, the self-examination surface achieves 100%. The special governance programme requests various departments and respective companies compares "little strongbox" mainly "four kinds" manifestation, the earnest self-monitoring and self-correcting, achieves does not go through the motions and does not leave the dead angle, problem that the prompt discovery and solution have. Various units have carried on reporting to the self-examination result truthfully, various officials' authenticity to the report has made the written commitment. Through "little strongbox" self-examination work, strengthened the staff legal system consciousness, intensified the financial control, has guaranteed the gathering gauge highly effective use of fund.

In the self-monitoring and self-correcting process, had discovered the following four enterprises have "little strongbox", it forms the reason are as follows:

1st, Hangzhou south cement limited company (hereafter refers to as "south Hangzhou") "little strongbox" to form the reason and cleaning up investigates the measure

In April, 2009 to unify to coordinate the Hangzhou market, the south cement limited company set up Hangzhou Marketing Center (south Hangzhou to be established integrates south Hangzhou afterward), at that time for the daily movement of Hangzhou Marketing Center, Hangzhou Marketing Center charged 0.3 Yuan/ton sales service charges to Hangzhou Region Member Enterprise. Because of the marketing center for illegal person unit, is unable to draw up the individual account, after charging the sales service charge, stores the staff Xu Liping individual account. Charged the service charge 48,000 Yuan by June 30, 2010, was mainly used in the marketing center property management fee, electrical bill, telephone bill and network Bao Nianfei, the air conditioning expense and office facility acquiring expense, office supplies expense and other expenses, disbursed 46,047.05 Yuan, created surplus 1,966.07 Yuan, interest return 13.12 Yuan.

2nd, Fuyang south cement limited company (hereafter refers to as "south Fuyang") "little strongbox" to form the reason and cleaning up investigates south measure Fuyang belongs to the Zhejiang three lion group member enterprises, according to the Zhejiang three lion group [2005]7 number documents, south Fuyang the income of waste and old materials sell (has not included to tally unit book of stipulation) to store the individual account of staff, turns over to the company union to manage, as the trade union funds, the company no longer presses the staff total wages 2% ideas to propose the trade union funds.
Before Fuyang southern the connection, this balance of account is 143,150 Yuan, the connection receives 218,329.64 Yuan until now, disburses 171,075.8 Yuan, the remaining sum 190,403.84 Yuan; The disbursement is mainly used: Organizes the member carries out the collective activity and member difficult subsidy, salute of the expense, to carry out other staff education, recreations, sports, propaganda activities as well as activities and other aspect in the expenditures.
3rd, Shaoxing south cement limited company (hereafter refers to as "south Shaoxing") "little strongbox" to form the reason and cleaning up investigates south measure Shaoxing belongs to the Zhejiang three lion group member enterprises, according to the Zhejiang three lion group [2005]7 number documents, south Shaoxing the income of waste and old materials sell (has not included to tally unit book of stipulation) to receive the cash to take care by the company teller, turns over to the company union to manage, as the trade union funds, the company no longer presses the staff total wages 2% ideas to propose the trade union funds.
Before Shaoxing southern the connection, this balance of account is 133,977 Yuan, the connection receives 47,176 Yuan until now, disburses 181,153 Yuan, the remaining sum 0 Yuan; The disbursement is mainly used: Organizes the member to carry out the collective sports and reward outstanding contributions personnel and staff overtime pay and technical transformation energy conservation consumption to reward and enhance the service factor reward and so on.
4th, Cixi south cement limited company (hereafter refers to as "south Cixi") "little strongbox" to form the reason and cleaning up investigates south measure Cixi after the integration southern cement limited company merges the scope, receives the cash to take care by the teller its fragmentary the scrap iron, scrap paper and other processing income, but outside laying aside account, to pay certain necessities and is unable to obtain the expenditure of related receipt. South Cixi after joint reorganization until now altogether has six waste and old materials processing income, the sum total amount: 13,221 Yuan, disburse four, the sum total amount: 9,930 Yuan, surplus: 3,291 Yuan.

Third, the key inspection to implement and realize SAC and Chinese building materials group thoroughly about development central enterprise "little strongbox" the related deployment of special rectification effort, in the foundation of development self-monitoring and self-correcting work, the joint-stock company has conscientiously done the key inspection.

