<u>Partial Translation of CNBMGRP00331473 – 00331500</u>

<u>CNBMGRP00331473</u>

**V. Problems found in the audit**

**(i) In the aspect of the Group's management and control**

**The shareholders' meeting or board of directors of Taishan Gypsum Co., Ltd. did not make resolution on whether to exercise the preemption when the other shareholders of companies, in which Taishan Gypsum has equity control or joint equity, transferred their equities. Also the individuals' equities were purchased in 2009 without approval from the board of directors and the shareholders' meeting of Taishan Gypsum Co., Ltd., BNBM PLC and CNBM Co., Ltd.**

During 2008-2009, Taihe Building Materials Co., Ltd. (a company whose equity is held by senior management and staff of Taishan Gypsum), the shareholder of 8 companies in which Taishan Gypsum had equity control or joint equity, planned to transfer its equites to individuals, as to whether Taishan Gypsum would exercise the preemption, there was no relevant resolution, and the board of directors didn't give authorization to the management personnel. The individuals' equities in these 8 companies were purchased during 2009-2011 at the prices higher than the original transfer prices of these equities. See details in the Attachment 1.doc.

…

**The following problems have been found upon audit:**

**1. Incomplete acquisition procedures and insufficient project demonstration resulted in outstanding issues and losses.**

**First, Taishan Gypsum Co., Ltd. conducted insufficient demonstrations for the matters of asset purchase and company establishment, and did not conduct demonstration either for new establishment or purchase, which made the companies upon purchase can't have normal operation or need to input a great deal of funds for technological transformation.**

**HU: Exhibit 662**

MTD Exhibit #73

(1) On May 14, 2009, Taishan Gypsum Co., Ltd. and Yulin Building Materials Co., Ltd. in Yinchuan Economic and Technological Development Zone (hereinafter referred to as "Yulin Building Materials") separately contributed 3.3 million yuan and 2.7 million yuan and established Taishan (Yinchuan) Company. On May 18, 2009, Taishan Gypsum Co., Ltd. purchased part of remaining assets of Yulin Building Materials (production lines and factory buildings) and the trademark of "Shilin" of this Company in the price of 14.5 million yuan, and in August 2009, Yulin Building Materials transferred its equity to Taishan Gypsum in the original price of 2.7 million yuan.

**CNBMGRP00331474**

For the above purchase of shareholder's assets and assignment of equity, Taishan Gypsum Co., Ltd. did not get approval from CNBM Co., Ltd.

…

(2) In August 2009, Taishan Gypsum and Shandong Taihe Building Materials Co., Ltd. separately contributed 3.3 million yuan and 2.7 million yuan and established Shandong Taihe Guangneng Co., Ltd. (equity ratios were 55% and 45%), to mainly engage in the production of solar borosilicate glass tubes and vacuum tubes.

Upon establishment, the company started to build glass tube construction lines under the condition that no project budget was formulated. The construction of this project was divided into 2 phases, the phase one started its construction in August 2009, and completed for production in March 2010. Up to the present, the phase one has not made final account upon completion, and has invested 10.22 million yuan; the phase two started its construction in May 2010, stopped construction in December 2010 due to market reason, and was invested into 5.47 million yuan. The two phases had a total investment of 15.69 million yuan, and stopped production since 2011.

In November 2011 Taishan Gypsum purchased all the equity held by Shandong Taihe Building Materials Co., Ltd., the asset evaluation price was 2.57 million yuan, and the transaction price was 2.57 million yuan. Shandong Taihe Guangneng incurred a loss of 608,700 yuan and 919,600 yuan separately in 2010 and 2011. The equity held by Shandong Taihe Building Materials Co., Ltd. was acquired

under the circumstances of overproduction in the industry of solar borosilicate glass tubes and product overstock, which doesn't comply with the basic principles of the Company for acquisitions.

…

**CNBMGRP00331477**

**This audit also found that: before some of new companies were established, no report had been given to the Group Corporation for approval. Main issues are:**

**1. Ineffective implementation of investment procedures.**

**(1) Taishan Gypsum Co., Ltd. did not get approval from CNBM Co., Ltd. for establishment of subsidiaries.**

During 2009-2011, Taishan Gypsum totally established 11 subsidiaries, of which only 5 subsidiaries were approved by CNBM Co., Ltd.; moreover, there is the phenomenon that the time of approval at the general meeting of shareholders came behind the actual time of completion, which is shown in the form below:

| Name | Date of establishment | Approval at the shareholders' meeting | Approval by Building Materials[1] | Investment amount | Equity ratio |
|---|---|---|---|---|---|
| Taishan Gypsum (Jiangxi) Co., Ltd. | March 2009 | May 2009 | Not approved | 10.5 million yuan | 70% |
| Shandong Taihe Guangneng Co., Ltd. | October 2009 | July 2009 | Not approved | 3.3 million yuan | 55% |
| Taishan Gypsum (Chaohu) Co., Ltd. | December 2010 | February 2011 | May 2011 | 30 million yuan | 100% |
| Taishan Gypsum (Liaocheng) Co., Ltd. | June 2011 | August 2011 | Not approved | 30 million yuan | 100% |
| Taishan Gypsum (Nantong) Co., Ltd. | November 2009 | November 2009 | January 2010 | 35 million yuan | 70% |
| Taishan Gypsum (Guangdong) Co., Ltd. | April 2009 | Not approved | Not approved | 30 million yuan | 100% |
| Guizhou Taifu Gypsum Co., Ltd. | September 2009 | July 2009 | December 2009 | 30 million yuan | 60% |
| Taishan Gypsum | May 2009 | Not | Not | 6 million | 100% |

[1] Note by translator: it should be "CNBM" according to the context.

| | | approved | approved | yuan | |
|---|---|---|---|---|---|
| Taishan Gypsum (Yinchuan) Co., Ltd. | | | | | |
| Taishan Gypsum (Sichuan) Co., Ltd. | March 2010 | June 2010 | Not approved | 30 million yuan | 100% |
| Taishan Gypsum (Liaoning) Co., Ltd. | November 2010 | February 2011 | May 2011 | 30 million yuan | 100% |
| Taishan Gypsum (Hubei) Co., Ltd. | November 2010 | February 2011 | May 2011 | 30 million yuan | 100% |

For the companies of Jiangxi, Taihe Guangneng, Liaocheng, Guangdong, Yinchuan and Sichuan, etc., no report was given to CNBM Co., Ltd. for approval,

**CNBMGRP00331478**

and no report was given to the Group Corporation for the record purpose.

…

**CNBMGRP00331482**

**(2) Taishan Gypsum (Sichuan) Co., Ltd., a subsidiary of Taishan Gypsum Co., Ltd.**, newly built a production line, which has discrepancy in its scale from that being reported to the local government for approval, and there is certain inspection risk.

In 2010 Taishan Gypsum Co., Ltd. signed an investment agreement with the People's Government of Shifang City, for Taishan Gypsum to invest 510 million yuan in Shifang City and build gypsum board production lines of 2 X 50 million square meters. The declaration was based on the 2 X 50 million square meters of gypsum boards and support projects, the local development and reform commission and the competent construction authority of Shifang City gave approval and put on record based on the declared construction scale of 2 X 50 million square meters. At the same time, when Taishan Gypsum (Sichuan) Co., Ltd., the subsidiary of Taishan Gypsum Co., Ltd., paid off all the land fees (land acreage of 200 *mu*, with transfer fee of 22.325 million yuan), the local government gave one-time award of 40 thousand yuan for each *mu* and also gave the award of 30 thousand yuan for each *mu* to share public facilities, and the total awards were 12.75 million yuan. However, the actual construction scale of Taishan Gypsum (Sichuan) Co., Ltd. was 30 million square meters of production lines, such change in project design scale was not approved by the local government, development

and reform commission, or construction bureau, etc., and there is certain inspection risk.

**(3) Zhenjiang BNBM Co., Ltd.** invested in the project of 2 X 30 million square meters of gypsum boards and the project of light weight metal studs with an annual production of 5,000 tons

In 2009, Zhenjiang BNBM Co., Ltd. declared the project of 2 X 30 million square meters of gypsum boards and project of light weight metal studs with an annual production of 5,000 tons to the Development and Reform Commission of Jurong City, Zhenjiang, which were put on record and approved, the total project investment was 460 million yuan, of which the investment in fixed assets was 420.9 million yuan, sources of funds included the 133.3 million yuan of funds independently raised by the company, and the remaining 326.7 million yuan would be solved by bank loans. The record of approval prescribes: when the total investment and construction scale on the record changes over 20% during the construction period, the request for approval shall be put to the development and reform commission and other competent departments; if the change results in the loss of precondition for the record notice, the record notice will be invalidated automatically, and there is possibility of revocation according to law.

The project was started on April 8, 2010, and was completed on December 28, 2010. The actual construction scale was one gypsum board production line of 30 million square meters, the total estimated investment was 20.57 million yuan, the actual investment was 101.85392 million yuan, which was less than 50% of the 460 million yuan of total investment that was put on the record of the development and reform commission. The said change in total investment was not approved by the local government, the development and reform Commission or other competent departments, and there is penalty risk from the competent government departments.

**CNBMGRP00331483**

**4. Issues in bid invitations and bidding for projects**

**First, for the project of Taishan Gypsum (Sichuan) Co., Ltd. with an annual production of 50 million square meters of gypsum boards, there existed the phenomena that no bid invitation was conducted for the procurement**

according to the provisions and the deposit wasn't collected according to the provisions.

The project with an annual production of 50 million square meters of gypsum boards as invested in by Taishan Gypsum (Sichuan) Co., Ltd. in 2010 has the following non-compliance issues:

1) No bid invitation procedure was conducted for the gypsum shed, coal shed and other steel structure projects, and the amount involved was 3.0056 million yuan.
2) The bid invitation document for civil engineering and steel structure provides for the collection of 10 thousand yuan of bidding deposit, and after spot check of financial books, no record on collection of bidding deposit was found.

**Second, Taishan Gypsum (Shaanxi) Co., Ltd.** did not comply with the provisions in the bid invitation procedures with regard to some of civil engineering and equipment projects in its phase 2 production line with an annual production of 30 million square meters of gypsum boards. Of which the amount of civil engineering project was 17.53 million yuan, accounting to 19.52% of total investment amount, no detailed standards for bid evaluation were formulated during the bid invitation process, there was no record of bid evaluation process and no bid evaluation report.

**Third**, **Taishan Gypsum Co., Ltd.** did not comply with the provisions in the bid invitation procedures with regard to some of civil engineering and equipment projects in its surface paper project with an annual production of 98000 tons. No budget was formulated before bid invitation, which is not good for control of tender price; no detailed standards for bid evaluation were formulated during the bid invitation process, there was no record of bid evaluation process and no bid evaluation report. For example, the contract amount of civil engineering project for the papermaking workshop was 10 million yuan, and the purchase contract on gypsum board surface paper was 47 million yuan.

…

**CNBMGRP00331489**

**Fifth, Taishan Gypsum (Jiangyin) Co., Ltd.** had the issue of collection of cash payments in a large amount, and collected as an agent the total goods payment of 2,385,500 yuan from the Changshu Office, (which was found) through spot check of accounting vouchers for March 2009 and September 2010. At the same time, there was the phenomenon of offset expenses,

**CNBMGRP00331490**

for example, on November 30, 2009 there was 1,034,500 yuan of cash receipts from goods, and there was 1,023,300 yuan of cash expenses, of which 45,000 yuan was paid for daily expenses; on April 30, 2010 there was 1,908,800 yuan of cash receipts from goods, and there was 1,939,300 yuan of cash expenses, of which 81,000 yuan was paid for daily expenses; on July 22, there was 49,700 yuan of cash receipts from goods, and there was 39,800 yuan paid for cafeteria subsidies and entertainment fees.

Fuxin Taishan Gypsum Building Materials Co., Ltd. and Taishan Gypsum (Shaanxi) Co., Ltd., etc. had the said problem.

Considering that the collection of cash payments is easy to incur certain risks, it is advised to each company that cash transactions should be reduced as much as possible based on the actual situations, and the issue of offset expenses doesn't comply with relevant provisions in the "Interim Regulation on Cash Management."

…

**CNBMGRP 00331500**

**(3) Taishan Gypsum Co., Ltd.**'s gypsum board litigation in the United States. In 2009, a great number of homeowners and home builders in the United States sued hundreds of gypsum board manufacturers, distributors and home builders overseas and at home including BNBM PLC and Taishan Gypsum for the reason that gypsum boards had the quality problem, and claimed for damages of various losses resulted from the quality problem of gypsum boards.

BNBM PLC made the "Announcement of Beijing New Building Materials Public Limited Company on the Event of Gypsum Boards in the United States" on May 28, 2009. The amounts mentioned in the summons received by BNBM PLC and

Taishan Gypsum regarding the litigation on the use of Chinese gypsum boards were 150 thousand US dollars and 5.225 million US dollars respectively. In May 2010, in the absence of Taishan Gypsum, the United States District Court for the Eastern District of Louisiana requested Taishan Gypsum to pay 7 plaintiffs with 2,609,100 US dollars for the alleged losses resulted from the use of gypsum boards.

In 2010, China National Building Material Group Corporation and China National Building Material Co., Ltd., BNBM PC and Taishan Gypsum separately retained US well-known law firms as legal counsel, to respond to the gypsum board litigation in the United States. Taishan Gypsum has responded to the litigation on use of Chinese gypsum boards since June 2010, and up to 2011, has paid 59 million yuan of attorney's fee, the case is currently at the stage of evidence production by both parties of plaintiffs and defendants, and no way to forecast the time of judgment.

Fifth, question that in audit discovered

[One]When the group control Taishan gypsum limited liability company to controlling stock and holding share of other company shareholders transfers the stockholder's rights the shareholder meeting or the board of directors to whether exercises first receives to give up rights has not made the resolution. And in 2009 acquires individual stockholder's rights and building materials joint-stock company authorizes without the Taishan gypsum board of directors, shareholder meeting and northern new building materials.

During 2008-2009 years, Taishan gypsum respective subordinate 8 control stock and holds share of the shareholder Taihe building materials limited company (Taishan gypsum management and staff holding company) the transfer of share rights to individual, Taishan gypsum to whether exercises first purchases the power, not related resolution, the board of directors have not carried on the authorization to the management. 2009 - 2011 passed through is higher than the original stockholder's rights to let the price carry on the purchase to the individual stockholder's rights of these 8 companies. For details see appendix 1.doc (appendix 1.doc).

[Two]The investment management (1) joint reorganization and merges in the process the question to act according to the administrative provisions of Chinese building materials Group capital operation policing method (CNBM-ZT-01) second Zhang Shougou, annexation: After the enterprise and target company reach the merger and acquisition preliminary intention, must submit the feasibility study report to Group, carries on the reply to this merger and acquisition behavior by Group. After Group receives merger and acquisition feasibility study report, will organize the department concerned and expert in accordance with the situation evaluates and proof, regarding does not conform to the enterprise development strategy and not feasible or has the big risk in the finance the merger and acquisition plan, will overrule. The merger and acquisition project that Group passes, hands over by the merger and acquisition project enterprise implements specifically ......The enterprise completes merger and acquisition project 6-18 months later, should after Group submits the merger and acquisition the evaluation report.

After the audit discovery following question:

1st, merger and acquisition procedure not proper, the project proof does not cause the remaining issues fully and has the loss.

First, Taishan gypsum limited liability company acquires the property to set up the company and other item proof not to be full, to whether newly-built perhaps the purchase has not carried on the proof, after causing the purchase, the company is unable to manage or the investment large amounts of funds normally carries on the technological transformation.

The (1)2009 year on May 14 the Taishan gypsum limited liability company and Yinchuan economic development zone Yulin building materials limited company (hereafter referred to as "the Yulin building materials") to invest separately 3.3 million Yuan and 2.7 million Yuan has set up Taishan (Yinchuan) company. On May 18, 2009, the Taishan gypsum stock acquired the Yulin building materials remainder properties by 14.5 million Yuan (production line and workshop) and this company "hoodoo" trademark, the stockholder's rights that in August, 2009 Yulin building materials should have give by the initial cost 2.7 million Yuan to the Taishan gypsum.

The Taishan gypsum stock above purchases the shareholder property with let the stockholder's rights item without building materials stock authorization.

After the purchase completes, this company production equipment craft is backward, is unable the regular production to revolve. In November, 2009 Yinchuan Corporation decided that invests 70,198,900 Yuan to construct named "rather Xiamen Yinchuan yearly produces 30 million square meters board project" the production line. This project has put into service in April, 2011, the actual investment cost is 68.77 million Yuan.

(2)2009 year in August, the Taishan gypsum and Shandong Taihe building materials limited company invested separately 3.3 million Yuan and 2.7 million Yuan establishes the Shandong Taihe energy of light limited company (ownership percentage is 55% and 45%), mainly managed the solar energy high borosilicate glass tube and production of vacuum collection heat pipe.

After the company was established, has not started to construct the glass tube production line in the draft project budgetary estimate's situation. This project construction is divided two issues, an issue in August, 2009 will begin construction, in March, 2010 will put into production. Up to now, an issue has not made completion final accounts, has invested 10.22 million Yuan; Two issues in May, 2010 begin construction, stops constructing in December, 2010 because of the market reason, invested the fund 5.47 million Yuan. Issue and two issues altogether invest the construction funds 15.69 million Yuan, suspended production from 2011.

In November, 2011 Taishan gypsum acquires the complete stockholder's rights that the Shandong Taihe building materials limited company had, the assets appraisal price 2.57 million Yuan, the rate 2.57 million Yuan. Shandong Taihe energy of light in 2010 and in 2011 loses money 608,700 Yuan and 919,600 Yuan respectively. Can be surplus in solar energy high borosilicate glass tube good immovable property, in the product unsalable situation acquires Shandong Taihe building materials limited company stockholder's rights not to conform to the basic principle that the company purchases.

Second, the Hunan south cement limited company tender offers agreement has the slight defect, causes the property property rights to have the risk, and possibly before bearing the related expense that the shareholder owes pays.

South Hunan completed in July 31, 2008 to the merger and acquisition of trillion mountain nova group Liuyang cement limited company, on February 10, 2009 changed the name as the Hunan Liuyang south cement limited company, the transfer cost was 37,971.96 ten thousand Yuan, the transfer of share rights agreement has not been to the property power the certificate management carries on the agreement. By December 31, 2011, south Hunan finished the complete stockholder's rights cost payment, but the Liuyang south account about 135 million Yuan properties have not gone through the ownership change, owner for trillion mountain nova group Hunan Liuyang cement limited company. And: House building account original value 12,928.22 ten thousand Yuan; Land employment right book value 6,775,900 Yuan; Audi A6L passenger vehicle, account original value 405,700 Yuan. Has not handled the property rights change the reason owes for the land fees and deed tax pendulum.

The above item causes the property property rights to have risk, and therefore before possibly undertakes the land fees and deed tax that the shareholder owes pays.

Third, the south cement merges the process control not to be lax to individual company, to merging the result inspector general is not proper, some purchase property property rights have certain risk.

(1) the Jiangsu south cement limited company in December 31, 2009 and on August 31, 2010, acquired the Jiangsu blue lion cement limited company's stockholder's rights twice, on August 31, 2010 the Jiangsu blue lion cement limited company became south Jiangsu wholly-owned, and changed the name as the Jiangsu positive envy south the cement limited company. When purchase company account original value 8,759.98 ten thousand Yuan house buildings, because of related procedure not entire, does not have Should the power is the proof, had not handled related Quan Zheng up to the audit date above property.

(2) the southern cement limited company acquires the Zhejiang tiger hawk cement limited company stockholder's rights in January, 2008, according to requesting to handle the land certificate and title to the house because of the original shareholder, still did not have the land certificate and title to the house to the connection date company. The purchase agreement agreement reserves the original shareholder to purchase the funds 2,000 ten thousand Yuan to take earnest money and ensure the company obtains the related transport business intelligence certificate and property power is certificate and other Quan Zheng. After has reissued the land certificate in August, 2010 in every way diligently. But the house building has not obtained the title to the house, its account original value 7,805.38 ten thousand Yuan, amortize 1,058.28 ten thousand Yuan, has raised the depreciation to prepare 9,547,600 Yuan, the residual cost 5,792.35 ten thousand Yuan.

