Translation of BNBMPLC-E-0006050-6051

Beijing New Building Material Public Limited Company   Special inspection report number six on corporate governance situation

## Beijing New Building Material Public Limited Company's Report on the Management and Control of its Branches and Subsidiaries

Beijing New Building Material Public Limited Company (abbreviated below as the Company) has paid special attention to the management control of its branches and subsidiaries ever since its establishment. Through construction and improvement of relevant internal control system, dynamic supervision and operation status analysis on a regular basis, enhanced control of its important activities such as affiliated transactions, and strict management of its branches and subsidiaries through managing the assigned directors, supervisors, and important high level management personnel, the Company ensured the standardized operation of the various business management work of the branches and subsidiary companies, and guaranteed the effective exercise of the Company's shareholder rights, and received good investment return. Below is a report on the management control of the Company's branches, wholly owned subsidiaries, and subsidiaries.

### I. The situation of the branches and subsidiaries currently owned by the Company

Currently, the Company owns 6 branches such as Zaozhuang Branch, owns 8 wholly owned subsidiaries such as Ningbo BNBM Company Limited, owns 7 subsidiaries such as Taishan Gypsum Company Limited, and owns 12 affiliated companies such as Beijing Lvchuang Environmental Protection Equipment Company Limited.

### II. The control management situation of the Company's branches and subsidiaries

The Company mainly conducts management control of its branches and subsidiaries in the following aspects.

1. Establishing and improving relevant internal control systems

The Company drafted "Outside Investment Management Method," "Important Information Internal Report Regulations," and strictly followed the relevant regulations to conduct management control of the daily operation and important activities of the branches and subsidiaries.

2. Periodically conducting dynamic supervision and operation situation analysis

The Company required that its subsidiaries and affiliated companies to timely report their board resolutions, general meeting resolutions, and other important documents and financial reports to the relevant departments in the Company. The Company's relevant departments will conduct analyses and researches, raise questions and give suggestions, and protect the Company's interest to the maximum, to prevent investment risks; for the financial reports submitted by the subsidiaries and affiliated companies, the Company's relevant departments will conduct analyses and researches, so as to timely

MTD Exhibit #75

B: 7/8/15-7/11/15
Exhibit 124

grasp the production, operation situation and financial situation and to timely submit handling opinions, to ensure profit realization and risk control of the equity investments.

3. Strengthening the control of subsidiaries' important activities

According to "Important Information Internal Report Regulations," the Company emphasized and strengthened the control of its subsidiaries' affiliated transactions, outside guarantees, usage of financing funds, major investments, information disclosure and other activities.

4. Strengthening the management of the assigned directors, supervisors and important high level management personnel

The Company clarified the responsibilities and limitation of authorities held by the directors, supervisors, and important high level management personnel who were assigned to the subsidiaries and affiliated companies, strengthened the exercise of the shareholder's rights, expressed the Company's positions, and effectively protected the Company's interests.

Through the implementation of the management measures above, the Company ensured effective control of its branches and subsidiaries, protected the Company's interest to the maximum, and prevented investment risks. In the future, as the Company further develops and expands, outside investments will continue to increase, the Company will continue to enhance the level of management based on the current level, and standardize the management of its branches and subsidiaries, to obtain better investment returns.

Beijing New Building Material Public Limited Company

October 16th, 2007

PSC note: The Chinese original for "related party transactions" or "ffiliated transaction" "关联交易" is a compound word. The PSC wishes to note that "关联" could mean "affiliated," "related" or "connected" depending on the context.

Dentons note: In the context of this document, "关联" means "related party".

<u>Translation of BNBMPLC-E-0006050-6051</u>

| Beijing New Building Material Public Limited Company | Special inspection report number six on corporate governance situation |
|---|---|

## Beijing New Building Material Public Limited Company's Report on the Management and Control of its Branches and Subsidiaries

Beijing New Building Material Public Limited Company (abbreviated below as the Company) has paid special attention to the management control of its branches and subsidiaries ever since its establishment. Through construction and improvement of relevant internal control system, dynamic supervision and operation status analysis on a regular basis, enhanced control of its important activities such as affiliated transactions, and strict management of its branches and subsidiaries through managing the assigned directors, supervisors, and important high level management personnel, the Company ensured the standardized operation of the various business management work of the branches and subsidiary companies, and guaranteed the effective exercise of the Company's shareholder rights, and received good investment return. Below is a report on the management control of the Company's branches, wholly owned subsidiaries, and subsidiaries.

### I. The situation of the branches and subsidiaries currently owned by the Company

Currently, the Company owns 6 branches such as Zaozhuang Branch, owns 8 wholly owned subsidiaries such as Ningbo BNBM Company Limited, owns 7 subsidiaries such as Taishan Gypsum Company Limited, and owns 12 affiliated companies such as Beijing Lvchuang Environmental Protection Equipment Company Limited.

