Partial Translation of BNBMPLC-E-0004781-4784

Reply on the Inquiry Letter about 2006 Annual Report Verification

Listed Company Supervisory Department of Beijing Securities Regulatory Bureau:

After receiving your bureau's "Inquiry Letter about 2006 Annual Report Verification," our company carefully analyzed and compiled relevant materials mentioned in the "Inquiry Letter," and we hereby explain the specific matters below.

...

BNBMPLC-E-0004782

...

5. The subsidy receivable reflected in the consolidated financial statement of December 31st, 2006 is 23,682,117.76 Yuan.

of which:

...

(2) The production interest discount receivable for ethnic products is 2,021,896.00 Yuan, which was realized by the Company's subsidiary – Shandong Taihe Dongxin Limited Company, according to the spirit of the document numbered "SEAC[1][2004] 11 'Notice on Determining the Second Batch of the Specified Production Enterprises for Especially Needed Products by Minority Ethnic Groups during the 'Fifteen' Period,' and was issued as a subsidy for this company's income from sales of support products to minority ethnic groups according to Shandong Province SFAC document no. [2004]. The financial treatment of this subsidy was carried out according to the Accounting Rules and Accounting Standards for Enterprises, and the subsidy receivable was received in January 2007.

BNBMPLC-E-0004784

...

9. Last August, through purchasing 100% stock shares from Donglian Investment & Trading Limited Company, the Company indirectly held 23% shares of Shandong Taihe, with a total of 65% shares of Shandong Taihe. Due to Shandong Taihe's superior business performance and rapidly developing trend for the future, and the Company's own gypsum board development strategy, to share Shandong Taihe's investment profit to a larger degree, to realize better cooperation in development strategy and business operation management with Shandong Taihe, last year, the Company conducted multi-layer, multi-channel negotiations and communications with Shandong Taihe's other shareholders,

---

[1] State Ethnic Affairs Commission

MTD Exhibit #76     B: 7/8/15-7/11/15
                    Exhibit 121 – R

among which, Tai'an State-owned Asset Management Company expressed willingness to transfer its 16% shares of Shandong Taihe. Considering the local special circumstances, after the approval of the local city government, the State-Asset Company first borrowed 50 million Yuan from BNBM, and used the 16% of Shandong Taihe shares held by State Asset Company as collateral to BNBM. Using the above method, the Company is able to step ahead of other competitors wishing to purchase Shandong Taihe shares, and establish a good cooperative relationship with the State Asset Company, to realize the above share transfer using the equity-to-debt method at the appropriate time, and ultimately achieve the strategic goal of expanding BNBM's gypsum board business.

10. The Company's control over Shandong Taihe and BNBM Logistics: the Company separately holds 65% of Shandong Taihe's shares and 80% of BNBM Logistics' shares; the directors assigned by the Company are the majority among the above two subsidiaries' board of directors, and can influence their production and operation decision-making. The Company conducts vertical management in important business management links in the aspects of finance and external investment, to achieve the goal of effective control of relevant conducts.

...

Beijing New Building Materials Public Limited Company

2007/4/23

Partial Translation of BNBMPLC-E-0004781-4784

Reply on the Inquiry Letter about 2006 Annual Report Verification

Listed Company Supervisory Department of Beijing Securities Regulatory Bureau:

After receiving your bureau's "Inquiry Letter about 2006 Annual Report Verification," our company carefully analyzed and compiled relevant materials mentioned in the "Inquiry Letter," and we hereby explain the specific matters below.

...

BNBMPLC-E-0004782

...

5. The subsidy receivable reflected in the consolidated financial statement of December 31st, 2006 is 23,682,117.76 Yuan.

of which:

...

(2) The production interest discount receivable for ethnic products is 2,021,896.00 Yuan, which was realized by the Company's subsidiary – Shandong Taihe Dongxin Limited Company- according to the spirit of the document numbered "SEAC$^1$[2004] 11 'Notice on Determining the Second Batch of the Specified Production Enterprises for Especially Needed Products by Minority Ethnic Groups during the 'Fifteen' Period,' and was issued as a subsidy for this company's income from sales of support products to minority ethnic groups according to Shandong Province SEAC document no. [2004].The financial treatment of this subsidy was carried out according to the Accounting Rules and Accounting Standards for Enterprises, and the subsidy receivable was received in January 2007.

BNBMPLC-E-0004784

...

