# 2001 UNIFORM BUSINESS REPORT (UBR)

DOCUMENT # P00000059658

**1. Entity Name**
BNBM OF AMERICA, INC.

**FILED**
Jan 16, 2001 8:00 am
**Secretary of State**
01-16-2001 90041 026 ***158.75

MTD Exhibit #79

**Principal Place of Business**
POST OFFICE BOX 172356
TAMPA FL 33672-0356

**Mailing Address**
POST OFFICE BOX 172356
TAMPA FL 33672-0356

**2. Principal Place of Business**
5015 E. HILLSBOROUGH
Suite, Apt. #, etc.
City & State: TAMPA FL
Zip: 33610

**3. Mailing Address**

**4. FEI Number:** 93-1294862

**5. Certificate of Status Desired** ☒  $8.75 Additional Fee Required

**6. Name and Address of Current Registered Agent**
WILSON, DONALD H JR.
245 SOUTH CENTRAL AVENUE
BARTOW FL 33830

**7. Name and Address of New Registered Agent**
City: FL

**8.** The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE _____

**9.** This corporation is eligible to satisfy its Intangible Tax filing requirement and elects to do so. ☐

FILE NOW!!! FEE IS $150.00
After MAY 1, 2001 Fee will be $550.00
Make Check Payable to Department of State

**10.** Election Campaign Financing Trust Fund Contribution. ☐  $5.00 May Be Added to Fees

| 11. OFFICERS AND DIRECTORS | | 12. ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS IN 11 | |
|---|---|---|---|
| TITLE: D<br>NAME: FENG, YU X<br>STREET ADDRESS: POST OFFICE BOX 172356<br>CITY-ST-ZIP: TAMPA FL 33672-0356 | ☐ Delete | TITLE: PRESIDENT, DIRECTOR<br>NAME: YU, XIAN FENG<br>STREET ADDRESS: SAME AS MAILING | ☐ Change ☐ Addition<br>NAME SPELLING CORRECTION |
| TITLE:<br>NAME:<br>STREET ADDRESS:<br>CITY-ST-ZIP: | ☐ Delete | TITLE: C<br>NAME: SONG ZHI PING<br>STREET ADDRESS: SAME AS MAILING | ☐ Change ☐ Addition |
| TITLE:<br>NAME:<br>STREET ADDRESS:<br>CITY-ST-ZIP: | ☐ Delete | TITLE: D<br>NAME: CAO JIANG LIN<br>STREET ADDRESS: SAME AS MAILING | ☐ Change ☐ Addition |
| TITLE:<br>NAME:<br>STREET ADDRESS:<br>CITY-ST-ZIP: | ☐ Delete | TITLE: V/S<br>NAME: LI JIANG<br>STREET ADDRESS: SAME AS MAILING | ☐ Change ☐ Addition |
| TITLE:<br>NAME:<br>STREET ADDRESS:<br>CITY-ST-ZIP: | ☐ Delete | TITLE: T<br>NAME: WEI CHUN SHAN<br>STREET ADDRESS: SAME AS MAILING | ☐ Change ☐ Addition |
| TITLE:<br>NAME:<br>STREET ADDRESS:<br>CITY-ST-ZIP: | ☐ Delete | TITLE:<br>NAME:<br>STREET ADDRESS: | ☐ Change ☐ Addition |

**13.** I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Section 119.07(3)(i), Florida Statutes. I further certify that the information indicated on this report or supplemental report is true and accurate and that my signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears in Block 11 or Block 12 if changed, or on an attachment with an address, with all other like empowered.

SIGNATURE: _Li Jiang_ LI JIANG  Date: JAN. 5th, 2001  Daytime Phone #: 813-621-6766

CAO 144-3

# 2002 UNIFORM BUSINESS REPORT (UBR)

**Jan 27, 2002 8:00 am**
**Secretary of State**
01-27-2002 90042 034 ***158.75



**DOCUMENT #** P00000059658

**1. Entity Name**
BNBM OF AMERICA, INC.

**Principal Place of Business**
5015 E HILLSBOROUGH
TAMPA FL 33810

**Mailing Address**
POST OFFICE BOX 172356
TAMPA FL 33672-0356

**2. Principal Place of Business** (Suite, Apt. #, etc. / City & State / Zip / Country)

**3. Mailing Address** (Suite, Apt. #, etc. / City & State / Zip / Country)

DO NOT WRITE IN THIS SPACE

**4. FEI Number** 93-1294862 — Applied For / Not Applicable

**5. Certificate of Status Desired** ☒ $8.75 Additional Fee Required

**6. Name and Address of Current Registered Agent**
WILSON, DONALD H JR.
245 SOUTH CENTRAL AVENUE
BARTOW FL 33830

**7. Name and Address of New Registered Agent**
Name:
Street Address (P.O. Box Number is Not Acceptable):
City: _____ FL _____ Zip Code:

