Translation of CNBMGRP00012512

# China National Building Material Group Corporation Board of Directors

**Meeting Minutes**
**CNBM Group 3rd Session of Board Meeting No. 23**

## The 23rd Meeting of the 3rd Session of Board of Directors of China National Building Material Group Corporation Meeting Minutes

**Time**: January 29, 2015 (Thursday) 9:00
**Place**: 2nd conference room of the Group Corporation
**Presider**: Zhiping Song
**Attendees**: Yan Yao, Jianglin Cao, Xiaogang Zhao, Jin'en Chen, Jibin Zhao, Xiaoqiang Lu, Yanfu Zhu, Xuefeng Peng, Yumeng Wang
**Attendees without voting right**:
SASAC Reorganization Bureau: Director Bing Li
Vice secretary of the Party committee, director of the disciplinary committee: Zhenhua Hao
Secretary to the Board of Directors: Zhaoyu Guang
Director of the Board Office: Zhiping Gan
Group Corporation: Chaomin Guo, Jiwei Wu, Xin Qu, Jian Zhang, Rushan Wei
**Recorders**: Zhaoyu Guang, Zhiping Gan, Quan Ding

…..

Translation of Part XI of CNBMGRP00012521-12522

XI. Deliberated the proposal on establishment of the board of directors and the supervisory committee in CNBM Trading

The convener of nomination committee, Zhiping Song, stated the proposal that: in order to further push forward the normative construction of board of directors in subsidiary enterprises, in accordance with the development strategy of the Group and the specific circumstances of CNBM Trading, it is planned to establish the board of directors and the supervisory committee in CNBM Trading. The 6th meeting of the nomination committee of the 3rd session of the board of directors did researches on relevant candidates, and made the arrangements as follows: there would be five members in the board directors: Chairman Anzhong Huang, vice chairman Guoping Zhou, directors Yongxin Chen, Jiwei Wu and Yanmin Zhao; there would be 3 members in the supervisory committee: the convener Xin Qu, the supervisor Guobin Cai and one staff representative supervisor; Yongxin Chen was nominated as the candidate for the General Manager of CNBM Trading.

Upon deliberation, the meeting approved the proposal on establishment of the board of directors and the supervisory committee in CNBM Trading.

CG: 6/16/15-6/18/15

Exhibit 98

MTD Exhibit #82

In the Chinese building material Group Company limited Board of directors conference summary building materials three Dong can record character 23rd

The Chinese building material Group Company limited third session of board of directors 23rd conference conference summary time: On January 29, 2015 (Thursday) 9:00 place: The Group second conference room manages: Song Zhiping attended: Yao Yan, Cao Jianglin, Zhao Xiaogang, Chen Jinen, Zhao Jibin, Lu Xiaoqiang, Zhu Yanfu, Peng Xuefeng, king Yu Meng attended a meeting as a non-voting delegate: SAC reorganizes the bureau: Bureau Chief Li Bing party committee assistant deputy secretaries and discipline inspection commission secretaries: Hao Zhenhua board of directors secretary: Illumination Director Yu Dong Ban: Does Zhiping Group: Guo Korean person and Wu Jiwei, Qu Xin, Zhang Jian, Wei Rushan records: The illumination space, does Zhiping, the Ding spring main item on the agenda:

1. the notification group and joint-stock company plans the newspaper 2015 year board of directors enterprise test appraisal target value January, 2014 to the December production operation 2. deliberation group 2014 annual financial statement final accounts auditing office and audit expense's bill 3. deliberation group 2015 annual financial statement budget major targets or quotas' bill 4. deliberation group the bill 5. deliberation group in 2015 is subsidiary enterprise financing provides the guarantee budget the bill 6. deliberation group to finance to provide the guarantee for building materials group import-export company the bill 7. deliberation group in 2015 the debt risk plan bill 8. deliberation group headquarters in 2015 to register to distribute 5 billion Yuan to continue forever the ticket bill 9. deliberation group headquarters in 2015 the bill 10 deliberation groups of finance programIn 2015 in the bill 11. deliberation of foreign donation budget the building materials group import-export company sets up the bill of board of directors and board of supervisors 12. to consider the triumphant abundant technical respective side to be popular the science and technology to purchase the Shenzhen country to reveal the primary coverage that the technical limited liability company 75.58% stocks the bill 13. deliberation groups in 2015 the bill conference of capital spending plan discussed:

First, routine notification: Group and notifies Group and joint-stock company production operation and financial norm joint-stock company January to December production operation Group general manager Cao Jianglin, chief accountant Wu Ji Wei, finance department general manager Qu Xin completes the situation: Realizes the gross profit 13.1 billion Yuan January, 2014 to December group, increases 13%, joint-stock company 12 billion Yuan, building materials main result 800 million Yuan, triumphant abundant technical 300 million Yuan, China new home 100 million Yuan; Realizes the net profit 10.3 billion Yuan, increases 17%; Realizes the business income 252.5 billion Yuan, was basic with last year. In three expenses, the overhead charge 9.6 billion Yuan, compared dropped last year, but the selling expenses and financial expenses by having to be increased, was used to pay the bank interest to amount to 13 billion Yuan; The property ratio of debt to net worth 80.69%, drop 1.23 percentage points. Main product sales volume: Cement clinker 287 million tons, grow 1%; Business mixes 86.43 million sides, drops 1%; The gypsum board 1.433 billion square meters, grow 16%; The wind electricity leaf blade 4564 pieces, grow 41%; Glass fiber 1.02 million tons, grow 24%. The cement clinker and business mixed the sales volume to complete the beginning of the year to budget, but has not achieved anticipated, the gypsum board and glass fiber sales volume surpassed anticipated.

The conference believes that in 2014 the production operation environment is intriguing, challenges the pressure to be unprecedented, the group has obtained the outstanding result tallies anticipated. In 2015 is to manage and one year of challenge coexisting, the duty that group reforming promotes is arduous. Estimated initially the group in 2015 completes gross profit over 10 billion Yuan should the question not to be big.

Second, the bill audit and risk management of committee convener Lu Xiaoqiang, Group chief accountant Wu Ji Wei, finance department general manager Qu Xin deliberation group 2014 annual financial statement final accounts auditing office and audit expense states the bill: In 2014 group financial settlement auditing office altogether three, respectively are: Inherent responsibilities international accounting firm, stands believes the accounting firm, to believe the accounting firm greatly, the auditing office will be consistent with 2013. After consulted with the accounting firm, preliminarily determined that in 2014 various Group and respective sub-enterprises (including listed company) financial settlement audit expense are not 5.235 million Yuan, 5,145 million Yuan increases 90,000 Yuan compared to 2013, grew 1.7%.

The conference after the discussion thinks that the audit expense is reasonable, will not have the objection to the group 2014 annual financial statement final accounts auditing office and audit expense.

