# 股东大会决议

二〇〇五年四月二十五日，山东泰和东新股份有限公司在公司总部会议室召开了二〇〇五年第二次临时股东大会。出席会议的股东代表5人，代表公司股份15562.5万股，占公司总股本的100%，符合《公司法》及《公司章程》的规定。会议由公司董事长贾同春主持。与会股东代表一致同意并通过了如下决议：

一、董事组成人数由9人变为7人，免去 ▉▉▉▉▉▉ 的董事职务，选举王兵、▉▉▉▉▉▉ ▉▉▉▉▉ 为公司董事。董事会由王兵、▉▉▉▉▉▉ ▉▉ 贾同春、▉▉▉ 7人组成。

二、免去 ▉▉▉▉▉ 的监事职务，选举曹江林、▉▉ 为公司监事。监事会由曹江林、▉▉▉▉▉ 3人组成。

三、同意修改并签署修改后的《公司章程》；

特此决议。

2005年4月25日

7

HERMAN AFFIDAVIT EXHIBIT 185

MTD Exhibit #84

Jia Def 1/9/12 EXHIBIT NO. 8 L. GOLKOW

TG 0020601

此页无正文,为山东泰和东新股份有限公司二〇〇五年第一次临时股东大会决议股东签字页



股东签字:

北新集团建材股份有限公司

代表签字:

泰安市国有资产经营有限公司

代表签字:

泰安市安信投资咨询有限公司

代表签字:

泰安市东联投资咨询有限公司

代表签字:

贾同春(签字)

二〇〇五年四月二十五日

TG 0020602

## Resolutions of the General Meeting of Shareholders

On April 25, 2005, Shandong Taihe Dongxin Co., Ltd. convened the 2005 second extraordinary general meeting of shareholders in the headquarters conference room. In attendance were five shareholder representatives, representing 155,625,000 shares, or 100% of the total equity of the company, as required by the provisions of the *Company Law of the People's Republic of China* and the *Articles of Association* of the company. As presided over by Chairman Tongchun Jia, the following resolutions were unanimously agreed upon and passed:

1. The number of members on the Board of Directors shall be changed from 9 to 7, with the positions currently held by ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ to be eliminated, and Bing Wang, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ to be elected as members of the Board. Accordingly, the Board of Directors shall now be comprised of the following 7 individuals: Bing Wang, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Tongchun Jia, and ▮▮▮▮▮.

2. The supervisory duties held by ▮▮▮▮ and ▮▮▮▮ shall be eliminated, and Jianglin Cao and ▮▮▮▮▮ shall be elected as Supervisors of the company. Accordingly, the Board of Supervisors shall now be comprised of the following 3 individuals: Jianglin Cao, ▮▮▮▮▮▮▮▮▮▮.

3. The *Articles of Association* of the company shall be amended and signed.

It is hereby resolved.

April 25, 2005

Translation of TG 0020601



This page is reserved for the shareholder signatures for the resolutions of the 2005 first extraordinary general shareholder meeting of Shandong Taihe Dongxin Co., Ltd., and does not contain any text.

Shareholder Signatures:

Beijing New Building Materials Co., Ltd.
[seal: Beijing New Building Materials Co.,

Ltd.] Signature of representative: [signature]

Taian State-Owned Asset Management Co., Ltd.
[seal: Taian State-Owned Asset Management Co., Ltd.]

Signature of representative: [signature]

Taian Anxin Trust & Investment Co., Ltd.
[seal: Taian Anxin Trust & Investment Co., Ltd.]

Signature of representative: [signature]

Taian Donglian Investment and Trade Co., Ltd.
[seal: Taian Donglian Investment and Trade Co., Ltd.]

Signature of representative: [signature]

Tongchun Jia
[signature]

April 25, 2005

Translation of TG 0020602