**Shandong Taihe Dongxin Co., Ltd.**
**Resolution of the First Extraordinary General Meeting of 2006**

On April 15, 2006, Shandong Taihe Dongxin Co., Ltd. (hereinafter referred to as the "Company") convened the first extraordinary general meeting of 2006 at the Ramada Plaza Taian Hotel. In attendance were representatives from each shareholder of the Company, representing 1.556250 billion shares, or 100% of the total capitalization of the Company. Accordingly, and pursuant to the applicable provisions of the *Company Law of the People's Republic of China* and the *Articles of Association* of the Company, the resolution formed at the meeting, as presided over by Chairman Tongchun Jia and following extensive deliberation among the shareholders, is hereby valid and enforceable, and the "motion as to the replacement of the Director" has been passed.

Due to work-related reasons, Ms. Jinyu Hu shall no longer serve as Director of the Company. Accordingly, and pursuant to the *Articles of Association*, Beijing New Building Materials Co., Ltd. has elected to nominate Ms. Yanjun Yang to the position of Company Director. Following extensive deliberation, the shareholders are hereby in unanimous agreement as to the resignation of Ms. Jinyu Hu from the position of Company Director and the selection of Ms. Yanjun Yang as her successor.

It is hereby resolved.

April 15, 2006

MTD Exhibit #85

HERMAN AFFIDAVIT
EXHIBIT
187

(No text on this page; shareholder signature page for the resolution of the first extraordinary general meeting of 2006)

Shareholder Signature:

Beijing New Building Materials Co., Ltd.
[*seal: Beijing New Building Materials Co., Ltd.*]

Representative Signature:

Taian State-Owned Assets Management Co., Ltd.
[*seal: Taian State-Owned Assets Management Co., Ltd.*

Representative Signature:

Taian Anxin Trust & Investment Co., Ltd.
[*seal: Taian Anxin Trust & Investment Co., Ltd.*]

Representative Signature:

Taian Dong [illegible] Investment Co., Ltd.
[*seal: Taian Dong [illegible] Investment Co., Ltd.*]

Representative Signature:

Signature of Tongchun Jia:

# 山东泰和东新股份有限公司
# 2006 年第一次临时股东大会决议

2006 年 4 月 15 日，山东泰和东新股份有限公司（以下简称“公司”）在泰安东尊华美达大酒店召开了 2006 年第一次临时股东大会，公司全体股东均派代表出席会议，代表股份 15562.5 万股，占总股本的 100%，符合《公司法》和《公司章程》有关规定，形成的决议合法有效。会议由公司董事长贾同春主持，经过与会股东充分讨论，表决通过了《关于更换公司董事的议案》。

因为工作原因，胡金玉女士不再担任公司董事，按照《公司章程》的约定，北新集团建材股份有限公司提名杨艳军女士担任公司董事，经过充分讨论，全体股东一致同意胡金玉女士辞去公司董事，选举杨艳军女士担任公司董事。

特 此 决 议

二〇〇六年四月十五日

（此页无正文，为公司2006年第一次股东大会决议的股东签字页）

股东签字：



北新集团建材股份有限公司

代表人签字：

泰安市国有资产经营有限公司

代表人签字：

泰安市安信投资贸易有限公司

代表人签字：

泰安市东联投资贸易有限公司

代表人签字：

贾同春签字：