<u>Partial translation of BNBMPLC-E-0011157-11166</u>

<u>BNBMPLC-E-0011157</u>

Beijing New Building Material Public Limited Company ~~Annual~~ Shareholders'
General
Meeting Document

Beijing New Building Material Public Limited Company's Annual General Meeting
~~of Shareholders~~

[2014] No. 1

Beijing New Building Material Public Limited Company

Resolution of the 2013 Annual General Meeting of Shareholders

Beijing New Building Material Public Limited Company (BNBM) held the 2013 annual general meeting at 10:00 am on April 16, 2014 in the conference room on the 6th floor of Guohai Plaza Building 2, No. 17 Fuxing Road, Haidian District, Beijing. 18 shareholders and shareholders' authorized representatives presented at this annual general meeting. They represented a total of 315,883,509 shares, taking up 54.92% of BNBM's total shares. This meeting is ~~called~~ convened by BNBM's board of directors and hosted by BNBM's General Manager, Mr. Yu Chen. BNBM's board of directors, supervisors, senior managements, lawyers hired by BNBM, and other relevant people were present at this meeting. The ~~calling~~convention, holding, and voting procedures of this meeting complied with the ~~regulations~~ provisions of the Company Law, the Listing Rules of Shenzhen Stock Exchange, and the Articles of Association.

After examination and discussion at this annual general meeting of shareholders, the following proposals were examined, discussed, and passed through open-ballot voting :

......

MTD Exhibit #91

**WANG: Exhibit 305-R**

**BNBMPLC-E-0011160**

[VIII]. Examined, discussed, and passed "the Proposal of BNBM ~~Offering~~ Providing Guarantees ~~to~~ for Taishan Gypsum Company Limited"

Taishan Gypsum Company Limited (Taishan Gypsum) is BNBM's controlled subsidiary, and has good operation and credit standing. To satisfy Taishan Gypsum's needs of normal production and operation, it is ~~agreed~~ approved that BNBM will provide guarantee for Taishan Gypsum's comprehensive credit line and working capital borrowings not exceeding a total of RMB 1 billion during the related period from the day when this proposal is approved at this meeting to the day of holding the 2014 annual general meeting of shareholders. See the following for details:

1. ~~Offer~~ Provide guarantee ~~to~~ for ~~Taishan Gypsum for~~ a 220 -million-yuan comprehensive credit line of Taishan Gypsum in Bank of China Limited, Tai'An Branch. The guarantee period is one year.

   Outcome of the voting: 314,702,310 shares in favor, 1,181,199 shares against, 0 share abstained. Affirmative votes take up 99.63% of all the voting shares presented at the meeting.

2. ~~Offer~~ Provide guarantee ~~to Taishan Gypsum~~ for a 350-million-yuan comprehensive credit line of Taishan Gypsum in Agricultural Bank of China Limited, Tai'An Longze Sub-branch. The guarantee period is one year.

   Outcome of the voting: 314,702,310 shares in favor, 1,181,199 shares against, 0 share abstained. Affirmative votes take up 99.63% of all the voting shares presented at the meeting.

3. ~~Offer~~ Provide guarantee ~~to Taishan Gypsum~~ for a 130-million-yuan comprehensive credit line of Taishan in Industrial and Commercial Bank of China Limited, Ningyang Branch. The guarantee period is one year.

   Outcome of the voting: 314,702,310 shares in favor, 1,181,199 shares against, 0 share abstained. Affirmative votes take up 99.63% of all the voting shares presented at the meeting.

BNBMPLC-E-0011161

4.  ~~Offer~~ Provide guarantee ~~to Taishan Gypsum~~ for a 73-million-yuan comprehensive credit line of Taishan Gypsum in Bank of Communications Co., Ltd, Tai'An Branch. The guarantee period is one year.

Outcome of the voting: 314,702,310 shares in favor, 1,181,199 shares against, 0 share abstained. Affirmative votes take up 99.63% of all the voting shares presented at the meeting.

5.  ~~Offer~~ Provide guarantee ~~to Taishan Gypsum~~ for a 27-million-yuan working capital ~~borrowing~~ loan borrowed by Taishan Gypsum in China Everbright Bank Co., Ltd, Ji'Nan Branch. The guarantee period is one year.

Outcome of the voting: 314,702,310 shares in favor, 1,181,199 shares against, 0 share abstained. Affirmative votes take up 99.63% of all the voting shares presented at the meeting.

6.  ~~Offer~~ Provide guarantee ~~to Taishan Gypsum~~ for a 100-million-yuan working capital ~~borrowing~~ borrowed by Taishan in China Construction Bank Corporation, Tai'An Qingnian Road Sub-branch. The guarantee period is one year.

Outcome of the voting: 314,702,310 shares in favor, 1,181,199 shares against, 0 share abstained. Affirmative votes take up 99.63% of all the voting shares presented at the meeting.

7.  ~~Offer~~ Provide guarantee ~~to Taishan Gypsum~~ for a 100-million-yuan working capital ~~borrowing~~ loan borrowed by Taishan in Postal Savings Bank of China, Shandong Province Branch. The guarantee period is one year.

Outcome of the voting: 314,702,310 shares in favor, 1,181,199 shares against, 0 share abstained. Affirmative votes take up 99.63% of all the voting shares presented at the meeting.

[IX]. Examined, discussed, and passed "the Proposal Regarding ~~of~~ BNBM's Subsidiary, Taishan Gypsum Company Limited~~, Offering~~ Providing Guarantees ~~to~~ for its Wholly-owned Subsidiaries and Controlled Subsidiaries"

To satisfy the needs of normal production and operation of Taishan Gypsum's subsidiaries concerned, it is ~~agreed~~ approved that

**BNBMPLC-E-0011162**

Taishan Gypsum will ~~offer to~~ provide guarantee for its 10 subsidiaries' working capital ~~borrowing~~ loans ~~guarantee~~ not exceeding a total of RMB 340 million during the related period from the day when this proposal is approved at this meeting to the day of holding the 2014 annual general meeting of shareholders. See the following for details:

1. ~~Agree~~ Approve that Taishan Gypsum ~~offers~~ provides guarantee ~~to~~ for ~~Pingshan Taishan for~~ a 20-million-yuan working capital ~~borrowing~~ loan borrowed by Pingshan Taishan in Bank of Communications Co., Ltd, Hebei Province Branch. The guarantee period is one year.

Outcome of the voting: 314,702,310 shares in favor, 1,181,199 shares against, 0 share abstained. Affirmative votes take up 99.63% of all the voting shares presented at the meeting.

