**Taishan Gypsum Co., Ltd.**
**Resolution of the 5th Session 1st Meeting of the Board of Supervisors**

The Board of Supervisors of Taishan Gypsum Co., Ltd. (hereinafter referred to as the "Company") held a meeting at the conference room of China National Building Material Company Limited on August 11, 2011, the number of supervisors who should attend the meeting is three, and the real number of supervisors attended at the meeting is three. The meeting was chaired by the supervisor Yang Quanmin, and complies with the provisions of the "Company Law" and the "Articles of Association of the Company." After serious deliberation at the meeting, Mr. Yang Quanmin was elected as the chairman of the Board of Supervisors.

It is hereby resolved.

Signatures of supervisors:
Yan Xinjian
Yang Quanmin
Wang Lifeng

                    Taishan Gypsum Co., Ltd. Board of Supervisors
                    Taishan Gypsum Co., Ltd. Board of Supervisors (seal)
                    August 11, 2011

Translation of TG-040615-0028689

MTD Exhibit #96

# 泰山石膏股份有限公司
# 第五届监事会第一次会议决议

泰山石膏股份有限公司（以下简称"公司"）监事会于 2011 年 8 月 11 日在中国建材股份有限公司会议室召开会议，应到监事 3 名，实到 3 名。会议由监事杨全民主持，符合《公司法》和《公司章程》有关规定。会议经过认真审议，选举杨全民先生担任监事会主席。

特 此 决 议

监事签字：

闫新建：

杨全民：

王力峰：



泰山石膏股份有限公司监事会

2011 年 8 月 11 日

TG-040615-0028689    16