<u>Partial Translation of BNBMPLC -E -0005724 -5725</u>

## Communications and Confirmation Letter on the Auditing Schedule of the 2008 Annual Financial Report

**Purpose of Communications:** To confirm the auditing schedule of the 2008 Annual Financial Report

**Time of Communications:**           November 27th, 2008

**Attendees:**           Auditing Committee under the Board of Directors of Beijing New Building Materials Public Limited Company

                    Beijing Xinghua Certified Public Accounts Company Limited

**Communication Method:**    Live Meeting

**Communication Result:**

…

2. Complete the auditing work of Taishan Gypsum Company Limited between February first to 13th of 2009;

3. Complete the auditing work of BNBM and its branches and subsidiaries between February 14th to 28th of 2009;

…

                                                                BNBMPLE-E-0005725

Signature:

Auditing Committee under the Board of Directors of Beijing New Building Materials Public Limited Company:

_____Jingchang Xu        _____Jiayun Zheng        _____Bing Wang

Beijing Xinghua Certified Public Accounts Company Limited

                                                                November 27th, 2008

MTD Exhibit #97

Partial Translation of BNBMPLC-E-0005724-5725

# Communications and Confirmation Letter on the Auditing Schedule of the 2008 Annual Financial Report

**Purpose of Communications:** To confirm the auditing schedule of the 2008 Annual Financial Report

**Time of Communications:** November 27th, 2008

**Attendees:** Auditing Committee under the Board of Directors of Beijing New Building Material Public Limited Company

Beijing Xinghua Certified Public Accounts Company Limited

**Communication Method:** Live Meeting

**Communication Result:**

…

2. Complete the auditing work of Taishan Gypsum Company Limited between February first to 13th of 2009;

3. Complete the auditing work of BNBM and its branches and subsidiaries between February 14th to 28th of 2009;

…

BNBMPLE-E-0005725

Signature:

Auditing Committee under the Board of Directors of Beijing New Building Material Public Limited Company:

____Jingchang Xu         _____Jiayun Zheng        _____Bing Wang

Beijing Xinghua Certified Public Accounts Company Limited

November 27th, 2008

**WANG: Exhibit 325**

About communication recognition letter of 2008 annual report audit time arrangement

Communication target: Determines the time arrangement of 2008 annual report audit

Communication time: On November 27, 2008

Participates in all parties: Beixinjituan Building materials limited liability company Board of directors court of auditor

Beijing Xinghua accounting firm limited liability company

Communication method: On-the-spot meeting

Communication result:

According to the Beixinjituan building materials limited liability company and Beijing Xinghua accounting firm limited liability company in "Audit operations Contract provision Book" that November 24, 2008 signs, Beijing Xinghua accounting firm limited liability company will be responsible to the Beixinjituan building materials limited liability company 2008 year financial report carries on to audit and write up the report of audit. Both sides recognized that the audit time arrangement is as follows:

1st, on November 30, 2008--On December 31, 2008, finish the stocktaking work;

2nd, on February 1, 2009--On February 13, 2009, finish the audit work of Taishan gypsum limited liability company;
3rd, on February 14, 2009--On February 28, 2009, finish to the northern the new audit work of building materials and organic score and subsidiary company;
4th, on February 20, 2009--On March 5, 2009, determined that the audit adjustment entry, compiles the combined statements and fiscal statement annotation;

5th, on March 6, 2009--Up to March 12, 2009, formed the official report of audit (rough draft);
6th, before March 16, 2009, finish the official audit report;
7th, on March 19, 2009, foreign bulletin.

Both sides believe that this time arrangement is reasonable , helping the accounting firm writing up qualified report of audit.

The accounting firms and auditors should require to arrange the audit work according to the time strictly, to guarantee that on time finish the audit work according to the nature and writes up the qualified report of audit. The court of auditor has the responsibility to understand when necessary the audit work progress situation, and supervises the accounting firm to submit the report of audit in the stipulated time.

Signature:

Beixinjituan Building materials limited liability company Board of directors court of auditor:

_____Xu Jingchang the Zheng transports Wang Bing

Beijing Xinghua accounting firm limited liability company:
On November 27, 2008 PAGE PAGE 1

--- Summary Information ---
1: 936 PID_TITLE: About 2007 annual report audit time arrangement communication recognition letter PID_SUBJECT:
PID_AUTHOR: Du Xin PID_KEYWORDS:
PID_TEMPLATE: Normal PID_LASTAUTHOR: bnbm PID_REVNUMBER: 2 PID_APPNAME: Microsoft Office Word PID_EDITTIME: Mon Jan 01 08:01: 00 CST 1601 PID_CREATE_DTM: Mon Mar 16 15:58: 00 CST 2009 PID_LASTSAVE_DTM: Mon Mar 16 15:58: 00 CST 2009 PID_PAGECOUNT: 1 PID_WORDCOUNT: 123 PID_CHARCOUNT: 704 PID_SECURITY: 0

--- Document Summary Information ---
PID_CODEPAGE: 936 PID_COMPANY:
PID_LINECOUNT: 5 PID_PARCOUNT: 1 17: 826 23: 730895 PID_SCALE: false
PID_LINKSDIRTY: false 19: false 22: false

# 关于 2008 年度财务报告审计时间安排的沟通确认函

**沟通目的**：确定 2008 年度财务报告审计的时间安排

**沟通时间**：2008 年 11 月 27 日

**参加各方**：北新集团建材股份有限公司董事会审计委员会

北京兴华会计师事务所有限责任公司

**沟通方式**：现场会议

**沟通结果**：

根据北新集团建材股份有限公司和北京兴华会计师事务所有限责任公司于 2008 年 11 月 24 日签订的《审计业务约定书》，北京兴华会计师事务所有限责任公司负责对北新集团建材股份有限公司 2008 年度的财务报告进行审计并出具审计报告。双方确认审计时间安排如下：

1、2008 年 11 月 30 日--2008 年 12 月 31 日，完成存货盘点工作；

2、2009 年 2 月 1 日--2009 年 2 月 13 日，完成泰山石膏股份有限公司的审计工作；

3、2009 年 2 月 14 日--2009 年 2 月 28 日，完成对北新建材及其所属分、子公司的审计工作；

4、2009 年 2 月 20 日--2009 年 3 月 5 日，确定审计调整分录，编制合并报表、会计报表附注；

5、2009 年 3 月 6 日--至 2009 年 3 月 12 日，形成正式的审计报告（草稿）；

6、2009 年 3 月 16 日前，完成正式审计报告；

7、2009 年 3 月 19 日，对外公告。

双方认为，该时间安排合理高效，有利于会计师事务所出具合格的审计报告。

BNBMPLC-E-0005724

会计师事务所及审计人员应严格按照时间要求安排审计工作，以保证按时按质完成审计工作并出具合格的审计报告。审计委员会有责任随时了解审计工作进度情况，并督促会计师事务所在约定期限内提交审计报告。

签字：

北新集团建材股份有限公司董事会审计委员会：

_____         _____         _____
   徐经长                    郑家运                    王　兵

北京兴华会计师事务所有限责任公司：

2008 年 11 月 27 日

2

BNBMPLC-E-0005725