Partial Translation of BNBMPLC-E-0005169-5170

BNBMPLC-E-0005169

Letter of Communication and Confirmation about the Audit Schedule for the 2009 Annual Financial Statements

Purpose of Communication: To confirm the audit schedule for the 2009 Annual Audit of Financial Statements

Time of Communication: November 28,

2009 Attending Parties:

Beijing New Building Material Public Limited Company, Audit Committee under the Board of Directors

Beijing Xinghua Certified Public Accountants Co., Ltd.

Way of Communication: On-site meeting

Results of Communication:

…

…

2. From February 1st, 2010 to February 12th, 2010 -- to complete internal control investigation, testing and evaluation ~~relating to~~of Taishan Gypsum Co. Ltd.; and to complete substantial testing, inspection and the first-level review of the on-site audit ~~draft~~ working paper relating to Taishan Gypsum Co. Ltd. and its branches and subsidiaries.

…

…

**MTD Exhibit #98**

**WANG: Exhibit 311-R**

**BNBMPLC-E-0005170**

Signature:

Beijing New Building Material Public Limited Company, Audit Committee under the Board of Directors


___ (Jingchang Xu) ___ (Jiayun Zheng)___(Bing Wang)


Beijing Xinghua Certified Public Accountants Co., Ltd.


November 28, 2009

<u>**Partial Translation of BNBMPLC-E-0005169-5170**</u>

<u>**BNBMPLC-E-0005169**</u>

**Letter of Communication and Confirmation about the Audit Schedule for the 2009 Annual Financial Statements**

**Purpose of Communication:** To confirm the audit schedule for the 2009 Annual Financial Statements

**Time of Communication:** November 28, 2009

**Attending Parties:**

Beijing New Building Material Public Limited Company, Audit Committee under the Board of Directors

Beijing Xinghua Certified Public Accountants Co., Ltd.

**Way of Communication:** On-site meeting

**Results of Communication**:

…

…

2. From February 1st, 2010 to February 12th, 2010 -- to complete internal control investigation, testing and evaluation relating to Taishan Gypsum Co. Ltd.; and to complete substantial testing, inspection and the first-level review of the on-site audit draft relating to Taishan Gypsum Co. Ltd. and its branches and subsidiaries.

…

…

**WANG: Exhibit 311**

BNBMPLC-E-0005170

Signature:

Beijing New Building Material Public Limited Company, Audit Committee under the Board of Directors


___ (Jingchang Xu) ___ (Jiayun Zheng) ___(Bing Wang)


Beijing Xinghua Certified Public Accountants Co., Ltd.




November 28, 2009

ï»¿About communication recognition letter of 2009 annual report audit time arrangement

Communication target: Determines the time arrangement of 2009 annual report audit

Communication time: On November 28, 2009

Participates in all parties: Beixinjituan Building materials limited liability company Board of directors court of auditor

Beijing Xinghua accounting firm limited liability company

Communication method: On-the-spot meeting

Communication result:

According to the Beixinjituan building materials limited liability company and Beijing Xinghua accounting firm limited liability company in "Audit operations Contract provision Book" that November 27, 2009 signs, Beijing Xinghua accounting firm limited liability company will be responsible to the Beixinjituan building materials limited liability company 2009 year financial report carries on to audit and write up the report of audit. Both sides recognized that the audit time arrangement is as follows:

1st, on November 30th, 2009 - December 31, 2009, finish to storing goods, the fixed asset pulls out the disk work;

2nd, on February 1, 2010--On February 12, 2010, finish the controlling from the inside investigation, measurement and test and the evaluation Taishan gypsum limited liability company, Taishan gypsum and is divided, the substantive measurement and test, the inspection of as well as first-level reexamining of site audit manuscript subsidiary company organically;

3rd, on February 20, 2010--On March 12, 2010, finish to northern new building materials and is divided, the substantive measurement and test, the inspection of as well as first-level reexamining of site audit manuscript subsidiary company organically;

4th, on March 5, 2010--On March 12, 2010, determined that the audit adjustment entry, replaces the authorized strength combined statements and fiscal statement annotation;

5th, on March 10, 2010--Up to March 15, 2009, finish to the northern new building materials audit working paper second-level reexamines, third-level reexamines, the main pipe partner to exchange views with the northern new building materials relevant personnel, formed the report of audit first draft;

6th, before March 20, 2010, after finish session, item and communication work with company court of auditor, and official writing up report of audit;

7th, on March 25, 2010, foreign bulletin.

