## The Second Meeting of The Fourth Session of the Board of Directors

Time: 2:00pm, Aug 5, 2008
Venue: 16/F Conference Room, China Building Materials Mansion
Chaired by: Cao Jianglin
Attendees: (1) Members of the fourth session of the board: Cao Jianglin, Wang Bing, Cui Lijun, Chang Zhangli, Xu Jingchang, Qin Qinghua
As Zheng Jiayun, Jia Tongchun and Zhang Nailing were on business trip, they entrusted Wang Bing respectively to vote on their behalf.
(2) Members of the 4th session of the board of supervisors of the company and senior executives attended the meeting

Minutes:
I. Deliberated on "2008 semi-annual report and the summary"
Mr. Zhou Zheng explained the full 2008 semi-annual report and the summary text
Chief Financial Officer Miss Yang Yanjun explain the financial position and operating indicators

Mr. Cui: cash flow this year is better

Mr. Change: "gypsum board" on page 10, whether full merger Shandong Taishan Gypsum data?
Ms. Yang: Yes, the merger of Taishan Gypsum


Xu Jingchang: Construction Investment transfer a greater impact on the company's semi-annual report, the part of the operating profit after deducting Are there different?
Ms. Yang: plasterboard profitability growth, but rising costs and other expenses for the period
Mr. Xu: China Jianyin Investment income non-recurring gains and losses, the impact on the market, investors
Ms. Yang: The share transfer matters disclosed in December 2007, and considered by the General Meeting of Shareholders
Mr. Xu: Goodwill whether the new "Accounting Standards"?
Ms. Yang: yes, by asset group provision, resellers

The motion was passed by 9 votes.


II. Deliberated on the "Motion on appointment of Beijing Xinghua Certified Public Accountants Co., Ltd. as company auditor in 2008"
Required by the SASAC, the company's actual controller of China Building Materials Group in their 2008 annual financial audit checks range reported by the SASAC unified standard, to determine the Beijing Xinghua CPA CPA firm to undertake random audits of financial 2008, the company the company intends to hire its 2008 annual audit agency
The motion was passed by 9 votes.

MTD Exhibit #99

BNBMPLC0005982

III. Deliberated on the "Motion on 2007 semi-annual financial statements retrospective survey data matters"
According to the Ministry of Finance, China Securities Regulatory Commission requirements, the company implemented the new accounting standards from January 1, 2007. 2007 annual audit institutions and are Certified Public Accountants in the preparation of the 2007 audit report, the project company for the 2006 income statement and balance sheet in early 2007 were retrospectively adjusted, to ensure consistency and comparability of accounting information company reference "2007 audit report" on the relevant projects in 2007 semi-annual financial statements have been adjusted.

   The motion was passed by 9 votes.

IV. Deliberated on the "Motion on the provision of guaranty for Suzhou Beijing New Building Materials Mineral Wool Boards Ltd. "
Bit Suzhou beixin mineral wool board to provide joint responsibility to ensure security in the Agricultural Bank of China branch in Suzhou High-Tech Industrial Development Zone of 20 million working capital loan term of one year.

   The motion was passed by 9 votes.

V. Deliberated on the "Motion on the convening of the 2008 Second Interim General Meeting "
In view of the meeting approved the proposal two and four motion, it was decided at 3:30 September 15, 2008 in the afternoon held in 2008 the second extraordinary general meeting to consider the motion.

   The motion was passed by 9 votes.

Directors speech and discussion:
   CEOs: Accounts receivable is a big problem in the building materials industry, and attention should be paid attention to control. Improve the main business profit is the core of marketing, to do "quality of sales," the work is very important.
   Board of Directors meeting of the preparatory material preparation is very important, especially, is an important aspect of corporate governance.

Directors Signature:

Cao jianglin
Xu jingchang
*UNRECOGNIZABLE *
Zhang nailin
*UNRECOGNIZABLE *
Zheng jiayuan
*UNRECOGNIZABLE *
Chang zhangli

Qin qinghua
Cui lijun

BNBMPLC0005984