**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED **DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br><br>*Germano, et al. v. Taishan Gypsum Co., Ltd.,*<br>*f/k/a Shandong Taihe Dongxin Co. Ltd., et al.,*<br>**Case No. 2:09-cv-6687 (E.D.La.)** | |

**DECLARATION OF YAN GAO**

This is a declaration being made in accordance with and pursuant to 28 U.S.C. § 1746.

YAN GAO, being duly sworn, deposes and declares:

1.      I am a Chinese national residing in San Diego, CA, United States. I became a permanent resident of the United States on May 18, 2015. Since September 2014, I have been a lawyer working full time at Herman Herman & Katz, LLC in New Orleans. I studied law at China University of Political Science & Law in Beijing from 2001 – 2004 where I earned a master's degree in international economic law.  Thereafter, I studied American Business Law at Tulane University Law School where I earned an LL.M. with distinction in 2009. I passed China's National Bar in 2002 and California State Bar in 2010. I am admitted to practice law in the People's Republic of China nationwide and in the State of California. I am a lawyer in good standing in both the People's Republic of China and the State of California.

2.      Before I came to the United States, I had worked four years (2004 – 2008) as a professional legal translator at Chinalawinfo Co. Ltd. a.k.a Peking University Center for Legal

1

┌─────────────────────┐
│  **MTD Exhibit #102**  │
└─────────────────────┘

Information, Beijing, China. My job responsibilities mainly included the translation of Chinese laws, regulations and precedents into English, or vice versa.

3.     Notwithstanding my qualifications and work experience, I am not offering any legal opinions in this declaration. Rather, I am merely presenting my research efforts concerning service of process on Beijing New Building Material (Group) Co., Ltd. (hereafter "BMBM Group").

4.     During the course of my research, I reviewed the website of BNBM Group (http://bnbmg.com.cn/en/contact.asp) on multiple occasions and uncovered a service address of No.16, West Road, Jiancaicheng, Xisanqi, Haidian District, Beijing, China.

5.     Although I do not recall every date I accessed BNBM Group's website, upon reviewing my files I was able to determine that I had acquired and downloaded a web page of "Contact Us" from the website of BNBM Group, and archived it on my computer. I attached the archived file as Exhibit "A." My computer shows that it is last modified at August 17, 2009, 2:02 PM.

6.     In addition to this, while researching a service address for BNBM Group I located a report by Beijing New Building Materials Public Limited Company ("BNBM") dated January 4, 2005, entitled, "Beijing New Building Materials Public Limited Company Report on the Shareholder's Equity Change." This report confirmed BNBM Group's website's contact information that BNBM Group is domiciled at No.16, West Road, Jiancaicheng, Xisanqi, Haidian District, Beijing, China. I am attaching a copy of the January 4, 2005 BNBM report as well as a partial translation of the report hereto as Exhibit "B."

7.     Based on my research concerning the service address of BNBM Group, the PSC

directed its efforts to serve BNBM Group at No.16, West Road, Jiancaicheng, Xisanqi, Haidian

District, Beijing, China.

8.     Also, I attached my resume as Exhibit "C."


I declare under the penalty of perjury under the laws of the United States of America that

the foregoing is true and correct.


Date: 01/08/2016

高艳 YAN GAO
For the Plaintiffs' Steering Committee
in MDL 2047

Herman Herman & Katz, LLC
820 O'Keefe Ave,
New Orleans, LA 70113
Phone: (504) 581-4892

# EXHIBIT "A"

北新建材(集团)有限公司
Beijing New Building Material (Group) Co., Ltd.

关于北新 ABOUT US | 业务概览 BUSINESS | 企业文化 CULTURE | 客服中心 SERVICES | 人才中心 PERSONNEL | 

中文 | English



**Contact Us / 联系我们**

Contact Us

Location:Home >> Contact Us

Contact Us



**Address**：NO.16，West Road Jiancaicheng Xisanqi, Haidian District, Beijing ,China

**Tel**：+8610-82982786

**Fax**：+8610-82912658

**Email**：service@bnbm.com.cn

**Zip Code**：100096

Legal Statement | Site Map | Contact Us

Beijing New Building Materials (Group) Co., Ltd. All Right Reserved

# EXHIBIT "B"

# Partial Translation of BNBM PLC Report on the Shareholder's Equity Change

## Beijing New Building Materials Public Limited Company

## Report on the Shareholder's Equity Change

| Name of the listed company | Stock abbreviation | Stock code | Place of listing |
|---|---|---|---|
| Beijing New Building Materials Public Limited Company | BNBM | 000786 | Shenzhen Stock Exchange |

| | | |
|---|---|---|
| **Obligor of information disclosure** | : | Beijing New Building Materials (Group) Co., Ltd. |
| **Domicile** | : | No.16, West Road, Jiancaicheng, Xisanqi, Haidian District, Beijing |
| **Correspondence address** | : | No.16, West Road, Jiancaicheng, Xisanqi, Haidian District, Beijing |
| **Phone** | : | (010)82915588 |
| **Nature of equity change** | : | Decrease |

