


About CNBM  |  News Center  |  Business Platform  |  CNBM worldwide  |  Social Responsibility  |  Contact us



Home > Contact Us

**China National Building Material Group Corporation**

Address： 19th（22nd, 23rd) Floor, 2nd Building, Guohai Plaza，No. 17 Fuxing Road, Haidian District, Beijing,P.R.C.

Post Code： 100036

Tel： 86－10－68138199

For international business： international exchange,trading: 86－10－68138163, 68138165 oversea projects,companies,Investment Enquiry:86－10－68138168, 68138169

For international business： international exchange,trading: 86－10－68138163, 68138165 oversea projects,companies,Investment Enquiry:86－10－68138168, 68138169

Fax： 86-10-68138171

Group Email： cnbmadmin@cnbm.com.cn

**Contact us**

Headquarter
U.A.E
IRAN
USA
RUSSIA
INDIA

**All CNBM Group Websites**

— Subsidiaries —


Copyright©2003China National Building Material Group Corporation

MTD Exhibit #103