

**Alibaba.com** Welcome to Alibaba.com , Join Free | Sign In | My Alibaba | On Site ▼ | Please input a keyword 🔍 or Post Buying Request

Unverified Supplier | China National Build... ▼ ★ Add Company to My Favorites

# China National Building Materials

Unverified Member Alibaba.com

| Home | Product Categories ▼ | **Company Profile** ▼ | Contacts |

Home > Company Profile

### Company Overview
Company Introduction

### Company Capability
Trade Capacity
Production Capacity
R&D Capacity

### Business Performance
Buyer Interactions

## China National Building Materials

✉ **Contact Supplier**          ◯ Leave Messages



Communicate with Supplier ◀
What can I do for you?
✉ Contact Supplier
 Li Guanghui

| | |
|---|---|
| Business Type: | Manufacturer |
| Main Products: | Building Materials |
| Location: | Beijing, China (Mainland) |
| Year Established: | 1985 |
| Number Of Employees: | 101 - 200 People |
| Total Annual Sales Volume: | Above US$100 Million |
| Main Markets: | North America, South America, Eastern Europe, Southeast Asia, Africa |

China National Building Materials Group Corporation (CNBM) is the largest group corporation in Chinese Building Materials Industry. Over 200 plants in China belong to it. . It is state-owned group company which is owned by China central government. We, China National Building Material and Equipment Import and export Corporation (CNBM International) was set up in 1985. As the sole foreign trading affairs platform and filiale of China National Building Materials Group Corporation (CNBM) , CNBM International has the competitive advantages in importing and exporting of cement, glass, ceramic, fiberglass products, compounds materials, engineering, and new building materials. It also has advantages in business scale, resource, and technology supports. These productions and technology for export are mainly from CNBM Group.

In the past twenty years, CNBM International has established wide relationships with customers from more than 100 countries around the world. Products are exported to five continents. In the field of Cement, CNBM owns six large cement plants across China Mainland, and the total production capacity of cement reaches 30 million tons annually, and we are one of main exporters of cement in China. We wish to set up business relationships with you in future.

Less ▲

### Company Capability

| | | | |
|---|---|---|---|
| **Trade Capacity** | North America : 11.11% | South America : 11.11% | View More ▶ |
| **Production Capacity** | Factory Size : Above 100,000 square meters | | View More ▶ |
| **R&D Capacity** | No. of R&D Staff : Above 50 People | | View More ▶ |

Minisite Survey

🔔 Report Suspicious Content on this Page

**Email to this supplier**

To: Li Guanghui

*Message:

MTD Exhibit #109

CAO - 270-1          ALRMH-CNBM00010001

http://lgh0721.fm.alibaba.com/company_profile.html#top-nav-bar          1/2

Enter your inquiry details such as product name, color, size, MOQ, FOB, etc.

Your message must be between 20-8000 characters

**Send**

Browse by:Manufacturers - Wholesalers - China Gold Suppliers - All Products - Countries - Importers - Buying Leads - China - India - UK - Australia

Language Option:Español - Português - Deutsch - Français - Italiano - Русский - 한국어 - 日本語 - اللغة العربية

Alibaba Group: Alibaba China - Alibaba International - AliExpress | Taobao Marketplace | Tmall.com | eTao | Juhuasuan | Alibaba Cloud Computing | Alipay

Product Listing Policy - Intellectual Property Policy and Infringement Claims - Privacy Policy - Terms of Use

Copyright Notice © 1999-2014 Alibaba.com Hong Kong Limited and licensors. All rights reserved.