**Translation of TG-0071054-55**

**TG-0071054**

## Message

| | |
|---|---|
| From: | 8812017538 [8812017538@163.com] |
| Sent: | November 2, 2010 03:25:19 |
| To: | tsfy71 [tsfy71@163.com] |
| Subject: | Re: Re: Fw: Sample pattern |
| Attachments: | Plan Two.jpg |

Manager Xu,

    Hello!

    Please make the pattern as shown in the attachment. It is required that the background and font remain unchanged, while the content is changed to: China National Building Material Group Taishan Gypsum Company Limited. In addition, the pillars on both sides should be painted with aluminum powder. The due date is 6th of this month.

Due to the urgency of time, please get the pattern sample done today before 12:00.

Thank you

--

*Yours faithfully*
*Frank*
*TAISHAN GYPSUM CO., LTD.*
*(TAIHE DONGXIN)*
*8812017538@163.com*

*TEL:0086-538-8812017*

**MTD Exhibit #111**

At 2010-11-02 08:57:48, tsfy71 <tsfy71@163.com> wrote:

**PENG: Exhibit 809**

At 2010-11-02 08:19:24, 8812017538 <8812017538@163.com> wrote:

------- Forwarding messages------

From: wj6281996 <wj6281996@163.com>

Date: November 1, 2010 15:04:59

To:8812017538@163.com

Subject: Pattern sample

**TG-0071055**

*Yours faithfully*
*Frank*
*TAISHAN GYPSUM CO., LTD.*
*(TAIHE DONGXIN)*
*8812017538@163.com*

*TEL:0086-538-8812017*

Manager Xu,

 Hello!
 According to the appendix manufacture pattern, the request background and typeface be please invariable,

The writing content changes to: Chinese building materials group Taishan gypsum joint-stock company

Nearby other two columns must brush aluminum dusting powder, before the time on the 6th of the month.

Because the time is urgent, please pattern before today 12:00:00.

Thanks

--
Yours faithfully Frank TAISHAN GYPSUM CO., LTD.

(TAIHE DONGXIN) 8812017538@163.com < mailto:8812017538@163.com >

TEL:0086-538-8812017 At 2010-11-02 08:57: 48, tsfy71 < tsfy71@163.com > wrote:

At 2010-11-02 08:19: 24,8812017538 < 8812017538@163.com < mailto:8812017538@163.com >> wrote:



-------- Forwarding messages --------
From: wj6281996 < wj6281996@163.com < mailto:wj6281996@163.com >> Date: 2010-11-01 15:04: 59 To: 8812017538@163.com < mailto:8812017538@163.com > Subject: Pattern
--
Yours faithfully Frank TAISHAN GYPSUM CO., LTD.

(TAIHE DONGXIN) 8812017538@163.com < mailto:8812017538@163.com >

TEL:0086-538-8812017

Received: from 8812017538 ([123.135.110.90]) by ajax-webmail-wmsvr67 (Coremail); Tue, 2 Nov 2010 11:25: 19 +0800 (CST) Date: Tue, 2 Nov 2010 11:25: 19 +0800 (CST) From: 8812017538 < 8812017538@163.com > To: tsfy71 < tsfy71@163.com > Message-ID: < e10e45.2c33.12c0a9e0dbe.Coremail.8812017538@163.com > In-Reply-To: < 4d9e06b3.153d.12c0a170072.Coremail.tsfy71@163.com > References: < 4d9e06b3.153d.12c0a170072.Coremail.tsfy71@163.com > < 99832a.f970.12c09f3d909.Coremail.8812017538@163.com > Subject: =? gbk? Q? Re:Re:Fw:=CD=BC=D1=F9=CA=BD? = MIME-Version: 1.0 Content-Type: multipart/mixed;
      boundary="----=_Part_29435_12059161.1288668319165" X-Originating-IP: [123.135.110.90] X-Priority: 3 X-Mailer: Coremail Webmail Server Version SP_ntes V3.5 build 101029(12229.3533.3507) Copyright (c) 2002-2010 www.mailtech.cn 163com X-CM-CTRLDATA: Jpo8X2Zvb3Rlcl9odG09Mjg0Nzo4MQ==

Message
---

| | |
|---|---|
| **From**: | 8812017538 [8812017538@163.com] |
| **Sent**: | 02/11/2010 03:25:19 |
| **To**: | tsfy71 [tsfy71@163.com] |
| **Subject**: | Re:Re:Fw:图样式 |
| **Attachments**: | 方案二.jpg |

徐经理,

您好!

请按照附件制作图样,要求背景、字体不变,
文字内容改为:中国建材集团泰山石膏股份公司
另外两边立柱需刷银粉,工期本月6号之前。

因时间紧急,请于今天12:00点前出图样。

谢谢

--

*Yours faithfully*

*Frank*

*TAISHAN GYPSUM CO., LTD.*

*(TAIHE DONGXIN)*

*8812017538@163.com*

*TEL:0086-538-8812017*

At 2010-11-02 08:57:48,  tsfy71 <tsfy71@163.com> wrote:

At 2010-11-02 08:19:24,  8812017538 <8812017538@163.com> wrote:

-------- Forwarding messages --------
From: wj6281996 <wj6281996@163.com>
Date: 2010-11-01 15:04:59
To: 8812017538@163.com
Subject: 图样式

TG-0071054

--

Yours faithfully

Frank

TAISHAN GYPSUM CO., LTD.

(TAIHE DONGXIN)

8812017538@163.com

TEL:0086-538-8812017

TG-0071055

中国建材泰山石膏股份有限公司

**PENG: Exhibit 809-1**

TG-0071056