

| About CNBM | News Center | Business Platform | CNBM worldwide | Social Responsibility | Contact us |



Home > News Center

### Congratulations on Okorder.com official launch

Source: CLFG  02-18-2011 0:00:00

Feb 10th, 2011, Okorder.com launched its official website successfully. OKORDER is a global direct selling platform for building materials. With the mission of 'making every order easy', OKORDER commits itself to offer a brand-new selling channel for Chinese domestic manufacturers through diverse cooperation forms, and create convenient, rapid, low-cost purchasing platform for overseas customers.

**News Center**

**All CNBM Group Websites**

— Subsidiaries —





OKORDER is developed and operated by CNBM International Corporation (CNBM International), which is the most important trading platform of CNBM Group. With years of development and accumulation, CNBM International enjoys stable suppliers, abundant customer resources, professional marketing network and modern logistics system. By transforming its traditional trading pattern to an E-commerce platform, Okorder.com will devote itself to enhance the shopping experience of and brings more benefits to its world-wide clients.

Copyright©2003China National Building Material Group Corporation

CG: 6/16/15 -6/18/15
Exhibit 81

MTD Exhibit #117

ALRMH-CNBM0008810

<mark>建材行业首个现货交易电子平台易单网上线-中国建筑材料集团有限公司</mark>



ALRMH-CNBM0008811

建材行业首个现货交易电子平台易单网上线-中国建筑材料集团有限公司     6/13/15, 2:15 PM

能化的物流体系，是全建材行业立足当前和谋划长远相结合的重要举措。以易单网为代表的电子商务网站作为一种高效的业务往来和交易手段，是建材物流体系建设中的重要内容，将有效克服时空障碍，提高企业效益和综合竞争力，使中国建材产品快速进入国际市场。

目前，中建材进出口公司已经在包括阿联酋、美国、俄罗斯等十几个国家设立了公司，这为易单网全球物流配送体系的建立打下坚实的基础。易单网将通过e物流对该体系进行管理，实现企业全球物流贸易和信息化管理的目标。易单网将在优质、快捷、高效的前提下，为客户提供专业化和个性化的增值服务，开创全球建材现货网上交易新典范。

常见问题解答　|　投诉与咨询　|　网站地图　|　用户调查　|　联系我们　|　版权声明　|　信息定制

京ICP备09067230号 版权所有：中国建筑材料集团有限公司 中国建筑材料集团有限公司主办
博华无限科技发展(北京)有限公司 BHCMS 技术支持 站长统计

ALRMH-CNBM0008812