## Award for Significant Business Contributors from Taishan Gypsum

## and BNBM Homes

Total operating revenue of BNBMPLC in 2011 was increased by 36.62%, where net profit belonging to parent company was increased by 25.43%. Our controlled subsidiaries Taishan Gypsum and BNBM Homes have performed noticeably well to realize such achievement, making great contributions to the achievement of our development strategy and objectives.

Under the leadership of Jia Tongchun, Taishan Gypsum achieved totally RMB 3,878,597,100 of operating revenue and RMB 545,325,700 of net profit. It has made outstanding performance in production, equity management, technological innovation and project construction. With the real estate market regressed, it sold 700,000,000 m2 of gypsum boards all the year, increasing by more than 30%. By fully implementing "Three Fives" management mode and cost saving plan, Taishan Gypsum strengthened procurement process management, regulated production cost management and overcame the negative factor of rising in raw material price, such that the company's cost in raw materials and energy resources was lowered and the company gained the precious profit. As for project construction, Taishan Gypsum stably promoted construction of 6 plasterboard production lines in Guangdong, Yinchuan, Guizhou, Weinan, Nantong and Sichuan and commenced 2nd period plasterboard projects in Yunnan, Lucheng and Henan, while developing new projects in Wuxue of Hubei, Liaocheng of Shandong, Chaohu of Anhui and Suizhong of Liaoning. By dosing so, the company founded a good foundation for further seizing resource superiority, increasing market share and improving core competitiveness.

BNBM Homes led by Hu Zijian realized totally RMB 317,141,100 of operating revenue, with RMB 30,635,700 of net profit. After successfully signing a Zambia housing construction project in March of the year, BNBM Homes smoothly promoted the project with business indicators well achieved and risks controlled effectively even though the task was heavy under pressed time and lack of experience. When assuring successful implementation of the Zambia project, BNBM Homes also did a good job in domestic projects and made progress in developing new village projects and domestic travel, which laid the foundation of the company's development in 2012 and in the future.

In consideration of the special contributions of the two leaders, we hereby award Jian Tongchun a compensation of RMB 500,000 and Hu Zijian RMB 200,000.

Seal of Beijing New Building Materials Public Limited Company Admin & HR Department

Jan 20, 2012

MTD Exhibit #122

B: 7/8/15-7/11/15
Exhibit 143

BNBMPLC0007291

## 对泰山石膏、北新房屋重大业务贡献者的奖励

2011年，北新建材整体营业收入增长36.62%，归属于母公司的净利润增长25.43%，其中两个控股子公司泰山石膏、北新房屋表现突出，为实现北新建材的发展战略和工作目标做出了重要的贡献。

泰山石膏在贾同春同志的带领下，实现营业收入共计387,859.71万元，实现净利润54,532.57万元。当年在生产经营、股权管理、技术创新、项目建设都有出色成绩，在房地产一再打压、市场不景气的情况下，全年石膏板产销7亿平米，增长率超过30%，全面推行"三五管理模式"，同时实施成本节约计划，加强采购流程管理，严格生产成本管理，克服原料价格普遍上涨的不利因素，使单位石膏板的原料、能源消耗均有所降低，为公司赢得了宝贵的利润；在项目建设方面，稳步推进广东、银川、贵州、渭南、南通、四川6条纸面石膏板生产线的建设，开始在云南、潞城、河南建设二期纸面石膏板项目，并确定了湖北武穴、山东聊城、安徽巢湖、辽宁绥中等新建项目，为进一步抢占资源优势、提高市场占有率、增强核心竞争力奠定了良好的基础。

北新房屋在胡仔健同志的带领下，实现营业收入共计31,714.11万元，实现净利润3063.57万元。当年3月成功签署赞比亚房建项目，在面临时间紧、任务重、经验缺、压力大的情况下，通过精心组织和领导顺利推进项目，顺利完成各项经营指标，并有效控制了风险。在保障赞比亚项目顺利实施的同时，将现有的国内项目也做精做细，在开发新农村项目、国内旅游项目方面也取得一定成绩，为2012年及以后公司的长远发展奠定了基础。

鉴于两位主要负责人的特殊贡献，奖励贾同春同志50万元，胡仔健同志20万元。

2012年1月20日
行政人事部

BNBMPLC0007290