~~Partial~~ Translation of CNBMGRP00009807-9838

## Problems Discovered in the Audit – Company Limited[1]

…

CNBMGRP00009832-9833

~~…~~**(I) Investment management**

**1. Taishan Gypsum Co. Ltd., level 4 subsidiary of CNBM Group, bought asset and set up company without approval**

(1) On May 14, 2009, in order to occupy the market, Taishan Gypsum Co. Ltd. (hereinafter referred to as "Taishan") together with Yulin Building Materials Co., Ltd. in Yinchuan Economic and Technological Development Zone (hereinafter referred to as the " Yulin Building Materials") invested RMB3.3 million and RMB2.7 million respectively to set up Taishan (Yinchuan) Co., Ltd. On May 18, 2009, Taishan bought part of the remaining assets (including production line and plant) and the brand "Shi Lin" from Yulin Building Materials for RMB14.5 million. In August 2009, Yulin Building Materials transferred its share in Taishan (Yinchuan) Co., Ltd at the original price of RMB2.7 million to Taishan.

Taishan has not obtained approval from CNBMPLC with respect to the foregoing asset and equity acquisition.

(2) In August 2009, Taishan and Shandong Taihe Building Materials Co., Ltd. (hereinafter referred to as the "Shandong Taihe") invested RMB3.3 million and RMB2.7 million respectively to set up Shandong Taihe Light Power Co., Ltd. (holding 55% and 45% shares respectively), which is  mainly involved in production of solar energy high borosilicate glass tube and evacuated collector tubes.

After establishment, the company started to produce glass tube production line without preparing a project budget. The project has two phases, first phase construction began in August 2009, which was completed and put into operation in June 2010, the second phase construction began in August 2010, due to market reasons, the construction stopped in December 2010. A total construction fund of RMB15.32 million was invested for the first and second phases.

In November 2011, Taishan bought the 45% shares of Shandong Taihe Light Power Co., Ltd. from Shandong Taihe at an evaluated price of RMB2.57 million. Shandong Taihe Light Power Co., Ltd. lose RMB608,700 and RMB919,600 in 2010 and 2011 respectively.

**2. Taishan Gypsum Co., Ltd., level 4 subsidiary of CNBMPLC, (hereinafter referred to as "Taishan") contributed and acquired equities without CNBMPLC's approval.**

① From 2009 to 2011, Taishan had set up 11 subsidiaries, only five of which were approved by CNBMPLC, and some time of final approval of the shareholders' general meeting are behind the time of establishment of the subsidiaries, which is shown in the table below:

| Name | Established | Shareholder Meeting Approval | CNBMPLC Approval | Amount of Investment | Shareholder Percentage |
|---|---|---|---|---|---|
| Taishan Gypsum (Jiangxi) Co., Ltd. | March, 2009 | May, 2009 | N/A | RMB10.5 million | 70% |
| Shandong Taihe Building Materials Co., Ltd. | October, 2009 | July, 2009 | N/A | RMB3.3 million | 55% |
| Taishan Gypsum (Chaohu) Co., Ltd. | December, 2010 | February, 2011 | May, 2011 | RMB30 million | 100% |
| Taishan Gypsum (Liaocheng) Co., Ltd. | June, 2011 | August, 2011 | N/A | RMB30 million | 100% |
| Taishan Gypsum (Nantong) Co., Ltd. | November, 2009 | November, 2009 | January, 2010 | RMB35 million | 70% |
| Taishan Gypsum (Guangdong) Co., Ltd. | April, 2009 | N/A | N/A | RMB30 million | 100% |
| Guizhou Taifu Gypsum Co., Ltd. | September, 2009 | July, 2009 | December, 2009 | RMB30 million | 60% |
| Taishan Gypsum (Yinchuan) Co., Ltd. | May, 2009 | N/A | N/A | RMB6 million | 100% |
| Taishan Gypsum (Sichuan) Co., Ltd. | March, 2010 | June, 2010 | N/A | RMB30 million | 100% |
| Taishan Gypsum (Liaoning) Co., Ltd. | November, 2010 | February, 2011 | May, 2011 | RMB30 million | 100% |
| Taishan Gypsum (Hubei) Co., Ltd. | November, 2010 | February, 2011 | May, 2011 | RMB30 million | 100% |

Among which: 2 companies in Guangdong and Yinchuan were established without the approval of the shareholders' meeting; 6 companies in Jiangxi, Chaohu, Liaocheng, Sichuan, Liaoning, Hubei were established before the approval of shareholders' meeting; 6 companies including companies in Jiangxi, Liaocheng, Guangdong, Yinchuan, Sichuan and Shandong Taihe Light Power Co., Ltd were set up without the approval of CNBMPLC.

