Translation of TG 0020682

# Resolution of the 4th Extraordinary General Meeting of Shareholders for the Year of 2005 of Shandong Taihe Dongxin Co., Ltd.

On June 26, 2005, Shandong Taihe Dongxin Co., Ltd. (hereinafter referred to as the "Company" or "Taihe") held the 4th Extraordinary General Meeting of Shareholders for the year of 2005 at the BNBM conference room. All the shareholders sent representatives to attend the meeting, representing 155.625 million shares, which is 100% of the total stock, complies with the provisions in the "Company Law" and the "Articles of Association" of the Company, and the resolutions are valid and effective. The meeting was presided by the Company's Chairman Jia Tongchun. After thorough discussion by the participating shareholders, the entire shareholders present at the meeting unanimously agreed to and voted for the following proposals:

    I.    Proposal for Changing the Company's Supervisor

Agreed that ▮▮▮▮▮▮▮▮ s resignation of supervisor of the Company, and elected ▮▮▮▮▮▮▮▮ as the supervisor of the Company in accordance with the relevant provisions in the "Articles of Association" of the Company.

    II.    Proposal for the Company's Outbound Investments in Construction of Production Lines

The main contents of this Proposal are as follows:
1. To construct the annual 10 million square meters plasterboard production project in Tianping Town, Anning City, Yunnan Province, and to move the 202 line. To primarily use the desulfurized gypsum (auxiliary phosphogypsum) of power plants, build new gypsum powder workshops with the productivity of 120,000 tons / year; to change the 6-layer drying machine into the 8-layer drying machine; annual plasterboard productivity: 10 million square meters, with the maximum of 12 million square meters; product markets: Yunnan, Guizhou; acquisition of 65 *mu* land; the planned investment for the project: RMB 12 million yuan; the RMB 10 million yuan of registered capital: Taihe will account for 80% and BNBM will account for 20%.
2. To construct the annual 12 million square meters plasterboard production project in Chongqing City, and to move the 204 line. To use the desulfurized gypsum of Chongqing Power Plant and Luohuang Power Plant, build new gypsum powder workshops with the productivity of 150,000 tons / year; change the conducting oil drying into the natural gas drying; annual plasterboard productivity: 12 million square meters, with the maximum of 15 million square meters; product markets: Chongqing, Sichuan; acquisition of 100 *mu* land; the planned investment for the project: RMB 25 million yuan; the RMB 15 million yuan of registered capital: Taihe will account for 80% and BNBM will account for 20%.

MTD Exhibit #129

HERMAN AFFIDAVIT EXHIBIT 171

Translation of TG 0020683

3. To construct the annual 20 million square meters plasterboard production project in Yuetang District, Xiangtan City, Hunan Province. To use the desulfurized gypsum of Xiangtan Power Plant, build new gypsum powder workshops with the productivity of 200,000 tons / year; 10-layer drying machine; product markets: South Central of China; the cooperator Xiangtan Power Plant will lease 100 *mu* land to the joint venture; the planned investment for the project: RMB 30 million yuan; the RMB 15 million yuan of registered capital: Taihe will account for 70% and Xiangtan Power Plant will account for 30%.
4. To construct the annual 150,000 tons gypsum powder in Hengshui City, Hebei Province. Use the desulfurized gypsum of Hengshui Power Plant; product markets: local enterprises around Hebei; the planned investment for the project: RMB 5 million yuan; the RMB 5 million yuan of registered capital: Taihe will account for 80% and BNBM will account for 20%.

III. Proposal for the Working Capital Loans of the Company and the Authorization of Outside Guarantees

For the loans that have been approved by the Board of Directors of the Company, the withdrawal of these loans by batches or the use of them in circle within the quota may be subject to consent of the Board Chairman; for the loans newly added by the Company, communications with all the directors shall be conducted at first, and then the Board of Directors may deliberate and vote for these new loans via fax.

The loan guarantees between the Company and the three enterprises: Taishan Glass Fiber Co., Ltd., Taishan Group Co., Ltd. and the plasterboard surface paper provider Zaozhuang Huarun Paper Industry Co., Ltd. shall be gradually removed; if the loan guarantee can not be removed recently, the power to remove can be authorized to the Board Chairman within the quota of mutual guarantee. Except for the above mentioned mutual guarantees, the Company shall not add new guarantee to the outside; if the Company needs guarantee for loans, the Company can find a guarantee company or use the mortgage, etc.

IV. Proposal for Equity Structure of Subsidiaries
1. For all the existing subsidiaries, the shares held by shareholders other than the Company (except strategic partners) shall be purchased back by the Company. If any subsidiary must have more than two shareholders, BNBM will purchase 5% of equity shares.

