<u>Partial Translation of BNBMPLC-E-0008152-8166</u>

**Taishan Gypsum Company Limited**

**Communication Letter on Economic Responsibility Audit and Financial-based Audit**

Index Number: GTH-001

Taishan Gypsum Company Limited:

According to relevant provisions in the "Interim Measures on Economic Responsibility Audit of Central Enterprises" (Order No. 7 of the State-owned Asset Supervision and Administration Commission), the "Detailed Implementation Rules for Economic Responsibility Audit of Central Enterprises," the "Auditing Standards for Chinese Certified Public Accountants," and relevant work arrangements of this economic responsibility and financial-based audit, we, the Certified Public Accountants, are required to conduct written communications to your company about our independency and to address issues that need communication from our financial-based audit group to your company.

With your active cooperation, the economic responsibility and financial-based audit group for Taishan Gypsum Company Limited (abbreviated below as Taishan Gypsum) has started the fieldwork smoothly and verified matters for audit preliminarily. Your company and the relevant personnel should provide the following materials and the written reply by 12 p.m., May 20th, 2012. If the reply is not provided by then, we will take it as no dissent.

It must be specially emphasized that except for scenarios otherwise prescribed by laws, regulations, or auditing standards, this written communication document is only to be used by your company and the company's management tier. We do not undertake any responsibility for third parties. Without our written consent, this communication document cannot be quoted, mentioned, or disclosed to others.

…

<u>BNBMPLC-E-0008153-8154</u>

II. General Situation

(I)       Issues to Be Explained

1.        Goals of the Audit:

To audit Taishan Gypsum's financial positions of revenues and expenses during the auditing period; based on that, to verify the authenticity of the enterprise's each annual report during the audit; and to provide basic financial data as audited for performance evaluation;

To audit Taishan Gypsum's asset quality and operational achievements during the auditing period, so as to reflect the true meaning of the data in each financial report;

MTD Exhibit #130

JIA: Exhibit 355

To audit Taishan Gypsum's significant operating activities and business decision-making, in order to quantify the effectiveness of its decisions and to provide quantitative bases for economic responsibility evaluations;

To audit Taishan Gypsum's compliance with rules and regulations in financial accounting and related economic activities during the auditing period; the result will be taken as an important aspect in measuring economic responsibility;

To, taking into consideration Taishan Gypsum's current industry structure and model of operation and management, analyze and evaluate the enterprise's financial positions and profitability based on the audit, and to sufficiently reflect the financial risks the enterprise may face.

And to provide audit suggestions, to offer bases of reference for the State-owned Asset Supervision and Administration Commission to examine and evaluate the enterprise's responsible personnel, to help the enterprise strengthen and improve operation management, and to make sure that state-owned assets be safe and maintain and increase their value.

…

**BNBMPLC-E-0008155**

4.      Enterprise Basic Information

In March 1996, "Shandong Taihe Group" was organized and founded with the key element of Taishan paper surface gypsum board main factory, and Taishan paper surface gypsum board main factory changed its name to "Shandong Taihe Taishan Paper Surface Main Factory (Group)." In June 1998, "Shandong Taihe Dongxin Limited Company" was established.

In July 2002, the enterprise went through reformations, the management level and staff held 70% of shares, and the City's State-owned asset management company held 30%.

In 2005, Shandong Taihe Dongxin Limited Company and Beijing New Building Material Public Limited Company implemented asset restructuring, and strengthened their cooperation. In order to emphasize the main business and advertise the brand, in 2007 it changed the name to "Taishan Gypsum Company Limited." After the restructuring, Beijing New Building Material Public Limited Company (Abbreviated below as BNBM) held 42% equity, Beijing Donglian Investment Company held 23% equity (this company's is BNBM's wholly owned subsidiary), Taian State-owned Asset Management Company held 16% equity, Shandong Taihe Building Material Company Limited held 14% equity (this company's stocks were held by Taishan Gypsum's management level and staff), and Tongchun Jia held 5% equity, (now holding the office as Taishan Gypsum's Chairman of the board of directors, general manager, BNBM PLC's director). The Company established a board of directors, 3 directors were nominated by BNBM and Beijing Donglian Investment Company Limited, Tai'an State-owned asset managemtn company nominated 1 diretor, Shandong Taihe Building Material Company Limited and Tongchun Jia nominated 1 director, the board of directors is in charge of hiring the general manager and the CFO,

other high level management personnel are nominated by the general manager, and hire by the board of directors.

<u>**BNBMPLC-E-0008156**</u>

Legal representative:    Tongchun Jia

Parent company:    Beijing New Building Material Public Limited Company

Ultimate controller:    China National Building Material Group Incorporation

Governance structure:  General manager responsibility system under the leadership of the board of directors

…

<u>**BNBMPLC-E-0008157-8160**</u>

1. **Significant Decision-Making (including operation of the board of directors and the outside guarantees)**
(1) **Neither the general meeting nor the board of directors made a resolution on whether to exercise the right of first refusal when the other shareholders of subsidiaries and affiliates transferred their shares.**

From 2008 to 2009, Taihe Building Material Co., Ltd. (a company whose shares are held by Taishan Gypsum's senior management and staff), the shareholder of Taishan Gypsum's 8 (eight) subsidiaries and affiliates, intended to transfer its shares to individuals. On whether Taishan Gypsum would exercise the right of first refusal, there was no relevant resolution, and the board of directors did not grant authority to the management level. The following table shows the acquisition of the 8 (eight) individuals' equities from 2009 to 2011.

Major Changes in Equities from 2009 to 2011

| Name of the company | Date of establishment | Equity structure at the time of establishment | | | | | |
|---|---|---|---|---|---|---|---|
| | | Taishan Gypsum | Percentage | Shandong Aobao | Percentage | Shandong Taihe | Percentage |
| …… | …… | …… | …… | …… | …… | …… | …… |
| Tai'An Jindun Building Material Co., Ltd. | August 2003 | 2 million RMB | 40% | | | 3 million RMB | 60% |
| …… | …… | …… | …… | …… | …… | …… | …… |

Continued:

| Name of the | First transfer | | | | |
|---|---|---|---|---|---|
| | Time of transfer | Transferor | Transferee | Price of transfer | Percentage of transfer |

| company | | | | | |
|---|---|---|---|---|---|
| …… | …… | …… | …… | …… | …… |
| Tai'An Jindun Building Material Co., Ltd. | December 2008 | Shandong Taihe | Zhang, Dong | 3 million RMB | 60% |
| …… | …… | …… | …… | …… | …… |

Continued:

| Name of the company | Second transfer | | | | |
|---|---|---|---|---|---|
| | Time of transfer | Transferor | Transferee | Price of transfer | Percentage of transfer |
| …… | …… | …… | …… | …… | …… |
| Tai'An Jindun Building Material Co., Ltd. | 2009 | Zhang, Dong | Taishan Gypsum | 13.6 million RMB | 60% |
| …… | …… | …… | …… | …… | …… |

Continued:

| Name of the company | Third transfer | | | | |
|---|---|---|---|---|---|
| | Time of transfer | Transferor | Transferee | Price of transfer | Percentage of transfer |
| …… | …… | …… | …… | …… | …… |
| Tai'An Jindun Building Material Co., Ltd. | | | | | |
| …… | …… | …… | …… | …… | …… |

Continued:

| Name of the company | Net assets audited on the reference date | Evaluation report No. | Net assets evaluated | Whether it is approved by CNBM | Provision for undistributed dividends |
|---|---|---|---|---|---|
| …… | …… | …… | …… | …… | …… |
| Tai'An Jindun Building Material Co., Ltd. | 19.6469 million RMB | China Securities Evaluation Report (2009) No. 018-1 | 22.6739 million RMB | No | |
| …… | …… | …… | …… | …… | …… |

……

(III) Investment and Asset Management Aspect (including foreign investment):

