Administration of Industry and Commerce of Shandong Province, Enterprise Archive Query Seal

**Articles of Association of Tai Shan Gypsum Co., Ltd.**

Tai Shan Gypsum Co., Ltd.

June 20, 2007

Translation of TG 0020725

MTD Exhibit #131

Jia Def 1/9/12

EXHIBIT NO. 12A

## Contents

Chapter I    General Principles ·················································································· 2

Chapter II    Purpose and Scope of Business ············································· 2

Chapter III    The Shares ············································································· 3

Chapter IV    Shareholders and General Meeting ·································· 4

Chapter V    Board of Directors ······························································· 9

Chapter VI    General Manager ································································· 13

Chapter VII    Board of Supervisors ························································ 14

Chapter VIII    Qualification and Duties of Directors, Supervisors and Senior Management Personnel of the Company ·········································· 16

Chapter IX    Financial and Accounting Systems, Distribution of Profits and Auditing ······· 18

Chapter X    Merger, Division, Dissolution and Liquidation ································ 19

Chapter   XI    Amendments to These Articles of Association ················ 21

Chapter XII    Miscellaneous ················································································ 22

1

Translation of TG 0020726

These Articles of Association was adopted through a special resolution at the first interim general meeting in 2005 of the Company on May 25, 2005 and amended hereby on June 20, 2007.

## Chapter I    General Principles

Article 1.    These Articles of Association is formulated pursuant to the *Company Law of the People's Republic China* (the "*Company Law*") and other relevant provisions for the purpose of protecting the legal interests of the Company, the Shareholders and the Creditors and regulating the organization and conduct of the Company.

Article 2.    Tai Shan Gypsum Co., Ltd. (the "Company") shall be a company limited by shares incorporated pursuant to the *Company Law* and other relevant provisions.

The Company shall be incorporated by means of sponsorship as approved by Shandong Provincial Economic System Reform Commission by the Consent Letter of the Incorporation of Shandong Tai He Dong Xin Co., Ltd. (Lu Ti Gai Han Zi [1998] No. 49). The Company shall be registered with and obtain its business license from the Administration of Industry and Commerce of Shandong Province.

Article 3.    Registered name of the Company: Tai Shan Gypsum Co., Ltd.

Article 4.    Domicile the Company: Dawenkou Township, Daiyue District, Tai'an City, Shandong Province.Postal Code: 271026

Article 5.    The registered capital of the Company shall be RMB 1,505,625,000

Section 5    The Company shall be a company limited by shares with its term of business being perpetual.

Article 7.    Chairman shall be the legal representative of the Company.

Article 8.    All capital of the Company shall be divided into equal shares. Each shareholder's liability to the Company shall be limited by the shares held by it. The Company shall be liable for its debts with all its debts.

Article 9.    These Articles of Association shall constitute a document legally binding on the organization and conduct of the Company and the rights and obligations as between the Company and the Shareholders and among the Shareholders from its date of effectiveness. Pursuant to these Articles of Association, the Shareholders may sue the Company; the Company may sue its Shareholders, Directors, Supervisors, the General Manager and other senior management personnel; the Shareholders may sue other Shareholders or the Directors, the Supervisors, the General Manager and other senior management personnel of the Company.

Article 10.    For the purpose of these Articles, "other senior management personnel" shall mean the Deputy General Manager, the Board secretary, the financial principal, the chief engineer, the chief economic manager and the chief accountant of the Company.

## Chapter II    Purpose and Scope of Business

Article 11.    The purpose of the business of the Company shall be to establish efficient operation and management systems to facilitate steady development of the Company, to realize satisfactory economic return for the Shareholders and to discharge the Company's responsibilities to the prosperity of the society and the progress of mankind.

Article 12.    The business scope of the Company, as approved by its registry, shall include

Translation of TG 0020727

the manufacturing and sales of paper-surface thistle board, gypsum products, plaster tablet mask paper, stone materials, lightgage steel joists, construction materials, decoration materials and new building materials; sales of (phosphoric acid) corrosives, phosphogypsum as a by-product of phosphoric acid, construction hardware, ceramics products, electrical products, furniture, domestic appliance, general merchandise and fitting parts for mining machinery; retailing of auto parts; recycling and sales of waste paper and waste carton; dactylioglyphy; decoration and improvement engineering; general cargo transportation within the licensed scope (may only be operated by the Company's division) and import and export businesses within the filed scope.

### Chapter III   The Shares

#### Section One   Issuing of Shares

Article 13.   The shares of the Company shall take the form of share certificates.

Article 14.   All shares issued by the company shall be common shares.

Article 15.   Shares of the Company shall be issued on an open, fair and impartial manner with the same kind of shares bearing the same rights and benefits.

Article 16.   The par value of the shares issued by the Company shall be represented in RMB.

Article 17.   The total capital of the Company shall comprise 155,625,000 shares. Within such shares:

(1) Beixin Group Construction Material Co., Ltd shall hold 65,362,500 shares, representing 42% of the total capital of the Company;

(2) Tai'an Donglian Investment & Trading Co., Ltd shall hold 35,793,750 shares, representing 23% of the total capital of the Company;

(3) Tai'an State-owned Assets Operation Co., Ltd shall hold 24,900,000 shares, representing 16% of the total capital of the Company;

(4) Tai'an Anxin Investment & Trading Co., Ltd shall hold 21,787,500 shares, representing 14% of the total capital of the Company;

(5) Jia Tongchun shall hold 7,781,250 shares, representing 5% of the total capital of the Company.

#### Section Two   Increase and Reduction of Shares

Article 18.   As required by its operation and development, the Company may increase its capital in the following ways by separate special resolutions of the General Meeting pursuant to provisions of the laws and regulations:

(1) allotment of shares to existing shareholders;

(2) allotment of dividend shares to existing shareholders;

(3) converting reserve funds into share capital;

(4) other ways provided or permitted under provisions of laws and regulations.

Article 19.   When the Company increases its shares, existing shareholders shall have preemptive right to subscribe the newly issued shares on equal terms.

Article 20.   The Company may reduce its registered capital pursuant to the provisions of these Articles of Association. Reduction of shares by the Company shall be carried out pursuant to the *Company Law* and other relevant provisions and the procedures provided by these Articles of Association of the Company.

