## Shandong Taihe Dongxin Co., Ltd.

## Third Meeting of the Third Board of Directors Resolutions

On April 15, 2006, Board of Directors of Shandong Taihe Dongxin Co., Ltd. (hereinafter "Company" or "Taihe") held a board meeting at the Taian Dongzun Ramada Hotel. 7 board members were required to attend and 7 were present. Board of Director Wang Bing attended also as proxy of Director ▮▮▮▮. The meeting was presided over by the Company's chairman Jia Tongchun and in compliance of the «Company Law» and the «Company's Articles of Incorporation». Upon serious discussion and evaluation, the board of directors unanimously approved the following proposals:

1, The «2005 Company Business Summary and 2006 Business Planning Report»

The board evaluated and approved the 2005 business summary and 2006 business planning reports by the general manager. It recognizes and approves the results in 2005 and approves the 2006's projects and plans. The reports will be submitted for shareholder evaluation at the annual shareholder meeting.

2, The «2005 Company Financial/Audit Report and 2006 Financial Projection Report»

The board reviewed the «2005 Company Financial/Audit Report and 2006 Financial Projection Report». It is determined that the 2006 actual net profit indicator will be adjusted to RMB 60,000,000 yuan. The basis of this adjustment is that the prices of all brands of plasterboards have increased in an average of 5% when compared to the previous year. The reports will be submitted for shareholder evaluation at the shareholder meeting.

3, The «Proposal for Company's 2005 Profit Distribution»

According to Beijing City Xinghua Accountant's Office's consolidated accounting report, the Company has an actual net profit of RMB 57,628,037.60 yuan in 2005. After deducting the statutory surplus reserve and public welfare reserve, RMB 34,445,191.64 yuan is available for distribution to the shareholders. Since many projects are scheduled for 2006, and 2006 will be the peak of investment, it will be difficult to satisfy the Company's capital needs by only relying on loans.

Translation of TG0025900

TRANSLATION PROVIDED BY QUESTIONERS

MTD Exhibit #132



Jia Def 1/9/12
EXHIBIT NO. 22A

Therefore, the board decides that it will not pay dividend in 2005; rather the profit will be reinvested for project development, production and operation.

This proposal will be submitted to shareholders for evaluation.

4. The <<Proposal to Amend the Articles of Incorporation>>

The board agrees, as required by the amended the <<People's Republic of China Company Law>>, to amend Articles 107 and 119 of the <<Articles of Incorporation>> as follows:

Article 107   The Company to establish a supervisory board. The supervisory board will be comprised of 3 supervisors inclusive of 1 chairman. If the chairman of the supervisory board is unable to fulfill his/her duties, the supervisory board shall appoint 1 member of the supervisory board to undertake said duties.

Article 119   The Company's profit after payment of income tax, it is distributed in the following order:

1) To recuperate last year's loss;
2) To withdraw statutory public reserve at the percentage of 10%;
3) To withdraw discretionary public reserve;
4) To pay shareholder dividend.

If the Company's accumulated statutory public reserve exceeds 50% of the Company's registered capital, no withdrawal is required. Upon withdrawing the statutory public reserve, at the shareholder meeting, the shareholders will determine whether to withdraw for the discretionary public reserve. The Company shall not pay dividends prior to recuperating its loss and withdrawing for the statutory public reserve.

This proposal will be submitted to the shareholder meeting for evaluation.

5. The <<Proposal for the Company to Invest in Building New Factories>>

The proposal is summarized as follows:

(1)   In Panshi Town of Wenzhou City, Zhejiang Province, the Company and Wenzhou Power Plant will jointly build a plasterboard factory with the capacity of manufacturing 30,000,000 square meter annually (25,000,000 square meter/year for design). The manufacturing process will mainly use power plant's desulphurized FGD synthetic

Translation of TG0025901

TRANSLATION PROVIDED BY QUESTIONERS

gypsum. The product will be mainly marketed in the Southeastern region surrounding Wenzhou. The land will be provided by Wenzhou Power Plant, and will be leased by the joint venture. The powder production system will be invested by the power plant. The Company will be responsible for project operation and management. Board production system will be funded by both parties with an estimated investment of RMB 50,000,000 yuan. The registered capital will be RMB 15,000,000 yuan, for which Taihe will invest 70% and Wenzhou Power Plant will invest 30%.

(2) In Linwei District of Weinan City, Shaanxi Province, the Company will build a plasterboard project/factory with an annual capacity to manufacture 20,000,000 square meters. The Company will relocate Xuzhou Fashite production line. The manufacturing process mainly uses local desulphurized [FD2 Synthetic] gypsum and phosphorus gypsum. The 6-level dehumidifier will be converted to 8 levels or be lengthened. The targeted markets will be Shaanxi, Gansu, Ningxia, Inner Mongolia, Qinghai, Henan and other areas. The project will encompass 100 acres of land (contemplating second phase construction). The estimated investment is RMB 50,000,000 yuan to be raised by Taihe.

(3) Continue to find advantageous locations to build factory with emphasis in areas such as Yingkou of Liaoning, Guangdong, Zhengzhou, Hefei and other.

This proposal will be submitted to the shareholder meeting for evaluation.

So decided

Shandong Taihe Dongxin Co., Ltd. Board of Director

April 15, 2006

Translation of TG0025902

TRANSLATION PROVIDED BY QUESTIONERS