Stock Abbreviation: BNBM    Stock Code: 000786 Announcement No.: 2009-016

## Beijing New Building Materials Public Limited Company

## Announcement of Resolution of the 7th interim meeting of the 4th Session of board of directors

The company and all members of Board of Directors guarantee that report is faithful, accurate and complete, without false representation, misleading statement or major omission.

Board of directors of Beijing New Building Materials Public Limited Company (hereinafter referred to as the Company) has notified to hold the 7th interim Meeting of the 4th Session of Board of Directors on July 28, 2009 in the form of e-mail, in the condition that all members of   Board of directors have fully understand the deliberations of the conference, the meeting has been held in July 31, 2009, voting through fax (including direct delivery) , all 9 board of directors in accordance with the relevant provisions of the "Company Law" and "Articles of Association", have participated in the voting. Upon review, the meeting has passed the following resolutions:

I. Reviewed and approved the "Resolution on Wholly Holding Subsidiary Taishan Gypsum Co. Ltd. Provide Security for its Wholly Holding Subsidiary Taishan Gypsum (Jiangyin) Co., Ltd. ";

Taishan Gypsum (Jiangyin) Co., Ltd. (hereinafter referred to as the " Jiangying Taishan") is the subsidiary company holding 67.5% of shares. In order to meet the needs of production and operation, the Company Agree Taishan Gypsum to provide a working capital joint guarantee of 10,000,000 for Jiangyin Taishan in Agricultural Bank of China Ltd. Jiangyin Branch, and the warranty period is one year; the Company agrees Taishan Gypsum to provide a working capital joint guarantee of 20,000,000 for Jiangying Taishan in Bank of China Ltd. Jiangying Branch, and the warranty period is one year;

The resolution was approved with 9 votes in favor, 0 votes against, and 0 abstentions.

II. Reviewed and approved the "Resolution on Wholly Holding Subsidiary Taishan Gypsum Co. Ltd. Provide Security for its Wholly Holding Subsidiary Hubei Taishan Building Materials Public Limited Company ";

Hubei Taishan Building Materials Public Limited Company (hereinafter referred to as the "Hubei Taishan") is the subsidiary company that the parent company holds 95% of its shares. In order to meet the needs of production and operation, the company agree Taishan Gypsum to provide a working capital joint guarantee of 30,000,000 for Jiangying Taishan in Agricultural Bank of China Ltd. Jingmen Branch of Hubei Province, Duodao Branch Bank, and the warranty period is one year;

The resolution was approved with 9 votes in favor, 0 votes against, and 0 abstentions.

III. Reviewed and approved the "Resolution on Wholly Holding Subsidiary Taishan Gypsum Co. Ltd. Provide Security for its Wholly Holding Subsidiary Qinhuangdao Taishan Building Materials Public Limited Company."

Qinhuangdao Taishan Building Materials Public Limited Company (hereinafter referred to as the "Qinhuangdao Taishan") is the subsidiary company the parent company holds 70% of its shares. In order to meet the needs of production and operation, the company agrees Taishan Gypsum to provide a working capital joint guarantee of 22,000,000 for Qinhuangdao Taishan in Bank of Communications Co. Ltd., Qinhuangdao Branch Bank, and the warranty period is one year;

The resolution was approved with 9 votes in favor, 0 votes against, and 0 abstentions.

IV. Reviewed and approved the "Resolution on Wholly Holding Subsidiary Taishan Gypsum Co. Ltd. Provide Security for its Wholly Holding Subsidiary Weifang AoTai Gypsum Co.,Ltd. "

Weifang AoTai Gypsum  Building Materials Public Limited Company (hereinafter referred to as the " Weifang AoTai") is the subsidiary company

the parent company holds 75% of its shares. In order to meet the needs of production and operation,The Company Agree Taishan Gypsum to provide a working capital joint guarantee of 12,000,000 for Weifang AoTai Gypsum in the rural credit cooperatives of Anqiu, the warranty period is one year;

The resolution was approved with 9 votes in favor, 0 votes against, and 0 abstentions.

