<u>Partial Translation of BNBMPLC-E-0006064-6066</u>

**Beijing New Building Materials Public Limited Company**

**Report on the Improvement and Solution of Relevant Issues Raised in the Site Inspection of Beijing Securities Regulatory Bureau**

Listed Company Regulatory Department of the Beijing Securities Regulatory Bureau:

Beijing New Building Materials Public Limited Company (abbreviated below as "the Company") received a full inspection by your Bureau during June 10th to 23rd of 2008. The Company, based on the issues and suggestions raised by your bureau during the site inspection, immediately made improvements and implementations of relevant issues and areas that need refinement, and the detailed situation is reported below.

•••

**II. Solution of CNBM Investment Co.,Ltd's Fund Borrowing Issue**

**BNBMPLC-E-0006064-6065**

After reporting the matter on CNBM investment's occupancy of non-operating funds to the Company's leaders, the Company's leaders paid much attention, the chairman of the board of directors Jianglin Cao personally instructed and arranged for the issue to be effectively resolved in the shortest time. Until June 30th, 2008, CNBM investment had repaid a total of 780,955.04 Yuan of all the debts and fund occupancy fees, and the specifics are as follows:

1. Personnel appointed and stationed at Papua New Guinea, Feng Tao and Yi Pan, borrowed 20,000 Yuan of reserve funds in July, 2006.

2. Disbursed 14,455.76 Yuan for the January to June medical insurance costs for seven people, Wei Feng, Kui Li, Feng Tao, Yi Pan, Jianguang Wu, Xing Wang, and Jinhua Xu; disbursed 20,936.78 Yuan in endowment insurance for January to May; the total disbursement was 35,392.54 Yuan.

3. After offsetting the relevant debts and obligations, CNBM investment's total debt amount is 726,562.50 Yuan.

To summarize, as of June 30th, 2008, CNBM Investment had repaid all their overdue borrowings and interest to the Company, there is no issue of occupying the Company's non-operating funds by CNBM Investment.

For relevant repayment proof please see the

attachment. •••

**V. Information on Formulating the Company Management Rules for Branches and Subsidiaries and the Adjustment of Appointed Directors**

MTD Exhibit #134

**WANG: Exhibit 318-R**

…

At the same time, the progress on changing concurrent positions of Mr. J ianjun J ia as the director of wholly owned subsidiaries, controlled subsidiaries, and ~~affiliates~~partially owned subsidiaries is explained as follows:

**BNBMPLC-E-0006066**

Mr. J ianjun J ia formerly held concurrent positions as the director of 8 wholly owned subsidiaries, 2 controlled subsidiaries, and 7 ~~affiliates~~partially owned subsidiaries.

On the issue that Mr. J ianjun J ia holds concurrent positions as the director of wholly owned subsidiaries, the plan is to have the Company issue a shareholders' resolution on changing the director of wholly owned subsidiaries, and then enter into records at the administrations of industry and commerce at the localities of wholly owned subsidiaries. Since the large numbers of wholly owned subsidiaries and the difference of filling situations in different local administrations of industry and commerce, it is expected that will take around one month. …

On the issue that Mr. J ianjun J ia holds concurrent positions as the director of controlled subsidiaries and ~~affiliates~~partially owned subsidiaries, we will raise a proposal to change the director when the controlled subsidiaries and ~~affiliates~~partially owned subsidiaries hold their annual general meetings of shareholders, it will come into force after the general meetings of shareholders deliberated~~reviewed~~ and passed it. At present, Wuhan Wutos Co.,Ltd has already completed the change by the end of April, Bright Crystals Technology INC. and Beijing Tiandi Orient Superhard Materials Co., Ltd are still in the process of the change and it is expected to complete the change by the mid of July; Tancheng Xinxingxin Decoration Materials Co., Ltd will hold annual shareholders general meetings each year from the end of July till the beginning of August, at that time the proposal to change directors will be submitted; Beijing Greentec Environmental Protection Equipment Co., Ltd has held the 2007 annual shareholders general meeting in May, 2008, thus the change of directors for this company may then wait for the 2008 annual shareholders general meeting to proceed. …For the change of directors at Hubei Ta ishan Building Material Company Limited, P izhou Ta ihe Building Material Company Limited, and J iangy in Ta ishan Gypsum Building Material Company Limited, the shareholders general meeting resolution on changing the director will be made as soon as possible, and it's estimated to complete it within one month; the plan to change directors at BNBM Building

Plastic Company Limited and Beijing New Material Incubator Company Limited is to be proposed at their next general meeting of shareholders.

