**Stock ID: BNBM   Stock Code: 000786   Announcement Number: 2011-002**

**Beijing New Building Materials Public Limited Company Announcement of the resolutions of the Twelfth Interim Meeting of the 4th Session of the Board of Directors**

**The company and all members of Board of Directors guarantee that report is faithful, accurate and complete, without false representation, misleading statement or major omission.**

Beijing New Building Materials Public Limited Company (hereinafter referred to as the "Company") Board of Directors issued a notice by email on February 17, 2011 to convene the twelfth interim meeting of the 4th Session of the Board of Directors, under the premise of the full understanding of the issues of consideration by the   board of directors of the company, the meeting had a vote by fax (including direct service) on February 22, 2011. All nine directors participated in the vote, which was in line with the "Company Law" and the relevant provisions of the "Articles of Association". After deliberation, the meeting made the following resolutions:

I. Reviewed and approved the "Resolution on the investment in Xinxiang City, Henan Province the project of the construction of thermal power desulphurization comprehensive utilization production line with annual output of 300 million square meters of gypsum plasterboard and supporting light steel keel production line with an annual output of 3,000 tons".

According to the company's development strategy and the national gypsum plasterboard industry base construction plan, the company decided to invest in Xinxiang City, Henan Province the project of the construction of one thermal power desulphurization comprehensive utilization production line with annual output of 300 million square meters of gypsum plasterboard and supporting light steel keel production line with an annual output of 3,000 tons.

The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

II. Reviewed and approved the "Resolution on the investment in Huainan City, Anhui Province the project of the construction of thermal power desulphurization comprehensive utilization production line with annual output of 300 million square meters of gypsum plasterboard and supporting light steel keel production line with an annual output of 5,000 tons".

According to the company's development strategy and the national gypsum plasterboard industry base construction plan, the company decided to invest in Huainan City, Anhui Province the project of the construction of one thermal power desulphurization comprehensive utilization production line with annual output of 300 million square meters of gypsum plasterboard and supporting light steel keel production line with an annual output of 5,000 tons.

The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

MTD Exhibit #135

BNBMPLC0004689

  III. Reviewed and approved the "Resolution about company holding subsidiary Taishan Gypsum Co., Ltd. investing in Chongqing City the project of the construction of thermal power desulphurization comprehensive utilization production line with annual output of 20 million square meters of gypsum plasterboard"

 According to the company's development strategy and the national gypsum plasterboard industry base construction plan, company holding subsidiary Taishan Gypsum Co., Ltd. (hereinafter referred to as "Taishan Gypsum" decided to invest in Chongqing City the project of the construction of thermal power desulphurization comprehensive utilization production line with annual output of 20 million square meters of gypsum plasterboard.

 The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

 III. Reviewed and approved the "Resolution about company holding subsidiary Taishan Gypsum Co., Ltd. investing in Fuquan City, Guizhou Province the project of the construction of thermal power desulphurization comprehensive utilization production line with annual output of 20 million square meters of gypsum plasterboard"

 According to the company's development strategy and the national gypsum plasterboard industry base construction plan, company holding subsidiary Taishan Gypsum decided to invest in Fuquan City, Guizhou Province the project of the construction of thermal power desulphurization comprehensive utilization production line with annual output of 20 million square meters of gypsum plasterboard.

 The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

 III. Reviewed and approved the "Resolution about company holding subsidiary Taishan Gypsum Co., Ltd. investing in Shifang City, Sichuan Province the project of the construction of thermal power desulphurization comprehensive utilization production line with annual output of 300 million square meters of gypsum plasterboard"

 According to the company's development strategy and the National Gypsum board industrial base construction plan, the company's subsidiary Taishan Gypsum decided to invest in Shifang City, Sichuan Province the project of the construction of thermal power desulphurization comprehensive utilization production line with annual output of 300 million square meters of gypsum plasterboard.

 The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

 See the detailed content of the above Resolution 1- 5 in the "Announcement On the company and the company holding subsidiary Taishan Gypsum Co., Ltd. investment" published on February 23, 2011 in "China Securities News", "Shanghai Securities News", "Securities Times", "Securities Daily" and Cninfo website.

 We hereby make the announcement.

BNBMPLC0004690

Beijing New Building Materials Public
Limited Company
Board of Directors
February 22nd, 2011

BNBMPLC0004691