MTD Exhibit #136

# Stock ID: BNBM   Stock Code: 000786   Announcement Number: 2011-019
# Beijing New Building Materials Public Limited Company Announcement of the resolutions of the Eighth Interim Meeting of the 4th Session of the Board of Directors

**The company and all members of Board of Directors guarantee that report is faithful, accurate and complete, without false representation, misleading statement or major omission.**

Beijing New Building Materials Public Limited Company 8th Meeting of the 4th Session of the Board of Directors was held in the 16th floor meeting room of China Building Material Mansion, No.11 Sanlihe Road Jia, Haidian District, Beijing City at 10:30am on August 18, 2011, the meeting notice was issued by e-mail on August 8, 2011, 9 directors should attend the meeting, 9 directors present. Due to company director Mr. Jia Tongchun and Mr. Zhang Nailing on business trips, they entrusted Director Mr. Chen Yu respectively to attend and vote on their behalf. The meeting was chaired by the chairman Mr. Wang Bing, with the supervisors and senior executives attending the meeting. The convening and holding of the meeting are  in accordance with the relevant provisions of the" Company Law "and "Articles of Association". After deliberation, the meeting made the following resolutions:

I. Reviewed and approved the "2011 Semi-annual Report" and "2011 Semi-annual Report Summary."

The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

II. Reviewed and approved the "Resolution on the company holding subsidiary Taishan Gypsum Co., Ltd. investment in Weinan City, Shaanxi Province the phase II of the project of the construction of thermal power desulphurization comprehensive utilization production line with annual output of 30 million square meters of gypsum plasterboard".

According to the company's development strategy and the national gypsum plasterboard industry base construction plan, the company agreed the holding subsidiary Taishan Gypsum (hereinafter referred to as "Taishan Gypsum") to invest in Weinan City, Shaanxi Province the phase II of the project of the construction of thermal power desulphurization comprehensive utilization

production line with annual output of 30 million square meters of gypsum plasterboard".

The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

III. Reviewed and approved the "Resolution on the company holding subsidiary Taishan Gypsum Co., Ltd. investment in Yimen County, Yunnan Province the phase II of the project of the construction of thermal power desulphurization comprehensive utilization production line with annual output of 30 million square meters of gypsum plasterboard".

According to the company's development strategy and the national gypsum plasterboard industry base construction plan, the company agreed the holding subsidiary Taishan Gypsum (hereinafter referred to as "Taishan Gypsum") to invest in Yimen County, Yunnan Province the phase II of the project of the construction of thermal power desulphurization comprehensive utilization production line with annual output of 30 million square meters of gypsum plasterboard".

The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

IV. Reviewed and approved the "Resolution on the company holding subsidiary Taishan Gypsum Co., Ltd. investment in Yanshi City, Henan Province the phase II of the project of the construction of thermal power desulphurization comprehensive utilization production line with annual output of 40 million square meters of gypsum plasterboard".

According to the company's development strategy and the national gypsum plasterboard industry base construction plan, the company agreed the holding subsidiary Taishan Gypsum (hereinafter referred to as "Taishan Gypsum") to invest in Yanshi City, Henan Province the phase II of the project of the construction of thermal power desulphurization comprehensive utilization production line with annual output of 40 million square meters of gypsum plasterboard".

The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

V. Reviewed and approved the "Resolution on the company holding subsidiary Taishan Gypsum Co., Ltd. investment in Nantong City, Jiangsu Province the phase II of the project of the construction of thermal power

BNBMPLC0004718

desulphurization comprehensive utilization production line with annual output of 40 million square meters of gypsum plasterboard".

According to the company's development strategy and the national gypsum plasterboard industry base construction plan, the company agreed the holding subsidiary Taishan Gypsum (hereinafter referred to as "Taishan Gypsum") to invest in Nantong City, Jiangsu Province the phase II of the project of the construction of thermal power desulphurization comprehensive utilization production line with annual output of 40 million square meters of gypsum plasterboard".

The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

VI. Reviewed and approved the "Resolution on the company holding subsidiary Taishan Gypsum Co., Ltd. investment in Suizhong County, Liaoning Province the project of the construction of thermal power desulphurization comprehensive utilization production line with annual output of 40 million square meters of gypsum plasterboard".

According to the company's development strategy and the national gypsum plasterboard industry base construction plan, the company agreed the holding subsidiary Taishan Gypsum (hereinafter referred to as "Taishan Gypsum") to invest in Suizhong County, Liaoning Province the project of the construction of thermal power desulphurization comprehensive utilization production line with annual output of 40 million square meters of gypsum plasterboard".

The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

XII. Reviewed and approved the "Resolution on the company holding subsidiary Taishan Gypsum Co., Ltd. investment in Wuxue City, Hubei Province the project of the construction of thermal power desulphurization comprehensive utilization production line with annual output of 50 million square meters of gypsum plasterboard".

According to the company's development strategy and the national gypsum plasterboard industry base construction plan, the company agreed the holding subsidiary Taishan Gypsum (hereinafter referred to as "Taishan Gypsum") to invest in Wuxue City, Hubei Province the project of the construction of thermal power desulphurization comprehensive utilization

production line with annual output of 50 million square meters of gypsum plasterboard".

The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

XIII. Reviewed and approved the "Resolution on the company holding subsidiary Taishan Gypsum Co., Ltd. investment in Lucheng City, Shanxi Province the phase II of the project of the construction of thermal power desulphurization comprehensive utilization production line with annual output of 30 million square meters of gypsum plasterboard".

According to the company's development strategy and the national gypsum plasterboard industry base construction plan, the company agreed the holding subsidiary Taishan Gypsum (hereinafter referred to as "Taishan Gypsum") to invest in Lucheng City, Shanxi Province the phase II of the project of the construction of thermal power desulphurization comprehensive utilization production line with annual output of 30 million square meters of gypsum plasterboard".

The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

IX. Reviewed and approved the "Resolution on the company holding subsidiary Taishan Gypsum Co., Ltd. investment in Chaohu City, Anhui Province the project of the construction of thermal power desulphurization comprehensive utilization production line with annual output of 40 million square meters of gypsum plasterboard".

According to the company's development strategy and the national gypsum plasterboard industry base construction plan, the company agreed the holding subsidiary Taishan Gypsum (hereinafter referred to as "Taishan Gypsum") to invest in Chaohu City, Anhui Province the project of the construction of thermal power desulphurization comprehensive utilization production line with annual output of 40 million square meters of gypsum plasterboard".

The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

X. Reviewed and approved the "Resolution on the adjustment of the company's investment".

IX. The 12th Interim Meeting of the 4th Session of the Board of Directors

held on February 22, 2011 Reviewed and approved the "Resolution on the the investment in Huainan City, Anhui Province the project of the construction of thermal power desulphurization comprehensive utilization production line with annual output of 30 million square meters of gypsum plasterboard and supporting light steel keel production line with an annual output of 5,000 tons". According to the company's development strategy and the national gypsum plasterboard industry base construction plan, agreed the construction scale of the project to be adjusted to thermal power desulphurization comprehensive utilization production line with annual output of 50 million square meters of gypsum plasterboard and supporting light steel keel production line with an annual output of 5,000 tons，with the other construction content unchanged".

　　The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

　　See the detailed content of the above Resolution II-X in the "Announcement about the company and the company holding subsidiary Taishan Gypsum Co., Ltd. investment" published on August 20, 2011 in "China Securities News", "Shanghai Securities News", "Securities Times", "Securities Daily" and Cninfo website.

　　We hereby make the announcement.

Beijing New Building Materials Public Limited Company
Board of Directors
August 18, 2011
