# Partial Translation of BNBMPLC-E-0011442

**Recitification Status on the Inversion of Procedure in the Fixed Investment Projects of the Stock Company    ---- Weekly Report**

| Number | Project Name | Total Investment (ten thousand yuan) | Commencement Date | Completion Date | Project Stauts | Missing Procedure | Causes for the Inversion of Procedure (e.g. for the projects built before approval, the cause is the failure to obtain land certificate; for the failure to check and accept the project after the due date, the cause is the incomplete final accounts) | Time Limit for Completion | Unit in Charge | Responsible Unit | Responsible Person | Contact | Rectification Progress Status as of January 7th | Rectification Progress Status as of March 1st |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ... | ... | ... | ... | ... | ... | | ... | ... | ... | ... | ... | ... | ... | ... |
| 11 | Nantong 30 million square meters gypsum board project | 8,970 | December 2009 | April 2011 | It has been put into production. | | Increase of production capacity | August 2012 | Enterprise Management Department and Project General Office of BNBM | Enterprise Management Department of Taishan Gypsum | Jing Li | | The materials for check and acceptance are being revised and improved based on the production capacity replied by CNBM Co., Ltd. in its [2012]717 document. | Preparing the materials for check and acceptance |
| 12 | Yinchuan 30 million square meter gypsum board project | 7,020 | December 2009 | April 2011 | It has been put into production. | | incomplete materials for check and acceptance | August 2012 | Enterprise Management Department of BNBM PLC | Enterprise Management Department of Taishan Gypsum | Jing Li | | On-site inspection has been completed, and after the submission of the third-party auditor's report, the materials will be reported to CNBM Co., Ltd. | On-site inspection has been completed, and there is no audit of financial final accounts for the project completion purpose (third party auditor's report). |
| 13 | Yanshi 30 million square meter gypsum board project | 8,236 | May 2009 | September 2010 | It has been put into production. | | Increase of production capacity and investment | July 2012 | Enterprise Management Department and Project General Office of BNBM PLC | Enterprise Management Department of Taishan Gypsum | Jing Li | | The materials for check and acceptance are being revised and improved based on the production capacity replied by CNBM Co., Ltd. in its [2012]717 document. | The materials for check and acceptance are being revised and improved based on the production capacity replied by CNBM Co., Ltd. in its [2012]717 document.There is no third-party auditor's report on financial final accounts for the project completion purpose, and the on-site inspection has been completed. |
| 14 | ... | ... | ... | ... | ... | | ... | ... | ... | ... | ... | ... | ... | Approved |
| 15 | Guangdong Boluo 30 million square meters gypsum board project | 7,971 | April 2009 | June 2011 | It has been put into production. | | 50,790,000 yuan beyond the budget estimate | September 2012 | Enterprise Management Department and Project General Office of BNBM PLC | Enterprise Management Department of Taishan Gypsum | Jing Li | | The materials for check and acceptance have been submitted, and after the on-site inspection and the submission of the third-party auditor's report, the materials will be reported to CNBM Co., Ltd. | The materials for check and acceptance have been submitted, there is no third-party auditor's report on financial final accounts for the project completion purpose, and the on-site inspection has not been conducted. |
| 16 | Tongling 30 million square meters ~~gypsum board~~ plasterboard project | 8,972 | June 2008 | June 2010 | It has been put into production. | | Increase of production capacity and investment | July 2012 | Enterprise Management Department and Project General Office of BNBM PLC | Enterprise Management Department of Taishan Gypsum | Jing Li | | The materials for check and acceptance are being revised and improved based on the production capacity replied by CNBM Co., Ltd. in its [2012]717 document. | The materials for check and acceptance are being revised and improved based on the production capacity replied by CNBM Co., Ltd. in its [2012]717 document.there is no third-party auditor's report on financial final accounts for the project completion purpose, and the on-site inspection has been conducted. |

