# Stock Abbreviation: BNBM    Stock Code: 000786 Announcement No.: 2007-013

## Beijing New Building Materials Public Limited Company

## Announcement of Final Resolution of the 25th Interim Meeting of the 3rd Session of Board of Directors

**The company and all members of Board of Directors guarantee that report is faithful, accurate and complete, without false representation, misleading statement or major omission.**

Board of directors of Beijing New Building Materials Public Limited Company (hereinafter referred to as the Company) has notified to hold the 25th Interim Meeting of the 3rd Session of Board of Directors on June 12, 2007 in the form of e-mail, in the condition that all members of Board of directors have fully understood the deliberations of the conference, the meeting has been held on June 15, 2007, voting through fax (including direct delivery), all 9 board of directors, in accordance with the relevant provisions of the "Company Law" and "Articles of Association", have participated in the voting. Upon review, the meeting has passed the following resolutions:

I. Reviewed and approved the "Resolution on Corporate Self-examination and Rectification plan Report ".

See details of the resolution in "resolution on Corporate Self-examination and Rectification plan Report "published in cninfo website on June 16, 2007

The resolution was approved with 9 votes in favor, 0 votes against, and 0 abstentions.

II. Reviewed and approved the "Resolution on Providing Guarantee for Shandong Taihe Dongxin Co., Ltd."

Shandong Taihe Dongxin Co., Ltd. (Hereinafter referred to as "Taihe") is a Subsidiary Company of the company. In order to better take full use of advantages and lower the cost, Taihe intends to carry out technological

MTD Exhibit #138

BNBMPLC0004480

transformation of the original gypsum board production line. Upon transformation, we will replace natural gypsum plaster board with industrial waste gypsum. Recently, the program has been approved by the NDRC to be the State bond discount Program. According to the actual needs for construction of the Taihe project, the company agrees to provide joint liability guarantee for a four-year 41,000,000 Yuan loan of Commercial Bank of China Limited Ningyang branch.

By the end of June 14, 2007, the company's all external guarantees are provided for its subsidiaries, and the total amount of guarantees reached 907,500,000 Yuan, which share 57.64% of net assets of consolidated accounting statements that audited by the company on December 31, 2006 .

The resolution was approved with 9 votes in favor, 0 votes against, and 0 abstentions.

III. Reviewed and approved the "Resolution on Investing in Constructing 30000000 square meters of gypsum board production in Wuhan City, Hubei Province and Tieling City, Liaoning Province.

See details of the resolution on "Investing in Constructing 30,000,000 square meters of gypsum board production in Wuhan City, Hubei Province and Tieling City, Liaoning Province "published in "China Securities News", "Shanghai Securities News", "Securities Times", the "Securities Daily" and cninfo website on June 16, 2007.

The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

D. Reviewed and approved the "Resolution on Convening the 2nd interim Shareholder Meeting of 2007" Whereas the 25th Interim Meeting of the 3rd Session of the Board of Directors Reviewed and approved the "Resolution on providing security for Shandong Taihe Dongxin Co., Ltd.", we hereby decide to convene the 2nd interim General Meeting of year 2007 on July 9,

BNBMPLC0004481

2007 to review the above resolution.

    The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

    We hereby make the announcement.

Beijing New Building Materials Public Limited Company

Board of Directors

Jun. 15, 2007

BNBMPLC0004482