### Shangdong Taihe Dongxing Co., Ltd. Amendment of Article of Incorporation

On November 8, 2005, Shangdong Taihe Dongxing Co., Ltd. convened the fifth impromptu shareholder meeting in the conference room at the Company's headquarters. There were five shareholder representatives present at the meeting which represented 155.625 shares or 100% of the Company's total equity which was in compliance with the provisions of the <Company Law> and <The Company's Article of Incorporation> and the resolution reached would be real and effective. The meeting was held by the Company's Chairman of the Board Jia Tongchun and shareholder representatives engaged in discussion regarding the change in the scope of business for Shangdong Taihe Dongxing Co., Ltd. and reached resolutions. According to the shareholder meeting resolutions, the Company's original Article of Incorporation will be amended as follows:

The original Article of Incorporation Chapter 2 Article 12: "With the approval of the company registration agency, the Company's scope of business shall be changed from the original: "gypsum boards, plaster products, stone material, light steel keel, building material, decorating material and the production and sale of new building material, corrosive material (phosphoric acid), phosphoric acid by-product phosphoric plaster, building hardware, ceramic products, electrical products, furniture, home appliances, general merchandise, the sale of mining machinery accessories, the retail of automotive accessories, the purchase and sale of waste paper boxes, jade carving, decoration; general transportation within the scope of the license (only when managed by its branch organization)" to "gypsum boards, plaster products, gypsum board protective tissues, stone material, light steel keel, building material, decorating material and the production and sale of new building material, corrosive material (phosphoric acid), phosphoric acid by-product phosphoric plaster, building hardware, ceramic products, electrical products, furniture, home appliances, general merchandise, the sale of mining machinery accessories, the retail of automotive accessories, the purchase and sale of waste paper and waste paper boxes, jade carving, decoration; general transportation within the scope of the license (only when managed by its branch organization) and import and export business (only within the scope approved by Shangdong Foreign Trade Economic Cooperation Bureau)."

Translation of TG 0020668

MTD Exhibit #140

Shareholder signature:
    [Seal - illegible]                    [Seal – Beixin Group Building Material Co., Ltd.]

    [Signature – Xu Xing]            [Signature - illegible]

    [Seal – Taian City [illegible] Investment & Trading Co., Ltd.]
                                                            [Signature – Jia Tongchun]
    [Signature – Jia Tongchun]

    [Taian City Donglian Investment & Trading Co., Ltd.]
    [Signature - illegible]

                                                            November 8, 2005

                                                            Translation of TG 0020669

# 山东泰和东新股份有限公司章程修正案

二〇〇五年十一月八日，山东泰和东新股份有限公司在公司总部会议室召开第五次临时股东大会，出席会议的股东代表5人，代表公司股份15562.5万股，占公司总股本的100%，符合《公司法》及《公司章程》的规定。会议由公司董事长贾同春主持，与会股东代表对山东泰和东新股份有限公司经营范围的变更事宜进行了讨论，并形成了决议，根据本次股东大会决议，对原公司章程修改如下：

原章程第二章第十二条："经公司登记机关核准，公司经营范围是：纸面石膏板、石膏制品、石材、轻钢龙骨、建筑材料、装饰材料及新型建筑材料的生产、销售；腐蚀品（磷酸）、磷酸副产品磷石膏、建筑五金、陶瓷制品、机电产品、家具、家用电器、日用百货、矿山机械配件销售；汽车配件零售；废纸箱收购；玉石雕刻；装饰装修；许可证范围内普通货运（限分支机构经营）。"变更为"纸面石膏板、石膏制品、石膏板护面纸、石材、轻钢龙骨、建筑材料、装饰材料及新型建筑材料的生产、销售；腐蚀品（磷酸）、磷酸副产品磷石膏、建筑五金、陶瓷制品、机电产品、家具、家用电器、日用百货、矿山机械配件销售；汽车配件零售；废纸、废纸箱的收购、销售；玉石雕刻；装饰装修；许可证范围内普通货运（限分支机构经营）；自营进出口业务（以山东省对外贸易经济合作局核定的范围为准）。"



（此页无正文）

股东签名： 







二〇〇五年十一月八日

TG 0020669