<u>Translation of BNBMPLC-E-0029161</u>

**(in native format)**

Statistical Spreadsheet of Gypsum Boards Exported to the U.S. in the Year 2006 by the International Business Department

| Contract Number | Explanation | Port of Destination | Client Name | Contract Amount (dollars) | Product Specifications | Quantity (pieces) | Quantity (Square Meters) | Date Contract Signed | Date of Shipment | Number of Verification Form |
|---|---|---|---|---|---|---|---|---|---|---|
| NO:50614 | Did not sign contract, executed according to Letter of Credit | EVERGLADES, FL, USA | TRIORIENT TRADING INC | 1,778,013.60 | 12.7 Normal | 192,987 | 861,725.55 | 5/3/2006 | 6/5/2006 | 042912965 042912900 |
|  |  |  |  |  | 15.9 Fireproof | 99,528 | 444,412.43 |  |  |  |
| NO:50590 |  | PALM BEACH, FL, USA | TRIORIENT TRADING INC | 1,184,832.00 | 12.7 Normal | 215,424 | 961,911.24 | 4/1/2006 | 4/21/2006 | 042894003 |
| E-GB060505 | Two batches of goods directly exported to the U.S. under the exclusive contract, and the place of | TAMPA, FLORIDA, USA | DAVIS CONSTRUCTION SUPPLY, LLC | 1,127,406.00 | 12.7 Normal | 102,176 | 456,236.28 | 3/12/2006 | 6/15/2006 | 042922007 042912963 042912964 042922006 |
|  |  |  |  |  | 15.9 Fireproof | 155,272 | 693,320.53 |  |  |  |

**MTD Exhibit #143**

B: 7/8/15-7/11/15
Exhibit 138

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| E-200654 | arbitration is Hong Kong according to the agreement | TAMPA, FLORIDA, USA | DAVIS CONSTRUCTION SUPPLY, LLC | 819,254.00 | 15.9 Fireproof | 119,704 | 534,502.30 | 3/12/2006 | 7/28/2006 | 042936325 |
| E-GB26024 | The place of arbitration is China | LA, USA | GREAT WESTERN BUILDING MATERIALS | 502,396.62 | 12.7 Normal | 58,800 | 262,553.76 | 11/1/2005 | 3/1/2006 | 033722620 |
| E-GB051118 | BNBM Group as the export agency; arbitration institution: Chinese or American foreign trading arbitration committee | Tampa, Florida Port, or Gulf of Mexico ports | EAC&SON'S CORP | 2,345,018.00 | 15.9 Fireproof | 199,567 | 891,106.57 | 11/18/2005 | 1/1/2006 | 033701577 |
| WN6350 | BNBM Group as the export agency, and the place of arbitration undetermined | MANATEE, FLORIDA, USA | WOOD NATION INC | 2,040,541.00 | 12.7 Normal | 190,400 | 850,174.08 | 11/16/2005 | 2/1/2006 | 033695880 |
| | | | | | 15.9 Fireproof | 49,972 | 223,134.97 | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| E-GB25190 | BNBM Group as the export agency, and the place of arbitration is China | LA, USA OR LONG BEACH, USA | BAOAN INTERNATIONAL INVESTMENT CO., LTD | 431,827.20 | 12.7 Normal | 51,408 | 229,547.00 | 12/1/2005 | 1/22/2006 | 033695865 |
| Sum | | | | 10,229,288.42 | 12.7 Normal | 811,195.00 | 3,622,147.91 | | | |
| | | | | | 15.9 Anti-Fire | 624,043.00 | 2,786,476.80 | | | |

Sheet1

International business 06 years export the American gypsum board related situation survey form contract number situation to explain that the port of destination customer name contract amount (dollar) product specification quantity piece quantity (square meter) contract sign time consignment time cancels odd numbers NO:50614 not to sign the contract, carries out EVERGLADES according to the letter of credit, FL, USATRIORIENT TRADING INC1,778,013.6012.7 ordinary 192,987861,725.55reserved-38840x1freserved-38873x1f042912965 042912900015.9 fire protection 99,528444,412.43NO:50590PALM BEACH, FL, USATRIORIENT TRADING INC1,184,832.00 12.7 ordinary 215,424961,911.24reserved-38808x1freserved-38828x1f042894003E-GB060505 direct export under the American exclusive agreement two batch of cargos, the agreement arbitration is Hong Kong. TAMPA, FLORIDA, USADAVIS CONSTRUCTION SUPPLY, LLC 1,127,406.0012.7 ordinary 102,176456,236.28reserved-38788x1freserved-38883x1f042922007 042912963 042912964 0429220615.9 fire protection 155,272693,320.53E-200654TAMPA, FLORIDA, USA DAVIS CONSTRUCTION SUPPLY, LLC819,254.0015.9 protects from fire 119,704534,502.30 reserved-38788x1freserved-38926x1f042936325E-GB26024 arbitrations is Chinese LA, the USAGREAT WESTERN BUILDING MATERIALS502,396.6212.7 ordinary 58,800262,553.76reserved-38657x1f reserved-38777x1f033722620E-GB051118 Beixinjituan agency factor; Arbitration facilities: Chinese or American foreign trade arbitration committee Tampa or the Florida harbor or the Gulf of Mexico harbor EAC&SON'S CORP2,345,018.0015.9 fire protection 199,567891,106.57reserved-38674x1f reserved-38718x1f03701577WN6350 Beixinjituan agency factor, had not stipulated that arbitration MANATEE, FLORIDA, the USAWOOD NATION INC2,040,541.0012.7 ordinary 190,400850,174.08reserved-38672x1freserved-38749x1f 033695880015.9 fire protection 49,972223,134.97E-GB25190 Beixinjituan agency factors, the arbitration is Chinese LA, USA OR LONG BEACH, USABAOAN INTERNATIONAL INVESTMENT CO., LTD431,827.2012.7 ordinary 51,408229,547.00 reserved-38687x1freserved-38739x1f033695865 amount to 10,229,288.4212.7 ordinary 811,195.00 3,622,147.9115.9 fire protection 624,043.002,786,476.80Sheet2 Sheet3

