## Shandong Taihe Dongxin Co., Ltd.
## Resolutions of the General Meeting of Shareholders

On March 24, 2005, Shandong Taihe Dongxin Co., Ltd. convened the 2005 first extraordinary general meeting of shareholders in the headquarters conference room. In attendance were 15 of the 18 shareholders: Y i n g u o  Kang, on behalf of Taian State-Owned Asset Management Co., Ltd.; Tongchun Jia, on behalf of Shandong Taihe (Group) Employee Shareholders Association; individual shareholders, including Tongchun Jia, Yuli Xue, Yubao Gao, Jinghua Zhu, Xulian Ren, Jianchun Zhang, Weimin Mi, Xianhua Ren, Zhentao Duan, Jiangang Zhao, Zuoyi Li, Kai Qian and Yanxiu Zhang; and individual shareholders Wenyang Lu, Tenggao Zhu and Yuanli Jia, as represented by Mr. Tongchun Jia. With attendees representing 83 million shares, or 100% of the total equity of the company, as required by applicable provisions of the *Company Law of the People's Republic of China* and the *Articles of Association* of the Company, the resolutions issued at the meeting were valid and effective. Director Huicang Yang, Renjie Zhang, and Supervisor Jun Yang were also present at the meeting, which was presided over by Chairman Jia.

Following extensive deliberation among the shareholders, the "Motion to increase capital, enlarge stock, transfer shares, and collaborate with Beijing New Building Materials Co., Ltd." was passed.

The shareholders in attendance unanimously agreed to increase capital, enlarge stock and accelerate project development so as to promote the growth of the company. In an effort to integrate China's gypsum board industry, augment the value of the brand, and prevent unnecessary duplicate construction, they also agreed to a mutually beneficial collaboration with Beijing New Building Materials Co., Ltd. whereby it would buy into Taihe Dongxin Co., Ltd. by purchasing newly issued shares. It was also agreed to adjust the outstanding equity structure of the company through the transfer of stock among the Shandong Taihe (Group) Employee Shareholders Association and the individual shareholders, so as to further optimize the corporate governance structure. The specific arrangements are as follows:

Taihe Dongxin Co., Ltd. shall issue an additional 72,625,000 million new shares, with each share assigned a face value of RMB 1 yuan and a subscription price of RMB 1.80 yuan. Of these additional shares, Beijing New Building Materials Co., Ltd. shall purchase 65,362,500 shares at a subscription price of RMB 117,652,500 yuan; Tongchun Jia shall purchase 3,631,250 shares (which in addition to the 4.15 million shares already held by him will comprise a portfolio totaling 7,781,250 shares) at a subscription price of RMB 6,536,250 yuan; and Taian Anxin Trust & Investment Co., Ltd. shall purchase 3,631,250 shares at a subscription price of RMB 6,536,250 yuan. Following the completion of this capital increase, the total equity of the company shall be 155,625,000 shares and total registered capital shall be RMB 155,625,000 yuan.

1

Translation of TG 0020598

MTD Exhibit #144

Jia Def 1/9/12
EXHIBIT NO. 6A
L. GOLKOW

In addition to the issuance of new shares, the 28 million shares held by the Shandong Taihe (Group) Employee Shareholders Association shall be transferred to Taian Donglian Investment and Trade Co., Ltd. 21,268,750 of the shares held by the individual shareholders other than Tongchun Jia shall then be transferred to Taian Anxin Trust & Investment Co., Ltd., and 4,681,250 transferred to Taian Donglian Investment and Trade Co., Ltd. The transfer price shall be RMB 1.80 yuan per share. Ownership of the 24.9 million state-owned shares in the company shall not change.

Following the completion of the capital stock increase and stock transfer transaction, the equity structure of Taihe Dongxin Co., Ltd. shall consist of a total of 155,625,000 shares, of which:

Beijing New Building Materials Co., Ltd. shall hold 65,362,500 shares, or 42% of the total equity of the company;

Taian Donglian Investment and Trade Co., Ltd shall hold 32,681,250 shares, or 21% of the total equity of the company;

Taian Anxin Trust & Investment Co., Ltd. shall hold 24,900,000 shares, or 16% of the total equity of the company;

Taian State-Owned Asset Management Co., Ltd. shall hold 24,900,000 shares, or 16% of the total equity of the company; and

Tongchun Jia shall hold 7,781,250 shares, or 5% of the total equity of the company.

It is hereby resolved.

Shandong Taihe Dongxin Co., Ltd.
[*seal: Shandong Taihe Dongxin Co., Ltd.*]

March 24, 2005

Translation of TG 0020599

(Signature Page   This page does not contain any text)

Shareholder Signatures:

| Taian State-Owned Asset Management Co., Ltd. | Shandong Taihe (Group) Employee Shareholders Assn. |
|---|---|
| [*seal*: *Taian State-Owned Asset Management Co., Ltd.*] | [*seal*: *Shandong Taihe (Group) Employee Shareholders Association*] |

[*signatures*]

March 24, 2005

3

Translation of TG 0020600