<u>Partial Translation of BNBMPLC-E-0001215-1224</u>

**Part One  BNBM Gypsum Board Project Information Statistical Table**

| Serial Number | Enterprise Name | Capacity | Location | Land | Real Estates |
|---|---|---|---|---|---|
| I | Product lines that have been put into production | | | | |
| ...... | | | | | |
| 2 | Taishan Gypsum's product lines that have been put into production | | | | |
| ...... | | | | | |
| (31) | Taishan Gypsum Company Limited | 12 million square meters per year (first phase) — 30 million square meters per year (second phase) — 30 million square meters per year (third phase) | Dawenkou Town, Daiyue District, Taian, Shandong Province | The factory covers an area of 692.22 mu, the land with certificate is 511.03 mu, and the land under rent is 181.19 mu (Note: land-use right owner is Taian Daiyue District Dawenkou Town Beixiyao village committee) [Note: for the rent matter disclosed in the annual report, the legal opinion also needs to disclose it.) | (1) 7 real estates with certificate (area: 42,530.80 square meters); (2) the 127,629.16 square meters of real estates for which there is no real estate certificate [Note: the annual report disclosed that: no real estate certificate will be issued to the real estate built on the leased land; the real estate certificates are being processed for other real estates without certificate.] |
| ...... | | | | | |

**Part Two BNBM Non-Gypsum Board Project Information Statistical Table**

| Serial Number | Enterprise Name | Business | Location | Land | Real Estates |
|---|---|---|---|---|---|
| I | BNBM non-gypsum board project | | | | |
| ... | | | | | |
| II | Taishan Gypsum's non-gypsum board project | | | | |
| 14 | Taian Taishan Plasterboard Co., Ltd | The company specially for the litigation in the United States, no specific business | Taishan Gypsum Factory, Dawenkou Town, Daiyue District, Taian, Shandong Province | non | Sharing office with Taishan Gypsum |
| ... | | | | | |
| 16 | Taian Jindun Building Materials Co., Ltd. | Not clear | Taishan Gypsum Factory, Dawenkou Town, Daiyue District, Taian, Shangdong | non | Renting Taishan Gypsum's real estate |

**MTD Exhibit #145**

| | | | Province | | |
|---|---|---|---|---|---|
| | ... | | | | |

ï»¿The first part of northern new building materials gypsum board program information statistical table serial numbers

Business name

Produces energy

Position

Land

Real estate

One

Already production line

(1)

Northern new building materials already production line

Beixinjituan Building materials limited liability company Zhuozhou Subsidiary company

50 million Ã£Â½Â¡/year

Hebei Zhuozhou economic development zone

The factory district occupies a land area of 500 mu, has managed the card (card carries right of use artificial northern new building materials)

Under (1)1 northern new building materials name has the card real estate (area is 57,454.76 square meters);

A (2)64,487.60 square meter house because of has not completed final accounts not to handle the title to the house [note: The annual report disclosed that after treating the project settles accounts, handles title to the house]

Huainan northern new building materials limited company

50 million Ã£Â½Â¡/year

South Anhui Huainan Datong District being exposed to the sun east road

The factory district occupies a land area of 140.84 mu, has managed the card

[]The square meter real estate has not handled the title to the house [note: The semi-annual reporting disclosed that after treating completion settlement approval completes, handles title to the house]

Taicang northern the new building materials limited company 30 million Ã£Â½Â¡/the year (an issue) Taicang port port development zone cooperates Xin middle of the mill No. 2 factory district to occupy a land area[]The mu, has the card land is 192.62 mu; The non-card land is[]The mu, this land provides to use (1)18 to have the card real estate for the government free (area is 60,935.21 square meters);
(2) on non-card land constructs[]The square meter real estate has not obtained the title to the house [note: The annual report disclosed that the non-card real estate occupying land area provides the use for the government free, is unable to handle title to the house]

30 million Ã£Â½Â¡/year

(Two issues)

Beixinjituan Building materials limited liability company Zaozhuang Subsidiary company

30 million Ã£Â½Â¡/year

Shandong Zaozhuang Shanting District

The factory district occupies a land area of 316.6 mu, has managed the card (card carries right of use artificial northern new building materials)

8 have the card real estate, industry workshops under 3 northern new name (43,003.14 square meters), the houses under 5 Zaozhuang Subsidiary company names (516.71 square meters)

Beixinjituan Building materials limited liability company Tieling Subsidiary company

30 million ￡Å½Å¡/year

Liaoning Tieling County Xintaizi Town new Taiwan Bao Village

The factory district occupies a land area of 214 mu, has obtained the temporary land certificate

25,476 square meters real estate because of the land certificate was taken back, but is unable to handle the title to the house [note: The annual report disclosed that the title to the house is in the management process]

Ningbo northern new building materials limited company

30 million ￡Å½Å¡/year

Zhejiang Ningbo Ninghai County Qiangjiao Town unity pond

The factory district occupies a land area of 119.46 mu, has managed the card

41,810.40 square meters real estate has the dispute because of completion final accounts, has not handled the title to the house [note: The annual report disclosed that after treating completion final accounts approval completes, handles title to the house]

Zhaoqing northern new building materials limited company

30 million ￡Å½Å¡/year

Guangdong Zhaoqing Gaoyao Jinli Town North area

The factory district occupies a land area of 283.82 mu, has the card land 237.05 mu, non-card land 46.77 mu (note: This land has signed the land sale contract in 2010, and has paid 1 million Yuan bidding earnest money, but has not paid the full spare money, has not obtained land certificate)

(1)5 has the card real estate (area is 35,998.75 square meters);

(2)[]The square meter real estate has not handled the title to the house [note: The annual report disclosed after treating the procedure completely, handles title to the house] Quang'an northern the new building materials limited company 30 million ￡Å½Å¡/ the year Sichuan Guangan District Shimbashi concentration of industries area factory district occupies a land area of 157.5 mu, has managed the card
[]The square meter real estate has not handled the title to the house [note: The annual report disclosed that after treating the government path plan completes, handles title to the house immediately] Hubei northern the new building materials limited company 30 million ￡Å½Å¡/the year Hubei Wuhan patrols the economic development zone Huayuan Village factory district to occupy a land area of 185.38 mu positive, has managed a card 37,000 square meters real estate not to handle the title to the house [note: The annual report disclosed after treating the procedure completely, handles title to the house] Zhenjiang northern the new building materials limited company 30 million ￡Å½Å¡/ the year Jiangsu Jurong Xiashu Town abundant class village factory district occupies a land area of 150.16 mu, has the card land 130.16 mu, non-card land 20 mu (note: This land has not obtained land target, the government opinion is constructing the second phase situation next one and solution) 33,638.77 square meters real estate has not

handled the title to the house, 28,322.54 square meters are situated in having the card
land;
5,316.23 square meters are situated in non-card land [note: The annual report disclosed
after treating the procedure completely, handles title to the house]

