# Announcement of Final Decision of the 15th （Temporary） Meeting of the Third Session of Board of Directors

2006-01-24 06:48

Stock abbreviation: BNBMPLC; stock code: 000786; announcement number: 2006-001

Beijing New Building Materials Public Limited Company

Announcement of Final Decision of the 15th （Temporary） Meeting of the Third Session of Board of Directors

All members of Board of Directors guarantee that report is faithful, accurate and complete, without false representation, misleading statement or major omission.

BNBMPLC distributed the notice about holding the 15th Interim Meeting of the Third Board of Directors on Jan.13, 2006 by email, and the vote was performed by fax (include direct service) on Jan.23, 2006 on the premise that the members of the Board of Directors have a strong understanding of the events to be resolved, nine directors taken a vote, in accordance with relevant provisions of the Company Law and Articles of Association. It was resolved that

I. Proposal of employing and dismissing senior executives.

As the nominating of the general manager Wang Bing, Zhang Chengong is employed as the vice general manager and the term will be the same as the current Board of Directors. (Assume of Zhang Chengong sees Annex)

Tao Yong is agreed to resign from the vice general manager due to the change on job.

The independent directors made independent opinions for this proposal and agreed with that the employing the senior executives will benefit the company governance and construction and promote the company development, and the qualification of the employed people is legal. The employing and dismissing procedures met relevant provisions of the Company Law and the Articles of Association, and the reviewing and voting procedures for senior executive employing and dismissing are legal and valid.

It was resolved with nine concurring votes, zero dissenting vote and zero abstention.

II. Proposal of providing guarantees for Shandong Taihe Dongxin Co., Ltd.

The company held 42% stocks of Shandong Taihe Dongxin Co.,

MTD Exhibit #146   BNBMPLC0004415

Ltd. and held the most seats in its Board of Directors. In accordance with the Articles of Association of Shandong Taihe Dongxin Co., Ltd., the company can combine the accounting statements of Shandong Taihe Dongxin Co., Ltd. and become the holding stockholder of Shandong Taihe Dongxin Co., Ltd.     Shandong Taihe Dongxin Co., Ltd. exchanged guarantees for the loan in bank with the local enterprises. As capital increase in Shandong Taihe Dongxin Co., Ltd., the operation quality of Shandong Taihe Dongxin Co., Ltd. obviously increased, thus the mutual guarantee risk can be effectively controlled. With negotiation with the lending bank and the enterprises providing mutual guarantees, Shandong Taihe Dongxin Co., Ltd. is proposed to terminate all mutual guarantees with the third party. Herein, the guarantees provided by the local enterprise for the bank loan of Shandong Taihe Dongxin Co., Ltd. will be proposed to be provided by the company. In light of the original loan of Shandong Taihe Dongxin Co., Ltd., the company proposed to provide the following guarantees:

   1. Guarantees for general credit limit of one hundred and fifteen million Yuan for Shandong Taihe Dongxin Co., Ltd. in Agricultural Bank of China Taian Branch and the term is one year;

   2. Guarantees for general credit limit of ninety million Yuan for Shandong Taihe Dongxin Co., Ltd. in Bank of China Taian Branch and the term is one year;

   3. Guarantees for general credit limit of thirty-three million six hundred thousand Yuan for Shandong Taihe Dongxin Co., Ltd. in Industrial and Commercial Bank of China Taian Branch and the term is one year;

   4. Guarantees for general credit limit of ten million Yuan for Shandong Taihe Dongxin Co., Ltd. in China Construction Bank Taian Qingnianlu Sub-branch and the term is one year;

   5. Guarantees for general credit limit of sixty million Yuan for Shandong Taihe Dongxin Co., Ltd. in Bank of Communications Taian Branch and the term is one year;

   6. Guarantees for general credit limit of thirty million Yuan for Shandong Taihe Dongxin Co., Ltd. in China Citic Bank Jinan Branch and the term is one year;

   7. Guarantees for general credit limit of twenty million Yuan for Shandong Taihe Dongxin Co., Ltd. in Industrial Bank Jinan Branch and the term is one year;

   8. Guarantees for general credit limit of thirty million Yuan for Shandong Taihe Dongxin Co., Ltd. in Shanghai Pudong Development Bank Jinan Branch and the term is one year;

   The amount of guarantees above is three hundred and eighty-eight million six hundred thousand Yuan Only.

   By the end of Jan.22, 2006, the amount of guarantees reached 520

BNBMPLC0004416

million Yuan, the product of the amount of external guarantees and the held stocks is 152.48 million Yuan, and thus the total external guarantees of the company and the subsidiary reached 672.48 million Yuan, accounting for 48.8% of the net assets in the audited combined accounting statement by the end of Dec.31, 2004. The amount of the guarantees to the subsidiary reached 520 million Yuan, accounting for 37.7% of the audited combined accounting statement by the end of Dec.31, 2004.

It was resolved with nine concurring votes, zero dissenting vote and zero abstention.

Such distribution plan is subject to review by Annual General Meeting of 2012.

Notice of Hosting the First Temporary Shareholder's Meeting of 2012

In light that the 15th interim meeting of the Third Board of Directors resolved the proposal of providing guarantees to Shandong Taihe Dongxin Co., Ltd., it is decided that the 2006s first extraordinary general meeting will be held on Feb.24, 2006 for resolving this proposal.

It was resolved with nine concurring votes, zero dissenting vote and zero abstention.

It is hereby announced.

Beijing New Building Materials Public Limited Company

FORMCHECKBOX   Boards
23 Jan 2006

Enclosed:
Assumes of new senior executives
Zhang Chengong, male, born in 1972, probationary party member, master of business administration, international business operator General manager assistant and general manager of heating and pipeline system business department of BNBMPLC, chairman of BNBM Plastic Pipes Co., Ltd.

BNBMPLC0004417