**Stock abbreviation: BNBMPLC; stock code: 000786; announcement number: 2007-001**

**Beijing New Building Materials Public Limited Company**

**Announcement of Final Decision of the 21st （Temporary） Meeting of the Third Session of Board of Directors**

**All members of Board of Directors guarantee that report is faithful, accurate and complete, without false representation, misleading statement or major omission.**

BNBMPLC distributed the notice about holding the 21st Interim Meeting of the Third Board of Directors on Feb.6, 2007 by email, and the vote was performed by fax (include direct service) on Feb.9, 2007 on the premise that the members of the Board of Directors have a strong understanding of the events to be resolved, nine directors taken a vote, in accordance with relevant provisions of the Company Law and Articles of Association. It was resolved that

Proposal of providing guarantees to Shandong Taihe Dongxin Co., Ltd.

Shandong Taihe Dongxin Co., Ltd. is our subsidiary. The general credit limit and working capital loan, amounting to 378.6 million Yuan of Shandong Taihe Dongxin Co., Ltd. in Agricultural Bank of China Taian Branch and other six banks were about to expire, the company agreed to continue the guarantees for the general credit limit and working capital loan of 378.6 million Yuan to Shandong Taihe Dongxin Co., Ltd. as the production and operation requirements. In light of the actual demand of Shandong Taihe Dongxin Co., Ltd. on further expanding the production scale, the company agreed to provide guarantees for the

MTD Exhibit #147

BNBMPLC0004454

added general credit limit of 200 million Yuan to Shandong Taihe Dongxin Co., Ltd. In conclusion, the company agreed to provide guarantee for the general credit limit and working capital loan of 578.6 million Yuan to Shandong Taihe Dongxin Co., Ltd., as follows:

    1. Guarantees for general credit limit of one hundred and seventy-five million Yuan to Shandong Taihe Dongxin Co., Ltd. in Agricultural Bank of China Taian Branch,

    The term is one year;

    2. Guarantees for general credit limit of one hundred and seventy-four million Yuan to Shandong Taihe Dongxin Co., Ltd. in Bank of China Taian Branch and the term is one year;

    3. Guarantees for general credit limit of seventy-one million one hundred thousand Yuan to Shandong Taihe Dongxin Co., Ltd. in Industrial and Commercial Bank of China Ningyang Sub-branch and the term is one year;

    4. Guarantees for general credit limit of seventy-eight million five hundred thousand Yuan to Shandong Taihe Dongxin Co., Ltd. in Bank of Communications Taian Branch and the term is one year;

    5. Guarantees for general credit limit of twenty million Yuan to Shandong Taihe Dongxin Co., Ltd. in Industrial Bank Jinan Branch and the term is one year;

    6. Guarantees for working capital of thirty million Yuan to Shandong Taihe Dongxin Co., Ltd. in Shanghai Pudong Development Bank Jinan Branch and the term is one year;

    7. Guarantees for working capital of thirty million Yuan to Shandong Taihe Dongxin Co., Ltd. in China Everbright Bank Jinan Branch,

BNBMPLC0004455

The term is one year.

The amount of guarantees above is five hundred and seventy-eight million six hundred thousand Yuan Only.

By the end of Feb.8, 2007, all the external guarantees were the guarantees for the subsidiary, the amount of external guarantees reached 887.6 million Yuan, accounting for 60.32% of the net assets as described in the audited combined accounting statement by the end of Dec.31, 2005.

It was resolved with nine concurring votes, zero dissenting vote and zero abstention.

This proposal will be resolved by general meeting of stockholders, and notice of the general meeting of stockholders will be announced.

It is hereby announced.

Beijing New Building Materials

Public Limited Company

Board of Directors

February 9, 2007

BNBMPLC0004456