MTD Exhibit #148

**Stock Abbreviation: BNBM    Stock Code: 000786 Announcement No.: 2008-001**

**Beijing New Building Materials Public Limited Company**

**Announcement of Resolution of the 3rd Session of the 32th meeting of the Board of Directors**

**The company and all members of Board of Directors guarantee that report is faithful, accurate and complete, without false representation, misleading statement or major omission.**

Board of directors of Beijing New Building Materials Public Limited Company (hereinafter referred to as the Company) has notified to hold the 32th interim Meeting of the 3rd Session of Board of Directors in February 13, 2008 in the form of e-mail, in the condition that all members of   Board of directors have fully
understand the deliberations of the conference, the meeting has been held in February 18, 2008, voting through fax (including direct delivery) , all 9 board of directors in accordance with the relevant provisions of the "Company Law" and "Articles of Association", have participated in the voting. Upon review, the meeting has reached the following resolutions:

I. The meeting has reached the resolution on Providing Guarantee for Taishan Gypsum Co. Ltd.

Taishan Gypsum Co. Ltd. (hereinafter referred to as "Taishan Gypsum") is a Subsidiary company of our company. Taishan Gypsum's total amount of 159,600,000
Yuan comprehensive credit in Industrial Commercial Bank Co., Ltd., Ningyang Branch Bank and other three banks are about to expire. In order to meet the needs of production and operation, the company

agreed to provide 340,000,000 guarantee guarantees for it.

1. In order to make better use of gypsum resources, further fulfill advantage and reduce cost, Taishan Gypsum invests in the construction of the Liaoning Fuxin with an annual output of 40,000,000 square meters of plasterboard comprehensive utilization project. In order to meet the needs of construction, the Company Agree Taishan Gypsum to provide a joint guarantee of 140,000,000 Yuan for Taishan Gypsum in Industrial Commercial Bank Co., Ltd., Ningyang Branch Bank, and the warranty period is five years;

2. Provide a guarantee of 85,000,000 Yuan of comprehensive credit line for Taishan Gypsum in Industrial Commercial Bank Co., Ltd., Ningyang Branch Bank, and the warranty period is one year;

3. Provide a guarantee of  85,000,000 Yuan of comprehensive credit line for Taishan Gypsum in  Bank of Communications Co., Ltd., Tai'an Branch Bank, and the warranty period is one year; 4. Provide a guarantee of 30,000,000 Yuan of comprehensive credit line for Taishan Gypsum in China Everbright Bank Co., Ltd., Jinan Branch Bank, and the warranty period is one year;

The above total amount of guarantee is 340,000,000 Yuan.

By the end of February 17, 2008, the company's all external guarantees are provided for its subsidiaries, and the total amount of guarantees reached   12,396,000,00 Yuan, which share 78.74% of net assets of consolidated accounting statements that  audited by the company in  December 31 ,2006.

The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

The resolution shall be approved by the shareholders meeting, and the notification of Shareholder's meeting will be announced in other day.

BNBMPLC0004522

II. The meeting has reached the resolution on Appointment of the Company's Securities Representatives"

For the need of job, we appoint Ms. Du Xin as securities affairs representative to assist the Secretary of the board of directors to work. (Ms. Du Xin CV attached)

The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

We hereby make the announcement.

Beijing New Building Materials Public

Limited Company

Board of Directors

February 18, 2008

BNBMPLC0004523

Enclosed:

## Resume of newly recruited Securities Affairs Representative.

Du Xin, female, born in 1981, holding a Bachelor degree of Central University of Finance and Economics management school, studying in Tsinghua University master of business administration, the Chinese Communist Party members, and assistant economist. Currently, she is a Manager assistant at Securities Department of Beijing New Building Materials Public Limited Company.

BNBMPLC0004524