G1—01：最高额保证合同——对应 A 类、B 类及专项协议 2010

# 最 高 额 保 证 合 同

编号：2010 年泰中银保字 709290020100609 号



*2010 年 1 月 21 号 王经理*
*逾元.原件记为诉讼凭证*
*此事*

保证人：北新集团建材股份有限公司

营业执照号码：110000005101342

法定代表人/负责人：王兵

住所地：北京市海淀区三里河路甲 11 号　　　邮编：100096

开户金融机构及账号：工商银行清河镇支行 ▮▮▮▮▮▮▮▮▮

电话：010-82982241　　传真：010-82915566

债权人：中国银行股份有限公司泰安分行

法定代表人/负责人：赵宏春

住所地：泰安市东岳大街 48 号　　　邮编：271000

电话：0538-8228223　　传真：0538-8228223

　　　为了担保本合同第一条所述主合同项下债务的履行，保证人愿意向债权人提供保证。双方经平等协商订立本合同。除本合同另有约定外，本合同中的词语解释依据主合同确定。
　　　**第一条　　主合同**
　　　本合同之主合同为：
　　　债权人与债务人 泰山石膏股份有限公司 之间自 2010 年 6 月 13 日起至 2011 年 6 月 4 日止签署的借款、银行承兑汇票、贸易融资、保函、资金业务及其它授信业务合同（统称"单笔合同"），及其修订或补充，其中约定其属于本合同项下之主合同。
　　　**第二条　　主债权及其发生期间**
　　　除依法另行确定或约定发生期间外，在下列期间内，主合同项下实际发生的债权，构成本合同之主债权：
　　　本合同第一条规定的 2010 年 6 月 13 日起至 2011 年 6 月 4 日。
　　　**第三条　　被担保最高债权额**
　　　1、本合同所担保债权之最高本金（删除各类保证金）余额为：
　　　币　种：人民币 。
　　　（大写）贰亿贰仟万元整 。
　　　（小写）220,000,000.00 元 。
　　　2、在本合同第二条所确定的主债权发生期间届满之日，被确定属于本合同之被担保主债权的，则基于该主债权之本金所发生的利息（包括法定利息、约定利息、复利、罚息）、违约金、损害赔偿金、实现债权的费用（包括但不限于诉讼费用、律师费用、公证费用、执行费用等）、因债务人违约而给债权人造成的损失和其他所有应付费用等，也属于被担保债权，其具体金额在其被清偿时确定。

**MTD Exhibit #149**

TG-0067647

G1-01: Maximum Amount Guarantee Contract  - -

Correspond to Type A,Type B and Their Individual Agreements 2010

Maximum Amount Guarantee Contract

(the "Contract")

Number: Year 2010 Tai Bank of China Guarantee Code 709290020100609#

Guarantor: BNBM Co., Ltd.

Business License #: 110000005101342

Legal Representative/Responsible Person: Wang Bing

Address: Jia 11, Sanlihe Rd, Haidian District, Beijing City          Zip Code:100096

Account Opening Financial Institution and Account No.:

ICBC Qinghe Town Branch Bank ███████████████████

Telephone: 010-82982241        Fax: 010-82915566

Creditor: Bank of China Co., Ltd. ___Taian___ Branch Bank

Legal Representative/Responsible Person: Zhao Hongchun

Address: Dongyueda Street 48, Taian City          Zip Code: 271000

Telephone: 0538-8228223    Fax: 0538-8228223

In order to guarantee the performance of debt under the main contract (the "Main Contract") stated as in Article I of this Contract, the Guarantor is willing to provide

Alston & Bird LLP

Creditor with guarantee. Both Parties sign this Contract after equal negotiation. Unless otherwise provided herein, terms' interpretation in this Contract shall be determined in accordance with the Main Contract.

Article  I    Main Contract

The Main Contract of this Contract is:

The loan, trade finance, letter of guarantees, capital business and other accredited business contract (collectively called "single contract") signed by and between the Creditor and the Debtor Taishan Gypsum CO.,LTD. during the term from June 13th 2010 through June 4th 2011, and its modification or supplement, and wherein stipulated that it is the Main Contract of this Contract.

Article  II    Main Creditor's Right & Term of Occurrence

Unless otherwise stipulated by laws or agreed by the Parties, the Creditor's right actually occurring under the Main Contract during the following term shall constitute the main Creditor's right under this Contract:

The term from June 13th 2010 through June 4th 2011 as specified in Article I of this Contract.

Article  III    The Maximum Amount of the Secured Creditor's right

1、Maximum principal balance of Creditor's right secured by this Contract is:

Currency type: RMB.

(In words): Two Hundred and Twenty Million Yuan.

2

(In Arabic Numerals): RMB 220,000,000.00 Yuan.

2、 On the expiring day of main Creditor's right occurrence term confirmed by Article II of this Contract, the secured main Creditor's right confirmed to belong to this Contract, interests (including legal interests, agreed interests, compound interests, penalty interests) happening based on this main Creditor's right's principal, agreement violating fee, compensation for damage, the cost of achieving Creditor's rights (including but not to limit to litigation fee, attorney fee, notary fee, enforcing fee, etc.), loss and all other payables, etc. of creditor due to debtor's violating agreement, also belong to secured Creditor's right, and its specific amount will be determined when it is being paid off.

3

TG-0067650

依据上述两款确定的债权金额之和，即为本合同所担保的最高债权额。

**第四条　　保证方式**

本合同保证方式为下列第 1 项：

1、连带责任保证。

2、一般保证。

**第五条　　保证责任的发生**

如果债务人在主合同项下的任何正常还款日或提前还款日未按约定向债权人进行清偿，债权人有权要求保证人承担保证责任。

前款所指的正常还款日为主合同中所约定的本金偿还日、利息支付日或债务人依据该等合同约定应向债权人支付任何款项的日期。前款所指的提前还款日为债务人提出的经债权人同意的提前还款日以及债权人依据合同等约定向债务人要求提前收回债权本息及/或其他任何款项的日期。

主债务在本合同之外同时存在其他物的担保或保证的，不影响债权人本合同项下的任何权利及其行使，保证人不得以此抗辩债权人。

**第六条　　保证期间**

本合同项下的保证期间为本合同第二条确定的主债权发生期间届满之日起两年。

在该保证期间内，债权人有权就主债权的全部或部分、多笔或单笔，一并或分别要求保证人承担保证责任。

**第七条　　保证债务诉讼时效**

若主债权未受清偿，在连带责任保证情形下，债权人在本合同第六条规定的保证期间届满之日前要求保证人承担保证责任的，从债权人要求保证人承担保证责任之日起，保证债务开始起算和适用诉讼时效。

在一般保证情形下，债权人在本合同第六条规定的保证期间届满之日前对债务人提起诉讼或者申请仲裁的，从判决或者仲裁裁决生效之日起，保证债务开始起算和适用诉讼时效。

**第八条　　本合同与主合同的关系**

若主合同包含《授信额度协议》/《授信业务总协议》，对其中的授信额度使用期限/业务合作期限进行延展的，需征得保证人的书面同意。未征得保证人同意或保证人拒绝的，保证人仅对原授信额度使用期限/业务合作期限内发生的主债权，在本合同第三条规定的被担保最高债权额内承担保证责任，保证期间仍为原定期间。

对《授信额度协议》/《授信业务总协议》其它内容或事项的变更，以及对其项下单项协议的变更，或对单笔主合同的变更，无需征得保证人的同意，保证人仍在本合同第三条规定的被担保最高债权额内对变更后的主合同承担保证责任。

经债权人和保证人协商一致，可以书面形式变更本合同第三条规定的被担保最高债权额。

债权人将主合同项下全部或者部分权利义务委托中国银行股份有限公司其它机构履行或者将主债权转让给第三人，无需征得保证人的同意，保证人的保证责任不因此而减少或免除。

**第九条　　声明与承诺**

TG-0067651

The total Creditor's right amount determined by the above two Articles is the maximum Creditor's right amount secured by this Contract.

Article IV    Guarantee Form

The guarantee form of this Contract is item _1_ below:

1、Joint and several liabilities guarantee.

2、General guarantee.

Article V    Guarantee Liabilities Occurrence

If by agreement, Debtor does not pay off to Creditor on any normal repayment day or prepayment day under the Main Contract, Creditor has rights to request the Guarantor to assume guarantee liabilities.

Normal repayment date referred to in the preceding paragraph is the agreed principal repayment day in the Main Contract, interest payment day or the date on which debtor should pay creditor any payment under this Contract. Prepayment day referred to in the preceding paragraph is the prepayment day brought by debtor and permitted by creditor and the date on which creditor requests debtor to pay back Creditor's right's principal and its interest and/or other any payment  in advance under this Contract.

Main debt having security or guarantee over other objects at the same time under this contract won't influence any right and its exercising of creditor under this Contract, the Guarantor shall not use this to argue against creditor.

Article VI    Guarantee Period

Guarantee Period under this Contract is two years since the day of main Creditor's right occurrence period expiring confirmed by Article II of this Contract.

