Stock Abbreviation: BNBM    Stock Code: 000786 Announcement No.: 2009-001

# Beijing New Building Materials Public Limited Company

## Announcement of Resolution of the 3rd meeting of the 4th Session of board of directors

The company and all members of Board of Directors guarantee that report is faithful, accurate and complete, without false representation, misleading statement or major omission.

The 3rd meeting of the 4th Session of board of directors of Beijing New Building Material (Group) Co., Ltd. is held on March 17, 2009 ,at 10:30 A.M., in the 16th floor   meeting hall of China Building Material Tower, the meeting notice was issued on March 6, 2009 by e-mail, and the directors present at the meeting shall be to 9 people, and actual attending Directors are 9 people, which Are in accordance with the relevant provisions of the "Company Law" and "Articles of Association", The meeting was presided by Mr. Cao Jianglin, the company's supervisors and senior manager attend the meeting. Upon review, the meeting has passed the following resolutions:

I. Upon review, the meeting has approved "2008 Annual Report and Summary of 2008 Annual Report"

The resolution was approved with 9 votes in favor, 0 votes against, and 0 abstentions.

II. Upon review, the meeting has approved "2008 Board of Directors Report"

The resolution was approved with 9 votes in favor, 0 votes against, and 0 abstentions.

MTD Exhibit #154

BNBMPLC0004610

III. Upon review, the meeting has approved "2008 General Manager Report"

The resolution was approved with 9 votes in favor, 0 votes against, and 0 abstentions.

IV. Upon review, the meeting has approved "2008 Financial Accounting Report"

The resolution was approved with 9 votes in favor, 0 votes against, and 0 abstentions.

V. Upon review, the meeting has approved "Annual Profit Distribution Plan of 2008"

Beijing Xinghua Accountants Co. Ltd. Audited that, the net profit of parent company in 2008 is 183738631.87 Yuan, according to provisions of the "Articles of association", extracting 10% statutory surplus reserve 18373863.19 Yuan, plus undistributed profit 281,970,435.15 Yuan, reducing the distribution of cash dividend of 20,130,250 Yuan in 2007, and the undistributed profits of the end of 2008 is 427,204,953.83 Yuan. This year's profit distribution plan is: the total shares in December 31, 2008 is 575,150,000 shares as the base, 10 per share cash dividend of 0.65 Yuan (including tax), the dividend distribution of profits is 37,384,750 Yuan.

cninf 中国证监会指定信息披露网站 巨潮资讯网 http://www.cninfo.com.cn

There will be no profit distribution or capital reserve transfer increase in the medium term of 2008.

The resolution was approved with 9 votes in favor, 0 votes against, and 0 abstentions.

VI. Reviewed and approved the "Resolution on 2008 Annual Audit Report of Bejing Xing Hua Accounting Firm Co., Ltd.,"

The resolution was approved with 9 votes in favor, 0 votes against, and 0 abstentions.

VII. Reviewed and approved the "Resolution on determining the company's 2008 annual audit fee and the reappointment of Beijing Xinghua Co., Ltd. as the

2009 annual audit institution"

The company hired Beijing Xing Hua Accountants Co. Ltd as the company's 2008 annual audit agency, the company is expected to pay 650,000 Yuan for 2008 annual audit of the company, and travel, accommodation and other expenses are borne by the company.

The company has served for the company for 1 year, and the Board of Directors of the company intends to extend the company's employment as annual audit institution of 2009, and applies the general meeting to authorize the Board of Directors to determine the audit fees of 2009 based on 2008 audit fees and the annual audit work business volume of 2009.

The resolution was approved with 9 votes in favor, 0 votes against, and 0 abstentions.

VIII. Reviewed and approved the "Resolution on Daily Related Transactions of 2009"

See Details in the company's Daily Related Transactions of 2009

According to relevant provisions of the "Shenzhen Stock Exchange Listing Rules", associate directors abstained from the vote on the bill.

The three independent directors of the company issued a prior approval letter for the matters, and issued a separate concurring opinion.

The resolution was approved with 6 concurring votes, 0 dissenting votes against and 0 abstentions vote.

IX. Reviewed and approved the "Resolution on Salary Appraisal System of Senior Management Personal 2008"

The resolution was approved with 9 votes in favor, 0 votes against, and 0 abstentions.

X. Upon review, the meeting has approved "Self-Assessment Report of Internal Control"

See the details in "Self-assessment report of internal control "on (http://www.cninfo.com.cn) published on March 19, 2009.

The resolution was approved with 9 votes in favor, 0 votes against, and

BNBMPLC0004612

0 abstentions.

