Stock Abbreviation: BNBMPLC    Stock Code: 000786 Announcement No.:2014-017

**Beijing New Building Materials Public Limited Company**
**Announcement of the Annual Shareholders' Meeting Resolution 2013**

The company and all members of Board of Directors guarantee that report is faithful, accurate and complete, without false representation, misleading statement or major omission.

Special instructions:
1. No adding, modification and veto of resolution in the general meeting of shareholders
2. The general meeting of shareholders is convened by the way of on-site meeting and by written vote.

I. Convening and attendance of the meeting:
The annual shareholders' meeting of Beijing New Building Materials Public Limited Company (hereinafter referred to as the "The Company") of 2013 was held on April 16, 2014 at 10:00 A.M. in 6th floor conference room, No.2, China Sea Plaza, Haidian District, Beijing. 19 shareholders(including proxy), representing 338,862,355 shares at the meeting and accounted for 58.92% of the overall voting shares. The meeting is convened by the Board of Directors of the company, and presided over by the company director and general manager Mr. Chen Yu, supervisors, senior management personnel, company lawyer and other related persons attended the meeting. The convening and holding procedures of the general meeting of shareholders are in line with provisions of the "company law", "Shenzhen Stock Exchange Listing Rules" and "Articles of association".

II Discussion of proposals
The following proposals were reviewed and approved on the shareholder's meeting with voting by ballot:

(I) Reviewed and approved the "Annual Report and Its Summary of 2013"

The result of voting:338,862,355 shares in favor, which take 100% of the voting right held by the shareholders who attended the meeting.0 share against and 0 share abstention

(II) Reviewed and approved the "Board of Directors Annual Report of 2013"

The result of voting:338,862,355 shares in favor, which take 100% of the voting right held by the shareholders who attended the meeting.0 share against and 0 share abstention

MTD Exhibit #155

BNBMPLC0005180

(III) Reviewed and approved the "Annual Financial Accounting Report of 2013"

The result of voting:338,862,355 shares in favor, which take 100% of the voting right held by the shareholders who attended the meeting.0 share against and 0 share abstention

(IV) Reviewed and approved the "Annual Profit Distribution Plan of 2013"

Based on the total shares 575,150,000 shares on December 31, 2013, 10 per share cash dividend of 4.30 yuan (including tax), a total distribution of profits is 247,314,500.00yuan.The Company did not provide bonus, or transfer capital reserve into shares in 2013.

It was authorized the Board of Directors to handle the relevant matters arising from the implementation of 2013 annual profit distribution plan.

The result of voting:338,862,355 shares in favor, which take 100% of the voting right held by the shareholders who attended the meeting.0 share against and 0 share abstention

(V) Reviewed and approved the "Proposals on Confirm Auditing Fee of 2013 and Appoint Auditing Organ in 2014"

The company appointed Baker Tilly International Accounting Firm (Special General Partnership)(hereinafter referred to as the " Baker Tilly International") which is responsible for the company's 2013 annual financial audit, internal audit work. According to the actual workload of Baker Tilly International, to determine that the 2013 annual financial audit costs are 900000 yuan, and internal audit cost are 220,000 yuan. Travelling, accommodation and other expenses arising from audit work, shall be borne by the company. The company agreed extending Baker Tilly International as the company's annual financial audit and internal audit institution of 2014, expired at the end of 2014 annual shareholders meeting, and authorizing the Board of Directors to determine the 2014 annual audit fees according to the workload of 2014 annual audit and the market level.

The result of voting:338,862,355 shares in favor, which take 100% of the voting right held by the shareholders who attended the meeting.0 share against and 0 share abstention

(VI) Reviewed and approved the "Proposals on Expected Annual Relating Transaction of 2014"

The voting condition: Related shareholders avoided voting, and non -associated shareholders are 37,469,540 shares in favor, which take 100% of the voting right held by the shareholders who attended the meeting.0 share against and 0 share abstention.

(VII) Reviewed and approved the "Proposals on Financing from bank and other Financial Institutions"

BNBMPLC0005181

In order to meet the needs of production and operation, In consideration of the company's total amount of credit of 2013 and 2014 capital needs of 2014, in order to improve the efficiency, it is agreed that the company may apply to banks and other financial institutions for a comprehensive credit line not more than 8600 billion yuan in 2014.Agreeing to authorize the Board of Directors, and Board of Directors may further authorize Chairman of Board of Directors to decide and handle the specific matters in the above credit amount,and signed the relevant documents.The valid of above authorization starts from passing the proposal in The general meeting of shareholders of the company to the convening of 2014 annual shareholders' meeting.

