**Translation of CNBMCO00324565-324578**

**CNBMCO00324565**

Comprehensive Team of CNBM Listing Office (August 3rd, 2005)

**Report Outline of the Comprehensive Team     Part I  Legal Due Diligence**

**I. Collection and Archival Filing of Documents**

1. Collected and sorted out legal documents that were stored at different groups, and put them for unified archival filing and centralized management. According to Jingtian's advice, we established a document system that groups documents into ten categories including current situations, historical background, and etc.

2. Established another basic information database using the list sent jointly by five law firms, and prepared a corresponding "*Catalog of Due Diligence Documents*" to facilitate the document due diligence work using a combination of document review and electronic search for internal staff and intermediary agencies. This project is currently ongoing.

3. Besides the basic information database, we established special folders for new investigations including restructuring, taxation, intellectual property, and etc., based on the progress of public offering.

4. Arranged and assisted intermediary agencies in completing the second comprehensive due diligence on legal documents since the first one that was completed in July of last year; photocopied and sent or faxed the newly collected documents to all intermediary agencies in time.

**II. Property Management**

1. Summary

The problem of Taihe Property Management has made good progress under Chief Cao's personal instructions and Chief Chang's supervision; the problem of China United has been solved under Chief Li's supervision;

**MTD Exhibit #156**

Comprehensive Team of CNBM Listing Office (August 3rd, 2005)

China Composites also made progress under Chief Xie's supervision and coordination; currently, Taihe, BNBM, and China Composites still have part of their problems that are very difficult to handle, please see the attached form for details.

2. Problems that need the leaders' special attention

(1) BNBM PLC's land and real estate lease agreements. The size of the land lease is 386 thousand square meters, and the size of the real estate lease is 20 thousand square meters. Because related party transactions are involved, Ximen offered its suggested rental rates. However, its suggestion is widely different from the enterprise's original rent agreement, and thus the rent has not been confirmed. We need to decide the rent and sign the agreement before submitting the A1 form.

| No. | Lessor | Lessee | Nature of Property | Size (m$^2$) | Ximen's Suggested Rent | Annual Lease Payment |
|---|---|---|---|---|---|---|
| 1 | H Share Company | BNBM Homes | Land Lease | 32,490.65 | 42.00 Yuan/ m$^2$.year | 1.365 million |
| 2 | BNBM PLC | BNBM Plastic Pipe | Real Estate Lease | 9,561.00 | 0.70 Yuan/ m$^2$.day | 2.44 million |
| 3 | BNBM PLC | BNBM Group | Real Estate Lease | 1,404.00 | 1.20 Yuan/ m$^2$.day | 615 thousand |
| 4 | BNBM PLC | BNBM Commerce | Real Estate Lease | 311.60 | 0.90 Yuan/ m$^2$.day | 100 thousand |
| 5 | BNBM PLC | Beijing New Materials Research Institute | Real Estate Lease | 405.00 | 1.20 Yuan/ m$^2$.day | 180 thousand |
| Total | | | | | | 4.7 million |

Besides, according to Ximen's requirement, the rents for land and real estate that are leased under the same condition shall be the same in principle. However, the rents for the land that the H Share Company leases to BNBM PLC, BNBM Homes, and BNBM Building Plastic are 2.4, 42, and 15 Yuan/m$^2$.year respectively. Leaders, please decide whether they should be adjusted to the same rate.

Comprehensive Team of CNBM Listing Office (August 3rd, 2005)

Please see the table below for details.

| No. | Lessor | Lessee | Nature of Property | Size (m$^2$) | Rent in the Original Agreement (Yuan/m$^2$.year) | Ximen's Suggested Rent (Yuan/m$^2$.year) | Remarks |
|---|---|---|---|---|---|---|---|
| 1 | H Share Company | BNBM PLC | Land Lease | 338,505.07 | 2.4 | N/A | |
| 2 | H Share Company | BNBM Homes | Land Lease | 32,490.65 | 15 | 42.00 | |
| 3 | H Share Company | BNBM Plastic Pipe | Land Lease | 12,911.16 | 15 | N/A | |

(2) The branch factory No.1, branch factory No. 2, and industrial park of Shandong Taihe Headquarters have 30 workshops and factory buildings with a total size of 49,602.52 square meters. All of those real estates are built on leased land, and none of them have property ownership certificate. The last time we went to Taihe, the proposed solution was to have the bureau of real estate administration to issue a certification indicating that those real estates are owned by Taihe. However, Taihe recently told us that the local government department in-charge denied Taihe's request, and thus it cannot obtain ownership certificate. Leaders please decide on how to deal with this matter.

Pizhou Taihe's real estate of 11,562.03 square meters and Qinhuangdao Taishan's real estate of 18,221.04 square meters have the same problem. The local government department in-charge denied their requests, and thus they cannot obtain ownership certificate.

(3) Pizhou Taihe has 39,090.8 square meters of allocated land, for which the assignment shall be completed as soon as possible. However, according to Taihe's feedback, the local government department in-charge denied Taihe's request. Leaders please decide on how to deal with this matter.

**CNBMCO00324568**

Comprehensive Team of CNBM Listing Office (August 3rd, 2005)

**Attachments of land properties:**

**(1) Shandong Taihe**

| | Explanation of the | Suggestion | Feedback from | Progress | Whether needs |
|---|---|---|---|---|---|

| | matter | and requirement | the enterprise | | assistance from company leaders (Y/N) |
|---|---|---|---|---|---|
| 1 | Please provide the commitment letters of city and township levels on Taihe's land | | Cannot provide the city-level commitment letter | Submitted the township-level commitment letter on July 25, 2005 | |
| 2 | Please provide the property ownership certificate for the 30,034.13 square meters of real estate on Taihe Headquarters' own land | | Have difficulties | | |
| 3 | Please provide the ownership certificate for the 49,602.52 square meters of real estate on Taihe Headquarters' leased land | | Cannot provide it. The department in-charge denied the request. | | ★ Leaders, please decide |
| 4 | Please provide Weifang Aotai's land ownership certificate for the 54,563.26 square meters of land in Aotai Park, Anqiu Economic Development Zone | | In process. The approval document has been sent to the city level. | | |
| 5 | Pizhou Taihe's 39,090.8 square meters of allocated land | Please complete the assignment as soon as possible | Cannot complete it. The department in-charge denied the request. | | ★ Leaders, please decide |

CNBMCO00324569

Comprehensive Team of CNBM Listing Office (August 3rd, 2005)

| 6 | The 11,562.03 square meters of Pizhou Taihe's houses for production and office operation purposes do not have property ownership certificate. | Please provide the property ownership certificate or the certification issued by the department in-charge stating that the property is owned by Pizhou Taihe | Cannot provide it. The department in-charge denied the request. | | |
|---|---|---|---|---|---|
| 7 | Qinhuangdao Taishan has 19 houses with a total size of 18,221.04 square meters for production and office operation purposes. None of them have property ownership certificate. | Please provide the property ownership certificate or the certification issued by the department in-charge stating that the property is owned by Qinhuangdao Taishan | Cannot provide it. The department in-charge denied the request. | | |
| 8 | Hubei Taishan has board-manufacturing workshop, powder-manufacturing workshop, office building, and dorm under construction on the 138,866.49 square meters of land under the No. 256 "State-owned Land Use Right Certificate." | Please provide the construction planning permit and the construction permit for the construction project, or provide promise of the government stating that there will be no obstacles in obtaining property ownership certificate without having the above permits. Besides, please make written explanation on the planned number of levels, planned size, and whether it is completed for Hubei Taishan's "office building, dorm, board-manufacturing workshop, and powder-manufacturing workshop." | Have difficulties | | |
| 9 | The owner's name on the property ownership certificate of real estates in Ningbo, Wuhan, and Tai'an is not Shandong Taihe. Please change the name. Please provide land ownership certificate for real estates in Ningbo, Wuhan, Tai'an, and Qiqihaer, or provide the permit for the sale of commercial houses, the approval and certification issued by the house and | Please change the name. | Cannot process it. | | |

| | land administration department, and other documents. | | | | |
|---|---|---|---|---|---|

