Translation of CNBMCO00215626-215627

CNBMCO00215626

## Message

| | |
|---|---|
| **From:** | chx [chx@cnbm.com.cn] |
| **Sent:** | December 29th, 2010  09:28:07 |
| **To:** | chenzhucaibnbm.com.cn |
| **Subject:** | Issues on Taishan Gypsum's land and real estates |

Manager Chen:

Hello! As of the third capital increase (as of July 2010), Taishan Gypsum Company Limited has the following issues on land and real estates: **1. For real estates**: Taishan Gypsum Company Limited has 50,921.32 square meters of real estates on leased collective-owned land (the size of the land is 78,126.66 square meters), and the company does not have property ownership certificates of those real estates; **2. For land**: Taishan Gypsum Company Limited operates gypsum board production business on the 78,126.66 square meters of collective-owned land that the company leased at Dawenkou Township, Tai'an City, while the land shall be held for collective construction purposes.

Please contact people in relevant departments of the subsidiary enterprises and gather information on whether progress has been made on those land and real estate issues. Please reply the situation to me by the end of business hours tomorrow. Thank you!

Haixian Chen

Legal Affairs Department

China National Building Material Co., Ltd.

MTD Exhibit #158

Add: 17/F, China Building Material Plaza, A-11 San Li He Road,

    Haidian District, Beijing, China

Post Code: 100037

Tel: +86 10 8808 4406

Fax: ██████████

Mobile: ██████████

Email: chx@cnbm.com.cn

**<u>CNBMCO00215627</u>**

(Blank)

Manager Chen:

Hello! Up to third time issues additionally (up to July, 2010), the Taishan gypsum stock has the following land and real estate question: 1st, real estate part: A Taishan gypsum stock 50,921.32 square meters house on the collective land that rents (land area is 78126.66 square meters), has not obtained the title to the house; 2nd, land part: Taishan gypsum stock in its renting is in 78126.66 square meters land used for collective construction is engaged in the gypsum board production operation service located at Tai'an Dawenkou Town area.

Please contact with subordinate enterprise relevant authority personnel, understood whether these land real estate questions have made the newest progress. Please get off work before tomorrow the situation the feedback and I. Thanks!


Chen Haixian law department China building materials limited liability company address: Beijing Haidian District Sanlihe Road A No. 11 China building materials building 17 zip codes: 100037 telephones: +86 10 8808 4406

Facsimile: +86 10 8808 2383 handsets: +86 13811089635

E-mail: chx@cnbm.com.cn



Haixian Chen

Legal Affairs Department China National Building Material Co., Ltd.

Add:17/F, China Building Material Plaza, A-11 San Li He Road, Haidian District, Beijing, China

Postal code:100037 Tel:+86 10 8808 4406

Fax: ▮▮▮▮▮▮▮▮ Mobile ▮▮▮▮▮▮▮▮▮

E-mail: chx@cnbm.com.cn

Date: Wed, 29 Dec 2010 17:28: 07 +0800 From: "Chx" < chx@cnbm.com.cn > To: chenzhucaibnbm.com.cn Subject: =? gb2312? B? zKnJvbnJt93NwbXYt7+y+s7KzOI=? = Message-ID: < 201012291728071562302@cnbm.com.cn > X-mailer: Foxmail 6, 15, 201, 22 [cn] Disposition-Notification-To: "Chx" < chx@cnbm.com.cn > Mime-Version: 1.0 Content-Type: multipart/alternative; boundary= " =====003_Dragon328804045073_====="

Message

From: chx [chx@cnbm.com.cn]
Sent: 29/12/2010 09:28:07
To: chenzhucai@cnbm.com.cn
Subject: 泰山股份土地房产问题

陈经理：

　　您好！截至第三次增发（截至2010年7月），泰山石膏股份存在以下土地、房产问题：1、**房产部分**：泰山石膏股份50,921.32平方米房屋位于租赁的集体土地上（土地面积为78126.66平方米），未取得房产证；2、**土地部分**：泰山石膏股份在其租赁的位于泰安市大汶口镇面积为78126.66平方米的集体建设用地上从事石膏板生产经营业务。

　　请与下属企业相关部门人员联系，了解这些土地房产问题是否已取得最新进展。请将情况于明天下班前反馈与我。谢谢！


陈海贤
法律部
中国建材股份有限公司
地址：北京市海淀区三里河路甲11号中国建材大厦17层
邮编：100037
电话：+86 10 8808 4406
传真：
手机：
E-mail: chx@cnbm.com.cn



Haixian Chen
Legal Affairs Department
China National Building Material Co., Ltd.
Add: 17/F, China Building Material Plaza, A-11 San Li He Road,
　　　Haidian District, Beijing, China
Post Code: 100037
Tel: +86 10 8808 4406
Fax:
Mobile:
E-mail: chx@cnbm.com.cn

CNBMCO00215627