**Translation of CNBMCO00280477 – 00280478**

**CNBMCO00280477**

## Message

| | |
|---|---|
| From: | chx [chx@cnbm.com.cn] |
| Sent: | August 16, 2011 07:35:11 |
| To: | walife [walife@126.com] |
| Subject: | Re: Certification by the Subsidiary Company on Housing Accumulation Funds |
| Attachments: | Certification by the Subsidiary Company on Housing Accumulation Funds .doc |

Please see the suggestions for editing.


2011-08-16
....................................

Haixian Chen
Legal Affairs Department
China National Building Material Co., Ltd.
Address: 17/F China Building Material Plaza, A-11 San Li He Road, Haidian District, Beijing, China
Zip Code: 100037
Tel: +86 10 8808 4406
Fax: ▮▮▮▮▮▮▮
Mobile: ▮▮▮▮▮▮▮
E-mail: chx@cnbm.com.cn


Haixian Chen
Legal Department
China National Building Material Co., Ltd.

MTD Exhibit #159

Address: 17/F China Building Material Plaza, A-11 San Li He Road, Haidian
District, Beijing, China
Post Code: 100037
Tel: +86 10 8808 4406
Fax: ████████████
Mobile: ████████████
E-mail: chx@cnbm.com.cn
............................................................................................................................

| | |
|---|---|
| From: | walife |
| Sent: | August 16, 2011 11:29:37 |
| To: | chx |
| CC: | |
| Subject: | Certification by the Subsidiary Company on Housing Accumulation Funds |

**CNBMCO00280478**

Manager Chen, this is the Certification by the subsidiary company of Taishan
Gypsum on Housing Accumulation Funds. Please advise if it is written
appropriately, and please correct any inappropriate part, so I can arrange every
subsidiary company to issue certifications according to the required format.

Lifeng Wang, Taishan Gypsum

Audience corrections

2011-08-16

—— Chen Haixian

Legal department

Chinese building materials limited liability company

Address: Beijing Haidian District Sanlihe Road A No. 11 China building materials building 17

Zip code: 100037

Telephone: +86 10 8808 4406 facsimiles: +86 10 8808 2383

Handset: +86 13811089635 E-mail: chx@cnbm.com.cn

Haixian Chen Legal Affairs Department

China National Building Material Co., Ltd.
Add:17/F, China Building Material Plaza, A-11 San Li He Road,

Haidian District, Beijing, China Postal code:100037

Tel:+86 10 8808 4406 Fax: ███████████████

Mobile: ████████████ E-mail: chx@cnbm.com.cn ————————————————
———————————————————————— addresser: walife

Transmission time: 2011-08-16 11:29: 37 addressees: chx

Sending duplicate:
Subject: Subsidiary company housing accumulation fund proof

Manager Chen, this is the Taishan gypsum subsidiary company about the housing accumulation fund proof, please instruct that like this writes whether appropriately, the improper act please give to point out mistakes, I quite arrange various subsidiary companies according to the stipulation style writing up proof.

Taishan gypsum Wang Li peak

Date: Tue, 16 Aug 2011 15:35: 11 +0800 From: "Chx" < chx@cnbm.com.cn > To: "Walife" < walife@126.com > References: < 5faa2c08.1156a.131d097cf38.Coremail.walife@126.com > Subject: =? gb2312? B? UmU6INfTuavLvteht7+5q7v9vfiDWpMP3? = Message-ID: < 20110816153511812811652@cnbm.com.cn > X-mailer: Foxmail 6, 15, 201, 22 [cn] Disposition-Notification-To: "Chx" < chx@cnbm.com.cn > Mime-Version: 1.0 Content-Type: multipart/mixed;
        boundary= " =====001_Dragon352608651376_====="

Message

| | |
|---|---|
| **From:** | chx [chx@cnbm.com.cn] |
| **Sent:** | 16/08/2011 07:35:11 |
| **To:** | walife [walife@126.com] |
| **Subject:** | Re: 子公司住房公积金证明 |
| **Attachments:** | 子公司住房公积金证明.doc |

请见修改意见

2011-08-16
------------------

陈海弦
法律部
中国建材股份有限公司
地址：北京市海淀区三里河路甲11号中国建材大厦17层
邮编：100037
电话：+86 10 8808 4406
传真：
手机：
E-mail：chx@cnbm.com.cn

Haixian Chen

Legal Affairs Department

China National Building Material Co., Ltd.

