**Partial Translation of BNBMPLC-E-0019395-0019407**

**BNBMPLC-E-0019395**

Beijing New Building Materials Public Limited Company

**2014 Final Financial Account Report**

...

**Part One Consolidation Scope of the Company's Financial Statements and Relevant Changes**

I.    Scope of the Company's consolidated statements for the year, and the changes

(I) There are 70 companies included in the scope of the Company's consolidated statements for the year, among which, there are 26 tier 2 subsidiaries.

Monetary Unit: 10 thousand yuan

| Basic information on the tier 2 subsidiaries as consolidated | | |
|---|---|---|
| Company name | Shareholding ratio | |
| Taishan Gypsum Company Limited | 65% | |
| BNBM Homes Co., Ltd. | 100% | |

**BNBMPLC-E-0019396**

| | | |
|---|---|---|
| Ningbo BNBM Co., Ltd. | 100% | |
| Taichang BNBM Co., Ltd. | 100% | |
| Zhaoqing BNBM Co., Ltd. | 100% | |
| Guang'an BNBM Co., Ltd. | 100% | |
| Hubei BNBM Co., Ltd. | 100% | |
| Pingyi BNBM Co., Ltd. | 100% | |
| Gucheng BNBM Co., Ltd. | 85% | |

MTD Exhibit #160

| | | |
|---|---|---|
| Zhenjiang BNBM Co., Ltd. | 100% | |
| Xinxiang BNBM Co., Ltd. | 100% | |
| Huainan BNBM Co., Ltd. | 100% | |
| BNBM Green Residence Co., Ltd. | 100% | |
| BNBM Suzhou Mineral Fiber Ceiling Co., Ltd. | 100% | |
| Beijing New Housing Industry Company Limited | 100% | |
| BNBM Building Plastic Company Limited | 55% | |
| BNBM (Tianjin) Company Limited | 100% | |
| BNBM (Quanzhou) Company Limited | 100% | |
| BNBM (Jiaxing) Company Limited | 100% | |
| BNBM(Kunming) Company Limited | 100% | |
| BNBM (Shaanxi) Company Limited | 100% | |
| BNBM (Hunan) Company Limited | 100% | |
| Beijing BNBM Chenlong Decoration Engineering Company Limited | 100% | |
| Beijing Donglian Investment Company Limited | 100% | |
| CNBM Innovation Science and Technology Company Limited | 100% | |
| Beijing New Material Incubator Company | 60% | |

| Limited | | |
| In Total | | |

<u>**BNBMPLC-E-0019406**</u>

**Part Seven Events after the Balance Sheet Date**

🗨 ∧IV The latest progress on the gypsum board litigation

The Company published an announcement on the latest progress of the US litigation concerning the use of Chinese gypsum board on March 13, 2015, and the main contents of the Announcement are:

1. Taishan Gypsum Co., Ltd., a tier 2 subsidiary of the Company, decided to pay the plaintiff's attorney fee of USD 15,000 and the fine of contempt of court of USD 40,000 (USD 40,000 of fine of contempt of court had been paid to the United States court) as stated in "Item 1 of Part VI Other Significant Matters." In addition, Taishan Gypsum Co., Ltd. agreed to pay USD 2,758,356.52 as default judgment compensation made by the US court in the early stage of the ~~lawsuit~~litigation and interest accrued from May 2010; but Taishan Gypsum Co., Ltd. stated that its agreement to pay the above sum did not represent its recognition of the content of the default judgment concerning the ~~lawsuit~~litigation, it took such measures was just for the purposes of applying for vacating~~revoking~~ the ~~court order of~~ contempt order~~of court~~ and participating in the response and defense for the gypsum board ~~lawsuit~~litigation.

<u>**BNBMPLC-E-0019407**</u>

2. As the Company did not participate in the trial on US gypsum board ~~lawsuit~~litigation, given the current progress of the proceedings, the Company hired domestic and overseas law firms to respond to and defend the gypsum board ~~lawsuit~~litigation on its behalf to maintain the Company's own interests.

(II) According to the 2014 annual dividend distribution plan of the Board of Directors, the Company intends to grant cash dividend of RMB 4.25 (including tax) per 10 shares to all shareholders on December 31, 2014 based on the total shares of 706,990,796 shares, and it is expected that cash dividend of RMB 300,471, 1~~0~~0088.30 will be distributed; the dividend distribution plan is yet to be reviewed and adopted at the Company's 2014 Annual General Meeting of Shareholders. At the same time, it is to capital 10 shares per 10 shares from the ~~public~~capital reserve fund, and there are

706,990,796 shares to be capitalized in total.

(III) The Company does not have other events to be explained after the balance sheet date.

All directors, please review.

Financial Chiefontroller: Yanjun Yang

March 18, 2015

**Partial Translation of BNBMPLC-E-0019395-0019407**

**BNBMPLC-E-0019395**

Beijing New Building Material Public Limited Company

**2014 Final Financial Account Report**

…

**Part One  Consolidation Scope of the Company's Financial Statements and Relevant Changes**

I.      Scope of the Company's consolidated statements for the year, and the changes

(I)  There are 70 companies in the scope of the Company's consolidated statements for the year,  among which, there are 26 tier 2 subsidiaries.

Monetary Unit: 10 thousand yuan

| Basic information on the tier 2 subsidiaries as consolidated | | |
|---|---|---|
| Company name | Shareholding ratio | ……. |
| Taishan Gypsum Company Limited | 65% | |
| BNBM Homes Co., Ltd. | 100% | |

**BNBMPLC-E-0019396**

| | | |
|---|---|---|
| Ningbo BNBM Co., Ltd. | 100% | |
| Taichang BNBM Co., Ltd. | 100% | |
| Zhaoqing BNBM Co., Ltd. | 100% | |
| Guang'an BNBM Co., Ltd. | 100% | |
| Hubei BNBM Co., Ltd. | 100% | |
| Pingyi BNBM Co., Ltd. | 100% | |
| Gucheng BNBM Co., Ltd. | 85% | |

**WANG: Exhibit 320**

| | | |
|---|---|---|
| Zhenjiang BNBM Co., Ltd. | 100% | |
| Xinxiang BNBM Co., Ltd. | 100% | |
| Huainan BNBM Co., Ltd. | 100% | |
| BNBM Green Residence Co., Ltd. | 100% | |
| BNBM Suzhou Mineral Fiber Ceiling Co., Ltd. | 100% | |
| Beijing New Housing Industry Company Limited | 100% | |
| BNBM Building Plastic Company Limited | 55% | |
| BNBM (Tianjin) Company Limited | 100% | |
| BNBM (Quanzhou) Company Limited | 100% | |
| BNBM (Jiaxing) Company Limited | 100% | |
| BNBM(Kunming) Company Limited | 100% | |
| BNBM (Shaanxi) Company Limited | 100% | |
| BNBM (Hunan) Company Limited | 100% | |
| Beijing BNBM Chenlong Decoration Engineering Company Limited | 100% | ...... |
| Beijing Donglian Investment Company Limited | 100% | |
| CNBM Innovation Science and Technology Company Limited | 100% | |
| Beijing New Material Incubator Company | 60% | |

| Limited | | |
| In Total | | |

## Part Seven  Events after the Balance Sheet Date

（I）The latest progress on the gypsum board litigation

The Company published an announcement on the latest progress of the US litigation concerning the use of Chinese gypsum board on March 13, 2015, and the main contents of the Announcement are:

1. Taishan Gypsum Co., Ltd., a tier 2 subsidiary of the Company, decided to pay the plaintiff's attorney fee of USD 15,000 and the fine of contempt of court of USD 40,000  (USD 40,000 of fine of contempt of court had been paid to the United States court) as stated in "Item 1 of Part VI Other Significant Matters." In addition, Taishan Gypsum Co., Ltd. agreed to pay USD 2,758,356.52 as default judgment compensation made by the US court in the early stage of the lawsuit and interest accrued from May 2010; but Taishan Gypsum Co., Ltd. stated that its agreement to pay the above sum did not represent its recognition of the content of the default judgment concerning the lawsuit, it took such measures was just for the purposes of applying for revoking the court order of contempt of court and participating in the response and defense for the gypsum board lawsuit.

2. As the Company did not participate in the trial on US gypsum board lawsuit, given the current progress of the proceedings, the Company hired domestic and overseas law firms to respond to and defend the gypsum board lawsuit on its behalf to maintain the Company's own interests.

(II) According to the 2014 annual dividend distribution plan of the Board of Directors, the Company intends to grant cash dividend of RMB 4.25 (including tax) per 10 shares to all shareholders on December 31, 2014 based on the total shares of 706,990,796 shares, and it is expected that cash dividend of RMB 300,471,088.30 will be distributed; the dividend distribution plan is to be adopted at the Company's 2014 Annual General Meeting. At the same time, it is to capital 10 shares per 10 shares from the public capital reserve, and there are 706,990,796 to be capitalized in total.

(III) The Company does not have other events to be explained after the balance sheet date.

All directors, please review.

