**Partial Translation of BNBMPLC-E-0058974-58995**

**BNBMPLC-E-0058974**

BNBM PLC Investment document No. 62 (2013)                    Issuer: Wang Bing

**Notice on Publishing 3 Regulations,** *the Administrative Measures of the Branches / Subsidiary Companies of BNBM PLC, the Administrative Measures of the External Investments of BNBM PLC*, **and** *the Administrative Measures of the Development and Strategy of BNBM PLC*

All BNBM PLC units:

Based on the stipulations in the *Administrative Measures of the Regulatory Provisions of BNBM PLC*, and taken into consideration the factual situations of the work, the revisions for 2 documents*, the Administrative Measures of the Branches / Subsidiary Companies of BNBM PLC*, and *the Administrative Measures of the External Investment of BNBM PLC,* are hereby specially formulated. Additionally, the Administrative Measures of the Development and Strategy of BNBM PLC was formulated. It is hereby issued to all units, please execute it accordingly. The relevant formal regulations are hereby annulled.

The relevant attachments have been published in the domain where the information of the Company is shared, all units shall timely download and study them. The address for visiting the shared information is: http://info.bnbm.com.cn.

It is hereby specially notified.

Attachments:

1. *the Administrative Measures of the Branches / Subsidiary Companies of BNBM PLC*

2. *the Administrative Measures of the External Investment of BNBM PLC*

MTD Exhibit #161

**WANG: Exhibit 330**

*3. the Administrative Measures of the Development and Strategy of BNBM PLC*

June 18, 2013

**Keywords: Administrative        Branches and Subsidiary Companies        External Investments     Development Strategy    Measures    Notice of Publication**

Department of Administrative Personnel        Printed on June 18, 2013

Recorded by: Jianlin Liu   Checked by: Dan Zhao                    (Print 53 copies)

**BNBMPLC-E-0058975**

**the Administrative Measures of the Branches / Subsidiary Companies of BNBM PLC**

**Chapter I     General Provisions**

**Article 1**        In order to push forward the standardized operation and healthy development of the Beijing New Building Materials Public Limited Company (abbreviated below as "the Company"), to clarify the financial interests and the operation management responsibility of the branches / subsidiary companies of the Company, to ensure the standardized, efficient, and orderly operation of the branches / subsidiary companies, to prevent investment risks, to enhance the level of property management of the Company, to enhance the overall quality of asset operation of the Company, these Measures are formulated in combination of the actual conditions of the Company, according to the stipulations in the laws, regulations, and standardized documents such as *the Company Law of the People's Republic of China, the Regulations for the Listed Companies in Shenzhen Stock Exchange, the Internal Control Guideline for the Listed Companies in Shenzhen Stock Exchange, the Applied Guidance for the Enterprise's Internal Control – Control of the Subsidiaries, The Articles of Association of BNBM PLC* (abbreviated below as the "Articles of Association"), and

*the Internal Control Regulations for BNBM PLC* (abbreviated below as the "Internal Control Regulations").

**Article 2**      The branches / subsidiary companies referred to in these Measures refer to the companies lawfully formed according to the overall strategic plans, the adjustment of industry structure, and business operation needs. They mainly include:

(I) All branches and affiliated institutions subordinate to the Company;

(II) Wholly owned subsidiaries established by sole proprietorship by the Company;

(III) Controlled, and partially owned companies to which the Company jointly contributed capital or set up with other companies or natural persons.

(IV) Wholly owned, controlled, and partially owned companies whom were acquired via methods such as merger, acquisition, restructuring, or exchange.

**Article 3**      These Measures are applicable to the reference and execution by all the branches, wholly owned subsidiaries, controlled subsidiaries, and partially owned subsidiaries established by the Company. All functional departments of the Company, Directors (executive directors) appointed by the Company to the branches / subsidiary companies, supervisors and high level management personnel are responsible for the execution of these Measures within the scope of their capacity.

**Article 4**      The branches / subsidiaries shall obey the regulations of these Measures in combination of the other administrative measures and regulations of the Company, formulate detailed implementation provisions and control regulations according to their own operation characteristics and conditions, and accept the supervision of the Company.


**Chapter II    The Establishment of the Branches / Subsidiary Companies**

**Article 5**    In order to realize the structural adjustment of the products, the reasonable flow of the key factors of production and the optimization of the recourses, the Company may acquire branches / subsidiary companies through methods such as new establishment, merger, acquisition, restructuring, and exchange.

**Article 6**    The establishment procedures for the branches / subsidiary companies are as follows:

(I)    The Department of Investment and Development issues an application to establish branches / subsidiary companies according o the Company's strategic plans, the approval responses on the new establishment project from the upper level company in Charge, and the needs of the merger and acquisition project, and it reports for the deliberation from the Company's working meeting.

(II)    After the Department of Investment and Development determines the organizational structure from the newly established company based on the result of the deliberation from the Company's working meeting, it reports the complete information of the newly established company to the upper level company for approval;

(III)    After the approval, the Department of Investment and Development is responsible for organizing the commercial registration of the branches / subsidiary companies. The Financial Department is responsible for the handling of bank accounts and the tax registration certificates.

**BNBMPLC-E-58976**

**Article 7**    The Company needs to conduct optimization and organization for the wholly owned companies, controlled subsidiaries, and partially owned companies that were acquired through merger, purchase, restructuring, and exchange. The optimization and organization include the organization of the management level, the operational organization, and asset organization, the debt organization, and the organization of intellectual property.

**Chapter III   the Organizational Mechanism of Branches / Subsidiary Companies**

…

**Article 9**     The Company shall lawfully establish the organizational structure of the branches and the wholly owned subsidiaries, and to determine their Articles of Association; It shall lawfully participate in the establishment of the organizational structure of the controlled subsidiaries, and to issue the main articles for the Articles of Association for the controlled subsidiaries.

…

**Chapter IV   Operational Management**

…

**Article 15**     The annual production and operation plan of the branches shall be submitted to the working meeting of the Company for approval. The annual production and operation plan of the wholly owned subsidiaries and controlled subsidiaries shall be submitted to the working meeting of the Company for approval.

…

**Article 18**     The sales of the branches and the wholly owned subsidiary are uniformly conducted by the Company; Controlled subsidiaries may arrange sales by themselves according to the annual production and operation plan, however, at the beginning of every year, they shall submit the annual sales plan and sales budget to the Company's working meeting for approval.

…

**BNBMPLC-E-0058977**

…

**Chapter V   the Management and Control of Major Events**

**Article 25**    The branches and subsidiary companies shall strictly execute the Company's *Regulations on Internally Reporting the Major Information*. The major events include but are not limited to major investment and financing, major affiliated transactions, major contracts, loans and guarantees, major risks, external donations and other matters that may cause major impact on the transaction prices of the company's stocks and other derivative type products.

**Article 26**    The Company uses a real time report system for implementing major events. When major events happened to, are happening to, or will happened to branches / subsidiary companies, they shall be timely reported to the secretary of the Company's board of directors and the securities department. They truthfulness, accuracy, and completeness of the relevant documents and materials that were provided shall be ensured.

**Article 27**    The wholly owned subsidiaries and controlled subsidiaries shall include in their Articles of Associations that major events must be deliberated on and passed by the board of directors (executive directors) of the wholly owned subsidiaries and controlled subsidiaries. After the Company's working meeting deliberated on and passed, they shall be submitted to the Company' board of directors or the general shareholders' meeting for approval according to the scope of approval authority.

**Article 28**    The major events of the branches / subsidiaries are viewed as conducts of the Company. The Securities Department shall follow the stipulations in *the Regulations for the Listed Companies in Shenzhen Stock Exchange* to execute the relevant duties on information disclosure. Before the information disclosure, the branches / subsidiaries have the duty of confidentiality.

**Article 29**    The Company will uniformly conduct external investment and financing, branches and wholly owned subsidiaries have no authority to conduct external investment or financing.

<u>BNBMPLC-E-0058978</u>

Without the Company's approval, all levels of controlled subsidiaries have no authorization to conduct external investment or financing independently. When

the controlled subsidiaries conduct investment and financing, they need to follow their company's Articles of Association, have the board of directors or general shareholders' meeting of the controlled subsidiaries deliberate on and pass (the investment and financing), report to the Company's working meeting for deliberation and passing, and may only be executed after submitting to the board of directors or general shareholders' meeting of the Company for approval according to the scope of approval authority. The relevant documents shall be reported to the Department of Investment and Development for archiving.

…

**Article 31**    When affiliated transaction activities are incurred by the branches / subsidiaries, the relevant responsible personnel shall carefully making judgements on whether they constitute affiliated transactions. If they constitute affiliated transactions, they shall be timely reported to the Securities Department and the Financial Department, and may only be executed after being submitted to the Company's board of directors or general shareholders' meeting for approval according to the scope of approval authority after the Company's working meeting deliberated on and passed it according to the relevant stipulations in the *Company's Articles of Association*.

…

**Article 33**    Without the Company's Approval, no branch or subsidiary may independently increase loans.

…

**Article 36**    Without the Company's Approval, the subsidiaries may not provide guarantees for any companies outside of the Company, its wholly owned subsidiaries, and all levels of controlled subsidiaries. They may not request for guarantees from any other companies outside of the Company, its wholly owned subsidiaries, and all levels of controlled subsidiaries.

…

BNBMPLC-E-0058979

**Article 39**    For a lawsuit that might have a large impact on the financial situation, operating results, reputation, business activity or future prospect of a wholly-owned subsidiary or a controlled subsidiary at any level, or for a major criminal litigation instituted against its director, supervisor or senior manager, the corresponding information disclosure obligation shall be performed according to the provisions in the Stock Listing Rules of the Shenzhen Stock Exchange.

## Chapter VI  Human Resources Management

**Article 40**    The Company shall establish and improve the personnel appointment system, and appoint or recommend candidates for directors (executive directors), supervisors and senior managers to its wholly-owned companies, controlled companies and associate companies.

**Article 41**    The directors (executive directors), supervisors and senior managers assigned by the Company shall practically represent the interest of the Company, and maintain all the rights entitled by the Company as the capital contributor.

**Article 42**    The procedures for appointing directors (executive directors), supervisors and senior managers to wholly-owned and controlled subsidiaries shall be:
(1) The executive meeting of the Company will decide to recommend the candidates for appointment;
(2)  Reporting to the superior entity for review and approval;
(3) The Personnel Department of the Company will prepare an official recommendation document in the name of the Company;
(4) Submitting to the (general) meeting of shareholders and the board of directors (executive directors) of the subsidiary for deliberation, and making the decision according to the articles of association of the subsidiary; and
(5) The Investment Development Department and the Administration & Personnel Department will record the information on appointment of

directors (executive directors), supervisors and senior managers to the subsidiary.

**Article 43**    For senior managers of a branch company, after it is deliberated and passed by the executive meeting of the Company, they can be appointed upon approval by the superior entity. Information shall also be sent to the Investment Development Department for a record.

**Article 44**    The directors (executive directors), supervisors and senior managers assigned by the Company to each branch / subsidiary company shall undertake the following responsibilities:

(1) Lawfully performing the obligations for directors (executive directors), supervisors and senior managers, and undertaking responsibilities for directors (executive directors), supervisors and senior managers;

(2) Urging the branch / subsidiary company to seriously abide by relevant laws and regulations of the state, to engage in business according to law and to operate in a regulated manner;

(3) Ensuring the implementation and execution of the development strategies of the Company and the resolutions of the general meeting of shareholders and the board of directors;

(4) Being loyal, diligent and dutiful, and practically protecting the interests of the Company in the branch / subsidiary company from being encroached upon;

(5) Reporting the information on production and operation and significant events of their respective branch / subsidiary company on a regular basis or upon request of the Company;

(6) The appointed directors (executive directors), jointly with the Investment Development Department, will put forward the matters to be listed for the deliberation by the board of directors (executive directors), the supervisory committee (supervisor) or the general meeting of shareholders of the subsidiary, and request for deliberation by the executive meeting, the board of directors or the general meeting of the Company based on the limitations of approval authorities, and the resolutions after deliberation will be sent to the Investment Development Department for a record; and

(7) Undertaking other responsibilities within the scope of authorities and duties.

**Article 45**     In order to better implement and carry out the development strategies of the Company, effectively mobilize the initiatives of appointed senior managers, and

BNBMPLC-E-0058980

promote sustainable development of the Company, the Company shall establish systems for performance assessment, incentives and constraints for the branch / subsidiary companies.

**Article 46**     Senior managers of branch / subsidiary companies shall be subject to the assessment by the Administration & Personnel Department of the Company with regard to their respective status on completion of operational indicators and their respective behaviors & attitudes.

**Article 47**     Senior managers appointed by the Company shall, during the period of appointment, be subject to annual performance and term assessments according to the assessment indicators given by the Company, and also submit an annual work report to the Administration & Personnel Department of the Company within one month before the end of each year.

**Article 48**     Methods for assessing, awarding and punishing the middle level personnel and the staff at a branch / subsidiary company shall be formulated by the management level of this branch / subsidiary company, and be reported to the Administration & Personnel Department of the Company for a record.

**Article 49**     The directors (executive directors), supervisors and senior managers assigned by the Company shall strictly abide by laws, administrative regulations and the articles of association of their respective companies to which they have been appointed; shall not utilize their powers to seek personal and private interests or to take bribery or other illegal income; nor may encroach upon the property of the Company. They shall not hide any major matter of their respective companies to which they have been appointed, or hide any matter which will damage the rights or interests of the Company as the capital contributor; once found, the Company will hold them for administrative liability; if any major loss is caused, they shall be subject to legal liability.

## Chapter VII  Financial Management

**Article 50**　No financial activity of a branch / subsidiary company may be contrary to the Accounting Law, the Accounting Rules for Enterprises, other relevant laws, regulations, rules or the financial rules of the Company.

**Article 51**　The Financial Department of the Company shall implement management and control of the activities of branch / subsidiary companies relating to their financial reports, and undertake the main duties which include, but not limited to:

(1) Unifying accounting policies and the accounting period;

(2) Being responsible for formulating the consolidated financial statements of the Company;

(3) Organizing the formulation and review of financial budgets of branch / subsidiary companies;

(4) Organizing the formulation and review of financial final accounts of branch / subsidiary companies;

(5) Uniformly assigning an accounting firm qualified for securities business to conduct the audit;

(6) Being responsible for appointment and management of CFOs or other financial management personnel at branch / subsidiary companies; and

(7) Supervising the work on capital control and asset management at branch / subsidiary companies.

**Article 52**　A branch / subsidiary company shall strictly implement the accounting polices unified by the Company, and shall not change them at will once being determined.

**Article 53**　A branch company or a wholly-owned subsidiary company shall strictly implement the accounting rules of the Company. Under the uniform accounting policies of the Company, a controlled subsidiary may draft its detailed rules for financial management by reference to the financial rules of the Company, and report them to the Financial Department of the Company for review. The Financial Department of the Company shall supervise its implementation through the methods of both regular inspection and daily guidance.

