

# CNBM

# Building a Mutually Rewarding Partnership

## CNBM International

## Erco Interior Systems

Lina Zhang
April 2, 2007



*Profit is our mutual goal!*



MTD Exhibit #163

CNBMUSA00054678



CNBMUSA00054679



# CNBM Introduction

- **CNBM History**
- CNBM Organization Chart
- CNBM Team
- CNBM Mainland Branches
- CNBM International Corp. Main Products

- A state-owned company established in 1984.
- Focus on building materials industry.
  --Largest building material supplier in domestic China.
- A total assets of >$2.5 billion USD.
- Established branch offices in UAE, Japan, Australia, Russia, Singapore, etc.
- Listed on the main board of Stock Exchange of HK in March, 2006. Raised over $250M (USD).
- Registered CNBM (USA) Corporation in October 2006 in Los Angeles.



Head Office in Beijing



*Profit is our mutual goal!*



CNBMUSA00054680



CNBMUSA00054681



# CNBM Introduction

- CNBM History
- CNBM Organization Chart
- **CNBM Team**
- CNBM Mainland Branches
- CNBM International Corp. Main Products



There are many reasons for a successful business: financial strength, operating systems, brand names, etc, but our employees are the main reason CNBM has become the largest building material supplier in China! We are proud to serve our customers worldwide. With our strong employee base, we will improve our market share and become one of the largest building supply companies known throughout the world.

 *Profit is our mutual goal!* 

CNBMUSA00054682



CNBMUSA00054683



# CNBM Introduction

- CNBM History
- CNBM Organization Chart
- CNBM Team
- CNBM Mainland Branches
- **CNBM International Corp. Main Products**

- Ceiling and partition
- Kitchen and bath products
- Ceramic tiles
- Fiberglass products
- Insulation facing materials
- Machinery
- Metals and hardware
- Waterproofing materials
- Refractory materials
- Others like aluminum foil adhesive, FSK tape, PE protection film…



*Profit is our mutual goal!*



CNBMUSA00054684



# Advantages of CNBM

### China Mainland:

- Strong financial resources
- Professional employee base located in China
- Strong vendor management and source selection.
- Strict quality inspection
- On-time delivery
- Very responsive to customer's needs

### USA Branch Office:

- Easy communication
- Fast react to problems
- Frequent visit if needed
- Information service of other possible products

 *Profit is our mutual goal!* 

CNBMUSA00054685



# Responsibilities of CNBM



☐ **China mainland will:**
-Consolidate and procure products in China
-Manufacturing control & management
-Forecasting & price negotiations.
-Products quality management.
-Prompt delivery.

☐ **USA branch will**
-Customer Service support
-Information collecting
-Possible sales support

 *Profit is our mutual goal!* 

CNBMUSA00054686



# CNBM

# Benefits to you

☐ **Benefit to you**
-Competitive, High value Products
-Product Expansion
-Product warranty
-Responsiveness to product issue

- Competitive, High Value Products
- Product selection
- Highest quality levels
- Sound manufacturing practices
- Able to conform to U.S. Standards
- Provide best overall cost value.



  *Profit is our mutual goal!*  



# Benefits to you

☐ **Benefit to you**
-Competitive, High value Products
-Product Expansion
-Product warranty
-Responsiveness to product issue

Product Expansion:
-Focus on Ceiling and accessories
-Move to additional products segments including:
● ceiling
● flooring
● Many possibilities



*Profit is our mutual goal!*



CNBMUSA00054688



# Benefits to you

- **Benefit to you**
- -Competitive, High value Products
- -Product Expansion
- -Product warranty
- -Responsiveness to product issue

- Product Warranty
- -CNBM carries product liability insurance on product.
- -Responsive to customer product problems and issues.




 *Profit is our mutual goal!* 

CNBMUSA00054689



# Summary

- CNBM will offer you many advantages such as:
  - Competitive product offerings
  - Vendor management
  - Improve profit margins
  - Plus many more



**You provide us direction on:**
- Path forward for the cooperation from your perspective.
- Resource commitment to drive the cooperation.
- Mutual timeline to "kick" the cooperation into "high gear".

 *Profit is our mutual goal!* 

CNBMUSA00054690