IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRY WALL<br>PRODUCTS LIABILITY LITIGATION | : MDL No. 2047<br>: Section L<br>: |
| This Document Relates to<br>ALL CASES | : JUDGE FALLON<br>: MAG. JUDGE WILKINSON |

PEOPLE'S REPUBLIC OF CHINA

CITY OF  BEIJING

### DECLARATION OF 杨颖 (Ying YANG)

This is a declaration being made in accordance with and pursuant to 28 U.S.C. § 1746.

I, 杨颖 (Ying YANG), declare under penalty of perjury under the laws of the United States of America that the following statements are true and correct:

1. I am over eighteen (18) years of age, am competent to testify to the matters contained herein, and have personal knowledge of these facts.

2. I am director of translation division with Beijing Golden Olive Translation Center, and work in the office in Beijing, China.

3. I am fluent in the languages of Chinese and English.

4. I hereby certify that I translated China National Building Material & Equipment Import & Export Corporation's Defendant Profile Form from English to Chinese. I further certify that these copies are true and accurate translations of one another.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April  8th ,  2015



Signature

Ying YANG
Printed Name

**MTD Exhibit #164**

CAO 287

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRY WALL | : MDL No. 2047 |
| PRODUCTS LIABILITY LITIGATION | : Section L |
| | : |
| This Document Relates to | : JUDGE FALLON |
| ALL CASES | : MAG. JUDGE WILKINSON |

China National Building Material & Equipment Import & Export Corporation ("CBMIE") responds generally to the profile form as follows:

1. This profile form was approved by the Court on April 2, 2015, and requires a response by April 6, 2015 [rec. doc. 18585].  Per the Court's Pretrial Order 1G, defendants ordinarily have 40 days to submit such forms.  The difficulty involved in gathering and providing the requested information in this short period of time is compounded by the fact that the order to provide the forms was granted on Friday, April 3 (Beijing time), immediately prior to a three day holiday weekend (the Qingming Festival, also known as Tomb Sweeping Day).  Thus, while CBMIE will work diligently to gather the requested information, there is insufficient time to provide complete answers to these extremely detailed questions.  CBMIE will supplement this information as it is able and as is appropriate.

2. The subject matter of the Court-ordered discovery in which CBMIE is participating overlaps with the information requested in this profile form.  Thus, although the history of the profile forms indicates they were intended to supplant more typical discovery procedures, the Court here has ordered such discovery to proceed here, on a very short deadline, and Plaintiffs have served CBMIE and many other entities, including related ones, with numerous and detailed questions on many topics, including those sought via this form.  Thus, the information sought and provided here necessarily will be supplemented through that discovery.  CBMIE further reserves the right to amend this profile form to comport with information gained through subsequent investigation or discovery.

3. Beijing New Building Material (Group) Co., Ltd. ("BNBM Group") and Beijing New Building Materials Public Limited Company ("BNBM Co.") are represented by separate counsel and will, according to the Court's April 2, 2015 Order, submit their own profile forms.  This profile form will not, therefore, address BNBM Group, or BNBM Co. and its subsidiaries.

4. The profile form seeks information dating back to 2001, on extremely short notice.  The specified time period is onerous and seeks information not relevant to the claims at issue in this litigation.

## DEFENDANT AFFILIATE/SUBSIDIARY/PARENT MANUFACTURERS' PROFILE FORM

CNBM/BNBM/TG must complete and submit this Defendant Affiliate/Subsidiary/Parent Manufacturers' Profile Form[1].  CNBM/BNBM/TG must complete and sign a Defendant Affiliate/Subsidiary/Parent Manufacturers' Profile Form for all activity in the US from 2001 through present.  If additional knowledge becomes known after completion, this Form must be supplemented.  If additional space is needed to answer any questions or complete your responses, additional pages may be attached.  In addition, if any attachments or documents are provided in response to any question, please identify the specific question within this Form that relates to the specific attachment or document.

---

[1] Affiliate shall mean a financial relationship with a parent (or parent-like) entity, a vertical relationship with a subsidiary (or subsidiary-like) entity, and a horizontal relationship between entities that share a common parent (or parent-like) entity.

OHSUSA:761612394.2

The questions contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law. Please print legibly or type your responses in English.

