## Corporate Application for Filing of Registration Items

| **Corporate name**: Taishan Gypsum Co., Ltd. | | | | Registration No.: 37000018011595 | |
|---|---|---|---|---|---|
| **Filing matters** | **Directors** | Jian Tongchun; Wang Bing; Zhang Nailing; Yang Yanjun; Shan Jianmin | | | |
| | **Supervisors** | Cao Jianglin; Qin Qingwen; Yang Quanmin | | | |
| | **Executives** | Jian Tongchun | | | |
| | **Articles** | √ | | **Amendment of articles of Association** | |
| | **Members of Liquidation Group** | | | | |
| | **Person in charge of members of Liquidation Group** | | | **Mail address** | |
| | | | | **Telephone** | |
| | **For branch** | Additional Filing of Registration Items | Name | | Registration No. | |
| | | | Registration Institution | | Registration Date | |
| | | Cancellation of Filing of Registration Items | Name | | Registration No. | |
| | | | Registration institution | | Registration Date | |
| | | Change record Filing of Registration Items | Original name | | | |
| | | | Present name | | | |

     In accordance with "Corporate Law of People's Republic Of China" And "Regulations of the People's Republic of China on Administration of Registration of Companies", we apply for change registration, and materials we provided are true and valid. Hereby we will bear all legal responsibilities for The authenticity of them.

**Signature of legal representative: Jia Tongchun**     **Consignee: Wang, Lifeng**
                                     **Date: 7/31/2008**     **Date: 8/1/2008**

                                              **Taishan Gypsum Co., Ltd. (Seal)**
                                                         **Date: 8/1/2008**

Note: 1. Check the "√" following the "Articles" or "Amendment of articles of Association"
     2. At the same time as the declaration of multiple branch Filing of Registration items, can be a separate schedule

                                                                TG-0406115-0027610

MTD Exhibit #166

# 公司备案申请表

| 公司名称 | 泰山石膏股份有限公司 | | 注册号 | 370000180115955 |
|---|---|---|---|---|

| 备案事项 | 董事 | 贾同春、王兵、张乃岭、杨艳军、单建民 | | | |
|---|---|---|---|---|---|
| | 监事 | 曹江林、秦庆文、杨全民 | | | |
| | 经理 | 贾同春 | | | |
| | 章程 | ✓ | 章程修正案 | | |
| | 清算组成员 | | | | |
| | 清算组负责人 | | 通信地址 | | |
| | | | 电话 | | |
| | 分公司备案 | 增设备案 | 名称 | | 注册号 |
| | | | 登记机关 | | 登记日期 |
| | | 注销备案 | 名称 | | 注册号 |
| | | | 登记机关 | | 登记日期 |
| | | 变更备案 | 原名称 | | |
| | | | 现名称 | | |

本公司依照《中华人民共和国公司法》、《中华人民共和国公司登记管理条例》申请备案，提交材料真实有效。谨此对真实性承担责任。

法定代表人签字：[签名]　指定代表或委托代理人签字：[签名]　公司盖章：[盖章]

2008年7月31日　　2008年8月1日　　2008年8月1日

注：1、章程或章程修正案后打√。
　　2、如同时申报多个分公司备案，可另行附表。

TG-040615-0028610