Translation of BNBMPLC-E-0006061-6063

(Partial)

Beijing Securities Company Issue [2008] No. 95

**Regulatory Opinion on Beijing New Building Materials Public Limited Company**

Beijing New Building Materials Public Limited Company:

According to the Measures on ~~of~~ China Securities Regulatory Committee ("CSRC") ~~for~~ Inspecting Listed Companies (Securities Supervisory Issue [2001] No. 46) and the Notice of CSRC on Doing a Good Job in the Work Related to the 2007 Annual Report of Listed Companies (Securities Supervisory Issue [2007] No. 235) issued by China Securities Regulatory Committee ("CSRC") and the 2008 spot-check arrangements ~~made by~~of Beijing Securities Regulatory Bureau, our bureau conducted specialized inspection on your Company between June 10th to 23rd, 2008, and discovered the following shortcomings of your Company:

•••

3. There are flaws with the Company's financial management and accounting.

•••

BNBMPLC-E-0006062-6063

•••

(2) Some subsidiaries' financial management is not standardized enough, for example, the Incubator Company did not truthfully record the bank deposit income and expense, and the amount involved was relatively large. There's also the phenomenon that an item was not entered into the account timely. The bank account statements provided were patched on, and it was not rigorous.

4. There are defects with respect to its disclosure in ~~flaws with~~ the Company's annual report and ~~its disclosure of~~ financial report.

(1) For the ~~affiliated~~ related party transaction in which CNBM PLC issued an entrusted loan to the Company, the loan interest rate was not disclosed; and the disclosure of the loan duration was not accurate;

(2) BNBM's ~~subordinates~~ Zhuozhou Branch, Suzhou Branch, Jiangjin Taishan Company, and other companies had a total amount of 17.993 million Yuan of capitalized interest for their ~~2007~~ projects under construction in 2007, and the annotation of Company's financial report did not disclose the rate of capitalization;

(3) Note V. 19 to annotation five of the Company's financial report disclosed that: among the deferred income tax assets, there were 742,500 Yuan of deferred income tax assets resulted from the reserve for intangible assets impairment, ~~according to our~~upon investigation, this deferred asset was a deferred income tax asset resulted from the premature invalidation~~abandonment~~ of ~~intangible asset of~~ BNBM Trading Company's Chinese domain name as intangible asset, and the disclosure was not accurate.

**WANG: Exhibit 317-R**

(4) Note VI. 6 to annotation six of the Company's financial report disclosed that the equity investment returns among investment returns were 140,601,900 Yuan, but the breakdown detailed chart of equity investment returns did not disclose 102,880,000 Yuan of dividends orand any details on the names of related relevant investing companies and etc.;

(5) In the Company's 2007 annual consolidated cash flow spreadsheet, the cash flow amounts from financing activities —cash received from borrowing , there wasincluded 2,708,700 Yuan, which was received by Suzhou BNBM Mineral Wool CeilingPanel Company Limited from the BNBM HeadquartersPLC, and was included within the scope of the consolidated financial report, that had not been offset.

Targeting the above situation, we suggest the following regulatory opinions:

1. The Company should further construct and refine the internal control system, supplement relevant regulations, emphasize the construction of accountability mechanism during the course of revising systems, strengthen the force of accountability, and ensure the practicality of enforcement.

2. The Company should further refine the working mechanism of each specialized committee based on the personnel change, refine the compensation assessment mechanism, and give full effect to the compensation committee.

3. The Company should further strengthen financial management, improve the level of financial accounting, and strictly execute all provisions under the enterprise accounting rules.

4. The Company should further improve the quality in disclosure of regular reports.

Additionally, you Company's former controlled subsidiary CNBM Investment Company Limited has been sold to the majority controlling shareholder, but the Public Limited Company still provides loan guarantee for it. During the course of inspection, your Company had promised to discontinue guarantee after the term expires, you should adopt measure to ensure the performance of this promise.

Your Company should target focus on the above regulatory opinions, carefully study them, and make timely rectifications. Submit a written rectification report within ten working days after receiving this opinion. The company rectification report should be reviewed and signed by the board of directors for confirmation.

