

# CNBM INTERNATIONAL CORPORATION

# Company Profile

for

Gypsum Division

**CNBM International Corporation**
Add: 17th Floor, No.4 Building, ZHUYU International Commercial Center, No. 9 Shouti South Road, Haidian District, Beijing 100044, China.
Tel: +86 10 6879 6518
Fax: +86 10 6879 6655
Web:  www.cnbmgypsum.com    www.cmaxengineering.com

MTD Exhibit #169

CNBMUSA00004146

 **CNBM INTERNATIONAL CORPORATION**

# Content

[1. Profile of China National Building Materials (Group) Corporation](#) .................. 3
   [1.1 Manufacturing Platform](#) _____ 3
   [1.2 Research and Design Platform](#) _____ 4
   [1.3 Machinery Platform](#) _____ 5
   [1.4 Trade Platform](#) _____ 5

[2. Profile of CNBM International Corporation](#) ............................................................. 7

[3. Reference List](#) ............................................................................................................. 8

**CNBM International Corporation**
Add: 17th Floor, No.4 Building, ZHUYU International Commercial Center, No. 9 Shouti South Road, Haidian District, Beijing 100044, China.
Tel: +86 10 6879 6518
Fax: +86 10 6879 6655
Web:  www.cnbmgypsum.com     www.cmaxengineering.com

CNBMUSA00004147

 **CNBM INTERNATIONAL CORPORATION**

## 1. Profile of China National Building Materials (Group) Corporation

CNBM, China National Building Materials (Group) Corporation, is the largest group corporation in China for building materials & equipment industry. It was established in 1984, and was incorporated in 2003 upon the approval from the State Council and under the administration of the State-owned Assets Supervision and Administration Commission of the State Council. In 2006, China National Building Material Company Limited was listed on Hong Kong Stock Market with the stock code as 3323.

CNBM has a total assets of 55 billion RMB yuan; a staff of 50 thousands; over 200 subordinate factories and companies; 19 companies and factories in which CNBM has whole share; 6 publicly listed companies in which CNBM has a controlling percentage of shares; 10 publicly listed companies in which CNBM has a substantial percentage of shares.

The business scope of CNBM covers from manufacturing and sales of building materials to scientific research and design, engineering, import and export trade. In many of these fields, CNBM is playing the leading role.

### 1.1 Manufacturing Platform

CNBM manufactures various building materials, such as insulation and acoustic materials, hardware for constructions, pipe sections, heating system and equipments, kitchen cabinets and sanitary wares, waterproofing materials, ceiling products, ceramic tiles, refractory materials, chemical building materials, cement, composite materials, glass, etc. Especially, as a major supplier of cement in China building market, we will have a very influential market

**CNBM International Corporation**
Add: 17th Floor, No.4 Building, ZHUYU International Commercial Center, No. 9 Shouti South Road, Haidian District, Beijing 100044, China.
Tel: +86 10 6879 6518
Fax: +86 10 6879 6655
Web:   www.cnbmgypsum.com    www.cmaxengineering.com

CNBMUSA00004148

 **CNBM INTERNATIONAL CORPORATION**

during the period of Olympic Games Construction.

### 1.2 Research and Design Platform

This platform consists of 8 first-class research & design, and contracting institutions. It is leading the scientific research and design in China in the following fields: wall materials, ceramic, glass, cement, fiberglass and composites, among which composites processing, float glass, new dry process cement, gypsum board, asbestos sound absorbing baffle, manufactured houses and construction plastic products take the leading position in technology in China. This platform has the national engineering research centers, technical centers and testing centers and has contracted and completed many big projects and is the winner of 360 various accomplishment awards. The group company relates the scientific researches and designs closely to business operations and greatly shortens the period for the researches and inventions to convert into productive forces.

To promote the technical progress of the building material industry, the group has set up special teams to tackle the problems in the following eight research projects: the processing technology and equipments of float glass (second generation), TFT glass manufacturing technology, complete set of equipment and production technology of new dry cement with production capacity of 10,000 t/d, carbon fiber manufacturing technology, direct melt fiberglass technology with production capacity of 40,000 t/a, plasterboard manufacturing technology with production capacity of 60,000,000 $m^2$/a, medium and high grade composites yachts, houses manufacturing etc. The Group has made major breakthroughs in the research and development of glass refining processing, new wall materials, new decoration materials, industrial environmental protection technology, fine ceramic and other new materials and related industrial equipments and has cultivated new core competence.

CNBM International Corporation
Add: 17th Floor, No.4 Building, ZHUYU International Commercial Center, No. 9 Shouti South Road, Haidian District, Beijing 100044, China.
Tel: +86 10 6879 6518
Fax: +86 10 6879 6655
Web:   www.cnbmgypsum.com     www.cmaxengineering.com

CNBMUSA00004149

 **CNBM INTERNATIONAL CORPORATION**

### 1.3 Machinery Platform

CNBM has always been a pioneer in China construction machinery with the goal of developing many innovative construction machinery products.

