Partial Translation of BNBMPLC-E-0005884-5888

BNBMPLC-E-0005884

**Reply to the Inquiry Letter on Evaluating the 2007 Annual Report**

Listed Companies Regulatory Division of Beijing Securities Regulatory Bureau:

After receiving your "Inquiry Letter on Evaluating the 2007 Annual Report," our Company immediately conducted careful analyses for the matters listed in the "Inquiry Letter" and compiled relevant materials, and the detailed situation is explained below.

**1. Other amounts receivables are as large as 212 million, with the first 5 totaling to 140 million, please provide the details on the top five debtors.**

Debtor Company                                                                 Amount

Tai'an State-owned Assets Management Company Limited    50,000,000.00

Shenzhen Hongjie Industrial Development Company Limited    33,498,336.28

…

BNBMPLC-E-0005886

**8. The annual salary and bonus increased by 15.76 million this year for the management level, which does not conform with the disclosure in relation to the compensations for high level management personnel; please explain the scope of coverage of the 15.76 million compensations, and if there was any high level management personnel receiving salaries from the subsidiaries;**

The annual salary and bonus for the management level include those for the management personnel in the subsidiaries and branches; there is no incident

MTD Exhibit #170          WANG: Exhibit 329

where the Company's high level management personnel received salaries from the subsidiaries.

**BNBMPLC-E-0005887**

**11. The Company has dividends receivable from Taishan Gypsum, Donglian Investment, and BNBM Logistics, but the investment income was categorized into dividend income and investment income according to the cost method, please explain the reasons, and provide relevant dividend distribution resolution;**

Taishan Gypsum, Donglian Investment, and BNBM Logistics are the Company's subsidiaries, the dividends distributed should be categorized as investment income according to the cost method, the dividends of the Company from Taishan Gypsum, Donglian Investment, and BNBM Logistics also belong to dividend income, however, the accounting firm did not combine the two when compiling the data.

**12. The Company received 11.93 million Yuan in fund occupancy fee, please provide the details of the borrowers;**

| Borrowers | Amount of Fund Occupancy fee |
|---|---|
| Taian State-owned Assets Management Company Limited | 3,737,250.00 |
| … | |

**BNBMPLC-E-0005888**

…

Beijing New Building Material Public Limited Company

April 10th, 2008

Inquires the reply of letter about 2007 annual report verification

The Beijing card supervises the bureau listed company to supervise place:

After receiving expensive game of "2007 Annual report Verification Inquires Letter", our company immediately to "Inquires the Letter" listed item carries on has carefully analyzed and has summarized the related information, is presently as follows the special details explanation.

1st, other should the collection amount be big are 212 million, first five equal 140 million, please offer the first five debt people to be detailed.

Defaulter unit amount Tai'an state asset management limited company 50,000,000.00

Shenzhen macro Czech Republic industrial development limited company 33,498,336.28 zero science and technology limited companies 30,000,000.00

Shenzhen US court personal status home limited company 13,119,415.64 Mianyang Hua blue property development limited companies 13,200,000.00

2nd, company has the transaction financial asset at the beginning of the year (600550) 1 million shares, sound value 18.25 million Yuan; This company 06 years implementation draws bonus to deliver the stock to equal 10 to deliver 4 revolutions 6, the company stock should be 2 million shares, the end of the year is 1.7 million shares, the sound value 97,239,600 Yuan, the company disclosed that current changes 78,989,600 Yuan, to the working as session profit influence is 16,643,800 Yuan, the stock investment income 94,194,400 Yuan; Asked the company to explain that above data forming process, and offered the relevant transaction information.
Transaction financial asset end of the period sound value is 97,239,550.95 Yuan, compares with the beginning of the year sound value 18,250,000.00 Yuan, the change amount is 78,989,550.95 Yuan.
The transaction financial asset end of the period has fold of yarn is 1699695 shares, balance stock each share of cost is 47.0354 Yuan, then its cost total sum is 79,945,756.63 Yuan, the end of the period, its sound value is 97,239,550.95 Yuan, difference between the sound value and cost is 17,293,794.32 Yuan, deducted in 2006 to include sound value change profit and loss 650,000 Yuan, then in 2007 the sound value change profit and loss are 16,643,794.32 Yuan, sound value's effect on the working as session net profit was 16,643,794.32 Yuan.

