# Stock Abbreviation: BNBM    Stock Code: 000786 Announcement No.: 2008-020

## Beijing New Building Materials Public Limited Company

## Announcement of the 3rd Session of Resolution of the 38th interim meeting of the Board of Directors

**The company and all members of Board of Directors guarantee that report is faithful, accurate and complete, without false representation, misleading statement or major omission.**

Board of directors of Beijing New Building Materials Public Limited Company (hereinafter referred to as the Company) has notified to hold the 38th interim Meeting of the 3rd Session of Board of Directors in June 27, 2008 in the form of e-mail, in the condition that all members of Board of directors have fully understand the deliberations of the conference, the meeting has been held in June 30, 2008, voting through fax (including direct delivery), all 5 board of directors in accordance with the relevant provisions of the "Company Law" and "Articles of Association", have participated in the voting.

Reviewed and approved the "Resolution on External investment of The Wholly Holding Subsidiary Company Tai'an DongLian Investment Trading Company Limited and The Subsidiary Company Taishan Gypsum Co. Ltd."

Tai'an DongLian Investment Trading Company Limited (hereinafter referred to as the " Tian'an Donglian") is the subsidiary company, Taishan Gypsum Co. Ltd. (hereinafter referred to as the " Taishan Gypsum") is the subsidiary company holding 65% of shares. Tian'an Donglian and Taishan

MTD Exhibit #171                    BNBMPLC0004559

Gypsum intend to invest in establishing Tai'an Taihe Building Decoration Materials Co., Ltd. jointly with Beijing New Building Material Trading Co., Ltd. (hereinafter referred to as the "Beijing Trading"), Shandong Taihe Building Materials Co., Ltd. and Tai'an State owned Assets Management Co., Ltd. Beijing Trading is A controlling Subsidiary company of Beijing New Building Material (Group) Co., Ltd. which is a shareholder of China National Building Material Company Limited) , according to related provisions of the "Shenzhen Stock Exchange Listing Rules" (hereinafter referred to as the "Listing Rules" ") , the transaction constitutes a connected transaction, four associate directors Mr. Cao Jianglin, Ms.Cui Lijun , Mr. Lu Jinshan, and Mr. Guang Zhaoyu avoided the voting. See details of "resolution on external investment of The Wholly Holding Subsidiary Company Tai'an DongLian   Investment Trading Company Limited and The Subsidiary Company Taishan Gypsum Co. Ltd. "on "Securities Daily", "Securities Times", "China Securities Journal", "Shanghai Securities News" and CNINFO (www.cninfo.com.cn ) published on July 1, 2008.

    The three independent directors of the company issued a prior approval letter for the matters, and issued a unanimous independent opinion on connected transaction.

    The resolution was approved with 5 concurring votes, 0 against votes against and 0 abstentions vote.

    We hereby make the announcement.

Beijing New Building Materials<br>
Public Limited Company<br>
Board of Directors<br>
June 30, 2008

BNBMPLC0004560