**Stock Abbreviation: BNBM    Stock Code: 000786 Announcement No.: 2007-029**

**Beijing New Building Materials Public Limited Company**

**Announcement of Final Resolution of the 29th Interim Meeting of the 3rd Session of Board of Directors**

The company and all members of Board of Directors guarantee that report is faithful, accurate and complete, without false representation, misleading statement or major omission.

Board of directors of Beijing New Building Materials Public Limited Company (hereinafter referred to as the Company) has notified to hold the 29th Interim Meeting of the 3rd Session of Board of Directors on October 12, 2007 in the form of e-mail, in the condition that all members of Board of directors have fully understood the deliberations of the conference, the meeting has been held on October 15, 2007, voting through fax (including direct delivery), all 9 board of directors, in accordance with the relevant provisions of the "Company Law" and "Articles of Association", have participated in the voting. Reviewed and approved the "Resolution on Revision and Relocation of Desulfurization of Thermal Power with Comprehensive Utilization of Annual Production Capacity of 22,500,000 Square Meters of Gypsum Board in Beijing.

In order to further optimize the company's gypsum board production layout, fully handle industrial waste arising from national thermal power plant energy saving and emission reduction, and minimize logistics radius of raw materials and finished goods, thus effectively improving the company's main business gross profit margin of the gypsum board; meanwhile, to respond positively to advocate the National Development of circular economy, build a resource-saving and environmentally friendly society, strongly support

MTD Exhibit #172    BNBMPLC0004504

Beijing's "blue sky project" and the work of energy-saving emission reduction, and make contributions to Beijing for the 2008 Olympic Games "Green Olympics, humanistic Olympics, science and technology Olympics" so as to fully reflect the company social responsibility as the Central Enterprises Holdings listed Corporation and new building materials industry leading enterprises, the company decides to stop gypsum board production line (hereinafter referred to as "the production line") with an annual output of 22,500,000 square meters of gypsum board production line and relocate for technology reform.

Established in 1983, "the Production Line" is China's first large gypsum board production line and the main equipment are imported from Europe. In the transformation and relocation process, the company will take full advantages of national level technology center, and fully transform and upgrade the technology and equipment of original production line to put it into the construction of the company's new production line.

Since the company has been listed, the main gypsum board has obtained fast development through integration of leading industry resource, acceleration of the industrial layout and reinforcement of the brand construction in accordance with the development strategy of strengthening the main industry. In terms of scale, by the end of 2006, the scale of gypsum board business has achieved an annual output of 400,000,000 square meters, ranking 2nd in Asia and first in China; in terms of brand construction, the "dragon" brand gypsum board of the company and the "Taishan" brand gypsum board of a subsidiary of Taishan Gypsum Co., Ltd., are jointly awarded the "Chinese famous brand" title; From the point of market promotion, the "dragon" brand gypsum board have been winning the bid of the National Stadium "bird's nest", and the National Swimming Center "Water Cube", the world's largest single airport terminal building - the Beijing Capital International airport Terminal 3 and all the Beijing Olympic

BNBMPLC0004505

Games projects and supporting facilities; the tallest building in the world - Shanghai world financial center, the largest Asia monomer hotel - Macao Venice Hotel, the tallest building in Beijing -- the three phase of the project of China World Trade Center, CCTV new site and other national landmarks.

At this stage, our country is vigorously developing circular economy to build a resource-saving and environmentally friendly society. Strongly promoting products of energy conservation, water conservation, and land conservation, materials conservation to develop energy-efficient construction, accelerate governance over the coal-fired power plant sulfur dioxide, increase energy conservation efforts, and strengthen the comprehensive utilization of resources. The above policies bring a good opportunity for the rapid development of the Company's main business-gypsum board. In 2006, the company launched a comprehensive construction of the gypsum board industry base, starting investing in constructing the Project of desulfurization of thermal power with comprehensive utilization of annual production capacity of 30,000,000 square meters of gypsum board in Ninghai City, Zhejiang Province, Zhaoqing City, Guangdong Province, Taicang City, Jiangsu Province, Guang'an city, Sichuan Province, and Wuhan City, Hubei Province. These projects use 100% of waste of energy saving and emission reduction of coal-fired power plant desulfurization as the raw material, it will generate remarkable social and economic benefits upon completion of the project.

The transformation of the production lines relocation of the company will not adversely affect the production and sales of gypsum plaster board. On one hand, the company's investment in constructing the Project of desulfurization of thermal power with comprehensive utilization of annual production capacity of 50,000,000 square meters of gypsum board in

BNBMPLC0004506

Zhuzhou City. Hebei Province is normally operated, it has the ability to go mass production, the yield can fully guarantee the supply of gypsum board in north market( including Beijing); on the other hand, from the beginning of 2008,

the newly constructed Gypsum board production line all over the country will be completed and put into production, it will not only reduce the production and logistics costs, but also will fully guarantee the Company's national market supply of gypsum board.

The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

We hereby make the announcement.

Beijing New Building Materials Public Limited Company<br>
Board of Directors<br>
October 15, 2007

BNBMPLC0004507