**Stock Abbreviation: BNBM   Stock Code: 000786 Announcement No.: 2008-009**

## Beijing New Building Materials Public Limited Company

## Announcement of Resolution of the 3rd Session of the 34th meeting of the Board of Directors

The company and all members of Board of Directors guarantee that report is faithful, accurate and complete, without false representation, misleading statement or major omission.

Board of directors of Beijing New Building Materials Public Limited Company (hereinafter referred to as the Company) has notified to hold the 34th interim Meeting of the 3rd Session of Board of Directors in March 31, 2008 in the form of e-mail, in the condition that all members of Board of directors have fully understand the deliberations of the conference, the meeting has been held in April 3, 2007, voting through fax (including direct delivery), all 9 board of directors in accordance with the relevant provisions of the "Company Law" and "Articles of Association", have participated in the voting. Upon review, the meeting has passed the following resolutions:

Reviewed and approved the "Resolution on the Company's Subsidiary of the Taishan Gypsum Co. Ltd. Providing Guarantees for its subsidiary Company"

1. Jiangyin Taishan Gypsum Building Material Co. Ltd. (hereinafter refers to "Jiangyin Taishan") is a Subsidiary company of Taishan Gypsum Co. Ltd. holding 67.5% of its shares. In order to meet the needs of production and operation, the Company agrees Taishan Gypsum to provide a working capital joint guarantee of 40,000,000 for Jiangyin Taishan in Agricultural Bank of China Ltd. Jiangyin Branch, and the warranty period is one year; The Company Agrees Taishan Gypsum to provide a working capital joint guarantee of 20,000,000 for Jiangyin Taishan in Bank of China Ltd. Jiangyin Branch, and the warranty period is one year;

2. Qinhuangdao Taishan Building Materials Public Limited Company

MTD Exhibit #173   BNBMPLC0004542

(hereinafter referred to as the "Qinhuangdao Taishan") is the subsidiary company that the parent company holds 70% of its shares. In order to meet the needs of production and operation, the Company agrees Taishan Gypsum to provide a working capital joint guarantee of 15,000,000 for Qinhuangdao Taishan in Bank of Communications Co. Ltd., Qinhuangdao Branch Bank, and the warranty period is one year;

3. Hebei Taishan HuaAo Building Material Co. Ltd. (hereinafter refers to "Hebei Taishan") is a Subsidiary company of Taishan Gypsum Co. Ltd. holding 70% of its shares. In order to meet the needs of production and operation, the company agrees Taishan Gypsum to provide a working capital joint guarantee of 20,000,000 for Hebei Taishan in Bank of Communications Co. Ltd., Shijiazhuang Branch Bank, and the warranty period is one year;

4. Henan Taishan Gypsum Building Material Co. Ltd. (hereinafter refers to "Henan Taishan") is a Wholly Holding Subsidiary company of Taishan Gypsum Co. Ltd. In order to meet the needs of production and operation, the Company agreed Taishan Gypsum to provide a working capital joint guarantee of 100,000,000 Yuan for Henan Taishan in Bank of Communications Co. Ltd., Luoyang Branch Bank, and the warranty period is one year;

Amount of bid bond: RMB 155,000,000 Yuan only.

By the end of April 2, 2008, the company's all external guarantees are provided for its subsidiaries, and the total amount of guarantees reached 13,796,000,00 Yuan, which shares 79.26% of net assets of consolidated accounting statements that audited by the company in December 31 ,2007 the total amount of wholly holding company guarantees provided for its wholly holding company reached 1,155,500,00 Yuan.

The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

II. Reviewed and approved the "Resolution on Add resolution in interim General Shareholders Meeting of 2007"

As a shareholder of the company, China National Building Material Company Limited holding more than 3% of Shares, Submit "resolution on

BNBMPLC0004543

provide guarantees for the company owned subsidiary of the Taishan Gypsum Co., Ltd., " on April 2, 2008, and apply the board of directors to submit to the 2007 annual shareholders' meeting for review.

The board of directors of the Company reviewed that the above resolution and resolution on "Shenzhen Stock Exchange Listing Rules" and the "articles of association", agreed to the interim resolution submitted by the company 2007 annual shareholders' meeting.

The resolution was approved with 9 votes in favor, 0 votes against, and 0 abstentions.

We hereby make the announcement.

                                          Beijing New Building Materials
                                                Public Limited Company
                                                    Board of Directors
                                                        April 3, 2008

BNBMPLC0004544