**Stock ID: BNBM   Stock Code: 000786   Announcement Number: 2012-001**

**Beijing New Building Materials Public Limited Company Announcement of the resolutions of the 9th Interim Meeting of the 4th Session of the Board of Directors**

The company and all members of Board of Directors guarantee that report is faithful, accurate and complete, without false representation, misleading statement or major omission.

Beijing New Building Materials Public Limited Company 9th Meeting of the 4th Session of the Board of Directors was held in the sixteenth floor meeting room of China Building Material Mansion, No.11 Sanlihe Road Jia, Haidian District, Beijing City at 14:00 on March 16, 2012, the meeting notice was issued by e-mail on March 1, 2012, 9 directors should attend the meeting, 9 directors present, which is in line with the relevant provisions of the "Company Law" and "Articles of Association". The meeting was chaired by the Chairman, Mr. Wang Bing, with company supervisors and senior executives attending the meeting. Upon review, the meeting has passed the following resolutions:

   I. Reviewed and approved the "2011 Annual Report" and "2011 Annual Report Summary."
   The resolution is subject to the deliberation and approval of the shareholders' general meeting.
   The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

   II. Reviewed and approved the "2011 Annual Work Report of the Board of Directors".
   The resolution is subject to the deliberation and approval of the shareholders' general meeting.
   The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

   III. Reviewed and approved the "2011 Annual Work Report of the general Manager".

MTD Exhibit #174

BNBMPLC0004731

The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

IX. Reviewed and approved the "2011 Annual Financial Accounting Report".

The resolution is subject to the deliberation and approval of the shareholders' general meeting.

The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

V. Reviewed and approved the "2011 Annual profit distribution plan".

After audited by Beijing Xinghua Certified Public Accountants Co., Ltd., the parent company realized net profit of 205,232,145.50 yuan in 2011, according to the provisions of the "Articles of Association", after 10% of the statutory surplus reserve of 20,523,214.55 yuan, plus undistributed profit of 485,615,302.32 yuan in the beginning of the year, minus 2010 allocated cash dividend of 94,899,750.00 yuan, the undistributed profit at the end of 2011 is 575,424,483.27 yuan. Profit distribution plan for the current year is: based on the total number of 575,150,000 shares as of December 31, 2011, distribute 2.9 yuan (including tax) for every 10 shares, this distribution plan totally allocates profit of 166,793,500.00 yuan.

No transfer of reserve to common shares of the company in 2011.

The resolution is subject to the deliberation and approval of the shareholders' general meeting.

The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

VI. Reviewed and approved the "Summary Report on Beijing Xinghua Certified Public Accountants Co., Ltd. engaged in 2011 annual audit".

The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

VII. Reviewed and approved the "Resolution on the determination of the company's 2011 audit fees and the reappointment of Beijing Xinghua Certified Public Accountants Co., Ltd. as 2012 annual audit agency".

The company hired Beijing Xinghua Certified Public Accountants Co., Ltd. as its auditor in 2011, the company expected to pay the audit company 2011 annual audit fee of 850,000 yuan, with the travelling, accommodation and other expenses paid by the company.

The audit company has been providing continuous service for the

company for 4 years, the board of directors of the company intends to re-appoint the audit company as its 2012 annual audit agency, submit to the shareholders' general meeting to authorize the board of directors based on the audit workload in 2012, for the decision of the company's 2012 audit fees payable to the audit company based on 2011 annual audit fee.

The resolution is subject to the deliberation and approval of the shareholders' general meeting.

The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

VIII. Reviewed and approved the "Resolution on the company 2012 routine related transactions".

For details see the company "Announcement on 2012 routine related transactions".

According to the relevant provisions of the "Shenzhen Stock Exchange Listing Rules", the associated director Wang Bing, Cui Lijun, Chang Zhangli avoided voting on this Resolution. The three independent directors of the company issued a prior approval letter for the matters, and issued a separate concurring opinion .

The resolution is subject to the deliberation and approval of the shareholders' general meeting.

The resolution was approved with six votes in favor, 0 vote against, 0 vate abstention.

IX. Reviewed and approved the "Resolution on the salary appraisal for the company executives in 2011"

The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

X. Reviewed and approved the "Internal control self-assessment report".

See the detailed content of the resolution in the "Internal Control Self-assessment Report" published on March 20, 2012 on the Cninfo website (http://www.cninfo.com.cn).

The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

XI. Reviewed and approved the "2012 Company annual internal control standards implementation work plan and overall operating schedule".

