Draft Translation of SUNTECH00000042

SUNTECH00000042



## Meeting Notes

| | |
|---|---|
| Date: | September 3, 2003 |
| Time: | 3:00 PM |
| Personnel in attendance: | Jianglin Cao, Yongxin Chen, HSIN HUA TANG, SAM KAO TOR |
| Place: | 4982 4TH ST., IRWINDALE, CA 91760, USA |

Upon discussions, it is unanimously agreed to restructure UNITED SUNTECH CRAFT, INC ("SUNTECH") as follows:

1. US$400,000 remitted from BND CO., LIMITED ("BND") to SUNTECH will be used as the loan prior to September 1, 2003, and will be used as an investment after September 1, 2003. BND will also remit another US$200,000 into SUNTECH's account as the investment capital. Therefore, BND's total investment in SUNTECH will be US$600,000, accounting for 60% of the shares of restructured SUNTECH.

2. HSIN HUA TANG will have 20% of the shares of restructured SUNTECH, and he will make an investment with SUNTECH's audited net assets and intangible assets as at August 31, 2003 after being priced at US$200,000. However, the profit generated from the sales of glass fiber products between May and August will be returned to TANG as SUNTECH's accounts payable. The payment due time shall be discussed separately.

3. SAM KAO TOR will have 20% of the shares of restructured SUNTECH, and the exhibition equipment (original price of US$400,000) owned by him will be entered into the Company's account book at a price of US$200,000. TOR should provide a detailed list of his exhibition equipment.

4. The payment of the above capitals shall be checked and verified by certified public accountants (CPA).

5. Below are directors appointed by each shareholder to the Board of Directors of the restructured SUNTECH:
   BND CO., LIMITED            Jianglin Cao, Yongxin Chen, Guobin Cai
   HSIN HUA TANG               HSIN HUA TANG
   SAM KAO TOR                 SAM KAO TOR
   As a result, the corporate Board of Directors will consist of the above five directors, and Jianglin Cao will work as the Chairman.

6. The following officers are appointed by the Board of Directors:
   CHIEF EXECUTIVE OFFICER                    SAM KAO TOR
   SECRETARY                                  SAM KAO TOR
   CHIEF FINANCIAL OFFICER                    Yongxin Chen
   FINANCE AND ADMINISTRATION MANAGER         TIFFANY CHEN

MTD Exhibit #175

SUNTECH:  Exhibit 479

      7. HSIN HUA TANG will be responsible for implementing the abovementioned restructuring.

| Jianglin Cao (signature) | Yongxin Chen (signature) | HSIN HUA TANG (signature) | SAM KAO TOR (signature) |
|---|---|---|---|
| Jianglin Cao<br>Date: September 3, 2003 | Yongxin Chen<br>Date: September 3, 2003 | HSIN HUA TANG<br>Date: | SAM KAO TOR<br>Date: |

On September 3, 2003 3:00 PM Cao Jianglin, Chen Yongxin, HSIN HUA TANG, SAM KAO TOR 4982 4th ST., IRWINDALE, CA 91760, USA to the agreement to UNITED SUNTECH CRAFT, INC ("SUNTECH") carries on the following reorganization:

After discussion, 1. BND CO., LIMITED ("BND") converges SUNTECH US$400,000, in September, 2003 date, this US$400,000 as the investment funds, and BND will say before, the achievement loans .2003 years in September other to collect the US$200,000 investment funds to enter the SUNTECH account again. From this, BND in the SUNTECH total investment is US$600,000, after occupying the reorganization SUNTECH stock 60%.

After HSIN HUA TANG occupies the reorganization SUNTECH stock 20%, took by August 31, 2003 SUNTECH throws the capital amount as it after the net assets and company intangible asset of price US$200,000 audit. But SUNTECH May, 2003 to during August, the glass fiber customer attains profit (A/P) to return as the SUNTECH account payable to TANG, Fu Tui due time is discussed or negotiated separately.

