## STOCK PURCHASE AGREEMENT

THIS AGREEMENT is made and entered into this second (2) day of June, 2008, by and between Sam Kao Tor and Hsin Hua Tang, both individual, 104 Avenida Grulla, Walnut, CA 91789 and 6857 Longmont Ave, San Gabriel, CA 91775, ("Sellers") and BND Co., Limited, a Corporation, currently known as CNBM Investment Co., LTD, 12/F International Trade Building, Shenzhen 518014, China, ("Purchaser");

WHEREAS, the Sellers are the record owners and holders of the issued and outstanding shares of the capital stock of United Suntech Craft Inc., ("Corporation"), a California corporation, which Corporation has issued capital stock of 400,000 shares of US one dollar par value common stock to Sam Kao Tor, 200,000 shares and Hsin Hua Tang, 200,000 shares; and

WHEREAS, the Purchaser desires to purchase said stock and the Sellers desire to sell said stock, upon the terms and subject to the conditions hereinafter set forth;

NOW, THEREFORE, in consideration of the mutual covenants and agreements contained in this Agreement, and in order to consummate the purchase and the sale of the Corporation's Stock aforementioned, it is hereby agreed as follows:

1. PURCHASE AND SALE:  Subject to the terms and conditions hereinafter set forth, at the closing of the transaction contemplated hereby, the Sellers shall sell, convey, transfer, and deliver to the Purchaser certificates representing such stock, and the Purchaser shall purchase from the Sellers the Corporation's Stock in **consideration** of the purchase price set forth in this Agreement.  The certificates representing the Corporation's Stock shall be duly endorsed for transfer or accompanied by appropriate stock transfer powers duly executed in blank, in either case with signatures guaranteed in the customary fashion, and shall have all the necessary documentary transfer tax stamps affixed thereto at the expense of the Sellers. The closing of the transactions contemplated by this Agreement ("Closing"), shall be held at 16018 Adelante Street, #C, Irwindale, CA 91702, on June 2, 2008, or such other place, date and time as the parties hereto may otherwise agree.

2. AMOUNT AND PAYMENT OF PURCHASE PRICE.  The total consideration and method of payment thereof are fully set out in Exhibit "A" attached hereto and made a part hereof.

3. REPRESENTATIONS AND WARRANTIES OF SELLERS.  Sellers hereby warrant and represent:

   (a) Organization and Standing.  Corporation is a corporation duly organized, validly existing and in good standing under the laws of the State of California and has the corporate power and authority to carry on its business as it is now being conducted.

**MTD Exhibit #176**

**SUNTECH: Exhibit 434**

# BILL OF SALE - PERSONAL PROPERTY OR GOODS

| EFFECTIVE DATE | COUNTY & STATE OF TRANSACTION |
|---|---|
| June 2, 2008 | Los Angeles, California |

| SELLERs (Name, Address, Zip Code) | BUYER (Name, Address, Zip Code) |
|---|---|
| Sam Kao Tor <br><br> Hsin Hua Tang | CNBM Investment Co., LTD. <br> previously known as BND Co., LTD. <br> 12/F, Inter'l Trade Building <br> Shenzhen 518014, China |

Address or Location of Property Sold

N/A

Personal Property Sold (List Personal Property by Description, Serial Number and other Identifying Characteristics.)

Total of Four Hundred Thousand (400,000) shares of United Suntech Craft Inc. Wherees Sam Kao Tor owns Two Hundred Thousand (200,000) shares and Hsin Hua Tang owns Two Hundred Thousand (200,000) shares.

1. **CONVEYANCE.** For valuable consideration, receipt of which is acknowledged by Seller, Seller sells and conveys to Buyer the Property Sold, to have and to hold the Property sold to Buyer and the heirs, executors, administrators and assigns of Buyer forever, and Seller and the heirs, executors, administrators and assigns of Seller warrant to defend the sale of the Property Sold unto Buyer and the heirs, executors, administrators and assigns of Buyer, against all and every person whomsoever lawfully claiming or to claim.

