# Stock ID: BNBM   Stock Code: 000786   Announcement Number: 2012-010

# Beijing New Building Materials Public Limited Company Announcement of the resolutions of the 15th Interim Meeting of the 4th Session of the Board of Directors

**The company and all members of Board of Directors guarantee that report is faithful, accurate and complete, without false representation, misleading statement or major omission.**

Beijing New Building Materials Public Limited Company (hereinafter referred to as the "Company") Board of Directors issued a notice by email on May 31, 2012 to convene the 15th interim meeting of the 4th Session of the Board of Directors, under the premise of the full understanding of the issues of consideration by the board of directors of the company, the meeting had a vote by fax (including direct service) on June 5, 2012. All nine directors participated in the vote, which was in line with the "Company Law" and the relevant provisions of the "Articles of Association". After deliberation, the meeting made the following resolutions:

I. Reviewed and approved the "Resolution on the company investment in Tianjin City the project of the construction of thermal power desulphurization comprehensive utilization production line with annual output of 50 million square meters of gypsum plasterboard and supporting light steel keel production line with an annual output of 5,000 tons".

According to the company's development strategy and the national gypsum plasterboard industry base construction plan, the company decided to invest in Tianjin City the project of the construction of thermal power desulphurization comprehensive utilization production line with annual output of 50 million square meters of gypsum plasterboard and supporting light steel keel production line with an annual output of 5,000 tons。

The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

II. Reviewed and approved the "Resolution on the company investment in Quanzhou City, Fujian Province the project of the construction of thermal power desulphurization comprehensive utilization production line with annual output of 30 million square meters of gypsum plasterboard and supporting

MTD Exhibit #177

BNBMPLC0004741

light steel keel production line with an annual output of 3,000 tons".

According to the company's development strategy and the national gypsum plasterboard industry base construction plan, the company decided to invest in Quanzhou City, Fujian Province the project of the construction of thermal power desulphurization comprehensive utilization production line with annual output of 30 million square meters of gypsum plasterboard and supporting light steel keel production line with an annual output of 3,000 tons.

The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

III. Reviewed and approved the "Resolution on the company holding subsidiary Taishan Gypsum Co., Ltd. investment in Liaocheng City, Shandong Province the project of the construction of thermal power desulphurization comprehensive utilization production line with annual output of 50 million square meters of gypsum plasterboard".

According to the company's development strategy and the national gypsum plasterboard industry base construction plan, the company decided to invest in Liaocheng City, Shandong Province the project of the construction of thermal power desulphurization comprehensive utilization production line with annual output of 50 million square meters of gypsum plasterboard".

The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

See the detailed content of the above Resolution 1- 3 in the "Announcement on Beijing New Building Materials Public Limited Company investment" published on June 6, 2012 in "China Securities News", "Shanghai Securities News", "Securities Times", "Securities Daily" and Cninfo website.

We hereby make the announcement.

Beijing New Building Materials Public Limited Company
Board of Directors
June 15th, 2012

BNBMPLC0004742