Message

**From**: Sharon [████████████]
**Sent**: 18/09/2012 21:46:15
**To**: ████████████████████████
**Subject**: UNITED SUNTECH 产权登记
**Attachments**: united suntech产权dengji.doc

Hi, Vincent,

Pls sign the attachment and scan it back to me, tks you .

Sharon J.

**MTD Exhibit #178**

**SUNTECH: Exhibit 432**

SUNTECH00001000

<u>Translation of SUNTECH00001001</u>

## Application for Title Registration for United Suntech Craft, Inc.

United Suntech Craft, Inc. is a tier-4 subsidiary of China National Building Material Group Corporation; it was registered and established in the United States on December 15th, 1995 with RMB 82.767 billion yuan in registered capital. The type of the company is Limited Liability Company; matters such as shareholders' capital contributions and the shareholding ratios are briefly described.

The business scope of United Suntech Craft Inc. covers wholesale business, other wholesale businesses and other non-specified wholesale businesses. Its organizational code is 726173031; its capital contributor is CNBM Investment Co., Ltd., which contributed 0.6 million US dollars and holds 100% of its equities.

**The matters stated above have not changed since the date of registration. Second matter: It is an enterprise whose title registration has never been processed,**

Hereby apply for the title registration for UNITED SUNTECH CRAFT INC.

United Suntech Craft Inc.

September 16th, 2012

**SUNTECH:  Exhibit 432-1**

About handling application of UNITED SUNTECH CRAFT, INC. property rights registration

    UNITED SUNTECH CRAFT, INC. is Chinese building materials collection rolls 4 levels of subsidiary companies, on December 15, 1995 registered the establishment in the US, registration capital Renminbi 82.767 billion Yuan, the company type for the limited liability company, summarized east the stock investment, ownership percentage and other situations.
    The UNITED SUNTECH CRAFT INC. management scope mainly includes the wholesale establishment, other wholesale establishments and other have not listed the wholesale establishment. The organizations and agencies code is 726173031, member for the building materials investment limited company, the spending limit is 60 ten thousand dollars, holds 100% stockholder's rights.

    The above situation from the date of registration, has not changed. Situation two: Before has not handled the property rights registration enterprise,

    The application is UNITED SUNTECH CRAFT INC. handles the property rights registration specially.

                       UNITED SUNTECH CRAFT INC.
                            On September 16, 2012

# 关于办理 UNITED SUNTECH CRAFT, INC. 产权登记的申请

UNITED SUNTECH CRAFT, INC. 为中国建材集团 4 级子公司，1995 年 12 月 15 日于美国注册成立，注册资本人民币 8276700 万元，公司类型为有限责任公司，简述股东出资、持股比例等情况。

UNITED SUNTECH CRAFT INC. 经营范围主要包括批发业，其它批发业和其它未列明批发业等。组织机构代码为 726173031，出资人为中建材投资有限公司，出资额为 60 万美金，占有 100%股权。

以上情况从注册之日起，没有发生变化。情况二：以前未办理过产权登记的企业，

特此申请为 UNITED SUNTECH CRAFT INC. 办理产权登记。

UNITED SUNTECH CRAFT INC.

2012 年 09 月 16 日