Draft Translation of SUNTECH00000046-47

SUNTECH00000046

| | |
|---|---|
| **Message** | |
| **From:** | Xuan Luo (xluo) [███████████] |
| **Sent:** | January 5, 2011 03:08:34 |
| **To:** | ███████████ |
| **Subject:** | Fwd: 2010 Annual Audit Arrangements |
| **Attachments:** | PBC-20101231.xls; Connected Transactions Statement.xls |

Xuan Luo,

    Please forward the attachments to subsidiary companies and require them to be returned before the end of shift on January 6. Any company that would submit on January 7, must ensure that its employees who fill in the forms are available on the weekend of 8th and 9th at any time for modification. The statements will be audited on January 7 and 8, and will be submitted to CNBM after they are reviewed.

    The headquarter must settle the accounts prior to January 5. Please urge the accountants and tellers to make bank reconciliations.

Zhai Ying
Financial Dept.
China National Building Material Investment Co., Ltd.
12/F, International Trade Building, Ren Min Nan Road,
Luohu District, Shenzhen, China
Post Code: 518014
Tel: (86-755)82213585
Fax: (86-755)82211515
E-mail: ███████████

---

**From:** CNBM Ling Yin [mailto:███████████]
**Sent:** December 28, 2010 16:09
**To:** Li Xie, China United Cement Corporation; Xufei Zhao, South Cement; Yanjun Yang, BNBM Building Material; Guiyun Feng, Zhongfu; Engineer Cai,   China Fiberglass Company Limited; Triumph, Min Yu; Wei Feng (wfeng); CNBM, Chief Hu
**Cc:** Yun Liang, China United Cement Corporation; Jian Lin, South Cement; Hui Dong, BNBM Building Material; Nuo Wang, Zhongfu; Hui Li, Triumph; Ying Zhai (zy); H Hongyan Pei; wendonghui80; Jingyang Men, CNBM; Jingyang Men (Extranet), CNBM; Li Wang, CNBM; Shaotang Dong, CNBM
**Subject:** 2010 Annual Audit Arrangements

Leaders,

    Attached are 2010 Audit Statement and Connected Transactions Statement. I have confirmed with leaders about the annual audit schedule of each area. Please arrange your respective subordinate entities to complete relevant cooperative work. In accordance with the requirements of the Listing Rules of HKEx, each company shall publish in its annual report from 2010 the results for annual accounting period prior to the end of March. Therefore, the audit time of this year is more intense than ever. We kindly request Tier 2 areas

MTD Exhibit #179     SUNTECH:  Exhibit 480

to carefully review the audit statements of branches and subsidiary companies. Please be sure to comply with the CPAs' requirements so as to reduce reworks and save everyone's time.

The audit statements shall, prior to January 10, 2011, be submitted to CNBM after they are reviewed and summarized by Tier 2 companies. An entity which accesses to the site before January 10, is required to complete the form and submit it to the auditor before the auditor accesses to the site.

Connected transaction statements shall, prior to January 20, 2011, be submitted to CNBM after reviewed and summarized by Tier 2 companies.

CNBM's Personnel who will collect statements are as follows:

Audit statements: Shaotang Dong (BNBMP, United Cement, CNBMI)

　　　　　　　　Li Wang (Zhongfu, China Triumph International

　　　　　　　　Engineering)

**SUNTECH00000047**

　　　　　　　　Ling Yin (South Cement, North Cement, China Fiberglass)

Connected Transactions Statements: Shaotang Dong

Please be sure to submit relevant statements within the specified time. Thank you, as always, for your support to our work!

December 28, 2010

Ling Yin

Financial Dept., China National Building Material Company Limited

Address: 17/F, China Building Material Plaza, A-11 San Li He Road, Haidian District, Beijing, China

Zip Code: 100037

Tel: +86 10 8808 2358

Fax: +86 10 8808 2383

E-mail:

From: Romania turns on lathe (xluo)　　　　　　　　Sent: one-fourth/2011 7:08: 34 PM To:
　　　　　　　　　　Subject: Repeater: 10 examine to arrange Attachments year after year: PBC-20101231.xls; Connection transaction report form .xls


Luo Xuan, please retransmit various subordinate companies, requested to get off work to return before on January 6, the company that like on January 7 delivered, must guarantee that 8 and weekend momentarily can relate on the 9th to the filling out a form person in order to revise. On January 7 and were on the 8th the verification time, after the verification finished, send the joint-stock company.
　　　　This must pay up before 5th. Please supervise various accountant posts, as well as teller bank to account.

