**Draft Translation of SUNTECH00000078 - SUNTECH00000081**

**SUNTECH00000078**

China National Building Material Company Limited

CNBM Finance Department Issuance [2012] No.880          Issuer: Linjiang Cao

## Notice on Doing a Good Job on the Formulation of 2012 Annual Financial Statements

All Entities of the Company, and Relevant Departments of the Headquarters,

To further standardize the work of formulating and submitting financial statements, *"Notice on Forwarding 'Notice on Doing a Good Job on the Formulation of 2012 Annual Financial Statements'"* (CNBMG Office Issuance Finance [2012] No.117) from China National Building Material Group Corporation (abbreviated as Group Corporation below) is now forwarded to you for your careful study and strict execution. Please follow the requirements below for the work of formulating and submitting financial statements:

I. The submission of financial statements

**SUNTECH00000079**

(I) Submission method

As the Group Corporation required, 2012 annual statements shall be submitted to SASAC by stand-alone data and to the Group Company by network data.

(II) Submission deadline

According to the Group Corporation's requirements on the Company for submission date, all entities of the Company shall submit the stand-alone data to SASAC by March 15, 2013 and the network data to the Group Corporation by April 19, 2012[1].

MTD Exhibit #180

(III) Submission inclusion and content

This submission involves all subsidiaries that the Company has included into its consolidation scope.

Submission content: all affiliated enterprises of the Company shall submit the electronic version of financial statements, notes to the financial statements and the financial situation statement; all important subsidiaries on tier 2 or below shall also submit the electronic version of explanation to financial statements, audit report and management proposals.

Because that the submission of financial statements is tight in time and heavy in workload, and that the Company has a relatively large number of subsidiaries, enterprises on all levels must arrange certain people to take charge of the work; responsibilities should be clarified on certain people and work requirements should be clear, and the work relevant to 2012 annual report, including formulation, auditing, submission etc., should be done carefully.

II. The filling requirement on non-financial statistical indicator data in the financial statement

All entities please carefully organize and fill the non-financial statistical indicators and report to counterpart functional departments of non-financial statistical indicators by January 31st, 2013, including fixed asset investment, statistics and donations, technology spending and patents etc., and report to the Department of Administration and Human Resources of the non-financial statistical indicators

**SUNTECH00000080**

including staff number and compensations by March 5th, 2013. All entities must make sure that all non-financial data included in the financial statement are taken from relevant functional departments.

Please have Department of Administration and Human Resources and Department of Technology of the Company carefully organize enterprises on all levels to summarize and fill; the Department of Technology shall submit the audited data to the Finance Department by February 5th, 2013, and the

Department of Administration and Human Resources shall submit the audited data to the Finance Department by March 10th, 2013.

Contacts for the financial statements:

Li Wang wangle@cnbm.com.cn

  010-88082397

Lu Chen   chenlu@cnbm.com.cn

  010-88082355

Contacts for non-financial indicators:

  Department of Administration and Human Resources:

   Yijuan Deng dyj@cnbm.com.cn

     010-88082361

  Department of Technology:

    Lei Xu   xulei@cnbm.com.cn

     010-88082393

    Bailing He hbl@cnbm.com.cn

     010-88082394

Hereby notify.

**SUNTECH00000081**

Attachment: *"Notice on Forwarding 'Notice on Doing a Good Job on the Formulation of 2012 Annual Financial statement'"*

 January 7, 2013  (Sealed in by China National Building Material Company Limited)

**Key Words: Finance, Financial statements, Report Formulation, Notice**

Department of Administration and Human Resources of China National Building Material Company Limited   issued on January 7th, 2013

Typed by: Rui Zhao    Proofread by: Lu Chen        Issued 13 copies in total



Chinese building materials limited liability company document

Building materials stock wealth sends (the 2012J880 number issuer; Cao Jianglin

About completing notice of 2012 annual financial statement final accounts report form preparation

Various joint-stock company units, this relevant authority:
Work for further establishment and sending of standard financial settlement report form, presently the country building material Group Company limited (hereafter refer to as "Group") "To send about Extension < about Notice that Completing 2012 Year Central enterprise Financial settlement Management And Report form Establishment Labor Will give > Notice" (building materials will manage round of financial (2012] 117th) to retransmit to you, please earnestly study and defer to the document request strictly to carry out. And makes the financial settlement report form establishment and sending according to the following request works:
First, financial settlement sending

