

| Home | About Us | Company News | Business Sections | Overseas Branches | Talent Recruitment | Contact Us |

**CNBMI Australia**

**CNBMI USA**

**CNBMI PNG**

CNBMI USA



CNBMI USA promotes Chinese building materials and machinery and establishes a distribution network in North America. With a localized professional sales team and matured sales channels, CNBMI USA has become an important supplier of building materials and machinery in the USA and North American markets.

Business Sections



Copyright©2014,CNBMI Co.,Ltd. All right reserved.Power By IT Motivation（www.itm.cn）ICP:05085036

**MTD Exhibit #182**