中建材国际贸易有限公司
CNBM International Corporation

## 集团概况

**中国建筑材料集团有限公司**（简称中国建材集团，英文简称CNBM）1984年经国务院批准设立，2003年成为国务院国有资产监督管理委员会直接监督管理的中央企业。

中国建材集团以"善用资源、服务建设"为核心理念，大力实施"科技创新"、"大建材国际化"和"人才强企"战略，是集科研、制造、流通为一体，拥有产业、科技、成套装备、物流贸易四大业务板块的中国最大的综合性建材产业集团，进入《财富》世界500强。截至2011年10月，集团资产总额逾1900亿元，员工总数超过11万名，直接管理的全资、控股企业20家，控股上市公司6家，其中海外上市公司2家。

中国建材集团实行母子公司管理体制，是较先实行国有独资公司董事会试点的企业和国家级创新型试点企业。集团公司作为战略中心、决策中心、资源中心、政策文化中心，行使出资人权利。子集团作为经营平台，突出核心专长和主营业务，以品牌知名度和市场占有率为基础构造利润中心。

China National Building Materials Group Corporation (CNBM) was established in 1984 with approval from the State Council, and then became a Central Enterprise under direct supervision of State-owned Assets Supervision and Administration Commission of the State Council in 2003.

Upholding the philosophy of "Making Best Use of Resources to Serve Construction", and vigorously carrying out such strategies as "technical innovation", "internationalization of building materials", and "building strength with talents", CNBM is the largest comprehensive building materials industry group in China, which is listed in "Top 500", that integrates scientific research, manufacturing and logistics into one entity, and consists of four business platforms, i.e. industry, technology, complete set of equipment, and trading & logistics. As of the end of 2011, CNBM's total assets exceeded

地址：北京市海淀区首体南路9号主语国际商务中心
4号楼17层
邮编：100048

电话：010 6879 6888
传真：010 6879 6668
网址：www.icnbm.com

MTD Exhibit #184

CNBMUSA00004859



RMB 190 billion, with 110,000 employees, and 20 companies under direct management with 100% share control or majority control, among which 6 were listed companies, including 2 overseas listed.

CNBM practices the parent-subsidiary management system, and is one of those wholly state-owned enterprises carrying out the pilot trial of Board of Directors system and innovation system. As the strategic center, decision center, resources center, and policy & culture center, our Group exercises its right as a contributor. Whereas, our sub-groups functioning as business platforms, are mandated to construct the profit center based on their core competences to enlarge brand awareness and increase market share.

## 贸易公司概况

中建材国际贸易有限公司（简称"中建材国际"，英文简称 CNBM INTERNATIONAL CORP.），是国务院国资委下属中央企业——中国建材集团物流贸易板块的重要成员企业。

中建材国际在上级公司领导的带领下，全体员工艰苦奋斗，自 2004 年以来，外贸业务连续翻番、实现了跨越式增长的同时，在国内与百余家生产厂家开展战略合作伙伴关系，在境外与全球 120 多个国家和地区建立了良好的业务往来。目前已在全球多个国家设立子公司和办事处，逐步推行"属地化"经营策略，在全球化的征程上迈出了重要一步。

随着业务国际化、信息化的发展，中建材国际在传统国际贸易模式中融入电子商务元素，于 2011 年推出全新的、服务于全球用户的电子商务平台——易单网。易单网以满足全球用户的快捷需要为目标，整合国内外资源及分布在全球的物流园体系，向国内外客户提供 24 小时、全程式、一站式采购服务。

中建材国际的企业目标是以创新和变革为驱动力，以"大建材"、"全球化"、"精益化"为核心，加强对供应链上游、中游、下游的全程控制力，拓展和耕耘国

地址：北京市海淀区首体南路9号主语国际商务中心  电话：010 6879 6888
4号楼17层  传真：010 6879 6668
邮编：100048  网址：www.icnbm.com


# 中建材国际贸易有限公司
## CNBM International Corporation

际国内两个市场,全面提升公司的流程化和信息化建设水平,强化对资源的组织能力和对产业的增值服务能力,塑造专家型人才队伍和学习型组织,把中建材国际打造成为行业领先的全球化企业品牌。

中建材国际将依托集团在水泥制造、复合材料、新型建材和工程装备方面的优势,业务发展以煤炭、钢铁、机械设备为主的大建材为重点,优先发展光伏太阳能和风能产品,强化和提升传统建材产品的既有优势,2011年,实现销售收入120亿。

多年来,中建材国际积极倡导并努力实践合作与共赢的精神,得到了全球合作伙伴与客户的广泛认同,企业实现了跨越式发展。在未来的发展历程中,中建材国际愿与国内外合作伙伴,互惠互利,创新和变革贸易模式,为员工、股东、客户创造价值,用优异的业绩回报社会及所有的利益相关者。

CNBM International Corporation (CNBM International) is the most important trading platform of CNBM Group Corporation, a state-owned company under the direct supervision of State-owned Assets Supervision and Administration Commission of the State Council.

Since 2004, the trading volume of CNBM International has been doubled in 5 successive years owing to the support of superior corporations and effort of all staff. Meanwhile, we have established strategic partnerships with hundreds of domestic manufacturers and sound business relations with clients from over 120 countries. Currently, we have wholly-owned overseas subsidiaries and branches in 5 countries with a view to realize localization, which also represents an essential progress in our globalization target.

In line with the business, CNBM International launched E-business platform Okorder.com.

Our goal is to transform CNBM International into the global leading brand in building materials industry within 3 to 5 years through innovation and reform, by strengthening the overall management of supply chain, developing and cultivating both domestic and overseas market, improving the procedure and information system, enhancing the ability to organize resources and to provide value-added services under a professional team and a learning organization.

地址:北京市海淀区首体南路9号主语国际商务中心  
4号楼17层  
邮编:100048

电话:010 6879 6888  
传真:010 6879 6668  
网址:www.icnbm.com

CNBMUSA00004861



With the advantages in Cement, Composite Materials, New Building Materials and Engineering, we mainly concentrate on coal, steel and construction equipments and give priority to solar and wind energy development simultaneously utilizing our competitive position on traditional building materials to achieve sales revenue of RMB12 Billion in 2011.

CNBM International is highly recognized by its business partners and clients all over the world and has obtained rapid development under the spirit of win-win. We will carry on the mutual beneficial, innovative and revolutionary trading structure as we did before, create value for our employees, share holders and clients and benefit the whole society in our future development.

地址：北京市海淀区首体南路9号主语国际商务中心
4号楼17层
邮编：100048

电话：010 6879 6888
传真：010 6879 6668
网址：www.icnbm.com

CNBMUSA00004862