Stock name: BNBM          Stock code: 000786          Announcement No.: 2015-002

## Announcement of Beijing New Building Materials Public Limited Company in Relation to the Developments of Gypsum Board Litigation in the US

**The Company and all members of the board of directors hereby warrant the truthfulness, accuracy and completeness of the contents of this announcement, and that there are no false representations, misleading statements or material omissions contained herein.**

### I. Further Developments in the Gypsum Board Litigation in the US

Service of the summons in respect of the civil action initiated by Eduardo and Carmen Amorin individually and on behalf of all others similarly situated plaintiffs (Case No.: 2:14-cv-1727) (the "Amorin Case") from the United States District Court of Eastern District of Louisiana (the "US District Court") has been made on Beijing New Building Materials Public Limited Company (hereinafter "the Company" or "BNBM") through Beijing Higher People's Court in China on February 12, 2015. The summons requires the Company to file a letter of defense or motion within 60 days. In this case, the plaintiffs claimed that the problem gypsum board of several defendants, including the Company and Taishan Gypsum Company Limited (hereinafter "Taishan Gypsum") was installed in at least 3,700 homes, residences or other structures owned by the plaintiffs and class members. The plaintiffs claimed damages of more than US$1,500 million against the defendants which included, among others, BNBM and Taishan Gypsum.

### II. Gypsum Board Litigation in the US

Since 2009, various gypsum board cases against a number of enterprises including at least dozens of Chinese gypsum board manufacturers including the Company and Taishan Gypsum have been brought by, among others, a number of homeowners and construction companies in the US, for the reason of problems in gypsum board, and plaintiffs claimed damages for various losses resulting from the quality problem in gypsum board. For the litigation details, references are made to the Announcement in

MTD Exhibit #189

AL-RMH-CNBM00005114-R

Relation to the Event about Gypsum Board in US (Announcement No. 2010-009) published on May 29, 2010 on the designated media for information disclosure, and in the Announcement in Relation to the Developments of Gypsum Board Litigation in the US (Announcement No.: 2014-030) published on July 19, 2014 on the designated media for information disclosure. Based on the information of BNBM and Taishan Gypsum:

1. Before Taishan Gypsum responded to any legal action, the United States District Court of Eastern District of Louisiana had made a default judgment against Taishan Gypsum in Germano case involving the owners of seven properties in the sum of US$2,758,356.52 with interest accruing from May 2010. Currently, apart from the above one case, the US courts have not made any substantive ruling on merits in respect of the gypsum board cases.

2. Taishan Gypsum had filed motions to vacate the default judgments and the preliminary entry of the default orders and to dismiss legal action on the ground that the US courts did not have personal jurisdiction, but these motions had been dismissed.

3. The US District Court held Taishan Gypsum in contempt of court in July 2014, ordering it to pay US$15,000 in attorney's fees to the plaintiffs' counsel, to pay US$40,000 as a penalty for contempt, enjoining Taishan Gypsum and its affiliates or subsidiaries from conducting any business in the US until or unless it participates in the judicial process, and, if it violates the injunction, to pay a further penalty of 25% of the profits earned by Taishan Gypsum or its affiliates who violate the order for the year of violation.

4. Plaintiffs list many entities including the ~~holding~~ controlling shareholder and the actual controller of the Company as co-defendants in a number of cases.

AL-RMH-CNBM00005115-R

### III. Impact of the Gypsum Board Litigation in the US

Since 2010, BNBM has engaged one US well-known law firm for legal consultation services in relation to the gypsum board litigation in the US; Taishan Gypsum has engaged one US well-known law firm to act on its behalf for defense. According to information provided by the US lawyers of BNBM and Taishan Gypsum, during the course of the gypsum board litigation in the US, a large number of plaintiffs are gradually joining the proceedings, and there are situations where cases are being merged. At present, it is unable to ascertain the number of plaintiffs and properties involved in the cases, and it is also difficult to accurately predict the possible rulings. However, the US lawyers of the Company estimated that the damages might be very large if BNBM and Taishan Gypsum lose their cases.

As of December 31, 2014, the Company has accumulatively paid RMB 14.4 million yuan of attorney's fee for the gypsum board litigation in the US, Taishan Gypsum has accumulatively paid RMB 90 million yuan of attorney's fee for the gypsum board litigation in the US. The Company will contact and retain US lawyers for legal services in this case.

The major assets of BNBM and Taishan Gypsum are all located in China. According to the US and Chinese lawyers whom BNBM and Taishan Gypsum have respectively consulted, there is no convention or treaty on mutual recognition and enforcement of judgments between China and the US such that the possibility of the US judgments being enforced in China is very low. BNBM and Taishan Gypsum have contacted PRC and US lawyers for countermeasures and for considering and assessing the impact on the Company; at present, it is difficult to accurately predict the impact of this case on the possible economic losses of the Company and the impact on the net profits for the current period. The Company will make timely information disclosure in relation to the developments of the litigation.

### IV. Other Relevant Matters

The Company was notified by our actual controller China National Building Material Group Corporation that: China National Building Material Group Corporation and the Company's direct ~~holding~~ controlling shareholder China National Building Material Company Limited and the Company's indirect controlling shareholder Beijing New Building Material (Group) Co., Ltd. have also been served with the summons of civil action in respect of Amorin Case from the United States District Court of Eastern District of Louisiana through Beijing Higher People's Court. China National Building Material Group Corporation, China National Building Material Company and Beijing New Building Material~~s~~ (Group) Co., Ltd. ~~Public Limited Company~~, among others, are listed as defendants in this case.

The Company will make timely information disclosure in relation to the developments of gypsum board litigation in the US, and we respectively ask investors to pay attention to the investment risk.

Beijing New Building Materials Public Limited Company

February 13, 2015

Page 4

AL-RMH-CNBM00005117-R