*Hong Kong Exchanges and Clearing Limited and The Stock Exchange of Hong Kong Limited take no responsibility for the contents of this announcement, make no representation as to its accuracy or completeness and expressly disclaim any liability whatsoever for any loss howsoever arising from or in reliance upon the whole or any part of the contents of this announcement.*



# China National Building Material Company Limited*
## 中 國 建 材 股 份 有 限 公 司

*(a joint stock limited company incorporated in the People's Republic of China with limited liability)*

(Stock Code: 3323)

## ANNOUNCEMENT
## FURTHER UPDATES ON RECENT DEVELOPMENTS IN THE GYPSUM BOARD LITIGATION IN THE US

References are made to the overseas regulatory announcement of China National Building Material Company Limited*(中國建材股份有限公司) (the "**Company**", the Company and its subsidiaries, together, the "**Group**") dated 30 May 2010 in respect of an announcement released by Beijing New Building Material Public Limited Company* (北新集團建材股份有限公司) (the "**BNBM**"), a 45.2% held subsidiary of the Company, relating to the gypsum board incident in the United States (the "**US**"), the information on the stage of development of the gypsum board cases in the US in the 2013 annual report of the Company and the voluntary announcements of the Company dated 18 July 2014 and 20 August 2014 respectively (the "**18 July Announcement**" and the "**20 August Announcement**").

T: 6/2/15-6/4/15
Exhibit 31

MTD Exhibit #190

— 1 —

CNBMCO00000329

**FURTHER DEVELOPMENTS IN THE GYPSUM BOARD CASES IN THE US**

Service of the summons in respect of the civil action initiated by Eduardo and Carmen Amorin individually and on behalf of all others similarly situated plaintiffs (Case No.: 2:14-cv-1727) (the "**Amorin Case**") from the United States District Court of Eastern District of Louisiana (the "**US District Court**") has been made on the Company through Beijing Supreme People's Court in China. The 20 August Announcement of the Company has made reference to the Amorin Case and stated that Taishan Gypsum Company Limited* (泰山石膏股份有限公司) ("**Taishan Gypsum**"), a 65% held subsidiary of BNBM, had been notified that other plaintiffs had initiated a new action in the US District Court claiming that the defendants' gypsum board was installed in at least 3,700 homes, residences or other structures owned by the plaintiffs and class members. The plaintiffs claimed damages of more than US$1,500 million against the defendants which included, among others, the Company, BNBM and Taishan Gypsum. The Company is currently considering the appropriate action to take.

**IMPACT OF THE RECENT DEVELOPMENTS IN THE US GYPSUM BOARD LITIGATION**

The impact of the US gypsum board litigation on the Company as of 20 August 2014 was set out in the 18 July Announcement and the 20 August Announcement. The Group's major assets and principal commercial activities are all located in China and as stated in the 18 July Announcement, since there is no convention or treaty on mutual recognition and enforcement of judgments between China and the US, the respective US and Chinese legal counsels of BNBM and Taishan Gypsum believe that the possibility of the US judgments being enforced in China is very low. At present, it is difficult to ascertain accurately the potential impact of the Amorin Case on the Company. The Company will continue to monitor the progress of the US gypsum board litigation and will make further announcements if and when necessary in accordance with the regulatory requirements.

This announcement is made by the Company pursuant to Part XIVA of the Securities and Futures Ordinance (Cap. 571 of the Laws of Hong Kong) and Rule 13.09 of the Rules Governing the Listing of Securities on The Stock Exchange of Hong Kong Limited.

CNBMCO00000330

By order of the Board<br>
**China National Building Material Company Limited***<br>
**Chang Zhangli**<br>
*Secretary of the Board*

Beijing, the PRC
13 February 2015

*As at the date of this announcement, the board of directors of the Company comprises Mr. Song Zhiping, Mr. Cao Jianglin, Mr. Peng Shou, Mr. Cui Xingtai and Mr. Chang Zhangli as executive directors, Mr. Guo Chaomin, Mr. Huang Anzhong and Mr. Tao Zheng as non-executive directors, and Mr. Shin Fang, Mr. Tang Yunwei, Mr. Zhao Lihua, Mr. Wu Liansheng and Mr. Sun Yanjun as independent non-executive directors.*

\*   *For identification only*

CNBMCO00000331