<u>Translation of TG-0370700</u>

## Questions to the Enterprise(s)

The gypsum boards exported to the U.S. in 2006:
1. During the production process, which chemicals were added (including the necessary chemicals, for example, adhesives, flocculating agents; chemicals for other purposes, for example, antiseptics, insect-resist agents, etc.)
1) the adhesives added were: corn starch; 2) foaming agents were: lauryl sodium sulfate; 3) flocculating agent was raw gypsum powder; 4) antiseptics was boric acid.

2. Which manufacturer's back paper and surface paper did you use? Is it recycled paper? Is it odorous? Does it easily absorb odor?
Used the papers special for gypsum board that were produced by Zaozhuang Huarun Company and Shandong Bohui Company, the main ingredients were American waste paperand wood pulp, which are odorless.

3. Loading and shipping information: Was wooden pallet used? Was fumigation conducted? At which stage was fumigation conducted? Fumigation agents?
Artificial board pallet, no fumigation was conducted.

4. When loaded and shipped, sealed package? Was it put next to the goods that were fumigated?
Packed and sealed by thin plastic membrane.

5. Do the gypsum boards absorb abnormal odor? How is the nature of its absorptivity?
Because the gypsum boards are porous material, they have a certain characteristics for absorbing outside gas.

MTD Exhibit #193

**PENG: Exhibit 817-1**

To question of enterprise inquiry

In 2006 exported US's gypsum board:

1st, which chemical substances in production process added (including to chemical substance, like cementing agent, ulant agent; Other uses' chemical substances, like the antiseptic, bug repellant and so on) (1) adds the cementing agent is: Corn starch; (2) the foaming agent are: Lauryl sodium sulfate; (3) the ulant agents are the gypsum powders; (4) the antiseptics are the boric acid.

2nd, uses back paper and facial tissue that what unit produces? Whether is the recycled paper? Whether has the smell? Whether is easy to absorb the unusual smell?
Uses Zaozhuang China Nat'l Resource Corporation and Shandong collects the gypsum board special-purpose paper that the company produces abundantly, the primary data is waste for US and wooden oar, does not have the smell.

3rd, shipping: Whether has used the wooden tray? Whether has carried on the fumigation? Which link in has carried on fumigation? Fumigant?

The building board tray, has not carried on the fumigation.
4th, when is at shipping, tight pack? Whether adjoins to the cargo that the fumigation crosses?

Plastic film tight pack.
5th, is gypsum board easy to absorb unusual smell? Adsorbability how?

Because the gypsum board is the porous material, has the function of certain adsorption exterior gas.

--- Summary Information ---
1: 936 PID_TITLE:
PID_SUBJECT:
PID_AUTHOR: Chen Zhucai PID_KEYWORDS:
PID_TEMPLATE: Normal PID_LASTAUTHOR: User PID_REVNUMBER: 3 PID_APPNAME: Microsoft Office Word PID_EDITTIME: Mon Jan 01 08:22: 00 CST 1601 PID_CREATE_DTM: Tue May 26 10:20: 00 CST 2009 PID_LASTSAVE_DTM: Sun May 31 14:46: 00 CST 2009 PID_PAGECOUNT: 1 PID_WORDCOUNT: 51 PID_CHARCOUNT: 295 PID_SECURITY: 0

--- Document Summary Information ---
PID_CODEPAGE: 936 PID_COMPANY: Legal department PID_LINECOUNT: 2 PID_PARCOUNT: 1 17: 345 23: 786432 PID_SCALE: false PID_LINKSDIRTY: false 19: false 22: false

向企业询问的问题

2006 年出口美国的石膏板：

1、生产过程中加入了哪些化学物质（包括必须的化学物质，如粘结剂、促凝剂等；其它用途的化学物质，如防腐剂、防虫剂等）

①加入粘结剂为：玉米淀粉；②发泡剂为：十二烷基硫酸钠；③促凝剂为生石膏粉；④防腐剂为硼酸。

2、使用什么单位生产的背纸、面纸？是否是再生纸？是否有气味？是否容易吸收异味？

使用枣庄华润公司及山东博汇公司生产的石膏板专用纸,主要原料为美废及木浆，没有气味。

3、装运情况：是否使用了木托盘？是否进行了熏蒸？在哪个环节进行了熏蒸？熏蒸剂？

人造板托盘，没有进行熏蒸。

4、在装运时，密封包装？是否毗邻熏蒸过的货物？

塑料薄膜密封包装。

5、石膏板是否易吸收异味？吸附性如何？

石膏板由于是多孔材料，有一定的吸附外部气体的功能。