<u>**Translation of TG-0374792**</u>

Message

From: Jian Zhang [zj@cnbm.com.cn]

Sent: 06/03/2010 04:24:04

To: Bing Wang [wb5557@sohu.com]; jason_chenyu@hotmail.com; Tongchun Jia [thbmjtc@163.com]

Subject: Report of the Board of Directors

Attachment: Report of the Board of Directors 20100603 (Draft for Soliciting Opinions).doc

_____

Jian Zhang

Enterprise Management Department of China National Building Material Group Corporation

No.2 Zizhuyuan South Rd., Haidian District, Beijing 100048

010-68429761; 88413388 (fax)

**MTD Exhibit #194**

**PENG: Exhibit 821**

_____strengthens Chinese building material Group Enterprise control division Beijing Haidian District Zizhuyuan South No. 2 100048 010-68429761; 88413388 (facsimile)

Received: from mail.cnbm.com.cn (unknown [202.106.72.84]) by mx31 (Coremail) with SMTP id UcCowKCbXnRnLgdM55N4Ag--.2484S2;
       Thu, 03 Jun 2010 12:24: 07 +0800 (CST) Received: from Owner ([192.168.7.24] RDNS failed) by mail.cnbm.com.cn with Microsoft SMTPSVC(6.0.3790.3959);
         Thu, 3 Jun 2010 12:41: 02 +0800 Message-ID:
< 47858DE490204892A868D9EAD137066E@Owner > From: =? gb2312? B? 1cW9oQ==? = < zj@cnbm.com.cn > To: =? gb2312? B? zfWx+A==? = < wb5557@sohu.com >, < jason_chenyu@hotmail.com >, =? gb2312? B? vNbNrLS6? = < thbmjtc@163.com > Subject: =? gb2312? B? tq3Kwrvhu+OxqA==? = Date: Thu, 3 Jun 2010 12:24: 04 +0800 MIME-Version: 1.0 Content-Type: multipart/mixed;
       boundary="-----=_NextPart_000_006F_01CB0317.A7D61F30" X-Priority: 3 X-MSMail-Priority: Normal X-Mailer: Microsoft Outlook Express 6.00.2900.5931 X-MimeOLE: Produced By Microsoft MimeOLE V6.00.2900.5931 X-OriginalArrivalTime: 03 Jun 2010 04:41: 02.0584 (UTC) FILETIME=[F883DF80:01CB02D6] X-Coremail-Antispam: 1Uf129KBjDUn29KB7ZKAUJUUUUU529EdanIXcx71UUUUU7v73 VFW2AGmfu7bjvjm3AaLaJ3UbIYCTnIWIevJa73UjIFyTuYvj4Rv4EMDUUUU

1

Message

| | |
|---|---|
| **From**: | 张健 [zj@cnbm.com.cn] |
| **Sent**: | 03/06/2010 04:24:04 |
| **To**: | 王兵 [wb5557@sohu.com]; jason_chenyu@hotmail.com; 贾同春 [thbmjtc@163.com] |
| **Subject**: | 董事会汇报 |
| **Attachments**: | 董事会汇报20100603（征求意见稿）.doc |

_____
张 健
中国建筑材料集团公司企业管理部
北京市海淀区紫竹院南路2号 100048
010-68429761；88413388（传真）

TG-0374792