<u>Translation of TG-0129674</u>

## Message

| | |
|---|---|
| **From:** | v20100526[v20100526@163.com] |
| **Sent:** | June 27, 2010    14:50:56 |
| **To:** | Chief Jian Zhang [zj@cnbm.com.cn] |
| **CC:** | Chief Jia [thbmjtc@163.com]; Secretary Zhang [zjcth001@163.com] |
| **Subject:** | Spreadsheet of TSG Exports |
| **Attachments:** | Statement on the export data and statistics.doc; Invoice statistics100627.xls |

Chief Zhang:

Hello! I'm very sorry that I was unable to timely report the relevant statistics to you.

The statistical spreadsheet we prepared and the analysis of the summary of concluding the lawsuit[1] are hereby sent to you. Chief Zhang, please refer to the attachment. Due to a lack of tracking record for the origins of the gypsum boards produced in the factories, we cannot accurately account for the corresponding gypsum mines' origins for every batch of gypsum boards. Tomorrow, we will try our best to accurately account for the origins of gypsum on a monthly basis, and will report to you as soon as we finish.

Thanks,

Best!

Wenlong Peng

MTD Exhibit #196

---

[1] The original might contain typos, educated guess from the translator as to original intent

**PENG: Exhibit 801**

Zhang Zong;

 Hello! It was sorry that cannot give you to report related statistical promptly.
 Presently will have counted the good data form and settles a lawsuit to analyze to issue you, asked Zhang Zong to refer to the appendix.
Because plant production gypsum board does not have gypsum origin the track record, therefore is unable to count each batch of gypsum board precise correspondences the gypsum ore to originate precisely, tomorrow we will count the gypsum to originate according to the month as far as possible precisely, after counting, give you to report as soon as possible.


 Thanks,

Wished!



Peng Wenlong

Received: from v20100526 ([124.130.154.127]) by ajax-webmail-wmsvr103 (Coremail); Sun, 27 Jun 2010 22:50: 56 +0800 (CST) Date: Sun, 27 Jun 2010 22:50: 56 +0800 (CST) From: v20100526 < v20100526@163.com > To: =? gbk? B? 1cW9odfc? = < zj@cnbm.com.cn > Cc: =? gbk? B? vNbX3A==? = < thbmjtc@163.com >, =? gbk? B? 1cXK6bzH? = < zjcth001@163.com > Message-ID: < 1a13543.3c4c.12979e3c0d5.Coremail.v20100526@163.com > Subject: =? gbk? B? VFNHs/a/2s2zvMax7Q==? = MIME-Version: 1.0 Content-Type: multipart/mixed;
        boundary="----=_Part_40000_127306.1277650256084" X-Originating-IP: [124.130.154.127] X-Priority: 3 X-Mailer: Coremail Webmail Server Version SP_ntes V3.5 build 100525(10833.3107.3105) Copyright (c) 2002-2010 www.mailtech.cn 163com X-CM-CTRLDATA: JScRTmZvb3Rlcl9odG09Mzg5OjQ0 X-CM-TRANSID:Z8GowLD77+BQZSdM5K0AAA--.3550W X-CM-SenderInfo: jysqiiaqvslqqrwthudrp/1tbiMRn8O0i4vovo7QAAsv X-Coremail-Antispam: 1U5529EdanIXcx71UUUUU7vcSsGvfC2KfnxnUU==

Message
___

| | |
|---|---|
| **From**: | v20100526 [v20100526@163.com] |
| **Sent**: | 27/06/2010 14:50:56 |
| **To**: | 张健总 [zj@cnbm.com.cn] |
| **CC**: | 贾总 [thbmjtc@163.com]; 张书记 [zjcth001@163.com] |
| **Subject**: | TSG出口统计表 |
| **Attachments**: | 出口数据统计说明.doc; 发票统计100627.xls |

张总:

　　您好!十分抱歉,未能及时给您汇报相关统计情况.

　　现将已经统计好的数据表格及结案要分析发给您,请张总参阅附件.因工厂生产石膏板没有石膏来源跟踪记录,所以无法精确统计每批石膏板精确对应的石膏矿来源,明天我们会按月份尽可能精确地统计石膏来源,统计好后尽快给您汇报.

　　谢谢,

祝好!


彭文龙

TG-0129674