**Dacheng and Dentons Combine to Create the Largest Law Firm in the World**

At a signing ceremony on January 27, 2015, 大成, the largest law firm in Asia, and Dentons, a top 10 global law firm, announced a combination that would bring a brand new, world-leading international law firm with global presence. The new firm would have over 6,500 lawyers and professionals, more than any other firm in the world.

The new firm would be called "大成律师事务所" in Chinese and "Dentons" in English. The new firm brand unites the names of both firms in an elegant logo " ", which symbolizes a combination of Eastern and Western cultures.

The new firm would be structured as a Swiss Verein and the management team would be formed under the "one firm" principle. Meanwhile, the original firm culture, working environment and geographical locations of all regional members would remain intact.

The new firm would have three key management bodies: Global Board, Global Advisory Committee and Global Management Committee. Global Board is the top decision-making authority, the chairman of which would be Peng Xuefeng, the current chairman of Dacheng. Peng would also be chairman of Global Advisory Committee.

With 120 offices located in more than 50 countries and regions over five continents, the new firm would provide clients with more advantages, including:

**Broader and deeper offerings around the globe.** The combination would bring together elites from the legal profession to provide seamless legal services integrating extraordinary global resources and local knowledge. It would help clients navigate the most complex legal and business environments worldwide, providing unique professional legal services.

**A highly integrated platform breaking down east-west barriers.** The combination between the premier law firms of China and the West is truly the first of its kind. The new firm would serve as a highly integrated platform for efficient legal services, and build bridges that facilitate cooperation and exchange for Chinese and Western clients alike.

**Reinvented client service.** The new firm would reinvent client service, harnessing new technologies to enhance client support and deliver higher quality services while prioritizing client confidentiality and data security.

The combination is also an unprecedented move of internationalization in China's legal profession, echoing the spirit of the Fourth Plenary Session of the 18th CPC Central Committee and reflecting the achievements of China's reform and promotion of rule of law. The broadest and most in-depth cooperation between two most influential law firms from China and the West is innovating the world's legal service sector and is a milestone in the history of the world's legal profession.

For more information about the combination please visit: www.dentonscombination.com

MTD Exhibit #204









