**Partial Translation of CNBMGRP00392949-393015**

…

CNBMGRP00393000

**China National Building Material Group Corporation  Document of the Board of Directors**

**Resolution No. 17 of the Third Session of the Board of Directors of CNBM Group**

**China National Building Material Group Corporation**

**Resolution of the Seventeenth Meeting of the Third Session of the Board of Directors**

The seventeenth meeting (the eighth in 2014) of the third session of the board of directors of China National Building Material Group Corporation was held on July 11, 2014 (Friday) in the form of live meeting. All 10 board directors attended the meeting. After deliberation and voting, the meeting reached the following resolutions:

I.   **Deliberated on and passed the proposal for the Group Corporation to contribute capital and establish CNBM United Investment Company Limited.** Main contents: China National Building Material Group Corporation will contribute capital to establish the investment company CNBM United Investment Company Limited (tentative name), which will have the registered capital in RMB 1 billion Yuan, and be established solely by the Group Corporation, with the initial installment of capital contributions in RMB 300 million Yuan.

This proposal was passed with 11 votes in favor, 0 vote against, and 0 vote abstained.

SONG: Exhibit 332

MTD Exhibit #205

**CNBMGRP00393001**

**II.     Deliberated on and passed the proposal on personnel adjustment for some tier 2 enterprises within the Group Corporation.** Main contents:

1. The personnel arrangement for assigning board directors, supervisors, and management level to CNBM United Investment Company Limited:

    Board of Directors: Zhiping Song as the chairman of the board

    Board directors: Jianglin Cao, Chaomin Guo, Guoping Zhou, Zhaoyu Guang;

    There will be no supervisory committee. There will be only one supervisor, and Jiwei Wu will assume this position;

    The nominated management team: Jianglin Cao as the general manager, and Guoping Zhou as the standing deputy general manager

2. Changes to the relevant board directors of BNBM Group

    Lijun Cui will no longer serve as the deputy chairman of the board and the board director of BNBM Group, and she will be assigned to other positions;

    Wenchun Bao will no longer serve as the board director of BNBM Group, and he is retired;

    Zheng Tao will serve as the board director of BNBM Group, and be nominated as the general manager;

    Guiping Liu will serve as the board director of BNBM Group.

3. Yueming Hu will be removed from his position as the board director of Sanshi Group, and he is retired.

This proposal was passed with 11 votes in favor, 0 vote against, and 0 vote abstained.

**III.     Deliberated on and passed the proposal on the event about gypsum boards shipped to the U.S.** Main contents: to agree with the report circulated by the Department of Legal Affairs and the attorney; and to respect Taishan Gypsum's decision not to attend the Judgement Debtor Hearing on July 17, 2014, not to petition to the Supreme Court of the United States for a certiorari and review regarding the jurisdictional dispute, and not to participate in the lawsuits on the merits in the U.S.

This proposal was passed with 11 votes in favor, 0 vote against, and 0 vote abstained.

For the proposals above, relevant companies shall carry out relevant legal procedures according to relevant provisions.

**CNBMGRP00393002**

(This page contains no main text, and it is the signature page for the seventeenth meeting of the third session of the board of directors of CNBM Group)

Signatures of board directors:

_____         _____         _____
(Zhiping Song)   (Yan Yao)        (Jianglin Cao)

_____         _____              _____
(Xiaoting Ni)    (Xiaogang Zhao)       (Laiyou Zhuang)

_____              _____         _____
(Xiaoqiang Lu)        (Yanfu Zhu)      (Xuefeng Peng)

_____

(Yumeng Wang)

