# The Eighteenth Meeting of the Third Board of Directors of China National Building Material Company

Time: August 15, 2014 9:00

Meeting format: At meeting venue

Meeting location: Second Conference Room on 6F

Convener: Song Zhiping

Attendees: Yao Yan, Cao Jianglin, Ni Xiaoting, Zhao Xiaogang, Zhuang Laiyou, Lu Xiaoqiang, Zhu Yanfu, Peng Xuefeng, Wang Yumeng

Zheng Lei, Hao Zhenhua, Guang Zhaoyu, Gan Zhiping

Guo Chaomin, Wu Jiwei, Zhang Jian, Zhao Yanmin, Wei Rushan

I. Regular reporting: Production and operational conditions at the group company and joint stock company between January and July

Wu Jiwei

Cao Jianglin

Song Zhiping

SONG: Exhibit 356

MTD Exhibit #206

EXHIBIT A

II. Resolution on the group company's provision of guarantee for Bengbu Glass Industry Design & Research Institute's acquisition of CIGS

Reported by Zhao Yanmin

250 million supplements state-owned principal, with bank loan of RMB 217.17 million, during this period, the principal is insufficient,

Wu: Finance in steps, EUR 30 million, 100 million is enough; additional operational capital within two years can also be added from the principal. Apply for the general project for step-by-step implementation.

Song: The Ministry of Commerce has approved it. We hope to persevere in promoting it; the key is technology. From Siemens, to Shell, to Saint-Gobain, this project has been ongoing for years. Only if we get this project, can the local and fund investments in this project come in. For the future, emerging industries are very good. Realizing a settlement requires financing and guarantees.

II. Resolution regarding integration of internal resources, formation of Triumph Group, and implementation of the platform for glass

More has been done and injected into Triumph, and there is passion. The Investment Department helped summarize it. Now, we will construct a platform, professionalize business, and regulate management, to make things clear in the management ranks.

Wei Rushan: Centralize management, clarify property rights, clarify business, and elevate efficiency

Guo Chaomin: There are still a lot of uncertainties

It's not hard to put the glass company into Triumph with a new name.

Luoyang Float Glass Group, Luoyang Glass Co., Ltd., these are more difficult

Finish compressing the ranks, develop some new business, and create a basic platform for integration of international and domestic business.

Yao: Last year, General Manager Song also said this, it has important effects. In the last few years, the glass-related units have been turned over to Peng Shou, and some of the work has not been going very well. In the last few years, Bengbu Glass Industry Design & Research Institute has mainly been developing the industry, and scientific research and design (entry into international

engineering). It's hard for the main institute to manage, because more things are being approved by the upper rank. After reform, the glass matters will become centralized. Peng Shou has done a lot of work, integrating fragmented platforms into one. There is a lot to adjust for the glass company. Use this opportunity to increase the Group's assistance and supervision of them.

Song: After the establishment of Triumph, a platform is created to provide guarantees for subsidiaries in terms of capital and assets.

Traditionally, Glass and Zhonglian are two separate lines, and Xingke has to be adjusted. Luoyang has started to allocate glass for automobiles.

Zhao: Without [Luoyang] Glass, how much capital does Luoyang Float Glass Group have?

Wei: Based on amount separated through Luoyang Glass, the actual value does not look good.

Song: We want to cancel it out, but it's hard to cancel out a shell.

Zhuang: Originally, when disposing of distressed capital, it was transferred to the asset management company, and originally the basic revenue was 20%-30%. Cinda actually

had zero cost, and any sale was a profit.

Song: The ones in Luoyang are easier to negotiate. The asset management companies in Luoyang are more difficult to negotiate with. For debt-to-equity, the actual assets are zero, but there is one listed company that has no assets but high market value, if it participates in market value assessment. It's hard to discuss it. But if they don't get out, Luoyang Glass's stocks can't change. It might have to lose some money.

Zhao: It would be best to apply for state policy, and cancel out the small shareholders financially.

Song: We can apply for this, so that we can change and save Luoyang Glass. We'll submit a document to see what we can do. We've dealt with asset management companies several times without much [result].

Use leftover production capacity to resolve the problems at Luoyang Float Glass Group. Aluminum Corporation of China Limited has resolved 2 billion. This is the principal to resolve the outstanding problems.

Guo: It doesn't look good this year.

Aluminum Corporation of China Limited, China Metallurgical Group Corporation, and Sinosteel

Corporation; ten enterprises with special difficulties were listed, but we are not one of them.

Lu: Do we have approximate computations?

Ni: Policy-mandated bankruptcy for perhaps two companies.

Cao: Bankruptcy is tough. The main point of this plan may not be Luoyang Glass and to solve Luoyang Glass's problem. To be an operational holdings company, the matters always go to the main institute and the Group, for various issues like poor profitability or other problems.

There are three functions in operational holdings companies: 1) A big financing platform, with 467 million in guarantees by Bengbu Glass Industry Design & Research Institute. The Group does not need to make a guarantee for this. 2) A platform to process and resolve problems left by history. 3) Most importantly, develop new things under the platform, like the CIGS project and the TFT-LCD glass substrate project. Would it be possible to use this platform to ultimately develop 2-3 companies at the 1 billion profit level?

The chain is too long and the business is a bit complicated, with companies worth several hundred thousand or several

million. There are too many companies, definitely several dozen. Peng Shou is willing to resolve these problems too. With one big piece of land, there is no need to look for projects.

Guo: Because of replacement, stock prices and market value will increase.

Song: Both listed companies have potential. We should enlarge the two listed companies involved in the industries of new materials and renewable energy. The goal should be to reach a certain scale in the industry.

Cao: We should pull up these two listed companies. Right now they are too distant from the Group.

