<u>Translation of CNBMGRP00010052-53</u>

<u>CNBMGRP00010052</u>

CNBM Third Board of Directors Notice Letter No. 17

Signed and Issued by: Zhiping Song

**Notice on Holding the Seventeenth Meeting of the Third Session of the Board of Directors of China National Building Material Group Corporation**

All directors:

The seventeenth meeting of the third session of the board of directors (the eighth in 2014) will be held according to the suggestion by Chairman Zhiping Song, the relevant matters are notified below:

| | |
|---|---|
| **I. Time of the meeting:** | July 11th, 2014 (Friday) 15:00 – 17:30 |
| **II. Location of the meeting:** | Second conference room, sixth floor, CNBM Building, Guohai Square |
| **III. Format of the meeting:** | On-site meeting |
| **IV. Host:** | Zhiping Song |
| **V. Attendees:** | Yan Yao, Jianglin Cao, Xiaoting Ni, Xiaogang Zhao, Laiyou Zhuang, Xiaoqiang Lu, Yanfu Zhu, Xuefeng Peng, Yumeng Wang; |
| **Observers:** | The 6th office of the Supervisory Committee: Chief Zimin Wang, Special Supervisor Lei Zheng |

<u>CNBMGRP00010053</u>

Secretary of the Board:   Zhaoyu Guang

Head of the Board of Directors' Office: Zhiping Gan

MTD Exhibit #208

> Group Corporation: Jinhua Xu, Anzhong Huang, Jiwei Wu, Jian Zhang, Rushan Wei
>
> Company Limited: Zhangli Chang
>
> BNBM PLC:  Bing Wang
>
> Taishan Gypsum:   Tongchun Jia

**IV. Main Topics of the Meeting:**

1. Deliberating on the proposal on the Group Corporation contributing capitals to establish CNBM United Investment Company;

2. Deliberating on the proposal on adjusting the personnel from some of the tier-two enterprises of the Group Corporation;

3. Deliberating on the proposal on strategies of coping with the event of gypsum boards transported to the U.S.;

4. Supplementary explanations of the relevant situations on the proposals of the sixteenth meeting of the third session of the board of directors (the materials will be distributed during the meeting)

　　Please attend the meeting on time. If you cannot attend for any reason, you may delegate other committee members via written request to attend the meeting and express opinions. If there is any objection or confusion by any leader during the process of reviewing the proposal materials, please contact the board of directors' office. We will timely arrange relevant personnel to communicate with you. Contact: Zhaoyu Guang 13901193770, Quan Ding 13581696248.

　　It is hereby specially notified.

　　　　　　　　　　　China National Building Material Group Board of Directors' Office

　　　　　　　　　　　　　　　　　　　　　　　　　　　July 7, 2014

Building materials three Dong will pass the character No. 17 issuer: Song Zhiping about convening the notice fellow trustees of Chinese building material Group Company limited third board of directors 17th conference: After Chairman Song Zhiping proposed that convenes the third session of board of directors 17th time (in 2014 the eighth time) conference, is presently as follows the related item notice:
First, conference time: On July 11, 2014 (Friday) 15:00-17:302, conference venues: The country sea square China building materials building six second conference room three, conference forms: Conference site conference four, managements: Song Zhiping five, attended the meeting: Yao Yan, Cao Jianglin, Ni Xiaoting, Zhao Xiaogang, Zhuang Laiyou, Lu Xiaoqiang, Zhu Yanfu, Peng Xuefeng, king Yu Meng;
Attending a meeting as a non-voting delegate: Board of supervisors 6 offices: Prince people director and Zheng rock pile full-time supervisor board of directors secretary: Illumination space board of directors director: Does Zhiping Group: In Xu Jinhua, Huang An, Wu Jiwei, Zhang Jian, Wei Rushan joint-stock company: Often Zhang Li northern new building materials: Wang Bing Taishan gypsum: Jia with spring four, main items on the agenda:
1. The deliberation invests to set up the bill of building materials jointly investment company about Group;
2. deliberation about bill of Group part second-level enterprise personnel adjustment;
3. deliberation about losing beautiful gypsum board event countermeasure bill;
4. (At material meeting sends) about the additional remarks of third session of board of directors 16th conference bill related situation asks you to attend the conference on time, cannot attend for some reason, but other written request committee members attend the conference and express the opinion. Fellow leaders in scrutinization bill material process, if there is objection and questionable point, please with the board of directors office relation, we promptly arrange the concerned personnel and you communicates. Public relations contact: Illumination space 13901193770, Ding springs 13581696248.
Specially notice.

Chinese Building materials board Office on July 7, 2014

--- Summary Information ---
1: 936 PID_TITLE: The Chinese building material Group Company limited Board of directors conference informs PID_SUBJECT:
PID_AUTHOR: Mimi PID_KEYWORDS:
PID_TEMPLATE: Normal PID_LASTAUTHOR: User PID_REVNUMBER: 5 PID_APPNAME: Microsoft Office Word PID_EDITTIME: Mon Jan 01 08:06: 00 CST 1601 PID_LASTPRINTED: Tue Apr 15 19:16: 00 CST 2014 PID_CREATE_DTM: Mon Jul 07 20:28: 00 CST 2014 PID_LASTSAVE_DTM: Mon Jul 07 22:30: 00 CST 2014 PID_PAGECOUNT: 2 PID_WORDCOUNT: 95 PID_CHARCOUNT: 547 PID_SECURITY: 0

--- Document Summary Information ---
PID_CODEPAGE: 936 PID_PRESFORMAT:
PID_COMPANY: bnbm PID_LINECOUNT: 4 PID_PARCOUNT: 1 PID_SLIDECOUNT: 0 PID_NOTECOUNT: 0 PID_HIDDENCOUNT: 0 PID_MMCLIPCOUNT: 0 17: 641 23: 786432 PID_SCALE: false PID_LINKSDIRTY: false 19: false 22: false 1: 936 KSOProductBuildVer: 2052-9.1.0.4429

中建材三董会通字 17 号　　　　　　　　　　签发人：宋志平

# 关于召开中国建筑材料集团有限公司
# 第三届董事会第十七次会议的通知

各位董事：

经宋志平董事长提议召开第三届董事会第十七次（2014 年第八次）会议，现将有关事项通知如下：

**一、会议时间**：2014 年 7 月 11 日（星期五）15：00—17：30

**二、会议地点**：国海广场中国建材大厦六层第二会议室

**三、会议形式**：会场会议

**四、主持**：宋志平

**五、参会**：姚燕、曹江林、倪小庭、赵小刚、庄来佑、路小蔷、朱延福、彭雪峰、王于猛；

**列席**：监事会 6 办：王子民主任 、郑磊专职监事

CNBMGRP00010052

    董事会秘书：光照宇

    董事会办公室主任：干志平

   集团公司：许金华、黄安中、武吉伟、张健、魏如山

   股份公司：常张利

   北新建材：王兵

   泰山石膏：贾同春

### 四、会议主要议题：

1. 审议关于集团公司出资设立中建材联合投资公司的议案；
2. 审议关于集团公司部分二级企业人事调整的议案；
3. 审议关于输美石膏板事件应对策略的议案；
4. 关于第三届董事会第十六次会议议案有关情况的补充说明（材料会上发）

请您准时出席会议，因故不能出席，可书面委托其他委员参加会议并发表意见。各位领导在审阅议案材料过程中如有异议、疑点，请与董事会办公室联系，我们将及时安排有关人员与您沟通。联系方法：光照宇 13901193770、丁泉 13581696248。

特此通知。

中国建材集团董事会办公室<br>
二〇一四年七月七日