Partial Translation of BNBM(Group)-E-0001744-1745

BNBM(Group)-E-0001744

**Attachment 1**

### Explanation about the Accounts Receivable of BNBM of America Inc.

The account of the company's Department of Import and Export Business shows that, as of December 31st, 2010, 14,500,395.07 Yuan of receivables should be collected from BNBM of America Inc. for payments of goods. Provisions for bad debts have been set aside for the entire amount of those accounts receivable. Meanwhile, registration of BNBM of America Inc. has been cancelled since July 2005, and thus those accounts receivable cannot be collected. The company now applies to write off those accounts receivable.

**Detailed explanations are as follows:**

In 1999, the United States closed several gypsum board factories for environment conservation reasons, and the prices of gypsum boards increased steadily in the United States. Seizing this opportunity, BNBM Group conducted a series of technology reforms to gypsum board production technology and successfully developed and manufactured edge bonding machines, which solved the problems of sealing and packaging gypsum boards. Through a series of technology renovations, BNBM's gypsum boards successfully acquired the United States UL certification. Chinese gypsum boards entered the United States market for the first time. This move effectively eased the situation that the gypsum board market became saturated in China. In two years afterwards, large numbers of BNBM's gypsum boards entered the United States market, and BNBM Group also sent special people to the United States to take charge of the sales work. However, the gypsum board market changed dramatically. Because large numbers of gypsum boards poured into the United States and the gypsum board production lines in the United States were gradually put into operation, the product prices dropped sharply. Gypsum boards are heavy products and it is not convenient to ship them back and forth, so to reduce the losses, BNBM Group adopted the strategy to sell them in the United States at low prices to solve the problem of inventory overstock. Thus, the accounts receivable mentioned above came into being.

…

MTD Exhibit #214

BG: 7/15/15-7/18/15
Exhibit 245

Before the BNBM of America Inc. cancelled its registration, our company's former sales personnel stationed in the United States tried every effort to collect those receivables outstanding, but the receivables still could not be collected. Afterwards, BNBM of America Inc. cancelled its registration, and provisions for bad debts have been set aside for this part of accounts receivable at their full amount.

BNBM(Group)-E-0001744

Appendix 1

About the explanation of northern new American Corporation account receivable

Company import and export services department account showed that receivable northern new American Corporation lent 14,500,395.07 Yuan by December 31, 2010, this some account receivables the sum total idea has raised the bad account preparation; At the same time, northern new US Corporation also cancelled with July, 2005, this some receivable funds have not been able to take back, presently applies to cancel this some receivable funds.

Explained in detail as follows:

In 1999, as a result of the environmental protection reason, the US closed down several gypsum lumber yards one after another, the American domestic gypsum board price steadily rose. Beixinjituan seizes the opportunity, has made a series of technical transformations to the gypsum board production technology, has successfully developed the edger, has solved the gypsum board seal problem. Through a series of technological innovations, northern new gypsum board successful through American UL authentication; The Chinese gypsum board entered the American market for the first time, this action effectively alleviated the saturated condition in domestic gypsum board market. Afterward two years, northern new gypsum board enters the American market massively, Beixinjituan also sends the specialist to go to the US to be responsible for the sales task, but the gypsum board market had the immense change, the massive gypsum boards flood into the US one after another, and US's gypsum board production line also one after another begins, caused the product price to fall rapidly. Because the gypsum board is the deadweight cargo, is not suitable back and forth transports, to reduce the loss, Beixinjituan adopts in the strategy of American low price sale to solve the backlog stock, from this has formed this some account receivables.

Regarding this some account receivables, before northern new US Corporation cancels, the company in American sales personnel through various ways with all one's strength received after dunning this part to owe the fund, but is still not able to take back; Afterward northern new American Corporation cancels, this some receivable fund sum total ideas have raised the bad account preparation.

Appendix 2

About the explanation of Chinese and foreign trade company account receivable

Company import and export services department account showed that the receivable Chinese and foreign trade company lent 2,013,454.55 Yuan by December 31, 2010, this some account receivables the sum total idea has raised the bad account preparation, this some receivable funds have not been able to take back, presently applies to cancel this some receivable funds.

Starting from 2000, the company and customer Chinese and foreign trade company

BNBM(Group)-E-0001744

business partnerships, supplied goods for the power plant, main product for crag cotton and other thermal insulation material, partnership model for Chinese and foreign trade company forward payment 95%, after the other 5% goods received cordially the power plant approval qualified, paid again, because the power plant project contract cycle was quite long, accumulated the tail funds remaining sum, the opposite party had not paid. In this period contacted with the opposite party company receives after dunning, has not obtained the reply, by December 31, 2010, this account receivable has surpassed the legal proceeding effectiveness.

 --- Common properties ---
Created: Fri Jan 21 13:51: 00 CST 2011 Creator: Lenovo User LastPrinted: Fri Jan 21 13:50: 00 CST 2011 Modified: Fri Jan 21 13:57: 00 CST 2011 Revision: 3

 --- Extended properties ---
Application: Microsoft Office Word AppVersion: 12.0000 Characters: 747 CharactersWithSpaces: 877 Company: Lenovo (Beijing) Limited DocSecurity: 0 Lines: 6 Pages: 2 Paragraphs: 1 Templatev: Normal.dotm TotalTime: 8 Words: 131

附件 1

## 关于北新美国公司应收账款的说明

公司进出口事业部账面显示截至 2010 年 12 月 31 日应收北新美国公司货款 14,500,395.07 元，该部分应收账款已经全额计提坏账准备；同时，北新美国公司也已经与 2005 年 7 月注销，该部分应收款项已经无法收回，现申请核销该部分应收款项。

**详细说明如下：**

1999 年，由于环保原因，美国相继关停了几家石膏板厂，美国国内石膏板价格持续上涨。北新集团抓住机遇，对石膏板生产技术进行了一系列的技术改造，成功研制了封边机，解决了石膏板的封装问题。通过一系列的技术革新，北新石膏板成功通过美国 UL 认证；中国石膏板首次进入了美国市场，这一举措有效的缓解了国内石膏板市场的饱和状况。之后两年，北新石膏板大量进入美国市场，北新集团也派专人赴美国负责销售任务，而石膏板市场发生了巨大变化，大量的石膏板相继涌入美国，且美国的石膏板生产线也陆续开工，造成了产品价格迅速下跌。由于石膏板为重货，不宜来回转运，为降低损失，北新集团采取在美国低价销售的策略以解决积压库存，由此形成了该部分应收账款。

对于该部分应收账款，在北新美国公司注销之前，公司原驻美国销售人员通过各种途径全力催收该部分外欠款项，但仍然无法收回；之后北新美国公司注销，该部分应收款项全额计提了坏账准备。

附件 2

## 关于中外通商公司应收账款的说明

公司进出口事业部账面显示截至 2010 年 12 月 31 日应收中外通商公司货款 2,013,454.55 元,该部分应收账款已经全额计提坏账准备,该部分应收款项已经无法收回,现申请核销该部分应收款项。

自 2000 年开始,公司与客户中外通商公司贸易合作,为电厂供货,主要产品为岩棉等保温材料,合作模式为中外通商公司预付货款的 95%,余下 5%的货款待电厂验收合格后再支付,由于电厂项目合同周期比较长,累积尾款余额,对方一直未支付。期间与对方公司联系催收,并未得到回复,截至 2010 年 12 月 31 日,该笔应收账款已经超过法律诉讼时效。

BNBM(Group)-E-0001745