Translation of BNBMPLC-E-0000819-820

(I)   Company:  TRIORIENT TRADING INC
      Address: TWO STAMFORD PLAZA, 281 TRESSER BLVD., SUITE 1505, STAMFORD, CT06901
      Contract Number:
      NO: 50614   2006/05/22                    Port: EVERGLADES, FL, USA
      292512 units      USD 1778013.6
      NO: 50590   2006/04/07                    Port: PALM BEACH, FL, USA
      215424 units      USD 1184832

(II)  Company:  EAC&SON'S CORP
      Address:  828 E. Vine St. Kissimmee, FL 34744
      Contract Number:
      E-GB051118       2005/11/18    Port: Tampa or Florida Port or Mexican Gulf Port, USA
      199576 units      USD 2345018

(III) Company:  DAVIS CONSTRUCTION SUPPLY, LLC
      Address: 20725 SW 46th AVE NEWBERRY, FL 32669
      Contract Number:
      E-GB060505       2006/6/8              Port: TAMPA, FLORIDA USA
      257448 units      USD 1127406
      E-200654         2006/6/23             Port: TAMPA, FLORIDA USA
      119704 units      USD 819254

(IV)  Company:  WOOD NATION INC
      Address: 10740 PLANTATION BAY DRIVE TAMPA, FLORIDA  33647
      Contract Number:  WN6350
      2006/2/1                                 Port: Manatee Port, Florida, USA
      240444 units      USD 2040541

(V)   Company:  GREAT WESTERN BUILDING MATERIALS
      Address:
      Port: Los Angeles, USA
      Contract Number: E-GB26024
      58800 units       USD 502396.62

(VI)  Company:  BAOAN INTERNATIONAL INVESTMENT CO., LTD
      Address: 917 village Oaks Drive Covina CA 91724
      2006/2/1                                 Port: Los Angeles or Long Beach, USA
      Contract Number: GB25190
      51408 units       USD 431827.2

MTD Exhibit #215

B: 7/8/15-7/11/15
Exhibit 110

(VII)   Company:   COSCO BEIJING INTERNATIONAL AIR FREIGHT CO., LTD.
Quantity 78208 units        USD 400323.4


TOTAL: 6758187 Square Meters


10. Claims: Within 2 years after the arrival of the commodity at destination, should the quality, or specification be found not in conformity with the stipulation of the UL standards or ASTMC 1396-04 standards, except those claims for which the insurance company or the carrier accept liability, the Buyers shall, on the strength of an inspection certificate, have the right to claim for replacement with new commodity, or for compensation.

(1) Company: TRIORIENT TRADING INC address: TWO STAMFORD PLAZA, 281 TRESSER BLVD., SUITE 1505, STAMFORD, CT 06901

Contract number:
NO:50614 2006/05/22 harbors: EVERGLADES, FL, USA

292512 pieces of USD1778013.6 NO:50590 2006/04/07 harbors: PALM BEACH, FL, USA

215424 USD1184832 (2) companies: EAC&SON'S CORP

Address: 828 E. Vine St. Kissimmee, FL 34744 contract numbers:
E-GB051118 on November 18, 2005 harbor: Tampa or Florida harbor or Gulf of Mexico harbor

199576 USD2345018 (3) companies: DAVIS CONSTRUCTION SUPPLY, LLC

Address: 20725 SW 46TH AVE NEWBERRY, FL 32669 contract numbers:

E-GB060505 2006/6/8 harbors: TAMPA, FLORIDA USA 257448 pieces of USD1127406

E-200654 2006/6/23 harbors: TAMPA, FLORIDA USA 119704 pieces of USD819254

(4) Company: WOOD NATION INC address: 10740 PLANTATION BAY DRIVE TAMPA, FLORIDA 33647

Contract number: WN6350 on February 1, 2006 harbor: Florida Manatee port

240444 pieces of USD2040541 five) company: GREAT WESTERN BUILDING MATERIALS

Address:

Harbor: Los Angeles

Contract number: E-GB26024

58800 pieces of USD502396.62 six) company: BAOAN INTERNATIONAL INVESTMENT CO., LTD

Address: 917 village Oaks Drive Covina CA91724 on February 1, 2006 harbor: Los Angeles or Long Beach

Contract number: GB25190 51408 pieces of USD431827.2

Seven) company: In Beijing far international air freight transportation agent limited company quantity 78208 USD400323.4

