# Underwriters Laboratories Inc. ®

THE JIANLIBAO TOWER, 34TH FL.  PAGE 1
410 DONGFENG ZHONG RD, GUANGZHOU  WEBSITE: WWW.UL-CHINA.COM
GUANGDONG 510030 CHINA  TELEPHONE: +86-20-83487088

AUTHORIZATION TO MANUFACTURE UL MARKS

NO: A-338168
DATE: 10-09-05

ORDER CHANGE NO: 0

ORDERED BY:

MS. ZHOU
BEIJING NEW BUILDING MATERIALS CO LTD
DE WAI XISANQI HAIDIAN DISTRICT
BEIJING,
10096  CHINA

ORDERED PROCESSED BY:
KAREN  YE  EXT.
FAX NO: 86-20-83486511

E-MAIL ADDRESS:
Karen.Ye@cn.ul.com

UL MARKS FOR USE AT:
SUBSCRIBER NO: 736720-001

SUBSCRIBER NO  736720-001
CLIENT ORDER NO: R19374 10/10/2005

SERVICING INSP CENTER:
BEIJING  060

| ITEM # | QUANTITY | ITEM INFORMATION AND DESCRIPTION |
|---|---|---|
| 1) | 1 | ********************************************<br>*   THIS AUTHORIZATION EXPIRES ON 10/10/2006   *<br>********************************************<br>PN TYPE DBX-1    (0196-01-01-22142 R19374)<br>CLASSIFIED GYPSUM BOARD.<br>WITH "BEIJING NEW BUILDING MATERIALS CO., LTD."<br>TYPE DBX-1<br>1A<br>5/8" OR 15.9MM THICK<br>FIRE RESISTANCE CLASSIFICATION<br>SEE UL FIRE RESISTANCE DIRECTORY<br>MARK TO BE IMPRINTED DIRECTLY ONTO THE GYPSUM BOARD.<br>THIS ANNUAL ISSUE NUMBER HAS BEEN GENERATED<br>FOR IN HOUSE PRINTING AND LABELING OF PRODUCT<br>UNDER UL FILE R19374, VOL. 1.<br>ISSUE NUMBER MUST BE RENEWED ANNUALLY.<br>  USE UL ISSUE NO: F-3851<br>   (              1 LABELS PER ISSUE ) |

PACKAGING:  Labels per package and/or roll marked with quantity, Issue No. or first Serial No.

Delivery wanted by: ASAP
SHIP TO:
UL INSPECTOR C/O PLANT
BEIJING NEW BUILDING MATERIALS CO LTD
DE WAI XISANQI HAIDIAN DISTRICT
BEIJING,
10096  CHINA

NO REFUNDS AFTER 60 DAYS FROM THE DATE
OF THIS ORDER

LABELS FOR USE AT THE BEIJING NEW BUILDING MATERIALS CO LTD
SUB#:736720-001.

VENDOR (736720-001):

BEIJING NEW BUILDING MATERIALS CO LTD
DE WAI XISANQI HAIDIAN DISTRICT
BEIJING,
10096  CHINA

**NOTE TO THE VENDOR:**
**Terms and Conditions:**
Acceptance of this authorization is subject to the Terms and Conditions set forth on the reverse side hereof.
**Shipment notification:**
The Vendor is required to provide immediate notification of shipment and two samples of each kind of UL Mark to Underwriters Laboratories Inc., Attention: "Label Services Department" at the address indicated above.

The Issue or Serial Number(s) indicated above must be shown on all invoices and shipping notices.

CLIENT'S COPY

MTD Exhibit #219

IMT01362