# BNBM

## Export Products Order

Order No.: Shi 2006-3

March 3, 2006

| No. | Product name | Product specifications | Quantity | Delivery date | Remarks |
|---|---|---|---|---|---|
| 1 | Ordinary paper-faced gypsum board (drywall) | 1/2"x4'x12' (12.7x1220x3660) | 230112 pieces | Around March 25, please deliver on time | Delivery at the factory |
| Technical requirements | | The 12.7 board must meet the requirements provided for the corresponding specification in ASTM C1396-04. Unit weight<9.2kg/m2. Please keep this in mind as this is important for the final profit/loss.<br><br>The factory shall provide a test report about conformity with ASTM.<br><br>The standard of the wedge-shaped edge shall meet the ASTM requirements. | | | |
| Packaging | | Sixty-eight pieces of the 12.7 board are packed together, with a strip in the middle separating the whole into two layers each containing 34 pieces. A waterproof and moistureproof plastic cover is wrapped outside. The plastic cover must be pressed solidly without any uncovered parts. It shall be covered with gypsum board, sealing well the edges and corners without any uncovered parts.<br><br>The pallets shall not be made of solid wood to avoid fuming and heating process. The pallets must be solid enough to bear multiple forklift operations and long-distance marine transportation. Please strictly keep in line with the requirements. There are compensation terms in the contract in relation to damages due to improper packaging.<br><br>There shall be two labels attached to the package. One is attached, the other with the universal signs such as moistureproof, handle with care, right side up, etc. The two larger sides shall both be attached with the above two labels. The lifting points shall also be shown. The protection angle used at the lifting points shall be widened for the convenience of lifting. There shall be a piece of board at the bottom of every pallet of boards for protection purpose, which is not calculated into the quantity of supply. | | | |
| Shipping marks | | On the back of every 12.7 drywall board, it shall print:<br>DRAGON BRAND DRYWALL PER 1/2"x4'x12' ASTM C1396-04<br>MADE IN CHINA  09:45 18/06/2005<br><br>On the sealing paper, it shall print the following:<br>Drywall: 1/2"x4'x12' DRYWALL | | | |
| No. of the original contract (order) | | 50590/40283 | | | |
| Ordering Unit | | Triorient Trading Inc | | | |

Contract evaluation: CAI Kai  March 7, 2006

Approved by:  (illegible) March 7, 2006

MTD Exhibit #220

BNBMPLC0007495

# BNBM

## 出口产品订单

订单号：石2006-3

2006/3/3

| 编号 | 产品名称 | 产品规格 | 数 量 | 交货日期 | 备 注 |
|---|---|---|---|---|---|
| 1. | 普通纸面石膏板（drywall） | 1/2"x4'x12'(12.7x1220x3660) | 230112张 | 3月25日左右，请按时交货。 | 工厂交货 |
| 技术要求 | | 12.7的板要求符合ASTM C1396-04对应规格所要求的规定。单位重量<9.2kg/m2.，此点请务必注意，关系到最后的损益。<br>工厂出具符合ASTM的检测报告。<br>楔形边的标准要达到ASTM要求。 | | | |
| 包　装 | | 12.7的板68张做成一个整体包装中间以垫条分成两层各34垛。以塑料罩整体覆盖以防雨、防潮，塑料罩一定要压实，不得出现裸露部分。以石膏板包覆，边角封严，不得出现裸露。托盘不得使用实木，以免熏蒸，，要求足够结实，以承受多次叉车作业，适合长途海运。请严格要求，本合同有不恰当包装造成损坏的赔偿条款。<br>包装外面粘贴两份标签，一份标签附后。另一标签包含防潮保护、轻拿轻放、正面朝上等通用标识，要求两个大面均有以上两份标签。并且显示有关吊点等，吊点处所用护角要求加宽，以利吊装。每架板最下面加一张板做为保护，但不计算在供货数量内。 | | | |
| 唛　头 | | 12.7的drywall板每张板背面打印：DRAGON BRAND DRYWALL PER  1/2" 4'X12'  ASTM C1396-04<br>　　　　　　　　　　　　　　　　　　MADE IN CHINA   09:45 18/06/2005<br><br>封边纸要求有如下内容：<br>普通板（drywall）：1/2"x4'x12' DRYWALL | | | |
| 原合同(订单)编号 | | 50590/40283 | | | |
| 订货单位 | | Triorient trading Inc | | | |

合同评定： 蔡凯 7/3-2006

签发人： 刘悦 7/3-06