Export Product Order

Purchase Order No.: shi (石)2005-0428                    2006-4-28

| No. | Product | Specification | Quantity | Delivery Date | Note |
|-----|---------|---------------|----------|---------------|------|
| 1 | Regular gypsum board (drywall) | 1/2"×4'×12'(12.7×1220×3660) | 185312 sheets | Around 25 May, please deliver on time | Ex works |
| 2 | Fire resistant gypsum board (drywall) (Type X) | 5/8"×4'×12' (15.9×1220×3660) | 100000.0 sheets | | |

| | |
|---|---|
| Technique Requirement | Boards of 12.7 shall be in compliance with SATM C 1396-04. the weight per unit shall be lighter than (<) 9.2 kg/m². This point must be highlighted as it will effect the final profit and loss. Boards of 15.9 shall be in compliance with the UL Standard.. the weight per unit shall be between 12.5-12.8 kg/m² with UL Certificate. ASTM test report shall be offered by the factory. The wedge-shaped shall be in compliance with the ASTM Standard. |
| Package | Every 68 sheets of Boards of 12.7 shall be put into one package with filler strip in the middle of 34 sheets. Plastic shells cover the whole package to resist rain and moisture. The plastic shell must be tightly compacted and must not be exposed and be covered by gypsum boards. The trays shall not be made of solid wood to avoid fumigation. The package shall be suitable for long-distance ocean shipping. This contract has enclosed the indemnity clause for improper package. Every 52 sheets of Boards of 15.9 shall be put into one package with filler strip in the middle of 26 sheets. The other package requirements are similar with those for the boards of 12.7. Relative tags shall be stuck on the package outside: a tag on every shelves with name of the product, shelf number, quantity, weight and size, including moisture protection、 handle with care, right side up, and the other general marks. The lifting points also need to be pointed out.  A plate shall put under each shelf of boards, but its weight shall not be counted in. |
| Mark | Normal gypsum boards (drywall) of 12.7 shall be marked: 1/2"×4"×12' DRYWALL PER ASTM C 1396-04. "Made in China" indication, on the back of each. Other marks may be decided by the factory, which shall in compliance with the international practice. Type X of 15.9 shall be in compliance with the UL Standard with UL Mark. Edge sealing paper shall indicate the following context: |

**MTD Exhibit #221**

|  | Normal gypsum boards (drywall): BNBM 1/2"×4"×12' DRYWALL<br>Fire resistant gypsum board (type X): BNBM 5/8"×4'×12' TYPE X. |
|---|---|
| Original Contract (Purchase Order) No.: | 50614/41221 |
| Purchasing Company | Triorient Trading Inc |

Contract evaluator: Signature April 28
Issuer: CAI Kai April 28

Tian

Xiaodong Hao

Signature April 30

Signature April 30

BNBMPLC0007523