

BNBM BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY

# Material Safety Data Sheet

## Section 1: PRODUCT AND COMPANY INFORMATION

**Product name**: BNBM Drywall

**Product Identifier**: Drywall, Firecheck Type X, Firecheck Type C, Watercheck, Fire Watercheck, Firecheck Shaftliner, Soundcheck, Gypboard, Segcheck, Soffitboard, Firecheck Soffitboard, Sheathing, Firecheck Sheathing, Plasterbase, Firecheck Plasterbase, Rapid Deco Level Five, Protecta AR 100 Type X, Shaft Wall Liner, Green Board, Mold Defense.

**Manufacturer:**

Beijing New Building Materials Public Limited Company

No. 16 West Road Jiancaicheng Xisanqi, Haidian District, Beijing 100096, China

**Fax**: 86-010-82912657

**Product Use**: Drywall is used for commercial and residential construction.

**Note**: This MSDS covers many types of drywall. Individual composition of hazardous constituents will vary between types of drywall.

## Section 2: COMPOSITION/INFORMATION ON INGREDIENTS

| Component | Percent(By weight0 | CAS No. | OSHA PEL-TWA (mg/m³) | ACGIH TLV-TWA(mg/M3) | LD50 Rat. Oral | LC50 Rat. Inhalation |
|---|---|---|---|---|---|---|
| Gypsum*(Calcium Sulfate) | 74-90 | 7778-18-9 | 15(T),5(R) | 10(T) | NA | NA |
| Calcium Carbonate* | 1-5 | 1317-65-3 | 15(T),5(R) | 10(T) | NA | NA |
| Cellulose | 0-10 | 9004-34-6 | 15(T),5(R) | 10(T) | >5g/kg | >5.8g/m3/4H |
| Crystalline Silica (as Quartz) | 0-10 | 14808-60-7 | [(10)/9%SiO2+2]}(R)[ (30)/9%SiO2+2]}(T) | 0.05(R ) | NA | NA |
| Vermiculite | 0 | 1318-00-9 | NA | NA | NA | NA |
| Potassium sulfate | 0-5 | 7778-80-5 | NA | NA | 6.6g/kg | NA |
| Starch | 0-5 | 9005-25-8 | 15(T),5(R) | 10(T) | 6.6g/kg(1,M) | NA |
| Mica* | 0-1.5 | 12001-26-2 | 3(R) | 3(R) | NA | NA |
| Fiberglass | 0-2 | 65997-17-3 | 15(T),5(R) | NA | NA | NA |
| Paraffin Wax (fume) | 0~1 | 8002-74-2 | NA | 2(T) | NA | NA |
| Boric Acid | 0~1 | 10043-35-3 | NA | NA | 2.7g/kg | NA |

Note: Exposure limits for components noted with an * contain no asbestos and <1% crystalline silica.

(1,M) = $LD_{50}$ Intraperitoneal and Mouse



MTD Exhibit #222





## Section 3: HAZARD IDENTIFICATION

**WARNING:** Toxic- harmful by inhalation (Contains crystalline silica)

Use proper engineering controls, work practices, and Personal Protective Equipment (PPE) to prevent exposure to dust. (Respiratory, Eye protection, Gloves)

Read MSDS for details.

**Emergency Overview**: Drywall is a sold material that is composed of paper covered gypsum board. The paper covering can be gray, green, brown, blue, or white while the internal gypsum board is an off-white color. Drywall is odorless. Drywall is not combustible or explosive. A single, short-term exposure to drywall dust presents little or no hazard.

**Potential Health Effects:**

**Eye Contact**: Eye contact to airborne dust may cause immediate or delayed irritation or inflammation. Eye exposures require immediate first aid and medical attention to prevent significant damage to the eyes.

**Skin Contact**: Drywall dust may cause dry skin, discomfort, and irritation.

**Inhalation (acute):** Breathing dust may cause nose, throat or lung irritation, including choking, depending on the degree of exposure.

**Inhalation (chronic):** Risk of injury depends on duration and level of exposure.

Silicosis: This product contains crystalline silica. Prolonged or repeated inhalation of respirable crystalline silica from this product can cause silicosis, a seriously disabling and fatal lung disease. See Note to Physicians in Section 4 for further information.

Carcinogenicity: Crystalline silica is classified by IARC and NTP as a known human carcinogen.

Autoimmune disease: Some studies show that exposure to respirable crystalline silica (without silicosis) or that the disease silicosis may be associated with the increased incidence of several autoimmune disorders such as scleroderma (thickening of the skin), systemic lupus erythematosus, rheumatoid and diseases affecting the kidneys.

Tuberculosis: Silicosis increases the risk of tuberculosis.

Renal Disease: Some studies show an increased incidence of chronic kidney disease and end-stage renal disease in workers exposed to respirable crystalline silica.



**Ingestion:** Do not ingest drywall. Ingestion of small quantities of drywall is not known to be harmful; ingesting large quantities can cause intestinal diseases.

