# SALES CONTRACT

Contract No.: E-GB051118
Date: Nov 18, 2005

**Seller:** BEIJING NEW BUILDING MATERIALS CO., LTD.
**Address:** DEWAI XISANQI, BEIJING CHINA
**Tel:** 0086-10-82918788
**Fax:** 0086-10-82912657

**Buyer:** EAC & Son's Corp.    Edgar A. Chaparro
**Address:** 828 E. Vine St. Kissimmee, FL 34744
**Tel:** (407) 846-9060
**Fax:** (407) 846-2822

The contract is made by and between the Buyer and the Seller. Whereby the Buyer agrees to buy and the Seller agrees to sell the under mentioned commodity according to the terms and conditions stipulated below:

1. Name of Commodity and Specifications, Quantity, and Unit Price :

| MARKS & NOS. | DESCRIPTION | UNIT | QTY. | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | Gypsum Board (Type X) 4' × 12' × 5/8"/Piece | Piece | 200,000 | CIF USD $11.75 | CIF USD $2,350,000 |

2. Total Value of Contract: CIF USD Two million, three hundred thousand, fifty thousand and no cent.
   Say USD 2,350,000.00

3. Terms of Payment:
   1) Initial, cash wire transfer 30% of sales amount in USD $ 705,000 within 7 days.
   2) For remaining 70% of the sales amount in USD $ 1,645,000. within 7 days after singnig the contract, the buyer shall open Irrevocable and Divisible Letter of credit at sight on the opening bank accompanied by the commercial document set out in paragraph 5.
   3) All bank charges outside U.S.A. are for the account of the beneficiary.
   4) The L/C shall remain valid for negotiation freely at any bank until the 30st day after the date of shipment. (Opening Bank shall be Bank of America, Citi Bank of New York or large international bank that confirmed by the seller.)

4. Shipping Mark:
   UL register & Type X mark on Top or Side of each sheet.

5. Documents:
   1) Full set (i.e. 3/3 originals) of clean on board ocean bills of lading marked "Freight Prepaid". The bills of lading shall include the statement "no solid wood".
   2) Invoice in triplicate

**MTD Exhibit #224**

BNBMPLC0007421

3) Packing List in triplicate, The packing list shall state "no solid wood"
4) Certificate of Quality issued by Beijing New Building Materials Co. Ltd. Certifying that the 5/8" Type X board meets UL standards.
5) Certificate of Origin from China council for the promotion of international trade or the Chamber of Commerce.

6. Port of Shipment: Any main port in China

7. Port of Destination: Tampa or any port in Florida or Gulf of Mexico area, U.S.A.

8. The date of shipment: A.S.A.P. or sooner prior to Dec. 31, 2005

9. Packing:

   1) To be packed in a manner suitable for long distance ocean transportation, with appropriate protection against moisture, change of climate, and handling.

   2) The 5/8" 4'X12' will consist of two 26 piece units strapped together into one 52 piece lift.

   3) All lifts will have a plastic cap over the tops, sides and ends, then drywall dunnage strapped to the tops, sides and ends. No solid wood packing will be permitted.

   4) The Sellers shall mark each lift with a stenciled label that states the item, lift number, piece count, weight and measurement. International symbols for protection from moisture, handling with care and this side up will also be stenciled on each unit as will a diagram showing how to load and unload with slings.

10. Claims: Within 2 years after the arrival of the commodity at destination, should the quality, or specification be found not in conformity with the stipulations of the UL standards or ASTM C 1396-04 standards, except those claims for which the insurance company or the carrier accept liability, the Buyers shall, on the strength of an inspection certificate, have the right to claim for replacement with new commodity, or for compensation.

11 Arbitration: All disputes in connection with this contract or the execution thereof shall be settled amicably by negotiation. In case no settlement can be reached, the case under disputes may then be submitted to the " foreign Trade Arbitration Commission of the China or USA Council for the Promotion of International Trade" for Arbitration.

12 Force Majeure: In case of force Majeure, the Seller shall not be held responsible for late delivery or non-delivery of the goods but shall notify the insurance company by the Buyer by fax. If so requested by the buyer, a certificate issued by the China Council for the promotion of International Trade or any competent authorities.

13 Miscellaneous:
The CIF USD price is based on the sea freight to Florida ports or Gulf of Mexico ports.

14. Any amendment, should be agreed by both sides in writing form, and attach to the original copy of sales contract.

Seller:

President (Authorized person):

*For and on behalf of*
北新建材（集团）有限公司
... BUILDING MATERIALS CO.,LTD.

Company: BEIJING NEW BUILDING MATERIALS CO., LTD.
Address: DEWAI XISANQI, BEIJING CHINA
Tel: 0086-10-82918788
Fax: 0086-10-82912657

Buyer:

President: Edgar A. Chaparro
Company: EAC & Son's Corp.
Address: 828 E. Vine St. Kissimmee, FL 34744
Tel: (407) 846-9060
Fax:( 407) 846-2822

BEIJING NEW BUILDING MATERIALS CO., LTD.

Name of Bank: BANK OF CHINA HEAD OFFICE
Address: No.1 FUXINGMENNEI, BEIJING CHINA
Beneficiary: BEIJING NEW BUILING MATERIALS CO., LTD.
Account No: 00839508094001
SWIFT CODE: BKCHCNBJ