**THE SELLERS:    TAIAN TAISHAN PLASTERBOARD CO., LTD**
**DAWENKOU DAIYUE DISTRICT OF TAIAN**
**SHANDONG PROVINCE, CHINA**
**TEL:0086-538-8812002 / 2017**
**FAX:0086-538-8812679**
**E-MAIL: clempwl123@163.com**

CONTACT PERSON: MR. WENLONG PENG

1, DE SHAN/V. 016/ESLTAODS0002/2006-07-28/20X40HC

2, JI HAI BAO SHAN /622/ESLTAOJH0008/2006-08-05/20X40HC

6626 ½" 4x12 Reg
6600             ``
13226   6574 ½" 4x12 Ceiling
            6600       ``
13174

PLAINTIFF'S
EXHIBIT
2  R. HANNAM
   2-14-11  SDW

MTD Exhibit #225

# CONTRACT

**THE SELLERS:**   TAIAN TAISHAN PLASTERBOARD CO., LTD
DAWENKOU DAIYUE DISTRICT OF TAIAN
SHANDONG PROVINCE, CHINA
TEL:0086-538-8812002 / 2017
FAX:0086-538-8812679
E-MAIL: clempwl123@163.com

**THE BUYERS:**   WOOD NATION, INC.
10740 PLANTATION BAY DRIVE
TAMPA, FLORIDA  33647
TEL:  813-994-6499
FAX:  813-994-4497
E-MAIL:  woodnation@verizon.net

**CONTRACT NUMBER:  WN7350 Revised June 27, 2006**

This contract is made by and between the Buyers and the Sellers, hereby the Buyers agree to buy and the Sellers agree to sell the under mentioned commodity according to the terms and conditions stipulated below:

1.   **COMMODITY:**  Gypsum Drywall (hereafter referred to as the "Product").

2.   **COUNTRY OF ORIGIN AND MANUFACTURERS:**  Peoples Republic of China

3.   **SIZE SPECIFICATIONS:**  Shall be ½" in thickness, 4' in width and 12' in length.

4.   **GRADE STANDARDS:**  'Regular' and 'Ceiling' products shall be produced to American Society for Testing and Materials ("ASTM") C 1396-04 Standards. 'ASTM C 1396-04' shall be stamped on the back of each piece.

5.   **PACKING:**

    a)   To be packed in a manner suitable for long distance ocean container transportation.  The Sellers shall be liable for any damage of the commodity and expenses incurred on account of improper packing or improper protective measures taken by the Sellers in regard to the packing.

    b)   The 12 unitized portions shall consist of 40 piece units.  The remaining 180 pieces do not have to be unitized.

6.   **TIME OF SHIPMENT:**  Starting the week of July 10, 2006 at the rate of ten (10) containers per week.  Buyer shall advise Seller approximately 10 days in advance of container availability.

7. **QUANTITIES:** Forty (40) forty foot (40') high cube container loads, each to contain six hundred and sixty (660) pieces. 'Regular' and 'Ceiling' products shall not be shipped in the same container. The percentage ratio of 'Regular' vs 'Ceiling' shall be 50% 'Regular' and 50% 'Ceiling'.

8. **PRICE:** USD $4.20 per piece for both Regular and Ceiling ½" 4'X12' FOB Qingdao, China.

9. **TOTAL VALUE:** One hundred and ten thousand, eight hundred and eighty dollars (USD110,880).

10. **PORT OF LOAD:** Qingdao, China

11. **PORT OF DISCHARGE:** Tampa, Florida, USA

12. **PAYMENT:** Within 2 working days of contract signing, Buyer shall wire, in advance, one forth (1/4th) of the total value of this contract to the Seller's bank account. Within 5 working days of contract signing, Buyer shall open an irrevocable Letter of Credit (L/C) through "Bank of America, Trade Operations Office USA" payable against Seller's draft drawn at sight on the Bank of America, Trade Operations Office USA, accompanied by the commercial documents set out in paragraph 13. The L/C shall show 'Partial Shipments Allowed'. The advance shall be deducted from the Seller's invoices on a one forth (1/4th) proportionate basis. All bank charges at issuing bank are for the account of the applicant and all advising bank charges are for the account of the beneficiary. The L/C shall remain valid for negotiation freely at any bank until August 21, 2006.

13. **DOCUMENTS:**

   a) Full set (i.e. 3/3 originals) of clean on board ocean bills of lading marked "Freight Collect" made out to order blank endorsed notifying Buyer. The bills of lading shall include the statement "NO SOLID WOOD PACKING MATERIAL".

   b) Signed invoice in 4 originals indicating contract number, made out in details as per the relative contract.

   c) Packing list in 4 originals, including piece count. The packing list shall state "NO SOLID WOOD PACKING MATERIAL".

   .e) Certificate of Origin.

14. **SHIPMENT:** August 5, 2006 or sooner.

15. **SHIPPING ADVICE:** The Sellers shall, immediately upon the completion of the loading of the commodity, advise the Buyers by fax or e-mail of the contract no., commodity, quantity, trade term, invoiced value, container numbers and date of loading.

16. **DELIVERY OF DOCUMENTS:** The Seller shall, within 21 working days after shipment, deliver the original documents specified above directly to the Buyer's bank.

17. **CLAIMS:** Within 30 days after the arrival of the commodity at destination, should the quality, specification, or quantity be found not in conformity with the stipulations of the contract, except those claims for which the insurance company or the carrier accept liability, the Buyers shall, on the strength of an inspection certificate, have the right to claim for replacement with new commodity, or for compensation.

18. **FORCE MAJEURE:** Should any of the following circumstances prevent either party from carrying out its obligations under the contract, namely: acts of civil or military authority; government acts, orders, or restrictions; earthquakes; or flood, the contract shall be extended for as long as the circumstances remain. In the event that these circumstances continue for more than 30 days, each party shall have the right to refuse to continue the performance of its obligations under the contract and, in such case; no party shall be entitled to indemnification from the other party for any loss it may sustain. In all cases, the party declaring force majeure is required to provide within 14 days acceptable documentation of the incident issued by the competent Government Authorities where the incident occurs as evidence thereof.

19. **CARGO DAMAGE AT SEA:** Sellers shall be liable for the full value of any product damaged due to improper stowing. Buyers shall carry ALL RISK cargo insurance. .

