

*Sent Us Mail*
*6/9/09 ak*

June 3, 2009

U.S. Consumer Product Safety Commission
Office of Compliance and field Operations
Attn: Dean W. Woodard, Director
Defect Investigations Division
4330 East West Highway
Bethesda, MD 20814

Re:    CPSC File No. PI090017
       Drywall Imports from the People's Republic of China

Dear Mr. Woodard:

I am in receipt of your letter dated May 18, 2009, and a copy of that letter is attached for
your reference.  My response to that letter is as follows:

1. Stefan M. Davis, Managing Member of Davis Construction Supply, LLC
2. Yes
3. **Shipment 1) Shipment Date:  January 25, 2006**
    a. Beijing New Building Materials Public Limited Company
        i. Type X – UL Certified mark
        ii. Unknown date of manufacture
        iii. Xingang, China
    b. 199,576 sheets of 5/8" Type X drywall
    c. Retail price:  $14.26 - $15.00 per board
    d. 4' x 12' sheets.   Please see attached laboratory report regarding
    component materials of product.
    e. Beijing New Building Materials Public Limited Company
        i. Importation – sale
        ii. January 25, 2006
        iii. Received via vessel – MV "Beautiful Queen" – Cosco International
        Air Freight, 4F Aozhu Business Building A#4, Fugran Street,
        Tianzhu County, Shanyi District, Beijing China
    f. Davis Construction Supply, LLC
        i. Purchased and imported product.
        ii. Imported product – January 25, 2006
        iii. Transferred the product via truck. – Berg Transport, PO Box 6585,
        Ocala, FL 34478
4. Please find attached documentation labeled Shipment 1

**20725 SW 46th Avenue, Newberry, Florida 32669**
**ph: 352-472-7773    fax: 352-472-5969**

**MTD Exhibit #226**

EXHIBIT
9 KR
DAVIS 51915
PENGAD 800-631-6989

DAVIS CONSTRUCTION - 000365

*(Shipment 1 information continued)*

5.    a. 5858 NW 80th Avenue Rd., Ocala, FL  34482 – Edgar Chaparro, Supervisor

    b. Current inventory: 29,384 boards

6. There has been no communication with any Chinese manufacturer, distributor or exporter about the product or the drywall problem.

7. N/A – no communication documents

8. EAC & Sons, Corp., 1142 E. Donegan Ave., Kissimmee, FL  34744 / Rinker Materials, 1501 Belvedere Road, West Palm Beach, FL 33406 / Seacoast Supply, 408 Old Dixie Hwy, Auburndale, FL 33823

9. We have received no complaints of any sort related to the drywall problem.

10. N/A -- no complaint documents.


3. **Shipment 2) Shipment date: June 15, 2006**

    a. Beijing New Building Materials Public Limited Company

        i. Type X – UL Certified mark

        ii. Unknown date of manufacture

        iii. Xingang, China

    b. 102,136 sheets of ½" drywall and 155,272 sheets of 5/8" Type X drywall

    c. Retail price:  ½" - $11.00 - $12.75 per board, 5/8" = $14.26 - $15.00 per board.

    d. Please see attached laboratory report regarding component materials of product.

    e. Beijing New Building Materials Public Limited Company

        i. Importation, sale

        ii. July 22, 2006

        iii. Received via vessel – MV "Cornelia" – Beluga Chartering BmbH, Schlachte 22, 28195 Bremen, Germany

    f. Davis Construction Supply, LLC

        i. Purchased and imported product.

        ii. Imported product – July 22, 2006

        iii. Transferred the product via truck. – Berg Transport, PO Box 6585, Ocala, FL 34478

4. Please find attached documentation labeled Shipment 2

5.    a. 5858 NW 80th Avenue Rd., Ocala, FL  34482 – Edgar Chaparro, Supervisor

    b. Current inventory:  ½" – 87,244 boards and 5/8" – 108,472 boards

6. There has been no communication with any Chinese manufacturer, distributor or exporter about the product or the drywall problem.

7. N/A – no communication documents

8. EAC & Sons Corp., 1142 E. Donegan Ave., Kissimmee, FL 34744.

9. We have received no complaints of any sort related to the drywall problem.

10. N/A – no complaint documents.

DAVIS CONSTRUCTION - 000366

3. **Shipment 3) Shipment date: June 23, 2006**
   a. Beijing New Building Materials Public Limited Company
      i. Type X – UL Certified mark
      ii. Unknown date of manufacture
      iv. Xingang, China
   b. 119,704 sheets of 5/8" Type X drywall
   c. Retail price: $14.26 - $15.00 per board
   d. Please see attached laboratory report regarding component materials of product.
   e. Beijing New Building Materials Public Limited Company
      i. Importation, sale
      ii. September 7, 2006
      iii. Received via vessel – MV "Yong An Cheng" Xiamen Ocean Shipping Company
   f. Davis Construction Supply, LLC
      i. Purchased and imported product.
      ii. Imported product – September 7, 2006
      iii. Transferred the product via truck. – Coastal Cargo Company, Inc., PO Box 53235, New Orleans, LA 70153
4. Please find attached documentation labeled Shipment 3
5. a. 1200 Woodland Avenue, Mobile, Alabama  36610 – Edgar Chaparro, Supervisor
   c. Current inventory: 5/8" – 119,392 boards
6. There has been no communication with any Chinese manufacturer, distributor or exporter about the product or the drywall problem.
7. N/A – no communication documents
8. Material Advantage USA, 3663 Lee Road #425, Jefferson Valley, NJ  10535
9. We have received no complaints of any sort related to the drywall problem.
10. N/A – no complaint documents.


We trust that this communication will resolve the need for further participation in the referenced investigation.  Should you have any further questions or concerns, please advise.


Sincerely,


Stefan M. Davis
Managing Member

Encl.: Letter dated from Dean Woodard dated May 18, 2009
       Columbia Analytical Services Laboratory Report dated April 23, 2008

20725 SW 46th Avenue, Newberry, Florida 32669
ph: 352-472-7773   fax: 352-472-5969

DAVIS CONSTRUCTION - 000367

Jan 26 06 03:11p    E A C & Sons Corporation    4078462822              p.2

SHIPMENT #1 - MV BEAUTIFUL QUEEN _ PORT OF TAMPA

FROM :                      FAX NO. :819064503900        Jan. 24 2006 16:06   P1

Attn: Edgar.  Fr: Frank Lee.



北京中远国际航空货运代理有限公司
## COSCO INTERNATIONAL AIR FREIGHT

收件单位(TO): BNRM            传真号(FAX NO): 82912657

收件人(ATTN): 秦凯 先生

发件单位(FROM): COSCO AIR FREIGHT     日期(DATE):

发件人(SENDER): MAX TIAN            编号(REF. NO) :

                                签发人(APVD BY) :

                                总页数(Pages) :

DATE: 24TH JAN 2006

DEAR SIRS,

WE HAVE ACCEPT THE CARGO OF 12,000MTS/18322CBM PLATERBOARD, AND MV BEAUTIFUL

QUEEN    WILL ADMINISTER THIS VOYAGE. THE VESSEL ETA 25TH JAN AT XXG

LAY/CAN: 31ST JAN/08 FEB 2006

MV BEAUTIFUL QUEEN - EX HBONI

Handymax Bulker, Call Sign VRYE4, IMO Number 9137117.

HONG KONG, BLT 2002, OH/BOX TYPE, CO2

DWT 43105 MT ON 12,067M, TPC 51.36

GRT 32491, NRT 13221

LOA 195M, BM 30.5M

7HO 7HA

GR/BL 59,905/58,581 CBM

DIM/TONNAGES: Moulded Depth of 19.00 m., Tonnage of 14,000

International Net and 42,424 Duet (long).

