*went via email 4/27/06*
*ac*



April 27, 2006

Mr. Wang Bing
Beijing New Building Materials, PLC
No. 16 West Road
Jiancaicheng Xisanqi,
Haidian District
Beijing, China  100096

**VIA EMAIL:  wb.bnbm.com.cn**



Dear Mr. Wang Bing:

I am in receipt of the letter from Mr. Perry Zhang dated April 24, 2006 (See Attachment). Please accept this letter as my response to Perry's letter as well as an update on several other items that we need to resolve.  This letter will address four main issues: initial shipment damage, status of purchase orders and letters of credit, UL certification status and the exclusive distributorship provision of our contract.

<u>Initial Shipment Damage</u>

According to Perry's letter, BNBM strongly suggests that the drywall be shipped with airbags between the pallets to reduce damage.  If Mr. Kai Cai previously had this knowledge, please explain why these airbags were not installed in the initial shipment of drywall.  His letter indicates that the damage expected should have been about 3% of the total number of boards shipped.  Although we have not completed the assessment yet, our damages on the first shipment appear to be in excess of 20%.  Additionally, as of today's date, we have received no correspondence from the insurance company regarding our claim.  Considering we had a contract in which BNBM provided the insurance and shipping, at a minimum we would expect BNBM to help resolve this insurance claim in a timely fashion.

**MTD Exhibit #227**

20725 SW 46th Avenue, Newberry, Florida 32669
352-472-7773     352-472-5969

## Status of Purchase Orders and Letters of Credit

Any discussions regarding the status of our orders being late need to be tempered with the acknowledgement that our initial shipment was delayed for over two months. This in turn led to a two month delay in us being able to market your product. In fact, until we had your product "in hand" to show to potential buyers, no one was willing to place a purchase order with us. Two months later when we actually received the material, over 20% of it has damage. We have delivered numerous truckloads to supply houses across the Southeast United States only to find when the packaging was removed that the drywall was split in the middle, thereby causing us to pay twice the transportation cost to replace defective material. Also, our ability to schedule land transportation was hindered by us being unsure of an actual delivery date. The ability to properly schedule trucks for delivery of drywall is critical to our ability to deliver your product to the market and be able to place future orders. Therefore, on future orders we need a scheduled delivery date and an update within seven days of the ship's entry into port.

We understand that we are currently behind in providing our Letter of Credit for the first order placed on March 17, 2006. But given the delays mentioned above, we would expect some time forgiveness in our schedule as called out in the contract. Having said that, we will provide you with the Letter of Credit, as well as our second order and a corresponding Letter of Credit for it, by next week. We realize that we need to get back on schedule with placement of our orders and Letters of Credit. Your cooperation in allowing us some time to resolve this issue is greatly appreciated.

## UL Certification Status

On March 23, 2006, we began making inquiries of Underwriters Laboratories (UL) to understand the process for requesting and receiving UL certification for BNBM's drywall products. On April 10, 2006, we began working with a customer service representative from UL, Anna Flaherty, who forwarded us a Product Submittal Request Form to complete. She informed us that although an application had been submitted by BNBM for the Type C and Type X MR Board, BNBM had requested that the project be cancelled and that we would need to start the application process for these products from the beginning. We returned the completed Product Submittal Request Form to UL on April 11, 2006 and received confirmation from UL on April 12, 2006 that they had received our request.

Although we were sent a letter authorizing us to be BNBM's agent for updates on the status of the application and project progress, UL has a specific form that must be completed and signed by your engineer. That form was forwarded to Mr. Jianjun Guo, BNBM's engineer who had previously worked with UL to acquire UL certifications, on April 12, 2006. We have been in communication with UL on a regular basis awaiting the receipt of this signed form from Mr. Guo. As of today's date, UL has not received the signed authorization from Mr. Guo. Please be advised, we cannot proceed further with any UL certification product submittals until UL receives this signed authorization form back from Mr. Guo. This UL authorization form needs to be executed & sent to UL immediately.

DAVIS CONSTRUCTION - 000235

<u>Exclusive Distributorship Provision of Our Contract</u>

Per our contract, we must purchase 450,000 boards by the end of May. And then upon UL certification, we are required to pay $1,000,000 cash to become your exclusive distributor for the USA and the Caribbean. It is our understanding of the contract language that upon purchasing the 450,000 boards, we could put up the $1,000,000 cash and immediately retain the exclusive distributorship rights even though UL certifications have not been received.

On another note, BNBM material is now being distributed throughout the Southeastern United States and we expect future shipments to be distributed along the Eastern Seaboard of the United States. We understand that you are receiving an extreme amount of interest in your material from companies in the United States. We believe this is due to the material that we have spread throughout the Southeast in the last several weeks. We have now created a delivery infrastructure that will allow us to adequately move the required 4.5 million boards this year.

Again, I appreciate your cooperation and look forward to a long and profitable business relationship for BNBM and Davis Construction Supply, LLC. Should you have any questions or concerns regarding any of the points made in this letter, please advise.

Sincerely,

Stefan M. Davis
President

cc:    Frank Lee
       Perry Zhang

Attachment:        Letter from Mr. Perry Zhang dated April 24, 2006

002

1/5

To : Stefan M. Davis
Fax: 352-472-5969

From BNBM PLC
FAX: 86-010-82912657


Dear Mr. Davis:

It's been over one month we don't get any confirmed order (no L/C
opened by now)from you after we signed
a supply agreement in March 12. Please kindly inform me if there is any
change in execution of this agreement.
May we also know your planing in gypsum board orders for the
following months? In our previous mails, we pointed
 Mr. Cai to be    the director for execution of this agreement. He has
experiences in export business especially
in gypsum board business for USA market. Also, we pointed Grace as a
contact lady because she speaks
a good english. Should you or Edgar have any quesitons regarding the
business, please feel free to contact
Grace at any time. She may transfer all your questions to Mr. Cai and
Frank and she will collect all the answers
from different people and send you a reply accordingly.


We know that there are some damages in your 1st order. We strongly
suggest you ship the products by air bags
in between the pallets. This will help you reduce the damages. We have
the experience in ship renting, shipping
arrangement and the loading of the goods. We would be glad to help or
quote you a CIF price for the following
orders.    From our experience, the right ship, the right hold and proper
handling may reduce the damages below
3% just like we did before. Besides, we may have the chance to ship
different orders with one shipment to reduce
shipping cost for you and other customers.


Again, Grace's mobile no. is ++86-13811692068. Please just call her.
You may also call me any time by my

DAVIS CONSTRUCTION - 000237

24/04 '06 MON 19:04 FAX 82912657                                                    ☑001

mobile no. mentioned below.

Have a nice weekend.

Best Regards;

Perry Zhang                    24/04/2006
Vice President
Global Sourcing & Supply
Beijing New Building Materials Public Limited Company

DAVIS CONSTRUCTION - 000238