23/05 '06 TUE 18:05 FAX 82912657 ☒001

L-37
02/06



**UNDERWRITERS LABORATORIES INC.®**

**AGENCY AUTHORIZATION NOTIFICATION**

| | |
|---|---|
| Applicant Sub.No: | 736720001 |
| Agent Sub. No.: | |
| Employee No: | 08993 |
| (For Internal UL Use Only) | |

Choose a method to return the completed Agreement:

Mail to: 333 Pfingsten Road, Northbrook, IL 60062, USA.

Fax to: 1-847-574-4005          E-mail to: CustomerService_Elements_UL@us.ul.com

Dear UL Client:

UL understands that you, the Applicant, wish to use an Agency with respect to matters relating to UL's investigation of components, products, devices or systems, Follow-Up Service, and/or various other matters involved in the relationship between UL and you.

For your information, the term "Applicant" refers to the company or individual that applies to UL for the investigation of a component, product or system; and the term "Manufacturer" refers to the company or individual that maintains and operates the factory facilities where a UL Listed, Classified or Recognized product is manufactured or assembled, and where the product is normally inspected and/or tested as a part of UL's Follow-Up Service.

Please provide UL with the following Agency information:

The Agency is: DAVIS CONSTRUCTION SUPPLY, LLC

20725 SW 46TH AVENUE NEWBERRY FL 32669

*(Name and Address of Agency)*

The contact person at the agency is:

Name: Mr. Stefan Davis          Telephone: 352-472-7773

Fax: 352-472-5969          E-Mail: stefand@davisandsons.com

*(Please provide country and city codes, if applicable)*

By signing this Notification, we officially notify UL that the Agency identified above has been authorized to represent us as indicated in this Notification with respect to matters relating to UL's investigation of components, products or systems, Follow-Up Service, and/or other various matters involved in the relationship between UL and the Applicant. UL is fully authorized to deal with the Agency to the extent and within the limitations set forth in this Notification.

IN ADDITION, WE AGREE TO THE TERMS AND CONDITIONS SET FORTH ON EACH PAGE OF THIS NOTIFICATION AND WARRANT THAT NO ALTERATIONS OF ITS TEXT HAVE BEEN MADE WITHOUT UL'S PRIOR WRITTEN CONSENT. THE UNDERSIGNED REPRESENTS AND WARRANTS THAT S/HE IS AUTHORIZED TO EXECUTE THIS NOTIFICATION ON BEHALF OF APPLICANT.

NOTICE: THE APPLICANT MUST SIGN THIS NOTIFICATION AND COMPLETE THE AGENCY ARRANGEMENT INFORMATION ON THE SECOND PAGE. THIS NOTIFICATION SHALL NOT BE SIGNED BY THE AGENCY.

BEIJING NEW BUILDING MATERIALS PUBLIC LTD CO NO 16 EAST RD JIANCAICHENG XISANQI HAIDIAN DISTRICT BEIJING 10096 CHINA

*(Applicant's Complete Legal Company Name)*
*(Applicant's Complete Address)*

By: _____          Date: 2006-04-13

*(Authorized Signature of Applicant Company)*

*(Typed Name and Title)*

The contact person at your company regarding the information contained in this Notification is:

Name: Jianjun Guo          Telephone: 86 10 82982321

Fax: _____          E-Mail: gjjun@bnbm.com.cn

*(Please provide country and city codes, if applicable)*

Page 1 of 2

**MTD Exhibit #228**



DAVIS CONSTRUCTION - 000306

23/05 '06 TUE 18:05 FAX 82912657 ☒002

L-37
02/06
**AGENCY ARRANGEMENTS:**

1. The Agency has the authority to sign, on the Applicant's behalf, any UL Agreements (e.g. the LAO Services Agreement) or Applications:

   ☐ Yes   ☒ No

2. Invoices should be sent as checked: *(Check only one box for the recipient of each type of invoice.)*

   | Type | Agency* | Applicant | Manufacturer |
   |---|---|---|---|
   | New Work | ☒ | OR ☐ | N/A |
   | Follow-Up ** | ☐ | OR ☒ | OR ☐ |

   *UL reserves the right to send invoices directly to the Applicant, in addition to the Agency.
   ** Only one Agency/Agent can receive Follow-Up Invoices for an Applicant/File combination

3. UL Reports should be sent to:

   ☐ Agency and Applicant   OR   ☒ Applicant only

4. Correspondence should be sent to:

   ☒ Agency*   OR   ☐ Applicant only

   *UL reserves the right to send documents directly to the Applicant, in addition to the Agency.

5. UL Procedures should be sent to:

   ☐ Agency and Applicant   OR   ☒ Applicant only

**CONDITIONS AND STIPULATIONS:**

We, the Applicant, agree that unless and until we notify UL otherwise, UL is to take the above actions and operate on the following basis with respect to our authorization of Agency:

A. The Agency relationship which is the subject of this Notification shall continue in effect until further written notice from us is provided to UL. If we want to withdraw authorization for an Agency, we will advise UL in writing.