(1) Attaching great importance, carefully organized, to be sure need actual effect joint-stock company department highly from October 8, 2010 to November 5, the lasted about 1 month, united the finance department, ministry of audit, the administrative human resources department, the investment development division and legal department total 13 people, was divided into 5 groups, according to the request of work program, extracted over 20% units to conduct the key inspection according to the enterprise number. Moreover, the Chinese building materials group starts from the end of October, 2010, spot-checked the joint-stock company 18 enterprises to conduct the key inspection.

Before the key inspection started, the joint-stock company to hold the special conference first, strong, requested, affected area to be broad in view of the key inspection policy high, situation complex actual situation, the company special rectification effort office has carried on special training to the inspectors. The training content including the work discipline, the inspection content and working routine, as well as the key examination phase speaking content's key point, has carried on the arrangement to the key examination phase whole work.

(2) The organization is in place, the effective measure, the step was clear about the first, determination with emphasis the inspection scope, was clear about the job step.

It is not lower than the enterprise number 20% requests according to the key inspection scope, various joint-stock companies and second-level enterprise determination key inspection enterprise numbers is 67 households, occupies the development special rectification effort 322 enterprises 20.8%, conform to the stipulation of SAC No. 29 article. When determination key inspection scope we followed the following principle: Key enterprise; New joint reorganization enterprise; The self-examination has little strongbox's enterprise.

Second, unification key inspection content and working routine.

For those spot-checked business finance cash inventorying. Carries on inventorying to the key inspection enterprise's safe cabinet, and establishes the cash inventorying table, after filling in finished, and supervises Pan Ren to confirm after the key inspection enterprise teller signs.

Holds a conference. Various inspection teams with were inspected official, medium echelon cadre and staff representative meet, listen to are inspected the unit basic situation and "little strongbox" the report of self-monitoring and self-correcting situation, the inspection team group leaders speak, propagandize "little strongbox" the peripheral area laws of government, is clear about the key inspection goal, the working routine and coordination requests.

Talk show. The inspection team members look are inspected the enterprise bodies, the medium echelon cadre and key post personnel talk, understanding enterprise self-monitoring and self-correcting situation.

Feedback comment. After the scene inspection had ended, inspection team the investigator has and so on to is inspected the enterprise key leader to feed back on the basic situation, by the question of that inspection.

Crabbing record. After the scene inspects had finished, the inspection team combs the inspection, reorganizes the key inspection record according to the consolidation form. Simultaneously the inspection team writes the key report of examination according to the request in the time of stipulation, and unifies to hand over company "little strongbox" special rectification effort office to compile.

Third, further propagandizes the policy.

In the key inspection, various inspection teams further propagandized the central committee with SAC about the policy main point of little strongbox special treatment. According to policy, every before SAC sends out the inspection team, Group and joint-stock company in the little strongbox that the key inspection of organization subsidiary enterprise and in unit finds out, regards the same self-examination to discover that adopts treats leniently the policy leniently. The joint-stock company requests the leadership of various enterprises, the especially key personnel in charge, must give full play to the key inspection the opportunity, in line with the enterprise and to individual highly responsible manner, understands the situation clearly fully, grasps the policy, no longer waits and sees and does not save luckily, does not keep the fantasy, in the foundation of self-monitoring and self-correcting phase, realistically completes the key inspection of this unit and subsidiary enterprise. Must supervise not to include key inspection scope the enterprise union actual determination key field and link, develops self-monitoring and self-correcting "to turn head to look" and ensure the rectification effort crosswise to and longitudinal, does not go through the motions and does not leave the dead angle. Must further enhance various enterprise departments and subsidiary enterprises is right "little strongbox" the understanding of key inspection, the self-consciousness and initiative of enhancement work, the careful investigation, in the inspection process found diligently the problem, solves the problem.

(3) Key check result in the key examination phase, had not discovered that the enterprise has the self-examination stage unreported "little strongbox" behavior.

Fourth, reorganizes carries out, the self-restraining mechanism, guarantees the work persistent effect.