(3) Jiangsu blue lion cement limited company (south positive envy predecessor) in June, 2003 and Yixingshi Soviet source rural power service limited company signed the land and house building transfer agreement, let its land 8.45 mu, comprehensive building, the floor space 1,708.90 square meters, the total price 1.82 million Yuan, the agreement agreement transfer cost payment finished, the Yixingshi Soviet source rural power service limited company assisted the Jiangsu blue lion cement to handle the related power is the proof. By December 31, 2009, the blue lion cement has only paid 1.3 million Yuan transfer funds. On August 31, 2010 the Jiangsu blue lion cement limited company merged into the southern cement, became south Jiangsu wholly-owned, and changed the name as the Jiangsu positive envy south the cement limited company. When merger and acquisition integrates the above synthesis building as the fixed asset after the audit and appraisal confirmation the merger and acquisition property scope, presently for the positive envy southern office building. Because has not let the agreement pay the complete cost crooked, related Quan Zheng has not handled, whether to have this office building's property rights to have uncertainty legitimately.

The purchase property property rights are unclear, are easy to cause the property rights dispute, the property property rights to have certain risk.

2. The Engineers International Corp. purchases Yao Dan, Xing Fei and other natural people to account for the Shenzhen triumphant abundant science and technology project limited company 18% stocks, when the Bengbu courtyard purchases Huainan forever the hardwood machinery limited company will have the Bengbu courtyard 6.10% stocks, to the tender offers value has not evaluated.

On December 10, 2009 the Shenzhen triumphant abundant science and technology project limited company shareholder meeting resolution through and authorized by the building materials stock fourth president workshop, the Engineers International Corp. had the Shenzhen triumphant abundant science and technology project limited company 18% stockholder's rights by 1,302,200 Yuan price purchase natural person, the account initial cost 900,000 Yuan. But the purchase price evaluates without the professional institution.

Bengbu Courtyard Workshop that on April 29, 2010 held decided that forever the hardwood machinery limited company its will have through Huainan the triumphant abundant heavy industry 6.1% values is 6.1 million Yuan stockholder's rights takes believes accounting firm writing up the big letter to examine the net assets 6.10% fixed prices of character [2010] No. 1-0302 report examination to give as 7,794,870 Yuan greatly to the Bengbu

courtyard. This transfer prices evaluate without the professional institution. The tender offers have not seen Group to reply.

The above item does not conform to "China Building material Group Company limited Assets appraisal Policing method" about the relevant provision that acquiring the non-state-owned unit property must appraise.

3. The Chinese union cement Group Company limited acquires the Ulanchap Zhonglian cement limited company (to hereafter refer to as "Ulan Zhonglian") and purchases the problem that in its subsidiary company has.

(1) the Ulanchap Zhonglian cement limited company before was being merged by the Chinese union cement Group Company limited exists the massive prepay construction industry, cut off on December 31, 2011 the aggregate amount about 168 million, although has counted to propose the bad account to prepare 4,204.12 ten thousand Yuan according to the accounting policy, but still had the potential loss.

In March, 2010, after the Chinese union cement Group Company limited acquires the Inner Mongolian Ulan cement Group Company limited, changes the name (hereafter refers to as "Ulan Zhonglian" as the Ulanchap Zhonglian cement limited company). Before the merger and acquisition, Ulan Zhonglian is a Group, all project funds in group replaces the payment by Ulan Zhonglian Corporation department. It is not standard because of the project management, when effect payment not related project, the project settlement and other written matters, cause later period to meet on the accounts book unable to distinguish clearly payment the engineering project and construction of fund concrete ownership, pays in advance the construction industry to put on somebody's account for a long time. When 2010 merges has not carried out the concrete reason and nature that puts on somebody's account, at present is unable to judge whether has the returnability as well as the effect on related asset value.

(2) Ulan Zhonglian premium purchase subsidiary company minority shareholder stockholder's rights, have not withheld the personal income tax without the appraisal.

Under Ulan Zhonglian sets up the subsidiary company Ulanchap Mongolia and China cement limited company. Before the purchase, the Inner Mongolian Ulan cement Group Company limited has this company 80% (1.2 million Yuan) stockholder's rights, natural person Mr. Chen Sitang has 20% (300,000 Yuan). On June 21, 2011, after building materials stock authorization, Ulan Zhonglian 20% stockholder's rights that shareholder Chen Sitang had (300,000 Yuan) to cooperate negotiated a price 2.8 million Yuan to carry on the purchase, after the purchase, Ulan Zhonglian to have the Ulanchap Mongolia and China Cement Limited Department 100% stockholder's rights.

This purchase premium 9.33 times, the audit and assessment report of non-third party, had not shown that the premium the reason and Chinese building materials limited liability company has not explained the fixed price basis. Vertical letter Dahua that of vertical letter Dahua accounting firm writing up provides according to the enterprise examines the character[2011]Report of audit, cuts off on the 2679th at the end of February, 2011, the Ulanchap Mongolia and China cement limited company merges the net assets is - 1,165.64 ten thousand Yuan.

When above acquires individual 20% stockholder's rights, Ulan Zhonglian has not withheld pays the personal income tax amount 500,000 Yuan, not to pay the stamp duty 0.14 Yuan.

6. the northern cement purchase matters concerned had north the part uncertainties the cement corporation to collect the company and Baicheng North Company to purchase the item and original shareholder on the Jilin day in January, 2011 and in June separately have carried on the connection, and delegated the general manager, has taken over control of production, sale, purchase and other services actually. But until now two companies connect with work not actual finish, for example:

(1) property power The card still at the original shareholder place, has not handled the change; (2) the newly-built cement rubs the project to have the quality problem after examination, must be responsible for solving by the original shareholder, because of has not come to an arrangement, therefore is unable to handle the approval; (3) two company internal control system serious flaws, lack the essential control point's regulatory measures.

(2) The equity investment supposes company's control system to stipulate according to the Chinese building materials Group capital operation policing method (CNBM-ZT-01) fifth chapter newly: "Group permitted the second-level enterprise basis group development strategy and service demand, the investment sets up the company newly. Before the company sets up, the investing enterprise will suppose the feasibility study report, the articles of incorporation of as well as the contract agreement company newly and so on progressive reporting Group examines and approves. After the company sets up, the investing enterprise must passing through the feasibility study report of upper enterprise examination, supposes company the business license, stockholder's list and other newspaper Group to set up a file newly".

To supposed the control of company for Canada newly, the building materials group in 2010 draws up "Enterprise To set up, Change, Termination Examination And Setting up a file Policing method", requested "pools capital to set up the enterprise with the non-state-owned industrial enterprise or the natural person, no matter level all progressive registration Group authorized".

Before this audit discovery part sets up the company to set up, unreported Group to authorize newly. The subject matter is as follows:

1. The investment process execution is not well in place.

(1) the Taishan gypsum limited liability company sets up the subsidiary company to authorize without building materials joint-stock company.

From 2009 to 2011 the Taishan gypsum has established 11 subsidiary companies, only then 5 by building materials stock authorization, and has the general meeting of shareholders eventually to authorize the time and actual finish time postpositioned phenomenon, the following table shows:

Name establishment date shareholder meeting examines and approves the building materials examination investment cost ownership percentage Taishan gypsum (Jiangxi) limited company in March, 2009 in May, 2009 not to examine and approve 10.5 million Yuan 70% Shandong Taihe energy of light limited companies in October, 2009 in July, 2009 not to examine and approve 3.3 million Yuan 55% Taishan gypsums (Chaohu) limited company in December, 2010 in February, 2011 in the May, 2011 30 million Yuan 100% Taishan gypsums (Liaocheng) limited company in June, 2011 in August, 2011 not to examine and approve 30 million Yuan 100% Taishan gypsums (Nantong) limited company in November, 2009 in November, 2009 in the January, 2010 35 million Yuan 70% Taishan gypsums (Guangdong) limited company in April, 2009 to examine and approve 30 million Yuan 100% Guizhou ThaiHasn't lucky gypsum limited company in September, 2009 in July, 2009 in the December, 2009 30 million Yuan 60% Taishan gypsums (Yinchuan) limited company in May, 2009 examined and approved 6 million Yuan 100% Taishan gypsums (Sichuan) limited company in March, 2010 in June, 2010 not to examine and approve 30 million Yuan 100% Taishan gypsums (Liaoning) limited company in November, 2010 in February, 2011 in the May, 2011 30 million Yuan 100% Taishan gypsums (Hubei) limited company in November, 2010 in February, 2011 in a May, 2011 30 million Yuan 100% Jiangxi and Taihe energy of light, Liaocheng, Guangdong, Yinchuan and Sichuan company unreported building materials joint-stock company to authorize, unreported Group sets up a file.

(2) the building materials investment limited company invests the southern graphite limited company to have the procedure not proper, to be managed to exist by the investment company in the future big risk and other questions.

On March 7, 2011 authorized by the Chinese building materials limited liability company, the building materials investment company invested 500 million Yuan to set up the southern graphite limited company, accounted for the southern graphite limited company total capital stock 50%, as the resource development business platform, developed the conformity graphite resources industry in Chenzhou. The southern carbon plant formally registered being established in March 25, 2011. By December 31, 2011, the south graphite limited company had the investment cost 1.88 billion Yuan, the important source of fund for 7 that the shareholder invests hundred million outside and hundred million to bank loan 10.

On December 30, 2011 the Chinese building materials group second session of board of directors 17th conference deliberation and through setting up the southern graphite limited company and developed the graphite service in Hunan Chenzhou the bill. The new company registered capital 1 billion Yuan, the building materials investment contributes 500 million Yuan, the proportion 50%, the original miner contributes 300 million Yuan, other governments and investors contribute 200 million Yuan. This project plan invests 5 billion Yuan, an issue plans to invest 2 billion Yuan.

This equity investment has the following problem:

(1) the board convenes and authorizes the time lag, when the south carbon plant in the board authorizes in fact invested the fund about 2 billion Yuan.

(2) according to "China Building material Group Company limited Assets appraisal Policing method" fourth stipulation, invests the Chenzhou graphite ore to carry on the assets appraisal. Up to now, the south graphite investment plan cannot obtain the asset evaluation report of this project, this investment discussion process has the slight defect.

(3) because graphite mining and processing is a new building materials resources class service, the building materials group first steps in the mine derground working project, still did not have the mature management and operational experience, has big operational risk facing the complex aspect.

According to the southern carbon plant and Shangdong Holland Tai Qing mining area resources conformity situation, in 20 mining right cards graphite ore power 9, coal ore power 11, company in the future except for mining graphite ore, but must mine the coal mine. From the graphite industry's environment, the graphite industry integral development level is not high at present, the scientific research level is backward, the domestic market value is low; Shangdong Holland Tai Qing mining area that purchases from the company at present, is in the low level development for a long time, the security invests the serious insufficiency; The environmental issue is prominent, the mining area vegetation was destroyed basically completely, the irrigation and water conservation facility is in disrepair after many years. In 2009 the Chenzhou people's government closes down the reorganization to Shangdong Holland Tai Qing mining area, the mining area water over 30

million cubic. At present the southern graphite is carrying on the area to pump water, carries on deeply compares and expands detailed compares, to verify in project area the reserves of graphite and partner native ore. Therefore, the company will manage in the future has the big risk.

(3) Asking that the sell stockholder's rights have The topic 1, building materials investment limited company transfers the equity investment outward, the transfer of share rights funds exceed the time limit cannot take back, the recycling of fund has the risk.

In wholly-owned Chengdu that on September 20, 2011, the building materials investment limited company will have constructs to throw in the property development limited company and Shenzhen constructs the investment limited company 100% transfers of share rights to inspire the investment limited company to private enterprise Zhejiang. And, in Chengdu constructs to throw the property development limited company to appraise the value 15,447.01 ten thousand Yuan, the volume of trade 17,000.00 ten thousand Yuan; In Shenzhen constructs investment limited company to appraise the value 18,274.63 ten thousand Yuan, the volume of trade 19,000.00 ten thousand Yuan, two total 360 million Yuan.

By the audit date (on May 25, 2012), private enterprise Zhejiang inspired the investment limited company to owe the building materials investment limited company's stockholder's rights to let the cost 20,110.95 ten thousand Yuan (capital 174 million Yuan, surplus were deferred payment penalty and interest) had still not taken back.

(4) The investment to the investment in the fixed assets stipulated according to Chinese building materials group's control system: Group is the Chinese building materials investment management center, exercises the investment decision-making power. And the capitalization and holding enterprise's the project to Group carries on to examine and approve and set up a file, monitoring and appraisal. Group is authorized various second-level enterprises (including regarding in certain quota enterprise with second-level business management) third-level and following enterprise's project carries on the examination, monitoring and appraisal to its group of capitalization, holding and relative holding, the authorized quota is the project total investment in the second-level enterprise net assets in 10% (, but do not high over 3000 ten thousand Yuan). ......The total investment over 30 million Yuan major issue, should arrange to carry on the appraisal proof to the project feasibility study report, the compilation project evaluation report.

After auditing us discovered that the above system has not carried out, the question is as follows:

1st, part company in the management investment in the fixed assets project process, has not carried strictly out Group's related control system, excesses the budget and substantial change examines and approves without Group, some unit items of basic construction on-stream times are earlier than verifying the unit vetting period, the examination become a mere formality. For details see appendix 2.doc (appendix 2.doc):

(1) invests the ultra budgetary estimate or budgetary estimate establishment is not rigorous, the principal item is as follows:

First, is south Jiangxi Nancheng 4800T/D chamotte production line, the planned investment 59,750.36 ten thousand Yuan, actual investment 69,568.86 ten thousand Yuan, ultra generally 16.43, twice applied to adjust the budgetary estimate, the showing budgetary estimate establishment was not rigorous.

Second, in the situation that Xuzhou Zhonglian cement limited company 10000 tons cement line project in project blueprint starts to tender, causes the resilience large scale change. For example: The subsidiary agreement contracted amount that the turn-key contract selection volume 3,581.03 ten thousand Yuan that the construction C tender and winning unit Hebei fourth Construction Engineering Corporation signs (estimate, on June 22, 2011 will sign temporarily) increased to 6,500.00 ten thousand Yuan, increased the scope approximately 82%; The turn-key contract 3,765.89 ten thousand Yuan that the construction A tender and Chinese 15 metallurgy construction limited companies signed, after supplementing, contract amount 4,040.73 ten thousand Yuan; The construction B tender constructs the turn-key contract 4,026.52 ten thousand Yuan that with the seven games of second building limited companies signed, after supplementing, contract amount 5,711.76 ten thousand Yuan. The above three tender altogether accents increase 4,879.05 ten thousand Yuan, the increased range reaches 43%.

After the inspection reason is mainly because when tendering and design budgetary estimate, the project blueprint, the construction tender detailed list quantity and actual construction quantity have the big difference. In civil engineering part non-construction blueprint, and in the large scale ultra contracted amount's situation, these 10000 tons cement line project overall investment still had not surpassed at present the budgetary estimate (is mainly production system saves 5,136.00 about ten thousand Yuan, construction invests overall actual investment approximately 18,044.03 ten thousand Yuan, budgetary estimate 18,385.77 ten thousand Yuan, construction invests overall instead to save 3,417,400 Yuan, is mainly civil engineering selected price large scale is lower than actual project construction quantity), explained that this engineering project the preliminary design budgetary estimate and budgetary estimate examination is not in place, does not favor to the engineering project cost of investment control.

(2) the principal item that after has not fulfilled the procedure begins, to examine and approve first are as follows:

First, northern new stock subordinate company Zhenjiang northern new building materials limited company production line project preliminary design without examination; The project begins first, latter examines and approves, procedure inversion.

Zhenjiang northern new building materials limited company 2 * 30 million square meters paper surface gypsum board project in December, 2009 feasibility study report after building materials stock examination. The project first phase began in April 8, 2010, the preliminary design total investment budgetary estimate was 14,562.95 ten thousand Yuan, it is estimated that the yearly average sales revenue 19,170 ten thousand Yuan, the net profit 5,103 ten thousand Yuan, the investment recoupment period in 4.48. The first phase was completed in December 28, 2010, in August, 2011 goes into production officially. The preliminary design of this project without reply, the joint-stock company the date that replied the project to begin is on February 27, 2012, late in project actual operation date.

Second, the Taishan gypsum (Sichuan) limited company yearly produced 50 million square meters paper surface gypsum board project on June 25, 2010 to begin, on November 23, 2011 finished. But the building materials joint-stock company to the project feasibility study report reply date was on March 30, 2011, the beginning construction authorization time is on February 27, 2012.

Third, the south cement subordinate company Jiangxi blue source cement limited company has not carried strictly out the management process, the investment decision error causes the company to sustain a loss.

In August, 2011 Jiangxi blue source cement limited company, in the original 2500t/d chamotte production line crude material powder rubs nearby the system to increase the roller press half powder to rub the system finally, to enhance crude material output, conserves energy the consumption. This technical transformation project estimate invests 11 million Yuan, the company has not obtained the southern headquarters regarding the examination document of this investment. South April 13, 2012 the cement leader came to Jiangxi to investigate and study, considered that at present the market conditions and produce to be able the layout, decided that the Fengcheng south Lan Yuanchang roller press technical transformation project halted construction. Has signed the contract amount 9,139,200 Yuan up to audit date project , The construction in progress subject lists project to disburse 3,972,800 Yuan.

The southern cement is newly-built, extension and technical transformation project management process stipulated: Investment cost in 200 - 30 million Yuan project must report and passes the southern cement headquarters appraise finally, over 30 million Yuan project must through the final appraisal of joint-stock company.

The blue source company has not carried strictly out the above management process, causes the investment decision fault, causes the company to suffer certain economic loss.

Fourth, after the south cement part items of basic construction exist begins first, examine and approve the phenomenon.

The Jiangxi Fengcheng south cement limited company yearly produced 1 million tons cement flour to rub the production line on August 1, 2009 to begin (budgetary estimate total investment 6,343.95 ten thousand Yuan, actual finish investment cost 6,865.74 ten thousand Yuan), on December 24, 2010 went into production, the building materials stock on April 2, 2010 issued the instrument of ratification to begin; Moreover the daily production 4500 tons chamotte new method cement production line (including 9MW afterheat electricity generation) project on December 29, 2009 began the project, on September 9, 2011 ignition production. The building materials stock on September 19, 2011 issued the instrument of ratification to begin.

The Jiangxi blue source cement limited company 4.5MW pure low temperature afterheat generating system project on April 23, 2009 began construction, on February 9, 2010 finished the production. The building materials stock on April 2, 2010 issued the instrument of ratification to begin.

Jiangxi Nancheng cement limited company daily production 4800 tons clinker cement production line in June, 2009 begins construction, in July, 2011 finishes the production. The building materials stock on November 18, 2010 issued the instrument of ratification to begin.

The Zhejiang tiger hawk cement limited company 2500t/d chamotte production line pure low temperature afterheat electricity generation project in November, 2008 starts to construct, in May, 2009 finishes the production. The building materials stock on March 9, 2009 replied to begin.

2nd, not and requests to construct according to the scale that the relevant authority authorizes, the items of basic construction does not gather the gauge, has the risk.

(1) the Jiangxi South Cement limited company Respective Company Jiangxi Fengcheng south cement limited company production line actual construction produces to be able with the project examination to be incompatible, has not handled the change examination promptly, causes the project completion approval delay. On December 12, 2007, the Jiangxi economic and trade commission issued "about Approving Fengcheng Blue Abundant Cement Limited company 4000t/d Chamotte New Method Cement Production line Technological transformation project Notice", investment cost 29,786 ten thousand Yuan of authorization. On March 31, 2009 the Fengcheng blue abundant cement limited company was acquired by Jiangxi south, in the same year

changes the name as the Jiangxi Fengcheng south cement limited company, after the purchase, the Fengcheng south invests newly-built 1 to use outside the kiln to decompose the technical in the same year the daily production 4500 tons chamotte new method cement production line (including 9MW afterheat electricity generation), invests the budgetary estimate 65,672.15 ten thousand Yuan, the project will start the trial production in September, 2011, in December will go into production officially, actual finish will invest 53,736 ten thousand Yuan. Because the project constructs and project examination actually produces to be incompatible, and has not handled the change examination promptly, causes the project completion approval certainly to be hindered, possibly is unable to complete the acceptance checkout procedure on time.

On September 22, 2009, the Jiangxi industry and informationization committee issued "Jiangxi Investment in enterprise Technical innovation project Setting up a file Notice", approved the Jiangxi Fengcheng south cement limited company to construct one to yearly produce 2 million tons cement flour rubbing station project, Fengcheng southern the actual construction according to yearly producing 1 million tons cement flour rubbing station scale construction, the project goes into production in January, 2011 officially, because the project construction and examination produced to be incompatible, causes the project completion approval not to complete.