### II. The control management situation of the Company's branches and subsidiaries

The Company mainly conducts management control of its branches and subsidiaries in the following aspects.

1. Establishing and improving relevant internal control systems

The Company drafted "Outside Investment Management Method," "Important Information Internal Report Regulations," and strictly followed the relevant regulations to conduct management control of the daily operation and important activities of the branches and subsidiaries.

2. Periodically conducting dynamic supervision and operation situation analysis

The Company required that its subsidiaries and affiliated companies to timely report their board resolutions, general meeting resolutions, and other important documents and financial reports to the relevant departments in the Company. The Company's relevant departments will conduct analyses and researches, raise questions and give suggestions, and protect the Company's interest to the maximum, to prevent investment risks; for the financial reports submitted by the subsidiaries and affiliated companies, the Company's relevant departments will conduct analyses and researches, so as to timely

B: 7/8/15-7/11/15
Exhibit 124

grasp the production operation situation and financial situation and to timely submit handling opinions, to ensure profit realization and risk control of the equity investments.

3. Strengthening the control of subsidiaries' important activities

According to "Important Information Internal Report Regulations," the Company emphasized and strengthened the control of its subsidiaries' affiliated transactions, outside guarantees, usage of financing funds, major investments, information disclosure and other activities.

4. Strengthening the management of the assigned directors, supervisors and important high level management personnel

The Company clarified the responsibilities and limitation of authorities held by the directors, supervisors, and important high level management personnel who were assigned to the subsidiaries and affiliated companies, strengthened the exercise of the shareholder's rights, expressed the Company's positions, and effectively protected the Company's interests.

Through the implementation of the management measures above, the Company ensured effective control of its branches and subsidiaries, protected the Company's interest to the maximum, and prevented investment risks. In the future, as the Company further develops and expands, outside investments will continue to increase, the Company will continue to enhance the level of management based on the current level, and standardize the management of its branches and subsidiaries, to obtain better investment returns.

Beijing New Building Material Public Limited Company

October 16th, 2007

3: Beixinjituan Building materials limited liability company Company governs sixth the Beixinjituan building materials limited liability companies situation special inspection report material

About score and report of subsidiary company supervisory control

The Beixinjituan building materials limited liability company (has hereafter referred to as company) since being established, has attached great importance to halving, the supervisory control of subsidiary company, through establishing and improving controls from the inside the system relevant, carries on the status monitoring and operating condition analysis regularly, reinforces and so on checks to its association transaction and to sending out trustee, supervisors and important higher managements key activity the control and other supervisory control method halves and subsidiary companies of conducts the strict control, had guaranteed score and standard operations of various subsidiary company management supervisory work, had guaranteed valid exertion of shareholder right, and received the good investment yield. Presently is as follows to the organic the supervisory control report of subsidiary company, the wholly-owned and holding subsidiary company the company.

The company presently influentials, the subsidiary company situation

At present, the company has Zaozhuang Subsidiary company and other subsidiary companies, has Ningbo northern the new building materials limited company and other wholly-owneds, has the Taishan gypsum limited liability company and other holding subsidiary companies, has Beijing to create the environmental protection facilities limited liability company and other to hold share of the subsidiary company green.

Second, company halves, subsidiary company supervisory control

The company mainly halves, subsidiary company to carry on the supervisory control from the following several aspects.
1st, established and improved controls from the inside system company to formulate "Foreign investment Policing method" relevant, "Significant Information Internal report System", and strict carried on the supervisory control according to the relevant provision the daily management and key activity of half and subsidiary company.

2nd, carries on the status monitoring and operating condition analysis regularly

The company requires to control and hold share of the subsidiary company prompt to send its board of directors resolution, the general meeting of shareholders resolution to the company functional department and so on important document and financial reporting. To controlling, the board of directors and general meeting of shareholders resolution of share-holding subsidiary company reporting, the company is conducted the analytical study by the relevant authority, presented that problem and recommendation, to utmost safeguard the company interests, the guard investment risk; To controlling, financial reporting of share-holding subsidiary company reporting, the company is analyzed to summarize by the relevant authority, to keep abreast of production operation and financial situation promptly, and presented timely relevant handling opinion, to guarantee that the equity investment the income implements with the risk.

3rd, reinforces the check to holding subsidiary company key activity

According to "Significant Information Internal report System" stipulation, the company mainly reinforced, has guaranteed and has collected capital use, significant investment, information disclosure and other activity to the holding subsidiary company connection transaction outward the checks.