9. Last August, through purchasing 100% stock shares from Donglian Investment & Trading Limited Company, the Company indirectly held 23% shares of Shandong Taihe, with a total of 65% shares of Shandong Taihe. Due to Shandong Taihe's superior business performance and rapidly developing trend for the future, and the Company's own gypsum board development strategy to share Shandong Taihe's investment profit to a larger degree, to realize better cooperation in development strategy and business operation management with Shandong Taihe, last year, the Company conducted multi-layer, multi-channel negotiations and communications with Shandong Taihe's other shareholders,

---

[1] State Ethnic Affairs Commission

among which, Tai'an State-owned Asset Management Company expressed willingness to transfer its 16% shares of Shandong Taihe. Considering the local special circumstances, after the approval of the local city government, the State-Asset Company first borrowed 50 million Yuan from BNBM, and used the 16% of Shandong Taihe shares held by State Asset Company as collateral to BNBM. Using the above method, the Company is able to step ahead of other competitors wishing to purchase Shandong Taihe shares, and establish a good cooperative relationship with the State Asset Company, to realize the above share transfer using the equity-to-debt method at the appropriate time, and ultimately achieve the strategic goal of expanding BNBM's gypsum board business.

10. The Company's control over Shandong Taihe and BNBM Logistics: the Company separately holds 65% of Shandong Taihe's shares and 80% of BNBM Logistics' shares; the directors assigned by the Company's are the majority among the above two subsidiaries' board of directors, and can influence their production and operation decision-making. The Company conducts vertical management in important business management links in the aspects of finance and external investment, to achieve the goal of effective control of relevant conducts.

...

Beijing New Building Material Public Limited Company

2007/4/23

te[Inquired the reply of letter about 2006 actual report verification

The Beijing card supervises the bureau listed company to supervise plate:

After receiving expensive game of "2006 Annual report Verification Inquired Letter", our company immediately to "Inquires the Letter" listed item carries on has carefully analyzed and has summarized the related information, is presently as follows the special details explanation..

1st, company board of directors expired in last June, according to the company rapid growth's strategic requirement, the company plans to appoint the new independent director. To select ability to be strong prudently, the quality high independent director, changing session of board of directors have not implemented, the company will grasp the selection work of time propulsion independent director, strives as soon as possible finish the changing session work of board of directors.

2nd, the northern new house sold the business income 3,202.51 ten thousand Yuan last year, main business benefit - 598,600 Yuan, net profit - 1,393.34 ten thousand Yuan. Primary cause of loss is: Last year, the country has introduced a series of real estate market macro-control policies one after another, especially Aca,¬A"country sixAca,¬A and in the regulation Aca,¬A"in the low end about key development, the small wrap model ordinary commodity housing and affordable housing and rent housing inexpensivelyAca,¬A and so on implementation of peripheral area, to a certain extent has limited the development of villa model house, made the northern new house's relevant operation to be affected, has had the loss. The northern new house already adopted the corresponding measures expansion income, to reduce the cost and fine control according to the national macroeconomic policy and market demand, strove to reverse the money-losing situation as soon as possible.
North modelled newly-built sold the business income 8,981.82 ten thousand Yuan last year, the main business benefit 865,400 Yuan, net profit - 1,585.22 ten thousand Yuan. Primary cause of loss is: Last year, the product of chemical industry raw materials price rose, causes main business product cost to rise; Meanwhile, at present the home models the steel windows and doors market order chaos, the counterfeit and shoddy products flood, In the corporations for the struggle for existence keeps prices down the promotion, affected the market of product. The above reason caused north to model main business product gross profit rate to reduce newly-built, has had the loss. North modelled newly-built enriched and has adjusted the management, was adjusting the product mix, according to market demand development gross profit rate high new product; Meanwhile, strives, to reduce large amount chemical industry purchase of raw materials cost and other measure improvement main business product through expanded procurement range the market competitiveness and profitabilities.
3rd, September 22, 2006 real estate total value that north the Jingzhong quotient real estate assessment limited company assesses was the basis, the company has transferred the Shangdi branch trade building by 2,700 ten thousand Yuan. Profit that the sell has is 2,864,800 Yuan, not only has implemented the company prominent principal work and contraction secondary industry strategic intention, simultaneously effectively has checked the risk, obtained the considerable economic efficiency.
The real estate transfer agreement sees the attachment 1.
4th, the receivable Tai'an state asset management limited company 51,572,279.09 Yuan, the receivable Shenzhen macro Czech Republic industrial development limited company 21,830,536.94 Yuan, the receivable Shenzhen good hundred years home chain enterprise limited company (Shenzhen US court to savor home limited company) 10,764,818.02 Yuan.