**8.** The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE _____ DATE _____
(NOTE: Registered Agent signature required when reinstating)

**9.** This corporation is eligible to satisfy its Intangible Tax filing requirement and elects to do so. ☐

**FILE NOW!!! FEE IS $150.00**
After May 1, 2002 Fee will be $550.00
Make Check Payable to Department of State

**10.** Election Campaign Financing Trust Fund Contribution. ☐ $5.00 May Be Added to Fees

## 11. OFFICERS AND DIRECTORS

| | Current | | 12. Additions/Changes | Change | Addition |
|---|---|---|---|---|---|
| TITLE | C | ☐ Delete | C | ☐ | ☐ |
| NAME | SONG, ZHI PING | | SONG, ZHI PING | | |
| STREET ADDRESS | POST OFFICE BOX 172356 | | SAME AS MAILING | | |
| CITY-ST-ZIP | TAMPA FL 33672 | | | | |
| TITLE | D | ☐ Delete | D | ☐ | ☐ |
| NAME | CAO, JIANG LIN | | CAO, JIANG LIN | | |
| STREET ADDRESS | POST OFFICE BOX 172356 | | SAME AS MAILING | | |
| CITY-ST-ZIP | TAMPA FL 33672 | | | | |
| TITLE | VS | ☐ Delete | V/S | ☐ | ☐ |
| NAME | LI, JINAG | | LI, JIANG | | |
| STREET ADDRESS | POST OFFICE BOX 173356 | | SAME AS MAILING | | |
| CITY-ST-ZIP | TAMPA FL 33672 | | | | |
| TITLE | T | ☐ Delete | T | ☐ | ☐ |
| NAME | WEI, CHUN SHAN | | WEI, CHUN SHAN | | |
| STREET ADDRESS | POST OFFIC BOX | | SAME AS MAILING | | |
| CITY-ST-ZIP | TAMPA FL 33672-0356 | | | | |
| TITLE | | ☐ Delete | P/D | ☐ | ☐ |
| NAME | | | YU, XIAN FENG | | |
| STREET ADDRESS | | | SAME AS MAILING | | |
| CITY-ST-ZIP | | | | | |
| TITLE | | ☐ Delete | | ☐ | ☐ |

**13.** I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Section 119.07(3)(i), Florida Statutes. I further certify that the information indicated on this report or supplemental report is true and accurate and that my signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears in Block 11 or Block 12 if changed, or on an attachment with an address, with all other like empowered.

**SIGNATURE:** SIGNATURE REQUIRED JIANG    Date: JAN. 9th, 2002    Daytime Phone #: 813-621-6666

# 2003 FOR PROFIT CORPORATION
# UNIFORM BUSINESS REPORT (UBR)

DOCUMENT # P00000059658

**1. Entity Name**
BNBM OF AMERICA, INC.



FILED
Jan 21, 2003 8:00 am
**Secretary of State**
01-21-2003 90554 043 ***150.00

| Principal Place of Business | Mailing Address |
|---|---|
| 5015 E HILLSBOROUGH | POST OFFICE BOX 172356 |
| TAMPA FL 33610 | TAMPA FL 33672-0356 |

| 2. Principal Place of Business | 3. Mailing Address |
|---|---|
| Suite, Apt. #, etc. | Suite, Apt. #, etc. |
| City & State | City & State |
| Zip    Country | Zip    Country |

☐ CHECK HERE IF MAKING CHANGES

**4. FEI Number** 93-1294862     ☐ Applied For  ☐ Not Applicable

**5. Certificate of Status Desired** ☐ $8.75 Additional Fee Required

**6. Name and Address of Current Registered Agent**
WILSON, DONALD H JR.
245 SOUTH CENTRAL AVENUE
BARTOW FL 33830

**7. Name and Address of New Registered Agent**
Name: 
Street Address (P.O. Box Number is Not Acceptable):
City:    FL    Zip Code:

8. The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida. I am familiar with, and accept the obligations of registered agent.