Third, the bill audit and risk management of committee convener Lu Xiaoqiang, Group chief accountant Wu Ji Wei, finance department general manager Qu Xin deliberation group 2015 annual financial statement budget major targets or quotas states the bill: 2015 annual financial statement budget major targets or quotas plan to count off are: The business income 2,200.0 hundred million Yuan, compare with the previous year bulletin several 2,525.5 hundred million Yuan, drop 12.9%; Gross profit 12 billion Yuan, compare with the previous year bulletin several 13.07 billion Yuan, drop 8.2%; The ownership in the parent company owner's net profit 3.12 billion Yuan, compares with the previous year bulletin several 3.46 billion Yuan, drops 9.6%. In 2015 the group will place the work in emphasis the advancement adjustment income structure, further reduces the physical distribution trade operation income the proportion, therefore in 2015 the business income target will not have the hypothesis too high growth, will stabilize about 220 billion Yuan, will budget the number to be impartial with 2014, but will drop compared to the actual finish number. In 2015 our country economy downward pressure is greater, the demand is still insufficient, the cement, glass and so on produced to be able too much to intensify, the cement price's uncertainty increases, simultaneously the group falls this efficiency the pressure to highlight, therefore 2015 the profit for the year total amount target plans the newspaper 12 billion Yuan, the bulletin number drops 9.6% compared to 2014.

The conference believes after the discussion, 1. according to 2015 economic situation sentences in advance, and in light of the actual situation of group, in 2015 the financial budget major targets or quotas will plan to count off to make "even income will guarantee profit" the goal to the group is quite objective safe, may guarantee the budget goal completion. In the group must from the Canadian pressure, strive for the gross profit to grow 10% again. 2. the building materials profession is a profession of full competition, the cement, steel and iron, electrolytic aluminum and so on surface is in labor to be able the serious surplus present situation. In situation that in steel and iron, aluminum business and other industrial big area lose money, the cement industry has actually realized profit in 2014, this benefitted from the Chinese building materials is very good to play the profession lead goat's role, guaranteed the price regarding the stable price, competed to gather with other cement enterprises, by competed to transform the cement industry excessively for the gentle competition, realized the healthy development of entire profession. In 2015, the group must continue to play the role of industry leader enterprise, must eagerly anticipate the cement industry from eliminating backwardness produces to be able and to limit the new production increase be able, to enhance the profession concentration degree and strengthened innovation driven to start, enhances the

CNBMGRP00012512.001

profession profit. 3. the group must continue to intensify the management conformity dynamics , to continue to insist that "conformity optimizes, the efficiency falls debt" the work idea, completes "four to stress four to control, four to increase four to reduce" work, simultaneously grasps to raise and unearth the new service point of growth.

Fourth, deliberation group plans the newspaper 2015 year board of directors enterprise test appraisal target value the bill salary and inspection committee convener Zhao Xiaogang, Group chief accountant Wu Ji Wei, finance department general manager Qu Xin states the bill: According to "Central enterprise Person in charge Operational performance assessment Tentative method" relevant provision and central enterprise person in charge operational performance assessment workshop spirit, the salary and inspection committee drew up after the discussion initially have planned the newspaper 2015 year board of directors enterprise test assessment objective recommended value are: Gross profit basic target value 12 billion Yuan, struggle target value: 13.07 billion Yuan; Economical increase in value basic target value 3.28 billion Yuan, goal 3.46 billion Yuan; The cost total amount accounts for business income proportion 96.84%; Property ratio of debt to net worth 81.50%; Business income 2,200.0 hundred million Yuan.

The conference believes that plans the newspaper 2015 year board of directors enterprise test assessment objective recommended value science to be objective, meets SAC's sending requirement to the goal recommended value, unified and group next step key emphasis to futures economy situation the judgment, agreed that reports SAC according to this plan.

Fifth, deliberation group in 2015 is bill Group chief accountant Wu Ji Wei, finance department general manager who Qu Xin subsidiary enterprise financing provides the guarantee budget states the bill: "Guaranteed the Policing method concerned requirements according to China Building materials Group", Group workshop's 2015 year application group to the subsidiary enterprise submission provides the budget of guarantee to analyze and verification for it, formed the guarantee budget to subsidiary enterprise. In 2015 the group provides the guarantee upper limit specified amount 18.5 billion Yuan for subsidiary enterprise financing, authorizes to guarantee the total amount to increase 1,555 billion Yuan compared to 2014, applies for the specified amount 21.328 billion Yuan to reduce 2.828 billion Yuan compared to various enterprises, suggested that Beixinjituan, the Chinese new house, the southwest cement and Qinhuangdao courtyard reduction guarantee specified amount upper limit, suggested increases the guarantee specified amount to the import-export company and triumphant abundant science and technology respectively 2.51 billion Yuan and 493 million Yuan.

The conference pointed out that the group full consideration enterprise actual situation, science draws up for the guarantee budget that subsidiary enterprise financing provides, the implementation management strict standard, encourages the subsidiary enterprise to strive to exempt the guarantee, and strict approval process in actual group guarantee. The conference by the deliberation was approved that in 2015 group provides the guarantee upper limit specified amount 18.5 billion Yuan for subsidiary enterprise financing, authorizes to guarantee the total amount to increase 1.555 billion Yuan compared to 2014, import-export company 13.8 billion Yuan and northern new building materials group 1.8 billion Yuan and triumphant abundant technical 2.9 billion Yuan (Bengbu courtyard (in photoelectricity 1.82 billion Yuan including Chengdu) and Luobo Group (including the Lucbo stock) 740 million Yuan and Zhonglian glass 310 million Yuan and triumphant abundant technical 0.3 Yuan).

Sixth, deliberation group finances bill Group chief accountant Wu Ji Wei, finance department general manager who Qu Xin provides the guarantee to state the bill for building materials group import-export company: Because by the international and domestic economical downward, domestic bulk commodity price was continued to fall, bank credit policy readjustment and other factor influences, the import-export company at the end of 2014 fund demand is big, the financing difficulty is very big. Because at the end of 2014 group signs the guarantee contract the bank not to have the credit target for building materials import and export, to solve the fund is difficult, by the consultative agricultural bank and import export bank Shanghai Branch was approved that provides the class loan support for building materials import and export, but must the group provide the guarantee. Therefore, import-export company applied for the group to provide the guarantee in the agricultural bank 200 million Yuan class loan for it, the deadline 1 year, for returning group my wife enterprise loan; The application group in building materials energy Shanghai Corporation for its sub-enterprise provides the guarantee in the import export bank Shanghai Branch 80 million US dollars class loan actual, the deadline 1 year, the fund uses by the import-export company.

Was approved by Group workshop that group provides the guarantee in agricultural bank 200 million Yuan class loan and import export bank Shanghai Branch 80 million US dollars class loan for the import-export company, according to the group "Board of directors Procedure rule" concerned requirements, must after the board of directors supplement that considers and reports.

The conference after the discussion thinks that this item for special period's peculiar circumstance, agreed the group finances the above two guarantee that for the import-export company provides.

Seventh, deliberation group in 2015 the bill audit and risk management of committee convener Lu Xiaoqiang, Group chief accountant Wu Ji Wei, finance department general manager Qu Xin debt risk plan states the bill: Related requests according to SAC, needs to establish the debt risk plan over 80% enterprises to the property ratio of debt to net worth, and reported SAC. According to the SAC financial supervision and inspection appraisal bureau "about the Notice related request of 2015 Year Debt Risk Plan Formulation Work Related Item", the group has formulated "China Building materials Group in 2015 Debt Risk Plan", strives the property ratio of debt to net worth control below 80%. The risk measure mainly includes: First, through insisting on the achievements guidance and market competes about and falls this efficiency, strives to achieve the gross profit over 12 billion Yuan annual business goal. Second, controls the investment scale strictly, reduces the capital nature disbursement, in 2015 the capital nature disbursement cannot surpass last year the level; Third, to speed up rights financing, optimized capital structure; Fourth, to intensify the cash flow management, enlarges should receive money the cleaning up dynamics; Fifth, to advance fund centralized management , to promote fund use efficiency; Sixth, optimized long and short term debt structure, improvement short-term debt redemption pressure; Seventh, the strengthened sort management, increases the key enterprise debt supervision. Measure that and fifth advancement fund centralized management, the promotion fund use efficiency increases according to the audit committee eighth conference opinion.