2. ~~Agree~~ Approve that Taishan Gypsum ~~offers~~ provides guarantee ~~to~~ for ~~Pingshan Taishan for~~ a 30-million-yuan working capital ~~borrowing~~ loan borrowed by Pingshan Taishan in Agricultural Bank of China Limited, Pingshan County Sub-branch. The guarantee period is one year.

Outcome of the voting: 314,702,310 shares in favor, 1,181,199 shares against, 0 share abstained. Affirmative votes take up 99.63% of all the voting shares presented at the meeting.

3. ~~Agree~~ Approve that Taishan Gypsum ~~offers~~ provides guarantee ~~to Qinhuangdao Taishan~~ for a 20-million-yuan working capital ~~borrowing~~ loan borrowed by Qinghuangdao Taishan in Bank of Communications Co., Ltd, Qinhuangdao Harbor Sub-branch. The guarantee period is one year.

Outcome of the voting: 314,702,310 shares in favor, 1,181,199 shares against, 0 share abstained. Affirmative votes take up 99.63% of all the voting shares presented at the meeting.

4. ~~Agree~~ Approve that Taishan Gypsum ~~offers~~ provides guarantee ~~to~~ for ~~Weihai Taishan for~~ a 20-

million-yuan working capital ~~borrowing~~ loan borrowed by Weihai Taishan in Agricultural Bank of China

Limited, Rushan City Sub-branch. The guarantee period is one year.

Outcome of the voting: 314,702,310 shares in favor, 1,181,199 shares against,

**BNBMPLC-E-0011163**

0 share abstained. Affirmative votes take up 99.63% of all the voting shares presented at the meeting.

5. ~~Agree~~ Approve that Taishan Gypsum ~~offers~~ provides guarantee ~~to Weihai Taishan~~ for a 20-million-yuan working capital ~~borrowing~~ loan borrowed in Bank of China Limited, Rushan City Sub-branch. The guarantee period is one year.

Outcome of the voting: 314,702,310 shares in favor, 1,181,199 shares against, 0 share abstained. Affirmative votes take up 99.63% of all the voting shares presented at the meeting.

6. ~~Agree~~ Approve that Taishan Gypsum ~~offers~~ provides guarantee ~~to Fuxin Taishan~~ for a 20-million-yuan working capital ~~borrowing~~ loan borrowed by Fuxin Taishan in Agricultural Bank of China Limited, Fuxin Branch. The guarantee period is one year.

Outcome of the voting: 315,883,509 shares in favor, 0 share against, 0 share abstained. Affirmative votes take up 100% of all the voting shares presented at the meeting.

7. ~~Agree~~ Approve that Taishan Gypsum ~~offers~~ provides guarantee ~~to Nantong Taishan~~ for a 60-million-yuan working capital ~~borrowing~~ loan borrowed by Nantong Taishan in Bank of Communications Co., Ltd, Nantong Branch. The guarantee period is one year.

Outcome of the voting: 315,883,509 shares in favor, 0 share against, 0 share abstained. Affirmative votes take up 100% of all the voting shares presented at the meeting.

8. ~~Agree~~ Approve that Taishan Gypsum ~~offers~~ provides guarantee ~~to Tongling Taishan~~ for a 30-million-yuan working capital ~~borrowing~~ loan borrowed by Tongling Taishan in Agricultural Bank of China Limited, Tongling Branch. The guarantee period is one year.

Outcome of the voting: 315,883,509 shares in favor, 0 share against, 0 share abstained. Affirmative votes take up 100% of all the voting shares presented at the meeting.

9. ~~Agree~~ Approve that Taishan Gypsum ~~offers~~ provides guarantee ~~to Chaohu Taishan~~ for a 30-million-yuan working capital ~~borrowing~~ loan borrowed by Chaohu Taishan in Agricultural Bank of China Limited, Chaohu City Branch.

**BNBMPLC-E-0011164**

The guarantee period is one year.

Outcome of the voting: 315,883,509 shares in favor, 0 share against, 0 share abstained. Affirmative votes take up 100% of all the voting shares presented at the meeting.

10. ~~Agree~~ Approve that Taishan Gypsum ~~offers~~ provides guarantee ~~to Liaoning Taishan~~ for a 30-million-yuan working capital ~~borrowing~~ loan borrowed by Liaoning Taishan in China Construction Bank Corporation, Suizhong Sub-branch. The guarantee period is one year.

Outcome of the voting: 315,883,509 shares in favor, 0 share against, 0 share abstained. Affirmative votes take up 100% of all the voting shares presented at the meeting.

11. Approve ~~Agree~~ that Taishan Gypsum provides~~offers~~ guarantee ~~to Longyan Taishan~~ for a 30-million-yuan working capital loan borrowed by Longyan Taishan ~~borrowing~~ in Industrial and Commercial Bank of China Limited, Shanghang Sub-branch. The guarantee period is one year.

Outcome of the voting: 315,883,509 shares in favor, 0 share against, 0 share abstained. Affirmative votes take up 100% of all the voting shares presented at the meeting.

12. Approve~~Agree~~ that Taishan Gypsum provides~~offers~~ guarantee ~~to Guangdong Taishan~~ for a 30-million-yuan working capital loan borrowed by Guangdong Taishan~~borrowing~~ in China CITIC Bank Co., Ltd, Huizhou City Sub-branch. The guarantee period is one year.

Outcome of the voting: 315,883,509 shares in favor, 0 share against, 0 share abstained. Affirmative votes take up 100% of all the voting shares presented at the meeting.

[X]. Examined, discussed, and passed "the Proposal of BNBM and Its Subsidiary, Taishan Gypsum Company Limited, Issuing Debt Financing Tools for Non-Financial Enterprises"

It is ~~agreed~~ approved that BNBM and Taishan Gypsum can,

BNBMPLC-E-0011165

within the issuable amount limit of debt financing tools regulated by relevant laws and regulations, issue debt financing instruments at one time or multiple times based on capital demand and market condition during the related period from the day when this proposal is approved at this meeting to the day of holding the 2014 annual general meeting. The types of debt financing tools include, but not limited to, short-term financing bonds, medium-term notes, and other domestic currency debt financing tools. The forms of issuance include public issuing and private placement. It is ~~agreed~~ approved to ~~grant~~ authorize the board of directors, and the board of directors can further ~~grant~~ authorize the issuing entity's legal representative and management, to organize the preparation work for issuing debt financing tools and to go through relevant procedures according to relevant laws and regulations. This ~~grant~~ authorization is valid from the day when this proposal is examined and approved at this meeting to the day of holding the 2014 annual general meeting.