Both sides believe that this time arrangement is reasonable , helping the accounting firm writing up qualified report of audit.

The accounting firms and auditors should require to arrange the audit work according to the time strictly, to guarantee that on time finish the audit work according to the nature and writes up the qualified report of audit. The court of auditor has the responsibility to understand when necessary the audit work progress situation, and supervises the accounting firm to submit the report of audit in the stipulated time.

Signature:

Beixinjituan Building materials limited liability company Board of directors court of auditor:

_____Xu Jingchang the Zheng transports Wang Bing

Beijing Xinghua accounting firm limited liability company:
On November 28, 2009 PAGE PAGE 1

--- Summary Information ---
1: 936 PID_TITLE: About 2007 annual report audit time arrangement communication
recognition letter PID_SUBJECT:
PID_AUTHOR: Du Xin PID_KEYWORDS:
PID_TEMPLATE: Normal.dot PID_LASTAUTHOR: bnbm PID_REVNUMBER: 2 PID_APPNAME: Microsoft
Office Word PID_EDITTIME: Mon Jan 01 08:00: 00 CST 1601 PID_CREATE_DTM: Tue Mar 09
14:41: 00 CST 2010 PID_LASTSAVE_DTM: Tue Mar 09 14:41: 00 CST 2010 PID_PAGECOUNT: 1
PID_WORDCOUNT: 143 PID_CHARCOUNT: 817 PID_SECURITY: 0


--- Document Summary Information ---
PID_CODEPAGE: 936 PID_COMPANY:
PID_LINECOUNT: 6 PID_PARCOUNT: 1 17: 959 23: 730895 PID_SCALE: false PID_LINKSDIRTY:
false 19: false 22: false

## 关于 2009 年度财务报告审计时间安排的沟通确认函

**沟通目的**：确定 2009 年度财务报告审计的时间安排

**沟通时间**：2009 年 11 月 28 日

**参加各方**：北新集团建材股份有限公司董事会审计委员会

北京兴华会计师事务所有限责任公司

**沟通方式**：现场会议

**沟通结果**：

根据北新集团建材股份有限公司和北京兴华会计师事务所有限责任公司于 2009 年 11 月 27 日签订的《审计业务约定书》，北京兴华会计师事务所有限责任公司负责对北新集团建材股份有限公司 2009 年度的财务报告进行审计并出具审计报告。双方确认审计时间安排如下：

1、2009 年 11 月 30 日—2009 年 12 月 31 日，完成对存货、固定资产抽盘工作；

2、2010 年 2 月 1 日--2010 年 2 月 12 日，完成泰山石膏股份有限公司的内控调查、测试及评价，泰山石膏本部及其所属分、子公司的实质性测试、检查工作以及现场审计底稿的一级复核；

3、2010 年 2 月 20 日--2010 年 3 月 12 日，完成对北新建材本部及其所属分、子公司的实质性测试、检查工作以及现场审计底稿的一级复核；

4、2010 年 3 月 5 日--2010 年 3 月 12 日，确定审计调整分录，代为编制合并报表、会计报表附注；

5、2010 年 3 月 10 日--至 2009 年 3 月 15 日，完成对北新建材审计工作底稿的二级复核、三级复核、主管合伙人与北新建材相关人员交换意见，形成审计报告初稿；

6、2010 年 3 月 20 日前，完成期后事项和与公司审计委员会的沟通工作，并正式出具审计报告；

7、2010 年 3 月 25 日，对外公告。

1

**WANG: Exhibit 311**

BNBMPLC-E-0005169

双方认为，该时间安排合理高效，有利于会计师事务所出具合格的审计报告。

会计师事务所及审计人员应严格按照时间要求安排审计工作，以保证按时按质完成审计工作并出具合格的审计报告。审计委员会有责任随时了解审计工作进度情况，并督促会计师事务所在约定期限内提交审计报告。

签字：

北新集团建材股份有限公司董事会审计委员会：

| _____ | _____ | _____ |
| 徐经长 | 郑家运 | 王　兵 |

北京兴华会计师事务所有限责任公司：

2009 年 11 月 28 日

2

WANG:  Exhibit 311

BNBMPLC-E-0005170