**Date of issuance and signature**: January 4th, 2005

…

| | | | |
|---|---|---|---|
| ▓▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| ▓▓▓▓▓▓ | ▓▓ | 000786 | ▓▓▓ |

| | |
|---|---|
| ▓▓▓▓▓ | ▓▓▓▓▓ |
| ▓ ▓ | ▓▓▓▓▓ 16 |
| ▓▓▓ | ▓▓▓▓▓ 16 |
| ▓▓▓ | 010   82915588 |
| ▓▓▓ | ▓ |

▓▓▓▓ 2005 ▓ 1 ▓ 4 ▓

"          "

15    --

[2004]1204

...........................................................................................................1

......................................................................................................2

.............................................................................5

................................................................7

........................................................................................8

..........................................................................................9

........................................................................................10

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  | 347,000,000 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| | | |
|---|---|---|
| | | |
| | | 16 |
| | | 4.52 |
| | | 1100001424386    1-1 |
| | | 10195414-5 |
| | | |
| | | |
| | | |
| | | 110108101954145 |
| | | 100% |
| | | 16     100096 |
| | | |
| | | 010   82915588 |

1984

56                                    37.23

2





| | | 110108561005271 | | | |
|---|---|---|---|---|---|
| | | 310110196609108010 | | / | |
| | | 110101540212207 | | /    / | |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | 110108510515273 |  |  |  |
|  |  | 110108601026272 |  | / |  |
|  |  | 110108540503271 |  | /<br>/ |  |
|  |  | 110108540828271 |  | / |  |
|  |  | 110108540117281 |  |  |  |
|  |  | 110108600202234 |  |  |  |
|  |  | 110108620719543 |  |  |  |
|  |  | 110104621011303 |  |  |  |
|  |  | 110108610623224 |  |  |  |
|  |  | 320802711217201 |  |  |  |
|  |  | 370704490609061 |  |  |  |
|  |  | 132430195611040612 |  |  |  |

5%

161,493,120

37.79%                                                    5%

[2004]1204

347,000,000                            60.33%

347,000,000

60.33%

[2004]1204

347,000,000                     60.33%

347,000,000                       60.33%

1

2

3

1985    3

500

4

"

"

1

2

3

(      [2004]1204

)

1.

5045

2.

16

# EXHIBIT "C"

# Ms. Yan Gao
11449 Trailbrook Ln, San Diego, CA 92128, US; (310) 561-5439; ygao1998@gmail.com

## ADMISSIONS

Passed **California** Bar in 2010, and admitted to practice in 2011

Passed **China**'s National Judicial Exam (2002) and admitted to practice in China (since 2007)

## EDUCATION

**Tulane University Law School**, New Orleans, LA

LL.M. in Business Law, Graduate with Distinction, May 2009

Activities: Member of Business Law Society and Asian-Pacific-American Law Students Association

**China University of Political Science and Law**

Juris Master (J.M.) (J.D. equivalent in China), Beijing, China, September 2001 - June 2004

Specialty: international economic law

Jishou University Foreign Language Department, Hunan, China

Bachelor of Arts, June 2001

Honors: "Outstanding Student" of Hunan Province in 1997, scholarships during 1999-2000

## WORK EXPERIENCE

**Herman Herman & Katz, LLC**, New Orleans, LA

Lawyer, Sept 29, 2014 – present

Chinese Drywall MDL (Multidistrict Litigation), Complex international business litigation

Legal research, factual research, document review, deposition & trial preparations for the Plaintiffs' Steering Committee in the current Chinese Drywall Multidistrict Litigation

**Baron & Budd, P.C.**, Dallas, TX

Lawyer, Oct 2012 – Sept 2014

Chinese Drywall MDL (Multidistrict Litigation), Complex international business litigation

**Herman Herman & Katz, LLC**, New Orleans, LA

Lawyer, August 2009 – Sept 2012

Chinese Drywall MDL (Multidistrict Litigation), Complex international business litigation

**Chinalawinfo Co. Ltd.** / Peking University Center for Legal Information Beijing, China (2004 – 2008)

Manager, August 2007- July 2008, International Cooperation Department

Professional legal translator, July 2004 - July 2007, translating China's laws, regulations and cases in fields of international law, business law, commercial law

Award: "Best Employee Award" in 2007

The **Supreme People's Court** of P.R.China, Beijing, China

Clerkship, July 2002 - August 2003, complex business appeal cases

Intern, **Beijing Deheng Law Office**, Beijing, China August - November 2003

## LANGUAGES

English (solid written and verbal fluency)

Mandarin (native)