J ② **Equity acquisition procedure of Taishan lack of standardization.**

Shandong Taihe is jointly invested by 20 Taishan's employees including Liu Qing and Xue Baoli, which was established on January 10, 2005, with a registered capital of RMB29.56875 million, the scope of business of which is same as Taishan. It almost had no sales revenue during the auditing period. Its net income of RMB196.7541 million between 2010 and 2011 were all from investment.

Since 2006, the Shandong Taihe and Taishan jointly established the Taishan (Jiangxi) Co., Ltd., Taishan (Wenzhou) Co., Ltd., Taishan (Tongling) Co., Ltd., Taishan (Baotou) Co., Ltd., Shaanxi Taishan Gypsum Building Materials Co., Ltd., Weifang Aotai co., Ltd., a total of 8 companies in form of investment and the equity transfer. Since 2008, to achieve absolute holding, Taishan planned to acquire the shares of the above 8 companies held by Shandong Taihe and make the above 8 companies its wholly owned subsidiaries. Through mutual consultation, Shandong Taihe first

transferred all the equities of the 8 companies at an amount of RMB37.45 million to Zhao Xiuyun, Liu Qing, Zhang Chen, Zhang Dong, the workers' representatives of Shandong Taihe, respectively, then Taishan bought the equities from Zhao Xiuyun, Liu Qing, Zhang Chen, Zhang Dong at evaluated prices. The company equity transfer of each company are as follows (unit: RMB10,000) :

| Name | Established | Transfer | | | Buy-back | |
|---|---|---|---|---|---|---|
| | | Time | Amount | Transferee | Time | Amount |
| Taishan Gypsum (Jiangxi) Co., Ltd. | March, 2009 | November, 2009 | 450.00 | Zhao Xiuyun | October, 2011 | 995.00 |
| Taishan Gypsum (Wenzhou) Co., Ltd. | March, 2006 | November, 2009 | 270.00 | Zhao Xiuyun | October, 2011 | 585.00 |
| Taishan Gypsum (Tongling) Co., Ltd. | April, 2008 | November, 2009 | 350.00 | Liu Qing | October, 2011 | 1,313.00 |
| Taishan Gypsum (Baotou) Co., Ltd. | March, 2008 | November, 2009 | 175.00 | Liu Qing | October, 2011 | 635.00 |
| Shanxi Taishan Gypsum Building Materials Co., Ltd. | November, 2006 | December, 2008 | 1,300.00 | Zhang Chen | July, 2009 | 4,289.00 |
| Weifang Aotai Gypsum Co., Ltd. | August, 2004 | December, 2008 | 250.00 | Zhang Chen | July, 2009 | 1,296.00 |
| Taian Jindun Building Materials Co., Ltd. | August, 2003 | December, 2008 | 300.00 | Zhang Dong | July, 2009 | 1,360.00 |
| Yunnan Taishan Gypsum Building Materials Co., Ltd. | January, 2006 | December, 2008 | 650.00 | Zhang Dong | July, 2009 | 3,930.00 |
| Sum | | | 3,7450.00 | | | 14,403.00 |

According to the "Taishan Gypsum Co., Ltd. 2008 Annual Shareholder Meeting Resolution" dated May 18, 2009, the company audited and passed "Bill Regarding the Acquisition the Shares of Four Companies Including Yunnan Taishan Building Materials Co., Ltd.", which required that " the acquisition should come into effect after being submitted to and obtaining the approval of CNBM president working meeting". But Taishan paid equity transfer price to Taian Jindun, Weifang Aotai, Yunnan Taishan, Shaanxi Taishan a total of RMB108.75 million without such approval.