Translation of TG 0020684

    2. For any subsidiary to be established in the future, if the subsidiary must have more than two shareholders, BNBM will hold 20% of equity shares.

It is hereby resolved.

                                                                                                                              June 26, 2005

Translation of TG 0020685

(This page does not contain any text, and is for the signatures of shareholders present at the 4th Extraordinary General Meeting of Shareholders for the year of 2005.)

Signatures of Shareholders:

Beijing New Building Materials Co., Ltd.
Beijing New Building Materials Co., Ltd. (seal)
Signature of the Representative: Cao Jianglin

Taian State-owned Assets Management Co., Ltd.
Taian State-owned Assets Management Co., Ltd. (seal)
Signature of the Representative: (illegible)

Taian Anxin Investment & Trade Co., Ltd.
Taian Anxin Investment & Trade Co., Ltd. (seal)
Signature of the Representative: Jia Tongchun

Taian Donglian Investment & Trade Co., Ltd.
Taian Donglian Investment & Trade Co., Ltd. (seal)
Signature of the Representative: (illegible)

Signature of Jia Tongchun: Jia Tongchun

# 山东泰和东新股份有限公司
## 2005年第四次临时股东大会决议

2005年6月26日,山东泰和东新股份有限公司(以下简称"公司"或"泰和")在北新建材会议室召开了2005年第四次临时股东大会,公司全体股东均派代表出席会议,代表股份15562.5万股,占总股本的100%,符合《公司法》和《公司章程》有关规定,形成的决议合法有效。会议由公司董事长贾同春主持,经过与会股东充分讨论,出席会议的全体股东一致同意,表决通过了以下议案:

一、《关于更换公司监事的议案》

同意[ ]辞去公司监事职务,根据《公司章程》的有关规定,选举[ ]担任公司监事。

二、《关于公司对外投资建设生产线的议案》。

该议案主要内容如下:

1、在云南省安宁市天平镇建设年产1000万平方米石膏板项目,搬迁202线。主要利用电厂脱硫石膏(辅助磷石膏),新建12万吨/年石膏粉车间;改6层干燥机为8层干燥机;年产石膏板1000万平方米,最大1200万平方米;产品市场:云南、贵州;征地65亩;项目计划投资1200万元;注册资本1000万元,泰和占80%,北新建材占20%。

2、在重庆市建设年产1200万平方米石膏板项目,搬迁204线。利用重庆电厂和洛璜电厂脱硫石膏;新建15万吨/年石膏粉车间;改导热油烘干为天然气烘干;年产石膏板1200万平方米,最大1500万

平方米；产品市场：重庆、四川；征地 100 亩；项目计划投资 2500 万元；注册资本 1500 万元，泰和占 80%，北新建材占 20%。

3、在湖南省湘潭市岳塘区建设 2000 万平方米石膏板项目。利用湘潭电厂脱硫石膏，新建 20 万吨/年石膏粉车间；10 层干燥机；产品市场：中南地区；由合资方湘潭电厂提供土地 100 亩，合资公司租用；项目计划投资 3000 万元；注册资本 1500 万元，泰和占 70%，湘潭电厂占 30%。

4、在河北省衡水市建设年产 15 万吨石膏粉厂。利用衡水发电厂脱硫石膏；产品市场：河北当地企业；计划投资 500 万元；注册资本 500 万元，泰和占 80%，北新建材占 20%。

三、《关于公司流动资金贷款和对外担保授权事宜的议案》

公司董事会已批准的贷款，在额度内须分次提拨或循环使用的，由董事长同意即可办理；公司新增贷款，应事先与各位董事沟通，董事会可采用传真表决的方式进行审议通过。

公司与泰山玻璃纤维股份有限公司、泰山集团股份有限公司以及护面纸供应商枣庄华润纸业有限公司三家企业的贷款担保要逐步解除，近期不能解除的，在已互保额度内，授权董事长办理。除上述互保外，公司不增加新的对外担保，公司贷款需要担保可采用担保公司担保、抵押等方式。

四、《关于子公司股权设置的议案》

1、对于现有的全部子公司，公司以外的其他股东（除战略合作伙伴之外）所持有的股权由公司全部收回。对于必须有两名以上股东存在的子公司，北新建材收购持有 5%的股权。

TG 0020683

2、对于今后新设的子公司，如必须有两名以上股东存在，北新建材持有20%的股权。

特此决议



二00五年六月二十六日

TG 0020684

（此页无正文，为公司 2005 年第四次临时股东大会的股东签字页）

股东签字：

北新集团建材股份有限公司



代表人签字：

泰安市国有资产经营有限公司



代表人签字：

泰安市安信投资贸易有限公司



代表人签字：

泰安市泰联投资贸易有限公司



代表人签字：

贾同春签字：