(1) The establishment of subsidiaries was not approved by CNBM Co.
From 2009 to 2011, Taishan Gypsum established a total of 11 (eleven) subsidiaries. The dates of final approval by the general meeting are later than the dates of actual completion. See the following table:

| Newly increased investment from 2009 to 2011 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Name | Date of establishment | Approved by the general meeting | Approved by CNBM | Taishan Gypsum | Perce ntage | Shandong Taihe | Perce ntage |
| Taishan Gypsum (Jiangxi) Company Limited | March 2009 | May 2009 | Not approved | 10.5 million RMB | 70% | 4.5 million RMB | 30% |
| Shandong Taihe Optical Energy Company Limited | October 2009 | July 2009 | Not approved | 3.3 million RMB | 55% | 4.5 million RMB | 45% |
| Taishan Gypsum (Chaohu) Company Limited | December 2010 | February 2011 | May 2011 | 30 million RMB | 100% | | |
| Taishan Gypsum (Liaocheng) Company Limited | June 2011 | August 2011 | Not approved | 30 million RMB | 100% | | |
| Taishan Gypsum (Nantong) Company Limited | November 2009 | November 2009 | January 2010 | 35 million RMB | 70% | | |
| | Investment increase in 2010 | | | 35 million RMB | 70% | | |
| Taishan Gypsum (Guangdong) Company Limited | April 2009 | Not approved | Not approved | 30 million RMB | 100% | | |
| Guizhou Taifu Gypsum Company Limited | September 2009 | July 2009 | December 2009 | 30 million RMB | 60% | | |
| Taishan Gypsum (Yinchuan) Company Limited | May 2009 | Not approved | Not approved | 6 million RMB | 100% | | |
| | Investment increase in 2010 | | | 18 million RMB | 100% | | |
| Taishan Gypsum (Sichuan) Company Limited | March 2010 | June 2010 | Not approved | 30 million RMB | 100% | | |
| Taishan Gypsum (Liaoning) Company Limited | November 2010 | February 2011 | May 2011 | 30 million RMB | 100% | | |
| Taishan Gypsum (Hubei) Company Limited | November 2010 | February 2011 | May 2011 | 30 million RMB | 100% | | |

**BNBMPLC-E-0008163**

**(VI)   Issues on Restructuring and Stock Ownership by High Level Management Personnel**

Issue:   High level management officer, chairman of the board, Tongchun Jia, holds 5% shares of Taishan Gypsum, Shandong Taihe Building Material Company Limited holds 14% of Taishan Gypsum. Shandong Taihe Building Material Company Limited was contributed and founded by some Taishan Gypsum's high management personnel and staff, and it is regarded as holding Taishan Gypsum's shares.

In 2011, according to the resolution of the 2010 annual general meeting, 100 million Yuan in the profits distributable to shareholders was used to pay out dividends. According to shareholding ratio, Shandong

Taihe Building Material Company Limited received 14 million Yuan; Tongchun Jia received 5 million Yuan. Through inspecting the actual dividend vouchers, Taishan Gypsum deposited the two above mentioned amounts totaling 19 million Yuan into the account for Shandong Taihe Building Material Company Limited.

**BNBMPLC-E-0008165-8166**

**(IX)    Litigation Events**

In 2009, several home owners and home construction companies, for the reason of quality issues, sued hundreds of domestic and foreign gypsum board manufacturers, retailers, and homebuilders including BNBM and Taishan Gypsum, demanding the compensation of various damages caused by quality issues with the gypsum boards.

BNBM paid high attention to the American gypsum board litigation, and issued the "Beijing New Building Material Public Limited Company Public Announcement on the American Gypsum Board Incident" on May 28th, 2010. The amount mentioned in the summons served upon BNBM from America with regard to the litigation on use of Chinese gypsum board was 150,000 U.S. dollars; the amount mentioned in the summons served upon Taishan Gypsum from America with regard to the litigation on use of Chinese gypsum board was 5,225,000 U.S. dollars; in May 2015, in Taishan Gypsum's absence, the federal court in eastern district of Louisiana demanded that Taishan Gypsum pay 2,609,129.00 dollars to seven plaintiffs alleging damages caused from the use of gypsum boards.

In 2010, CNBM Group and CNBM Company Limited, BNBM, Taishan Gypsum separately hired famous American law firms as legal consultants to respond to American gypsum board litigation. Your company started responding to the U.S. litigation on use of Chinese gypsum board from June 2010, as of 2011 you have paid 48 million Yuan in attorneys' fees, right now the case is in the stage of discovery for both parties, it is unpredictable when a judgment will be issued.

**IV, Communication and Opinion Feedback**

Enterprises, please explain the above issues and opinions individually (you can attach an explanation).

China National Building Material Group Corporation Economic Responsibility Audit

Taishan Gypsum Company Limited Auditing Group

May 16th, 2012

Signed (enterprise stamp):

Signed Date: May 16th, 2012

ï»¿Taishan gypsum limited liability company

Economic accountability audit

Financial foundation audit communication letter

Index number: GTH-001

Taishan gypsum limited liability company:

According to "Central enterprise Economic accountability audit Tentative method" (SAC make 7 verbal commands), "Central enterprise Economic accountability audit Executive regulation" as well as "China Chartered accountant Audit criteria" relevant provision and this economic accountability audit finance foundation audit related working arrangement, requests our chartered accountant to on own independence and your firm carries on written communication, and on our finance foundation audit group must communicate the item to submit your firm.
The Taishan gypsum limited liability company (hereafter refers to as the Taishan gypsum) economic accountability audit finance foundation audit group under the positive coordination of your firm, audits the outside work smoothly to develop, the audit matter the preliminary verification, invited your firm and related litigant 12:00 provides the following material and written feedback comment before May 20, 2012, exceeds the time limit the non-feedback comment, we will regard as not dissenting views.
What must particularly stress, has the stipulation situation besides the laws and regulations and audit criteria in addition, this written communication document only supplies your firm government level and your firm uses, we do not shoulder any responsibility to the third party, without us the written consent, the communication document do not be quoted and mentioned beforehand or disclosed to other people.
First, the independent question is presently as follows on the independent question statement:

(1) The participation your firm finance foundation audit work other project group member, this accounting firm relevant personnel as well as this accounting firm maintained according to the stipulation of laws and regulations and occupational ethics standard the independence;
(2) According to the occupation judgment, we thinks that between this accounting firm and your firm does not exist possibly affects the independent relations and item;

(3) We already have taken the essential protective measure according to the stipulation of laws and regulations and occupational ethics standard, to prevent to the independent threat that possibly appears.
What must particularly stress, has the stipulation situation besides the laws and regulations and audit criteria in addition, this written communication document only supplies your firm government level and your firm uses, we do not shoulder any responsibility to the third party, without us the written consent, the communication document do not be quoted and mentioned beforehand or disclosed to other people.

Second, general situation

(1) Explanation item 1, audit purpose:

Carries on the audit during Taishan gypsum company audits the financial remuneration, based on this during verifying the enterprise audit, the authenticity of various year fiscal statements, and provide for the results evaluation after the foundation financial data of examination;
Carry on the audit during Taishan gypsum company audits the asset quality and management performance, to reflect its various issue of financial reporting data real connotation.

Carry on the audit to Taishan gypsum company significant operative activity and operating decisions, take quantification its decision-making effect, provides the quota basis as the economic responsibility appraisal;
During Taishan gypsum company audits financial calculation as well as corresponding economic activity carries on the audit about the gauge validity, its result as a weight economic responsibility important aspect.

In light of the Taishan gypsum company present industrial structure, the management pattern, analyzes the appraisal in the foundation of audit to the business finance condition and profitability, fully reflected financial risk that the enterprise possibly has.
Provides the audit to suggest that provides the reference for SAC inspection and private enterprise person in charge, the promotion enterprise improves and improves the management and operation, guarantees the state asset safe and state capital inflation-proofing and appreciation.

2nd, was audited the unit responsibility and chartered accountant responsibility:
With provision of above audit pertinent data is the Taishan gypsum company's responsibility, our responsibilities express the audit opinion to these materials in the foundation of implementation audit work. We according to the regulation of Chinese chartered accountant audit

criteria audit work. In the audit process, we unify the Taishan gypsum company central enterprise economic accountability audit the actual situation, implemented including spot-checking the accounting record we thought the essential auditing routine.

We believe that through appraisal and relevant evidence of test order that gain we implement, can guarantee reasonably our audit have covered the enterprise stratification plane risks and all important operation flow stratification planes risks, and based on this reasonable guarantee finding of audit sufficiency and aptness.

3rd, audit basis

(1) "Central enterprise Economic accountability audit Management Tentative method" (SAC command No. 7);
(2) "Central enterprise Economic accountability audit Executive regulation" (national capital sends to appraise the [2006]7 number)

(3) "about Strengthening Central enterprise Economic accountability audit Work's Notice" (national capital sends to appraise the [2008]53 number);
(4) "Enterprise state-owned property rights transfer Management Tentative method" (State Council State assets supervision and administration committee member and Ministry of Finance command No. 3);

(5) "State-owned assets supervision and administration Temporary regulation" (State Council command No. 378);

(6) "Central enterprise Financial settlement Audit work Rule" (national capital sends to appraise the [2004]173 number);
(7) "China Chartered accountant Audit criteria";

(8) "Business accounting Criterion";
(9) "Central enterprise Comprehensive Risk management Direction";

(10) "Enterprise Internal control Basic standard";
(11) with service agreement book that the State Council SAC signs.