Translation of TG 0020728

Section Three    Transfer of Shares

Article 21.   Shares held by shareholders may be legally transferred. Beixin Group Construction Materials Co., Ltd shall have preemptive right to purchase on equal terms for the shares transferred by the other shareholders of the Company.

Article 22.   Shares in the Company held by the sponsors may not be transferred within one year of the date of incorporation of the Company.

Article 23.   The Company may not acquire its own shares except for under any of the following circumstances:

(1) reduction of capital of the Company;

(2) merger with another company holding shares in the Company;

(3) granting shares to employees of the Company as bonus;

(4) request by any shareholder upon the Company that the Company acquire its shares be reason of its objection to any resolution of the General Meeting concerning merger or division of the Company.

Acquisition by the Company of its own shares under any of the circumstances set out in the foregoing sub-paragraph (1)-(3) shall subject to a resolution of the General Meeting. Shares acquired by the Company pursuant to the aforesaid paragraph shall be canceled within ten days of acquisition, in the case of the aforesaid sub-paragraph (1), or transferred or canceled within six months of acquisition within six months in the case of the aforesaid sub-paragraphs (2) and (4).

Shares of the Company acquired by the Company pursuant to the aforesaid sub-paragraph (3) shall not exceed 5% of the total issued shares of the Company. Such acquisition shall be funded by net income of the Company and the acquired shares shall be transferred to employees within one year.

The Company shall not accept its Shares as the object of pledge.

### Chapter IV    Shareholders and General Meetings

Section One    Shareholders

Article 24.   Shareholders shall be the legal owners of the shares of the Company.

The shareholders shall be entitled to rights and undertake obligations pursuant to the kind of shares held by them. Shareholders of the same kind of shares shall be entitled to the same rights and undertake the same obligations.

Article 25.   Shareholder Register shall be sufficient evidence of shareholders' ownership of shares in the Company. The Company shall establish a Shareholder Register.

Article 26.   The shareholders of the Company shall be entitled to the following rights:

(1) receiving dividends and other distribution of benefits in proportion to their shareholding ratios;

(1) attending general meetings in person or by shareholder proxy;

4

Translation of TG 0020729

(3) exercising voting rights in proportion to their shareholding ratio;

(4) supervising the operation activities of the Company and making proposals or inquiries;

(5) transferring, endowing or pledging the shares held by them pursuant to provisions of laws, regulations and these Articles of Association;

(6) obtaining relevant information pursuant to provisions of the law and these Articles of Association, including access to these Articles of Association and other documents of the Company;

(7) participating in the distribution of equity in proportion to its shareholding ratio upon termination or liquidation of the Company;

(8) other rights vested by laws, regulations and these Articles of Association.

Article 27.   If any resolution of the General Meeting or the Board of Directors violates laws and regulations or legal interests of the shareholders, the shareholders may bring a lawsuit with people's court for an injunction to stop such illegal activity or tort.

Article 28.   The shareholders of the Company shall undertake the following obligations:

(1) observing these Articles of Association of the Company;

(2) paying the subscription price pursuant to the number of shares subscribed and the payment mode provided;

(3) refraining from requesting redemption of shares except for under the circumstances provided by laws and regulations;

(8) other obligations imposed by laws, regulations and these Articles of Association.

Section Two   General Meeting

Article 29.   The General Meeting, constituted by all the shareholders, shall be the organ of the highest authority of the Company and shall exercise the following powers:

(1) Determining the operation policy and investment plans of the Company;

(2) Selecting and replacing non-employee Directors and the Supervisor and determining the remuneration of the Directors and the Supervisor;

(3) Considering and determining the approval of reports of the Board of Directors;

(4) Considering and determining the approval of reports of the Board of Supervisors or the Supervisor;

(5) Considering and determining the approval of annual financial budget and final accounting plans of the Company;

(6) Considering and determining the approval of the profit distribution and loss covering plans of the Company;

(7) Adopting resolutions of registered capital increase or reduction of the Company;

(8) Adopting resolutions of issuing corporate bonds;

(9) Adopting resolutions of merger, division, dissolution, liquidation or change of corporate form of the Company;

(10) Amending these Articles of Association of the Company;

(11) Considering other matters to be determined by the General Meeting pursuant to laws, regulations and these Articles of Association of the Company.

Where all shareholders have indicated their unanimous consent to any of the foregoing matters in writing, a resolution may be adopted without a general meeting

Translation of TG 0020730

but directly made by all the shareholders by signing or sealing the document of such resolution.

Article 30.   Meetings of the General meeting shall be classified into annual general meetings and interim general meetings. In each year, one annual general meeting shall be convened within six months of the end of the previous financial year.

Article 31.   Under any of the following events, the Company shall convene an interim general meeting within two months of the date of occurrence of such event;

(1) the number of Directors being less than the statutory minimum number provided in the *Company Law* or the 2/3 of the number provided in these Articles of Association;

(2) the uncovered losses of the Company amounting to 1/3 or more of the total capital;

(3) written request by shareholders holding, individually or collectively, shares representing no less than 10% of the voting rights (not including voting rights held as proxy) of the Company;

(4) the Board of Directors considering such meeting necessary;

(4) the Board of Supervisors proposing the convening of such meeting;

(6) other circumstances provided by these Articles of Association of the Company.

Article 32.   Interim general meetings may adopt resolutions only in connection with the matters set out in the notice of such meeting.

Article 33.   General meetings shall be legally convened by the Board of Directors and presided over by the Chairman. Where the Chairman is not able to or fails to perform its responsibilities, the meeting shall be presided over by a Director elected by on less than half of the Directors. Where the Board of Directors is unable to or fails to convene any general meeting, the Board of Supervisors shall convene and preside over such meeting. Where the Board of Supervisors also fails to convene and preside over any general meeting, shareholders holding, individually or collectively, no less than 10% of the shares of the Company consecutively for no less than nineteen days may directly convene and preside over such meeting.

Article 34.   For the Company to convene any general meeting, the Board of Directors shall give a written (fax shall be valid) notice at least twenty days, or fifteen days in the case of an interim general meeting, in advance of the meeting to all the shareholders, specifying the time, place and agenda of such meeting. With the consent of all the shareholders, the aforesaid notice period of twenty or fifteen days may be exempted or appropriately shortened.

Article 35.   The shareholders may attend meetings of the General Meeting in person or through their authorized proxies. Shareholders shall authorize their proxies by written power of attorney, which shall be signed by the authorizing shareholders or their attorneys in fact authorized in writing. If the authorizing shareholder is a legal entity, the power of attorney shall be stamped the seal of such shareholder or be signed by its officially appointed agent.