V. Reviewed and approved the "Resolution on Wholly Holding Subsidiary Taishan Gypsum Co. Ltd. Provide Security for its Wholly Holding Subsidiary Taishan Gypsum (Pingshan) Co., Ltd., "

Taishan Gypsum(Pingshan) Co., Ltd., (hereinafter referred to as the " Pingshan Taishan") is the subsidiary company the parent company holds 70% of its shares. In order to meet the needs of production and operation, the company agrees Taishan Gypsum to provide a working capital joint guarantee of 10,000,000 for "Pingshan Taishan" in Bank of Communications Co. Ltd., Hebei Branch Bank, the warranty period is one year;

The resolution was approved with 9 votes in favor, 0 votes against, and 0 abstentions.

VI. Reviewed and approved the "Resolution on Wholly Holding Subsidiary Taishan Gypsum Co. Ltd. Provide Security for its Wholly Holding Subsidiary Taishan Gypsum(Baotou) Co., Ltd., "

Taishan Gypsum (Baotou) Co., Ltd., (hereinafter referred to as the " Baotou Taishan") is the subsidiary company the parent company holds 65% of its shares. In order to meet the needs of production and operation, the company agrees Taishan Gypsum to provide a working capital joint guarantee of 8,000,000 for " Baotou Taishan" in Industrial Commercial Bank of China CO. Ltd., Baotou branch, fuqiang Road Branch, the warranty period is one year;

The resolution was approved with 9 votes in favor, 0 votes against, and 0 abstentions.

BNBMPLC0004631

VII. Reviewed and approved the "Resolution on Wholly Holding Subsidiary Taishan Gypsum Co. Ltd. Provide Security for its Wholly Holding Subsidiary Taishan Gypsum (Tongling) Co., Ltd."

Taishan Gypsum (Tongling) Co., Ltd., (hereinafter referred to as the "Tongling Taishan") is the subsidiary company the parent company holds 65% of its shares. In order to meet the needs of production and operation, the Company agrees Taishan Gypsum to provide a working capital   joint guarantee of 50,000,000 for "Tongling Taishan" in Merchants Bank Co., Ltd., Tongling Branch, and the warranty period is one year;

The resolution was approved with 9 votes in favor, 0 votes against, and 0 abstentions.

VIII. Reviewed and approved the "Resolution on Wholly Holding Subsidiary Taishan Gypsum Co. Ltd. Provide Security for its Wholly Holding Subsidiary Taishan Gypsum(Henan) Co., Ltd., "

Taishan Gypsum (Henan) Co., Ltd. (hereinafter referred to as the "Henan Taishan") is a wholly-owned subsidiary company of Taishan Gypsum under the parent company. In order to meet the needs of production and operation, the company Agrees Taishan Gypsum to provide a working capital joint guarantee of 50,000,000 for " Henan Taishan" in   Bank of Communications Co. Ltd., Hebei Branch Bank, and the warranty period is one year;

The resolution was approved with 9 votes in favor, 0 votes against, and 0 abstentions.

IX. Reviewed and approved the "Resolution on Wholly Holding Subsidiary Taishan Gypsum(Wenzhou) Co., Ltd., of Wholly Holding Subsidiary Taishan Gypsum Co. Ltd. Provide Security for its Wholly Holding Subsidiary Taishan Gypsum(Jiangxi) Co., Ltd., "

Taishan Gypsum(Jiangxi) Co., Ltd., (hereinafter referred to as the "Jiangxi Taishan") is the subsidiary company the parent company holds 70% of its shares. In order to meet the needs of production and operation, the company agrees Taishan Gypsum（Wenzhou) to provide a working capital joint guarantee of 40,000,000 for "Jiangxi Taishan" in Bank of China Co. Ltd.,

Yichun City, Fengdian Branch Bank, the warranty period is one year;

The resolution was approved with 9 votes in favor, 0 votes against, and 0 abstentions.

The total amount of guarantee of above I to IX resolutions is 252,000,000.

By the end of July 30, 2009, the company's total amount of guarantees reached 1,237,000,000 Yuan, which shares 63.62% of net assets of consolidated accounting statements that audited by the company on December 31, 2008. Among them, the company's external security are all for wholly owned companies and holding subsidiaries, the guarantee amount of 1,085,000,000 Yuan; the subsidiary company's external guarantee are all for its subsidiaries, the guarantee amount to 152,000,000 Yuan. The resolution was approved with 9 votes in favor, 0 votes against, and 0 abstentions.