To summarize, the Company has paid high attention to issues and suggestions raised by Beijing Securities Regulatory Bureau in their site inspection, the Company's chairman of the board of directors personally instructed and arranged for the above issues to be resolved in the shortest time. In the future work, the Company will further strengthen regulatory operation and internal control, solidify the foundation, continue to improve, and promote the continuous enhancement of operation management and corporate governance levels.

Beijing New Building Materials Public Limited Company

July 7th, 2008

**Partial Translation of BNBMPLC-E-0006064-6066**

**BNBMPLC-E-0006064**

**Beijing New Building Material Public Limited Company**

**Report on the Improvement and Solution of Relevant Issues Raised in the Site Inspection of Beijing Securities Regulatory Bureau**

Listed Company Regulatory Department of the Beijing Securities Regulatory Bureau:

Beijing New Building Material Public Limited Company (abbreviated below as "the Company") received a full inspection by your Bureau during June 10th to 23rd of 2008. The Company, based on the issues and suggestions raised during the site inspection, immediately made improvements of relevant issues and areas that need refinement, and the detailed situation is reported below.

…

**II. Solution of CNBM investment's Fund Borrowing Issue**

After reporting the matter on CNBM investment's occupancy of non-operating funds to the Company's leaders,

**BNBMPLC-E-0006065**

the Company's leaders paid much attention, the chairman of the board of directors Jianglin Cao personally instructed and arranged for the issue to be effectively resolved in the shortest time. Until June 30th, 2008, CNBM investment had repaid a total of 780,955.04 Yuan of debts and fund occupancy fees, and the specifics are as follows:

1. Personnel appointed and stationed at Papua New Guinea, Feng Tao and Yi Pan, borrowed 20,000 Yuan of reserve funds in July, 2006.

**WANG: Exhibit 318**

2. Disbursed 14,455.76 Yuan for the January to June medical insurance costs for seven people, Wei Feng, Kui Li, Feng Tao, Yi Pan, Jianguang Wu, Xing Wang, and Jinhua Xu; disbursed 20,936.78 Yuan in endowment insurance for January to May; the total disbursement was 35,392.54 Yuan.

3. After offsetting the relevant debts and obligations, CNBM investment's total debt amount is 726,562.50 Yuan.

To summarize, as of June 30th, 2008, CNBM Investment had repaid all their overdue borrowings and interest to the Company, there is no issue of occupying the Company's non-operating funds by CNBM Investment.

For relevant proof please see the attachment.

…

**V. Information on Formulating the Company Management Rules for Branches and Subsidiaries and the Adjustment of Appointed Directors**

…

At the same time, the progress on changing concurrent positions of Mr. Jianjun Jia as the director of wholly owned subsidiaries, subsidiaries, and affiliates is explained as follows:

<u>BNBMPLC-E-0006066</u>

Mr. Jianjun Jia formerly held concurrent positions as the director of 8 wholly owned subsidiaries, 2 subsidiaries, and 7 affiliates.

On the issue that Mr. Jianjun Jia holds concurrent positions as the director of wholly owned subsidiaries, the plan is to have the Company issue a shareholders' resolution on changing the director of wholly owned subsidiaries, and then enter into records at the administrations of industry and commerce at the localities of wholly owned subsidiaries…

On the issue that Mr. Jianjun Jia holds concurrent positions as the director of subsidiaries and affiliates, we will raise a proposal to change the director when

the subsidiaries and affiliates hold their annual general meetings, it will come into force after the general meetings reviewed and passed it. … For the change of directors at Hubei Taishan Building Material Company Limited, Pizhou Taihe Building Material Company Limited, and Jiangyin Taishan Gypsum Building Material Company Limited, the general meeting resolution on changing the director will be made as soon as possible, and it's estimated to complete it within one month; the plan to change directors at BNBM Building Plastic Company Limited and Beijing New Material Incubator Company Limited is to be proposed at their next general meeting.