MTD Exhibit #137

WANG: Exhibit 326-R

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 17 | Wenzhou 30 million square meters paper surface gypsum board project | 7,000 | November 2006 | November 2007 | It has been put into production. | The land is leased, so the formalities for construction, check and acceptance can not be handled. | November 2012 | Enterprise Management Department of BNBM PLC | Enterprise Management Department of Taishan Gypsum | Jing Li | | Preparing the materials for preliminary check and acceptance | On-site inspection has been completed, and there is no audit of financial final accounts for the project completion purpose (third party auditor's report) |
| 18 | Fuxin gypsum board project with the annual productivity of 30 million square meters | 7,000 | October 2006 | August 2007 | It has been put into production. | There is the environemental assessment reply on the use of coal bed gas, but now the quality and quantity of coal bed gas cannot satisfy demand for production, so the environmental assessment reply cannot be carried out, and there is no way to carry out the environmental-based check and acceptance. | November 2012 | BNBM enterprise management department | Enterprise Management Department of Taishan Gypsum | Jing Li | | Coordinating environmental assessment procedures | Coordinating environmental assessment procedures |
| 19 | Sichuan Shifang gypsum board project with the annual productivity of 30 million square meters | 8,937 | March 2010 | April 2011 | It has been put into production. | Increase of production capacity and investment | September 2012 | Enterprise Management Department and Project General Office of BNBM PLC | Enterprise Management Department of Taishan Gypsum | Jing Li | | The materials for check and acceptance have been submitted, and after the on-site inspection and the submission of the third-party auditor's report, the materials will be reported to CNBM Co., Ltd. | The materials for check and acceptance have been submitted, and after the on-site inspection and the submission of the third-party auditor's report, the materials will be reported to CNBM Co., Ltd. |
| 20 | Weinan Line 2 gypsum board project with the annual productivity of 30 million square meters | 8,018 | July 2010 | June 2011 | It has been put into production. | Incomplete materials for check and acceptance | November 2012 | Enterprise Management Department of BNBM PLC | Enterprise Management Department of Taishan Gypsum | Jing Li | | Preparing the materials for preliminary check and acceptance | Preparing the materials for preliminary check and acceptance |
| ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... | ... |
| 22 | Guizhou Fuquan 20 million square meter gypsum board project | 6,296 | November 2009 | March 2011 | It has been put into production. | Both the construction project planning permit and the construction project working permit have not been obtained, so the documents for project commencement are incomplete. | September 2012 | Project General Office of BNBM PLC | Technical Center of Taishan Gypsum | Jiaming Gao | | Jian'an Company has sent staff to handle the materials that the for supervision company and the construction company need– to provide materials, and relevant procedures are being processed. | The staff of Jian'an Compnay has arrvived at factory to contact the construction and inspection companies at that time, confirm inspection fees and plan, collect documents, and then report to the Construction Bureau. |
| 23 | Shandong Tai'an 100 thousand ton protective surface paper project | 28,877 | December 2009 | June 2012 | Experimental production | Both the construction project planning permit and the construction project working permit are being processed. | September 2012 | Project General Office of BNBM PLC | Technical Center of Taishan Gypsum | Jiaming Gao | | ... | ... |
| 24 | Lucheng Line Two gypsum board project with the annual productivity of 30 million square meters | 8,076 | February 2011 | December 2012 | Installation of equipment | The land certificate has not been obtained. | August 2012 | Project General Office of BNBM PLC | Technical Center of Taishan Gypsum | Jiaming Gao | | ... | ... |
| 25 | Anhui Chaohu gypsum board project with the annual productivity of 40 million square meters | 11,409 | December 2011 | December 2012 | L constructionCivil engineering work in progress | Formalities related to p j tproject commencement have just been finished, and materials are being organized and will be reported for obtaining the approval for construction commencement. | July 2012 | Project General Office of BNBM PLC | Technical Center of Taishan Gypsum | Jiaming Gao | | Finished | Finished |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 26 | Liaoning Suizhong gypsum board project with the annual productivity of 40 million square meters | 11,914 | February 2011 | October 2012 | Installation of equipment | | The land certificate has not been obtained. | September 2012 | Project General Office of BNBM PLC | Technical Center of Taishan Gypsum | Jiaming Gao | ▬▬▬ | … | … |
| 27 | Hubei Wuxue gypsum board project with the annual productivity of 50 million square meters | 16,151 | February 2011 | October 2012 | Installation of equipment | | The land certificate has not been obtained. | August 2012 | Project General Office of BNBM PLC | Technical Center of Taishan Gypsum | Jiaming Gao | ▬▬▬ | … | Finished |
| 28 | Shandong Liaocheng gypsum board project with the annual productivity of 50 million square meters | 13,550 | August 2011 | December 2012 | ~~Land construction~~Civil engineering work in progress | | Formalities related to porject commencement have just been finished, and materials are being organized and will be reported for obtaining the approval for construction commencement. | July 2012 | Project General Office of BNBM PLC | Technical Center of Taishan Gypsum | Jiaming Gao | ▬▬▬ | Finished | Finished |

**Recitification Status on the Inversion of Procedure in the Fixed Investment Projects of the Stock Company    ---- Weekly Report**