--- Summary Information ---
1: 936 PID_AUTHOR:
PID_LASTAUTHOR:
PID_APPNAME: Microsoft Excel PID_LASTPRINTED: Sun Sep 27 18:02: 52 CST 2009
PID_CREATE_DTM: Tue Dec 17 09:32: 42 CST 1996 PID_LASTSAVE_DTM: Sun Sep 27 18:03: 00 CST 2009 PID_SECURITY: 0

--- Document Summary Information ---
PID_CODEPAGE: 936 PID_COMPANY:
23: 730895 PID_SCALE: false PID_LINKSDIRTY: false 19: false 22: false

Document Produced In Native Format

BNBMPLC-E-0029161

## 国际业务部06年出口美国石膏板有关情况调查表

| 合同号 | 情况说明 | 目的港 | 客户名称 | 合同金额（美金） | 产品规格 | 数量（片） | 数量（平米） | 合同签订时间 | 发货时间 | 核销单号 |
|---|---|---|---|---|---|---|---|---|---|---|
| NO:50614 | 未签合同，按照信用证执行 | EVERGLADES, FL, USA | TRIORIENT TRADING INC | 1,778,013.60 | 12.7 普通 | 192,987 | 861,725.55 | 5/3/2006 | 6/5/2006 | 042912965 042912900 |
| | | | | | 15.9 防火 | 99,528 | 444,412.43 | | | |
| NO:50590 | | PALM BEACH, FL, USA | TRIORIENT TRADING INC | 1,184,832.00 | 12.7 普通 | 215,424 | 961,911.24 | 4/1/2006 | 4/21/2006 | 042894003 |
| E-GB060505 | 直接出口美国独家协议下的两批货物，协议仲裁地为香港。 | TAMPA, FLORIDA, USA | DAVIS CONSTRUCTION SUPPLY, LLC | 1,127,406.00 | 12.7 普通 | 102,176 | 456,236.28 | 3/12/2006 | 6/15/2006 | 042922007 042912963 042912964 042922006 |
| | | | | | 15.9 防火 | 155,272 | 693,320.53 | | | |
| E-200654 | | TAMPA, FLORIDA, USA | DAVIS CONSTRUCTION SUPPLY, LLC | 819,254.00 | 15.9 防火 | 119,704 | 534,502.30 | 3/12/2006 | 7/28/2006 | 042936325 |
| E-GB26024 | 仲裁地为中国 | LA, USA | GREAT WESTERN BUILDING MATERIALS | 502,396.62 | 12.7 普通 | 58,800 | 262,553.76 | 11/1/2005 | 3/1/2006 | 033722620 |
| E-GB051118 | 北新集团代理出口；仲裁机构：中国或者美国国外贸易仲裁委员会 | 美国坦帕或佛州港口 或者墨西哥湾港口 | EAC&SON'S CORP | 2,345,018.00 | 15.9 防火 | 199,567 | 891,106.57 | 11/18/2005 | 1/1/2006 | 033701577 |
| WN6350 | 北新集团代理出口，未规定仲裁地 | MANATEE, FLORIDA, USA | WOOD NATION INC | 2,040,541.00 | 12.7 普通 | 190,400 | 850,174.08 | 11/16/2005 | 2/1/2006 | 033695880 |
| | | | | | 15.9 防火 | 49,972 | 223,134.97 | | | |
| E-GB25190 | 北新集团代理出口，仲裁地为中国 | LA, USA OR LONG BEACH, USA | BAOAN INTERNATIONAL INVESTMENT CO., LTD | 431,827.20 | 12.7 普通 | 51,408 | 229,547.00 | 12/1/2005 | 1/22/2006 | 033695865 |
| 总计 | | | | 10,229,288.42 | 12.7 普通 | 811,195.00 | 3,622,147.91 | | | |
| | | | | | 15.9 防火 | 624,043.00 | 2,786,476.80 | | | |

BNBMPLC-E-0029161