Gucheng northern new building materials limited company

30 million Ã£Â½Â¡/year

Hebei Gucheng County Xiazhuang Town

The factory district occupies a land area of 278.03 mu, has managed the card

2 have the card real estate (area is 30,683.77 square meters)

Xingxiang northern new building materials limited company

30 million Ã£Â½Â¡/year

Henan Weihui Tangzhuang Town industry accumulation area

The factory district occupies a land area of 150 mu, has the card land 126.6 mu, non-
card land 23.40 mu (has not managed card reason unclear)

40,040.00 square meters real estate has not obtained the title to the house

[Annual report disclosed: After the construction approves completes, handles title to
the house]

Pingyi northern new building materials limited company

20 million Ã£Â½Â¡/year

Pingyi County Pingyi Town Hujiazhuang Village even Ã$Â¸Â¢ west side of road

The factory district occupies a land area of 167.08 mu, has managed the card

2 have the card real estate (area is 19,173.36 square meters)

The northern new building materials have gone into production to produce to be able the
sub-total

450 million Ã£Â½Â¡

(2)

Taishan gypsum already production line

Taishan gypsum (Hubei) limited company

60 million Ã£Â½Â¡/year

East Hubei Wuxue Tian Town Office blue continent community Wu South Korea road

The factory district occupies a land area of 295.61 mu, has managed the card

40,616.50 square meters real estate has not handled the title to the house

Taishan gypsum (Henan) limited company

50 million Ã£Â½Â¡/year

(An issue)

Henan Yanshi Shouyang industrial park

The factory district occupies a land area of 229.92 mu, has the card land 199.92 mu, rents the land 30 mu (note: (1) rents Yanshi Shouyangshan Town people's government land, the land nature is[Treats checking]) [Note: The annual report discloses rents the matters concerned, must in the legal opinion disclose that] (2) company explained the non-land sale contract, non-land fees payment certificate.

8 have the card real estate (46,926.24 square meters) 50 million Ã£Â½Â¡/the year (two issues) the Taishan gypsum (Sichuan) limited company 50 million Ã£Â½Â¡/the year Sichuan Shenfang Lingjie Town economic development zone factory district to occupy a land area of 199.23 mu, has managed the card

[]The square meter real estate has not handled the title to the house [note: The annual report disclosed after treating the procedure completely, handles title to the house] the Taishan gypsum (Liaoning) limited company 50 million Ã£Â½Â¡/the year Liaoning Suizhong Binhai economic zone treats the renewal material basis semi-annual reporting: The construction in progress, has not transferred solidly

Taishan gypsum (Tongling) limited company

50 million Ã£Â½Â¡/year

Anhui Tongling along An Town Xianjin Village

The factory district occupies a land area of 216.02 mu, has managed the card

[]The square meter real estate has not handled the title to the house [note: The annual report disclosed after treating the procedure completely, handles title to the house]

Taishan gypsum (Chaohu) limited company

50 million Ã£Â½Â¡/year

Anhui Chaohu bright yang town three village and five Jiang Village

The factory district occupies a land area of 235.03 mu, has managed the card

According to semi-annual reporting: The construction in progress, has not transferred solidly

Taishan gypsum (Liaocheng) limited company

50 million Ã£Â½Â¡/year

South Shandong Liaocheng 309 federal highways

The factory district occupies a land area of 223.11 mu, has managed the card

According to semi-annual reporting: The construction in progress, has not transferred solidly

Hubei Taishan building materials limited company

30 million Ã£Â½Â¡/year

(An issue)

Hubei Jingmen Duodao District transportation village

The factory district occupies a land area of 208.30 mu, has managed the card

(1)2 has the card real estate (area is 25,380.51 square meters);

A (2)18,514 square meter real estate has not handled the title to the house

[Annual report disclosed: After procedure complete, handles title to the house]

30 million Ã£Â½Â¡/year (two issues)

Taishan gypsum (Jiangyin) limited company

30 million Ã£Å½Â¡/year

(An issue)

Jiangsu Jiangyin Shengang moves to mountain road No. 9

The factory district occupies a land area of 159.64 mu, has managed the card

2 have the card real estate (area is 60,829.82 square meters)

30 million Ã£Å½Â¡/year

(Two issues)

Taishan gypsum (Nantong) limited company

30 million Ã£Å½Â¡/year

(An issue)

South Jiangsu Nantong Haimengang great undertaking road

The factory district occupies a land area of 208.73 mu, has managed the card

[]The square meter real estate has not handled the title to the house [note: The annual report disclosed after treating the procedure completely, handles title to the house]

30 million Ã£Å½Â¡/year

(Two issues)

Taishan gypsum (Jiangxi) limited company

30 million Ã£Å½Â¡/year

Jiangxi Fengcheng industry garden

When renewal material, annual report disclosure land account value 2.38 million Yuan

27,538.7 square meters real estate has not obtained the title to the house [note: The annual report disclosed after treating the procedure completely, handles title to the house]

Taishan gypsum (Guangdong) limited company

30 million Ã£Å½Â¡/year

Guangdong Huizhou Yuanzhou Town Lidong Village commission dried fish range land sector

The factory district occupies a land area of 182.47 mu, has the card land 172.47 mu, rents the land 10 mu (note: Rents Yuanzhou Town people's government land 10 mu, the land nature[Treats checking]) 30,708.99 square meters real estate has not obtained title to the house [note: The annual report disclosed after treating the procedure completely, handles title to the house] Guizhou peaceful luck gypsum limited company 30 million Ã£Å½Â¡/the year Guizhou Fuquan Machangping Office factory district occupies a land area of 65.5 mu, to rent land completely (note: Rents based on the investment agreement that the Taishan gypsum and Wengfu Group sign, the land nature to fix a price to invest, use industry) [note: The annual report when disclosing the non-card real estate's reason discloses rents the matters concerned, must in the legal opinion disclose that] (1) rents on the land to construct 18,230.57 square meters real estate unable to handle the title to the house;
[Note: The annual report discloses rents on the land to construct the real estate unable to handle title to the house]

(2) rents Wengfu Group 2,325.10 square meters non-card real estate Taishan (Yinchuan) gypsum limited company 30 million Ã£Â½Â¡/south of east of the year ningxia Yinchuan Xixia District Yinchuan economic development zone Jinan people west road, the Jiaming street the factory district to occupy a land area of 169.82 mu, has managed card 5 to have the card real estate (area is 31,039.98 square meters) the Taishan gypsum (Wenzhou) limited company 30 million Ã£Â½Â¡/the year Zhejiang Wenzhou Panshi Town Dongmen Village factory district occupies a land area of 81.30 mu, is to rent the land (note: Land employment right artificial Wenzhou Power plant, land nature[Treats checking] )

[Note: The annual report discloses rents the matters concerned, must in the legal opinion disclose that] rents on the land to construct 20,554 square meters real estate unable to handle the title to the house [note: The annual report discloses rents on the land to construct the real estate unable to handle title to the house] the Taishan gypsum (Pingshan) limited company 30 million Ã£Â½Â¡/the year Henan Pingdingshan Pingshan base city east side factory district occupies a land area of 129.4 mu, is to rent the land (note: Land employment right person Shijiazhuang Huaao electric power limited liability company, land nature[Treats checking] )