During this guarantee period, creditor has rights to request the Guarantor to assume guarantee liabilities together or separately over all or part of deals, multiple deals or single deal of main Creditor's right.

Article VII   Statute of Limitations of Guaranteed Debt

If main Creditor's right is not paid off, and under the case of joint liabilities guarantee, creditor requests the Guarantor to assume liabilities prior to the day of expiration of guarantee period under the Article VI of this Contract, guaranteed debt starts to calculate and apply to statute of limitation from the effective date of judgment or Arbitral Award.

Article  VIII  The Relationship Between This Contract and Main Contract

If Main Contract includes "Line of Credit Agreement" / "General Agreement of Credit Business", of which, for the extension of lifetime of line of credit /

2

TG-0067653

business cooperation period, the Guarantor's written consent is needed. Without the Guarantor's consent or if the Guarantor refuses, the Guarantor only assumes the main Creditor's right happening during the lifetime of original line of credit / business cooperation period within maximum amount of the secured Creditor's right under Article III of this Contract, and the guarantee period still is originally set period.

In changing the other contents or matters of "Line of Credit Agreement" / "General Agreement of Credit Business", and in changing the individual agreement under the forgoing item, or in changing individual Main Contract, no Guarantor's consent is needed, while the Guarantor still assumes guarantee liabilities to the changed Main Contract within maximum amount of the secured Creditor's right under Article III of this Contract.

With the consensus of creditor and debtor, written form can be used to change the maximum amount of the secured Creditor's right under Article III of this Contract.

Creditor can entrust all or part of the rights and responsibilities under Main Contract to other institution of Bank of China Co., Ltd. or transfer main Creditor's right to third party without the consent of the Guarantor, and the Guarantor's guarantee liabilities will not be reduced or exempted because of this.

Article  IX     Statement and Commitment

3

TG-0067654

G1—01：最高额保证合同——对应A类、B类及其单项协议 2010

保证人声明与承诺如下：

1、保证人依法注册并合法存续，具备签订和履行本合同所需的完全民事权利能力和行为能力；

2、保证人完全了解主合同的内容，签署和履行本合同系基于保证人的真实意思表示，已经按照其章程或者其它内部管理文件的要求取得合法、有效的授权。

保证人为公司的，提供该保证，已经按照公司章程的规定由董事会或者股东会、股东大会决议通过；其公司章程对担保的总额及单项担保的数额有限额规定的，本合同项下担保未超过规定的限额。

签署和履行本合同不会违反对保证人有约束力的任何合同、协议或其他法律文件；

3、保证人向债权人提供的所有文件和资料是准确、真实、完整和有效的；

4、保证人接受债权人对保证人生产经营状况、财务状况的监督和检查，并给予协助和配合；

5、保证人未向债权人隐瞒截止本合同签订日已经承担的重大负债；

6、若发生可能影响保证人财务状况和履约能力的情况，包括但不限于进行任何形式的分立、合并、联营、与外商合资、合作、承包经营、重组、改制、计划上市等经营方式的变更，减少注册资本、进行重大资产或股权转让、承担重大负债、解散、撤销、（被）申请破产等，或涉及重大诉讼或仲裁案件，保证人应及时通知债权人。

**第十条    保证人所在集团内部关联方及关联交易披露**

双方约定适用下述第 2 项条款：

1、保证人不属于债权人依据《商业银行集团客户授信业务风险管理指引》（简称《指引》）确定的集团客户。

2、保证人属于债权人依据《指引》确定的集团客户。保证人应依据《指引》第十七条规定，及时向债权人报告净资产10%以上关联交易的情况，包括交易各方的关联关系、交易项目和交易性质、交易的金额或相应的比例、定价政策（包括没有金额或只有象征性金额的交易）。

**第十一条    违约事件及处理**

以下情况之一即构成或视为保证人在本合同项下违约：

1、未按本合同的约定及时履行保证责任；

2、在本合同中所做的声明不真实或违反其在本合同中所做的承诺；

3、发生本合同第九条第6款所述事件，严重影响保证人财务状况和履约能力的；

4、保证人终止营业或者发生解散、撤销或破产事件；

5、违反本合同中关于当事人权利义务的其他约定；

6、保证人在与债权人或中国银行股份有限公司其他机构之间的其他合同项下发生违约事件。

出现前款规定的违约事件时，债权人有权视具体情形分别或同时采取下列措施：

1、要求保证人限期纠正其违约行为；

2、全部、部分调减、中止或终止对保证人的授信额度；

3、全部、部分中止或终止受理保证人在其他合同项下的业务申请；对于尚未发放的贷

TG-0067655

The Guarantor's statement and commitment are as following:

1、 The Guarantor registers by law and continues to exist legally, having full capacity for civil rights and conduct to sign and perform this Contract;

2、 The Guarantor understands Main Contract's content completely, signing and performing this Contract are based on the true intention of the Guarantor, and the Guarantor already obtains legal and effective authority by the requests of its constitution or other internal management documents.

If the Guarantor is a company, it provides this guarantee, which has already been passed by directors' board or shareholders' meeting, shareholders' conference resolution under the regulation of company's constitution; in the case that its company constitution has limited amount regulation about total guaranteed amount and individual guarantee's amount, guarantee does not pass regulated limited amount under this Contract.

Signing and performing this Contract will not violate any contract, agreement or other legal documents, which are binding on the Guarantor;

3、 All the documents and materials the Guarantor provides creditor with are accurate, true, complete and effective;

4、 The Guarantor accepts supervision and inspection of the Guarantor's manufacture and operation status, financial status from the Creditor, and provides assistance and cooperation;

Alston & Bird LLP

TG-0067656

5、The Guarantor does not hide assumed major debt from the creditor by the date of signing this Contract.

6、If cases happen that could influence the Guarantor's financial status and contract performing ability, including but not limited to, any form of division, merger, joint management, joint venture with foreign business, cooperation, contracted operation, reorganization, reformation, planning to go public, etc., reducing registered capital, doing major asset or equity transfer, assuming major debt, dissolving, revocation, (being applied) applying for bankruptcy etc., or involvement in major litigation or arbitral cases, the Guarantor shall notify creditor in a timely manner.

Article  X    Disclosure of Internal Relative Parties and Relative Deals of the Group that the Guarantor belongs to

Both Parties agreed to adopt Item 2 below:

1、The Guarantor does not belong to group customer defined by creditor per the "Guideline of Credit Business Risk Management of Commercial Bank Group's Customers" (simply named as "Guideline").

2、The Guarantor belongs to group customer defined by creditor per the "Guideline". The Guarantor shall report case of related transactions of over 10% of net asset to creditor timely according to Article XVII of the "Guideline" regulation, which includes all parties' related transactions, transaction items, and transaction nature, transaction amount or corresponding ratio, pricing policy (including transactions without amounts or only with token amounts).

2

Alston & Bird LLP

Article   XI   Contract Violation Incidents and Handling

Any of the following cases, under this Contract, constitutes or regards as an agreement violation by the Guarantor:

1、 Does not perform guarantee liabilities promptly by this Contract;

2、 The statements in this Contract is invalid or the Guarantor violates the commitment made in this Contract;

3、 Incidents happen as described in Article 9 Item 6 under this Contract that influence the Guarantor's financial status and contract performing ability seriously;

4、 The Guarantor closes business or dissolves, revokes or bankrupts;

5、 Violates other agreements regarding parties' rights and liabilities under this Contract;

6、 Violates other contracts between the Guarantor and the Creditor or other institutions of Bank of China Co., Ltd.

When events of default in the preceding paragraph happen, creditor has right to adopt measures separately or at the same time depending on the specific situation:

1、 Request the Guarantor to correct its breach of contract within limited period;

2、 Completely, partially adjust to reduce, suspend or terminate line of credit to the Guarantor;

3

TG-0067658

3、Completely, partially suspend or terminate handling the Guarantor's business application under other contracts; to unreleased loan, unhandled trade finance, completely, partially suspend, or terminate releasing and handling;

Alston & Bird LLP

TG-0067659

款、尚未办理的贸易融资，全部、部分中止或终止发放和办理；

4、宣布保证人在其他合同项下尚未偿还的贷款/贸易融资款项本息和其他应付款项全部或部分立即到期；

5、终止、解除本合同，全部或部分终止、解除保证人与债权人之间的其他合同；

6、要求保证人赔偿因其违约而给债权人造成的损失；

7、仅需事先或事后通知，将保证人在债权人开立的账户内的款项扣划以清偿保证人对债权人所负全部或部分债务。账户中的未到期款项视为提前到期。账户币种与债权人业务计价货币不同的，按扣收时债权人适用的结售汇牌价汇率折算；