XI. Upon review, the meeting has approved "resolution on Remedy Article of Association"

According to requirements of "Decision on Amending Some Provisions of the Listing Corporation Cash Dividend" (China Securities Regulatory Commission Order No. 57) published by the China Securities Regulatory Commission in October, 2008, and the company intends to modify the "Articles of Association".

The original Article 155 The companies shall pay attention to a reasonable investment return to the investors, distribute profits in cash or stock.

Revised to be Article 155 The companies shall pay attention to a reasonable investment return to the investors, and shall maintain the continuity and stability of profit distribution policy.

The company may distribute profits in cash or stock, and distribute profits in middle term. The specific allocation and the proportion are established by the Board of Directors according to the company's actual operating conditions and relevant provisions of China Securities Regulatory Commission, approved by the shareholders' meeting.

Where the Board of Directors of the company do not make cash profit distribution plan, it shall disclose results for undistribution and and the purpose of retaining funds which not allocated in periodic reports, the independent directors shall issue independent opinions.

The resolution was approved with 9 votes in favor, 0 votes against, and 0 abstentions.

XII. Reviewed and approved the "Resolution on Provide Security for Taishan Gypsum Co. Ltd. ("Taishan") ";

Taishan Gypsum Co. Ltd. (hereinafter referred to as "Taishan Gypsum") is a Subsidiary company of our company. Taishan Gypsum's total amount of 5,585,000,00 Yuan comprehensive credit in the Industrial and Commercial Bank Ningyang   Branch other four banks is about to expire, In order to meet the

BNBMPLC0004613

needs of production and operation, the company intends to continue to provide a total amount of 6,330,000,00 Yuan comprehensive credit guarantees for Taishan Gypsum,as follows :

 1. Provide a guarantee of 300,000,000 for Taishan Gypsum in Agricultural Bank of China Ltd. Longze Branch, and the warranty period is one year;

 2. Provide a guarantee of 175,000,000 for Taishan Gypsum in Bank of China Co.Ltd.Tai'an Branch, and the warranty period is one year;

 3. Provide a guarantee of 85,000,000 for Taishan Gypsum in the Industrial and Commercial Bank Ningyang Branch, and the warranty period is one year;

 4. Provide a guarantee of 73,000,000 for Taishan Gypsum in Bank of Communications Co., Ltd. Tai'an Branch, and the warranty period is one year; The above guarantee amounted to 633,000,000 Yuan.

 The resolution was approved with 9 votes in favor, 0 votes against, and 0 abstentions.

 XIII. Reviewed and approved the "Resolution on Provide Security for Suzhou Mineral Fiber Ceiling Company or Suzhou Tianfeng New Building Material Co. Ltd. ";

 BNBM Suzhou Mineral Fiber Ceiling Company (hereinafter refers to as "Suzhou Mineral Fiber Ceiling") is a wholly holding Company of the company. To meet the needs of production and operation, the company agrees to provide security for "BNBM" to guarantee the one year 30,000,000 Yuan comprehensive credit in CITIC Bank Public Limited Suzhou branch, and the warranty period is one year;

 By the end of March 16, 2009, total amount of guarantees of the company and its subsidiaries reached 1,101,500,000 Yuan, which shares 56.65% of net assets of consolidated accounting statements that audited by the company in December 31 , 2008. Among them, the company's external security are all for wholly owned companies and holding subsidiaries , the guarantee amount of 985,500,000 Yuan; the subsidiary company's external

BNBMPLC0004614

guarantee are all for its subsidiaries, and the guarantee amounts to 116,000,000 Yuan The company has no overdue guarantee, and no proceedings involving the external guarantee.

The resolution was approved with 9 votes in favor, 0 votes against, and 0 abstentions.

XIV. Reviewed and approved the "Resolution on Convening General Shareholders Meeting of 2008";

In view of the 3rd meeting of the 4th Session of board of directors reviewed and approved the "2008 Annual Report of the Board of Directors", "the 2008 Anna Financial Report", "the 2008 Annual Profit Distribution Plan", "Proposal on the Establishment of the Company's 2008 annual audit fee and the reappointment of Beijing Xinghua Certified public Accountants Limited Company as 2009 Annual Audit Agency ", "on resolution of the company's 2009 Daily Related Transactions", "resolution on the Revision of the articles of Association of the Company", "resolution on providing security for the Taishan Gypsum Co., Ltd., "and "resolution on providing security for Suzhou Mineral Fiber Ceiling Company ", the 3rd meeting of the 4th Session Board of directors reviewed and approved "work report of 2008 annual Board of Supervisors, and we decide to Convene the 2008 Annual Shareholders' Meeting on April 9, 2009 to review The resolution.

The resolution was approved with 9 votes in favor, 0 votes against, and 0 abstentions.

We hereby make the announcement.

Beijing New Building Materials
Public Limited Company
Board of Directors
March 17, 2009

BNBMPLC0004615