The result of voting:338,862,355 shares in favor, which take 100% of the voting right held by the shareholders who attended the meeting.0 share against and 0 share abstention

(VIII) Reviewed and approved the "Proposals on Providing Guarantee for Taishan Gypsum Co. Ltd. Taishan Gypsum Co. Ltd. (herein after refers to as "Taishan Gypsum" is a subsidiary company of our company, has good management and credit condition. In order to meet the needs of normal production and management of Taishan, during the period start from the proposal passed to the convening of 2014 annual shareholders' meeting, agree the company to provide a total amount of comprehensive credit line guarantee not more than 1 billion Yuan and working capital loan guarantee for Taishan Gypsum, as follows:

1. Provide a guarantee of 22 million comprehensive credit line for Taishan Gypsum in the Agricultural Bank of China ltd. Tai'anLongze Branch, the warranty period is one year;

   The result of voting:337,681,156 shares in favor, which take 99.65% of the voting right held by the shareholders who attended the meeting.1,181,199 shares against and 0 share abstention

2. Provide a guarantee of 350 million Yuan comprehensive credit line for Taishan Gypsum in the Agricultural Bank of China ltd.  Tai'anLongze Branch Share comprehensive credit line, the warranty period isone year;

   The result of voting:337,681,156 shares in favor, which take 99.65% of the voting right held by the shareholders who attended the meeting.1,181,199 shares against and 0 share abstention

3. Provide a guarantee of 130 million Yuan comprehensive credit line for Taishan Gypsum in the Industrial and Commercial Bank Ningyang Branch Share comprehensive credit line, the warranty period is one year;

   The result of voting:337,681,156 shares in favor, which take 99.65% of the voting

    right held by the shareholders who attended the meeting.1,181,199 shares against and 0 share abstention

4. Provide a guarantee of 73 million Yuan comprehensive credit line for Taishan Gypsum in the Bank of Communications Ltd Tai'an branch Share comprehensive credit line, the warranty period is one year;

    The result of voting:337,681,156 shares in favor, which take 99.65% of the voting right held by the shareholders who attended the meeting.1,181,199 shares against and 0 share abstention

5. Provide a guarantee of 27 billion Yuan comprehensive credit line for Taishan Gypsum in the China Everbright Bank Limited Company Ji'nan branch Share comprehensive credit line, the warranty period is one year;

    The result of voting:337,681,156 shares in favor, which take 99.65% of the voting right held by the shareholders who attended the meeting.1,181,199 shares against and 0 share abstention

6. Provide a guarantee of 100 billion Yuan comprehensive credit line for Taishan Gypsum in China Construction Bank Tai'an Qingnian Road branch in Share comprehensive credit line, the warranty period isone year;

    The result of voting:337,681,156 shares in favor, which take 99.65% of the voting right held by the shareholders who attended the meeting.1,181,199 shares against and 0 share abstention

7. Provide a guarantee of 100 billion Yuan comprehensive credit line for Taishan Gypsum in Chinese Postal Savings Bank Shandong branch in Share comprehensive credit line, the warranty period isone year;

    The result of voting:337,681,156 shares in favor, which take 99.65% of the voting right held by the shareholders who attended the meeting.1,181,199 shares against and 0 share abstention

(IX) Reviewed and approved the "Proposals on Providing Guarantee for Subsidiary Company -Taishan Gypsum Co. Ltd.

In order to meet the needs of normal production and management of subsidiary company, during the period start from the proposal passed to the convening of 2014 annual shareholders' meeting, agree the company to provide a total amount of comprehensive credit line capital loan guarantee not more than 340 million Yuan for no more than 10 Subsidiary Companies, as follows:

1. Agree Taishan Gypsum to provide a working capital guarantee of 20 million for Pingshan Taishan in the Bank of Communications Ltd Hebei Province branch, the warranty period is one year

    The result of voting:337,681,156 shares in favor, which take 99.65% of the voting right held by the shareholders who attended the meeting.1,181,199 shares

against and 0 share abstention

2. Agree Taishan Gypsum to provide a working capital guarantee of 30 million for PingshanTaishan in Agricultural Bank of China ltd. Pingshan County Branch, the warranty period isone year.

> The result of voting:337,681,156 shares in favor, which take 99.65% of the voting right held by the shareholders who attended the meeting.1,181,199 shares against and 0 share abstention

3. Agree Taishan Gypsum to provide a working capital guarantee of 20 million for QinhuangdaoTaishan in the Bank of Communications Ltd Qinhuangdao Branch, the warranty period isone year.

> The result of voting:337,681,156 shares in favor, which take 99.65% of the voting right held by the shareholders who attended the meeting.1,181,199 shares against and 0 share abstention

4. Agree Taishan Gypsum to provide a working capital guarantee of 20 million for WeihaiTaishan in Agricultural Bank of China ltd. Rushan City Branch, the warranty period isone year.