**CNBMCO00324570**

Comprehensive Team of CNBM Listing Office (August 3rd, 2005)

| 10 | Provide Taihe Heyuan's property ownership certificates and land ownership certificates for 14 properties with a total of 6,250.8 square meters in Guangzhuang Village, Tai'an. | Please provide relevant documentary materials on the resale and the certification for changing industrial and commercial registration. | Has been put on public notice. The problem can be solved once the public notice period is over. | |
|---|---|---|---|---|
| 11 | Provide Wanhe Phosphide's property ownership certificates and land ownership certificates for 2 properties with a total of 301.26 square meters in Ammonium Phosphate Factory, Feicheng. | Please provide the certification for industrial and commercial cancellation. | Will be put on public notice soon. | Provided the resolution of the shareholders meeting on July 25, 2005 |

**(2) BNBM PLC**

| | Explanation of the matter | Suggestion and requirement | Feedback from the enterprise | Progress | Whether needs assistance from company leaders (Y/N) |
|---|---|---|---|---|---|
| 1 | Please provide BNBM PLC's, BNBM Homes', and BNBM Building Plastic's land lease agreements with China National Building Material Company Limited, and go through registration and filing procedures. Please provide BNBM PLC's land lease agreement for BNBM Group's land at No. 16 West Jiancaicheng Road, Beijing. | Please sign the contracts as soon as possible, and go through registration and filing procedures. | | Needs to sign the agreements according to the intermediary agency's rental rate. No consensus has been reached yet. Besides, according to Ximen's requirement, the rents for land and real estate that are leased under the same condition shall be the same in principle. | ★ Leaders, please help to coordinate |

| | | | |
|---|---|---|---|
| Please provide BNBM PLC's house lease agreements for houses leased to BNBM Plastic Pipe, BNBM Group, and BNBM Commerce, and go through registration and filing procedures. Please provide BNBM PLC's house lease agreements for houses leased to Chenlong Decoration, Beijing New Materials Incubator, Beijing New Materials Research Institute, Jieruixin Doors and Windows, and go through lease registration procedures. | | | However, the rents for the land that the H Share Company leases to BNBM PLC, BNBM Homes, and BNBM Building Plastic are 2.4, 42, and 15 Yuan/m2.year respectively. Leaders, please decide whether they should be adjusted to the same rate. | |

**CNBMCO00324571**

Comprehensive Team of CNBM Listing Office (August 3rd, 2005)

| | | | | | |
|---|---|---|---|---|---|
| 2 | Please provide the land ownership certificate for the property in Ying'anli 1-1-605-608, Hebei District, Tianjin. | | | | |
| 3 | Please provide BNBM Homes' property ownership certificates for the 4 properties with a total size of 2,276.5 square meters. | | | | |
| 4 | BNBM Longyao has 6,532.8 square meters of collectively owned land. Please provide its land ownership certificate. | | | | |

**(3) Suzhou Tianfeng**

| | Explanation of the matter | Suggestion and requirement | Feedback from the enterprise | Progress | Whether needs assistance from company leaders (Y/N) |
|---|---|---|---|---|---|
| 1 | Provide Suzhou Tianfeng's property ownership certificates for 5 properties with a total size of 1,307 | Please provide the property ownership certificate, or provide certification issued by the real estate administration | Cannot provide it. | | ★ Leaders, please decide |

| | | | | | |
|---|---|---|---|---|---|
| | square meters in Huguan Township | department indicating that the property is owned by Suzhou Tianfeng | | | |

**CNBMCO00324572**

Comprehensive Team of CNBM Listing Office (August 3rd, 2005)

| | | | | | |
|---|---|---|---|---|---|
| 2 | Provide Suzhou Tianfeng's property ownership certificates for 14 properties with a total size of 13,153.79 square meters in Tong'an Township | Please provide the property ownership certificate, or provide certification issued by the real estate administration department indicating that the property is owned by Suzhou Tianfeng | Cannot provide it. | | ★ Leaders, please decide |
| 3 | Suzhou Tianfeng leased 39,600 square meters of land from Suzhou Steel Group on the east side of Gate 1, Suzhou Steel Factory Zone, Tong'an Township, Suzhou. The lease is on the allocated land and is not approved. | The land is the allocated land. Must go through registration and filing procedures or provide approval documents issued by the department in-charge | Cannot provide it. | | ★ Leaders, please decide |

**(4) China Composites**

| | Explanation of the matter | Suggestion and requirement | Feedback from the enterprise | Progress | Whether needs assistance from company leaders (Y/N) |
|---|---|---|---|---|---|
| 1 | Zhongfu Liberty Land Certificate | Please provide the official "State-owned Land Use Right Transfer Contract" (not the "Agreement Letter" of September 18, | Processing is difficult. A copy of certificate for the 210 $mu$[1] of land for industrial use | | ★ Leaders, please coordinate |

[1] 1 Mu = 666.67 square meters

| | | | | |
|---|---|---|---|---|
| | | 2004). Please hurry up and process the land certificate, and immediately report to the Listing Office if there is progress. | was provided on July 27. | | |
| 2 | No land certificate for the 11032.4 land of Weihai Zhongfu Xigang Ship Co., Ltd. Property ownership certificates were not obtained for 6 housing properties (workshop, switch room, 3149.25 square meters in size). | | Cannot provide. Provided the certificate issued by the joint-venture partner on June 15, 2005 | ★ Leaders, please coordinate |

**CNBMCO00324573**

Comprehensive Team of CNBM Listing Office (August 3rd, 2005)

| | | | | |
|---|---|---|---|---|
| 3 | Provide the property ownership certificate for the 4,900-square-meter Zhongfu Lianzhong Scientific Research Building | Please provide as soon as possible | Has not been completed and accepted, and will process the property ownership certificate immediately after completion and acceptance. | |
| 4 | The land ownership certificate and property ownership certificate for the land and real estate leased by Zhongfu Lianzhong from Fujinyuan. Size of the house: 3,380 square | Please provide the property ownership certificate or commitment letter issued by the lessor stating that if the lessee suffers from any property ownership related damages, the lessor promises to compensate the lessee for the loss. | Involves litigation | ★Leaders, please decide on how to handle it. The matter involves litigation. |

| | | | | | |
|---|---|---|---|---|---|
| | meters; Size of the land: 11,000 square meters. | | | | |
| 5 | The property ownership certificate for the real estate leased by Xinjiang Lianzhong from Xinjiang Shihezi Paper Mill. 17,600 square meters. | Please provide the property ownership certificate or commitment letter issued by the lessor stating that if the lessee suffers from any property ownership related damages, the lessor promises to compensate the lessee for the loss. | The counterparty refused to issue a commitment letter. | | ★Leaders, please coordinate |
| 6 | The property ownership certificate for the real estate leased by Zhongfu Lianzhong from Jieyang Sipulin Degradable Products Company Limited. 1,360 square meters. | Please provide the property ownership certificate or commitment letter issued by the lessor stating that if the lessee suffers from any property ownership related damages, the lessor promises to compensate the lessee for the loss. | The counterparty refused to issue a commitment letter. | | |
| 7 | The nature of 3 properties owned by China Composites in Longshepo Chengjian Building, Haikou, Hainan (total size 250.8 square meters) is not clear. | Please provide the land ownership certificate or other certification document | Cannot provide. | | |