Add：17/F, China Building Material Plaza, A-11 San Li He Road,

        Haidian District, Beijing, China

Post Code：100037

Tel：+86 10 8808 4406

Fax:

Mobile:

E-mail: chx@cnbm.com.cn

------------------
**发件人：** walife
**发送时间：** 2011-08-16  11:29:37
**收件人：** chx
**抄送：**
**主题：** 子公司住房公积金证明

陈经理,**此**为泰山石膏子公司关于住房公积金的证明,请指示这样写是否合适,**不当之处请给予指正**,**我好安排各子公司按**规定样式出具证明。

泰山石膏王力峰

CNBMCO00280478

**Translation of CNBMCO00280479**

**CNBMCO00280479**

**Explanations of [The Company's Full Name] about the Issues on Payment of Housing Accumulation Funds**

[The Company's Full Name] is a subsidiary company of Taishan Gypsum Company Limited, and some employees of our Company were assigned by the parent company, such employees signed employment contracts with the parent company, so their housing accumulation funds will be paid by the parent company.

For the employees our Company hired locally, due to the reasons of unstable working years, fairly frequent job mobility and no compulsory payment required by the local government, our Company temporarily has not paid the housing accumulation funds for this category of personnel. With the development of the Company and the stability of the employees, the Company will pay the housing accumulation funds for the employees orderly.

It is hereby explained.

**\*\*\*Company**

Month     Day,     2011

[Enterprise full title]About the explanation of housing accumulation fund payment matters concerned

[Enterprise full title]For the Taishan gypsum limited liability company's subsidiary company, some staff of our company send by the parent company, this part of personnel and parent company sign labor contract, therefore the housing accumulation fund is replaced the payment by the parent company.
Our company staff who recruits from this locality, is unstable because of the working life, the change of station is quite frequent, and local government does not have the reason of compulsory payment request, our company has not for the present to this kind of personnel pays the housing accumulation fund. Along with the stability of development and staff of company, the company order will pay the housing accumulation fund for the staff.

Explained specially.
*** Company

In 2011 month date PAGE PAGE 1

--- Summary Information ---
1: 936 PID_TITLE:
PID_SUBJECT:
PID_AUTHOR:
PID_KEYWORDS:
PID_COMMENTS:
PID_TEMPLATE: Normal PID_LASTAUTHOR: chx PID_REVNUMBER: 15 PID_APPNAME: Microsoft Office Word PID_EDITTIME: Mon Jan 01 10:00: 00 CST 1601 PID_LASTPRINTED: Tue Aug 16 11:02: 00 CST 2011
PID_CREATE_DTM: Thu Jul 21 15:01: 00 CST 2011 PID_LASTSAVE_DTM: Tue Aug 16 15:34: 00 CST 2011
PID_PAGECOUNT: 1 PID_WORDCOUNT: 46 PID_CHARCOUNT: 264 PID_SECURITY: 0

--- Document Summary Information ---
PID_CODEPAGE: 936 PID_CATEGORY:
PID_MANAGER:
PID_COMPANY:
PID_BYTECOUNT: 32768 PID_LINECOUNT: 2 PID_PARCOUNT: 1 17: 309 23: 786432 PID_SCALE: false
PID_LINKSDIRTY: false 19: false 22: false

# 【企业全称】关于住房公积金缴纳事宜的说明

　　【企业全称】为泰山石膏股份有限公司的子公司，我公司的部分员工是由母公司派驻的，这部分人员与母公司签订劳动合同，因此住房公积金由母公司代为缴纳。

　　我公司从本地招收的员工，因工作年限不稳定，工作调动比较频繁，及当地政府没有强制性缴纳要求的原因，我公司暂未对该类人员缴纳住房公积金。随着公司的发展、员工的稳定，公司会有序为员工缴纳住房公积金。

　　特此说明。

＊＊＊公司

二〇一一年　　月　　日

1

CNBMCO00280479