Financial Controller: Yanjun Yang

March 18, 2015

Beixinjituan building materials limited liability company

2014 degrees financial settlement reports

Fellow trustees:
Was entrusted by the company, I do 2014 annual financial statement final accounts to report to board of directors that please give the deliberation.
2014 is the Chinese macroeconomic continues downward one year, is the company in the management faced with one year of huge challenge, in the correct guidance and under the company board of directors's of Chinese building materials strong leadership, the company comprehensive advancement depth management conformity and advancement service reforming promotes, earnest carrying out "conformity optimization and efficiency fall debt" guiding principle and "stable price, fall this, receive money" three big master lines, overcame the market demand to be insufficient, the difficulty of whole growth momentum, continued maintained the quick growth. In the intense market competition, the entire cadre staff seizes the opportunity, to go all out, unity striving for success, realized the company functional quality constantly to enhance.
In 2014 the company realizes the business income and net profit "double growth". Realizes the business income 8.295 billion Yuan, grows 10.75%; Realizes the net profit 1.469 billion Yuan, grows 16.78%; Realizes the ownership in parent company net profit 1.105 billion Yuan, grows 22.08%. The company pays attention to the functional quality highly, this year realizes the operative activity net cash flow 1.569 billion Yuan, grows 4.22%; This year account receivable cycling rate 25.77 times, grow 7.24%; Through raising the fund management level, with the aid of issuing additionally, effectively cuts the company asset ratio of debt to net worth, drops to 36.25% up to the end of the period property ratio of debt to net worth, drops 12.45 percentage points.
The following carries on the report to financial settlement in company from seven parts.

The first part of corporate accounting report form merge scope and related changing condition one, this year company combined statements scope and change (1) this year is included in the company combined statements scope has 70 companies: The second-level subsidiary company has 26.
Amount unit: Ten thousand Yuan merge second-level subsidiary company basic situation table

Corporate name ownership percentage registered capital original investment at the end of 2014 2014 year net assets volume net profit Taishan gypsum limited liability company 65% 15,562.50 11,765.25 352,275.75 102,050.54 northern new house limited company 100% 20,000.00 18,994.41 20,674.82 2,555.23 Ningbo northern new building materials limited company 100% 1,500.00 1,500.00 12,736.06 5,104.46 Taicang northern new building materials limited company 100% 6,000.00 6,000.00 17,741.65 5,004.11 Zhaoqing northern new building materials limited company 100% 2,000.00 2,000.00 5,859.03 3,473.80 Quang'an northern new building materials limited company 100% 2,684.82 2,684.82 9,830.52 5,276.30 Hubei northern new building materials limited company 100% 1,500.00 1,500.00 10,504.67 5,393.07 Pingyi northern new building materials limited company 100% 2,000.00 2,000.00 -88.99 -684.21 Gucheng

northern new building materials limited company 85% 1,500.00 1,275.00 6,862.51
5,012.91 Zhenjiang northern new building materials limited company 100% 1,500.00
1,500.00 8,716.05 3,159.44 Xingxiang northern new building materials limited
company 100% 1,500.00 1,500.00 8,644.56 3,845.90 Huaian northern new building
materials limited company 100% 1,500.00 1,500.00 1,211.37 488.79 northern new green
house limited company 100% 8,000.00 8,000.00 4,189.52 -1,231.59 Suzhou northern the
new asbestos board limited company 100% 2,000.00 3,200.00 -279.77 -386.64 northern
new house industry limited companies 100% 5,000.00 5,000.00 4,396.36 150.32 north
model the limited company 55% 10,000.00 5,500.00 -1,128.55 -1,533.69 northern new
building materials newly-built (Tianjin) limited company 100% 5,000.00 5,000.00
3,646.88 -762.24 northern new building materials (Quanzhou) limited company 100%
1,500.00 1,500.00 1,501.56 -0.56 northern new building materials (Jiaxing) limited
company 100% 10,000.00 10,000.00 9,666.53 -314.16 northern new building materials
(Kunming) limited company 100% 1,500.00 1,500.00 1,494.64 -5.36 the northern new
building materials (Shaanxi) limited company 100% 1,500.00 1,500.00 1,500.45 0.45
northern new building materials (Hunan) limited company 100% 1,500.00 1,500.00
1,500.76 0.76 Beijing northern the new early morning dragon decoration work limited
company 100% 700.00 781.66 803.73 2.13 Beijing East Union invest in the limited
company 100% 3,579.38 11,454.00 69,935.38 11,455.69 building materials S&T
innovation research institute limited company 100% 5,000.00 5,000.00 4,056.46
-780.35 Beijing new material hatchibator limited companies 60% 500.00 300.00 383.14
-0.99 to equal 112,455.14 112,430.89 556,635.09 147,274.11 (2) this year combined
statements scope changing condition and reason 1, this year increase integrate
merge the fiscal statement establishment scope the second-level subsidiary company
are: This year invests tenable northern new building materials (Shaanxi) limited
company and northern new building materials (Hunan) limited company altogether 2
companies.
2nd, this year increases integrates merges the fiscal statement scope third-level
subsidiary company 5: The company controls stock subsidiary company - Taishan
gypsum limited liability company this year invests to establish the Taishan gypsum
(Guangxi) limited company and Taishan gypsum (Xiangyang) limited company and
Taishan gypsum (Dongying) limited company and Taishan gypsum (Xuancheng) cement
retarder limited company altogether 4 companies. The company controls stock
subsidiary company - Taishan gypsum limited liability company this year purchases
Will (Liaoning) environmental protection material limited company.
3rd, this year merges third-level subsidiary company 2 that the scope reduces: The
company controls stock subsidiary company - Taishan gypsum limited liability
company this year cancelled the Tai'an Taishan environmental protection building
materials limited company and Shandong Taihe energy of light limited company.

The second part of current period management performances realize situation one,
company mainly to manage the target to complete the situation the inherent
responsibilities international accounting firm audit that invited after the company
to confirm that this year company merged the business revenue is 8.295 billion
Yuan, compared to the same period last year increased 805 million Yuan, the
increased range was 10.75%; The trading profit is 1.489 billion Yuan, compared to
the same period last year increases 153 million Yuan, the increased range is
11.42%; The net profit is 1.469 billion Yuan, compared to the same period last year
grows 211 million Yuan, the increased range is 16.78%, belongs to the parent

company net profit is 1.105 billion Yuan, compared to the same period last year
increases 2.10 Yuan, the increased range is 22.08%, after rejecting the
non-frequently profit and loss, belongs to the parent company net profit is 970
million Yuan, compared to the same period last year increases 152 million Yuan, the
increased range is 18.56%.
Merge profit and loss principal item fluctuation change is as follows:
Amount unit: Ten thousand Yuan in 2014 merge profit and loss situation (simple
list) project 2014 year 2013 year fluctuation volume coefficient one, business
revenue 829,503.22 749,008.28 80,494.94 10.75% two, business total cost 682,293.43
615,901.70 66,391.73 10.78% in which: The overhead cost 581,488.17 526,319.99
55,168.18 10.48% business tax money and attach 1,776.34 1,789.96 -13.62 -0.76%
selling expenses 29,342.56 28,323.08 1,019.48 3.60% overhead charge 51,757.58
42,265.96 9,491.62 22.46% financial expenses 17,671.27 16,688.39 982.88 5.89%
property depreciations to lose 257.50 514.32 -256.82 -49.93% sound value change
income 832.48 832.48 investment yield 811.90 486.42 325.48 66.91% three, trading
profit 148,854.17 133,593.00 15,261.17 11.42% Canada: Outside business the income
18,313.28 13,372.34 4,940.94 36.95% reduce: Outside business the disbursement
900.73 2,980.41 -2,079.68 -69.78% four, gross profits 166,266.72 143,984.93
22,281.79 reduce: Income tax expense 19,354.07 18,178.57 1,175.50 6.47% five, net
profit 146,912.66 125,806.36 21,106.30 16.78% in which: Ownership 110,545.16
90,550.98 19,994.18 22.08% rejects the non-regular profit and loss after the net
profit of parent company owner belongs to the parent company net profit 96,989.85
81,803.42 15,186.43 18.56% two, statement of profit and loss principal item
analyses:
1st, this year merges the business revenue to increase 805 million Yuan compared to
the same period last year, the increased range is 10.75%. And, main business income
situation:
Amount unit: Ten thousand Yuan project 2014 year 2013 year increases other volume
plaster tablet 707,094.52 634,639.20 72,455.32 keel 61,012.65 58,272.33 2,740.32
product 45,358.47 40,375.18 4,983.29 project and service 6,920.79 7,375.98 -455.19
increment duty subsidy income 3,700.84 3,327.54 373.30 equals 824,087.27 743,990.23
80,097.04 growth the primary causes: First, the company deepens the focus strategy
, to promote the region product marketing and profitability omni-directionally,
takes the customer as the center builds "the entire product entire service" the
strategic business management unit; Second, the company strengthens the market
layout, gives full play to the brand superiority, carries on the segmentation to
the produce market; Causes the plaster tablet and keel sales volume grows
continually, causes the company to sell the business income to have the growth.
2nd, this year merges the overhead cost to increase 552 million Yuan compared to
the same period last year, the increased range is 10.48%. And, main business
operational cost situation:
Amount unit: Ten thousand Yuan project 2014 year 2013 year increases other volume
plaster tablet 492,430.72 439,058.22 53,372.50 keel 45,316.39 44,223.92 1,092.47
product 35,286.58 34,125.86 1,160.72 projects and services 5,571.59 5,394.04 177.55
equals 578,605.28 522,802.04 55,803.24 growth the primary causes: Along with the
expansion of company sales size, the company staple product plaster tablet and keel
sales volume increase, cause the total overhead cost to rise. But because the
company actively promotes the cost saving plan, in the purchase link, burnt the
change of material price to carry on the buying plan to adjust according to the

market at the right moment and continuously reduces the procurement cost through price ratio and other ways in every way; In the production link, reduces the unit consumption through the technical research and development and technical transformation and fine refined production management; Causes the overhead cost growth proportion to be lower than the business income growth proportion.