**Article 54**    A branch / subsidiary company shall, according to the uniform provisions of the Financial Department of the Company, formulate its budget for the next year and report to its board of directors or competent body for review & approval, and then after such budgets have been collected and reviewed by the Financial Department of the Company, they shall be reported to the executive meeting of the Company for deliberation and approval.

<u>BNBMPLC-E-0058981</u>

**Article 55**    The budgets, which have been officially issued for implementation by the Company, will not be adjusted as a general rule. However, if the basis for preparation of the budget of a branch / subsidiary company is no longer established due to a major change resulted from an objective reason, or due to the occurrence of force majeure, or if adjustment is needed to avoid the major difference in implementation results, the review & approval formalities shall be handled anew.

**Article 56**    Once the budget is delivered upon reply, a branch / subsidiary company shall actively organize the implementation thereof, dismantle the budgetary indicators level by level, assign them to various internal departments, various links and various posts, and form a full-around budget implementation responsibility system.

**Article 57**    A branch / subsidiary company shall submit an analysis report on budget implementation to the Financial Department of the Company; and year at the end of a year, shall summarize and analyze the status on completion of financial budget for the previous; and shall explain the specific reason and report to the Financial Department of the Company where there is a large difference between financial final account and financial budget.

**Article 58**    A branch / subsidiary company shall, on a monthly, quarterly and yearly basis, submit financial reports to the Financial Department of the Company, and guarantee their truthfulness, lawfulness and integrity.

**Article 59**    Monthly financial reports of a branch / subsidiary company shall be submitted to the Financial Department of the Company within 6 days

after the end of a month. Quarterly reports of an associate company shall be submitted to the Financial Department of the Company within 15 days after the end of a quarter. Annual reports of a branch company or a wholly-owned subsidiary shall be submitted to the Financial Department of the Company within 8 days after the end of a year; annual reports of a controlled subsidiary shall be reported to the Financial Department of the Company within 15 days after the end of a year; annual reports of an associate company shall be reported to the Financial Department of the Company within 60 days after the end of a year upon audit and sealing by the certified public accountant. Financial reports shall also be submitted to the Investment Development Department for a record.

**Article 60**    The Financial Department of the Company shall regularly carry out the work of asset inventory, strictly implement various review formalities for withdrawing and writing off the asset impairment reserve, and make a registration thereof for reference purpose.

**Article 61**    Before the disclosure of quarterly, interim and annual reports of the Company, a branch / subsidiary company shall be obliged to the confidentiality of its financial information.

**Article 62**    A wholly-owned subsidiary, or a controlled subsidiary at any level, may not have accounts on non-operating capital with the Company, any other wholly-owned subsidiary or any other controlled subsidiary at any level, nor may it occupy capital or its capital be occupied.

**Article 63**    The capital of the Company shall be subject to uniform collection & payment and centralized management. The cash income of a branch company or a wholly-owned subsidiary will be included into the cash pool of the Company, and be allotted uniformly; payments for bulk raw, fuel materials under centralized procurement, or the payments for equipment or civil construction during the construction period of a project shall be uniformly reviewed, approved and handled by the Company.

**Article 64**    A branch company or a wholly-owned subsidiary shall strictly implement the Company's *Administrative Measures for Currency Capital*, strictly perform review & approval formalities for payments. Its payments for daily operating capital shall be subject to authorized management, its capital

expenditure within the budget shall be subject to the quota review & approval system, and the capital expenditure outside of the budget or above the upper limit shall be reviewed and approved by the Company. The capital management of a controlled subsidiary shall be implemented by reference to the Company's *Administrative Measures for Currency Capital*, and also be subject to the guidance and supervision from the Financial Department and the Audit Department of the Company.

**Article 65**     Bank accounts of a branch company or a wholly-owned subsidiary shall be opened, used and cancelled in strict accordance with the Administrative Measures of the People's Bank of China for Accounts, which were issued by the People's Bank of China, and the provisions in the Company's *Administrative Measures for Currency Capital and the Supplemental Administrative Rules for Currency Capital – Management of Bank Accounts of Branch / Subsidiary Companies*. The opening, use and cancellation of bank accounts by a branch company shall be promptly reported to the Financial Department of the Company for a record.

<u>BNBMPLC-E-0058982</u>

**Article 66**     A branch / subsidiary company shall strictly implement the provisions in the *Administrative Measures for Loans and Guarantees*, and submit the *Form on Collection of Loan Information* and the *Form on Use of Guarantee Capital* to the Financial Department of the Company five days before each month. The Financial Department of the Company shall regularly review loans and the repayment ability and credit standing of a guarantee recipient, so as to lower and avoid risks in loans and guarantees to the maximum degree.

**Article 67**     The taxation management of the Company shall be subject to centralized management. For each month, a branch company or a wholly-owned subsidiary shall pay its payable taxes after having reported to the Financial Department of the Company for review & approval. A controlled subsidiary shall promptly report a major taxation plan, etc., if any, to the Financial Department of the Company.

**Article 68**     A branch company or a wholly-owned subsidiary shall strictly implement the Company's *Administrative Measures for Seals and Stamps*, and for the self-inspection information on use of financial seals and stamps, it shall report to the Financial Department of the Company every quarter. A controlled subsidiary shall, by reference to the *Administrative Measures for Seals and Stamps*, strictly manage seals and stamps, and be subject to the guidance and supervision from the Audit Department of the Company on a regular basis.

**Article 69**     A branch / subsidiary company shall implement the CFO assignment system. A CFO shall report to the Company major matters at any time and report regular matters on a regular basis, which include, but not limited to:

(1) Submitting, at the beginning of each year, a written financial work plan for the next year; and submitting, at the beginning of each quarter, the financial work plan for the current quarter and the status on completion of the financial work plan of the previous quarter;

(2) Implementing and carrying out the accounting rules and business work procedures of the Company, submitting financial statements and other financial materials for each month in time, and guaranteeing the integrity, truthfulness and reliability of accounting information;

(3) Submitting the financial analysis of his own company for each month;

(4) Submitting information on loans and guarantees for each month, and promptly reporting corresponding loan contracts and guarantee contracts to the Financial Department of the Company for a record;

(5) Submitting information on major investment or financing for current month if it is a controlled subsidiary; and

(6) Other matters the CFO deems them necessary for reporting.

## Chapter VIII Supervision and Audit

**Article 70**     The Company has established the Audit Department, which will, under the leadership of the board of directors of the Company, take charge of the uniform management, comprehensive coordination, assessment & evaluation of internal audit work as well as the inspection and supervision of audit work quality of the branch / subsidiary companies.

**Article 71**     The contents of audit of the Company include, but not limited to:

(1) Auditing and supervising the financial income and expenditure, financial budgets and final accounts, asset quality, operating performance and other related economic activities of the branch / subsidiary companies;

(2) Making inspections, assessments and feedback of opinions concerning the soundness, rationality and effectiveness of the internal control systems of the branch / subsidiary companies, and evaluating the operating risks relating to their businesses;

(3) Organizing the work on term economic audit and departure economic audit of persons in charge of the branch / subsidiary companies;

(4) Organizing special economic liability audit of any branch, wholly-owned subsidiary or controlled subsidiary at any level which has significant financial abnormality;

(5) Auditing and supervising the fixed-asset investment projects of the branch / subsidiary companies, including the audit and supervision of the initiation, estimated (budgetary) account, bid invitation and tendering, contract formation, capital payment, completion and final accounts of the infrastructure projects and the projects of significant technical transformation, and projects of overhaul;

**BNBMPLC-E-0058983**

(6) Auditing and supervising the economic activities like the purchase of materials (labor services) and sales of products and the important economic contracts of the branch / subsidiary companies;

(7) Participating in the audit work on due diligence investigation into branch / subsidiary companies to be merged or transferred, or their reorganization, restructuring, bankruptcy and liquidation;

(8)  Participating in the supervision over audit quality of annual financial final accounts of branch / subsidiary companies;

(9) Participating in the supervision over truthfulness and lawfulness of the work results from specific project financial audit, asset evaluation and relevant business activities of branch / subsidiary companies; and

(10)       Organizing implementation of other audit matters authorized and approved by the decision-making body of the Company.

**Article 72**    The Audit Department of the Company may, based on the needs of the work, hire intermediary agencies to audit its branch / subsidiary companies, or may hire the specially invited auditors for financial audit and special audit. Branch / subsidiary companies shall give active cooperation, and be subject to the business guidance and supervision from the Audit Department of the Company.

…

The northern new stock throws the character (2013)62 number issuer: Wang Bing about issuing "Northern New Building materials Minute/Subsidiary company Policing method", "Northern New Building materials Foreign investment Policing method", the notices of "Northern New Building materials Developmental strategy Policing method" 3 systems

Various northern new building materials units:
According to "Northern New Building materials Rules and regulations Policing method" stipulation, the union at present the work solid border, especially "/Subsidiary company Policing method, "Northern New Building materials Foreign investment Tube Principle Means" 2 systems carried on to Northern New Building materials Minute" has revised, and has formulated "Northern New Building materials Developmental strategy Policing method", presently prints and distributes to various units, please obey to carry out. The original relevant system also abolishes.
The related appendix had issued that in the company information sharing region, invited various unit prompt downloading study customs. The company shares the access mode: http://info.bnbm.com.cn.
Specially notice.
Appendix: 1. northern new building materials minute/subsidiary company policing method 2. northern new building materials foreign investment policing method 3. northern new building materials developmental strategy policing method on June 18, 2013 keyword: Management member company foreign investment developmental strategy means issue notice administration human resources department on June 18, 2013 India input: Liu Jianlin proofreads: Zhao Dan (prints 53) the northern new building materials to divide/subsidiary company policing method first chapter of general rule first is to promote the Beixinjituan building materials limited liability company (hereafter refers to as â€œcompanyâ€) standard operation and health sends the exhibition, is clear about the company with divide/subsidiary company property rights and management management responsibility respectively and ensure minute/subsidiary company standard and highly effective, has the foreword operation, the guard investment risk, raises the corporate equity management level, improves the company overall property operation quality, according to "China People's republic Law of corporation", "Shenzhen securities exchange Share Rule", "In Shenzhen securities exchange Listed company Department Control Direction", "enterprise internal controlUsing direction - antithetical couplet company control", "Beixinjituan Building materials Limited liability company Chapter of Regulation" (hereafter refers to as "Articles of incorporation") and "Beixinjituan Building materials Limited liability company Internal control System" (hereafter refers to as "Internal control System") and other the stipulation of legal, laws and regulatory document, the actual situation in union company, makes this office law.
The second article this means said that divides/subsidiary company refers to the company acting according to the general strategic plan and industry restructure and service sends the company that the exhibition needs to form according to law, mainly includes:
(1) Company subordinate all branch offices or affiliated organizations;
(2) Wholly-owned that the company sole ownership sets up;
(3) The company invests controlling that sets up, to hold share of the company with

other companies or the natural people together.
(4) To annex, purchase, reorganization, replacement and other ways to obtain the stockholder's rights the capitalization, to control stock and hold share of the company.
The third article this means are suitable for all subsidiary companies, the wholly-owneds and holding subsidiary company that sets up for the company, holds share of the male department to refer to the execution. Various company functional departments, the company delegated to dividing/the subsidiary company trustee (executive director), supervisors and higher managements to the effective execution of this means are responsible for in the respective power and responsibility scope.
The fourth article minute/subsidiary company should follow this means to stipulate that the other control systems and means of union company, according to own management characteristic and environmental condition, the formulation concrete executive regulation and department control system, and accept company's supervision.
The second chapter minute/subsidiary company sets up the fifth company to realize the structural adjustment of product, the optimal allocation of the rational flow and resources of element of production, may through suppose and annexation, purchase, reorganization, replacement and other ways newly took score/subsidiary company.
The sixth article minute/subsidiary company sets up the procedure are as follows:
(1) Investment development division's according to company strategic plan and higher authority master unit's project reply and heavy group purchase project to newly-built project needs to propose that sets up minute/the application of subsidiary company, reported the company workshop to consider;
(2) The investment development division considers the result according to the company workshop, determined after supposing company's organization skeleton newly, will suppose the company complete situation to report the upper-level unit to reply newly;
(3) The reply agreed, invests the development division to be responsible for organizing minute/the industry and commerce registration of subsidiary company, the finance department to be responsible for management of the bank account and tax affairs registration certificate.
The seventh article the company must obtain the stockholder's rights the capitalization and holding subsidiary company, to hold share of the company to carry on the optimized conformity to Israeli annexation, purchase, reorganization, replacement and other ways, optimizes the conformity including the management conformity, the management conformity, the property conformity, the debt conformity and intellectual property rights conformity.
The third chapter divides/the subsidiary company organizations and agencies eighth subsidiary company to set up the shareholder according to law (big) meeting and board of directors (executive director) and board of supervisors (supervisor), may act according to its actual situation to set up the subsidiary company management structure legally, guarantees its legitimate operation and macro-scientific policy-making.
The ninth article the company should establish the subsidiary company and wholly-owned organizations and agencies according to law, and determines its regulation; According to law the senate with establishing the holding subsidiary company's organizations and agencies, proposed the holding subsidiary company

regulation key clause.

The tenth article the subsidiary company and wholly-owned general manager is responsible for the subsidiary company and wholly-owned current management, is responsible for internally excluding production management all work, outward carries on the relational coordination, the preferential policy and financial support on behalf of the company and local government and functional department strives for and other overall plan coordinated work.

The 11th article the factory is responsible for organizing to formulate and implement the productive plan, organizes the production plant development energy conservation consumption and reduces the cost measure, establishes and improves various control systems of factory, the director subsidiary department carries out the related management activity and supervises to inspect.

The 12th article the subsidiary company and wholly-owned comprehensive office is responsible for subsidiary company and wholly-owned the daily administration, human affairs and other supervisory work.

The 13th article the subsidiary company and wholly-owned should convene regularly minute/subsidiary company regular meeting, various discussion company control systems' operational practices; The subsidiary company controls from the inside the institutional construction and operational practice; Subsidiary company operating results, management and operation and finance receive a situation; Management's tenure in office economic responsibility and so on.

The fourth chapter the management manages 14th to be divided/various management management activities of subsidiary company to abide by the law various country, laws, rules and regulations and male department system, establishes and improves to control from the inside the system, implements the company operation plan, guarantees the management management objective realization, other safeguard companies and shareholders' rights.

The 15th article the subsidiary company year production and operation plan should report the company workshop to consider the authorization. Wholly-owned and holding subsidiary company year production and operation plan should report the company workshop to consider the authorization.

The 16th article the subsidiary company and wholly-owned production management should according to the company QEMS management system execution, the holding subsidiary company should obey the execution strictly.

The 17th article the large amount raw material strongly is purchased by company, besides the standby redundancy, is authorized without the company, the subsidiary company and entire capital subsidiary company do not purchase (the central buying commodity and relevant provision voluntarily for details see "Purchase Operation flow And System Assemble 2005"). The holding subsidiary company may need to purchase according to the production operation voluntarily, but the beginning of the year should examines and approves every year the year buying plan and capital gold budget newspaper company workshop.