I.     **CONTACT INFORMATION OF DEFENDANT MANUFACTURER COMPLETING THIS PROFILE FORM**

     A.     Name of Affiliate, Subsidiary or Parent of Drywall Manufacturer: China National Building Materials & Equipment Import & Export Corporation

     B.     Address: No. 9 Shouti South Road, Haidian District, Beijing, China

     C.     Phone number: Defendant CBMIE should be contacted through counsel.

     D.     Email address: Defendant CBMIE should be contacted through counsel.

     E.     Web site: www.cnbminternational.com

     F.     President or CEO: Chen Yongxin (President)

     G.     Headquarters if Foreign: See I.B., above.

     H.     Address of USA Headquarters: N/A

     I.     Name of supervisor at Foreign and/or USA Headquarters: N/A

     J.     Principal Place of Business in USA: N/A

     K.     List of all offices or locations in USA where entity has done business at any time in 2001 through present: Oregon; further information will be provided after continuing investigation and discovery.

     L.     List of all officers, agents or representatives who have transacted or done business with individuals or companies in the USA at any time from 2001 through present: Further information will be provided after continuing investigation and discovery.

     M.     Name of Manager at each office or location identified in H, I and/or J above: Further information will be provided after continuing investigation and discovery.

(If you have identified more than one entity in I(A) above separately answer I(B)-I(M) for each entity.)

II.     **COUNSEL INFORMATION OF DEFENDANT MANUFACTURER**

     A.     Name: Christopher Vejnoska, Orrick, Herrington & Sutcliffe, LLP

     B.     Address: 405 Howard Street, San Francisco, CA 94105

     C.     Phone Number: 415-773-5700

     D.     Fax Number: 415-773-5759

     E.     E-Mail: cvejnoska@orrick.com

III.     **AFFILIATE AND SUBSIDIARY INFORMATION**

     A.     Name of every subsidiary or affiliate that transacts business in the United States or within its jurisdiction: The following direct subsidiaries or affiliates[2] of CBMIE are believed to have

---

[2] CBMIE's response does not constitute an admission that any company identified in response to this question is an "affiliate" as described in the Court's July 17, 2014 Contempt Order [Rec. Doc. 17869].

OHSUSA:761612394.2            2

transacted business in the United States: (1) CNBM Forest Products Trading Ltd. ("Forest Products"); (2) CNBM Energy Co., Ltd. ("CNBM Energy"); (3) CNBM International Corporation ("CNBM International").

B.   Address of each entity identified in A above: (1) Forest Products: 321 SiChuan (M) Road, Huangpu District Shanghai, 200002 Shanghai; (2) CNBM Energy: 100 Shi Ji Da Dao, Pudong Xinqu, Shanghai Shi, China; (3) CNBM International: No. 9 Shouti South Road, Haidian District, Beijing, China.

C.   Identification of the type of business identified in A above: (1) Forest Products: Lumber and wood products; (2) CNBM Energy: Coal imports; (3) CNBM International: Imports and exports.

D.   Phone number of each entity identified in A above: All subsidiaries should be contacted through counsel.

E.   Initial state of incorporation and location where each entity transacts business identified in A above: People's Republic of China.

F.   Listing of all trademarks, patents and service marks for each entity identified in A above: As stated above, this information is also the subject of ongoing discovery, and will be provided through responses to document requests and depositions.

G.   The full name including any trade names or other names which the entity identified in A above transacts business: (1) CNBM Forest Products Trading Ltd.; (2) CNBM Energy Co., Ltd; (3) CNBM International Corporation.

H.   Describe all agreements existing between the entity identified in A above and between any manufacturer, exporter, importer, shipper or distributor of Chinese drywall for the importation to the United States: N/A

## IV.   INSURANCE

CBMIE responds as follows: This information is also the subject of ongoing discovery, and will be provided to the extent that it is available through responses to document requests and depositions.

A.   Identify all policies of insurance, including all CGL, Product Liability, Builder's Risk, D&O and Excess insurance policies relating to claims.

1.   For each policy, identify the following:

Insurer: N/A, subject to further investigation and verification.

Dates policy in effect:

____/____/____ (Month / Day / Year) to ____/____/____     (Month / Day / Year)

Policy Number:          _____

Type of Policy:          _____

Insurance Agent          _____

Address of Insurance     _____
Agent in the United States _____

Policy Coverage Limits _____

Produce a copy of the Declaration page, exclusions and policy of insurance.