July 9th, 2008

**Key words: Listed Company          Regulation          Opinion**

Sent to: director of the bureau, deputy director of the bureau, assistant to the director of the bureau

Second supervisory department of listed companies, office (record keeping)

| China Securities Regulatory Committee, Beijing Supervisory Bureau 9th, 2008 | Printed and published on July |
|---|---|
| Typed by: Xiaoyan Wang      Reviewed by: Wangxia Zhang | 8 copies in total |

**Partial Translation of BNBMPLC-E-0006061-6063**

**BNBMPLC-E-0006061**

Beijing Securities Company Issue [2008] No. 95

**Regulatory Opinion on Beijing New Building Material Public Limited Company**

Beijing New Building Material Public Limited Company:

According to the Measures of China Securities Regulatory Committee ("CSRC") for Inspecting Listed Companies (Securities Supervisory Issue [2001] No. 46), the Notice of CSRC on Doing a Good Job in the Work Related to the 2007 Annual Report of Listed Companies (Securities Supervisory Issue [2007] No. 235) and the 2008 spot-check arrangements made by Beijing Securities Regulatory Bureau, our bureau conducted specialized inspection on your Company between June 10th to 23rd, 2008, and discovered the following shortcomings of your Company:

…

3. There are flaws with the Company's financial management and accounting.

…

**BNBMPLC-E-0006062**

…

(2) Some subsidiaries' financial management is not standardized enough, for example, the Incubator Company did not truthfully record the bank deposit income and expense, and the amount involved was relatively large. There's also the phenomenon that an item was not entered into the account timely. The bank account statements were patched on, and it was not rigorous.

**WANG: Exhibit 317**

4. There are flaws with the Company's annual report and its disclosure of financial report.

(1) For the affiliated transaction in which CNBM issued an entrusted loan to the Company, the loan interest rate was not disclosed; and the disclosure of the loan duration was not accurate;

(2) BNBM's subordinates Zhuozhou Branch, Suzhou Branch, Jiangjin Taishan Company, and other companies had a total amount of 17.993 million Yuan of capitalized interest for their 2007 projects under construction, and the Company's financial report did not disclose the rate of capitalization;

(3) Note V. 19 to the Company's financial report disclosed that: among the deferred income tax assets, there were 742,500 Yuan of deferred income tax assets resulted from the reserve for intangible assets impairment, according to our investigation, this deferred asset was a deferred income tax asset resulted from the premature abandonment of intangible asset of BNBM Trading Company's Chinese domain name, and the disclosure was not accurate.

(4) Note VI. 6 to the Company's financial report disclosed that the equity investment returns among investment returns were 140,601,900 Yuan, but the detailed chart of equity investment returns did not disclose 102,880,000 Yuan of dividends or any details on the names of related investing companies;

(5) In the Company's 2007 annual consolidated cash flow spreadsheet, the cash flow from financing activities –cash from borrowing, there was 2,708,700 Yuan, which was received by Suzhou BNBM Mineral Wool Ceiling Company Limited from the BNBM Headquarters, and was included within the scope of the consolidated financial report, that had not been offset.

Targeting the above situation, we suggest the following regulatory opinions:

1. The Company should further construct and refine the internal control system, supplement relevant regulations,

BNBMPLC-E-0006063

emphasize the construction of accountability mechanism during the course of revising systems, strengthen the force of accountability, and ensure the practicality of enforcement.

2. The Company should further refine the working mechanism of each specialized committee based on the personnel change, refine the compensation assessment mechanism, and give full effect to the compensation committee.

3. The Company should further strengthen financial management, improve the level of financial accounting, and strictly execute all provisions under the enterprise accounting rules.

4. The Company should further improve the quality in disclosure of regular reports.

Additionally, you Company's former subsidiary CNBM Investment Company Limited has been sold to the majority shareholder, but the Public Limited Company still provides loan guarantee for it. During the course of inspection, your Company had promised to discontinue guarantee after the term expires, you should adopt measure to ensure the performance of this promise.

Your Company should target the above regulatory opinions, carefully study them, and make timely rectifications. Submit a written rectification report within ten working days after receiving this opinion. The company rectification report should be reviewed and signed by the board of directors for confirmation.

July 9th, 2008

| Key words: Listed Company | Regulation | Opinion |
| --- | --- | --- |

Sent to: director of the bureau, deputy director of the bureau, assistant to the director of the bureau

Second supervisory department of listed companies, office (record keeping)

| China Securities Regulatory Committee, Beijing Supervisory Bureau | Printed and published on July 9th, 2008 |
|---|---|
| Typed by: Xiaoyan Wang    Reviewed by: Wangxia Zhang | 8 copies in total |

PAGE

Beijing Card Company sends the [2008]95 number about to the Beixinjituan building materials limited liability company

Supervision opinion Beixinjituan building materials limited liability company: "Will exam Means according to China Securities Regulatory Commission Listed company" (card supervises the round of [2001]46 number), "about Completing Listed company in 2007 Annual report And Relevant Work Notice" (card supervises the company character [2007]235 number) and Beijing card supervises the bureau in 2008 on-spot check arrangement, the bureau has conducted the special inspection to your company from 2008 June 10th to 23rd, detected that the company still had the following insufficiency:

1st, company has established "Internal control System", the company governs, service and financial control has one set of system, controls from the inside the system to be basic. The company does not have independent responsibility investigation and affixation system, the responsibility investigated that the requirements mentioned in various specific systems, but stipulated that compared the principle, was not very specific, still lacked operability.