To ensure a rapid response to continuously changing demands, CNBM established its own research centre to serve our consumers in construction machinery. As the leading company in China, CNBM is committed to providing the high-quality products and excellent service with closer ties than ever to dealers and customers throughout the world.

The company pursues its business operations with priority given to users in the field. We listen carefully to our customers to identify exactly what they want and expect from the machines they use, and we keep our eyes open to anticipate emerging trends. By listening first, we are able to accurately meet the needs of the times, with products and services that maintain the very highest levels of quality.

Our primary mandate is to ensure customer satisfaction with products and services that have a high intrinsic value. Building on our many years of experience in the construction machinery field, we will continue to focus on user needs and, bearing in mind our three key words of simplicity, speed, and openness, work to ensure that every customer is fully satisfied

### 1.4 Trade Platform

CNBM has established extensive cooperation relationships with over 60 countries in the fields of building materials and equipments by making full use of its absolute superiority in both abundant source and solid technology support.

CNBM International Corporation
Add: 17th Floor, No.4 Building, ZHUYU International Commercial Center, No. 9 Shouti South Road, Haidian District, Beijing 100044, China.
Tel: +86 10 6879 6518
Fax: +86 10 6879 6655
Web:   www.cnbmgypsum.com     www.cmaxengineering.com

CNBMUSA00004150

 **CNBM INTERNATIONAL CORPORATION**

We sincerely welcome partners around the world to establish business cooperation with us on the basis of mutual trust, benefit and development!

6

**CNBM International Corporation**
Add: 17th Floor, No.4 Building, ZHUYU International Commercial Center, No. 9 Shouti South Road, Haidian District, Beijing 100044, China.
Tel: +86 10 6879 6518
Fax: +86 10 6879 6655
Web:  www.cnbmgypsum.com     www.cmaxengineering.com

CNBMUSA00004151

 **CNBM INTERNATIONAL CORPORATION**

## 2. Profile of CNBM International Corporation

As an important trading platform of China National Building Materials (Group) Corporation, CNBM International Corporation enjoys competitive advantages in importing and exporting of building materials as well as complete sets of machinery and equipments exporting, overseas engineering project contracting and labor exporting.

The products of CNBM International Corporation cover a wide range, including insulation materials, ceiling products, water proofing materials, fiberglass products, etc. Relying on its high quality, competitive price, renowned reputation, CNBM has distributed its products worldwide, especially with some world famous companies in the field.

With its rapid development, CNBM International Corporation is now putting great effort on supplying gypsum technology and project to global market. After years of successful projects, CNBM has proved himself a leader in innovation, design, engineering, construction, commissioning and technical services. CNBM International Corporation is capable to provide engineering, designing, manufacturing, installation, commissioning, training and related technical service to guarantee the project with superior performance.

Relying on our own R&D institute, which is the first in China to develop gypsum technology, CNBM fully utilizes advantages from each party, including general management, commercial management, project management, technical support, operation and logistic service, etc. We are expecting operation with partners all over the world! The following list will give you a brief introduction of what we have done.

**CNBM International Corporation**
Add: 17th Floor, No.4 Building, ZHUYU International Commercial Center, No. 9 Shouti South Road, Haidian District, Beijing 100044, China.
Tel: +86 10 6879 6518
Fax: +86 10 6879 6655
Web:   www.cnbmgypsum.com      www.cmaxengineering.com

CNBMUSA00004152

 **CNBM INTERNATIONAL CORPORATION**

## 3. Reference List

| No. | Project | Product | Capacity | Year | Capacity of plaster | Remarks |
|---|---|---|---|---|---|---|
| 1. | Beijing Plasterboard Factory | Plasterboard | 4 million m²/a | 1978 | 150 t/d | |
| 2. | Shenyang New Building Materials General Factory | Plasterboard | 4 million m²/a | 1979 | 150 t/d | |
| 3. | Ha'Erbin New Building Materials General Factory | Plasterboard | 4 million m²/a | 1983 | 150 t/d | |
| 4. | Beijing Plasterboard Factory (2nd line) | Plasterboard | 4 million m²/a | 1985 | 150 t/d | |
| 5. | Lasha Building Materials 2nd Factory | Gypsum Block | 120,000 m²/a | 1985 | 150 t/d | |
| 6. | Huangshi Haiguanshan New Building Materials General Factory | Decorative Plasterboard | 300,000 m²/a | 1987 | / | Plaster purchased from others |