The stock and fund investment yield is 94,194,409.85 Yuan, sells the income that Tianwei Bulgaria changes obtains is 63,751,664.30 Yuan, the allocate profits 200,000 Yuan, sell other stocks to obtain the income 29,682,717.91 Yuan, the sell fund obtain the income 560,027.64 Yuan.

3rd, company has the cost method calculation investment real estate, for northern new material flow all, and material flow original all lands include the investment real estate subject, asked the company to offer the relevant decision-making procedure;

The northern new material flow original all lands live at core 1, 2 and 3 lands for construction for north newly, ancestor place number H303-0049, the ancestor ground accumulates 42043.96 square meters. Because constructs the project, the land employment right from acquisition by the end of 2006 in the intangible asset subject calculation, has not merged into fixed asset alone - in house building initial cost. North lived at core completely completion newly later this land and ground constructs one and has applied for the deep room diphenyl guanadine conditioning 200303405th room real estate card. Because after north lived at newly core 1, 2 and 3 completed, outward leased, 2007 year acts according to the relevant provision of new accounting standards, north will live at the core land's land employment right also to include the investment real estate subject calculation newly.
Other investment real estate have other scattered properties that for the northern new material flow foreign leased.
4th, construction in progress project Suzhou Industrial Park this year other reduce 119,529,200 Yuan, please explain the reason;

A, acts according to "Business accounting Criterion Conditioning No. 38 - Carries out Business accounting Criterion For the first time" applies in the guidelines, before carried out for the first time the date has included the construction in progress the land employment right, met "Business accounting Criterion Conditioning No. 6 - the Intangible asset" stipulation must think alone firmly the intangible asset, carried out the date to carry on the subdivision class for the first time, will belong to the land employment right part separates from the original asset write-down value, as land employment right confirmation cost. In our company Suzhou Industrial Park has to meet the above condition land employment right, therefore reduces 114,514,300 Yuan to change over to from the construction in progress the intangible asset. B and government buy-back land is used in the road build, causes to reduce the construction in progress 4,788,400 Yuan.
5th, annotated the construction in progress capitalization of interest situation has not disclosed the capitalization rate, invited the company additional remarks, and proposed the notice;
The project name capitalization leads

Gypsum board four projects (Zhuozhou) 5.265%, 5.832%, 6.561% and 5.022% Suzhou Industrial Park projects 5.022% and 5.265%

Cement tile project 5.67% Jiangjin Taishan 20 million ãŽ¡ gypsum board production line 7.12% and 5.25%

Taicang northern the new gypsum board project 6.885% 6 and in 2007 the northern new material flow adds the land employment right 62.24 million Yuan, Suzhou Subsidiary company adds 114,514,300 Yuan, asked the company to explain that bought the time, the weight was the progress and whether involved the disclosure; Zhuozhou land employment right this issue at the beginning of the year and 06 years annual report disclosure value is incompatible, please explain the reason;

The northern new material flow purchases 62.24 million Yuan land the time is in

June, 2007, Suzhou Subsidiary company purchased 114,514,300 Yuan land the time is in December, 2004, and two lands have obtained the land use certificate.

According to "Shenzhen securities exchange Share Rules" stipulation, the procurement land classifies as should disclose in the transaction "purchase or sales of asset" a category, the gross asset that because the above two transactions involve has not achieved the company at the end of 2006 after the audit total assets 10% (at the end of 2006 total assets were 4.9 billion Yuan), therefore the company did not need to carry on the disclosure in the form of temporary bulletin.
The Zhuozhou land employment right at the beginning of 2007 the disclosure amount is 16,000,128.00 Yuan, with 13,856,960.00 Yuan and 2,143,168.00 that Yuan at the end of 2006 disclosed about counting match case, is the Zhuozhou land because of it, therefore in this year its merge.
7th, staff welfare funds this year reduce amount to disclose that with the non-regular profit and loss in the data is inconsistent, please explain the non-regular profit and loss data forming process;
The staff welfare funds reduction amount that in the non-regular profit and loss lists is to refer, because carries out the new business accounting criterion, according to criterion requirements to reducing expense part, but the staff welfare funds this year reduce the part that also includes this year actually use.