The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

BNBMPLC0004733

XII. Reviewed and approved the "Resolution about providing guarantee for Taishan Gypsum Co., Ltd."

The company agreed to provide guarantee for comprehensive credit line, working capital loan and project loan of 900 million for Taishan Gypsum Co., Ltd., with details as follows:

1. To provide guarantee for Taishan Gypsum for comprehensive credit line of RMB 220 million in Tai'an branch of Bank of China Limited, and the warranty period is one year;

2. To provide guarantees for loans for comprehensive credit line of RMB 350 million in Tai'an Longze branch of Agricultural Bank of China Co., Ltd., and the warranty period is one year;

3. To provide guarantee for Taishan Gypsum for comprehensive credit line of RMB 130 million in China Industrial and Commercial Bank Ningyang branch, with the guaranteed period of one year;

4. To provide guarantee for Taishan Gypsum Co., Ltd. for comprehensive credit line of RMB 73 million in Tai'an branch of Bank of Communications Ltd, and the warranty period is one year;

5. To provide guarantee for Taishan Gypsum for working capital loan of RMB 27 million in Jinan Branch of China Everbright Bank Co., Ltd., and the warranty period is one year;

6. To provide guarantee for Taishan Gypsum for the working capital of RMB 100 million yuan in Tai'an Youth Road branch of China Construction Bank Limited, and the warranty period is one year;

The total guaranteed amount above is RMB 900 million only.

The resolution is subject to the deliberation and approval of the shareholders' general meeting.

The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

XIII. Reviewed and approved the "Resolution about company holding subsidiary Taishan Gypsum Co., Ltd. to provide guarantee for its wholly owned and holding subsidiaries"

Qinhuangdao Taishan Building Materials Co., Ltd. (hereinafter referred to as "Qinhuangdao Taishan"), and Taishan Gypsum (Pingshan) Co., Ltd. (hereinafter referred to as "Pingshan Taishan") are 70% owned subsidiaries of the company holding subsidiary Taishan Gypsum; Taishan Gypsum (Henan) Co., Ltd. (hereinafter referred to as "Henan Taishan"), Fuxin Taishan

Gypsum Building Materials Co., Ltd. (hereinafter referred to as "Fuxin Taishan"), Shaanxi Taishan Gypsum Building Materials Co., Ltd. (hereinafter referred to as "Shaanxi Taishan"),  Taishan (Guangdong) Co., Ltd. (hereinafter referred to as "Guangdong Taishan"), Taishan (Liaocheng) Gypsum Co., Ltd. (hereinafter referred to as "Liaocheng Taishan"), Taishan (Liaoning) Gypsum Co., Ltd. (hereinafter referred to as "Liaoning Taishan") and Taishan (Chaohu) Gypsum Co., Ltd. (hereinafter referred to as "Chaohu Taishan") are wholly owned subsidiaries of the company's holding subsidiary Taishan Gypsum.

The company agreed Taishan Gypsum to provide guarantee for Qinhuadao Taishan and the aforementioned 9 companies to provide working capital loan and project loan of 352 million yuan, with details as follows:

1. Agreed Taishan Gypsum to provide guarantee for Qinhuangdao Taishan for working capital loan of RMB 15 million yuan in Qinhuangdao Branch of Bank of Communications Co., Ltd., and the warranty period is one year;

2. Agreed Taishan Gypsum to provide guarantee for working capital loan of RMB 40 million yuan in Luoyang Branch of Bank of Communications Co., Ltd., and the warranty period is one year;

3. Agreed Taishan Gypsum to provide guarantee for Fuxin Taishan for the working capital loan of RMB 20 million in Fuxin Branch of Agricultural Bank of China Co., Ltd., and the warranty period is one year;

4. Agreed Taishan Gypsum to provide guarantee for Pingshan Gypsum for working capital loan of RMB 20 million yuan in Hebei Branch of Bank of Communications Co., Ltd., and the warranty period is one year;

5. Agreed Taishan Gypsum to provide guarantee for Shaanxi Taishan for the working capital loan of RMB 30 million yuan in Weinan branch of China Citic Bank Co., Ltd., and the warranty period is one year;

6. Agreed Taishan Gypsum to provide guarantee for Guangdong Taishan for the working capital loan of RMB 20 million yuan in Huizhou branch of China Merchants Bank Co., Ltd., with the guarantee period of three years;

7. Agreed Taishan Gypsum to provide guarantee for project loan of RMB 40 million yuan in Luoyang Branch of Bank of Communications Co., Ltd., and the warranty period is one year;