SAM KAO TOR SUNTECH after reorganization accounts for 20% stocks, has (original price US$400,000) price US$200,000 recording .TOR to provide the detailed detailed list that by the exhibition that its has its exhibition has.

The above various fund proper situations must check the proof after accountant (CPA).

Various after shareholder directions reorganize the SUNTECH dispatch board of directors trustee is:
Cao Jianglin, Chen Yongxin, Cai Guobin BND CO. LIMITED HSIN HUA TANG HSIN HUA TANG SAM KAO TOR SAM KAO TOR from this, the company board of directors forms of the above five trustees. Cao Jianglin is the chairman.

The board of directors appoints following OFFICERS:
SAM KAO TOR CHIEF EXECUTIVE OFFICER SAM KAO TOR SECRETARY Chen Yongxin CHIEF FINANCIAL OFFICER FINANCE AND ADMINISTRATION MANAGER T FFANY CHEN HSIN HUA TANG is responsible for carrying out the above reorganization.

/^7 i^ Chen Ming c newly Cao Jianglin HSIN HUA TANG SAM KAO TOR: Bo Bo, date:
Date:
Said the time:
when n time hoarse sleeping mat date



**UNITED SUNTECH CRAFT INC.**

会 议 纪 要

| | |
|---|---|
| 日期: | 2003 年 9 月 3 日 |
| 时间: | 3:00PM |
| 出席人: | 曹江林、陈咏新、HSIN HUA TANG, SAM KAO TOR |
| 地点: | 4982 4TH ST., IRWINDALE, CA 91760, USA |

经讨论,一致同意对 UNITED SUNTECH CRAFT, INC ("SUNTECH") 进行如下改组:

1. BND CO., LIMITED ("BND") 汇入 SUNTECH 的 US$400,000, 2003 年 9 月 1 日之前作为借款, 2003 年 9 月 1 日之后该 US$400,000 作为投资款,并 BND 将另外再汇 US$200,000 投资款进入 SUNTECH 帐户, 由此, BND 在 SUNTECH 的总投资为 US$600,000, 占改组后的 SUNTECH 股份的 60%。

2. HSIN HUA TANG 占改组后的 SUNTECH 股份的 20%, 以截止到 2003 年 8 月 31 日 SUNTECH 经审计的净资产和公司无形资产作价 US$200,000 为其投资金额. 但是 SUNTECH 2003 年 5 月至 8 月期间玻璃纤维产品销售所获利润将作为 SUNTECH 的应付帐款 (A/P)交还给 TANG, 付款到期时间另议.

3. SAM KAO TOR 在改组后的 SUNTECH 占 20%的股份, 以其拥有的展具 (原价 US$400,000) 作价 US$200,000 入帐, TOR 应提供其展具的详细清单.

4. 以上各资金到位情况需经过会计师(CPA)查核证明.

5. 股东各方向改组后的 SUNTECH 派遣的董事会董事为:
   BND CO. LIMITED       曹江林、陈咏新、蔡国斌
   HSIN HUA TANG         HSIN HUA TANG
   SAM KAO TOR           SAM KAO TOR
   由此, 公司董事会由以上五位董事组成. 曹江林担任董事长.

6. 董事会任命以下 OFFICERS:
   | | |
   |---|---|
   | CHIEF EXECUTIVE OFFICER | SAM KAO TOR |
   | SECRETARY | SAM KAO TOR |
   | CHIEF FINANCIAL OFFICER | 陈咏新 |
   | FINANCE AND ADMINISTRATION MANAGER | TIFFANY CHEN |

7. HSIN HUA TANG 负责执行上述重组.

| _____ | _____ | _____ | _____ |
|---|---|---|---|
| 曹江林 | 陈咏新 | HSIN HUA TANG | SAM KAO TOR |
| 日期: 03/09/03 | 日期: 03/09/03 | 日期: | 日期: |

SUNTECH00000042