2. **WARRANTY BY SELLERs.** Sellers warrant that (1) Sellers have title to the Property Sold, or have the right to possess and convey title, (2) the Property Sold is free of all liens, and (3) has no defects and is in good workable, usable condition except:

   None

3. **INSURANCE AND RISK OF LOSS.** As soon as Seller conveys possession to Buyer by delivery, freight, or mail, the risk of loss and duty for insurance protection shall pass to Buyer. Until that time Seller shall assume risk of loss and maintain fire, theft, and casualty insurance on the Property Sold.

IN WITNESS WHEREOF SELLERs and BUYER set their hands and seals as of the effective date.

Signatures of Seller, Sam Kao Tor

Signatures of Seller, Hsin Hua Tang

Signatures of Buyer, Yongxin Chen, VP of CNBM Investment Co., LTD. previoulsy known as BND Co., LTD.

By: _____  Date: 6/6/08
Sam Kao Tor, shareholder

By: _____  Date: 6/9/08
Hsin Hua Tang, shareholder

By: _____  Date: 08/10/08
Yongxin Chen, VP of
BND Co., Limited, currently
known as CNBM Investment
Co., LTD, shareholder

EXHIBIT "A" AMOUNT AND PAYMENT OF PURCHASE PRICE

(a) Consideration. As total consideration for the purchase and sale of the Corporation's Stock, pursuant to this Agreement, the Purchaser shall pay to the Sellers the sum of two Dollar ($2), such total consideration to be referred to in this Agreement as the "Purchase Price", in exchange of releasing any potential shareholders' liabilities.

(b) Payment. The Purchase Price shall be paid as follows:
  i. The sum of one Dollar ($2) to be delivered to Sellers at Closing.
     Two

3

(b) Restrictions on Stocks.
   i. The Sellers are not a party to any agreement, written or oral, creating rights in respect to the Corporation's Stocks in any third person or relating to the voting of the Corporation's Stocks.

   ii. Sellers are the lawful owners of the Stocks, free and clear of all security interests, liens, encumbrances, equities and other charges.

   iii. There are no existing warrants, options, stock purchase agreements, redemption agreements, restrictions of any nature, calls or rights to subscribe of any character relating to the stock, nor are there any securities convertible into such stocks.

4. REPRESENTATIONS AND WARRANTIES OF SELLERS AND PURCHASER. Sellers and Purchaser hereby represent and warrant that there has been no act or omission by Sellers, Purchaser or the Corporation which would give rise to any valid claim against any of the parties hereto for a brokerage commission, finder's fee, or other like payment in connection with the transactions contemplated hereby.

5. GENERAL PROVISIONS
  (a) Entire Agreement. This Agreement (including the exhibits hereto and any written amendments hereof executed by the parties) constitutes the entire Agreement and supersedes all prior agreements and understandings, oral and written, between the parties hereto with respect to the subject matter hereof.

  (b) Sections and Other Headings. The section and other headings contained in this Agreement are for reference purposes only and shall not affect the meaning or interpretation of this Agreement.

  (c) Governing Law. This agreement, and all transactions contemplated hereby, shall be governed by, construed and enforced in accordance with the laws of the State of California. The parties herein waive trial by jury and agree to submit to the personal jurisdiction and venue of a court of subject matter jurisdiction located in Los Angeles County, State of California. In the event that litigation results from or arises out of this Agreement or the performance thereof, the parties agree to reimburse the prevailing party's reasonable attorney's fees, court costs, and all other expenses, whether or not taxable by the court as costs, in addition to any other relief to which the prevailing party may be entitled.

IN WITNESS WHEREOF, this Agreement has been executed by each of the individual parties hereto on the date first above written.

Signed, sealed and delivered in the presence of:

2

JT
ST