Zhai in Ying finance ministry of audit building materials investment limited company Shenzhen Luohu Renmin South country trade building 12 zip codes: 518014 telephones: (86-755)82213585 facsimile: (86-755)82211515 mail:

Zhai Ying Financial Dept.
China National Building Material Investment Co., Ltd.
12/F, International Trade Building, Ren Min Nan Road, Luohu District, Shenzhen, China Postal code: 518014 Tel: (86-755)82213585 Fax: (86-755)82211515 E-mail:



Addressers: Chinese building materials Yin Ling [mailto　　　　　　　　　transmission time: 2010-12-28 16:09 addressees: Zhonglian Xie Li; Southern cement Zhao Xufei; Northern new building materials Yang Yanjun; Duplicate Feng Guiyun; Chinese Bolivia filament Cai Gong; Triumphant Sheng Yang Yumin; Feng Wei (wfeng); Stock Hu always sends duplicate: Zhonglian Liang said; Southern cement Lin Jian; Northern new building materials Dong Hui; Duplicate Wang Nuan; Ladles out soup Li Wei; Zhai Ying (zy); H Pei Hongyan; wendonghui80; Stock gate Jingyang; Stock gate Jingyang (outside net); Stock Wang Li; Stock Dong Shaotang subject: 10 examines the arrangement year after year

Fellow leaders:
　　The appendix is 10 examines audit detailed list and connection transaction report form year after year. Before this already and fellow leaders had confirmed various sectors' years examine the time arrangement, asked various sectors to arrange the subordinate enterprise to complete the related adjusting work promptly. According to the Stock Exchange of Hong Kong going on the market rule request, the annual report gets up from 2010, must disclose the company annual result before the end of March, therefore this next year examined the time to compare the year to be more anxious in the past. Requested earnestly various second-level sectors to verify earnestly various minute and subsidiary company audit detailed list, must conform to the accountant to request, to reduce doing over the situation, saved everybody's time.
　　The audit detailed list must before January 10, 2011, after the second-level company verifies compile delivers the joint-stock company, the approach time the unit before January 10 must before the auditor enters the arena fills in gives the auditor completely.
　　The connection transaction report form must before January 20, 2011, verify after the second-level company compiles delivers the joint-stock company.
　　The joint-stock company gathers the detailed list personnel are as follows:
　　Audit detailed list: Dong Shaotang (in northern new stock Zhonglian cement building materials investment) Wang Li (duplicate international construction project) Yin Ling (south north cement cement China Bolivia filament) connection transaction report form: Dong Shaotang asked everybody to in the time of stipulation deliver the related form, thanked everybody to support our work as always!

2010-12-28

Yin Ling China building materials limited liability company finance department address: Beijing Haidian District Sanlihe Road A No. 11 China building materials building 17 zip codes: 100037 telephones: +86 10 8808 2358 facsimiles: +86 10 8808 2383 E-mail:

Message

**From**: 罗旋(xluo) [█████████]
**Sent**: 05/01/2011 03:08:34
**To**: █████████
**Subject**: 转发: 10年年审安排
**Attachments**: PBC-20101231.xls; 关联交易报表.xls

罗璇，
　　请转发各下属公司，要求在1月6日下班前交回，如1月7日才上交的公司，必须保证8、9日周末随时能联系到填表人以便修改。1月7日及8日为审核时间，审核完毕后报送股份公司。
　　本部必须在5日前结帐。请督促各会计岗位，以及出纳银行对帐。

翟　颖
财务审计部
中建材投资有限公司
深圳市罗湖区人民南路国贸大厦12层
邮编：518014
电话：(86-755)82213585
传真：(86-755)82211515
邮件：█████████

Zhai Ying
Financial Dept.
China National Building Material Investment Co., Ltd.
12/F,International Trade Building,Ren Min Nan Road,
Luohu District,Shenzhen, China
Post Code: 518014
Tel: (86-755)82213585
Fax: (86-755)82211515
E-mail: █████████

-------------------------------------------------------------

**发件人**：中国建材 尹凌 [mailto:█████████]
**发送时间**：2010-12-28 16:09
**收件人**：中联 谢莉；南方水泥 赵旭飞；北新建材杨艳军；中复冯桂云；中国玻纤 蔡工；凯盛杨 雨民；冯玮(wfeng)；股份 胡总
**抄送**：中联 梁云；南方水泥 林剑；北新建材董辉；中复王暖；凯盛汤李炜；翟颖(zy)；H 裴鸿雁；wendonghui80；股份 门景阳；股份 门景阳（外网）；股份 王莉；股份 董少棠
**主题**：10年年审安排

各位领导：
　　附件为10年年审审计明细表及关联交易报表。此前已和各位领导确认过各版块的年审时间安排，请各版块及时安排好下属企业完成相关配合工作。根据香港联交所上市规则要求，自2010年年报起，需在3月底前披露公司年度业绩，因此本次年审时间较以往年度更加紧张。恳请各二级版块认真审核各分、子公司审计明细表，务必符合会计师要求，减少返工的情况，节约大家的时间。
　　审计明细表需在2011年1月10日之前，经二级公司审核后汇总上交股份公司，进场时间在1月10日前的单位需在审计师进场之前填写完整交给审计师。
　　关联交易报表需在2011年1月20日之前，经二级公司审核汇总后上交股份公司。
　　股份公司收取明细表人员如下：
　　审计明细表：董少棠　（北新股份 中联水泥 中建材投资）
　　　　　　　　王　莉　（中复 国际工程）

SUNTECH00000046

尹 凌 （南方水泥 北方水泥 中国玻纤）
关联交易报表：董少棠
请大家务必在规定的时间内上交相关表格，谢谢大家一如既往地支持我们的工作！

2010-12-28

尹凌
中国建材股份有限公司财务部
地址：北京市海淀区三里河路甲11号中国建材大厦17层
邮编：100037
电话：+86 10 8808 2358
传真：+86 10 8808 2383
E-mail: ███████████

SUNTECH00000047