♀ (1) The sending form requests according to Group, in 2012 will make a final accounting to use the SAC single plane version data and Group internet edition data parallel sending.
(2) Sending time basis Group's sending time request to the joint-stock company, various joint-stock company units should before March 15, 2013 sends the SAC single plane version data, will send Group internet edition data before April 19, 2012.
(3) The sending level and content sending level is the joint-stock company is included in the merge scope the complete child enterprise.
Sending content: The joint-stock company respective complete enterprise should send the financial settlement report form and fiscal statement annotation and financial situation report electron documents; The second-level and second-level following important child enterprise should also send financial settlement special showing and report of audit and manages to construct to discuss the book the electronic documents.
Because financial settlement report form sending operating time is tight, duty is arduous, and stock common department respective child enterprise are many, all levels of enterprises must arrange the specialist to be responsible for the final accounts work, falls the solid responsibility, is clear about the work requirement, conscientiously will complete 2012 annual financial statement final accounts report form establishment, verification, sending and so on related work.
Second, in financial settlement the filling in request of related non-finance and accounting statistical index data asked various unit earnest organizations to fill in the non-financial statistical index, and before 2013 I months 31st will concern the investment in the fixed assets, statistics and donation, the technical disbursement and patent non-finance and accounting statistical index sending joint-stock company suitable functional department, in

♀Before March 5, 2013, related population and wages non-finance and accounting

statistical index sending stock share company administration human resources department. Various units must guarantee that in financial settlement report form all non-finance and accounting data are from the related functional department. Asked the joint-stock company administration human resources department and technical department to act according to the non-finance and accounting statistical index to divide the labor, conscientiously organized all levels of enterprises to carry on the statistics to fill, the technical department after February 5, 2013 will verify the data submission finance department, the administrative human resources department after March 10, 2013 will verify the data submission finance department.
Financial settlement contact person:
 Wang Li wang1i@cnbm.com.cn 010-88082397 Chen Lu cbenlu@cnbm.com.cn 010-88082355 non-finance and accounting target contact people:
 Administrative human resources department: Deng Yi winsome d strength @cnbm .com .cn 010-88082361 branch technique departments: Xu rock pile xulei@enbm.com.cn 010-88082392 what lark hbl@cnbm.com.cn 010-88082394 inform specially.


♀ Appendix: About retransmitting "about Completing 2012 Year Central enterprise Finance Calculates the Notice notice of Management And Report form Preparation Definitely"

Keyword: Financial settlement report form establishment informed Chinese Building materials limited liability company Administration Human resources department on January 7, 2013 to print and distribute the input: Zhao Rui proofreads: Chen Lu prints 13

# 中国建材股份有限公司文件

中建材股份财发[2012]880 号　　　　　　签发人：曹江林

## 关于做好 2012 年度
## 财务决算报表编制工作的通知

股份公司各单位，本部相关部门：

为进一步规范财务决算报表的编制和报送工作，现将中国建筑材料集团有限公司（以下简称"集团公司"）《关于转发<关于做好2012年度中央企业财务决算管理及报表编制工作的通知>的通知》（中建材办发财务[2012]117号）转发给你们，请认真学习并按照文件要求严格执行。并按如下要求做好财务决算报表编制和报送工作：

一、财务决算报送

1

SUNTECH00000078

（一）报送形式

根据集团公司要求，2012年决算采用国资委单机版数据和集团公司网络版数据并行报送。

（二）报送时间

根据集团公司对股份公司的报送时间要求，股份公司各单位应于2013年3月15日之前报送国资委单机版数据，于2012年4月19日前报送集团公司网络版数据。

（三）报送级次和内容

报送级次为股份公司纳入合并范围内全部子企业。

报送内容：股份公司所属全部企业应报送财务决算报表、会计报表附注、财务情况说明书电子文档；二级及二级以下重要子企业还应报送财务决算专项说明、审计报告和管理建议书的电子文档。

由于财务决算报表报送工作时间紧、任务重，且股份公司所属子企业较多，各级企业须安排专人负责决算工作，落实责任，明确工作要求，认真做好2012年度财务决算报表编制、审核、报送等有关工作。

二、财务决算中有关非财会统计指标数据的填报要求

请各单位认真组织填报非财务统计指标，并于2013年1月31日之前将有关固定资产投资、统计及捐赠、科技支出及专利等的非财会统计指标报送股份公司对口职能部门，于

SUNTECH00000079

2013年3月5日前将有关人数、工资非财会统计指标报送股份公司行政人事部。各单位必须确保财务决算报表中所有非财会数据均取自相关职能部门。

请股份公司行政人事部、科技部根据非财会统计指标分工，认真组织各级企业进行统计填报，科技部于2013年2月5日前将审核后的数据提交财务部，行政人事部于2013年3月10日前将审核后的数据提交财务部。

财务决算联系人：

  王　莉　wangli@cnbm.com.cn
    010-88082397
  陈　璐　chenlu@cnbm.com.cn
    010-88082355

非财会指标联系人：

  行政人事部：邓怡娟　dyj@cnbm.com.cn
    010-88082361
  科　技　部：徐　磊　xulei@cnbm.com.cn
    010-88082392
    何百灵　hbl@cnbm.com.cn
    010-88082394

  特此通知。

SUNTECH00000080

附件：关于转发《关于做好 2012 年度中央企业财务决算管理及报表编制工作的通知》的通知



主题词：财务　决算　报表编制　通知

| | |
|---|---|
| 中国建材股份有限公司行政人事部 | 2013 年 1 月 7 日印发 |
| 录入：赵锐　　　　　校对：陈璐 | 共印 13 份 |

4