July 11, 2014

CNBMGRP00392949

(Zhuang Laiyou) (Lu Xiaoqiang) & Zhu Yanfu) (Peng Xuefeng) (king in fierce) two。
14 years in June nine said that in threes building materials three Dong will decide the character No. 16 China building material Group Company limited third board of directors 16th conference resolution China building material Group Company limited third board of directors 16th conference (in 2014 the seventh time) on July 2 (Wednesday) not to summon in written signature document form in 14 years, 10 trustees attend the meeting completely. The conference forms the following resolution after the deliberation and vote:
Considers and passes the building materials group import-export company to apply adjust the use group credit volume 1 billion Yuan and uses the collection 困 a bond fund 1 billion Yuan bill. Primary coverage: Agreed that Group transfers Everbright Bank's credit 1 billion Yuan to the group headquarters to use to the building materials information technique technique limited company, deadline 6 months;
Agreed that Group distributes the time bill to collect in fund 1 billion Yuan to entrust 2014 the loan way to lend the building materials group to enter the export corporation to use.
This bill agreed by 10 tickets that 0 dissenting votes, 0 abstentions obtain through (this page do not have main text, for the Chinese building materials Group third session of board of directors 16th conference trustee signs page) trustee _to sign S (Song Zhiping) (Yao Yan) (Cao Jianglin) h (Ni Xiaoting) (Zhao Xiaogang) (Zhuang Laiyou) (Lu Xiaoqiang) (Zhu Yanfu) (Peng Xuefeng)

(King in fierce) on July 2, 2014 2 (this page did not have the main text, for Chinese building materials firewood!? I the company third session of board of directors 16th conference trustee signing page) chi matter bamboo slip•

(Song Zhiping) (Yao Yan) (Cao Jianghe) (Ni Xiaoting) (Zhao Xiaogang) (Zhuang Laiyou)

(. Lu Xiaoqiang) (Zhu Yanfu) (Peng Leifeng) C king in fierce > 20 - four years on July 2 (this page did not have the main text, constructed # the Group third session of board of directors 16th conference trustee to sign space page > trustee to sign for China

(Song Zhiping) (Yao Yan) (Cao Jianglin) (Ni Xiaoting) (Zhao Xiaogang) (Zhuang Laiyou) (Lu Xiaoqiang) (Zhu Yanfu) (Peng Xuefeng) (king in fierce) two。14 years on July 2 (this page did not have IPX, ^ t." . = .feih: 0.7 # Bian six ^ will know the dream label along) (Ni Xiaoting) (Zhao Du (Zhuang Song: 仏)

(Lu Xiaoqiang) (Zhu Yan lives) (Peng Xun,) (prince fierce) 201 cup year in July two 0 (this page does not have the main text, for the Chinese building materials Group third session of board of directors 16th conference trustee signs page > trustee to sign (Song Zhigan) (Yao Yan) (Cao Jianglin) (Ni Xiaoting) (Zhao Xiaogang) (Zhuang Laiyou) (Lu Xiaoqiang >. Zhu Yanfu.
 _Pen_ Xuefeng > _kin_ two 0" ==building materials three Dong== in fierce) in July, 2014 ==will decide the character No. .17== ==China building material collection country==