The difficulties involved in resolving the glass problems are only very small. The main focus is development.

Lu: Integrate the other business into the listed companies.

Cao: Gradually carry out training for glass substrate and CIGS, and then incorporate them into the listed companies.

They have ideas that are welcomed by the capital market.

Song: Their scientific research personnel have done a lot. Their problem is too many companies that need to be

pruned. Peng Shou is a learner; if you tell him, he will listen.

The small brands will gradually disappear. The four cement companies can be separately unified.

III.  Resolution regarding the formulation of *Rules Governing Asset Transfer for China National Building Material Company*

Wei: 100-5000 [1 to 50 million], second-tier enterprise review, market trade transfer

Over 50 million, market trade translation (except transfer by agreement and undertaken review procedures)

Over 300 million, the Administrative Office will report to the Board of Directors

Ni: Are there regulations for absolute numbers and relative numbers

For small businesses

Song: Mainly, 50 million to 300 million for groups, 300 million for chairmen. The industry of construction materials is one that emphasizes assets. See if this number will work.

Resolution 4: Resolution regarding external donation by Beijing New Building Materials.

Resolution 5: Resolution regarding external donation by Zhejiang South Cement Co., Ltd. to the "joint treatment of five waters" project.

**Report regarding recent developments of plaster boards exported to the United States**

Zhang Jian: Chief Zhou of Bureau of Policies and Regulations has inquired with Supreme People's Court. Regardless of the ruling in the United States, the domestic assets will not be subject to enforcement, while foreign assets. China National Building Material will respond in four ways. The enterprise should make preparations for media promotions.

State-owned Assets Supervision and Administration Commission has communicated with judicial departments and refused service.

Cao: The attorneys are familiar with the case and with American law.

Case 2:09-md-02047-EEF-JCW Document 19492-3 Filed 09/22/15 Page 10 of 31







Yan Guozhe: On July 18, Beijing New Building Materials made a public announcement, which could have caused massive losses. After the announcement was posted, it happened that the mixed-ownership system was rolled out. So stock prices actually went up.

3700 houses are waiting for some new information.

Cao: The joint stock company has to prepare too, otherwise the effects will be even bigger.

Chang: We are already preparing.

Cao: I think whenever Jia Tongchun leaves the country, there is risk. The legal systems in Papua New Guinea and Australia are similar.

Zhu: It's more likely to detain the ship than to detain the person.

Song: The plaster boards have been confirmed to be free of problems by China and the United States. When gripped by the United States, either go bankrupt or pay a massive amount to settle.

Cao: State-owned Assets Supervision and Administration Commission has raised doubts about our attorneys' fees.

Zhang Jian: Bureau of Policies and Regulations has made related requests for a list in terms of attorneys' fees and others.

Peng: There is no way to get bids on litigation attorneys.

Cao: Bids can be used to get commercial lawyers, but we'll find the litigation attorney that can win.

Peng: Now the Bureau of Policies and Regulations won't say which attorney of Dacheng's was contacted.

Song: State-owned Assets Supervision and Administration Commission wrote a letter to have us engage in litigation. Engage in limited response to the lawsuit, dealing with an order of over 2 million. Now, we really can't engage. If they think you have grounds for action, why would you not engage? In the United States, you can sue if you don't like

something, there don't have to be quality problems. The issue is values.

For this lawsuit in the United States, we would definitely lose. There is no possibility of a win. Contempt is fine, but we won't win anyway.

It's hard for anyone to free themselves from class action lawsuits. In the United States, Ceroda used asbestos and incurred a class action lawsuit. The creditors' committee formed a management commission, and any profits would go to them first.

Cao: There was a very famous lawsuit a few years ago. An old lady bought coffee, and there was a lawsuit, and McDonald's paid US$ 25 million in damages.

Song: If there are problems in the United States, there are also problems in China. Settlement in the United States cannot prove that you have no problems. Settlement in China means that you are deemed to have problems. Knauf came last time and said they were hijacked, but they could only settle in the United States. They have commercial insurance in the United States, which might be used to fix houses, and part of it is given to the attorneys, while the remaining is used to fix houses. The issue is

Case 2:09-md-02047-EEF-JCW Document 19492-3 Filed 09/10/15 Page 15 of 21

whether the houses are permitted to be repaired, it's not too realistic. Of some companies, one has to compensate some money.

In the United States, we don't have too much business profit, unlike KNAUF. But American judges don't think this way. They've got you, so why won't you settle?

Zhao: Recently, the Chinese government has adjusted the monopolies of several companies, including Audi, BMW, and Microsoft. Will this get bigger?

Lu: It would be easier to resolve at the state level.

Even if we bide our time now, it's different from in the past. The Americans are intentionally coming after you.

Song: Like Aorui said, if China National Building Material changes its plan of attack, because of State-owned Assets Supervision and Administration Commission, that case will cause a chain reaction. Whether we go, what we do, are all unrelated to State-owned Assets Supervision and Administration Commission.

Cao: The Americans won't even recognize it.

Ni: Right now, we still register based on two laws, and there is only limited liability under Company Law.

Zhuang: We'll keep ignoring them. What else is there to

do?

Cao: There is one thing we need a preliminary decision on: Beijing New Building Materials is not going to respond to the lawsuit.

Zhao: We can't respond now, so we won't respond.

Ni: They wrote the rules of the game. We can only keep playing the game if we force them to change the rules.

Song: This lawsuit is too big, over US$ ten or twenty million. They want too much. When we go back to State-owned Assets Supervision and Administration Commission, they talk about quality problems again.