Altogether: 6758187 square meters 10. Claims: Within 2 years after the arrival of the commodity at destination, should the quality, or specification be found not in conformity with the stipulations of the UL standards or ASTM C 1396-04 standards, except those claims for which the insurance company or the carrier accept liability, the Buyers shall, on the strength of an inspection certificate, have the right to claim for replacement with new commodity, or for compensation.
10. Stated: The cargo arrived at the date of destination in 2 years, if discovered that the quality and specification were inconsistent with the UL authentication or the ASTM C 1396-04 standards, eliminate the insurance company and ship transport company need the responsible part, the buyer may leave according to the investigation proof, was authorized to request to receive in exchange for the new commodity, or the request compensated

--- Summary Information ---
1: 936 PID_TITLE: (1) Company: TRIORIENT TRADING INC PID_SUBJECT:
PID_AUTHOR: King ultra PID_KEYWORDS:
PID_TEMPLATE: Normal PID_LASTAUTHOR: King ultra PID_REVNUMBER: 6 PID_APPNAME: Microsoft Office Word PID_EDITTIME: Mon Jan 01 09:30: 00 CST 1601 PID_LASTPRINTED: Mon Apr 13 17:29: 00 CST 2009 PID_CREATE_DTM: Fri Jun 05 12:05: 00 CST 2009 PID_LASTSAVE_DTM: Fri Jun 05 14:38: 00 CST 2009 PID_PAGECOUNT: 1 PID_WORDCOUNT: 245 PID_CHARCOUNT: 1402 PID_SECURITY: 0

```
--- Document Summary Information ---
PID_CODEPAGE: 936 PID_COMPANY:
PID_LINECOUNT: 11 PID_PARCOUNT: 3 17: 1644 23: 730895 PID_SCALE: false PID_LINKSDIRTY:
false 19: false 22: false
```

(一)公司：TRIORIENT TRADING INC
地址：TWO STAMFORD PLAZA, 281 TRESSER BLVD., SUITE 1505,STAMFORD, CT 06901
合同号：
NO:50614           2006/05/22      港口：EVERGLADES，FL，USA
292512 片    USD1778013.6
NO:50590           2006/04/07      港口：PALM BEACH，FL，USA
215424 片    USD1184832


（二）公司：EAC&SON'S CORP
地址：828 E. Vine St. Kissimmee, FL 34744
合同号：
E-GB051118         2005 年 11 月 18 日    港口： 美国坦帕或佛州港口或者墨西哥湾港口

199576 片    USD2345018



（三）公司：DAVIS CONSTRUCTION SUPPLY, LLC
地址：20725 SW 46TH AVE NEWBERRY, FL 32669
合同号：
E-GB060505        2006/6/8      港口：TAMPA, FLORIDA USA
257448 片    USD1127406
E-200654          2006/6/23     港口：TAMPA, FLORIDA USA
119704 片    USD819254


(四)公司：WOOD NATION INC
地址：**10740 PLANTATION BAY DRIVE TAMPA, FLORIDA 33647**
合同号：WN6350
2006 年 2 月 1 日   港口： 美国佛罗里达 Manatee 港

240444 片    USD2040541



五）公司：GREAT  WESTERN  BUILDING  MATERIALS
地址：
港口：美国洛杉矶
合同号：E-GB26024
58800 片    USD502396.62

六）公司：BAOAN   INTERNATIONAL INVESTMENT CO.,   LTD
地址：**917 village Oaks Drive Covina CA91724**
2006 年 2 月 1 日   港口：美国洛杉矶或者长滩
合同号：GB25190
51408 片            USD431827.2


七）公司：北京中远国际航空货运代理有限公司
数量 78208 张      USD400323.4



共：6758187 平米




10. Claims: Within 2 years after the arrival of the commodity at destination, should the quality, or specification be found not in conformity with the stipulations of the UL standards or ASTM C 1396-04 standards, except those claims for which the insurance company or the carrier accept liability, the Buyers shall, on the strength of an inspection certificate, have the right to claim for replacement with new commodity, or for compensation.         .


10.   声明：货物抵达目的地之日起 2 年内，如果发现质量、规格与 UL 认证或者 ASTM C 1396-04 标准要求不一致，除保险公司和船运公司所需负责的部分，买方可以出据调查证明，有权要求换取新的商品，或者要求赔偿