**Medical Conditions Aggravated by Exposure**: Individuals with lung disease (e.g. bronchitis, emphysema, COPD, pulmonary disease) can be aggravated by exposure.

**Section 4: FIRST AID MEASURES**

**Eye Contact**: Rinse eyes thoroughly with water for at least 15 minutes, including under lids, to remove all particles. Seek medical attention for abrasions.

**Skin Contact:** Wash with cool water and a pH neutral soap or a mild skin detergent. Seek medical attention for rash or irritation.

**Inhalation:** Move person to fresh air. Seek medical attention for discomfort or if coughing of other symptoms do not subside.

**Ingestion**: Do not induce vomiting. If conscious, have person drink plenty of water. Seek medical attention or contact poison control center immediately.

**Note to Physician**: The three types of silicosis includes:

**Simple chronic silicosis-** which results from long-term exposure (more than 20 years) to low amounts of respirable crystalline silica. Nodules of chronic inflammation and scarring provoked by the respirable crystalline silica form in the lungs and chest lymph nodes. This disease may feature breathlessness and may resemble chronic obstructive pulmonary disease. (COPD)

**Accelerated silicosis** – occurs after exposure to larger amounts of respirable crystalline silica over a shorter period of time (5-15 years). Inflammation, scarring, and symptoms progress faster in accelerated silicosis than in simple silicosis.

**Acute silicosis** – results from short-term exposure to very large amounts of respirable crystalline silica. The lungs become very inflamed and may fill with fluid, causing severe shortness of breath and low blood oxygen levels.

Progressive massive fibrosis may occur in simple or accelerated silicosis, but is more common in the accelerated form. Progressive massive fibrosis results from severe scarring and leads to the destruction of normal lung structures.

**Section 5: FIREFIGHTING MEASURES**



**Flashpoint & Method**: Non-combustible

**Combustion Products:** None.

**General Hazard:** Avoid breathing dust.

**Firefighting Equipment**: Drywall poses no fire-related hazard. A SCBA is recommended to limit exposure to combustion products when fighting any fire.

**Extinguishing Media**: Use extinguishing media appropriate for surrounding fire.

**Flammability (UL classification):** Flame spread: 10 or 15

**Smoke development:** 0 Non- combustible core.

**Section 6: ACCIDENTAL RELEASE MEASURES**

**General**: Place broken material and drywall dust into a container. Avoid actions that cause dust to become airborne. Avoid inhalation of dust. Wear appropriate protective equipment as described in Section 8.

**Waste Disposal Method:** Dispose of drywall according to State, Provincial and Local regulations.

**Section 7: HANDLING AND STORAGE**

**General**: Minimize dust generation and accumulation. Use good safety and industrial hygiene practices.

Follow traditional building practices, such as management of water away form the interior of the structure to avoid the growth of mold, mildew and fungus. Remove any building products suspects of being exposed to sustained moisture and considered conductive to mold growth from the jobsite.

When moving board with a forklift for similar equipment, it is essential that the equipment be rated capable of handling the loads, The forks should always be long enough to extend completely through the width of the load. Fork spacing between supports should be one half the length of the panels or base being handled so that a maximum of 4 feet extends beyond the supports on either end.

Drywall is heavy and posed risks such as sprains and strains to the back, arms, shoulders and legs during lifting and mixing. Handle with care and use appropriate control measures.

**Usage:** Cutting, crushing or sanding drywall or other crystalline silica-bearing materials will release respirable crystalline silica. Use all appropriate measures of dust control or suppression, and Personal Protective Equipment (PPE) described in Section 8 below.



**Housekeeping:** Avoid actions that cause dust to become airborne during clean-up such as dry sweeping or using compressed air. Use HEPA vacuum or thoroughly wet with water to clean-up dust. Use PPE described in Section 8 below.

**Storage:** Store in a cool, dry, ventilated area away from sources of heat, moisture and incompatibilities, as described in Section 10, Protect product from physical damage. Protect from weather and prevent exposure to sustained moisture.

Gypsum Association literature recommends storing board flat to avoid damaging edges, warping the board and the potential safety hazards of the board falling over. However, in other situation, storing the board flat may cause a tripping hazard or exceed floor limit loads. If stacking board vertically, leave at least 4 inches from the wall to decrease the risk of falling board and no more than 6 inches to avoid too much lateral weight against the wall.

**Storage Temperature:** Drywall should not be used where temperatures exceeds 125° F for extended periods or in areas of extreme humidity.

**Storage Pressure:** Unlimited

**Clothing:** Remove and launder clothing that is dusty before it is reused.

**Section 8: EXPOSURE CONTROLS AND PERSONAL PROTECTION**

**Engineering Controls**: Use local exhaust or general dilution ventilation or other suppression methods to maintain dust levels below exposure limits.