20. **BANKING CHARGES:** All the banking charges incurred by the Buyers shall be borne by the Buyers while all the banking charges incurred by the Sellers shall be borne by the Sellers

21. **GENERAL PROVISIONS:** This contract is subject to interpretation according INCOTERMS 2000. By signing this contract, previous correspondences and negotiations connected herewith shall be null and void. This contract comes into effect from signing date by fax; any amendment and additional clause to these conditions shall be valid only if made in written form and duly confirmed by both sides.

This contract shall come into effect immediately after each party has signed the contract (either by fax or original signature). It is the intent of both Buyers and Sellers to also sign two original copies; with each party holding one copy.

THE BUYERS:  WOOD NATION, INC.

BY: _____          DATE: _____

TITLE: _____

THE SELLERS:  TAIAN TAISHAN PLASTERBOARD CO., LTD.

BY: _____          DATE: _____

TITLE: _____

THE SELLERS:   TAIAN TAISHAN PLASTERBOARD CO., LTD
DAWENKOU DAIYUE DISTRICT OF TAIAN
SHANDONG PROVINCE, CHINA
TEL:0086-538-8812002 / 2017
FAX:0086-538-8812679
E-MAIL: clempwl123@163.com

CONTACT PERSON: MR. WENLONG PENG


1, DE SHAN/V. 016/ESLTAODS0002/2006-07-28/20X40HC

2, JI HAI BAO SHAN /622/ESLTAOJH0008/2006-08-05/20X40HC

June 4, 2009

To    :  Mary Krouh
        Compliance Officer
        U.S. Consumer Product Safety Commission
        4330 East West Highway
        Bethesda, MD  20814

From  :  Richard Hannam
        President
        Wood Nation, Inc.
        10738 Plantation Bay Dr.
        Tampa, FL  33647

Re    :  CPSC File No. PI090017
        Drywall Imports from the People's Republic of China

Although Wood Nation, Inc. has not been in business for the last two years, I will, as its former president, answer your questions as best I can.

Page 2
    1- Richard Hannam
    2- Yes

Page 3
    a- Beijing New Building Materials Co. Ltd.
        i.    **DRAGON BRAND DRYWALL,** per ASTM C1396-04
              Beijing New Building Materials Co., Ltd
              Thickness/width and length of product
        ii.   Fall/Winter 2005
        iii.  Xisanqi Deshengmenwai, Haiden Dist, Beijing China
              Name of gypsum mine(s):  unknown
    b- Two hundred forty thousand, two hundred pieces
        Regular ½" 4'X12'    -  122,808 pieces
        Ceiling ½" 4"X12'    -  67,524 pieces
        Type X 5/8" X 4'X12'  -  49,868 pieces
    c- Unknown (my pricing was wholesale)
    d- Dimensions:  refer to b above.  Components:  gypsum and small percentage of cellulose
    e- Beijing New Building Materials Co., Ltd.
        i.    Importation

Page 2

    ii.    3/3/2006

    iii.   Ship

f-  DWC Company Inc.
    44700 Groesbeck Hwy
    Clinton Twp, Michigan  48036

    i.    DWC purchased the above from Wood Nation, Inc.....Wood Nation Inc. delivered the products to DWC dockside Port Manatee, FL

    ii.   Sold: 11/18/2005
         Delivered: 3/6/2006

    iii.  Ocean vessel (ship)
         Carrier: M/V Shan King
         B/L #:  APQLO06122XGMTO1
         Address and phone number:  Unknown, it was booked by supplier and prepaid.

5) Don't carry drywall inventory.

6) Communication of Drywall problem.

    a-    Chunshan Wei of Beijing New Building Materials Co., Ltd.
    b-    We talk often...he is a friend.
    c-    That all Chinese drywall manufacturers are being held accountable.
    d-    No current purchasing.

8) DWC Company Inc. (para f) purchased.

9) **NO COMPLAINTS**

*Richard Hannam*
6/4/09

## Richard Hannam

| | |
|---|---|
| **From:** | "Richard Hannam" <richhann@verizon.net> |
| **To:** | "Neal Cohen" <ncohen@cpsc.gov> |
| **Sent:** | Thursday, October 29, 2009 4:36 PM |
| **Subject:** | Chinese Drywall.Taian Taishan |

Hello Neal Cohen,

In addition to the Beijing New Building Materials Co., Ltd.'s (BNBM) drywall that I imported from China, I also imported drywall from one of their plants (70% owned by BNBM) named Taian Taishan Plasterboard Co., Ltd. This business was conducted by Wood Nation, Inc., 10738 Plantation Bay Dr., Tampa, FL 33647.

The total number of pieces shipped in 40 containers was:
1/2"X4'X12' Regular Grade - 13,226 pieces
1/2"X4'X12' Ceiling Grade - 13,174 pieces
Total combined: 26,400 pieces

Manufacturer/Supplier:

Taian Taishan Plasterboard Co., Ltd
Dawenkou Daiyue District of Taian
Shandong Province, China
Contact: Wenlong Peng
Tel: 0086-538-8812002 / 2017
clempw1123@163.com

Wood Nation's Customer:

DWC Company Inc.
44700 Groesbeck Hwy
Clinton Twp, Michigan 48036
Contact: Bill Johns or Laura
586-469-3404
lauran@cpw.net

The first 20 containers shipped on the DE SHAN/V.016/ESLTAODS0002/2006-07-28/20x40HC
The second 20 containers shipped on tyhe JI HAI BAO SHAN /622/ESLTAOJH0008/2006-08-05/20X40HC

The drywall would have arrived Tampa Port approximately 30 to 45 days after shipment. The drywall was trucked off the port by DWC.

You asked me whether I had visited any other drywall manufacturing plants in China other than BNBM....yes, I visited several back in1998/1999, but after settling on BNBM as my supplier I don't recall the names or locations of any of them. My ability to re-call Chinese named businesses is not good. For one reason or another none of the other plants I visited were able to adhere to ASTM specifications.

As for Taian Taishan Plasterboard Co., Ltd., I did visit with their management people, but their plant was not running that day.

Regards,
Richard

10/29/2009

## Richard Hannam

| | |
|---|---|
| **From:** | "Ana Sastre Blazek" <ana@globalinsnet.com> |
| **To:** | "Richard Hannam" <richhann@verizon.net> |
| **Cc:** | <matthew.meyer@ansalaw.com> |
| **Sent:** | Friday, January 15, 2010 11:05 AM |
| **Subject:** | Re: Case No. 09-CA-026416 |

Good morning,

You have not had nor have any insurance policies through our agency.   I believe we insured three separate cargo shipments for you on a one off basis.  Meaning no cargo policy was ever issued it was strictly a certificate of insurance for a particular shipment on a single shipment basis.