CARGO HANDLING: Bale Capacity of 58,581 cu.m.,

TEU Capacities of 2,100 Total, 1,110 on deck and 990 on hold, Conbulker,

Hatch Dimensions are

1 @ 12.80 x 20.50 m., 3 @ 12.80 x 27.00 m., 1 @ 13.60 x 15.45 m.,

1 @ 19.20 x 27.10 m., 1 @ 20.20 x 20.50 m.

CRANES 4 X 40TS .... ADA

TKS N B.RGDS!

MAX TIAN

M.D

如果该传真内容不够清晰完整，请及时与我们联系，谢谢！
If anything you received is not clear or integrated, please contact us at once. Thank you!

地址: 北京市顺义区天竺 渔府庙街四号昊兰商务 A 区 4F      邮编: 101312
电话: 86-10-8466118R, 64503939      传真: 86-10-64503900/64503910
ADD: 4F, Royba Business Building A,#4 Fuqian Street, Tianzhu County, Shunyi District, Beijing, Chi
TEL: 86-10-8455118R/64503939      FAX: 86-10-64503900/64503910

DAVIS CONSTRUCTION - 000373

**BNBM** BEIJING NEW BUILDING MATERIALS CO., LTD.

# PACKINGLIST

Invoice No. E-GB251118
Invoice Date. 2006/1/23
Sold to Messrs: EAC And SONS CORPORATOIN.
828 EAST Vine STREET
. Kissimmee ,FL 34744 ,
Tel :(407)846-9060 fax.(407)846-2822

Contract No. E-GB251118
From: TIANJIN XINGANG CHINA

bound for: Tampa,.U.S.A

| MARKS & Nos. | DESCRIPTION | QUANTITY | GROSS WEIGHT | NET WEIGHT |
|---|---|---|---|---|
| | Gypsum board(Type X) 4'x12'x5/8" | 3838pallets | 12473500.0KGS | 11514000.0KGS |
| | 4'x12'x52x3838=9579648square feet=891146.76m2 gross weight: 14.0kg/m2 net weight : 12.92kg/m2 | | | |
| | TOTAL | 3838Pallets | 12473500.0KGS | 11514000.0KGS |
| | All materials made in China. | | | |

For and on behalf of
北新建材（集团 有限公司
BEIJING NEW BUILDING MATERIALS CO.,LTD.

Author                Signature(s)

DAVIS CONSTRUCTION - 000374

Aug 01 06 03:10p    Edgar CHAPARRO        407-846-2622           p.5

# BILL OF LADING

| ① Shipper | ⑧ B/L NO. |
|---|---|
| BEIJING NEW BLD MATERIAL CO LTD<br>16 WEST ROAD, JIANCAICHENG<br>XISANQI ITAIDIAN DISTRICT, BEIJING<br>100096, CHINA | SKSMXCTP00001000 |

**SK**

② Consignee

E A C AND SONS CORPORATION
828 EAST VINE STREET
KISSIMMEE, FL 34744

③ Notify party

ENCORE FORWARDING, INC.
13910 ALVAREZ ROAD SUITE 100
JACKSONVILLE, FL 32218
ATTN: REID PURVIS
904-741-5040
FAX 904-741-5051 Shall attach to the carrier or his agents for failure to notify of arrival of the goods

IN ACCEPTING THIS BILL OF LADING, the shipper, Owner and consignee of the goods, and holder of this bill of lading expressly accepts and agree to all its stipulations exceptions and conditions, whether written, stamped or printed as fully as if signed by such shipper, Owner, consignee and/or holder. No agent is authorized to waive any of the provisions of the written clauses.
SHIPPED on board the ship marked herein by the shipper herein named the goods or packages said to contain goods hereinafter described in apparent good order and condition unless otherwise stated on this Bill of Lading, to be transported from the port of loading or place of receipt with liberty to proceed via any route or ports within the scope of the voyage, to the port of discharge, or so near thereto as the ship can safely get and there, always afloat at all stages and conditions of water, and there to be delivered or transshiped on payment of the charges thereon.
THE TERM "APPARENT GOOD ORDER AND CONDITION" WHEN USED IN THIS BILL OF LADING WITH REFERENCE TO IRON, STEEL OR METAL PRODUCTS OR WOOD PRODUCTS DOES NOT MEAN THAT THE GOODS, WHEN RECEIVED, WERE FREE OF VISIBLE RUST OR MOISTURE STAINING, CHAFFING AND/OR BREAKAGE. IF THE SHIPPER SO REQUESTS, A SUBSTITUTE BILL OF LADING WILL BE ISSUED OMITTING THE ABOVE DEFINITION AND SETTING FORTH ANY NOTATIONS AS TO RUST OR MOISTURE STAINING, CHAFFING AND/OR BREAKAGE WHICH MAY APPEAR ON THE MATE'S, OR TALLY CLERKS' RECEIPTS.
IN WITNESS WHEREOF, the master or agent of the said ship has signed THREE(3) bills of lading, all of this tenor and date, ONE of which being accomplished, the others to stand void.

| ④ Vessel | ⑤ Voyage No. |
|---|---|
| BEAUTIFUL QUEEN | V - 091E |
| ⑥ Port of Loading | ⑦ Port of Discharge |
| XINGANG, CHINA | TAMPA, U.S.A |

## PARTICULARS FURNISHED BY SHIPPER

| ⑨ Marks and Numbers | ⑩ No. & Kind of Pkgs/Units | ⑪ Description of Goods | ⑫ Gross Weight | ⑬ Measurement |
|---|---|---|---|---|
| | | "Said to contain, carrier unable to verify number and condition of contents of bundles or containers" | | |
| | | N/M 3838 PACKAGES GYPSUM BOARD(TYPE X)<br>12475500 KGS | | |

C O P Y
NON - NEGOTIABLE

SAY: THREE THOUSAND EIGHT HUNDRED-T (3838) PALLETSS          ONLY          "FREIGHT PREPAID"

| ⑭ Freight & Charge<br>  - AS ARRANGED- | ⑮ Revenue Tons<br>12,475.500 M/T | ⑯ Rate | ⑰ Per | ⑱ Prepaid<br>YES | ⑲ Collect |
|---|---|---|---|---|---|
| Shippers declared value $_____ | If value is not declared limits of liability apply per clauses 2.8.14.24 and 31. | | | | |
| ⑳ Freight Prepaid at<br>SEOUL KOREA | ㉒ Freight Payable at | | ㉓ Place of Issue<br>SEOUL KOREA | | |
| ㉑ Total Prepaid in | ㉔ No. of Original B/L<br>THREE/3 | | ㉕ Date of Issue<br>Feb 8 2006 | | |
| Laden on Board the Vessel | | ㉖ For and on Behalf of the Master<br>SK shipping co ltd | | | |

DAVIS CONSTRUCTION - 000375

# BNBM BEIJING NEW BLD MATERIAL CO LTD

## INVOICE

Invoice No. E-GB051118

Invoice Date. 2006/1/23

Sold to Messrs:  E A C AND SONS CORPORATON
        828 EAST VINE STREET
        KISSIMMEE,FL 34744

Tel :(407)846-9060 fax.(407)846-2822

Contract No. E-GB051118

From: TIANJIN , CHINA

bound for: Tampa, U.S.A.

| MARKS & Nos. | DESCRIPTION | QUANTITY | UNIT PRICE | MOUNT |
|---|---|---|---|---|
| | Gypsum board (Type X) | 199576 pieces | FOB Tianjin USD 7.0 | SD1397032.0 |
| | Insurance | 199576pieces | USD0.0396 | SD7903.21 |
| | Sea Freight | | USD4.9604 | SD989976.79 |
| | 4'x12'x52x3838=9579648 square feet=891146.76m2 | | | |
| | gross weight: 14.0kg/m2 net weight : 12.92kg/m2 | | | |
| TOTAL AMOUNT | | | CIF Tampa,U.S.A US | 2394912.0 |
| NAME OF BANK | BANK OF CHINA   HEAD OFFICE | | | |
| ADDRESS OF BANK | 1,FUXINGMENNEI, BEIJING CHINA | | | |
| BENEFICIRY | BEIJING NEW BLD MATERIAL CO LTD | | | |
| ADDRESS OF BENEFICIRY | NO.16 WEST ROAD JIANCAICHENG XISANQI ITAIDIAN DISTICT,BEIJING100096,CHINA | | | |
| ACCOUNT No. | 00839508094001 | | | |

All materials made in China.