B. Applicant agrees that UL, at any time and in its sole discretion, may cease dealing with Agency as an authorized representative of the Applicant.

C. By authorizing the Agency as set forth in this Notification, we expressly authorize UL to communicate to the Agency any of our information which we might otherwise consider confidential or proprietary.

D. Applicant hereby authorizes UL to transmit unencrypted confidential information and other information through the Internet or a public network to e-mail addresses or other locations provided by Applicant or Agency. Applicant acknowledges that UL cannot guarantee the privacy and confidentiality of such transmissions. Applicant agrees that UL's transmission of confidential information via the Internet or other public network shall not be a breach of any confidentiality obligation under this Agreement and that UL shall not be liable for any damages resulting from such transmissions.

E. Applicant represents and warrants that during the term of this Agreement it shall not cause, or allow the Agency to cause, UL to violate any U.S. trade sanction laws administered by the U.S. Department of Treasury, Office of Foreign Asset Control (www.ustreas.gov/ofac), shall obtain all applicable export licenses, and shall ensure that any payments made to or by UL or its affiliates will not be paid from or deposited into a financial institution and account subject to any U.S. trade sanction law. UL has the right to terminate the Agreement immediately if it is prohibited by U.S. law from doing business with Applicant or Agency.

F. Applicant represents and warrants that all information and data provided to UL by Applicant or on its behalf are complete and accurate and that UL may rely thereon when providing Services. Applicant agrees that UL may share Applicant's information with its affiliates, subcontractors, or others as necessary to perform the requested Services or when in the interests of public safety.

G. UL will only accept requests for withdrawal and/or transfer of Listings, Recognitions or Classifications and name and/or ownership changes from the Applicant.

H. We hold UL harmless from any and all actions UL takes in reliance upon the information set forth in this Notification and any changes we later make to that information. We understand that the selection of the Agency is our choice and, therefore, we agree to hold UL harmless and to defend and indemnify UL against any loss, expense, liability, or damage, including reasonable attorney's fees, arising out of any and all actions or omissions by the Agency.

I. We are and remain responsible and liable for all unpaid bills, including any unpaid bank fees incurred with wire transfers, from and subject to all collection actions instituted by UL for services rendered to or on our behalf, notwithstanding that we may have designated the Agency to receive billing and related materials from UL and/or to pay our UL bills.

J. We agree to the terms and conditions set forth on the front and back of this Notification.

K. We are executing this Notification by a fully authorized officer, proprietor or partner.

COPYRIGHT © 2006 UNDERWRITERS LABORATORIES INC.

DAVIS CONSTRUCTION - 000307

DAVIS & SONS CONST    Fax:352-472-5969

```
              ** Transmit Conf.Report **

   P.1                                      May 23 2006  11:07

   Location        Mode      Start      Time   Page  Result  Note

   18475744005     NORMAL    5/23,11:07 1'11"   (3)   * O K
```



# Fax Cover Sheet

| | | | |
|---|---|---|---|
| **To:** | Underwriters Laboratories | **From:** | April Cliche |
| **Fax:** | 847-674-4005 | **Date:** | May 23, 2006 |
| **Phone:** | | **Pages:** | 3 including cover sheet |
| **Re:** | BNBM Authorization | **CC:** | none |

☐ Urgent    ☐ For Review    ☐ Please Comment    ☑ Please Reply    ☐ Please Recycle

**•Comments:**

Good morning:

Please find attached completed and signed Authorization form from Beijing New Building Materials Public Company approving Davis Construction Supply LLC as their agent

Please let me know if you need any other documents to process this request or if I can help with anything. Thank you very much for your assistance. - April

DAVIS CONSTRUCTION - 000308



# Fax Cover Sheet

| | | | |
|---|---|---|---|
| **To:** | Underwriters Laboratories | **From:** | April Cliche |
| **Fax:** | 847-574-4005 | **Date:** | May 23, 2006 |
| **Phone:** | | **Pages:** | 3 including cover sheet |
| **Re:** | BNBM Authorization | **CC:** | none |

☐ Urgent    ☐ For Review    ☐ Please Comment    ☑ Please Reply    ☐ Please Recycle

•Comments:

Good morning:

Please find attached completed and signed Authorization form from Beijing New Building Materials Public Company approving Davis Construction Supply LLC as their agent

Please let me know if you need any other documents to process this request or if I can help with anything. Thank you very much for your assistance. - April

20725 SW 46TH AVENUE ✦ NEWBERRY, FL 32669    ✦ ph: 352-472-7773 ✦ fax: 352-472-5969

DAVIS CONSTRUCTION - 000309