In self-monitoring and self-correcting stage discovery "little strongbox" various units, have carried on the government when the self-monitoring and self-correcting stage conclusion, and expressed that from now on must cease this

phenomenon. Reorganizes the implementation are as follows:

1st, Hangzhou south cement limited company (hereafter refers to as "south Hangzhou") little strongbox remaining sum is 1,966.07 Yuan. After the inspection, various expense expenditures of original Hangzhou Marketing Center after the verification examination, selflessly take to abuse the phenomenon. All changed over to south Hangzhou to do business outside the self-monitoring and self-correcting stage conclusion receives, south Hangzhou will cease has similar phenomenon again, will receive, expense to deposit row of according to the stipulation.

2nd, Fuyang south cement limited company (hereafter refers to as "south Fuyang") little strongbox remaining sum is 190,403.84 Yuan. After the inspection, south Fuyang various expense expenditures after the examination, selflessly take to abuse the phenomenon. All changed over to south Fuyang to do business outside the self-monitoring and self-correcting stage conclusion receives. South Fuyang will cease has similar phenomenon again, according to stipulation extraction trade union funds, and according to stipulation row.

3rd, Shaoxing south cement limited company (hereafter refers to as "south Shaoxing") little strongbox remaining sum is 0 Yuan. After the inspection, south Shaoxing various expense expenditures after the examination, selflessly take to abuse the phenomenon. South Shaoxing will cease has similar phenomenon again, according to stipulation extraction trade union funds, and according to stipulation row.

4th, Cixi south cement limited company (hereafter refers to as "south Cixi") little strongbox remaining sum is 3,291 Yuan. After the inspection, south Cixi this and other expense expenditures after the examination, selflessly take to abuse the phenomenon. All changed over to south Cixi to do business outside the self-monitoring and self-correcting stage conclusion receives. South Cixi will cease has similar phenomenon again, will receive, expense to deposit row of according to the stipulation.

Fifth, further improves the rectification effort, the advancement rectification effort institution, standardization and normalizing.

Through this SAC development's state-owned and state-owned industrial enterprise "little strongbox" special rectification effort, the joint-stock company and subsidiary enterprise have carried on thorough investigating thoroughly, from the leaders at all levels to the staff, right "little strongbox" question had a more thorough and comprehensive understanding, how to guard against "little strongbox" to the later work in the occurrence of question, had more explicit guiding sense. But to avoid "little strongbox" work becomes a mere formality, lacks the long-term mechanism, during the special rectification effort development, the joint-stock company closely unifies the related request, from the self-restraining mechanism and ensure the rectification effort the long residual action embarks, requests the subsidiary enterprise union current management and operation present situation, while launches the self-monitoring and self-correcting as well as the key inspection earnestly, the strengthened company in the management in property and fund , to continue to consummate various items to control from the inside the system, increases the dynamics of execution and supervision, the promotion enterprise works out rules and regulations, the thorough investigation possibly transforms as "little strongbox" various management hidden dangers, gradually establish prevention "little strongbox" long-term mechanism.

From now on, joint-stock company will further also improve the related financial systems and controls from the inside the system, increases the system execution and supervision, introduces the persistent effect supervising mechanism, ceases "little strongbox" the occurrence of phenomenon, in the source contains various kinds contrary, the occurrence of indiscipline, strives to achieve the clean-up not to leave the dead angle and ensure the performance of enterprises does not drain.

Chinese building materials limited liability company

On November 11, 2011

PAGE \ * MERGEFORMAT 10

--- Summary Information ---
1: 936 PID_TITLE:
PID_SUBJECT:
PID_AUTHOR: yin ling PID_KEYWORDS:
PID_COMMENTS:
PID_TEMPLATE: Normal.dotm PID_LASTAUTHOR: Lenovo User PID_REVNUMBER: 2 PID_APPNAME:

Microsoft Office Word PID_EDITTIME: Mon Jan 01 08:01: 00 CST 1601 PID_LASTPRINTED: Tue Sep 14 14:58: 00 CST 2010 PID_CREATE_DTM: Fri Nov 11 09:30: 00 CST 2011 PID_LASTSAVE_DTM: Fri Nov 11 09:30: 00 CST 2011 PID_PAGECOUNT: 10 PID_WORDCOUNT: 676 PID_CHARCOUNT: 3856 PID_SECURITY: 0