(2) the Taishan gypsum limited liability company subordinate subsidiary company Taishan gypsum (Sichuan) limited company newly-built production line with has discrepancies to the local government requesting authorization scale, has certain detection risk.

In 2010 Taishan gypsum limited liability companies and Shenfang people's government sign investment agreement, the Taishan gypsum constructs to invest 510 million Yuan to construct 2 in Shenfang * 50 million square meters paper surface gypsum board production line. Carry on the declaration consist mainly of 2 * 50 million square meters paper surface gypsum board and auxiliary project, Shenfang cities and areas Development and Planning Commission and related construction administrative department carry on to authorize and set up a file according to 2 * 50 million square meters construction project according to the declaration. Simultaneously when the local government in the Taishan gypsum limited liability company subordinate subsidiary company Taishan gypsum (Sichuan) limited company pays in full the entire land funds (land area 200 mu, pay fees 22.325 million Yuan), the government disposable carries on the reward according to each mu 40,000 Yuan, shares the public utility according to each mu 30,000 Yuan reward, total rewards 12.75 million Yuan. But the Taishan gypsum (Sichuan) limited company actual construction project is a 30 million square meters production line, this item design scale change and so on related control section agreed without the local government, Development and Planning Commission, building office that has certain detection risk.

(3) 2 that Zhenjiang northern new building materials limited company invests * 30 million square meters paper surface gypsum board and yearly produces 5000 tons light steel keel project.

In 2009 Zhenjiang northern the new building materials limited company carries on to report that to Zhenjiang Jurong Development and Planning Commission 2 * 30 million square meters paper surface gypsum board and yearly produces 5000 tons light steel keel project and by setting up a file the authorization, the project total investment 460 million Yuan, the investment in the fixed assets 420.9 million Yuan, the source of funds self-provides the fund 133.3 million Yuan for the enterprise, rest 326.7 million Yuan through bank loan solution. In setting up a file of authorization stipulated: During the construction, when the total investment and construction project in change setting up a file content surpasses 20%, should propose other Development and Planning Commission and departments concerned examines and approves; If changes causes the setting up a file notice depending on the tenable premise disappearance, the setting up a file notice will expire automatically, and has legally the cancellation possibility.

This project on April 8, 2010 began, on December 28, 2010 was completed. The actual construction project is a 30 million square meters paper surface gypsum board production line, the budgetary estimate total investment is 205.7 million Yuan, actual investment 10,185.392 ten thousand Yuan, insufficient in Development and Planning Commission setting up a file total investment 460 million Yuan 50%, this total investment change and so on related control section examines and approves without the local government, Development and Planning Commission, exists by the risk that the relevant government departments punish.

4th, project incurs the bid The question one is the Taishan gypsum (Sichuan) limited company yearly produces 50 million square meters paper surface gypsum board project to have the purchase not to carry on the tender, not to collect earnest money according to the stipulation according to the stipulation the phenomenon.

The annual production 50 million square meters paper surface gypsum board project that the Taishan gypsum (Sichuan) limited company in 2010 invests exists following does not gather the gauge item:

(1) gypsum awning, coal awning and other steel structure projects have not fulfilled the tender procedure, the amount 3,005,600 Yuan.

(2) in the construction and steel structure tender document stipulated that collects 10,000 Yuan bid earnest money, after the spot-check bookkeeping book, has not seen to collect the bid earnest money the record.

Second, Shan Shigao (Shaanxi) limited company two issues yearly produce 30 million square meters gypsum board production line part construction and facilities engineering tender flow are not standard. And the civil engineering amount 17.53 million Yuan, account for the total investment 19.52%, in the tender process have not drawn up the detailed evaluation of tenders standard and non-evaluation of tenders process record and evaluation of tenders report.

Third, Taishan gypsum limited liability company yearly produces 98,000 tons to protect the facial tissue project part construction and facilities engineering tender flow is not standard. Before the tender, the estimating, has not favored the control competitive prices; In the tender process has not drawn up the detailed evaluation of tenders standard and non-evaluation of tenders process record and evaluation of tenders report. For example the making paper workshop civil engineering contract amount 10 million Yuan, the gypsum board protects the facial tissue purchase contract 47 million Yuan.

Fourth, the design and budgetary estimate that of 3700t/d cement technical transformation project Huai Hai Zhonglian cement limited company invests are implemented, the initial proposals verification company by the Nanjing triumphant abundant cement technology project limited company for the Hua'an building materials industrial engineering consultant firm, has not carried on the tender.

Fifth, the Xuzhou Zhonglian cement limited company 10000 tons water mud line engineering project preliminary design and establishment of preliminary design budgetary estimate is implemented by the Chinese building materials group company's connection side Nanjing triumphant abundant cement technology project limited company directly, has not incurred the bid. This project's verification to the budgetary estimate also directly carries out by Chinese building materials group company's connection side Bengbu glass industry Design Research institute, has not incurred the bid. The execution and verification carry out by internal company, does not favor the cost control to project construction.

5th, part project has not gone through completion approval formalities promptly, has not carried on after the request appraises.

(1) after the southern cement limited company subordinate subsidiary company Jiangxi south cement limited company engineering project completes, has not gone through completion approval formalities promptly.
Jiangxi southern cement limited company from 2009 to 2011 newly-built project 21 items, total investment budgetary estimate 400,342 ten thousand Yuan, in 2010 the project 12 items of being in operation, invest the budgetary estimate 210,987 ten thousand Yuan, the closure audit date, the newly-built project has not handled completion approval. For example: In Jiangxi the high south cement limited company production line actual began in March 29, 2009 officially, the chamotte production line in June 1, 2010 the ignition trial production, the cement production line in August 2, 2010 the trial production, the afterheat electricity generation generated electricity in combined network in November, 2010, the necessary life facility and production ancillary facilities in June, 2010 put into use, the office district puts into use in December, 2010. By the audit date, the above items of basic construction have not handled completion approval, has not applied for the late finish approval to the project examination unit.

(2) some Jinhua south cement limited company technical transformation projects have not handled completion approval promptly, has not carried on after the request appraises.

(1) south the landscape the cement limited company yearly produces 2.6 million tons cement flour to rub the technological transformation project to start the investment project in 2008, at the beginning of 2010 has gone into production, budgetary estimate total investment 122.08 million Yuan, account actual investment about 159 million Yuan, ultra budgetary estimate 36.92 million Yuan. By the audit date, this project has not handled completion approval, has not applied for the late finish approval to the project examination unit, and according to requesting carries on after the project appraises.

(2) the Zhejiang tiger hawk cement limited company 2500t/d chamotte production line pure low temperature afterheat electricity generation project in May 17, 2009 the official trial production, the reply investment cost was 27,892,800 Yuan, actual investment 26,118,600 Yuan. Has not handled completion approval up to audit date project, has not applied for the late finish approval to the project examination unit, and according to requesting carries on after the project appraises.

(3) after Huai Hai Zhonglian cement limited company engineering project, the appraisal and project calculation management demand further strengthens.

(1) the Huai Hai Zhonglian cement limited company in 2009 the limestone equalization storehouse structure greenhouse that started to construct (matches materials storehouse) project, the construction part on 2009 June 17 begins, on 2009 September 7 finished. Steel structure and other principal parts began construction in February 22, 2010, on June 30, 2010 finished, total investment 1,116.00 ten thousand Yuan, but changes over to the fixed asset according to the audit requirement until December, 2011. Up to now this overall engineering project had still not carried on completion to make a final accounting and organizes approve.

(2) the 3700t/d cement engineering project that the Huai Hai Zhonglian cement limited company invests, on November 30, 2010 will establish to complete completion balance sheet, on March 10, 2011 will write up

completion final accounts to report, total investment 30,864.58 ten thousand Yuan (construction period interest 1,845.00 ten thousand Yuan). By the end of June, 2012, Chinese building materials limited liability company's approval and following evaluation exercise to this project was still undeveloped.

Building materials group investment in the fixed assets project completion approval policing method: The items of basic construction must carry on completion approval in the project trial production latter 6 months, the project that cannot the approval in the prescribed time limit or cannot approve according to the plan because of the peculiar circumstance, must and shows the reason to the project examination unit written report, after the project examination unit authorizes, but suitably postpones carries on completion approval, but longest do not over 8 months.


7th, some investments in the fixed assets have risk Fusong Jingang Company in June, 2011 to pay the Fusong County Finance bureau 1,500 ten thousand Yuan for purchasing 100 mu land, because of involving the dispute affects the land use certificate cannot handle.

The special details see appendix 4.doc (appendix 4.doc)

[Three]Internal control construction and risk management 1, northern cement subordinate subsidiary company internal control The system establishment is imperfect, financial control confusion.

The Jilin day collected the internal control system that the cement limited company and Baicheng north cement limited company carried out still to continue originally voluntarily the relevant provision of formulation, because the earlier period was the private enterprise, the relevant system has not achieved the request of SAC and northern cement, must further consummate, if in significant event's decision-making process, reported the general manager to examine and approve then, has not manifested the collective decision-making the process, and lacked the institutional restraint; Has not carried on stipulation to the choice of supplier, has not established the supplier appraisal and access system; Has not carried on the stipulation to the approval process of contract; Has not carried on the stipulation to the payment flow; Has not set up the project management relevant system and so on.

The Jilin day collects the cement limited company and Baicheng north cement limited company finance department merge work, calculates together, but the bill has not differentiated strictly, bookkeeping processing confusion. If the Jilin day collects cement limited company in March, 2012, the 0021# certificate, pays the Liaoyuan Wei Tianjin Jingang cement limited company ripe money for materials 5 million Yuan, includes the cash disbursement, but, attaches the bank receipt demonstration payment account for the Baicheng north cement limited company.

2nd, Heilongjiang Pennsylvania cement limited company waste and old materials management has the flaw. Pennsylvania cement limited company lacks the control system to the waste and old materials, cannot achieve the waste and old materials centralized stack and classification to construct the grade and global administration and prompt processing, lacks in view of taking care and handling the regulatory measures of link, is easy to create the commodity backlog and asset, does not favor raises the enterprise composite economic benefit. Pennsylvania cement limited company will produce the equipment, material, waste material that removes to change down and so on majority of waste and old materials stack in two relatively centralized waste and old materials dump sites, some scattered stacks in other places. Pennsylvania cement limited company waste and old materials storage quantity is big, has not compiled a register to the waste and old materials registration, is not only easy to cause the asset, because the waste and old materials have the realization value, is easy to form the little strongbox, the fund management has certain risk.

3rd, in the Chinese building materials international construction project Group Company limited internal control system the part controlling unit is imperfect.

First, has not set up the accountability system that the fund management, the project management and other controlling units control. The international construction project Group Company limited the inspection to the engineering project inspects the project department at present, has not carried on the refinement, the individual project should receive money to put on somebody's account the time to be long, because of has not drawn up the related accountability system, returns to the funds efficiency not to be high. Example: Al Ta afuf Company for Electrical Works(STS) till at the end of 2011 account receivable 137 million Yuan, the account age over one year, longest project over 3 years, amounts to 19.99 million Yuan.

Second, the investment in the fixed assets had not stipulated clearly that the examination the quota, is purchased by the subordinate subsidiary company voluntarily.

4th, purchase service has not fulfilled incurs the tendering procedure, cannot guarantee the individual physical distribution transport company that in (1) Lianyungang the compound switching audiences compound materials Group Company limited entrusted purchases the most superior property by the most superior price or serves has not carried out the tender procedure.

The Guangdong US tasty project, 2009-2010 years physical distribution limited company is undertaken to transport by Guanyun County Wang the Xin, in 2011 the transport company will change for the Lianyungang

spreading auspicious physical distribution limited company, has not undergone the tender; In 2009 the Lianyungang nation abundant physical distribution limited company in the compound switching audiences compound materials Group Company limited for Lianyungang provides the transportation service, through the tender, so has not favored the control to the cartage expense. The compound switching numerous company 2009-2011 years three years sales cartage expense respectively is 1,744.45 ten thousand Yuan, 5,523.37 ten thousand Yuan and 3,658.41 ten thousand Yuan, accounts for the sales revenue the proportion is 0.91%, 2.01% and 2.27%. May see that the compound switching numerous company's cartage expense control needs to further strengthen.

(3) waste copper scale procurement contract that northern cement subordinate company Germany all Wang Qing company in June, 2011 and Jilin also hundred million commodity limited companies signs, contract amount 1,075 ten thousand Yuan; Grinding aid procurement contract that German Entire Dunhua Corporation in May, 2011 and Jilin Shipp cement grinding aid limited company signs, contract amount 1.9 million Yuan. The above service has not fulfilled the tender, to inquire the price ratio procedure, and this phenomenon generally exists in the north cement subordinate company.

(4) the Ulanchap Zhonglian cement limited company has not carried strictly out the procurement system. Stipulated according to Chinese union cement Group Company limited material purchase control system that the subsidiary company not independently purchases like coal, standby redundancy, large amount raw material and part labor insurance thing and other jurisdictions, the purchase of this part of commodities needs the Chinese union cement Group Company limited to unify to tender or entrusts Inner Mongolian Zhonglian operation administrative district unification tender. But physical inspection discovery, the coal, the standby redundancy, the large amount raw material and part labor insurance thing independently is purchased by Ulan Zhonglian Corporation Commodity Supply department, and part acquisition of materials non-operation area person in charge signs the verification. If on December 17, 2010 raw coal purchase appraisal conference, only then candidate supplier Erdos Dongsheng District North Star petroleum limited liability company, and non-Inner Mongolian operation administrative district procurement center examines and approves the signature, and signs the contract serial number 2011/1-1-3; On January 28, 2011 raw coal purchase appraisal conference, only then candidate supplier Erdos Dongsheng District North Star petroleum limited liability company, and the unreported Inner Mongolian operation administrative district procurement center examines and approves the signature, and signs the contract serial number 2011/1-26-3.

(5) Taishan Zhonglian Laiwu cement limited company tenders the price ratio execution not to be proper. The equipment maintenance of company cement workshop, has not carried on the tender to the construction side, does not have the repair expense control system of systematized and flow process. If in 2011 the stator overhauls of 10 pairs of grinding machine three-phase asynchronous machines have the maintenance cost 63,000 Yuan, has not carried on the tender.

Moreover, after looking up the company has not carried out Chinese union cement limited company related waste and old materials administrative provisions to waste and old materials handling, if in December, 2011 handles the scrap iron to receive 124,600 Yuan, has not carried on the competitive tender sale.

(6) Rizhao Zhonglian harbor cement limited common Some department large amount raw materials like gangue powder, grinding aid, lemon acid residue, converter slag and anthracite gangue the purchase has not carried on the tender price ratio. The spot-check discovered that in May, 2011 buys the converter slag 252,700 Yuan and in March, 2011 to purchase the gangue powder 248,400 Yuan and in March, 2011 to buy the lemon acid residue 87,800 Yuan, has not tendered. Some general standby redundancies like the steel ball, bearing, supporting roller, hopper and electrical machinery fitting, thermal resistance and lubricating oil labor insurance thing have not carried on the tender price ratio, like in September, 2011 purchases the labor insurance thing amount 114,700 Yuan and so on.

(7) according to the Huai Hai Zhonglian cement limited company "Waste and old materials Policing method" relevant provision, the large quantity waste and old materials is over 20,000 Yuan must organize over three buyers to carry on the competitive tender sale, but discovery company in inspection process not strict according to this system execution. If in 2011 processing to the waste high-temperature steel sells to the Xinghua happy cast steel limited company, in the inspection discovered that this item has only carried on agreeing between buyer and seller on a price, and only then the Xinghua happy cast steel limited company participates in the competitive tender. If in February, 2011 processes bears the steel 308,800 Yuan and in August, 2011 to process waste bears the steel 144,700 Yuan, processes this worn out material after the understanding 2009 -2011 is purchased by this company. The similar situation also in February, 2011 processed the worn out backing amount 173,200 Yuan also only has agreed between buyer and seller on a price, and only then the Linyi Jintai special steel limited company participated to agree between buyer and seller on a price.

5th, the passive asset management system is imperfect, the fixed asset obtains, taking care, use and check inventorying link not to set up the essential control system, lacks the fixed asset responsibility management

process control, had not stipulated that fixed asset taking care and user departments' responsibility and fixed asset lose the responsibility that and damages to undertake.

(1) part of companies have not carried on cleaning up and inventorying of system to fixed asset work 9, departments to proclaim the company internal control system to wait for further consummating.

(1) in Changzhou the duplicate Li valuable compound materials limited company internal control institutional framework must further consummate.

After the audit discovery, in Changzhou the duplicate Li valuable compound materials limited company's internal control system is relatively scattered, the inadequate system, and these systems the formation by company outgoing message have not issued officially. For example: The connection transaction and sales management is not defined, and suits company's system, the fund management examination and approval system has not agreed the concrete amount the level to be authorized to examine and approve the jurisdiction, the storage management and passive asset management's relevant system has not formed the system, purchases in the control system to purchase the authorization not to examine and approve the clear explicit agreement outward. In above these systems has not formulated the award and penalty and control system.

(1) the Taishan gypsum limited liability company institutional construction does not consummate (1) at present the company system by carrying out various services departments independently formulates, the system also issues without the company issue document, the mutual restriction relations between systems are not strong, has not formed the system, cannot achieve the internal control the effect.

(2) has not drawn up "tertiary one big" control system.

(3) has not drawn up the corresponding duty expense management control system. By the end of 2011 Taishan gypsum company non-system's duty expense control system, only then the partial correlation system has appeared to implement (for example communication expense subsidy), but has not formulated the consummation to suit the company and issue the duty expense of execution after the resolution and so on related system's system regulation.

(4) after has not established the project, appraises the control system.

10th, the management audit strength is weak, Group should strengthen in the institutional construction the management to management audit work, the finding of audit will be integrated into the management appraisal system, to promote management efficiency and effect.

According to the request and building materials of board's SAC strategic step bureau, during the audit, the Chinese building materials group intensified the dynamics of management year by year, but after the inspection discovery, various building materials group level management audit lack of strength and in the part company examines the department independence not strongly, the finding of audit not to be integrated into the appraisal system to cause the finding of audit to be hard to carry out.

(1) the southern cement limited company management audit organization establishes to wait for perfectly. The southern cement limited company establishes the management audit organization in the financial ministry of audit, will cut off on December 31, 2011 to have in the specialty the examining personnel 3 people. The management audit organization reported to the chief financial officer in the service. Full-time management audit organization service report object for the corporate finance inspector general, this report level causes its independence to be harmed.

We think that sets up in the finance department examines the organization, to chief financial officer, and right and wrong elases are responsible and report, this kind of establishment, the scope of management audit was limited seriously, the auditors are unable to maintain the independence and objectivity, in examining and appraisal very much is also unable to say for certain to hold fairly.

Stipulated according to the Ministry of Finance internal control direction: The management audit control is one special form of internal control, refers to organizing internal one kind of independence objective inspector general and appraisal, it promotes realization of organization goal through the examination and the aptness, validity and the validity appraisal operative activity and internal control.

(2) management audit effect has not manifested.

Chinese building materials international construction project Group Company limited established the ministry of audit in 2004, with the Bengbu courtyard was set of troops, at present the ministry of audit staff 4 people, are mainly responsible to various subsidiary company, subsidiary company and goal inspection unit carry on the economic accountability audit, to control from the inside the inspection and so on.

After spot-check, Chinese building materials international construction project Group Company limited ministry of audit 2010-2011 years audit project 14, including to the Bengbu courtyard subordinate's abundant heavy industry limited company and Chengdu photoelectricity Apollo the solar energy limited company and other company in the audit, and writes up the complete management audit report. But has not discovered to auditing question the reorganizing implementation, has not drawn up the related control system to reorganize and follow up regarding the finding of audit, the effect that therefore audits is hard to manifest.

[Four]The fund management and risk control 4, part subsidiary company foreign donation items to examine and approve without Group.

Second, Taishan gypsum limited liability company in 2009 donates to Tai'an A city Islam association's 1.2 million Yuan non-public welfare donates outward, only examines and approves after the general manager workshop, has not passed through the company board of directors and Chinese building material Group Company limited examines and approves.

Fourth, a populace Passat 1.8t passenger vehicle that the duplicate condor carbon fiber limited liability company in 2011 will purchase donates newly to the Lianyungang public security fire brigade, this passenger vehicle amount 218,800 Yuan (including taxes and fees), this donation item unreported Group examine and approve.

Fifth, south building materials investment company subsidiary company the carbon plant on October 20, 2011 donated 100,000 Yuan to Chenzhou Longnu Temple; On November 10, 2011 washed the heart Zen temple to donate 100,000 Yuan to Hunan Wangcheng County. The above two total 200,000 Yuan donations have not reported construct to throw the company and joint-stock company authorize.