4th, reinforces to sending out the trustees, supervisors and important higher managements' control

The company clarified to controlling, the share-holding subsidiary company assignment trustees, supervisors and important higher managements' responsibility permission, and through sending out the trustee, supervisor and management reinforced the participation of pair company management decision, reinforced exertion of shareholder authority, represented the company to advocate that effectively has safeguarded the company interests.

Through the implementation of above management tool, the company had guaranteed to the organic the active control of score and subsidiary company, utmost has safeguarded the company interests, has guarded against the investment risk. In the future, along with company further grows strong, the foreign investment constantly will increase, the company constantly will raise the property rights management level in the existing foundation, standard score and subsidiary company control, to obtain better investment return.

Beixinjituan building materials limited liability company on October 16, 2007

Conditioning PAGE 1 page of altogether NUMPAGES 2 pages

--- Summary Information ---
1: 936 PID_TITLE: Knows the investing enterprise operation status, analyzes the superior inferiority, opportunities and the threat various corporations, disposed according to the company that adopts the suitable form of capital operation control risk, strives for maximum benefit PID_SUBJECT:
PID_AUTHOR: qks PID_KEYWORDS:
PID_COMMENTS:
PID_TEMPLATE: Normal PID_LASTAUTHOR: Du Xin PID_REVNUMBER: 2 PID_APPNAME: Microsoft Office Word
PID_EDITTIME: Mon Jan 01 08:01: 00 CST 1601 PID_CREATE_DTM: Mon Oct 22 19:49: 00 CST 2007
PID_LASTSAVE_DTM: Mon Oct 22 19:49: 00 CST 2007 PID_PAGECOUNT: 1 PID_WORDCOUNT: 162
PID_CHARCOUNT: 929 PID_SECURITY: 0

--- Document Summary Information ---
PID_CODEPAGE: 936 PID_COMPANY: bnbm PID_LINECOUNT: 7 PID_PARCOUNT: 2 17: 1089 23: 727464
PID_SCALE: false PID_LINKSDIRTY: false 19: false 22: false

Conditioning PAGE 1 page of altogether NUMPAGES 2 pages

--- Summary Information ---

# 北新集团建材股份有限公司
## 关于分、子公司管理控制情况的汇报

北新集团建材股份有限公司（以下简称公司）自成立以来，一直非常重视对分、子公司的管理控制，通过建立健全相关内控制度，定期进行动态监控和经营情况分析，加强对其联交易等重点活动的控制和对派出董事、监事及重要高级管理人员的管理等管理控制手段对分、子公司进行严格管理，确保了分、子公司各项经营管理工作的规范运行，保证了公司股东权利的有效行使，并收到了良好的投资收益。现将公司对所属分公司、全资子公司和控股子公司的管理控制情况汇报如下。

一、 公司现有分、子公司情况

目前，公司拥有枣庄分公司等6家分公司，拥有宁波北新建材有限公司等8家全资子公司，拥有泰山石膏股份有限公司等7家控股子公司，拥有北京绿创环保设备股份有限公司等12家参股子公司。

二、公司对分、子公司的管理控制情况

公司主要从以下几个方面对分、子公司进行管理控制。

1、建立健全相关内控制度

公司制定了《对外投资管理办法》、《重大信息内部报告制度》，并严格按照相关规定对分、子公司的日常经营和重点活动进行管理控制。

2、定期进行动态监控和经营情况分析

公司要求控、参股子公司及时向公司职能部门报送其董事会决议、股东大会决议等重要文件和财务报表。对控、参股子公司上报的董事会和股东大会决议，公司由相关部门进行分析研究，提出问题和建议，以最大限度地维护公司利益，防范投资风险；对控、参股子公司上报的财务报表，公司由相关部门进行分析汇总，以及时掌握生产经营情况和财务状况，并适时提出相关处置意见，以确保股权投资的收益实现和风险控制。

3、加强对控股子公司重点活动的控制

BNBMPLC-E-0006050

| 北新集团建材股份有限公司 | 公司治理情况专项检查汇报材料之六 |
|---|---|

根据《重大信息内部报告制度》的规定，公司重点加强了对控股子公司关联交易、对外担保、募集资金使用、重大投资、信息披露等活动的控制。

4、加强对派出董事、监事及重要高级管理人员的管理

公司明确了向控、参股子公司委派的董事、监事及重要高级管理人员的职责权限，并通过派出董事、监事及高管加强了对子公司管理决策的参与，加强了股东权力的行使，表达了公司主张，有效维护了公司利益。

通过以上管理手段的实施，公司确保了对所属分、子公司的有效控制，最大限度地维护了公司利益，防范了投资风险。未来，随着公司的进一步发展壮大，对外投资将会日益增多，公司将会在现有基础上不断提高产权管理水平，规范分、子公司管理，以获得更好的投资回报。

北新集团建材股份有限公司
2007 年 10 月 16 日