The relevant loan protocol sees the attachment 2, 3 and 4.

5th, on December 31, 2006 merged the fiscal statement feedback the receivable subsidy funds is 23,682,117.76 Yuan.
And:

(1) the receivable export draws back tax money 20,338,160.14 Yuan, what feedbacked is the company organic subsidiary company in should by the increment duty tax money that the main pipe taxation department that in the foreign trade activities implements is returned. The export draws back the financial treatment of tax money is conducted according to the tax law and stipulation of business accounting system, according to increment duty tax money debit that should return: The receivable export draws back tax money, the credit: Should pay tax money - increment duty (tax reimbursement for

export), this outlet draws back tax money not to feedback in the profit report alone. And: Suzhou day abundant receivable subsidy funds 2,878.29 Yuan, northern new material flow receivable 11,553,416.22 Yuan, northern new trade receivable 8,181,863.63 Yuan. (2) the receivable national product production pays interest 2,011,896.00 Yuan, is company organic holding subsidiary company – Shandong Taihe Dongxin limited liability company acts according to the document number is Â¢â,¬Â"nationalities committee sends [2004]11 number "During Determining Â¢â,¬Â"15Â¢â,¬Â Conditioning Second Batch of National minority Special requirement Thing Fixed-point production Corporations' Notice"Â¢â,¬Â file spirit and Â¢â,¬Â"sends the [2004] number article definite company to sell by Lu MinÂ¢â,¬Â by Shandong Nationalities committee to the national minority and product of support development implements the income subsidy funds. The financial treatment of this subsidy funds is conducted according to the business accounting the stipulation of system and accounting standards, this receivable subsidy funds received in January, 2007.
The relevant certificate sees the attachment 5.
(3) the receivable increment duty draws back tax money 1,322,061.62 Yuan, what feedbacked is the company organic Xiahuayuan Subsidiary company receivable delivering in advance Increment duty tax money. Article "about Continuing And so on To implement Increment duty Preferential policy to Some Resource Multipurpose Products according to Â¢â,¬Â"the finance and taxation character [1996]20 numberÂ¢â,¬Â the Notice" spirit, the crag cotton and pellet cotton of product Xiahuayuan Subsidiary company production is approved to exempt the increment duty by Hebei Zhangjiakou Xiahuayuan District Country Tax bureau reply, because is uses drafts the backlash the first method, therefore this company has paid tax money in advance, Zhangjiakou Xiahuayuan District Country Tax bureau wrote up the confirmation letter to recognize that in December 25, 2006 this tax money will return in 2007 year.
The relevant certificate sees the attachment 6.
6th, the business scope of Hainan Subsidiary company business license stipulation is: Establishes the building materials market, the building materials sale and property development management. 2006 year, Hainan Subsidiary company in the new building project its development's Hainan changed over to goods in stock – development cost's primary cause was: The company resolved that this project sell, Hainan Subsidiary company obtained the real estate to sell in advance the permit in Haikou, permits real estate that its sale developed, therefore changed over to stores goods is proper. Considers in Hainan the new building project development and takes the capital time to be long, the company has prepared its sell, but Hainan real estate market in the past few years continuously low, it is estimated that sells this building unable to the company to bring the ideal income. From the second half of last year, the Hainan real estate market starts to return to warmer weather, the company through adjusting the Hainan Subsidiary company leader, sought for ideal transferee and other measures to speed up in every way to this building's selling effort, at present has obtained the periodic result, strove as soon as possible finish the transfer under the premise of guarantee company maximum benefit.
7th, the gypsum board four projects began construction in 2004, in 2005 September started the trial production, has not gone into production officially, the primary cause was: This production line complete set imports the US vanguard technology equipment, is our country at present the largest gypsum board production line, is one of world maximum scale production lines, its processing technology and target are the world leading status, the facilities debugging difficulty is big. At present, the company actively is carrying on the facilities debugging and post training of manpower, strove to go into production to transfer officially solidly before June 30.
The Suzhou Industrial Park yearly produced 1.8 million square meters outside wall plate project to begin construction in 2004, at the end of 2005 entered tries to operate the session, has not gone into production officially, the primary cause was: This production line is our country at present the largest outside wall plate production line, is one of world most advanced production lines, the facilities debugging difficulty is big; This production line can only produce the empty core at first, because sends the realistic core also very much to have the sale in the domestic and foreign markets in the debugging process, for does not add the investment to reconstruct the new solid core production line, the company resolved to this production line during debugging makes the new technical transformation, causes this production line both can produce the empty core, and can produce the solid core, the target is through adding the variety Specifcation displays the economic efficiency of this production line well. At present, the company is accelerating the technological transformation and debugging process step, strives to go into production to transfer as soon as possible solidly.