SIGNATURE _____
Signature, typed or printed name of registered agent and title if applicable.
(NOTE: Registered Agent signature required when reinstating)
DATE

FILE NOW!!! FEE IS $150.00
After May 1, 2003 Fee will be $550.00
Make Check Payable to Florida Department of State

**9. Election Campaign Financing Trust Fund Contribution.** ☐ $5.00 May Be Added to Fees

| 10. OFFICERS AND DIRECTORS | | 11. ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS IN 11 | |
|---|---|---|---|
| TITLE: C<br>NAME: SONG, ZHI PING<br>STREET ADDRESS: POST OFFICE BOX 172356<br>CITY-ST-ZIP: TAMPA FL 33672 | ☐ Delete | TITLE:<br>NAME:<br>STREET ADDRESS:<br>CITY-ST-ZIP: | ☐ Change  ☐ Addition |
| TITLE: D<br>NAME: CAO, JIANG LIN<br>STREET ADDRESS: POST OFFICE BOX 172356<br>CITY-ST-ZIP: TAMPA FL 33672 | ☐ Delete | TITLE:<br>NAME:<br>STREET ADDRESS:<br>CITY-ST-ZIP: | ☐ Change  ☐ Addition |
| TITLE: VS<br>NAME: LI, JINAG<br>STREET ADDRESS: POST OFFICE BOX 173356<br>CITY-ST-ZIP: TAMPA FL 33672 | ☐ Delete | TITLE:<br>NAME:<br>STREET ADDRESS:<br>CITY-ST-ZIP: | ☐ Change  ☐ Addition |
| TITLE: T<br>NAME: WEI, CHUN SHAN<br>STREET ADDRESS: POST OFFIC BOX<br>CITY-ST-ZIP: TAMPA FL 33672-0356 | ☐ Delete | TITLE:<br>NAME:<br>STREET ADDRESS:<br>CITY-ST-ZIP: | ☐ Change  ☐ Addition |
| TITLE: PD<br>NAME: XIAN FENG, YU<br>STREET ADDRESS: POST OFFICE BOX 173356<br>CITY-ST-ZIP: TAMPA FL 33672 | ☐ Delete | TITLE:<br>NAME:<br>STREET ADDRESS:<br>CITY-ST-ZIP: | ☐ Change  ☐ Addition |
| TITLE:<br>NAME:<br>STREET ADDRESS:<br>CITY-ST-ZIP: | ☐ Delete | TITLE:<br>NAME:<br>STREET ADDRESS:<br>CITY-ST-ZIP: | ☐ Change  ☐ Addition |

12. I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Section 119.07(3)(i), Florida Statutes. I further certify that the information indicated on this report or supplemental report is true and accurate and that my signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears in Block 10 or Block 11 if changed, or on an attachment with an address, with all other like empowered.

**SIGNATURE:** SIGNATURE REQUIRED / Chunshan Wei
SIGNATURE AND TYPED OR PRINTED NAME OF SIGNING OFFICER OR DIRECTOR       Date       Daytime Phone #

# 2004 FOR PROFIT CORPORATION ANNUAL REPORT

FILED
Feb 17, 2004 8:00 am
**Secretary of State**

02-17-2004 90010 017 ***158.75

DOCUMENT # P00000059658

1. Entity Name
BNBM OF AMERICA, INC.

| Principal Place of Business | Mailing Address |
|---|---|
| 4900 W. RIO VISTA AVENUE | POST OFFICE BOX 172356 |
| TAMPA, FL 33634 | TAMPA, FL 33672-0356 |

02122004  Chg-P  CR2E034 (10/03)

2. Principal Place of Business
3. Mailing Address

Suite, Apt. #, etc.

City & State

Zip  Country

4. FEI Number
93-1294862

Applied For / Not Applicable

5. Certificate of Status Desired ☒  $8.75 Additional Fee Required

6. Name and Address of Current Registered Agent

WILSON, DONALD H JR.
245 SOUTH CENTRAL AVENUE
BARTOW, FL 33830

7. Name and Address of New Registered Agent

Name

Street Address (P.O. Box Number is Not Acceptable)

City  FL  Zip Code

8. The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida. I am familiar with, and accept the obligations of registered agent.