The conference has held the careful discussion on group debt risk measure, thinks that the group in 2015 the formulation consideration of debt risk measure is careful and practical and feasible, one by one carries out to be possible to achieve further cuts the property ratio of debt to net worth the goal.

Simultaneously the conference pointed out that 1. in fund centralized management, must actively advance second-level and core enterprise fund centralized management, further establishes and consummation region fund pond, speeds up internal capital allowing temporary credit, reduces the fund to precipitate, raises the fund use efficiency and benefit. 2. was listed as by Banking Regulatory Commission, Securities Supervisory Association and other regulators as a result of the building materials profession is limited the profession, is stricter in supervision scope, approval process and other aspects, and so on to the two share matchings of group had had

the influence, enables the group asset ratio of debt to net worth reduction to achieve to anticipate. 3. because the Chinese building materials group is on borrowings enterprise, the capital in cash are few, can only depend upon the bank loan in the earlier large-scale property reorganization process, 252.5 billion Yuan business income that in 2014 will realize, in 13.1 billion Yuan gross profit, about 15 billion Yuan for paying bank's interest. Through drawing up a series of debt risk measure, the group has the confidence to realize the property ratio of debt to net worth one further reduces.

The conference after passing the Chinese building materials group in 2015 the debt risk plan, carries out the board of directors authority experimental enterprise as SAC, from 2015, the group debt risk plan passes after the board of directors implements, may no longer report SAC to examine and approve.

Eighth, the deliberation group headquarters in 2015 register to distribute 5 billion Yuan to continue forever ticket bill Group chief accountant Wu Ji Wei, finance department general manager Qu Xin to state the bill: Because in continuing forever the ticket may include the ownership interest through the article design, its interest rate slightly is higher than the same deadline ordinary intermediate stage bill generally, but is lower than the same deadline bank loan interest rate. To further broaden the financing channel, cuts the group asset ratio of debt to net worth, the group headquarters will plan in 2015 to apply to register the release over 5 billion Yuan to the trader association not to continue forever the ticket, and so on respective child enterprise replacement will loan for the group headquarters and joint-stock company or supplements the floating capital. After 5 billion Yuan continues forever the face value to register successfully, according to the group will manage to need with the market environment to distribute. The group headquarters plan to choose International and Shanghai Pudong Development Bank take this registration release to continue forever the ticket credit corroborative. The conference believes that continues forever the ticket to be possible through the article design to include the ownership interest, its interest rate slightly is higher than the same deadline ordinary intermediate stage bill generally, but is lower than the same deadline bank loan interest rate, is one item as a result of the preference shares financing way, and to cutting the group asset ratio of debt to net worth has the positive role. The conference in 2015 registers to distribute 5 billion Yuan to continue forever the ticket after the deliberation agreement group headquarters, agreed that chooses International and Shanghai Pudong Development Bank takes this registration release to continue forever the ticket credit corroborative.

Ninth, the deliberation group headquarters in 2015 finance program bill Group chief accountant Wu Ji Wei, finance department general manager Qu Xin states the bill: For the coordinate group integral development strategy, according to the group overall capital arrangement and fund risk prevention's need, after communicates with many financial institutions, in 2014 financing and in 2015 will estimate the financing demand in light of the group, the group headquarters in 2015 the finance program not over 10 billion Yuan, the credit bank including the Everbright Bank and China Construction Bank and Agriculture Bank of China and China CITIC Bank. And: This year increases raises 5.4 billion Yuan, will include in 2015 the group headquarters financing budget, including planning to distribute 400 million Yuan intermediate bills and 5 billion Yuan to continue forever the ticket; Strives to newly sign the credit 4.6 billion Yuan, for the group headquarters for guard group corporation fund risk spare credit specified amount. The extension credit 3.3 billion Yuan that in 2014 group headquarters occurred transfer the child enterprise direct credit.

The conference pointed out after the discussion that 1. group headquarters subsidiary enterprise is preponderant in the financing technology, therefore wants the positive development group to take the financing platform's function, opens group headquarters financing the front door, strives for the bank credit by the group headquarters, provides the financing help for the subordinate enterprise, supports its development, also may deal with subordinate enterprise financing the risk. 2. fund use including four aspects; first, to cut property ratio of debt to net worth; second, is used in the platform developing few, to new service ration cash support; third, for child enterprise temporary turnover of capital; fourth, the risk that to guard against under the new habit possibly presents, like the bank element of surprise credit tightens. 3. enlarges the propaganda to cement demand platform time theory, increases the bank and investor's confidence.

Tenth, deliberation group in 2015 foreign donation budget bill Group enterprise control division general manager Zhang Jian has notified the group in 2014 the foreign donation performance of budget, and stated the group in 2015 the bill of foreign donation budget: In 2014 the group foreign donation expenditure budget 210 items, arrange the fund 22,008,600 Yuan. The actual foreign donation implements 310 items, the donation amount 20.805 million Yuan, accounts for the group whole year estimate business income 0.08 â€°. And: In the budget donates 11.789 million Yuan, will account for in 2014 the foreign donation total amount 56.66%; Extra-budgetary donation 9.016 million Yuan, occupy group in 2014 the foreign donation 43.34%. In 2015 the group foreign donation budget is 32,348,700 Yuan, occupies the group in 2015 to estimate business income 0.15 â€°, compare with the group 2014 year foreign donation actual outlay 20.805 million Yuan, the supplementary budget invests 11,543,700 Yuan. 2015 year group foreign donation budget includes 240 budget main bodies, the budget lines 472 items. And: Regular foreign donation project 240 items, donation amount 18.575 million Yuan; Non-regular donation project 232 items, donation amount 13,773,700 Yuan.

The conference believes after the discussion that 1. development foreign donation work is the enterprise should the community responsibility completely, simultaneously the group through the foreign donation and local authority establishes good the relations, has won over local authority many support. 2. pair of effectiveness of operation good enterprise, may let loose the donation amount suitably, grasps to donate the total amount to account for this enterprise income with emphasis the proportion.

Conference after passing group in 2015 foreign donation budget, carries out the board of directors authority experimental enterprise as SAC, from 2015, the group foreign donation budget will pass after the board of directors will implement, may no longer report SAC.

11th, in deliberation the building materials group import-export company sets up the bill nomination committee convener Song Zhiping of board of directors and board of supervisors to state the bill: To further accelerate the standard board of directors of subsidiary enterprise. According to the group development strategy and import-export company's special details, plan to set up the board of directors and board of supervisors in the import-export company. The third board of directors nomination committee sixth conference has conducted the research to the related candidate, the arrangement is as follows: Board of directors 5 people: In chairman Huang An, vice-Chairman Zhou Guoping, trustee Chen Yongxin, Wu Jiwei, Zhao Yanmin; Board of supervisors 3 people: Board of supervisors convener Qu Xin, supervisor Cai Guobin, supposes staff supervisor one; Nominates Chen Yongxin for the import-export company general manager candidate.

The conference sets up the bill of board of directors and board of supervisors about building materials group import-export company after the deliberation agreement.