Outcome of the voting: 311,014,868 shares in favor, 3,381,197 shares against, 1,487,444 shares abstained. Affirmative votes take up 98.46% of all the voting shares presented at the meeting.

......

Beijing New Building Materials Public Limited Company

April 16, 2014

<u>Partial translation of BNBMPLC-E-0011157-11166</u>

<u>BNBMPLC-E-0011157</u>

**Beijing New Building Material Public Limited Company   Annual General Meeting Document**

Beijing New Building Material Public Limited Company's Annual General Meeting [2014] No. 1

---

**Beijing New Building Material Public Limited Company**

**Resolution of the 2013 Annual General Meeting**

Beijing New Building Material Public Limited Company (BNBM) held the 2013 annual general meeting at 10:00 am on April 16, 2014 in the conference room on the 6th floor of Guohai Plaza Building 2, No. 17 Fuxing Road, Haidian District, Beijing. 18 shareholders and shareholders' authorized representatives presented at this annual general meeting. They represented a total of 315,883,509 shares, taking up 54.92% of BNBM's total shares. This meeting is called by BNBM's board of directors and hosted by BNBM's General Manager, Mr. Yu Chen. BNBM's board of directors, supervisors, senior managements, lawyers hired by BNBM, and other relevant people were present at this meeting. The calling, holding, and voting procedures of this meeting complied with the regulations of the Company Law, the Listing Rules of Shenzhen Stock Exchange, and the Articles of Association.

After examination and discussion at this annual general meeting, the following proposals were examined, discussed, and passed through open-ballot voting :

……

**WANG: Exhibit 305**

BNBMPLC-E-0011160

[VIII]. Examined, discussed, and passed "the Proposal of BNBM Offering Guarantees to Taishan Gypsum Company Limited"

Taishan Gypsum Company Limited (Taishan Gypsum) is BNBM's subsidiary, and has good operation and credit standing. To satisfy Taishan Gypsum's needs of normal production and operation, it is agreed that BNBM will provide guarantee for Taishan Gypsum's comprehensive credit line and working capital borrowings not exceeding a total of RMB 1 billion during the related period from the day when this proposal is approved at this meeting to the day of holding the 2014 annual general meeting. See the following for details:

1. Offer guarantee to Taishan Gypsum for a 220 -million-yuan comprehensive credit line in Bank of China Limited, Tai'An Branch. The guarantee period is one year.

Outcome of the voting: 314,702,310 shares in favor, 1,181,199 shares against, 0 share abstained. Affirmative votes take up 99.63% of all the voting shares presented at the meeting.

2. Offer guarantee to Taishan Gypsum for a 350-million-yuan comprehensive credit line in Agricultural Bank of China Limited, Tai'An Longze Sub-branch. The guarantee period is one year.

Outcome of the voting: 314,702,310 shares in favor, 1,181,199 shares against, 0 share abstained. Affirmative votes take up 99.63% of all the voting shares presented at the meeting.

3. Offer guarantee to Taishan Gypsum for a 130-million-yuan comprehensive credit line in Industrial and Commercial Bank of China Limited, Ningyang Branch. The guarantee period is one year.

Outcome of the voting: 314,702,310 shares in favor, 1,181,199 shares against, 0 share abstained. Affirmative votes take up 99.63% of all the voting shares presented at the meeting.

BNBMPLC-E-0011161

4. Offer guarantee to Taishan Gypsum for a 73-million-yuan comprehensive credit line in Bank of Communications Co., Ltd, Tai'An Branch. The guarantee period is one year.

Outcome of the voting: 314,702,310 shares in favor, 1,181,199 shares against, 0 share abstained. Affirmative votes take up 99.63% of all the voting shares presented at the meeting.

5. Offer guarantee to Taishan Gypsum for a 27-million-yuan working capital borrowing in China Everbright Bank Co., Ltd, Ji'Nan Branch. The guarantee period is one year.

Outcome of the voting: 314,702,310 shares in favor, 1,181,199 shares against, 0 share abstained. Affirmative votes take up 99.63% of all the voting shares presented at the meeting.

6. Offer guarantee to Taishan Gypsum for a 100-million-yuan working capital borrowing in China Construction Bank Corporation, Tai'An Qingnian Road Sub-branch. The guarantee period is one year.

Outcome of the voting: 314,702,310 shares in favor, 1,181,199 shares against, 0 share abstained. Affirmative votes take up 99.63% of all the voting shares presented at the meeting.

7. Offer guarantee to Taishan Gypsum for a 100-million-yuan working capital borrowing in Postal Savings Bank of China, Shandong Province Branch. The guarantee period is one year.

Outcome of the voting: 314,702,310 shares in favor, 1,181,199 shares against, 0 share abstained. Affirmative votes take up 99.63% of all the voting shares presented at the meeting.

[IX]. Examined, discussed, and passed "the Proposal of BNBM's Subsidiary, Taishan Gypsum Company Limited, Offering Guarantees to its Wholly-owned Subsidiaries and Subsidiaries"

To satisfy the needs of normal production and operation of Taishan Gypsum's subsidiaries concerned, it is agreed that

BNBMPLC-E-0011162

Taishan Gypsum will offer to its 10 subsidiaries working capital borrowing guarantee not exceeding a total of RMB 340 million during the related period from the day when this proposal is approved at this meeting to the day of holding the 2014 annual general meeting. See the following for details:

1. Agree that Taishan Gypsum offers guarantee to Pingshan Taishan for a 20-million-yuan working capital borrowing in Bank of Communications Co., Ltd, Hebei Province Branch. The guarantee period is one year.

   Outcome of the voting: 314,702,310 shares in favor, 1,181,199 shares against, 0 share abstained. Affirmative votes take up 99.63% of all the voting shares presented at the meeting.

2. Agree that Taishan Gypsum offers guarantee to Pingshan Taishan for a 30-million-yuan working capital borrowing in Agricultural Bank of China Limited, Pingshan County Sub-branch. The guarantee period is one year.

   Outcome of the voting: 314,702,310 shares in favor, 1,181,199 shares against, 0 share abstained. Affirmative votes take up 99.63% of all the voting shares presented at the meeting.

3. Agree that Taishan Gypsum offers guarantee to Qinhuangdao Taishan for a 20-million-yuan working capital borrowing in Bank of Communications Co., Ltd, Qinhuangdao Harbor Sub-branch. The guarantee period is one year.

   Outcome of the voting: 314,702,310 shares in favor, 1,181,199 shares against, 0 share abstained. Affirmative votes take up 99.63% of all the voting shares presented at the meeting.