**J 3. Some of the projects start without examination and approval**

**(1) Zhenjiang BNBM Co., Ltd, subordinate company of BNBMPLC.** Preliminary design of production line project was not examined and approved; project started before approval, procedure inversion.

The project feasibility study report of Zhenjiang BNBM Co., Ltd 2x30 million square meters

gypsum plaster board was approved by CNBMPLC in December 2009. The first phase of the project started on April 8, 2010, which was completed on December 28, 2010 and was formally put into production in August 2011. While the commencement date approved by CNBMPLC was February 27, 2012, which is behind the actual commencement date of the project, and the project preliminary design had not been approved.

**(2) Taishan (Sichuan) Co., Ltd** Gypsum plaster board project with annual output of 50 million square meters started on June 25, 2010 and was completed on November 23, 2011. But the approval date for the project feasibility study report by the BNBMPLC was March 30, 2011 and approved commencement date of construction start was February 27, 2012.

**(3) The newly built first line gypsum production line with annual output of 30 million square meters by Taicang BNBM Co., Ltd started before decision and approval procedures.**

In January 2006, Beijing Zhongjianxie Engineering Consulting Co., Ltd issued project feasibility study report, which estimated the total investment as RMB163.01 million, investment designed sales income as RMB180 million, net profit as RMB15.18 million and recovery period of investment as 6.85 years. According to CNBMPLC Ke Fa [2007] No. 145 dated May 30, 2007, feasibility study report was reviewed and passed and the estimated the total investment was RMB160.06 million. According to the preliminary design documents of first line project issued by BNBMPLC Technology Center in April 2008, the total investment of the project was RMB160.06 million. According to CNBMPLC Ke Fa [2008] No. 362 dated October 24, 2008, the preliminary design of gypsum board production line project was approved; according to CNBMPLC Ke Fa [2009] No. 94 dated October 24, 2008, CNBMPLC agreed to start the construction of the project, the examined and approved static investment was RMB110.9558 million, including construction project investment of RMB28.7201 million, equipment investment of RMB63.7699 million, installation project investment of RMB4.7998 million, other costs of RMB7.32 million and basic reserve funds of RMB6.346 million. The commencement date of construction noted on record for the completion acceptance issued by Taicang City Planning and Construction Bureau is September 1, 2007 and the date of completion acceptance is August 27, 2009.

Project preliminary design was approved on October 24, 2008; project construction commencement was approved on March 9, 2009; actual date of project construction commencement was September, 2007; the project was formally put into production in November, 2008. While the commencement date of construction noted on record of the completion acceptance is September 1, 2007, which is earlier than the date of project construction commencement was approved - March 9, 2009; and earlier than the date the project construction commencement was approved - October 24, 2008. Completion date of construction noted on record of the completion acceptance is August 27, 2009, but the project had already been formally put into production in November 2008.

Similar procedure inversion problem exist in Taicang second line project: the project feasibility study report of BNBM Dacang second line gypsum plaster board project with annual output of 30 million square meters was approved on August 20, 2009, but the engineering design contract was signed on April 20, 2009 and the project preliminary design documents of second line project was

issued in June 2009, both of which are earlier than the date when the feasibility study report was approved. We suggest to strengthen investment management and strictly execute procedures in accordance with the investment approval process to avoid procedure inversion problem.

**(4) Newly built gypsum production line project with annual output of 30 million square meters by Ningbo BNBM Co., Ltd. started before decision and approval procedures.**

The feasibility study report of Ningbo BNBM fire power desulphurization comprehensive utilization gypsum plaster board production line project with annual output of 30 million square meters was issued in March 2006. The total investment of the project is RMB125.39 million, annual sales income is RMB183.33 million, profit after tax is RMB25.48 million and recovery period of investment is 5.12 years. According to CNBMPLC Ke Fa [2006] No. 305 dated December 20, 2006, the feasibility study report was approved. According to the preliminary design documents issued by China New Building Materials Industry Hangzhou Design and Research Institute, the designed total investment is RMB127.2427 million, annual income is RMB195.6 million, annual profit is RMB41.35 million and recovery period of investment is 5.20 years. According to CNBMPLC Shen Zi [2007] No. 1 dated January 5, 2007 - reply regarding preliminary design budgetary estimate of Ningbo BNBM gypsum board production line project with annual output of 30 million square meters, the approved the estimate total investment is RMB127.24 million; static investment is RMB119.72 million; construction project investment is RMB30.38 million; equipment purchase and installation investment is RMB68.68 million and other costs is RMB14.96 million. According to CNBMPLC Ke Fa [2008] No. 365 dated October 6, 2008, the project construction was approved and the period of construction is 15 months. The commencement date of the project on the completion acceptance report of the project is May 8, 2007 and completion date is January 25, 2008, both of which are earlier than the dated when the project was approved to start construction and the project had already been completed before such date.