4th, the enterprise basic situation in March, 1996, took the Taishan paper surface gypsum board main plant as the core, has formed Ã¢â‚¬Å"Shandong Taihe GroupÃ¢â‚¬Â, the Taishan paper surface gypsum board main plant changed the name as Ã¢â‚¬Å"Shandong Taihe Taishan Paper surface Gypsum board Main plant (group)Ã¢â‚¬Â. In June, 1998, has set up Ã¢â‚¬Å"Shandong Taihe Dongxin limited liability companyÃ¢â‚¬Â.

In July, 2002, the restructuring of enterprise, the management and staff owned stocks 70%, the city state asset management company had 30%.

In 2005, the Shandong Taihe Dongxin limited liability company and Beixinjituan building materials limited liability company implemented the assets reorganization, the power-and-power union. For the prominent principal work and propaganda brand, in 2007 change the name as Ã¢â ‚¬Å"Taishan gypsum limited liability companyÃ¢â‚¬Â. After the reorganization, the Beixinjituan building materials joint-stock company (hereafter refers to as the northern new building materials) to own stocks 42%, Beijing East Union invests the limited company to own stocks 23% (this company is the northern new building materials wholly-owned), the Tai'an state asset management limited company holds 16%, Shandong Taihe building materials limited liability company has 14% (this unit for Taishan gypsum management and staff owns stocks), Jia to have 5% with the spring, (incumbent Taishan gypsum chairman, General manager, northern new stock trustee). The company sets up the board of directors, is invested the limited company to nominate 3 person and Tai'an state asset management limited company to nominate 1 person and Shandong Taihe building materials limited liability company and Jia by the northern new building materials and Beijing East Union nominates one person with the spring, the general manager and chief financial officer is appointed by the board of directors, other management personnel are nominated by the general manager, board of directors appointment.

Main management scope: The paper surface gypsum board, the gypsum product and gypsum board protect the production and sale of facial tissue, stone material, the light steel keel, the building material, the finishing materials and new building material; Phosphoric acid sideline product phosphorus gypsum, hardware, ceramic article, mechanical and electrical products, furniture, domestic electric appliances, daily use articles and mining machinery fitting sale; Auto part retail; Scrap paper, orderly bin purchase and sale; Jade carving; Decoration repair; Setting up a file scope import and export business.

The company registers the address: Tai'an Daiyue District Dawenkou.

Legal representative: Jia with spring.
Parent company: Beixinjituan building materials limited liability company.

Finally controls the side: Chinese building material Group Company limited.

Management structure: The general manager responsibility system under board of directors leadership.
Enterprise location profession: The production and sale of gypsum board.

Economic type: Limited liability company.
The gross asset 2009-2011 years that the Taishan gypsum company merges respectively are 251,850.41 ten thousand Yuan and 322,963.03 ten thousand Yuan and 441,984.84 ten thousand Yuan; 2009-2011 profit for the year total amount respectively is 48,686.89 ten thousand Yuan and 58,189.43 ten thousand Yuan and 66,274.38 ten thousand Yuan.

5th, audits a situation

The serial number audits the business name person

When within 1 Taishan gypsum company Zhu Mindong, Wang Yanpeng 5.7-5.15 continued from above tables:
A serial number place prime task content 1 Taishan gypsum company building conference room economic accountability audit finance foundation audit and internal control investigate three, significant event following contents to your firm 2009 year to 2011 year economic accountability audit finance foundation audit partial correlation item with us according to the stipulation that the audit obtains should give the communication the audit matter, asks your firm to confirm that (may attach explanation elaboration in addition):

Is presently as follows on the subject matter display that in the audit discovered:

Fund management:
1st, cash management has not carried strictly out "Cash management Temporary regulation" stipulation in July, 2009 142# certificate, the Jinan railroad operations group limited company Taishan subsidiary company returns by the cash lends 303,200 Yuan; In January, 2009 851# certificate, the Jinan railroad operations group limited company Taishan subsidiary company returns by the cash lends 100,500 Yuan.

On January 13, 2009 the 420# certificate discovered that the Taishan gypsum company gathers domestic supplier in the form of cash - Tai'an Taishan good wine business limited company 100,000 Yuan imprest fund.

According to the economic exchange between "Cash management Temporary regulation" sixth stipulation opening a bank account units, must carry on the transfer and settlement of accounts and seventh stipulation settlement beginning through the bank is 1000 Yuan, when needs to increase is determined after the PBOC headquarters, reported the State Council to set up a file.

2nd, has the large quantity cash turnover, the reserve fund extraction unpaid approval formalities, has not set up the reserve fund control system.

In October, 2009 10# certificate draws out cash 1.5 million, the fund use is the reserve fund. In April, 2009 1669# certificate, on April 27 withdrew the cash 4,124,400 Yuan, the fund use to deduct a percentage, in April, 2009 1675# certificate same amount fund stored the bank by the cash on April 30.

(2) Major decision (including board of directors operation and foreign guarantee):
(1) when to controlling stock and holding share of other company shareholders transfers the stockholder's rights shareholder meeting or board of directors to whether exercises first receives to give up rights has not made the resolution.
2008-2009 years, Taishan gypsum respective subordinate 8 control stock and holds share of the shareholder Taihe building materials limited company (Taishan gypsum management and staff holding company) plans the transfer of share rights to individual, Taishan gypsum to whether exercises first purchases the power, not related resolution, the board of directors have not carried on the authorization to the management, 2009 - 2011 will carry on the purchase following table to show to these 8 individual stockholder's rights.
2009-2011 years main stockholder's rights change table corporate name

Tenable date

When was established stockholder's rights structure

Taishan gypsum

Proportion

Shandong Ao Bao

Proportion

Shandong Taihe

Proportion

Taishan gypsum (Jiangxi) limited company

In March, 2009

10.5 million Yuan

70%


4.5 million Yuan

30%

Taishan gypsum (Tongling) limited company

In April, 2008

6.5 million Yuan

65%


3.5 million Yuan

35%

Taishan gypsum (Baotou) limited company

In March, 2008

3.25 million Yuan

65%


1.75 million Yuan

35%

Shaanxi Taishan gypsum building materials limited company

In November, 2006

7 million Yuan

35%


13 million Yuan

65%

Taishan gypsum (Wenzhou) limited company

In 2006

5 million Yuan

100%

Tai'an golden Shield building materials limited company

In August, 2003

2 million Yuan

40%


3 million Yuan

60%

Yunnan Taishan gypsum building materials limited company

In January, 2006

10 million Yuan

100%




Weifang Othee gypsum limited company

In August, 2004

7.5 million Yuan

75%

2.5 million Yuan

25%


Continued from above table:

Corporate name

The first transfer

Transfer time

Transfer side

Transferees

Transfer prices

Transfer proportion

Taishan gypsum (Jiangxi) limited company

In November, 2009

Shandong Taihe

Zhao Xiuyun

4.5 million Yuan

30%

Taishan gypsum (Tongling) limited company

In November, 2009

Shandong Taihe

Liu Qing

3.5 million Yuan

35%

Taishan gypsum (Baotou) limited company

In November, 2009

Shandong Taihe

Liu Qing

1.75 million Yuan

35%

Shaanxi Taishan gypsum building materials limited company

In December, 2008

Shandong Taihe

Zhang Chen

13 million Yuan

65%

Taishan gypsum (Wenzhou) limited company

In March, 2008

Shandong Taihe increases funding


2.7 million Yuan 35.06% Tai'an golden Shield building materials limited companies in December, 2008 Shandong Taihe opened 3 million Yuan 60% Yunnan Taishan gypsum building materials limited companies in the December, 2006 Taishan gypsum Shandong Taihe 6.5 million Yuan 65% Weifang Othee gypsum limited companies in a June, 2008 Shandong Austria valuable Shandong Taihe 2.5 million Yuan 25% continued from above table:
The corporate name second transfer transfer time transfer side transferee transfer prices transfer proportion Taishan gypsum (Jiangxi) limited company in the October, 2011 Zhao Xiuyun Taishan gypsum 9.95 million Yuan 30% Taishan gypsums (Tongling) limited company in October, 2011 Liu celebrates the Taishan gypsum 13.13 million Yuan 35% Taishan gypsums (Baotou) limited company in 2011 Liu to celebrate the Taishan gypsum 6.35 million Yuan 35% Shaanxi Taishan gypsum building materials limited companies in 2009 to open early morning the Taishan gypsum 42.89 million Yuan 65% Taishan gypsums (Wenzhou) limited company in 2009 the November Shandong Taihe Zhao Xiuyun 2.7 million Yuan 35.06% Tai'an golden Shield building materials limited companies in 2009 to open the Taishan gypsum 13.6 million Yuan 60% Yunnan Taishan gypsum building materials limited companies in 2008 December Shandong Taihe
Opens 6.5 million Yuan 65% Weifang Othee gypsum limited companies in December, 2008 Shandong Taihe to open early morning 2.5 million Yuan 25% continued from above table:
The corporate name third transfer transfer time transfer side transferee transfer prices transfer proportion Taishan gypsum (Jiangxi) limited company