Article 36.   The power of attorney authorizing another person to attend the any general meeting issued by shareholder shall specify the following items:

(1) name of the proxy;

(2) whether the exercise of voting power is granted;

6

Translation of TG 0020731

(3) instructions of the casting affirmative, dissenting or abstention vote in connection with each considered matter listed in the agenda of the general meeting;

(4) date and duration of the power of attorney;

(5) signature (or seal) of the authorizing shareholder. If the authorizing shareholder is a legal entity, the seal of such legal entity shall also be affixed.

The power of attorney shall specify whether the proxy may vote according to his own intention absenting the shareholder's specific instruction.

Article 37.   The Company shall be responsible for preparing a signature register for all the attendees of the meeting. The signature register shall specify items of the attendees such as name, ID number, domicile/address, number of voting shares held or represented and the authorizing shareholder's name.

Article 38.   The following procedures shall apply to interim shareholder meetings convened upon requests of the Board of Supervisors or the shareholders:

(1) One or several counterparts of a written request in the same substance and form shall be signed for the purpose of requesting the Board of Directors to convene an interim general meeting, stating the subjects of such meeting. The Board shall, upon its receipt of the aforesaid written request, give a notice for convening the interim general meeting as soon as possible.

(2) If the Board fails to give the notice of convening such meeting within thirty days of its receipt of the aforesaid written request, the Board of Supervisors or the shareholders proposing such meeting may directly convene such interim general meeting within three months of the Board of Director's receipt of such request. The process of convening such meeting shall be as identical as possible to the procedures applying to the Board of Directors' convening of meetings of the General Meeting. Where the Board of Directors or the shareholders directly convene and hold a meeting due to the Board of Directors' failure to hold such meeting upon the aforesaid request, the Company shall provide the Board of Supervisors or the shareholders necessary assistance and bear the costs of such meeting.

Article 39.   After the notice of a general meeting is sent, the Board of Directors shall not change the time of such meeting unless there occurs some reason such as force majeure or any other accident.

Article 40.   If the Board of Directors fails to convene an interim general meeting within the provided time limit under any of the following circumstances, the Board of Supervisors or the shareholders may directly convene an interim general meeting pursuant to the procedures provided in these Articles of Association: (1) the number of members of the Board of Directors is less than the minimum statutory number under the Company Law; (2) the number of members of the Board of Directors is less than the number provided in these Articles of Association; or (3) the uncovered losses of the Company amounting to 1/3 or more of the total capital.

Section Three   Proposals to the General Meeting

Article 41.   For any general meeting, shareholders holding, individually or collectively, 3% or more shares of the Company may raise interim proposals and submit the same to the Board of Directors in writing ten days in advance of the meeting. The Board of Directors shall notify the remaining shareholders within two days of its receipt of any interim proposal and submit the same for consideration at such general meeting.

Article 42.   Each proposal to the General Meeting shall meet the following requirements:

(1) the contents of such proposal shall not contravene with provisions of the laws, regulations and these Articles of Association and fall into the business scope and the scope of responsibilities of the General Meeting;

7

(2) the proposal shall have explicit subjects and specific matters to be resolved.

(3) the proposal shall be submitted or sent to the Board of Directors in writing.

Article 43.   It shall be the principle of the Board of Directors to conduct itself in the best interests of the Company and the shareholders. The Board of Directors shall review proposals to the General Meeting pursuant to Article 42 of this Section.

Article 44.   If the Board of Directors determines not to include any proposal to the General Meeting in the agenda of the meeting, it shall explain and illustrate such determination at such general meeting.

Section Four   Resolutions at the Meetings of the General Meeting

Article 45.   The shareholders (including their proxies) shall exercise their voting rights in proportion to the number of voting shares represented by them, each share bearing one vote.

Article 46.   Resolutions at meetings of the Board Meeting shall be classified into common resolutions and special resolutions.

For the General Meeting to adopt any common resolution, affirmative votes cast by 1/2 or more of the voting rights held by all attending shareholders (including shareholder proxies) of the General Meeting are required.

For the General Meeting to adopt any special resolution, affirmative votes cast by 2/3 or more of the voting rights held by all attending shareholders (including shareholder proxies) of the General Meeting are required.

Article 47.   The following matters shall be passed by commons resolutions at a general meeting:

(1) operational reports of the Board of Directors or the Board of Supervisors;

(2) annual budget and final accounting plans of the Company;

(3) annual reports of the Company;

(4) profit distribution and loss covering plans prepared by the Board of Directors;

(5) appointment, dismissal, and compensation and the payment thereof of members of the Board of Directors and the Board of Supervisors;

(6) other matters except for those the passing of which requires special resolutions pursuant to provisions of the laws, regulations or these Articles of Association.

Article 47.   The following matters shall be passed by special resolutions of the General Meeting:

(1) increase or reduction of registered capital of the Company;

(1) issuing of corporate bonds of the Company;

(3) division, merger, dissolution and liquidation of the Company;

(4) amending these Articles of Association of the Company;

(5) redemption of shares of the Company;

(6) other matters provided in these Articles of Association or determined by common resolutions of the General Meeting as having material effect on the Company and requiring special resolutions.

Article 49.   Unless approved by the General Meeting by a special resolution, the Company may not enter into any contract with any person other than

8

Translation of TG 0020733

the directors, managers and other senior management personnel for the purpose of entrusting the management of all or major businesses of the Company to such person.

Article 50.   Voting by open ballot shall be used at general meetings and the votes shall be casted either by ballot or by show of hands. The representative of ballot counters shall announce the voting results on spot.

Article 51.   The presider of the meeting shall determine whether any resolution of the general meeting is passed pursuant to the voting results and shall announce the voting results at such meeting. The voting results of the resolutions shall be included in the minutes of the general meetings.

Article 52.   If the presider has any doubt relating to the voting results of any resolution submitted for voting, he/she may tally the votes casted. If the presider of the meeting fails to tally the votes and the attending shareholders or shareholder proxies have objections against the results announced by the presider, they shall have the right to immediately request the tally of votes after the announcement of the voting results, upon which the presider shall tally the votes seasonably.

Article 53.   Except for those relating to business secret of the Company and not able to be disclosed at general meetings, the Board of Directors and the Board of Supervisors shall give reply or explanation to shareholders' inquires and suggestions.