The above I to IX proposals shall be approved by the general shareholders meeting. Notice of the general meeting may be announced in other time.

X. Reviewed and approved the "Resolution on external Investment of the company and its Wholly Holding Subsidiary Taishan Gypsum Co. Ltd. "

According to the company's development strategy and the gypsum board industry base construction plan, the company decided to invest in constructing the 2nd project of gypsum board production line with an annual output of 30,000,000 square meters of thermal power in Taicang city, Jiangsu province.

The company's subsidiary Taishan gypsum decided to invest in constructing gypsum board production line with an annual output of 30,000,000 square meters of thermal power in Yanshi City, Henan province, Tongling City, Anhui Province, Fengcheng City, Jiangxi Province, Huizhou City, Guangdong Province, and Qingxian County, Hebei Province, and invest in constructing the gypsum board production line with an annual

output of 20,000,000 square meters of thermal power in Baotou City, Inner Mongolia for 101 gypsum board production line removal and transformation of Hengshui project. And invest in constructing the gypsum board production line with an annual output of 100,000 square meters of thermal power in Tai'an City, Shandong province.

See details of "resolution on external Investment of the company and its Wholly Holding Subsidiary Taishan Gypsum Co. Ltd. "on "China Securities Journal", "Shanghai Securities News", "Securities Times", "Securities Daily" and CNINFO (www.cninfo.com.cn ) published on August 1, 2009.

The resolution was approved with 9 votes in favor, 0 votes against, and 0 abstentions.

XI. Reviewed and approved the "Resolution on Withdrawal of Guangzhou Branch Company, and Beijing Storage and Transportation Branch Company

Due to business restructuring, the company decide to withdraw Guangzhou Branch Company, and Beijing Storage and Transportation Branch Company.

The resolution was approved with 9 votes in favor, 0 votes against, and 0 abstentions.

XII. Reviewed and approved the "Resolution on Purchasing Stake of the company and its Wholly Holding Subsidiary Taishan Gypsum Co. Ltd. "

To further expand The main business for the strong gypsum, increase market share and profit ability, the subsidiary company Taishan Gypsum Co. Ltd. (hereinafter referred to as the "Taishan Gypsum") Sign "Equity Transfer agreement of Yunnan Taishan Building Materials Co., Ltd. " and "Equity Transfer agreement of Tai'an JinDun Building Materials Co., Ltd. " respectively with Yunnan Taishan Building Materials Co., Ltd (hereinafter referred to as the "Yunan Taishan ") and Tai'an JinDun Building Materials Co., Ltd. " (hereinafter referred to as the " Tai'an JinDun ") in the in July

BNBMPLC0004634

31, 2009 , Taishan Jindun purchased 65% of Yunnan Taishan shares held by Zhang Dong and 60% of Tai'an JinDun shares held by Zhang Dong with 39,300,000 Yuan in cash and 13,600,000 yuan; on the same day, Taishan Gypsum Signed "Equity Transfer agreement of Taishan Gypsum Building Materials Co., Ltd. " and  "Equity Transfer agreement of Weifang Aotai Gypsum Building Materials Co., Ltd.   " with shareholder Zhang Hao of Shanxi Taishan Gypsum Building Materials Co., Ltd. ( hereinafter referred to as the "Shanxi Taishan ")and Weifang Aotai Gypsum Building Materials Co., Ltd( hereinafter referred to as the " Weifang Aotai "), purchased 65% of Shanxi Taishan shares hold by Zhang Chen and 25% of Weifang Aotai shares hold by Zhang Chen with 42,890,000 Yuan in cash and12,960,000 yuan;

Since the completion of the equity transfer of the registration date, Taishan Gypsum which together holds 100% equity interest in Taishan, Yunnan Taishan, 100% stake in Shanxi Taishan, 100% stake in Tai'an JinDun, 100% stake in Weifang AoTai, enjoy all the rights related to the equity.

See details on "China Securities Journal", "Shanghai Securities News", Securities Times, "Securities Daily" and CNINFO (www.cninfo.com.cn ) published on August 1, 2009.

The resolution was approved with 9 votes in favor, 0 votes against, and 0 abstentions.

We hereby make the announcement.

BNBMPLC0004635

Beijing New Building Materials Public Limited Company

Board of Directors

July 31, 2009

BNBMPLC0004636