    To summarize, the Company has paid high attention to issues and suggestions raised by Beijing Securities Regulatory Bureau in their site inspection, the Company's chairman of the board of directors personally instructed and arranged for the above issues to be resolved in the shortest time. In the future work, the Company will further strengthen regulatory operation and internal control, solidify the foundation, continue to improve, and promote the continuous enhancement of operation management and corporate governance levels.

                                          Beijing New Building Material Public Limited Company

                                                                                                July 7th, 2008

Beixinjituan building materials limited liability company

Supervises the bureau on-spot check relevant question improvement implementation the report Beijing card to supervise the bureau listed company to supervise about the Beijing card place:

The Beixinjituan building materials limited liability company (hereafter referred to as "company") during June 10, 2008 to June 23 accepted the overall check of expensive bureau, according to the expensive bureau the problem and recommendation that asked in on-spot check, the company immediately and awaits the place of improvement to make the improvement to carry out to the issues, is presently as follows the special details report.
Governs the improvement and revision company of relevant system about the company is revising "General manager Operating instruction" and other item of companies governs the relevant system, will plan to hold the conditioning fourth board of directors conditioning first meeting to carry on the deliberation and foreign bulletin in July 21, 2008.

Meanwhile, "Company Governed Special Activity To reorganize the Report" commitment according to 2007, the company has carried on the improvement and revision to the financial series system. At present finish the formulation and revision system mainly has: "Loan And Guarantee Policing method", "Northern New Building materials Financial affairs Seal Policing method (Temporary)", "in 2008 Expense budget Uses And Reimburses Policing method" and so on; Finish, and before has carried out but has not distributed (distributes, reviews in flow) is having "Budget management Means" and "Accounting Handbook"; Has drafted modifies in the process is having "Procurement And Payment Loop Internal control Policing method", "Goods in stock Internal control Policing method", "Production cost Internal control Policing method", "Fixed asset Internal control Policing method", "Sale with Receiving money Loop Internal control Policing method", "Book And Record Internal control Policing method", "Foreign investment Control system", "Molecule Company Control system" and so on.

Loans implementation of problem about the building materials investment limited company

The building materials investment not operational fund seizure's related item reports after the commercial management, the commercial management attaches great importance, director Cao Jianglin instructs the arrangement personally, enabled this problem to obtain the valid solution in the shortest time. By June 30, 2008, the building materials investment repaid the complete debt and fund seizure expense to our company equals 780,955.04 Yuan, specifically detailed as follows:
1st, Papua-New Guinea accrediting personnel Tao Feng, Pan Yi borrowed the reserve fund 20,000 Yuan in July, 2006.
2nd, advance money Feng Wei, Li Kui, Tao Feng, Pan Yi, Wu Jianguang, Wang Xing, Xu Jinhua and other people of January to June medical insurance 14,455.76 Yuan, advance money January to May old-age insurance 20,936.78 Yuan, total advance money 35,392.54 Yuan.

3rd, after the relevant debt arrives mutually, the building materials investment's debt equals 725,562.50 Yuan.

In summary, cut-off on June 30, 2008, the building materials investment owed the loan and interest of company tastes completely also finished, the building materials investment did not exist to company's not operational fund seizure problem.

The relevant repayments certificate sees the attachment.
Examines the system about the formulation and sets up examines the situation of department

On June 27, 2008, company convened the conditioning third board of directors conditioning 37th temporary meeting passed "about Setting up Internal Ministry of audit's Bill" and "about Formulation < Management audit System > Bill", and foreign bulletin.

About Dong, the situation of board of supervisors changing session work on July 3, 2008, the company held the conditioning third board of directors conditioning 16th meeting and conditioning third board of supervisors conditioning 14th meeting in the site form, passed respectively "about Board of directors Election at expiration of office terms Bill" and "about Board of supervisors Election at expiration of office terms Bill", and originating "about Convening in 2008 Conditioning First Temporary Shareholder's Notice". The company was scheduled on July 21, 2008 to convene in 2008 the conditioning first temporary general meeting of shareholders to deliberate the above bill, simultaneously and held the conditioning fourth board of directors conditioning first meeting, the deliberation elects the chairman and appointment management's bill.