| Number | Project Name | Total Investment (ten thousand yuan) | Commencement Date | Completion Date | Project Stauts | Missing Procedure | Causes for the Inversion of Procedure (e.g. for the projects built before approval, the cause is the failure to obtain land certificate; for the failure to check and accept the project after the due date, the cause is the incomplete final accounts) | Time Limit for Completion | Unit in Charge | Responsible Unit | Responsible Person | Contact | Rectification Progress Status as of January 7th | Rectification Progress Status as of March 1st |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| … | … | … | … | … | … | | … | … | … | … | … | … | … | … |
| 11 | Nantong 30 million square meters gypsum board project | 8,970 | December 2009 | April 2011 | It has been put into production. | | Increase of production capacity | August 2012 | Enterprise Management Department and Project General Office of BNBM | Enterprise Management Department of Taishan Gypsum | Jing Li | | The materials for check and acceptance are being revised and improved based on the production capacity replied by CNBM Co., Ltd. in its [2012]717 document. | Preparing the materials for check and acceptance |
| 12 | Yinchuan 30 million square meter gypsum board project | 7,020 | December 2009 | April 2011 | It has been put into production. | | incomplete materials for check and acceptance | August 2012 | Enterprise Management Department of BNBM PLC | Enterprise Management Department of Taishan Gypsum | Jing Li | | On-site inspection has been completed, and after the submission of the third-party auditor's report, the materials will be reported to CNBM Co., Ltd. | On-site inspection has been completed, and there is no audit of financial final accounts for the project completion purpose (third party auditor's report). |
| 13 | Yanshi 30 million square meter gypsum board project | 8,236 | May 2009 | September 2010 | It has been put into production. | | Increase of production capacity and investment | July 2012 | Enterprise Management Department and Project General Office of BNBM PLC | Enterprise Management Department of Taishan Gypsum | Jing Li | | The materials for check and acceptance are being revised and improved based on the production capacity replied by CNBM Co., Ltd. in its [2012]717 document. | The materials for check and acceptance are being revised and improved based on the production capacity replied by CNBM Co., Ltd. in its [2012]717 document.There is no third-party auditor's report on financial final accounts for the project completion purpose, and the on-site inspection has been completed. |
| 14 | … | … | … | … | … | | … | … | … | … | … | … | … | Approved |
| 15 | Guangdong Boluo 30 million square meters gypsum board project | 7,971 | April 2009 | June 2011 | It has been put into production. | | 50,790,000 yuan beyond the budget estimate | September 2012 | Enterprise Management Department and Project General Office of BNBM PLC | Enterprise Management Department of Taishan Gypsum | Jing Li | | The materials for check and acceptance have been submitted, and after the on-site inspection and the submission of the third-party auditor's report, the materials will be reported to CNBM Co., Ltd. | The materials for check and acceptance have been submitted, there is no third-party auditor's report on financial final accounts for the project completion purpose, and the on-site inspection has not been conducted. |
| 16 | Tongling 30 million square meters gypsum board project | 8,972 | June 2008 | June 2010 | It has been put into production. | Failure to check and accept the project after the due day | Increase of production capacity and investment | July 2012 | Enterprise Management Department and Project General Office of BNBM PLC | Enterprise Management Department of Taishan Gypsum | Jing Li | | The materials for check and acceptance are being revised and improved based on the production capacity replied by CNBM Co., Ltd. in its [2012]717 document. | The materials for check and acceptance are being revised and improved based on the production capacity replied by CNBM Co., Ltd. in its [2012]717 document.there is no third-party auditor's report on financial final accounts for the project completion purpose, and the on-site inspection has been conducted. |

**WANG: Exhibit 326**

| # | Project | Amount | Start | End | Status | | Issue | Date | Responsible Dept (BNBM) | Responsible Dept (Taishan) | Person | | Progress | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 17 | Wenzhou 30 million square meters paper surface gypsum board project | 7,000 | November 2006 | November 2007 | It has been put into production. | | The land is leased, so the formalities for construction, check and acceptance can not be handled. | November 2012 | Enterprise Management Department of BNBM PLC | Enterprise Management Department of Taishan Gypsum | Jing Li | | Preparing the materials for preliminary check and acceptance | On-site inspection has been completed, and there is no audit of financial final accounts for the project completion purpose (third party auditor's report) |
| 18 | Fuxin gypsum board project with the annual productivity of 30 million square meters | 7,000 | October 2006 | August 2007 | It has been put into production. | | There is the environemental assessment reply on the use of coal bed gas, but now the quality and quantity of coal bed gas cannot satisfy demand for production, so the environmental assessment reply cannot be carried out, and there is no way to carry out the environmental-based check and acceptance. | November 2012 | BNBM enterprise management department | Enterprise Management Department of Taishan Gypsum | Jing Li | | Coordinating environmental assessment procedures | Coordinating environmental assessment procedures |
| 19 | Sichuan Shifang gypsum board project with the annual productivity of 30 million square meters | 8,937 | March 2010 | April 2011 | It has been put into production. | | Increase of production capacity and investment | September 2012 | Enterprise Management Department and Project General Office of BNBM PLC | Enterprise Management Department of Taishan Gypsum | Jing Li | | The materials for check and acceptance have been submitted, and after the on-site inspection and the submission of the third-party auditor's report, the materials will be reported to CNBM Co., Ltd. | The materials for check and acceptance have been submitted, and after the on-site inspection and the submission of the third-party auditor's report, the materials will be reported to CNBM Co., Ltd. |
| 20 | Weinan Line 2 gypsum board project with the annual productivity of 30 million square meters | 8,018 | July 2010 | June 2011 | It has been put into production. | | Incomplete materials for check and acceptance | November 2012 | Enterprise Management Department of BNBM PLC | Enterprise Management Department of Taishan Gypsum | Jing Li | | Preparing the materials for preliminary check and acceptance | Preparing the materials for preliminary check and acceptance |
| … | … | … | … | … | … | | … | … | … | … | … | | … | |
| 22 | Guizhou Fuquan 20 million square meter gypsum board project | 6,296 | November 2009 | March 2011 | It has been put into production. | | Both the construction project planning permit and the construction project working permit have not been obtained, so the documents for project commencement are incomplete. | September 2012 | Project General Office of BNBM PLC | Technical Center of Taishan Gypsum | Jiaming Gao | | Jian'an Company has sent staff for supervision and the construction company needs to provide materials, and relevant procedures are being processed. | The staff of Jian'an Compnay has arrvived at factory to contact the construction and inspection companies at that time, confirm inspection fees and plan, collect documents, and then report to the Construction Bureau. |
| 23 | Shandong Tai'an 100 thousand ton protective surface paper project | 28,877 | December 2009 | June 2012 | Experimental production | | Both the construction project planning permit and the construction project working permit are being processed. | September 2012 | Project General Office of BNBM PLC | Technical Center of Taishan Gypsum | Jiaming Gao | | … | … |
| 24 | Lucheng Line Two gypsum board project with the annual productivity of 30 million square meters | 8,076 | February 2011 | December 2012 | Installation of equipment | | The land certificate has not been obtained. | August 2012 | Project General Office of BNBM PLC | Technical Center of Taishan Gypsum | Jiaming Gao | | … | … |
| 25 | Anhui Chaohu gypsum board project with the annual productivity of 40 million square meters | 11,409 | December 2011 | December 2012 | Land construction | Construction before approval | Formalities related to porject commencement have just been finished, and materials are being organized and will be reported for obtaining the approval for construction commencement. | July 2012 | Project General Office of BNBM PLC | Technical Center of Taishan Gypsum | Jiaming Gao | | Finished | Finished |