[Note: In the annual report discloses rents the matters concerned, must in the legal opinion disclose that] rents on the land to construct[]The square meter real estate is unable to handle the title to the house [note: The annual report discloses rents on the land to construct the real estate unable to handle title to the house] Taishan gypsum (Xiangtan) limited company 30 million Ã£Â½Â¡/year Hunan Xiangtan Yuetang District double Ma Town vivid shape village Xinhu group and Guoqiang village five side group factory district area 80 mu, is to rent the land (note: Land employment right artificial Hunan Xiangtan electricity generation limited liability company, land nature to transfer) [note: The annual report discloses rents the matters concerned, must disclose in the legal opinion]

(1) rents on the land to construct[]The square meter real estate is unable to handle the title to the house

[Note: The annual report discloses rents on the land to construct the real estate unable to handle title to the house]

(2) rents Xiangtan Electricity generation Company[]Square meter real estate Taishan gypsum limited liability company 12 million Ã£Â½Â¡/the year (an issue) Shandong Tai'an Daiyue District Dawenkou Town factory district occupies a land area of 692.22 mu, has the card land 511.03 mu, rents the land 181.19 mu (note: North land employment right person Tai'an Daiyue District Dawenkou Town western remote village villagers committee)

[Note: The annual report discloses rents the matters concerned, must in the legal opinion disclose that] (1)7 has the card real estate (area is 42,530.80 square meters); A (2)127,629.16 square meter real estate has not handled the title to the house

[Note: The annual report discloses rents on the land to construct the real estate unable to handle the title to the house; Other non-card real estate is handling title to the house]

30 million Ã£Â½Â¡/year

(Two issues)

30 million Ã£Â½Â¡/year

(Three issues)

Taishan gypsum (Yunnan) limited company

15 million Ã£Â½Â¡/year

(An issue)

Yunnan Yimen County Liujie Town San Village

The factory district occupies a land area of 116.90 mu, has managed the card

(1)1 has the card real estate (area is 15,620.30 square meters);

A (2)10,764.08 square meter real estate has not handled all the title to the house because of the procedure [note: Annual report disclosure: After procedure complete, handles title to the house] 30 million Ã£Â½Â¡/the year (two issues) Taishan gypsum limited liability company Lucheng Subsidiary company 15 million Ã£Â½Â¡/the year (an issue) treats the renewal material factory district occupying land area[]Mu, to rent land completely (note: Rents Shaanxi Lucheng Cement plant land[]Mu, land nature[Treats checking],) [Note: The annual report discloses rents the matters concerned, must in the legal opinion disclose that) waits the renewal material 30 million Ã£Â½Â¡/the year (two issues) Shanxi Lucheng history returning to home village Yan Lizhuang the factory district to occupy a land area of 141.015 mu, has managed the card (card to carry right to think the Taishan gypsum) basis semi-annual reporting: The construction in progress, has not transferred the solid Taishan gypsum (Shaanxi) limited company 1500Ã£Â½Â¡/the year (an issue) Shaanxi Weinan County Linwei District Xinshi Town factory district to occupy a land area of 150.83 mu, has managed the card (note: According to the explanation of company, has not signed the land sale contract at present, has only signed "Project Construction investment Contract" with Weinan Linwei District people's government, signs the main body for Shandong Taihe Dongxin limited liability company)
(1)2 to have the card real estate (area is 17,189.12 square meters);
A (2)15,606.43 square meter real estate has not handled the title to the house [note: The annual report disclosed after treating the procedure completely, handles title to the house]

3000Ã£Â½Â¡/year

(Two issues)

Taishan gypsum (Chongqing) limited company

25 million Ã£Â½Â¡/year

(An issue)

Chongqing Jiangjin District Luohuang Town Luohuang industry garden A area 3

The factory district occupies a land area of 104.02 mu, has managed the card

(1)3 has the card real estate (area is 11,964.25 square meters)

(2)[]The square meter real estate has not handled the title to the house [note: The annual report disclosed after treating the procedure completely, handles title to the house] 20 million Ã£Â½Â¡/the year (two issues) Qinhuangdao Taishan building materials limited company 25 million Ã£Â½Â¡/in the year Hebei Qinhuangdao port city avenue east section China sea phosphoric acid limited company courtyard the factory district occupies a land area of 55.681 mu, is to rent the land (note: The land employment right person Qinhuangdao China sea phosphoric acid limited company, the land nature is[Treats checking]) )

[Note: The annual report discloses rents the matters concerned, must in the legal opinion disclose that] rents on the land to construct[]The square meter real estate is unable to handle the title to the house [note: The annual report discloses rents on the land to construct the real estate unable to handle title to the house] Fuxin Taishan gypsum building materials limited company 20 million Ã£Â½Â¡/the year Fuxin Haizhou District factory district occupies a land area of 211.38 mu, has managed card 3 to have the card real estate (area is 20,910.56 square meters) the Taishan gypsum (Baotou) limited company 20 million Ã£Â½Â¡/the year Inner Mongolia Autonomous Region Baotou Tuyouqi ditch gate town 110 federal highway south side factory districts occupies a land area of 161.32 mu, is to have card land 4 has the card real estate (area is 21,871.43 square meters) the Taishan gypsum (Weifang) limited company 10 million Ã£Â½Â¡/the year (one issue) Shandong Weifang Anqiu economic development zone factory district occupies a land area of 97.99 mu, has the card land 68.72 mu, non-card land 29.27 mu(Companies recognize land nature for state-owned construction land) (1)12 has the card real estate (area is 6,021.75 square meters);

(2) on non-card land constructs 4,320 square meters real estate not to obtain the title to the house

[Note: The annual report disclosed after treating the procedure completely, handles title to the house]

25 million Ã£Â½Â¡/year

(Two issues)

Taishan gypsum (Pizhou) limited company

15 million Ã£Â½Â¡/year

(An issue)

In Hebei Qinhuangdao port city avenue east section China sea phosphoric acid limited company courtyard