8、债权人认为必要的其他措施。

**第十二条　　权利保留**

一方若未行使本合同项下部分或全部权利，或未要求另一方履行、承担部分或全部义务、责任，并不构成该方对该权利的放弃或对该义务、责任的豁免。

一方对另一方的任何宽容、展期或者延缓行使本合同项下的权利，均不影响其根据本合同及法律、法规而享有的任何权利，亦不视为其对该权利的放弃。

**第十三条　　变更、修改与终止**

本合同经双方协商一致，可以书面形式进行变更或修改，任何变更或修改均构成本合同不可分割的组成部分。

除法律、法规另有规定或当事人另有约定外，本合同在其项下权利义务全部履行完毕前不得终止。

除法律、法规另有规定或当事人另有约定外，本合同任何条款的无效均不影响其他条款的法律效力。

**第十四条　　法律适用与争议解决**

本合同适用中华人民共和国法律。

凡因履行本合同而产生的一切争议、纠纷，双方可先通过协商解决。协商不成的，双方同意采用与主合同之约定相同的争议解决方式。

在争议解决期间，若该争议不影响本合同其他条款的履行，则该其他条款应继续履行。

**第十五条　　费用**

除依法另行确定或当事人另有约定外，因本合同订立、履行及争议解决发生的费用（包括律师费用）由保证人承担。

**第十六条　　附件**

经双方共同确认的附件构成本合同不可分割的组成部分，具有与本合同相同的法律效力。

**第十七条　　其他约定**

1、未经债权人书面同意，保证人不得将本合同项下任何权利、义务转让予第三人。

2、若债权人因业务需要须委托中国银行股份有限公司其他机构履行本合同项下权利及义务，保证人对此表示认可。债权人授权的中国银行股份有限公司其他机构有权行使本合同项下全部权利，有权就本合同项下纠纷向法院提起诉讼或提交仲裁机构裁决。

3、在不影响本合同其他约定的情形下，本合同对双方及各自依法产生的承继人和受让

TG-0067660

4.  Announce the loan the Guarantor does not pay off under other contracts/trade finance principal and its interest and other payables expire completely or partially;

5.  Terminate, dissolve this Contract, completely or partially terminate ,dissolve other contracts between the Guarantor and Creditor;

6.  Request the Guarantor to indemnify the loss brought to the Creditor due to the Guarantor's default;

7.  Only by notice in advance or afterwards, deduct accounts opened by the Guarantor under the Creditor to pay off all or part of debt that the Guarantor owes to the loaner. Unexpired projects in accounts are regarded as expired in advance. Accounts' currency type is different from the calculated business price currency of the Creditor, calculated by foreign exchange quota rate applied by the Creditor while deducting;

8.  Other measures the Creditor deems necessary.

Article  XII    Reservation of Rights

If one Party does not excise part or all of the rights under this Contract, or does not request the other Party to perform, assume part or all obligations and liabilities, it does not constitute that one Party foregoes the rights or exempts the other Party from duties. One Party tolerates the other Party, giving the other Party extension, or delays to exercise rights under this Contract, it has no effect on any rights contained under this Contract and the law, regulations and all rights enjoyed, nor deems as rights given up.

Alston & Bird LLP

Article XIII   Changes, Modification and Termination

This Contract can be changed or modified by written consensus made by both Parties, and any changes or modifications are an indivisible part of this Contract.

Unless established by law, regulations, or other agreements by both Parties, this Contract cannot be terminated until all rights and responsibilities are completely performed under this Contract.

Unless established by law, regulations, or other agreements by both Parties, any invalid Item under this Contract has no bearing on the legal effect of other Items.


Article  XIV   Applicable Law and Dispute Resolution

This Contract applies to law of the People's Republic of China.

All disputes due to performing this Contract, can be resolved through negotiation from both Parties. If it cannot be resolved, both Parties agree to use the same dispute resolution methods as a consensus of the Main Contract.

During the dispute resolution period, if this dispute does not influence the performance of other Items under this Contract, other Items shall continue to be performed.


Article  XV   Fees

Unless established by law, regulations, or other agreements by both Parties, fees due to writing and performing this Contract and fees due to resolving disputes (including the attorney fee) are borne by the Guarantor.


Article   XVI Enclosures

2

TG-0067662

The enclosures confirmed by both Parties are inseparable parts of this Contract, having the same legal effect as this Contract.

Article   XVII   Other Agreements

1、 The Guarantor shall not transfer any rights and liabilities under this Contract to a third party without the Creditor's written consent.

2、 If, due to business, the Creditor commissions other institutions of Bank of China Co., Ltd. to perform rights and responsibilities under this Contract, the Guarantor shall agree. Other institutions of the Bank of China Co., Ltd.  that are authorized by the Creditor have the right to exercise all rights under this Contract and submit litigation to the People's Court or go to arbitrary organizations under this Contract.

Alston & Bird LLP

TG-0067663

`8530091`

义务，保证人对此表示认可。债权人授权的中国银行股份有限公司其他机构有权行使本合同
项下全部权利，有权就本合同项下纠纷向法院提起诉讼或提交仲裁机构裁决。

3、在不影响本合同其他约定的情形下，本合同对双方及各自依法产生的承继人和受让
人均具有法律约束力。

4、除另有约定外，双方指定本合同载明的住所地为通讯及联系地址，并承诺在通讯及
联系地址发生变更时，以书面形式及时通知对方。

5、本合同中的标题和业务名称仅为指代的方便而使用，不得用于对条款内容及当事方权
利义务的解释。

6、保证人担保债权之最高本金（剔除各类保证金）余额为人民币贰亿贰仟万元整（包
括债权人与债务人已签定的未清偿完毕部分，编号为：2011 年泰信借字 6883601520111017
号、2011 年泰信借字 6883601520111110 号、2012 年泰借字 688360150420 号、2012 年泰信
借字 688360150515 号、2012 年泰信借字 688360150517 号），担保余额在本最高额保证合同
约定的担保期限内可循环使用。本条款补充约定的内容是本最高额保证合同的有效组成部
分，与本合同的其他条款具有相同的法律效力。

**第十六条    合同生效**

本合同自双方法定代表人、负责人或其授权签字人签署并加盖公章之日生效。

本合同一式 __叁__ 份，双方及债务人各执 __壹__ 份，具有同等的法律效力。

保证人：北新集团建材股份有限公司          债权人：中国银行股份有限公司泰安分行

有权签字人：                              有权签字人：

__2012__ 年 __8__ 月 __22__ 日              __2012__ 年 __8__ 月 __22__ 日



TG-0067725

2.  If, due to business, the Creditor commissions other institutions of Bank of China Co., Ltd. to perform rights and responsibilities under this Contract, the Guarantor shall agree. Other institutions of the Bank of China  Co., Ltd.  that are authorized by the Creditor have the right to exercise all rights under this Contract and submit litigation to the People's Court or go to arbitrary organizations under this Contract.

3.  This Contract has legal effect to both Parties and their successors by law without effecting other agreements under this Contract.

4.  Unless there are other consensuses, both Parties designate the addresses in this Contract as contact and communication addresses, and promise to notify each other by written form if these addresses are changed.

5.  The title and business names of this Contract are only used for convenience and shall not be used to explain Item contents, rights, and responsibilities of Parties.

6.  Maximum amount of principle (Excluding various types of security deposit) balance of the Creditor's right secured by the Guarantor is RMB TWO HUNDRED AND TWENTY MILLION YUAN EVEN( including the unpaid part signed by the Creditor and Debtor: Number is Year 2011 Tai Credit Borrow Code 6883601520111017 #, Year 2011 Tai Credit Borrow Code 6883601520111110 #, Year 2012 Tai Borrow Code 688360150420 #, Year 2012 Tai Credit Borrow Code 688360150515 #, Year 2012 Tai Credit Borrow Code 688360150517), and the secured balance can be recycled during the agreed secured period under this Contract. Supplemental agreed content of this Item is

Alston & Bird LLP

an effective part of this Contract, having the same legal effect as other Items of this Contract.

Article XVI   Contract in Effect

This Contract becomes effect on the day the legal representative of both parties or their authorized signers sign and stamp.

This Contract has     copies, both parties and Debtor each has        copy; these copies have same legal effect.

Stamp                                             Stamp


Date: 08/22/2012                        Date: 08/22/2012

2

TG-0067727

3

TG-0067728

G1-01：最高额保证合同——对应 A 类、B 类及其单项协议

# 最高额保证合同

编　号：2013 年泰中高保字 005 号

保证人：北新集团建材股份有限公司
营业执照号码：110000008101342
法定代表人／负责人：__王兵__
住所地：__北京市海淀区三里河路甲 11 号__　　邮编：__100096__
开户金融机构及账号：__中国工商银行清河镇支行__ ███████
电话：__010-59812514__　　传真：__010-59812980__

债权人：中国银行股份有限公司__泰安分__行
法定代表人／负责人：__孙成刚__
住所地：__泰安市东岳大街 48 号__　　邮编：__271000__
电话：__0538-6260122__　　传真：__0538-6260122__

　　为了担保本合同第一条所述主合同项下债务的履行，保证人愿意向债权人提供保证。双方经平等协商订立本合同。除本合同另有约定外，本合同中的词语解释依据主合同确定。

**第一条　　主合同**

　　本合同之主合同为：

　　债权人与债务人__泰山石膏股份有限公司__之间自 __2013__ 年 __9__ 月 __10__ 日起至 __2014__ 年 __3__ 月 __12__ 日止签署的借款、贸易融资、保函、资金业务及其它授信业务合同（统称"单笔合同"），及其修订或补充，其中约定其属于本合同项下之主合同。