> The result of voting:337,681,156 shares in favor, which take 99.65% of the voting right held by the shareholders who attended the meeting.1,181,199 shares against and 0 share abstention

5. Agree Taishan Gypsum to provide a working capital guarantee of 20 million for WeihaiTaishan in Agricultural Bank of China ltd. Rushan Branch, the warranty period is one year.

> The result of voting:337,681,156 shares in favor, which take 99.65% of the voting right held by the shareholders who attended the meeting.1,181,199 shares against and 0 share abstention

6. Agree Taishan Gypsum to provide a working capital guarantee of 20 million for Fuxin Taishan in Agricultural Bank of China ltd. Fuxin Branch, the warranty period isone year.

> The result of voting:338,862,355 shares in favor, which take 100% of the voting right held by the shareholders who attended the meeting.0 share against and 0 share abstention

7. Agree Taishan Gypsum to provide a working capital guarantee of 60 million for Nantong Taishan in the Bank of Communications Ltd Nantong Branch, the warranty period is one year.

> The result of voting:338,862,355 shares in favor, which take 100% of the voting right held by the shareholders who attended the meeting.0 share against and 0 share abstention

8. Agree Taishan Gypsum to provide a working capital guarantee of 30 million for TongshanTaishan in Agricultural Bank of China ltd. Tongling Branch, the warranty period is one year

BNBMPLC0005184

The result of voting:338,862,355 shares in favor, which take 100% of the voting right held by the shareholders who attended the meeting.0 share against and 0 share abstention

9. Agree Taishan Gypsum to provide a working capital guarantee of 30 million for ChaohuTaishan in Agricultural Bank of China ltd. Chaohu Branch, the warranty period is one year.

The result of voting:338,862,355 shares in favor, which take 100% of the voting right held by the shareholders who attended the meeting.0 share against and 0 share abstention

10. Agree Taishan Gypsum to provide a working capital guarantee of 30 million for LiaoningTaishan in China Construction BankSuizhong Branch, the warranty period isone year.

The result of voting:338,862,355 shares in favor, which take 100% of the voting right held by the shareholders who attended the meeting.0 share against and 0 share abstention

11. Agree Taishan Gypsum to provide a working capital guarantee of 30 million forLongyanTaishan in Industrial and Commercial Bank Shanghang Branch, the warranty period is one year.

The result of voting:338,862,355 shares in favor, which take 100% of the voting right held by the shareholders who attended the meeting.0 share against and 0 share abstention

12. AgreeTaishan Gypsum to provide a working capital guarantee of 30 billion for Guangdong Taishan in CITIC Bank Co.Ltd. Huizhou branch  , the warranty period is one year.

The result of voting:338,862,355 shares in favor, which take 100% of the voting right held by the shareholders who attended the meeting.0 share against and 0 share abstention

(X)Reviewed and approved the" Proposal on the Company and its subsidiary company Taishan Gypsum Co. Ltd. Issuing Non-Financial Corporate Debt Financing Instruments"

Agree that during the time from approving this proposal to convene 2014 the general meeting of shareholders, the company and Taishan Gypsum may issue debt financing instruments in one time or several times within the amount of financing instruments funds provided by provisions of relevant laws and regulations. The types of debts of financing instruments include but not limited to short-term financing bonds, medium-term notes and other debt financing tools, issuing methods including the public offering and private issuing. Agree to authorize to the Board of Directors, and the Board of Directors may further authorize the legal representative of authorized issuing subject and its

BNBMPLC0005185

management personal, to prepare for issue debt financing instruments and handle the relevant procedures, valid authorization time is since the company passed the proposal until the date of the company's 2014 annual shareholders' meeting held.

    The result of voting:333,993,714 shares in favor, which take 98.56% of the voting right held by the shareholders who attended the meeting.1,487,444 shares against and 0 share abstention

(XI) Reviewed and approved the" Board of Supervisors Report of 2013"

    The result of voting:337,681,156 shares in favor, which take 99.65% of the voting right held by the shareholders who attended the meeting.1,181,199 shares against and 0 share abstention

III. Legal opinion provided by a lawyer

1. Name of Law firm: Beijing JiaYuan Law firm

2.Name of Lawyer: Yan Guozhe,Zhang Meina

3. Conclusions: The convening and holding procedures of the Shareholders meeting are confirm with the relevant provisions of the law , administrative regulations and the articles of association of the company, the people who attend the meeting and the convener are qualified, the voting procedures and results of the shareholders' meeting are effective and legitimate .

IV.Reference documents

1. Decision of General Meeting of 2013

2.Legal opinions of 2013 Annual General Meeting of Shareholders of Beijing New Building Materials Public Limited Company provided by Beijing JiaYuan Law firm.

    Beijing New Building Materials Public Limited Company
    April 16, 2014

BNBMPLC0005186