**CNBMCO00324574**

Comprehensive Team of CNBM Listing Office (August 3rd, 2005)

| | | | | | |
|---|---|---|---|---|---|
| 8 | The nature of the property owned by China Composites in No. 708, Zhongshan Mansion Block D, No. 18 Yilong Road, Haikou, Hainan (total size 159.29 square meters) is not clear. | Please provide the land ownership certificate or other certification document | Cannot provide. | | |
| 9 | Zhongfu Lianzhong has a property at 43-2 Gangli Community, East Hailian Road and a property at 21-9 Julong Community | Please provide the property ownership certificate after the transfer and other documents that can prove the nature of the land. | Provided the property ownership certificate for the house in Gangli Community. The transfer of the property in Julong Community can only be completed after finding the owner. | | |
| 10 | Provide Zhongfu Lianzhong's property ownership certificate for 4 properties with a total size of 1,170 square meters (the resin | Please provide. | 110 square meters of the technology building has been discarded. | | |

| | workshop and office building at No. 43 East Hailian Road, Lianyungang) | | | | |
|---|---|---|---|---|---|
| 11 | Provide documents for Shenyang Kejin's domestic properties; documents include but not limited to the ownership documents for the company's own property, the "House Lease Agreement" signed by the company, and the property ownership certificate of the leased houses. | Please go through lease registration and filing procedures. | | | |

**(5) China United Cement**

| | No problems outstanding for the moment. |
|---|---|

<u>**CNBMCO00324575**</u>

Comprehensive Team of CNBM Listing Office (August 3rd, 2005)

## III. Litigation

### (I) Summary

According to the requirements of the Hong Kong Exchanges and Clearing Limited, the underwriters need to describe in the prospectus significant and pending litigations that the Company is involved in. Thus, its lawyers from mainland and Hong Kong have conducted legal due diligence on the Company's pending litigations (including those litigations for which the hearing or enforcement has not been concluded) as of now.

### (II) Work Progress and Current Conditions

1. Collected information on pending litigations that the subsidiary companies are involved in by sending the summary table of litigations to subsidiary companies;

2. Collected materials (including the letter of complaint, the written judgment, and etc.) on the pending litigations from the subsidiary companies involved based on the summary table of litigations, provided those materials to five law firms to assist

them in the due diligence investigation, and established special topic folders for the litigations;

3. As of now, our company and our subsidiary companies are listed as the defendant in 10 pending cases, categorized into three types; please see the table below for details.

**(III) Work Plan for the Next Step**

1. Based on the progress of the litigation, to timely update the summary table and the special topic materials. For cases that have made progress in enforcement or have completed the enforcement, the subsidiary companies involved shall provide relevant documents, including the repayment statement / stay of enforcement letter issued by the court, and etc.; for litigations for which judgment has been made or has come to effect, the subsidiary companies involved shall provide the relevant order issued by the court, and follow up on subsequent information on execution.

2. To focus on the intermediary agencies' discussion on how to make disclosures in the prospectus.

**CNBMCO00324576**

Comprehensive Team of CNBM Listing Office (August 3rd, 2005)

**(IV) Problems that Need the Attention of the Leaders**

The intermediary agencies are still discussing which litigations to be disclosed in the prospectus and how to make the disclosure. No unanimous opinion has been made yet.

| | Explanation of the Issue | Suggestions and requirements | Feedback from the enterprise | Progress | Whether needs assistance from company leaders (Y/N) |
|---|---|---|---|---|---|
| 1. | In the pending lawsuits that had the publicly | Zhongfu Lianzhong needs to provide written | | The discussion result of the intermediary agencies: For the infringement case | ★If the lawsuits need to be |

| | | | | |
|---|---|---|---|---|
| listed group as the defendant, the publicly listed group undertook six lawsuits-- (1)Jianhua Chen sued BNBM Logistics for a sales contract dispute; (2) Handan Minerals Group Co., Ltd. Tao'er Coal Mine sued Anxia Group and Xinxia Co. for a sales contract dispute; (3) Anhui Province Ningguo Wear-resistant Materials Complex Co. sued Anxia Group and Xinxia Group for a sales contract dispute; (4) Harbin Sida Co. sued Zhongfu Lianzhong for trade secrets infringement dispute; (5) Emei Mountain Spring Spa Resort sued Zhongfu Lianzhong for a drain pipe project quality dispute; (6) Weishan Cuizhuang Coal Mine sued Zhonglian Lu'nan for an | confirmations to confirm whether this lawsuit will impact one of the strategic directions --"High Pressure Fiber Reinforced Plastics Pipeline," which Zhongfu Lianzhong disclosed in the prospectus. (According to the July 17 List of Morgan Stanley) | | of Zhongfu Lianzhong, if the company maintains the description of Zhongfu Lianzhong's strategic direction (i.e. "High Pressure Fiber Reinforced Plastics Pipeline") in the business part of current prospectus, then this lawsuit needs to be disclosed; if the company modifies the description then this lawsuit does not need to be disclosed. Other lawsuits need to be further discussed about their significance in order to decide whether disclose is needed. Currently, what is confirmed is that the lawsuit (1) will not  be disclosed because this lawsuit | disclosed, leaders, please coordinate so that the specific amounts involved are not disclosed. |

| | installment sales contract dispute. | | | | |
|---|---|---|---|---|---|

**CNBMCO00324577**

Comprehensive Team of CNBM Listing Office (August 3rd, 2005)

| | | | | amount and its impact are small. | |
|---|---|---|---|---|---|
| 2. | Among the pending litigations which have the publicly listed group listed as the defendant, if the publicly listed group suffered any loss, CNBM Group promises to undertake the responsibility of the lawsuits and to offer compensations, three lawsuits in total—<br>(1)China Construction Bank Xuzhou Branch sued Jiangsu Julong for a loan contract dispute;<br>(2)Xuzhou Agricultural Bank sued Jiangsu Julong for a  loan contract dispute;<br>(3)Longkou Conglin Adhesive Tape sued Jiangsu Julong for a processing work contract dispute. | | | For (1) and (2), Deloitte has confirmed to disclose in contingent liabilities, intermediary agencies need to negotiate how to disclose this in the Prospectus. | ★If disclosure is required, leaders, please coordinate so that the specific amount involved is not disclosed. |

| 3. | Among the pending lawsuits which had the publicly listed group as the defendant, there was totally one instance where CNBM Trading (the former entity of the Co., Ltd) was involved in a lawsuit, and the joint and several liability will be assumed by CNBM Group and CNBM Trading. | The intermediary agencies need to consider the specific disclosure methods. It is suggested not to disclose the specific amount. 1. CNBM Trading needs to provide a written statement: the latest information on the enforcement of judgment by Guangji company, the total amount of the principal, interest and penalty, etc. 2. The Group Corporation to clarify their stance on providing guarantees for compensation of the legal judgment, e.g. whether to compensate and when to compensate, etc. | Provided a written statement. | Currently, there is a written document provided by CNBM Trading, unexecuted, but the amount in the auditor's report of the previous year is decreased, but it is unable to provide the evidence of the decrease. The discussion result of the intermediary agencies needs to be disclosed. | ★ Leaders, please coordinate. |

**CNBMCO00324578**

Comprehensive Team of CNBM Listing Office (August 3rd, 2005)

| 4. | Three lawsuits were undertaken by companies that were not included in the consolidated statements—(1) Shenzhen Yangu Liquefied Petroleum Gas Co., Ltd. sued Qibai Ceramics for | | | The results negotiated by the intermediary agencies are not disclosed. | |

| | dispute on payment of goods ; (2) China Construction Bank Buji Branch sued Dapeng Cement and Shenzhen Building Material Group Co., Ltd. for a loan dispute; (3) China Great Wall Asset Management Corporation Shenzhen Office sued Dapeng Cement and Shenzhen Building Material Group Co., Ltd. for a loan contract dispute. | | | | |
|---|---|---|---|---|---|
| **IV. INSURANCE** | | | | | |
| | **Explanation of the Issue** | **Suggestions and requirements** | **Feedback from the enterprise** | **Progress** | **Whether needs assistance from company leaders (Y/N)** |
| 1. | Longyao Gypsum did not provide medical insurance/unemployment insurance and work-related injury insurance for employees. | **Redacted-Privileged** | | Waiting for the feedbacks from the enterprises on this issue. | The company has the intention to sell Longyao, if providing insurances is an extra burden for the enterprise, then the leaders need to deliberate on how to deal with the issue. |
| 2. | Bengbu Engineering and Zhonglian Nanyang did not provide work-related injury insurance for its employees. | Suggest the leaders to coordinate with related enterprises to provide insurance | The local government does not have mandatory regulations | | **Y** |

CNBMCO00324565

♀
♀
♂
♀
♀
♂
♀
♀
♂
♀
♀
♂
♀
♀
♂
♀
♀
♂
♀
♀
♂

----------------------

Chinese Building materials Going on the market Office synthesis group (05/()M)3) synthesis group reports the compendium first part of laws to fulfill duty to adjust 查 one, document to collect and files away 1, compile, reorganization disperses in various groups legal document unification filing-up and centralized management, according to competing day of suggestion, according to present situation, history along leather and other categories has established one filing system the document classification.