3rd, this year merges the trading profit to increase 153 million Yuan compared to the same period last year, the increased range is 11.42%, primary cause of growth: First, the company deepens the focus strategy , to promote the region product marketing and profitability omni-directionally, takes the customer as the center builds "the entire product entire service" the strategic business management unit; Second, the company strengthens the market layout, gives full play to the brand superiority, carries on the segmentation to the produce market; Causes the staple product plaster tablet and keel sales volume continues to increase, the selling profits increase. Second, the company actively promotes the cost saving plan, in the purchase link, burnt the change of material price to carry on the buying plan to adjust according to the market at the right moment and continuously reduces the procurement cost through price ratio and other ways in every way; In the production link, reduces the unit consumption through the technical research and development and technical transformation and fine refined production management; Causes the product cost to drop, causes the product profitability enhancement.

4th, during this year merges, the expense increases 115 million Yuan compared to the same period last year, the increased range is 13.17%, the selling expenses increase 1,019.48 ten thousand Yuan, the overhead charge to increase 9,491.62 ten thousand Yuan, the financial expenses increase 9,828,800 Yuan.

Primary cause that the selling expenses grow: First, company staple product plaster tablet business volume expands, the transportation and rental expenses increase correspondingly; Second, the company intensifies the sales dynamics, the focus region, focuses one, the sales personnel salary increases, causes the labor cost to have the growth.

Primary cause that the overhead charge grows: First, because the company strengthens the investment of technical research and development, the scientific research expense increases; Second, the company carries on the plaster tablet industrial distribution around the country, additionally built the company management structures and personnel, causes organization labor cost, taxes and fees and land amortization and other expenses to increase.

Primary cause that the financial expenses grow: The company controls stock the subsidiary company Taishan gypsum limited liability company production operation scale to expand, the financing scale has the growth, causes the interest expense to increase is the result.

5th, the sound value change income is 8,324,800 Yuan, is the constitutive deposit end of the period that the company this issue purchases has not expired to redeem the part the interest return, same time last year did not have this matter item.

6th, this year merges the investment yield to increase 3,254,800 Yuan compared to the same period last year.

Amount unit: Investment yield of ten thousand Yuan project 2014 year 2013 year amount of increase equity method calculation 515.70 347.32 168.38 by cost law calculation was announced the distribution by the investment unit profit - - - handling by sound value measurement, and its change includes investment yield 300.60 21.41 279.19 handling that when the time profit and loss' monetary assets

obtain have to investment yield that due investment obtains - investment yield -49.94 34.73 -84.67 handling that 82.96 -82.96 handling long-term equity investments have may for the investment yield that the sell monetary assets obtain 45.55 - 45.55 equal the primary cause that 811.91 486.42 325.49 merge investment yields grow: First, company holds share of the corporation profit to increase, the investment yield that the corresponding idea proposes increases; Second, the bank financing product that company this issue purchases had the income to compare increased last time.

7th, this year merges outside business the revenue and expenditure net amount to increase 7,020.62 ten thousand Yuan compared to the same period last year, grows 67.56%. Primary cause of growth is the public assistance that because company this year obtains increases is the result.

8th, this year net profit increases 211 million Yuan compared to the same period last year, grows 16.78%; This year merges the ownership to increase 2.10 Yuan in the parent company net profit compared to the same period last year, the growth is 22.08%. Rejects ownership after non-regular profit and loss to increase 152 million Yuan in the parent company net profit compared to the same period last year, the growth is 18.56%.

Primary cause that the net profit grows: First, the company deepens the focus strategy , to promote the region product marketing and profitability omni-directionally, takes the customer as the center builds "the entire product entire service" the strategic business management unit; Second, the company strengthens the market layout, gives full play to the brand superiority, carries on the segmentation to the produce market; Causes the staple product plaster tablet and keel sales volume continues to increase, the selling profits increase. Second, the company actively promotes the cost saving plan, in the purchase link, burnt the change of material price to carry on the buying plan to adjust according to the market at the right moment and continuously reduces the procurement cost through price ratio and other ways in every way; In the production link, reduces the unit consumption through the technical research and development and technical transformation and fine refined production management; Causes the product cost to drop, causes the product profitability enhancement. Third, because the company this year obtains the public assistance to increase.

Third, cash flow analysis amount unit: The cash flow net amount that the cash flow net amount 124,267.91 -46,688.76 170,956.67 cash and that the cash equivalent net gaining volume 40,255.88 8,264.70 31,991.18 1, operative activities the cash flow net amount -240,870.98 -95,523.35 -145,347.63 investors recognizes that the cash flow net amount 156,873.92 150,522.49 6,351.43 investment activities that ten thousand Yuan project 2014 year 2013 year amount of increase operative activity has have produce have increases 0.64 Yuan compared to the same period last year, grows 4.22%. The company this issue repays the Chinese building materials limited liability company to loan 29,206 ten thousand Yuan, deducts this part of influences, the cash flow net amount that the operative activity has increases 356 million Yuan compared to the same period last year, grows 23.62%. Primary cause of growth: First, company regional plaster tablet production lines put into production one after another, the plaster tablet customer scale expands unceasingly, the cash that the sales commodity receives increases; Second, because burnt the acquisition of material cost drop to cause the purchase commodity payment the cash the increased range to be compared to the same period last year low. The above two

reasons cause the cash flow net amount that operative activity has to have the growth compared to the same period last year.
2nd, the cash flow net amount that investment activity has reduces 1.453 billion Yuan compared to the same period last year, drops 152.16%. Primary cause of drop: First, buying that company regional gypsum production line this year have constructs the cashes of other fixed assets, the intangible assets and long-term property payments increases compared to the same period last year; Second, because the company purchases the bank financing product disbursement to increase; Third, the company purchases the northern new house minority interests funds and purchases Will (Liaoning) environmental protection material limited company stockholder's rights payment cash, same time last year did not have this matter item. The above three reasons cause the cash flow net amount that investment activity has to drop.
3rd, the cash flow net amount that investors recognize has increases 1.71 billion Yuan compared to the same period last year, grows 366.16%. Primary cause of growth: The company this issue completes the direction detection to issue additionally the work, receives to raise the fund to be the result.

Fourth, the main profitability quite major targets or quotas in 2014 in 2013 merge the caliber merge caliber sale ratio of margin 29.90% 29.73% cost profit margin 24.38% 23.40% sale net profit rate 17.71% 16.80% net rate of return 21.24% 23.28% each incomes (Yuan) the 1.818 1.574 total assets return rate 15.40% 16.11% third part of companies at the end of the year the financial situation the inherent responsibilities international accounting firm audit confirmation that invites after the company "Merge Balance sheet", this year end the merge gross asset is 13.373 billion Yuan, the net assets will be 8.525 billion Yuan, will belong to parent company's net assets is 7.208 billion Yuan.
In 2014 merges the profit report simple list amount unit: Ten thousand Yuan asset merger debt and ownership interest merge end of the period opening end of the period opening current assets 502,921.66 312,409.48 current liability 430,530.17 443,061.80 in which: By sound value measurement, and its change includes the working as time profit and loss monetary assets 117,832.48 in which: Other the short money 216,200.00 277,872.00 receivable fund 23,281.24 24,940.53 current liabilities 60,000.00 store goods 162,935.04 143,695.21 non-current liability 54,211.00 72,658.71 nonliquid asset 834,334.65 746,483.21 in which: Long-term loan 4,005.00 21,945.00 in which: The long-term investment 12,008.87 11,719.24 special should pay money 603.59 760.18 fixed asset 586,624.84 563,208.43 debts to equal 484,741.17 515,720.51 construction in progress 111,107.37 64,285.40 ownership interest 852,515.14 543,172.18 intangible asset 111,876.61 94,032.89: The capital stock 70,699.08 57,515.00 capital surplus 247,633.60 50,831.60 ownerships 720,823.86 425,024.07 equaled 1,337,256.31 1,058,892.69 to equal 1,337,256.31 1,058,892.69 one, property situations to cut off on December 31, 2014 in the parent company ownership interest, the company merged the total assets 13.373 billion Yuan, compared with the beginning of the year total assets, increases 2.784 billion Yuan, the primary cause of growth: First, the company account receivable fund re-steams and completes the direction detection to issue additionally the work to receive to raise the fund, causes the end of the period monetary fund to increase; Second, company uses the part to leave unused temporarily collects the fund purchase constitutive deposit, causes the end of the period by the sound value measurement, and its change includes, when the time profit and loss' monetary