The 18th article the subsidiary company and wholly-owned sale is conducted by the company unification; The holding subsidiary company may arrange the sale according to the year production and operation plan voluntarily, but the beginning of the year should examines and approves every year the year sales program and sales budget newspaper company workshop.

The 19th article the company property control division is responsible for the subsidiary company and wholly-owned real estate and real estate management, the

business management department is responsible for its passive asset management, the subsidiary company and wholly-owned comprehensive office the routine maintenance and management that is responsible for other real estates, real estate and fixed capitals produces.

The 20th article each fiscal year ended in the preceding month, the subsidiary company and wholly-owned establish this year work report on the organization and next fiscal year operation plan reported. And the ownership should verifies after the subsidiary company and wholly-owned respective services department in services department's subsidiary company and wholly-owned, reported the company workshop to consider; Other subsidiary companies and wholly-owneds should after main tube minute/subsidiary company deputy general manager verifies, reports the company workshop to consider; The holding subsidiary company should after vice-always after the principle that the manager invests verifies, reports the company workshop to consider.

The 21st article the annual work report and operation plan reported that must accurately reflect its production, management and management condition.

The report contents purchase, production and sales figure besides this company, but should also include the produce market changing condition, related agreement fulfillment situation and project other construction situations, lawsuits and arbitration as well as significant events progress.

The 22nd article the company invests the development division to be responsible for the corporate equity management related work, half/subsidiary business enters line of tracks, coordinates various aspects to relate, guarantees half/the effective management of subsidiary company.

The 23rd article the subsidiary company should promptly its board of directors (executive director) resolution and shareholder meeting resolution (shareholder decision) and so on important document newspaper investment development division.

The 24th article minute/subsidiary company must set up the strict records management system according to the company records management stipulation. The sub-male department's resolution, the articles of incorporation, the business license, seal and report of audit and various authority related written instructions to a subordinate, kind of significant contracts and so on important text, must according to company "Records management Means" stipulated that takes care properly.

The fifth chapter the significant event's supervisory control 25th minute/subsidiary company should strictly carry out company "Significant Information Internal report System". Significant event including, but is not restricted in throws financing, the significant connection transaction, the important contract, loan and guarantee, the material risk and foreign donation significantly and other possibly has the major impact item to the company stock and derivation variety bargain price.

The 26th article the company significant event practices the real-time reporting system. When minute/subsidiary company will present, will have or will soon have the heavy big item, should promptly the company board of directors secretary and negotiable securities department report, and promised the related document material that provides real, accurate and complete.

The 27th article the wholly-owned and holding subsidiary company should stipulate in its regulation that the significant event must the holding subsidiary company board of directors (executive director) pass after capitalization male Si He, after

reporting the company workshop passes, according to the examination jurisdiction, the submission company board of directors or the general meeting of shareholders examines and approves.

The 28th article minute/the subsidiary company significant event regards with the company behavior. The security department should fulfills the corresponding information disclosure duty according to "Shenzhen Stock Exchange Share Rule" stipulation. Minute/subsidiary company before this information public disclosure, has not had the security duty.

The 29th article throws financing by the company unification outward, the subsidiary company and wholly-owned have no right foreign to throw financing. Authorizes without the company, all levels of holding subsidiary company has no right to throw financing arbitrarily outward. When the holding subsidiary company carries on throws financing, must according to its articles of incorporation stipulate that passes after this holding subsidiary company board of directors or the general meeting of shareholders, after reporting the company workshop passes, according to the examination jurisdiction, after the submission company board of directors or the general meeting of shareholders authorizes, only then carries out. The related document newspaper investment development division sets up a file.

The 30th article the management of subsidiary company project construction phase significant event, including project, feasibility study report, design tender, project budgetary estimate and project construction capital spending plan, main construction, major installation and overseeing unit tender, operation, engineering construction process supervision, completion approval, after items of basic construction, appraisal. And after the project and feasibility study report, preliminary design and budgetary estimate, project operation and so on must report the company workshop considers the authorization, after the examination jurisdiction newspaper upper-level unit replies only then carries out. The related document newspaper investment development division sets up a file.

The 31st article minute/subsidiary company when having transaction activities, the related responsible person should the careful judgment whether constitutes the connection to hand over easily. If constitutes the connection transaction, must report the negotiable securities department and finance department promptly, and according to "Articles of incorporation" and relevant provision, considers the decision after the company workshop, according to the examination jurisdiction, after the submission company board of directors or the general meeting of shareholders authorizes, only then carries out.

The 32nd article to had reported that connection transaction exemption amount minute/subsidiary company, the company should strictly control its connection to hand over easily in exempting from the amount scope carries on, if connected the transaction to surpass the exemption amount, must before the transaction has the reporting company, reported the upper-level unit reply to agree after the company only then carried out the transaction. Regarding had not reported that regards with the connection transaction surpasses the exemption amount to handle.

The 33rd article without the company authorizes, to divide/subsidiary company not to increase the loan arbitrarily.

The 34th article divides/subsidiary company must hand in the written application to the company before the additional loan and credit specified amount, after reporting the company to manage the trade union passed, according to the examination jurisdiction, after the submission company board of directors and general meeting

of shareholders examines and approves, only then carried out.

The 35th article when minute/the subsidiary company loan use has the change, should submit the written report to the company, and treads on the line of approval formalities only then to implement.

The 36th article authorizes without the company, the subsidiary company do not provides the guarantee by the external agency to the company, the wholly-owned and all levels of holding subsidiary company, do not invite the company, the wholly-owned and all levels of holding subsidiary company provides the guarantee by the external agency.

The 37th article the wholly-owned and all levels of holding subsidiary company any property mortgages and pawns the behavior after its board of directors and general meeting of shareholders passes, after the company workshop considers the decision, according to the examination jurisdiction, after the submission company board of directors and general meeting of shareholders authorizes, only then implements. The property mortgages and pawns the implementation process to strictly carry on according to the procedure. Simultaneously reported the investment department to set up a file.

The 38th article the wholly-owned and all levels of holding subsidiary company foreign capital endowment or the property, should (hold good trustee), the general meeting of shareholders to pass after its board of directors, after reporting the company workshop passes, reports the upper-level unit reply to agree that according to the examination jurisdiction, the submission company board of directors and general meeting of shareholders examines and approves. By the authorized foreign donation item, the wholly-owned and all levels of controls the share company to establish the reference book, authorizes human and other information by the pen registration donation object and donated assets, the donation amount, time and manager. The company ministry of audit is responsible for organizing specialist periodic inspection.

The 39th article the criminal prosecution that to involving wholly-owned and all levels of holding subsidiary company's the financial situation, the management performance, prestige, the operational activities, the prospect and so on possibly produced in a big way affects the lawsuits or his trustees, supervisors and higher managements who receives and so on significant lawsuit should according to "Shenzhen Stock Exchange Share Rule" stipulation fulfills the corresponding information disclosure duty.

The sixth chapter the human resources management 40th company must establish and improve the human affairs to delegate the system, controls stock to the capitalization according to the investment proportion and holds share of the company to delegate or recommend the trustee (executive director), supervisors and higher managements candidate.

The 41st article trustee who the company sends out (executive director), supervisors and higher managements should represent the company advantage profit earnestly, maintains the company as all rights of member.

The 42nd article the wholly-owned and holding subsidiary company trustee (executive director), supervisors and higher managements' committee sends the procedure:

(1) By the company workshop was decided assignment candidate who recommends;

(2) The newspaper upper-level unit examines and approves the agreement;

(3) Company administration human resources department handles the official recommendation archives by company name;

(4) Submission subsidiary company shareholder (big) meeting and board of directors (executive director) deliberation, according to the subsidiary company regulation stipulated that gives by determining;

(5) The investment development division and administrative human resources department antithetical couplet director of corporations (executive director), supervisors and higher managements' assignment sets up a file.

The 43rd article subsidiary company higher managements, passes after the company workshop, reports the upper-level unit to examine and approve after Italy appoints. Simultaneously reported the investment development division to set up a file.

The 44th article the company dispatches various minutes/the subsidiary company trustee (executive director), supervisors and higher managements to have the following responsibility:

(1) Fulfills the trustee legally (executive director), supervisors and higher managements duty, undertakes the trustee (executive director), supervisors and higher managements responsibility;

(2) Supervision minute/subsidiary company conscientiously observes the national relevant law and laws stipulation, legally management, standard operation;

(3) Implementation of guarantee company developmental strategy, board of directors and general meeting of shareholders resolution;

(4) Faithful and assiduous, fulfills duty to fulfill responsibility, conscientiously maintains the company/the benefit in subsidiary company at minute to be free from aggression;

(5) Regular or requests to report on the company, no matter what official duties/subsidiary company production operation and significant event;

(6) Sends out the trustee (executive director) jointly to propose that with the investment development division includes the subsidiary company board of directors (executive director), board of supervisors (supervisor) or general meeting of shareholders's deliberation item, and proposed the company workshop, board of directors or the general meeting of shareholders according to the examination jurisdiction considers, considers the resolution to set up a file by the investment development division;

(7) Undertakes it other responsibilities in power and responsibility scope.

The 45th article to implement and realize the company developmental strategy well, higher managements' product polarity that transfers the assignment effectively, the sustainable development of promotion company, the company should establish half/the performance review and drive restraint of system subsidiary company.

The 46th article divides/subsidiary company higher managements to accept the company administration human resources department to manage the target to become the inspection of situation and behavior manner to this unit.

The 47th article higher managements who the company delegated during assignment, should evaluation criteria that issued according to the company, met by the annual result and tenure in office inspection, and finished in the preceding month considering to the company administration human resources department submission year reporting on activities newspaper in every year.

The 48th article divides/the inspection and rewards and punishment plan of subsidiary company intermediate deck and staff by minute/subsidiary company management formulation, and newspaper company administration human resources department sets up a file.

The 49th article trustee who the company sends out (executive director),

supervisors and higher managements must strictly abide by the law, the administrative rules and regulations and assignment articles of incorporation. Do not seek to obtain profit for oneself using the authority, do not receive other bribes or illicit income using the authority, do not invade the assignment company's property. To holding an office in the company significant event or the harm company take the member rights the item to be concealed and unreported, will pass through the discovery, the company will investigate that its administrative responsibility, will cause the serious damage, should investigate the legal liability.

The seventh chapter financial control 50th various financial operations that divides/subsidiary company to be engaged in do not violate "Fiscal law", "Business accounting Criterion" and so on relevant law, laws, rules and regulations and corporate finance system.

The 51st article the company finance department should stipulate according to the articles of incorporation, half/subsidiary company financial report relevant activities implementation supervisory control, primary interest including, but is not restricted in:

(1) During uniform accounting policy and accountant;

(2) Be responsible for compiling company consolidated financial statement;

(3) The organization is divided/the establishment and verification of subsidiary company financial budget;

(4) The organization is divided/the establishment and verification of subsidiary company financial settlement;

(5) The unification assignment has the negotiable securities employed qualifications accounting firm to carry on the audit;

(6) Negative duties and responsibilities/other subsidiary company chief financial officers or financial control personnel's assignments and management;

(7) The supervision is divided/the fund control and asset management of work subsidiary company.

The 52nd article minute/subsidiary company should strictly carry out the company unified accounting policy. The accounting policy passes through the establishment not to along with Italy change.

The 53rd article the subsidiary company and wholly-owned must strictly carry out the corporate finance system. Under the company unified accounting policy, the holding subsidiary company may refer to the corporate finance system independently to draw up the financial control regulation, and newspaper company finance department examines the nucleus. The company finance department should implement the way that the periodic inspection and daily instruction unify to supervise to its operational practice.

The 54th article minute/subsidiary company should unify to stipulate according to the company finance department that the establishment next year financial budget, after its company board of directors or is authorized to organize the examination, after the company finance department compiles the verification, reported the company workshop to consider the authorization.

The 55th article company's minute/subsidiary company budget to official issuing execution, does not give the adjustment generally. But has great change because of the objective cause, either presents the force majeure to cause minute/the establishment foundation of subsidiary company budget not to be untenable, either will cause the execution to bear the fruit to have the significant difference, but

needs to adjust, must go through the approval formalities.

The 56th article budgets one to issue after reply, divides/subsidiary company to implement positively, will budget the target layer upon layer to decompose, carries out internal various departments, various links and various posts, forms the omni-directional budget implementation responsibility system.

The 57th article minute/subsidiary company should every month to the company finance department submission performance of budget analysis report. When year finally deals on one annual financial statement budget to complete the situation to carry on the summary analysis, if the financial settlement and financial budget have the big difference, should explain that the concrete reason and reported the company finance department.

The 58th article minute/subsidiary company should, season and year send the financial report to the company finance department monthly, and ensure its real, legitimate and complete.

The 59th article minute/the monthly financial report of subsidiary company should after monthly finally in 6th sending company finance department. The quarterly report of senate stock company should after the quarter finally in 15th sending company finance department. Subsidiary company and wholly-owned year newspaper considered should after the year finally in 8th sending company finance department; Holding subsidiary company annual report should after year finally in 15th sending company finance department; Held share of the company annual report should after year finally in 60th after the chartered accountant audited the signature the newspaper delivers the company finance department. The financial report should simultaneously report investment development division to set up a file.

The 60th article the company finance department should carry out the property check work regularly, the verification procedure that strictly carries out various property depreciations raising that prepares to take and cancel, and carries on the reference registration.

The 61st article before company's quarter, semi-annual and annual report have not disclosed outward, divides/subsidiary company to have the security duty to its financial letter rest.

The 62nd article the wholly-owned and all levels of holding subsidiary company do not and all levels of control the share company to have not operational money exchange with other companies and wholly-owneds, cannot take cannot be taken the fund.

The 63rd article the company fund implements the unification receipts and centralized management. The cash receipts unification of subsidiary company and wholly-owned integrates the company cash pond, the unification mixes; The large amount of the central buying burnt the material to pay money and be in the project the equipment and construction payment during constructing examines and approves by the company unification and handles.

The 64th article the subsidiary company and wholly-owned must strictly carry out company "Monetary fund Policing method", pays the funds approval formalities strictly. The day-to-day operation fund payment implements the administration bureau, in the budget the capital expenditure implements the quota approval system, calculates in advance outside the fund payment and above quota capital expenditure must be examed and approved by the company. The fund management of holding subsidiary company should refer to company "Monetary fund Policing method" carries out, simultaneously accepts the instruction and supervision of company finance

department and ministry of audit.

The 65th article the subsidiary company and start, use and the cancellation wholly-owned bank account must strictly carry out "People's Bank of China Account management Means" that the People's Bank of China issues and company "Monetary fund Policing method",Currency capital gold policing method additional regulations - minute/subsidiary company bank account management" stipulates to handle. The start, use and the cancellation holding subsidiary company bank account should and Times company finance department set up a file.

The 66th article divides/subsidiary company should strictly to carry out company "Loan And the Guarantee Policing method" stipulation, and 5th sent "Loan To collect Master list" to the company finance department before each month, "Guarantee Fund Service condition Table". The company finance department should deciding time verification loan and by bonding company's credit capacity and credit rating, maximum limit reduces and circumvention loans and guarantees the risk.