B. Identify all claims you have made on any insurance policies regarding this matter.

    1. For each claim please provide the following:

Date: ___/___/_____ (Month / Day / Year)

Insurer: _____

Description of claim:_____

Insurer's response to claim:_____

If in litigation:

Caption of Case:_____

Name and address of attorneys involved:_____

_____

_____

Insurance carriers involved:_____

_____

## *CERTIFICATION*

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Defendant Manufacturers' Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration, to the extent that such documents are in my possession, custody or control.

Lihe Wang       LIHE WANG       April 9th, 2015

Signature           Print Name           Date

路易斯安那州东区美国联邦地区法院

| 关于：中国制造的石膏墙产品责任诉讼 | : 多地合并诉讼第 2047 号 |
|---|---|
| | : 部门： L |
| | : |
| | : FALLON 法官 |
| 本文件涉及所有案件 | : WILKINSON 地方法官 |

中建材集团进出口公司（"CBMIE"）对信息表的一般性答复如下：

1. 该信息表由法院于 2015 年 4 月 2 日批准，并要求于 2015 年 4 月 6 日之前予以答复【记录文件 18585】。根据法院的第 1G 号庭审前命令，被告通常有 40 天的时间来提交此类表格。在如此短的期间内收集和提供所要求的信息本来已经很困难，而该要求（提供信息表）于 4 月 3 日星期五（北京时间）下发、随后就是三天的节假日（清明节，又名扫墓日）的事实又加大了困难。因此，尽管中建材集团进出口公司将勤恳地收集所要求的信息，但仍没有充足的时间为这些详细复杂的问题提供完整的答案。中建材集团进出口公司将在其有能力且时机适当时补充这些信息。

2. 中建材集团进出口公司所涉及的（法院要求进行证据发现的）目标事项与该信息表所需信息有所重叠。因此，尽管该信息表的历史表明其旨在替代更典型的发现程序，但法院在此已经命令在非常短的期限内进行发现程序，并且原告已经向中建材集团进出口公司和许多其他的实体（包括相关实体）送达了涉及许多主题的众多细节问题，包括在该信息表中所要求的问题。因此，此处所寻求和提供的信息将必然通过该发现程序得以补充。中建材集团进出口公司进一步保留该信息表的修改权，使其与随后的调查或发现获得的信息保持一致。

3. 北新建材集团有限公司（"北新建材集团"）和北新集团建材股份有限公司（"北新建材股份"）由独立律师顾问代表并且将根据法院 2015 年 4 月 2 日的命令提交其各自的信息表。因此，本信息表将不会涉及北新建材集团、北新建材股份和其子公司。

4. 本信息表要求在很短的的通知期限内提供 2001 年至今的信息。该指定的期间工作繁重，并要求提供与本诉讼所涉及诉讼请求无关的信息。

## 被告关联方/子公司/母公司制造商的信息表

中国建材/北新建材/泰山必须完成和提交本被告关联方/子公司/母公司制造商的信息表[1]。中国建材/北新建材/泰山必须就其自 2001 年至今在美国的所有活动完成和签署被告关联方/子公司/母公司制造商的信息表。如果在完成之后知悉了任何额外的信息，必须对该表进行补充。如果需要额外的空间来回答任何问题或完成贵方的回复，可附上额外的信息页。另外，如果回复时提供了任何附件或文件，请在本表内指出与该具体附件或文件有关的具体问题。

---

[1] 关联应指与母公司（或类似母公司）的实体之间有财务关系，与子公司（或类似子公司）的实体之间有垂直关系，以及与拥有共同母公司（或类似母公司）的实体有平行关系。

本信息表中包含的问题拒绝任何异议，且回答时不应有任何异议。通过回答本信息表，贵方并未放弃律师工作成果和/或律师客户特权。类似地，通过披露咨询顾问的身份，该咨询顾问可始终作为非作证专家，并接受法律提供的所有保护。请字迹清晰的用英文以打印或打字的方式进行回答。