2nd, company to investing to put up a factory and set up the company and so on to invest, has the explicit control system, and is implemented, but lacks to securities investment and other venture capital the administrative provisions. The company does not have the stand-alone molecular company's policing method, lacks the procedural stipulation to the external assignment trustee, supervisor and management.

3rd, company has the flaw in the financial control and calculation.

(1) the financial reporting individual project recognized contains errors: Company when authorized strength cash flow statement, the term deposit 3,673,200 Yuan that mortgaged, think firmly the cash and cash equivalent, does not meet business accounting criterion - in cash flow statement definition to cash.
(2) individual subsidiary company financial control insufficient standard, if the hatchibator company, has not recorded the bank deposit revenue and expenditure truthfully, the amount is big, and has the recorded not prompt phenomenon. The bank that offers to make up attacks to the bill, is not rigorous.
4th, company the financial report disclosure has the flaw in the annual report and.
(1) Chinese building materials share provides to entrust the connection transaction of loan not to disclose the rate on loan to the company; The loan age limit discloses inaccurate;

(2) northern new building materials subordinate Zhuozhou Subsidiary company and Suzhou Subsidiary company and Jiangjin Taishan Corporation and other unit 2007 year construction in progress capitalization of interest amount 17.993 million Yuan, the corporate finance report annotated that had not disclosed the capitalization leads;

(3) corporate finance report annotated that five and 19 disclosed: In the deferral

income tax property prepares to form the deferral income tax property 742,500 Yuan including the intangible asset depreciation, this deferred assets is the deferral income tax property that the northern new trading company Chinese domain name intangible asset ahead of time condemnation forms, discloses inaccurate;

(4) corporate finance report annotates in six and 6 disclosure investment yields the equity investment profit 140,601,900 Yuan, but has not disclosed the drawing bonus income in the equity investment profit detailed list 102.88 million Yuan and relevant investment unit name and so on detail;

(5) cash flow that in company 2007 year merge cash flow statement the investors recognize has - obtains in the cash that the loan received Suzhou northern the new mineral wool plate limited company including the consolidated financial statement range to receive the northern new building materials 2,708,700 Yuan, has not offset;

In view of the above situation, gave the following supervision comment:

1st, company should further establish and improve to control from the inside mechanism, supplements the relevant system, pays great attention to the responsibility to investigate that in the system revision process the build of mechanism, increases the responsibility to investigate the effort, and guarantees its feasibility.
2nd, company should further improve various technical committee working mechanism in changing session foundation, the perfect salary evaluation mechanism, give full play to the salary committees function.

3rd, company should further improve the financial control, raises the financial calculation level, strictly carries out various business accounting criterion stipulations.
4th, company should further improve the periodic report disclosure mass.

In addition, your company controlled stock in subsidiary company the building materials investment limited company to sell to the holding shareholder, but the joint-stock company still had the loan guarantee. Your company after the examination process committed expires no longer renews, should take the measure to guarantee this commitment fulfillment.
Your company should aim at the above supervision opinion, conducts the pharmaceutical supervision, reorganizes promptly. From receiving the date of this opinion in ten working days submitted written reorganize the report. The company reorganizes the report should after board of directors deliberation and signature recognition.

On July 9, 2008 keyword: The listed company supervises the opinion

The score delivers: The bureau chief, is in charge of the deputy director and bureau chief assistant listed company to supervise two and offices (archive)

China Securities Regulatory Commission Beijing Supervision bureau on July 9, 2008

printed and distributed the typing: Wang Xiaoyan proofreads: Zhang Wangxia prints 8