8

**CNBM International Corporation**
Add: 17th Floor, No.4 Building, ZHUYU International Commercial Center, No. 9 Shouti South Road, Haidian District, Beijing 100044, China.
Tel: +86 10 6879 6518
Fax: +86 10 6879 6655
Web: www.cnbmgypsum.com   www.cmaxengineering.com

CNBMUSA00004153



## CNBM INTERNATIONAL CORPORATION

| No. | Project | Product | Capacity | Year | Capacity of plaster | Remarks |
|---|---|---|---|---|---|---|
| 7. | Xi'an Plasterboard Factory | Plasterboard | 4 million $m^2$/a | 1988 | 150 t/d | |
| 8. | Gansu Jintai Gypsum Powder Factory | Building Plaster | 30,000 t/a | 1989 | 100 t/d | |
| 9. | Ningxia Zhongwei Gypsum Building Materials Factory | Stucco | 30,000 t/a | 1990 | 100 t/d | |
| 10. | Guangzhou Gypsum Products Factory | Building Plaster | 12,000 t/a | 1991 | 50 t/d | |
| 11. | Zhaozuang Building Materials Factory | Building Plaster | 30,000 t/a | 1991 | 100 t/d | |
| 12. | Jinmen Tianlong Gypsum Products Co., Ltd. | Building Plaster | 30,000 t/a | 1994 | 100 t/d | |
| 13. | Chongqing Luohuang Power Plant Resources Comprehensive Utilization Company | Cement Retarder and Building Plaster | 30,000 t/a | 1994 | 100 t/d | Raw material: FGD |
| 14. | Shandong Tancheng Dalong Building Materials Group | Plasterboard | 4 million $m^2$/a | 1995 | 150 t/d | |
| 15. | Shandong Tai'an Plasterboard Factory | Plasterboard | 4 million $m^2$/a | 1995 | 150 t/d | |
| 16. | Shandong Tai'an New Building Materials | Plasterboard | 4 million $m^2$/a | 1995 | 150 t/d | |

**CNBM International Corporation**
Add: 17th Floor, No.4 Building, ZHUYU International Commercial Center, No. 9 Shouti South Road, Haidian District, Beijing 100044, China.
Tel: +86 10 6879 6518
Fax: +86 10 6879 6655
Web:  www.cnbmgypsum.com     www.cmaxengineering.com

CNBMUSA00004154



# CNBM INTERNATIONAL CORPORATION

| No. | Project | Product | Capacity | Year | Capacity of plaster | Remarks |
|---|---|---|---|---|---|---|
|  | General Factory |  |  |  |  |  |
| 17. | Lu'nan Building Plaster General Factory | Building Plaster | 80,000 t/a | 1996 | 300 t/d |  |
| 18. | Anhui Chuzhou Plasterboard Factory | Plasterboard | 4 million $m^2$/a | 1996 | 150 t/d |  |
| 19. | Tonglin Chemical Industry Company | Cement Retarder | 150,000 t/a | 1996 | 300 t/d | FGD |
| 20. | Hubei Jinmen Jinlin Gypsum Development Co. | Plasterboard | 4 million $m^2$/a | 1997 | 150 t/d |  |
| 21. | BNBM 2nd Line | Plasterboard | 20 million $m^2$/a | 1997 | 750 t/d | Peter Mill |
| 22. | Jiangsu Pizhou Plasterboard Factory | Plasterboard | 6 million $m^2$/a | 1997 | 150 t/d |  |
| 23. | Jiangsu Xuzhou New Building Materials Factory | Plasterboard | 4 million $m^2$/a | 1997 | 150 t/d |  |
| 24. | Indonesia Maspion Group | Plasterboard | 3 million $m^2$/a | 1997 | 150 t/d |  |
| 25. | Taiyuan Thermal Power FGD Project | Building Plaster | 70,000 t/a | 1998 | 300 t/d |  |
| 26. | Beijing Magang Factory | Gypsum Block | 180,000 $m^2$/a | 1998 | / | Plaster purchased from |

10

**CNBM International Corporation**
Add: 17th Floor, No.4 Building, ZHUYU International Commercial Center, No. 9 Shouti South Road, Haidian District, Beijing 100044, China.
Tel: +86 10 6879 6518
Fax: +86 10 6879 6655
Web:   www.cnbmgypsum.com     www.cmaxengineering.com