8th, the management yearly salary and bonus this year add 15.76 million, is inconsistent with the management salary disclosure; Asked the company to explain that 15.76 million salary covering management ranges, whether had the management to draw salary the situation in the subordinate subsidiary company;
The management yearly salary and bonus including the subordinate molecule company's administrators yearly salary and bonus, company's management not in the situation that the subordinate subsidiary company draws salary.

9th, in the deferral income tax debt the sound value change amount is 2,898,400 Yuan, the sound value change profit and loss are 16.64 million Yuan, converts after the tax rate is inconsistent; Please explain this data forming process;
The company sound value change profit and loss are 16,643,800 Yuan, according to 18% income tax rate computations, the deferral income tax debt is 2,995,900 Yuan, deducts the beginning of the year deferral income tax to be in debt 97,500 Yuan, the deferral income tax debt when the session adds is 2,898,400 Yuan.

10th, company this year the income tax expense is 53,074,600 Yuan, 06 years are 21.656 million Yuan, please show reason that dramatically add;

Reason that the income tax expense adds: First, the parent company this year achievement adds, the corresponding income tax expense adds; Second, company's holding subsidiary company - the building materials investment company is mainly because this year stock income dramatically adds, the corresponding income tax expense adds; Third, company's holding subsidiary company - Taishan gypsum limited liability company is mainly because this year part subsidiary company income tax preferential policy change causes the income tax expense to add.
11th, company invests and northern new material flow to the Taishan gypsum and East

Union has the dividend receivable, but partitions in the investment yield into the drawing bonus income and investment yield of cost method calculation, please explain the reason, and offers the relevant drawing bonus resolution;
The Taishan gypsum and East Union invest and northern new material flow are company's holding subsidiary company, the dividend of allocation should belong to the investment yield of cost method calculation, the company invests and dividend of northern new material flow allocation to the Taishan gypsum and East Union also classifies as the drawing bonus income, but the accounting firm has not united to be the result the two when summarizing.

12th, company gathers fund seizure to spend 11.93 million Yuan, please offer the loan unit to be detailed;

Loan unit fund seizure expense amount Tai'an state asset management limited company 3,737,250.00

Shenzhen source politics investment limited company 2,985,891.76 zero science and technology limited companies 3,025,588.77

Beijing Ruifeng investment management limited company 244,555.00 Shenzhen outstanding Germany wood industry limited companies 1,035,901.14

Hainan invests about Huida limited company 540,000.00 Hunan the group conditions science and technology limited company 360,162.54

13th, by December 31, 2007, northern new building materials subordinate Hainan Subsidiary company stored goods the new building balance is 33,136,824.72 Yuan. In 2007 Hainan Subsidiary company has not recognized the selling houses income, the previous year will only recognize income returns a house the room funds that returns to reduce this year the income because of the vendee requirements, simultaneously and rushes reduces this year the overhead cost; Asked the company to explain that has not sold and returning a house reason, to reducing current annual revenue's specific amount, and offered the returning a house person list.
Returning a house person: Wei Zhonghuan returns a house to reducing incomes into: 512,095 Yuan

Returning a house reason: The company considers the whole sell building, therefore has not made the corresponding logistical facilities to the building, the home-buyer because of being not willing to continue the vacant its real estate to return a house.
Reason that company building this year has not sold is because the company plans and prepares the whole sell, not yet definite home-buyer.

Beixinjituan building materials limited liability company on April 10, 2008

3 -

--- Summary Information ---
1: 936 PID_TITLE: Inquired the letter about 2006 annual report verification reply

PID_SUBJECT:
PID_AUTHOR: Du Xin PID_KEYWORDS:
PID_TEMPLATE: Normal.dot PID_LASTAUTHOR: Du Xin PID_REVNUMBER: 3 PID_APPNAME: Microsoft Office Word PID_EDITTIME: Mon Jan 01 08:15: 00 CST 1601 PID_LASTPRINTED: Tue Apr 24 11:32: 00 CST 2007 PID_CREATE_DTM: Tue Apr 15 14:38: 00 CST 2008 PID_LASTSAVE_DTM: Tue Apr 15 14:56: 00 CST 2008 PID_PAGECOUNT: 1 PID_WORDCOUNT: 527 PID_CHARCOUNT: 3008 PID_SECURITY: 0