8. Agreed Taishan Gypsum to provide guarantee for Liaocheng Taishan for the project loan of RMB 50 million in Liaocheng Branch of Bank of China

Limited, with the guarantee period of four years;

9. Agreed Taishan Gypsum to provide guarantee for Liaoning Taishan for the project loan of

RMB 67 million in Ningyang Branch of Industrial Commercial Bank of China Ltd, with the guarantee period of five years;

10. Agreed Taishan Gypsum to provide guarantee for Chaohu Taishan for the project loan of RMB 50 million in Chaohu Juchao Branch of Agricultural Bank of China Co., Ltd., with the guarantee period of four years;

The total guarantee amount above is RMB 352 million yuan only.

The resolution is subject to the deliberation and approval of the shareholders' general meeting.

The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

XIV. Reviewed and approved the "Resolution about company holding subsidiary Tai'an City Jindun Building Material Co., Ltd. to provide guarantee for Taishan Gypsum Co., Ltd. and its subsidiaries".

Tai'an City Jindun Building Material Co., Ltd. (hereinafter referred to as the "Jindun Building Material"), Fuxin Taishan Gypsum Building Material Co., Ltd. (hereinafter referred to as "Fuxin Taishan"), Taishan Gypsum (Nantong) Co., Ltd. (hereinafter referred to as "Nantong Taishan"), Taishan Gypsum (Sichuan ) Limited (hereinafter referred to as the "Sichuan Taishan") are wholly owned or holding subsidiaries of company holding subsidiary Taishan Gypsum.

The company agreed Jindun Building Material to provide guarantee for Taishan Gypsum and Fuxin Taishan and other aforementioned companies for comprehensive credit line and working capital loan of RMB 175 million yuan, with details as follows:

1. To provide guarantee for Taishan Gypsum for the comprehensive credit line of RMB 80 million yuan in Qingdao Shandong Road branch of Hua Xia Bank Co.,Ltd., and the warranty period is one year;

2. To provide guarantee for Fuxin Taishan for the working capital loan of RMB 30 million yuan in Pacific branch of Fuxin Bank Co., Ltd., and the warranty period is one year;

3. Agreed to provide guarantee for Nantong Taishan for the working capital loan of RMB 35 million yuan in Nantong Branch of Bank of Communications Co., Ltd., and the warranty period is one year;

4. To provide guarantee for Sichun Taishan for the working capital loan of RMB 30 million yuan in Shifang branch of Deyang Bank Co., Ltd., and the warranty period is one year.

The total guarantee amount above is RMB 175 million yuan only.

The resolution is subject to the deliberation and approval of the shareholders' general meeting.

The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

As of December 31, 2011, the total guaranteed amount by the company was 800 million yuan, accounting for 26.53% of the company's the net assets in the audited consolidated financial statements as of December 31, 2011. Among which, all the guaranteed amount by the company is for its wholly-owned subsidiaries and holding subsidiaries.

XV. Reviewed and approved the "2011 Social Responsibility Report".

The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

XVI. Reviewed and approved the "Resolution about holding 2011 Annual General Meeting of Shareholders".

In view of the 9th meeting of the 4th Session of the board of directors deliberated and approved the "2011 Annual Report" and "2011 Annual Report Summary", "2011 Annual Work Report of the Board of Directors", "2011 Annual Financial Report", "2011 Profit Distribution Plan", "Resolution about determining the company's 2011 annual audit fees and the reappointment of Beijing Xinghua Certified Public Accountants Co., Ltd. as its auditor in 2012" and "Announcement of 2012 routine related transactions", "Resolution about providing guarantee for Taishan Gypsum Co., Ltd.", "Resolution about company holding subsidiary Taishan Gypsum Co., Ltd. providing guarantee for its wholly owned and holding subsidiaries" and "Resolution about company holding subsidiary Tai'an Jindun Building Material Co., Ltd.   proving guarantees for Taishan Gypsum Co., Ltd. and its subsidiaries", the 10th meeting of the 4th Session of the board of directors deliberated and approved the "2011 Annual Work Report of the Board of Supervisors", it is now decided the general meeting of shareholders of 2011 to be held on April 16, 2012 to deliberate the aforementioned Resolutions.

The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

BNBMPLC0004737

We hereby make the announcement.

                                Beijing New Building Materials Public Limited Company

                                            Board of Directors

                                            March 16, 2012

BNBMPLC0004738