Page 16

CNBMGRP00392949

limited com_an_ „the third board of directors 17th conference resolution China building material Group Com_an_ limited third board of directors 17th conference (in 2014 the eighth time)_Frida__ to convene by conference site conference shape in 2014 July 11, 10 trustees attend the meeting com_letel_. The conference forms the following resolution after the deliberation and vote:
First, deliberation and invests to set up the building materials _ointl_ to invest the bill of limited com_an_ through Grou_. Primary coverage: The Chinese building material Group Com_an_ limited invests to set up to invest in the common department the building materials _ointl_ to invest the limited com_an_ (to choose a name tem_oraril__ the com_an_ registered capital 1 billion Yuan person_eo_le coin, is set up by Group sole ownership, the first period contributes 300 million Yuan. This bill agreed by 10 tickets that 0 dissenting votes, 0 tickets abandon the pitchfork to obtain through two, deliberations and through Group part second-level enterprise personnel adjustment the bills. The hosts want the content:
1. _ointl_ invests the limited com_an_ to send out Dong, supervisor and manager level personnel arrangements to building materials:
Board of directors: Chairman trustee Song Zhiping: Cao Jianglin, Guo Chaomin, Zhou Guo_in_ illumination s_ace_
Does not set up the board of supervisors, supposes supervisor 1, is held the post by Wu Jiwei;
Nomination senior manager: General manager Cao Jian_lin_ routine deputy general manager Zhou Guo_in_ 2. Beixinjituan related trustee adjusts:
Cui Lijun no longer is Beixinjituan vice-chairman and trustee, is appointed to another post;
Bao Wenchun no longer holds the post of Beixinjituan trustee, retires;
Tao Zheng is a__ointed Beixinjituan trustee, and nominates the general manager;
Liu Gui_in_ is appointed Beixinjituan trustee.
3. removes Hu Yueming three lion _rou_ trustee, retires.
This bill agreed by 11 tickets that 0 dissenting votes, 0 abstentions obtain through three, deliberation and through about losing the beautiful gypsum board event the countermeasure bill. Primary coverage: Agreed that the notification of legal department and attorney, respected does not _artici_ate July 17 that 2014 the Taishan gypsum made the amount of indemnification public hearing, no longer on the jurisdiction objection to American most high court to raise requests transfer to examine and not _artici_ate the decision in US entity lawsuit.
This bill a_reed by 11 tickets that 0 dissenting votes, 0 abstentions obtain to a__rove the above related bill, please the related company fulfill the relevant law procedure according to the relevant provision.
2 (this _a_e does not have main text, for the Chinese building materials Group third session of board of directors 17th conference trustee bamboo fish trap character _a_e_ trustee signs 3 _Son_ Zhi_in_) (Yao Yan) (Cao Jianglin) (Zhu Yanfu) (king in fiercely) 20 - four years in July 11 said that in threes building materials three Dong will decide character 18th.
___ •_. ........ -_. …. -. -. - -. < .............. - • - - ♦ - • - < - - • - «- • ` • , " • • • •- • • • • - * "........... ` - the Chinese building material Group Company limited third board of directors 18th conference resolution.
The Chinese building material Group Company limited third board of directors 18th conference (in 2014 the ninth time)•I5 date (Friday) convened by conference site

中国建筑材料集团有限公司　董事会文件

中建材三董会决字 17 号

# 中国建筑材料集团有限公司
# 第三届董事会第十七次会议决议

中国建筑材料集团有限公司第三届董事会第十七次会议（2014 年第八次）于 2014 年 7 月 11 日（星期五）以会场会议形式召开，10 名董事全部参会。会议经过审议和表决形成以下决议：

一、审议并通过集团公司出资设立中建材联合投资有限公司的议案。主要内容：中国建筑材料集团有限公司出资设立投资公司中建材联合投资有限公司（暂定名），公司注册资本 10 亿元人民币，由集团公司独资设立，其中首期出资 3 亿元人民币。

该议案以 10 票同意，0 票反对，0 票弃权获得通过

1

CNBMGRP00393000

二、审议并通过集团公司部分二级企业人事调整的议案。主要内容：

1. 向中建材联合投资有限公司派出董、监事及经理层人事安排：

　　董事会：董事长 宋志平

　　董事：曹江林、郭朝民、周国萍、光照宇；

　　不设监事会，设监事1名，由武吉伟担任；

　　提名经营班子：总经理 曹江林，常务副总经理 周国萍

2. 北新集团相关董事调整：

　　崔丽君不再担任北新集团副董事长、董事职务，另有任用；

　　包文春不再担任北新集团董事职务，退休；

　　陶铮任北新集团董事，并提名总经理；

　　刘贵平任北新集团董事。

3. 免去胡月明三狮集团董事职务，退休。

该议案以11票同意，0票反对，0票弃权获得通过

三、审议并通过关于输美石膏板事件应对策略的议案。主要内容：同意法务部门和律师的通报，尊重泰山石膏做出的不参加2014年7月17日的赔偿金额听证会、不再就管辖权异议向美国最高院提请调审、不参与在美实体诉讼的决定。

该议案以11票同意，0票反对，0票弃权获得通过

以上有关议案，请有关公司按照相关规定履行相关法律程序。

2

CNBMGRP00393001

（此页无正文，为中国建材集团公司第三届董事会第十七次会议董事签字页）

董事签字：

_____
（宋志平）

_____
（姚　燕）

_____
（曹江林）

_____
（倪小庭）

_____
（赵小刚）

_____
（庄来佑）

_____
（路小萱）

_____
（朱延福）

_____
（彭雪峰）

_____
（王于猛）

二○一四年七月十一日

3

CNBMGRP00393002