Director Deng Yuting of Beijing New Building Materials Group has retired, arranging for exemption

Report and discuss Pilot Program for the Development of Mixed-Ownership Economic System at China National Building Material Company

Guang: Yesterday, we reported the plan to ten bureaus at State-owned Assets Supervision and Administration Commission

With the three powers of the Board of Directors, we may

need an additional one, the right of strategic planning. But there are different opinions on what would be part of this right. The commission believes that the Board of Directors can make decisions on items that are not part of its principal business. Would this work?

Song: So do you believe the Board of Directors?

Guang: Wait for Director Meng to get back.

Song: Beijing's plan is pretty good. State-owned Assets Supervision and Administration Commission wants to break through Beijing's plan. For instance, those with under 50% are no longer deemed state-owned enterprises, and would be managed by market principles,

this means we can't do things like fill out the forms anymore. We have to study Beijing's plan.

Guang: Yesterday, Second Bureau for the Administration of Corporate Executives mentioned that the Organization Department of the Communist Party of China is investigating officials whose family members are all abroad.

Song: But those people are bureaucrats.

Song: They are appointed for capital operations companies and investment companies.

Ni: Li Jianguo resigned his position as civil servant.

Song: Are there any breakthroughs on our pilot program?

Financial Times published an article on the central government's appointment of two enterprises implementing test sites for private capital

We've done a lot of work for this pilot program

Guang: The third key in the introduction to the pilot program was written according to the six aspects in the committee's plan.

Yesterday, Director Xiong proposed the selection of one test site department for the party organization.

Song: Choose China Fiberglass as the test site for the party organization. Jushi is at the local level. If Fiberglass moves, the party organization can go with it.

Cao: CNBM Investment is also a possible choice, but Fiberglass should have priority.

Guang: A few recommendations

Truly implement the recruitment and management of professional managers

Reform the current management of total salaries

In terms of cyclical budget management, we can communicate about directly listing it in filing management

for the total salary amount

Song: Yumeng, you all should work on this too.

Hao: Do some work, don't file the cases. Test sites?

Guang: Filing is fine.

Ni: Which level should we file to?

In the future, the mixed-ownership system will have a total salary amount, and State-owned Assets Supervision and Administration Commission can only manage headquarters.

Guang: The total salary amount at Group headquarters still has to be managed.

Song: I'm worried about something else. The breakthroughs at the central enterprises would not be as great at the local level.

Our test site departments are being managed by various authorities. There is also reform at non-test sites.

Zhen Caiji said that they are working on performance stocks, one of which was approved by State-owned Assets Supervision and Administration Commission. We should learn from them, to see what was approved by State-owned Assets Supervision and Administration Commission.

The non-test sites are doing it already, but we, as a test enterprise, all we are doing is talking to each other and we haven't accomplished anything.

Like Professor Zhu said, we've accomplished nothing for the year after becoming a test site, even less than the non-test sites.

Cao: What we can do now, what we are doing, and what we can accomplish; don't write these things into this plan.

Song: Two plans, one for reporting, and one plan for internal reform that we will do on our own.

Cao: Don't write into the pilot program what we can do now and what will be immediately effective.

Zhao: The pilot program is rougher the better in terms of the approaches and principles.

Ni: Don't give a detailed discussion of the existing problems in the system and how to reform them.

Guang: The things that we have insisted on, like equity incentives

We can open up this point too; historically formed privately owned entrepreneurs

Preferred stocks

We can consider providing support for establishing an

investment company specialized in managing employee shareholding rights within the Group.

Simplify the supervisory methods

Localize party construction

Apply for employee placement funds, with 500 million at Beijing New Building Materials, with 3-5 billion capital support

Song: If anyone has opinions, provide feedback to Xiaoguang.

First, we want to do well and have a breakthrough. Second, we hope that there are outcomes, mechanisms, and motivation, with good benefits. Let's truly do some reform, for those who should be doing their work and their homework. If someone should go out and learn something, at Zoomlion or Yili, they should do that.

For China Fiberglass, we are the strategic investor and the financial investor. We are engaged in complete marketized operations, and this would affect other companies too, like Zhejiang Materials Industry Group. For the preferred stocks, set the ratio of returns. For other ordinary shares, employees can participate for bonuses. Learn at Greenland Holding Group and Shanghai Electric.

In Beijing, for mixed [ownership] in the parent company and BBMG, the leadership ranks have incentivizing mechanisms. We should learn from them. We'll learn. In the next step, Office of Test Sites can organize something for getting out there to learn at these places.

We also need an internal plan that is not for their review. We need two plans, one with more reform, and one with more realism.

We chose seven units, and we support those not in the seven but are willing to undergo reform. State-owned Assets Supervision and Administration Commission said there are no ranks or time. It's true for us too. The Office of Test Sites cannot oppose it. Outside of the seven test site departments, for those that are willing to go and are going ahead, we can only continue reform if we enthusiastically provide support and guidance.

Ni: Figure out what is testing and what is implementation. After everything has finished being reviewed, implement it. Separate the people into public matters and the market. Go to the Ministry of Finance often.

Song: The Ministry of Finance actively contacted us. The two types of test sites are still up to the Finance

Department. We will seek opinions from State-owned Assets Supervision and Administration Commission, and ignore them if they are different.