**Personal Protective Equipment (PPE):**

**Respiratory Protection:** Under ordinary conditions no respiratory protection is required. Wear a NIOSH approved respirator that is properly fitted and is in good condition when exposed to dust above exposure limits.

**Eye Protection:** Wear ANSI approved glasses or safety goggles when handling drywall to prevent dust coming in contact with eyes. Wearing contact lenses when using drywall, under dusty conditions, is not recommended.

**Skin Protection:** Wear gloves when handling drywall. Remove clothing and protective equipment that becomes dusty and launder before reusing.

**Section 9: PHYSICAL AND CHEMICAL PROPERTIES**

Physical State: Solid



Appearance: Variety of paper colors, with off-white core

Odor: None

Vapor Pressure: NA.

Vapor Density: NA

Specific Gravity: 1.1 to 4.0 $lbs/ft^2$

Evaporation Rate: NA

Ph (in water): Neutral

Boiling Point: NA

Freezing Point: None, solid

Viscosity: None, solid

Solubility in Water: <0.2%@20° C

Stability: Stable. Avoid contact with incompatible materials.

Incompatibility: The components of drywall are incompatible with strong oxidizers, strong acids, diazomethane, ammonium salts, aluminum, and fluorine.

Hazardous Polymerization: None

Hazardous Decomposition: Thermal decomposition may yield sulfur oxides, and calcium oxide fumes (above 825° C)

**Section 11 and 12: TOXICOLOGICAL AND ECOLOGICAL INFORMATION**

For questions regarding toxicological and ecological information refer to contact information in Section 1.

**Section 13: DISPOSAL CONSIDERATIONS**

Dispose of waste and container in compliance with applicable State, Provincial and Local regulations.

**Section 14: TRANSPORT INFORMATION**

This product is not classified as a Hazardous Material under U.S. DOT or Canadian TDG regulations.

**Section 15: REGULATORY INFORMATION**

OSHA/MSHA Hazard Communication: This product is considered by OSHA/MSHA to be a hazardous chemical and should be included in the employer's hazard communication program.



*CERCLA/SUPERFUND: This product is not listed as a CERCLA hazardous substance.*

EPCRA SARA Title 3: Promulgated under Section 311 and 312 of the Superfund Amendment and Reauthorization Act of 1986 and is considered a hazardous chemical and delayed health hazard.

EPRCA SARA Section 313: This product contains none of the substances subject to the reporting requirements of Section 313 of Title 3 of the Superfund Amendments and Reauthorization Act of 1986 and 40 CFR Part 372.

RCRA: If discarded in its purchased form, this product would not be hazardous waste either by listing or characteristic. However, under RCRA, it is the responsibility of the product user to determine at the time of disposal, whether a material containing the product or derived from the product should be classified as a hazardous waste.

TSCA: Crystalline silica is exempt from reporting under the inventory update rule.

California Proposition 65: Crystalline silica (airborne particulates of respirable size) is known by the State of California to cause cancer.

WHMIS/DSL: Products containing crystalline silica and calcium carbonate are classified as D2A and are subject to WHMIS requirements.

Section 16: OTHER INFORMATION

Abbreviations:

>: Greater than

ACGIH: America Conference of Governmental Industrial Hygienists.

CAS No: Chemical Abstract Service number

CERCLA: Comprehensive Environmental Response, Compensation and Liability Act.

CFR: Code for Federal Regulations

CL: Ceiling Limit

DOT: U.S. Department of Transportation

EST: Eastern Standard Time

HEPA: High-Efficiency Particulate Air

HMIS: Hazardous Materials Identification System

IARC: International Agency for Research on Cancer



$LC_{50}$: Lethal Concentration

$LC_{50}$: Lethal Dose

$Mg/M^3$: Milligrams per cubic meter

MSHA: Mine Safety and Health Administration

NA: Not applicable

NFPA: National Fire Protection Association

NIOSH: National Institute for Occupation Safety and health.

NTP: National Toxicology Program

OSHA: Occupational Safety and Health Administration

PEL: Permissible Exposure Limit

pH: Negative log of hydrogen ion

PPE: Personal Protective Equipment

R: Respirable Particulate

RCRA: Resource Conservation and Recovery Act

SARA: Superfund Amendments and Reauthorization Act

T: Total Particulate

TDG: Transportation of Dangerous Goods

TLV: Threshold Limit Value

TWA: Time Weighted Average (8 hour)

WHMIS: Workplace Hazardous Materials Information System

This MSDS (section 1-18) was revised on April 20th, 2006.

Beijing New Building Materials Public Limited Company (BNBM PLC) believes the information contained herein is accurate: however, BNBM PLC makes no guarantees with respect to such accuracy and assumes no liability in connection with the use of the information contained herein which is not intended to be and should not be construed as legal advice or as insuring compliance with any state or local laws or regulations. Any party using this product should review all such laws, rules, or regulations prior to use.

NO WARRANTY IS MADE, EXPRESS OR IMPLIED, OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, OR OTHERWISE.