No insurance policy was ever written for Wood Nation through Global Insurance Network.

Sorry to see that you are involved in a lawsuit.

Regards,

Ana

Ana S. Blazek
President



GLOBAL INSURANCE NETWORK, INC.
1400 NW 107 Ave., Suite 301
Miami, FL 33172
Phone: 305 599-0900, ext. 301
Fax: 305 599-1114
E-mail: ana@globalinsnet.com

Visit our website: www.globalinsnet.com A World of Service for Worldwide Services

Notice of Confidentiality:
This E-mail message and its attachments (if any) are intended solely for the use of the addressee hereof. In addition, this message and the attachments may contain information this is confidential, privileged and exempt from disclosure under applicable law. If you are not the intended recipient of this message, you are prohibited from reading, disclosing, reproducing, distributing, disseminating or otherwise using this transmission. Delivery of this message to any person other than the intended recipient is not intended to waive any right or privilege. If you have received this message in error, please notify the sender by reply E-mail and immediately delete this message from your system.

> ----- Original Message -----
> **From:** Richard Hannam
> **To:** Ana Sastre Blazek
> **Cc:** matthew.meyer@ansalaw.com
> **Sent:** Thursday, January 14, 2010 4:55 PM
> **Subject:** Fw: Case No. 09-CA-026416

4/9/2010

Hello Ana,

Please read all of both pieces of correspondence below regarding any insurance policies covering Wood Nation, Inc. between 2004 and 2007.

Thank you for your attention to the matter.

Regards,
Richard Hannam
Tel:  813-267-6732

----- Original Message -----
**From:** Meyer, Matthew J.
**To:** Richard Hannam
**Cc:** Holmes, Mary-Jo
**Sent:** Thursday, January 14, 2010 11:32 AM
**Subject:** RE: Case No. 09-CA-026416

Mr. Hannam, thank you for your email.

Just to make sure I do my job properly and gather all potentially relevant information, could you please either send a copy of the Global Insurance policy or let me know the policy number so I may request it directly from the company?  Also, probably due to the general nature of the name, I was not able to readily find contact information for an entity known as "Global Insurance Company."  Could you please let me know the address for the company?

Thank you.

Matt

*Matthew J. Meyer*

ANSA | ASSUNCAO LLP
100 South Ashley Drive, Suite 1740
Tampa, Florida  33602
813.221.5403 Direct
813.375.2258 Mobile
813.221.5206 Office
813.221.6206 Fax
matthew.meyer@ansalaw.com
www.ansalaw.com

**From:** Richard Hannam [mailto:sinoind@verizon.net]
**Sent:** Thursday, January 14, 2010 11:16 AM
**To:** Meyer, Matthew J.
**Subject:** Case No. 09-CA-026416

Dear Mr.Meyer,

This is in response to your letter dated January 12, 2010 requesting information regarding any insurance coverage Wood Nation, Inc. had from 2004 through 2007.

Wood Nation, Inc. never had any form of insurance ever, other than a policy that covered them against product damage at sea during shipment.  That policy was issued by Global Insurance Company.

4/9/2010

## Richard Hannam

| | |
|---|---|
| **From:** | "Meyer, Matthew J." <Matthew.Meyer@ansalaw.com> |
| **To:** | "Richard Hannam" <sinoind@verizon.net> |
| **Cc:** | "Holmes, Mary-Jo" <MaryJo.Holmes@ansalaw.com> |
| **Sent:** | Thursday, January 14, 2010 12:32 PM |
| **Subject:** | RE: Case No. 09-CA-026416 |

Mr. Hannam, thank you for your email.

Just to make sure I do my job properly and gather all potentially relevant information, could you please either send a copy of the Global Insurance policy or let me know the policy number so I may request it directly from the company? Also, probably due to the general nature of the name, I was not able to readily find contact information for an entity known as "Global Insurance Company." Could you please let me know the address for the company?

Thank you.

Matt


*Matthew J. Meyer*

ANSA | ASSUNCAO LLP
100 South Ashley Drive, Suite 1740
Tampa, Florida 33602
813.221.5403 Direct
813.375.2258 Mobile
813.221.5206 Office
813.221.6206 Fax
matthew.meyer@ansalaw.com
www.ansalaw.com


**From:** Richard Hannam [mailto:sinoind@verizon.net]
**Sent:** Thursday, January 14, 2010 11:16 AM
**To:** Meyer, Matthew J.
**Subject:** Case No. 09-CA-026416

Dear Mr. Meyer,

This is in response to your letter dated January 12, 2010 requesting information regarding any insurance coverage Wood Nation, Inc. had from 2004 through 2007.

Wood Nation, Inc. never had any form of insurance ever, other than a policy that covered them against product damage at sea during shipment. That policy was issued by Global Insurance Company.

Regards,
Richard Hannam

4/9/2010

## Richard Hannam

| | |
|---|---|
| **From:** | "chunshan wei" <bnbmusa@msn.com> |
| **To:** | "Richard Hannam" <sinoind@verizon.net> |
| **Sent:** | Thursday, October 29, 2009 2:31 AM |
| **Attach:** | DRYWALLL SUPPLIER'S INFORMATION.doc; TTPC WN7350 Revised 6.29.06.doc |
| **Subject:** | RE: Drywall |

Dear Richard:

Please see the attachment , that is all I can find in my old files. The contract may not be the final version but can give you some information.

David

---

From: sinoind@verizon.net
To: bnbmusa@msn.com
Subject: Drywall
Date: Sun, 25 Oct 2009 10:28:30 -0400

Hello David,

I'm sorry to be bothering you with this again, however I neglected to list Taishan as a supplier to the U.S. Consumer Product Safety Commission.

I've moved and cannot find any of my files regarding the transaction on the forty containers and need some of the following data:

Some information I can get from my customers, such as the number of pieces shipped, grade/size and my selling prices.

However, I do need:

Full name and address of Taishan.

Date containers shipped.

Name of vessel and B/L number.

Purchase price.

For your information, I have not had one single complaint on any of my drywall.

Regards,
Richard

10/29/2009



U.S. CONSUMER PRODUCT SAFETY COMMISSION

4330 EAST WEST HIGHWAY

BETHESDA, MD 20814

OFFICE OF COMPLIANCE & FIELD OPERATIONS
Director, Defect Investigations Division
Email:dwoodard@cpsc.gov

Dean W. Woodard
Tel:301-504-7651
Fax: 301-504-0359

***VIA CERTIFIED LETTER***

October 5, 2009

Richard Hannam
10738 Plantation Bay Dr.
Tampa, FL 33647-3302

Re:    CPSC File No. PI090017
       Drywall Imports from the People's Republic of China

Dear Mr. Hannam:

The U. S. Consumer Product Safety Commission ("Commission" or "CPSC") is an independent federal regulatory agency charged with the responsibility of protecting the public against unreasonable risks of injury and illness associated with consumer products.