For and on behalf
SIGN 北新建材（集团）有限责任公司
BEIJING NEW BUILDING MATERIALS CO.,LTD.

DATE ...................... ...... Authorized Signature(s)

DAVIS CONSTRUCTION - 000376

SHIPMENT #2 - MV CORNELIA _ PORT OF JACKSONVILLE

中华人民共和国海关国际航行船舶出口货物舱单
TIANJIN PORTRANS INTERNATIONAL SHIPPING AGENCY CO., LTD. EXPORT CARGO MANIFEST

船名航次(MV): CORNELIA 针末 26535D01          船长(Captain):          开航日期(Sailed):  Jun 15 ,2006          Page. 1 of 2

DISCHARGING PORT: CANAVERAL, USA.                                    PORT OF LOADING: XINGANG, CHINA

| 提单号<br>B/L NO. | 标记唛头<br>Marks & Numbers | 件数及包装<br>No.of Packages | 货名<br>description of Goods | 毛重(KG)<br>Weight | 尺码(C.B.M)<br>Measurement | 发货人<br>Shipper | 收货人<br>Consignees | 通知方<br>Notify Address | 目的港<br>Discharging<br>Port | 备 注<br>Remarks |
|---|---|---|---|---|---|---|---|---|---|---|
| BUGACOR0615603 | N/M | 2830 PALLETS | 5-8 INCH TYPE X GYPSUM BOARD | 9,521,500.0 | 13,957.8 | BEIJING NEW BUILDING MATERIALS PLC NO.16 WEST ROAD JIANGAICHENG XISANGI, HAIDIAN DISTRICT BEIJING 100095 | DAVIS CONSTRUCTION SUPPLY, LLC 20725 SW 46TH AVENUE NEWBERRY, FL 32669 USA | DAVIS CONSTRUCTION SUPPLY, LLC 20725 SW 46TH AVENUE NEWBERRY, FL 32669 USA | CANAVERAL,USA | |
| BUGACOR0615604 | N/M | 1470 PALLETS | 1/2 INCH GYPSUM BOARD | 4,439,400.0 | 7,206.7 | BEIJING NEW BUILDING MATERIALS PLC NO.16 WEST ROAD JIANGAICHENG XISANGI, HAIDIAN DISTRICT BEIJING 100095 | DAVIS CONSTRUCTION SUPPLY, LLC 20725 SW 46TH AVENUE NEWBERRY, FL 32669 USA | DAVIS CONSTRUCTION SUPPLY, LLC 20725 SW 46TH AVENUE NEWBERRY, FL 32669 USA | CANAVERAL,USA | |
| BUGACOR0615606 | N/M | 56 PACKAGES | 5-8 INCH GYPSUM BOARD | 182,000.0 | 266.77 | BEIJING NEW BUILDING MATERIALS PLC NO.16 WEST ROAD JIANGAICHEN2 XISANGI, HAIDIAN DISTRICT BEIJING 100091 | DAVIS CONSTRUCTION SUPPLY, LLC 20725 SW 46TH AVENUE NEWBERRY, FL 32669 USA | DAVIS CONSTRUCTION SUPPLY, LLC 20725 SW 46TH AVENUE NEWBERRY, FL 32669 USA | CANAVERAL,USA | |
| BUGACOR0615606 | N/M | 32 PACKAGES | 1/2 INCH GYPSUM BOARD | 96,320.0 | 166.88 | BEIJING NEW BUILDING MATERIALS PLC NO.16 WEST ROAD JIANGAICHENG XISANGI, HAIDIAN DISTRICT BEIJING 100091 | DAVIS CONSTRUCTION SUPPLY, LLC 20725 SW 46TH AVENUE NEWBERRY, FL 32669 USA | DAVIS CONSTR CTION SUPPLY, LLC 20725 SW 46TH AVENUE NEWBERRY, FL 32669 USA | CANAVERAL,USA | |

Subtotal:    4          4,488          14,249,220.0 KGS   21,598,160

兹声明以上列各项均正确无讹          代理公司(签章)          船长(签章)

DAVIS CONSTRUCTION - 000377

CODE NAME: "CONGENBILL"   EDITION 1994

B/L No. BUGACOR0615603

Shipper

BEIJING NEW BUILDING MATERIALS PLC
NO.16 WEST ROAD JIANCAICHENG
XISANGI, HAIDIAN DISTRICT BEIJING 100096

# BILL OF LADING

TO BE USED WITH CHARTER-PARTIES

Reference No.

Consignee

DAVIS CONSTRUCTION SUPPLY, LLC
20725 SW 46TH AVENUE
NEWBERRY, FL 32669 USA

Notify address

DAVIS CONSTRUCTION SUPPLY, LLC
20725 SW 46TH AVENUE
NEWBERRY, FL 32669 USA

| Vessel | Port of loading |
| --- | --- |
| CORNELIA/26535001 | XIN GANG SEAPORT, TIANJIN, CHINA |

Port of discharge
TO TAMPA, FLORIDA USA

| Shipper's description of goods "said to be" | | Gross weight "said to weight" | "said to measure" |
| --- | --- | --- | --- |
| N/M | 2930 PALLETS | 9522500KGS | 13957.8CBM |
| | 5/8 INCH TYPE X GYPSUM BOARD | | |

(of which                              on deck a at consignee's risk
being responsible for loss or damage howsoever arising)

Freight payable as per

CHARTER-PARTY dated _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

FREIGHT ADVANCE.

Received on account of freight:

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

Time used for loading _ _ _ _ _ _ _ _ days _ _ _ _ _ _ _ _ _ _ _ hours.

SHIPPED at the Port of Loading in apparent good order and condition on board the Vessel for carriage to the Port of Discharge or so near thereto as she may safely get the goods specified above.

Weight, measure, quality, quantity, condition, contents and value un-known.

IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the others shall be void.

FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

| Freight payable at | Place and date of issue |
| --- | --- |
| Number of original Bs/L 3/3 | Signature |
| | AS AGENT FOR AND ON BEHALF OF THE MASTER :    VIK MIROSLAV |

Printed and sold by
Fr. G. Knudtzon Bogtrykkeri A/S, 55 Toldbodgade,
DK-1253 Copenhagen K. Telex +45 33 93 11 84 by
authority of The Baltic and International Maritime
Conference (BIMCO), Copenhagen

DAVIS CONSTRUCTION - 000378

CODE NAME: "CONGENBILL"   EDITION 1994

B/L No.BUGACOR0615604

Shipper

BEIJING NEW BUILDING MATERIALS PLC
NO.16 WEST ROAD JIANCAICHENG
XISANGI, HAIDIAN DISTRICT BEIJING 100096

# BILL OF LADING
TO BE USED WITH CHARTER-PARTIES

Reference No.