--- Document Summary Information ---
PID_CODEPAGE: 936 PID_COMPANY:
PID_LINECOUNT: 32 PID_PARCOUNT: 9 17: 4523 23: 786432 PID_SCALE: false PID_LINKSDIRTY: false 19: false 22: false

# 中国建材股份有限公司"小金库"专项治理工作报告

为深入贯彻落实国资委、中国建材集团关于开展中央企业"小金库"专项治理工作的相关部署，根据《关于印发<国有及国有控股企业"小金库"专项治理实施办法>的通知》（中纪发[2010]29号）、《关于开展中央企业"小金库"专项治理工作的通知》（国资发评价[2010]107号）、《关于印发<中国建材集团"小金库"专项治理工作方案>的通知》（中建材发财务[2010]329号）等文件的要求，公司制定了《中国建材股份有限公司"小金库"专项治理工作方案》，并且按照工作方案启动"小金库"专项治理工作。现对"小金库"专项治理工作报告如下：

一、高度重视，加强组织领导，积极动员部署

中国建材集团专项治理工作会议于2010年8月9日召开，根据中国建材集团层层部署的要求，股份公司下发了《关于印发<中国建材股份有限公司"小金库"专项治理工作方案>的通知》（中建材股份财发[2010]381号），并加强舆论宣传，公布举报电话和电子邮箱，全面启动"小金库"专项治理工作。根据专项治理工作要求，股份公司成立了"小金库"专项治理工作领导小组，并下设领导小组办公室。

1. 领导小组

Not Confidential

CNBMGRP00211002

组　长：曹江林

副组长：李谊民、陈学安

成　员：彭　寿、崔星太、张定金、常张利、姚季鑫、肖家祥、王　兵、蔡国斌、张传军

2.领导小组办公室

主　任：陈学安

副主任：裴鸿雁、崔淑红

成　员：胡金玉、解小平、刘志平、尹　凌

股份公司所属公司也分别成立了专项治理工作机构，组织开展"小金库"专项治理工作。

方案中明确要求各成员企业需逐级成立专项治理领导机构，明确单位负责人为第一责任人，按照分级负责、分口把关的要求，切实担负起专项治理工作的组织领导职责，加强督促指导。要求企业各级财务、纪检监察、审计、等部门共同参与，明确任务分工，落实责任主体，对"小金库"治理工作进行全面部署，狠抓落实。

二、深入开展自查自纠

股份公司下发专项治理工作方案的同时，将"小金库"专项

Not Confidential

CNBMGRP00211003

治理工作摆上了重要日程，各所属公司通过会议讨论等形式动员组织干部职工认真学习领会相关文件精神。在股份公司领导小组的指挥和办事机构的调度下，各部门和分子公司组织力量深入开展了自查自纠工作。自查范围包括公司所有部门及所属公司，自查面达到100%。专项治理方案要求各部门及所属公司对照"小金库"主要的"四种"表现形式，认真自查自纠，做到不走过场、不留死角，及时发现和解决存在的问题。各单位对自查的结果如实地进行了上报，各单位负责人对报告的真实性做出了书面承诺。通过"小金库"自查工作，增强了员工法制意识，强化了财务管理，确保了资金的合规高效使用。

在自查自纠过程中，发现了以下四家企业存在"小金库"，其形成原因如下：

1、杭州南方水泥有限公司本部（以下简称"杭州南方"）"小金库"形成原因及清理自纠措施

2009年4月为了统一协调杭州市场，南方水泥有限公司成立了杭州营销中心（杭州南方成立之后纳入杭州南方），当时为了杭州营销中心的日常运行，杭州营销中心向杭州区域成员企业收取0.3元/吨的销售劳务费。因营销中心为非法人单位，无法开立单位账户，收取销售劳务费后存入工作人员徐丽萍的个人账户。截止2010年6月30日累计收取劳务费4.8万元，主要用于营销中心物业