Sixth, in Lianyungang the compound switching audiences compound materials Group Company limited 2009-2011 years foreign donation item examines and approves without Group. And in 2009 donates total the amount 106,000 Yuan to the Lianyungang charity federation, fire brigade and local police station; In 2010 donates 250,000 Yuan to the Lianyungang charity federation; In 2011 supports the new rural reconstruction to donate 40,000 Yuan, three years total 396,000 Yuan.

5th, part company has the sale to receive money has not saved promptly presently, sits a cash and large quantity cash to collect the payment and Japan cash holdings remaining sum to be big, for example:

First, the north cement majority of companies have the use large quantity cash accounting the service.

For example: Dalian Jingang Company on November 3, 2011 the cash provision equipment spare money 100,000 Yuan, on November 29, 2011 received the cement funds 4.81 million Yuan in the cash form; German Entire Dunhua Corporation on December 30, 2011 by cash provision Anqing equipment setup architectural engineering limited company installation expense 226,800 Yuan and so on. The majority of company date cash holdings remaining sum was big, is over your firm worked out "20,000 Yuan" standard. For example: Qitai River northern company on July 27, 2011 cash holdings remaining sum 426,649.04 Yuan; The Daqing great wild goose celebrated the company on November 7, 2011 the cash holdings remaining sum 366,600.00 Yuan and so on.

Third, the Nanjing Zhonglian limited company has the teller to gather in the cash form sells the loans massively the situation, in 2011 the cash will receive money approximately 2,755.00 ten thousand Yuan.

Fourth, the Ulanchap Zhonglian limited company has the teller to gather the cash loans massively the situation. 2010-2011 year after year the cash collection aggregate amount separately approximately is 4,683.50 ten thousand Yuan and 5,733.70 ten thousand Yuan.

Fifth, the Taishan gypsum (Jiangyin) limited company has the large quantity cash collection item, will spot-check in March, 2009 and in September, 2010 accounting document, will receive on another's behalf Changshu Office to lend total 2,385,500 Yuan. Simultaneously has the cash to sit a phenomenon, if on November 30, 2009 the cash will receive to lend 1,034,500 Yuan, the cash disbursement was 1,023,300 Yuan, 45,000 Yuan were the running expenses disbursements of payment; On April 30, 2010 the cash received to lend 1,908,800 Yuan, on the same day the cash disbursement is 1,939,300 Yuan, 81,000 Yuan were the running expenses disbursements of payment; On July 22 the cash received to lend 49,700 Yuan, the cash provision cafeteria subsidy, entertainment expense and other Yuan Fuxin Taishan gypsum building materials limited company and Taishan gypsum (Shaanxi) limited company and other companies had the above problem.

In view of the fact that the cash receives money is very easy to have certain risk, suggested that each company acts according to the company actual situation to reduce the cash transaction as far as possible, simultaneously sits an item not to conform to "Cash management Temporary regulation" relevant provision.

8. The account management question part company are many in the bank deposit account that the financial institution opens, has some accounts to leave unused for a long time, has not carried on cleaning up promptly. Import-export company, the building materials international trade company this and import and export Shanghai Corporation has some idle not prompt liquidation accounts; In Hefei Chen light industry machinery limited company after setting up foreign trade company no longer manages the import and export business to cause US dollar account to leave unused over two years, but has not cleaned up promptly.

The bank account that in Lianyungang the compound switching audiences compound materials Group Company limited and Beixinjituan building materials limited liability company and Rizhao Zhonglian harbor cement limited company and other companies drew up occurred without the service has not accepted the membership accounts book calculation. For details sees appendix 5.doc (appendix 5.doc) 9, individual companies to have the reserve fund control system flaw, the individual worker large quantity reserve fund puts on somebody's account takes the fund not to recover promptly, simultaneously after having the seller and purchaser (company management) immediate contact large quantity loans one is Suihua North Company

exists the purchaser receives the loans, transmits supplier's phenomenon. For example: In December, 2010 Suihua North Company will purchase the funds 875,000 Yuan to pay before the purchaser (sells vice-total Zhou Wen spring) individual account, and purchases to disperse the packing to the Harbin day abundant Xin business limited company by it.

Third, some after Ulanchap Zhonglian limited company large quantity reserve funds evidences for keeping account of extraction, not written verification documentary evidence, only then bank debit checkstub. The large quantity reserve fund is mainly used in the running expenses reimbursing and staff benefit and celebrating a holiday expense and temporary worker wages the providing amount amounts to 5.02 million Yuan. At the end of 2011 reserve fund remaining sum is 3,742,200 Yuan, the staff in 2011 starts taking advantage of the amount that the reserve fund has not returned at the end of the year is 814,000 Yuan; In 2010 taking advantage of the reserve fund by the end of the amount that 2011 had not returned is 580,400 Yuan. Before the other 2,344,200 Yuan are the company are purchased, the staff to loan. All individual loans deferred to 80% scalars to raise the bad account preparation.

After subsidiary company Wulanchabu Mongolia and China cement limited company some evidences for keeping account of large quantity reserve fund extraction, only then the bank cash check checkstub, not written verification documentary evidence, the spot-check amount amounts to 955,000 Yuan, explained that the enterprise controls from the inside the system execution not to be proper.

Fourth, Huai Hai Zhonglian cement limited company over one year not dynamic fund reserve fund 267,500 Yuan, including should include the expense 59,700 Yuan training fee and 107,500 Yuan individual school expense loan.

Fifth, building materials investment limited company cut off up to December 31, 2011 the short-term reserve fund ending balance 1,650,400 Yuan, was mainly the staff loans, in the situation that some staff have not returned in the original loan borrowed the new style.

10th, some common Si Zijin operates (contains bill) risk gradually to increase, the fund use efficiency needs to further enhance.

First, in Lianyungang the bill growth of compound switching audiences compound materials Group Company limited and should the collection scope go far beyond the income growth rate (to receive money compared to annually increases with the income, at the end of 2011 achieves over 110%; At the end of 2010 bill increases from 720,000 Yuan to 90,537.05 ten thousand Yuan, because the bill and massive increase of intercourse funds, have taken the fund, caused every year's bank loan annually to increase, increased the financing cost and risk.

Second, the Nanjing Zhonglian cement limited company 2009-2011 years bank acceptance growth, three years respectively is 3,750.08 ten thousand Yuan, 3,431.44 ten thousand Yuan and 9,994.37 ten thousand Yuan, at the end of 2011 increased 191% compared to the end of 2010, increases the scope to be big, takes the large amounts of funds. Some bills are the place rural credit cooperative's settlement center and place small financial institution draw up, the bill management has certain risk.

Third, the notes receivable of Xuzhou Zhonglian cement limited company increases is big, three years respectively are 1,446.47 ten thousand Yuan and 1,106.76 ten thousand Yuan 13,199.61 ten thousand Yuan, at the end of 2011 increased 1093% compared to the end of 2010, increases the scope to be big. Some bills are the place rural credit cooperative's settlement center and place small financial institution draw up, the bill management has certain risk.

11th, part company exists has not fulfilled rigorously the fund payment approval process and contrary payments fund situation.

(1) in Lianyungang the compound switching audiences compound materials Group Company limited in May, 2011 withdraws the cash total 390,000 Yuan, behind the evidence for keeping account the appendix is only the cash check checkstub, non-verification list.

(2) Suihua North Company in April, 2011 pays the ripe money for materials 2,850.00 ten thousand Yuan, in May, 2011 payment electrical bill funds 1.04 million Yuan; Kiamusu northern the company in 2009 10 monthly pays pay Huanan County the Finance bureau land fees 1,560,900 Yuan; Hegang northern the company in 2011 6 pay monthly the Kiamusu North Company ripe money for materials 350.10 Yuan, the above large quantity fund payment does not have the examination list.

(3) Xuzhou Zhonglian limited company fund management has the following problem one through the different company back and forth payments fund, these funds back and forth pay the approval formalities not to be incomplete, only then February's, 2010 the agreement written directive from a superior of Chinese union cement Group Company limited finance department, back and forth will henceforward pay does not have Chinese union cement Group Company limited written directive from a superior. For example: Among December, 2011 bank accounts back and forth transfers accounts 3,675.00 ten thousand Yuan, non-examination document.

Moreover, back and forth transfers accounts through the construction industry with the Nanjing triumphant

abundant cement engineering firm. If in April, 2011 pays the Nanjing Triumphant Abundant Company construction industry 15,840.00 ten thousand Yuan; In April, 2011 pays the Nanjing Triumphant Abundant Company construction industry 14,200 ten thousand Yuan; In May, 2011 pays the Nanjing triumphant abundant construction industry amount 12,500.00 ten thousand Yuan, this fund readjustment does not have the examination of Chinese union cement Group Company limited, has February's, 2010 the agreement written directive from a superior of Chinese union cement Group Company limited finance department.

Second, the engineering project fund payment does not conform to the contract and project management system request. After, till at the end of 2011 Xuzhou Zhonglian cement limited company 10000 tons cement engineering project, its fund payment has achieved the engineering project aggregate amount 89%, after contract agreement only then completion approval qualified, pays money to the contract amount 80%, this engineering project hand over completed work approval, has not settled accounts, un-completion final accounts not to conform to the contract terms.

Third, to exist has not authorized the first payment phenomenon. During Chinese union cement Group Company limited project construction about the fund payment examination related regulation, the related project's construction industry, the equipment funds and material money for materials and so on is responsible for rear area the examination being able to pay by Chinese union cement group project department. Xuzhou Corporation in August, 2010 pays to the Nanjing triumphant abundant design spends 1 million Yuan and in November, 2011 to pay to the Hebei construction work group progress funds 4.711 million Yuan, the payment time is earlier than the vetting period.

[Five]The staff salary that the staff salary business accounting criterion (2006) limits is to refer to the enterprise gives multiform rewards as well as other related disbursements for the service that to obtain the staff provides, all currency salaries and non-currency welfare that in office and leaves job gives after the staff including the enterprise. The enterprise must accountant, in the staff provides the service during it, the staff salary that will deal with reveals the debt firmly, provides the service according to the staff the profiting object, includes the cost. After the spot-check, some building materials group company companies' bonus welfare and so on through dealing with the staff salary subject calculation, writes down the expense directly.

1. part of company existence personnel wages bonuses directly enter the expense or deposit to deal with the welfare funds, has not carried on the calculation through the wages payable, includes the cost directly, the spot-check involves the amount 81.59 million Yuan, mainly includes in the import-export company, the Bengbu courtyard and Lianyungang compound switching audiences and other companies. For details sees appendix 6.doc (appendix 6.doc) 3. Individual company ultra budget pays the wages.

First, Hunan south cement limited company without authorizing the ultra budget pays the wages.

After the inspection discovery, the Hunan south cement limited company 2010 and in 2011 the ultra budget pays the wages without the approval process. Hunan southern the cement limited company 2010 and 20,112 yearly wages provide the situation are as follows:

Unit: The reality after ten thousand Yuan annual budget number report of audit number addition amalgamated company deduction addition enterprise sends the amount to surpass sends the amount in 2009 13,301.92 13,301.92 in 2010 14,307.95 20,174.95 802.92 19,372.03 5,064.08 in 2011 17,703.19 31,412.18 3,647.07 27,765.11 10,061.92 to act according to south cement limited company "Salary Welfare Management Temporary provisions": The region company salary welfare budget should be examed and approved by the south cement salary committee. Hunan southern the cement limited company 2010 and in 2011 the ultra budget pays the wages without the approval process.

Second, the building materials investment company ultra budget pays the wages.

In 2011 building materials investment limited company checked that wages 3,858.00 ten thousand Yuan, the company wages idea raises 4,854.98 ten thousand The Yuan, is over the approved total wages 9,969,800 Yuan, does not conform to the stipulation of building materials investment limited company wages and welfare system.

[Six]The connection side relations and connection transaction 1, building materials joint-stock company subordinate's some long-term losses' subsidiary companies change over to the asset management corporation, has not integrated the joint-stock company fiscal statement, the management loses money by the state-owned capitalization company undertakes, has the state-owned rights outflow phenomenon.

Up to now, the Jiangsu big dragon cement Group Company limited that under joint-stock company sets up and other long-term poor management companies integrate the merge fiscal statement of building materials asset management corporation, has not integrated the joint-stock company to merge the scope. The above company mostly is unable to pay debts with their assets, during the audit , to continue to lose money, 5 companies total lose money 180 million Yuan, following table:

Integrates the amalgamated company name 2009-2011 years operating profit (ten thousand Yuan) in Henan Nanyang Aerospace Cement plant 86 Beijing north the ceramics technology 1469 Shandong Lunan cement limited company -10,609 Jiangsu big dragon cement Group Company limited -6,729 Xingtai Xin rock pile

building materials (group) limited liability company -2,888 to equal -18,671 it has been learned that the asset management corporation only to the above company and table, has not implemented the management.

2nd, part company has the connection bargain price not fair and just situation; Some companies have not signed the contract in the connection transaction process. For details sees appendix 7.doc (appendix 7.doc) 3, part companies to exist to the minority shareholders purchases in raw material situation the duplicate condor carbon fiber limited liability company to purchase 2000 tons carbon fiber original silk arrangement to the connection minority shareholder Lianyungang hawk tour textile machinery limited liability company in 2011 (the first stage equipment, and prepares amount 2,680.00 ten thousand Yuan for main production) (contract price). The above item does not conform to SAC about forbidding the staff investment is this enterprise provides the raw material and other enterprise in the relevant provisions.

4th, Ulanchap Zhonglian cement limited company is connected the side to take the fund to be big, and has the trade or craft competition.

By December 31, 2011, Ulan Zhonglian account receivable - Inner Mongolian Hua Li cement limited company amount 11,237.65 ten thousand Yuan. The Inner Mongolian Hua Li cement limited company has 10.19% stockholder's rights minority shareholders for Ulan Zhonglian, main business cement and chamotte, is partially engaged the minerals, real estate, electricity generation, business and so on, the company nature for the privately operated joint-stock company. The main business service and principal work conflict of Ulanchap Zhonglian cement limited company, has the trade or craft competition. After the inquiry, some shareholders of Inner Mongolian Hua Li cement limited company unite the cement Group Company limited Inner Mongolia operation area and this operation area company in China hold an office in the management. Because is unable to obtain the concrete shareholders of Inner Mongolian Hua Li cement limited company to be detailed, is unable to check specifically personally.

[Seven]The management owned stocks and holds concurrent jobs to take the firewood and duty to spend the aspect this time to audit us to own stocks, concurrent job and duty to spend management, official car and communication subsidy and other aspects to conduct the inspection to the building materials group management, discovered for various reasons, in the group the management owned stocks the phenomenon to be quite common, regarding this designed the related commercial management concurrent job, to take the firewood and owns stocks the situation survey form, requested in the group various companies to report voluntarily, but up to now has not received the definite compiling situation.

The inspection discovered:

1st, management owns stocks and participates in the drawing bonus item part company having the management to have the lower echelon stock entire and participates in the drawing bonus item, does not conform to the SAC relevant provision, special details following table:

Was owned stocks the unit higher authority company to own stocks the management name and duty ownership percentage note happy Chair industry Kazakh Bolivia courtyard Chen Hui 0.70% three years to draw bonus 28,000 Yuan Vice-President Li Youqing 10% three years to draw bonus 400,000 Yuan Vice-President Zhang Yan 0.50% three years to draw bonus 20,000 Yuan other 7 intermediate deck 6.00% three years to draw bonus 240,000 Yuan Anhui Ruitai Ruitai science and technology deputy general manager Zhang Jinlong (to have 31.18% in 2012 to be deputy general manager Nanjing triumphant abundant international construction project President Feng Jianhua vice 15.09% three years to draw bonus indirectly) 42.252 million Yuan Taishan gypsum northern new building materials stock trustee and deputy general manager Jia 5.00% in 2011 to draw bonus 5 million Yuan Taishan gypsum Shandong Taihe building materials Jia to hold the Shandong Taihe 14.00% Shandong Taihe with the spring with the spring is TaishanThe gypsum minority shareholders, in 2011 draw bonus in 14 million Yuan Hefei Chen light industry machinery limited company Hefei Light industry Machine shop Business management center director Shao sensitive 1.00% in 2010 to draw bonus 10,000 Yuan Nanjing triumphant abundant international construction project limited company China building materials international construction project Group Company limited President Feng Jianhua vice 15.09% 2009-2011 years to accept to draw bonus 4,225.2 ten thousand Yuan 2, Beixinjituan building materials limited liability company trustees and managements have the listed company stock, owns stocks the situation are as follows: Name and post tenure in office beginning and end date at the end of 2009 will own stocks several at the end of 2010 to own stocks several at the end of 2010 to own stocks counts trustee Cui Lijun, the building materials joint-stock company trustees 2008.07 30,420.00 30,420.00 30,420.00 is the range trustee and deputy general manager 2008.07 30,420.00 30,420.00 30,420.00 weeks permanent deputy general managers 2008.07 22,815.00 22,815.00 22,815.00 imperial palace deputy general managers 2006.01-2010.03 1,200.00 in 2010 resigns 3, leaders to receive outside the year salary the currency to receive until now until now until now for 2009-2011 years, Kazakh Bolivia courtyard members of leadership team except receiving outside basic yearly salary and achievements bonus, will also receive other currency income, the forest article (vice-president) will receive total 44180 Yuan again, Zhang Yan (vice-president) will receive 64318 Yuan, Chen Hui (chief) Receives 146590 Yuan, Yu Jinsheng (vice-president) 77427 Yuan, the above amount is the leave with pay, the

heating expense as well as the building materials industry association management innovation prize and group innovation prize and so on. This matter item does not conform to SAC about the relevant provision of central enterprise person in charge salary management.

4th, holds concurrent jobs to draw salary the item part company personnel to exist to hold concurrent jobs to draw salary the situation, does not conform to the SAC relevant provision, specifically following table:

Name and post concurrent job duty draws salary the amount Yang Yu people international construction project chief financial officer Bengbu courtyard vice-general meeting side to be popular technical trustee 93,000 Yuan Qu Xinjian The material group finance department manager side is popular in technical trustee 93,000 Yuan Wang Bing in building materials joint-stock company vice President northern new building materials chairman 72,000 Yuan Cui Lijun the building materials joint-stock company trustee northern new building materials trustee 108,000 Yuan often in Zhang Li building materials joint-stock company vice-Dong Mi, vice President northern new building materials trustee 108,000 Yuan Jia the northern new building materials Taishan director and in general manager 72,000 Yuan Cao Jianglin the building materials joint-stock company executive director and in president northern new building materials board of supervisors president 108,000 Yuan Hu Jinyu the building materials joint-stock company ministry of audit general manager northern new building materials supervisor 108,000 Yuan basis State Properties Management Commission national capital to send to assign [2004]227 number "with the spring northern new building materials trustee and deputy general manager about printing and distributing the central committeeThe notice" fourth chapter of 18th relevant provision of enterprise official salary management tentative method, the enterprise key personnel in charge holds a concurrent post with compensation in the sub-enterprise, must report SAC to authorize.

Manages round of [2009]26 number "State-owned business Leadership personnel Honest Employed Certain Stipulation" according to the CCP central committee staff office document in the second chapter of fifth stipulation state-owned business leadership personnel must loyally carry out the responsibility. Do not have the following behavior: Holds a concurrent post of this enterprise without the authorization the leadership position of other investment enterprise or enterprise, the institution, the social group and facilitating agency, or by authorizing to hold concurrent jobs, receives other salaries and income arbitrarily.

[Eight]The asset management and property rights 1, handling stockholder's rights or the fixed asset procedure have not carried on to process some companies to have the processing property about the gauge and to the long-term closing down business company not to gather the gauge, processes without Group document reply, to closes down business not to have the normal production enterprise not to deal with for a long time promptly. For details sees appendix 8.doc (appendix 8.doc) 2, part companies to have the property rights unclear or has not handled the certificate of title. For details sees appendix 9.doc (appendix 9.doc) 3. Some company asset long-term idles have not played the role.

First, the Chinese duplicate material has the idle asset not to process promptly, the asset management needs to further strengthen.

After the spot-check, the Chinese duplicate material is situated in Hainan Haikou's real estate, the original value 919,100 Yuan, amortize 391,700 Yuan and net worth 527,400 Yuan. At present, this real estate idle, the Chinese duplicate material outward has already not hired, its handling, the property operational management does not need to further strengthen.