8th, the company 2006 year merged the long-term equity investment difference of fiscal statement amortization is 6,566,297.92 Yuan, merged the fiscal statement investment yield feedback is 644,415.64 Yuan, the difference was 5,921,882.28 Yuan. Has the discrepancy reason is: According to business accounting the stipulation of system and accounting standards, when the authorized strength merges the fiscal statement, in the combined statements range the long-term equity investment difference of amortization will offset to the overhead charge is the result.

9th, in last August, the company through acquiring the East Union investment and trade limited company 100% stockholder's rights had the Shandong Taihe 23% shares indirectly, the sum total had the Shandong Taihe 65% shares. Considering Shandong Taihe good operating results and rapid growth future tendency, combination company own gypsum board developmental strategy, for a greater degree shares Shandong Taihe good investment yield, implements the company and Shandong Taihe in the developmental strategy and management and operation and other aspect better coordinations, last year, the company and other shareholders in Shandong Taihe multi-level and multi-channel have negotiated with and communication, the Tai'an state asset management company indicated that intends to the Shandong Taihe 16% stockholder's rights that selling its has. Considered that the peculiar circumstance in locality, was approved by the instruction local municipal government, loans to the northern new building materials by the national capital company first 5,000 ten thousand Yuan, the Shandong Taihe 16% stockholder's rights that and Israeli National capital Company has make the mortgage to the northern new building materials. Selects the above method, the company may snatch before other competitor who intends to purchase Shandong Taihe stockholder's rights, establishes the good relations of cooperation with the national capital company, uses in the opportune moment by the method of stock paying off a debt in labor implements the above transfer of share rights, finally achieves the strategic target of northern new building materials gypsum board business expansion.

10th, company and northern new material flow check to Shandong Taihe: The company has the Shandong Taihe 65% shares and northern new material flow 80% shares separately; The company sends out the trustee to occupy many in the above two subsidiary companies elases, can affect its production operation decision; The company the important links conducts the line management to it in the financial affairs, foreign investment and other management and operation, achieved has carried on the active control to the relevant behavior the target.

Northern new material flow main profit origin: This company 2006 year implemented the net profit 30,020,806.65 Yuan. And: 1st, invests Shenzhen hundred to live in the decoration building materials limited company to implement the investment yield 1,818 ten thousand Yuan; 2nd, invests the Beijing Ruifeng investment management limited company to implement the investment yield 1,026 ten thousand Yuan; 3rd, northern new material flow merge operating profit 7.62 million Yuan.

11th, company integrated the equity investment difference amortization and long and short term investment depreciation preparation and other projects the basis of non-regular profit and loss is:

The non-regular profit and loss are not directly relate with the do business that to refer to the company occurred, although as well as is relevant with the do business, but because its nature and amount or has the frequency, affected accurately and fairly and just has feedbacked the company normal profitability various income and disbursements. Equity investment difference amortization and long and short term that investment depreciation preparation the company has conforms to this principle.

Beixinjituan building materials limited liability company

On April 23rd -page, 2007 3 -

--- Summary Information ---
1: 936 PID_TITLE: Inquired the letter about 2006 annual report verification reply
PID_SUBJECT:
PID_AUTHOR: Du Xin PID_KEYWORDS:
PID_TEMPLATE: Normal PID_LASTAUTHOR: Du Xin PID_REVNUMBER: 8 PID_APPNAME: Microsoft Office Word PID_EDITTIME: Mon Jan 01 08:07: 00 CST 1601 PID_LASTPRINTED: Tue Apr 24 11:32: 00 CST 2007 PID_CREATE_DTM: Tue Apr 24 11:27: 00 CST 2007 PID_LASTSAVE_DTM: Tue Apr 24 11:33: 00 CST 2007 PID_PAGECOUNT: 1 PID_WORDCOUNT: 502 PID_CHARCOUNT: 2864
PID_SECURITY: 0

--- Document Summary Information ---
PID_CODEPAGE: 936 PID_COMPANY:

PID_LINECOUNT: 73 PID_PARCOUNT: 6 17: 3360 23: 711464 PID_SCALE: false PID_LINEIDENT:
false 19: false 22: false