SIGNATURE_____  DATE

**FILE NOW!!! FEE IS $150.00**
**After May 1, 2004 Fee will be $550.00**

9. Election Campaign Financing Trust Fund Contribution ☐  $5.00 May Be Added to Fees.

| 10. OFFICERS AND DIRECTORS | | 11. ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS IN 11 | |
|---|---|---|---|
| TITLE: C<br>NAME: SONG, ZHI PING<br>STREET ADDRESS: POST OFFICE BOX 172356<br>CITY-ST-ZIP: TAMPA, FL 33672 | ☐ Delete | TITLE:<br>NAME:<br>STREET ADDRESS:<br>CITY-ST-ZIP: | ☐ Change ☐ Addition |
| TITLE: D<br>NAME: CAO, JIANG LIN<br>STREET ADDRESS: POST OFFICE BOX 172356<br>CITY-ST-ZIP: TAMPA, FL 33672 | ☐ Delete | TITLE:<br>NAME:<br>STREET ADDRESS:<br>CITY-ST-ZIP: | ☐ Change ☐ Addition |
| TITLE: VS<br>NAME: LI, JINAG<br>STREET ADDRESS: POST OFFICE BOX 173356<br>CITY-ST-ZIP: TAMPA, FL 33672 | ☐ Delete | TITLE: S<br>NAME: LI, JIANG<br>STREET ADDRESS: POST OFFICE BOX 172356<br>CITY-ST-ZIP: TAMPA, FL 33672 | ☒ Change ☐ Addition |
| TITLE: T<br>NAME: WEI, CHUN SHAN<br>STREET ADDRESS: POST OFFIC BOX<br>CITY-ST-ZIP: TAMPA, FL 336720356 | ☐ Delete | TITLE: V/T<br>NAME: WEI, CHUN SHAN<br>STREET ADDRESS: POST OFFICE BOX 172356<br>CITY-ST-ZIP: TAMPA, FL 33672 | ☒ Change ☐ Addition |
| TITLE: PD<br>NAME: XIAN FENG, YU<br>STREET ADDRESS: POST OFFICE BOX 173356<br>CITY-ST-ZIP: TAMPA, FL 33672 | ☐ Delete | TITLE: P/D<br>NAME: XIAN FENG, YU<br>STREET ADDRESS: POST OFFICE BOX 172356<br>CITY-ST-ZIP: TAMPA, FL 33672 | ☒ Change ☐ Addition |
| TITLE:<br>NAME:<br>STREET ADDRESS:<br>CITY-ST-ZIP: | ☐ Delete | TITLE:<br>NAME:<br>STREET ADDRESS:<br>CITY-ST-ZIP: | ☐ Change ☐ Addition |

12. I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Section 119.07(3)(i), Florida Statutes. I further certify that the information indicated on this report or supplemental report is true and accurate and that my signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears in Block 10 or Block 11 if changed, or on an attachment with an address, with all other like empowered.

SIGNATURE: *Chunshan Wei* / CHUNSHAN WEI    2-11-2004    813-621-6766

DOCUMENT# P00000059658

Feb 07, 2005
Secretary of State

**Entity Name:** BNBM OF AMERICA, INC.

**Current Principal Place of Business:**

4900 W. RIO VISTA AVENUE
TAMPA, FL 33634

**New Principal Place of Business:**

**Current Mailing Address:**

POST OFFICE BOX 172356
TAMPA, FL 336720356

**New Mailing Address:**

FEI Number: 93-1294862    FEI Number Applied For ( )    FEI Number Not Applicable ( )    Certificate of Status Desired (X)

**Name and Address of Current Registered Agent:**

WILSON, DONALD H JR.
245 SOUTH CENTRAL AVENUE
BARTOW, FL 33830    US

**Name and Address of New Registered Agent:**

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: _____

Electronic Signature of Registered Agent                                                          Date

**Election Campaign Financing Trust Fund Contribution ( ).**

**OFFICERS AND DIRECTORS:**

| | |
|---|---|
| Title: | C         ( ) Delete |
| Name: | SONG, ZHI PING |
| Address: | POST OFFICE BOX 172356 |
| City-St-Zip: | TAMPA, FL 33672 |

| | |
|---|---|
| Title: | D         ( ) Delete |
| Name: | CAO, JIANG LIN |
| Address: | POST OFFICE BOX 172356 |
| City-St-Zip: | TAMPA, FL 33672 |

| | |
|---|---|
| Title: | S         ( ) Delete |
| Name: | LI, JINAG |
| Address: | POST OFFICE BOX 173356 |
| City-St-Zip: | TAMPA, FL 33672 |

| | |
|---|---|
| Title: | VT        ( ) Delete |
| Name: | WEI, CHUN SHAN |
| Address: | POST OFFICE BOX 172356 |
| City-St-Zip: | TAMPA, FL 336720356 |

| | |
|---|---|
| Title: | PD        ( ) Delete |
| Name: | XIAN FENG, YU |
| Address: | POST OFFICE BOX 172356 |
| City-St-Zip: | TAMPA, FL 33672 |

**ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS:**

Title:                ( ) Change ( ) Addition
Name:
Address:
City-St-Zip:

Title:                ( ) Change ( ) Addition
Name:
Address:
City-St-Zip:

Title:                ( ) Change ( ) Addition
Name:
Address:
City-St-Zip:

Title:                ( ) Change ( ) Addition
Name:
Address:
City-St-Zip:

Title:                ( ) Change ( ) Addition
Name:
Address:
City-St-Zip:

I hereby certify that the information supplied with this filing does not qualify for the for the exemption stated in Section 119.07(3)(i), Florida Statutes. I further certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with an address, with all other like empowered.

SIGNATURE: CHUNSHAN WEI                                         VT                      02/07/2005

Electronic Signature of Signing Officer or Director                                              Date