12th, considers the triumphant abundant technical respective side to be popular the science and technology to purchase bill Group deputy general manager Guo Chaomin, investment that department deputy general manager Wei Rushan the Shenzhen country reveals the technical limited liability company 75.58% stocks to state the bill: The triumphant abundant science and technology to develop

industry chain fast, causes the group glass business to enter the light-sized liquid crystal display mold train domain, plans its respective subsidiary company side to be popular in the technical purchase main business the light-sized liquid crystal display mold train service Shenzhen country to reveal the technical limited liability company 75.58% stockholder's rights. The purchase plan is: Took on August 31, 2014 as the purchase price reference datum date, the country revealed the technical net assets estimate value is 70,582.28 ten thousand Yuan, purchased the target country to reveal the technical 75.58% stockholder's rights preliminary prices is 52,905.06 ten thousand Yuan (actual transaction takes after setting up a file country reveals technical net assets evaluation value to determine as foundation). This purchase, is popular science and technology to plan to take the cash to add the non-public release stock as the payment value. And, pays 8,481.01 ten thousand Yuan by the innate fund, approximately composes always pays to value 16%. In order to issue additionally the stock to pay 2,453.01 ten thousand, approximately composes always pays to value 84%, the release stock price plans to be popular technical purchase board of directors to announce that for the side other day 20 trading day stock even price 18.11 Yuan/share (in actual transaction, after regarding sets up a file, evaluation value and at present price difference situation appropriate readjustment stock or cash provision proportion). For the prevention and control risk, is popular science and technology and trades opposite party signature stock locking, profit compensation related and so on relevant agreement. After the transaction completes, will be popular science and technology to have the country to reveal technical 75.58% directly, the side that the group will have indirectly will be popular the technical stock proportion by 30.04% to drop to 28.11%.

The conference believes after the discussion, 1., because the side is popular the science and technology to send this item time to be hasty, the group invests the department not to penetrate is purchased the enterprise understanding special details, a material is insufficient. From now on must avoid the occurrence of this kind of situation. 2. looked according to the situation that at present found out that is popular the technical downstream enterprise country to reveal the science and technology is a labor-intensive enterprise, the company is engaged in the operational skill content not to be high, is not high-tech enterprise in the strict sense, the group department concerned needs to further find out the situation, the consideration purchase necessity. 3. was purchased the enterprise net profit according to 2012-2014 years, is hard to judge its later period's state of operation, appraises the data reason not to be full, from now on will be arranged the appraisal organization to appraise by the group to the appraisal work suggestion of similar purchase plan, but will not be chosen by various sub-enterprises voluntarily.

In line with is popular technical to the listed company side shareholder's responsible manner, the conference after the discussion suggested that is popular the science and technology to purchase the Shenzhen country to reveal the technical limited liability company 75.58% stockholder's rights about the triumphant abundant technical respective side the bills, this board of directors postpones consideration, after supplementing the material, the board of directors again makes the deliberation.

After the conference requests the meeting, the relevant authority completes the following work: 1. pair was purchased the side Shenzhen country to reveal the technical limited liability company and key personnel in charge makes the further thorough investigation and study. 2. financial, deeply understood that was purchased the side financial situation, and makes science estimate to its future net profit. 3. the technology, consults industry specialist, to was acquired the enterprise to make the technology assessment, makes the judgment to the purchase necessity.

13th, deliberation group in 2015 capital spending plan bill Group deputy general manager Guo Chaomin, investment department deputy general manager Wei Rushan states the bill: "About Completing Central enterprise in 2014 Invests To complete Situation And in 2015 according to SAC Capital spending plan Sends Work Notice" (national capital hall plans the [2014]620 number), in compiling the child enterprise in 2014 invests to complete the situation in the foundation, has established the group in 2015 the capital spending plan, the strategic and investment committee capital spending plan has reviewed. The main situation is as follows: The group plans to report SAC's in 2015 the capital spending plan total amount 209.1 Yuan, the investment plan altogether 478 items. And the investment in the fixed assets plan is 13.204 billion Yuan, items of basic construction 334 items (the subsequenting construction project 187 items, the planned investment 5.566 billion Yuan, account for 42.15%; Newly-opened project 147 items, the planned investment 7.638 billion Yuan, account for 57.85%); The stockholder's rights (property rights) capital spending plan is 7.696 billion Yuan, the investment plan 144 items. Is principal work investment.

The conference passes the group after the discussion in 2015 the capital spending plan, agreed that reports the State Council SAC. When the suggestion in the actual investment occurred, strictly examines and approves item by item.

Simultaneously the conference discussed pointed out that the formulation of group capital spending plan did not take reducing the investment scale as the goal, but must invest the guidance explicitly, formulated the group investment trends criterion, simultaneously gave dual attention to the investment return, to conforming to the group investment concept and strategic idea's the project gave the support. The group formulates the investment trends criterion to contain, but is not restricted in the following several points: First, to be used in product restructure, is changed three new products by the legacy product, develops the new business area; Second, for market mechanism adjustment, area union country developmental strategy, layout overseas market; Third, for the internationalization development, a euro exchange rate drops sharply this year, is the group purchases the best opportunity in European Enterprise, may supplement in the technical the blank; Fourth, for reducing the cost technical transformation, may arrange year by year; Fifth, to promotes produces to be able to the equity investment to stop purely, but has the equity investment of cooperative effect to be possible to consider.

The conference decides the item:

First, deliberation and through about group 2014 annual financial statement final accounts auditing office and audit expense bill. Primary coverage: In 2014 group financial settlement auditing office, stands for the inherent responsibilities international accounting firm believes the accounting firm and believes the accounting firm three organizations greatly; In 2014 various Group and respective sub-enterprises (do not contain listed company) the financial settlement audit expense is 5.235 million Yuan.

Second, deliberation and through about group 2015 annual financial statement budget major targets or quotas bill. Primary coverage: In 2015 financial budget counts off is: Business income 2,200.0 hundred million Yuan and gross profit 12 billion Yuan and ownerships in parent company owner's net profit 3.12 billion Yuan.

Third, deliberation and through about reporting the group of SAC in 2015 board of directors enterprise test assessment objective recommended value bill. Primary coverage: 2015 year board of directors enterprise test appraisal target value is:

Gross profit: Elementary object: 12 billion Yuan; Goal 13.07 billion Yuan economical increase in value: Elementary object: 3.28 billion Yuan; Goal 3.46 billion Yuan cost total amount accounts for the business income proportion: 96.84% property ratio of debt to net worth: 81.50% business income: 220 billion Yuan four, deliberation and through the group provides the guarantee budget for subsidiary enterprise financing about 2015 the bill. Primary coverage: In 2015 the group provides the guarantee upper limit specified amount 18.5

billion Yuan for subsidiary enterprise financing. And: Import-export company 13.8 billion Yuan and northern new building materials group 1.8 billion Yuan and triumphant abundant technical 2.9 billion Yuan (Bengbu courtyard 1.82 billion Yuan and Luobo Group 740 million Yuan and Zhonglian glass 310 million Yuan and triumphant abundant technical 0.3 Yuan).

Fifth, deliberation and through finances to provide the guarantee for building materials import-export company about group the bill. Primary coverage: The group provides the guarantee in agricultural bank 200 million Yuan class loan and import export bank Shanghai Branch 80 million US dollars class loan for building materials import-export company.