4. Agree that Taishan Gypsum offers guarantee to Weihai Taishan for a 20-million-yuan working capital borrowing in Agricultural Bank of China Limited, Rushan City Sub-branch. The guarantee period is one year.

   Outcome of the voting: 314,702,310 shares in favor, 1,181,199 shares against,

BNBMPLC-E-0011163

0 share abstained. Affirmative votes take up 99.63% of all the voting shares presented at the meeting.

5. Agree that Taishan Gypsum offers guarantee to Weihai Taishan for a 20-million-yuan working capital borrowing in Bank of China Limited, Rushan City Sub-branch. The guarantee period is one year.

Outcome of the voting: 314,702,310 shares in favor, 1,181,199 shares against, 0 share abstained. Affirmative votes take up 99.63% of all the voting shares presented at the meeting.

6. Agree that Taishan Gypsum offers guarantee to Fuxin Taishan for a 20-million-yuan working capital borrowing in Agricultural Bank of China Limited, Fuxin Branch. The guarantee period is one year.

Outcome of the voting: 315,883,509 shares in favor, 0 share against, 0 share abstained. Affirmative votes take up 100% of all the voting shares presented at the meeting.

7. Agree that Taishan Gypsum offers guarantee to Nantong Taishan for a 60-million-yuan working capital borrowing in Bank of Communications Co., Ltd, Nantong Branch. The guarantee period is one year.

Outcome of the voting: 315,883,509 shares in favor, 0 share against, 0 share abstained. Affirmative votes take up 100% of all the voting shares presented at the meeting.

8. Agree that Taishan Gypsum offers guarantee to Tongling Taishan for a 30-million-yuan working capital borrowing in Agricultural Bank of China Limited, Tongling Branch. The guarantee period is one year.

Outcome of the voting: 315,883,509 shares in favor, 0 share against, 0 share abstained. Affirmative votes take up 100% of all the voting shares presented at the meeting.

9. Agree that Taishan Gypsum offers guarantee to Chaohu Taishan for a 30-million-yuan working capital borrowing in Agricultural Bank of China Limited, Chaohu City Branch.

BNBMPLC-E-0011164

The guarantee period is one year.

Outcome of the voting: 315,883,509 shares in favor, 0 share against, 0 share abstained. Affirmative votes take up 100% of all the voting shares presented at the meeting.

10. Agree that Taishan Gypsum offers guarantee to Liaoning Taishan for a 30-million-yuan working capital borrowing in China Construction Bank Corporation, Suizhong Sub-branch. The guarantee period is one year.

Outcome of the voting: 315,883,509 shares in favor, 0 share against, 0 share abstained. Affirmative votes take up 100% of all the voting shares presented at the meeting.

11. Agree that Taishan Gypsum offers guarantee to Longyan Taishan for a 30-million-yuan working capital borrowing in Industrial and Commercial Bank of China Limited, Shanghang Sub-branch. The guarantee period is one year.

Outcome of the voting: 315,883,509 shares in favor, 0 share against, 0 share abstained. Affirmative votes take up 100% of all the voting shares presented at the meeting.

12. Agree that Taishan Gypsum offers guarantee to Guangdong Taishan for a 30-million-yuan working capital borrowing in China CITIC Bank Co., Ltd, Huizhou City Sub-branch. The guarantee period is one year.

Outcome of the voting: 315,883,509 shares in favor, 0 share against, 0 share abstained. Affirmative votes take up 100% of all the voting shares presented at the meeting.

[X]. Examined, discussed, and passed "the Proposal of BNBM and Its Subsidiary, Taishan Gypsum Company Limited, Issuing Debt Financing Tools for Non-Financial Enterprises"

It is agreed that BNBM and Taishan Gypsum can,

BNBMPLC-E-0011165

within the issuable amount limit of debt financing tools regulated by relevant laws and regulations, issue debt financing instruments at one time or multiple times based on capital demand and market condition during the related period from the day when this proposal is approved at this meeting to the day of holding the 2014 annual general meeting. The types of debt financing tools include, but not limited to, short-term financing bonds, medium-term notes, and other domestic currency debt financing tools. The forms of issuance include public issuing and private placement. It is agreed to grant the board of directors, and the board of directors can further grant the issuing entity's legal representative and management, to organize the preparation work for issuing debt financing tools and to go through relevant procedures according to relevant laws and regulations. This grant is valid from the day when this proposal is examined and approved at this meeting to the day of holding the 2014 annual general meeting.

Outcome of the voting: 311,014,868 shares in favor, 3,381,197 shares against, 1,487,444 shares abstained. Affirmative votes take up 98.46% of all the voting shares presented at the meeting.

……

Beijing New Building Material Public Limited Company

April 16, 2014

Beixinjituan building materials limited liability company general meeting of shareholders document northern new building materials general meeting of shareholders [2014]1 number Beixinjituan building materials limited liability company 2013 AGM resolution

The Beixinjituan building materials limited liability company (hereafter referred to as "company") 2013 AGM morning 10:00 to convene in Beijing Haidian District Fuxing Road No. 17 country sea square No. 2 building 6 conference rooms in April 16, 2014. Shareholder and shareholder who attended this general meeting of shareholders is authorized the representative altogether 18 people, altogether on behalf of stock 315,883,509, accounts for the corporation stock total 54.92%. This conference is called by the company board of directors, general manager Mr. Chen Yu manages, the attorney who the directors of corporations, supervisors, the higher managements and companies hired and others the relevant source attended this conference. Convening of this conference, convenes with the voting procedure conforms to "Law of corporation", "Shenzhen securities exchange Share Rule" and "Articles of incorporation" stipulation.

Considers after this general meeting of shareholders, to record a name the voting by ballot way to pass the following bill:

(1) Passed "Company in 2013 Annual report And Abstract" votes the situation: Concurring votes 315,883,509, opposite ballot 0, abstaining vote 0, the concurring votes occupy attend the conference to have the right to vote stock 100%.

(2) Passed "Company 2013 Year Board of directors Work report" votes the situation: Concurring votes 315,883,509, opposite ballot 0, abstaining vote 0, the concurring votes occupy attend the conference to have the right to vote stock 100%.

(3) Passed "Company 2013 Annual financial statement Final accounts Report" votes the situation: Concurring votes 315,883,509, opposite ballot 0, abstaining vote 0, the concurring votes occupy attend the conference to have the right to vote stock 100%.