**(5) Production line of Taishan Gypsum (Shaanxi) Co., Ltd. subordinate company of Taishan Gypsum Co., Ltd. started before decision and approval procedures.**

The feasibility study report of Taishan Gypsum (Shaanxi) Co., Ltd. cover paper project with annual output of 98,000 tons was approved by CNBMPLC on March 30, 2011. As of the date of audit, the project has not obtained the approval of budget estimate and construction approval. However, the project actually started on May 10, 2010 and it was completed on November 15, 2011.

**4. Some of the projects were not constructed according to the requirements of relevant departments, such construction projects are not in compliance and there are certain risks.**

**(1) Zhenjiang BNBM Co., Ltd**

Investment of 2x30 million square meters gypsum plaster board project and light steel keel project with annual output of 5000 tons.

In 2009, Zhenjiang BNBM Co., Ltd submitted to Zhenjiang Jurong City NDRC reagrding the 2x30 million square meters gypsum plaster board project and light steel keel project with annual output of 5000 tons and the projects were approved and filed, the total investment of which is RMB460 million, including fixed assets investment of RMB420.9 million, the source of funds of which includes company self-raised funds of RMB133.3 million and bank loans of RMB326.7 million. Set forth in the approval: if any change of total investment and construction scale exceed 20%, it should be submitted to NDRC and other relevant departments for approval; if the basis of the notice of filing is changed, the notice of filing will be void automatically and might be revoked in accordance with the law.

The project started on April 8, 2010 and was completed on December 28, 2010. The actual construction scale was a 30 million square meters gypsum plaster board production line. The estimated total investment was RMB205.7 million but the actual investment was RMB101.8539 million, which is less than 50% of the total investment filed with NDRC. The change of total investment substantially exceeded 20% but it had not been approved by local government and NDRC. There exists risk of government penalty.

**(2) Taishan (Sichuan) Co., Ltd, subsidiary of Taishan Gypsum Co., Ltd.** Scale of newly built production line is different from the scale approved by local government, so there exist certain detection risks.

In 2010, Taishan signed investment agreement with government of Shifang city. Taishan would invest RMB510 million in Shifang city to construct 2X50 million square meters gypsum plaster board production lines. The project was approved by and filed with local NDRC and relevant construction department in Shifang city. Taishan Gypsum (Sichuan) Co., Ltd., subsidiary of Taishan, (hereinafter referred to as "Taishan Sichuan") was responsible for the project. As preferential policy of investment promotion, after Taishan Sichuan pays the land premium in full (land area 200 mu, land-transferring fees RMB22.325 million), local government will award the company RMB40,000/mu and award RMB30,000/mu for apportion of public facilities. The total amount of the award is RMB12.75 million.

But the actual construction scale of Taishan Sichuan was only one 30 million square meters gypsum plaster board production line. The change of project design was not agreed by local government, NDRC, construction bureau and relevant administrations, so there exist certain detection risk.

**(II) Fund management and risk control**

**J 5. Some Taishan companies collect large amount of cash and make payment by deduction**

Taishan (Jiangyin) Co., Ltd. collected large amount of cash, which was discovered by spot check on accounting vouchers in March 2009 and September 2010, the company collected payment for goods of total RMB2.3855 million on behalf of Changshu company. Meanwhile, the company made payment by deduction, for example, on November 30, 2009 it collected cash payment for goods of RMB1.0345 million and made cash payment of RMB1.0233 million; on April 30, 2010 it collected cash payment for goods of RMB1.9088 million and made cash payment of RMB1.9393 million; on July 22, it

collected cash payment for goods of RMB49700 and made cash payment for canteen subsidies and hospitality, etc. for RMB39800.