Taishan gypsum (Tongling) limited company

Taishan gypsum (Baotou) limited company

Shaanxi Taishan gypsum building materials limited company

Taishan gypsum (Wenzhou) limited company in 2011 Zhao Xiuyun Taishan gypsum 5.85 million Yuan 35.06% Tai'an golden Shield building materials limited companies

Yunnan Taishan gypsum building materials limited company

In 2009

Zhang Dong

Taishan gypsum

39.3 million Yuan

65%

Weifang Othee gypsum limited company

In 2009

Zhang Chen

Taishan gypsum

12.96 million Yuan

25%

Continued from above table:

Corporate name

Datum date audit net assets

The appraisal reported the document number

Appraisal net assets

Building materials examination

Has counted to raise has not assigned the dividend Taishan gypsum (Jiangxi) limited company

1,728.90

The country melts Xinghua to comment the newspaper character[2011]The No. 334 33,181,800 Yuan authorize 12.5 million Yuan

The Taishan gypsum (Tongling) limited company 1,839.70 countries melt Xinghua to comment the newspaper character[2011]No. 332

37.5 million Yuan

Authorization

31 million Yuan Taishan gypsum (Baotou) limited company

1,063.49

The country melts Xinghua to comment the newspaper character[2011]The No. 336 18,154,700 Yuan authorize 30.5 million Yuan

In the Shaanxi Taishan gypsum building materials limited company 4,133.82 cards comment newspaper character (2009) No. 018-3

65,985,200 Yuan

Has not authorized


The Taishan gypsum (Wenzhou) limited company 1,456.90 countries melt Xinghua to comment the newspaper character[2011]No. 333

16,685,700 Yuan

Authorization

52.7 million Yuan Tai'an golden Shield building materials limited company

1,964.69

The card comments the newspaper character (2009) No. 018-1 22,673,900 Yuan not to authorize


Yunnan Taishan gypsum building materials limited company

3,048.52

The card comments the newspaper character (2009) No. 018-4 60,454,800 Yuan not to authorize


Weifang Othee gypsum limited company

3,131.56

The card comments the newspaper character (2009) No. 018-2 51,826,200 Yuan not to authorize (2) to examine that 2008-2011 years company board of directors and shareholder meeting conference summary, has not carried on to formulate and form the corresponding resolution to company's strategic target, the board of directors to managing level issuing concrete the operation objectives.
(3) Investment and asset management (including extraterritorial investment):
(1) sets up the subsidiary company to authorize without building materials joint-stock company. From 2009 to 2011 the Taishan gypsum has established 11 subsidiary companies, only then 5 by building materials stock authorization, and has the general meeting of shareholders eventually to authorize the time and actual finish time postpositioned phenomenon, the following table shows:

2009-2011 years new growth throws the data sheet

Name

Tenable date

2009-2011 years addition invests

Shareholder meeting examination

Building materials examination

Taishan gypsum

Proportion

Shandong Taihe

Proportion

Taishan gypsum (Jiangxi) limited company

In March, 2009

In May, 2009

Has not examined and approved

10.5 million Yuan

70%

4.5 million Yuan

30%

Shandong Taihe energy of light limited company

In October, 2009

In July, 2009

Has not examined and approved

3.3 million Yuan

55%

4.5 million Yuan

45%

Taishan gypsum (Chaohu) limited company

In December, 2010

In February, 2011

In May, 2011

30 million Yuan

100%

Taishan gypsum (Liaocheng) limited company

In June, 2011

In August, 2011

Has not examined and approved

30 million Yuan

100%


Taishan gypsum (Nantong) limited company

In November, 2009

In November, 2009

In January, 2010

35 million Yuan

70%


In 2010 increases funding


35 million Yuan 70%


The Taishan gypsum (Guangdong) hasn't limited company in April, 2009 examined and approved

30 million Yuan

100%


Guizhou peaceful luck gypsum limited company

In September, 2009

In July, 2009

In December, 2009

30 million Yuan

60%


Taishan gypsum (Yinchuan) limited company

In May, 2009

Has not examined and approved

Has not examined and approved

6 million Yuan

100%

In 2010 increases funding


18 million Yuan 100%


The Taishan gypsum (Sichuan) limited company in March, 2010 in June, 2010 has not examined and approved 30 million Yuan 100%


Taishan gypsum (Liaoning) limited company in November, 2010 in February, 2011 in May, 2011 30 million Yuan 100%


Taishan gypsum (Hubei) limited company in November, 2010 in February, 2011 in May, 2011 30 million Yuan 100%


The (2)2009 year acquires individual stockholder's rights and building materials joint-stock company authorizes without board of directors and shareholder meeting.
Sees this communication letter three (2) (1),2009 year transfer equity firms.

(3) purchases or sets up the individual company asset proof not to be full, has not compiled the feasibility study report, to whether newly-built perhaps the purchase has not carried on the proof, after causing the purchase, the company is unable to manage or the investment large amounts of funds normally carries on the technological transformation.
For example:
On May 14, 2009 has set up Taishan with the Yinchuan economic development zone Yulin building materials limited company (Yinchuan Corporation), the Taishan gypsum contributes 3.3 million Yuan, the Yinchuan economic development zone Yulin building materials limited company contributes 2.7 million Yuan by the workshop land employment right, the evaluation value 7,567,060 Yuan, the appraisal increment part 4,867,060 Yuan includes the capital surplus, on May 18, 2009 acquired some Yinchuan economic development zone Yulin building materials limited company properties by 14.5 million Yuan and Ã¢â¬Åthis company hoodooÃ¢â¬Å trademark, this purchase without the assets appraisal, in the August, 2009 Yinchuan economic development zone Yulin building materials limited company will give by 2.7 million Yuan this part of stockholder's rights to your Taishan gypsum, let the property and stockholder's rightsItem without building materials stock authorization, has not carried on the assets appraisal and audit to the transfer stockholder's rights. After the purchase completes, this company production equipment craft is backward, is unable the regular production to revolve. Yinchuan Corporation in the November, 2009 fourth seventh conference decided that is newly-built a production line, the project name to rather Xiamen Yinchuan yearly produce 30 million square meters board project, invests 70,198,900 Yuan, the project will put into service in April, 2011, the actual investment cost will be 68.77 million Yuan.
In August, 2009 Taishan gypsum and Shandong Taihe building materials limited company pooled capital to establish Shandong Taihe energy of light limited company Taishan gypsum to contribute 3.3 million Yuan, the investment proportion was 55%, Shandong Taihe building materials limited liability company contributed 2.7 million Yuan, the investment proportion was 45%. Establishes the company mainly to manage the solar energy high borosilicate glass tube and production of vacuum collection heat pipe. The construction solar energy high borosilicate glass tube and vacuum collection heat pipe, has not compiled the feasible memoir and project estimates. The project construction is divided two issues, an issue will begin construction in August, 2009, in March, 2010 will put into production, two issues will begin construction in May, 2010, two issues just started to construct because of the market reason stopped constructing in December, 2010, issue and two issues will altogether invest the construction funds 15.69 million Yuan, an issue has not made completion final accounts, has invested 10.22 million Yuan, two issues will invest 5.47 million Yuan, suspended production from 2011. In November, 2011 Taishan gypsum acquires the complete stockholder's rights that the Shandong Taihe building materials limited company had, the assets appraisal price 2.57 million Yuan, the rate 2.57 million Yuan. Shandong Taihe energy of light in 2010 and in 2011 loses money 608,700 Yuan and 919,600 Yuan respectively, in the solar energy high borosilicate glass tube good immovable property can serious surplus, in the product serious unsalable situation acquires Shandong Taihe building materials limited company stockholder's rights not to conform to the basic principle that the company purchases.
(4) Disposition of assets disposal of assets: Handling property without tender and price ratio.
For example: . The (1)2011 year on November 3, the Taishan gypsum sold old Passat vehicles, the

original value 268000 Yuan, amortized 178471.82 Yuan. Without contesting the bid, signed to sell the vehicle agreement in November 1, 2011 with this unit staff Yin Yijun, sold the vehicle by 80000 Yuan price.