Article 54.   Minutes of the general meetings shall be prepared. The following items shall be included in the minutes of general meetings:

(1) the number of voting shares the holders of which are present at the meeting and the ratio they account for total shares;

(2) the date and place of such meeting;

(3) name of the presider and agenda of the meeting;

(4) key points of each speaker on each matter being considered;

(5) voting results of each matter subject to voting;

(6) inquiry opinions, suggestions of the shareholders, reply or explanation of the Board of Directors and the Board of Supervisors and other contents;

(7) other contents that should be included in the meeting minutes pursuant to the general meeting's opinions or the provisions of these Articles of Association.

Article 55.   Minutes of the general meetings shall be signed by the attending shareholders, Directors and the presider and shall be kept as the Company's record by the Board Secretary. Minutes of the general meetings shall be kept for perpetuity.

Article 56.   The number of attendees, number of shares held by attending shareholders, powers of attorney, voting results of each matter subject to voting, the meeting minutes, the legality of the procedure and other matters of general meetings may be certified by a notary public.

### Chapter V   Board of Directors
#### Section One   Directors

Article 57.   The Directors of the Company shall be individuals. An individual does not have to hold any shares of the Company to be a Director.

Article 58.   Directors shall be elected or replaced by the General Meeting for three-year tenures. Directors may be re-appointed at the expiration of each tenure. The General Meeting shall not discharge any Director without cause prior to the expiration of its tenure.

The tenure of each Director shall begin to run at the date of such Director's appointment by the General Meeting by a resolution and shall end at the expiration of the tenure of the current Board of Directors.

Translation of TG 0020734

Article 59.   Each Director shall exercise its rights vested by the Company prudently, earnestly and diligently to ensure that:

(1) the business activities of the Company comply with the requirements of the laws, regulations and the various economic policies of the government and do not go beyond the business scope stated in the business license;

(2) all shareholders are treated fairly;

(3) he shall carefully read the various business and financial reports of the Company and timely learn the operation and management status of the business of the Company;

(4) it shall personally exercise its granted discretion relating to the management of the Company and shall not be manipulated by any other person; and that it shall not re-delegate its discretion to be exercised by any other person unless permitted under the laws and administrative regulations or approved by an informed general meeting;

(5) it shall accept the legal supervision and reasonable suggestions of the Board of Supervisors concerning its performance of responsibilities.

Article 60.   Where the number of Directors is less than the statutory number due to the failure to re-elect new Directors to fill the vacancies generated by reason of expiration of tenure of Directors or resignation of incumbent Directors during their tenure, the vacating Directors shall continue to perform their responsibilities pursuant to the provisions of the laws, administrative regulations and these Articles of Association before the re-elected Directors shall take their offices.

Article 61.   Each Director may resign from its office prior to the expiration of its tenure. The resigning Director shall submit a written resignation report to the Board of Directors for such resignation. Any incumbent Director who has caused losses to the Company due to its departure from office without approval shall be liable for indemnifying the Company.

Section Two   The Board of Directors

Article 62.   The Company shall have a Board of Directors, which shall be accountable to the General Meeting.

Article 63.   The Board of Directors shall be constituted of five Directors and shall have one Chairman. Of these five Directors, Beixin Group Construction Materials Co., Ltd and Tai'an Donglian Investment & Trading Co., Ltd shall joint nominate three Directors, Tai'an State-owned Assets Operation Co., Ltd shall nominate one Directors and Tai'an Anxin Investment & Trading Co., Ltd and Jia Tongchun shall jointly nominate one Director.

Article 64.   The Board of Directors shall exercise the following powers:

(1) convening general meetings and reporting its work to the same;

(2) implementing resolutions of the General Meeting;

(3) determining the operation plan and investment projects of the Company;

(4) formulating annual financial budgets and final accounting plans of the Company;

(4) formulating the profit distribution and loss covering plans of the Company;

(6) formulating plans for registered capital increase or reduction, issuing of corporate bonds or other securities and listing of the Company's securities;

10

(7) formulating plans of major acquisition, redemption of shares, merger, division or dissolution of the Company;

(8) determining the venture investments and mortgage and other security created on the assets of the Company within the authority vested in it by the General Meeting;

(9) determining the establishment of internal management organs of the Company;

(10) hiring or dismissing General Manager, Board Secretary and the openly recruited financial principal of the Company; hiring and dismissing Deputy General Manager and other senior management personnel of the Company based on nomination by General Manager and determining remuneration and rewards and punishment matters of such personnel;

(11) formulating basic management systems of the Company;

(12) drafting amendments to these Articles of Association of the Company;

(13) listening to operation reports of the General Manager and inspecting its performance;

(14) other powers provided by laws, regulations and these Articles of Association of the Company or vested in it by the General Meeting.

Article 65.   The Board of Directors shall formulate rules for discussion of matters by it to ensure its performance efficiency and sound decision-making.

Article 66.   Chairman shall be a Director and shall be elected and removed by no less than half of all the Directors.

Article 67.   Chairman shall exercise the following powers:

(1) presiding over general meetings and convening and presiding over Board meetings;

(2) supervising and inspecting the implementation of Board resolutions;

(3) signing shares, corporate bonds and other securities of value of the Company;

(4) signing important documents of the Board and other documents that should be signed by legal representative of the Company;

(5) exercising the powers of legal representative;

(6) exercising special discretion in conformity to legal provisions and in the interests of the Company in relation to matters of the Company under urgent situations of a force majeure nature such as extreme natural disasters and reporting to the Board and the General Meeting afterwards.

(7) other powers vested by the Board.

Article 68.   The Board of Directors shall have at least two meetings in each year, which shall be convened by Chairman and of which written notice shall be given to all Directors ten days in advance of the meeting.

Article 69.   Under any of the following circumstances, Chairman shall convene an interim Board meeting within ten business days:

(1) 1/3 or more Directors jointly proposing such meeting;

(4) the Board of Supervisors proposing the convening of such meeting;

(3) shareholders representing 1/10 or more voting shares.

Translation of TG 0020736

Article 70.   Notice of interim Board meeting may be served by the Board by personal delivery or fax ten days in advance of the meeting.

Chairman shall convene and preside over Board meetings and inspect the implementation of Board resolutions. Where Chairman is not able or fails to perform its responsibilities, no less than half the Directors shall jointly elect one Director to perform such responsibilities.