Formulates and sends out the situation that about the molecular company control system the trustee adjusts

The company is formulating "Molecule Company Control system", will propose to do on July 21, 2008 to submit the conditioning fourth board of directors conditioning first meeting to consider.
Meanwhile, controls, the share-holding subsidiary company trustee's adjustment status of work and progress explanation are as follows about the capitalization that Mr. Jia Jianjun holds a concurrent post of:
Mr. Jia Jianjun held a concurrent post of 8 wholly-owneds, 2 holding subsidiary companies and 7 holds share of the subsidiary company trustee.

In regard to wholly-owned trustee who Mr. Jia Jianjun holds a concurrent post, is planned to write up to change the wholly-owned trustee by the company the shareholder to resolve that then arrives at the wholly-owned address's industry and commerce administration organization to set up a file, because the wholly-owned quantity are many, and industry and commerce in various places handle the setting up a file situation to have the discrepancy, it is estimated that takes about for one month the time.
In regard to holding and share-holding subsidiary company that trustee Mr. Jia

Jianjun holds a concurrent post, in controlling, the share-holding subsidiary company will convene the year shareholder meeting to submit replaces trustee's bill, after the shareholder meeting will pass, will become effective. At present, the Wuhan technical light branch limited liability company finish the change at the end of April; East bright light special crystal science and technology limited company and Beijing world the ultra hard material limited liability company is handling the change, it is estimated that in mid-July changed finished; The AGM of Tancheng emerging new finishing materials limited company convenes at every year the end of July to the end of August, at the appointed time will submit replaces the trustee bill; Beijing created the environmental protection facilities limited liability company 07 AGM to convene in 19 May, 08 green finished, the when trustee in this company changed must convene to 08 year shareholder meetings only then handled; Hubei Taishan building materials limited liability company and Pizhou Taihe building materials limited liability company and trustees of Jiangyin Taishan gypsum building materials limited company change, will write up as soon as possible on changes trustee's shareholder meeting resolution, it is estimated that in January within may handle to finish; North models the limited company and trustees of Beijing new material hatchibator limited liability company newly-built changes the plan when it holds the next shareholder meeting submits the trustee to change the bill.
In summary, the company supervises the problem and recommendation highly attaching great importance to that to the Beijing card the bureau on-spot check asked that the director instructs the arrangement personally, solves the above problem in the shortest time completely. In the future work China, company will reinforce further standard operation and internal control, the solid foundation, makes persistent efforts, to urge the management and operation and company govern the level constantly to improve.
Beixinjituan building materials limited liability company

On July 7, 2008

--- Summary Information ---
1: 936 PID_TITLE:
PID_SUBJECT:
PID_AUTHOR: bnbm PID_KEYWORDS:
PID_TEMPLATE: Normal PID_LASTAUTHOR: bnbm PID_REVNUMBER: 14 PID_APPNAME: Microsoft Office Word PID_EDITTIME: Mon Jan 01 09:55: 00 CST 1601 PID_CREATE_DTM: Mon Jul 07 14:23: 00 CST 2008 PID_LASTSAVE_DTM: Wed Jul 09 09:45: 00 CST 2008 PID_PAGECOUNT: 1 PID_WORDCOUNT: 299 PID_CHARCOUNT: 1706 PID_SECURITY: 0

--- Document Summary Information ---
PID_CODEPAGE: 936 PID_COMPANY: bnbm PID_LINECOUNT: 14 PID_PARCOUNT: 4 17: 2001 23: 730895 PID_SCALE: false PID_LINKSDIRTY: false 19: false 22: false

## 北新集团建材股份有限公司
## 关于北京证监局现场检查相关问题改进落实情况的汇报

北京证监局上市公司监管处：

北新集团建材股份有限公司（以下简称"公司"）于 2008 年 6 月 10 日至 6 月 23 日期间接受了贵局的全面检查，按照贵局在现场检查中提出的问题和建议，公司随即对相关问题和有待完善之处进行了改进落实，现将具体情况汇报如下。

一、 关于公司治理相关制度的完善和修订

公司正在修订《总经理工作细则》等各项公司治理相关制度，计划于 2008 年 7 月 21 日召开第四届董事会第一次会议进行审议并对外公告。

同时，根据 2007 年《公司治理专项活动整改报告》的承诺，公司对财务系列制度进行了完善和修订。目前已完成制定和修订的制度主要有：《借款及担保管理办法》、《北新建材财务印章管理办法（暂行）》、《2008 年费用预算使用及报销管理办法》等；已完成且已执行但未下发（正在下发前评审流程中）的有《预算管理办法》和《会计核算手册》；已草拟正在修改过程中的有《采购与付款循环内部控制管理办法》、《存货内部控制管理办法》、《生产成本内部控制管理办法》、《固定资产内部控制管理办法》、《销售与收款循环内部控制管理办法》、《帐簿与记录内部控制管理办法》、《对外投资管理制度》、《分子公司管理制度》等。