| # | Project | Amount | Start | End | Stage | Notes | Date | Office | Center | Manager | | Col12 | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 26 | Liaoning Suizhong gypsum board project with the annual productivity of 40 million square meters | 11,914 | February 2011 | October 2012 | Installation of equipment | The land certificate has not been obtained. | September 2012 | Project General Office of BNBM PLC | Technical Center of Taishan Gypsum | Jiaming Gao | ▬ | … | … |
| 27 | Hubei Wuxue gypsum board project with the annual productivity of 50 million square meters | 16,151 | February 2011 | October 2012 | Installation of equipment | The land certificate has not been obtained. | August 2012 | Project General Office of BNBM PLC | Technical Center of Taishan Gypsum | Jiaming Gao | ▬ | … | Finished |
| 28 | Shandong Liaocheng gypsum board project with the annual productivity of 50 million square meters | 13,550 | August 2011 | December 2012 | Land construction | Formalities related to porject commencement have just been finished, and materials are being organized and will be reported for obtaining the approval for construction commencement. | July 2012 | Project General Office of BNBM PLC | Technical Center of Taishan Gypsum | Jiaming Gao | ▬ | Finished | Finished |

The management process hangs upside down the project

The Print_Titles &R &C&P joint-stock company throws the project flow to hang upside down the rectification situation firmly----The weekly report serial number project name total investment (ten thousand Yuan) on-stream time completion time project progresses to lack the flow flow to hang upside down (project that the concrete reason for example has not approved constructs first is because land certificate has not obtained and has gone over the time limit not to examine is final accounts has not completed and so on) to complete the time limit master unit accountability unit responsible person contact method to reorganize the progress to reorganize the progress 1.0 Jingmen two phases of 30 million square meters plaster tablet projects 4930.56 2009.8 2010.9 to go into production by March 1 by January 7 to go over the time limit not to examine has obtained the operation to reply 2012.11 northern new building materials business management department Taishan gypsum business management department Li Jing              to prepare the pre-approval material to prepare the pre-approval material 2.0 Ninghai 30 million square meters plaster tablet projects 12539.0 2006.5 2007.12 already the production constructionThe final accounts have not completed 2013.6 northern new building materials business management department Ningbo northern the new building materials limited company to look up Bin              not to complete completion financial settlement report not to complete the completion financial settlement report 3.0 Taicang 30 million square meters plaster tablet projects 18000.0 2009.5 2010.5 the production final accounts not to complete 2012.8 northern new building materials business management department Taicang northern the new building materials limited company              not to complete completion financial settlement report not to complete the completion financial settlement report 4.0 Guangzhou 30 million square meters plaster tablet projects to the health front 14825.0 2009.9 2010.11 the production final accounts not to complete 2012.7 northern new building materials business management department Zhaoqing northern new building materials limited company Wang Ji spring              to report the building materials stock, and has supplemented the related material sum according to building materials stock requestExplanation. In waiting building materials stock reply. Has replied 5.0 Quang'an 30 million square meters plaster tablet projects 17826.0 2008.2 2009.2 the production final accounts not to complete 2012.7 northern new building materials business management department Quang'an northern new building materials limited company Wang Ji spring              6.0 Wuhan 30 million square meters plaster tablet projects 15303.0 2008.4 2009.3 the production final accounts not to complete 2012.6 northern new building materials business management department Wuhan northern new building materials limited company Wang Ji spring              7.0 Tieling 30 million square meters plaster tablet projects 14969.0 2008.4 2009.3 the production final accounts not to complete 2012.7 northern new building materials business management department Beixinjituan Building materials limited liability company Tieling Subsidiary company Wang Ji spring              8.0 Gucheng 30 million square meters plaster tablet projects 9274.0 2009.1 2010.12 the production final accounts not to complete 2012.9 northern new building materials business management department Gucheng northern new building materials limited company XuGreat              have not completed completion financial settlement report not to complete the completion financial settlement report 9.0 Pingyi 20 million square meters plaster tablet projects 8052.0 2010.3 2011.3 the production final accounts