The factory district occupies a land area of approximately 53.7 mu, is to rent the land (note: Rents Jiangsu Pizhou Gypsum Lumber yard to yearly produce 6 million square meters paper surface gypsum board production line, including land 53.7 mu, land nature[Treats checking]
) [Note: The annual report discloses rents the matters concerned, must in the legal opinion disclose that] rents on the land to construct 8,428.29 square meters real estate unable to handle the title to the house [note: The annual report discloses rents on the land to construct the real estate unable to handle title to the house] 20 million Ã£Â½Â¡/the year (two issues) the Taishan gypsum (Hengshui) limited company 15 million Ã£Â½Â¡/the year Hengshui people west road factory district occupies a land area of 65 mu, is to rent the land (note: Land employment right person Hebei weighs the abundant electricity generation limited liability company, the land nature is selling) [note: The annual report discloses rents the matters concerned, must in the legal opinion disclose that] rents on the land to construct 13,812.08 square meters real estate unable to handle the title to the house [note: The annual report discloses rents on the land to construct the real estate unable to handle title to the house] the Taishan gypsum the production line sub-total 1.202 billion Ã£Â½Â¡ the production line has equaled 1.652 billion Ã£Â½Â¡; two to construct and plans construct the production line (1) northern new building materials to construct and plans construct the production line northern new building materials (Jiaxing) limited company (to solicit throws project) 130 million Ã£Â½Â¡/the year Zhejiang Jiaxing development zone harbor main road east side factory district to occupy a land area of approximately 400 mu, already 200 mu land signature selling contract and pays the fees, the surplus 200 mu land has not started to go through the selling formalities.
The construction in progress, does not involve the title to the house northern new building materials (Tianjin) limited company (to solicit throws project) 30 million Ã£Â½Â¡/the year Tianjin Binhaixin District Hangu Binhai physical distribution area factory district to occupy a land area of 433.45 mu, has managed the card construction in progress, does not involve the title to the house northern new building materials (Quanzhou) limited company 30 million Ã£Â½Â¡/the year
[]
Hasn't begun construction the northern new building materials to construct and plans construct the production line to produce to be able the sub-total 190 million Ã£Â½Â¡;
(2) Taishan gypsum to construct and plans construct the production line Taishan gypsum (Fujian) limited company (to solicit throws project) 50 million Ã£Â½Â¡/the year Fujian Longyan Shanghang County flood dragon foreign industrial park circulation economic zone plum dam land sector factory district to occupy a land area of 229.37 mu, has signed the land sale contract in April 3, 2013 with Longyan Shanghang County land resources Administrative bureau, has not obtained the land certificate construction in progress, does not involve the title to the house Taishan gypsum (Xuancheng) limited company (to solicit throws project) 50 million Ã£Â½Â¡/the year Xuancheng Xuan prefecture economic development zone West Ring Road south ring circuit road intersection Northeast side company to pay 10 million Yuan land funds,But has not signed the land sale contract construction in progress, does not involve the title to the house Taishan gypsum (Weihai) limited company (to solicit throws project) 40 million Ã£Â½Â¡/the year Shandong Weihai Rushan to sign the investment agreement with the local government, and has delivered in advance 9.16 million Yuan land funds according to the agreement of

investment agreement, but has not signed the land sale contract construction in progress, does not involve the title to the house Taishan gypsum (Jilin) limited company (to solicit throws project) 40 million Ã£Â½Â¡/year Jilin Siping Red Mouth economic development zone Company to pay 4.176 million Yuan land funds, but has not signed the land sale contract construction in progress, does not involve the title to the house Taishan gypsum (Suqian) limited company
[]
[]
Hasn't begun construction the Taishan gypsum to construct and plans construct the production line to produce to be able the sub-total 180 million Ã£Â½Â¡ to construct and plans construct the production line to equal 370 million Ã£Â½Â¡ to equal 2.022 billion Ã£Â½Â¡ to explain:
On in the table the production line has produced to be able total 1.652 billion Ã£Â½Â¡/the year, is constructing and plans construct the production line to produce to be able total 370 million Ã£Â½Â¡/the year;
Red for situation that needs to further verify;
The second part of northern new building materials non-gypsum board program information statistical tables

Serial number business name service position land real estate one, northern new building materials non-gypsum board project Beixinjituan building materials limited liability company (this) manages Beijing North Star time building and Beijing Huilongguan not to rent the office work, has signed to rent under the agreement Beixinjituan Building materials limited liability company Xiahuayuan Subsidiary company granular cotton production line Henan Zhangjiakou to drip west the road, under to drip east the road

The factory district occupies a land area of 76.8 mu, has managed the card (note: The card carries right artificial northern new building materials)

Under 10 northern new building materials names has the card real estate (16,482.72 square meters)

Beixinjituan Building materials limited liability company Hainan Subsidiary company

Run business office and keel production line

Hainan Haikou Haidiandao east development zone

The commercial office occupies a land area of 5.63 mu, has managed the card (note: The card carries right artificial northern new building materials)

7 have the card real estate (1 commercial office, 6 commodity apartments);

1 rents the workshop, for producing north the light steel keel models limited company PVC to model a tube production line Beijing Miyun economic development zone Yunxi issue of wild goose dense road south side not to rent the workshop northern new house limited company of northern new house industry limited company newly-built to manage Beijing Changping District Huilongguan Town Long Guan the property mountain not to have with the northern new building materials being managed together work Beijing northern the new early morning dragon decoration work limited company repairs a Beijing Miyun economic development zone Yunxi issue of wild goose dense road south side not to rent northern new house industry limited company's workshop Beijing new material hatchibator limited company non-Beijing Changping District Huilongguan Town Long Guan the property mountain not to have with the northern new building materials being managed together work Suzhou northern the new asbestos board limited company asbestosIn the board production line Jiangsu Suzhou Su Gang new area Huashan west the main front door east side factory district occupies a land area of 60 mu, is to rent the land (note: Land employment right artificial Jiangsu Su Gang Group, the land nature is selling) [note: The annual report in disclosing non-card real estate reason had disclosed the land tenancy matters concerned, must disclose in the legal opinion]

Rents on the land to construct 14,938.60 square meters real estate unable to handle the title to the house [note: The annual report discloses rents on the land to construct the real estate unable to handle title to the house]

Beijing East Union invests the limited company

Management

Beijing Changping District Huilongguan Town Long Guan property mountain

Does not have

With the northern new building materials being managed together work

Suzhou northern new building materials limited company

Outside wall plate and roofing tile production line

Jiangsu Suzhou Suzhou Industrial Park Loufeng Town North area

The factory district occupies a land area of 555.89 mu, has managed the card (note: The card carries right artificial northern new building materials)

[]The square meter the real estate has not obtained the title to the house

[Note: The annual report disclosed that after treating the government path plan completes, handles title to the house immediately]

Northern new house industry limited company

Produces the radiator, to model the tube, hardware, windows and doors and so on; Also makes the repair

South a Beijing Miyun economic development zone Yunxi issue of wild goose dense road

The factory district occupies a land area of 249 mu, has managed the card

86,202.30 square meters real estate has not obtained the title to the house [note: The annual report disclosed that after waiting completion settlement approval to complete, handles]

Building materials S&T innovation research institute limited company

Ã¢â‚¬Å"Three newÃ¢â‚¬Â industrial base project

Beijing Changping Town Beiqijia Town

Is constructing the project, occupies a land area of 254.4 mu, the land nature for the state-owned construction land, has reached the land preliminary hearing opinion.