**第二条　　主债权及其发生期间**

　　除依法另行确定或约定发生期间外，在下列期间内主合同项下实际发生的债权，以及在本合同生效前债务人与债权人之间已经发生的债权，构成本合同之主债权：

　　本合同第一条规定的 __2013__ 年 __9__ 月 __10__ 日起至 __2014__ 年 __3__ 月 __12__ 日。

**第三条　　被担保最高债权额**

　　1、本合同所担保债权之最高本金余额为（剔除保证今后）：

　　币　种：__人民币__
　　（大写）__贰亿贰仟万元整__。
　　（小写）__220,000,000.00__。

　　2、在本合同第二条所确定的主债权发生期间届满之日，被确定属于本合同之被担保主债权的，则基于该主债权之本金所发生的利息（包括法定利息、约定利息、复利、罚息）、

TG-0067729

G1-01: Maximum Amount Guarantee Contract  - -

Correspond to Type A, Type B and Their Individual Agreements

---

Maximum Amount Guarantee Contract

(the "Contract")

Number:  Year 2013 Tai Bank of China Maximum Guarantee Code 005#

Guarantor: BNBM Co., Ltd._____

Business License #: 110000005101342

Legal Representative/Responsible Person: Wang Bing__

Address: Jia 11, Sanlihe Rd, Haidian District, Beijing City___          Zip Code:100096

Account Opening Financial Institution and Account No.:

ICBC Qinghe Town Branch Bank ██████████████

Telephone: 010-59812514        Fax: 010-59812980


Creditor: Bank of China Co., Ltd. ____Taian____ Branch Bank

Legal Representative/Responsible Person: Sun Chenggang

Address: Dongyueda Street 48, Taian City          Zip Code: 271000

Telephone: 0538-6260122    Fax: 0538-6260122


In order to guarantee the performance of debt under the main contract (the "Main

Contract") stated as in Article I of this Contract, the Guarantor is willing to provide

Alston & Bird LLP

Creditor with guarantee. Both Parties sign this Contract after equal negotiation. Unless otherwise provided herein, terms' interpretation in this Contract shall be determined in accordance with the Main Contract.

Article   I    Main Contract

The Main Contract of this Contract is:

The loan, trade finance, letter of guarantees, capital business and other accredited business contract (collectively called "single contract") signed by and between the Creditor and the Debtor Taishan Gypsum CO.,LTD. during the term from September 10th 2013 through March 12th 2014, and its modification or supplement, and wherein stipulated that it is the Main Contract of this Contract.

Article   II    Main Creditor's Right & Term of Occurrence

Unless otherwise stipulated by laws or agreed by the Parties, the Creditor's right actually occurring under the Main Contract during the following term shall constitute the main Creditor's right under this Contract:

The term from September 10th 2013 through March 12th 2014 as specified in Article I of this Contract.

Article   III    The Maximum Amount of the Secured Creditor's right

1、Maximum principal balance of Creditor's right secured by this Contract is:

Currency type: RMB.

(In words): Two Hundred and Twenty Million Yuan.

2

(In Arabic Numerals): RMB 220,000,000.00 Yuan.

2、 On the expiring day of main Creditor's right occurrence term confirmed by Article II of this Contract, the secured main Creditor's right confirmed to belong to this Contract, interests (including legal interests, agreed interests, compound interests, penalty interests) happening based on this main Creditor's right's principal, agreement violating fee, compensation for damage, the cost of achieving Creditor's rights (including but not limited to litigation fee, attorney fee, notary fee, enforcing fee, etc.), loss and all other payables, etc. of creditor due to debtor's violating agreement, also belong to secured Creditor's right, and its specific amount will be determined when it is being paid off.

Alston & Bird LLP

TG-0067732

G1—01：最高额保证合同——对应A类、B类及其单项协议

违约金、损害赔偿金、实现债权的费用（包括但不限于诉讼费用、律师费用、公证费用、执行费用等）、因债务人违约而给债权人造成的损失和其他所有应付费用等，也属于被担保债权，其具体金额在其被清偿时确定。

依据上述两款确定的债权金额之和，即为本合同所担保的最高债权额。

**第四条　　保证方式**

本合同保证方式为下列第　1　项：

1、连带责任保证。

2、一般保证。

**第五条　　保证责任的发生**

如果债务人在主合同项下的任何正常还款日或提前还款日未按约定向债权人进行清偿，债权人有权要求保证人承担保证责任。

前款所指的正常还款日为主合同中所约定的本金偿还日、利息支付日或债务人依据该等合同约定应向债权人支付任何款项的日期。前款所指的提前还款日为债务人提出的经债权人同意的提前还款日以及债权人依据合同等约定向债务人要求提前收回债权本息及/或其他任何款项的日期。

主债务在本合同之外同时存在其他物的担保或保证的，不影响债权人本合同项下的任何权利及其行使，债权人有权决定各担保权利的行使顺序，保证人应按照本合同的约定承担担保责任，不得以存在其他担保及行使顺序等抗辩债权人。

**第六条　　保证期间**

本合同项下的保证期间为本合同第二条确定的主债权发生期间届满之日起两年。

在该保证期间内，债权人有权就主债权的全部或部分、多笔或单笔，一并或分别要求保证人承担保证责任。

**第七条　　保证债务诉讼时效**

若主债权未受清偿，在连带责任保证情形下，债权人在本合同第六条规定的保证期间届满之日前要求保证人承担保证责任的，从债权人要求保证人承担保证责任之日起，保证债务开始起算和适用诉讼时效。

在一般保证情形下，债权人在本合同第六条规定的保证期间届满之日前对债务人提起诉讼或者申请仲裁的，从判决或者仲裁裁决生效之日起，保证债务开始起算和适用诉讼时效。

**第八条　　本合同与主合同的关系**

若主合同包含《授信额度协议》/《授信业务总协议》，对其中的授信额度使用期限/业务合作期限进行延展的，需征得保证人的书面同意。未征得保证人同意或保证人拒绝的，保证人仅对原授信额度使用期限/业务合作期限内发生的主债权，在本合同第三条规定的被担保最高债权额内承担保证责任，保证期间仍为原定期间。

TG-0067733

The total Creditor's right amount determined by the above two Articles is the

maximum Creditor's right amount secured by this Contract.


Article IV    Guarantee Form

The guarantee form of this Contract is Item  1  below:

1、 Joint and several liabilities guarantee.

2、 General guarantee.


Article V    Guarantee Liabilities Occurrence

If by agreement, Debtor does not pay off to Creditor on any normal repayment

day or prepayment day under the Main Contract, Creditor has rights to request the

Guarantor to assume guarantee liabilities.


Normal repayment date referred to in the preceding paragraph is the agreed

principal repayment day in the Main Contract, interest payment day or the date on

which debtor should pay creditor any payment under this Contract. Prepayment

day referred to in the preceding paragraph is the prepayment day brought by

debtor and permitted by creditor and the date on which creditor requests debtor to

pay back Creditor's right's principal and its interest and/or other any payment  in

advance under this Contract.

Alston & Bird LLP

Main debt having security or guarantee over other objects at the same time under this contract won't influence any right and its exercising of creditor under this Contract, the Guarantor shall not use this to argue against creditor.

Article VI    Guarantee Period

Guarantee Period under this Contract is two years since the day of main Creditor's right occurrence period expiring confirmed by Article II of this Contract.

During this guarantee period, creditor has rights to request the Guarantor to assume guarantee liabilities together or separately over all or part of deals, multiple deals or single deal of main Creditor's right.

Article VII   Statute of Limitations of Guaranteed Debt

If main Creditor's right is not paid off, and under the case of joint liabilities guarantee, creditor requests the Guarantor to assume liabilities prior to the day of expiration of guarantee period under the Article VI of this Contract, guaranteed debt starts to calculate and apply to statute of limitation from the effective date of judgment or Arbitral Award.

Article  VIII  The Relationship Between This Contract and Main Contract

If Main Contract includes "Line of Credit Agreement" / "General Agreement of Credit Business", of which, for the extension of lifetime of line of credit /

2

TG-0067735

business cooperation period, the Guarantor's written consent is needed. Without the Guarantor's consent or if the Guarantor refuses, the Guarantor only assumes the main Creditor's right happening during the lifetime of original line of credit / business cooperation period within maximum amount of the secured Creditor's right under Article III of this Contract, and the guarantee period still is originally set period.