2nd, united the detailed list that sent to establish another set of foundation information bank by five laws, and manufactured "To fulfill duty Investigation File directory" that corresponded, so that the internal personnel as well as the facilitating agencies could adopt the fulfilling duty field work that of method development document the document consult and electronic retrieval unified. This work is also continue carry on now.

3rd, according to situation that going on the market progresses, outside the foundation information bank, and so on new investigation establishes special Wen Jianjia in view of the reorganization, tax affairs, the intellectual property rights.

4th, arrangement and assistance facilitating agency completed first time have fulfilled duty the second legal document after investigation to fulfill duty the investigation labor to do following last July comprehensively comprehensively, and prompt will collect the document photocopying to mail or various facsimile media newly.

Second, property 1, outlined the Taihe property question and often under the chief supervisor had the good progress in the Cao total personal guidance, Zhonglian under Li always supervised the question to be solved, Chinese Building materials Going on the market Office synthesis group (05/()M)3) turned round under the solution chief supervisor and coordination also has the progress, present Taihe and northern Singapore, China duplicate still had some questions to be very difficult to solve, for details see attached list.

2nd, must propose leader the matter of concern (1) northern new building materials land and real estate to rent the agreement specially, land tenancy's area is 38.

CNBMCO00324565

Area that 60,000 square meters, the house rents is 20,000 square meters, because involves the connection transaction, Simon proposed the suggestion rent standard, but is too big with the enterprise original agreement rent disparity, therefore had not suggested rent foreword property nature Simon the rent yearly rent lessor tenant area (m2) northern new house land tenancy 42.00 Yuan/sm. Year H stock companies 136.5 ten thousand 32490.65 north model the tube house to rent the northern new building materials 0.70 Yuan/sm newly. The day 244 ten thousand 2 9561.00 northern new building materials Beixinjituan houses rent 1.20 Yuan/sm. The day 61.5 ten thousand 3 1404.00 northern new building materials northern new business houses rent 0.90 Yuan/sm. The day 10 ten thousand 4 311.60 houses rent the northern new building materials green wood research institute 1.20 Yuan/sm. The day 18 ten thousand 5 405.00 equal 470 ten thousand to determine. Needs before submitting the A1 form determined that the rent and signs the agreement other, according to the west gate request, hires the same condition the land real estate, in principle the rent should maintain consistent, but H stock companies hire the land to the rent that the northern new building materials and northern new house, northern model newly-built respectively are 2. 4, 42 and 15 Yuan/sm. Year, whether must adjust to consistently, invited Chinese Building materials Going on the market Office synthesis group (05/()M)3) managerial decision. For details sees the next table.

Original agreement rent (Yuan/sm. Year) Simon suggested the rent (Yuan/sm. Year) property nature area square meter) the note serial number lessor tenant northern new building materials land tenancy H stock companies do not have north 1 338505.07 2.4 northern new house land tenancy H stock company 2 32490.65 15 42.00 land tenancy H stock companies to model not to have 3 12911.16 15 (2) Shandong Qin Heben department Wenkou town branch factories, two branch factories and industry gardens to have the area newly-built are 49602. 52 square meters workshop, workshop and so on altogether 30 are to rent the real estate of ground, has not managed the title to the house. Previous time goes to Taihe, proposed that the solution to write up the real estate by the housing administration bureau is Taihe all power is the proof. But recently Taihe said local department responsible for the work does not give to handle, therefore is unable to obtain the power is the proof. How to process please do lead to decide.

Pizhou Taihe 11562. 03 square meters real estate as well as a Qinhuangdao Qinshan 18221.04 square meters real estate also has the similar problem, the local department responsible for the work does not give to handle, therefore is unable to obtain the power is the proof.

(3) Pizhou Taihe 1 39090.8 square meters land to transfer, must handle selling as soon as possible. But feeds back according to Taihe, the local department responsible for the work does not give to handle. How to process please do lead to decide.

Chinese Building materials Going on the market Office synthesis group (05/()M)3) land property appendix:

(1) whether Shandong Taihe needs commercial management to act to assist (Y/N) suggestion and request enterprise feedback progress question explained please provide the Myong two levels to the Taihe land receives ruo 2005-7-25 to provide the town one ■ the level commitment letter.

The municipal commitment are unable to take 1.

Page 2

CNBMCO00324565

Letter.
.
Please provide Taihe this department to have on land 30034. 13 square meters real estate title to the house.
Handles the difficulty.
2.
Please provide Taihe this department to rent on land 49602. 52 square meters real estate's power is the proof.
It is not able to obtain, the competent department gate does not give to handle.
* please lead to decide.
3.
Please provide Weifang Othee to be in the Anqiu economic development zone Othee courtyard 54563. 26 square meters land certificate.
Is being handled, the written instructions to a subordinate arrived municipal.
4.
Pizhou Taihe 1 39090. 8 square meters land to transfer.
It is not able to handle, the government does not give to handle.
* please lead to decide.
Please as soon as possible handle to sell 5.
Chinese Building materials Going on the market Office synthesis group (05/()M)3) please provide the real estate that the title to the house or the department responsible for the work writes up to turn over to Zhi State Taihe all proof.
Pizhou Taihe 11562. 03 square meters, the use to live to produce and work the house, does not have the title to the house.
It is not able to handle, the competent department gate does not give to handle.
6.
Qinhuangdao Taishan has altogether 19 and area sum totals is 18221.04 square meters and uses for the production and work house, does not have the title to the house.
Please provide the real estate that the title to the house or the department responsible for the work writes up to turn over to Qinhuangdao peaceful mountain all proof.
It is not able to handle, the competent department gate does not give to handle.
7.
Please provide this construction in progress the construction project plan permit and construction project construction permit, or is left not to have these permits to attaining Fang Chanzheng by the government the commitment of non-barrier.
Moreover, to Hubei Taishan "work building, dormitory, system board workshop and system powder workshop" planning constructs the layer, to plan to construct the area as well as whether finished to give the written instruction.
Hubei Taishan in the area is 138866. 49 square meters land No. 256 "Deed for the use of state-owned land") on has the name for the system board workshop, the milling workshop, work and dormitory construction in progress.
Handles the difficulty.
8.
Ningbo, Wuhan and Tai'an Fang Quanzheng house all Quan Ren are not Shandong Taihe, please handle to change the name. And please provide Ningbo, Wuhan, Tai'an and Qiqihar this in all directions real estate land certificate, or provides the commodity room sale permit and house land management department to publish reply,