assets increase; Third, company carries on the plaster tablet industrial
distribution in the nation, is constructing the production line increases as well
as to the R&D center items of basic construction (an issue) the investment to
increase, causes the construction in progress to have the growth. Fourth, company
regarding the project construction that the principal work expansion industrial
scale carries on, begins in this year one after another and progress is rapid, the
fixed asset and intangible asset investment amount increases correspondingly;
Fifth, because the corporate business scale expands, the goods in stock reserve
increases correspondingly.
Second, debt cut off on December 31, 2014, the company merged the debt is 4.847
billion Yuan, reduced 310 million Yuan compared to the beginning of the year.
Primary cause of drop: First, the company acts according to collects the fund use
plan, this issue repays the bank loan 63,500 ten thousand Yuan, causes the short
money to reduce; Second, company this issue returns the Chinese building materials
limited liability company's loan 29,206 ten thousand Yuan, causes other to pay
money to reduce. Moreover the company issued 600 million Yuan short-term
accommodation bill through the national inter-bank bond market in March 11, 2014
publicly, caused other current liabilities to increase 600 million Yuan.
Third, ownership interest cut off on December 31, 2014, the merge ownership in the
parent company shareholder rights was 7.208 billion Yuan, increased 2.958 billion
Yuan compared to the beginning of the year. Primary cause of growth: The company
completes the direction detection to issue additionally the work, capital stock and
capital surplus increases 2.094 billion Yuan; This issue completes the purchase
subsidiary company northern new house minority shareholder stockholder's rights to
cause the capital surplus to increase 5,320,800 Yuan; This issue realizes the net
profit to increase the shareholder rights 1.105 billion Yuan, the extraction legal
earnings common reserve fund 0.53 Yuan, the assignment previous year the cash
dividends reduces the shareholder rights 247 million Yuan.
Fourth, collects the fund service condition about approving the reply of
Beixinjituan building materials limited liability company non-public release
company stock after China Securities Regulatory Commission "(http:
//www.csrc.gov.cn/pub/zjhpublic/G00306202/201301/t20130104_220005.htm" \ t
"_blank)" (card jail permitted that the [2014]902 number) approves, the company in
September, 2014 in the shenzhen securities exchange to the social public public
release Renminbi common share (A stocks) 131,840,796, the wholesale price will be
16.08 Yuan/share, will collect the capital investment is the Renminbi
2,119,999,999.68 Yuan, will deduct sells on consignment Bulgaria to recommend other
expenses, the facilitating agency expenses and release expenses (hereafter refers
to as release expense) Renminbi 25,814,494.60 Yuan, will collect the net capital
actually for the Renminbi 2,094,185,505.08 Yuan.
By December 31, 2014, this company used to collect the fund Renminbi
1,943,064,501.62 Yuan (is this year use): The use part leaves unused temporarily
raises the fund to carry on the cash management disbursement Renminbi
1,170,000,000.00 Yuan, the investment collects the fund project Renminbi
773,064,501.62 Yuan. Collects fund interest return and net amount Renminbi
2,736,276.73 Yuan after the cash management income deduction bank charges
disbursement, the collecting fund that has not paid produced other organization
expenses and release expense Renminbi 182,384.37 Yuan.
By December 31, 2014, collected the fund special bank account remaining sum is the

Renminbi 154,039,664.56 Yuan, collected the fund remaining sum Renminbi
151,121,003.46 Yuan actually.
Collects the fund use plan according to the company, raises the fund mainly to
invest five projects. The current period company altogether invests collects the
fund 773,064,501.62 Yuan, the investment collects the fund 773,064,501.62 Yuan.
Solicited throws project implementation are as follows:
1st, building materials base construction project: This year invests the fund
Renminbi 45,296,203.85 Yuan, investment fund Renminbi 45,296,203.85 Yuan: By
December 31, 2014, the Tianjin Building materials base construction project used to
collect the fund 12,208,319.51 Yuan; The Yiliang building materials base
construction project raises fund to use 2,105,284.03 Yuan; The Jiaxing Building
materials base construction project has used to collect the fund 30,982,600.31
Yuan.
2nd, structure reinforcing steel items of basic construction: Therefore the project
still at the plan, this issue has not used to raise the fund.
3rd, R&D center items of basic construction (an issue): By December 31, 2014,
raised the fund to use 86,393,678.08 Yuan.
4th, platform items of basic construction: This year invests fund Renminbi
6,374,619.69 Yuan.
5th, repayment bank loan: This year invests fund Renminbi 635,000,000.00 Yuan. This
project has fully completed.
Fifth, financial situation target project at the end of 2014 at the end of 2013
merges the merge credit capacity:
Property ratio of debt to net worth 36.25% 48.70% current ratio 1.17 0.71 quick
ratio 0.79 0.38 asset management capabilities:
Total assets turnover number of times 0.69 0.74 account receivable turnover number
of times 25.77 24.03 stock turn number of times 3.77 3.94 development abilities:
The state capital store of value value-added rate 169.60% 120.49% property
value-added rate 26.29% 12.43% fourth part of companies are connected the side
situation

First, connection intercourse situation amount unit: Ten thousand Yuan item of item
of ending balance opening balance account receivable 1,576.80 1,662.36 imprest fund
74.23 81.37 account payable 827.46 906.83 advance receipt fund 60.65 24.69 other
should pay money 550.51 31,479.94 interest payable 1,573.43 two, connection
transaction amount units: Ten thousand Yuan project 2014 year 2013 year amount of
increase sale commodity, provided the service 822.51 797.28 25.23 purchase
commodities, to accept the service 3,536.52 6,509.39 -2,972.87 hiring income 257.59
188.90 68.69 to rent cost 62.04 51.12 10.92 three, connection guarantee by December
31, 2014, the company not merged outside the scope to be connected guarantee.

The fifth part of companies invest situation one, long-term equity investment
company combined statements long-term equity investment are 120 million Yuan.
Unit: Ten thousand Yuan have not been included in the merge scope the long-term
equity investment data sheet investment unit initial outlay ownership percentage at
the end of 2014 net investment and investment unit of initial ratio equity method
calculation:
The bright light special crystal technological progress limited company 2,054.77
41% 2,769.40 1.35 Nanjing Washington D.C. assets operation and management limited

company 6,197.53 29.677% 5,000.63 0.81 Wuhan technical light branch limited liability company 1,160.30 18.08% 4,238.83 3.65 Xinjiang Tianshan building materials gypsum product limited liability company 500.00 25% 0.00 0.00 Beijing New Material architectural design Research institute limited company 285.15 47.53% 0.00 0.00 long-term investments equal 10,197.75 12,008.86 1.18 two, to be possible for the sell monetary assets situation company combined statements to be possible to supply the sell monetary assets are 0.18 Yuan.

Unit: Ten thousand Yuan may supply the sell monetary assets capital data sheet investment unit initial outlay ownership percentage at the end of 2014 investment net worth and investment unit of initial ratio cost law calculation:

Drops a message with guarantee limited company 1,000.00 1% 887.52 0.89 Beijing creates east the environmental protection equipment limited liability company 867.00 9.51% 827.18 0.95 Beijing world the ultra hard material limited liability company 450.00 15% 104.36 0.23 to equal 2,317.00 1,819.06 0.79 to explain that green 1:2014 year revision "Business accounting Criterion No. 2 - Long-term Equity investment" stipulated that the company to did not have by the investment unit the control, the joint control or the major impact, and does not have the long-term equity investment that in the active market the quoted price and sound value cannot measure reliably, according to "Business accounting Criterion No. 22 - Financial instruments Confirmed And Measurement" include "may supply sell monetary assets" subject and according to cost lawCalculation. This company acts according to above stipulated that will drop a message to with the guarantee limited company and Beijing creates east the environmental protection equipment limited liability company and Beijing world the long-term equity investment residual cost adjustment of ultra hard material limited liability company to include green "may supply sell monetary assets" project, no longer includes "long-term equity investment" subject. Meanwhile has made the backward adjustment to the beginning of the year number of current period balance sheet.

Explained 2: Northern new technological progress limited company stockholder's rights have transferred in this year.