The 67th article the company tax administration implements the centralized management. After the subsidiary company and wholly-owned should examine and approve the due payment tax money newspaper company finance department every month, pays. The holding subsidiary company meets significant tax affairs preparation and other items to report the company finance department promptly.

The 68th article the subsidiary company and wholly-owned should strictly observe company "Seal Policing method", every quarter should the self-examination situation reporting company finance department that the wealth service seal uses. The holding subsidiary company should refer to company "Seal Policing method", the strict seal management, and accepts the instruction and supervision of company ministry of audit regularly.

The 69th article minute/subsidiary company implements the chief financial officer to delegate the system. The chief financial officer should report the significant event and periodic report convention item to the company when necessary, including, but is not restricted in:

(1) Every year at the beginning of the year to company finance department written submission next annual financial statement work plan. And submits the current quarter entertainment experience plan and prior quarter entertainment experience to plan to complete the situation in each quarter beginning;

(2) Carries out the corporate finance rules and regulations and office work flow, every month reported other fiscal statements and financial materials on time, guaranteed accounting information complete, real and reliable;

(3) Each month reported this corporate finance analysis;

(4) Each month reported the loan and guarantee, and prompt set up a file corresponding loan agreement, guarantee contract and other newspaper corporate finance departments;

(5) The holding subsidiary company should also report threw financing in the same month significantly;

(6) The chief financial officer thinks other items that should report.

The eighth chapter the supervision audits the 70th company to set up the ministry of audit, is responsible for the company under the leaders of company board of directors, and divides/subsidiary company to examine to count the global administration, the comprehensive coordination, the inspection appraisal and audit work quality work inspection and supervision.

The 71st article the company audits the content including, but is not restricted

in:
(1) Half/other subsidiary company finance revenue and expenditures, financial pre-final accounts, asset qualities, management achievements and related economies live to carry on the audit supervision;
(2) Half/subsidiary company internal control system's perfect, rationality and validity conduct the inspection, appraisal and opinion feed back, evaluates to the related service's operational risk;
(3) The organization halves/subsidiary company responsible person tenure in office economy audit and leaving a post economy audit work;
(4) The organization to having significant financial unusual circumstance the subsidiary company, the wholly-owned and all levels of holding subsidiary company carries on the special economic accountability audit;
(5) Half/subsidiary company investment in the fixed assets project carries on the audit supervision, the content including to items of basic construction and heavy big technical transformation, overhaul and other project the projects, (pre-) calculates generally, a move of bid and contract work out, the fund payment and completion to calculate definitely carries on the audit and inspection;
(6) Half/the subsidiary company commodity (service) purchase, customer and so on economic activity and important economic contract enter the line of audit supervisions;
(7) The participation is divided/subsidiary company to plan to annex and transfer the fulfilling duty investigation and reorganization, overhaul, the bankrupt settlement object and so on examined to count the work;
(8) Participates in half/the subsidiary company annual financial statement final accounts audit quality supervision;
(9) Participates in half/subsidiary company specific project financial audit, assets appraisal and relevant operation activity and other work result the authenticity and valid supervisions;
(10) The implementation company policy--making organ other audit matters that is authorized to authorize.
The 72nd article the company ministry of audit according to the job requirement, may invite the facilitating agency to halve/subsidiary company to carry on the audit, may invite the invited auditor, carries on the financial audit and specialized audit. Minute/subsidiary company should actively coordinate, to accept the professional guidance and supervision of company ministry of audit.
The ninth chapter the settlement cancels 73rd to have one of following conditions, divides/subsidiary company to be possible to the company to propose that the settlement applied:
(1) Point/subsidiary business management has the serious difficulty, will continue to last will enable the shareholders interest (ownership interest) to arrive at the serious damage;
(2) The wholly-owned and holding subsidiary company were declared bankruptcy legally;
(3) Business deadline that point/subsidiary company regulation stipulated expires other that or its regulation stipulated to dismiss the matter to appear;
(4) By the cancellation of business license, was ordered to be closed or abolished legally;
(5) The people's court dismisses legally;
(6) Other that the law and administrative rules and regulations stipulated dismiss

the situation.

The 74th article the settlement application/subsidiary company respective services department person in charge or authorized person and responsible minute/subsidiary company deputy general manager and manager invests deputy general manager, the financial person in charge and general manager to verify after minute, after the chairman examines and approves, the submission company manages the trade union to consider to pass, after reporting the upper-level unit reply agreed that according to the examination jurisdiction, the submission board of directors and stock Dongda jointly checks to approve.

The 75th article in cancelling minute and date of subsidiary company decision in 15th was organized to form the settlement group by the ministry of audit. Qing calculates that panel members were determined by company workshop, generally should, criticize the company relevant personnel including the ministry of audit, finance department, the investment development division and legal department and business industry control division, the administrative human resources department and synthesis department of commercial affairs.

The 76th article settlement group after cleaning up minute/subsidiary company property, establishment balance sheet and inventory sheet, formulation settlement plan. After the settlement plan newspaper company workshop passes, according to the examination jurisdiction, the submission company board of directors and shareholder will examine and approve greatly.

The 77th article the settlement group should perform the following authority during settlement:

(1) Cleaning up minute/subsidiary company property, separately establishment balance sheet and inventory sheet;
(2) Informs and announce the creditor;
(3) Service that processing and settlement related minute/subsidiary company has not settled;
(4) Turns over in full to owe tax money that tax money as well as in the settlement process produces;
(5) Cleaning up creditor's rights and debt;
(6) Processing minute/residual properties after subsidiary company discharge;
(7) Moves on behalf of the wholly-owned and holding subsidiary company participation civil action.

The 78-79th article the settlement group must in 10th inform the creditor from the founding date, and on the intrinsic newspaper paper announced on the 60th. The creditors must from receiving the date of notice in 30th, has not received notice date of the announcement in 45th, reports its creditor's rights to the settlement group.

The creditors report the creditor's rights, must explain that creditor's rights related item, and provides the supporting document. The settlement group must carry on the registration to the debt power. During reporting creditor's rights, criticizes group not to the creditor carry on to pay off.

The 79th article divides/subsidiary company property decides the compensatory payment in separately the payment and settlement the wages and social security of expense and law expense and staff, pays to owe tax money, pays off minute/the residual properties after subsidiary company debt, the wholly-owned and holding subsidiary company according to the stock proportional distribution that the shareholder has, if the subsidiary company has the residual properties to press the

company to stipulate that includes the company bookkeeping. During the settlement, divides/subsidiary company to last, but cannot develop with the operative activity that the settlement has nothing to do with.

The 80th article after minute/subsidiary company settlement had ended, criticizes the group to write up the liquidation report, after reporting the company workshop shenyitongguo, according to the examination jurisdiction, after the submission company board of directors and general meeting of shareholders examined and approved, goes through the deregistration procedure, and announced that minute/sub-company terminated. Simultaneously reported the negotiable securities department to complete the information disclosure work.

The 81st article the settlement panel members must be loyal to the duty, fulfills the settlement duty legally. The settlement panel members do not receive other bribes or illicit income using the authority, do not invade minute/subsidiary company property. The settlement panel members/subsidiary company or creditor cause the losses to minute because of intentionally or the heavy big error, must shoulder the liability of compensation.

The tenth chapter the supplementary articles 82nd this means have not performed the matters concerned, according to relevant law, administrative rules and regulations and concerned requirements execution of China Securities Regulatory Commission and company.

The 83rd article this means are invested the development division to be responsible for explaining and revision by company.

The 84th article this means authorized the date to implement from company.

Account and suffix:

This document return unit: Enterprise control division document drafts the unit: Investment development division document main drafter: Yang Xueqi Ben document issued in December, 2009. This document in the June, 2013 first revision.

The northern new building materials foreign investment policing method first chapter first is to always strengthen the Beixinjituan building materials limited liability company (hereafter refers to as company) foreign investment management, consummates the investment decision flow and mechanism, the standard foreign investment behavior, guards against the foreign investment risk, safeguards the foreign investment security, raises the high foreign investment benefit, "Securities law", "On Shenzhen securities exchange Stock City Rule", "People's Republic of China Fiscal law", "Listed company Governs Criterion" according to "People's Republic of China Law of corporation", "Beixinjituan Building materials Stock Limited Male Department Regulation" (hereafter refers to as "Articles of incorporation"), "enterprise internal control application direction -Foreign investment", "General meeting of shareholders Procedure rule", "Board of directors Procedure rule", "General manager Operating instruction" and other the stipulation of legal, laws and regulatory document, ties about the actual situation in company, makes this means.

The second article the foreign investment that this means called is to refer to the company to obtain the anticipated repayment, but (other currencies or shape-like properties) transforms the resources as the capital, behavior process of investment economic activity.

The third article according to investment division, the company foreign investment is divided into the financial investment and industry invests, the financial investment is to refer to the enterprise with monetary fund purchase stock, bond

and other financial products, in order to obtains income investment behavior, including various stock ticket transactions, the trust investments, national debt and enterprise bond (including may convertible bond), the fund, insurance, financial derivative and other financial instruments' the investments; The industry invests refers to the investments of all in kinds, including land purchase, investment, annexation, replacement, purchase and joint management.

The fourth article the company foreign investment must follow the following principle:

(1) Conforms to the national relevant laws and regulations and country's industrial policy and listed company rule;

(2) Conforms to the developmental strategy plan of company , helping to promote company's the profit of core competitive ability and enterprise can the strength;

(3) Helps the optimal allocation of the rational flow and resources of the product restructure and element of production of company, advantageously in raising company asset operational efficiency, the guarantee main business service is prominent;

(4) Has the sufficient source of funds and practical and feasible operation plan, according to the approval process, effectively guards and following the management regulatory risk strictly to outside investment risk.

The fifth article the foreign investment is conducted by the company unification. Authorizes without the company, the wholly-owned and holding subsidiary company have no right arbitrarily the foreign investment.

The sixth article this means suitable for the wholly-owned and holding subsidiary company, the share-holding company refer to the execution.

The second chapter the organizations and agencies seventh shareholder congress, board of directors and workshop foreign investment management for policy--making organ of company foreign investment, the foreign investment to company makes the decision-making in its scope of authority respectively. Any other departments and have no right to make the foreign investment decision personally.

The eighth article the corporate strategy committee for the special deliberative organs of board of directors, is responsible to "Articles of incorporation" must analyze and research by the significant investment plan that the trustee can authorize, provides the suggestion for the decision-making. Under the strategic committee supposes the investment to appraise the small group, its primary interest is responsible for the company foreign investment research, plan and proof, the benefit and risk of appraisal company foreign investment.

The ninth article the chairman is responsible for organizing the implementation of investment project, and prompt reports the investment progress to the board of directors, yili to investing to make the decision-making in the board of directors and general meeting of shareholders.

The tenth article various services department and investment development divisions for execution department of foreign investment management. The investment development division is responsible for organizing the making company medium and long-term development project and year capital spending plan; Participation foreign investment inspection, negotiations and appraisal; Be responsible for the group weaving the foreign investment feasibility study and appraisal; Participation foreign investment proof and project; The declaration of organization relevant matter;

Be responsible for by investing enterprise property rights management.

The 11th article the finance department is the foreign investment daily financial

calculation and supervisory management. After the company investment project determines, finance department should collect to need the fund positively and ensure the fund is well in place promptly; Strictly carries out the payment approval formalities, the monitoring capital gold service condition.

The 12th article the ministry of audit for the audit supervision control section of foreign investment, monitors to the government investment procedure, guarantees the investment process firmly gathers the gauge legitimately.

The third chapter the foreign investment examination jurisdiction 13th company foreign investment examination should strictly, "Shenzhen securities exchange Share Rule", "General meeting of shareholders Discussing official business Gauge", "Board of directors Procedure rule", "General manager Operating instruction", the upper-level unit China building materials limited liability company (in following Jan Cheng building materials stock) and other jurisdictions of stipulation fulfills the approval process with China Securities Regulatory Commission's relevant law, laws and "Articles of incorporation" according to "Law of corporation".

The 14th article all foreign investment items must pass after the company workshop.

The 15th article conforms to below the standard foreign investment item to by the shareholder congress authorize:

(1) Gross asset that the foreign investment involves (simultaneously has account value and evaluation value, takes high as standard) to be over company recent one issue after the audit combined statements total assets 50%;

(2) Foreign investment target (for example stockholder's rights) surpass company recent one fiscal year in the recent fiscal year related business income after the audit business income 50%, and absolute amount is over 50 million Yuan;

(3) Foreign investment target (for example stockholder's rights) in the recent fiscal year related net profit surpasses company recent one fiscal year after the audit net profit 50%, and absolute amount is over 5 million Yuan;

(4) The turnover of foreign investment (including undertaking debt and expense) were over company recent one issue after the audit net assets 50%, and absolute amount was over 50 million Yuan;

(5) Profit that the foreign investment has surpasses company recent one fiscal year after the audit net profit 50%, and absolute amount is over 5 million Yuan;

(6) The company with the transaction that being connected the legal person has over 30 million Yuan, and is over company recent one issue after examining to count the net assets 5%;

(7) The company with amount over 30 million Yuan that being connected the natural person has.

Data that in the above target computation involves like is the negative value, takes its absolute value to calculate.

The 16th article conforms to below the standard foreign investment item to by the company board of directors authorize:

(1) Gross asset that the foreign investment involves (simultaneously has account value and evaluation value, takes high as standard) accounts for male department recent one issue after the audit total assets over 10%, but not over 50%;

(2) Foreign investment target (for example stockholder's rights) in the recent fiscal year related business income accounts for company recent one fiscal year after the audit business income over 10%, but not over 50%, and absolute amount is over 10 million Yuan, but not over 50 million Yuan;

(3) Foreign investment target (for example stockholder's rights) in the recent

fiscal year related net profit accounts for company recent one fiscal year after the audit net profit over 10%, but not over 50%, and absolute amount is over 1 million Yuan, but not over 5 million Yuan;

(4) The turnover of foreign investment (including undertaking debt and expense) accounted for company recent one issue after the audit net assets over 10%, but not over 50%, and absolute amount was over 10 million Yuan, but not over 50 million Yuan;

(5) Profit that the foreign investment has accounts for company recent one fiscal year after the audit net profit over 10%, but not over 50%, and absolute amount is over 1 million Yuan, but not over 5 million Yuan;

(6) The company with the transaction that being connected the legal person has over 3 million Yuan, but not over 30 million Yuan, and accounts for company recent one issue after the audit net assets over 0.5%, but is not over recent one issue after the audit net assets 5%;

(7) The company with the transaction that being connected the natural person has over 300,000 Yuan, but not over 30 million Yuan.

Data that in the above target computation involves like is the negative value, takes its absolute value to calculate.

The 17th article in the above industry investment is the investment amount achieves 3000 ten thousand Yuan and all equity investment and property purchase foreign investment item should report the upper-level unit reply to agree, implements.