I.  **完成本信息表的被告制造商的联系信息**

   A.  石膏墙制造商的关联方、子公司或母公司的名称：中建材集团进出口公司

   B.  地址：中国北京市海淀区首体南路 9 号

   C.  电话号码：被告中建材集团进出口公司应通过其律师进行联系

   D.  电子邮件地址：被告中建材集团进出口公司应通过其律师进行联系

   E.  网站：www.cnbminternational.com

   F.  总裁或首席执行官：陈咏新（总裁）

   G.  总部（如果是外国公司）：见上面的 I.B.

   H.  美国总部地址：不适用

   I.  在国外和/或美国总部监管者的姓名：不适用

   J.  美国业务的主要地点：不适用

   K.  实体在 2001 至今从事商业活动的美国所有办公室和地点列表：俄勒冈州；将在后续调查和证据发现后提供进一步的信息。

   L.  自 2001 年至今的任何时间曾与美国的个人或公司进行交易或商业业务的所有管理人员、代理或代表的列表：将在后续调查和证据发现后提供进一步的信息。

   M.  以上标识为 H、I 和/或 J 的各办公室或地点的经理的姓名：将在后续调查和证据发现后提供进一步的信息。

   （如果贵方在以上 I(A)中列明的实体超过 1 个，请针对每个实体分别单独地回答问题 I(B)-I(M)。）

II.  **被告制造商的律师信息**

   A.  姓名：Christopher Vejnoska，奥睿律师事务所

   B.  地址：加州旧金山 Howard 大街 405 号，邮编 94105

   C.  电话号码 415-773-5700

   D.  传真号码：415-773-5759

   E.  电子邮件：cvejnoska@orrick.com

III.  **关联方和子公司信息**

2

A. 在美国或在其管辖权区域内进行商业交易的每个子公司或关联方的名称：相信以下中建材集团进出口公司直接的子公司或关联方[2]已在美国从事商业交易：（1）中建材木业贸易有限公司（"木业"）；（2）中建材能源有限公司（"中建材能源"）；（3）中建材国际贸易有限公司（"中建材国贸"）。

B. A 中列出的每个实体的地址：（1）木业：上海市黄浦区四川（M）路 321 号，邮编 200002；（2）中建材能源：中国上海市浦东新区世纪大道路 100 号；（3）中建材国贸：中国北京市海淀区首体南路 9 号。

C. 指出以上 A 中列出业务的类型：（1）木业：木材和木头产品；（2）中建材能源：煤炭进口；（3）中建材国贸：进出口。

D. 以上 A 中列出的每个实体的电话号码：所有子公司应通过其律师进行联系。

E. 以上 A 中列出的进行商业交易的各个实体的公司初始注册成立州和地点：中华人民共和国。

F. 以上 A 中列出的各个实体的所有商标、专利和服务标志的列表：如上所述，该信息是发现程序（正在进行）的目标，将通过回复文件要求与庭外采证（可获取）的方式予以提供。

G. A 中列出的实体的全称，包括任何商业名称或其他名称：（1）中建材木业贸易有限公司；（2）中建材能源有限责任公司；（3）中建材国际贸易有限公司 。

H. 描述以上 A 中列出的实体之间以及任何将中国石膏墙进口到美国的任何制造商、出口商、进口商、装运商或分销商之间存在的所有协议：不适用

IV. 保险

中建材集团进出口公司回复如下：该信息也是是发现程序（正在进行）的目标，将通过回复文件要求与庭外采证（可获取）的方式进行提供。

A. 列出所有保险单，包括与诉讼请求有关的所有商业综合责任（CGL）、产品责任、建筑商风险、董事责任（D&O）和超额保险保单。

1. 对于每个保单，请指出以下内容：

承保人：不适用，取决于进一步调查和核实

保单生效日期：

___/___/___  （月/日/年）至 ___/___/___   （月/日/年）

保单号：_____

---

[2] 中建材集团进出口公司的回复并不构成承认回复该问题时列出的任一公司为 2014 年 7 月 17 日法庭藐视判令【记录文件 17869】中描述的"关联方"。

保单类型：_____

保险代理人 _____

保险地址 _____

在美国的代理人 _____

保单覆盖范围 _____

出具一份声明页、除外条款和保险单的副本。

B.　　列出针对本事项，贵方在任何保单上作出的保险索赔。

　　1.　　对于每项索赔，提供以下信息：

日期：\_\_\_/\_\_\_/_____　　　　(月 / 日 / 年)

承保人：_____

对索赔的描述：_____

承保人对索赔的回复：_____

如果在诉讼中：

案件标题：_____

涉案律师的姓名和地址：_____

_____

_____

涉案的保险公司：_____

_____

## 证明

　　本人声明，本被告制造商信息表中提供的所有信息据我所知均是真实和正确的，同时我也提供了本宣誓书所要求的我所拥有、保管或控制程度上的所有文件，否则我将受到《美国法典》第 28 卷§ 1746 章规定的美国法律下的伪证罪的制裁。

_____　　　　王立鹤　　　　　　2015.4.9

签名　　　　　　　　　　打印的姓名　　　　　　　日期

4