PAGE PAGE 1

--- Summary Information ---
1: 936 PID_TITLE: Beijing Card Company sends [2007] number PID_SUBJECT:
PID_AUTHOR: yuty PID_KEYWORDS:
PID_COMMENTS:
PID_TEMPLATE: Normal PID_LASTAUTHOR: bnbm PID_REVNUMBER: 2 PID_APPNAME: Microsoft Office Word PID_EDITTIME: Mon Jan 01 08:01: 00 CST 1601 PID_LASTPRINTED: Thu Jun 05 16:03: 00 CST 2008 PID_CREATE_DTM: Fri Jul 11 08:47: 00 CST 2008 PID_LASTSAVE_DTM: Fri Jul 11 08:47: 00 CST 2008 PID_PAGECOUNT: 1 PID_WORDCOUNT: 226 PID_CHARCOUNT: 1290 PID_SECURITY: 0

--- Document Summary Information ---
PID_CODEPAGE: 936 PID_COMPANY: bsrc PID_LINECOUNT: 10 PID_PARCOUNT: 3 17: 1513 23: 730895 PID_SCALE: false PID_LINKSDIRTY: false 19: false 22: false

京证公司发[2008]95 号

# 关于对北新集团建材股份有限公司
# 的监管意见

北新集团建材股份有限公司：

根据中国证监会《上市公司检查办法》（证监发[2001]46 号）、《关于做好上市公司 2007 年年度报告及相关工作的通知》（证监公司字[2007]235 号）及北京证监局 2008 年现场检查安排，我局于 2008 年 6 月 10 日至 23 日对你公司进行了专项检查，发现公司尚存在如下不足：

1、公司建立了《内部控制制度》，公司治理、业务及财务管理均有一整套制度，内控制度基本健全。公司无单独的责任追究制度，责任追究要求在各项具体的制度中提及，但规定都比较原则，不够具体，尚缺乏操作性。

2、公司对投资建厂、设立公司等投资，有明确的管理制度，且得到执行，但缺乏对证券投资等风险投资的管理规定。公司没有独立分子公司的管理办法，对外派董事、监事、高管缺乏程序性规定。

3、公司在财务管理及核算方面存在瑕疵。

（1）财务报表个别项目确认有误：公司在编制现金流量表时，

1

将已抵押的定期存款 367.32 万元，确认为现金及现金等价物，不符合企业会计准则—现金流量表中对现金的定义。

（2）个别子公司财务管理不够规范，如孵化器公司，未如实记录银行存款收支，数额较大，且存在入帐不及时现象。提供的银行对账单为补打，不严谨。

4、公司在年报及财务报告披露上存在瑕疵。

（1）中国建材股份对公司发放委托贷款的关联交易未披露贷款利率；贷款年限披露不准确；

（2）北新建材下属涿州分公司、苏州分公司、江津泰山公司等单位 2007 年度在建工程利息资本化金额 1799.30 万元，公司财务报表附注中未披露资本化率；

（3）公司财务报表附注五、19 披露：递延所得税资产中包括无形资产减值准备形成递延所得税资产 74.25 万元，经查，该项递延资产为北新贸易公司中文域名无形资产提前报废形成的递延所得税资产，披露不准确；

（4）公司财务报表附注六、6 披露投资收益中股权投资收益 14060.19 万元，但在股权投资收益明细表中未披露分红收益 10288 万元及相关投资单位名称等详细内容；

（5）公司 2007 年度合并现金流量表中筹资活动产生的现金流量—取得借款收到的现金中包括合并财务报表范围内苏州北新矿棉板有限公司收到北新建材本部 270.87 万元，未抵销掉；

针对上述情况，提出如下监管意见：

1、公司应进一步建立健全内控机制，补充相关制度，在制度

2

BNBMPLC-E-0006062

修订过程中注重责任追究机制的建设，加大责任追究力度，并保证其可操作性。

2、公司应在换届基础上进一步完善各专门委员会工作机制，健全薪酬考核机制，充分发挥薪酬委员会作用。

3、公司应进一步加强财务管理，提高财务核算水平，严格执行企业会计准则各项规定。

4、公司应进一步提高定期报告披露质量。

另，你公司原控股子公司中建材投资有限公司已出售给控股股东，但股份公司对其仍有贷款担保。你公司在检查过程中承诺到期后不再续保，应采取措施保证该承诺的履行。

你公司应针对上述监管意见，进行认真研究，及时整改。自接到本意见之日起十个工作日内提交书面整改报告。公司整改报告应经董事会审议并签字确认。

二〇〇八年七月九日

| 主题词： | 上市公司 | 监管 | 意见 |
|---|---|---|---|

分 送：局长、分管副局长、局长助理
　　　　上市公司监管二处、办公室（存档）

| 中国证监会北京监管局 | 2008 年 7 月 9 日印发 |
|---|---|
| 打字：王晓岩　　　　校对：张旺霞 | 共印 8 份 |