CNBMUSA00004155

 **CNBM INTERNATIONAL CORPORATION**

| No. | Project | Product | Capacity | Year | Capacity of plaster | Remarks |
|---|---|---|---|---|---|---|
| | | | | | | others |
| 27. | Shanghai Iron Alloy Factory | Gypsum Block | 180,000 m²/a | 1999 | / | Plaster purchased from others |
| 28. | Xinrong Mine Bureau Building Plaster Factory | Building Plaster | 50,000 t/a | 1999 | 200 t/d | |
| 29. | Egypt Abu-Zeneima Plaster Factory | Building Plaster | 150,000 t/a | 2006 | 500 t/d | Rotary kiln |
| 30. | Shandong Chenxiang Gypsum Co., Ltd. | Plasterboard | 20 million m²/a | 2004 | 750 t/d | Rotary kiln |
| 31. | Xinjiang Tianshan Building Materials (Group) Co., Ltd. | Plasterboard & Building Plaster | 6 million m²/a 80,000 t/a | 2004 | 300 t/d | |
| 32. | BNBM 3rd Line | Plasterboard | 30 million m²/a | 2004 | 750 t/d | Peter Mill |
| 33. | Xinwen Mine Industry Plasterboard Project | Plasterboard | 30 million m²/a | 2004 | 750 t/d | Rotary Kiln |
| 34. | KAZAKHSTAN G-Ex Co.Ltd | Building Plaster | 100,000 t/a | 2004 | 300 t/d | Kettle |
| 35. | Technical modification for raw materials | FGD Powder | 22 t/h | 2006 | 20 t/h | Air Drying |

11

**CNBM International Corporation**
Add: 17th Floor, No.4 Building, ZHUYU International Commercial Center, No. 9 Shouti South Road, Haidian District, Beijing 100044, China.
Tel: +86 10 6879 6518
Fax: +86 10 6879 6655
Web:  www.cnbmgypsum.com    www.cmaxengineering.com

CNBMUSA00004156



## CNBM INTERNATIONAL CORPORATION

| No. | Project | Product | Capacity | Year | Capacity of plaster | Remarks |
|---|---|---|---|---|---|---|
|  | workshop of Gypco (Shanghai) Co., Ltd. |  |  |  |  | Kettle |
| 36. | BNBM 4th Line | Plasterboard | 50 million m²/a | 2005 | 40 t/h | Peter Mill |
| 37. | BPB Changzhou Factory Civil and Utilities Project | Plasterboard | 30 million m²/a | 2006 | 25 t/h | Flash Calcining Hammer Mill |
| 38. | BNBM Ninghai Factory | Plasterboard | 30 million m²/a | Jun, 2008 | 25 t/h | Raw material: FGD |
| 39. | Xiangfan Tianjian Co. Cement Retarder Project | Cement Retarder | 200,000 t/a | Commissioning | 15 t/h | Raw material: FGD |
| 40. | Jiaxing Jieshen Plasterboard Co., Ltd. | Plasterboard | 30 million m²/a | May, 2008 | 25 t/h | Raw material: FGD |
| 41. | BNBM Guangdong Gaoyao Plasterboard factory | Plasterboard | 30 million m²/a | In progress | 25 t/h | Raw material: FGD |
| 42. | Russia VOLMA OLENBURG Factory | Plasterboard | 20 million m²/a | In progress | 25 t/h | ALPHAL Co. provide fluidized |

12

**CNBM International Corporation**
Add: 17th Floor, No.4 Building, ZHUYU International Commercial Center, No. 9 Shouti South Road, Haidian District, Beijing 100044, China.
Tel: +86 10 6879 6518
Fax: +86 10 6879 6655
Web: www.cnbmgypsum.com    www.cmaxengineering.com

CNBMUSA00004157

 **CNBM INTERNATIONAL CORPORATION**

| No. | Project | Product | Capacity | Year | Capacity of plaster | Remarks |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  | bed |
| 43. | Saudi Arabia Plasterboard Factory | Plasterboard | 20 million m²/a | In progress | / | Natural Gypsum, Rotary Kiln |
| 44. | Plaster Factory in Vietnam | Building Plaster | 30,000 t/a | In progress |  | Natural Gypsum, Fluidized Bed |
| 45. | BNBM Sichuan Guang'an Plasterboard Factory | Plasterboard | 30 million m²/a | Under design | 25 t/h | Raw material: FGD |
| 46. | BNBM Wuhan Plasterboard Factory | Plasterboard | 30 million m²/a | Under design | 25 t/h | Raw material: FGD |
| 47. | BNBM Tielin Plasterboard Factory | Plasterboard | 30 million m²/a | Under design | 25 t/h | Raw material: FGD |
| 48. | Saint-Gobain 3rd Factory in China for gypsum product | Plasterboard | 30 million m²/a | Proposal design | 25 t/h | Raw material: FGD |

13

**CNBM International Corporation**
Add: 17th Floor, No.4 Building, ZHUYU International Commercial Center, No. 9 Shouti South Road, Haidian District, Beijing 100044, China.
Tel: +86 10 6879 6518
Fax: +86 10 6879 6655
Web:   www.cnbmgypsum.com     www.cmaxengineering.com

CNBMUSA00004158