--- Document Summary Information ---
PID_CODEPAGE: 936 PID_COMPANY:
PID_LINECOUNT: 25 PID_PARCOUNT: 7 17: 3528 23: 727464 PID_SCALE: false
PID_LINKSDIRTY: false 19: false 22: false

# 关于 2007 年报审核问询函的回复

北京证监局上市公司监管处：

接到贵局《2007年报审核问询函》后，我公司立即对《问询函》中所列事项进行了认真分析并汇总了相关资料，现将具体情况说明如下。

1、其他应收款数额较大为2.12亿，前五名合计1.4亿，请提供前五名欠款人明细。

| 欠款单位 | 金额 |
|---|---|
| 泰安市国有资产经营有限公司 | 50,000,000.00 |
| 深圳市宏捷实业发展有限公司 | 33,498,336.28 |
| 零点科技有限公司 | 30,000,000.00 |
| 深圳市美庭品位家居有限公司 | 13,119,415.64 |
| 绵阳华青房地产开发有限公司 | 13,200,000.00 |

2、公司年初有交易性金融资产（600550）100万股，公允价值1825万元；该公司06年实施分红送股合计10送4转6，公司股票应为200万股，年末为170万股，公允价值9723.96万元，公司披露当前变动7898.96万元，对当期利润影响为1664.38万元，股票投资收益9419.44万元；请公司说明上述数据的形成过程，并提供相关交易资料。

交易性金融资产期末公允价值为 97,239,550.95 元，与年初公允价值 18,250,000.00 元相比，变动金额为 78,989,550.95 元。

交易性金融资产期末持有股数为 1699695 股，结存股票每股成本为 47.0354 元，则其成本总额为 79,945,756.63 元，期末，其公允价值为 97,239,550.95 元，公允价值与成本之间的差额为 17,293,794.32 元，扣除2006年已计入公允价值变动损益的 650,000

-1-

元，则 2007 年公允价值变动损益为 16,643,794.32 元，公允价值对当期净利润的影响为 16,643,794.32 元。

股票、基金投资收益为 94,194,409.85 元，其中，出售天威保变获得的收益为 63,751,664.30 元，分配红利 200,000 元，出售其他股票获得收益 29,682,717.91 元，出售基金获得收益 560,027.64 元。

**3、公司有成本法核算投资性房地产，为北新物流所有，且物流原所有土地均列入投资性房地产科目，请公司提供相关决策程序；**

北新物流原所有土地为北新家居中心 1、2、3 栋建设用地，宗地号 H303-0049，宗地面积 42043.96 平方米。因是自建项目，土地使用权从取得至 2006 年底单独在无形资产科目核算，未并入固定资产—房屋建筑物原价中。北新家居中心全部竣工以后此块用地与地面建筑一并申领了深房地字第 200303405 号房地产证。由于北新家居中心 1、2、3 栋建成之后即对外租出，2007 年度根据新会计准则的相关规定，将北新家居中心用地的土地使用权也列入投资性房地产科目核算。

其他投资性房地产为北新物流所持有对外租出的其他零散物业。

**4、在建工程项目苏州工业园区本年度其他减少 11952.92 万元，请说明原因；**

A、根据《企业会计准则第 38 号－首次执行企业会计准则》应用指南中，对于首次执行日之前已计入在建工程的土地使用权，符合《企业会计准则第 6 号-无形资产》的规定应当单独确认为无形资产的，首次执行日应当进行重分类，将归属于土地使用权的部分从原资产账面价值中分离，作为土地使用权的认定成本。我公司苏州工业园区中有符合上述条件的土地使用权，故从在建工程中减少 11451.43 万元转入无形资产中。B、政府回购土地用于道路建设，导致减少在建工程 478.84 万元。

**5、附注在建工程利息资本化情况未披露资本化率，请公司补充说明，并提请注意；**

| 项目名称 | 资本化率 |
|---|---|
| 石膏板四线项目（涿州） | 5.265%、5.832%、6.561%、5.022% |

| | |
|---|---|
| 苏州工业园区项目 | 5.022%、5.265% |
| 水泥瓦项目 | 5.67% |
| 江津泰山 2000 万㎡石膏板生产线 | 7.12%、5.25% |
| 太仓北新石膏板项目 | 6.885% |