Song: If pilot points are necessary, report to the Office of Test Sites, go through the leadership team, and they need review from the directors on the Board of Directors

The Chinese building materials group third board of directors 18th conference

Time: On August 15, 2014 9:00 conference form: Conference site conference conference venue: Six two meeting directors: Song Zhiping participates: Yao Yan, Cao Jianglin, Ni Xiaoting, Zhao Xiaogang, Zhuang Laiyou, Lu Xiaoqiang, Zhu Yanfu, Peng Xuefeng, king Yu Mengzheng the rock pile, Hao Zhenhua, the illumination space, do Zhiping Guo Korean person and Wu Jiwei, Zhang Jian, Zhao Yanmin, Wei Rushan the routine notification: Group and two, Group merges bill Zhao Yanmin who the CIGS project provides the guarantee to report 250 million for the Bengbu courtyard joint-stock company January to July production operation Wu Jiwei Cao Jianglin Song Zhiping to supplement as the state-owned capital in cash that the bank loan 217.17 million Yuan, the capital in cash was insufficient in this period, military: Financing step by step, 30 million euros, 100 million suffice; Operation capital that in two years supplement, the capital in cash may also make up in this period. The total project applied, step by step implementation.

Song: The department of commercial affairs has authorized, we hope that according to the original plan, the firm advancement, the key lies in the technology. From Siemens, to the shell version, to St. Gobain, this project has done many years, we only then attain this project, the place and fund want to throw this project, can come. To the future is very good matter, emergent industry. Realizes to finalize must finance, must guarantee.


, Forms the triumphant abundant group, to do about the group conformity internal resource are quite many, the investment that the solid glass platform's bill does triumphantly abundantly are quite many, has the enthusiasm. The investment department helped to manage. Now builds the platform, the service specialization, manages the standardization, makes clear the management level.

Wei Rushan: The management centralism and property rights are clear, service is clear about, efficiency to enhance Guo Chaomin: A lot of uncertainty take to load into triumphantly glass company changes the name abundantly, is not difficult.

Luobo Group and Luobo stock, difficulty quite in a big way completes the compression level, cultivates some new services, has a basic platform with the international and domestic cooperation.

Yao: Last year Song Zong had also said that the influential role, the glass unit, has given Pengshou in recent years, some work are not Taishun. The Bengbu courtyard the main development industry, (entered international construction project) with the scientific research and design for these years, is managed very difficult tube by the main hospital, is authorized by the upper stage are getting more and more. After entire ends, glass matter concentrated. Pengshou has done a lot of work, the scattered platform, entire becomes a big platform to do. The matter that needs to adjust are very many, the glass company affects. Here, intensifies dynamics, the group must carry on the help and instruction to them.

Song: Establishes triumphantly after abundantly, has built the platform, in the capital and property, later abundantly may make the guarantee for below.

The traditional glass, the Zhonglian two money, are popular the branch and so on to adjust. Luoyang started the steam distribution vehicle glass.

Zhao: The glass comes out, Luobo Group also remains many capital Wei: According to calculates, actual value not optimistic Song that the Luobo stock comes out: We want to vanish him, but vanishes a shell not to be easy.

Village: When original treatment bad capital, changes to the asset management corporation, originally recycles 20-30% basically. Xinda, his in fact zero cost, sells a spot to gain.

Song: Luoyang is quite good to discuss that several asset management corporations in Luoyang are quite difficult to discuss, the debt transfers shares of stock, the actual assets were zero, but inside the listed company, a participation market value appraisal, the property did not have but the market value was very high, regarding will be quite difficult. But they do not exit, the Luobo stock did not change. Perhaps also obtains a blood.

Zhao: Should better be able to apply for country's policy, the young shareholder cancels in the finance.

Song: This may apply, Luobo this matter, how changed, has rescued it. Our line of articles, how make the lane, strives, several asset management corporations, are not many.

To too much produce to solve the Luobo Group problem, the aluminum has solved 2 billion. As the capital in cash, solves the remaining issues.

Guo: This year is not optimistic.

The aluminum, smelts, the steel, has arranged in order ten specially difficult enterprises, does not have

us.

Road: Has the general computation.

Ni: The policy bankruptcy, has two Cao probably: Does not go bankrupt easily. This plan's objective point not necessarily is Luobo, solves Luobo's problem. Must make a managerial holding company, all matters often found the main hospital and group, business profit not good or have various questions.

Managerial holding company has three functions: 1) big financing platform, the Bengbu courtyard 467 million guarantee, this matter gets up, does not need the group to guarantee. 2) takes in solution question left over by history the platform, 3) most important, platform below develops the new thing, the analogy CIGS project, the TFT-LCD glass foundation plate project. Can by this platform, develop 2-3 1 billion levels of profits companies to come out finally.

The chain link is too long, service mixed, several hundred thousand and several million companies; Company were many a point, dozens definitely have. These questions, Pengshou is also willing to solve. Because of a Dakuaide, avoid looks for project.

Guo: Because of replacing, the stock price and market value will have the rise.

Song: Two listed companies both have potential. Must make big two listed companies, the industry makes the new material, new energy. Takes making certain scale industry as direction Cao: Carries two listed companies, now left the group to be too far.

Digestion glass's difficulty, is only a minimum question. Mainly focuses on the development.

Road: Puts in order other services to the listed company in Cao: The glass foundation plate, CIGS, first training slowly, then installs toward the listed company.

He has receives capital market welcome very much the concept.

Song: Their scientific researchers have made many things. His question, is company are too many, needs to cut the pruning. Pengshou is the study person, you said to him, he can listen.

The small brand slowly vanished. Four cement corporation respective uniform brands.

About Formulates "China Building materials Group asset Transfer Policing method" bill Wei: 100-5000, the second-level enterprise examines and approves, the approach transaction transfers over 50 million, the approach transaction transfer (agreement transfers and fulfills approval process exception) over 300 million, work bulletin board of directors Ni: Has the absolute quantity and relative number stipulation enterprise small Song: Main 50 million - 3 hundred million are the groups, 300 million are the chairman, the building materials is the heavy property professions. Has a look at this number to be good.

Bill four: Northern new building materials foreign donation item bill.