The Commission is currently investigating reports that drywall imported from the People's Republic of China and installed in homes in the United States has caused corrosion of metal components in those homes and various health problems to the occupants of the homes. Your firm ("firm") has been identified as a possible importer, manufacturer, distributor, or retailer of the drywall.

One of the responsibilities of the CPSC staff is to investigate and determine preliminarily whether a defect is present in a consumer product and, if so, whether that defect rises to the level of a substantial product hazard under section 15(a) of the Consumer Product Safety Act (CPSA), 15 U.S.C. § 2064(a). Your firm may have an obligation to make a report to the CPSC pursuant to section 15(b) of the CPSA. If your firm does make a report, it should inform the Commission that it is making a report pursuant to section 15(b) of the CPSA, and it must provide the "full report" information and documents required by 16 C.F.R. § 1115.13(d) (1-14).

You can access information on-line at the links provided concerning the Consumer

Page 2
PI090017

Product Safety Act (CPSA) and the U.S. Consumer Product Safety Commission regulation titled "Substantial Product Hazard Reports" (16 C.F.R. Part 1115). These documents explain the law, the Commission's authority, and the Commission's policies regarding products that may present substantial product hazards. CPSC also administers other laws, which may be applicable in this instance, and those are available at our website: www.cpsc.gov/businfo/businfo.html. The links provided explain the various rights and obligations of persons and entities under the CPSA and other laws administered and enforced by CPSC.

## Information Requested

For the staff to assess accurately the potential safety hazard, if any, associated with the product, it needs certain information, documents, and records[1] from the firm.

For ease of reference, the "drywall" or "product" means any and all drywall, or such building products used under different names including, but not limited to, such wallboard, gypsum board, or material encompassed by ASTM Standard No. C1396, imported from the People's Republic of China. The "time frame" includes all dates from 2000 through 2009. The "drywall problem" refers to the allegations described in the second paragraph of this letter.

Please provide the following information:

1. Identify[2] the person providing the answer(s) contained in your response to this letter.

2. Did you sell, offer for sale, manufacture for sale, distribute in commerce, purchase, transfer, deliver, install, or import, in any way, any product during the relevant time frame?

---

1 "Document(s)" and "record(s)" are used in the broadest sense of the word and shall mean all original written, printed, typed, recorded, or graphic matter whatsoever, however produced or reproduced, of every kind, nature, and description, and all non-identical copies of both sides thereof, including, but not limited to, papers, letters, memoranda, correspondence, communications, electronic mail (e-mail) messages (existing in hard copy and/or in electronic storage), faxes, mailgrams, telegrams, cables, telex messages, notes, annotations, working papers, drafts, minutes, records; audio and video recordings, data, databases, other information bases, summaries, charts, tables, graphics, other visual displays, photographs, statements, interviews, opinions, reports, newspaper articles, studies, analyses, marketing information, evaluations, contracts, agreements, agendas, bulletins, notices, announcements, instructions, product specifications, blueprints, drawings, design changes, test reports, manuals, publications, statistical data, lists, tabulations, computer printouts, data processing inputs and outputs, microfilms, microfiches, statements for services, resolutions, financial statements, business records, shipping records, bills of lading, import documentation, work orders, pleadings, discovery in any form, affidavits, motions, responses to discovery, all transcripts, administrative filings and all mechanical, magnetic, photographic and electronic records or recordings of any kind, and shall include any drafts or revisions pertaining to any of the foregoing, all other things similar to any of the foregoing, however denominated by the firm, any other data compilations from which information can be obtained, translated if necessary, into a usable form and any other documents.
2 "Identify" or "identity" shall mean to provide the full name, address, telephone number, and e-mail address. Further, when used with respect to a person, include that person's occupation, job, or position, job title(s), and employer. When used with respect to an entity, include all former names of that entity, its state of incorporation, registration, or organization, and its relationship, if any, to your firm.

Page 3
PI090017

3. If you answered "Yes" to Request No. 2, list all such shipments of product including, for each individual shipment:

    a. The name of the manufacturer of the product;
        i. Any identifying marks or brands on the product, including any date codes and style numbers;
        ii. The date of manufacture;
        iii. The location of manufacture, including the name of the gypsum mine, or other mine, if known;
    b. The amount of product in the shipment;
    c. The retail price of the product;
    d. The type or character of the product in the shipment including the dimensions, whether the product was synthetic or non-synthetic or a mixture of both, and the component materials of the product;
    e. Identify the person or entity from whom you received the product;
        i. The nature of the transaction by which you received the product such as importation, sale, consignment, etc.;
        ii. The date on which you received the product;
        iii. The manner in which you received the product (e.g. ship, rail, truck, etc.) and the name, address, and telephone number of the carrier;
    f. Identify the person or entity to or for whom you sold, offered for sale, manufactured for sale, distributed in commerce, purchased, transferred, delivered, installed, or imported the product;
        i. The nature of the transaction by which you sold, distributed, purchased, transferred, delivered or installed the product;
        ii. The date on which you sold, distributed, purchased, transferred, delivered, installed, or imported the product;  and
        iii. The manner in which you transferred the product (e.g. ship, rail, truck, etc.) and the name, address, and telephone number of the carrier.

4. Provide all documents and records related to the transactions identified in Request No. 3.

5. Provide the following:
    a. Address(es) where you currently store and maintain any drywall imported from China, and identify the person(s) who supervises your drywall inventory at that location(s);
    b. Amount of drywall imported from China currently in your inventory.

6. Identify any communication your firm has had with any Chinese manufacturer, distributor or exporter, either through a representative in China or outside of China, about the product or the drywall problem?  For any such communication, state:
    a. The identity of any person or entity involved in such communication;
    b. The date of any such communication;
    c. The substance of any such communication; and
    d. If your communication related to a purchase of product, describe the process by which your firm made the transaction including:

Page 4
PI090017

   i. Is the product manufactured to your firm's requested specification?
   ii. Does your firm place the order from a catalog?