Consignee

DAVIS CONSTRUCTION SUPPLY, LLC
20725 SW 46TH AVENUE
NEWBERRY, FL 32669 USA

Notify address

DAVIS CONSTRUCTION SUPPLY, LLC
20725 SW 46TH AVENUE
NEWBERRY, FL 32669 USA

| Vessel | Port of loading |
|---|---|
| CORNELIA/26535001 | XIN GANG SEAPORT, TIANJIN, CHINA |

Port of discharge

TO TAMPA, FLORIDA USA

| Shipper's description of goods "said to be" | Gross weight "said to weight" | "said to measure" |
|---|---|---|
| N/M    1470PALLETS | 44394KGS | 7206.7CBM |
| 1/2 INCH  TYPE X GYPSUM BOARD | | |

(of which                                   on deck at consignee's risk
being responsible for loss or damage howsoever arising)

| | |
|---|---|
| Freight payable as per | **S H I P P E D** at the Port of Loading in apparent good order and condition on board the Vessel for carriage to the Port of Discharge or so near thereto as she may safely get the goods specified above. |
| CHARTER-PARTY dated _ _ _ _ _ _ _ _ _ _ _ _ _ | |
| FREIGHT ADVANCE. | Weight, measure, quality, quantity, condition, contents and value un-known. |
| Received on account of freight: | IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the others shall be void. |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | FOR CONDITIONS OF CARRIAGE SEE OVERLEAF |
| Time used for loading _ _ _ _ _ _ _ _ _ days _ _ _ _ _ _ _ _ _ _ hours. | |

| Freight payable at | Place and date of issue |
|---|---|
| Number of original Bs/L 3/3 | Signature |
| | AS AGENT FOR AND ON BEHALF OF |
| | THE MASTER :    VIK MIROSLAV |

Printed and sold by
Fr. G. Knudtzon Bogtrykkeri A/S, 55 Toldbodgade,
DK-1253 Copenhagen K. Telex +45 33 93 11 84 by
authority of The Baltic and International Maritime
Conference (BIMCO), Copenhagen

DAVIS CONSTRUCTION - 000379

CODE NAME: "CONGENBILL"   EDITION 1994

B/L No.BUGACOR0515605

Shipper

BEIJING NEW BUILDING MATERIALS PLC
NO.16 WEST ROAD JIANCAICHENG
XISANGI, HAIDIAN DISTRICT BEIJING 100096

## BILL OF LADING

TO BE USED WITH CHARTER-PARTIES

Reference No.

Consignee

DAVIS CONSTRUCTION SUPPLY, LLC
20725 SW 46TH AVENUE
NEWBERRY, FL 32669 USA

Notify address

DAVIS CONSTRUCTION SUPPLY, LLC
20725 SW 46TH AVENUE
NEWBERRY, FL 32669 USA

| Vessel | Port of loading |
|---|---|
| CORNELIA/26535001 | XIN GANG SEAPORT, TIANJIN, CHINA |

Port of discharge

TO TAMPA, FLORIDA USA

| Shipper's description of goods "said to be" | Gross weight "said to weight" | "said to measure" |
|---|---|---|
| N/M   56PACKAGES | 182000KGS | 266.77CBM |
| 5/8 INCH GYPSUM BOARD | | |

(of which                    on deck at consignee's risk
being responsible for loss or damage howsoever arising)

Freight payable as per

CHARTER-PARTY dated _ _ _ _ _ _ _ _ _ _ _ _ _ _

FREIGHT ADVANCE.

Received on account of freight:

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

Time used for loading _ _ _ _ _ _ _ _ _ days _ _ _ _ _ _ _ _ _ hours.

S H I P P E D   at the Port of Loading in apparent good order and condition on board the Vessel for carriage to the Port of Discharge or so near thereto as she may safely get the goods specified above.

Weight, measure, quality, quantity, condition, contents and value un-known.

IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the others shall be void.

FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

| Freight payable at | Place and date of issue |
|---|---|
| Number of original Bs/L  3/3 | Signature |
| | AS AGENT FOR AND ON BEHALF OF |
| | THE MASTER :    VIK MIROSLAV |

Printed and sold by
Fr. G. Knudtzon Boatrykkeri A/S, 55 Toldbodgade,
DK-1253 Copenhagen K, Telex +45 33 93 11 84 by
authority of The Baltic and International Maritime
Conference (BIMCO), Copenhagen

CODE NAME: "CONGENBILL"   EDITION 1994

B/L No.BUGACOR0615606

Shipper

BEIJING NEW BUILDING MATERIALS PLC
NO.16 WEST ROAD JIANCAICHENG
XISANGI, HAIDIAN DISTRICT BEIJING 100096

# BILL OF LADING

TO BE USED WITH CHARTER-PARTIES

Reference No.

Consignee

DAVIS CONSTRUCTION SUPPLY, LLC
20725 SW 46TH AVENUE
NEWBERRY, FL 32669 USA

Notify address

DAVIS CONSTRUCTION SUPPLY, LLC
20725 SW 46TH AVENUE
NEWBERRY, FL 32669 USA

| Vessel | Port of loading |
|---|---|
| CORNELIA/26535001 | XIN GANG SEAPORT, TIANJIN, CHINA |

Port of discharge

TO TAMPA, FLORIDA USA

| Shipper's description of goods | Gross weight | |
|---|---|---|
| "said to be" | "said to weight" | "said to measure" |
| | 96320KGS | 156.88CBM |
| N/M    32PACKAGES | | |
| 1/2 INCH GYPSUM BOARD | | |

(of which                        on deck a at consignee's risk
being responsible for loss or damage howsoever arising)

| Freight payable as per | SHIPPED at the Port of Loading in apparent good order and condition on board the Vessel for carriage to the Port of Discharge or so near thereto as she may safely get the goods specified above. |
|---|---|
| CHARTER-PARTY dated _ _ _ _ _ _ _ _ _ _ _ _ | |
| FREIGHT ADVANCE. | Weight, measure, quality, quantity, condition, contents and value un-known. |
| Received on account of freight: | IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the others shall be void. |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | FOR CONDITIONS OF CARRIAGE SEE OVERLEAF |
| Time used for loading _ _ _ _ _ _ _ days _ _ _ _ _ _ _ hours. | |

| Freight payable at | Place and date of issue |
|---|---|
| Number of original Bs/L 3/3 | Signature |
| | AS AGENT FOR AND ON BEHALF OF |
| | THE MASTER :   VIK MIROSLAV |

Printed and sold by
Fr. G. Knudtzon Bogtrykkeri A/S, 55 Toldbodgade,
DK-1253 Copenhagen K, Telex +45 33 93 11 84 by
authority of The Baltic and International Maritime
Conference (BIMCO), Copenhagen

DAVIS CONSTRUCTION - 000381



China Ocean Shipping Tally Company

**HEAD OFFICE**
Jia Zhuang Dong Li, Chaoyang
ict, Beijing, P.R.China
code: 100026 Fax: (010)65920347
(010)65920349 65947860

**TIAN JIN BRANCH**
STATE PATENT NO.
95318817.5

STOWAGE    PLAN

SHEET NO. ONLY

| Port of discharge | P'kge | Tons | Vessel: CORNELIA | Voy.No. — | Nationality BAHAMAS | Hatch P'kge Tons | No.1 | No.2 | No.3 | No.4 | No.5 | No.6 No.7 | Total | No.8 No.7 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VANCOUVER | 721 | 400.286 | Port of loading: TIANJIN XINGANG | | | P'kge | 611 | 527 | 495 | 441 | 539 | 480 538 | 5209 | 721 381 |
| TAMPA | 4488 | 1322.000 | Loading completed on: 15—06—2006 | | | Tons | 1986.000 | 1713.005 | 1494.400 | 1332.000 | 1712.00 | | | |

VANCOUVER
S/No. BUGA COR 0614601.     DRILLING RIG & DRILL PIPES.
BUGA COR 0614602.     721 PKMS     400.286 TONS.

| | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 |
|---|---|---|---|---|---|---|---|---|---|
| | TAMPA S/O.NO. | S6.746 BUGACOR 0614605. 606. GYPEUM BOARD 88 PIJS 278.300 TONS | TAMPA S/O.NO. | TAMPA S/O.NO. | TAMPA S/O.NO. | TAMPA S/O.NO. | TAMPA S/O.NO. | TAMPA S/O.NO. | TAMPA S/O.NO. |
| | BUGACOR | S/O.NO | BUGACOR | BUGACOR | BUGACOR | BUGACOR | BUGACOR | BUGACOR | BUGACOR |
| | 0614603% | BUGACOR 0614603% | 0614604% | 0614603% | 0614603% | 0614604% | 0614604% | 0614603% | 0614603% |
| | GYPEUM | BUGACOR | GYPEUM | GYPEUM | GYPEUM | GYPEUM | GYPEUM | GYPEUM | GYPEUM |
| | BOARD | GYPEUM BOARD | BOARD | BOARD | BOARD | BOARD | BOARD | BOARD | BOARD |
| | 495 PITS | 273 PITS | 534 PITS | 485 PITS | 539 PITS | 441 PITS | 495 PITS | 527 PITS | 611 PITS |
| | 1608.300 TONS. | 887.000 TONS. | 1613.000 TONS. | 1576.000 TONS. | 1750.000 TONS. | 1332.000 TONS. | 1494.400 TONS. | 1713.005 TONS. | 1986.000 TONS. |

Remarks: _____    Master/Chief Officer: _____

DAVIS CONSTRUCTION - 000382

Sep-06-2006  03:17pm   From-BANK OF NEW NY                    +315-222-3333        T-456  P.003/004  F-604

B/L No.   CXGMNYAC08045001

Shipper (insert name, address and place)
BEIJING NEW BUILDING MATERIALS PLC
NO. 16 WEST ROAD JIANCAICHENG
XISANGJI, HAIDIAN DISTRICT BEIJING 100096 CHINA

厦门远洋运输公司
Xiamen Ocean Shipping Company
FAX:86-592-2314638   TLX:923188 COSCM CN

Consignee (insert name, address and place)
DAVIS CONSTRUCTION SUPPLY, LLC
20725 SW 46TH AVE
NEWBERRY, FL 32669

**BILL OF LADING**

Notify Party (insert name, address and place)
DAVIS CONSTRUCTION SUPPLY, LLC
20725 SW 45TH AVE
NEWBERRY, FL 32669

**ORIGINAL**

Vessel                     Port of Loading
YONGJIN CHENG     XIN GANG SEAPORT, TIANJIN, CHINA

TO TAMPA FLORIDA USA

Number of Original B/L     THREE

| Description of Goods | | Gross weight/measurement |
|---|---|---|
| NM | 2302PACKAGES     5/8 INCH TYPE X GYPSUM BOARD | 7461500KGS   10966.15CBM |

FREIGHT COLLECT

TOTAL:TWO THOUSAND THREE HUNDRED AND TWO PACKAGES ONLY.

(of which          on deck at Merchant's risk; the Carrier not being responsible for loss of damage howsoever arising)

Freight and Charges

27 JUL 2006

TIANJIN
Place and date of issue:

Signed for and on behalf of the Carrier:
AS AGENT FOR AND ON BEHALF OF
COSCO CONTAINER LINES
CHINA OCEAN SHIPPING AGENCY, TIANJIN

Serial No.   0000706
(For Carrier's use only)

General Manager
4·  Agent for The Master

Sep-06-2008  03:17pm   From-BANK OF NEW NY                    +315-222-9333        T-456   P.004/004   F-604

DAVIS CONSTRUCTION - 000384

Sep-06-2006  03:18pm  From-BANK OF NEW NY                    +315-222-3333      T-456  P.002/004  F-804

## BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY

### Invoice

Invoice No.: E-GB200654                           Contract No. E-200654

Invoice Date: 2006/6/23                           Port of Loading: XIN GANG SEAPORT, TIANJIN , CHINA

L/C NO.: IM3321F

Manufacturer: BEIJING NEW BUILDING MATERIALS PLC

NO. 16 WEST ROAD JIANCAICHENG

XISANQI, HAIDIAN DISTRICT

BEIJING 100096 CHINA

Sold to Messrs: DAVIS CONSTRUCTION SUPPLY, LLC

20725 SW 46TH AVE

NEWBERRY, FL 32669

DESTINATION: TO TAMPA, FLORIDA, USA

| MARKS & Nos. | DESCRIPTION | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| N/M | 5/8  INCH  TYPE  X GYPSUM BOARD | 11970USHEETS | USD 6.8444/SHEET EAS UNDER TACKLE, XIN GANG SEAPORT, TIANJIN, CHINA | USD$819,254.18 |

| | | |
|---|---|---|
| TOTAL AMOUNT | USD$819,254.18 | |
| NAME OF BANK | BANK OF CHINA   HEAD OFFICE | |
| ADDRESS OF BANK | 1,FUXINGMENNEI, BEIJING CHINA | |
| BENEFICIRY | BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY | |
| ADDRESS OF BENEFICIRY | NO.16 WEST ROAD, JIANCAICHENG, HAIDIAN DISTRICT, BEIJING 100096, CHINA | |
| ACCOUNT No. | 01719703094014 | |

For and on behalf of
北京新型建材股份有限公司
BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY

DATE Jan 6. 6 · 23
Authorized Signature

DAVIS CONSTRUCTION - 000385

AUG-24-2006 10:56    GENERAL STEAMSHIP CORP.    8136261229    P.01/01

**Paul Foyt**

| | |
|---|---|
| From: | Paul Foyt [pbf@tpa.gensteam.com] |
| Sent: | Thursday, August 24, 2006 8:28 AM |
| To: | 'Paul Foyt'; tpaops@tpa.gensteam.com; 'DAVIS CONSTRUCTION'; machineim_pex@yahoo.com |
| Cc: | 'p&o/kristin'; 'P&O/Ronada StMarie'; 'p&o/rosialee'; 'P&O/RUDI S.'; 'SEAMARK/NOLA'; tengxh@COSCO-USA.COM; 'SCWang/Shi Chao Wang (US/SMK/SEC)'; 'NingDW/Dewei Ning (US/SMK/SEC)'; lushiyong@coscoxm.com |
| Subject: | [2542-1369] M/V YONG AN CHENG  - ARRIVAL NOTICE |

TO: DAVIS AND SONS CONSTRUCTION SUPPLY, LLC

TO: MACHINE IM-PEXU (U.S.) INC

FM: GENERAL STEAMSHIP - TAMPA

SUBJ: M/V YONG AN CHENG

SUBJ VESSEL IS SCHED TO ARRIVE TAMPA 03 SEPTEMBER.

THE BELOW ADDRESSEES ARE LABELED AS NOTIFY PARTY ON THE BILLS OF LADING LISTED BELOW:

DAVIS CONSTRUCTION    CXMNYAC06045001

MACHINE IM-PEX INC    CXMNYAC06045006

WE WILL REQUIRE ONE ORIGINAL BILL OF LADING FOR THE B/L MENTIONED ABOVE AND WILL DELIVER THIS TO MASTER ON ARRIVAL WHICH PLEASE SEND TO OUR OFFICE BY "FEDERAL EXPRESS" WITH "AM DELIVERY" TO ARRIVE NO LATER THAN AUGUST 29th.

ORIGINALS RECVD TO DATE ARE MARKED (RECVD) IN ABOVE LISTING.

OUR ADDRESS:

GENERAL STEAMSHIP CORP. LTD.
10312 BLOOMINGDALE AVE, SUITE 3
RIVERVIEW, FL 33569
TEL: (813) 664-1400
FAX: (813) 626-1229

WE WILL ALSO NEED A FAX COPY OF THE CUSTOMS ENTRY/IMMEDIATE RELEASE FORM 3461 FROM YOUR CUSTOMS BROKER BEFORE WE CAN RELEASE CARGO.

FOR WHARFAGE AND HANDLING PAYMENT INFO PLS CONTACT SSA TERMINALS (KRISTIN) AT 813-242-1911.

PLEASE CONFIRM YOU RECVD THIS MESSAGE.