3

管理费、电费、电话费、网络包年费、空调费、办公设施添置费、办公用品费等费用，累计支出46,047.05元,结余1,966.07元,其中利息收入13.12元。

2、富阳南方水泥有限公司（以下简称"富阳南方"）"小金库"形成原因及清理自纠措施

富阳南方原属浙江三狮集团成员企业，根据浙江三狮集团[2005]7号文件，富阳南方将废旧物资出售的收入（未列入符合规定的单位账簿）存入工作人员的个人账户，归公司工会管理，作为工会经费，公司不再按职工工资总额的2%计提工会经费。

富阳南方交接前该账户余额为143,150元，交接至今共收入218,329.64元,支出171,075.8元,余额190,403.84元；支出主要用于：组织会员开展集体活动及会员困难补助、慰问等的费用、开展职工教育、文娱、体育、宣传活动以及其他活动等方面的开支。

3、绍兴南方水泥有限公司（以下简称"绍兴南方"）"小金库"形成原因及清理自纠措施

绍兴南方原属浙江三狮集团成员企业，根据浙江三狮集团[2005]7号文件，绍兴南方将废旧物资出售的收入（未列入符合规定的单位账簿）收到现金由公司出纳保管，归公司工会管理，作为工会经费，公司不再按职工工资总额的2%计提工会经费。

Not Confidential                                                      CNBMGRP00211005

绍兴南方交接前该账户余额为133,977元,交接至今收入47,176元,支出181,153元,余额0元;支出主要用于:组织会员开展集体体育活动、奖励突出贡献人员、职工加班费、技术改造节能降耗奖励、提高运转率奖励等。

4、慈溪南方水泥有限公司(以下简称"慈溪南方")"小金库"形成原因及清理自纠措施

慈溪南方自纳入南方水泥有限公司合并范围后,将其零星的废铁、废纸等处理收入收到现金由出纳保管,但放置账外,以支付某些必要且无法取得相关发票的开支。慈溪南方自联合重组后至今共发生六笔废旧物资处理收入,合计金额:13,221元,支出四笔,合计金额:9,930元,结余:3,291元。

三、重点检查

为深入贯彻落实国资委、中国建材集团关于开展中央企业"小金库"专项治理工作的相关部署,在开展自查自纠工作的基础上,股份公司认真开展了重点检查工作。

(一)高度重视,精心组织,务求实效

股份公司本部自2010年10月8日至11月5日,历时近1个月,联合财务部、审计部、行政人事部、投资发展部、法律部共计13人,分为5个小组,按照工作方案的要求,按企业户数抽取了20%以上

5

CNBMGRP00211006

的单位进行重点检查。另外，中国建材集团自2010年10月底开始，也抽查了股份公司18家企业进行了重点检查。

重点检查开始前股份公司先召开了专项会议，针对重点检查工作政策性强、要求高、涉及面广、情况复杂的实际情况，公司专项治理工作办公室对检查人员进行了专项培训。培训内容包括工作纪律、检查内容和工作程序，以及重点检查阶段宣讲内容的重点，对重点检查阶段整体工作进行了安排。

（二）组织到位，措施得力，步骤明确

第一、确定重点了检查范围，明确工作步骤。

按照重点检查范围不低于企业户数20%的要求，股份公司和各二级企业确定重点检查企业户数为67户，占开展专项治理工作322户企业的20.8%，符合国资委29号文的规定。确定重点检查范围时我们遵循了以下原则：重点企业；新联合重组企业；自查存在小金库的企业。

第二、统一重点检查内容和工作程序。

对被抽查企业财务现金盘点。对重点检查企业的保险柜进行盘点，并编制现金盘点表，填写完毕后由重点检查企业出纳和监盘人确认后签字。

召开进点见面会。各检查组与被检查单位负责人、中层干部

6

和职工代表见面，听取被检查单位基本情况及"小金库"自查自纠情况的汇报，检查组组长讲话，宣传"小金库"治理的相关政策法规，明确重点检查工作目标、工作程序和配合要求。

现场访谈。检查组成员找被检查企业班子成员、中层干部和关键岗位人员谈话，了解企业自查自纠情况。

反馈意见。现场检查工作结束后，检查组就检查工作的基本情况、被检查人存在的问题等向被检查企业主要领导反馈。

整理工作记录。现场检查结束后，检查组梳理检查工作，按统一格式整理重点检查工作记录。同时检查组在规定的时间内按要求撰写重点检查报告，并统一交公司"小金库"专项治理工作办公室汇总。