Second, the Engineers International Corp. paid the large quantity fund purchase land not to display to affect on May 28, 2006, "Constructed Chinese Triumphant Abundant Glass New Materials technology Industry Garden Cooperative agreement with Whole Development of" Bengbu Longzihu District people's government sign, on August 29, 2006 "Handled Chinese Triumphant Abundant Glass New Material Technology Tech industry Garden Land Property card Reply about Chinese Building materials Project" according to the Chinese building materials limited liability company (building materials stock branch sends the (2006)219 number). By December 31, 2011, the company paid the land to Longzihu District people's government Department and other expense 157,565,707.04 Yuan: 122,565,797.00 enters the intangible asset to obtain the related proof (land area 949,899.90 square meters), the imprest fund remaining sum 35,236,205.78 Yuan are surplus have not obtained the power card land part the imprest fund (land area 273,085.10 square meters). Up to now, the above land idle has not carried on the development.

Third, the Chinese compound materials Group Company limited low efficiency property has not processed promptly, the asset management needs to further strengthen.

Chinese compound materials Group Company limited department in Hainan Haikou, the original value 919,100 Yuan, amortizes 391,700 Yuan and a net worth 527,400 Yuan real estate to leave unused for a long time, has not hired outward, and has not handled, the property card handled the date is in 2005 and nature for civil, altogether 410.09 square meters.

5th, Ulanchap Zhonglian cement limited company inventory management and financial calculation need to further enhance cut off on December 31, 2011, the Ulanchap Zhonglian cement limited company stores goods - acquisition of material puts on somebody's account - 3,483.86 ten thousand Yuan and goods in stock - raw

material/tuff puts on somebody's account - 81,400 Yuan and goods in stock - raw material/repair/cement puts on somebody's account with spare parts - 195,000 Yuan (in 2011 not tendency will have volume), enterprise at present in self-examination, after understanding will have partially is the antithetical couplet company will estimate the funds temporarily, suggested that the financial, purchase and warehouse three departments will check cleaning up as soon as possible, and will strengthen to purchasing, warehouse's service supervision.
6th, Beixinjituan building materials limited liability company should improve the management of property property rights.

By December 31, 2011, the Beixinjituan building materials limited liability company subordinate 25 subsidiary companies' real estate involved 56,079.65 ten thousand Yuan not to handle the property card, primary cause to rent land, path plan and so on. And Ningbo northern new building materials limited company has not handled the title to the house the reason for with the dispute that the construction side has not solved, thus has not for the present handles the house certificate of title.

North Ningbo new newly-built gypsum board production line project is completed in April, 2008, because has the great dispute with the construction civil engineering's project construction project settlement process (in lawsuit stage), the construction refuses to submit the material, causes the building office unable to set up a file, thus is unable to handle the title to the house. The reason is as follows:

In August, 2011, the plaintiff Zhejiang Jianan industrial group limited liability company (i.e. "Zhejiang Jianan industrial corporation") takes Ningbo northern the new building materials limited company not sum total payment construction project contract funds as the reason, sues Ningbo north newly to the Ninghai County people's court, requests to pay the construction industry 15.797 million Yuan, the interest 4,111,300 Yuan, total 1,990.83 ten thousand Yuan. Before this case occurred, original construction side reports to high authorities for their investigation and examination the project settlement resultant is 5,683.98 ten thousand Yuan, north Ningbo invited the third party auditing office to carry on the audit to the building cost of projects newly, the building cost of projects after original audit was 35,811,400 Yuan, and based on the finding of audit and contract agreement payment project cost, has paid 32,736,200 Yuan by the end of 2011, but this result has not obtained the construction side approval, the construction side settled accounts the examining and lowering quantity not to be unsatisfied to completion, the interrupt settlement work, filed the lawsuit. Plaintiff Zhejiang Jianan Corporation filed the charge because of the discontented finding of audit, accepted this case's court to entrust the third party auditing office to carry on the audit to the involved building cost of projects separately, the above audit process was in progress, Ningbo northern new has answered a charge, the case tried to carry on.

Because completion settles accounts has not completed, therefore the actual total construction cost cannot confirm.

[Nine]The accounting information and accounting for details see appendix 10.doc (appendix 10.doc) 1, part company to have the bookkeeping processing not standard situation.
2nd, part corporate expense does not reimburse promptly, causes the large quantity expense cross time, with reimbursing the bill does not gather gauge and other items.
4th, Liaoyuan Wei Tianjin Corporation has the mining right that has not deposited.
5th, part exists has not tracked the cleaning up long-term creditor's rights and debt item promptly.
6th, the northern cement has some companies to owe tax money phenomenon.

[Ten]Other (1) Chinese union cement Group Company limited Huai marine transportation barracks area and Inner Mongolian Operation Area Respective Company's cement and chamotte selling price slides unceasingly, faced with big operational risk.

After the inspection analysis discovery, Zhonglian Huai Marine transportation Barracks area Respective Company's cement and chamotte selling price slides unceasingly, faced with big operational risk.

The primary cause one is the market produces to increase unceasingly has been bigger than locality's market demand by far; Second, of a conch cement corporation Zhonglian Huai marine transportation barracks area's major competitors goes into production at the end of 2011 in the Yangtze River both banks about 20 million tons line cement clinker one after another, and conch cement corporation itself production cost is relatively low, moreover goes directly to the Huai Hai region through the water transportation, the overall cost is lower, urges locality's cement price to drop directly. Some coal electricity background enterprises also step in the cement industry (for example Shandong Shen Feng, Quan Xing as well as Huaibei Shan Gongsi and others), these enterprises have the relative coal electricity cost advantage, reduced the cement production cost directly. For example: 2011 year cement clinker including the tax average price in 330 Yuan each ton, dropped to early June, 2012 to each ton average price in 250 Yuan, dropped 24% compared to the opening.
Third, from the interior, Zhonglian Huai marine transportation barracks area raw material and labor cost overall assumes the trend of escalation, if will restrict production on own initiative will further also enhance the cement clinker cost, if not restrict production will further increase the market cement clinker capacity. And part cement corporation is below 5000 tons production line, the unit run cost is relatively high, like Xuzhou cement limited

company daily output average per person production cements and chamotte in the recent 3 years about 30 tons, Huai Hai Zhonglian cement limited company daily output average per person production cements and chamotte in the recent 3 years about 22 tons.

Fourth, adopts risk that from the company the counter measures, Zhonglian Huai marine transportation barracks area adopts restricts production deals on own initiative with the way of market coordination. But restricted production on own initiative further increased cement and production cost of cement clinker. Because local cement corporation are many, understanding not to be unified, the market coordination difficulty is also big, not necessarily can achieve the expectation effect. If Zhonglian Huai marine transportation barracks area only Xuzhou area cement corporation reaches 40, the sum total produces to amount to 137,500 tons, Zhonglian Huai Hai region cement clinker market share is only 21.8%, cement market less than 10%, control market ability is insufficient. Zhonglian Huai marine transportation barracks area average cement clinker cost each ton about 190 Yuan, if during again considers to sell and so on expense, according to the present selling price, Zhonglian Huai marine transportation barracks area's profit space was not big, faced with big market operation risk.

Ulan Zhonglian design daily production can 12000 ton and at the end of 2011 altogether have the staff 1382 people, its actual average per person daily production cement 1.76 tons and chamotte 8.18 tons (produce 300 days of computation according to every year). Owes by the end of 2011 pays old-age insurance and common reserve fund equals 2,725.33 ten thousand Yuan. From the above Inner Mongolian cement market and actual situation in Zhonglian Inner Mongolia operation area each enterprise, the cement operational risk appears gradually, needs to further enlarge the strength to reduce the cost and coordination price.

(2) the production gypsum board's raw material desulphurization gypsum price rises unceasingly, the building materials limited liability company production operation increased uncertainty to Beixinjituan.

The Beixinjituan building materials limited liability company main product is the gypsum board, the production gypsum board main raw material is the desulphurization gypsum, main supplier for regional power plants, but because recent years cement plant also massive use desulphurization gypsum production cement product when lives the factory cement various target requests to desulphurization gypsum is not high, supply-demand relationship change of quietly causes the desulphurization gypsum the price to rise gradually, the price from 5 Yuan/ton already rises to the present about 100 Yuan/ton, the raw materials price increase scope is huge, the production operation to enterprise produced in a big way has affected and has brought certain disadvantage factor.

2nd, other items:

(1) Liaoyuan Wei Tianjin Corporation 2010 annual audit report (inherent responsibilities international accounting firm limited company and inherent responsibilities Beijing SJ(2011)1092 number) reflected that "intangible asset - land employment right" depreciation prepares the amount is 4,218,300 Yuan, the report of audit annotation's reason is: "Land employment right opening depreciation's reason increased funding according to the evaluation value in 2005 to the Jingang cement plant for Liaoyuan Jingang Cement LLC; When this company parent company on December 29, 2009 acquired this company stockholder's rights, the neutral assets appraisal limited company has evaluated to its property in December 2, 2009, then re-evaluated based on land condition, forms depreciation 4,218,300 Yuan". Because we cannot obtain above the asset evaluation report of mention, therefore is unable to prepare to express the audit opinion to this depreciation.

(2) Jiangsu Liyang south cement limited company not or has the item to pass through the inspection according to the relevant provision disclosure, the Liyang south cement limited company involves the following civil action:

The Liyang Chinese lived special cement limited company (presently Jiangsu Liyang south cement limited company predecessors) separately in March 3, 2005 and on November 10, 2005 and on June 12, 2006 with Haicheng The city special fire-proof material limited company has signed the purchase magnesia brick and magnesium fire clay contract. The Haicheng special fire-proof material limited company lives the special cement limited company to provide the value to the Liyang Chinese is 2,581,800 Yuan cargo, the Liyang Chinese lives the special cement limited company to pay 800,000 Yuan loans successively, the spare money 1,781,800 Yuan until now unpaid.

On October 24, 2011 Haicheng was especially the new fire-proof material limited company to file the charge to Liaoning Haicheng people's court, requested south Liyang to pay him to lend 1,781,800 Yuan and interest, civil ruled after Liaoning Haicheng people's court[Beginning (2011) sea people three character No. 00479], The court has frozen Liyang southern 2.2 million Yuan bank deposit. By the audit date, this lawsuit has not ended. Above or has south item Liyang not to carry on the disclosure in the financial report.

==(3) Taishan gypsum limited liability company about American gypsum board lawsuit situation. In 2009, the American many house-owner and building companies take the gypsum board to have the quality problem as the reason, sued including the northern new building materials and Taishan gypsum domestic and foreign gypsum board producer, seller, the house construction contractor several hundred enterprises, the request has compensated because of various losses that the gypsum board quality problem had.==

The northern new building materials made "Beixinjituan Building materials Limited liability company in May 28, 2010 about American Gypsum board Event's Announcement". The northern new building materials and Taishan gypsum receive separately from the US about the amount that using the Chinese gypsum board lawsuit's delivery subpoena mentioned are 150,000 US dollars and 5.225 million US dollars. In May, 2010, in the situation of Taishan gypsum absence, the Louisiana east district federal court requests the Taishan gypsum to declare to seven plaintiffs the loss that causes because of the use gypsum board compensates 2,609,100 US dollars.

In 2010, the Chinese building materials Group Company limited and Chinese building materials limited liability company, the northern new building materials and Taishan gypsum invites the American well-known law office to take the legal adviser separately, deals to the related American gypsum board lawsuit. The Taishan gypsum answers a charge the US about using the Chinese gypsum board law case from June, 2010, cuts off in 2011 to pay an attorney expense 59 million Yuan attorney to spend, at present the case is in the plaintiff and defendant both sides to present evidence the stage mutually, when will rule unable to forecast.

The 10th page

--- Summary Information ---
1: 936 PID_TITLE:
PID_SUBJECT:
PID_AUTHOR: MC SYSTEM PID_KEYWORDS:
PID_TEMPLATE: Normal.dot PID_LASTAUTHOR: Zhuo Hongying PID_REVNUMBER: 59 PID_APPNAME:
Microsoft Office Word PID_EDITTIME: Wed Jan 03 20:48: 00 CST 1601 PID_LASTPRINTED: Tue Aug 09
19:26: 00 CST 2011 PID_CREATE_DTM: Mon Aug 01 13:21: 00 CST 2011 PID_LASTSAVE_DTM: Wed Jul
04 17:59: 00 CST 2012 PID_PAGECOUNT: 1 PID_WORDCOUNT: 3894 PID_CHARCOUNT: 22199
PID_SECURITY: 0

--- Document Summary Information ---
PID_CODEPAGE: 936 PID_COMPANY: MC SYSTEM PID_LINECOUNT: 184 PID_PARCOUNT: 52 17: 26041
23: 730895 PID_SCALE: false PID_LINKSDIRTY: false 19: false 22: false 1: 936

**五、审计中发现的问题**

**【一】集团管控方面**

泰山石膏股份有限公司对控股、参股公司其他股东转让股权时股东会或董事会对是否行使优先受让权未作出决议。且2009年收购个人股权未经泰山石膏董事会、股东会及北新建材和中建材股份公司批准。

2008-2009年期间，泰山石膏所属下属8家控股、参股公司股东泰和建材有限公司（泰山石膏高管和员工持股公司）将股权转让给个人，泰山石膏对是否行使优先购买权，无相关决议，董事会也未对管理层进行授权。 2009年一2011年又经高出原股权受让价格对这8家公司的个人股权进行了收购。详情见附件1.doc。

**【二】投资管理方面**

（一）联合重组及并购过程中的问题

根据中国建材集团公司资本运营管理办法（CNBM-ZT-01）第二章 收购、兼并的管理规定：企业与目标企业达成并购初步意向后，须向集团公司提交可行性研究报告，由集团公司对该并购行为进行批复。集团公司收到并购可行性研究报告后，将视情况组织有关部门及专家进行评估、论证，对于不符合企业发展战略和在财务上不可行或存在较大风险的并购方案，将予以否决。集团公司审议通过的并购项目，交由并购项目企业具体实施……企业完成并购项目6－18个月后，应向集团公司提交并购后评价报告。

**经审计发现如下问题：**

**1、并购程序不到位、项目论证不充分导致遗留问题和发生损失。**

**一是泰山石膏股份有限公司收购资产设立公司等事项论证不充分，对是否新建或是收购未进行论证，致使收购后公司无法正常经营或投入大量资金进行技改。**

（1）2009年5月14日泰山石膏股份有限公司与银川经济技术开发区玉林建材有限公司（以下简称"玉林建材"）分别出资330万元和270万元设立了泰山（银川）公司。2009年5月18日，泰山石膏股份以1450万元收购了玉林建材剩余部分资产(生产线、厂房)和该公司"石林"商标，2009年8月玉林建材将该持有的股权以原价270万元转让给泰山石膏。

CNBMGRP00331473

泰山石膏股份在上述购买股东资产与受让股权事项均未经中建材股份批准。

收购完成后该公司生产设备工艺落后，无法正常生产运转。2009 年 11 月银川公司决定投资 7019.89 万元重新建设一条名为"宁夏银川年产 3000 万平方米板项目"的生产线。该项目已于 2011 年 4 月投入运营，实际投资额为 6877 万元。

(2) 2009 年 8 月，泰山石膏与山东泰和建材有限公司分别出资 330 万元和 270 万元成立了山东泰和光能有限公司（持股比例为 55% 和 45%），主要经营太阳能高硼硅玻璃管及真空集热管的生产。

公司成立后在未编制项目概算的情况下开始建设玻璃管生产线。该项目建设分二期，一期 2009 年 8 月开工建设，2010 年 3 月建成投产。截止目前，一期未做竣工决算，已投资 1022 万元；二期 2010 年 5 月开工建设，因市场原因于 2010 年 12 月停止建设，已投入资金 547 万元。一期、二期共投入建设资金 1569 万元，自 2011 年起已停产。

2011 年 11 月泰山石膏收购了山东泰和建材有限公司持有的全部股权，资产评估价 257 万元，成交价 257 万元。山东泰和光能 2010 年和 2011 年分别亏损 60.87 万元和 91.96 万元。在太阳能高硼硅玻璃管行业产能过剩，产品滞销的情况下收购山东泰和建材有限公司股权不符合公司收购的基本原则。

**二是湖南南方水泥有限公司股权收购协议存在瑕疵，导致资产所有权存在风险，且可能承担前股东欠付的相关费用。**

湖南南方于 2008 年 7 月 31 日完成对兆山新星集团浏阳水泥有限公司的并购，2009 年 2 月 10 日更名为湖南浏阳南方水泥有限公司，转让价款为 37,971.96 万元，股权转让协议未对资产权属证书的办理进行约定。截止 2011 年 12 月 31 日，湖南南方已将全部股权价款支付完毕，而浏阳南方账面约有 1.35 亿元的资产未办理过户手续，所有权人为兆山新星集团湖南浏阳水泥有限公司。其中：房屋建筑物账面原值 12,928.22 万元；土地使用权账面价值 677.59 万元；奥迪 A6L 轿车一辆，账面原值 40.57 万元。未办理产权变更的原因为土地出让金和契税拖欠。

上述事项导致资产所有权存在风险，且因此可能承担前股东欠付的土地出让金和契税。

**三是南方水泥对个别公司并购过程管控不严，对并购结果监督不到位，部分收购资产所有权存在一定风险。**

(1) 江苏南方水泥有限公司于 2009 年 12 月 31 日和 2010 年 8 月 31 日，两

CNBMGRP00331474

次收购江苏青狮水泥有限公司的股权，2010年8月31日江苏青狮水泥有限公司成为江苏南方的全资子公司，并更名为江苏阳羡南方水泥有限公司。收购时公司账面原值8,759.98万元的房屋建筑物，因相关手续不全，均无相应的权属证明，截止审计日上述资产仍未办理相关权证。

（2）南方水泥有限公司于2008年1月收购浙江虎鹰水泥有限公司股权，因原股东未按要求办理土地证和房产证，至交接日公司尚无土地证与房产证。收购协议约定预留原股东收购款2,000万元作为保证金，保证公司取得相关的营运资质证书、资产权属证书等权证。经多方努力于2010年8月补办了土地证。但房屋建筑物尚未取得房产证，其账面原值7,805.38万元，累计折旧1,058.00万元，已提减值准备954.76万元，账面净值5,792.35万元。

（3）江苏青狮水泥有限公司（阳羡南方前身）2003年6月与宜兴市苏源农电服务有限公司签订土地及房屋建筑物转让协议，受让其土地8.45亩，综合楼一座，建筑面积1,708.90平米，总价182万元，协议约定转让价款支付完毕，宜兴市苏源农电服务有限公司协助江苏青狮水泥办理相关权属证明。截止2009年12月31日，青狮水泥只支付了130万元转让款。2010年8月31日江苏青狮水泥有限公司并入南方水泥，成为江苏南方的全资子公司，并更名为江苏阳羡南方水泥有限公司。并购时经审计、评估确认将上述综合楼作为固定资产纳入并购资产范围，现为阳羡南方的办公楼。由于未按转让协议支付全部价款，相关权证至今未办理，能否合法拥有该办公楼的所有权存在不确定性。

收购资产产权不清，容易导致产权纠纷，资产所有权存在一定的风险。

**2. 国际工程公司收购姚旦、邢飞等自然人占深圳市凯盛科技工程有限公司18%的股份，蚌埠院收购淮南市永桢机械有限公司持有蚌埠院6.10%的股份时，未对股权收购价值进行评估。**

2009年12月10日深圳市凯盛科技工程有限公司股东会决议通过并经中建材股份第四次总裁办公会批准，国际工程公司以130.22万元的价格收购自然人持有深圳市凯盛科技工程有限公司18%的股权，账面原价90万元。但收购价格未经专业机构进行评估。

2010年4月29日召开的蚌埠院办公会决定通过淮南市永桢机械有限公司将其所持凯盛重工6.1%价值为610万元股权以大信会计师事务所出具的大信审字[2010]第1-0302号报告审定的净资产6.10%定价为779.487万元转让给蚌埠

CNBMGRP00331475

院。该转让价格未经专业机构进行评估。股权收购未见集团公司批复。

上述事项不符合《中国建筑材料集团有限公司资产评估管理办法》关于收购非国有单位资产需评估的相关规定。

### 3. 中国联合水泥集团有限公司收购乌兰察布中联水泥有限公司（以下简称"乌兰中联"）及收购其子公司中存在的问题。

（1）乌兰察布中联水泥有限公司在被中国联合水泥集团有限公司并购前存在大量预付工程款，截止 2011 年 12 月 31 日总金额在 1.68 亿左右，虽已根据会计政策已经计提坏账准备 4,204.12 万元，但仍存在潜在损失。