PID_LINECOUNT: 73 PID_PARCOUNT: 6 17: 3360 23: 711464 PID_SCALE: false PID_LINEIDENT:
false 19: false 22: false

## 关于 2006 年报审核问询函的回复

北京证监局上市公司监管处：

接到贵局《2006 年报审核问询函》后，我公司立即对《问询函》中所列事项进行了认真分析并汇总了相关资料，现将具体情况说明如下。

1、公司本届董事会去年 6 月到期，根据公司快速发展的战略需要，公司拟聘任新的独立董事。为了慎重选聘到能力强、素质高的独立董事，董事会的换届尚未实施，公司将抓紧时间推进独立董事的选聘工作，力争尽快完成董事会的换届工作。

2、北新房屋去年主营业务收入 3,202.51 万元，主营业务利润 59.86 万元，净利润-1,393.34 万元。亏损的主要原因是：去年，国家相继出台了一系列房地产市场宏观调控政策，特别是"国六条"及其细则中关于"重点发展中低价位、中小套型普通商品住房、经济适用住房和廉租住房"等相关政策的实施，在一定程度上限制了别墅型房屋的发展，使北新房屋的相关业务受到了影响，产生了亏损。北新房屋已经根据国家宏观政策和市场需求采取了相应措施扩大收入、降低成本、精细管理，力争尽快扭转亏损局面。

北新建塑去年主营业务收入 8,981.82 万元，主营业务利润 86.54 万元，净利润-1,585.22 万元。亏损的主要原因是：去年，化工产品原材料价格上涨，导致主营产品成本上升；同时，目前国内塑钢门窗市场秩序混乱，假冒伪劣产品充斥，企业间为了生存竞争压价促销，影响了公司产品的市场销售。以上原因导致了北新建塑主营产品毛利率降低，产生了亏损。北新建塑已经充实、调整了管理层，正在调整产品结构，根据市场需求开发毛利率高的新产品；同时，力争通过扩大采购范围、降低大宗化工原材料采购成本等措施提高主营产品的市场竞争力和获利能力。

- 1 -

BNBMPLC-E-0004781

3、以北京中商房地产评估有限公司评估的 2006 年 9 月 22 日的房地产总价值为依据，公司以 2,700 万元人民币转让了上地科贸楼。出售产生的盈利为 286.48 万元，不但实现了公司突出主业、收缩辅业的战略意图，同时有效地控制了风险，获得了可观的经济效益。

房地产转让协议见附件 1。

4、应收泰安市国有资产经营有限公司 51,572,279.09 元，应收深圳宏捷实业发展有限公司 21,830,536.94 元，应收深圳市好百年家居连锁企业有限公司（深圳市美庭品味家居有限公司）10,764,818.02 元。

相关借款协议见附件 2、3、4。

5、2006 年 12 月 31 日合并会计报表反映的应收补贴款为 23,682,117.76 元。

其中：

（1）应收出口退税款 20,338,160.14 元，反映的是公司所属子公司在对外贸易活动中实现的应由主管税务部门退回的增值税税款。出口退税款的财务处理是根据税法和企业会计制度的规定进行的，按照应退回的增值税税款借记：应收出口退税款，贷记：应交税金-增值税（出口退税），该出口退税款不在利润表中单独反映。其中：苏州天丰应收补贴款 2,878.29 元，北新物流本部应收 11,553,416.22 元，北新贸易应收 8,781,865.63 元。

（2）应收民族产品生产贴息 2,021,896.00 元，是公司所属控股子公司-山东泰和东新股份有限公司根据文号为"民委发[2004]11号《关于确定"十五"期间第二批少数民族特需用品定点生产企业的通知》"文件精神并由山东省民委以"鲁民发[2004]号"文确定的该公司销售给少数民族、支援发展的产品所实现收入的补贴款。该补贴款的财务处理是依据企业会计制度和会计准则的规定进行的，该应收补贴款已于 2007 年 1 月收到。

相关凭证见附件 5。

（3）应收增值税退税款 1,322,061.62 元，反映的是公司所属下花园分公司应收的预交增值税税款。根据"财税字[1996]20 号"文《关于继续对部分资源综合利用产品等实行增值税优惠政策的通知》的精神，下花园分公司生产的岩棉、粒状棉产品经河北省张家口市下花园区国家税务局批复同意免征增值税，由于是采用先征后退的方