Sixth, deliberation and through about Chinese building materials group in 2015 debt risk plan bill. Primary coverage: In 2015 in group debt risk plan the property ratio of debt to net worth overall control objective is below 80%.

Seventh, deliberation and through in 2015 registers to distribute 5 billion Yuan to continue forever the ticket bill about the group headquarters. Primary coverage: The group headquarters in 2015 plan to register over 5 billion Yuan not to continue forever the face value to the trader association application, collects the fund use and has the climax enterprise replacement to loan or supplement the floating capital for the group headquarters and joint-stock company respectively. Chooses International and Shanghai Pudong Development Bank takes this registration release to continue forever the ticket credit corroborative.

Eighth, deliberation and through about the group headquarters in 2015 finance program bill. Primary coverage: Group headquarters in 2015 finance program not over 10 billion Yuan, the addition raises 5.4 billion Yuan, newly signed credit specified amount 4.6 billion Yuan, credit bank including Everbright Bank and China Construction Bank and Agriculture Bank of China and China CITIC Bank.

Ninth, deliberation and through about group in 2015 bill of foreign donation budget. Primary coverage: In 2015 the group foreign donation budget is 32,348,700 Yuan, occupies the group in 2015 to estimate the business income 0.15 â€°.

Tenth, the bill of deliberation and through sets up the board of directors and board of supervisors about building materials group import-export company. Primary coverage: Board of directors (5 people): In chairman Huang An, vice-Chairman Zhou Guoping, Trustee: Chen Yongxin, Wu Jiwei, Zhao Yanmin; Board of supervisors (3 people): Board of supervisors convener Qu Xin, supervisor: Cai Guobin, supposes staff supervisor one; Manager level: Nominates Chen Yongxin for the general manager candidate.

11th, deliberation and through about group in 2015 bill of capital spending plan. Primary coverage: In 2015 capital spending plan total amount 209.1 Yuan, investment plan altogether 478 items. And the investment in the fixed assets plan is 13.204 billion Yuan, items of basic construction 334 items; The stockholder's rights (property rights) capital spending plan is 7.696 billion Yuan, the investment plan 144 items. Is principal work investment.

12th, is popular the science and technology to purchase the Shenzhen country to reveal the technical limited liability company 75.58% stockholder's rights about the triumphant abundant technical respective side the bills. This board of directors postpones consideration, after supplementing material, the board of directors again makes the deliberation.

(Following blank) (this page does not have main text, for the Chinese building materials Group third session of board of directors 23rd conference conference summary trustee signing page) trustee signs:

_____(Song Zhiping) (Yao Yan) (Cao Jianglin) _____(Zhao Xiaogang)
(Chen Jinen) (Zhao Jibin) _____(Lu Xiaoqiang) (Zhu Yanfu) (Peng Xuefeng) _____(king in fierce)
on February 2, 2015

17

— Summary Information —
1: 936 PID_TITLE: Chinese building material Group Company limited Board of directors conference summary PID_SUBJECT:
PID_AUTHOR: User PID_KEYWORDS:
PID_COMMENTS:
PID_TEMPLATE: Normal PID_LASTAUTHOR: User PID_REVNUMBER: 3 PID_APPNAME: Microsoft Office Word PID_EDITTIME: Mon Jan 01 08:18: 00 CST 1601 PID_LASTPRINTED: Fri Oct 31 10:27: 00 CST 2014 PID_CREATE_DTM: Tue Dec 23 15:51: 00 CST 2014 PID_LASTSAVE_DTM: Wed Feb 04 17:51: 00 CST 2015 PID_PAGECOUNT: 17 PID_WORDCOUNT: 1441 PID_CHARCOUNT: 8217 PID_SECURITY: 0

— Document Summary Information —
PID_CODEPAGE: 936 PID_CATEGORY:
PID_PRESFORMAT:
PID_MANAGER:
PID_COMPANY:
PID_BYTECOUNT: 0 PID_LINECOUNT: 68 PID_PARCOUNT: 19 PID_SLIDECOUNT: 0 PID_NOTECOUNT: 0 PID_HIDDENCOUNT: 0 PID_MMCLIPCOUNT: 0 17: 9639 23: 786432 PID_SCALE: false PID_LINKSDIRTY: false 19: false 22: false 1: 936 KSOProductBuildVer: 2052-9.1.0.4885

CNBMGRP00012512.005

# 中国建筑材料集团有限公司董事会 会议纪要

中建材三董会纪字 23 号

## 中国建筑材料集团有限公司第三届董事会
## 第二十三次会议 会议纪要

**时间**：2015 年 1 月 29 日（星期四）9:00

**地点**：集团公司第二会议室

*Presiding.* **主持**：宋志平

**出席**：姚燕、曹江林、赵小刚、陈津恩、赵吉斌、路小蕾、
朱延福、彭雪峰、王于猛

**列席**：国资委改组局：李冰局长

党委副书记、纪委书记：郝振华

董事会秘书：光照宇

董办主任：干志平

集团公司：郭朝民、武吉伟、曲新、张健、魏如山

**记录**：光照宇、干志平、丁泉

## 会议主要议题：

1. 通报集团、股份公司 2014 年 1-12 月生产经营情况

2. 审议集团 2014 年度财务决算审计机构和审计费用的议案

3. 审议集团 2015 年度财务预算主要指标的议案

4. 审议集团拟报 2015 年度董事会企业测试评价目标值的议案

5. 审议集团 2015 年为所属企业融资提供担保预算的议案

CNBMGRP00012512

6. 审议集团为中建材集团进出口公司融资提供担保的议案

7. 审议集团 2015 年债务风险控制方案的议案

8. 审议集团总部 2015 年注册发行 50 亿元永续中票的议案

9. 审议集团总部 2015 年融资计划的议案

10. 审议集团 2015 年对外捐赠预算的议案

11. 审议中建材集团进出口公司设立董事会、监事会的议案

12. 审议凯盛科技所属方兴科技收购深圳市国显科技股份有限公司 75.58%股份的议案

13. 审议集团 2015 年投资计划的议案

## 会议讨论的主要内容：

### 一、例行通报：集团公司、股份公司 1-12 月生产经营情况

集团公司总经理曹江林、总会计师武吉伟、财务部总经理曲新通报集团公司、股份公司生产经营及财务指标完成情况：2014 年 1-12 月集团累计实现利润总额 131 亿元，同比增加 13%，其中股份公司 120 亿元，建材总院 8 亿元，凯盛科技 3 亿元，中新房 1 亿元；累计实现净利润 103 亿元，同比增加 17%；累计实现营业收入 2525 亿元，与去年基本持平。三项费用中，管理费用 96 亿元，较去年有所下降，但销售费用和财务费用均有增加，其中支付银行利息达 130 亿元；资产负债率 80.69%，同比下降 1.23 个百分点。主要产品销量：水泥熟料 2.87 亿吨，同比增长 1%；商混 8643 万方，同比下降 1%；石膏板 14.33 亿平米，同比增长 16%；风电叶片 4564 片，同比增长 41%；玻璃纤维 102 万吨，同比增长 24%。水泥熟料和商混销量完成了年初预算，但未达到预期，石膏

2

CNBMGRP00012513

板和玻璃纤维销量超出预期。

会议认为，2014 年生产经营环境错综复杂，挑战压力前所未有，集团取得了优秀的经营果。2015 年将是经营与挑战并存的一年，集团转型升级的任务艰巨。初步预计集团 2015 年完成利润总额 100 亿元以上应该问题不大。