(4) Passed "Company 2013 Year Appropriation of profit Plan" takes December 31, 2013 stock total amount 575.15 million as the cardinal number, distributes the cash bonus 4.30 Yuan according to every 10 (including tax), assigns the profit 247,314,500.00 Yuan. The company 2013 year does not deliver the stock, does not carry on the capital common reserve fund extension to increase the capital stock. Agreed that is authorized the board of directors to handle because of the relevant matter that implementing 2013 year appropriation of profit plan will involve. Vote: Concurring votes 315,883,509, opposite ballot 0, abstaining vote 0, the concurring votes occupy attend the conference to have the right to vote stock 100%.

(5) Passed "about Determining 2013 Annual audit Expense And Appoints 2014 Annual audit Organization's Bill" company invites the inherent responsibilities international accounting firm (special ordinary partnership) (to hereafter refer to as "inherent responsibilities international") to be responsible for the company 2013 annual financial statement auditing and controlling from the inside audit and other work. Presently according to inherent responsibilities international actual work load, determined that 2013 annual financial statement audit expense 900,000 Yuan, control from the inside the audit expense 220,000 Yuan. Development audit work has undertakes by the company for business travel, lodging that and other expenses according to the facts.

Agreed when company extending employment on inherent responsibilities international

and control from the inside the auditing office for the company 2014 annual financial statement auditing office, the tenure in office to 2014 AGM ended, and is authorized the board of directors to act according to at the appointed time 2014 annual audit work the business volume and market level, determines for 2014 year the audit expense.

Vote: Concurring votes 315,883,509, opposite ballot 0, abstaining vote 0, the concurring votes occupy attend the conference to have the right to vote stock 100%.

(6) Passed "about Company 2014 Year Had estimated that Daily Connection Transaction Bill" voted the situation: Was connected the shareholder to avoid the vote, non-connection shareholder concurring votes 14,513,509, opposite ballot 0, abstaining vote 0, the concurring votes occupied attend the conference to have the right to vote stock 100%.

(7) Passed "about Company to Bank And other Financial institution Financing of Bill" to satisfy the company manages the need to develop, after the overall evaluation company in 2013 the credit total amount and in 2014 the call for fund situation, to raise the efficiency, agreed that the company will apply to synthesize the credit specified amount not over 8.6 billion Yuan to the bank and other financial institutions in 2014. Agrees to be authorized the board of directors, and may further be authorized the director to decide and handle the concrete each credit in the above specified amount by the board of directors the related matters concerned, and signs the related document. The above authorized term of validity passed the date of this bill to convene up to the date to the company 2014 AGM from company general meeting of shareholders.

Vote: Concurring votes 315,883,509, opposite ballot 0, abstaining vote 0, the concurring votes occupy attend the conference to have the right to vote stock 100%.

(8) Passed "Has provided Guarantee for Taishan Gypsum Limited liability company about Company the Bill" Taishan gypsum limited liability company (hereafter refers to as "the Taishan gypsum") is company's holding subsidiary company, the state of operation and credit status were good. In order to meet the Taishan gypsum normal production needs, agreed with the company during this general meeting of shareholders authorized the date of this bill related to 2014 AGM convened up to the date, for the Taishan gypsum provided not to amount to over 100,000 ten thousand Yuan comprehensive credit specified amount guarantee and floating capital loan guarantee, was specifically as follows:

1. provides the guarantee guarantee in the Bank of China limited liability company Tai'an Branch's Renminbi 22,000 ten thousand Yuan comprehensive credit specified amounts for the Taishan gypsum, the guarantee deadline one year;

Vote: Concurring votes 314,702,310, opposite ballot 1,181,199, abstaining vote 0, the concurring votes occupy attend the conference to have the right to vote stock 99.63%.

2. provides the guarantee guarantee in the Agriculture Bank of China limited liability company Thai Anlung Ze sub-branch's Renminbi 35,000 ten thousand Yuan comprehensive credit specified amounts for the Taishan gypsum, the guarantee deadline one year;

Vote: Concurring votes 314,702,310, opposite ballot 1,181,199, abstaining vote 0, the concurring votes occupy attend the conference to have the right to vote stock 99.63%.

3. provides the guarantee guarantee in the China ICBC limited liability company Ningyang Sub-branch's Renminbi 13,000 ten thousand Yuan comprehensive credit

specified amounts for the Taishan gypsum, the guarantee deadline one year;
Vote: Concurring votes 314,702,310, opposite ballot 1,181,199, abstaining vote 0,
the concurring votes occupy attend the conference to have the right to vote stock
99.63%.
4. provides the guarantee guarantee in the Communications Bank limited liability
company Tai'an Branch's Renminbi 7,300 ten thousand Yuan comprehensive credit
specified amounts for the Taishan gypsum, the guarantee deadline one year;
Vote: Concurring votes 314,702,310, opposite ballot 1,181,199, abstaining vote 0,
the concurring votes occupy attend the conference to have the right to vote stock
99.63%.
5. provides the guarantee guarantee in the Renminbi 2,700 ten thousand Yuan
floating capital loans of Chinese Everbright Bank limited liability company Jinan
Branch for the Taishan gypsum, the guarantee deadline one year;
Vote: Concurring votes 314,702,310, opposite ballot 1,181,199, abstaining vote 0,
the concurring votes occupy attend the conference to have the right to vote stock
99.63%.
6. provides the guarantee guarantee in the Renminbi 10,000 ten thousand Yuan
floating capital loans of China Construction Bank limited liability company Tai'an
Qingnian Road sub-branch for the Taishan gypsum, the guarantee deadline one year;
Vote: Concurring votes 314,702,310, opposite ballot 1,181,199, abstaining vote 0,
the concurring votes occupy attend the conference to have the right to vote stock
99.63%.
7. provides the guarantee guarantee in the Renminbi 10,000 ten thousand Yuan
floating capital loans of China Post savings bank limited liability company
Shandong Branch for the Taishan gypsum, the guarantee deadline one year.
Vote: Concurring votes 314,702,310, opposite ballot 1,181,199, abstaining vote 0,
the concurring votes occupy attend the conference to have the right to vote stock
99.63%.
(9) Passed "Has controlled stock Subsidiary company Taishan Gypsum Limited
liability company To provide Guarantee for Its Capitalization And Holding
Subsidiary company about Company Bill" to meet the Taishan gypsum related
subsidiary company normal production needs, agreed by the Taishan gypsum during
this general meeting of shareholders authorized the date of this bill related to
2014 AGM convened up to the date, for its 10 subsidiary companies provided not to
amount to over 34,000 ten thousand Yuan floating capital loan guarantee, was
specifically as follows:
1. agreed that the Taishan gypsum provides the guarantee guarantee in the Renminbi
2,000 ten thousand Yuan floating capital loans of Communications Bank limited
liability company Hebei Branch for Pingshan Taishan, the guarantee deadline one
year;
Vote: Concurring votes 314,702,310, opposite ballot 1,181,199, abstaining vote 0,
the concurring votes occupy attend the conference to have the right to vote stock
99.63%.
2. agreed that the Taishan gypsum provides the guarantee guarantee in the Renminbi
3,000 ten thousand Yuan floating capital loans of Agriculture Bank of China limited
liability company Pingshan County Sub-branch for Pingshan Taishan, the guarantee
deadline one year;
Vote: Concurring votes 314,702,310, opposite ballot 1,181,199, abstaining vote 0,
the concurring votes occupy attend the conference to have the right to vote stock