Above problems were discovered in Fuxin Taishan Gypsum Building Materials Co., Ltd., Taishan (Shaanxi) Co., Ltd., etc.

**(III) Accounting Information and Financial Accounting**

**J 6. Part of salary expenditure of BNBMPLC had not passed worker salary accounting, the total amount of which is RMB9.6321 million.**

Part of salary expenditure between year 2009 and 2011 of BNBMPLC had not passed worker salary accounting, the total amount of which is RMB9.6321 million, detail list as follows:

| Name | 2009 | 2010 | 2011 | Sum |
|---|---|---|---|---|
| Fuxin Taishan Gypsum Building Materials Co., Ltd | | | 440,200 | 440,200 |
| Taishan (Shanxi) Co., Ltd | | 545,000 | 352,900 | 897,900 |
| Taishan (Sichuan) Co., Ltd | | | 322,800 | 322,800 |
| Taishan Gypsum Co. Ltd | | 879,300 | 552,900 | 1,432,200 |
| Taishan (Jiangyin) Co., Ltd | 1,381,200 | 316,700 | 624,100 | 2,322,000 |
| Ningbo BNBM Co., Ltd | 206,500 | 200,100 | 121,900 | 528,500 |
| Zhenjiang BNBM Co., Ltd | | 420,300 | 603,700 | 1,024,000 |
| Beijing New Building Materials Public Limited Company | | | 2,664,500 | 2,664,500 |
| Sum | 1,587,700 | 2,361,400 | 5,683,000 | 9,632,100 |

**(IV) Other Aspects**

**J7, The Issue That the Management Personnel Hold Shares in Lower Tier Enterprises and Participate in Dividend Distribution does not Conform to the relevant rules of of the SASAC.**

Tongchun Jia, The chairman of the board of directors and general manager of a tier four enterprise, Taishan Gypsum, has consistently held 5% stock share in Taishan Gypsum since he became the deputy general manager of the higher level enterprise Beijing New Building Material Public Limited Company (abbreviated below as BNBM), which has not been rectified according to the relevant rules of the SASAC. Until June 2012, after the start of the current audit, Tongchun Jia resigned from his position as the deputy general manager at BNBM.

**8, Taishan Gypsum Company Limited Is Unable to Predict the Time of the Court Decision Regarding the Drywall Lawsuit in the United States.**

In 2009, a ~~great~~ number of American home owners and home ~~builders~~ construction companies sued several hundred domestic and foreign drywall manufacturers, distributors, home construction companies~~builders~~, including BNBM and Taishan Gypsum, for the reason that there were quality issues with the drywalls, and demanded compensation for various losses incurred as a result of drywall quality issues.

BNBM issued an "Announcement of Beijing New Building Material Public Limited Company on Gypsum Board Event in the U.S." on May 28th, 2010. BNBM and Taishan Gypsum separately received services of summons about the litigation on use of Chinese drywall, which involved the amounts in 150,000 U.S. Dollars and 5.225 million U.S. Dollars, from the U.S. In May 2010, under the circumstance that Taishan Gypsum was absent, the federal court in the eastern district of Louisiana ~~declared damages~~ requested Taishan Gypsum to pay damages in the amount of 2,609,100 U.S. Dollars for losses as claimed by the 7 plaintiffs from the use of drywall.

In 2010, China National Building Material Group Corporation and China National Building Material Company Limited, BNBM, and Taishan Gypsum separately hired reputable American law firms as legal consultants, to ~~respond to~~ cope with the relevant drywall litigation in the U.S. Starting from June 2010, Taishan Gypsum responded to the U.S. litigation on use of Chinese drywall, and up to the year of 2011, Taishan Gypsum had paid more than 59 million Yuan in attorney's fees. Currently the lawsuit is at the stage of discovery between the plaintiffs and the defendants, and it is unable to predict the time of judgement.

---

[1] Contextual Inference "CNBM Company Limited"

**B: 7/8/15-7/11/15**
**Exhibit 133**

...

C:\Users\cguo\Documents\Cynthia Guo\BNBM\Translation\Translation Check - Deposition exhibit - BNBM PLC\Chen\Translations Check Redline -Yu Chen Depo\Shanghai Team Translation\Exhibit 133_Translation.docx