The heat conduction oil stove that (2)2011 year on April 27, Taishan gypsum sell discarded, without contesting the bid, signed the sale agreement of heat conduction oil stove and corresponding valve and part pipeline in April 20, 2011 with second party Zhou Changyu, by 150,000 Yuan price sell.

The dryer that (3)2011 year on February 19, Taishan gypsum sell discarded, without contesting the bid, signed the dryer contract of sales in February 17, 2011 with the second party Meng three treasures, by 115368 Yuan price sell.

The (4)2010 year on November 30, the Taishan gypsum sold Qiqihar commodity apartment one set (the fixed asset original value: 281261.5 Yuan, amortize: 48252.3 Yuan), without contesting the bid, sign the house contract of sales with second party Zhang Lixia, by 280,000 Yuan price sell.
(5) Staff salary and labor cost management:
1st, question: Some wages natures fund disbursements through dealing with staff salary calculation.
2nd, concrete rules and regulations that question violates: "Business accounting Criterion" and so on.

3rd, audit conclusion:
(1) to the analysis of question:

Inspected on December 31, 2010 No. 2245 certificate, the Taishan gypsum pays in 2010 1- third quarter to sell to deduct a percentage 879263.07 Yuan not to enter to deal with the staff salary subject calculation. Debit: Selling expenses, credit: Bank deposit.
The (2)2011 year on December 30 No. 2088 certificate, the Taishan gypsum paid to deduct a percentage 552867.07 Yuan in October, 2010 to January, 2011 to August sale not to enter to deal with the staff salary subject calculation. Debit: Selling expenses, credit: Bank deposit.
(6) The reorganization overhaul and management own stocks question:
Question: Management chairman Jia has the Taishan gypsum 5% stocks with the spring, Shandong Taihe building materials limited liability company has the Taishan gypsum 14%, Shandong Taihe building materials limited liability company invests to set up for the Taishan gypsum part management and staff, regards with having the Taishan gypsum stock.
In 2011 acts according to 2010 AGM resolution, may assign in profit 100 million Yuan for distributing the dividend for the shareholder. According to the ownership percentage, Shandong Taihe building materials limited liability company draws bonus 14 million Yuan, Jia with the vernal equinox red 5 million Yuan, the inspection actual drawing bonus certificate, the Taishan gypsum converges this above two fund 19 million Yuan completely Shandong Taihe building materials limited liability company account.
(7) Project management 1, inspects the Taishan gypsum to yearly produce 98,000 tons to protect the facial tissue project discovery following question:
(1) policy-making approval process postpositioned.

Building materials joint-stock company to this project feasibility study report reply date was on March 30, 2011, has not obtained by the audit date constructs the joint-stock company budgetary estimate reply and operation replies, but the project actual operation date was on May 10, 2010, finished in November 15, 2011.
(2) has not established the investment budgetary estimate, does not favor the supervisory control of project.
(3) the construction and facilities engineering tender flow is not standard. In the tender process has not drawn up the detailed evaluation of tenders standard and non-evaluation of tenders process record and evaluation of tenders report.

(4) the project quality assessment report is completed by the overseeing unit, belongs reexamines.
(8) Internal control:
1st, donation has not undergone the building materials group examination or the Taishan gypsum company board of directors resolution.

Inspects the Taishan gypsum correlation data to discover that in 2009 will donate to a Tai'an Islam Association's 1.2 million Yuan non-public welfare donates outward, has not passed through the company board of directors and Chinese building material Group Company limited examines and approves, only passed through the general manager workshop to examine and approve.

2nd, company institutional construction.

(1) the company the system has not formed system at present, the system by carrying out various services departments independently formulates, the system also issues without the company issue document, the mutual restriction relations between systems are not strong, cannot achieve the internal control the effect.

(2) has not drawn up Ã¢â‚¬"tertiary one bigÃ¢â‚¬Â control system.

(3) has not drawn up fixed asset handling and sell control system (4) not to draw up the corresponding duty expense management control system.

By the end of 2011 Taishan gypsum company non-system's duty expense control system, only then the partial correlation system has appeared to implement (for example communication expense subsidy), but has not formulated the consummation to suit the company and issue the duty expense of execution after the resolution and so on related system's system regulation.

(5) after has not established the project, appraises the control system.

(9) The contentious matter in 2009, the American many house-owner and building companies take the gypsum board to have the quality problem as the reason, sued including the northern new building materials and Taishan gypsum domestic and foreign gypsum board producer, seller, the house construction contractor several hundred enterprises, the request has compensated because of various losses that the gypsum board quality problem had.
The northern new building materials gave to American gypsum board lawsuit paid attention highly, and made "Beixinjituan Building materials Limited liability company in May 28, 2010 about American Gypsum board Event's Announcement". The northern new building materials receive from the US about the amount that using the Chinese gypsum board lawsuit's delivery subpoena mentioned are 150,000 US dollars; The Taishan gypsum receives from the US about the amount that using the Chinese gypsum board lawsuit's delivery subpoena mentioned is 5.225 million US dollars. In May, 2010, in the situation of Taishan gypsum absence, the Louisiana east district federal court requests the Taishan gypsum to declare to seven plaintiffs the loss that causes because of the use gypsum board compensates 2,609,129.99 US dollars.
In 2010, the Chinese building materials Group Company limited and Chinese building materials limited liability company, the northern new building materials and Taishan gypsum invites the American well-known law office to take the legal adviser separately, deals to the related American gypsum board lawsuit. Your firm answers a charge the US about using the Chinese gypsum board law case from June, 2010, cuts off in 2011 to pay an attorney expense 48 million Yuan attorney to spend, at present the case is in the plaintiff and defendant both sides to present evidence the stage mutually, when will rule unable to forecast.
Fourth, the communication opinion feedback asked enterprise to show that by the pen above question and opinion (may attach showing in addition).

Chinese building material Group Company limited economic accountability audit

Taishan gypsum limited company audits the group

On May 16, 2012 received and signed for human (enterprise to stamp):

Receives and signs for the date: In May, 2012 16 PAGE 11/NUMPAGES 12

--- Summary Information ---
1: 936 PID_TITLE: Audit opinion communication letter PID_SUBJECT:
PID_AUTHOR: Zhuo Hongying PID_KEYWORDS:
PID_TEMPLATE: Normal.dot PID_LASTAUTHOR: Microsoft user PID_REVNUMBER: 399 PID_APPNAME:
Microsoft Office Word PID_EDITTIME: Thu Jan 04 02:39: 00 CST 1601 PID_LASTPRINTED: Sun Jun 03
11:01: 00 CST 2012 PID_CREATE_DTM: Sat Apr 28 15:30: 00 CST 2012 PID_LASTSAVE_DTM: Sun Jun 03
16:11: 00 CST 2012 PID_PAGECOUNT: 11 PID_WORDCOUNT: 1390 PID_CHARCOUNT: 7925 PID_SECURITY: 0

--- Document Summary Information ---
PID_CODEPAGE: 936 PID_COMPANY: hong ke PID_LINECOUNT: 66 PID_PARCOUNT: 18 17: 9297 23: 730895
PID_SCALE: false PID_LINKSDIRTY: false 19: false 22: false

# 泰山石膏股份有限公司

## 经济责任审计

## 财务基础审计沟通函

索引号：GTH-001

泰山石膏股份有限公司：

根据《中央企业经济责任审计暂行办法》（国资委令 7 号令）、《中央企业经济责任审计实施细则》以及《中国注册会计师审计准则》的相关规定和本次经济责任审计财务基础审计相关工作安排，要求我们注册会计师应当就自身的独立性与贵公司进行书面沟通，并就我们财务基础审计组的需沟通事项提交贵公司。

泰山石膏股份有限公司（以下简称泰山石膏）经济责任审计财务基础审计组在贵公司的积极配合下，审计外勤工作已顺利开展，审计事项已初步核实，请贵公司和相关当事人在 2012 年 5 月 20 日 12 时前提供下列资料并书面反馈意见，逾期不反馈意见，我们将视为无不同意见。