Article 71.   To constitute a quorum at any Board meeting, no less than 1/2 of the Directors must present themselves. Each Director shall have one vote. To adopt any resolution, no less than half of all the Directors shall vote affirmatively.

Article 72.   At interim Board meetings, resolutions may be adopted by fax signed by all attending Directors provided that Directors' opportunity to fully express their opinions shall be secured.

Article 73.   Directors shall attend Board meetings in person. Where a Director is unable to attend any Board meeting for cause, he/she may authorize another Director in writing to attend such meeting.

Article 74.   The power of attorney shall specify the name of the agent and matters, power, and validity period of such agency and shall be signed or sealed by the authorizing Director.

Article 75.   The Director acting as an agent shall exercise the rights of the authorizing Director within the powers vested. Any Director neither presenting himself/herself in person nor authorizing an agent to attend any meeting shall be deemed as having waived its voting right at such meeting.

Article 76.   For voting Board resolutions, open ballot voting shall be applied. Each Director shall have one vote.

Article 77.   Minutes of Board meetings shall be prepared. Directors and the clerk attending the meeting shall sign the meeting minutes. Each attending Director shall have the right to request the making of explanatory notes concerning his speaking at the meeting. Board meeting minutes shall be kept by Board Secretary as records of the Company. Board meeting minutes shall be kept for perpetuity.

Article 78.   Minutes of Board meetings shall include the following contents:

(1) the date, place and the name of the convening person of such meeting;

(2) names of the attending Directors and Directors (agents) attending under the authorization of other Directors;

(3) agenda of the meeting;

(4) key points of the statements of Directors;

(5) voting manner and results (including the numbers respectively of affirmative votes, dissenting votes and abstention votes) of each voted matter;

Article 79.   Directors shall sign and be responsible for Board resolutions. If any Board resolution violates laws, regulations or these Articles of Association and has caused losses to the Company, Directors having participated in the adoption of such resolution shall be responsible for indemnifying the Company. However, where it is established that any Director has indicated its objection to such resolution, which objection has been recorded in the meeting minutes, such Director shall be released from such liability.

Translation of TG 0020737

### Section Three   Board Secretary

Article 80.   The Board of Directors shall have one Board Secretary. Board Secretary shall be a senior management personnel of the Company accountable to the Board of Directors.

Article 81.   Board Secretary shall have necessary expertise and experience and shall be appointed by the Board of Directors.

Article 82.   The primary responsibilities of Board Secretary shall be as follows:

(1) preparing and submitting reports and documents to be issued by the Board and the General Meeting as required by relevant government authority;

(2) making arrangements for Board meetings and general meetings and being responsible for preparing meeting minutes and keeping the documents and minutes of such meetings.

(3) being responsible for information disclosure by the Company to ensure the timeliness, accuracy, legality and completeness of such disclosure;

(4) ensuring that persons entitled to receiving relevant records and documents of the Company receive the same on time.

Article 83.   Board Secretary may be a Director or other senior management personnel of the Company.

Article 84.   Board Secretary shall be nominated by Chairman and hired or dismissed by the Board. Where a Director is also Board Secretary, he/she may not, in both of such capacities at the same time, take any activity that needs to be taken by the Directors and Board Secretary respectively.

### Chapter VI   General Manager

Article 85.   The Company shall have one General Manager which shall be hired or dismissed by the Board of Directors. If hired, the Directors may hold the office of General Manager or other senior management position at the same time.

Article 86. Each tenure of General Manager's shall be three years, renewable upon re-appointment.

Article 87.   General Manager shall be accountable to the Board of Directors and shall exercise the following powers:

(1) directing the management of production and operation of the Company and report to the Board of Directors.

(2) coordinating the implementation of Board resolutions and annual plans and investment projects of the Company;

(3) preparing plans for establishing internal management organs of the Company;

(4) preparing the basic management systems of the Company;

(5) formulating specific rules of the Company;

(6) submitting its proposals of hiring or dismissing senior management personnel other than Board Secretary and the financial principal for the Board's determination;

(7) hiring or dismissing management personnel other than those that should be hired or dismissed by the Board;

(8) preparing plans of employee's wages, benefits and rewards and punishments and determining the hiring and dismissing of employees of the Company;

13

Translation of TG 0020738

(9) proposing the convening of interim Board meetings;

(7) other powers vested by these Articles of Association or the Board of the Company.

Article 88.   General Manager and other senior management personnel shall attend Board meetings.

Article 89.   General Manager shall report to the Board of Directors or the Board of Supervisors status of matters of the Company such as execution and performance of major contracts, use of funds and profits and losses. General Manager shall ensure the truthfulness of such reports.

Article 90.   In preparing plans for issues affecting the vital interests of the employees such as employees' wages, benefits, safe production and labor protection, labor insurance and dismissal or firing of employees, General Manager shall consult with the opinions of the trade union or the employee congress beforehand.

Article 91.   General Manager of the Company shall observe provisions of laws, administrative regulations, these Articles of Association and the duties of good faith and diligence.

Article 92.   General Manager may resign from its office prior to the expiration of its tenure. Specific procedures and rules applying to General Manager's resignation shall be governed by the employee contract between the Company and General Manager.

Article 93.   The Company shall establish an incentive mechanism which represents a correlation between compensation of General Manager and other senior management personnel and the performance of the Company and such individuals to attract talents and maintain a stable team of such personnel.

Article 94.   The Company's assessment of the performance of General Manager and other senior management personnel shall be the basis on which such personnel's compensation and other incentive payments should be ascertained.

Article 95.   If there is any violation of laws, regulations and these Articles of Association on the part of General Manager or other senior management personnel that has caused losses to the Company, the Board of Directors shall take active measures to hold such personnel legally liable.

### Chapter VII    Board of Supervisors
#### Section One    The Supervisors

Article 96.   Supervisors shall consist of shareholder representatives and employee representatives. Beixin Group Construction Materials Co., Ltd shall nominate one Supervisor, the other shareholders shall jointly nominate 1 Supervisor and the other Supervisor shall be a representative of the employees.

Article 97.   None of the Directors, the General Manager and other senior management personnel shall hold the office of Supervisor concurrently.

Supervisors shall have expertise or experience in areas such as law and accounting. The composition and structure of the Board of Directors shall ensure that the Board of Directors is able to carry out supervision and inspection in connection with the Directors, the General Manager and other senior management personnel independently and effectively.