二、 关于中建材投资有限公司借款问题的落实

中建材投资非经营性资金占用的有关事项向公司领导汇报后，公

司领导非常重视，公司董事长曹江林亲自指示安排，使该问题在最短的时间内得到了有效解决。截止 2008 年 6 月 30 日，中建材投资向我公司偿还全部欠款及资金占用费合计 780,955.04 元，具体明细如下：

1、巴新派驻人员陶峰、潘毅于 2006 年 7 月借备用金 20,000 元。

2、代垫冯炜、李葵、陶峰、潘毅、吴建光、王醒、许锦华等七人 1-6 月医疗保险 14,455.76 元，代垫 1-5 月养老保险 20,936.78 元，共计代垫 35,392.54 元。

3、相关债权债务互抵后，中建材投资的欠款合计 725,562.50 元。

综上，截止 2008 年 6 月 30 日，中建材投资欠公司的借款及利息全部尝还完毕，中建材投资不存在对公司的非经营性资金占用问题。

相关还款凭证见附件。

三、 关于制定内审制度和设立内审部门的情况

2008 年 6 月 27 日，公司召开第三届董事会第三十七次临时会议审议通过了《关于设立内部审计部的议案》和《关于制定〈内部审计制度〉的议案》，并对外公告。

四、 关于董、监事会换届工作的情况

2008 年 7 月 3 日，公司以现场形式召开了第三届董事会第十六次会议和第三届监事会第十四次会议，分别审议通过了《关于董事会换届选举的议案》和《关于监事会换届选举的议案》，并发出了《关于召开 2008 年第一次临时股东的通知》。公司定于 2008 年 7 月 21 日召开 2008 年第一次临时股东大会审议上述议案，并同时召开第四届董事会第一次会议，审议选举董事长和聘任高管的议案。

五、 关于分子公司管理制度制定和派出董事调整的情况

公司正在制定《分子公司管理制度》，拟于 2008 年 7 月 21 日提交第四届董事会第一次会议审议。

同时，关于贾建军先生兼任的全资、控、参股子公司董事的调整工作进展情况说明如下：

贾建军先生原兼任 8 家全资子公司、2 家控股子公司和 7 家参股子公司董事。

对于贾建军先生兼任的全资子公司董事，计划由公司出具变更全资子公司董事的股东决定，然后到全资子公司所在地的工商行政管理机构备案，由于全资子公司数量多且各地工商办理备案情况有差异，预计要一个月左右的时间。

对于贾建军先生兼任的控股和参股子公司董事，将在控、参股子公司召开年度股东会时提交更换董事的议案，待股东会审议通过后生效。目前，武汉理工光科股份有限公司已于 4 月底完成变更；烁光特晶科技有限公司和北京天地东方超硬材料有限责任公司正在办理变更，预计七月中旬变更完毕；郯城新兴新装饰材料有限公司的年度股东大会于每年七月底至八月底召开，届时将提交更换董事议案；北京绿创环保设备股份有限公司 07 年度股东大会已于 08 年 5 月召开结束，该公司的董事变更需到 08 年度股东会召开时方可办理；湖北泰山建材有限责任公司、邳州泰和建材有限责任公司、江阴泰山石膏建材有限公司的董事变更，将尽快出具上变更董事的股东会决议，预计一月之内可办理完毕；北新建塑有限公司和北京新材料孵化器有限责任公司的董事变更计划在其召开下一次股东会时提交董事变更议案。

综上，公司对北京证监局现场检查提出的问题和建议高度重视，公司董事长亲自指示安排，在最短的时间内将上述问题全部予以解决。在今后的工作中，公司将进一步加强规范运作和内部控制，夯实基础，再接再厉，以促使经营管理和公司治理水平不断提高。

北新集团建材股份有限公司

2008 年 7 月 7 日

BNBMPLC-E-0006066