not to complete 2012.9 northern new building materials business management department Pingyi northern new building materials limited company Xu Xiewu ▮▮▮▮▮▮▮▮ not to complete the environmental protection approval; Has not completed completion financial settlement report to complete completion financial settlement report first draft, is verifying 10.0 Taicang two phases of 30 million square meters plaster tablet projects 10925.0 2009.6 2010.6 the production final accounts not to complete 2012.8 northern new building materials business management department Taicang northern the new building materials limited company ▮▮▮▮▮▮▮▮ not to complete completion financial settlement report not to complete the environmental protection approval to the health front; Has not completed the completion financial settlement report 11.0 Nantong 30 million square meters plaster tablet projects 8969.76 2009.12 2011.4 to go into production to produce to increase 2012.8 northern new building materials business management department and project Comprehensive Office Taishan gypsum business management department Li Jing ▮▮▮▮▮▮▮▮ to act according to the building materials stock branch to send the [2012]717 number document reply producing to revise consummates the approval material. Prepares to approve the material 12.0 Yinchuan 30 million square meters plaster tablet projects 7019.89 2009.12 2011.4 production approval material not entire 2012.8 northern new building materials business management department Taishan gypsum business management department Li Jing ▮▮▮▮▮▮▮▮ to complete the site investigation, after submission third party report of audit, can report the building materials stock to complete the site investigation, lacks completion financial settlement audit (the third party report of audit) 13.0 Yanshi 30 million square meters plaster tablet projects 8235.78 2009.5 2010.9 to go into production to produce to be able and investment increases 2012.7 northern new building materials business management department and project Comprehensive Office Taishan gypsum business management department Li Jing ▮▮▮▮▮▮▮▮ to act according to the building materials stock branch to send the [2012]717 number document reply producing to revise consummates the approval material. Is sending the [2012]718 number document reply producing to revise according to building materials stock branch consummates the approval material. Lacking completion financial settlement tripartite report of audit, has completed the site investigation 14.0 Jiangxi Fengcheng 30 million square meters plaster tablet projects 7563.94 2009.11 2010.5 production approval material not entire 2012.7 northern new building materials business management department northern new building materials business management department Wang Ji spring ▮▮▮▮▮▮▮▮ to report the building materials stock, and has supplemented the related explanation according to building materials stock request. In waiting building materials stock reply. Has replied 15.0 Guangdong Borrow 30 million square meters plaster tablet projects 7971.32 2009.4 2011.6 the production ultra budgetary estimate 50.79 million Yuan 2012.9 northern new building materials business management department and project Comprehensive Office Taishan gypsum business management department Li Jing ▮▮▮▮▮▮▮▮ to submit the approval material, when completes the site investigation, after and submits the third party report of audit, can report the building materials stock to submit the approval material, lacks the completion financial settlement tripartite report of audit, has not carried on site investigation 16.0 Tongling to yearly produce 30 million m2 paper surface plaster tablet projects 8972.07 2008.6 2010.6 to go into production to produce to be able and investment increases 2012.7 northern new building materials business management department and project Comprehensive Office Taishan

gypsum business management department Li Jing ▮▮▮▮▮▮▮▮ to act according to the building materials stock branch to issue the [2012]717 number document,The revision consummates the approval material. Is issuing the [2012]718 number document according to building materials stock branch, the revision consummates the approval material. Lacking completion financial settlement tripartite report of audit, has completed the site investigation 17.0 Wenzhou 30 million square meters paper surface plaster tablet projects 7000.0 2006.11 2007.11 to go into production rents the land, is unable to handle the construction and approval procedure 2012.11 northern new building materials business management department Taishan gypsum business management department Li Jing ▮▮▮▮▮▮▮▮ prepares the pre-approval material to complete the site investigation, lacks completion financial settlement audit (the third party report of audit) 18.0 Fuxin Taishan to yearly produce 30 million squares plaster tablet project 7000.0 2006.1 2007.8 the production link to comment replies to use the coal bed to be mad that at present the coal bed was mad the quality and quantity cannot meet the production needs, is unable to carry out the link to comment the reply, is unable to carry on the environmental protection to approve 2012.11 northern new building materials business management department Taishan gypsum business management department Li Jing ▮▮▮▮▮▮▮▮ coordinates the link to comment procedural coordinated link to comment the procedural 19.0 Sichuan Shenfang to yearly produce 30 million square meters plaster tablet project 8937.2 2010.3 2011.4 to go into production to produce to be able and investment increases 2012.9 northern new building materials business management department and project Comprehensive Office Taishan gypsum business management department Li Jing ▮▮▮▮▮▮▮▮ to submit the approval material, when completes the site investigation, after and submits the third party report of audit, can report the building materials stock to submit the approval material, when completes the site investigation, after and submits the third party report of audit, can report building materials stock 20.0 Weinan two to yearly produce 30 million square meters plaster tablet project 8018.16 2010.7 2011.6 already the production approval material not entire 2012.11 northern new building materials business management department Taishan gypsum business management department Li Jing ▮▮▮▮▮▮▮▮ preparationsThe pre-approval material prepares the pre-approval material 21.0 Anhui Huainan to yearly produce 30 million square meters plaster tablet project 14413.0 2011.9 2012.6 trial productions not to approve constructs first is handling the construction card, the local government agrees to begin first, the procedure handles 2012.7 northern new building materials project comprehensive office Huainan Project Engineering depts ▮▮▮▮▮▮▮▮ to complete the operation procedure to start to the health front synchronously to make completion approval preparation, has not verified the approval application and related material 22.0 Guizhou Fuquan 20 million square meters plaster tablet projects 6295.58 2009.11 2011.3 the production construction project plan permit and architectural engineering construction permit has not obtained, creates the project operation credential not entire. 2012.9 northern new building materials project Comprehensive Office Taishan gypsum technology center Gao Jiaming ▮▮▮▮▮▮▮▮ Jianan Corporation has sent for processing the material that overseeing and construction need to provide, the related procedure is being handled. The Jianan Corporation personnel arrived at the factory, the relation at that time the construction, and examination unit, determined the examination expense and plan, after collecting the material, reported constructs the building office 23.0 Shandong Tai'an 100,000 tons to