The construction in progress, not completes real estate

Northern new light steel house (Beijing) limited company

New house production line

South a Beijing Miyun economic development zone Yunxi issue of wild goose dense road

Does not have

Rents the northern new house industry limited company's workshop

Second, Taishan gypsum non-gypsum board project

Tai'an Taishan paper surface gypsum board limited company

Company that supposes for the American lawsuit specially, not specific business

In Shandong Tai'an Daiyue District Dawenkou Town Taishan gypsum factory district

Does not have

With Taishan gypsum being managed together work

Tai'an Taishan environmental protection building materials limited company

Unclear

In Shandong Tai'an Daiyue District Dawenkou Town Taishan gypsum factory district

Rents the Taishan gypsum land

Rents the Taishan gypsum real estate

Tai'an golden Shield building materials limited company

Unclear

In Shandong Tai'an Daiyue District Dawenkou Town Taishan gypsum factory district

Does not have

Rents the Taishan gypsum real estate

Shandong Taihe energy of light limited company

Energy of light service

In Shandong Tai'an Daiyue District Dawenkou Town Taishan gypsum factory district

Does not have

Rents the Taishan gypsum real estate

Processing mode: The land real estate does not issue the certificate, but by the company was explained that this for the temporary warehouse occupying land area, momentarily may move.
Processing mode: The explanation wants to manage card for enterprise oneself, but the housing administration bureau thinks before constructing, managing card.

Processing mode: Does not raise acts according to the material that H stocks collect, this is the land used for collective construction; Must draw up the proof according to the pattern plate

Processing mode: What if rents is state-owned construction land, disclosure, if did not disclose.
According to material that H stocks collect, this is the land transfer

According to material that H stocks collect, this is the state-owned town construction land, when the enterprise confirmation is selling or transfers the processing mode: 1st, carries out the ground building use; 2nd, draws up the proof according to the pattern plate; 3rd, when must with H stock going on the market caliber engagement that disclosed.

According to material that H stocks collect, this is state-owned selling acts according to the material that H stocks collect, this is the state-owned selling place

PAGE PAGE 10

--- Summary Information ---
1: 936 PID_TITLE: Northern new building materials gypsum board program information statistical table PID_AUTHOR: Field white PID_TEMPLATE: Normal.dotm PID_LASTAUTHOR: Shi Keping PID_REVNUMBER: 2 PID_APPNAME: Microsoft Office Word PID_EDITTIME: Mon Jan 01 08:00: 00 CST 1601 PID_CREATE_DTM: Tue Oct 29 10:07: 00 CST 2013 PID_LASTSAVE_DTM: Tue Oct 29 10:07: 00 CST 2013 PID_PAGECOUNT: 10 PID_WORDCOUNT: 1194 PID_CHARCOUNT: 6809 PID_SECURITY: 0

--- Document Summary Information ---
PID_CODEPAGE: 936 PID_COMPANY: bnbm PID_LINECOUNT: 56 PID_PARCOUNT: 15 17: 7988 23:
917504 PID_SCALE: false PID_LINKSDIRTY: false 19: false 22: false

## 第一部分   北新建材石膏板项目信息统计表

| 序号 | 企业名称 | 产能 | 位置 | 土地 | 房产 |
|---|---|---|---|---|---|
| 一 | 已投产生产线 | | | | |
| (一) | 北新建材已投产生产线 | | | | |
| 1 | 北新集团建材股份有限公司涿州分公司 | 5000万㎡/年 | 河北省涿州市经济技术开发区 | 厂区占地500亩,均已办证(证载使用权人为北新建材) | (1)1幢北新建材名下的有证房产(面积为57,454.76平方米);(2)64,487.60平方米房屋因未完成决算而未办理房产证[注:年报披露待项目结算后办理房产证] |
| 2 | 淮南北新建材有限公司 | 5000万㎡/年 | 安徽省淮南市大通区朝阳东路南侧 | 厂区占地140.84亩,均已办证 | 【】平方米房产尚未办理房产证[注:半年报披露竣工结算验收完成后办理房产证] |
| 3 | 太仓北新建材有限公司 | 3000万㎡/年(一期) 3000万㎡/年(二期) | 太仓港港口开发区协鑫中路2号 | 厂区占地【】亩,有证土地为192.62亩;无证土地为【】亩,该土地为政府免费提供使用 | (1)18幢有证房产(面积为60,935.21平方米);(2)无证土地上建设的【】平方米房产尚未取得房产证[注:年报披露无证房产占地为政府免费提供使用,无法办理房产证] |
| 4 | 北新集团建材股份有限公司枣庄分公司 | 3000万㎡/年 | 山东省枣庄市山亭区 | 厂区占地316.6亩,已办证(证载使用权人为北新建材) | 8幢有证房产,其中,3幢北新名下的工业厂房(43,003.14平方米),5幢枣庄分公司名下的住宅(516.71平方米) |
| 5 | 北新集团建材股份有限公司铁岭分公司 | 3000万㎡/年 | 辽宁省铁岭县新台子镇新台堡村 | 厂区占地214亩,已取得临时土地证 | 25,476平方米房产因土地证被收回而无法办理房产证[注:年报披露房产证正在办理过程中] |
| 6 | 宁波北新建材有限公司 | 3000万㎡/年 | 浙江省宁波市宁海县强蛟镇 | 厂区占地119.46亩,均已办证 | 41,810.40平方米房产因竣工决算存在争 |

1

| 序号 | 企业名称 | 产能 | 位置 | 土地 | 房产 |
|---|---|---|---|---|---|
| | | | 团结塘 | | 议，未办理房产证 [注：年报披露待竣工决算验收完成后办理房产证] |
| 7 | 肇庆北新建材有限公司 | 3000万㎡/年 | 广东省肇庆市高要市金利镇北区 | 厂区占地283.82亩，有证土地237.05亩，无证土地46.77亩（注：该宗土地于2010年已签署土地出让合同，并缴纳了100万元竞拍保证金，但尚未缴足余款，未取得土地证） | （1）5幢有证房产（面积为35,998.75平方米）；（2）【 】平方米房产尚未办理房产证[注：年报披露待手续齐全后办理房产证] |
| 8 | 广安北新建材有限公司 | 3000万㎡/年 | 四川省广安区新桥工业集中区 | 厂区占地157.5亩，均已办证 | 【 】平方米房产尚未办理房产证[注：年报披露待政府道路规划完成后立即办理房产证] |
| 9 | 湖北北新建材有限公司 | 3000万㎡/年 | 湖北省武汉市阳逻经济开发区花园村 | 厂区占地185.38亩，均已办证 | 37,000平方米房产尚未办理房产证[注：年报披露待手续齐全后办理房产证] |
| 10 | 镇江北新建材有限公司 | 3000万㎡/年 | 江苏省句容市下蜀镇裕课村 | 厂区占地150.16亩，有证土地130.16亩，无证土地20亩（注：该宗土地尚未取得土地指标，政府意见在建设二期工程情况下一并解决） | 33,638.77平方米房产尚未办理房产证，其中，28,322.54平方米坐落于有证土地；5,316.23平方米坐落于无证土地[注：年报披露待手续齐全后办理房产证] |
| 11 | 故城北新建材有限公司 | 3000万㎡/年 | 河北省故城县夏庄镇 | 厂区占地278.03亩，均已办证 | 2幢有证房产（面积为30,683.77平方米） |
| 12 | 新乡北新建材有限公司 | 3000万㎡/年 | 河南省卫辉市唐庄镇产业聚集区 | 厂区占地150亩，有证土地126.6亩，无证土地23.40亩（未办证原因不详） | 40,040.00平方米房产尚未取得房产证[年报披露：待土建验收完成后办理房产证] |
| 13 | 平邑北新建材有限公司 | 2000万㎡/年 | 平邑县平邑镇胡家庄村平朦公路西侧 | 厂区占地167.08亩，均已办证 | 2幢有证房产（面积为19,173.36平方米） |
| 北新建材已投产产能小计 | | 45000万㎡ | | | |
| （二） | 泰山石膏已投产生产线 | | | | |