Alston & Bird LLP

TG-0067736

G1-01：最高额保证合同——对应 A 类、B 类及其单项协议

对《授信额度协议》/《授信业务总协议》其它内容或事项的变更，以及对其项下单项协议的变更，或对单笔主合同的变更，无需征得保证人的同意，保证人仍在本合同第三条规定的被担保最高债权额内对变更后的主合同承担保证责任。

经债权人和保证人协商一致，可以书面形式变更本合同第三条规定的被担保最高债权额。

**第九条  声明与承诺**

保证人声明与承诺如下：

1、保证人依法注册并合法存续，具备签订和履行本合同所需的完全民事权利能力和行为能力；

2、保证人完全了解主合同的内容，签署和履行本合同系于保证人的真实意思表示，已经按照其章程或者其它内部管理文件的要求取得合法、有效的授权。

保证人为公司的，提供该保证，已经按照公司章程的规定由董事会或者股东会、股东大会决议通过；其公司章程对担保的总额或单项担保的数额有限额规定的，本合同项下担保未超过规定的限额。

签署和履行本合同不会违反对保证人有约束力的任何合同、协议或其他法律文件；

3、保证人向债权人提供的所有文件和资料是准确、真实、完整和有效的；

4、保证人接受债权人对保证人生产经营状况、财务状况的监督和检查，并给予协助和配合；

5、保证人未向债权人隐瞒截止本合同签订日已经承担的重大负债；

6、若发生可能影响保证人财务状况和履约能力的情况，包括但不限于进行任何形式的分立、合并、联营、与外商合资、合作、承包经营、重组、改制、计划上市等经营方式的变更，减少注册资本、进行重大资产或股权转让、承担重大负债，解散、撤销、（被）申请破产等，或涉入重大诉讼或仲裁案件，保证人应及时通知债权人。

**第十条  违约事件及处理**

以下情况之一即构成或视为保证人在本合同项下违约：

1、未按本合同的约定及时履行保证责任；

2、在本合同中所做的声明不真实或违反其在本合同中所做的承诺；

3、发生本合同第九条第6款所述事项，严重影响保证人财务状况和履约能力的；

4、保证人终止营业或者发生解散、撤销或破产事件；

5、违反本合同中关于当事人权利义务的其他约定；

6、保证人在与债权人或中国银行股份有限公司其他机构之间的其他合同项下发生违约事件。

出现前款规定的违约事件时，债权人有权视具体情形分别或同时采取下列措施：

1、要求保证人限期纠正其违约行为；

2、全部、部分调减、中止或终止对保证人的授信额度；

TG-0067737

In changing the other contents or matters of "Line of Credit Agreement" / "General Agreement of Credit Business", and in changing the individual agreement under the forgoing item, or in changing individual Main Contract, no Guarantor's consent is needed, while the Guarantor still assumes guarantee liabilities to the changed Main Contract within maximum amount of the secured Creditor's right under Article III of this Contract.

With the consensus of creditor and debtor, written form can be used to change the maximum amount of the secured Creditor's right under Article III of this Contract.

Article  IX     Statement and Commitment

The Guarantor's statement and commitment are as following:

1、 The Guarantor registers by law and continues to exist legally, having full capacity for civil rights and conduct to sign and perform this Contract;

2、 The Guarantor understands Main Contract's content completely, signing and performing this Contract are based on the true intention of the Guarantor, and the Guarantor already obtains legal and effective authority by the requests of its constitution or other internal management documents.

If the Guarantor is a company, it provides this guarantee, which has already been passed by directors' board or shareholders' meeting, shareholders' conference resolution under the regulation of company's constitution; in the case that its company constitution has limited amount regulation about total guaranteed amount and individual guarantee's amount, guarantee does not pass regulated limited amount under this Contract.

Alston & Bird LLP

TG-0067738

Signing and performing this Contract will not violate any contract, agreement or other legal documents, which are binding on the Guarantor;

3、 All the documents and materials the Guarantor provides creditor with are accurate, true, complete and effective;

4、 The Guarantor accepts supervision and inspection of the Guarantor's manufacture and operation status, financial status from the Creditor, and provides assistance and cooperation;

5、 The Guarantor does not hide assumed major debt from the creditor by the date of signing this Contract.

6、 If cases happen that could influence the Guarantor's financial status and contract performing ability, including but not limited to, any form of division, merger, joint management, joint venture with foreign business, cooperation, contracted operation, reorganization, reformation, planning to go public, etc., reducing registered capital, doing major asset or equity transfer, assuming major debt, dissolving, revocation, (being applied) applying for bankruptcy etc., or involvement in major litigation or arbitral cases, the Guarantor shall notify creditor in a timely manner.

Article   X   Contract Violation Incidents and Handling

Any of the following cases, under this Contract, constitutes or regards as an agreement violation by the Guarantor:

1、 Does not perform guarantee liabilities promptly by this Contract;

2

TG-0067739

2、The statements in this Contract is invalid or the Guarantor violates the commitment made in this Contract;

3、Incidents happen as described in Article 9 Item 6 under this Contract that influence the Guarantor's financial status and contract performing ability seriously;

4、The Guarantor closes business or dissolves, revokes or bankrupts;

5、Violates other agreements regarding parties' rights and liabilities under this Contract;

6、Violates other contracts between the Guarantor and the Creditor or other institutions of Bank of China Co., Ltd.

When events of default in the preceding paragraph happen, creditor has right to adopt measures separately or at the same time depending on the specific situation:

1、Request the Guarantor to correct its breach of contract within limited period;

2、Completely, partially adjust to reduce, suspend or terminate line of credit to the Guarantor;

3

TG-0067740

G1—01：最高额保证合同——对应 A 类、B 类及其单项协议

3、全部、部分中止或终止受理保证人在其他合同项下的业务申请；对于尚未发放的贷款、尚未办理的贸易融资，全部、部分中止或终止发放和办理；

4、宣布保证人在其他合同项下尚未偿还的贷款/贸易融资款项本息和其他应付款项全部或部分立即到期；

5、终止、解除本合同，全部或部分终止、解除保证人与债权人之间的其他合同；

6、要求保证人赔偿因其违约而给债权人造成的损失。

7、将保证人在债权人开立的账户中的款项扣划以清偿保证人对债权人所负全部或部分债务。账户中的未到期款项视为提前到期。账户币种与债权人业务计价货币不同的，按扣收时债权人适用的结售牌价汇率折算。

8、债权人认为必要的其他措施。

## 第十一条　权利保留

一方若未行使本合同项下部分或全部权利，或未要求另一方履行、承担部分或全部义务、责任，并不构成该方对该权利的放弃或对该义务、责任的豁免。

一方对另一方的任何宽容、展期或者延缓行使本合同项下的权利，均不影响其根据本合同及法律、法规而享有的任何权利，亦不视为其对该权利的放弃。

## 第十二条　变更、修改与终止

本合同经双方协商一致，可以书面形式进行变更或修改，任何变更或修改均构成本合同不可分割的组成部分。

除法律、法规另有规定或当事人另有约定外，本合同在其项下权利义务全部履行完毕前不得终止。

除法律、法规另有规定或当事人另有约定外，本合同任何条款的无效均不影响其他条款的法律效力。

## 第十三条　法律适用与争议解决

本合同适用中华人民共和国法律。

凡因履行本合同而产生的一切争议、纠纷，双方可先通过协商解决。协商不成的，双方同意采用与主合同之约定相同的争议解决方式。

在争议解决期间，若该争议不影响本合同其他条款的履行，则该其他条款应继续履行。

## 第十四条　附件

经双方共同确认的附件构成本合同不可分割的组成部分，具有与本合同相同的法律效力。

## 第十五条　其他约定

1、未经债权人书面同意，保证人不得将本合同项下任何权利、义务转让予第三人。

2、若债权人因业务需要须委托中国银行股份有限公司其他机构履行本合同项下权利及

TG-0067741

3.   Completely, partially suspend or terminate handling the Guarantor's business application under other contracts; to unreleased loan, unhandled trade finance, completely, partially suspend, or terminate releasing and handling;

4.   Announce the loan the Guarantor does not pay off under other contracts/trade finance principal and its interest and other payables expire completely or partially;

5.   Terminate, dissolve this Contract, completely or partially terminate ,dissolve other contracts between the Guarantor and Creditor;

6.   Request the Guarantor to indemnify the loss brought to the Creditor due to the Guarantor's default;

7.   Only by notice in advance or afterwards, deduct accounts opened by the Guarantor under the Creditor to pay off all or part of debt that the Guarantor owes to the loaner. Unexpired projects in accounts are regarded as expired in advance. Accounts' currency type is different from the calculated business price currency of the Creditor, calculated by foreign exchange quota rate applied by the Creditor while deducting;

8.   Other measures the Creditor deems necessary.


Article   XI   Reservation of Rights

If one Party does not excise part or all of the rights under this Contract, or does not request the other Party to perform, assume part or all obligations and liabilities, it does not constitute that one Party foregoes the rights or exempts the other Party from duties.

Alston & Bird LLP

TG-0067742

One Party tolerates the other Party, giving the other Party extension, or delays to exercise rights under this Contract, it has no effect on any rights contained under this Contract and the law, regulations and all rights enjoyed, nor deems as rights given up.

Article   XII      Changes, Modification and Termination

This Contract can be changed or modified by written consensus made by both Parties, and any changes or modifications are an indivisible part of this Contract.

Unless established by law, regulations, or other agreements by both Parties, this Contract cannot be terminated until all rights and responsibilities are completely performed under this Contract.

Unless established by law, regulations, or other agreements by both Parties, any invalid Item under this Contract has no bearing on the legal effect of other Items.

Article  XIII   Applicable Law and Dispute Resolution

This Contract applies to law of the People's Republic of China.