CNBMCO00324565

proof and other documents.
Please handle to change the name.
It is not able to handle.
9.
Chinese Building materials Going on the market Office synthesis group (05/()M)3)
announced that announced the time finished this question being possible to provide
reselling the related document capital material, as well as the industry and
commerce change registration certificate provides Taihe and source fills Village 14
items in Tai'an total 6250. 8 square meters title to the house and land
certificate.
10.
Bright.
Solution.
Provides ten thousand and phosphorization 2 total 301.26 square meters title to the
house in the Feicheng Ammonium phosphate Factory courtyard and land certificate.
2005-7-25 provide the stock Donghoi resolution.
Please provide the industry and commerce to cancel the proof.
Soon will announce.
11.
(2) whether the northern new building materials need the commercial management to
act to assist (Y/N) enterprise to feed back suggested and request the progress
question explain please provide the northern new stock and northern new house and
north models newly-built with the land of Chinese building materials limited
liability company rents lin the contract, and handles the registration to set up a
file.
Please provide the northern new stock to rent Beixinjituan Beijing to construct the
material city west road No. 16 land tenancy contract.
Please provide the northern new stock hiring house to model the tube, Beixinjituan
and northern new business house leasing contract to the north newly, and handles
the registration to set up a file.
Please provide the northern new stock hiring house to play the part, the green wood
hatchibator, the green wood research institute and to believe windows and doors'
house leasing contract to Chen Long Zhuang, and handles to rent to sign the
contract according to facilitating agency's rent Biao Zhun, at present had not
achieved one ∎ to send.
Moreover, according to the west gate request, leaves to rent the same condition the
land real estate, rents the gold to maintain consistent, but H stock companies hire
the land to the rent that the northern new building materials and northern new
house, north construct to model newly respectively are 2.4, 42 and 15 Yuan/sm. The
year, otherwise must adjust to consistently, please lead please as soon as possible
do sign the contract definitely, and handles the registration to set up a file.
* asked the leader to be coordinated.
1.
Chinese Building materials Going on the market Office synthesis group (05/()M)3)
registration.
Deciding.
Please provide Tianjin Hebei District to welcome Ann the 1-1-605-608 real estate
the land certificate.

CNBMCO00324565

2.

Please provide the northern new house four altogether 2276.5 squares rice titles to the house.

3.

Northern new Longyao 6532. 8 square meters land for the collection body land, please provide the land certificate.

4.

(3) Suzhou day abundant whether needs the commercial management to act to assist (Y/N) enterprise to feed back suggested and requests the progress question explain please provide the title to the house, or is left this real estate to turn over to the Suzhou day abundant all proof by the house department responsible for the work. Provides the Suzhou day abundant Xuguan Town 5 altogether 1307 square meters title to the house.

* please lead to decide.

It is not able to obtain.

1.

Chinese Building materials Going on the market Office synthesis group (05/()M)3) please provide the title to the house, or is left this real estate to turn over to the Suzhou day abundant all proof by the house department responsible for the work. Provides the Suzhou day abundant Tongan Town 14 items altogether 13153. 79 square meters title to the house.

* please lead to decide.

It is not able to obtain.

2.

This land to transfer, must handle the registration to prepare the case, or provides the competent department gate authorized document.

The Suzhou day abundant rents Su Gang Group area is 39600 square meters Suzhou Tongan Town Su Gang factory district No. 1 gate east side land, to transfer rents without the examination.

* please lead to decide unable to obtain.

3.

(4) whether the Chinese duplicate material needs the commercial management to act to assist (Y/N) enterprise to feed back suggested and requests the progress question explain please provide official "State-owned land To cause with Power Selling Contract" (non-in September, 2004 18 says "Agreement").

Please step up to handle the land certificate, has progress to feed back immediately reports the city office.

Handles the difficulty.

On July 27 provided in the proof of 210 mu industry land the duplicate Li valuable land certificate.

* asked the leader to be coordinated.

1.

Share.

In Weihai duplicate Western Port vessel limited company 11032.4 lands, does not have the land certificate. 6 real estate (workshop, transformer vault and so on, area 3149. 25 square meters) have not obtained the property card.

It is not able to handle.

2005-6-15 has provided the card that the joint capital opposite party writes up

CNBMCO00324565

* please lead to coordinate 2.
Bright.
Chinese Building materials Going on the market Office synthesis group (05/()M)3)
also un-completion approval, after completion approval, handles the title to the
house.
Provides a compound switching numerous scientific research building 4900 square
meters title to the house.
Please as soon as possible provide.
3.
Please provide the real estate card, or by leaving to be rented the side writing up
commitment letter, namely like rents the side because of any loss that the property
property rights question has, the hiring side pledged that carries on the
compensation.
The compound switching audiences rent Fu Jinyuan the land and real estate land
certificate and title to the house. Floor area of building: 3380 Ping Mi; Land
area: 11000 square meters.
* please lead to decide, involves lawsuit, how to process.
Involves the lawsuit.
4.
Provides the real estate card, or by the hiring side writing up commitment letter,
namely like rents the side to lose because of Ren He who the property property
rights question receives, the hiring side pledged that enters line of
compensations.
Xinjiang audiences rent Xinjiang Shihezi Paper mill real estate continually the
title to the house. 17600 square meters.
The opposite party does not give the writing up commitment
* please lead to coordinate 5.
Letter zero please provide the real estate card, or by leaving to be rented the
side writing up commitment is, namely like rents the side because of any loss that
the property property rights question has, the hiring side pledged that carries on
the compensation.
The compound switching audiences rent the Jieyang spring to degrade the product to
limit the company house's title to the house. 1360 square meters.
The opposite party does not give writing up to pledge 6.
Letter.
The Chinese duplicate material constructs the building located at Hainan Haikou
Longshepo city (area sum total is 250. 8 square meters) 3 items of houses'
occupying land area natures are unclear.
Please provide other land certificates or proof articles is unable to provide.
7.
.
Chinese Building materials Going on the market Office synthesis group (05/()M)3)
the Chinese duplicate material (area located at Hainan Haikou Yi dragon road No. 18
Zhongshan building D 708th is 159. 29 square meters) house's occupying land area
nature please do not provide other land certificates or proof articles is unable to
provide.
8.
.

CNBMCO00324565

Detailed.
Has provided the port Li plot Fang Wu title to the house.
The big dragon plot real estate waits to ask house-owner only then to handle located at the sea continually east road port Li small area that the compound switching audiences have 43-2 and big dragon plot 21-9.
Please after providing the transfer the title to the house as well as can prove the land nature the document.
9.
Household.
Provides the compound switching audiences 4 altogether 1170 square meters title to the house (Lianyungang sea continually east road No. 43 resin workshop and office public room).
And 110 square meters technical building has discarded.
Please provide.
10.
Provides in the Shenyang cocking the property document, including, but is not restricted in the company to have the property power is "House Leasing contract" that the document and company sign, rents house's title to the house.
Please handle to rent the registration to set up a file.
11.
(5) the Zhonglian cement not prominent problem 10 China Building materials Going on the market Office synthesis group (05/()M)3) three, lawsuit (1) outlines request according to Stock Exchange temporarily, the credit corroborative must not terminate the lawsuit to describe to the significance that the company involves in stock offering book China, therefore his domestic attorney and fragrant port attorney up to now had not terminated to the company (including has not settled and has not carried out termination) the lawsuit carry on the law to fulfill duty the investigation.
(2) The work progress and present condition 1, through issues the lawsuit to collect the master list to the subordinate company, counts has not terminated the lawsuit that various subordinate companies involve;
2nd, collecting master list of basis statistics, to involving the subordinate company collects about has not terminated the lawsuit the material (including petition of appeal/written judgment) to provide to five attorneys assists it to fulfill duty the investigation, and establishes alone about the lawsuit special folder;
3rd, up to now, our company and subordinate company for defendant has not terminated the case altogether 10 items, divides three kinds, concrete audience next table.
(3) The next step work plan 1, basis case's progress, renews promptly collects the master list and special material. The execution has the case that the progress or the execution terminate, the subordinate company that must involve provides the related document, like the repayments prove/court's execution termination book and so on; The subordinate company that the case that the ruling or the ruling become effective, must involve provides the relevant judgment of law courtyard, simultaneously must follow up the following operational practice.
2nd, how the attention facilitating agency regarding holds the discussion of disclosure in the stock offering book.