Third, material item investment unit: Ten thousand Yuan investment unit project name budget total investment at the end of 2014 investment amount note northern new building materials R&D center items of basic construction (an issue) 66,991.00 15,728.70 wall plate two 15,229.00 6,341.89 outside the constructing northern new building materials northern new green house (Jiaxing) plaster tablet project 11,113.00 4,060.11 in the constructing northern new building materials northern new building materials (Quanzhou) plaster tablet project 8,137.00 740.31 in the constructing northern new building materials northern new building materials (Tianjin) plaster tablet project 20,367.00 2,820.55 in the constructing northern new building materials northern new building materials (Hunan) plaster tablet project 11,782.00 535.95 in the constructing northern new building materials northern new building materials (Kunming) plaster tablet project 11,930.00 220.10 in the constructing northern new building materials northern new building materials are constructing TaishanThe gypsum Taishan gypsum (Fujian) plaster tablet project 11,810.00 11,657.84 are constructing the Taishan gypsum Taishan gypsum (Jilin) plaster tablet project 11,956.00 419.21 to construct the Taishan gypsum Taishan gypsum (Guangxi) plaster tablet project 11,121.00 6,795.59 to construct the Taishan gypsum Taishan gypsum (Jiyuan) plaster tablet project 12,118.00 4,835.27 to

construct the Taishan gypsum Taishan gypsum (Xiangyang) plaster tablet project 11,212.00 1,069.21 to construct the Taishan gypsum Taishan gypsum (Gansu) plaster tablet project 8,934.00 75.02 to construct other sixth part of matters of strategy

1st, by this financial report date, northern new building materials and respective second-level subsidiary company--Taishan gypsum limited liability company to the US about using Chinese plaster tablet lawsuit event, northern new building materials is inefficient temporarily, Taishan gypsum, because it has not participated in the ruling debtor who the Louisiana east district federation court of appeal carries on to examine, the American court of appeal determines the Taishan gypsum contempt of court, ordered the Taishan gypsum to pay a plaintiff acting attorney 15,000 dollars attorney to spend, orders the Taishan gypsum to pay 40,000 dollars to take the fine of contempt of court behavior, and determined the any connection side either the subsidiary company of Taishan gypsum as well as Taishan gypsum is forbidden to carry on any trade activity in the US or, only if the Taishan gypsum participated in this trial program, if the Taishan gypsum violated the injunctive, must pay his or it violates the bookConnection side that ordered violated 25% as the further fine that the behavior gained in the past. In this current period, the northern new building materials and Taishan gypsum limited liability company pays the attorney expense total 11,914,058.92 Yuan to deal with this lawsuit.
2nd, company this issue acquires this company subordinate subsidiary company northern new house limited company the minority shareholder stockholder's rights, purchases the equity ratio is 17.50%, the purchase value is 37,194,762.50 Yuan, the above minority interests in the sound value of purchase point in time continually measurement are 42,515,555.35 Yuan; The acquisition has fully completed in September, 2014, after the purchase completes, this company has the northern new house limited company 100.00% stockholder's rights.
3rd, other matters of strategy that company cannot explain.

The seventh part of balance sheets in the future item (1) about plaster tablet lawsuit event progressed this company to issue with March 13, 2015 newly to the US about using Chinese plaster tablet lawsuit event announcement that progressed newly, the announcement primary coverage was:
1. this company second-level subsidiary company Taishan gypsum limited liability company decided that pays "other sixth part of matter of strategy 1st items" to state plaintiff acting attorney 15,000 US dollar and contempt of court behavior that fine 40,000 US dollars, (has paid contempt of court behavior fine 40,000 US dollars to American Court). And, Taishan gypsum limited liability company agreed that pays this lawsuit event earlier period go by default amount of indemnification 2,758,356.52 US dollars and from Maythat 2010 is made by American Court the interest of computation; But the Taishan gypsum limited liability company declared that its agreement pays the above fund not to approve the go by default content of this lawsuit event on behalf of the mountain gypsum limited liability company, takes this and other measures to only apply to abolish the contempt of court to order and after the cancellation contempt of court ordered participated in answering a charge of plaster tablet lawsuit event and carries on the plea.
2. Before this company, has not participated in trying of American plaster tablet law case, considered that so far the lawsuit progress, this company invited internal and external law office to represent this company to answer a charge and

carry on the plea in the plaster tablet law case, to maintain the own rights of this company.
(2) According to the company board of directors 2014 year dividend assignment plan, the company planned to take December 31, 2014 stock total amount 70,699.0796 ten thousand as the cardinal number, distributed the cash bonus 4.25 Yuan to all shareholders according to every 10 (including tax), it is estimated that will assign the cash dividends 30,047.11 ten thousand Yuan, this dividend allocative decision still needed the company 2014 AGM to pass. Meanwhile increases 10 to all shareholders every 10 extensions by the capital common reserve fund, the sum total extension increases 706,990,796.
(3) Other balance sheets that the company cannot explain in the future item.

Asked fellow trustees to consider.

Financial person in charge: Yang Yanjun on March 18, 2015

8


 --- Summary Information ---
1: 936 PID_TITLE: The Beixinjituan building materials limited liability companyis secret* PID_SUBJECT:
PID_AUTHOR: Du Xin PID_KEYWORDS:
PID_TEMPLATE: Normal PID_LASTAUTHOR: dh PID_REVNUMBER: 851 PID_APPNAME: Microsoft Office Word PID_EDITTIME: Thu Jan 04 09:22: 00 CST 1601 PID_LASTPRINTED: Tue Mar 05 21:54: 00 CST 2013 PID_CREATE_DTM: Sun Mar 13 20:38: 00 CST 2011 PID_LASTSAVE_DTM: Sun Mar 15 19:34: 00 CST 2015 PID_PAGECOUNT: 13 PID_WORDCOUNT: 1974 PID_CHARCOUNT: 11255 PID_SECURITY: 0

 --- Document Summary Information ---
PID_CODEPAGE: 936 PID_COMPANY:
PID_LINECOUNT: 93 PID_PARCOUNT: 26 17: 13203 23: 917504 PID_SCALE: false
PID_LINKSDIRTY: false 19: false 22: false 1: 936

北新集团建材股份有限公司

# 2014度财务决算报告

各位董事：

受公司委托，我向董事会作 2014 年度财务决算报告，请予审议。

2014 年是中国宏观经济持续下行的一年，也是公司在经营上面临巨大挑战的一年，在中国建材的正确指导和公司董事会的坚强领导下，公司全面推进深度管理整合、推进业务转型升级，认真推行"整合优化、增效降债"指导思想和"稳价、降本、收款"三大主线，克服了市场需求不足，整体增长乏力的困难，继续保持了较快增长。在激烈的市场竞争中，全体干部员工抓住机遇、锐意进取，团结拼搏，实现了公司经营质量不断提高。

2014 年公司实现营业收入和净利润的"双增长"。实现营业收入 82.95 亿元，同比增长 10.75%；实现净利润 14.69 亿元，同比增长 16.78%；实现归属于母公司净利润 11.05 亿元，同比增长 22.08%。公司高度关注经营质量，本年度实现经营活动净现金流量 15.69 亿元，同比增长 4.22%；本年度应收账款周转率 25.77 次，同比增长 7.24%；通过提高资金管理水平，借助增发，有效降低公司资产负债率，截止期末资产负债率降至 36.25%，同比下降 12.45 个百分点。

以下从七个部分对公司的财务决算情况进行汇报。

## 第一部分　公司会计报表合并范围和有关变化情况

### 一、本年度公司合并报表范围及变动情况

（一）本年度纳入公司合并报表范围的有 70 家公司，其中：二级子公司有 26 家。

金额单位：万元

| 合并二级子公司基本情况表 | | | | | |
|---|---|---|---|---|---|
| 公司名称 | 持股比例 | 注册资金 | 原始投资 | 2014 年末净资产额 | 2014 年度净利润 |
| 泰山石膏股份有限公司 | 65% | 15,562.50 | 11,765.25 | 352,275.75 | 102,050.54 |
| 北新房屋有限公司 | 100% | 20,000.00 | 18,994.41 | 20,674.82 | 2,555.23 |

1

| | | | | | |
|---|---|---|---|---|---|
| 宁波北新建材有限公司 | 100% | 1,500.00 | 1,500.00 | 12,736.06 | 5,104.46 |
| 太仓北新建材有限公司 | 100% | 6,000.00 | 6,000.00 | 17,741.65 | 5,004.11 |
| 肇庆北新建材有限公司 | 100% | 2,000.00 | 2,000.00 | 5,859.03 | 3,473.80 |
| 广安北新建材有限公司 | 100% | 2,684.82 | 2,684.82 | 9,830.52 | 5,276.30 |
| 湖北北新建材有限公司 | 100% | 1,500.00 | 1,500.00 | 10,504.67 | 5,393.07 |
| 平邑北新建材有限公司 | 100% | 2,000.00 | 2,000.00 | -88.99 | -684.21 |
| 故城北新建材有限公司 | 85% | 1,500.00 | 1,275.00 | 6,862.51 | 5,012.91 |
| 镇江北新建材有限公司 | 100% | 1,500.00 | 1,500.00 | 8,716.05 | 3,159.44 |
| 新乡北新建材有限公司 | 100% | 1,500.00 | 1,500.00 | 8,644.56 | 3,845.90 |
| 淮南北新建材有限公司 | 100% | 1,500.00 | 1,500.00 | 1,211.37 | 488.79 |
| 北新绿色住宅有限公司 | 100% | 8,000.00 | 8,000.00 | 4,189.52 | -1,231.59 |
| 苏州北新矿棉板有限公司 | 100% | 2,000.00 | 3,200.00 | -279.77 | -386.64 |
| 北新住宅产业有限公司 | 100% | 5,000.00 | 5,000.00 | 4,396.36 | 150.32 |
| 北新建塑有限公司 | 55% | 10,000.00 | 5,500.00 | -1,128.55 | -1,533.69 |
| 北新建材(天津)有限公司 | 100% | 5,000.00 | 5,000.00 | 3,646.88 | -762.24 |
| 北新建材(泉州)有限公司 | 100% | 1,500.00 | 1,500.00 | 1,501.56 | -0.56 |
| 北新建材(嘉兴)有限公司 | 100% | 10,000.00 | 10,000.00 | 9,666.53 | -314.16 |
| 北新建材(昆明)有限公司 | 100% | 1,500.00 | 1,500.00 | 1,494.64 | -5.36 |
| 北新建材(陕西)有限公司 | 100% | 1,500.00 | 1,500.00 | 1,500.45 | 0.45 |
| 北新建材(湖南)有限公司 | 100% | 1,500.00 | 1,500.00 | 1,500.76 | 0.76 |
| 北京北新晨龙装饰工程有限公司 | 100% | 700.00 | 781.66 | 803.73 | 2.13 |
| 北京东联投资有限公司 | 100% | 3,579.38 | 11,454.00 | 69,935.38 | 11,455.69 |
| 中建材创新科技研究院有限公司 | 100% | 5,000.00 | 5,000.00 | 4,056.46 | -780.35 |
| 北京新材料孵化器有限公司 | 60% | 500.00 | 300.00 | 383.14 | -0.99 |
| 合计 | | 112,455.14 | 112,430.89 | 556,635.09 | 147,274.11 |