The fourth chapter foreign investment financial investment procedure of program management 18th company's:

(1) The investment development division unifies in the money market various investment products the profitability establishment financial investment plans of other situations and investments, after reporting the company workshop considers, according to the government investment jurisdiction, after the submission board of directors and general meeting of shareholders passes, carries out;

(2) The finance department is responsible for acting according to the capital spending plan after examination to carry out the arrangement of fund;

(3) The personnel who the investment development division is in charge of financial investment service are responsible for organizing the concrete implementation of capital spending plan, carries on the transaction operation in the scope of authority;

(4) The investment development division should, purchase the date, the balance situation and so on to establish the reference book according to the financial investment category, quantity and unit price, the financial investment transaction must register to deposit on the same day;

(5) The investment development division should compile and establish the financial investment transaction statistical table at each month end of the month, after trading the record bright thin junction finance department verifies deposits, the finance department should establish the capital funds condition tables finance person in charge regularly, copies the newspaper investment to send the exhibition department to set up a file;

(6) The investment development division should establish the financial investment profit and loss to report regularly, deputy general manager, general manager and chairman who the newspaper is in charge of the investment scrutinizes.

The 19th article the company should establish the financial asset investment risk and prevention mechanism, the security fund security and steady healthy.

The 20th article the company establishes the strict financial investment asset management means that the investment implementation personnel must separate with the fund and financial control personnel, and at least should by over two personnel joint controls, the mutual restriction, not probably a person operate the financial investment property alone. To any financial investment property stores or takes out, must sign by mutual restriction two jointly.

The 21st article company's industry investment process:

(1) The newly-built investment procedure 1, acts according to company's strategic layout, plan and year capital spending plan, is organized to screen the investment objective and do the inspection to the investment environment by various gypsum industry development divisions and services department;

2nd, various gypsum industry development divisions and services department generalized analysis establish the goal in the full market the foundation of investigation and study and, arranges the system investment letter of proposal, the submission company workshop considers;

3. after the company workshop passes, is compiled the material by the relevant authority, in the newspaper the building materials stock applies to initiate a project, organization item of public hearing.

4th, the gypsum industry development division and investment development division proves the opinion to draft the investment association to discuss according to various written comments and departments of upper-level unit, appraises after the relevant authority, after reporting the company workshop considers the decision, according to the examination jurisdiction, reports the board of directors and stock Dongda to jointly check to approve the determination investment project;

5th, by the legal representative either the authorized person sign investment agreement, before the sign agreement or the contract, do not pay the investment funds or the shift investment assets;

6th, investment development division is responsible for supposing the reporting examination and new company of company newly registers the flow;

7th, project constructs various leading group comprehensive offices and services department offices is responsible to the project construction preliminary situation compiles, and invited to have the corresponding intelligence professional institution to write up the feasibility study report, reported the upper-level unit to convene may the research appraisal meeting;

8th, company related returned students department is responsible for the implementation of investment project operating and management and operation.

(2) Annexation purchase investment procedure 1, investment development division's is responsible for according to the company strategic plan and year capital spending plan to annexing the purchase project carries on screening, definite goal;

2nd, investment development division carries on to purchase goal consults initially, and in the full market the foundation of investigation and study and in generalized analysis, the establishment merger and acquisition project may the research report that the submission company relevant authority considers;

3rd, after passing, carries on the thorough fulfilling duty investigation to the merger and acquisition goal by investment development division, the development merger and acquisition negotiates, after reporting the male department workshop passes, signs the strategic cooperation intention statement;

4th, investment development division invited to have the qualifications facilitating agency to audit, appraise to the merger and acquisition goal and

fulfills duty the investigation, preliminarily determined the merger and acquisition target price;

5th, investment development division will merge the goal situation newspaper upper-level unit to carry on the examination, simultaneously presses the examination jurisdiction, reported the board of directors and general meeting of shareholders to examine and approve, after the examination passed, signed the official investment agreement;

6th, investment development division is responsible for organizing the following work of merger and acquisition project, handles supposes company and stockholder's rights change, property transfer and other procedures newly;

7th, investment development division is responsible to merging the property rights management of project.

The 22nd article the company should establish the entity investment plan the risk assessment system, compiles the risk assessment report promptly, controls and guards against various risks that in the project implementation process possibly initiates.

The 23rd article the investment project by the authorization, do not change at will. If in project implementation process has the great change, regards with the new project, after must report the company workshop passes, according to the examination jurisdiction, reports the company board of directors and general meeting of shareholders to examine and approve. Project that must request authorization according to the state regulation, but should also request authorization promptly and obtain the effective written instructions to a subordinate.

The 24th article after company foreign investment plan implements, is responsible for tracking the management by the investment development division, grasps by the financial situation, the operating condition and the cash flow investing enterprise, the regular organization foreign investment quality analysis, discovers the unusual circumstance, should propose promptly the handling plan suggested that and reported to the chairman.

The 25th article the investment development division should actively study the analysis foreign investment project the operating condition, actively strives for other dividend assignments and incomes of foreign investment project from the company value most Dahua's angle, safeguards company's foreign investment rights.

The 26th article the investment development division should prompt invest the relevant information submission negotiable securities department and board of directors secretaries verifies. Proves the ticket department according to "Listed company Information Disclosure Business management System" and stipulation of other relevant law and laws, fulfills the information disclosure duty.

The 27th article the company must strengthen to examining and approving the document, the investment contract or the agreement and investment project book and foreign investment handling resolution and other document material the management, is clear about various document materials acquisition, to file away, take care, pulls and reads and other administrative provisions and relevant personnel's of links responsibility jurisdiction.

The fifth chapter after the personnel management 28th company foreign investment project of foreign investment implements, should to be accredited by the investment company the property rights representative, like other chairmen, general managers, the chief financial officers or personnel, the sending out personnel are considered

by the company workshop.

SecondNine sending out personnel should according to "People's Republic of China Law of corporation" and by investment company "Articles of incorporation" and stipulation of this means that conscientiously fulfills the responsibility, in the maintenance company interests by the management management activity of investment company, was realized the store of value and increment that the company invests. The sending out personnel deal with the investment plan to carry on track, inspector general, management and decision-making, the prompt palm grasps by the subject of investment financial situation and operating condition, discovered that the unusual circumstance should promptly to being in charge of investment deputy general manager, the chief manager and chairman reported that and takes the corresponding measures.

The 30th article the company delegated the higher managements of investment unit, should through attending the daily meeting and board of directors will discuss and other forms, gain more by subject of investment information, reported investment to the company promptly, and provided the conference material and relevant information timely to the investment development division.

The 31st article the sending out personnel should finish in the preceding month submitting the year performance report to the company in every year. The company deals with the sending out personnel to carry on tenure in office inspection, and gives the concerned personnel correspondingly reward according to the inspection and quality synthetic evaluation result or place punishes.

The sixth chapter the financial control 32nd finance department of foreign investment should establishes the accounting system according to the business accounting criterion and concerned requirements, establishes the investment control panel account, establishes the investment itemized account according to the subject of investment separately, the establishment corresponding accounting record or the certificate, truthfully various record investment activity link services progress.

The 33rd article after the investment project examines and approves, the finance department should collect to need the fund positively and ensure the fund is well in place promptly, and fulfiling exactly payment approval formalities, monitor the fund service condition.

The 34th article the finance department should obtain regularly by the subject of investment financial reporting, and to carried on by subject of investment's financial shape situation the analysis, prompts the investment promptly the risk profit and loss condition.

The 35th article the company should carries on other dividends and incomes or the losses foreign investment promptly accounting processing, refuses the account peripheral account.

The 36th article the should send the financial report to the company by the subject of investment regularly, and accepts the finance department non-periodical verification.

In order to guarantee by the reality and accurate of investing enterprise financial situation, the annual report of holding subsidiary company must after having securities business carries on from industry the qualifications accounting firm the audit, the share-holding company may choose voluntarily the accounting firm audit.

The 37th article the finance department must strengthen the periodic inspection and returned students to investment plan depreciation, the idea that the depreciation prepares certainly proposes the standard and approval process, according to

"Enterprise Internal control Specific standard - the Financial report Establishment" related gauge decides the execution.

The seventh chapter the foreign investment's handling 38th company must tighten the control of foreign investment disposition of assets disposal of assets link, the handling foreign investment should by having the corresponding intelligence specialized agency evaluates, according to evaluation result reasonable determination transfer prices. Reclamation and extension of foreign investment let and cancel must go through the related approval formalities according to the stipulation jurisdiction and procedure.

The 39th article the investment development division proposed the application of the foreign investment stockholder's rights and disposition of assets disposal of assets according to the corporate strategy layout; The ministry of audit should be responsible for organizing to form settlement group, is responsible for the comprehensive settlement work; The finance department processes according to the accountant who the stipulation enters the line of foreign investment dispositions of assets disposal of assets promptly.

The 40th article when by subject of investment termination management, should, "China People Altogether with Country Enterprise Bankruptcy law" and its articles of incorporation and so on relevant provision and so on carried on the comprehensive check to its property, creditor's rights, debt according to "People's Republic of China Law of corporation"; In the settlement process, should pay attention whether has to pull out runs away and transfer fund, embezzles with embezzles the property and so on to harm the company interests in disguised form the line is; After the settlement had ended, various properties and creditor's rights should take back and go through the related formalities promptly.

The 41st article when foreign investment disposition of assets disposal of assets, the foreign investment property that the correspondence takes back should the prompt full amount gather. Constructs to set up the foreign investment decision-making and implementation latter evaluation system.

The 42nd article cancels the foreign investment, must obtain because of by the law law copy clerk and certified copy that subject of investment bankruptcy and other reasons cannot take back the investment.

The 43rd article investment development division when carrying on foreign investment disposition of assets disposal of assets, should stipulate proper friendly taking care and foreign investment disposition of assets disposal of assets related examination document, the council book and property recycling detailed list according to the company records management and so on correlation data.

The eighth chapter the management by supervision 44th ministry of audit of foreign investment is responsible to carries on by the investment company the regular, non-periodical or specialized audit supervision. For those thrown capital company all properties, carries on the periodic inventory by other personnel who the management audit personnel either do not participate in the investment business or carries on the checkup with Venezuelan Surrogate care Tube Organization, inspects it whether has for this company, and will inventory the record and book records cross check to acknowledge mistakes firmly the solid uniformity.

The 45th article the company board of supervisors momentarily exercises the foreign investment control inspection power. Inspection content mainly Bao Kuo:

(1) Investment business related post personnel's establishment, inspection whether

exists by one person simultaneously holds the post of over two items not accommodating posts' phenomena;
(2) Validity of capital spending plan, inspection whether has the illegal foreign investment the phenomenon;
(3) Examination document, contract, agreement investment activity and so on relevant law document taking care;
(4) Inspection investment assets handling, inspection investment handling property authorized procedure is whether correct, process whether real legitimate.
The ninth chapter attaches the 46th this means not to perform the matters concerned, holds the line under the national relevant law, laws and "Articles of incorporation" stipulation.
The 47th article this means are invested the development division to be responsible for explaining and revision by company.
The 48th article this means authorized the date to implement from company.
Account and suffix:
This document return unit: Enterprise control division document drafts the unit: Investment development division document main drafter: Yang Xueqi Ben document issued in December, 2009. This document in the June, 2013 first revision.
Northern new building materials developmental strategy policing method first chapter of general rule first is the standard Beixinjituan building materials limited liability company (hereafter refers to as company) the strategic decision and strategic solid execution is, enables the strategic plan of all levels of company to have foresightedness and feasibility, "Central enterprise Developmental strategy And Plan Policing method", "Beixinjituan Building materials Limited liability company Regulation" (hereafter refers to as "Male Department Regulation") according to "People's Republic of China Law of corporation" and "Listed company Governs the Criterion" related administrative provisions, the actual situation in union company, makes this means.
The second article this means said that developmental strategy and plan, refers to the company, subsidiary company and all levels of holding company acts according to country's industrial policy and Chinese building materials group and Chinese building materials stock developmental strategy plan, in analyzing external environment and internal and in variation foundation, will make in future certain time that to have the direction for the company long-term survival and development, integrity, the overall importance localization, the strategic target and corresponding implementation plan.
The third article principle that the formulation strategic plan must follow:
(1) The strategic plan and implementation plan that the rational utilization resources principle, namely all levels of companies work out should fully manifest Chinese building materials group "makes good use of the resources and service construction" the operation concept, conforms to the cyclical economy and energy conservation environmental protection industrial policy;
(2) The strategic plan of company acts according to the Chinese building materials group and Chinese building materials stock strategic plan formulation, the strategic plan of subsidiary company and all levels of holding company must obey the strategic plan of company;
(3) The overall importance principle, namely the company, subsidiary company and all levels of holding company work out the strategic plan to from the overall situation proceed, to achieve promotion company vantage point superiority and

general economy benefit goal;

(4) Foresightedness and feasible principle, namely the strategic plan of formulation must have foresightedness and feasibility.

The second chapter strategic plan's main body, content and administration authority fourth shareholder congress, board of directors and workshop for the policy--making organ of company developmental strategy plan, the developmental strategy plan to company make the decision-making in its scope of authority respectively. The strategic plan of company is coordinated by investment development division, with company relevant functional department and subsidiary company, will draw up according to the Chinese building materials group and Chinese building materials stock strategic plan and male department definite strategic target.

The fifth article company developmental strategy and plan including intermediate development project and ten years long-term objective. The establishment key point is five years development project and three years trundle development plan, and according to enterprise external environment and internal change of situation and development at the right moment trundle adjustment.

The sixth article the subsidiary company draws up the strategic plan and implementation plan of this unit according to the company definite strategic plan, the company invests the development division to be responsible for organizing the strategic plans and implementation plans of various company functional department antithetical couplet companies proposed that revises Italy to see. The strategic plan and implementation plan of subsidiary company are examed and approved after the company implements.

The seventh article in case the significant condition of business change needs to revise the strategic plan and implementation plan, the subsidiary company must to the company propose that written corrections, is examed and approved after the company implements.

The third chapter implementation of strategic plan and appraises the strategic plan of eighth company after the authorization, is managed the management implementation by the company; Subsidiary company strategic gauge is delimited by it implements respectively.

The ninth article the implementation of company developmental strategy plan should have the validity, the development priorities, the action program and the safeguard mechanism plan specifically carries out to transform implements to the company year work plan,/monthly carried on to decompose and carry out after Ying Fenxi, achievements management and performance assessment and other links through the annual budget and quarter.

The tenth article the company must attach great importance to the propaganda work of developmental strategy, through various level conferences, training and periodic summary and other ways, transmits company's prospect, goal, strategic plan and other developmental strategy and decomposition implementation internal various management levels and staff members.

The 11th article for prompt and effective monitoring company developmental strategy's implementation, the company practices the strategic interpellation system.