6、2007 年北新物流增加土地使用权 6224 万元，苏州分公司增加 11451.43 万元，请公司说明购地时间，权属进展情况及是否涉及披露；涿州土地使用权本期年初和 06 年年报披露数值不符，请说明原因；

北新物流购买 6224 万元土地的时间为 2007 年 6 月，苏州分公司购买 11451.43 万元土地的时间为 2004 年 12 月，且两块土地均已取得土地使用证。

按照《深圳证券交易所股票上市规则》的规定，购置土地属于应披露交易中的"购买或出售资产"一类，由于上述两笔交易涉及的资产总额未达到公司 2006 年末经审计总资产的 10%（2006 年末总资产为 49 亿元），故公司无需以临时公告的形式进行披露。

涿州土地使用权 2007 年年初披露金额为 16,000,128.00 元，与 2006 年年末披露的 13,856,960.00 元、2,143,168.00 元合计数相符，因其都属于涿州土地，故在本年将其合并。

7、职工福利费本年减少金额与非经常性损益中披露数据不一致，请说明非经常性损益数据形成过程；

非经常性损益中列示的职工福利费减少金额是指由于执行新的企业会计准则，根据准则要求冲减费用的部分，而职工福利费本年减少中还包括本年实际已经使用的部分。

8、管理层年薪及奖金本年增加 1576 万，与高管薪酬披露不一致；请公司说明 1576 万薪酬涵盖管理层范围，是否有高管在下属子公司领薪情况；

管理层年薪及奖金包括下属分子公司的管理人员年薪及奖金，公司的高管没有在下属子公司领薪的情况。

9、递延所得税负债中公允价值变动金额为 289.84 万元，公允价值变动损益为 1664 万元，按税率折算后不一致；请说明该数据的形成过程；

-3-

公司公允价值变动损益为1664.38万元，按18%所得税率计算，递延所得税负债为299.59万元，扣除年初的递延所得税负债9.75万元，当期增加的递延所得税负债为289.84万元。

10、公司本年所得税费用为5307.46万元，06年度为2165.6万元，请说明大幅增加的原因；

所得税费用增加的原因：一是母公司本年度业绩增加，相应所得税费用增加；二是公司的控股子公司－中建材投资公司主要是由于本年度股票收益大幅增加，相应所得税费用增加；三是公司的控股子公司－泰山石膏股份有限公司主要是由于本年度部分子公司所得税优惠政策变化导致所得税费用增加。

11、公司对泰山石膏、东联投资和北新物流有应收股利，但在投资收益中划分为分红收益和成本法核算的投资收益，请说明原因，并提供相关分红决议；

泰山石膏、东联投资和北新物流是公司的控股子公司，分配的股利应归属于成本法核算的投资收益，公司对泰山石膏、东联投资和北新物流分配的股利也属于分红收益，但会计师事务所在汇总时没有将二者合一所致。

12、公司收取资金占用费1193万元，请提供借款单位明细；

| 借款单位 | 资金占用费金额 |
|---|---|
| 泰安市国有资产经营有限公司 | 3,737,250.00 |
| 深圳市源政投资发展有限公司 | 2,985,891.76 |
| 零点科技有限公司 | 3,025,588.77 |
| 北京瑞丰投资管理有限公司 | 244,555.00 |
| 深圳市卓德木业有限公司 | 1,035,901.14 |
| 海南合惠达投资有限公司 | 540,000.00 |
| 湖南中群环境科技有限公司 | 360,162.54 |

13、截至2007年12月31日，北新建材下属海南分公司存货中中新大厦余额为33,136,824.72元。2007年海南分公司未确认售房收入，只将以前年度确认收入的因买受人要求退房而退还的房款减本年收入，并同时冲减本年营业成本；请公司说明未出售及退房原因，冲减本年度收入的具体金额，并提供退房人名单。

退房人：魏仲环

退房冲减收入：512,095 元

退房原因：公司考虑整体出售大厦，故对大厦没有作相应的配套设施，购房人因不愿继续空置其房产而退房。

公司大厦本年度未出售的原因是由于公司筹划整体出售，目前尚未确定购房者。

北新集团建材股份有限公司

2008 年 4 月 10 日

- 5 -