Bill five: Zhejiang southern the cement limited company "altogether governs the bill of project foreign donation on five water"

About losing beautiful gypsum board in the near future progress notifies Zhang Jian: The laws bureau, Bureau Chief Zhou consults most high court directly, regardless of American ruling how, the domestic assets did not carry out, foreign asset. Dealing of Chinese building materials, four aspects, the enterprise completes the media propaganda plan.

SAC and judicial department communicates, refuses to deliver.

Cao: Several attorneys are familiar with the case, is familiar with American law Attorney Wang (Austria, Switzerland): From the present ruling, on July 17 determined the contempt of court, violated the WTO law, latter added on SAC, punishments to Taishan two managements. They want to force Chinese solution, way to overstep the limit. If their decisions do, possibly is connected SAC, the Chinese building materials and so on, if goes to the US, possibly will have the potential danger. We answer a charge with do not answer a charge have the question. 37 pages of reports.

Cao: Had the case, was detained by the US, what is.



Yan Guozhe: On July 18 the northern new building materials have made the announcement, announced that has the possibility to cause the heavy loss, after coming out, the stock has not received to affect, the just right mix system of ownership comes out, the stock also rose.

3700 houses and other recent information present Cao: The joint-stock company must be ready, otherwise affects is bigger.

Often: Has prepared Cao: I think only then Jia have the risk with spring going abroad. Papua-New Guinea and Australia's legal framework is similar.

Zhu: Takes away the ship possibly is bigger than buckles a person of possibility.

Song: The gypsum board China \ US showed that does not have the question. Tied down by the US, or goes bankrupt, or huge price reconciliation.

Cao: SAC raised the question to our Legal expenses.

Zhang Jian: The laws bureau set the related request, requested to spend and other aspects to list the detailed list in the attorney.

Peng: The lawsuit attorney does not have the means to incur to bid Cao: The commercial attorney may incur the bid, the lawsuit attorney who can win is looks whose Peng: The laws bureau did not say that now is which attorney of accomplishment relates.

Song: SAC published a letter, lets us bring a lawsuit. Answers a charge limitedly, 2 million bills hit. Really now cannot hit. They think why you are rational do not hit. US, so long as does not like being possible to consider, not necessarily has the quality problem. Values question.

Our lawsuits hit in the US, are doomed to lose. Possibility that has not won. Despises may also, in brief did not win.

Who has provoked the class action litigation, little can get rid. First Lu Da of US, because has used the asbestos, the class action litigation, forms the management committee of the creditor's rights committee, made profit to pay them first.

Cao: Several years ago had a very famous lawsuit, the old woman bought the coffee, the prosecution, sold to work as Lao Pei 25 million dollars Song: If the US has the question, China also has the question. The reconciliation of US, is unable to show that means you do not have the question. China regarding the reconciliation, believes that you have the question. The Knauf previous time comes, said that was kidnapped, but in the US, can only reconcile. They participated in the business insurance of American product, has the possibility to repair the house, one part gives the attorney, remaining these many repair the house. Does the house let repair, is the question, is not too realistic, some companies, compensates some money.

We in American many commercial profits, have not been are different from KNAUF. But the US, the judges in US like this does not think that holds you in any case, why you did not reconcile.

Zhao: Recently the Chinese government adjusted several companies to monopolize, has Audi, the BMW, can Microsoft, do the big road: Rose was good to solve to the national stratification plane.

Now conceals one's abilities again , Also with before is different. Now the US asks you to be cut by broken glass intentionally.

Song: Austria, Switzerland said that if Chinese building materials change fighting method, because of SAC, that case will trigger the chain-reaction, we cannot go, how to do, with SAC irrelevant Cao: The Americans did not acknowledge.

Ni: We press two law to register now, only then the law of corporation is the limited liability.

Village: Continues to pay no attention to him, has any means Cao: The matters must initially decide that the northern new building materials do not answer a charge Zhao: Now the principle is not good, pays no

attention.

Ni: The game rule he decides, only then compels him to change the game rule, can accompany him to play.

Song: This lawsuit was too big, 120 million dollars cannot stop. Their appetite was too big. Returns to SAC, said quality problem.

Beixinjituan trustee Deng Yuting retires, handles to exempt

Notifies and discusses "China Building materials Group development Mixed economy Pilot project" light: Yesterday had reported the plan board of directors three power to the SAC ten bureaus, could increase a power, the strategic plan power, but puts this power to have the different opinion, in the committee believes that the non-principal work's project board of directors decided can do, is good.

Song: Then you do not want to believe the board of directors light: Waits for Director Meng to come back Song: Beijing's plan is good, SAC must break through Beijing's plan. For example below 50% no longer regards with the state-owned business, manages according to the marketability, this means that filled out a form and so on unable to do again. Must study Beijing's plan light well: Yesterday, business did two games to raise, Organization Department of the Central Committee of the CPC checked to the cadre bare official, Song: That people are the official Song: The capital operation company and investment company are appointment Ni: Li Jianguo resigns from official Song: Did our pilot projects, have to break through the British Financial Times to publish the article, the central authorities assigned two enterprises to carry on the introduction privately operated capital experiment site pilot project to spend the big time the light: The pilot project introduced that the key third part, in plan six aspects according to Venezuela writes.