7. Provide all documents and records related to the communications identified in Request No. 6.

8. Identify any persons or entities other than your firm who sold, offered for sale, manufactured for sale, distributed in commerce, purchased, transferred, delivered, installed, or imported any product during the relevant time frame.

9. Identify all complaints or claims of any sort related to the drywall problem including but not limited to, warranty or insurance claims, legal actions, repair, refund, or injury claims, comments related to quality or conformity of the drywall, or customer complaints, made by your firm, or received by your firm, including any internal complaints or claims, in any manner. Include information related to any such complaint or claims received by your firm from any person or entity identified in your response to Request Nos. 3 or 8. For each such complaint or claim, provide:

  a. The identity of any person or entity making such complaint or claim;
  b. The person or entity receiving such complaint or claim;
  c. The date of such complaint or claim;
  d. The substance of such complaint or claim;
  e. The means of communication of such complaint or claim; and
  f. All actions taken in response or the resolution of any such complaint or claim.

10. Provide all documents and records related to the complaint or claims identified in Request No. 9.

## Information Disclosure

  If your firm submits any information that it considers to be a trade secret, or confidential commercial or financial information, it must mark it "confidential" in accordance with section 6(a)(3) of the CPSA, 15 U.S.C. § 2055(a)(3). The Commission may not disclose to the public trade secret information or proprietary commercial or financial data. If your firm does not request confidential treatment at the time of its submission, or within ten days thereafter, the staff will assume that it does not consider information in the submission to be a trade secret or otherwise exempt from disclosure under section 6(a) of the CPSA and under the Freedom of Information Act, 5 U.S.C. §552(b)(4).

  Section 6(b)(5) of the CPSA, 15 U.S.C. § 2055(b)(5), prohibits the Commission from releasing information submitted under section 15(b) of the CPSA unless a remedial action plan has been accepted in writing, a complaint has been issued, the submitting person consents to such release, or the Commission publishes a finding that the public health and safety require such release.

Page 5
PI090017

### Continuing Obligations

Your firm has a continuing obligation to supplement the information it provides, including the information submitted in response to the above requests. If, for example, after submitting its report and information to the Commission, your firm receives or learns of information concerning complaints, claims, incidents, or injuries that it did not report, or other information that affects the scope, prevalence, or seriousness of the reported problem, issue, or potential defect or hazard, your firm must immediately report that information to the Office of Compliance and Field Operations.

In addition, until this matter and any related matters are resolved, there will remain the possibility of further investigatory and enforcement action, including reasonably anticipated litigation. Therefore, your firm must abide by the continuing legal obligation to preserve all information, documents, records, and samples, now in existence or created hereafter, related to the product.

### Due Date and Contact Information

The Office of Compliance and Field Operations requests that your firm respond in writing and in full by providing all requested documents, records, information, and samples **within ten working days of your receipt of this letter**. If you seek assistance or if you have any questions, you may contact Mary Kroh, Compliance Officer, at 301-504-7886 or mkroh@cpsc.gov. Please address your correspondence to Mary Kroh's attention at the following address: Office of Compliance and Field Operations, U.S. Consumer Product Safety Commission, Room 613-15, 4330 East West Highway, Bethesda, MD 20814-4408. The Office of Compliance and Field Operations telefax number is (301) 504-0359.

Thank you for your cooperation.

Sincerely,

Dean W. Woodard
Director
Defect Investigations Division
Office of Compliance and Field Operations

Enclosures/Links:
Consumer Product Safety Act - http://www.cpsc.gov/about/cpsia/legislation.html
16 C.F.R. Part 1101, Information Disclosure - http://www.cpsc.gov/ABOUT/guide.html
Part 1115, Substantial Product Hazard Reports -
    http://www.cpsc.gov/BUSINFO/frnotices/fr06/E611758.pdf

Beijing New Building Material Co., Ltd.
De Wai Xisanqi, Haidian District, Beijing, China
Post code:  100096
Tel:   (010) 82918788
Fax:   (010) 82912657

 BEIJING NEW BUILDING MATERIALS CO., LTD

| To: | RICHARD HANNAM | Fax: | 001-813-994-4497 |
|---|---|---|---|
| From: | CAI KAI | Date: | 2006-1-28 |
| Re: | SHIPPING ADVICE | Pages: | [Click here and type number of pages]  5 |
| CC: | [Click here and type name] | | |

☐ Urgent      ☐ For Review      ☐ Please Comment      ☐ Please Reply      ☐ Please Recycle

Dear sir,

 Now we inform you as below:

Vessel Name :SHAN KING

Shipping Date: 22,JAN.2006

The  document please see the attachment.


Best wishes,

Cai Kai/BNBM

**BNBM** BEIJING NEW BUILDING MATERIALS CO., LTD.,

# PACKING   LIST

Invoice No. E-WN6350
Invoice Date. 2006/01/06
L/C NO.: 614923-02
Sold to Messrs: WOOD NATION INC.
          10740 PLANTATION BAY DRIVE
          TAMPA, FL 33647
DESTINATION: PORT MANATEE FLORIDA,U.S.A

Contract No: WN6350
Port of Loading: TIANJIN, CHINA

| MARKS & Nos. | DESCRIPTION | QUANTITY | GROSS WEIGHT | NET WEIGHT |
|---|---|---|---|---|
| | GYPSUM DRYWALL PER CONTRACT + WN6350 WITH SHIPPING MARK WN34 COST AND FREIGHT PORT MANATEE FLORIDA: | | | |
| WN34 | REGULAR  1/2"×4'×12' | 1807PALLETS | 5,418,000KG | 5,038,740KG |
| WN34 | CEILING 1/2"×4'×12' | 994PALLETS | 2,982,000KG | 2,773,260KG |
| WN34 | TYPE X 5/8"×4'×12' | 960PALLETS | 3,129,016KG | 2,883,000KG |
| | TOTAL | 3761PALLETS | 11,529,016KG | 10,695,000KG |
| | Plus or minus 2% is allowed | | | |

THERE IS NO SOLID WOOD PACKING MATERIAL

**BNBM** BEIJING NEW BUILDING MATERIALS CO., LTD.,

## Invoice

Invoice No. E-WN6350
Invoice Date. 2006/01/06
L/C NO.: 614923-02
Sold to Messrs:  WOOD NATION INC.

Contract No. WN6350
Port of Loading: TIANJIN, CHINA.