BEST REGARDS
PAUL FOYT
GENERAL STEAMSHIP - TAMPA

*[handwritten: ATTN: MR. DAVIS — Please Contact our office soon regarding this shipment. Thanks, Paul Foyt General Steamship]*

*[handwritten: cell # (813) 857-6029]*

*[handwritten: 352-472-5969]*

1

DAVIS CONSTRUCTION - 000386

TOTAL P.01

*Documents emailed to me by Grace*

# DRAFT

NO. E-GB200654
L/C NO.  IM3321F
**Exchange for USD** 819,254.18          **Beijing, China,** 2006/7/31
**At 30 days after B/L date 2006/7/27 sight of this FIRST of exchange**
**(the SECOND of the same tenor and date being unpaid ) pay to the order of**
**BANK OF CHINA, HEAD OFFICE**

**the sum of** UNITED STATES DOLLARS EIGHT HUNDRED NINETEEN THOUSAND, TWO
HUNDRED AND FIFTY FOUR, EIGHTEEN CENT ONLY
**drawn under**   COMPASS BANK INTERNATIONAL TRADE SERVICES P.O. BOX 4444
HOUSTON, TX 77210-4444  L/C No. IM3321F ISSUING DATE:060508
**value received and charge to account**
**To:**  DAVIS CONSTRUCTION SUPPLY, LLC 20725 SW 46TH AVE NEWBERRY, FL 32669

**Issued by: Beijing New Building Materials Public Limited Company**

# DRAFT

NO. E-GB200654
L/C NO.  IM3321F
**Exchange for USD** 819,254.18          **Beijing, China,** 2006/7/31
**At 30 days after B/L date 2006/7/27 sight of this FIRST of exchange**
**(the SECOND of the same tenor and date being unpaid ) pay to the order of**
**BANK OF CHINA, HEAD OFFICE**

**the sum of** UNITED STATES DOLLARS EIGHT HUNDRED NINETEEN THOUSAND, TWO
HUNDRED AND FIFTY FOUR, EIGHTEEN CENT ONLY
**drawn under**   COMPASS BANK INTERNATIONAL TRADE SERVICES P.O. BOX 4444
HOUSTON, TX 77210-4444  L/C No. IM3321F ISSUING DATE:060508
**value received and charge to account**
**To:**  DAVIS CONSTRUCTION SUPPLY, LLC 20725 SW 46TH AVE NEWBERRY, FL 32669

**Issued by: Beijing New Building Materials Public Limited Company**

Beijing New Building Material Public Limited Company
De Wai Xisanqi, Haidian District, Beijing, China
Post code□100096
Tel□□010□82981601
Fax□□010□82912657

**BNBM**  **BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY**

| To: | Stefan M. Davis ( DAVIS CONSTRUCTION SUPPLY, LLC) | Fax: | 352.472.5969 |
|---|---|---|---|
| From: | BNBM PLC | Date: | 2006-8-1 |
| Re: | Details of shipment | Pages: | 1 |
| CC: | | Fax: | |

□ Urgent   □ For Review   □ **Please** Comment   □ **Please** Reply   □ **Please** Recycle

Invoice No. E-GB200654
Invoice Date. 2006/6/23
L/C No. IM3321F
Manufacturer: **BEIJING NEW BUILDING MATERIALS PLC**
      **No.16 WEST ROAD JIANCAICHENG**
      **XISANGI, HAIDIAN DISTRICT**
      **BEIJING 100096 CHINA**
Sold to Messrs: **DAVIS CONSTRUCTION SUPPLY, LLC**
      **20725 SW 46TH AVE**
      **NEWBERRY, FL 32669**
Port of Loading: **XIN GANG SEAPORT, TIANJIN, CHINA**
Destination: **TO TAMPA, FLORIDA USA**
Vessel: **YONG AN CHENG**

| Bill of Lading No.. | DESCRIPTION | QUANTITY | PACKAGE | GROSS WEIGHT | VOLUME |
|---|---|---|---|---|---|
| CXMNYAC060 45001 | 5/8 INCH TYPE X GYPSUM BOARD | 119704sheets | 2302 | 7481500KGS | 10966.15 CBM |

No solid wood in the packing materials.

DAVIS CONSTRUCTION - 000388

  **BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY**

## BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY

## Invoice

Invoice No.: E-GB200654                    Contract No. E-200654

Invoice Date. 2006/6/23                     Port of Loading: XIN GANG SEAPORT□TIANJIN , CHINA

L/C NO.: IM3321F

Manufacturer: BEIJING NEW BUILDING MATERIALS PLC

NO. 16 WEST ROAD JIANCAICHENG

XISANGI, HAIDIAN DISTRICT

BEIJING 100096 CHINA

Sold to Messrs:  DAVIS CONSTRUCTION SUPPLY, LLC

20725 SW 46TH AVE

NEWBERRY, FL 32669

DESTINATION: TO TAMPA, FLORIDA USA

| MARKS & Nos. | DESCRIPTION | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| N/M | 5/8   INCH   TYPE   X GYPSUM BOARD | 119704SHEE TS | USD 6.844/SHEET FAS   UNDER TACKLE, XIN GANG SEAPORT, TIANJIN, CHINA | USD$819,254 .18 |
| TOTAL AMOUNT | USD$819,254.18 | | | |
| NAME OF BANK | BANK OF CHINA    HEAD OFFICE | | | |
| ADDRESS OF BANK | 1,FUXINGMENNEI, BEIJING CHINA | | | |
| BENEFICIARY | BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY | | | |
| ADDRESS        OF BENEFICIARY | NO.16 WEST ROAD, JIANCAICHENG, HAIDIAN DISTRICT, BEIJING 100096, CHINA | | | |
| ACCOUNT No. | 01719708094014 | | | |

SIGNATURE:_____

DATE _____



DAVIS CONSTRUCTION - 000389

# CERTIFICATE OF ORIGIN
# OF THE PEOPLE'S REPUBLIC OF CHINA

**1. Exporter:**
BEIJING NEW BUILDING MATERIALS PLC
No. 16 WEST ROAD JIANCAICHENG
XISANGI, HAIDIAN DISTRICT
BEIJING 100096 CHINA

**2. Consignee:**
DAVIS CONSTRUCTION SUPPLY, LLC
20725 SW 46TH AVE
NEWBERRY, FL 32669

**3. Means of transport and route:**
FROM XIN GANG SEAPORT, TIANJIN, CHINA TO TAMPA, FLORIDA USA

**4. Country/region of destination:**
UNITED STATES

| 5.Marks and numbers | 6. Number and Kind of packages: description of goods | 7. H.S. Code | 8. Quantity | 9. Number and date of invoices |
|---|---|---|---|---|
| N/M | TWO THOUSAND THREE HUNDRED AND TWO (2302) PACKAGE OF 5/8 INCH TYPE X GYPSUM BOARD | 68091100 | 119704SHEETS | E-GB200654 Jun. 23.2006 |

**10. Declaration by exporter**
The undersigned hereby declares that the above details and statements are correct, that all the goods were produced in China and that they comply with the Rules of Origin of the People's Republic of China.

DAVIS CONSTRUCTION - 000390

  **BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY**

## BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY

# PACKING LIST

Invoice No. E-GB200654

Invoice Date. 2006/6/23

Manufacturer: BEIJING NEW BUILDING MATERIALS PLC

NO. 16 WEST ROAD JIANCAICHENG

XISANGI, HAIDIAN DISTRICT

BEIJING 100096 CHINA

Sold to Messrs: DAVIS CONSTRUCTION SUPPLY, LLC

20725 SW 46TH AVE

NEWBERRY, FL 32669

Port of Loading: XIN GANG SEAPORT, TIANJIN, CHINA

Destination: TO TAMPA, FLORIDA USA

| MARKS & Nos. | DESCRIPTION | QUANTITY | PACKAGE | GROSS WEIGHT | NET WEIGHT |
|---|---|---|---|---|---|
| N/M | 5/8 INCH TYPE X GYPSUM BOARD | 119704SHEETS | 2302 | 7,481,500 KG | 6,906,000 KG |
| | TOTAL | 119704SHEETS | 2302 | 7,481,500 KG | 6,906,000 KG |

No solid wood in the packing materials.