第三、进一步宣传政策。

在重点检查中，各检查组进一步宣传了中央和国资委关于小金库专项治理的政策要点。按照政策，凡在国资委派出检查组之前，集团公司及股份公司在组织所属企业和单位的重点检查中查出的小金库，视同自查发现，采取从轻从宽处理政策。股份公司要求各企业的领导，特别是主要负责人，要充分利用重点检查的机会，本着对企业、对个人高度负责的态度，充分认清形势，把握好政策，不再观望、不存侥幸，不留幻想，在自查自纠阶段工作的基础上，切实做好本单位和所属企业的重点检查工作。要督

Not Confidential                                                                 CNBMGRP00211008

促没有列入重点检查范围的企业结合实际确定重点领域和环节，开展自查自纠"回头看"，保证治理工作横向到边、纵向到底、不走过场、不留死角。要进一步提高企业各部门和各所属企业对"小金库"重点检查工作的认识，增强工作的自觉性和主动性，仔细排查，努力在检查过程中发现问题、解决问题。

(三)重点检查结果

在重点检查阶段，未发现企业存在自查阶段未报的"小金库"行为。

四、整改落实，完善体制机制，确保工作长效。

在自查自纠阶段发现的"小金库"的各单位，在自查自纠阶段结束时均已进行了治理，并表示今后要杜绝这种现象。整改落实情况如下：

1、杭州南方水泥有限公司本部（以下简称"杭州南方"）

小金库余额为1,966.07元。经查验，原杭州营销中心的各笔费用开支都经过审核审批，无私拿乱用现象。在自查自纠阶段结束时已全部转入杭州南方营业外收入，杭州南方将杜绝再发生类似现象，将收入、费用按规定入账列支。

2、富阳南方水泥有限公司（以下简称"富阳南方"）

小金库余额为190,403.84元。经查验，富阳南方各笔费用开

8

CNBMGRP00211009

支都经过审批，无私拿乱用现象。在自查自纠阶段结束时已全部转入富阳南方营业外收入。富阳南方将杜绝再发生类似现象，将按规定提取工会经费，并按规定列支。

3、绍兴南方水泥有限公司（以下简称"绍兴南方"）

小金库余额为0元。经查验，绍兴南方各笔费用开支都经过审批，无私拿乱用现象。绍兴南方将杜绝再发生类似现象，将按规定提取工会经费，并按规定列支。

4、慈溪南方水泥有限公司（以下简称"慈溪南方"）

小金库余额为3,291元。经查验，慈溪南方该等费用开支都经过审批，无私拿乱用现象。在自查自纠阶段结束时已全部转入慈溪南方营业外收入。慈溪南方将杜绝再发生类似现象，将收入、费用按规定入账列支。

五、进一步完善治理工作，推进治理工作制度化、规范化、常态化。

通过这次国资委开展的国有及国有控股企业"小金库"专项治理工作，股份公司及所属企业进行了一次深入的彻查，从各级领导到员工，对"小金库"问题有了更加深入和全面的认识，对以后工作中如何防范"小金库"问题的发生，也有了更明确的指导意义。但为了避免"小金库"工作流于形式，缺乏长效机制，

9

Not Confidential

CNBMGRP00211010

在专项治理工作开展期间，股份公司就紧密结合相关要求，从完善体制机制、确保治理工作的长效性出发，要求所属企业结合当前经营管理现状，在认真展开自查自纠以及重点检查的同时，强化公司在资产和资金方面的管理，继续完善各项内控制度，加大执行和监督的力度，促进企业建章立制，彻底排查可能转化为"小金库"的各种管理隐患，逐步建立起防治"小金库"的长效机制。

今后，股份公司也将进一步完善相关财务制度和内控制度，加大制度执行和监督力度，建立长效监督机制，杜绝"小金库"现象的发生，源头上遏制各种违规、违纪行为的发生，力争做到清理工作不留死角，确保企业效益不流失。

中国建材股份有限公司

二〇一一年十一月十一日

10

CNBMGRP00211011