2010 年 3 月份，中国联合水泥集团有限公司收购内蒙古乌兰水泥集团有限公司后更名为乌兰察布中联水泥有限公司（以下简称"乌兰中联"）。并购前乌兰中联是一个集团公司，集团内的所有工程款项均由乌兰中联公司本部代为支付。因工程管理不规范，款项支付时无相关的工程立项、工程结算等其他书面文件，导致后期会计账上无法分清支付的款项具体归属的工程项目、施工单位，预付工程款长期挂账。2010 年并购时也未落实挂账的具体原因和性质，目前无法判断是否具有可收回性以及对相关资产价值的影响。

（2）乌兰中联溢价收购子公司少数股东股权未经评估、未代扣个人所得税。

乌兰中联下设子公司乌兰察布蒙中水泥有限公司。收购前，内蒙古乌兰水泥集团有限公司持该公司 80%（120 万元）股权，自然人陈思堂先生持有 20%（30 万元）。2011 年 6 月 21 日，经过中建材股份批准，乌兰中联将股东陈思堂持有的 20%股权（30 万元）以协议价 280 万元进行收购，收购后乌兰中联持有乌兰察布蒙中水泥有限司 100%股权。

本次收购溢价 9.33 倍，无第三方的审计及评估报告、未说明溢价的原因、中国建材股份有限公司也未说明定价依据。根据企业提供的立信大华会计师事务所出具的立信大华审字【2011】2679 号审计报告，截止 2011 年 2 月底，乌兰察布蒙中水泥有限公司合并净资产为-1,165.64 万元。

以上收购个人 20%股权时，乌兰中联未代扣代缴个人所得税金额 50 万元、未缴纳印花税 0.14 万元。

### 6. 北方水泥收购事宜存在部分不确定因素

北方水泥公司于 2011 年 1、6 月分别就吉林天汇公司、白城北方公司收购事项与原股东进行了交接，并委派了总经理，实际接管了生产、销售、采购等业

CNBMGRP00331476

务。但至今两公司交接工作未实际完成，如：

①资产权证尚在原股东处，未办理变更；②新建水泥磨项目经检验存在质量问题，需由原股东负责解决，因尚未谈妥，故至今无法办理验收；③两公司内部控制制度严重缺失，缺乏关键控制点的控制措施。

**（二）股权投资**

根据中国建材集团公司资本运营管理办法（CNBM-ZT-01）第五章 新设公司的管理制度规定："集团公司原则上允许二级企业根据集团发展战略和业务的需求，投资新设公司。公司设立前，投资企业将新设公司的可行性研究报告、公司章程以及合同协议等逐级上报集团公司审批。公司设立后，投资企业须将经上一级企业审批的可行性研究报告、新设公司的营业执照、股东名册等报集团公司备案"。

为加对新设公司的管控，建材集团 2010 年制订了《企业设立、变更、终止审批和备案管理办法》，要求"与非国有控股企业或自然人合资设立企业的，不论层级一律逐级报到集团公司批准"。

本次审计发现部分新设公司设立前未报集团公司批准。主要问题如下：

**1. 投资程序执行不到位。**

**（1）泰山石膏股份有限公司设立子公司未经中建材股份公司批准。**

2009 年至 2011 年泰山石膏共成立了 11 家子公司，其中只有 5 家经中建材股份批准，且存在股东大会最终批准时间与实际完成时间后置的现象，如下表所示：

| 名称 | 成立日期 | 股东会审批 | 建材审批情况 | 投资额 | 持股比例 |
|---|---|---|---|---|---|
| 泰山石膏（江西）有限公司 | 2009 年 3 月 | 2009 年 5 月 | 未审批 | 1050 万元 | 70% |
| 山东泰和光能有限公司 | 2009 年 10 月 | 2009 年 7 月 | 未审批 | 330 万元 | 55% |
| 泰山石膏（巢湖）有限公司 | 2010 年 12 月 | 2011 年 2 月 | 2011 年 5 月 | 3000 万元 | 100% |
| 泰山石膏（聊城）有限公司 | 2011 年 6 月 | 2011 年 8 月 | 未审批 | 3000 万元 | 100% |
| 泰山石膏（南通）有限公司 | 2009 年 11 月 | 2009 年 11 月 | 2010 年 1 月 | 3500 万元 | 70% |
| 泰山石膏（广东）有限公司 | 2009 年 4 月 | 未审批 | 未审批 | 3000 万元 | 100% |
| 贵州泰福石膏有限公司 | 2009 年 9 月 | 2009 年 7 月 | 2009 年 12 月 | 3000 万元 | 60% |
| 泰山石膏（银川）有限公司 | 2009 年 5 月 | 未审批 | 未审批 | 600 万元 | 100% |
| 泰山石膏（四川）有限公司 | 2010 年 3 月 | 2010 年 6 月 | 未审批 | 3000 万元 | 100% |
| 泰山石膏（辽宁）有限公司 | 2010 年 11 月 | 2011 年 2 月 | 2011 年 5 月 | 3000 万元 | 100% |
| 泰山石膏（湖北）有限公司 | 2010 年 11 月 | 2011 年 2 月 | 2011 年 5 月 | 3000 万元 | 100% |

江西、泰和光能、聊城、广东、银川、四川家公司未报建材股份公司批准，

CNBMGRP00331477

也未报集团公司备案。

**（2）中建材投资有限公司投资南方石墨有限公司存在程序不到位、被投资公司未来经营存在较大风险等问题。**

2011 年 3 月 7 日经中国建材股份有限公司批准，中建材投资有限公司投资 5 亿元设立南方石墨有限公司，占南方石墨有限公司总股本的 50%，作为资源开发业务平台，在郴州开展整合石墨资源产业。南方石墨公司于 2011 年 3 月 25 日正式注册成立。截止 2011 年 12 月 31 日，南方石墨有限公司已发生投资额 18.8 亿元，资金的主要来源为股东投入的 7 个亿外及向银行贷款 10 个亿。

2011 年 12 月 30 日中国建材集团第二届董事会第十七次会议审议并通过设立南方石墨有限公司并在湖南郴州开展石墨业务的议案。新公司注册资本 10 亿元，中建材投资出资 5 亿元，占比 50%，原矿主出资 3 亿元，政府及其他投资者出资 2 亿元。该项目计划投资 50 亿元，一期拟投资 20 余亿元。

该项股权投资存在下列问题：

（1）集团董事会召开并批准时间滞后，南方石墨公司在集团董事会批准时实际上已投入资金近 20 亿元。

（2）根据《中国建筑材料集团有限公司资产评估管理办法》第四条规定，投资郴州石墨矿需进行资产评估。截止目前，南方石墨投资项目至今未能取得该项目的资产评估报告，该项目投资论证过程存在瑕疵。

（3）由于石墨开采和加工是一项新型建材资源类业务，中建材集团初次涉足矿山地下开采项目，尚不具备成熟的管理及经营经验，面对目前复杂的局面存在较大的经营风险。

根据南方石墨公司与鲁荷太清矿区资源整合的情况，20 个采矿证中石墨矿权 9 个，煤炭矿权 11 个，公司未来除了开采石墨矿，还要开采煤矿。从目前石墨产业的大环境来看，石墨产业整体发展水平不高，科研水平落后，国内市场价值较低；从公司目前收购的鲁荷太清矿区来看，长期处于低水平开发，安全投入严重不足；环境问题更是突出，矿区植被基本全部被毁，农田水利设施年久失修。2009 年郴州市人民政府对鲁荷太清矿区关停整顿，矿区积水在 3000 万立方以上。目前南方石墨正在进行区内抽水，进行深勘和扩界详勘，以核实项目区内石墨及伴生矿的储量。因此，公司未来经营中存在较大的风险。

**（三）出售股权存在的问题**

CNBMGRP00331478

1、中建材投资有限公司对外转让股权投资，股权转让款逾期未能收回，资金的回收存在风险。

2011 年 9 月 20 日，中建材投资有限公司将持有的全资子公司成都中建投房地产开发有限公司和深圳中建投投资发展有限公司 100%的股权转让给民营企业浙江振成投资有限公司。其中，成都中建投房地产开发有限公司评估价值 15,447.01 万元，交易额 17,000.00 万元；深圳中建投投资发展有限公司评估价值 18,274.63 万元，交易额 19,000.00 万元，两项共计 3.6 亿元。

截止审计日（2012 年 5 月 25 日），民营企业浙江振成投资有限公司欠中建材投资有限公司的股权受让价款 20,110.95 万元（其中本金 1.74 亿元，剩余为延期付款违约金及利息）仍未收回。

**（四）项目投资**

**根据中国建材集团对固定资产投资的管理制度规定：集团公司是中国建材的投资管理中心，行使投资决策权。对集团公司和全资及控股企业的项目进行审批、备案、监控和评价。集团公司在一定限额内授权各二级企业（含视同二级企业管理的企业）对其全资、控股、相对控股的集团三级及以下企业的项目进行审批、监控和评价，授权限额为项目总投资在二级企业净资产 10%以内（但最高不得超过 3000 万元）。……总投资 3000 万元以上的重大项目，应安排对项目可行性研究报告进行评估论证，编写项目评估报告。**

经审计我们发现，上述制度并未贯彻执行，问题如下：

1、部分公司在管理固定资产投资工程过程中，未严格执行集团公司的相关管理制度，超出预算与重大变更未经集团公司审批，部分单位建设项目开工时间早于审核单位审批时间，审批流于形式。详情见附件 2. doc：

（1）投资超概算或概算编制不严谨，主要项目如下：

一是是江西南城南方的 4800T/D 熟料生产线，计划投资 59,750.36 万元，实际投资 69,568.86 万元，超概 16.43，两次申请调整概算，说明概算编制不严谨。

二是徐州中联水泥有限公司 10000 吨水泥线项目在项目图纸未出的情况下即开始招标，导致工程量大幅度变更。如：土建 C 标段与中标单位河北省第四建筑工程公司签订的施工合同中标额 3,581.03 万元（暂估价），2011 年 6 月 22 日签订的补充协议合同额增加至 6,500.00 万元，增加幅度约 82%；土建 A 标段与中国十五冶金建设有限公司原签订的施工合同 3,765.89 万元，补充后合同金额

CNBMGRP00331479

4,040.73 万元；土建 B 标段与中建七局第二建筑有限公司原签订的施工合同 4,026.52 万元，补充后合同金额 5,711.76 万元。以上三个标段共调增 4,879.05 万元，增幅达 43%。

经检查原因主要是由于在招标和设计概算时，项目图纸未出，土建招标清单量和实际施工量存在较大差异。

在土建工程部分无施工图纸、且大幅度超合同额的情况下，该 10000 吨水泥线项目总体投资目前仍然未超过概算（主要是生产系统节约 5,136.00 万元左右，土建投资总体实际投资约 18,044.03 万元，概算 18,385.77 万元，土建投资总体反而节约 341.74 万元，主要是土建工程的中标价格大幅度低于实际工程施工量），说明该工程项目的初步设计概算及概算审查不到位，不利于对工程项目投资成本控制。

**（2）未履行程序先开工后审批的主要项目如下：**

**一是北新股份下属公司镇江北新建材有限公司**生产线项目初步设计未经审批；项目先开工，后审批，程序倒置。

镇江北新建材有限公司 2×3000 万平方米纸面石膏板项目 2009 年 12 月可行性研究报告经中建材股份审批。项目第一期工程于 2010 年 4 月 8 日开工，初步设计总投资概算为 14,562.95 万元，预计年均销售收入 19,170 万元，净利润 5,103 万元，投资回收期 4.48 年。第一期工程于 2010 年 12 月 28 日竣工，2011 年 8 月正式投产。该项目的初步设计未经批复，股份公司批复项目开工的日期为 2012 年 2 月 27 日，晚于项目的实际开工日期。

**二是泰山石膏（四川）有限公司**年产 5000 万平方米纸面石膏板项目 2010 年 6 月 25 日开工，2011 年 11 月 23 日完工。但中建材股份公司对项目可行性研究报告批复日期为 2011 年 3 月 30 日，开工建设批准时间为 2012 年 2 月 27 日。

**三是南方水泥下属公司江西兰源水泥有限公司未严格执行管理流程，项目投资决策失误致使公司蒙受损失。**

2011 年 8 月江西兰源水泥有限公司在原有 2500t/d 熟料生产线生料粉磨系统旁增加辊压机半终粉磨系统，以提高生料产量，节能降耗。该技改项目估算投资 1100 万元，公司未取得南方总部对于该项目投资的审批文件。2012 年 4 月 13 日南方水泥总部领导来江西调研，考虑目前市场情况及产能布局，决定丰城南方兰源厂的辊压机技改项目停建。截止审计日该项目已签订合同金额 913.92 万元，

CNBMGRP00331480

在建工程科目列示工程支出 397.28 万元。

南方水泥新建、扩建、技改项目管理流程规定：投资额在 200-3000 万元的项目必须上报并通过南方水泥总部最终评审，3000 万元以上的项目必须通过股份公司的最终评审。

兰源公司未严格执行上述管理流程，导致投资决策失误，致使公司蒙受一定的经济损失。

**四是南方水泥部分建设项目存在先开工后审批现象。**

**江西丰城南方水泥有限公司**年产 100 万吨的水泥粉磨生产线 2009 年 8 月 1 日开工（概算总投资 6,343.95 万元，实际完成投资额 6,865.74 万元），2010 年 12 月 24 日投产，中建材股份 2010 年 4 月 2 日下发文件批准开工；另外日产 4500 吨熟料新型干法水泥生产线（含 9MW 余热发电）项目 2009 年 12 月 29 日破土动工，2011 年 9 月 9 日点火投产。中建材股份 2011 年 9 月 19 日下发文件批准开工。

**江西兰源水泥有限公司** 4.5MW 纯低温余热发电系统工程 2009 年 4 月 23 日动工，2010 年 2 月 9 日完工投产。中建材股份 2010 年 4 月 2 日下发文件批准开工。

**江西南城水泥有限公司**日产 4800 吨熟料水泥生产线 2009 年 6 月动工，2011 年 7 月完工投产。中建材股份 2010 年 11 月 18 日下发文件批准开工。

**浙江虎鹰水泥有限公司** 2500t/d 熟料生产线纯低温余热发电工程 2008 年 11 月动工建设， 2009 年 5 月完工投产。中建材股份 2009 年 3 月 9 日批复开工。

**2、未按相关部门批准的规模及要求进行建设，建设项目不合规，存在较多风险。**

**（1）江西南方水泥有限公司所属公司江西丰城南方水泥有限公司生产线实际建设产能与立项审批不符，未及时办理变更审批，导致项目竣工验收延误。**

2007 年 12 月 12 日，江西省经济贸易委员会下发《关于核准丰城兰丰水泥有限公司 4000t/d 熟料新型干法水泥生产线技术改造工程的通知》，批准的投资额 29,786 万元。2009 年 3 月 31 日丰城兰丰水泥有限公司被江西南方收购，同年更名为江西丰城南方水泥有限公司，收购后丰城南方同年投资新建 1 条采用窑外分解技术的日产 4500 吨熟料新型干法水泥生产线（含 9MW 余热发电），投资概算 65,672.15 万元，项目于 2011 年 9 月开始试生产，12 月正式投产，实际完成投资 53,736 万元。由于项目实际建设与立项审批产能不符，且未及时办理变更

CNBMGRP00331481

审批，导致项目竣工验收受到一定的阻碍，可能无法按期完成验收程序。

2009 年 9 月 22 日，江西省工业和信息化委员会下发《江西省企业投资技术改造项目备案通知书》，核准江西丰城南方水泥有限公司兴建一条年产 200 万吨水泥粉磨站项目，丰城南方实际建设按年产 100 万吨水泥粉磨站规模建设，项目于 2011 年 1 月正式投产，由于项目建设与审批产能不符，导致项目竣工验收至今未完成。

**(2) 泰山石膏股份有限公司下属子公司泰山石膏（四川）有限公司**新建生产线与向当地政府报批规模有出入，存在一定的检查风险。

2010 年泰山石膏股份有限公司与什邡市人民政府签订投资协议书，泰山石膏在什邡市建设投资 5.1 亿元人民币建设 2×5000 万平方米纸面石膏板生产线。以 2×5000 万平方米纸面石膏板及其配套项目进行申报，什邡市地发改委及相关建设管理部门根据申报按 2×5000 万平方米的建设规模进行批准和备案。同时当地政府在泰山石膏股份有限公司下属子公司泰山石膏（四川）有限公司缴清全部土地款时（土地面积 200 亩，支付出让金 2232.5 万元），政府一次性按每亩 4 万元进行奖励，分摊公共设施按每亩 3 万元奖励，共计奖励 1275 万元。但泰山石膏（四川）有限公司实际建设规模为 3000 万平方米生产线，该项目设计规模变更未经当地政府、发改委、建设局等相关管理部门同意，存在一定的检查风险。

**(3) 镇江北新建材有限公司**投资的 2×3000 万平方米纸面石膏板及年产 5000 吨轻钢龙骨项目。

2009 年镇江北新建材有限公司向镇江句容市发改委进行申报 2×3000 万平方米纸面石膏板及年产 5000 吨轻钢龙骨项目并经备案批准，项目总投资 46000 万元，其中固定资产投资 42090 万元，资金来源为企业自筹资金 13330 万元，其余 32670 万元通过银行贷款解决。批准的备案中规定：建设期间备案内容中的总投资、建设规模变化超过 20%时，应提请发改委及其它有关部门审批；如变化导致备案通知书赖以成立的前提消失，备案通知书将自动失效，并且存在依法撤销的可能。

该项目 2010 年 4 月 8 日开工，2010 年 12 月 28 日竣工。实际建设规模为一条 3000 万平方米纸面石膏板生产线，概算总投资为 20570 万元，实际投资 10,185.392 万元，不足在发改委备案总投资 46000 万元的 50%，该总投资变化未经当地政府、发改委等相关管理部门审批，存在被政府有关部门处罚的风险。

CNBMGRP00331482

**4、工程招投标问题**

**一是泰山石膏（四川）有限公司年产 5000 万平方米纸面石膏板项目存在采购未按规定进行招标、未按规定收取保证金的现象。**

泰山石膏（四川）有限公司 2010 年投资的年产 5000 万平方米纸面石膏板项目存在下列不合规事项：

①石膏棚、煤棚等钢结构工程未履行招标程序，金额 300.56 万元。

②在土建和钢结构招标文件中规定收取 1 万元投标保证金，经抽查账务账簿，未见收取投标保证金的记录。

**二是山石膏（陕西）有限公司**二期年产 3000 万平方米石膏板生产线部分土建及设备工程招标流程不规范。其中土建工程金额 1753 万元，占总投资额的 19.52%，招标过程中未制订详细的评标标准、无评标过程记录与评标报告。

**三是泰山石膏股份有限公司**年产 9.8 万吨护面纸项目部分土建及设备工程招标流程不规范。招标前未编制预算，不利于控制投标价；招标过程中未制订详细的评标标准、无评标过程记录与评标报告。例如抄纸车间土建工程合同金额 1000 万元，石膏板护面纸购买合同 4700 万元。

**四是淮海中联水泥有限公司**投资的 3700t/d 水泥技改项目的设计、概算由南京凯盛水泥技术工程有限公司实施、初步概算的审核公司为华安建材工业工程咨询公司，未进行招标。

**五是徐州中联水泥有限公司** 10000 吨水泥线工程项目初步设计及其初步设计概算的编制直接由中国建材集团下属的关联方南京凯盛水泥技术工程有限公司实施，未招投标。该项目对概算的审核也直接由中国建材集团下属的关联方蚌埠玻璃工业设计研究院执行，未招投标。执行和审核均由内部公司执行，不利于对项目建设的成本控制。

**5、部分项目未及时办理竣工验收手续，也未按要求进行后评价。**

**（1）南方水泥有限公司下属子公司江西南方水泥有限公司工程项目建成后未及时办理竣工验收手续。**

江西南方水泥有限公司 2009 年至 2011 年间新建项目 21 项，总投资概算 400,342 万元，其中 2010 年竣工投产的项目 12 项，投资概算 210,987 万元，截止审计日，新建项目均未办理竣工验收。如：江西上高南方水泥有限公司生产线实际于 2009 年 3 月 29 日正式开工，其中熟料生产线于 2010 年 6 月 1 日点火试