- 2 -

式,所以该公司预先缴纳了税款,张家口市下花园区国家税务局于2006年12月25日出具证明函确认该税款将在2007年度退回。

相关凭证见附件6。

6、海南分公司营业执照规定的经营范围为:兴办建材市场、建材销售、房地产开发经营。2006年度,海南分公司将其开发的海南中新大厦项目转入存货-开发成本的主要原因为:公司决定将该项目出售,海南分公司在海口市取得了房产预售许可证,准予其销售所开发的房产,故转入存货是恰当的。

考虑到海南中新大厦项目开发和占用资金时间较长,公司一直准备将其出售,但海南房地产市场近几年来一直低靡,预计出售该大厦不能给公司带来理想的收益。从去年下半年开始,海南房地产市场开始回暖,公司通过调整海南分公司领导、多方寻找理想的受让方等措施加快了对该大厦的出让力度,目前已取得阶段性成果,争取在保证公司利益最大化的前提下尽快完成转让。

7、石膏板四线项目于2004年开工建设,2005年9月开始试生产,目前尚未正式投产,主要原因是:该生产线全套引进美国先进技术装备,是我国目前规模最大的石膏板生产线,也是世界最大规模的生产线之一,其工艺技术和装备水平居世界领先地位,设备调试难度较大。目前,公司正在积极进行设备调试和岗位人员培训,争取在今年6月30日前正式投产转固。

苏州工业园区年产180万平米外墙板项目于2004年开工建设,2005年年底进入试运行期,目前尚未正式投产,主要原因是:该生产线是是我国目前规模最大的外墙板生产线,也是世界最先进的生产线之一,设备调试难度较大;该生产线最初只能生产空心板,由于在调试过程中发现实心板在国内外市场也很有销路,为了不增加投资再建新的实心板生产线,公司决定对该生产线在调试的同时进行新的技术改造,使这条生产线既能生产空心板,又能生产实心板,目的是通过增加品种规格更好地发挥该生产线的经济效益。目前,公司正在加快技改和调试进程步伐,争取尽快投产转固。

8、公司2006年度合并会计报表摊销的长期股权投资差额为6,566,297.92元,合并会计报表投资收益反映为644,415.64元,差额为5,921,882.28元,产生差异的原因是:根据企业会计制度和会计准

BNBMPLC-E-0004783

则的规定，在编制合并会计报表时，将合并报表范围内摊销的长期股权投资差额抵销至管理费用中所致。

9、去年8月，公司通过收购东联投资贸易有限公司100%股权间接持有山东泰和23%的股份，合计持有了山东泰和65%的股份。鉴于山东泰和上佳的经营业绩和快速发展的未来趋势，结合公司自身的石膏板发展战略，为了更大程度地分享山东泰和良好的投资收益，实现公司和山东泰和在发展战略和经营管理等各方面更好的协同，去年，公司和山东泰和的其他股东多层次、多渠道地进行了协商和沟通，其中，泰安市国有资产经营公司表示有意向出让其持有的山东泰和16%股权。考虑到当地的特殊情况，经请示当地市政府同意，先由国资公司向北新建材借款5,000万元，并以国资公司持有的山东泰和16%股权向北新建材作抵押。采用上述方式，公司可抢在其他有意购买山东泰和股权的竞争者之前，和国资公司建立良好的合作关系，在适当时机采用以股抵债的方式实现上述股权转让，最终实现北新建材石膏板业务扩张的战略目标。

10、公司对山东泰和和北新物流的控制情况：公司分别持有山东泰和65%股份和北新物流80%股份；公司派出董事在上述两家子公司的董事会成员中占多数，能够影响其生产经营决策；公司在财务、对外投资等经营管理的重要环节对其进行垂直管理，达到了对相关行为进行有效控制的目的。

北新物流主要利润来源：该公司2006年度实现净利润30,020,806.65元。其中：1、投资深圳百安居装饰建材有限公司实现投资收益1,818万元；2、投资北京瑞丰投资管理有限公司实现投资收益1,026万元；3、北新物流合并经营利润762万元。

11、公司将股权投资差额摊销和长短期投资减值准备等项目纳入非经常性损益的依据为：

非经常性损益是指公司发生的与经营业务无直接关系，以及虽与经营业务相关，但由于其性质、金额或发生频率，影响了真实、公允地反映公司正常盈利能力的各项收入、支出。公司发生的股权投资差额摊销和长短期投资减值准备符合这一原则。

北新集团建材股份有限公司<br>
2007年4月23日

BNBMPLC-E-0004784