## 二、审议集团 2014 年度财务决算审计机构和审计费用的议案

审计与风险管理委员会召集人路小蕾、集团公司总会计师武吉伟、财务部总经理曲新陈述议案：2014 年集团财务决算审计机构共三家，分别为：天职国际会计师事务所、立信会计师事务所、大信会计师事务所，与 2013 年审计机构一致。经与会计师事务所协商，初步确定 2014 年集团公司及所属各子企业（不含上市公司）财务决算审计费为 523.5 万元，比 2013 年 514.5 万元增加 9 万元，增长 1.7%。

会议经讨论认为审计费用合理，对集团 2014 年度财务决算审计机构和审计费用无异议。

## 三、审议集团 2015 年度财务预算主要指标的议案

审计与风险管理委员会召集人路小蕾、集团公司总会计师武吉伟、财务部总经理曲新陈述议案：2015 年度财务预算主要指标拟报数为：营业收入 2,200.0 亿元，与上年度快报数 2,525.5 亿元相比，下降 12.9%；利润总额 120 亿元，与上年度快报数 130.7 亿元相比，下降 8.2%；归属于母公司所有者的净利润 31.2 亿元，与上年度快报数 34.6 亿元相比，下降 9.6% 。2015 年集团将把工作重点放在推进调整收入结构上，进一步降低物流贸易业务

3

CNBMGRP00012514

收入的比重，故 2015 年营业收入指标没有设定太高的增长目标，稳定在 2200 亿元左右，与 2014 年预算数持平，但比实际完成数有所下降。2015 年我国经济下行压力加大，需求依然不足，水泥、玻璃等产能过剩加剧，水泥价格的不确定性增大，同时集团降本增效的压力凸显，故 2015 年利润总额指标拟报 120 亿元，比 2014 年快报数下降 9.6%。

会议经讨论认为，1.根据 2015 年经济形势的预判，并结合集团的实际情况，对集团 2015 年财务预算主要指标拟报数做出"平收入保利润"的目标是比较客观稳妥的，可以确保预算目标的完成。在集团内还要自加压力，争取利润总额再增长 10%。2.建材行业是一个充分竞争的行业，水泥、钢铁、电解铝等都面临产能严重过剩的现状。在钢铁、铝业等产业大面积亏损的情况下，水泥行业在 2014 年却实现了盈利，这得益于中国建材很好地发挥了行业领头羊的作用，围绕稳价保价，与其他水泥企业竞合，将水泥行业由过度竞争转变为平和竞争，实现整个行业的健康发展。2015 年，集团要继续发挥行业领袖企业的作用，要引领水泥行业从淘汰落后产能、限制新增产能、提高行业集中度、强化创新驱动入手，提高行业利润。3.集团要继续加大管理整合力度，继续坚持"整合优化，增效降债"的工作思路，做好"四抓四控、四增四减"工作，同时抓紧培养和挖掘新的业务增长点。

**四、审议集团拟报 2015 年度董事会企业测试评价目标值的议案**

薪酬与考核委员会召集人赵小刚、集团公司总会计师武吉伟、财务部总经理曲新陈述议案：根据《中央企业负责人经营业

4

绩考核暂行办法》相关规定及中央企业负责人经营业绩考核工作会议精神，薪酬与考核委员会经讨论初步拟定了拟报 2015 年度董事会企业测试评价目标建议值为：利润总额基本目标值 120 亿元，奋斗目标值：130.7 亿元；经济增加值基本目标值 32.8 亿元，奋斗目标 34.6 亿元；成本费用总额占营业收入比重 96.84%；资产负债率 81.50%；营业收入 2,200.0 亿元。

会议认为，拟报 2015 年度董事会企业测试评价目标建议值科学客观稳妥，既符合国资委对目标建议值的报送要求，也结合了对未来经济形势的判断和集团下一步工作重点，同意按此方案上报国资委。

## 五、审议集团 2015 年为所属企业融资提供担保预算的议案

集团公司总会计师武吉伟、财务部总经理曲新陈述议案：根据《中国建材集团担保管理办法》有关规定，集团公司办公会对所属企业提交的 2015 年度申请集团为其提供担保的预算进行了分析与审核，形成对所属企业的担保预算。2015 年集团为所属企业融资提供担保上限额度 185 亿元，比 2014 年批准担保总额增加 15.55 亿元，比各企业申请额度 213.28 亿元减少 28.28 亿元，其中建议北新集团、中国新型房屋、西南水泥和秦皇岛院减少担保额度上限，建议对进出口公司和凯盛科技分别增加担保额度 25.1 亿元和 4.93 亿元。

会议指出，集团充分考虑企业实际情况，科学拟定为所属企业融资提供的担保预算，执行过程管理严格规范，鼓励所属企业争取免担保，并在实际集团担保中严格审批程序。会议经审议同

5

CNBMGRP00012516

意 2015 年集团为所属企业融资提供担保上限额度 185 亿元，比 2014 年批准担保总额增加 15.55 亿元，其中进出口公司 138 亿元、北新建材集团 18 亿元、凯盛科技 29 亿元（蚌埠院（含成都中光电）18.2 亿元、洛玻集团（含洛玻股份）7.4 亿元、中联玻璃 3.1 亿元、凯盛科技本部 0.3 亿元）。

### 六、审议集团为中建材集团进出口公司融资提供担保的议案

集团公司总会计师武吉伟、财务部总经理曲新陈述议案：由于受国际、国内经济下行，国内大宗商品价格持续下跌，银行信贷政策调整等因素影响，进出口公司 2014 年底资金需求量大，融资难度很大。由于 2014 年末集团为中建材进出口签订担保合同的银行均无信贷指标，为解决资金困难，经协商农业银行和进出口银行上海分行同意为中建材进出口提供流贷支持，但须集团提供担保。为此，进出口公司申请集团为其在农业银行 2 亿元人民币流贷提供担保，期限 1 年，用于归还集团内子企业借款；申请集团为其子企业中建材能源上海公司在进出口银行上海分行 8000 万美元流贷提供担保，期限 1 年，资金实际由进出口公司使用。

经集团公司办公会同意，集团为进出口公司在农业银行 2 亿元人民币流贷、进出口银行上海分行 8000 万美元流贷提供担保，根据集团《董事会议事规则》有关规定，需经董事会补充审议并报备。

会议经讨论认为该事项为特殊时期的特殊情况，同意集团为进出口公司融资提供上述两项担保。

CNBMGRP00012517

## 七、审议集团 2015 年债务风险控制方案的议案

审计与风险管理委员会召集人路小蔷、集团公司总会计师武吉伟、财务部总经理曲新陈述议案：根据国资委有关要求，对资产负债率在 80%以上的企业需要编制债务风险控制方案，并上报国资委。根据国资委财务监督与考核评价局《关于 2015 年度债务风险控制方案制定工作有关事项的通知》有关要求，集团制定了《中国建材集团 2015 年债务风险控制方案》，力争将资产负债率控制在 80%以下。风险控制措施主要包括：一是通过坚持绩效导向、市场竞合和降本增效，力争实现利润总额 120 亿元以上的年度经营目标。二是严控投资规模，降低资本性支出，2015 年资本性支出不能超过去年水平；三是加快权益性融资，优化资本结构；四是强化现金流管理，加大应收款清理力度；五是推进资金集中管理，提升资金使用效率；六是优化长短期债务结构，改善短期偿债压力；七是强化分类管理，加大重点企业债务监管。其中第五条推进资金集中管理，提升资金使用效率是根据审计委第八次会议意见新增的措施。