99.63%.
3. agreed that the Taishan gypsum provides the guarantee guarantee in the Renminbi 2,000 ten thousand Yuan floating capital loans of Communications Bank limited liability company Qinhuangdao Harbor Sub-branch for Qinhuangdao Taishan, the guarantee deadline one year;
Vote: Concurring votes 314,702,310, opposite ballot 1,181,199, abstaining vote 0, the concurring votes occupy attend the conference to have the right to vote stock 99.63%.
4. agreed that the Taishan gypsum provides the guarantee guarantee in the Renminbi 2,000 ten thousand Yuan floating capital loans of Agriculture Bank of China limited liability company Rushan Sub-branch for Weihai Taishan, the guarantee deadline one year;
Vote: Concurring votes 314,702,310, opposite ballot 1,181,199, abstaining vote 0, the concurring votes occupy attend the conference to have the right to vote stock 99.63%.
5. agreed that the Taishan gypsum provides the guarantee guarantee in the Renminbi 2,000 ten thousand Yuan floating capital loans of Bank of China limited liability company Rushan Sub-branch for Weihai Taishan, the guarantee deadline one year;
Vote: Concurring votes 314,702,310, opposite ballot 1,181,199, abstaining vote 0, the concurring votes occupy attend the conference to have the right to vote stock 99.63%.
6. agreed that the Taishan gypsum provides the guarantee guarantee in the Renminbi 2,000 ten thousand Yuan floating capital loans of Agriculture Bank of China limited liability company Fuxin Branch for Fuxin Taishan, the guarantee deadline one year;
Vote: Concurring votes 315,883,509, opposite ballot 0, abstaining vote 0, the concurring votes occupy attend the conference to have the right to vote stock 100%.
7. agreed that the Taishan gypsum provides the guarantee guarantee in the Renminbi 6,000 ten thousand Yuan floating capital loans of Communications Bank limited liability company Nantong Branch for Nantong Taishan, the guarantee deadline one year;
Vote: Concurring votes 315,883,509, opposite ballot 0, abstaining vote 0, the concurring votes occupy attend the conference to have the right to vote stock 100%.
8. agreed that the Taishan gypsum provides the guarantee guarantee in the Renminbi 3,000 ten thousand Yuan floating capital loans of Agriculture Bank of China limited liability company Tongling Branch for Tongling Taishan, the guarantee deadline one year;
Vote: Concurring votes 315,883,509, opposite ballot 0, abstaining vote 0, the concurring votes occupy attend the conference to have the right to vote stock 100%.
9. agreed that the Taishan gypsum provides the guarantee guarantee in the Renminbi 3,000 ten thousand Yuan floating capital loans of Agriculture Bank of China limited liability company Chaohu Sub-branch for Chaohu Taishan, the guarantee deadline one year;
Vote: Concurring votes 315,883,509, opposite ballot 0, abstaining vote 0, the concurring votes occupy attend the conference to have the right to vote stock 100%.
10 agreed that the Taishan gypsum provides the guarantee guarantee in the Renminbi 3,000 ten thousand Yuan floating capital loans of China Construction Bank limited liability company Suizhong Sub-branch for Liaoning Taishan, the guarantee deadline one year;
Vote: Concurring votes 315,883,509, opposite ballot 0, abstaining vote 0, the

concurring votes occupy attend the conference to have the right to vote stock 100%.
11. agreed that the Taishan gypsum provides the guarantee guarantee in the Renminbi 3,000 ten thousand Yuan floating capital loans of China ICBC limited liability company Shanghang Sub-branch for Longyan Taishan, the guarantee deadline one year;
Vote: Concurring votes 315,883,509, opposite ballot 0, abstaining vote 0, the concurring votes occupy attend the conference to have the right to vote stock 100%.
12. agreed that the Taishan gypsum provides the guarantee guarantee in the Renminbi 3,000 ten thousand Yuan floating capital loans of China CITIC Bank limited liability company Huizhou Sub-branch for Guangdong Taishan, the guarantee deadline one year.
Vote: Concurring votes 315,883,509, opposite ballot 0, abstaining vote 0, the concurring votes occupy attend the conference to have the right to vote stock 100%.
(10) Passed "Distributes Non-Financial enterprise Debt Financing Tool's Bill about Company And Holding Subsidiary company Taishan Gypsum Limited liability company" agrees with the company and Taishan gypsum during this general meeting of shareholders authorized the date of this bill related to 2014 AGM convened up to the date, in the laws and regulation stipulated may distribute in the debt financing tool specified amount scope, distributed the debt financing tool according to the call for fund and market conditions in one or the form at different times. Debt financing tool type including, but is not restricted in the short-term accommodation bill, the intermediate bill the standard currency debt financing tool, distributes the way including the public release and non-public directional release. Agrees to be authorized the board of directors, and may further legal representative and that management basis relevant laws and regulations the release preparatory work of stipulation organization debt financing tool is authorized to distribute the main body and goes through the related formalities by the board of directors, the authorized term of validity passes the date of this bill to convene up to the date to the company 2014 AGM from company general meeting of shareholders.
Vote: Concurring votes 311,014,868, opposite ballot 3,381,197, abstaining vote 1,487,444, the concurring votes occupy attend the conference to have the right to vote stock 98.46%.
(11) passed "2013 Year Board of supervisors Work report" votes the situation: Concurring votes 314,702,310, opposite ballot 1,181,199, abstaining vote 0, the concurring votes occupy attend the conference to have the right to vote stock 99.63%.