必须特别强调的是，除法律法规和审计准则另有规定的情形之外，这份书面沟通文件仅供贵公司治理层及贵公司使用，我们对第三方不承担任何责任，未经我们事先书面同意，沟通文件不得被引用、提及或向其他人披露。

## 一、独立性问题

现就独立性问题声明如下：

（一）参与贵公司财务基础审计工作的项目组成员、本会计师事务所其他相

BNBMPLC-E-0008152

关人员以及本会计师事务所按照法律法规和职业道德规范的规定保持了独立性；

（二）根据职业判断，我们认为本会计师事务所与贵公司之间不存在可能影响独立性的关系和事项；

（三）我们已经根据法律法规和职业道德规范的规定采取了必要的防护措施，以防止可能出现的对独立性的威胁。

必须特别强调的是，除法律法规和审计准则另有规定的情形之外，这份书面沟通文件仅供贵公司治理层及贵公司使用，我们对第三方不承担任何责任，未经我们事先书面同意，沟通文件不得被引用、提及或向其他人披露。

## 二、总体情况

### （一）说明事项

#### 1、审计目的：

对泰山石膏公司审计期间的财务收支情况进行审计，在此基础上核实企业审计期间各年度会计报表的真实性，并为绩效评价提供经过审定的基础财务数据；

对泰山石膏公司审计期间的资产质量及经营成果进行审计，以反映其各期财务报表数据的真实内涵。

对泰山石膏公司重大经营活动和经营决策进行审计，以量化其决策效果，为经济责任评价提供定量依据；

对泰山石膏公司审计期间财务核算以及对应经济活动的合规合法性进行审计，其结果将作为衡量经济责任的一个重要方面。

结合泰山石膏公司目前的产业结构，经营管理模式，对企业财务状况、盈利能力在审计的基础上分析评价，充分反映企业可能存在的财务风险。

BNBMPLC-E-0008153

提供审计建议，为国资委考核、评价企业负责人提供参考依据，促进企业加强和改善经营管理，保证国有资产安全和国有资本保值增值。

2、被审计单位责任与注册会计师责任：

与上述审计有关资料的提供是泰山石膏公司的责任，我们的责任是在实施审计工作的基础上对这些资料发表审计意见。我们按照中国注册会计师审计准则的规定执行了审计工作。在审计过程中，我们结合泰山石膏公司中央企业经济责任审计的实际情况，实施了包括抽查会计记录等我们认为必要的审计程序。

我们相信，通过我们实施的评估和测试程序获取的相关证据，能够合理保证我们的审计涵盖了企业层面的风险和所有重要的业务流程层面的风险，并据此合理保证审计结果的充分性和适当性。

3、审计依据

（1）《中央企业经济责任审计管理暂行办法》（国资委令第 7 号）；

（2）《中央企业经济责任审计实施细则》(国资发评价[2006]7 号)

（3）《关于加强中央企业经济责任审计工作的通知》(国资发评价[2008]53号)；

（4）《企业国有产权转让管理暂行办法》（国务院国有资产监督管理委员、财政部令第 3 号）；

（5）《企业国有资产监督管理暂行条例》(国务院令第 378 号)；

（6）《中央企业财务决算审计工作规则》(国资发评价[2004]173 号)；

（7）《中国注册会计师审计准则》；

（8）《企业会计准则》；

（9）《中央企业全面风险管理指引》；

BNBMPLC-E-0008154

（10）《企业内部控制基本规范》；

（11）与国务院国资委签定的业务约定书。

4、企业基本情况

1996 年 3 月，以泰山纸面石膏板总厂为核心，组建了"山东泰和集团"，泰山纸面石膏板总厂更名为"山东泰和泰山纸面石膏板总厂（集团）"；1998 年 6 月，设立了"山东泰和东新股份有限公司"。

2002 年 7 月，企业改制，管理层和职工持股 70%，市国有资产经营公司持有 30%。

2005 年，山东泰和东新股份有限公司与北新集团建材股份有限公司实施资产重组，强强联合。为突出主业、宣传品牌，2007 年更名为"泰山石膏股份有限公司"。重组后北新集团建材股份公司（以下简称北新建材）持股 42%，北京东联投资有限公司持股 23%（该公司系北新建材的全资子公司）、泰安市国有资产经营有限公司持 16%，山东泰和建材有限责任公司持有 14%（该单位为泰山石膏管理层和职工持股）、贾同春持有 5%，（现任泰山石膏董事长，总经理，北新股份董事）。公司设立董事会，由北新建材和北京东联投资有限公司提名 3 人、泰安市国有资产经营有限公司提名 1 人、山东泰和建材有限责任公司及贾同春提名一人，总经理和财务总监由董事会聘任，其他高管人员由总经理提名，董事会聘任。

主要经营范围：纸面石膏板、石膏制品、石膏板护面纸、石材、轻钢龙骨、建筑材料、装饰材料及新型建筑材料的生产、销售；磷酸副产品磷石膏、建筑五金、陶瓷制品、机电产品、家具、家用电器、日用百货、矿山机械配件销售；汽车配件零售；废纸、废纸箱收购、销售；玉石雕刻；装饰装修；备案范围进出口

BNBMPLC-E-0008155

业务。

公司注册地址：泰安市岱岳区大汶口。

法定代表人：贾同春。

母公司：北新集团建材股份有限公司。

最终控制方：中国建筑材料集团有限公司。

治理结构：董事会领导下的总经理负责制。

企业所处行业：石膏板的生产及销售。

经济类型：有限责任公司。

泰山石膏公司合并的资产总额 2009-2011 年分别为 251,850.41 万元、322,963.03 万元、441,984.84 万元；2009-2011 年利润总额分别为 48,686.89 万元、58,189.43 万元、66,274.38 万元。

5、审计进点情况

| 序号 | 审计企业名称 | 人　员 | 时　间 |
|---|---|---|---|
| 1 | 泰山石膏公司 | 朱珉东、王延鹏 | 5.7-5.15 |

续上表：

| 序号 | 地点 | 主要工作内容 |
|---|---|---|
| 1 | 泰山石膏公司一楼会议室 | 经济责任审计财务基础审计、内部控制调查 |

## 三、重大事项

以下内容是与我们对贵公司 2009 年度至 2011 年度经济责任审计财务基础审计部分相关事项进行审计得出的按规定应予沟通的审计事项，请贵公司予以确

BNBMPLC-E-0008156

认（可另附说明阐述）：

现就审计中发现的主要问题罗列如下：

**（一）资金管理方面：**

1、现金管理未严格执行《现金管理暂行条例》的规定

2009 年 7 月 142#凭证，济南铁路经营集团有限公司泰山分公司以现金退回货款 30.32 万元；2009 年 1 月 851#凭证，济南铁路经营集团有限公司泰山分公司以现金退回货款 10.05 万元。

2009 年 1 月 13 日 420#凭证发现，泰山石膏以现金的形式收取境内供应商-泰安市泰山牛酒业有限公司 10 万元的预付款项。

根据《现金管理暂行条例》第六条规定开户单位之间的经济往来，必须通过银行进行转帐结算、第七条规定结算起点为一千元，需要增加时由中国人民银行总行确定后，报国务院备案。

2、存在大额现金收付，备用金的提取未付审批手续，未建立备用金管理制度。

2009 年 10 月 10#凭证支取现金 150 万，款项用途为备用金。

2009 年 4 月 1669#凭证，4 月 27 日提取现金 412.44 万元，款项用途为提成，2009 年 4 月 1675#凭证相同金额款项于 4 月 30 日又以现金存入银行。

**（二）重大决策（含董事会运作、对外担保）：**

（1）对控股、参股公司其他股东转让股权时股东会或董事会对是否行使优先受让权未作出决议。

2008-2009 年，泰山石膏所属下属 8 家控股、参股公司股东泰和建材有限公司（泰山石膏高管和员工持股公司）拟将股权转让给个人，泰山石膏对是否行使优先购买权，无相关决议，董事会也未对管理层进行授权，2009 年—2011 年