Article 98.   Each tenure of the Supervisors shall last for three years. Shareholder Supervisors shall be elected or replaced by the General Meeting and employee Supervisors shall be elected or replaced by the employees of the Company democratically. The tenure of each Supervisor may be renewed upon re-appointment.

14

Section 99   The Supervisors may attend Board meetings and raise inquiries or proposals concerning the subject matters of the Board meeting resolutions.

Article 100.   Each Supervisor may resign prior to the expiration of his/her tenure. Provisions in Chapter V of these Articles of Association concerning Directors' resignation shall apply to Supervisors.

Article 101.   Supervisors shall observe provisions of laws, administrative regulations, these Articles of Association and the duties of good faith and diligence.

Section Two   The Board of Supervisors

Article 102.   The Company shall have a Board of Supervisors. The Board of Supervisors shall have three members, among which one member shall be the Chairman of the Board of Supervisors to be elected by more than half of all the Supervisors. Chairman of the Board of Supervisors shall convene and preside over meetings of the Board of Supervisors. Where Chairman of the Board of Supervisors is not able to or fails to perform its responsibilities, no less than half of the Supervisors shall jointly elect one Supervisor to convene and preside over meetings.

Article 103.   The Board of Supervisors shall exercise the following powers:

(1) inspecting the financial matters of the Company;

(2) supervising the Directors, the General Manager and other senior management personnel in their performance of duties with the Company and proposing the removal of any of the Directors, the General Manager and other senior management personnel who has violated any provision of the laws, administrative regulations or these Articles or the resolutions of the Board;

(3) Where any activity of the Directors, the General Manager or other senior management personnel violates the interests of the Company, requesting correction of such personnel and, if necessary, reporting such activity to the General Meeting or relevant government authority.

(4) proposing the convening of interim general meetings and, where the Board of Directors fails to perform its responsibilities of convening and presiding over general meetings as provided in the *Company Law* and these Articles of Association, convening and presiding over general meetings;

(5) submitting proposals to general meetings;

(6) bringing lawsuits against Directors and senior management personnel pursuant to the provisions of Section 152 of the *Company Law*;

(7) other powers vested by these Articles of Association or the General Meeting.

Article 104.   The Board of Supervisors may request the Directors, the General Manager and other senior management personnel and internal or external auditors of the Company to attend its meetings and respond to questions of concern. Where the Board of Directors identify any activity of the Directors, the General Manager or other senior management personnel that violates the laws, regulations or these Articles of Association of the Company, it may report such activity to the Board of Directors or the General Meeting or directly inform relevant authority the same. In its exercise of official powers, the Board of Directors may retain professional agencies such as law firms and accounting firms to offer help if necessary, whereof the costs incurred shall be borne by the Company.

Article 105.   The Board of Supervisors shall have at least one meeting in each month.

15

Translation of TG 0020740

The Supervisors may also propose the convening of interim Supervisors' meetings. Notice of Supervisors' meetings shall be served to all Supervisors ten days in advance of each meeting in writing (fax shall be valid).

Section Three   Supervisors' Meetings

Article 106.   Supervisors shall attend Supervisors' meetings in person. When the Supervisors' meetings vote any resolution, open ballot voting shall be applied.

Article 107.   Voting procedures of Supervisors' meetings shall be as follows: (1) to constitute a quorum at any Supervisors' meeting, no less than 1/2 of the Supervisors must present themselves; (2) each Supervisor shall have one vote; and (3) to adopt any resolution, no less than half of all the Supervisors shall vote affirmatively.

Article 108.   Minutes shall be kept for Supervisors' meetings, which all Supervisors and the clerk attending the meeting shall sign. Each attending Supervisor shall have the right to request the making of certain explanatory notes concerning his speaking at the meeting. Supervisors' meeting minutes shall be kept by Board Secretary as records of the Company. Supervisors' meeting minutes shall be kept for perpetuity.

<strong>Chapter VIII   Qualification and Duties of Directors, Supervisors and Senior Management Personnel of the Company</strong>

Article 109.   Any person having any of the following situations shall not act as Director, Supervisor or senior management personnel of the Company:

(1) being a person without capacity for civil conduct or with limited capacity for civil conduct;

(2) having been imposed criminal penalty due to conviction of crime of corruption, bribery, larceny, embezzlement or destroying socialism market order, after the execution of which a period of five years has not expired, or having been deprived of political rights due to criminal conviction, after the execution of which a period of five years has not expired;

(3) having acted as director, factory principal or manager of any company or enterprise having been liquidated due to bankruptcy and being personally responsible for the bankruptcy of such company or enterprise, after the bankruptcy liquidation of which a period of three years has not expired;

(4) having acted as legal representative of any company or enterprise whose business license has been canceled due to violation of the law and being personally responsible for the cancellation of business license of such company or enterprise, after which a period of three years has not expired; or

(5) owing personal overdue debts of a large amount.

The Company's election or appointment of Directors, Supervisors or hiring of senior management personnel in violation of the foregoing paragraph shall be invalid.

Where any of the situations set out in the first paragraph of this Article occur to any Director, Supervisor or senior management personnel during such personnel's tenure, the Company shall remove such personnel from its position.

Article 110.   Directors, Supervisors and senior management personnel shall observe provisions of laws, administrative regulations, these Articles of Association and the duties of good faith and diligence.

16

Translation of TG 0020741

Directors, Supervisors and senior management personnel shall not receive bribe or other illegal incomes by exploiting their official powers and shall not convert the Company's property.

Article 111.   Directors and senior management personnel shall not have any of the following activities:

(1) embezzling funds of the Company;

(2) depositing funds of the Company into any personal account opened in the name of himself/herself or other individuals;

(3) lending funds of the Company to or creating security on property of the Company for the interest of third parties without approval of the General Meeting or the Board of Directors in violation of these Articles of Association;

(4) entering into contract or dealing with the Company in violation of the provisions of these Articles of Association or without the approval of the General Meeting;

(5) seizing business opportunities belonging to the Company for himself/herself or others or operating for himself/herself or others similar businesses of the Company by exploiting his/her position without the approval of the General Meeting;

(6) receiving and possessing commission on transactions between third parties and the Company;

(7) disclosing confidential information of the Company without approval;

(8) other activities in violation of his duty of loyalty owed to the Company.