protect the facial tissue project 28876.6 2009.12 2012.6 trial productions to handle the construction project plan permit and architectural engineering construction permit. 2012.9 northern new building materials project Comprehensive Office Taishan gypsum technology center Gao Jiaming ▇▇▇▇ land certificate and land plan card has handled to complete, project plan card and architectural engineering construction card in positive management process. The land certificate and land plan card has handled to complete, project plan card and architectural engineering construction card in positive management process. 24.0 Lucheng two yearly produce 30 million square meters plaster tablet project 8075.91 2011.2 2012.12 equipment setup the land certificate not to obtain 2012.8 northern new building materials project Comprehensive Office Taishan gypsum technology center Gao Jiaming ▇▇▇▇ land certificate and project plan card and land plan card to handle to complete, the construction permit is handling. Presently with the Lucheng City and countryside Safeguard Bureau relation, is preparing to handle the construction permit material, must construct Fang Wen to construct to build the company to provide some materials, the material gets ready the preparation to report basically. 25.0 Anhui Chaohu yearly produced the related procedure that 40 million square meters plaster tablet project 11409.01 2011.12 2012.12 construction items began just to handle to finish, was organizing the material to request authorization the operation to apply. 2012.7 northern new building materials project Comprehensive Office Taishan gypsum technology center Gao Jiaming ▇▇▇▇ complete 26.0 Liaoning Suizhong to yearly produce 40 million square meters plaster tablet project 11913.57 2011.2 2012.1 equipment setup the land certificate not to obtain. 2012.9 northern new building materials project Comprehensive Office Taishan gypsum technology center Gao Jiaming ▇▇▇▇ this project land 330 mu, 80 mu have licensed, is coordinating to handle the land certificate positively. After the land certificate handles finished, other credentials can handle. Project land altogether 330 mu, the land target of 80 mu place has issued, is handling to license to tender. The surplus land targets, the land demand has registered in the province, is going through the related formalities.
27.0 Hubei Wuxue yearly produces 50 million square meters plaster tablet project 16150.96 2011.2 2012.1 equipment setup the land certificate not to obtain. 2012.8 northern new building materials project Comprehensive Office Taishan gypsum technology center Gao Jiaming ▇▇▇▇ land certificate and project plan card and land plan card has handled to complete, the construction permit is handling. Completed 28.0 Shandong Liaocheng to yearly produce the related procedure that 50 million square meters plaster tablet project 13549.94 2011.8 2012.12 construction items began just to handle to finish, was organizing the material to request authorization the operation to apply. 2012.7 northern new building materials project Comprehensive Office Taishan gypsum technology center Gao Jiaming ▇▇▇▇ complete zhaoying:
The original data is 79.71 million Yuan, should be 148.25 million Yuan (is may research reply number) User:
Wuxue local land resource is scarce, the city land bureau will carry on to more than 10 home enterprises in the near future licenses to tender publicly. The formula time was in June February to July 10, carried on to unveil on July 10 to July 20.

```
 --- Summary Information ---
1: 936 PID_AUTHOR: YT PID_LASTAUTHOR: zhaoying PID_APPNAME: Microsoft Excel
PID_LASTPRINTED: Mon Mar 04 09:52: 05 CST 2013 PID_CREATE_DTM: Mon Sep 01 15:13: 45
CST 2008 PID_LASTSAVE_DTM: Mon Mar 04 09:52: 33 CST 2013 PID_SECURITY: 0

 --- Document Summary Information ---
PID_CODEPAGE: 936 PID_COMPANY:
23: 730895 PID_SCALE: false PID_LINKSDIRTY: false 19: false 22: false
```