2

BNBMPLC-E-0001216

| 序号 | 企业名称 | 产能 | 位置 | 土地 | 房产 |
|---|---|---|---|---|---|
| 14 | 泰山石膏（湖北）有限公司 | 6000 万㎡/年 | 湖北省武穴市田镇办事处兰洲社区武韩公路东侧 | 厂区占地 295.61 亩，均已办证 | 40,616.50 平方米房产尚未办理房产证 |
| 15 | 泰山石膏（河南）有限公司 | 5000 万㎡/年（一期）<br>5000 万㎡/年（二期） | 河南省偃师市首阳山工业园区 | 厂区占地 229.92 亩，有证土地 199.92 亩，租赁土地 30 亩（注：（1）租赁偃师市首阳山镇人民政府土地，土地性质为【待核实】）[注：年报披露租赁事宜，需在法律意见书中披露]（2）公司说明无土地出让合同，无土地出让金交付凭证。 | 8 幢有证房产（46,926.24 平方米） |
| 16 | 泰山石膏（四川）有限公司 | 5000 万㎡/年 | 四川省什邡市灵杰镇经济开发区 | 厂区占地 199.23 亩，均已办证 | 【】平方米房产尚未办理房产证[注：年报披露待手续齐全后办理房产证] |
| 17 | 泰山石膏（辽宁）有限公司 | 5000 万㎡/年 | 辽宁省绥中市滨海经济区 | 待更新资料 | 根据半年报：在建工程，尚未转固 |
| 18 | 泰山石膏（铜陵）有限公司 | 5000 万㎡/年 | 安徽省铜陵市顺安镇先进村 | 厂区占地 216.02 亩，均已办证 | 【】平方米房产尚未办理房产证[注：年报披露待手续齐全后办理房产证] |
| 19 | 泰山石膏（巢湖）有限公司 | 5000 万㎡/年 | 安徽省巢湖市烔炀镇三份村、五份蒋村 | 厂区占地 235.03 亩，均已办证 | 根据半年报：在建工程，尚未转固 |
| 20 | 泰山石膏（聊城）有限公司 | 5000 万㎡/年 | 山东省聊城市309 国道南侧 | 厂区占地 223.11 亩，均已办证 | 根据半年报：在建工程，尚未转固 |
| 21 | 湖北泰山建材有限公司 | 3000 万㎡/年（一期）<br>3000 万㎡/年（二期） | 湖北省荆门市掇刀区交通村 | 厂区占地 208.30 亩，均已办证 | （1）2 幢有证房产（面积为 25,380.51 平方米）；（2）18,514 平方米房产尚未办理房产证[年报披露：待手续齐全后办理房产证] |
| 22 | 泰山石膏(江阴)有限公司 | 3000 万㎡/年（一期）<br>3000 万㎡/年（二期） | 江苏省江阴市申港移山路9 号 | 厂区占地 159.64 亩，均已办证 | 2 幢有证房产（面积为 60,829.82 平方米） |
| 23 | 泰山石膏（南通有 | 3000 万㎡/年 | 江苏省南通市 | 厂区占地 208.73 亩，均 | 【】平方米房产尚未 |

3

BNBMPLC-E-0001217

| 序号 | 企业名称 | 产能 | 位置 | 土地 | 房产 |
|---|---|---|---|---|---|
| | 限公司 | （一期） | 海门港大业路南侧 | 已办证 | 办理房产证[注：年报披露待手续齐全后办理房产证] |
| | | 3000万㎡/年（二期） | | | |
| 24 | 泰山石膏（江西）有限公司 | 3000万㎡/年 | 江西省丰城工业园 | 待更新资料，年报披露土地账面值238万元 | 27,538.7 平方米房产尚未取得房产证[注：年报披露待手续齐全后办理房产证] |
| 25 | 泰山石膏（广东）有限公司 | 3000万㎡/年 | 广东省惠州市园洲镇沥东村委会木鱼岭地段 | 厂区占地182.47亩，有证土地172.47亩，租赁土地10亩（注：租赁园洲镇人民政府土地10亩，土地性质【待核实】） | 30,708.99 平方米房产尚未取得房产证[注：年报披露待手续齐全后办理房产证] |
| 26 | 贵州泰福石膏有限公司 | 3000万㎡/年 | 贵州省福泉市马场坪办事处 | 厂区占地65.5亩，全部为租赁土地（注：依据泰山石膏与瓮福集团签署的投资协议租赁，土地性质为作价出资，用途工业）[注：年报在披露无证房产的原因时披露租赁事宜，需在法律意见书中披露] | （1）租赁土地上所建18,230.57平方米房产无法办理房产证；[注：年报披露租赁土地上自建房产无法办理房产证]（2）租赁瓮福集团2,325.10平方米无证房产 |
| 27 | 泰山（银川）石膏有限公司 | 3000万㎡/年 | 宁夏自治区银川市西夏区银川经济技术开发区济民西路以南、嘉明街以东 | 厂区占地169.82亩，均已办证 | 5幢有证房产（面积为31,039.98平方米） |
| 28 | 泰山石膏(温州)有限公司 | 3000万㎡/年 | 浙江省温州市磐石镇东门村 | 厂区占地81.30亩，均为租赁土地（注：土地使用权人为温州发电厂，土地性质【待核实】）[注：年报披露租赁事宜，需在法律意见书中披露] | 租赁土地上所建20,554平方米房产无法办理房产证[注：年报披露租赁土地上自建房产无法办理房产证] |
| 29 | 泰山石膏(平山)有限公司 | 3000万㎡/年 | 河南省平顶山市平山基城东侧 | 厂区占地129.4亩，均为租赁土地（注：土地使用权人石家庄华澳电力有限责任公司，土地性质【待核实】）[注：年报中披露租赁事宜，需在法律意见书中披露] | 租赁土地上所建【 】平方米房产无法办理房产证[注：年报披露租赁土地上自建房产无法办理房产证] |