All disputes due to performing this Contract, can be resolved through negotiation from both Parties. If it cannot be resolved, both Parties agree to use the same dispute resolution methods as a consensus of the Main Contract.

During the dispute resolution period, if this dispute does not influence the performance of other Items under this Contract, other Items shall continue to be performed.

Article   XIV      Enclosures

2

TG-0067743

The enclosures confirmed by both Parties are inseparable parts of this Contract, having the same legal effect as this Contract.

Article   XV     Other Agreements

1、The Guarantor shall not transfer any rights and liabilities under this Contract to a third party without the Creditor's written consent.

Alston & Bird LLP

3

TG-0067744

义务，保证人对此表示认可。债权人授权的中国银行股份有限公司其他机构有权行使本合同项下全部权利，有权就本合同项下纠纷向法院提起诉讼或提交仲裁机构裁决。

3、在不影响本合同其他约定的情形下，本合同对双方及各自依法产生的承继人和受让人均具有法律约束力。

4、除另有约定外，双方指定本合同载明的住所地为通讯及联系地址，并承诺在通讯及联系地址发生变更时，以书面形式及时通知对方。

5、本合同中的标题和业务名称仅为指代的方便而使用，不得用于对条款内容及当事方权利义务的解释。

6、保证人担保债权之最高本金（剔除各类保证金）余额为人民币贰亿贰仟万元整（包括债权人与债务人已签订的未清偿完毕部分，编号为：2012 年泰信借字 688360151019 号、2012 年泰信借字 688360151109 号、2013 年泰信借字 688360150506 号、2013 年泰信借字 688360150510 号、2013 年泰信借字 688360150514 号）

**第十六条　　合同生效**

本合同自保证人法定代表人、负责人或其授权签字人签署并加盖公章之日生效。

本合同一式 叁 份，双方及债务人各执 壹 份，具有同等的法律效力。



保证人：　　　　　　　　　　　　　　　　债权人：中国银行股份有限公司 泰安分 行

有权签字人：　　　　　　　　　　　　　　有权签字人：

2013 年 9 月 30 日　　　　　　　　　　　2013 年 9 月 30 日

TG-0067745

2.  If, due to business, the Creditor commissions other institutions of Bank of China Co., Ltd. to perform rights and responsibilities under this Contract, the Guarantor shall agree. Other institutions of the Bank of China Co., Ltd. that are authorized by the Creditor have the right to exercise all rights under this Contract and submit litigation to the People's Court or go to arbitrary organizations under this Contract.

3.  This Contract has legal effect to both Parties and their successors by law without effecting other agreements under this Contract.

4.  Unless there are other consensuses, both Parties designate the addresses in this Contract as contact and communication addresses, and promise to notify each other by written form if these addresses are changed.

5.  The title and business names of this Contract are only used for convenience and shall not be used to explain Item contents, rights, and responsibilities of Parties.

6.  Maximum amount of principle (Excluding various types of security deposit) balance of the Creditor's right secured by the Guarantor is RMB TWO HUNDRED AND TWENTY MILLION YUAN EVEN( including the unpaid part signed by the Creditor and Debtor: Number is Year 2012 Tai Credit Borrow Code 688360151019 #, Year 2012 Tai Credit Borrow Code 688360151109 #, Year 2013 Tai Credit Borrow Code 688360150506 #, Year 2013 Tai Credit Borrow Code 688360150510 #, Year 2013 Tai Credit Borrow Code 688360150514 #).


Article XVI   Contract in Effect

Alston & Bird LLP

This Contract becomes effect on the day the legal representative of both parties or their authorized signers sign and stamp.

This Contract has      copies, both parties and Debtor each has        copy; these copies have same legal effect.

Stamp                                        Stamp


Date: 09/30/2013                             Date: 09/30/2013

Alston & Bird LLP

TG-0067747

G1—01：最高额保证合同——对应A类、B类及其单项协议

# 最 高 额 保 证 合 同



编号：100430432GBI404161 号

保证人： <u>北新集团建材股份有限公司</u>

营业执照号码： <u>110000005101342</u>

法定代表人/负责人： <u>王兵</u>

住所地： <u>北京市海淀区三里河路甲 11 号</u>　　邮编： <u>100096</u>

开户金融机构及账号： <u>中国工商银行清河镇支行</u> ████████

电话： <u>010-59812514</u>　　传真： <u>010-59812980</u>

债权人：中国银行股份有限公司　　<u>泰安分 行</u>

法定代表人/负责人： <u>孙成刚</u>

住所地： <u>泰安市东岳大街 48 号</u>　　邮编： <u>271000</u>

电话： <u>0538-6260122</u>　　传真： <u>0538-6260122</u>

　　为了担保本合同第一条所述主合同项下债务的履行，保证人愿意向债权人提供保证。双方经平等协商订立本合同。除本合同另有约定外，本合同中的词语解释依据主合同确定。

**第一条　　主合同**

　　本合同之主合同为：

　　债权人与债务人 <u>泰山石膏股份有限公司</u> 之间自 <u>2014</u> 年 <u>4</u> 月 <u>16</u> 日起至 <u>2015</u> 年 <u>4</u> 月 <u>15</u> 日止签署的借款、贸易融资、保函、资金业务及其它授信业务合同（统称"单笔合同"），及其修订或补充，其中约定其属于本合同项下之主合同。

**第二条　　主债权及其发生期间**

　　除依法另行确定或约定发生期间外，在下列期间内主合同项下实际发生的债权，以及在本合同生效前债务人与债权人之间已经发生的债权，构成本合同之主债权：

　　本合同第一条规定的 <u>2014</u> 年 <u>4</u> 月 <u>16</u> 日起至 <u>2015</u> 年 <u>4</u> 月 <u>15</u> 日。

**第三条　　被担保最高债权额**

　　1、本合同所担保债权之最高本金余额为（剔除保证金后）：

　　币 种： <u>人民币</u>

　　（大写） <u>贰亿贰仟万元整</u> 。

　　（小写） <u>220,000,000.00</u> 。

　　2、在本合同第二条确定的主债权发生期间届满之日，被确定属于本合同之被担保主债权的，则基于该主债权之本金所发生的利息（包括法定利息、约定利息、复利、罚息）、



TG-0067748

G1-01: Maximum Amount Guarantee Contract  - -

Correspond to Type A, Type B and Their Individual Agreements

---

最高额保证合同

**Maximum Amount Guarantee Contract**

(the "Contract")

Number: 100430432GB1404161#

Guarantor: BNBM Co., Ltd._____

Business License #: 110000005101342

Legal Representative/Responsible Person: Wang Bing__

Address: Jia 11, Sanlihe Rd, Haidian District, Beijing City___       Zip Code:100096

Account Opening Financial Institution and Account No.:

ICBC Qinghe Town Branch Bank █████████████

Telephone: 010-59812514       Fax: 010-59812980

Creditor: Bank of China Co., Ltd. ___Taian___ Branch Bank

Legal Representative/Responsible Person: Sun Chenggang

Address: Dongyueda Street 48, Taian City        Zip Code: 271000

Telephone: 0538-6260122        Fax: 0538-6260122

Alston & Bird LLP

In order to guarantee the performance of debt under the main contract (the "Main Contract") stated as in Article I of this Contract, the Guarantor is willing to provide Creditor with guarantee. Both Parties sign this Contract after equal negotiation. Unless otherwise provided herein, terms' interpretation in this Contract shall be determined in accordance with the Main Contract.

Article  I    Main Contract

The Main Contract of this Contract is:

The loan, trade finance, letter of guarantees, capital business and other accredited business contract (collectively called "single contract") signed by and between the Creditor and the Debtor Taishan Gypsum CO.,LTD. during the term from April 16th 2014through April 15th 2015, and its modification or supplement, and wherein stipulated that it is the Main Contract of this Contract.

Article  II    Main Creditor's Right & Term of Occurrence

Unless otherwise stipulated by laws or agreed by the Parties, the Creditor's right actually occurring under the Main Contract during the following term shall constitute the main Creditor's right under this Contract:

The term from April 16th 2014 through April 15th 2015 as specified in Article I of this Contract.

Article  III    The Maximum Amount of the Secured Creditor's right

1、Maximum principal balance of Creditor's right secured by this Contract is:

2

TG-0067750

Currency type: RMB.

(In words): Two Hundred and Twenty Million Yuan.

(In Arabic Numerals): RMB 220,000,000.00 Yuan.

2、On the expiring day of main Creditor's right occurrence term confirmed by Article II of this Contract, the secured main Creditor's right confirmed to belong to this Contract, interests  (including legal interests, agreed interests, compound interests, penalty interests) happening based on this main Creditor's right's principal, agreement violating fee, compensation for damage, the cost of achieving Creditor's rights (including but not to limit to litigation fee, attorney fee, notary fee, enforcing fee, etc.), loss and all other payables, etc. of creditor due to debtor's violating agreement, also belong to secured Creditor's right, and its specific amount will be determined when it is being paid off.