Page 7

CNBMCO00324565

Which law cases 11 Chinese Building materials Going on the market Office synthesis group (05/()M)3) (4) must propose leader the matter of concern about to need in the stock offering book to disclose that as well as the specific form of disclosure, the facilitating agency has not given the consensus of opinion in the discussion at present.

Whether needs the company to lead I to act to assist (Y/N) suggestion and request enterprise feedback progress question explanation

* if must disclose that please leader coordinated do not disclose body amount that involves.

The compound switching audiences must provide written confirmation, to confirm whether this lawsuit can the shade make a sound to compound switching audiences in one that of strategic directions in the stock offering book disclosed - "high pressure glass fiber reinforced plastic pipeline". (According to Morgan on July 17 detailed list) intermediary discussion's result:

And compound switching audiences invade the power the case, if Bulgaria holds at present stock offering book business service part to compound switching audiences' the description of strategic direction, is "high-pressured glass fiber reinforced plastic pipeline ", that this case needs to throw over the dew; If revises the description that to be possible not to disclose.

Other cases need one step to discuss its importance, to judge whether needs to disclose. At present firmly what may decide is case (1) will not disclose, the lawsuit that because of the case by the going on the market group for the pending action of defendant, on the City Group undertakes, altogether six items of Chen Jianhua sues the northern new physical distribution contract of sales dispute; (2) the Handan mining industry Group Company limited ceramic two coal mines sue the peaceful mansion group and Xin Xiamen Corporation contract of sales dispute; (3) Anhui Ningguo anti-friction material Main plant sues An Xiaji to roll and Xin Xiamen Corporation contract of sales dispute; (4) Shore Starr Corporation sues the compound switching numerous business secret to invade the power dispute; (5) Mt. Emei hot spring resort area sues the compound switching numerous hydrophobic plumbing engineering quality dispute; (6) Mt. Wei Cuizhuang Coal mine sues the Zhonglian Lunan installment payment to buy to sell the contract dispute.

(1) 1. 12 Chinese Building materials Going on the market Office synthesis group (05/()M)3) amount and influence are very small.

(1) and (2) German attendance confirmed that in or has in negative debt to enter the boil to disclose how needs the medium to consult to carry on to throw over in the stock offering book

* if must disclose that requests issue of something coordinated #" did not disclose body amount that involves.

By going on the market group that is going to undertake for the pending action of defendant, if causes the losses to the going on the market group, the Chinese building materials group pledged the lawsuit and gives to compensate (1) China Construction Bank Xu Chang by it, altogether three items of state branches sue the Jiangsu big dragon loan contract; (2) Xu 2.

Dew.

The state agricultural bank sues the Jiangsu big dragon loan contract dispute; (3) Longkou Jungle Adhesive tape Factory sues the Jiangsu big dragon processing to contract the contract dispute.

Page 8

CNBMCO00324565

Needs the facilitating agency to consider body way that disclosed. The suggestion does not disclose concrete Jin E. 1st, needs the book surface explanation of import-export company: The candid company carries out the newest situation of ruling, the capital and interest adds the fine aggregate amount and so on.

2nd, Group is clear regarding this load guarantees the legal ruling compensation the manner, like whether prepares to compensate, when compensates and so on by the going on the market group for the pending action of defendant, suing that the stock share company predecessor, namely the import-export company involves disputed that and building materials group import-export company by the Chinese building materials group will shoulder the joint and several liability together, has provided an explanation.

Existing building materials import and export written said Ming, has not carried out, but its last year's amount in the report of audit had to reduce few, but it cannot raise for the basis of reduction.

The result that the facilitating agency discussed needs to disclose.

* asked the leader to be coordinated.

Item 3. 13 Chinese Building materials Going on the market Office synthesis group (05/()M)3) the intermediary consultation's result, did not disclose.

By non-is integrated lawsuit altogether three items that the combined statements company undertakes - (1) Shenzhen rock valley liquefied petroleum gas limited company sues the wonderful hundred ceramic loans disputes; (2) China Construction Bank Buji Sub-branch sues Dapeng cement and Shenzhen building materials Group Company limited loan dispute;

(3) the great wall asset management corporation Shenzhen management place sues Dapeng cement and Shenzhen building materials Group Company limited loan agreement dispute.

4.

Fourth, whether insurance needs the company to get Lu Chumian to assist (Y/N) enterprise to feed back suggested and requests the progress question show understood the company has the t Long Yao's intention, if makes up to throw guarantees to the enterprise is the extra negative load, how must lead to decide the Longyao gypsum/not to lose industry the insurance and workers' compensation insurance waiting enterprise for staff insurance medical insurance regarding the feedback of this question.

Redacted-privileged i.

Processes the Bengbu project and Zhonglian Nanyang for the staff insurance workers' compensation insurance had not suggested that the leader coordinated related enterprise, enters the line of insurance localities not to have the mandatory requirement 2. 14

## 综合组汇报提纲 第一部分　法律尽职调查

### 一、文件收集与归档

1、汇总、整理分散在各小组的的法律文件统一归档、集中管理，根据竞天的建议，按照现状、历史沿革等十大类的将文件分类建立了一套文件系统。

2、以五家律所联发的清单建立了另一套基础资料库，并制作相对应的《尽职调查文件目录》，以便内部人员以及中介机构采取文件查阅和电子检索相结合的方法开展文件的尽职调查工作。该项工作现在还在持续进行。

3、根据上市进展的情况，在基础资料库以外，针对重组、税务、知识产权等新的调查情况建立专项文件夹。

4、安排、协助中介机构完成了继去年7月第一次全面尽职调查之后的第二次法律文件全面尽职调查工作，并及时将新收集文件复印寄发或传真各中介。

### 二、物业方面

1、概述

泰和物业问题在曹总的亲自指导和常总的督办下有了较好进展，中联在李总的督办下问题已得到解决，

1

CNBMCO00324565

中复在解总的督办和协调下也有进展，现泰和、北新、中复尚有部分问题很难解决，详情见附表。

　　2、需特别提请领导关注的问题

　　（1）北新建材土地、房产租赁协议，其中土地租赁的面积为 38.6 万平米，房屋租赁的面积为 2 万平米。因为涉及到关联交易，西门提出了建议租金标准，但是与企业原协议租金差距太大，故一直没有将租金

| 序号 | 出租人 | 承租人 | 物业性质 | 面积（m²） | 西门建议租金 | 年租金 |
|---|---|---|---|---|---|---|
| 1 | H 股公司 | 北新房屋 | 土地租赁 | 32490.65 | 42.00 元/平方米.年 | 136.5 万 |
| 2 | 北新建材 | 北新塑管 | 房屋租赁 | 9561.00 | 0.70 元/平方米.天 | 244 万 |
| 3 | 北新建材 | 北新集团 | 房屋租赁 | 1404.00 | 1.20 元/平方米.天 | 61.5 万 |
| 4 | 北新建材 | 北新商贸 | 房屋租赁 | 311.60 | 0.90 元/平方米.天 | 10 万 |
| 5 | 北新建材 | 新材研究院 | 房屋租赁 | 405.00 | 1.20 元/平方米.天 | 18 万 |
| 合计 | | | | | | 470 万 |

确定下来。需要在递交 A1 表之前将租金确定下来并签订协议。

　　另外，按照西门的要求，出租同等条件的土地房产，原则上租金是应该保持一致的，但 H 股公司出租土地给北新建材、北新房屋、北新建塑的租金分别为 2.4、42、15 元/平方米.年，是否要调整为一致，请

2

CNBMCO00324566

领导决定。详见下表。

| 序号 | 出租人 | 承租人 | 物业性质 | 面积（平方米） | 原协议租金（元/平方米.年） | 西门建议租金（元/平方米.年） | 备注 |
|---|---|---|---|---|---|---|---|
| 1 | H股公司 | 北新建材 | 土地租赁 | 338505.07 | 2.4 | 无 | |
| 2 | H股公司 | 北新房屋 | 土地租赁 | 32490.65 | 15 | 42.00 | |
| 3 | H股公司 | 北新建塑 | 土地租赁 | 12911.16 | 15 | 无 | |