（二）本年度合并报表范围变化情况及原因

　　1、本年度新增纳入合并会计报表编制范围的二级子公司为：本年度投资成立的北新建材(陕西)有限公司、北新建材(湖南)有限公司共 2 家公司。

　　2、本年度新增纳入合并会计报表范围的三级子公司 5 家：公司控股子公司-泰山石膏股份有限公司本年度投资成立泰山石膏（广西）有限公司、泰山石膏（襄阳）有限公司、泰山石膏（东营）有限公司、泰山石膏（宣城）水泥缓凝剂有限公司共 4 家公司。公司控股子公司-泰山石膏股份有限公司本年度收购威尔达（辽宁）环保材料有限公司。

　　3、本年度合并范围减少的三级子公司 2 家：公司控股子公司-泰山石膏股份有限公司本年度注销了泰安泰山环保建材有限公司和山东泰和光能有限公司。

2

## 第二部分   报告期经营成果实现情况

### 一、公司主要经营指标完成情况

经公司聘请的天职国际会计师事务所审计确认，本年度公司合并营业总收入为 82.95 亿元，比上年同期增加 8.05 亿元，增幅为 10.75%；营业利润为 14.89 亿元，比上年同期增加 1.53 亿元，增幅为 11.42%；净利润为 14.69 亿元，比上年同期增长 2.11 亿元，增幅为 16.78%，归属于母公司净利润为 11.05 亿元，比上年同期增加 2.00 亿元，增幅为 22.08%，剔除非经常损益后归属于母公司净利润为 9.70 亿元，比上年同期增加 1.52 亿元，增幅为 18.56%。

合并损益主要项目增减变动情况如下：

金额单位：万元

| 2014 年合并损益情况（简表） | | | | |
|---|---|---|---|---|
| 项目 | 2014 年度 | 2013 年度 | 增减额 | 增减率 |
| 一、营业总收入 | 829,503.22 | 749,008.28 | 80,494.94 | 10.75% |
| 二、营业总成本 | 682,293.43 | 615,901.70 | 66,391.73 | 10.78% |
| 其中：营业成本 | 581,488.17 | 526,319.99 | 55,168.18 | 10.48% |
| 营业税金及附加 | 1,776.34 | 1,789.96 | -13.62 | -0.76% |
| 销售费用 | 29,342.56 | 28,323.08 | 1,019.48 | 3.60% |
| 管理费用 | 51,757.58 | 42,265.96 | 9,491.62 | 22.46% |
| 财务费用 | 17,671.27 | 16,688.39 | 982.88 | 5.89% |
| 资产减值损失 | 257.50 | 514.32 | -256.82 | -49.93% |
| 公允价值变动收益 | 832.48 | | 832.48 | |
| 投资收益 | 811.90 | 486.42 | 325.48 | 66.91% |
| 三、营业利润 | 148,854.17 | 133,593.00 | 15,261.17 | 11.42% |
| 加：营业外收入 | 18,313.28 | 13,372.34 | 4,940.94 | 36.95% |
| 减：营业外支出 | 900.73 | 2,980.41 | -2,079.68 | -69.78% |
| 四、利润总额 | 166,266.72 | 143,984.93 | 22,281.79 | 15.48% |
| 减：所得税费用 | 19,354.07 | 18,178.57 | 1,175.50 | 6.47% |
| 五、净利润 | 146,912.66 | 125,806.36 | 21,106.30 | 16.78% |
| 其中：归属于母公司所有者的净利润 | 110,545.16 | 90,550.98 | 19,994.18 | 22.08% |
| 剔除非经常性损益后归属于母公司净利润 | 96,989.85 | 81,803.42 | 15,186.43 | 18.56% |

3

BNBMPLC-E-0019397

## 二、损益表主要项目分析：

1、本年度合并营业总收入比上年同期增加 8.05 亿元，增幅为 10.75%。其中，主营业务收入情况：

金额单位：万元

| 项目 | 2014 年度 | 2013 年度 | 增加额 |
|---|---|---|---|
| 石膏板 | 707,094.52 | 634,639.20 | 72,455.32 |
| 龙骨 | 61,012.65 | 58,272.33 | 2,740.32 |
| 其他产品 | 45,358.47 | 40,375.18 | 4,983.29 |
| 工程及劳务 | 6,920.79 | 7,375.98 | -455.19 |
| 增值税补贴收入 | 3,700.84 | 3,327.54 | 373.30 |
| 合计 | 824,087.27 | 743,990.23 | 80,097.04 |

增长的主要原因：一是公司深化聚焦战略，全方位提升区域公司市场营销和盈利能力，以客户为中心打造"全产品全业务"的战略业务经营单元；二是公司加强市场布局，充分利用品牌优势，对产品市场进行细分；使得石膏板和龙骨销量持续增长，导致公司主营业务收入有所增长。

2、本年度合并营业成本比上年同期增加 5.52 亿元，增幅为 10.48%。其中，主营业务成本情况：

金额单位：万元

| 项目 | 2014 年度 | 2013 年度 | 增加额 |
|---|---|---|---|
| 石膏板 | 492,430.72 | 439,058.22 | 53,372.50 |
| 龙骨 | 45,316.39 | 44,223.92 | 1,092.47 |
| 其他产品 | 35,286.58 | 34,125.86 | 1,160.72 |
| 工程及劳务 | 5,571.59 | 5,394.04 | 177.55 |
| 合计 | 578,605.28 | 522,802.04 | 55,803.24 |

增长的主要原因：随着公司销售规模的扩大，公司主产品石膏板及龙骨销量增加，导致总营业成本上升。但由于公司积极推行成本节约计划，在采购环节中，适时根据市场原燃材料价格的变动进行采购计划调整和通过多方比价等方式不断降低采购成本；在生产环节中，通过技术研发及技术改造和精细化生产管理降低单位消耗；导致营业成本增长比例低于营业收入增长比例。

3、本年度合并营业利润比上年同期增加 1.53 亿元，增幅为 11.42%，增长的主要原因：一是公司深化聚焦战略，全方位提升区域公司市场营销和盈利能力，以客户为中心打造"全产品全业务"的战略业务经营单元；二是公司加强市场布局，充分利用品牌优势，对产品市场进行细分；导致主产品石膏板和龙骨销售量持续增加，销售利润增加。二是公司积极推行成本节约计划，在

4

采购环节中，适时根据市场原燃材料价格的变动进行采购计划调整和通过多方比价等方式不断降低采购成本；在生产环节中，通过技术研发及技术改造和精细化生产管理降低单位消耗；导致产品制造成本下降，使得产品盈利能力增强。

4、本年度合并期间费用比上年同期增加 1.15 亿元，增幅为 13.17%，其中，销售费用同比增加 1,019.48 万元，管理费用同比增加 9,491.62 万元，财务费用同比增加 982.88 万元。

销售费用同比增长的主要原因：一是公司主产品石膏板业务规模扩大，运输、租金费用相应增加；二是公司加大销售力度，聚焦区域、聚焦一线，销售人员薪酬增加，导致人工成本有所增长。

管理费用同比增长的主要原因：一是由于公司加强技术研发的投入，科研费用增加；二是公司在全国范围进行石膏板产业布局，增设了公司管理机构和人员，导致机构人工成本、税费、土地摊销等费用增加。

财务费用同比增长的主要原因：公司控股子公司泰山石膏股份有限公司生产经营规模扩大，融资规模有所增长，使得利息支出增加所致。

5、公允价值变动收益为 832.48 万元，为公司本期购买的结构性存款期末未到期赎回部分的利息收入，上年同期无此事项。

6、本年度合并投资收益比上年同期增加 325.48 万元。

金额单位：万元

| 项目 | 2014年度 | 2013年度 | 增长额 |
|---|---|---|---|
| 权益法核算的投资收益 | 515.70 | 347.32 | 168.38 |
| 以成本法核算的被投资单位宣告分派的利润 | — | — | — |
| 处置以公允价值计量且其变动计入当期损益的金融资产取得的投资收益 | 300.60 | 21.41 | 279.19 |
| 处置持有至到期投资取得的投资收益 | — | 82.96 | -82.96 |
| 处置长期股权投资产生的投资收益 | -49.94 | 34.73 | -84.67 |
| 处置可供出售金融资产取得的投资收益 | 45.55 | — | 45.55 |
| 合计 | 811.91 | 486.42 | 325.49 |