The company in principle non-periodical, plans to implement the situation to carry on the interpellation to various functional department people in charge and various subsidiary company management on the plans by the workshop, various department or the unit plan and implementation of year work plan carries on the appraisal, and

forms the opinion on advancement solid Shi Gongzuo. The interpellation content mainly includes:

(1) Various functional departments and various subsidiary companies in planning the time plan the summary analysis of implementation, in year job objective's the completion situation including the plan time and cannot achieve the goal the situation to make the explanation;

(2) When various subsidiary companies the great change and future of time condition of business forecasts;

(3) Various functional departments and various subsidiary companies plan and plan the problem that implements in the process to have;

(4) Corrective measure and suggestion in next step work.

The 12th article the company member company management platform is responsible for the inspector general and implementation of appraisal subsidiary company strategic plan, carries on the summary to this year strategic plan implementation in the year end.

The fourth chapter the supplementary articles 13th this means are invested the development division to be responsible for explaining by the company.

The 14th article this means are put into force upon issuance.

Account and suffix:

This document return unit: Enterprise control division document drafts the unit: Investment development division document main drafter: Yang Xueqi Ben document issued in June, 2013.

北新股份投字〔2013〕62 号　　　　　　　　签发人：王兵

# 关于发布《北新建材分/子公司管理办法》、《北新建材对外投资管理办法》、《北新建材发展战略管理办法》3 个制度的通知

北新建材各单位：

根据《北新建材规章制度管理办法》之规定，结合目前工作实际，特对《北新建材分/子公司管理办法》、《北新建材对外投资管理办法》2 个制度进行了重新修订，并制定了《北新建材发展战略管理办法》，现印发给各单位，请遵照执行。原相关制度同时废止。

相关附件已发布在公司信息共享区域，请各单位及时下载学习。公司共享访问方式：http://info.bnbm.com.cn。

特此通知。

附件：1.北新建材分/子公司管理办法

　　　2.北新建材对外投资管理办法

　　　3.北新建材发展战略管理办法

二〇一三年六月十八日

主题词：管理　分子公司　对外投资　发展战略　办法　发布通知

行政人事部　　　　　　　　　　　　　2013 年 6 月 18 日印

录入：刘建林　　校对：赵丹　　　　　　　　（共印 53 份）

BNBMPLC-E-0058974

# 北新建材分/子公司管理办法

## 第一章　总则

第一条　为促进北新集团建材股份有限公司（以下简称"公司"）规范运作和健康发展，明确公司与各分/子公司财产权益和经营管理责任，确保分/子公司规范、高效、有序运作，防范投资风险，提高公司产权管理水平，提高公司整体资产运营质量，按照《中华人民共和国公司法》、《深圳证券交易所股票上市规则》、《深圳证券交易所上市公司内部控制指引》、《企业内部控制应用指引-对子公司控制》、《北新集团建材股份有限公司章程》（以下简称《公司章程》）及《北新集团建材股份有限公司内部控制制度》（以下简称《内部控制制度》）等法律、法规和规范性文件的规定，结合公司的实际情况，制定本办法。

第二条　本办法所称分/子公司是指公司根据总体战略规划、产业结构调整及业务发展需要而依法形成的公司，主要包括：

（一）公司下属所有分支机构或附属机构；

（二）公司独资设立的全资子公司；

（三）公司与其它公司或自然人共同出资设立的控、参股公司。

（四）以兼并、收购、重组、置换等方式取得股权的全资、控股、参股公司。

第三条　本办法适用于公司设立的所有分公司、全资子公司及控股子公司，参股公司参照执行。公司各职能部门，公司委派至分/子公司的董事（执行董事）、监事及高级管理人员在各自的权责范围内对本办法的有效执行负责。

第四条　分/子公司应遵循本办法规定，结合公司的其它管理制度及办法，根据自身经营特点和环境条件，制定具体实施细则及部控制制度，并接受公司的监督。

## 第二章　分/子公司的设立

第五条　公司为实现产品的结构调整，生产要素的合理流动和资源的优化配置，可通过新设及兼并、收购、重组、置换等方式取得分/子公司。

第六条　分/子公司设立程序如下：

（一）投资发展部根据公司的战略规划和上级主管单位对新建项目的立项批复及重组购并项目的需要提出设立分/子公司的申请，报公司办公会审议；

（二）投资发展部根据公司办公会审议结果，确定新设公司的组织构架后，将新设公司完整情况上报上级单位批复；

（三）批复同意后投资发展部负责组织分/子公司的工商注册登记，财务部负责银行账户、税务登记证的办理。

BNBMPLC-E-0058975

第七条　公司需对以兼并、收购、重组、置换等方式取得股权的全资、控股子公司、参股公司进行优化整合，优化整合包括管理层整合、经营整合、资产整合、债务整合、知识产权整合等。

## 第三章　分/子公司组织机构

第八条　子公司应依法设立股东（大）会、董事会（执行董事）及监事会（监事），也可依法根据其实际情况设立子公司治理结构，确保其合法运作和科学决策。

第九条　公司应依法建立分公司和全资子公司的组织机构，并确定其章程；依法参与建立控股子公司的组织机构，提出控股子公司章程的主要条款。

第十条　分公司和全资子公司总经理负责分公司和全资子公司日常管理，对内负责除生产管理之外的一切工作，对外代表公司与当地政府及职能部门进行关系协调、优惠政策及资金支持争取等统筹协调工作。

第十一条　工厂负责组织编制并实施生产计划，组织生产工厂开展节能降耗及降低成本措施，建立健全工厂的各项管理制度，督导所属部门开展相关管理活动并监督检查。

第十二条　分公司和全资子公司综合办公室负责分公司和全资子公司的日常行政、人事等管理工作。

第十三条　分公司和全资子公司应定期召开分/子公司例会，讨论公司各项管理制度的执行情况；子公司内控制度建设和执行情况；子公司的经营业绩、经营管理、财务收支情况；高层管理人员的任期经济责任等等。

## 第四章　经营管理

第十四条　分/子公司的各项经营管理活动必须遵守国家各项法律、法规、规章和公司制度，建立健全内控制度，落实公司经营计划，确保经营管理目标的实现，保障公司及其他股东的权益。

第十五条　分公司年度生产经营计划应报公司办公会审议批准。全资子公司和控股子公司年度生产经营计划应报公司办公会审议批准。

第十六条　分公司和全资子公司生产管理应严格按照公司 QEMS 管理体系执行，控股子公司应遵照执行。

第十七条　大宗原材料由公司集中采购，除备品备件外，无公司授权，分公司和全资子公司一律不得自行采购（集中采购物资及相关规定详见《采购业务流程及制度汇编2005》）。控股子公司可根据生产经营需要自行采购，但每年年初应将年度采购计划及资金预算报公司办公会审批。

第十八条　分公司和全资子公司销售由公司统一进行；控股子公司可根据年度生产经营计划自行安排销售，但每年年初应将年度销售计划及销售预算报公司办公会审批。

BNBMPLC-E-0058976

第十九条　公司物业管理部负责分公司和全资子公司的地产、房产管理，企业管理部负责其固定资产管理，分公司和全资子公司综合办公室负责地产、房产及其他固定资产的日常维护和管理。

第二十条　每个会计年度结束前一个月内，分公司和全资子公司应组织编制本年度工作报告和下年度经营计划报告。其中归属于事业部的分公司和全资子公司应经分公司和全资子公司所属事业部核后，报公司办公会审议；其它分公司和全资子公司应经主管分/子公司的副总经理审核后，报公司办公会审议；控股子公司应经主管投资的副总经理审核后，报公司办公会审议。

第二十一条　年度工作报告和经营计划报告必须真实反映其生产、经营及管理状况。报告内容除本公司采购、生产及销售情况外，还应包括产品市场变化情况，有关协议的履行情况、项目的建设情况、诉讼及仲裁事件以及其它重大事项的进展情况。

第二十二条　公司投资发展部负责公司产权管理相关工作，对分/子公司经营情况进行跟踪，协调各方面关系，确保对分/子公司的有效管理。

第二十三条　子公司应及时将其董事会（执行董事）决议、股东会决议（股东决定）等重要文件报投资发展部。

第二十四条　分/子公司必须依照公司档案管理规定建立严格的档案管理制度。子公司的决议、公司章程、营业执照、印章、审计报告、政府部门有关批文、各类重大合同等重要文本，须按照公司《档案管理办法》规定妥善保管。

## 第五章　重大事项的管理控制

第二十五条　分/子公司应严格执行公司《重大信息内部报告制度》。重大事项包括但不限于重大投融资、重大关联交易、重要合同、借款与担保、重大风险、对外捐赠及其它可能对公司股票及其衍生品种交易价格产生重大影响的事项。

第二十六条　公司重大事项实行实时报告制度。分/子公司出现、发生或即将发生重大事项时，应及时向公司董事会秘书及证券部报告，并保证提供的相关文件资料真实、准确、完整。

第二十七条　全资子公司和控股子公司应在其章程中规定，重大事项须经全资子公司和控股子公司董事会（执行董事）审议通过，报公司办公会审议通过后，按审批权限，提交公司董事会或股东大会审批。

第二十八条　分/子公司的重大事项视同公司行为。公司证券部应按照《深交所股票上市规则》的规定履行相应的信息披露义务。分/子公司在该信息尚未公开披露前，负有保密义务。

第二十九条　对外投融资由公司统一进行，分公司和全资子公司无权对外投融资。

未经公司批准，各级控股子公司无权擅自对外投融资。控股子公司进行投融资时，须按其公司章程规定，经该控股子公司董事会或股东大会审议通过，报公司办公会审议通过后，按审批权限，提交公司董事会或股东大会批准后方可执行。相关文件报投资发展部备案。

第三十条　子公司项目建设阶段重大事项的管理，包括项目立项，可行性研究报告，设计招标，工程概算及项目建设投资计划，主要施工单位、主要设备和监理单位招标、开工，工程建设过程监管，竣工验收，建设项目后评估等。其中项目立项、可行性研究报告、初步设计及概算、项目开工等必须报公司办公会审议批准后，按审批权限报上级单位批复后方可执行。相关文件报投资发展部备案。

第三十一条　分/子公司在发生交易活动时，相关责任人应审慎判断是否构成关联交易。如果构成关联交易，须及时上报证券部和财务部，并根据《公司章程》和相关规定，经公司办公会审议决定后，按审批权限，提交公司董事会或股东大会批准后方可执行。

第三十二条　对已经申报关联交易豁免金额的分/子公司，公司应严格控制其关联交易在豁免金额范围内进行，如关联交易金额超过豁免金额，需在交易发生前上报公司，由公司上报上级单位批复同意后方可进行交易。对于没有申报的，视同关联交易金额超过豁免金额办理。

第三十三条　未经公司批准，分/子公司不得擅自增加借款。

第三十四条　分/子公司在新增借款和授信额度前须向公司提出书面申请，报公司办公会审议通过后，按审批权限，提交公司董事会、股东大会审批后方可执行。

第三十五条　分/子公司的借款用途发生改变时，应向公司提交书面报告，并重新履行审批手续方可实施。

第三十六条　未经公司批准，子公司不得对公司、全资子公司及各级控股子公司以外单位提供担保，也不得请公司、全资子公司及各级控股子公司以外单位提供担保。

第三十七条　全资子公司、各级控股子公司任何资产抵押、质押行为经其董事会、股东大会审议通过后，经公司办公会审议决定后，按审批权限，提交公司董事会、股东大会批准后方可实施。资产抵押、质押实施过程要严格按照程序进行。同时报投资发展部备案。

第三十八条　全资子公司和各级控股子公司对外捐赠资金或资产，应经其董事会(执行董事)、股东大会审议通过，报公司办公会审议通过后，报上级单位批复同意后，按审批权限，提交公司董事会、股东大会审批。经批准的对外捐赠事项，全资子公司和各级控股子公司应当建立台账查账簿，逐笔登记捐赠对象、捐赠资产、捐赠金额、时间、经办人、批准人等信息。公司审计部负责组织专人定期检查。

第三十九条　对涉及全资子公司和各级控股子公司的财务状况、经营成果、声誉、业务活动、未来前景等可能产生较大影响的诉讼或其董事、监事、高级管理人员受到的刑事起诉等重大诉讼应按《深交所股票上市规则》的规定履行相应的信息披露义务。

## 第六章　人力资源管理

第四十条　公司应当建立健全人事委派制度，按出资比例向全资、控股、参股公司委派或推荐董事（执行董事）、监事及高级管理人员候选人。

第四十一条　公司派出的董事（执行董事）、监事及高级管理人员应切实代表公司利益，维护公司作为出资人的一切权利。

第四十二条　全资子公司、控股子公司董事（执行董事）、监事及高级管理人员的委派程序：

（一）由公司办公会决定推荐的委派人选；

（二）报上级单位审批同意；

（三）公司行政人事部以公司名义办理正式推荐公文；

（四）提交子公司股东（大）会、董事会（执行董事）审议，按子公司章程规定予以确定；

（五）投资发展部、行政人事部对子公司董事（执行董事）、监事及高级管理人员的委派情况予以备案。

第四十三条　分公司高级管理人员，经公司办公会审议通过后，报上级单位审批同意后任命。同时报投资发展部备案。

第四十四条　公司派往各分/子公司的董事（执行董事）、监事、高级管理人员具有以下职责：

（一）依法履行董事（执行董事）、监事、高级管理人员义务，承担董事（执行董事）、监事、高级管理人员责任；

（二）督促分/子公司认真遵守国家有关法律、法规之规定，依法经营，规范运作；

（三）保证公司发展战略、董事会及股东大会决议的贯彻执行；

（四）忠实、勤勉、尽职尽责，切实维护公司在分/子公司中的利益不受侵犯；

（五）定期或应公司要求汇报任职分/子公司的生产经营情况及重大事项；

（六）派出董事（执行董事）与投资发展部共同提出列入子公司董事会（执行董事）、监事会（监事）或股东大会的审议事项，并按审批权限提请公司办公会、董事会或股东大会审议，审议决议由投资发展部备案；

（七）承担其在权责范围内的其它职责。

第四十五条　为更好地贯彻落实公司发展战略，有效调动委派的高级管理人员的积

极性,促进公司的可持续发展, 公司应建立对分/子公司的绩效考核和激励约束制度。

第四十六条   分/子公司高级管理人员应接受公司行政人事部对本单位经营指标完成情况及行为态度的考核。

第四十七条   公司委派的高级管理人员在任职期间, 应按公司下达的考核指标, 接受年度业绩和任期考核, 并于每年度结束前一个月内向公司行政人事部提交年度述职报告。

第四十八条   分/子公司中层及员工的考核和奖惩方案由分/子公司管理层制定, 并报公司行政人事部备案。

第四十九条   公司派出的董事(执行董事)、监事及高级管理人员应当严格遵守法律、行政法规和任职公司章程。不得利用职权为自己谋取私利, 不得利用职权收受贿赂或者其它非法收入, 不得侵占任职公司的财产。对任职公司重大事项或损害公司作为出资人权益的事项隐瞒不报的, 一经发现, 公司将追究其行政责任, 造成重大损失的, 应追究法律责任。

## 第七章   财务管理

第五十条   分/子公司从事的各项财务活动不得违背《会计法》、《企业会计准则》等相关法律、法规、规章及公司财务制度。

第五十一条   公司财务部应根据公司章程规定, 对分/子公司财务报告相关活动实施管理控制, 主要职责包括但不限于:

(一) 统一会计政策和会计期间;

(二) 负责编制公司合并财务报表;

(三) 组织分/子公司财务预算的编制与审核;

(四) 组织分/子公司财务决算的编制与审核;

(五) 统一委派有证券从业资格的会计师事务所进行审计;

(六) 负责分/子公司财务总监或其它财务管理人员的委派与管理;

(七) 监督分/子公司的资金控制与资产管理工作。

第五十二条   分/子公司应严格执行公司统一的会计政策。会计政策一经确立不得随意变更。

第五十三条   分公司及全资子公司必须严格执行公司财务制度。在公司统一的会计政策下, 控股子公司可以参照公司财务制度自行拟定财务管理细则, 并报公司财务部审核。公司财务部应实行定期检查与日常指导相结合的方式对其执行情况予以监督。

第五十四条   分/子公司应按公司财务部统一规定, 编制下一年度的财务预算, 经其公司董事会或有权组织审批后, 公司财务部汇总审核后, 报公司办公会审议批准。

第五十五条　公司对正式下达执行的分/子公司预算，一般不予调整。但因客观原因发生重大变化，或出现不可抗力致使分/子公司预算的编制基础不成立，或将导致执行结果产生重大差异而需要调整的，必须重新履行审批手续。

第五十六条　预算一经批复下达，分/子公司应积极组织实施，将预算指标层层分解，落实到内部各部门、各环节和各岗位，形成全方位的预算执行责任体系。

第五十七条　分/子公司每月应向公司财务部提交预算执行情况的分析报告。年度终了时应对上一年度财务预算完成情况进行总结分析，如财务决算与财务预算有较大差异，应说明具体原因并上报公司财务部。

第五十八条　分/子公司应按月、季、年向公司财务部报送财务报告，并保证其真实、合法和完整。

第五十九条　分/子公司的月度财务报告应于月度终了后 6 日内报送公司财务部。参股公司的季度报告应于季度终了后 15 日内报送公司财务部。分公司、全资子公司年度报告应于年度终了后 8 日内报送公司财务部；控股子公司年度报告应于年度终了后 15 日内报送公司财务部；参股公司年度报告应于年度终了后 60 日内经注册会计师审计签章后报送公司财务部。财务报告应同时报投资发展部备案。

第六十条　公司财务部应定期进行资产清查工作，严格执行各项资产减值准备的提取及核销的审核手续，并进行备查登记。

第六十一条　公司的季度、半年度和年度报告未对外披露前，分/子公司对其财务信息负有保密义务。

第六十二条　全资子公司及各级控股子公司不得与公司、其他全资子公司及各级控股子公司有非经营性资金往来，既不能占用也不能被占用资金。

第六十三条　公司资金实行统一收付、集中管理。分公司及全资子公司的现金收入统一纳入公司现金池，统一调配；其集中采购的大宗原燃材料付款及处于项目在建期间的设备和土建付款由公司统一审批和办理。

第六十四条　分公司及全资子公司必须严格执行公司《货币资金管理办法》，严格付款审批手续。其日常运营资金支付实行授权管理，预算内资金支出实行限额审批制，预算外资金支付及限额以上资金支出必须经公司审批。控股子公司的资金管理应参照公司《货币资金管理办法》执行，同时接受公司财务部和审计部的指导和监督。

第六十五条　分公司及全资子公司银行账户的开设、使用及撤销必须严格执行中国人民银行颁发的《中国人民银行账户管理办法》和公司《货币资金管理办法》、《货币资金管理办法补充规定—分/子公司银行帐户管理》规定办理。控股子公司银行账户的开设、使用及撤销应及时报公司财务部备案。

第六十六条　分/子公司应严格执行公司《借款与担保管理办法》的规定，并于每月5日前向公司财务部报送《借款情况汇总表》、《担保资金使用情况表》。公司财务部应定期审核借款及被担保公司的偿债能力和信用程度，最大限度降低和规避借款与担保风险。

第六十七条　公司税务管理实行集中管理。分公司及全资子公司每月应将应纳税款报公司财务部审批后缴纳。控股子公司遇有重大税务筹划等事项应及时上报公司财务部。

第六十八条　分公司及全资子公司应严格遵守公司《印章管理办法》，每季度应将财务印章使用的自查情况上报公司财务部。控股子公司应参照公司《印章管理办法》，严格印章管理，并定期接受公司审计部的指导和监督。

第六十九条　分/子公司实行财务总监委派制。财务总监应向公司随时报告重大事项和定期报告常规事项，包括但不限于：

（一）每年年初向公司财务部书面提交下一年度财务工作计划。并于每季度初提交本季度财务工作计划及上季度财务工作计划完成情况；

（二）贯彻执行公司财务规章制度和业务工作流程，每月按时上报会计报表和其它财务资料，保证会计信息的完整、真实、可靠；

（三）每月上报本公司财务分析；

（四）每月上报借款及担保情况，并及时将相应借款合同、担保合同等报公司财务部备案；

（五）控股子公司还应上报当月重大投融资情况；

（六）财务总监认为应上报的其它事项。

## 第八章　监督审计

第七十条　公司设立审计部，在公司董事会的领导下负责公司、及分/子公司内部审计工作的统一管理、综合协调、考核评价及审计工作质量的检查与监督。

第七十一条　公司审计内容包括但不限于：

（一）对分/子公司财务收支、财务预决算、资产质量、经营绩效及其它有关经济活动进行审计监督；

（二）对分/子公司内部控制系统的健全性、合理性和有效性进行检查、评价和意见反馈，对有关业务的经营风险进行评估；

（三）组织对分/子公司责任人任期经济审计及离任经济审计工作；

（四）组织对存在重大财务异常情况的分公司、全资子公司及各级控股子公司进行专项经济责任审计；

（五）对分/子公司固定资产投资项目进行审计监督，内容包括对基本建设项目和重大技术改造、大修等项目的立项、概（预）算、招投标、合同订立、资金支付、竣工决

算进行审计和检查；

（六）对分/子公司的物资（劳务）采购、产品销售等经济活动和重要的经济合同进行审计监督；

（七）参与分/子公司拟兼并、划转对象的尽职调查及其重组、改制、破产清算等审计工作；

（八）参与对分/子公司年度财务决算审计质量的监督；

（九）参与对分/子公司特定项目财务审计、资产评估及相关业务活动等工作结果的真实性、合法性的监督；

（十）组织实施公司决策机构授权批准的其它审计事项。

第七十二条　公司审计部根据工作需要，可聘请中介机构对分/子公司进行审计，亦可聘请特邀审计员，进行财务审计及专项审计。分/子公司应积极配合，接受公司审计部的业务指导与监督。

## 第九章　清算注销

第七十三条　有下列情形之一的，分/子公司可以向公司提出清算申请：

（一）分/子公司经营管理发生严重困难，继续存续会使股东利益（所有者权益）受到重大损失；

（二）全资子公司、控股子公司被依法宣告破产；

（三）分/子公司章程规定的营业期限届满或其章程规定的其它解散事由出现；

（四）依法被吊销营业执照，责令关闭或被撤销；

（五）人民法院依法予以解散；

（六）法律、行政法规规定的其它解散情形。

第七十四条　清算申请经分/子公司所属事业部负责人或受权人、主管分/子公司副总经理、主管投资副总经理、财务负责人、总经理审核，经董事长审批后，提交公司办公会审议审议通过，上报上级单位批复同意后，按审批权限，提交董事会、股东大会审批。

第七十五条　在注销分、子公司决定之日起 15 日内由审计部组织成立清算小组。清算小组成员由公司办公会确定，一般应包括审计部、财务部、投资发展部、法律部、企业管理部、行政人事部、综合商务部、被清算公司相关人员等。

第七十六条　清算小组在清理分/子公司财产后，编制资产负债表和财产清单，制定清算方案。清算方案报公司办公会审议通过后，按审批权限，提交公司董事会、股东大会审批。

第七十七条　清算小组在清算期间应行使下列职权：

（一）清理分/子公司财产，分别编制资产负债表和财产清单；

（二）通知、公告债权人；

（三）处理与清算有关的分/子公司未了结的业务；

（四）清缴所欠税款以及清算过程中产生的税款；

（五）清理债权、债务；

（六）处理分/子公司清偿债务后的剩余财产；

（七）代表全资子公司、控股子公司参与民事诉讼活动。

第七十八九条　清算小组应当自成立之日起 10 日内通知债权人，并于 60 日内在报纸上公告。债权人应当自接到通知书之日起 30 日内，未接到通知书的自公告之日起 45 日内，向清算小组申报其债权。

债权人申报债权，应当说明债权的有关事项，并提供证明材料。清算小组应当对债权进行登记。在申报债权期间，清算小组不得对债权人进行清偿。

第七十九条　分/子公司财产在分别支付清算费用、职工的工资、社会保险费用和法定补偿金，缴纳所欠税款，清偿分/子公司债务后的剩余财产，全资子公司、控股子公司按照股东持有的股份比例分配，分公司如有剩余财产则按公司规定计入公司帐务。清算期间，分/子公司存续，但不能开展与清算无关的经营活动。

第八十条　分/子公司清算结束后，清算小组应当出具清算报告，报公司办公会审议通过后，按审批权限，提交公司董事会、股东大会审批后，办理注销手续，并公告分/子公司终止。同时上报证券部做好信息披露工作。

第八十一条　清算小组成员应当忠于职守，依法履行清算义务。清算小组成员不得利用职权收受贿赂或其它非法收入，不得侵占分/子公司财产。清算小组成员因故意或重大过失给分/子公司或者债权人造成损失的，应当承担赔偿责任。

### 第十章 附则

第八十二条　本办法未尽事宜，按有关法律、行政法规、中国证监会和公司的有关规定执行。

第八十三条　本办法由公司投资发展部负责解释与修订。

第八十四条　本办法自公司批准之日起实施。

---

附加说明：

本文件归口单位：企业管理部

本文件起草单位：投资发展部

本文件主要起草人：杨雪琦

本文件于 2009 年 12 月发布。本文件于 2013 年 06 月第一次修订。

BNBMPLC-E-0058985

# 北新建材对外投资管理办法

## 第一章　总　则

第一条　为加强北新集团建材股份有限公司（以下简称公司）对外投资管理，完善投资决策流程和机制，规范对外投资行为，防范对外投资风险，保障对外投资安全，提高对外投资效益，根据《中华人民共和国公司法》、《证券法》、《深圳证券交易所股票上市规则》、《中华人民共和国会计法》、《上市公司治理准则》、《北新集团建材股份有限公司章程》（以下简称《公司章程》）、《企业内部控制应用指引-对外投资》、《股东大会议事规则》、《董事会议事规则》、《总经理工作细则》等法律、法规和规范性文件的规定，结合公司的实际情况，制定本办法。

第二条　本办法所称的对外投资是指公司为获得预期回报而将资源(货币或其它形式的资产)转化为资本，投入经济活动的行为过程。

第三条　按照投资对象划分，公司对外投资分为金融投资和实业投资，金融投资是指企业用货币资金购买股票、债券等金融产品，借以获得收益的投资行为，包括各种股票交易、信托投资、国债、企业债券（含可转换债券）、基金、保险、金融衍生品等金融工具的投资；实业投资是指对一切实物形式的投资，包括土地购置、项目投资、兼并、置换、收购和联营等。

第四条　公司对外投资需遵循以下原则：

（一）符合国家有关法律法规及国家的产业政策和上市公司规则；

（二）符合公司的发展战略规划，有利于提升公司的核心竞争能力和企业的盈利能力；

（三）有利于公司的产品结构调整、生产要素的合理流动和资源的优化配置，有利于提高公司资产的运营效率，保证主营业务突出；

（四）有充足的资金来源和切实可行的操作方案，严格按照审批流程，有效防范对外投资风险及后续的经营管理风险。

第五条　对外投资由公司统一进行。未经公司批准，全资子公司及控股子公司无权擅自对外投资。

第六条　本办法适用于全资子公司和控股子公司，参股公司参照执行。

## 第二章　对外投资管理的组织机构

第七条　公司股东大会、董事会、办公会为公司对外投资的决策机构，各自在其权限范围内对公司的对外投资做出决策。其它任何部门和个人无权做出对外投资的决定。

第八条　公司战略委员会为董事会的专门议事机构，负责对《公司章程》须经董事

BNBMPLC-E-0058986

会批准的重大投资方案进行分析和研究，为决策提供建议。战略委员会下设投资评审小组，其主要职责是负责公司对外投资的研究、策划、论证，评估公司对外投资的效益和风险。

第九条　董事长负责组织投资方案的实施，并及时向董事会汇报投资进展情况，以利于董事会及股东大会对投资做出决策。

第十条　各事业部和投资发展部为对外投资管理的执行部门。投资发展部负责组织制订公司中长期发展规划和年度投资计划；参与对外投资的考察、谈判、评估；负责组织对外投资的可行性研究和评估；参与对外投资的论证、立项；组织相关事项的申报；负责被投资企业的产权管理。

第十一条　财务部为对外投资的日常财务核算和监督管理部门。公司投资方案确定后，财务部应积极筹集所需资金，确保资金及时到位；严格执行付款审批手续，监控资金使用情况。

第十二条　审计部为对外投资的审计监督管理部门，对投资审批程序进行监督，确保投资程序的合法合规。

## 第三章　对外投资的审批权限

第十三条　公司对外投资的审批应严格按照《公司法》、《深圳证券交易所股票上市规则》和中国证券监督管理委员会的有关法律、法规及《公司章程》、《股东大会议事规则》、《董事会议事规则》、《总经理工作细则》、上级单位中国建材股份有限公司（以下简称中建材股份）等规定的权限履行审批程序。

第十四条　所有对外投资事项须经公司办公会审议通过。

第十五条　符合以下标准的对外投资事项须经公司股东大会批准：

（一）对外投资涉及的资产总额（同时存在账面值和评估值的，以高者为准）超过公司最近一期经审计合并报表总资产的 50%；

（二）对外投资标的（如股权）在最近一个会计年度相关的营业收入超过公司最近一个会计年度经审计营业收入 50%，且绝对金额超过 5000 万元；

（三）对外投资标的（如股权）在最近一个会计年度相关的净利润超过公司最近一个会计年度经审计净利润的 50%，且绝对金额超过 500 万元；

（四）对外投资的成交金额（含承担债务和费用）超过公司最近一期经审计净资产的 50%，且绝对金额超过 5000 万元；

（五）对外投资产生的利润超过公司最近一个会计年度经审计净利润的 50%，且绝对金额超过 500 万元；

（六）公司与关联法人发生的交易金额在 3000 万元以上，并超过公司最近一期经审

BNBMPLC-E-0058987

计净资产的 5%；

（七）公司与关联自然人发生的金额 3000 万元以上。

上述指标计算中涉及的数据如为负值，取其绝对值计算。

第十六条　符合以下标准的对外投资事项须经公司董事会批准：

（一）对外投资涉及的资产总额（同时存在账面值和评估值的，以高者为准）占公司最近一期经审计总资产的 10%以上，但不超过 50%；

（二）对外投资标的（如股权）在最近一个会计年度相关的营业收入占公司最近一个会计年度经审计营业收入的 10%以上，但不超过 50%，且绝对金额超过 1000 万元，但不超过 5000 万元；