Yesterday Director Xiong proposed that chooses an experimental unit to make party organization's experiment site Song: The experimental unit of party organization chose Chinese Bolivia filament, the megalith in the place, the Bolivian filament to move, the party organization may also pass Cao: Also may select the building materials investment, first chooses the Bolivian filament light: Several suggestions truly carry out professional managerial to select, manage the breakthrough now the total wages mode of administration we in the periodic budget management, we may communicate, includes the total wages setting up a file to manage Song directly: Yu Meng, you is also work Hao: Does the work, set up a file was unprepared, experiment site light: Sets up a file may but actually Ni: Prepares does not have the total wages to several levels of future blending systems of ownership, SAC can only manage the headquarters light: Group headquarters' total wages must manage Song: Also is worried about a spot, the central enterprise experiment site, we in breakthrough might as well place are the experimental units, got up by various unit tubes, is not the experiment site, changed to say, they did the achievement stock, a SAC has approved, we studied, SAC approved any thing non-experiment site to do, our experimental enterprise, talked at once, anything has not made to look like Professor Zhu saying that experiment site's one year later anything has not made, might as well Cao of non-experiment site: Now can do, done can also make, do not write about in this plan.

Song: Two plans, a newspaper's plan, a plan of domestic reform, we are Cao: At present can do, has the effect immediately, does not write in the pilot project Zhao: The pilot project is thicker is better, direction, principle Ni: The problem that at present in the system has, how reforms, do not speak that thin light: Had been insisting, holds including the stockholder's rights drive, may let loose, the preference shares support group that the private enterpreneur, history forms sets up one to manage the staff to own stocks the stockholder's rights specially the investment company, this may consider in the supervisory format to simplify the localization of party building to apply for the staff to place the fund, north new 500 million, 30 - 5 billion capitals in cash support Song: Who has the opinion, feeds back one with small light. We want a little to break through, must complete. Two. We hope that has the effect, had mechanism to have the power, the benefit was also good. We make truly the reform, should make the work, does the schoolwork on. Should exit to study, the Zhonglian serious crime, Ely, goes to study.

Chinese Bolivia filament, we are the strategic investor and financial investor, our marketability operation, affects to other companies in completely. To the Zhejiang product. Preference shares, stipulation income proportion. Other common shares, the staff participates, draws bonus. Study to the green space and Shanghai electricity.

Beijing, mixes the parent company, Jin Yu and others, the leadership has the incentive mechanism, we learn from them. We study. Next step, the experiment site office organizes to study.

We must have an internal plan, does not approve after him, plan that two plans, reform, more realistic

plan.

We have chosen seven units, not in these seven units, support that is also willing to reform. SAC said does not have the level, does not have the time. Our also this. The experiment site manages cannot oppose that outside seven experimental units, is willing to lead, runs away, enthusiasm supports, the reform can do.

Ni: Anything is tries, anything is execution, makes clear. Approved, execution. Separates the human, official business and market's two kinds of natures. Goes to Ministry of Finance.

Song: Ministry of Finance looks for us on own initiative. The finance department decides, two kinds of experiment sites. Solicits the SAC suggestions, different does not manage.

Song: Has to want the experiment site, reported the experiment site office, after the leading group, needed the board of directors of board of directors to approve


 --- Summary Information ---
1: 1200 PID_TITLE: The Chinese building materials group third board of directors 18th conference
PID_SUBJECT:
PID_AUTHOR: gzp
PID_KEYWORDS:
PID_COMMENTS:
PID_TEMPLATE: Normal
PID_LASTAUTHOR: User
PID_REVNUMBER: 2
PID_CREATE_DTM: Fri Aug 15 09:11:00 CST 2014
PID_LASTSAVE_DTM: Fri Aug 15 14:23:00 CST 2014
PID_PAGECOUNT: 1
PID_WORDCOUNT: 790
PID_CHARCOUNT: 4509
PID_APPNAME: Microsoft Office Word
PID_SECURITY: 0

 --- Document Summary Information ---
PID_CODEPAGE: 1200
PID_COMPANY:
PID_CATEGORY:
PID_MANAGER:
PID_PARCOUNT: 10
PID_LINECOUNT: 37
17: 5289
PID_PRESFORMAT:
PID_BYTECOUNT: 0
PID_SLIDECOUNT: 0
PID_NOTECOUNT: 0
PID_HIDDENCOUNT: 0
PID_MMCLIPCOUNT: 0
PID_SCALE: false
PID_LINKSDIRTY: false
1: 1200
KSOProductBuildVer: 2052-9.1.0.4764

# 中国建材集团第三届董事会第十八次会议

时间：2014 年 8 月 15 日 9：00

会议形式：会场会议

会议地点：六层二会

主持人：宋志平

参加：姚燕、曹江林、倪小庭、赵小刚、庄来佑、路小蕾、

朱延福、彭雪峰、王于猛

　　　郑磊、郝振华、光照宇、干志平

　　　郭朝民、武吉伟、张健、赵延敏、魏如山

一、　例行通报：集团公司、股份公司 1-7 月生产经营情况

武吉伟

曹江林

宋志平

二、集团公司为蚌埠院并购 CIGS 项目提供担保的议案

赵延敏汇报

2.5 亿是作为国有资本金补充，银行借款 21717 万元，期间资本金不足，

武：融资分步，3000 万欧元，1 亿是够的；两年内追加的运营资本，期间资本金也可以补上。总项目申请，分步实施。

宋：商务部已经批准，我们希望按原有计划，坚决推进，关

CNBMGRP00346624

键在于技术。从西门子，到壳版，到圣戈班，这个项目做了很多年，我们只有拿到这个项目，地方、基金都想投这个项目，才能进来。对未来来讲是非常好的事，新兴产业。实现交割就要融资，就要担保。