          10740 PLANTATION BAY DRIVE
          TAMPA, FL 33647
DESTINATION: PORT MANATEE FLORIDA

| MARKS & Nos. | DESCRIPTION | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| WN34 | GYPSUM DRYWALL PER CONTRACT + WN6350 WITH SHIPPING MARK WN34 COST AND FREIGHT PORT MANATEE FLORIDA: DRYWALL 1/2"×4'×12' CEILING 1/2"×4'×12' TYPE X  5/8"×4'×12' FOB TIANJIN ,CHINA  SEA FREIGHT  Plus or minus 2% is allowed | 122,808Pieces 67,524Pieces 49,868Pieces | USD4.41 USD4.44 USD4.70 | USD541583.28 USD299806.56 USD234379.6 USD1075769.44  USD963218.08 |
| TOTAL AMOUNT | CFR  PORT MANATEE FLORIDA USD 2038987.52 | | | |
| NAME OF BANK | BANK OF CHINA   HEAD OFFICE | | | |
| ADDRESS OF BANK | 1,FUXINGMENNEI, BEIJING CHINA | | | |
| BENEFICIRY | BEIJING NEW BUILDING MATERIALS CO., LTD., | | | |
| ADDRESS OF BENEFICIRY | NO.16 WEST ROAD, JIANCAICHENG, XISANQI, HAIDIAN DISTRICT BEIJING 100096 CHINA | | | |
| ACCOUNT No. | 00839508094001 | | | |

SIGNATURE_____

DATE_____

BNBM

# CERTIFICATE OF QUALITY

INVOICE NUMBER:E-WN6350

CONTRACT NUMBER: WN6350

L/C NUMBER: 614923-02

WE AT BEIJING NEW BUILDING MATERIALS CO. LTD.   CERTIFY THAT THE 1/2" REGULAR AND THE 1/2" CEILING BOARD MEETS ASTM C 1396-04 STANDARDS, AND THAT THE 5/8" TYPE X IS UL CERTIFIED.

Signature                           Date



1

DUPLICATE

This is page 1 of a 2 page Certificate issued under
Lloyd's reference / Policy Number BA1161/2005.
In the event of loss or damage the beneficiary must be
In possession of the complete Certificate.



**CLAIMS SETTLEMENT INSTRUCTIONS**
In the event of claim all supporting documents must be sent to:-
Wellington Syndicate Services Ltd., Marine Claims Department,
88 Leadenhall Street,
London EC3A 3BA.
Telephone : 44 (0) 20 7944 0413.
Facsimile : 44 (0) 20 7944 0440.

## LLOYD'S ELECTRONIC CERTIFICATION SCHEME

This Certificate of Insurance has been issued under Lloyd's Electronic Cargo Certificate Scheme. The Declaration against the Contract detailed below may be verified at www.cargocerts.lloyds.com quoting the Certificate Number, Security Id and one other piece of variable information which will be requested at the time of verification.

## Certificate of Insurance No. 6688-6700-0000-0078
## Security Id: 22410756

**This is to Certify** that *Alexander Forbes Risk Services Ltd.* Insurance Brokers at Lloyd's, and *Global Insurance Network, Inc.* (United States Brokers) are authorised by those Underwriters at Lloyd's identified under *Contract/Agreement number: MACML0500029* (the "Underwriters") to sign and issue this Certificate on their behalf and that the said Underwriters at Lloyd's have undertaken to issue Policy/Policies of Insurance to cover up to *1,500,000.00 USD*, in which will be embodied the Insurance declared hereunder to have been effected. This Certificate is not valid in respect of insurances attaching after the *Fifteenth* day of *December, 2006.*

THIS CERTIFICATE REQUIRES
ENDORSEMENT IN THE EVENT
OF ASSIGNMENT

for and on behalf of the Underwriters.
Dated at Lloyd's, London, Fri. Dec 23, 2005
© Lloyd's 2006

| Conveyance | East W., Shan King | | From | TIANJIN, CHINA |
|---|---|---|---|---|
| Via/To | TIANJIN, CHINA / PORT MANATEE/TAMPA BAY, U.S.A. | | To | PORT MANATEE, FLORIDA, U.S.A. |

INSURED VALUE/Currency  Two Million Three Hundred Ninety Eight Thousand Sixty Four and 0/100  USD

| Marks and Numbers | Interest |
|---|---|
| SHIPPER: BEIJING NEW BUILDING MATERIALS CO, LTD. DE WAI XISSNGI, HAI DIAN DIST BEIJING, CHINA 100096 | GYPSUM DRYWALL 122,808 PIECES ½" REGULAR 67,592 PIECES 1/2" CEILING 49,972 PIECES 5/8 TYPE X |
| CONSIGNEE: WOOD NATION, INC. 10740 PLANTATION BAY DR. TAMPA, FLORIDA 33647 | BOOKING #AFQL060123XGMT01 |
| COMPANY REQUESTING CERTIFICATE: WOOD NATION, INC. | |

If any provision of the insurance contract is inconsistent with the following letter of credit wording, the insurance contract shall prevail:
Comerica Bank
CLD- Mail code 7578
P. O. Box 33019
Detroit, MI 48232-5019

Shipment Date:  Sun. Jan 22, 2006

### CONDITIONS OF INSURANCE

All risk, port to port coverage only.  In the event of a claim for damage to sheet rock Underwriters shall only be liable for the damaged parts of each and this policy shall only pay for such damaged parts providing that the damage is such that it is practicable to use the remaining sound portion of the drywall for the purpose for which it was originally intended. In the event of damage to sheet rock caused by a risk insured under this policy, and after cutting away the damaged part it is possible to use the remaining sound portion for the purpose originally intended, underwriters shall only be liable for the proportionate insured value of the damaged part. Where it is not possible to utilize the sound portion, underwriters agree to pay for the insured value of the whole sheet, less any salvage obtained. All claims subject to a 5% (minimum of $10,500) deductible of the insured value. Warranted professionally packed for export.  In no case shall this Insurance cover ordinary leakage, ordinary loss in weight or volume, or ordinary wear & tear of the subject-matter insured or theft or any unexplained shortage unless such theft or shortage can be demonstrated to have taken place by violent and/or forcible entry to the container and/or carrying conveyance and/or place of store during the period of this insurance.  Warranted Common Carrier used must have GPS tracking, current valid motor truck cargo insurance, current valid vehicle registration and current valid drivers licenses. No coverage whatsoever for vehicle left unattended. Warranted a loading and unloading survey are done at the insured expense.

*We hereby declare under the authority of Underwriters at Lloyd's that an Insurance has been effected for account*

*of* COMERICA BANK
*as specified above so valued.*

Order on interest

**This Certificate not valid unless signed and countersigned.**

Signed _____    Countersigned _____

Authorised Signatory.