DAVIS CONSTRUCTION - 000391

SHIPMENT #3 - MV YONG AN CHANG _ PORT OF PASCAGOULA

# CERTIFICATE OF ORIGIN
# OF THE PEOPLE'S REPUBLIC OF CHINA

**1. Exporter:**
BEIJING NEW BUILDING MATERIALS PLC
No. 16 WEST ROAD JIANCAICHENG
XISANGI, HAIDIAN DISTRICT
BEIJING 100096 CHINA

**2. Consignee:**
DAVIS CONSTRUCTION SUPPLY, LLC
20725 SW 46TH AVE
NEWBERRY, FL 32669

**3. Means of transport and route:**
FROM XIN GANG SEAPORT, TIANJIN, CHINA TO TAMPA, FLORIDA USA

**4. Country/region of destination:**
UNITED STATES

| 5.Marks and numbers | 6. Number and Kind of packages: description of goods | 7. H.S. Code | 8. Quantity | 9. Number and date of invoices |
|---|---|---|---|---|
| N/M | TWO THOUSAND THREE HUNDRED AND TWO (2302) PACKAGE OF 5/8 INCH TYPE X GYPSUM BOARD | 68091100 | 119704SHEETS | E-GB200654 Jun. 23.2006 |

**10. Declaration by exporter**
The undersigned hereby declares that the above details and statements are correct, that all the goods were produced in China and that they comply with the Rules of Origin of the People's Republic of China.

 **BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY**

## BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY

# PACKING LIST

Invoice No. E-GB200654

Invoice Date. 2006/6/23

Manufacturer: BEIJING NEW BUILDING MATERIALS PLC

NO. 16 WEST ROAD JIANCAICHENG

XISANGI, HAIDIAN DISTRICT

BEIJING 100096 CHINA

Sold to Messrs: DAVIS CONSTRUCTION SUPPLY, LLC

20725 SW 46TH AVE

NEWBERRY, FL 32669

Port of Loading: XIN GANG SEAPORT, TIANJIN, CHINA

Destination: TO TAMPA, FLORIDA USA

| MARKS & Nos. | DESCRIPTION | QUANTITY | PACKAGE | GROSS WEIGHT | NET WEIGHT |
|---|---|---|---|---|---|
| N/M | 5/8 INCH TYPE X GYPSUM BOARD | 119704SHEETS | 2302 | 7,481,500 KG | 6,906,000 KG |
| | TOTAL | 119704SHEETS | 2302 | 7,481,500 KG | 6,906,000 KG |

No solid wood in the packing materials.



DAVIS CONSTRUCTION - 000393

Beijing New Building Material Public Limited Company
De Wai Xisanqi, Haidian District, Beijing, China
Post code : 100096
Tel : ( 010 ) 82981601
Fax : ( 010 ) 82912657

 **| BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY**

## Shipping information

Invoice No. E-GB200654
Invoice Date. 2006/6/23
L/C No. IM3321F
Manufacturer: BEIJING NEW BUILDING MATERIALS PLC
      No.16 WEST ROAD JIANCAICHENG
      XISANGI, HAIDIAN DISTRICT
      BEIJING 100096 CHINA
Sold to Messrs: DAVIS CONSTRUCTION SUPPLY, LLC
      20725 SW 46TH AVE
      NEWBERRY, FL 32669
Port of Loading: XIN GANG SEAPORT, TIANJIN, CHINA
Destination: TO TAMPA, FLORIDA USA
Vessel: YONG AN CHENG

| Bill of Lading No.. | DESCRIPTION | QUANTITY | PACKAGE | GROSS WEIGHT | VOLUME |
|---|---|---|---|---|---|
| CXMNYAC060 45001 | 5/8 INCH TYPE X GYPSUM BOARD | 119704sheets | 2302 | 7481500KGS | 10966.15 CBM |

No solid wood in the packing materials.

DAVIS CONSTRUCTION - 000394



Sep-06-2006 03:17pm From-BANK OF NEW NY +315-222-3333 T-456 P.003/004 F-604

Code Name: XMSCO8902

B/L No. CXMNYAC08045001

Shipper (insert name, address and phone)
BEIJING NEW BUILDING MATERIALS PLC
NO.16 WEST ROAD JIANCAICHENG
XISANGI, HAIDIAN DISTRICT BEIJING 100096 CHINA

厦门远洋运输公司
Xiamen Ocean Shipping Company
FAX:86-592-5310858 TLX:93188 COSXM CN

Consignee (insert name, address and phone)
DAVIS CONSTRUCTION SUPPLY, LLC
20725 SW 46TH AVE
NEWBERRY, FL 32669

Notify Party (insert name, address and phone)
DAVIS CONSTRUCTION SUPPLY, LLC
20725 SW 46TH AVE
NEWBERRY, FL 32669

**BILL OF LADING**

**ORIGINAL**

Vessel: YONG AN CHENG
Port of Loading: XIN GANG SEAPORT,TIANJIN,CHINA
Port of Discharge: TO TAMPA,FLORIDA USA
Number of Original B/L: THREE

Particulars Furnished by Merchants

| Marks | Description of Goods | | Gross weight/Measurement | |
|---|---|---|---|---|
| N/M | 2302PACKAGES | 5/8 INCH TYPE X GYPSUM BOARD | 7481500KGS | 10988.15CBM |

FREIGHT COLLECT

TOTAL:TWO THOUSAND THREE HUNDRED AND TWO PACKAGES ONLY.

(of which on deck at Merchant's risk; the Carrier not being responsible for loss or damage howsoever arising)

Freight and Charges

SHIPPED at the port of loading in apparent good order and condition on board the vessel for carriage to the port of discharge or so near thereto as she may safely get and lie always afloat, the goods specified above. WEIGHT, measure, quality, quantity, condition, contents and value unknown. IN WITNESS whereof the Master or Agent of the said vessel has signed the number of Bill of Lading indicated below all of this tenor and date, any one of which being accomplished the others shall be void.

27 JUL 2006

TIANJIN

Place and date of issue:

Signed for and on behalf of the Carrier:
AS AGENT FOR AND ON BEHALF OF THE MASTER
CHINA OCEAN SHIPPING AGENCY, TIANJIN
(2)
[signature]
General Manager
As Agent For The Master

For conditions of carriage see overleaf

Serial No. 0000706
(For Carrier's use only)

Sep-06-2006  03:17pm  From-BANK OF NEW YK          +315-222-3333       T-456  P.004/004  F-604



DAVIS CONSTRUCTION - 000396

Sep-06-2006  03:16pm  From-BANK OF NEW NY          +315-222-3333     T-456  P.002/004  F-804

# BNBM  BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY

## BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY

### Invoice

Invoice No.: E-GB200654                    Contract No. E-200654

Invoice Date: 2006/6/23                    Port of Loading: XIN GANG SEAPORT, TIANJIN, CHINA

L/C NO.: IM3321F

Manufacturer: BEIJING NEW BUILDING MATERIALS PLC

    NO. 16 WEST ROAD, JIANCAICHENG

    XISANGI, HAIDIAN DISTRICT

    BEIJING 100096 CHINA

Sold to Messrs: DAVIS CONSTRUCTION SUPPLY, LLC

    20725 SW 46TH AVE

    NEWBERRY, FL 32669

DESTINATION: TO TAMPA, FLORIDA USA

| MARKS & Nos. | DESCRIPTION | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| N/M | 5/8 INCH TYPE X GYPSUM BOARD | 119704SHEETS | USD 6.844/SHEET FAS UNDER TACKLE, XIN GANG SEAPORT, TIANJIN, CHINA | USD$819,254.18 |

| | |
|---|---|
| TOTAL AMOUNT | USD$819,254.18 |
| NAME OF BANK | BANK OF CHINA   HEAD OFFICE |
| ADDRESS OF BANK | 1,FUXINGMENNEI, BEIJING CHINA |
| BENEFICRY | BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY |
| ADDRESS OF BENEFICIRY | NO.16 WEST ROAD, JIANCAICHENG, HAIDIAN DISTRICT, BEIJING 100096, CHINA |
| ACCOUNT No. | 01719708094014 |