CNBMGRP00331483

生产，水泥生产线于 2010 年 8 月 2 日试生产，余热发电于 2010 年 11 月并网发电，配套的生活设施及生产辅助设施 2010 年 6 月投入使用，办公区于 2010 年 12 月投入使用。截至审计日，上述建设项目均未办理竣工验收，也未向项目审批单位申请延期竣工验收。

**（2）金华南方水泥有限公司部分技改项目未及时办理竣工验收，也未按要求进行后评价。**

①江山南方水泥有限公司年产 260 万吨水泥粉磨技改工程于 2008 年开始投资建设，2010 年初已投产，概算总投资 12208 万元，账面实际投资近 15900 万元，超概算 3692 万元。截止审计日，该项目未办理竣工验收，也未向项目审批单位申请延期竣工验收，且未按要求对项目进行后评价。

②浙江虎鹰水泥有限公司 2500t/d 熟料生产线纯低温余热发电工程于 2009 年 5 月 17 日正式试生产，批复投资额为 2789.28 万元，实际投资 2611.86 万元。截止审计日该项目未办理竣工验收，也未向项目审批单位申请延期竣工验收，且未按要求对项目进行后评价。

**（3）淮海中联水泥有限公司工程项目后评价及工程核算管理需要进一步加强。**

①淮海中联水泥有限公司 2009 年开始建设的石灰石均化库结构大棚(配料库)项目，土建部分 2009 年 6 月 17 日开工，2009 年 9 月 7 日完工。钢结构等主体工程在 2010 年 2 月 22 日开始动工，2010 年 6 月 30 日完工，总投资额 1,116.00 万元，但直到 2011 年 12 月才根据审计要求转入固定资产。截止目前该整体工程项目仍然未进行竣工决算及组织验收。

②淮海中联水泥有限公司投资的 3700t/d 水泥工程项目，2010 年 11 月 30 日编制完成竣工决算表，2011 年 3 月 10 日出具竣工决算报告，总投资额 30,864.58 万元（其中建设期利息 1,845.00 万元）。截止到 2012 年 6 月底，中国建材股份有限公司对该项目的验收及后续评价工作仍然未开展。

中建材集团固定资产投资项目竣工验收管理办法: 建设项目原则上需在项目试生产后 6 个月内进行竣工验收，因特殊情况不能在规定期限内验收或不能按计划验收的项目，需向项目审批单位书面报告并说明原因，经项目审批单位批准后，可适当延期进行竣工验收，但最长不得超过 8 个月。

CNBMGRP00331484

**7、部分固定资产投资存在风险**

抚松金刚公司 2011 年 6 月支付抚松县财政局 1,500 万元用于购买 100 亩土地，因涉及纠纷影响土地使用证的未能办理。

具体情况见附件 4.doc

**【三】内部控制建设及风险管理方面**

**1、北方水泥下属子公司内部控制制度设置不完善，财务管理混乱。**

吉林省天汇水泥有限公司及白城北方水泥有限公司执行的内部控制制度仍延续原自行制定的相关规定，由于前期为民营企业，相关制度尚未达到国资委及北方水泥的要求，需进一步完善，如重大事项的决策过程中，均报总经理审批即可，尚未体现集体决策的过程，且缺乏制度性约束；未对供应商的选择进行规定，未建立供应商评估和准入制度；未对合同的审批程序进行规定；未对付款流程进行规定；未建立工程管理相关制度等。

吉林省天汇水泥有限公司与白城北方水泥有限公司财务部合并办公，一起核算，但票据未严格区分，账务处理混乱。如吉林省天汇水泥有限公司 2012 年 3月，记 0021#凭证，付辽源渭津金刚水泥有限公司熟料款 500 万元，计入现金支出，但后附银行回单显示支付账户为白城北方水泥有限公司。

**2、黑龙江省宾州水泥有限公司废旧物资管理存在缺陷。**

宾州水泥有限公司缺乏对废旧物资的管理制度，未能做到废旧物资集中堆放、分类建档、统一管理、及时处理，缺乏针对保管、处置环节的控制措施，容易造成物资积压、资产流失，不利于提高企业综合经济效益。宾州水泥有限公司将生产拆换下来的设备、材料、废料等大部分废旧物资堆放在两处相对集中的废旧物资堆场，部分零散的堆放在其他地方。宾州水泥有限公司废旧物资存量较大，未对废旧物资登记造册，不仅容易造成资产流失，由于废旧物资具有变现价值，容易形成小金库，资金管理存在一定风险。

**3、中国建材国际工程集团有限公司内部控制制度中部分控制环节不完善。**

**一是**未建立资金管理、工程管理等各个控制环节控制的问责制度。国际工程集团有限公司目前对工程项目的考核是考核到项目部，未进行细化，个别项目应收款挂账时间较长，因未制订相关的问责制度，回款效率不高。例：Al Ta afuf Company for Electrical Works(STS)截止 2011 年末应收账款 1.37 亿元，账龄均在一年以上，最长的项目 3 年以上，达 1999 万元。

CNBMGRP00331485

二是固定资产投资未明确规定审批的限额，由下属子公司自行购置。

**4、采购业务未履行招投标程序，不能保证以最优的价格采购到最优的资产或服务**

（1）**连云港中复连众复合材料集团有限公司**委托的的个别物流运输公司未执行招标程序。

广东美味鲜项目，2009-2010 年由灌云县王鑫物流有限公司承运，2011 年运输公司变更为连云港驰祥物流有限公司，未经过招标；2009 年连云港市邦博物流有限公司为连云港中复连众复合材料集团有限公司提供运输服务，也未通过招标，如此则不利于对运输费用的控制。中复连众公司 2009-2011 年三年的销售运输费用分别为 1,744.45 万元、5,523.37 万元和 3,658.41 万元，占销售收入的比重为 0.91%、2.01%和 2.27%。可以看出中复连众公司的运输费用控制需要进一步强化。

（3）**北方水泥**下属公司德全汪清公司 2011 年 6 月与吉林市亦亿物资有限公司签订的废铜渣采购合同，合同金额 1,075 万元；德全敦化公司 2011 年 5 月与吉林省希普水泥助磨剂有限公司签订的助磨剂采购合同，合同金额 190 万元。上述业务未履行招标、询比价程序，且该现象在北方水泥下属公司中普遍存在。

（4）**乌兰察布中联水泥有限公司**未严格执行采购制度。

根据中国联合水泥集团有限公司物质采购管理制度规定，子公司无自主采购如煤炭、备品备件、大宗原材料、部分劳保用品等权限，该部分物资的采购需要中国联合水泥集团有限公司统一招标或者委托内蒙古中联运营管理区统一招标。但是实际检查发现，煤炭、备品备件、大宗原材料、部分劳保用品均由乌兰中联公司物资供应部自主采购，且部分物资采购无运营区负责人签字审核。如 2010 年 12 月 17 日原煤采购评审会议，只有候选供应商鄂尔多斯东胜区北辰石油有限责任公司且无内蒙古运营管理区采购中心审批签字，并签订合同编号 2011/1-1-3；2011 年 1 月 28 日原煤采购评审会议，只有候选供应商鄂尔多斯东胜区北辰石油有限责任公司且并未报内蒙古运营管理区采购中心审批签字，并签订合同编号 2011/1-26-3。

（5）**泰山中联莱芜水泥有限公司**招标比价执行不到位。公司水泥车间的设备维修，对施工方未进行招标，无系统化、流程化的修理费管理制度。如 2011 年 10 对磨机三相异步电机的定子大修发生维修费 6.3 万元，未进行招标。

CNBMGRP00331486

另外,经查公司对废旧物资处置未执行中国联合水泥有限公司相关废旧物资管理规定,如 2011 年 12 月处置废铁收入 12.46 万元,未进行竞标销售。

（6）**日照中联港口水泥有限公司**部分大宗原材料如矿渣粉、助磨剂、柠檬酸渣、转炉渣、红煤矸石等的采购未进行招标比价。抽查发现 2011 年 5 月购转炉渣 25.27 万元、2011 年 3 月购买矿渣粉 24.84 万元、2011 年 3 月购柠檬酸渣 8.78 万元,均未招标。部分通用备品备件如钢球、轴承、托辊、料斗、电机配件、热电阻、润滑油劳保用品均未进行招标比价,如 2011 年 9 月采购劳保用品金额 11.47 万元等。

**（7）根据淮海中联水泥有限公司《废旧物资管理办法》相关规定,大额废旧物资即 2 万元以上的要组织三家以上购买者进行竞标销售,但在检查过程中发现公司并未严格按照此制度执行。**如 2011 年对废耐热钢的处理均销售给兴化市欣欣铸钢有限公司,检查中发现该事项只进行了议标,且只有兴化市欣欣铸钢有限公司参加竞标。如 2011 年 2 月处理废耐钢 30.88 万元、2011 年 8 月处理耐钢 14.47 万元,经了解处理此种废旧材料 2009 年–2011 均由这家公司收购。同样的情况还有 2011 年 2 月处理废旧衬板金额 17.32 万元也只进行了议标且只有临沂金泰特钢有限公司参加议标。

**5、固定资产管理制度不完善,固定资产取得、保管、使用、清查盘点环节未建立必要的控制制度,缺少固定资产责任管理流程控制,未规定固定资产保管和使用部门的职责及固定资产丢失、毁损的责任承担。**

**（1）部分公司未对固定资产进行系统的清理和盘点工作**

**9、部颁公司内部控制制度有待进一步完善。**

（1）常州中复丽宝第复合材料有限公司内部控制制度体系需进一步完善。

经审计发现,常州中复丽宝第复合材料有限公司的内部控制制度相对零散、不成体系,且这些制度未以公司发文的形成正式下发。如:关联交易和销售管理方面无明晰且适合公司的制度,资金管理审批制度未约定具体金额的层级授权审批权限,仓库管理和固定资产管理的相关制度未形成体系,采购管理制度中对外采购授权审批未清晰明确约定。以上这些制度中均未制定奖罚及监督制度。

（1）泰山石膏股份有限公司制度建设不完善

①目前公司制度由执行各业务的部门自行制定,制度也未经公司行文下发,制度间的相互制约关系不强,未形成体系,达不到内部控制的效果。

CNBMGRP00331487

②未制订"三重一大"管理制度。

③未制订相应的职务消费管理管理制度。截止 2011 年底泰山石膏公司无系统的职务消费管理制度，只有部分相关制度已出台实施（如通讯费补贴），但尚未制定完善适合公司并经过决议下发执行的职务消费等相关体系的制度细则。

④未建立工程后评价管理制度。

**10、内部审计力量较薄弱，集团公司应在制度建设上加强对内部审计工作的管理，将审计结果纳入经营考核体系，以提升管理的效率和效果。**

**根据国资委的要求及建材集团董事会的战略步署，审计期间中国建材集团逐年加大了管理的力度，但经检查发现，建材集团各层级内部审计力量不足、部分公司内审部门独立性不强、未将审计结果纳入考核体系导致审计结果可能难以落实。**

（1）南方水泥有限公司内部审计机构设置有待完善。

南方水泥有限公司将内部审计机构设置于财务审计部，截止 2011 年 12 月 31 日有专职内审人员 3 人。内部审计机构在业务上向财务总监报告。专职内部审计机构业务汇报对象为公司财务总监，该汇报层级致使其独立性受到损害。

我们认为在财务部门中设立内审机构，向财务总监并且是非董事会成员负责并报告工作，此种设置，内部审计的范围受到严重局限，审计人员无法保持独立性和客观性，在审查和评价中也很难保持公正。

根据财政部内部控制指引规定：内部审计控制是内部控制的一种特殊形式，是指组织内部的一种独立客观的监督和评价活动，它通过审查和评价经营活动及内部控制的适当性、合法性和有效性来促进组织目标的实现。

（2）内部审计效果未体现。

中国建材国际工程集团有限公司于 2004 年成立审计部，与蚌埠院系一套人马，目前审计部员工 4 人，主要负责对各分公司、子公司及目标考核单位进行经济责任审计、内控检查等。

经抽查，中国建材国际工程集团有限公司审计部 2010-2011 年的审计项目 14 个，其中包括对蚌埠院下属的凯盛重工有限公司、成都中光电阿波罗太阳能有限公司等公司的审计，并出具完整的内部审计报告。但未发现对审计问题的整改落实情况，也未制订相关的控制制度对于审计结果进行整改和跟进，因此审计的效果难以体现。

CNBMGRP00331488

【四】资金管理及风险管控

**4、部分子公司对外捐赠事项未经集团公司审批。**

**二是泰山石膏股份有限公司** 2009 年捐赠给泰安市伊斯兰协会的 120 万元非公益性对外捐赠，只经过公司总经理办公会审批，未经过公司董事会及中国建筑材料集团有限公司审批。

**四是中复神鹰碳纤维有限责任公司** 2011 年将购买的一辆大众新帕萨特 1.8t 轿车捐赠给连云港市公安消防队，该轿车金额 21.88 万元（含税费），该捐赠事项未报集团公司审批。

**五是中建材投资子公司南方石墨公司** 2011 年 10 月 20 日向郴州龙女寺捐款 10 万元；2011 年 11 月 10 日向湖南省望城县洗心禅寺捐款 10 万元。上述两项共计 20 万元捐款均未上报中建投公司及股份公司批准。

**六是连云港中复连众复合材料集团有限公司** 2009-2011 年对外捐赠事项均未经集团公司审批。其中 2009 年向连云港慈善总会、消防大队和派出所捐赠共计金额 10.6 万元；2010 年向连云港市慈善总会捐赠 25 万元；2011 年支援新农村建设捐赠 4 万元，三年共计 39.6 万元。

**5、部分公司存在销售收款未及时存现、坐支现金、大额现金收付款、日库存现金余额较大，例如：**

**一是北方水泥大部分公司**均存在使用大额现金结算的业务。

例如：大连金刚公司 2011 年 11 月 3 日现金支付设备余款 10 万元，2011 年 11 月 29 日以现金形式收水泥款 481 万元；德全敦化公司 2011 年 12 月 30 日以现金支付安庆市设备安装建筑工程有限公司安装费 22.68 万元等。大部分公司日库存现金余额较大，超过贵公司订立的"2 万元"标准。例如：七台河北方公司 2011 年 7 月 27 日库存现金余额 426,649.04 元；大庆鸿庆公司 2011 年 11 月 7 日库存现金余额 366,600.00 元等。

**三是南京中联有限公司**存在出纳以现金形式收取大量销货款的情况，2011 年现金收款约 2,755.00 万元。

**四是乌兰察布中联有限公司**存在出纳大量收取现金货款的情况。2010-2011 年年现金收款总金额分别约为 4,683.50 万元、5,733.70 万元。

==五是泰山石膏（江阴）有限公司==存在大额现金收款事项，抽查 2009 年 3 月、2010 年 9 月会计凭证，代收常熟办货款共计 238.55 万元。同时存在现金坐支现

第 17 页

CNBMGRP00331489

象，如 2009 年 11 月 30 日现金收货款 103.45 万元，现金支出为 102.33 万元，其中 4.50 万元为支付的日常费用支出；2010 年 4 月 30 日现金收货款 190.88 万元，当日现金支出为 193.93 万元，其中 8.10 万元为支付的日常费用支出；7 月 22 日现金收货款 4.97 万元，现金支付食堂补贴、招待费等 3.98 万元

阜新泰山石膏建材有限公司、泰山石膏（陕西）有限公司等公司存在上述问题。

鉴于现金收款很容易产生一定的风险，建议各个公司根据公司实际情况尽量减少现金交易，同时坐支事项不符合《现金管理暂行条例》相关规定。

**8. 账户管理问题**

部分公司在金融机构开立的银行存款账户较多，有部分账户长期闲置，没有及时进行清理。

进出口公司本部、中建材国际贸易公司本部及进出口上海公司存在部分闲置未及时清理账户；合肥中辰轻工机械有限公司因设立外贸公司后不再经营进出口业务导致美元账户闲置两年以上但未及时清理。

连云港中复连众复合材料集团有限公司、北新集团建材股份有限公司、日照中联港口水泥有限公司等公司开具的银行账户无业务发生也未纳入会计账核算。详见附件 5.doc

**9、个别公司存在备用金管理制度缺失，个别员工大额备用金挂账占用资金未及时清收，同时存在销售员、采购员（公司高管）直接接触大额货款情况**

一是**绥化北方公司**存在采购员领取货款后转交供应商的现象。如：2010 年 12 月绥化北方公司将采购款 87.50 万元支付给采购员（前销售副总周文春）个人账户，并由其向哈尔滨天盛鑫商贸有限公司采购散货罐。

三是**乌兰察布中联有限公司**部分大额备用金的提取的记账凭证后无书面审核单据，只有银行取款存根。大额备用金主要用于日常费用的报销、职工福利、过节费和临时工工资等的发放金额达 502 万元。2011 年末备用金余额为 374.22 万元，其中职工 2011 年开始借备用金年底未归还的金额为 81.40 万元；在 2010 年借备用金至 2011 年底仍未归还的金额为 58.04 万元。余下的 234.42 万元是公司被收购前职工借款。所有个人借款均按照 80%的比例计提了坏账准备。

子公司**乌兰察布市蒙中水泥有限公司**部分大额备用金提取的记账凭证后只有银行现金支票存根，无书面审核单据，抽查金额达到 95.5 万元，说明企业内控

CNBMGRP00331490

制度执行不到位。

**四是淮海中联水泥有限公司**一年以上无动态款项备用金 26.75 万元,包括应计入费用的 5.97 万元培训费和 10.75 万元的个人学费借款。

**五是中建材投资有限公司**截止 2011 年 12 月 31 日止短期备用金期末余额 165.04 万元,主要为员工借款,部分员工在原有借款未归还的情况下又借新款。

**10、部分公司资金运作(包含票据)风险逐步增加,资金使用效率需要进一步提高。**

**一是连云港中复连众复合材料集团有限公司**的票据增长及应收款幅度已经远远超过收入增长幅度(应收款与收入比逐年增加,2011 年底达到 110%以上;2010 年底票据由 72 万元增加到 90,537.05 万元,由于票据及往来款的大量增加,占用了资金,致使每年的银行借款逐年增加,增加了融资成本和风险。

**二是南京中联水泥有限公司** 2009-2011 年银行承兑汇票快速增长,三年分别为 3,750.08 万元、3,431.44 万元和 9,994.37 万元,其中 2011 年末比 2010 年末增加了 191%,增加幅度较大,占用大量资金。有部分票据是地方农村信用社的清算中心和地方小金融机构开具,票据管理存在一定的风险。

**三是徐州中联水泥有限公司**的应收票据增加较大,三年分别为 1,446.47 万元、1,106.76 万元 13,199.61 万元,2011 年末比 2010 年末增加了 1093%,增加幅度较大。有部分票据是地方农村信用社的清算中心和地方小金融机构开具,票据管理存在一定的风险。

**11、部分公司存在未严格履行资金支付审批流程、违规支付资金情况。**

**(1)连云港中复连众复合材料集团**有限公司 2011 年 5 月提取现金共计 39 万元,记账凭证后面附件仅为现金支票存根,无审核单。

**(2)绥化北方公司** 2011 年 4 月支付熟料款 2,850.00 万元,2011 年 5 月支付电费款 104 万元;佳木斯北方公司 2009 年 10 月支付给桦南县财政局土地出让金 156.09 万元;鹤岗北方公司 2011 年 6 月付佳木斯北方公司熟料款 350.00 万元,上述大额资金支付均无审批单。

**(3)徐州中联有限公司资金管理存在如下问题**

**一是**通过不同公司来回支付资金,这些资金来回支付审批手续不完善,只有 2010 年 2 月份的中国联合水泥集团有限公司财务部的同意批件,自此以后来回支付均无中国联合水泥集团有限公司批件。如:2011 年 12 月份银行账户间来回

CNBMGRP00331491

转账 3,675.00 万元，无审批文件。

另外，与南京凯盛水泥工程公司通过工程款来回转账。如 2011 年 4 月支付南京凯盛公司工程款 15,840.00 万元；2011 年 4 月支付南京凯盛公司工程款 14,200 万元；2011 年 5 月支付南京凯盛工程款金额 12,500.00 万元，该资金调剂均无中国联合水泥集团有限公司的审批件，只有 2010 年 2 月份的中国联合水泥集团有限公司财务部的同意批件。

**二是**工程项目资金支付不符合合同、项目管理制度要求。经查，截止 2011 年末徐州中联水泥有限公司 10000 吨水泥工程项目，其资金支付已经达到工程项目总金额的 89%，合同约定只有竣工验收合格后付款至合同金额的 80%，该工程项目未交工验收、未结算、未竣工决算不符合合同条款。