会议就集团债务风险控制措施进行了认真讨论，认为集团 2015 年债务风险控制措施的制定考虑细致、切实可行，逐条落实可达到进一步降低资产负债率的目标。

同时会议指出，1.在资金集中管理方面，要积极推进二级及核心企业资金集中管理，进一步建立和完善区域资金池，加快内部资金融通，减少资金沉淀，提高资金使用效率和效益。2.由于建材行业被银监会、证监会等监管机构列为受限行业，在监管范

CNBMGRP00012518

围、审批程序等方面更为严格，对集团的两次配股等造成了影响，使集团资产负债率的降低未能达到预期。3.由于中国建材集团是一个负债经营的企业，资本金非常少，在前期大规模资产重组过程中只能依靠银行贷款，2014年实现2525亿元营业收入、131亿元利润总额，约有150亿元用于支付了银行的利息。通过制定一系列债务风险控制措施，集团有信心实现资产负债率的进一步降低。

会议经审议通过中国建材集团2015年债务风险控制方案，作为国资委落实董事会职权试点企业，自2015年起，集团债务风险控制方案经董事会审议通过后实施，可不再上报国资委审批。

## 八、审议集团总部2015年注册发行50亿元永续中票的议案

集团公司总会计师武吉伟、财务部总经理曲新陈述议案：由于永续中票可通过条款设计计入所有者权益，其利率一般略高于同期限普通中期票据，但低于同期限银行贷款利率。为进一步拓宽融资渠道，降低集团资产负债率，集团总部计划2015年向交易商协会申请注册发行不超过50亿元永续中票，用于集团总部及股份公司等所属子企业置换借款或补充流动资金。50亿元永续中票额度注册成功后，将根据集团经营需要和市场环境择机发行。集团总部拟选择中金公司和浦发银行作为此次注册发行永续中票的承销商。

会议认为，永续中票可通过条款设计计入所有者权益，其利率一般略高于同期限普通中期票据，但低于同期限银行贷款利率，是一项由于优先股的融资方式，并对降低集团资产负债率有积极作用。会议经审议同意集团总部2015年注册发行50亿元永续中

8

CNBMGRP00012519

票，同意选择中金公司和浦发银行作为此次注册发行永续中票的承销商。

## 九、审议集团总部 2015 年融资计划的议案

集团公司总会计师武吉伟、财务部总经理曲新陈述议案：为配合集团整体发展战略，根据集团整体资金安排及资金风险防范的需要，经与多家金融机构沟通，结合集团 2014 年融资情况和 2015 年预计融资需求，集团总部 2015 年融资计划不超过 100 亿元，授信银行包括光大银行、中国建设银行、中国农业银行、中信银行等。其中：本年新增融资 54 亿元，列入 2015 年集团总部融资预算，包括拟发行 4 亿元中期票据、50 亿元永续中票；争取新签授信 46 亿元，用于集团总部为防范集团企业资金风险备用授信额度。2014年集团总部已发生的转授信 33 亿元转为子企业直接授信。

会议经讨论指出，1.集团总部较所属企业在融资能力方面具有优势，故要积极开发集团作为融资平台的功能，打开集团总部融资的大门，由集团总部争取银行授信，为下属企业提供融资帮助，支持其发展，同时也可以应对下属企业融资的风险。2.资金用途包括四个方面，一是降低资产负债率，二是少量用于平台发展，给新业务一定量的现金支持，三是用于子企业临时的资金周转，四是防范新常态下可能出现的风险，如银行突然性的信贷收紧等。3.加大对水泥需求平台期理论的宣传，增加银行及投资者的信心。

## 十、审议集团 2015 年对外捐赠预算的议案

集团公司企业管理部总经理张健通报了集团 2014 年对外捐赠预算执行情况，并陈述了集团 2015 年对外捐赠预算的议案：2014

9

CNBMGRP00012520

年集团对外捐赠支出预算 210 项，安排资金 2200.86 万元。实际对外捐赠实施 310 项，捐赠金额 2080.50 万元，占集团全年预计营业收入的 0.08‰。其中：预算内捐赠 1178.90 万元，占 2014 年对外捐赠总额的 56.66%‰；预算外捐赠 901.60 万元，占集团 2014 年对外捐赠的 43.34%。2015 年集团对外捐赠预算为 3234.87 万元，占集团 2015 年预计营业收入的 0.15‰，与集团 2014 年度对外捐赠实际支出 2080.50 万元相比，追加预算投入 1154.37 万元。2015 年度集团对外捐赠预算共包括 240 个预算主体，预算项目 472 项。其中：经常性对外捐赠项目 240 项，捐赠金额 1857.50 万元；非经常性捐赠项目 232 项，捐赠金额 1377.37 万元。

会议经讨论认为，1.开展对外捐赠工作是企业应尽的社会责任，同时集团通过对外捐赠与地方政府建立良好了的关系，也争取了地方政府很多的支持。2.对经营效益较好的企业，可以适当放开捐赠数额，重点把握好捐赠总额占本企业收入的比重。

会议经审议通过集团 2015 年对外捐赠预算，作为国资委落实董事会职权试点企业，自 2015 年起，集团对外捐赠预算经董事会审议通过后实施，可不再上报国资委。

**十一、审议中建材集团进出口公司设立董事会、监事会的议案**

提名委员会召集人宋志平陈述议案：为进一步推进所属企业的规范董事会建设。根据集团发展战略和进出口公司的具体情况，拟在进出口公司设立董事会、监事会。第三届董事会提名委员会第六次会议对相关人选进行了研究，安排如下：董事会 5 人：董事长黄安中，副董事长周国萍，董事陈咏新、武吉伟、赵

CNBMGRP00012521

延敏；监事会 3 人：监事会召集人曲新，监事蔡国斌，设职工监事一名；提名陈咏新为进出口公司总经理人选。

会议经审议同意关于中建材集团进出口公司设立董事会、监事会的议案。

## 十二、审议凯盛科技所属方兴科技收购深圳市国显科技股份有限公司 75.58%股份的议案

集团公司副总经理郭朝民、投资部副总经理魏如山陈述议案：凯盛科技为快速拓展产业链，使集团玻璃业务进入中小尺寸液晶显示模组领域，计划其所属子公司方兴科技收购主营中小尺寸液晶显示模组业务的深圳市国显科技股份有限公司 75.58%股权。收购方案为：以 2014 年 8 月 31 日为收购价格参照基准日，国显科技净资产预估值为 70,582.28 万元，收购标的国显科技 75.58%股权初步作价为 52,905.06 万元（实际交易金额以经备案的国显科技净资产评估值为基础确定）。本次收购，方兴科技拟以现金加非公开发行股份为支付对价。其中，以自有资金支付 8,481.01 万元，约占总支付对价 16%。以增发股份支付 2,453.01 万股，约占总支付对价 84%，发行股份价格拟为方兴科技本次收购董事会公告日前 20 个交易日股票均价 18.11 元/股（实际交易中，将视备案后评估值与目前价格差额情况适当调整股份或现金支付比例）。为防控风险，方兴科技与相关交易对方签署股份锁定、盈利补偿等相关协议。交易完成后，方兴科技将直接持有国显科技 75.58%股，集团间接持有的方兴科技股份比例将由 30.04% 降至 28.11%。