(This page is Beixinjituan building materials limited liability company in 2013 AGM resolution signature page)

Attends the conference trustee to sign:

(Chen Yu) (Zhang Nailing) (Chang Zhangli) (Chen Xuean) (Qin Qinghua) (Chen Shaoming)

Beixinjituan building materials limited liability company on April 16, 2014 PAGE 1

 --- Summary Information ---

1: 936 PID_TITLE: Beixinjituan building materials limited liability company
PID_SUBJECT:
PID_AUTHOR: lwn PID_KEYWORDS:
PID_TEMPLATE: Normal PID_LASTAUTHOR: yuyu PID_REVNUMBER: 176 PID_APPNAME: Microsoft
Office Word PID_EDITTIME: Mon Jan 01 14:04: 00 CST 1601 PID_LASTPRINTED: Fri May 03
21:19: 00 CST 2013 PID_CREATE_DTM: Wed Sep 01 17:27: 00 CST 2010 PID_LASTSAVE_DTM:
Mon Apr 14 16:48: 00 CST 2014 PID_PAGECOUNT: 10 PID_WORDCOUNT: 726 PID_CHARCOUNT:
4144 PID_SECURITY: 0

 --- Document Summary Information ---
PID_CODEPAGE: 936 PID_COMPANY: bnbm PID_LINECOUNT: 34 PID_PARCOUNT: 9 17: 4861 23:
917504 PID_SCALE: false PID_LINKSDIRTY: false 19: false 22: false

# 北新集团建材股份有限公司 股东大会文件

北新建材股东大会[2014]1 号

# 北新集团建材股份有限公司
# 2013 年度股东大会决议

北新集团建材股份有限公司（以下简称"公司"）2013 年度股东大会于 2014 年 4 月 16 日上午 10:00 在北京市海淀区复兴路 17 号国海广场 2 号楼 6 层会议室召开。出席本次股东大会的股东及股东授权代表共 18 人，共代表股份 315,883,509 股，占公司股份总数的 54.92%。本次会议由公司董事会召集，公司总经理陈雨先生主持，公司董事、监事、高级管理人员及公司聘请的律师等相关人士列席了本次会议。本次会议的召集、召开与表决程序符合《公司法》、《深圳证券交易所股票上市规则》及《公司章程》的规定。

经本次股东大会审议，以记名投票表决方式审议通过了以下议案：

（一）审议通过了《公司 2013 年年度报告及其摘要》

表决情况：同意票 315,883,509 股，反对票 0 股，弃权票 0 股，同意票占出席会议有表决权股份的 100%。

1

BNBMPLC-E-0011157

（二）审议通过了《公司 2013 年度董事会工作报告》

表决情况：同意票 315,883,509 股，反对票 0 股，弃权票 0 股，同意票占出席会议有表决权股份的 100%。

（三）审议通过了《公司 2013 年度财务决算报告》

表决情况：同意票 315,883,509 股，反对票 0 股，弃权票 0 股，同意票占出席会议有表决权股份的 100%。

（四）审议通过了《公司 2013 年度利润分配预案》

以 2013 年 12 月 31 日的股份总额 575,150,000 股为基数，按每 10 股派发现金红利 4.30 元（含税），共分配利润 247,314,500.00 元。公司 2013 年度不送股，亦不进行资本公积金转增股本。同意授权董事会办理因实施 2013 年度利润分配预案涉及的相关事项。

表决情况：同意票 315,883,509 股，反对票 0 股，弃权票 0 股，同意票占出席会议有表决权股份的 100%。

（五）审议通过了《关于确定 2013 年度审计费用及聘任 2014 年度审计机构的议案》

公司聘请天职国际会计师事务所（特殊普通合伙）（以下简称"天职国际"）负责公司 2013 年度财务审计、内控审计等工作。现根据天职国际的实际工作量，确定 2013 年度财务审计费用 90 万元，内控审计费用 22 万元。为开展审计工作而发生的差旅、住宿等费用由公司据实承担。

同意公司续聘天职国际为公司 2014 年度财务审计机构

2

BNBMPLC-E-0011158

及内控审计机构，任期至 2014 年度股东大会结束时止，并授权董事会届时根据 2014 年度审计工作的业务量及市场水平，确定 2014 年度的审计费用。

表决情况：同意票 315,883,509 股，反对票 0 股，弃权票 0 股，同意票占出席会议有表决权股份的 100%。

（六）审议通过了《关于公司 2014 年度预计日常关联交易的议案》

表决情况：关联股东回避了表决，非关联股东同意票 14,513,509 股，反对票 0 股，弃权票 0 股，同意票占出席会议有表决权股份的 100%。

（七）审议通过了《关于公司向银行等金融机构融资的议案》

为了满足公司经营发展的需要，在综合考虑公司 2013 年授信总额及 2014 年资金需求情况后，为提高效率，同意公司在 2014 年向银行等金融机构申请综合授信额度累计不超过 86 亿元。同意授权董事会，并可由董事会进一步授权公司董事长在前述额度内决定和办理具体每一笔授信的有关事宜，并签署有关文件。上述授权有效期自公司本次股东大会审议通过本议案之日起至公司 2014 年度股东大会召开之日止。

表决情况：同意票 315,883,509 股，反对票 0 股，弃权票 0 股，同意票占出席会议有表决权股份的 100%。

BNBMPLC-E-0011159

（八）审议通过了《关于公司为泰山石膏股份有限公司提供担保的议案》

泰山石膏股份有限公司（以下简称"泰山石膏"）是公司的控股子公司，经营状况和资信状况良好。为满足泰山石膏正常生产经营需要，同意公司在本次股东大会批准本议案之日起至 2014 年度股东大会召开之日止的相关期间内，为泰山石膏提供总计不超过 100,000 万元的综合授信额度担保和流动资金借款担保，具体如下：