BNBMPLC-E-0008157

**又对这 8 家个人股权进行了收购如下表所示。**

## 2009-2011 年主要股权变动表

| 公司名称 | 成立日期 | 成立时股权结构 | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | 泰山石膏 | 比例 | 山东奥宝 | 比例 | 山东泰和 | 比例 |
| 泰山石膏（江西）有限公司 | 2009 年 3 月 | 1050 万元 | 70% | | | 450 万元 | 30% |
| 泰山石膏（铜陵）有限公司 | 2008 年 4 月 | 650 万元 | 65% | | | 350 万元 | 35% |
| 泰山石膏（包头）有限公司 | 2008 年 3 月 | 325 万元 | 65% | | | 175 万元 | 35% |
| 陕西泰山石膏建材有限公司 | 2006 年 11 月 | 700 万元 | 35% | | | 1300 万元 | 65% |
| 泰山石膏（温州）有限公司 | 2006 年 | 500 万元 | 100% | | | | |
| 泰安市金盾建材有限公司 | 2003 年 8 月 | 200 万元 | 40% | | | 300 万元 | 60% |
| 云南泰山石膏建材有限公司 | 2006 年 1 月 | 1000 万元 | 100% | | | | |
| 潍坊奥泰石膏有限公司 | 2004 年 8 月 | 750 万元 | 75% | 250 万元 | 25% | | |

### 续上表：

| 公司名称 | 第一次转让 | | | | |
| --- | --- | --- | --- | --- | --- |
| | 转让时间 | 转让方 | 受让方 | 转让价格 | 转让比例 |
| 泰山石膏（江西）有限公司 | 2009 年 11 月 | 山东泰和 | 赵秀云 | 450 万元 | 30% |
| 泰山石膏（铜陵）有限公司 | 2009 年 11 月 | 山东泰和 | 刘庆 | 350 万元 | 35% |
| 泰山石膏（包头）有限公司 | 2009 年 11 月 | 山东泰和 | 刘庆 | 175 万元 | 35% |
| 陕西泰山石膏建材有限公司 | 2008 年 12 月 | 山东泰和 | 张晨 | 1300 万元 | 65% |
| 泰山石膏（温州）有限公司 | 2008 年 3 月 | 山东泰和增资 | | 270 万元 | 35.06% |
| 泰安市金盾建材有限公司 | 2008 年 12 月 | 山东泰和 | 张栋 | 300 万元 | 60% |
| 云南泰山石膏建材有限公司 | 2006 年 12 月 | 泰山石膏 | 山东泰和 | 650 万元 | 65% |
| 潍坊奥泰石膏有限公司 | 2008 年 6 月 | 山东奥宝 | 山东泰和 | 250 万元 | 25% |

### 续上表：

| 公司名称 | 第二次转让 | | | | |
| --- | --- | --- | --- | --- | --- |
| | 转让时间 | 转让方 | 受让方 | 转让价格 | 转让比例 |

BNBMPLC-E-0008158

| 公司名称 | 转让时间 | 转让方 | 受让方 | 转让价格 | 转让比例 |
|---|---|---|---|---|---|
| 泰山石膏（江西）有限公司 | 2011年10月 | 赵秀云 | 泰山石膏 | 995万元 | 30% |
| 泰山石膏（铜陵）有限公司 | 2011年10月 | 刘庆 | 泰山石膏 | 1313万元 | 35% |
| 泰山石膏（包头）有限公司 | 2011年 | 刘庆 | 泰山石膏 | 635万元 | 35% |
| 陕西泰山石膏建材有限公司 | 2009年 | 张晨 | 泰山石膏 | 4289万元 | 65% |
| 泰山石膏（温州）有限公司 | 2009年11月 | 山东泰和 | 赵秀云 | 270万元 | 35.06% |
| 泰安市金盾建材有限公司 | 2009年 | 张栋 | 泰山石膏 | 1360万元 | 60% |
| 云南泰山石膏建材有限公司 | 2008年12月 | 山东泰和 | 张栋 | 650万元 | 65% |
| 潍坊奥泰石膏有限公司 | 2008年12月 | 山东泰和 | 张晨 | 250万元 | 25% |

续上表：

| 公司名称 | 第三次转让 | | | | |
|---|---|---|---|---|---|
| | 转让时间 | 转让方 | 受让方 | 转让价格 | 转让比例 |
| 泰山石膏（江西）有限公司 | | | | | |
| 泰山石膏（铜陵）有限公司 | | | | | |
| 泰山石膏（包头）有限公司 | | | | | |
| 陕西泰山石膏建材有限公司 | | | | | |
| 泰山石膏（温州）有限公司 | 2011年 | 赵秀云 | 泰山石膏 | 585万元 | 35.06% |
| 泰安市金盾建材有限公司 | | | | | |
| 云南泰山石膏建材有限公司 | 2009年 | 张栋 | 泰山石膏 | 3930万元 | 65% |
| 潍坊奥泰石膏有限公司 | 2009年 | 张晨 | 泰山石膏 | 1296万元 | 25% |

续上表：

| 公司名称 | 基准日审计净资产 | 评估报告文号 | 评估净资产 | 中建材审批情况 | 已计提未分配股利 |
|---|---|---|---|---|---|
| 泰山石膏（江西）有限公司 | 1,728.90 | 国融兴华评报字【2011】第334号 | 3318.18万元 | 批准 | 1250万元 |
| 泰山石膏（铜陵）有限公司 | 1,839.70 | 国融兴华评报字【2011】第332号 | 3750万元 | 批准 | 3100万元 |
| 泰山石膏（包头）有限公司 | 1,063.49 | 国融兴华评报字【2011】第336号 | 1815.47万元 | 批准 | 3050万元 |

BNBMPLC-E-0008159

| | | | | |
|---|---|---|---|---|
| 陕西泰山石膏建材有限公司 | 4,133.82 | 中证评报字(2009)第018-3号 | 6598.52 万元 | 未批准 |
| 泰山石膏(温州)有限公司 | 1,456.90 | 国融兴华评报字【2011】第333号 | 1668.57 万元 | 批准　　　5270万元 |
| 泰安市金盾建材有限公司 | 1,964.69 | 中证评报字(2009)第018-1号 | 2267.39 万元 | 未批准 |
| 云南泰山石膏建材有限公司 | 3,048.52 | 中证评报字(2009)第018-4号 | 6045.48 万元 | 未批准 |
| 潍坊奥泰石膏有限公司 | 3,131.56 | 中证评报字(2009)第018-2号 | 5182.62 万元 | 未批准 |

（2）查看 2008-2011 年公司董事会、股东会会议纪要，未对公司的战略目标进

行制定并形成相应的决议，董事会未对经营层下达具体的经营目标。

**（三）投资及资产管理方面（含境外投资）：**

**（1）设立子公司未经中建材股份公司批准。**

2009 年至 2011 年泰山石膏共成立了 11 家子公司，其中只有 5 家经中建

材股份批准，且存在股东大会最终批准时间与实际完成时间后置的现象，如下表

所示：

2009-2011 年新增长投一览表

| 名称 | 成立日期 | | | 2009-2011 年新增投资 | | | |
|---|---|---|---|---|---|---|---|
| | | 股东会审批 | 中建材审批 | 泰山石膏 | 比例 | 山东泰和 | 比例 |
| 泰山石膏（江西）有限公司 | 2009年3月 | 2009年5月 | 未审批 | 1050万元 | 70% | 450万元 | 30% |
| 山东泰和光能有限公司 | 2009年10月 | 2009年7月 | 未审批 | 330万元 | 55% | 450万元 | 45% |
| 泰山石膏（巢湖）有限公司 | 2010年12月 | 2011年2月 | 2011年5月 | 3000万元 | 100% | | |
| 泰山石膏（聊城）有限公司 | 2011年6月 | 2011年8月 | 未审批 | 3000万元 | 100% | | |
| 泰山石膏（南通）有限公司 | 2009年11月 | 2009年11月 | 2010年1月 | 3500万元 | 70% | | |
| | 2010年增资 | | | 3500万元 | 70% | | |
| 泰山石膏（广东）有限公司 | 2009年4月 | 未审批 | 未审批 | 3000万元 | 100% | | |
| 贵州泰福石膏有限公司 | 2009年9月 | 2009年7月 | 2009年12月 | 3000万元 | 60% | | |
| 泰山石膏（银川）有限公司 | 2009年5月 | 未审批 | 未审批 | 600万元 | 100% | | |
| | 2010年增资 | | | 1800万元 | 100% | | |
| 泰山石膏（四川）有限公司 | 2010年3月 | 2010年6月 | 未审批 | 3000万元 | 100% | | |
| 泰山石膏（辽宁）有限公司 | 2010年11月 | 2011年2月 | 2011年5月 | 3000万元 | 100% | | |
| 泰山石膏（湖北）有限公司 | 2010年11月 | 2011年2月 | 2011年5月 | 3000万元 | 100% | | |