Incomes received by any Director or senior management personnel by violating the provisions of the aforesaid paragraph shall be the property of the Company.

Article 112.   If any Director, Supervisor or senior management personnel violates the provisions of laws, administrative regulations or these Articles of Association in its performance of responsibilities with the Company and causes losses to the Company, it shall be responsible for indemnifying the Company against such losses.

Article 113.   Where the Directors, Supervisors or senior management personnel are requested by the General Meeting to attend its meetings, they should attend such meetings and accept inquires of shareholders.

Directors and senior management personnel shall provide relevant information and materials to the Board of Supervisors faithfully and shall not interfere with the Board of Supervisors' or any Supervisor's exercise of official powers.

Article 114.   If any of the situations set out in Section 150 of the *Company Law* occurs to any of the Directors or senior management personnel, shareholders holding, individually or collectively, 1% or more shares of the Company may request in writing the Board of Supervisors to file a lawsuit with the people's court. If any of the situations set out in Section 150 of the *Company Law* occurs to any of the Supervisors, the aforesaid shareholders may request in writing the Board of Supervisors to file a lawsuit with the people's court.

Under any of the following circumstances, the shareholders as described in the foregoing paragraph may directly file a lawsuit in their own names in the interests of the Company: (1) the Board of Supervisors or the Board of Directors refuse to file a lawsuit after receipt of the written request of the shareholders as described in the foregoing paragraph; (2) the Board of Supervisors or the Board of Directors fails to file a lawsuit within thirty days; or (3) failing to file a lawsuit immediately will cause irreparable losses to the Company due to the emergent nature of the situation.

Where the Company suffers losses due to any third party's violation of the Company's legal interests, shareholders described in the first paragraph of this Article may file a lawsuit with the people's court pursuant to the provisions of the foregoing two paragraphs.

Translation of TG 0020742

Article 115.   Where any Director or senior management personnel violates the provisions of laws, administrative regulations or these Articles of Association of the Company in detrimental to the interests of the shareholders, the shareholders may file a lawsuit with the people's court.

### Chapter IX   Financial and Accounting Systems, Distribution of Profits and Auditing

#### Section One   Financial and Accounting Systems

Article 116.   The Company shall establish its financial and accounting systems pursuant to the provisions of laws, administrative regulations and relevant government authorities.

Article 117.   The Company shall prepare its annual financial report at the end of each financial year, which shall be legally audited and verified.

Article 118.   The annual financial report shall include the following items:

(1) the balance sheet;

(2) the income statement and the statement of profit distribution;

(3) the cash flow statement;

(4) notes of financial statement;

Article 119.   The annual financial report shall be prepared pursuant to relevant provisions of laws and regulations.

Article 120.   Except for the statutory account book, the Company shall not set up any other account book. The assets of the Company shall not be deposited in any account under the name of any individual.

Article 120.   The after tax income of the Company shall be distributed according to the following priorities:

(1) covering the losses of the previous year;

(2) allocation to statutory reserve fund (10%);

(3) allocation to optional reserve fund;

(4) paying dividend to shareholders.

Where the cumulative balance of the statutory reserve fund of the Company is no less than 50% of its registered capital, the Company may cease the allocation of net income to such fund. After allocations to statutory reserve fund and public welfare fund are made, it shall be determined by the General Meeting whether to make allocation to optional reserve fund. The Company shall not make any distribution of profit to the shareholders before covering its losses and making allocations to statutory reserve fund and public welfare reserve fund.

Article 122.   Where the General Meeting adopts a resolution to convert reserve fund into capital, new shares shall be allotted to shareholders in proportion to their existing shareholding ratios. However, where statutory reserve fund is converted to capital, retained balance of such reserve fund shall be not less that 25% of the registered capital.

Article 123.   After the general meeting adopts a resolution concerning the profit distribution plan, the Board of Directors of the Company shall complete the payment or allotment of dividend or shares within two months of the general meeting.

Article 124.   The Company may make distribution of dividends in cash or in the form of share certificates.

18

Translation of TG 0020743

Section Two Internal Auditing

Article 125.   The Company shall apply an internal auditing system, allocating full-time and part-time auditors to perform internal auditing in relation to the financial incomes and expenses and economic activities of the Company.

Article 126.   The Company's internal auditing system and the responsibilities of the auditors shall be implemented after being approved by the Board of Directors. The person in charge of auditing shall be accountable and report to the Board of Directors.

### Chapter X   Merger, Division, Dissolution and Liquidation

Section One   Merger or Division

Article 127.   The Company may legally carry out merger or division.

Merger of the Company may take either of the following two forms: merger by absorption or merger by incorporation.

Article 128.   The following procedures shall apply to merger and division of the Company:

(1) the Board of Directors preparing a plan for the merger or division;

(2) the General Meeting adopting a resolution pursuant to these Articles of Association;

(3) the parties signing the merger or division contract;

(4) legally completing relevant approval formalities;

(5) dealing with the various matters involved in merger or division such as claims and debts;

(6) completing registration of dissolution or change.

Article 129.   In the course of merger or division of the Company, the parties to such merger or division shall prepare their respective balance sheets and schedules of assets. The Company shall notify its creditors within ten days of the date when the General Meeting adopts the resolution of merger or division and shall make an announcement in newspaper within thirty days.

Article 130.   The creditors may request the Company to repay the debts or provide corresponding security within thirty days of receipt of notice or, if no notice is received, within forty five days of the date of the first announcement. If the Company is not able to repay the debts nor provide corresponding security, it shall not proceed with the merger or division.

Article 131.   In the course of merger of division of the Company, the Company shall take necessary measures to protect the legal interests of the shareholders objecting to the merger or division of the Company.

Article 132.   Disposal of assets, debts and claims of the parties to the merger or division of the Company shall be explicitly provided for by entering into a contract.

After the merger of the Company, the claims and liabilities of the parties to such merger shall be succeeded by the surviving or newly incorporated company after such merger.

The pre-division debts of the Company shall be assumed by the companies existing after such division pursuant to the agreement entered into between the parties.

Article 133.   If any change to any matter subject to registration occurs in the course of merger or division of the Company,

19

Translation of TG 0020744

such change shall be registered with the company registry. If the Company is dissolved, cancellation registration of the Company shall be completed. For the new company legally incorporated, incorporation registration shall be completed.