Document Produced In Native Format

BNBMPLC-E-0011442

## 股份公司固投项目流程倒挂整改情况----周报

| 序号 | 项目名称 | 总投资（万元） | 开工时间 | 完工时间 | 项目进展 | 所缺流程 | 流程倒挂具体原因（如未批先建的项目是因为土地证未取得、超期未验是决算未完成等） | 完成时限 | 主管单位 | 责任单位 | 责任人 | 联系方式 | 截止1月7日整改进展情况 | 截止3月1日整改进展情况 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 荆门二期3000万平方米石膏板项目 | 4,931 | 2009.8 | 2010.9 | 已投产 | 超期未验 | 已取得开工批复 | 2012.11 | 北新建材企管部 | 泰山石膏企管部 | 李静 | | 准备预验收资料 | 准备预验收资料 |
| 2 | 宁海3000万平方米石膏板项目 | 12,539 | 2006.5 | 2007.12 | 已投产 | | 土建决算未完成 | 2013.6 | 北新建材企管部 | 宁波北新建材有限公司 | 查斌 | | 未完成竣工财务决算报告 | 未完成竣工财务决算报告 |
| 3 | 太仓3000万平方米石膏板项目 | 18,000 | 2009.5 | 2010.5 | 已投产 | | 决算未完成 | 2012.8 | 北新建材企管部 | 太仓北新建材有限公司 | 向卫锋 | | 未完成竣工财务决算报告 | 未完成竣工财务决算报告 |
| 4 | 广州3000万平方米石膏板项目 | 14,825 | 2009.9 | 2010.11 | 已投产 | | 决算未完成 | 2012.7 | 北新建材企管部 | 肇庆北新建材有限公司 | 王际春 | | 已上报中建材股份，并按照中建材股份的要求补充了相关材料和说明。等待中建材股份批复。 | |
| 5 | 广安3000万平方米石膏板项目 | 17,826 | 2008.2 | 2009.2 | 已投产 | | 决算未完成 | 2012.7 | 北新建材企管部 | 广安北新建材有限公司 | 王际春 | | | |
| 6 | 武汉3000万平方米石膏板项目 | 15,303 | 2008.4 | 2009.3 | 已投产 | | 决算未完成 | 2012.6 | 北新建材企管部 | 武汉北新建材有限公司 | 王际春 | | | 已批复 |
| 7 | 铁岭3000万平方米石膏板项目 | 14,969 | 2008.4 | 2009.3 | 已投产 | | 决算未完成 | 2012.7 | 北新建材企管部 | 北新集团建材股份有限公司铁岭分公司 | 王际春 | | | |
| 8 | 故城3000万平方米石膏板项目 | 9,274 | 2009.1 | 2010.12 | 已投产 | | 决算未完成 | 2012.9 | 北新建材企管部 | 故城北新建材有限公司 | 徐伟 | | 未完成竣工财务决算报告 | 未完成竣工财务决算报告 |
| 9 | 平邑2000万平方米石膏板项目 | 8,052 | 2010.3 | 2011.3 | 已投产 | | 决算未完成 | 2012.8 | 北新建材企管部 | 平邑北新建材有限公司 | 徐协武 | | 未完成环保验收；未完成竣工财务决算报告 | 已经完成竣工财务决算报告初稿，正在审核 |
| 10 | 太仓二期3000万平方米石膏板项目 | 10,925 | 2009.6 | 2010.6 | 已投产 | | 决算未完成 | 2012.8 | 北新建材企管部 | 太仓北新建材有限公司 | 向卫锋 | | 未完成竣工财务决算报告 | 未完成环保验收；未完成竣工财务决算报告 |
| 11 | 南通3000万平方米石膏板项目 | 8,970 | 2009.12 | 2011.4 | 已投产 | | 产能增加 | 2012.8 | 北新建材企管部、项目综合办 | 泰山石膏企管部 | 李静 | | 正在根据中建材股份科发[2012]717号文件批复的产能修改完善验收材料。 | 准备验收资料 |
| 12 | 银川3000万平方米石膏板项目 | 7,020 | 2009.12 | 2011.4 | 已投产 | | 验收材料不全 | 2012.8 | 北新建材企管部 | 泰山石膏企管部 | 李静 | | 已经完成现场核查，等提交第三方审计报告后，便可上报中建材股份 | 已经完成现场核查，缺少竣工财务决算审计（第三方审计报告） |
| 13 | 偃师3000万平方米石膏板项目 | 8,236 | 2009.5 | 2010.9 | 已投产 | | 产能及投资增加 | 2012.7 | 北新建材企管部、项目综合办 | 泰山石膏企管部 | 李静 | | 正在根据中建材股份科发[2012]717号文件批复的产能修改完善验收材料。 | 正在根据中建材股份科发[2012]718号文件批复的产能修改完善验收材料。缺少竣工财务决算三方审计报告，已经完成现场核查 |
| 14 | 江西丰城3000万平方米石膏板项目 | 7,564 | 2009.11 | 2010.5 | 已投产 | | 验收材料不全 | 2012.7 | 北新建材企管部 | 北新建材企管部 | 王际春 | | 已上报中建材股份，并按照中建材股份的要求补充了相关说明。等待中建材股份批复。 | 已批复 |
| 15 | 广东博罗3000万平方米石膏板项目 | 7,971 | 2009.4 | 2011.6 | 已投产 | | 超概算5079万元 | 2012.9 | 北新建材企管部、项目综合办 | 泰山石膏企管部 | 李静 | | 已经提交验收材料，待完成现场核查，并提交第三方审计报告后，便可上报中建材股份 | 已经提交验收材料，缺少竣工财务决算三方审计报告，尚未进行现场核查 |
| 16 | 铜陵年产3000万m2纸面石膏板项目 | 8,972 | 2008.6 | 2010.6 | 已投产 | | 产能及投资增加 | 2012.7 | 北新建材企管部、项目综合办 | 泰山石膏企管部 | 李静 | | 正根据中建材股份科发[2012]717号文件，修改完善验收材料。 | 正根据中建材股份科发[2012]718号文件，修改完善验收材料。缺少第竣工财务决算三方审计报告，已经完成现场核查 |
| 17 | 温州3000万平方米纸面石膏板项目 | 7,000 | 2006.11 | 2007.11 | 已投产 | | 是租赁土地，无法办理建设及验收手续 | 2012.11 | 北新建材企管部 | 泰山石膏企管部 | 李静 | | 准备预验收资料 | 已经完成现场核查，缺少竣工财务决算审计（第三方审计报告） |
| 18 | 阜新泰山年产3000万平方石膏板项目 | 7,000 | 2006.10 | 2007.8 | 已投产 | | 环评批复使用煤层气，目前煤层气质量和数量都不能满足生产需要，无法落实环评批复，无法进行环保验收 | 2012.11 | 北新建材企管部 | 泰山石膏企管部 | 李静 | | 协调环评手续 | 协调环评手续 |
| 19 | 四川什邡年产3000万平方米石膏板项目 | 8,937 | 2010.3 | 2011.4 | 已投产 | | 产能及投资增加 | 2012.9 | 北新建材企管部、项目综合办 | 泰山石膏企管部 | 李静 | | 已经提交验收材料，待完成现场核查，并提交第三方审计报告后，便可上报中建材股份 | 已经提交验收材料，待完成现场核查，并提交第三方审计报告后，便可上报中建材股份 |
| 20 | 渭南二线年产3000万平方米石膏板项目 | 8,018 | 2010.7 | 2011.6 | 已投产 | | 验收材料不全 | 2012.11 | 北新建材企管部 | 泰山石膏企管部 | 李静 | | 准备预验收资料 | 准备预验收资料 |
| 21 | 安徽淮南年产3000万平方米石膏板项目 | 14,413 | 2011.9 | 2012.6 | 试生产 | | 正在办理施工证，当地政府同意先建，手续同步办理 | 2012.7 | 北新建材项目综合办 | 淮南项目工程部 | 向卫锋 | | 完成开工手续 | 开始做竣工验收准备，尚未审核验收申请及相关材料 |
| 22 | 贵州福泉2000万平方米石膏板项目 | 6,296 | 2009.11 | 2011.3 | 已投产 | | 建设工程规划许可证、建筑工程施工许可证未取得，造成项目开工证件不全。 | 2012.9 | 北新建材项目综合办 | 泰山石膏技术中心 | 高甲明 | | 建安公司已经派人来处理监理及施工单位需要提供的资料，相关手续正在办理中。 | 建安公司人员已经到厂，联系当时施工单位，及检测单位，确定检测费用及方案，收集材料后上报建设局 |