4

BNBMPLC-E-0001218

| 序号 | 企业名称 | 产能 | 位置 | 土地 | 房产 |
|---|---|---|---|---|---|
| 30 | 泰山石膏(湘潭)有限公司 | 3000 万㎡/年 | 湖南省湘潭市岳塘区双马镇形象形村新湖组和国强村五方组 | 厂区占地面积 80 亩，均为租赁土地（注：土地使用权人为湖南湘源发电有限责任公司，土地性质为划拨） [注：年报披露租赁事宜，需在法律意见书中披露] | （1）租赁土地上所建【 】平方米房产无法办理房产证 [注：年报披露租赁土地上自建房产无法办理房产证] （2）租赁湘潭发电公司【 】平方米房产证 |
| 31 | 泰山石膏股份有限公司 | 1200 万㎡/年（一期） | 山东省泰安市岱岳区大汶口镇 | 厂区占地 692.22 亩，有证土地 511.03 亩，租赁土地 181.19 亩（注：土地使用权人为泰安市岱岳区大汶口镇北西遥村村民委员会） [注：年报披露租赁事宜，需在法律意见书中披露] | （1）7 幢有证房产（面积为 42,530.80 平方米）； （2）127,629.16 平方米房产尚未办理房产证 [注：年报披露租赁土地上自建房产无法办理房产证；其余无证房产正在办理房产证] |
| | | 3000 万㎡/年（二期） | | | |
| | | 3000 万㎡/年（三期） | | | |
| 32 | 泰山石膏（云南）有限公司 | 1500 万㎡/年（一期） | 云南省易门县六街镇三家村 | 厂区占地 116.90 亩，均已办证 | （1）1 幢有证房产（面积为 15,620.30 平方米） （2）10,764.08 平方米房产因手续不全尚未办理房产证[注：年报披露：待手续齐全后办理房产证] |
| | | 3000 万㎡/年（二期） | | | |
| 33 | 泰山石膏股份有限公司潞城分公司 | 1500 万㎡/年（一期） | 待更新资料 | 厂区占地【 】亩，全部为租赁土地（注：租赁陕西省潞城水泥厂土地【 】亩，土地性质【待核实】，）[注：年报披露租赁事宜，需在法律意见书中披露] | 待更新资料 |
| | | 3000 万㎡/年（二期） | 山西省潞城史回乡闫李庄 | 厂区占地 141.015 亩，均已办证（证载权利认为泰山石膏） | 根据半年报：在建工程，尚未转固 |
| 34 | 泰山石膏（陕西）有限公司 | 1500 ㎡/年（一期） | 陕西省渭南县临渭区辛市镇 | 厂区占地 150.83 亩，均已办证（注：根据公司的说明，目前未签完土地出让合同，仅与渭南市临渭区 | （1）2 幢有证房产（面积为 17,189.12 平方米）； （2）15,606.43 平方米房产尚未办理房产 |
| | | 3000 ㎡/年（二期） | | | |

BNBMPLC-E-0001219

| 序号 | 企业名称 | 产能 | 位置 | 土地 | 房产 |
|---|---|---|---|---|---|
| | | | | 人民政府签署了《项目建设投资合同书》，签署主体为山东泰和东新股份有限公司） | 证[注：年报披露待手续齐全后办理房产证] |
| 35 | 泰山石膏(重庆)有限公司 | 2500万㎡/年（一期）<br>2000万㎡/年（二期） | 重庆市江津区珞璜镇珞璜工业园A区3幢 | 厂区占地104.02亩，均已办证 | （1）3幢有证房产（面积为11,964.25平方米）<br>（2）【】平方米房产尚未办理房产证[注：年报披露待手续齐全后办理房产证] |
| 36 | 秦皇岛泰山建材有限公司 | 2500万㎡/年 | 河北省秦皇岛港城大街东段华瀛磷酸有限公司院内 | 厂区占地55.681亩为用赁土地（注：土地使用权人秦皇岛华瀛磷酸有限公司，土地性质为【待核实】）[注：年报披露租赁事宜，需在法律意见书中披露] | 租赁土地上所建【】平方米房产无法办理房产证[注：年报披露租赁土地上自建房产无法办理房产证] |
| 37 | 阜新泰山石膏建材有限公司 | 2000万㎡/年 | 阜新市海州区 | 厂区占地211.38亩，均已办证 | 3幢有证房产（面积为20,910.56平方米） |
| 38 | 泰山石膏(包头)有限公司 | 2000万㎡/年 | 内蒙古自治区包头市土右旗沟门镇110国道南侧 | 厂区占地161.32亩，均为有证土地 | 4幢有证房产（面积为21,871.43平方米） |
| 39 | 泰山石膏(潍坊)有限公司 | 1000万㎡/年（一期）<br>2500万㎡/年（二期） | 山东省潍坊市安丘市经济技术开发区 | 厂区占地97.99亩，有证土地68.72亩，无证土地29.27亩（公司确认土地性质为国有建设用地） | （1）12幢有证房产（面积为6,021.75平方米）；<br>（2）无证土地上所建4,320平方米房产尚未取得房产证[注：年报披露待手续齐全后办理房产证] |
| 40 | 泰山石膏(邳州)有限公司 | 1500万㎡/年（一期）<br>2000万㎡/年（二期） | 河北省秦皇岛港城大街东段华瀛磷酸有限公司院内 | 厂区占地约53.7亩，均为租赁土地（注：租赁江苏省邳州石膏板厂产600万平方米纸面石膏板生产线，包括土地53.7亩，土地性质【待核实】）[注：年报披露租赁事宜，需在法律意见书中披露] | 租赁土地上所建8,428.29平方米房产无法办理房产证[注：年报披露租赁土地上自建房产无法办理房产证] |

6

BNBMPLC-E-0001220

| 序号 | 企业名称 | 产能 | 位置 | 土地 | 房产 |
|---|---|---|---|---|---|
| 41 | 泰山石膏(衡水)有限公司 | 1500 万 m²/年 | 衡水市人民西路 | 厂区占地 65 亩,均为租赁土地 (注:土地使用权人河北衡丰发电有限责任公司,土地性质为出让) [注:年报披露租赁事宜,需在法律意见书中披露] | 租赁土地上所建 13,812.08 平方米房产无法办理房产证 [注:年报披露租赁土地上自建房产无法办理房产证] |
| | 泰山石膏已投产生产线小计 | 120200 万 m² | | | |
| | 已投产生产线合计 | 165200 万 m² | | | |
| 二 | 在建、拟建生产线 | | | | |
| (一) | 北新建材在建、拟建生产线 | | | | |
| 42 | 北新建材(嘉兴)有限公司(募投项目) | 13000 万 m²/年 | 浙江省嘉兴市开发区海港大道东侧 | 厂区占地约 400 亩,已就其中 200 亩土地签署出让合同并缴纳出让金,剩余 200 亩土地尚未开始办理出让手续。 | 在建工程,不涉及房产证 |
| 43 | 北新建材(天津)有限公司(募投项目) | 3000 万 m²/年 | 天津市滨海新区汉沽滨海物流区 | 厂区占地 433.45 亩,均已办证 | 在建工程,不涉及房产证 |
| 44 | 北新建材(泉州)有限公司 | 3000 万 m²/年 | 【】 | 尚未开工建设 | 尚未开工建设 |
| | 北新建材在建、拟建生产线产能小计 | 19000 万 m² | | | |
| (二) | 泰山石膏在建、拟建生产线 | | | | |
| 45 | 泰山石膏(福建)有限公司(募投项目) | 5000 万 m²/年 | 福建省龙岩市上杭县蛟洋工业园区循环经济区梅坝地段 | 厂区占地 229.37 亩,已与龙岩市上杭县国土资源管理局于 2013 年 4 月 3 日签署土地出让合同,尚未取得土地证 | 在建工程,不涉及房产证 |
| 46 | 泰山石膏(宣城)有限公司(募投项目) | 5000 万 m²/年 | 宣城市宣州经济开发区西环路南环路交叉口东北侧 | 公司已缴纳 1000 万元土地款,但尚未签署土地出让合同 | 在建工程,不涉及房产证 |
| 47 | 泰山石膏(威海)有限公司(募投项目) | 4000 万 m²/年 | 山东省威海市乳山市 | 已与当地政府签署投资协议,并按投资协议的约定预交了 916 万元土地款,但尚未签署土地出让合同 | 在建工程,不涉及房产证 |
| 48 | 泰山石膏(吉林)有限公司 | 4000 万 m²/年 | 吉林省四平市 | 公司已缴纳 417.6 万元 | 在建工程,不涉及房 |