3

Alston & Bird LLP

GL-01：最高额保证合同——对应 A 类、B 类及其单项协议

违约金、损害赔偿金、实现债权的费用（包括但不限于诉讼费用、律师费用、公证费用、执行费用等）、因债务人违约而给债权人造成的损失和其他所有应付费用等，也属于被担保债权，其具体金额在其被清偿时确定。

依据上述两款确定的债权金额之和，即为本合同所担保的最高债权额。

**第四条    保证方式**

本合同保证方式为下列第 __1__ 项：

1、连带责任保证。

2、一般保证。

**第五条    保证责任的发生**

如果债务人在主合同项下的任何正常还款日或提前还款日未按约定向债权人进行清偿，债权人有权要求保证人承担保证责任。

前款所指的正常还款日为主合同中所约定的本金偿还日、利息支付日或债务人依据该等合同约定应向债权人支付任何款项的日期。前款所指的提前还款日为债务人提出的经债权人同意的提前还款日以及债权人依据合同等约定向债务人要求提前收回债权本息及/或其他任何款项的日期。

主债务在本合同之外同时存在其他物的担保或保证的，不影响债权人本合同项下的任何权利及其行使，债权人有权决定各担保权利的行使顺序，保证人应按照本合同的约定承担担保责任，不得以存在其他担保及行使顺序等抗辩债权人。

**第六条    保证期间**

本合同项下的保证期间为本合同第二条确定的主债权发生期间届满之日起两年。

在该保证期间内，债权人有权就主债权的全部或部分、多笔或单笔，一并或分别要求保证人承担保证责任。

**第七条    保证债务诉讼时效**

若主债权未受清偿，在连带责任保证情形下，债权人在本合同第六条规定的保证期间届满之日前要求保证人承担保证责任的，从债权人要求保证人承担保证责任之日起，保证债务开始起算和适用诉讼时效。

在一般保证情形下，债权人在本合同第六条规定的保证期间届满之日前对债务人提起诉讼或者申请仲裁的，从判决或者仲裁裁决生效之日起，保证债务开始起算和适用诉讼时效。

**第八条    本合同与主合同的关系**

若主合同包含《授信额度协议》/《授信业务总协议》，对其中的授信额度使用期限/业务合作期限进行延展的，需征得保证人的书面同意。未征得保证人同意或保证人拒绝的，保证人仅以对原授信额度使用期限/业务合作期限内发生的主债权，在本合同第三条规定的被担保最高债权额内承担保证责任，保证期间仍为原定期间。

TG-0067752

The total Creditor's right amount determined by the above two Articles is the maximum Creditor's right amount secured by this Contract.

Article IV     Guarantee Form

The guarantee form of this Contract is item  1  below:

1、 Joint and several liabilities guarantee.

2、 General guarantee.

Article V     Guarantee Liabilities Occurrence

If by agreement, Debtor does not pay off to Creditor on any normal repayment day or prepayment day under the Main Contract, Creditor has rights to request the Guarantor to assume guarantee liabilities.

Normal repayment date referred to in the preceding paragraph is the agreed principal repayment day in the Main Contract, interest payment day or the date on which debtor should pay creditor any payment under this Contract. Prepayment day referred to in the preceding paragraph is the prepayment day brought by debtor and permitted by creditor and the date on which creditor requests debtor to pay back Creditor's right's principal and its interest and/or other any payment  in advance under this Contract.

TG-0067753

Main debt having security or guarantee over other objects at the same time under this contract won't influence any right and its exercising of creditor under this Contract, the Guarantor shall not use this to argue against creditor.

Article VI    Guarantee Period

Guarantee Period under this Contract is two years since the day of main Creditor's right occurrence period expiring confirmed by Article II of this Contract.

During this guarantee period, creditor has rights to request the Guarantor to assume guarantee liabilities together or separately over all or part of deals, multiple deals or single deal of main Creditor's right.

Article VII   Statute of Limitations of Guaranteed Debt

If main Creditor's right is not paid off, and under the case of joint liabilities guarantee, creditor requests the Guarantor to assume liabilities prior to the day of expiration of guarantee period under the Article VI of this Contract, guaranteed debt starts to calculate and apply to statute of limitation from the effective date of judgment or Arbitral Award.

Article  VIII  The Relationship Between This Contract and Main Contract

If Main Contract includes "Line of Credit Agreement" / "General Agreement of Credit Business", of which, for the extension of lifetime of line of credit /

2

TG-0067754

business cooperation period, the Guarantor's written consent is needed. Without the Guarantor's consent or if the Guarantor refuses, the Guarantor only assumes the main Creditor's right happening during the lifetime of original line of credit / business cooperation period within maximum amount of the secured Creditor's right under Article III of this Contract, and the guarantee period still is originally set period.

Alston & Bird LLP

TG-0067755

G1-01：最高额保证合同——对应A类、B类及其单项协议

对《授信额度协议》/《授信业务总协议》其它内容或事项的变更，以及对其项下单项协议的变更，或对单笔主合同的变更，无需征得保证人的同意，保证人仍在本合同第三条规定的被担保最高债权额内对变更后的主合同承担保证责任。

经债权人和保证人协商一致，可以书面形式变更本合同第三条规定的被担保最高债权额。

**第九条　　声明与承诺**

保证人声明与承诺如下：

1、保证人依法注册并合法存续，具备签订和履行本合同所需的完全民事权利能力和行为能力；

2、保证人完全了解主合同的内容，签署和履行本合同系基于保证人的真实意思表示，已经按照其章程或者其它内部管理文件的要求取得合法、有效的授权。

保证人为公司的，提供该保证，已经按照公司章程的规定由董事会或者股东会、股东大会决议通过；其公司章程对担保的总额及单项担保的数额有限额规定的，本合同项下担保未超过规定的限额。

签署和履行本合同不会违反对保证人有约束力的任何合同、协议或其他法律文件；

3、保证人向债权人提供的所有文件和资料是准确、真实、完整和有效的；

4、保证人接受债权人对保证人生产经营状况、财务状况的监督和检查，并给予协助和配合；

5、保证人未向债权人隐瞒截止本合同签订日已经承担的重大负债；

6、若发生可能影响保证人财务状况和履约能力的情况，包括但不限于进行任何形式的分立、合并、联营、与外商合资、合作、承包经营、重组、改制、计划上市等经营方式的变更，减少注册资本、进行重大资产或股权转让、承担重大负债，解散、撤销、（被）申请破产等，或涉及重大诉讼或仲裁案件，保证人应及时通知债权人。

**第十条　　违约事件及处理**

以下情况之一即构成或视为保证人在本合同项下违约：

1、未按本合同的约定及时履行保证责任；

2、在本合同中所做的声明不真实或违反其在本合同中所做的承诺；

3、发生本合同第九条第6款所述事件，严重影响保证人财务状况和履约能力的；

4、保证人终止营业或者发生解散、撤销或破产事件；

5、违反本合同中关于当事人权利义务的其他约定；

6、保证人在与债权人或中国银行股份有限公司其他机构之间的其他合同项下发生违约事件。

出现前款规定的违约事件时，债权人有权视具体情形分别或同时采取下列措施：

1、要求保证人限期纠正其违约行为；

2、全部、部分调减、中止或终止对保证人的授信额度；

TG-0067756

In changing the other contents or matters of "Line of Credit Agreement" / "General Agreement of Credit Business", and in changing the individual agreement under the forgoing item, or in changing individual Main Contract, no Guarantor's consent is needed, while the Guarantor still assumes guarantee liabilities to the changed Main Contract within maximum amount of the secured Creditor's right under Article III of this Contract.

With the consensus of creditor and debtor, written form can be used to change the maximum amount of the secured Creditor's right under Article III of this Contract.


Article   IX      Statement and Commitment

The Guarantor's statement and commitment are as following:

1、 The Guarantor registers by law and continues to exist legally, having full capacity for civil rights and conduct to sign and perform this Contract;

2、 The Guarantor understands Main Contract's content completely, signing and performing this Contract are based on the true intention of the Guarantor, and the Guarantor already obtains legal and effective authority by the requests of its constitution or other internal management documents.


If the Guarantor is a company, it provides this guarantee, which has already been passed by directors' board or shareholders' meeting, shareholders' conference resolution under the regulation of company's constitution; in the case that its company constitution has limited amount regulation about total guaranteed

TG-0067757

amount and individual guarantee's amount, guarantee does not pass regulated limited amount under this Contract.

Signing and performing this Contract will not violate any contract, agreement or other legal documents, which are binding on the Guarantor;

3、 All the documents and materials the Guarantor provides creditor with are accurate, true, complete and effective;

4、 The Guarantor accepts supervision and inspection of the Guarantor's manufacture and operation status, financial status from the Creditor, and provides assistance and cooperation;

5、 The Guarantor does not hide assumed major debt from the creditor by the date of signing this Contract.

6、 If cases happen that could influence the Guarantor's financial status and contract performing ability, including but not limited to, any form of division, merger, joint management, joint venture with foreign business, cooperation, contracted operation, reorganization, reformation, planning to go public, etc., reducing registered capital, doing major asset or equity transfer, assuming major debt, dissolving, revocation, (being applied) applying for bankruptcy etc., or involvement in major litigation or arbitral cases, the Guarantor shall notify creditor in a timely manner.