（2）山东泰和本部汶口镇一分厂、二分厂、工业园有面积为 49602.52 平方米的车间、厂房等共 30 幢均为租赁地上的房产，均未办房产证。上次前往泰和，提出解决方案为由房管局出具房产为泰和所有的权属证明。但最近泰和表示当地主管部门不予办理，故无法取得权属证明。如何处理请领导定夺。

邳州泰和 11562.03 平方米房产以及秦皇岛泰山 18221.04 平方米房产也存在同样的问题，当地主管部门不予办理，故无法取得权属证明。

（3）邳州泰和 1 宗 39090.8 平米的土地为划拨地，应当尽快办理出让。但是据泰和反馈，当地主管部门不予办理。如何处理请领导定夺。

3

CNBMCO00324567

中国建材上市办公室综合组（05/08/03）

**土地物业附件：**

**（1）　山东泰和**

| | 问题说明 | 建议及要求 | 企业反馈 | 进展情况 | 是否需公司领导出面协助（Y/N） |
|---|---|---|---|---|---|
| 1. | 请提供市、镇两级对泰和土地的承偌函。 | | 市一级承诺无法取得。 | 2005-7-25 提供镇一级的承诺函。 | |
| 2. | 请提供泰和本部自有土地上 30034.13 平米房产的房产证。 | | 办理有难度。 | | |
| 3. | 请提供泰和本部租赁土地上 49602.52 平米房产的权属证明。 | | 无法取得，主管部门不予办理。 | | ★请领导定夺。 |
| 4. | 请提供潍坊奥泰在安丘市经济开发区奥泰院内 54563.26 平方米的土地证。 | | 正在办理中，批文已经到达市一级。 | | |
| 5. | 邳州泰和 1 宗 39090.8 平米的土地为划拨地。 | 请尽快办理出让。 | 无法办理，政府不予办理。 | | ★请领导定夺。 |

4

CNBMCO00324568

中国建材上市办公室综合组（05/08/03）

| | | | | |
|---|---|---|---|---|
| **6.** | 邳州泰和 11562.03 平方米,用途为生产及办公等的房屋，无房产证。 | 请提供房产证或主管部门出具的该房产归邳州泰和所有的证明。 | 无法办理，主管部门不予办理。 | |
| **7.** | 秦皇岛泰山拥有共 19 幢、面积合计为 18221.04 平方米、用途为生产及办公等的房屋，无房产证。 | 请提供房产证或主管部门出具的该房产归秦皇岛泰山所有的证明。 | 无法办理，主管部门不予办理。 | |
| **8.** | 湖北泰山在面积为 138866.49 平方米的土地第 256 号《国有土地使用证》上拥有名称为制板车间、制粉车间、办公及宿舍楼的在建工程。 | 请提供该在建工程的建设工程规划许可证、建设工程施工许可证，或者由政府出具无这些许可证对拿到房产证无障碍的承诺。另外，请湖北泰山"办公楼、宿舍楼、制板车间、制粉车间"的拟建层数、拟建面积以及是否已经完工做出书面说明。 | 办理有难度。 | |
| **9.** | 宁波、武汉、泰安房权证的房屋所有权人不是山东泰和，请办理更名。并请提供宁波、武汉、泰安、齐齐哈尔这四处房产的土地证，或者提供商品房销售许可证、房屋土地管理部门出具的批复、证明等文件。 | 请办理更名。 | 无法办理。 | |

5

CNBMCO000324569

中国建材上市办公室综合组（05/08/03）

| | 问题说明 | 建议及要求 | 企业反馈 | 进展情况 | |
|---|---|---|---|---|---|
| **10.** | 提供泰和源在泰安市灌庄村 14 项共计 6250.8 平米房产证、土地证。 | 请提供转卖的相关文件资料，以及工商变更登记证明。 | 已经公告，公告期结束该问题则可以解决。 | | |
| **11.** | 提供万和磷化在肥城市磷铵厂院内 2 项共计 301.26 平米房产证、土地证。 | 请提供工商注销证明。 | 即将公告。 | 2005-7-25 提供股东会决议。 | |

## （2）　北新建材

| | 问题说明 | 建议及要求 | 企业反馈 | 进展情况 | 是否需公司领导出面协助（Y/N） |
|---|---|---|---|---|---|
| **1.** | 请提供北新股份、北新房屋及北新建塑与中国建材股份有限公司的土地租赁合同，并办理登记备案。<br>请提供北新股份承租北新集团北京建材城西路 16 号的土地租赁合同。<br>请提供北新股份出租房屋给北新塑管、北新集团、北新商贸的房屋租赁合同，并办理登记备案。<br>请提供北新股份出租房屋给辰龙装饰、新材孵化器、新材研究院、捷瑞信门窗的房屋租赁合同，并办理租赁 | 请尽快签订合同，并办理登记备案。 | | 需按照中介机构的租金标准签订合同，目前仍未达成一致。<br>另外，按照西门的要求，出租同等条件的土地房产，租金原则上是应该保持一致的，但 H 股公司出租土地给北新建材、北新房屋、北新建塑的租金分别为 2.4、42、15 元/平方米.年，是否要调整为一致，请领导决 | ★请领导协调。 |

6

CNBMCO00324570

中国建材上市办公室综合组（05/08/03）

| | | | | 定。 | |
|---|---|---|---|---|---|
| | 登记。 | | | | |
| 2. | 请提供天津河北区迎安里1-1-605-608 处房产的土地证。 | | | | |
| 3. | 请提供北新房屋四项共 2276.5 平方米房产证。 | | | | |
| 4. | 北新隆尧一宗 6532.8 平米土地为集体用地，请提供土地证。 | | | | |

## （3）  苏州天丰

| | 问题说明 | 建议及要求 | 企业反馈 | 进展情况 | 是否需公司领导出面协助（Y/N） |
|---|---|---|---|---|---|
| 1. | 提供苏州天丰浒关镇5项共1307平米房产证。 | 请提供房产证，或由房屋主管部门出具该房产归苏州天丰所有的证明。 | 无法取得。 | | ★请领导定夺。 |

7

CNBMCO00324571

中国建材上市办公室综合组（05/08/03）

| | 问题说明 | 建议及要求 | 企业反馈 | | |
|---|---|---|---|---|---|
| 2. | 提供苏州天丰通安镇 14 项共 13153.79 平米房产证。 | 请提供房产证，或由房屋主管部门出具该房产归苏州天丰所有的证明。 | 无法取得。 | | ★请领导定夺。 |
| 3. | 苏州天丰承租苏钢集团面积为 39600 平方米的苏州通安镇苏钢厂区一号门东侧土地，为划拨地租赁未经审批。 | 该土地为划拨地，必须办理登记备案，或提供主管部门的批准文件。 | 无法取得。 | | ★请领导定夺。 |

## （4）　中国复材

| | 问题说明 | 建议及要求 | 企业反馈 | 进展情况 | 是否需公司领导出面协助（Y/N） |
|---|---|---|---|---|---|
| 1. | 中复丽宝第土地证。 | 请提供正式的《国有土地使用权出让合同》（非 2004 年 9 月 18 日《协议书》）。请加紧办理土地证，有进展立即反馈回上市办。 | 办理有难度。7 月 27 日提供 210 亩工业用地的证明一份。 | | ★请领导协调。 |
| 2. | 威海中复西港船艇有限公司 11032.4 土地，无土地证。6 项房产（车间、配电室等，面积 3149.25 平方米）未取得产权证。 | | 无法办理。2005-6-15 已提供合资对方出具的证明。 | | ★请领导协调。 |