合并投资收益增长的主要原因：一、公司参股公司利润增加，相应计提的投资收益增加；二、公司本期购买的银行理财产品产生收益较上期增加。

7、本年度合并营业外收支净额比上年同期增加 7,020.62 万元，增长 67.56%。增长的主要原

5

因是由于公司本年度取得的政府补助增加所致。

8、本年度净利润比上年同期增加 2.11 亿元，增长 16.78%；本年度合并归属于母公司净利润比上年同期增加 2.00 亿元，增长为 22.08%。剔除非经常性损益后的归属于母公司净利润比上年同期增加 1.52 亿元，增长为 18.56%。

净利润增长的主要原因：一是公司深化聚焦战略，全方位提升区域公司市场营销和盈利能力，以客户为中心打造"全产品全业务"的战略业务经营单元；二是公司加强市场布局，充分利用品牌优势，对产品市场进行细分；导致主产品石膏板和龙骨销售量持续增加，销售利润增加。二是公司积极推行成本节约计划，在采购环节中，适时根据市场原燃材料价格的变动进行采购计划调整和通过多方比价等方式不断降低采购成本；在生产环节中，通过技术研发及技术改造和精细化生产管理降低单位消耗；导致产品制造成本下降，使得产品盈利能力增强。三是由于公司本年获得政府补助有所增加。

## 三、现金流量分析

金额单位：万元

| 项目 | 2014年度 | 2013年度 | 增长额 |
|---|---|---|---|
| 经营活动产生的现金流量净额 | 156,873.92 | 150,522.49 | 6,351.43 |
| 投资活动产生的现金流量净额 | -240,870.98 | -95,523.35 | -145,347.63 |
| 筹资活动产生的现金流量净额 | 124,267.91 | -46,688.76 | 170,956.67 |
| 现金及现金等价物净增加额 | 40,255.88 | 8,264.70 | 31,991.18 |

1、经营活动产生的现金流量净额比上年同期增加 0.64 亿元，增长 4.22%。公司本期偿还中国建材股份有限公司借款 29,206 万元，扣除此部分影响，经营活动产生的现金流量净额比上年同期增加 3.56 亿元，增长 23.62%。增长的主要原因：一是公司各地石膏板生产线陆续建成投产，石膏板产品销售规模不断扩大，销售商品收到的现金同比增加；二是由于原燃材料采购成本的下降导致购买商品支付的现金较上年同期增幅较低。以上两项原因导致经营活动产生的现金流量净额比上年同期有所增长。

2、投资活动产生的现金流量净额比上年同期减少 14.53 亿元，下降 152.16%。下降的主要原因：一是公司各地石膏生产线本年度发生的购建固定资产、无形资产和其他长期资产支付的现金较上年同期有所增加；二是由于公司购买银行理财产品支出增加；三是公司购买北新房屋少数股权款及收购威尔达（辽宁）环保材料有限公司股权支付现金，上年同期无此事项。以上三项原因

6

BNBMPLC-E-0019400

导致投资活动产生的现金流量净额同比下降。

3、筹资活动产生的现金流量净额比上年同期增加 17.10 亿元，增长 366.16%。增长的主要原因：公司本期完成定向增发工作，收到募集资金所致。

## 四、主要获利能力比较

| 主要指标 | 2014 年 | 2013 年 |
|---|---|---|
| | 合并口径 | 合并口径 |
| 销售毛利率 | 29.90% | 29.73% |
| 成本费用利润率 | 24.38% | 23.40% |
| 销售净利率 | 17.71% | 16.80% |
| 净资产收益率 | 21.24% | 23.28% |
| 每股收益（元） | 1.818 | 1.574 |
| 总资产报酬率 | 15.40% | 16.11% |

## 第三部分   公司年末财务状况

经公司聘请的天职国际会计师事务所审计确认的《合并资产负债表》，本年末合并资产总额为 133.73 亿元，净资产为 85.25 亿元，归属于母公司的净资产为 72.08 亿元。

### 2014 年合并资产负债简表

金额单位：万元

| 资产 | 合并 | | 负债及所有者权益 | 合并 | |
|---|---|---|---|---|---|
| | 期末 | 期初 | | 期末 | 期初 |
| 流动资产 | 502,921.66 | 312,409.48 | 流动负债 | 430,530.17 | 443,061.80 |
| 其中：以公允价值计量且其变动计入当期损益的金融资产 | 117,832.48 | | 其中：短期借款 | 216,200.00 | 277,872.00 |
| 应收款项 | 23,281.24 | 24,940.53 | 其他流动负债 | 60,000.00 | |
| 存货 | 162,935.04 | 143,695.21 | 非流动负债 | 54,211.00 | 72,658.71 |
| 非流动资产 | 834,334.65 | 746,483.21 | 其中：长期借款 | 4,005.00 | 21,945.00 |
| 其中：长期投资 | 12,008.87 | 11,719.24 | 专项应付款 | 603.59 | 760.18 |
| 固定资产 | 586,624.84 | 563,208.43 | 负债合计 | 484,741.17 | 515,720.51 |
| 在建工程 | 111,107.37 | 64,285.40 | 所有者权益 | 852,515.14 | 543,172.18 |
| 无形资产 | 111,876.61 | 94,032.89 | 其中：股本 | 70,699.08 | 57,515.00 |
| | | | 资本公积 | 247,633.60 | 50,831.60 |
| | | | 归属于母公司所有者权益 | 720,823.86 | 425,024.07 |
| 合计 | 1,337,256.31 | 1,058,892.69 | 合计 | 1,337,256.31 | 1,058,892.69 |

## 一、资产情况

截止 2014 年 12 月 31 日，公司合并总资产 133.73 亿元，与年初总资产相比，增加 27.84 亿

7

元，增长的主要原因：一、公司应收账款资金回笼及完成定向增发工作收到募集资金，导致期末货币资金增加；二、公司使用部分暂时闲置募集资金购买结构性存款，导致期末以公允价值计量且其变动计入当期损益的金融资产增加；三、公司在全国进行石膏板产业布局，在建生产线增加以及对研发中心建设项目（一期）的投入增加，导致在建工程有所增长。四、公司围绕主业扩大产业规模所进行的项目建设，在本年度相继开工并进展迅速，固定资产和无形资产投资金额相应增加；五、由于公司业务规模扩大，存货储备相应增加。

**二、负债情况**

截止2014年12月31日，公司合并负债为48.47亿元，比年初减少3.10亿元。下降的主要原因：一是公司根据募集资金使用计划，本期偿还银行借款63,500万元，导致短期借款减少；二是公司本期归还中国建材股份有限公司的借款29,206万元，导致其他应付款减少。另外公司于2014年3月11日通过全国银行间债券市场公开发行6亿元人民币短期融资券，导致其他流动负债增加6亿元。

**三、所有者权益**

截止2014年12月31日，合并归属于母公司股东权益为72.08亿元，比年初增加29.58亿元。增长的主要原因：公司完成定向增发工作，股本及资本公积增加20.94亿元；本期完成收购子公司北新房屋少数股东股权导致资本公积增加532.08万元；本期实现净利润增加股东权益11.05亿元，提取法定盈余公积金0.53亿元，分配上年度现金股利减少股东权益2.47亿元。

**四、募集资金使用情况**

经中国证券监督管理委员会《关于核准北新集团建材股份有限公司非公开发行公司股票的批复》（证监许可[2014]902号）核准，公司2014年9月于深圳证券交易所向社会公众公开发行人民币普通股(A股)131,840,796股，发行价为16.08元/股，募集资金总额为人民币2,119,999,999.68元，扣除承销保荐费用、中介机构费用和其他发行费用（以下简称发行费用）人民币25,814,494.60元，实际募集资金净额为人民币2,094,185,505.08元。

截止2014年12月31日，本公司累计使用募集资金人民币1,943,064,501.62元（均为本年度使用），其中：使用部分暂时闲置募集资金进行现金管理支出人民币1,170,000,000.00元，投入募集资金项目人民币773,064,501.62元。募集资金累计利息收入和现金管理收益扣除银行手续

BNBMPLC-E-0019402

费支出后的净额人民币 2,736,276.73 元,尚未支付的募集资金产生的中机构费和其他发行费用人民币 182,384.37 元。

截止 2014 年 12 月 31 日,募集资金专户余额为人民币 154,039,664.56 元,其中实际募集资金余额人民币 151,121,003.46 元。

按公司募集资金使用计划,募集资金主要投资五个项目。报告期公司共投入募集资金 773,064,501.62 元,累计投入募集资金 773,064,501.62 元。募投项目实施情况如下:

1、建材基地建设项目:本年度投入资金人民币 45,296,203.85 元,累计投入资金人民币 45,296,203.85 元;截止 2014 年 12 月 31 日,天津建材基地建设项目累计使用募集资金 12,208,319.51 元;宜良建材基地建设项目募集资金已使用 2,105,284.03 元;嘉兴建材基地建设项目已使用募集资金 30,982,600.31 元。