（三）对外投资标的（如股权）在最近一个会计年度相关的净利润占公司最近一个会计年度经审计净利润的 10%以上，但不超过 50%，且绝对金额超过 100 万元，但不超过 500 万元；

（四）对外投资的成交金额（含承担债务和费用）占公司最近一期经审计净资产的 10%以上，但不超过 50%，且绝对金额超过 1000 万元，但不超过 5000 万元；

（五）对外投资产生的利润占公司最近一个会计年度经审计净利润的 10%以上，但不超过 50%，且绝对金额超过 100 万元，但不超过 500 万元；

（六）公司与关联法人发生的交易金额在 300 万元以上，但不超过 3000 万元，且占公司最近一期经审计净资产的 0.5%以上，但不超过最近一期经审计净资产的 5%；

（七）公司与关联自然人发生的交易金额在 30 万元以上，但不超过 3000 万元。

上述指标计算中涉及的数据如为负值，取其绝对值计算。

第十七条　上述实业投资中属项目投资金额达到 3000 万元及所有股权投资及资产购买的对外投资事项均应上报上级单位批复同意后实行。

## 第四章　对外投资的程序管理

第十八条　公司的金融投资程序：

（一）投资发展部结合金融市场上各种投资产品的情况和其它投资对象的盈利能力编制金融投资计划，报公司办公会审议后，按照投资审批权限，提交董事会、股东大会审议通过后执行；

（二）财务部负责根据审批后的投资计划落实资金的安排；

（三）投资发展部分管金融投资业务的人员负责组织投资计划的具体实施，在授权范围内进行交易操作；

（四）投资发展部应按照金融投资类别、数量、单价、购进日期、结存情况等建立备查帐簿，金融投资交易当日必须登记入账；

BNBMPLC-E-0058988

（五）投资发展部应于每月月底汇总并编制金融投资交易统计表，连同交易记录明细交财务部审核后入账，财务部应定期编制投资资金状况表报财务负责人，抄报投资发展部备案；

（六）投资发展部应定期编制金融投资损益报告，报分管投资的副总经理、总经理和董事长审阅。

第十九条　　公司应建立金融资产投资的风险控制和防范机制，保障资金的安全和稳健。

第二十条　　公司建立严格的金融投资资产管理办法，投资实施人员须与资金、财务管理人员分离，且至少应由两名以上人员共同控制，相互制约，不得一人单独操作金融投资资产。对任何金融投资资产的存入或取出，必须由相互制约的两人联名签字。

第二十一条　　公司的实业投资程序：

（一）新建项目投资程序

1、根据公司的战略布局、规划和年度投资计划，由石膏产业发展部及各事业部组织筛选投资目标并对投资环境进行考察；

2、石膏产业发展部及各事业部在充分的市场调研、综合分析的基础上确定目标，编制投资建议书，提交公司办公会审议；

3.公司办公会审议通过后，由相关部门汇总资料，报中建材股份申请立项，组织项目听证会。

4、石膏产业发展部和投资发展部根据上级单位的批示及各部门论证意见草拟投资协议，经相关部门评审，报公司办公会审议决定后，按审批权限，报董事会、股东大会审批确定投资方案；

5、由法定代表人或受权人签订投资协议，在签订协议或合同之前，不得支付投资款或转移投资资产；

6、投资发展部负责新设公司的上报审批和新公司注册流程；

7、项目建设领导小组综合办公室及各事业部办公室负责对项目建设前期情况汇总，并聘请具有相应资质的专业机构出具可行性研究报告，报上级单位召开可研评审会；

8、公司有关归口管理部门负责投资方案的实施运作及经营管理。

（二）兼并收购项目投资程序

1、投资发展部根据公司的战略规划和年度投资计划负责对兼并收购项目进行筛选，确定目标；

2、投资发展部对购并目标进行初步接洽，并在充分的市场调研、综合分析的基础上，编制并购项目可研报告，提交公司相关部门审议；

BNBMPLC-E-0058989

3、审议通过后由投资发展部对并购目标进行深入的尽职调查，开展并购谈判，报公司办公会审议通过后，签订战略合作意向书；

4、投资发展部聘请有资格的中介机构对并购目标进行审计、评估和尽职调查，初步确定并购目标价格；

5、投资发展部将并购目标情况报上级单位进行审批，同时按审批权限，报董事会、股东大会审批，审批通过后签订正式的投资协议；

6、投资发展部负责组织并购项目的后续工作，办理新设公司、股权变更、资产过户等手续；

7、投资发展部负责对并购项目的产权管理。

第二十二条　公司应建立实体投资项目的风险评估制度，及时编制风险评估报告，控制并防范项目实施过程中可能引发的各种风险。

第二十三条　投资方案一经批准，一律不得随意变更。如项目实施过程中发生重大变化，视同新项目，需重新报公司办公会审议通过后，根据审批权限，报公司董事会、股东大会审批。根据国家规定应当报批的项目，还应及时报批并取得有效批文。

第二十四条　公司对外投资方案实施后，由投资发展部负责跟踪管理，掌握被投资企业的财务状况、经营情况和现金流量，定期组织对外投资质量分析，发现异常情况，应及时提出处置方案建议，并向董事长报告。

第二十五条　投资发展部应积极研究分析对外投资项目的经营情况，从公司价值最大化的角度积极争取对外投资项目的股利分配和其它收益，维护公司的对外投资权益。

第二十六条　投资发展部应及时将投资相关信息提交证券部和董事会秘书审核。证券部按照《上市公司信息披露事务管理制度》和其它有关法律、法规的规定，履行信息披露义务。

第二十七条　公司应当加强对审批文件、投资合同或协议、投资方案书、对外投资处置决议等文件资料的管理，明确各种文件资料的取得、归档、保管、调阅等各个环节的管理规定及相关人员的职责权限。

## 第五章　对外投资的人事管理

第二十八条　公司对外投资项目实施后，应向被投资公司派驻产权代表，如董事长、总经理、财务总监或其他人员，派出人员由公司办公会审议。

第二十九条　派出人员应按照《中华人民共和国公司法》、被投资公司《公司章程》和本办法的规定，切实履行职责，在被投资公司的经营管理活动中维护公司利益，实现公司投资的保值、增值。派出人员应对投资项目进行跟踪、监督、管理和决策，及时掌握被投资主体的财务状况和经营情况，发现异常情况应及时向分管投资的副总经理、总

BNBMPLC-E-0058990

经理和董事长报告，并采取相应措施。

第三十条　　公司委派到投资单位的高级管理人员，应通过参加日常会议、董事会会议等形式，获取更多的被投资主体的信息，及时向公司汇报投资情况，并将会议资料和相关信息及时提供给投资发展部。

第三十一条　　派出人员应于每年度结束前一个月内向公司提交年度述职报告。公司应对派出人员进行任期考核，并根据考核和综合评价结果给予有关人员相应的奖励或处罚。

## 第六章　对外投资的财务管理

第三十二条　　财务部应按企业会计准则及其有关规定建立会计核算体系，建立投资管理台账，按投资主体分别建立投资明细账，设置相应会计记录或凭证，如实记载投资活动各环节业务的进展情况。

第三十三条　　投资方案审批后，财务部应积极筹集所需资金，确保资金及时到位，并严格执行付款审批手续，监控资金使用情况。

第三十四条　　财务部应定期取得被投资主体的财务报表，并对被投资主体的财务状况进行分析，及时提示投资的风险损益状况。

第三十五条　　公司应将对外投资的股利及其它收益或亏损及时进行会计核算处理，严禁账外设账。

第三十六条　　被投资主体应定期向公司报送财务报告，并接受财务部不定期审核。为保证被投资企业财务状况的真实、准确，控股子公司的年度财务报告须经有证券业从业资格的会计师事务所进行审计，参股公司可自行选择会计师事务所审计。

第三十七条　　财务部应当加强对投资项目减值情况的定期检查和归口管理，减值准备的计提标准和审批程序，按照《企业内部控制具体规范——财务报告编制》的有关规定执行。

## 第七章　对外投资的处置

第三十八条　　公司应当加强对外投资资产处置环节的控制，处置对外投资应由具有相应资质的专门机构进行评估，根据评估结果合理确定转让价格。对外投资的收回、转让、核销应当按规定权限和程序履行相关审批手续。

第三十九条　　投资发展部根据公司战略布局提出对外投资股权及资产处置的申请报告；审计部应负责组织成立清算小组，负责全面的清算工作；财务部按照规定及时进行对外投资资产处置的会计处理。

第四十条　　被投资主体终止经营时，应按《中华人民共和国公司法》、《中华人民共和国企业破产法》和其公司章程等相关规定对其财产、债权、债务等进行全面清查；在

BNBMPLC-E-0058991

清算过程中，应注意是否有抽逃和转移资金、私分和变相私分资产等有损公司利益的行为；清算结束后，各项资产和债权应及时收回并办理相关手续。

第四十一条 对外投资资产处置时，对应收回的对外投资资产应及时足额收取。建立对外投资决策及实施的后评价制度。

第四十二条 核销对外投资，应当取得因被投资主体破产等原因不能收回投资的法律文书和证明文件。

第四十三条 投资发展部在进行对外投资资产处置时，应依照公司档案管理规定妥善保管与对外投资资产处置有关的审批文件、会议记录、资产回收清单等相关资料。

## 第八章 对外投资的监督管理

第四十四条 审计部负责对被投资公司进行定期、不定期或专项审计监督。对被投资公司所有的资产，由内部审计人员或不参与投资业务的其他人员进行定期盘点或与委托保管机构进行核对，检查其是否为本公司所拥有，并将盘点记录与账面记录相互核对以确认账实的一致性。

第四十五条 公司监事会随时行使对外投资活动的监督检查权。检查内容主要包括：

（一）投资业务相关岗位人员的设置情况，检查是否存在由一人同时担任两项以上不相容岗位的现象；

（二）投资计划的合法性，检查是否存在非法对外投资的现象；

（三）投资活动的审批文件、合同、协议等相关法律文件的保管情况；

（四）检查投资资产处置情况，检查投资处置资产的批准程序是否正确，过程是否真实合法。

## 第九章 附 则

第四十六条 本办法未尽事宜，按照国家有关法律、法规和《公司章程》的规定执行。

第四十七条 本办法由公司投资发展部负责解释与修订。

第四十八条 本办法自公司批准之日起实施。

---

附加说明：

本文件归口单位：企业管理部

本文件起草单位：投资发展部

本文件主要起草人：杨雪琦

本文件于 2009 年 12 月发布。本文件于 2013 年 06 月第一次修订。

ENBMPLC-E-0058993

# 北新建材发展战略管理办法

## 第一章 总则

第一条　为规范北新集团建材股份有限公司（以下简称公司）的战略决策和战略实施行为，使各级公司的战略规划具有前瞻性和可操作性，根据《中华人民共和国公司法》、《中央企业发展战略和规划管理办法》、《北新集团建材股份有限公司章程》（以下简称《公司章程》）和《上市公司治理准则》的相关管理规定，结合公司的实际情况，制定本办法。

第二条　本办法所称发展战略和规划，是指公司、子公司及各级控股公司根据国家的产业政策和中国建材集团、中国建材股份的发展战略规划，在分析外部环境、内部条件及其变化趋势的基础上，为公司的长期生存与发展所做出的未来一定时期内具有方向性、整体性、全局性的定位、战略目标和相应的实施方案。

第三条　制定战略规划需遵循的原则：

（一）　合理利用资源原则，即各级公司制定的战略规划和实施方案应充分体现中国建材集团"善用资源、服务建设"的经营理念，符合循环经济和节能环保的产业政策；

（二）　公司的战略规划根据中国建材集团、中国建材股份的战略规划制定，子公司及各级控股公司的战略规划必须服从公司的战略规划；

（三）　全局性原则，即公司、子公司及各级控股公司制定战略规划必须从全局出发，以达到提升公司整体竞争优势和整体经济效益的目的；

（四）　前瞻性和可操作性原则，即制定的战略规划要具有前瞻性和可操作性。

## 第二章 战略规划的主体、内容及其管理权限

第四条　公司股东大会、董事会、办公会为公司发展战略规划的决策机构，各自在其权限范围内对公司的发展战略规划做出决策。公司的战略规划由投资发展部牵头，会同公司本部有关职能部门、子公司，按照中国建材集团、中国建材股份的战略规划和公司确定的战略目标拟定。

第五条　公司发展战略和规划包括中期发展规划和十年远景目标。编制重点为五年发展规划和三年滚动发展计划，并根据企业外部环境和内部情况的变化和发展适时滚动调整。

第六条　子公司根据公司确定的战略规划拟定本单位的战略规划和实施方案，公司投资发展部负责组织公司本部各职能部门对子公司的战略规划和实施方案提出修改意见。子公司的战略规划和实施方案经公司审批后实施。

第七条　如遇重大经营环境变化需要修改战略规划和实施方案，子公司必须向公司提出书面修改意见，经公司审批后实施。

BNBMPLC-E-0058994

## 第三章 战略规划的实施及评估

第八条　公司的战略规划经批准后，由公司经营管理层组织实施；子公司的战略规划由其各自组织实施。

第九条　公司发展战略规划的实施应具备有效性，规划中的发展重点、实施计划和保障措施的具体落实需转换到公司年度工作计划予以实施，通过年度预算、季度/月度经营分析、绩效管理和业绩考核等环节进行分解和落实。

第十条　公司应当重视发展战略的宣传工作，通过各层级会议、培训和定期总结等方式，将公司的愿景、目标、战略规划等发展战略及其分解落实情况传递到内部各管理层级和全体员工。

第十一条　为及时、有效监控公司发展战略的实施情况，公司实行战略质询制度。公司原则上不定期由办公会对各职能部门负责人及各子公司领导班子就规划、计划实施情况进行质询，就各部门或单位规划和年度工作计划的实施情况进行评价，并就推进实施工作形成意见。质询内容主要包括：

（一）各职能部门及各子公司在规划期内规划实施情况的简要分析，包括规划期内年工作目标的完成情况和未能完成目标的情况做出说明；

（二）各子公司当期经营环境的重大变化及未来展望；

（三）各职能部门及各子公司规划、计划实施过程中存在的问题；

（四）下一步工作中的改进措施和建议。

第十二条　公司分子公司管理平台负责监督和评估子公司战略规划的实施情况，在年度末对本年度的战略规划实施情况进行总结。

## 第四章 附则

第十三条　本办法由公司投资发展部负责解释。

第十四条　本办法自发布之日起施行。

---

附加说明：

本文件归口单位：企业管理部

本文件起草单位：投资发展部

本文件主要起草人：杨雪琦

本文件于 2013 年 06 月发布。

BNBMPLC-E-0058995