二、 关于集团整合内部资源、组建凯盛集团、做实玻璃平台的议案

凯盛做的比较多，投入比较多，有热情。投资部帮忙理了一下。现在搭建平台，业务专业化，管理规范化，把管理层级搞清楚。

魏如山：管理集中、产权清楚、业务明确、效率提高

郭朝民：还有很多不确定性

把玻璃公司拿出来装进凯盛更名，不难。

洛玻集团、洛玻股份，难度比较大

做完压缩层级，培育一些新的业务，与国际国内业务合作有一个基本的平台。

姚：去年宋总也说过，重要作用，最近几年玻璃的单位，都交给了彭寿，有些工作不是太顺。蚌埠院这几年主要发展产业，和科研、设计（进了国际工程），由总院来管很难管，由上一级批准的越来越多。整完后，玻璃的事就集中了。彭寿做了很多工作，零散的平台，整成一个大的平台去做。需要调整的事挺多的，玻璃公司作用。借此机会，加大力度，

Confidential

集团要对他们进行帮助和指导。

宋：凯盛成立后，搭了平台，在资本、资产上，以后凯盛可以为下面做担保。

传统的玻璃，中联两条钱，兴科等要调整。洛阳已经开始配汽车玻璃。

赵：玻璃出来，洛玻集团还剩多少资本

魏：根据洛玻股份出来的来算，实际价值不乐观

宋：咱们想把他消掉，但消掉个壳也不容易。

庄：原来处理不良资本时，转到资产管理公司，原来基本回收到百分之二三十。信达，他实际上零成本的，卖一点赚一点。

宋：洛阳市的比较好谈，洛阳的几家资产管理公司比较难谈，债转股，实际资产都是零了，但里面有一个上市公司，一参与市值的评估，资产没了但市值挺高，谈起会比较难。但他们不出去，洛玻股份改不了。恐怕还得出点血。

赵：最好能申请到国家的政策，小股东在财务上核销掉。

宋：这个可以去申请，洛玻这件事，怎么去改变，救了它。我们行个文，怎么弄弄，争取一下，好几次资产管理公司，都不多。

以过剩产能解决洛玻集团问题，中铝已经解决了 20 亿。作为资本金，解决遗留问题。

郭：今年不乐观。

CNBMGRP00346626

中铝、中冶、中钢，列了十个特别困难的企业，没有咱们。

路：有没有大概的计算。

倪：政策性破产，大概有两家

曹：破产不容易。 这个方案的着眼点不一定是洛玻，解决洛玻的问题。要做一个经营性的控股公司，所有的事情动不动就找到总院和集团，企业赢利情况不好或有各种问题。

经营性的控股公司有三个作用：1）大的融资平台，蚌埠院4.67 亿担保，这事起来，不需要集团担保。2）消纳解决历史遗留问题的平台，3）最重要的，平台下面发展新东西，比方 CIGS 项目，TFT-LCD 玻璃基板项目。能不能由这个平台，最后发展 2-3 个 10 亿级利润的公司出来。

链条太长，业务杂一点，还有几十万、几百万的公司；公司多了一点，几十个肯定是有的。这些问题，彭寿也愿意解决。因为一大块地，省得找项目。

郭：因为置换，股价和市值会有上升。

宋：两家上市公司都有潜力。要做大两家上市公司，产业做新材料，新能源。以做成一定的规模产业为方向

曹：把两个上市公司拎上来，现在离集团太远了。

消化玻璃的困难，只是一个极小的问题。主要着眼于发展。

路：把其他业务都整到上市公司里

曹：玻璃基板，CIGS，慢慢的先培训，再往上市公司装。

他有很受资本市场欢迎的概念。

CNBMGRP00346627

宋：他们的科研人员做了不少东西。他的问题，就是公司太多，需要剪剪枝。彭寿是学习型的人，你给他讲了，他能听。

　　小的品牌就慢慢消掉了。四个水泥公司各自统一品牌。

三、　关于制定《中国建材集团资产转让管理办法》的议案

魏：100-5000，二级企业审批，进场交易转让

5000 万以上，进场交易转让（协议转让并履行审批程序的除外）

3 亿以上，办公会报董事会

倪：有没有绝对数和相对数的规定

　　企业小的

宋：主要 5000 万-3 个亿是集团，3 亿是董事长，建材是重资产的行业。看看这个数行不行。

议案四：北新建材对外捐赠事项的议案。


议案五：浙江南方水泥有限公司就"五水共治"项目对外捐赠的议案


**关于输美石膏板近期进展情况的通报**

张健：法规局，周局长直接咨询最高院，无论美国判决如何，国内资产不被执行，国外资产。中国建材的应对，四方面，企业做好媒体宣传预案。

国资委与司法部门沟通，拒绝送达。

Confidential

曹：几位律师熟悉案子，熟悉美国法律



CNBMGRP00346629



晏国哲：７月１８日北新建材做了公告，公告有可能会造成巨大损失，出来后股份没有受影响，正好混合所有制出来，股份还上涨了。

３７００栋房屋等一些新的信息又出现

曹：股份公司也要做好准备，否则影响更大。

常：已经做准备了

曹：我认为只有贾同春出国是有风险的。巴新和澳洲的法律体系都差不多。

朱：扣船的可能大于扣人的可能。

宋：石膏板中国＼美国都证明没问题。被美国缠住，要不破产，要不巨大代价和解。

曹：国资委对我们的律师费提出质疑。

张健：法规局提出相关要求，要求在律师费等方面列出清单。

CNBMGRP00346630

彭：诉讼律师没有办法招投标

曹：商务律师可以招投标，诉讼律师谁能打赢就是找谁

彭：法规局现在不说是和大成的哪个律师联系的。

宋：国资委出了个函，让我们去打官司。有限应诉，２００多万的单子去打。现在实在打不下去。他们认为你有理为什么不打。美国，只要不喜欢就可以告，不一定有质量问题。价值观的问题。