*Dated in the United Kingdom 23rd December, 2005.*
Alexander Forbes Risk Services Ltd.

*Dated in U.S.A  Thu. Jan 19, 2006*
Global Insurance Network, Inc.

Lloyd's Broker: Alexander Forbes Risk Services Limited,
Alexander Forbes House,
6 Bevis Marks,
London EC3A 7AF.



All enquiries should be addressed to the Lloyd's Approved
Coverholder acting as Agent for Underwriters not the Assured:
Global Insurance Network Inc., 7875 N.W. 12 Street, Suite 112,
Miami, Florida 33126, U.S.A.

DUPLICATE

This is page  2  of a  2  page Certificate issued under
Lloyd's reference / Policy Number  BA1161/2005.
In the event of loss or damage the beneficiary must be
in possession of the complete Certificate.



## LLOYD'S ELECTRONIC CERTIFICATION SCHEME

This Certificate of Insurance has been issued under Lloyd's Electronic Cargo Certificate Scheme. The Declaration against the Contract detailed below may be verified at
www.cargocerts.lloyds.com quoting the Certificate Number, Security Id and one other piece of variable information which will be requested at the time of verification.

## Certificate of Insurance No. 6688-6700-0000-0078

## Security Id: 22410756

In the event of loss or damage which may result in a claim under this Insurance, immediate notice must be given to the Lloyd's Agent at the port or place where the loss or damage is
discovered in order that they may examine the goods and issue a survey report. The survey agent will normally be the Agent authorised to adjust and settle claims in accordance with the
terms and conditions set forth herein, but where such Agent does not hold the requisite authority, he will be able to supply the name and address of the appropriate Settling Agent.

A full list of Lloyd's Agents can be found at www.lloydsagency.com

(Survey fee is customarily paid by claimant and included in valid claim against Underwriters.)

SEVERAL LIABILITY

The subscribing insurers' obligations under contracts of insurance to which they subscribe are several and not joint and are limited solely to the extent of their individual subscriptions. The
subscribing insurers are not responsible for the subscription of any co-subscribing insurer who for any reason does not satisfy all or part of its obligations.

All complaints by the Assured must be referred in the first instance to the Coverholder whose name and address are provided on the front of this document.
If no satisfaction is obtained, complaints should be referred to the Complaints and Advisory Department, Lloyd's, One Lime Street, London EC3M 7HA.
Telephone: +44 (0) 20 7327 1000

## IMPORTANT INSTRUCTIONS IN EVENT OF CLAIM

DOCUMENTATION OF CLAIMS
To enable claims to be dealt with promptly, the Assured or their Agents are advised to
submit all available supporting documents without delay, including when applicable.

1. Original policy or certificate of insurance.

2. Original or copy shipping invoices, together with shipping specification and/or weight
notes.

3. Original Bill of Lading and/or other contract of carriage.

4. Survey report or other documentary evidence to show the extent of the loss or damage.

5. Landing account and weight notes at final destination.

6. Correspondence exchanged with the Carriers and other parties regarding their liability
for the loss or damage

IMPORTANT
LIABILITY OF CARRIERS, BAILEES OR OTHER THIRD PARTIES
It is the duty of the Assured and their Agents, in all cases, to take such measures as may
be reasonable for the purpose of averting or minimising a loss and to ensure that all rights
against Carriers, Bailees or other third parties are properly preserved and exercised. In
particular, the Assured or their Agents are required:-
1. To claim immediately on the Carriers, Port Authorities or other Bailees for any missing
packages.
2. In no circumstances, except under written protest, to give clean receipts where goods
are in doubtful conditon.
3. When delivery is made by Container, to ensure that the Container and its seals are
examined immediately by their responsible official. If the Container is delivered damaged
or with seals broken or missing or with seals other than as stated in the shipping
documents, to clause the delivery receipt accordingly and retain all defective or irregular
seals for subsequent indentification.
4. To apply immediately for survey by Carriers' or other Bailees' Representatives if any
loss or damage be apparent and claim on the Carriers or other Bailees for any actual loss
or damage found at such survey.
5. To give notice in writing to the Carriers or other Bailees within 3 days of delivery if the
loss or damage was not apparent at the time of taking delivery.
Note:- The Consignee or their Agents are recommended to make themselves familiar with
the Regulations of the Port Authorities at the port of discharge.

The Institute Clauses incorporated herein are deemed to be those current at the time of commencement of the risk.
It is necessary for the Assured when they become aware of an event which is "held covered" under this insurance to give prompt notice to
Underwriters and the right to such cover is dependent upon compliance with this obligation.
Lloyd's Agents referred to herein are not insurers and are not liable for claims arising on this Certificate. The service of legal proceedings upon
Lloyd's Agents is not effective service for the purpose of starting legal proceedings against Underwriters.

Lloyd's is regulated by the Financial Services Authority, 25 The North Colonnade, Canary Wharf, London E14 5HS.

CODE NAME: "CONGENBILL" EDITION 1994

SNpper

**BILL OF LADING**
TO BE USED WITH CHARTER PORTDBD122XGNY01

BEIJING NEW BUILDING MATERIALS CO., LTD.,
NO. 16 WEST ROAD, JIANCAICHENG,
XISANQI, HAIDIAN DISTRICT  BEIJING 100096 CHINA

Consignee

Valls    Agent  JAY

813 639 4300
0408

TO ORDER

fax     639 0409

Notify address

CHUCK LABER, SACK AND MENENDEZ INC.,
PHONE  (813) 241-0276 EXT. 210

| Vessel | Port of loading |
|---|---|
| SHAN KING | TIANJIN, CHINA |

Port of discharge
PORT MANATEE FLORIDA

ORIGINAL

Shipper's description of goods

Gross weight

WN34

GYPSUM DRYWALL PER CONTRACT+ WN6350 WITH SHIPPING
MARK WN34 COST AND FREIGHT PORT MANATEE FLORIDA.
3761. OPALLETS                                          11, 529, 016KGS

THERE IS NO SOLID WOOD PACKING MATERIAL"
CLEAN" ON BOARD". 2 2 JAN 2006
" FREIGHT PREPAID"

TOTAL: THREE THOUSAND SEVEN HUNDRED AND SIXTY-ONE PALLETS ONLY.

(of which                        on deck at Shipper's risk; the Carrier not
being responsible for loss or damage howsoever arising)

Freight payable as per
CHARTER-PARTY dated .........................................

FREIGHT ADVANCE.
Received on account of freight:

Time used for loading ............... days ............... hours.