Per and on behalf of
北京 新 型 建 材 股 份 有 限 公 司
BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY

DATE  Jun 6, 6.23
Authorized Signature

DAVIS CONSTRUCTION - 000397

502

BOX #

Form Approved OMB No. 1651-0022

DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

**ENTRY SUMMARY**

| 1. Filer Code/Entry No. | 2. Entry Type | 3. Summary Date |
|---|---|---|
| WAP-2029676-5 | 01 ABI/A | 09/22/2006 |

| 4. Surety No. | 5. Bond Type | 6. Port Code | 7. Entry Date |
|---|---|---|---|
| 458 | 8 | 1903 | 09/12/2006 |

| 8. Importing Carrier | 9. Mode of Transport | 10. Country of Origin | 11. Import Date |
|---|---|---|---|
| CXMN-YONG AN CHEN-1 | 11 | CN | 09/07/2006 |

| 12. B/L or AWB No. | 13. Manufacturer ID | 14. Exporting Country | 15. Export Date |
|---|---|---|---|
| CXMNYAC06045006 | CNTIATIA31TIA | CN | 07/28/2006 |

| 16. I.T. No. | 17. I.T. Date | 18. Missing Docs | 19 Foreign Port of Lading | 20. U.S. Port of Unlading |
|---|---|---|---|---|
| | | NONE | 58300 | 1903 |

| 21. Location of Goods/G.O. No. | 22. Consignee No. | 23. Importer No. | 24. Reference No. |
|---|---|---|---|
| P120 | SAME | 56-2544416 | |

| 25. Ultimate Consignee Name and Address | 26. Importer of Record Name and Address |
|---|---|
| DAVIS CONSTRUCTION SUPPLY, LLC.<br>20725 SW 46TH AVENUE | DAVIS CONSTRUCTION SUPPLY, LLC.<br>20725 SW 46TH AVENUE |
| City NEWBERRY   State FL   Zip 32669 | City NEWBERRY   State FL   Zip 32669 |

| 27. Line No. | 28. Description of Merchandise | | | 32. A. Entered Value B. CHGS C. Relationship | 33. A. HTSUS Rate B. AD/CVD Rate C. IRC Rate D. Visa No. | 34. Duty and I.R. Tax |  |
|---|---|---|---|---|---|---|---|
| | 29. A. HTSUS No. B. AD/CVD Case No. | 30. A. Gross Weight B. Manifest Qty. | 31. Net Quantity in HTSUS Units | | | Dollars | Cents |
| | 1504 CTNS | | | N | | | |
| | INV# 001, 1504 CTNS | | | COMM INV# 06TBSC1021 | | | |
| 001 | PLASTER,BRD,SIM'L,N/O,PAPER FA | | | | | | |
| | 6809.11.0000 | 4888000 | 4512000 KG | 391040 | FREE | | .00 |
| | | | 6956 M2 | C14000 | | | |
| | MERCHANDISE PROCESSING FEE | | | | .21% | 821 | 18 |
| | HARBOR MAINTENANCE FEE | | | | .125% | 488 | 80 |
| | G.I.V. US$    391040.00 | | | | | | |
| | N.I.V.        391040.00 | | | | | | |

| Other Fee Summary for Block 39 | 35. Total Entered Value | **CBP USE ONLY** | | TOTALS |  |
|---|---|---|---|---|---|
| 499        485.00<br>501        488.80 | $        391040.00 | A. LIQ CODE | B. Ascertained Duty | 37. Duty | .00 |
| | Total Other Fees | REASON CODE | C. Ascertained Tax | 38. Tax | .00 |
| | $        973.80 | | D. Ascertained Other | 39. Other | 973.80 |
| **36. DECLARATION OF IMPORTER OF RECORD**<br>**(OWNER OR PURCHASER) OR AUTHORIZED AGENT** | | | E. Ascertained Total | 40. Total | 973.80 |

I declare that I am the ☐ Importer of record and that the actual owner, purchaser, or consignee for CBP purposes is as shown above.   OR ☒ owner or purchaser or agent thereof. I further declare that the merchandise ☒ was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoices are true,   OR ☐ was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoices as to value or price are true to the best of my knowledge and belief. I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed.

I will immediately furnish to the appropriate CBP officer any information showing a different statement of facts.

| 41. DECLARANT NAME | TITLE | SIGNATURE | DATE |
|---|---|---|---|
| ATTY-IN-FACT | | | 09/13/2006 |

| 42. Broker/Filer Information (Name, address, phone number) | 43. Broker/Importer File No. |
|---|---|
| ENCORE FORWARDING INC  FMC#3426NF<br>13910 ALVAREZ ROAD, SUITE 100<br>JACKSONVILLE, FL 32218<br>904-741-5040 (MISTY) | FL3 2029676 |
| | Paperwork Reduction Act information printed on reverse. |

DAVIS CONSTRUCTION - 000398

CXMNYAC06045001

Coog Name: XUSCU99U2

**Shipper** (Insert name, address and phone)
BEIJING NEW BUILDING MATERIALS PLC
NO.16 WEST ROAD JIANCAICHENG
XISANGI, HAIDIAN DISTRICT BEIJING 100096 CHINA

厦门远洋运输公司

Xiamen Ocean Shipping Company

FAX:86-592-5310858   TLX:923180 COSXM CN

**Consignee** (Insert name, address and phone)
DAVIS CONSTRUCTION SUPPLY, LLC
20725 SW 46TH AVE
NEWBERRY, FL 32669

**Notify Party** (Insert name, address and phone)
DAVIS CONSTRUCTION SUPPLY, LLC
20725 SW 46TH AVE
NEWBERRY, FL 32669

**BILL OF LADING**

**ORIGINAL**

| Vessel: | Port of Loading: |
|---|---|
| YONG AN CHENG | XIN GANG SEAPORT,TIANJIN,CHINA |

| Port of Discharge: | Number of Original Bs/L |
|---|---|
| TO TAMPA,FLORIDA USA | THREE |

| Description of Goods | Gross weight/Measurement |
|---|---|

Particulars Furnished by Merchants

N/M   2302PACKAGES   5/8 INCH TYPE X GYPSUM BOARD   7481500KGS   10966.15CBM

FREIGHT COLLECT

TOTAL:TWO THOUSAND THREE HUNDRED AND TWO PACKAGES ONLY.

(of which              on deck at Merchant's risk;  the Carrier not being responsible for loss or damage howsoever arising)

**Freight and Charges**

SHIPPED at the port of loading in apparent good order and condition on board the vessel for carriage to the port of discharge or so near thereto as she may safely get to discharge the goods specified above:
WEIGHT, measure, quality, quantity, condition, contents and value unknown.
IN WITNESS whereof the Master or Agent of the said vessel has signed the number of Bill of Lading indicated below all of this tenor and date,  any one of which being accomplished the others shall be void.

27 JUL 2006

Place and date of issue:    TIANJIN

Signed for and on behalf of the Carrier

AS中国远洋ⅢBEHALF OF
CHINA OCEAN SHIPPING AGENCY TIANJIN

For conditions of carriage see overleaf

General Manager

As Agent For The Master

Serial No. 0000706
(For Carrier's use only)

DAVIS CONSTRUCTION - 000399