三是存在未批准先付款现象。根据中国联合水泥集团有限公司项目建设期间关于资金支付审批有关制度规定，有关项目的工程款、设备款、材料款等均由中国联合水泥集团项目部负责审批后方能支付。徐州公司 2010 年 8 月支付给南京凯盛设计费 100 万元、2011 年 11 月支付给河北建工集团进度款 471.10 万元，支付时间早于审批时间。

## 【五】职工薪酬方面

企业会计准则（2006）中界定的职工薪酬是指企业为获得职工提供的服务而给予各种形式的报酬以及其他相关支出，包括企业在职工在职期间和离职后给予的所有货币性薪酬和非货币性福利。企业应当在职工为其提供服务的会计期间，将应付的职工薪酬确认为负债，根据职工提供服务的受益对象，计入成本费用。经抽查，中建材集团下属部分公司的奖金福利等没有通过应付职工薪酬科目核算，直接记入费用。

**1. 部分公司存在人员工资奖金直接进入费用或入账应付福利费，未通过应付工资进行核算，直接计入成本费用，抽查涉及金额 8159 万元，主要包括进出口公司、蚌埠院、连云港中复连众等公司。详见附件 6.doc**

**3. 个别公司超预算发放工资。**

**一是湖南南方水泥有限公司未经批准超预算发放工资。**

经检查发现，湖南南方水泥有限公司 2010、2011 年超预算发放工资未经审批程序。湖南南方水泥有限公司 2010、2011 两年工资发放情况如下：

单位：万元

CNBMGRP00331492

| 年度 | 预算数 | 审计报告数 | 新增合并企业 | 扣除新增企业后的实发金额 | 超发金额 |
|------|--------|-----------|-------------|------------------------|---------|
| 2009 年 | | 13,301.92 | | 13,301.92 | |
| 2010 年 | 14,307.95 | 20,174.95 | 802.92 | 19,372.03 | 5,064.08 |
| 2011 年 | 17,703.19 | 31,412.18 | 3,647.07 | 27,765.11 | 10,061.92 |

　　根据南方水泥有限公司《薪酬福利管理暂行规定》：区域公司薪酬福利预算应经南方水泥薪酬委员会审批。湖南南方水泥有限公司 2010、2011 年超预算发放工资未经审批程序。

　　**二是中建材投资公司超预算发放工资。**

　　2011 年中建材投资有限公司核定工资 3,858.00 万元，公司工资计提 4,854.98 万元，超过核定工资总额 996.98 万元，不符合中建材投资有限公司工资福利制度的规定。

　　**【六】关联方关系及关联交易方面**

　　**1、建材股份公司下属的部分长期亏损的子公司转入资产管理公司，未纳入股份公司会计报表，经营亏损由国有全资公司承担，存在国有权益流失现象。**

　　截止目前，股份公司下设的江苏巨龙水泥集团有限公司等 5 家长期经营不善的公司均纳入中建材资产管理公司的合并会计报表，未纳入股份公司合并范围。上述公司大都资不抵债，审计期间继续亏损，5 家公司共计亏损 1.8 亿元，如下表：

| 纳入合并企业名称 | 2009-2011年经营利润（万元） |
|-----------------|---------------------------|
| 河南南阳航天水泥厂 | 86 |
| 北京中北窑业技术公司 | 1469 |
| 山东鲁南水泥有限公司 | −10,609 |
| 江苏巨龙水泥集团有限公司 | −6,729 |
| 邢台鑫磊建材(集团)股份有限公司 | −2,888 |
| 合计 | −18,671 |

　　据了解，资产管理公司仅对上述公司并表，并未实施管理。

　　**2、部分公司存在关联交易价格不公允情况；部分公司在关联交易过程中未签订合同。详见附件 7. doc**

CNBMGRP00331493

**3、部分公司存在向少数股东采购原材料情况**

中复神鹰碳纤维有限责任公司于 2011 年向关联少数股东连云港鹰游纺机有限责任公司采购 2000 吨碳纤维原丝装置设备（第一阶段设备，且为主要生产备）金额 2,680.00 万元（合同价格）。

上述事项不符合国资委关于禁止职工投资为本企业提供原材料等企业的相关规定。

**4、乌兰察布中联水泥有限公司关联方占用资金较大，且产生同业竞争。**

截止 2011 年 12 月 31 日，乌兰中联应收账款-内蒙古华立水泥有限公司金额 11,237.65 万元。内蒙古华立水泥有限公司为乌兰中联持有 10.19%股权的少数股东，主营水泥及熟料，兼营矿产、房地产、发电、商贸等，公司性质为民营股份公司。其主营业务与乌兰察布中联水泥有限公司的主业冲突，产生同业竞争。经过询问，内蒙古华立水泥有限公司的部分股东在中国联合水泥集团有限公司内蒙古运营区和该运营区公司任职高管。由于无法取得内蒙古华立水泥有限公司的具体股东明细，无法核对具体个人。

**【七】高管持股、兼职取薪、职务消费方面**

本次审计我们对建材集团高管持股、兼职、职务消费管理、公务用车、通讯补贴等方面进行了检查，发现因种种原因，集团内高管持股现象比较普遍，对此设计了有关公司领导兼职、取薪及持股情况调查表，要求集团内各公司自行申报，但截止目前尚未收到确定的汇总情况。

检查发现：

**1、高管持股并参与分红事项**

部分公司存在高管持有下级单位股全并参与分红事项，不符合国资委相关规定，具体情况如下表：

| 被持股单位 | 上级公司 | 持股高管姓名、职务 | 持股比例 | 备注 |
|---|---|---|---|---|
| 乐普实业 | 哈玻院 | 陈辉院长 | 0.70% | 三年分红 2.8 万元 |
| | | 李友清副院长 | 10% | 三年分红 40 万元 |
| | | 张岩副院长 | 0.50% | 三年分红 2 万元 |
| | | 其余 7 名中层 | 6.00% | 三年分红 24 万元 |
| 安徽瑞泰 | 瑞泰科技 | 张金龙副总经理（间接持有） | 31.18% | 2012 年担任副总经理 |
| 南京凯盛 | 国际工程 | 冯建华副总裁 | 15.09% | 三年分红 4225.2 万元 |

CNBMGRP00331494

| | | | | |
|---|---|---|---|---|
| 泰山石膏 | 北新建材股份 | 董事、副总经理贾同春 | 5.00% | 2011 年分红 500 万元 |
| 泰山石膏 | 山东泰和建材 | 贾同春占有山东泰和 14.00% | | 山东泰和为泰山石膏少数股东，2011 年分红 1400 万元 |
| 合肥中辰轻工机械有限公司 | 合肥轻工业机械厂 | 企管中心主任部敏 | 1.00% | 2010 年分红 1 万元 |
| 南京凯盛国际工程有限公司 | 中国建材国际工程集团有限公司 | 冯建华副总裁 | 15.09% | 2009-2011 年接受分红 4,225.2 万元 |

2、北新集团建材股份有限公司董事及高管持有上市公司股份，持股情况如下：

| 姓名 | 职务 | 任期起止日期 | 2009 年末持股数 | 2010 年末持股数 | 2010 年末持股数 |
|---|---|---|---|---|---|
| 崔丽君 | 董事、中建材股份公司董事 | 2008.07 至今 | 30,420.00 | 30,420.00 | 30,420.00 |
| 张乃岭 | 董事、副总经理 | 2008.07 至今 | 30,420.00 | 30,420.00 | 30,420.00 |
| 周恒 | 副总经理 | 2008.07 至今 | 22,815.00 | 22,815.00 | 22,815.00 |
| 张宸宫 | 副总经理 | 2006.01-2010.03 | 1,200.00 | 2010 年辞职 | |

### 3、领导领取年度薪酬外货币性收入

2009-2011 年，哈玻院领导班子成员除去领取基本年薪与绩效奖金外，还领取其他货币性收入，其中林再文（副院长）领取共计 44180 元，张岩（副院长）领取 64318 元，陈辉（院长）领取 146590 元，于锦生（副院长）77427 元，上述金额为带薪休假、采暖费以及建材行业协会管理创新奖与集团创新奖等。此事项不符合国资委关于央企负责人薪酬管理的相关规定。

### 4、兼职领薪事项

部分公司人员存在兼职领薪情况，不符合国资委相关规定，具体如下表：

| 姓名 | 职务 | 兼职职务 | 领薪金额 |
|---|---|---|---|
| 杨雨民 | 国际工程财务总监蚌埠院副总会 | 方兴科技董事 | 9.3 万元 |
| 曲新 | 建材集团财务部经理 | 方兴科技董事 | 9.3 万元 |
| 王兵 | 中建材股份公司副总裁 | 北新建材董事长 | 7.2 万元 |
| 崔丽君 | 中建材股份公司董事 | 北新建材董事 | 10.8 万元 |
| 常张利 | 中建材股份公司副董事秘、副总裁 | 北新建材董事 | 10.8 万元 |

CNBMGRP00331495

| 贾同春 | 北新建材董事、副总经理 | 北新建材泰山公司董事长、总经理 | 7.2 万元 |
|---|---|---|---|
| 曹江林 | 中建材股份公司执行董事、总裁 | 北新建材监事会主席 | 10.8 万元 |
| 胡金玉 | 中建材股份公司审计部总经理 | 北新建材监事 | 10.8 万元 |

　　根据国有资产管理委员会国资发分配[2004]227 号《关于印发中央企业负责人薪酬管理暂行办法的通知》第四章第十八条的相关规定，企业主要负责人在子企业兼职取酬的，需报国资委批准。

　　根据中共中央办公厅文件中办发[2009]26 号《国有企业领导人员廉洁从业若干规定》中的第二章第五条规定国有企业领导人员应当忠实履行职责。不得有下列行为：未经批准兼任本企业所出资企业或者其他企业、事业单位、社会团体、中介机构的领导职务，或者经批准兼职的，擅自领取薪酬及其他收入。

**【八】资产管理及产权方面**

**1、处置股权或固定资产程序不合规、对长期停业公司未进行处理**

　　部分公司存在处理资产不合规，未经集团公司文件批复即处理，对长期停业没有正常生产经营的企业未及时进行处理。详见附件 8.doc

**2、部分公司存在产权不明或未办理产权证书。详见附件 9.doc**

**3. 部分公司资产长期闲置未发挥作用。**

**一是中国复材存在闲置资产未及时处理，资产管理需要进一步加强。**

　　经抽查，中国复材坐落于海南省海口市的房产，原值 91.91 万元、累计折旧 39.17 万元、净值 52.74 万元。目前，该房产闲置，中国复材既未对外出租，也未将其处置，资产的运营管理需要进一步加强。

**二是国际工程公司支付大额资金购置土地未发挥作用**

　　2006 年 5 月 28 日，与蚌埠市龙子湖区人民政府签订的《整体开发建设中国凯盛玻璃新材料科技产业园合作协议》，根据中国建材股份有限公司 2006 年 8 月 29 日《关于中国建材工程办理中国凯盛玻璃新材料技术科技产业园土地产权证的批复》（中建材股份科技（2006）219 号）。截止 2011 年 12 月 31 日，公司共向龙子湖区人民政府部门支付土地等各项费用 157,565,707.04 元，其中：122,565,797.00 入无形资产已取得相关证明（土地面积 949,899.90 平方米），预付款项余额 35,236,205.78 元为剩余未取得权证土地部分的预付款项（土地面积 273,085.10 平方米）。截止目前，上述土地闲置未进行开发利用。

CNBMGRP00331496

三是中国复合材料集团有限公司低效资产未及时处理,资产管理需要进一步加强。

中国复合材料集团有限公司本部在海南海口市,原值 91.91 万元、累计折旧 39.17 万元、净值 52.74 万元的房产长期闲置,未对外出租且未处置,产权证办理日期为 2005 年、性质为民用,共 410.09 平方米。

**5、乌兰察布中联水泥有限公司存货管理及财务核算需要进一步提高**

截止 2011 年 12 月 31 日,乌兰察布中联水泥有限公司存货-材料采购挂账-3,483.86 万元、存货-原材料/凝灰岩挂账-8.14 万元、存货-原材料/修理用备件/水泥挂账-19.50 万元(2011 年无动态发生额),企业目前正在自查,经了解其中有部分是对子公司的暂估款,建议财务、采购、仓库三部门尽快核对清理,并加强对采购、仓库的业务监督。

**6、北新集团建材股份有限公司应加强资产产权的管理。**

截止 2011 年 12 月 31 日,北新集团建材股份有限公司下属 25 个子公司的房产涉及 56,079.65 万元未办理产权证,主要原因为租赁土地、道路规划等。其中宁波北新建材有限公司未办理房产证的原因为与施工方存在未解决的纠纷,因而暂未办理房屋产权证书。

宁波北新新建石膏板生产线项目于 2008 年 4 月竣工,因为与承建土建工程的项目施工单位工程结算过程有较大争议(正在诉讼阶段),施工单位拒绝提交资料,导致建设局无法备案,从而无法办理房产证。原因如下:

2011 年 8 月,原告浙江省建安实业集团股份有限公司(简称"浙江建安实业公司")以宁波北新建材有限公司未全额支付建设工程合同款为由,将宁波北新起诉至宁海县人民法院,要求支付工程款 1579.70 万元,利息 411.13 万元,共计 1,990.83 万元。本案发生之前,原施工方报审工程结算总值为 5,683.98 万元,宁波北新聘请第三方审计机构对工程造价进行了审计,原审计后的工程造价是 3581.14 万元,并依据审计结果和合同约定支付工程价款,截止到 2011 年底已支付 3273.62 万元,但此结果没有获得施工方认可,施工方对竣工结算中的核减量不满意,中断结算工作,发起诉讼。原告浙江建安公司因不满审计结果提起诉讼,受理本案的法院另行委托第三方审计机构对涉案工程造价重新进行审计,上述审计过程正在进行,宁波北新已经应诉,案件审理正在进行中。

因竣工结算没有完成,所以实际总造价不能确认。

CNBMGRP00331497

### 【九】会计信息及会计核算方面  详见附件 10.doc

1、部分公司存在账务处理不规范的情况。

2、部分公司费用的报销不及时，导致大额费用跨期，用报销票据不合规等事项。

4、辽源渭津公司存在未入账的采矿权。

5、部分存在未及时跟踪清理长期债权、债务事项。

6、北方水泥存在部分公司欠缴税款现象。

### 【十】其他

**（1）中国联合水泥集团有限公司淮海运营区、内蒙古运营区所属公司的水泥及其熟料销售价格不断下滑，面临较大经营风险。**

经过检查分析发现，中联淮海运营区所属公司的水泥及其熟料销售价格不断下滑，面临较大经营风险。

主要原因一是市场产能不断增加已经远远大于当地的市场需求；二是中联淮海运营区的主要竞争对手之一海螺水泥公司在长江两岸近 2000 万吨级水泥熟料于 2011 年底相继投产，且海螺水泥公司本身生产成本相对较低，而且通过水路运输直达淮海区域，总体成本更低，直接促使当地的水泥价格下降。部分煤电背景企业也涉足水泥行业（如山东申丰、泉兴以及淮北相山公司等），这些企业拥有相对的煤电成本优势，直接降低了水泥生产成本。如：2011 年度水泥熟料含税价格平均在 330 元每吨，到 2012 年 6 月份却已经下降到每吨平均价格在 250元，比期初下降了 24%。

三是从内部来看，中联淮海运营区原材料和人工成本总体呈上升趋势，如果主动限产亦将进一步提高水泥熟料成本，如果不限产将更进一步增加市场水泥熟料容量。且部分水泥公司是 5000 吨以下的生产线，单位运行成本相对较高，如徐州水泥有限公司日产量人均生产水泥和熟料近 3 年都在 30 吨左右，淮海中联水泥有限公司日产量人均生产水泥和熟料近 3 年都在 22 吨左右。

四是从公司采取的风险应对措施来看，中联淮海运营区采取主动限产和市场协同的方式应对。但是主动限产进一步增加了水泥及其水泥熟料的生产成本。由于当地水泥公司较多、认识不统一，市场协同亦难度较大，也不一定能达到预期效果。如中联淮海运营区仅徐州地区水泥公司多达 40 家，合计产能达 13.75 万吨，中联淮海区域水泥熟料市场占有率仅为 21.8%，水泥市场不足 10%，掌控市

CNBMGRP00331498

场能力不足。中联淮海运营区平均水泥熟料成本每吨在 190 元左右，如果再考虑销售等期间费用，根据目前的售价，中联淮海运营区的利润空间已经不大，面临较大市场经营风险。

乌兰中联设计日产能 12000 吨、2011 年底共有职工 1382 人，其实际人均日产水泥 1.76 吨、熟料 8.18 吨（按每年生产 300 天计算）。截止 2011 年底欠付养老保险和公积金合计 2,725.33 万元。从以上内蒙古水泥市场和中联内蒙古运营区各个企业的实际情况来看，水泥运营风险逐步显现，需要进一步加大力气降低成本、协同价格。

**（2）生产石膏板的原材料脱硫石膏价格不断上涨，给北新集团建材股份有限公司生产经营增加了不确定性。**

北新集团建材股份有限公司主要的产品为石膏板，生产石膏板的主要原材料为脱硫石膏，主要的供应商为各地的电厂，但是由于近年来水泥厂也大量使用脱硫石膏生产水泥制品且生产水泥时对脱硫石膏的各项指标要求不高，供需关系的悄然变化致使脱硫石膏的价格逐步上涨，价格从 5 元/吨已上涨至如今的 100 元/吨左右，原材料价格涨幅巨大，对企业的生产经营产生较大影响并带来了一定的不利因素。

**2、其他事项：**

**（1）辽源渭津公司** 2010 年度审计报告（天职国际会计师事务所有限公司、天职京 SJ〔2011〕1092 号）反映"无形资产－土地使用权"减值准备金额为 421.83 万元，审计报告注释的原因为："土地使用权期初减值的原因为辽源金刚水泥（集团）有限公司根据评估值于 2005 年对金刚水泥厂增资；本公司之母公司 2009 年 12 月 29 日收购本公司股权时，中和资产评估有限公司于 2009 年 12 月 2 日对其资产进行了评估，依据土地当时的状况重新评估，形成减值 421.83 万元"。由于我们未能取得上述提及的资产评估报告，故无法对该减值准备发表审计意见。

**（2）江苏溧阳南方水泥有限公司** 未按相关规定披露或有事项

经检查，溧阳南方水泥有限公司涉及以下民事诉讼：

溧阳市汉生特种水泥有限公司（现江苏溧阳南方水泥有限公司前身）分别于 2005 年 3 月 3 日、2005 年 11 月 10 日、2006 年 6 月 12 日与海城市特种耐火材料有限公司签订了购买镁砖、镁火泥合同。海城市特种耐火材料有限公司向溧阳市汉生特种水泥有限公司提供了价值为 258.18 万元的货物，溧阳市汉生特种水

CNBMGRP00331499

泥有限公司先后支付了 80 万元货款，余款 178.18 万元至今未付。

2011 年 10 月 24 日海城市特新耐火材料有限公司向辽宁省海城市人民法院提起诉讼，要求溧阳南方支付其货款 178.18 万元及利息，经辽宁省海城市人民法院民事裁定【（2011）海民三初字第 00479 号】，法院冻结了溧阳南方 220 万元银行存款。截止审计日，该诉讼尚未终结。

上述或有事项溧阳南方未在财务报告中进行披露。

**（3）泰山石膏股份有限公司**关于美国石膏板的诉讼情况。2009 年，美国多家房主、房屋建筑公司以石膏板存在质量问题为由，起诉了包括北新建材、泰山石膏在内的国内外石膏板生产商、销售商、房屋建筑商等数百家企业，要求赔偿因石膏板质量问题产生的各种损失。

北新建材于 2010 年 5 月 28 日作出 《北新集团建材股份有限公司关于美国石膏板事件的公告》。北新建材和泰山石膏分别收到来自美国关于使用中国石膏板诉讼的送达传票提及的金额为 15 万美元和 522.5 万美元。2010 年 5 月，在泰山石膏缺席的情况下，美国路易斯安那州东区联邦法院要求泰山石膏对七名原告宣称因使用石膏板导致的损失赔偿 260.91 万美元。

2010 年，中国建材集团有限公司和中国建材股份有限公司、北新建材、泰山石膏分别聘请美国知名律师事务所作为法律顾问，对有关美国石膏板诉讼予以应对。泰山石膏自 2010 年 6 月起应诉美国关于使用中国石膏板诉讼案件，截止 2011 年已支付律师费用 5900 余万元律师费，目前案件处于原、被告双方互相举证阶段，何时判决无法预测。

CNBMGRP00331500