11

CNBMGRP00012522

会议经讨论认为，1. 由于方兴科技报送该事项时间仓促，集团投资部没有深入被收购企业了解具体情况，一手资料不充足。今后要避免此类情况的发生。2. 根据目前了解的情况看，方兴科技的下游企业国显科技是一家劳动密集型企业，公司从事业务技术含量并不高，不是严格意义上的高科技企业，集团有关部门需要进一步了解情况，考量收购的必要性。3. 根据 2012-2014 年被收购企业净利润，难以判断其后期的经营状况，评估数据理由不充分，今后对类似收购方案的评估工作建议由集团安排评估机构评估，而不是由各子企业自行选择。

本着对上市公司方兴科技的股东负责的态度，会议经讨论建议关于凯盛科技所属方兴科技收购深圳市国显科技股份有限公司75.58%股权的议案，本次董事会缓议，补充材料后，董事会再作审议。

会议要求会后相关部门做好以下工作：1. 对被收购方深圳市国显科技股份有限公司及其主要负责人做进一步的深入调研。2. 财务方面，深入了解被收购方财务状况，并对其未来净利润做出科学预估。3. 技术方面，咨询行业专家，对被收购企业做出技术评估，对收购的必要性做出判断。

## 十三、审议集团 2015 年投资计划的议案

集团公司副总经理郭朝民、投资部副总经理魏如山陈述议案：根据国资委《关于做好中央企业 2014 年投资完成情况和 2015 年投资计划报送工作的通知》（国资厅规划[2014]620 号），在汇总子企业 2014 年投资完成情况的基础上，编制了集团 2015 年投

CNBMGRP00012523

资计划，战略与投资委员会投资计划进行了审核。主要情况如下：集团拟上报国资委的 2015 年投资计划总额 209.0 亿元，投资项目共 478 项。其中固定资产投资计划为 132.04 亿元，建设项目 334 项（其中续建项目 187 项，计划投资 55.66 亿元，占 42.15%；新开项目 147 项，计划投资 76.38 亿元，占 57.85%）；股权（产权）投资计划为 76.96 亿元，投资项目 144 项。均为主业投资。

会议经讨论审议通过集团 2015 年投资计划，同意上报国务院国资委。建议在实际投资发生时，逐项严格审批。

同时会议讨论指出，集团投资计划的制定不以压缩投资规模为目的，而是要明确投资导向，制定集团投资方向的准则，同时兼顾投资效益，对符合集团投资理念和战略理念的项目给予支持。集团制定投资方向的准则包含但不限于以下几点：一是要用于产品结构调整，由传统产品转向三新产品，开展新的业务领域；二是用于市场结构调整，结合国家一带一路发展战略，布局海外市场；三是用于国际化发展，今年欧元汇率大跌，是集团收购欧洲企业的最佳时机，可以补充技术上的空白；四是用于降低成本的技术改造，可以逐年安排；五是对纯粹提升产能的股权投资叫停，但有协同效应的股权投资可以考虑。

## 会议决定事项：

**一、审议并通过关于集团 2014 年度财务决算审计机构和审计费用的议案。** 主要内容：2014 年集团财务决算审计机构为天职国际会计师事务所、立信会计师事务所和大信会计师事务所三家

13

CNBMGRP00012524

机构； 2014 年集团公司及所属各子企业（不含上市公司）的财务决算审计费用为 523.5 万元。

　　二、审议并通过关于集团 2015 年度财务预算主要指标的议案。主要内容：2015 年财务预算上报数为：营业收入 2,200.0 亿元、利润总额 120 亿元、归属于母公司所有者的净利润 31.2 亿元。

　　三、审议并通过关于上报国资委的集团 2015 年董事会企业测试评价目标建议值的议案。主要内容：2015 年度董事会企业测试评价目标值为：

　　利润总额：基本目标：120 亿元；奋斗目标 130.7 亿元

　　经济增加值：基本目标：32.8 亿元；奋斗目标 34.6 亿元

　　成本费用总额占营业收入比例：96.84%

　　资产负债率：81.50%

　　营业收入：2200 亿元

　　四、审议并通过关于 2015 年集团为所属企业融资提供担保预算的议案。主要内容：2015 年集团为所属企业融资提供担保上限额度 185 亿元。其中：进出口公司 138 亿元、北新建材集团 18 亿元、凯盛科技 29 亿元（蚌埠院 18.2 亿元、洛玻集团 7.4 亿元、中联玻璃 3.1 亿元、凯盛科技本部 0.3 亿元）。

　　五、审议并通过关于集团为中建材进出口公司融资提供担保的议案。主要内容：集团为中建材进出口公司在农业银行 2 亿元人民币流贷、进出口银行上海分行 8000 万美元流贷提供担保。

14

CNBMGRP00012525

六、**审议并通过关于中国建材集团 2015 年债务风险控制方案的议案。** 主要内容：2015 年集团债务风险控制方案中资产负债率总体控制目标为 80 %以下。

七、**审议并通过关于集团总部 2015 年注册发行 50 亿元永续中票的议案。** 主要内容：集团总部 2015 年拟向交易商协会申请注册不超过 50 亿元永续中票额度，募集资金用途为集团总部、股份公司及所属有关子企业置换借款或补充流动资金。选择中金公司和浦发银行作为此次注册发行永续中票的承销商。

八、**审议并通过关于集团总部 2015 年融资计划议案。** 主要内容：集团总部 2015 年融资计划不超过 100 亿元，其中新增融资54 亿元，新签授信额度 46 亿元，授信银行包括光大银行、中国建设银行、中国农业银行、中信银行等。

九、**审议并通过关于集团 2015 年对外捐赠预算的议案。** 主要内容：2015 年集团对外捐赠预算为 3234.87 万元，占集团 2015 年预计营业收入的 0.15‰。

十、**审议并通过关于中建材集团进出口公司设立董事会、监事会的议案。** 主要内容：董事会（5 人）：董事长 黄安中，副董事长 周国萍，董事：陈咏新、武吉伟、赵延敏；监事会（3人）：监事会召集人 曲新，监事：蔡国斌，设职工监事一名；经理层：提名陈咏新为公司总经理人选。

十一、**审议并通过关于集团 2015 年投资计划的议案。** 主要内容：2015 年投资计划总额 209.0 亿元，投资项目共 478 项。其中固定资产投资计划为 132.04 亿元，建设项目 334 项；股权（产权）投资计划为 76.96 亿元，投资项目 144 项。均为主业投资。

15

CNBMGRP00012526

十二、关于凯盛科技所属方兴科技收购深圳市国显科技股份有限公司 75.58%股权的议案。本次董事会缓议，补充材料后，董事会再作审议。

（以下空白）

CNBMGRP00012527

（此页无正文，为中国建材集团公司第三届董事会第二十三次会议
会议纪要 董事签字页）

**董事签字：**

_____　　　_____　　　_____

（宋志平）　　　　　　　（姚 燕）　　　　　　（曹江林）

_____　　　_____　　　_____

（赵小刚）　　　　　　　（陈津恩）　　　　　　（赵吉斌）

_____　　　_____　　　_____

（路小蔷）　　　　　　　（朱延福）　　　　　　（彭雪峰）

_____

（王于猛）

二〇一五年二月二日

17

CNBMGRP00012528