1. 为泰山石膏在中国银行股份有限公司泰安分行的人民币 22,000 万元综合授信额度提供保证担保，担保期限壹年；

表决情况：同意票 314,702,310 股，反对票 1,181,199 股，弃权票 0 股，同意票占出席会议有表决权股份的 99.63%。

2. 为泰山石膏在中国农业银行股份有限公司泰安龙泽支行的人民币 35,000 万元综合授信额度提供保证担保，担保期限壹年；

表决情况：同意票 314,702,310 股，反对票 1,181,199 股，弃权票 0 股，同意票占出席会议有表决权股份的 99.63%。

3. 为泰山石膏在中国工商银行股份有限公司宁阳支行的人民币 13,000 万元综合授信额度提供保证担保，担保期限壹年；

表决情况：同意票 314,702,310 股，反对票 1,181,199 股，弃权票 0 股，同意票占出席会议有表决权股份的 99.63%。

BNBMPLC-E-0011160

4.为泰山石膏在交通银行股份有限公司泰安分行的人民币7,300万元综合授信额度提供保证担保，担保期限壹年；

表决情况：同意票 314,702,310 股，反对票 1,181,199 股，弃权票 0 股，同意票占出席会议有表决权股份的 99.63%。

5.为泰山石膏在中国光大银行股份有限公司济南分行的人民币2,700万元流动资金借款提供保证担保，担保期限壹年；

表决情况：同意票 314,702,310 股，反对票 1,181,199 股，弃权票 0 股，同意票占出席会议有表决权股份的 99.63%。

6.为泰山石膏在中国建设银行股份有限公司泰安青年路支行的人民币 10,000 万元流动资金借款提供保证担保，担保期限壹年；

表决情况：同意票 314,702,310 股，反对票 1,181,199 股，弃权票 0 股，同意票占出席会议有表决权股份的 99.63%。

7.为泰山石膏在中国邮政储蓄银行股份有限公司山东省分行的人民币 10,000 万元流动资金借款提供保证担保，担保期限壹年。

表决情况：同意票 314,702,310 股，反对票 1,181,199 股，弃权票 0 股，同意票占出席会议有表决权股份的 99.63%。

（九）审议通过了《关于公司控股子公司泰山石膏股份有限公司为其全资、控股子公司提供担保的议案》

为满足泰山石膏相关子公司正常生产经营需要，同意由

5

BNBMPLC-E-0011161

泰山石膏在本次股东大会批准本议案之日起至 2014 年度股东大会召开之日止的相关期间内，为其 10 家子公司提供总计不超过 34,000 万元的流动资金借款担保，具体如下：

1.同意泰山石膏为平山泰山在交通银行股份有限公司河北省分行的人民币 2,000 万元的流动资金借款提供保证担保，担保期限壹年；

表决情况：同意票 314,702,310 股，反对票 1,181,199 股，弃权票 0 股，同意票占出席会议有表决权股份的 99.63%。

2.同意泰山石膏为平山泰山在中国农业银行股份有限公司平山县支行的人民币 3,000 万元的流动资金借款提供保证担保，担保期限壹年；

表决情况：同意票 314,702,310 股，反对票 1,181,199 股，弃权票 0 股，同意票占出席会议有表决权股份的 99.63%。

3.同意泰山石膏为秦皇岛泰山在交通银行股份有限公司秦皇岛海港支行的人民币 2,000 万元的流动资金借款提供保证担保，担保期限壹年；

表决情况：同意票 314,702,310 股，反对票 1,181,199 股，弃权票 0 股，同意票占出席会议有表决权股份的 99.63%。

4.同意泰山石膏为威海泰山在中国农业银行股份有限公司乳山市支行的人民币 2,000 万元的流动资金借款提供保证担保，担保期限壹年；

表决情况：同意票 314,702,310 股，反对票 1,181,199

BNBMPLC-E-0011162

股,弃权票0股,同意票占出席会议有表决权股份的99.63%。

5.同意泰山石膏为威海泰山在中国银行股份有限公司乳山支行的人民币2,000万元的流动资金借款提供保证担保,担保期限壹年;

表决情况:同意票314,702,310股,反对票1,181,199股,弃权票0股,同意票占出席会议有表决权股份的99.63%。

6.同意泰山石膏为阜新泰山在中国农业银行股份有限公司阜新分行的人民币2,000万元的流动资金借款提供保证担保,担保期限壹年;

表决情况:同意票315,883,509股,反对票0股,弃权票0股,同意票占出席会议有表决权股份的100%。

7.同意泰山石膏为南通泰山在交通银行股份有限公司南通分行的人民币6,000万元的流动资金借款提供保证担保,担保期限壹年;

表决情况:同意票315,883,509股,反对票0股,弃权票0股,同意票占出席会议有表决权股份的100%。

8.同意泰山石膏为铜陵泰山在中国农业银行股份有限公司铜陵分行的人民币3,000万元的流动资金借款提供保证担保,担保期限壹年;

表决情况:同意票315,883,509股,反对票0股,弃权票0股,同意票占出席会议有表决权股份的100%。

9.同意泰山石膏为巢湖泰山在中国农业银行股份有限公

BNBMPLC-E-0011163

司巢湖市支行的人民币 3,000 万元的流动资金借款提供保证担保，担保期限壹年；

表决情况：同意票 315,883,509 股，反对票 0 股，弃权票 0 股，同意票占出席会议有表决权股份的 100%。

10. 同意泰山石膏为辽宁泰山在中国建设银行股份有限公司绥中支行的人民币 3,000 万元的流动资金借款提供保证担保，担保期限壹年；

表决情况：同意票 315,883,509 股，反对票 0 股，弃权票 0 股，同意票占出席会议有表决权股份的 100%。

11. 同意泰山石膏为龙岩泰山在中国工商银行股份有限公司上杭支行的人民币 3,000 万元的流动资金借款提供保证担保，担保期限壹年；

表决情况：同意票 315,883,509 股，反对票 0 股，弃权票 0 股，同意票占出席会议有表决权股份的 100%。

12. 同意泰山石膏为广东泰山在中信银行股份有限公司惠州市支行的人民币 3,000 万元的流动资金借款提供保证担保，担保期限壹年。

表决情况：同意票 315,883,509 股，反对票 0 股，弃权票 0 股，同意票占出席会议有表决权股份的 100%。

（十）审议通过了《关于公司及控股子公司泰山石膏股份有限公司发行非金融企业债务融资工具的议案》

同意公司及泰山石膏自本次股东大会批准该议案之日

8

BNBMPLC-E-0011164

起至 2014 年度股东大会召开之日止的相关期间内，在相关法律法规规定的可发行债务融资工具额度范围内，根据资金需求及市场情况以一次或分次形式发行债务融资工具。债务融资工具类型包括但不限于短期融资券、中期票据等在内的本币债务融资工具，发行方式包括公开发行和非公开定向发行。同意授权董事会，并可由董事会进一步授权发行主体的法定代表人及管理层根据有关法律法规的规定组织债务融资工具的发行准备工作并办理相关手续，授权有效期自公司本次股东大会审议通过本议案之日起至公司 2014 年度股东大会召开之日止。

表决情况：同意票 311,014,868 股，反对票 3,381,197 股，弃权票 1,487,444 股，同意票占出席会议有表决权股份的 98.46%。

（十一）审议通过了《2013 年度监事会工作报告》

表决情况：同意票 314,702,310 股，反对票 1,181,199 股，弃权票 0 股，同意票占出席会议有表决权股份的 99.63%。

BNBMPLC-E-0011165

（本页为北新集团建材股份有限公司 2013 年年度股东大会决议签字页）

**出席会议董事签字：**

————————

（陈　雨）

————————

（张乃岭）

————————

（常张利）

————————

（陈学安）

————————

（秦庆华）

————————

（陈少明）

北新集团建材股份有限公司

2014 年 4 月 16 日

BNBMPLC-E-0011166