BNBMPLC-E-0008160

（2）2009 年收购个人股权未经董事会、股东会及中建材股份公司批准。

见本沟通函三（二）（1），2009 年转让股权公司。

（3）收购或设立个别公司资产论证不充分，未编制可行性研究报告，对是否新建或是收购未进行论证，致使收购后公司无法正常经营或投入大量资金进行技改。

例如： 2009 年 5 月 14 日与银川经济技术开发区玉林建材有限公司设立了泰山（银川公司），泰山石膏出资 330 万元，银川经济技术开发区玉林建材有限公司以厂房土地使用权出资 270 万元，评估值 756.706 万元，评估增值部分 486.706 万元计入资本公积，2009 年 5 月 18 日以 1450 万元收购了银川经济技术开发区玉林建材有限公司部分资产和"该公司石林"商标，该收购未经资产评估，2009 年 8 月银川经济技术开发区玉林建材有限公司将该部分股权以 270 万元转让给你泰山石膏，受让资产与股权事项未经中建材股份批准，也未对转让股权进行资产评估与审计。收购完成后该公司生产设备工艺落后，无法正常生产运转。银川公司于 2009 年 11 月第四届第七次会议决定重新新建一条生产线，项目名称为宁厦银川年产 3000 万平方米板项目，投资 7019.89 万元，项目于 2011 年 4 月投入运营，实际投资额为 6877 万元。

2009 年 8 月泰山石膏与山东泰和建材有限公司合资成立了山东泰和光能有限公司泰山石膏出资 330 万元，出资比例为 55%，山东泰和建材有限责任公司出资 270 万元，出资比例为 45%。成立公司主要经营太阳能高硼硅玻璃管及真空集热管的生产。建设太阳能高硼硅玻璃管及真空集热管，未编制可行研究报告与项目概算。项目建设分二期，一期于 2009 年 8 月开工建设，2010 年 3 月建

BNBMPLC-E-0008161

成投产，二期于 2010 年 5 月开工建设，二期刚开始建设因市场原因已于 2010

年 12 月停止建设，一期、二期共投入建设资金 1569 万元，一期未做竣工决算，

已投资 1022 万元，二期投资 547 万元，自 2011 年起已停产。2011 年 11 月泰

山石膏收购了山东泰和建材有限公司持有的全部股权，资产评估价 257 万元，

成交价 257 万元。山东泰和光能 2010 年和 2011 年分别亏损 60.87 万元和 91.96

万元，在太阳能高硼硅玻璃管行业产能严重过剩，产品严重滞销的情况下收购山

东泰和建材有限公司股权不符合公司收购的基本原则。


**（四）资产处置方面：**处置资产未经招标与比价。

例如 。（1）2011 年 11 月 3 日，泰山石膏出售一辆旧的帕萨特车辆，原值

268000 元，累计折旧 178471.82 元。未经过招投标，与本单位员工尹义军于

2011 年 11 月 1 日签订售车协议，以 80000 元的价格将车出售。

（2）2011 年 4 月 27 日，泰山石膏出售已报废的导热油炉，未经过招投标，

与乙方周长玉于 2011 年 4 月 20 日签订导热油炉及相应阀门、部分管道的销售

协议，以 15 万元的价格出售。

（3）2011 年 2 月 19 日，泰山石膏出售已报废的烘干机，未经过招投标，

与乙方孟三宝于 2011 年 2 月 17 日签订烘干机买卖合同，以 115368 元的价格

出售。

（4）2010 年 11 月 30 日，泰山石膏出售齐齐哈尔商品房一套（固定资产原

值：281261.5 元、累计折旧：48252.3 元），未经过招投标，与乙方张丽霞签订

房屋买卖合同，以 28 万元的价格出售。


**11 / 15**

BNBMPLC-E-0008162

（五）职工薪酬及人工成本管理：

1、问题：部分工资性质的款项支出未通过应付职工薪酬核算。

2、问题违反的具体规章制度：《企业会计准则》等。

3、审计结论：

（1）对问题的分析：

检查 2010 年 12 月 31 日 2245 号凭证，泰山石膏付 2010 年 1-3 季度销售提成 879263.07 元未进应付职工薪酬科目核算。借记：销售费用，贷记：银行存款。

（2）2011 年 12 月 30 日 2088 号凭证，泰山石膏付 2010 年 10 月到 2011 年 1-8 月销售提成 552867.07 元未进应付职工薪酬科目核算。借记：销售费用，贷记：银行存款。

（六）改组改制、高管持股问题：

问题：高管董事长贾同春持有泰山石膏 5%股份，山东泰和建材有限责任公司持有泰山石膏 14%，山东泰和建材有限责任公司为泰山石膏部分高管和职工出资设立，视同持有泰山石膏股份。

2011 年根据 2010 年度股东大会决议，将可供股东分配利润中 10000 万元用于派发红利。按持股比例，山东泰和建材有限责任公司分红 1400 万元，贾同春分红 500 万元，检查实际分红凭证，泰山石膏将该上述两笔款项 1900 万元全部汇入山东泰和建材有限责任公司账户。

（七）工程管理方面

1、检查泰山石膏年产 9.8 万吨护面纸项目发现如下问题：

（1）决策审批程序后置。

BNBMPLC-E-0008163

中建材股份公司对该项目可行性研究报告批复日期为 2011 年 3 月 30 日，截止审计日尚未取得中建股份公司概算批复与开工批复，而工程实际开工日期为 2010 年 5 月 10 日，已于 2011 年 11 月 15 日完工。

（2）未编制投资概算，不利于项目的管理控制。

（3）土建及设备工程招标流程不规范。招标过程中未制订详细的评标标准、无评标过程记录与评标报告。

（4）工程质量评估报告由监理单位完成，属于自我复核。

**（八）内部控制：**

1、捐赠未经过中建材集团审批或泰山石膏公司董事会决议。

检查泰山石膏相关资料发现，2009 年捐赠给泰安市伊斯兰协会的 120 万元非公益性对外捐赠，未经过公司董事会及中国建筑材料集团有限公司审批，只经过了总经理办公会审批。

2、公司制度建设方面。

（1）公司目前制度未形成体系，制度由执行各业务的部门自行制定，制度也未经公司行文下发，制度间的相互制约关系不强，达不到内部控制的效果。

（2）未制订"三重一大"管理制度。

（3）未制订固定资产处置、出售管理制度

（4）未制订相应的职务消费管理管理制度。

截止 2011 年底泰山石膏公司无系统的职务消费管理制度，只有部分相关制度已出台实施（如通讯费补贴），但尚未制定完善适合公司并经过决议下发执行的职务消费等相关体系的制度细则。

（5）未建立工程后评价管理制度。

BNBMPLC-E-0008164

**（九）诉讼事项**

2009 年，美国多家房主、房屋建筑公司以石膏板存在质量问题为由，起诉了包括北新建材、泰山石膏在内的国内外石膏板生产商、销售商、房屋建筑商等数百家企业，要求赔偿因石膏板质量问题产生的各种损失。

北新建材对美国石膏板诉讼给予了高度关注，并于 2010 年 5 月 28 日作出《北新集团建材股份有限公司关于美国石膏板事件的公告》。北新建材收到来自美国关于使用中国石膏板诉讼的送达传票提及的金额为 150,000 美元；泰山石膏收到来自美国关于使用中国石膏板诉讼的送达传票提及的金额为 5,225,000 美元。2010 年 5 月，在泰山石膏缺席的情况下，美国路易斯安那州东区联邦法院要求泰山石膏对七名原告宣称因使用石膏板导致的损失赔偿 2,609,129.99 美元。

2010 年，中国建材集团有限公司和中国建材股份有限公司、北新建材、泰山石膏分别聘请美国知名律师事务所作为法律顾问，对有关美国石膏板诉讼予以应对。贵公司自 2010 年 6 月起应诉美国关于使用中国石膏板诉讼案件，截止 2011 年已支付律师费用 4800 万元律师费，目前案件处于原、被告双方互相举证阶段，何时判决无法预测。

**四、沟通意见反馈**

请企业逐笔说明上述问题及意见（可另附说明）。

中国建筑材料集团有限公司经济责任审计

泰山石膏有限公司审计组

2012 年 5 月 16 日

签收人（企业盖章）：

BNBMPLC-E-0008165

签收日期：2012 年 5 月 16

**15 / 15**

BNBMPLC-E-0008166