### Section Two    Dissolution and Liquidation

Article 134.   If any of the following situations occur, the Company shall be dissolved and legally liquidated:

(1) the business term of the Company expires;

(2) the General Meeting adopts a resolution to dissolve the Company;

(3) the Company is dissolved due to merger or division;

(4) the Company is legally declared bankrupt due to inability to repay due debts;

(5) the Company is legally ordered to shut down due to violation of laws and regulations.

Article 135.   Where the Company is dissolved under the situations set out in sub-paragraph (1) and (2) of the foregoing Article 134 of this Section, it shall constitute a liquidation group within fifteen days. The members of the liquidation group shall be elected by the General Meeting by a special resolution.

Where the Company is dissolved under the situation described in sub-paragraph (3) of the foregoing Article 134 of this Section, the liquidation matters shall be completed by the parties to the merger or division pursuant to the contract entered into at the time of such merger or division.

Where the Company is dissolved under the situation described in sub-paragraph (4) of the foregoing Article 134 of this Section, liquidation shall be completed by a liquidation group comprising shareholders, relevant authorities and professionals as coordinated by the people's court pursuant to the provisions of relevant laws.

Where the Company is dissolved under the situation described in sub-paragraph (5) of the foregoing Article 134 of this Section, liquidation shall be completed by a liquidation group comprising relevant authorities and professionals as coordinated by the authority in charge.

Article 136.   The official powers of the Board of Directors and the General Manager shall cease immediately upon the constitution of the liquidation group. During the liquidation period, the Company shall not conduct any new operation.

Article 137.   The liquidation group shall exercise the following official powers during the liquidation period:

(1) notifying or making announcement to creditors;

(2) liquidating the assets of the Company, preparing balance sheet and schedule of assets;

(3) dealing with pending businesses of the Company;

(4) liquidating overdue tax payments;

(5) liquidating clams and debts;

(6) disposing the equity of the Company after liquidating its debts;

(7) representing the Company in civil litigation activities.

Article 138.   The liquidation group shall notify the creditors within ten days of its constitution and shall make an announcement in newspaper within sixty days.

Article 139.   The creditors shall declare their claims within the time limit provided in these Articles of Association. The creditors shall specify relevant matters of their claims and provide supporting documents thereof when declaring their claims. The liquidation group shall

Translation of TG 0020745

register the claims.

Article 140.   The liquidation group shall formulate a liquidation plan and submit the same to the General Meeting or relevant authority in charge for its affirmation after liquidating assets of the Company and preparing the balance sheet and the schedule of assets.

Article 141.   The assets of the company shall be used for repaying of the following priorities:

(1) payment of liquidation costs;

(2) payment of wages and social security contributions of the employees of the Company;

(3) payment of overdue taxes;

(4) repayment of the debts of the Company;

(5) distribution to the shareholders in proportion to their shareholding ratio.

No distribution to shareholders shall be made before the assets of the Company have been used to make payments or repayments under sub-paragraph (1)-(4) of the foregoing paragraph.

Article 142.   Where the liquidation group believes that the assets of the Company are not sufficient to repay its debts after it has liquidated the assets of the Company and prepared the balance sheet and the schedule of assets, it shall petition declaration of bankruptcy with the people's court and shall hand over the liquidation matters to the people's court upon declaration of bankruptcy by the people's court.

Article 143.   On completion of liquidation, the liquidation group shall prepare a liquidation report and the statement of incomes and expenses and the account book in connection with the liquidation period and submit the same to the General Meeting or relevant authority in charge for its affirmation.

The liquidation group shall legally complete registration of cancellation for the Company with the company registry and announce the termination of the Company within thirty days of the date of affirmation of the liquidation report by the General Meeting or relevant authority in charge.

Article 144.   Members of the liquidation group shall be faithful to their responsibilities, legally perform their duties in connection with liquidation and shall not receive bribe or other illegal incomes by exploiting their official powers or convert the Company's property.

Where the willful conduct or gross negligence of any member of the liquidation group causes any loss to the Company or its creditors, such member shall be liable for indemnifying the Company or the creditors against such loss.

### Chapter   XI   Amendments to This Articles of Association

Article 145.   If any of the following situations occurs, the Company shall amend these Articles of Association:

(1) any provision of these Articles of Association becomes inconsistent with any provision of any law or administrative regulation as amended after the amending the *Company Law* or relevant law or administrative regulation.

(2) any change occurs to the Company which makes the actual situation different from the content of these Articles of Association;

(2) the General Meeting adopts a resolution to amend these Articles of Association;

Article 146.   If any matter in these Articles of Association amended pursuant to a resolution of the General Meeting is subject to approval by the authority in charge, such amendment shall be submitted to the original approval authority for its approval. If any matter in these Articles of Association amended pursuant to a resolution of the General Meeting is subject to registration, registration for change shall be legally completed.

Article 147.   The Board of Directors shall amend these Articles of Association pursuant to the resolution of the General Meeting and the approval opinions of relevant authority in charge.

Translation of TG 0020746

**Chapter XII   Miscellaneous**

Article 148.   The Board of Directors may formulate by-laws of these Articles of Association, provided that none of such by-laws shall contravene with these Articles of Association.

Article 149.   The text of these Articles shall be in Chinese. Where any text in other languages or of other versions is divergent from these Articles of Association, the Chinese version as last approved and registered with the Administration of Industry and Commerce of Shandong Province shall control.

Article 150.   For the purpose of these Articles of Association, "no less than", "within" or "no more than" shall include the number following it and "less than" or "beyond" shall not include the number following it.

Article 151.   These Articles of Association shall be interpreted by the Board of Directors of the Company.

22

Translation of TG 0020747

(page for signing of these Articles of Association of Tai Shan Gypsum Co., Ltd by shareholder s, no text hereunder)

*(Seal of Shandong Beixin Group Construction Materials Co., Ltd)*
Signature of Representative: *(signature of Wang Lifeng)*

*(Seal of Tai'an State-owned Assets Operation Co., Ltd.)*
Signature of Representative: *(signature of Xu Xinghu)*

*(Seal of Tai'an Anxin Investment & Trading Co., Ltd.)*
Signature of Representative: *(signature of Jiao Wenbo)*

*(Seal of Tai'an Donglian Investment & Trading Co., Ltd.)*
Signature of Representative: *(signature of Wang Lifeng)*

*Signature of Jia Tongchun: (signature of Jia Tongchun)*

June 20, 2007

23

Translation of TG 0020748