BNBMPLC-E-0011442

| 序号 | 项目名称 | 总投资（万元） | 开工时间 | 完工时间 | 项目进展 | 所缺流程 | 流程倒挂具体原因（如未批先建的项目是因为土地证未取得、超期未验是决算未完成等等） | 完成时限 | 主管单位 | 责任单位 | 责任人 | 联系方式 | 截止1月7日整改进展情况 | 截止3月1日整改进展情况 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 23 | 山东泰安10万吨护面纸项目 | 28,877 | 2009.12 | 2012.6 | 试生产 | 未批先建 | 正在办理建设工程规划许可证、建筑工程施工许可证。 | 2012.9 | 北新建材项目综合办 | 泰山石膏技术中心 | 高甲明 | | 土地证、用地规划证已办理完成，工程规划证、建筑工程施工证正在积极办理过程中。 | 土地证、用地规划证已办理完成，工程规划证、建筑工程施工证正在积极办理过程中。 |
| 24 | 潞城二线年产3000万平方米石膏板项目 | 8,076 | 2011.2 | 2012.12 | 设备安装 | | 土地证未取得 | 2012.8 | 北新建材项目综合办 | 泰山石膏技术中心 | 高甲明 | | 土地证、工程规划证、用地规划证均已办理完成，施工许可证正在办理。 | 现正在与潞城市城乡保障局联系，准备办理施工许可证资料，需施工方汶兴建筑公司提供部分资料，资料基本备齐准备上报。 |
| 25 | 安徽巢湖年产4000万平方米石膏板项目 | 11,409 | 2011.12 | 2012.12 | 土建施工 | | 项目开工的相关手续刚办理完毕，正在组织资料进行报批开工申请。 | 2012.7 | 北新建材项目综合办 | 泰山石膏技术中心 | 高甲明 | | 完成 | 完成 |
| 26 | 辽宁绥中年产4000万平方米石膏板项目 | 11,914 | 2011.2 | 2012.10 | 设备安装 | | 土地证未取得。 | 2012.9 | 北新建材项目综合办 | 泰山石膏技术中心 | 高甲明 | | 本项目用地330亩，其中80亩已经挂牌，正在积极协调办理土地证。待土地证办理完毕后，其他证件才能办理。 | 项目土地共330亩，其中80亩地的土地指标已经下发，正在办理挂牌招标。剩余土地指标，用地需求已经报到省里，正在办理相关手续。 |
| 27 | 湖北武穴年产5000万平方米石膏板项目 | 16,151 | 2011.2 | 2012.10 | 设备安装 | | 土地证未取得。 | 2012.8 | 北新建材项目综合办 | 泰山石膏技术中心 | 高甲明 | | 土地证、工程规划证、用地规划证均已办理完成，施工许可证正在办理。 | 完成 |
| 28 | 山东聊城年产5000万平方米石膏板项目 | 13,550 | 2011.8 | 2012.12 | 土建施工 | | 项目开工的相关手续刚办理完毕，正在组织资料进行报批开工申请。 | 2012.7 | 北新建材项目综合办 | 泰山石膏技术中心 | 高甲明 | | 完成 | 完成 |

BNBMPLC-E-0011442