7

BNBMPLC-E-0001221

| 序号 | 企业名称 | 产能 | 位置 | 土地 | 房产 |
|---|---|---|---|---|---|
| | 限公司<br>（募投项目） | | 红嘴经济开发区 | 土地款，但尚未签署土地出让合同 | 产证 |
| 49 | 泰山石膏（宿迁）有限公司 | 【】 | 【】 | 尚未开工建设 | 尚未开工建设 |
| 泰山石膏在建、拟建生产线产能小计 | | 18000 万㎡ | | | |
| 在建、拟建生产线合计 | | 37000 万㎡ | | | |
| 合计 | | 202200 万㎡ | | | |

说明：

    1、上表中已投产生产线产能共计 165200 万㎡/年，在建和拟建生产线产能共计 37000 万㎡/年；

    2、红色为需要进一步核实的情况；

## 第二部分　北新建材非石膏板项目信息统计表

| 序号 | 企业名称 | 业务 | 位置 | 土地 | 房产 |
|---|---|---|---|---|---|
| 一、北新建材非石膏板项目 | | | | | |
| 1 | 北新集团建材股份有限公司（本部） | 管理 | 北京市北辰时代大厦、北京市回龙观 | 无 | 租赁写字楼办公，已签订租赁协议 |
| 2 | 北新集团建材股份有限公司下花园分公司 | 粒状棉生产线 | 河南省张家口市下涿公路西、下涿公路东 | 厂区占地 76.8 亩，均已办证（注：证载权利人为北新建材） | 10 处北新建材名下的有证房产（16,482.72 平方米） |
| 3 | 北新集团建材股份有限公司海南分公司 | 经营商业写字楼及龙骨生产线 | 海南省海口市海甸岛东部开发区 | 商务写字楼占地 5.63 亩，均已办证（注：证载权利人为北新建材） | 7 幢有证房产（1 幢商务写字楼，6 个商品房）；1 幢租赁厂房，用于生产轻钢龙骨 |
| 4 | 北新建塑有限公司 | PVC 塑管生产线 | 北京市密云经济开发区云西一期雁密路南侧 | 无 | 租赁北新住宅产业有限公司的厂房 |
| 5 | 北新房屋有限公司 | 管理 | 北京市昌平区回龙观镇龙冠置业大山 | 无 | 与北新建材合署办公 |

8

BNBMPLC-E-0001222

| 序号 | 企业名称 | 业务 | 位置 | 土地 | 房产 |
|---|---|---|---|---|---|
| 6 | 北京北新晨龙装饰工程有限公司 | 装修 | 北京市密云经济开发区云西一期雁密路南侧 | 无 | 租赁北新住宅产业有限公司的厂房 |
| 7 | 北京新材料孵化器有限公司 | 无 | 北京市昌平区回龙观镇龙冠置业大山 | 无 | 与北新建材合署办公 |
| 8 | 苏州北新矿棉板有限公司 | 矿棉板生产线 | 江苏省苏州市苏钢新区内华山西侧主大门东侧 | 厂区占地 60 亩,均为租赁土地（注：土地使用权人为江苏苏钢集团,土地性质为出让）[注：年报在披露无证房产原因是披露了土地租赁事宜,需在法律意见书中披露] | 租赁土地上所建14,938.60 平方米房产无法办理房产证[注：年报披露租赁土地上自建房产无法办理房产证] |
| 9 | 北京东联投资有限公司 | 管理 | 北京市昌平区回龙观镇龙冠置业大山 | 无 | 与北新建材合署办公 |
| 10 | 苏州北新建材有限公司 | 外墙板、屋面瓦生产线 | 江苏省苏州市苏州工业园区娄葑镇北区 | 厂区占地 555.89 亩,均已办证（注：证载权利人为北新建材） | 【 】平方米的房产尚未取得房产证[注：年报披露待政府道路规划完成后立即办理房产证] |
| 11 | 北新住宅产业有限公司 | 生产散热器、塑管、五金件、门窗等；也做装修 | 北京市密云经济开发区云西一期雁密路南侧 | 厂区占地 249 亩,均已办证 | 86,202.30 平方米房产尚未取得房产证[注：年报披露待竣工结算验收完成后办理] |
| 12 | 中建材创新科技研究院有限公司 | "三新"产业基地项目 | 北京市常平镇北七家镇 | 在建项目,占地 254.4亩,土地性质为国有建设用地,已取得用地预审意见。 | 在建工程,无建成房产 |
| 13 | 北新轻钢房屋（北京）有限公司 | 新型房屋生产线 | 北京市密云经济开发区云西一期雁密路南侧 | 无 | 租赁北新住宅产业有限公司的厂房 |
| 二、泰山石膏非石膏板项目 | | | | | |
| 14 | 泰安市泰山纸面石膏板有限公司 | 为了美国诉讼专设的公司,无具体业务 | 山东省泰安市岱岳区大汶口镇泰山石膏厂区内 | 无 | 与泰山石膏合署办公 |

9

| 序号 | 企业名称 | 业务 | 位置 | 土地 | 房产 |
|---|---|---|---|---|---|
| 15 | 泰安泰山环保建材有限公司 | 不详 | 山东省泰安市岱岳区大汶口镇泰山石膏厂区内 | 租泰山石膏土地 | 租泰山石膏房产 |
| 16 | 泰安市金盾建材有限公司 | 不详 | 山东省泰安市岱岳区大汶口镇泰山石膏厂区内 | 无 | 租泰山石膏房产 |
| 17 | 山东泰和光能有限公司 | 光能业务 | 山东省泰安市岱岳区大汶口镇泰山石膏厂区内 | 无 | 租泰山石膏房产 |

10

BNBMPLC-E-0001224