Article   X   Contract Violation Incidents and Handling

2

TG-0067758

Any of the following cases, under this Contract, constitutes or regards as an agreement violation by the Guarantor:

1、 Does not perform guarantee liabilities promptly by this Contract;

2、 The statements in this Contract is invalid or the Guarantor violates the commitment made in this Contract;

3、 Incidents happen as described in Article 9 Item 6 under this Contract that influence the Guarantor's financial status and contract performing ability seriously;

4、 The Guarantor closes business or dissolves, revokes or bankrupts;

5、 Violates other agreements regarding parties' rights and liabilities under this Contract;

6、 Violates other contracts between the Guarantor and the Creditor or other institutions of Bank of China Co., Ltd.

When events of default in the preceding paragraph happen, creditor has right to adopt measures separately or at the same time depending on the specific situation:

1、 Request the Guarantor to correct its breach of contract within limited period;

2、 Completely, partially adjust to reduce, suspend or terminate line of credit to the Guarantor;

3

TG-0067759

G1—01：最高额保证合同——对应 A 类、B 类及其单项协议

3、全部、部分中止或终止受理保证人在其他合同项下的业务申请；对于尚未发放的贷款、尚未办理的贸易融资，全部、部分中止或终止发放和办理；

4、宣布保证人在其他合同项下尚未偿还的贷款/贸易融资款项本息和其他应付款项全部或部分立即到期；

5、终止、解除本合同，全部或部分终止、解除保证人与债权人之间的其他合同；

6、要求保证人赔偿因其违约而给债权人造成的损失；

7、将保证人在债权人开立的账户内的款项扣划以清偿保证人对债权人所负全部或部分债务。账户中的未到期款项视为提前到期。账户币种与债权人业务计价货币不同的，按扣收时债权人适用的结售汇牌价汇率折算；

8、债权人认为必要的其他措施。

**第十一条　权利保留**

一方若未行使本合同项下部分或全部权利，或未要求另一方履行、承担部分或全部义务、责任，并不构成该方对该权利的放弃或对该义务、责任的豁免。

一方对另一方的任何宽容、展期或者延缓行使本合同项下的权利，均不影响其根据本合同及法律、法规而享有的任何权利，亦不视为其对该权利的放弃。

**第十二条　变更、修改与终止**

本合同经双方协商一致，可以书面形式进行变更或修改，任何变更或修改均构成本合同不可分割的组成部分。

除法律、法规另有规定或当事人另有约定外，本合同在其项下权利义务全部履行完毕前不得终止。

除法律、法规另有规定或当事人另有约定外，本合同任何条款的无效均不影响其他条款的法律效力。

**第十三条　法律适用与争议解决**

本合同适用中华人民共和国法律。

凡因履行本合同而产生的一切争议、纠纷，双方可先通过协商解决。协商不成的，双方同意采用与主合同之约定相同的争议解决方式。

在争议解决期间，若该争议不影响本合同其他条款的履行，则该其他条款应继续履行。

**第十四条　附件**

经双方共同确认的附件构成本合同不可分割的组成部分，具有与本合同相同的法律效力。

**第十五条　其他约定**

1、未经债权人书面同意，保证人不得将本合同项下任何权利、义务转让予第三人。

2、若债权人因业务需要须委托中国银行股份有限公司其他机构履行本合同项下权利及

TG-0067760

3. Completely, partially suspend or terminate handling the Guarantor's business application under other contracts; to unreleased loan, unhandled trade finance, completely, partially suspend, or terminate releasing and handling;

4. Announce the loan the Guarantor does not pay off under other contracts/trade finance principal and its interest and other payables expire completely or partially;

5. Terminate, dissolve this Contract, completely or partially terminate ,dissolve other contracts between the Guarantor and Creditor;

6. Request the Guarantor to indemnify the loss brought to the Creditor due to the Guarantor's default;

7. Only by notice in advance or afterwards, deduct accounts opened by the Guarantor under the Creditor to pay off all or part of debt that the Guarantor owes to the loaner. Unexpired projects in accounts are regarded as expired in advance. Accounts' currency type is different from the calculated business price currency of the Creditor, calculated by foreign exchange quota rate applied by the Creditor while deducting;

8. Other measures the Creditor deems necessary.


Article   XI   Reservation of Rights

If one Party does not excise part or all of the rights under this Contract, or does not request the other Party to perform, assume part or all obligations and liabilities, it does not constitute that one Party foregoes the rights or exempts the other Party from duties.

TG-0067761

One Party tolerates the other Party, giving the other Party extension, or delays to exercise rights under this Contract, it has no effect on any rights contained under this Contract and the law, regulations and all rights enjoyed, nor deems as rights given up.

Article    XII   Changes, Modification and Termination

This Contract can be changed or modified by written consensus made by both Parties, and any changes or modifications are an indivisible part of this Contract.

Unless established by law, regulations, or other agreements by both Parties, this Contract cannot be terminated until all rights and responsibilities are completely performed under this Contract.

Unless established by law, regulations, or other agreements by both Parties, any invalid Item under this Contract has no bearing on the legal effect of other Items.

Article    XIII   Applicable Law and Dispute Resolution

This Contract applies to law of the People's Republic of China.

All disputes due to performing this Contract, can be resolved through negotiation from both Parties. If it cannot be resolved, both Parties agree to use the same dispute resolution methods as a consensus of the Main Contract.

During the dispute resolution period, if this dispute does not influence the performance of other Items under this Contract, other Items shall continue to be performed.

Article   XIV   Enclosures

2

TG-0067762

The enclosures confirmed by both Parties are inseparable parts of this Contract, having the same legal effect as this Contract.

Article   XV   Other Agreements

1、The Guarantor shall not transfer any rights and liabilities under this Contract to a third party without the Creditor's written consent.

3

TG-0067763

义务,保证人对此表示认可。债权人授权的中国银行股份有限公司其他机构有权行使本合同项下全部权利,有权就本合同项下纠纷向法院提起诉讼或提交仲裁机构裁决。

3、在不影响本合同其他约定的情形下,本合同对双方及各自依法产生的承继人和受让人均具有法律约束力。

4、除另有约定外,双方指定本合同载明的住所地为通讯及联系地址,并承诺在通讯及联系地址发生变更时,以书面形式及时通知对方。

5、本合同中的标题和业务名称仅为指代的方便而使用,不得用于对条款内容及当事方权利义务的解释。

6、保证人担保债权之最高本金(剔除各类保证金)余额为人民币贰亿贰仟万元整(包括债权人与债务人已签订的未清偿完毕部分,编号为: 2013 年泰中借字 007 号、2013 年泰中借字 008 号、2013 年泰中借字 011 号)

**第十六条　合同生效**

本合同自双方法定代表人、负责人或其授权签字人签署并加盖公章之日生效。

本合同一式 <u>叁</u> 份,双方及债务人各执 <u>壹</u> 份,具有同等的法律效力。



保证人: 北新集团建材股份有限公司　　债权人: 中国银行股份有限公司 泰安分 行

有权签字人:　　　　　　　　　　　　有权签字人:

2014 年 4 月 16 日　　　　　　　2014 年 4 月 16 日





TG-0067764

2.  If, due to business, the Creditor commissions other institutions of Bank of China Co., Ltd. to perform rights and responsibilities under this Contract, the Guarantor shall agree. Other institutions of the Bank of China Co., Ltd. that are authorized by the Creditor have the right to exercise all rights under this Contract and submit litigation to the People's Court or go to arbitrary organizations under this Contract.

3.  This Contract has legal effect to both Parties and their successors by law without effecting other agreements under this Contract.

4.  Unless there are other consensuses, both Parties designate the addresses in this Contract as contact and communication addresses, and promise to notify each other by written form if these addresses are changed.

5.  The title and business names of this Contract are only used for convenience and shall not be used to explain Item contents, rights, and responsibilities of Parties.

6.  Maximum amount of principle (Excluding various types of security deposit) balance of the Creditor's right secured by the Guarantor is RMB TWO HUNDRED AND TWENTY MILLION YUAN EVEN( including the unpaid part signed by the Creditor and Debtor: Number is Year 2013 Tai Zhong Borrow Code 007 #, Year 2013 Tai Zhong Borrow Code 008 #, Year 2013 Tai Zhong Borrow Code 011 #).

Article XVI   Contract in Effect

This Contract becomes effect on the day the legal representative of both parties or their authorized signers sign and stamp.

Alston & Bird LLP

This Contract has      copies, both parties and Debtor each has          copy; these copies have same legal effect.

Stamp                                                   Stamp

Date: 04/16/2014                                        Date: 04/16/2014

Alston & Bird LLP

TG-0067766

D161

编号：370902013AM0000000

# 最高额保证合同

（适用于非额度合同）

交通银行股份有限公司

TG-0067767

D161

Taishan fundraising contract

Uniform Seq.  No.  20135011

D161

No.  3790902013AM00000000

# 最高额保证合同

# Maximum Guarantee Contract

(Applies to non-credit contract)

Bank of Communications Co., Ltd.

Alston & Bird LLP