8

CNBMCO00324572

中国建材上市办公室综合组（05/08/03）

| | | | | |
|---|---|---|---|---|
| **3.** | 提供中复连众科研楼 4900 平方米的房产证。 | 请尽快提供。 | 还未竣工验收，待竣工验收后即办理房产证。 | | |
| **4.** | 中复连众承租符锦源的土地、房产的土地证、房产证。房屋面积：3380 平米；土地面积：11000 平米。 | 请提供房地产证，或者由出租方出具承诺函，即如承租方因物业的产权问题受到的任何损失，出租方承诺对其进行补偿。 | 涉及诉讼。 | | ★请领导定夺，涉及诉讼，如何处理。 |
| **5.** | 新疆连众承租新疆石河子造纸厂房产的房产证。17600 平米。 | 提供房地产证，或者由出租方出具承诺函，即如承租方因物业的产权问题受到的任何损失，出租方承诺对其进行补偿。 | 对方不予出具承诺函。 | | ★请领导协调。 |
| **6.** | 中复连众承租揭阳斯普林降解制品有限公司房屋的房产证。1360 平米。 | 请提供房地产证，或者由出租方出具承诺函，即如承租方因物业的产权问题受到的任何损失，出租方承诺对其进行补偿。 | 对方不予出具承诺函。 | | |
| **7.** | 中国复材位于海南省海口市龙舌坡城建楼（面积合计为 250.8 平方米）的 3 项房屋的占地性质不详。 | 请提供土地证或其他证明文件。 | 无法提供。 | | |

9

CNBMCO00324573

| | | | | |
|---|---|---|---|---|
| 8. | 中国复材位于海南省海口市义龙路18号钟山大厦D幢708号（面积为159.29平方米）的房屋的占地性质不详。 | 请提供土地证或其他证明文件。 | 无法提供。 | | |
| 9. | 中复连众拥有的位于海连东路港丽小区43—2房及巨龙小区21—9房。 | 请提供过户后的房产证以及能证明土地性质的文件。 | 已提供港丽小区房屋的房产证。巨龙小区房产待找到房主可办理过户。 | | |
| 10. | 提供中复连众4项共1170平米房产证（连云港海连东路43号树脂车间、办公用房）。 | 请提供。 | 其中110平米科技楼已报废。 | | |
| 11. | 提供沈阳科金境内物业文件，包括但不限于公司自有物业权属文件、公司签订的《房屋租赁合同》、所租赁房屋的房产证。 | 请办理租赁登记备案。 | | | |

## （5）　中联水泥

| | |
|---|---|
| | 暂无突出问题 |

CNBMCO00324574

### 三、诉 讼

### （一）概述

按照联交所要求，承销商需在招股书中对公司涉及的重大未完结诉讼进行描述，因此其国内律师及香港律师已对公司截至目前仍未完结（包括未审结和未执行完结）的诉讼进行了法律尽职调查。

### （二）工作进展及目前的状况

1、通过向附属公司下发诉讼汇总表，统计各附属公司涉及的未完结诉讼；

2、根据统计的汇总表，向涉及的附属公司收集关于未完结诉讼的材料（包括起诉状/判决书等）提供给五家律师协助其进行尽职调查，并单独建立关于诉讼的专项文件夹；

3、截至目前，我公司及附属公司为被告的未完结案件共 10 项，分三类，具体请见下表。

### （三）下一步工作计划

1、根据案件的进展情况，及时更新汇总表与专项资料。执行有进展或执行完结的案件，需涉及的附属公司提供相关文件，如还款证明/法院的执行终止书等；判决或判决生效的案件，需涉及的附属公司提供法院的相关判决，同时需跟进后续的执行情况。

2、关注中介机构对于在招股书如何进行披露的讨论。

CNBMCO00324575

中国建材上市办公室综合组（05/08/03）

### （四）需提请领导关注的问题

关于哪些诉讼案件需要在招股书中披露，以及披露的具体方式，目前中介机构还在商讨中未给出一致意见。

| | 问题说明 | 建议及要求 | 企业反馈 | 进展情况 | 是否需公司领导出面协助（Y/N） |
|---|---|---|---|---|---|
| 1. | 由上市集团为被告的未决诉讼中，上市集团承担的诉讼，共六项——（1）陈建华诉北新物流买卖合同纠纷；（2）邯郸矿业集团有限公司陶二煤矿诉安厦集团和鑫厦公司买卖合同纠纷；（3）安徽省宁国市耐磨材料总厂诉安厦集团和鑫厦公司买卖合同纠纷；（4）哈尔滨斯达公司诉中复连众商业秘密侵权纠纷；（5）峨眉山温泉度假区诉中复连众疏水管道工程质量纠纷；（6）微山崔庄煤矿诉中联鲁南分期付款买卖合同纠纷。 | 中复连众需提供书面的确认，以确认该诉讼是否会影响到中复连众在招股书中披露的战略方向之一——"高压玻璃钢管道"。（据摩根7月17日清单） | | 中介讨论的结果：其中中复连众侵权的案件，如果保持目前招股书业务部分对中复连众的战略方向的描述，即为"高压玻璃钢管道"，那么此案件需要披露；如果修改描述那么可以不披露。其他案件需进一步讨论其重要性，以判断是否需要披露。目前可以确定的是案件（1）不会披露，因案件 | ★如需披露，请领导协调不披露涉及的具体金额。 |

CNBMCO00324576

中国建材上市办公室综合组（05/08/03）

| | | | | 金额及影响很小。 | |
|---|---|---|---|---|---|
| **2.** | 由上市集团为被告的未决诉讼中，如给上市集团造成损失，中国建材集团承诺将要承担的诉讼并由其给予赔偿，共三项——（1）中国建设银行徐州分行诉江苏巨龙贷款合同；（2）徐州农行诉江苏巨龙贷款合同纠纷；（3）龙口丛林胶带厂诉江苏巨龙加工承揽合同纠纷。 | | | （1）和（2）德勤已确认在或有负债中进行披露，需中介协商如何在招股书中进行披露。 | ★如需披露，请领导协调不披露涉及的具体金额。 |
| **3.** | 由上市集团为被告的未决诉讼中，股份公司前身，即进出口公司涉及的诉讼，将由中国建材集团和中建材集团进出口公司共同承担连带责任，共一项 | 需中介机构考虑披露的具体方式。建议不披露具体金额。1、需进出口公司的书面说明：光霁公司执行判决的最新情况，本金、利息加上罚款总金额等。2、集团公司明确对于此担保法律判决赔偿的态度，如是否准备赔偿，何时赔偿等 | 提供了一份说明。 | 现有一份中建材进出口的书面说明，未执行，但其去年的审计报告中的数额有所减少，可是其不能提供减少的依据。中介机构讨论的结果需要披露。 | ★请领导协调。 |

13

CNBMCO00324577

| | | | | | |
|---|---|---|---|---|---|
| 4. | 由非纳入合并报表的公司承担的诉讼共三项——（1）深圳岩谷液化石油气有限公司诉奇百陶瓷贷款纠纷；（2）中国建设银行布吉支行诉大鹏水泥和深圳市建材集团有限公司贷款纠纷；（3）中国长城资产管理公司深圳办事处诉大鹏水泥和深圳市建材集团有限公司借款合同纠纷。 | | | 中介协商的结果，不披露。 | |

## 四、保 险

| | 问题说明 | 建议及要求 | 企业反馈 | 进展情况 | 是否需公司领导出面协助（Y/N） |
|---|---|---|---|---|---|
| 1. | 隆尧石膏未为员工投保医疗保险/失业保险和工伤保险 | **Redacted - Privileged** | | 等待企业对于此问题的反馈。 | 了解到公司有出售隆尧的意向，如补充投保对企业是额外负担，需领导定夺如何处理。 |
| 2. | 蚌埠工程和中联南阳未为员工投保工伤保险 | 建议领导协调相关企业，进行投保 | 当地没有强制性规定 | | Y |

CNBMCO00324578