2、结构钢骨建设项目:因此项目尚在筹备期,本期未使用募集资金。

3、研发中心建设项目(一期):截止 2014 年 12 月 31 日,募集资金已使用 86,393,678.08 元。

4、平台建设项目:本年度累计投入资金人民币 6,374,619.69 元。

5、偿还银行贷款:本年度累计投入资金人民币 635,000,000.00 元。此项目已全部完成。

## 五、财务状况指标

| 项目 | 2014 年末 | 2013 年末 |
|---|---|---|
| | 合并 | 合并 |
| **偿债能力:** | | |
| 资产负债率 | 36.25% | 48.70% |
| 流动比率 | 1.17 | 0.71 |
| 速动比率 | 0.79 | 0.38 |
| **资产管理能力:** | | |
| 总资产周转次数 | 0.69 | 0.74 |
| 应收账款周转次数 | 25.77 | 24.03 |
| 存货周转次数 | 3.77 | 3.94 |
| **发展能力:** | | |
| 国有资本保值增值率 | 169.60% | 120.49% |
| 资产增值率 | 26.29% | 12.43% |

BNBMPLC-E-0019403

### 第四部分  公司关联方情况

#### 一、关联往来情况

金额单位：万元

| 项　目 | 期末余额 | 期初余额 |
|---|---|---|
| 应收账款 | 1,576.80 | 1,662.36 |
| 预付款项 | 74.23 | 81.37 |
| 应付账款 | 827.46 | 906.83 |
| 预收款项 | 60.65 | 24.69 |
| 其他应付款 | 550.51 | 31,479.94 |
| 应付利息 |  | 1,573.43 |

#### 二、关联交易情况

金额单位：万元

| 项目 | 2014年度 | 2013年度 | 增长额 |
|---|---|---|---|
| 销售商品、提供劳务 | 822.51 | 797.28 | 25.23 |
| 购买商品、接受劳务 | 3,536.52 | 6,509.39 | -2,972.87 |
| 出租收入 | 257.59 | 188.90 | 68.69 |
| 承租成本 | 62.04 | 51.12 | 10.92 |

#### 三、关联担保情况

截至 2014 年 12 月 31 日，公司无合并范围外关联担保情况。

### 第五部分  公司投资情况

#### 一、长期股权投资情况

公司合并报表长期股权投资为 1.20 亿元。

单位：万元

| 未纳入合并范围的长期股权投资一览表 | | | | |
|---|---|---|---|---|
| 投资单位 | 初始投资 | 持股比例 | 2014 年末投资净额 | 与 初 始 之比 |
| 权益法核算的投资单位： | | | | |
| 烁光特晶科技发展有限公司 | 2,054.77 | 41% | 2,769.40 | 1.35 |
| 南京华府资产经营管理有限公司 | 6,197.53 | 29.677% | 5,000.63 | 0.81 |
| 武汉理工光科股份有限公司 | 1,160.30 | 18.08% | 4,238.83 | 3.65 |
| 新疆天山建材石膏制品有限责任公司 | 500.00 | 25% | 0.00 | 0.00 |
| 北京新型材料建筑设计研究院有限公司 | 285.15 | 47.53% | 0.00 | 0.00 |
| 长期投资合计 | 10,197.75 | | 12,008.86 | 1.18 |

#### 二、可供出售金融资产情况

10

公司合并报表可供出售金融资产为 0.18 亿元。

单位：万元

| 可供出售金融资产资一览表 | | | | |
|---|---|---|---|---|
| 投资单位 | 初始投资 | 持股比例 | 2014 年末投资净值 | 与初始之比 |
| 成本法核算的投资单位： | | | | |
| 中投信用担保有限公司 | 1,000.00 | 1% | 887.52 | 0.89 |
| 北京绿创环保设备股份有限公司 | 867.00 | 9.51% | 827.18 | 0.95 |
| 北京天地东方超硬材料有限责任公司 | 450.00 | 15% | 104.36 | 0.23 |
| 合计 | 2,317.00 | | 1,819.06 | 0.79 |

说明 1：2014 年修订的《企业会计准则第 2 号—长期股权投资》规定，公司对被投资单位不具有控制、共同控制或重大影响，并且在活跃市场中没有报价、公允价值不能可靠计量的长期股权投资，按照《企业会计准则第 22 号-金融工具确认及计量》列入"可供出售金融资产"科目并按成本法核算。本公司根据以上规定，将对中投信用担保有限公司、北京绿创环保设备股份有限公司、北京天地东方超硬材料有限责任公司的长期股权投资账面净值调整计入"可供出售金融资产"项目，不再列入"长期股权投资"科目。同时对报告期资产负债表的年初数进行了追溯调整。

说明 2：北新科技发展有限公司股权已于本年度转让。

### 三、重要项目投资情况

单位：万元

| 投资单位 | 项目名称 | 预算总投资 | 2014 年末累计投资金额 | 备注 |
|---|---|---|---|---|
| 北新建材 | 研发中心建设项目（一期） | 66,991.00 | 15,728.70 | 在建 |
| 北新建材 | 北新绿色住宅外墙板二线 | 15,229.00 | 6,341.89 | 在建 |
| 北新建材 | 北新建材（嘉兴）石膏板项目 | 11,113.00 | 4,060.11 | 在建 |
| 北新建材 | 北新建材（泉州）石膏板项目 | 8,137.00 | 740.31 | 在建 |
| 北新建材 | 北新建材（天津）石膏板项目 | 20,367.00 | 2,820.55 | 在建 |
| 北新建材 | 北新建材（湖南）石膏板项目 | 11,782.00 | 535.95 | 在建 |
| 北新建材 | 北新建材（昆明）石膏板项目 | 11,930.00 | 220.10 | 在建 |
| 泰山石膏 | 泰山石膏（福建）石膏板项目 | 11,810.00 | 11,657.84 | 在建 |
| 泰山石膏 | 泰山石膏（吉林）石膏板项目 | 11,956.00 | 419.21 | 在建 |
| 泰山石膏 | 泰山石膏（广西）石膏板项目 | 11,121.00 | 6,795.59 | 在建 |
| 泰山石膏 | 泰山石膏（济源）石膏板项目 | 12,118.00 | 4,835.27 | 在建 |
| 泰山石膏 | 泰山石膏（襄阳）石膏板项目 | 11,212.00 | 1,069.21 | 在建 |
| 泰山石膏 | 泰山石膏（甘肃）石膏板项目 | 8,934.00 | 75.02 | 在建 |

BNBMPLC-E-0019405

## 第六部分   其他重要事项

1、截至本财务报告日，北新建材及所属的二级子公司—泰山石膏股份有限公司对美国关于使用中国石膏板诉讼的事件，北新建材方面暂无结果，泰山石膏方面，由于其未参加美国路易斯安那州东区联邦地区法院进行的判决债务人审查，美国地区法院判定泰山石膏藐视法庭，判令泰山石膏支付原告代理律师 1.5 万美金的律师费，判令泰山石膏支付 4 万美金作为藐视法庭行为的罚款，并判定泰山石膏以及泰山石膏的任何关联方或子公司被禁止在美国进行任何商业活动或除非泰山石膏参加本审判程序，如果泰山石膏违反禁止令，必须支付其自身或其违反本判令的关联方违反行为当年盈利的 25%作为进一步的罚款。在本报告期内，北新建材与泰山石膏股份有限公司支付律师费用共计 11,914,058.92 元应对该诉讼。

2、公司本期收购本公司下属子公司北新房屋有限公司之少数股东股权，收购股权比例为 17.50%，收购对价为 37,194,762.50 元，上述少数股权在收购时点持续计量的公允价值为 42,515,555.35 元；收购交易已于 2014 年 9 月全部完成，收购完成后本公司持有北新房屋有限公司 100.00%的股权。

3、公司没有需说明的其他重要事项。

## 第七部分   资产负债表日后事项

(一) 关于石膏板诉讼事件的最新进展

本公司与 2015 年 3 月 13 日发布对美国关于使用中国石膏板诉讼事件的最新进展的公告，公告主要内容为：

1.本公司二级子公司泰山石膏股份有限公司决定支付 "第六部分其他重要事项第 1 项" 中所述的原告代理律师 1.5 万美元、藐视法庭行为的罚款 4 万美元，(已向美国法院支付了藐视法庭行为的罚款 4 万美元)。并且，泰山石膏股份有限公司同意支付此诉讼事件前期由美国法院做出的缺席判决赔偿金额 2,758,356.52 美元及自 2010 年 5 月起计算的利息；但泰山石膏股份有限公司申明，其同意支付前述款项并不代表泰山石膏股份有限公司认可此诉讼事件的缺席判决内容，采取该等措施仅是为了申请撤销藐视法庭判令并在撤销藐视法庭判令后参与石膏板诉讼事件的应诉及进行抗辩。

12

BNBMPLC-E-0019406

2. 本公司之前未参与美国石膏板诉讼案件的审理，考虑到目前诉讼的进展情况，本公司已聘请境内外律师事务所在石膏板诉讼案件中代表本公司应诉并进行抗辩，以维护本公司的自身权益。

（二）根据公司董事会 2014 年度股利分配预案，公司拟以 2014 年 12 月 31 日的股份总额 70,699.0796 万股为基数，按每 10 股向全体股东派发现金红利 4.25 元（含税），预计将分配现金股利 30,047.11 万元，该股利分配方案尚需公司 2014 年度股东大会审议通过。同时以资本公积金向全体股东每 10 股转增 10 股，合计转增 706,990,796 股。

（三）公司没有需说明的其他资产负债表日后事项。

请各位董事审议。

财务负责人：杨艳军

2015 年 3 月 18 日

BNBMPLC-E-0019407