咱们这个官司在美国打，注定输。没有赢的可能。藐视也可，总之赢不了。

谁招惹了集体诉讼，很少能摆脱出来的。美国的先路达，因为用了石棉，集体诉讼，由债权委员会组成管理委员会，赚了利润先支付他们。

曹：前几年有个很有名的官司，老太太买咖啡，就起诉，卖当劳赔了２５００万美金

宋：如果美国有问题，中国也有问题。美国的和解，是无法证明，意味着你没问题。中国对于和解，认为你有问题。Knauf上次来，说被绑架了，但在美国，只能和解。他们参与了美国产品的商业保险，有可能修房子，一部分给律师，剩下这么多家去修房子。房子让不让修，全是问题，不是太现实，有的公司，一家赔些钱。

咱们在美国没有多少商业利润，和 KNAUF 是不一样的。可是在美国来讲，美国的法官不这样想，反正是抓住你了，你为

CNBMGRP00346631

什么不和解。

赵：最近中国政府调整几家公司垄断，有奥迪，宝马，微软，会不会搞大

路：上升到国家层面了就好解决了。

现在再韬光养晦，也和以前不一样了。现在美国成心找你碴。

宋：奥瑞所说，如果中国建材改变打法，因为国资委，那个案会引发连锁反应，咱们去不去，怎么做，和国资委无关

曹：美国人根本就不承认。

倪：咱们现在还是按两个法注册，只有公司法是有限责任。

庄：继续不理他，有什么办法呢

曹：有一个事要初步决定，北新建材不应诉了

赵：现在理也不行，就是不理。

倪：游戏规则他定的，只有逼得他改游戏规则，才能陪他玩。

宋：这个官司太大了，一两千万美金打不住。他们胃口太大了。回到国资委，又说质量问题。


北新集团董事邓玉庭退休，办理免去


通报并讨论《中国建材集团发展混合所有制经济试点方案》

光：昨天又向国资委十个局汇报了一下方案

董事会三权，可能要增加一权，战略规划权，但放这个权方面有不同的意见，委里认为，非主业的项目董事会决定就能

CNBMGRP00346632

做，行不行。

宋：那你相不想信董事会

光：等孟主任回来

宋：北京市的方案不错，国资委的要突破北京市的方案。例如50%以下的不再视同国有企业，按照市场化管理，这意味着填表等都不能再做了。要好好研究北京市的方案

光：昨天，企干二局提，中组部对干部裸官清查，

宋：那人们是官啊

宋：资本运营公司、投资公司都是任命的

倪：李建国辞去公务员

宋：咱们的试点方案，有没有突破

英国金融时报登了文章，中央政府指定两家企业进行引入私营资本的试点

这个试点方案下了大工夫了

光：试点方案介绍，重点第三个部分，按照委里方案的六方面写的。

昨天熊主任提出选一个试点单位做党组织的试点

宋：党组织的试点单位选中国玻纤，巨石在地方，玻纤搬迁了，党组织也可以过去

曹：也可以选中建材投资，优先选玻纤

光：几个建议

真正落实职业经理人选聘，管理

CNBMGRP00346633

突破现在工资总额的管理方式

我们在周期性预算管理，我们可以去沟通，直接列入工资总额的备案管理

宋：于猛，你们也去做做工作

郝：做做工作，备案都不备了，试点吗

光：备案倒是可以

倪：备到几级

　　将来的混和所有制没有工资总额，国资委只能管理总部

光：集团总部的工资总额还要管理

宋：又担心一点，中央企业试点，突破还不如地方的

咱们是试点单位，都被各单位管起来了，不是试点的，也都改了

真才基讲，他们搞业绩股票，其中一个国资委已经批了，咱们去学一下，国资委批了什么东西

非试点都做了，咱们试点企业，七嘴八舌，什么也没做成

像朱教授说的，试点的一年后什么也没做成，还不如不试点的

曹：现在能做的，正在做的也能做成的，不要写到这个方案里。

宋：两个方案，一个报的方案，一个内部改革的方案，咱们自己做

曹：眼下能做的，马上有效果的，不写试点方案里

Confidential

赵：试点方案越粗越好，方向，原则

倪：目前体制中存在的问题，怎么改革，别讲那么细

光：一直在坚持的，包括股权激励

上持下，也可以放开，民营企业家，历史形成的

优先股

支持集团内部设立一个专门管理员工持股股权的投资

公司，这个可以考虑

监管方式上简化

党建的属地化

申请员工安置资金，北新五亿，30-50亿的资本金支持

宋：谁有意见，和小光反馈

一．咱们想有点突破，要做好。二。希望有效果，有机制有动力了，效益也好了。咱们真正做一场改革，该做工作、做功课的上。该出去学习的，中联重科，伊利，都去学一下。中国玻纤，咱们是战略投资人和财务投资人，咱们完全市场化运作的，对其他公司内部也是影响。到浙江物产。优先股，规定收益比例。其他普通股，职工参与，分红。到绿地和上海电气学。

北京，混和到母公司，金隅等，领导层都有激励机制，咱们向他们学习。我们学习。下一步，试点办组织出去学习学习。咱们还得有一个内部方案，不经他批的，两套方案，更改革的方案，更实事求是的方案。

CNBMGRP00346635

我们选了七个单位，不在这七个单位里的，愿意改革的也支持。国资委说的没级次，没时间。咱们也这样。试点办不能反对，七个试点单位以外，愿意领跑，撒腿就跑的，满腔热情地支持和指导，改革才能做下去。

倪：什么是试，什么是执行，搞清楚。都批完了，就执行。把人分开，公务和市场的两类性质。多去财政部。

宋：财政部主动找我们。财务部还是说了算，两类试点。征求国资委意见，不一样不管。

宋：有要试点的，报试点办，经领导小组，需要董事会的董事会批

Confidential