**SHIPPED** at the Port of Loading in apparent good order and
condition on board the Vessel for carriage to the Port
of Discharge or so near thereto as she may safely get the goods
specified above.
Weight, measure, quality, quantity, condition, contents and value
unknown.
IN WITNESS whereof the Master or Agent of the said Vessel has signed
the number of Bills of Lading indicated below all of this tenor and date,
any one of which being accomplished the others shall be void.
FOR CONDITIONS OF CARRIAGE SEE OVERLEAF   2 2 JAN 2006

| Freight payable at | Place and date of issue TIANJIN |
|---|---|

Number of original Bs/L
THREE

AS AGENT FOR AND ON BEHALF OF THE
MASTER:

As Agent For The Master

C.15  Printed and sold by
Witherby & Company Limited, 32/36 Aylesbury Street,
London EC1R 0ET.
Tel. No. 0171 251 5341  Fax No. 0171 251 1296
by authority of The Baltic and International Maritime Council.
(BIMCO) Copenhagen.

COPY

This is page 1 of a 2 page Certificate issued under
Lloyd's reference / Policy Number BA1161/2005.
In the event of loss or damage the beneficiary must be
in possession of the complete Certificate.



**CLAIMS SETTLEMENT INSTRUCTIONS**

In the event of claim all supporting documents must be sent to:-
Wellington Syndicate Services Ltd , Marine Claims Department,
88 Leadenhall Street,
London EC3A 3BA.
Telephone : 44 (0) 20 7944 0413,
Facsimile : 44 (0) 20 7944 0440

## LLOYD'S ELECTRONIC CERTIFICATION SCHEME

This Certificate of Insurance has been issued under Lloyd's Electronic Cargo Certificate Scheme. The Declaration against the Contract detailed below may be verified at
www.cargocerts.lloyds.com quoting the Certificate Number, Security Id and one other piece of variable information which will be requested at the time of verification.

## Certificate of Insurance No. 6688-6700-0000-0076

### Security Id: 22515025

This is to Certify that *Alexander Forbes Risk Services Ltd.* Insurance Brokers at Lloyd's, and *Global Insurance Network, Inc.*
(United States Brokers) are authorised by those Underwriters at Lloyd's identified under *Contract/Agreement number:*
*MACML0500029* (the "Underwriters") to sign and issue this Certificate on their behalf and that the said Underwriters at Lloyd's
have undertaken to issue Policy/Policies of Insurance to cover up to *1,500,000.00 USD,* in which will be embodied the Insurance
declared hereunder to have been effected. This Certificate is not valid in respect of insurances attaching after the *Fifteenth* day of
*December, 2006.*

THIS CERTIFICATE REQUIRES
ENDORSEMENT IN THE EVENT
OF ASSIGNMENT

for and on behalf of the Underwriters.
Dated at Lloyd's, London, Fri. Dec 23, 2005
© Lloyd's  2006

| Conveyance | East W., Shan King | From | TIANJIN, CHINA |
| Via/To | TIANJIN, CHINA / PORT MANATEE/TAMPA BAY, U.S.A. | To | PORT MANATEE, FLORIDA, U.S.A. |

INSURED VALUE/Currency  Two Million Three Hundred Ninety Eight Thousand Sixty Four and 0/100  USD

| Marks and Numbers | Interest |
|---|---|
| SHIPPER: BEIJING NEW BUILDING MATERIALS CD, LTD.<br>DE WAI XISSNGI, HAI DIAN DIST<br>BEIJING, CHINA 100096<br><br>CONSIGNEE: WOOD NATION INC.<br>10740 PLANTATION BAY DR.<br>TAMPA, FLORIDA 33647<br><br>COMPANY REQUESTING CERTIFICATE:<br>WOOD NATION, INC. | GYPSUM DRYWALL<br>122,808 PIECES 1/2" REGULAR<br>67,592 PIECES 1/2" CAILING<br>49,972 PIECES 5/8 TUPEX<br>*BOOKING# AFQL060123XGMT01 |

If any provision of the insurance contract is inconsistent with the following letter of credit wording, the insurance contract shall prevail:
Mail Code 7578
Commerical & Real Estate Loan Doc,
Comerica
P.O. Box 33019
Detriot, MI 48232-5019

Shipment Date: Sun. Jan 22, 2006

### CONDITIONS OF INSURANCE

All risk, warehouse to warehouse coverage. In the event of a claim for damage to sheet rock Underwriters shall only be liable for the damaged parts of each and this policy shall only pay for such damaged parts providing that the damage is such that it is practicable to use the remaining sound portion of the drywall for the purpose for which it was originally intended. In the event of damage to sheet rock caused by a risk insured under this policy, and after cutting away the damaged part it is possible to use the remaining sound portion for the purpose originally intended, underwriters shall only be liable for the proportionate insured value of the damaged part. Where it is not possible to utilize the sound portion, underwriters agree to pay for the insured value of the whole sheet, less any salvage obtained. All claims subject to a 5% (minimum of $10,500) deductible of the insured value. Warranted professionally packed for export.In no case shall this Insurance cover ordinary leakage, ordinary loss in weight or volume, or ordinary wear & tear of the subject-matter insured or theft or any unexplained shortage unless such theft or shortage can be demonstrated to have taken place by violent and/or forcible entry to the container insured or carrying conveyance and/or place of store during the period of this insurance.Warranted Common Carrier used must have GPS tracking, current valid motor truck cargo insurance, current valid vehicle registration and current valid drivers licenses.No coverage whatsoever for vehicle left unattended. Warranted a loading and unloading survey are done at the insured expense.

*We hereby declare under the authority of Underwriters at Lloyd's that an Insurance has been effected for account*

*of  Commercial & Real Estate Loan Doc.*                                                                                                          *or Order on interest*

*as specified above so valued.*

This Certificate not valid unless signed and countersigned.

Signed

Countersigned

Authorised Signatory.

*Dated in the United Kingdom  23rd December, 2005.*

*Dated in U.S.A  Thu. Jan 19, 2006.*

Alexander Forbes Risk Services Ltd.

Global Insurance Network, Inc.

Lloyd's Broker: Alexander Forbes Risk Services Limited,
Alexander Forbes House,
6 Bevis Marks,



All enquiries should be addressed to the Lloyd's Approved
Coverholder acting as Agent for Underwriters not the Assured.
Global Insurance Network Inc., 7875 N.W. 12 Street, Suite 112,
Miami, Florida 33126, U.S.A.