```
                                                       Page 1
 1   * * * * * * * * * * * * * * * * * * * * * * * * *
 2   IN RE: VIDEO RECORDED SITE INSPECTION
             CHINESE DRYWALL MDL
 3
 4   * * * * * * * * * * * * * * * * * * * * * * * * *
 5   SWORN
     STATEMENT OF:   STEFAN DAVIS
 6
     DATE TAKEN:     June 15, 2015
 7
     TIME:           1:30 P.M. - 1:45 P.M.
 8
     PLACE:          1501 Southwest 44th Avenue
 9                   Ocala, Florida 34474
10
11   TAKEN BEFORE: THOMAS R. NEUMANN, COURT REPORTER
                   AND NOTARY PUBLIC
12
13   * * * * * * * * * * * * * * * * * * * * * * * * *
14
15
16
17
18
19
20
21                                    MTD Exhibit #229
22
23
                                      B: 7/8/15-7/11/15
24                                    Exhibit 107
25
```

Page 2

1  APPEARANCES:
2
          PATRICK S. MONTOYA, ESQUIRE
3         COLSON, HICKS & EIDSON. P.A.
          255 Alhambra Circle, Penthouse
4         Coral Gables, Florida 33134
          E-mail: patrick@colson.com
5
6
   ALSO PRESENT:
7
          JEFF FLEMING - CAMERA OPERATOR
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 3

# C O N T E N T S

EXAMINATION OF STEFAN DAVIS

    Direct Examination by Mr. Montoya    4

CERTIFICATE OF REPORTER    12

CERTIFICATE OF OATH    13

Page 4

1            P R O C E E D I N G S
2                  STEFAN DAVIS
3           THE COURT REPORTER:  Raise your right
4     hand, please.  Do you swear that the testimony
5     you're about to give is the truth, the whole
6     truth, and nothing but the truth so help you
7     God?
8           THE WITNESS:  Yes.
9           THE COURT REPORTER:  Thank you.
10                DIRECT EXAMINATION
11   BY MR. MONTOYA:
12        Q    Tell us your name please, sir.
13        A    Stefan Davis.
14        Q    Sir, what do you do for a living?
15        A    I'm a developer and contractor.
16        Q    Previously in this case we took your
17   deposition related to Beijing New Building
18   Materials, Chinese Drywall.  Do you remember that?
19        A    Yes.
20        Q    During that deposition you testified that
21   you had some drywall on hand from BNBM, right?
22        A    Yes, That might be an understatement, but
23   yes.
24        Q    Where are we today?
25        A    We are at the warehouse where the drywall

Page 5

1   is warehoused.
2       Q    Where is that located?
3       A    44th Avenue in Ocala.
4       Q    Approximately how many boards of BNBM
5   drywall boards do you have inside the warehouse?
6       A    About 230,000 sheets.
7       Q    Do you mind if we go inside and take a
8   look at it?
9       A    Sure.
10      Q    Great.  Thank you.
11              (Thereupon, a brief recess was
12              taken for a change of location.)
13  BY MR. MONTOYA:
14      Q    So we moved inside the warehouse.
15      A    Yes.
16      Q    Can you tell us what's inside the
17  warehouse?
18      A    Basically about 139,000 sheets of 5/8"
19  Type X drywall 4 X 12.  And about 87,000 sheets of
20  1/2" drywall 4 X 12.
21      Q    All this drywall was from your orders from
22  BNBM?
23      A    That's correct.
24      Q    I think when we talked in your deposition
25  they were shipment one, right?

Page 6

1  A   Yes.
2  Q   And shipment 1 into Florida?
3  A   Yes.
4  Q   And shipment 2 also came into Florida?
5  A   That is correct.
6  Q   Let's take a look at some of the markings
7  if we could.  If we could walk right over here.
8  A   Okay.
9  Q   This board that we are looking at here,
10 can you read the label for us?
11 A   Yes.  Beijing New Building Materials
12 Public Limited Company.
13 Q   Does it say Beijing, China on it?
14 A   Beijing, China.  The ASTM numbers and, I
15 guess, the date of when it was manufactured.
16 Q   In 2006?
17 A   2006.
18 Q   One of the other things we also talked
19 about at length in you deposition was the UL
20 listing.
21 A   Yes.
22 Q   That UL stamp is also on this board,
23 right?
24 A   That is correct.
25 Q   Can you point that out for us?

Page 7

1       A    It's right here.
2       Q    Now, the 5/8 board -- or all the board has
3   end tape on it, right?
4       A    Yes.
5       Q    Can you show us one of the end tapes from
6   the 5/8 board?
7       A    Sure.  This is an intake for the 5/8 Type
8   X.
9       Q    What's the Type X?
10      A    Type X is a fire rating that's required on
11  any multi-family apartments built in the United
12  States.
13      Q    If we could, I'm going to ask the
14  videographer to back up a bit and kind of give us an
15  idea of the perspective of how many sheets of
16  drywall you have in here.  In the stacks that come
17  in -- if you pan over to the left, Mr. Videographer.
18  Do you know how many pieces of drywall each one of
19  those bundles holds?
20      A    52.
21      Q    So every time we see a square we are at
22  approximately 52 pieces of drywall?
23      A    52 sheets.  Yes, that's correct.
24      Q    And these sheets run approximately how
25  long, about 30 yards down the length of this --

1  maybe 40 yards down the length of this wall?
2       A    On this particular stack, no.  That's more
3  like 70 yards.
4       Q    If we turn around in the other direction,
5  do we have about a similar number of stacks?
6       A    A little less on the side, but pretty
7  close.
8       Q    How high is this warehouse?
9       A    I'm not sure the ceiling height, but
10 got -- we are stacked seven bundles high.
11      Q    Are you over a normal two story building
12 here?
13      A    Oh, yes.  Yes, almost --
14      Q    30 feet?
15      A    30 feet.
16      Q    And then the BNBM Drywall stretches back
17 as far as we are looking, right?
18      A    Yes.  If we go out the side door you can
19 get the perspective of how deep that runs.
20      Q    We are going to move over that way and
21 then we were going to discuss the 1/2" drywall
22 because right now everything we are looking at with
23 the red, white and blue marking is 5/8, correct?
24      A    That is correct.
25                    (Thereupon, a brief recess was

1                    taken for a change of location.)
2    BY MR. MONTOYA:
3         Q    So we moved locations in the warehouse.
4    Can you tell us what we are looking at now with the
5    blue labels?
6         A    Yes.  We are now looking at the 1/2" 4 X
7    12 sheets of drywall.
8         Q    That 1/2" is also marked BNBM as well?
9         A    Yes.  That is correct.
10        Q    Now, the label on the back -- the labeling
11   on the back, is that similar to the 5/8s?
12        A    Except it will not have the UL
13   certification stamp on it.
14        Q    As we discussed in your deposition before?
15        A    Correct, because it's not required.
16        Q    Can you tell me approximately how many
17   bundles there are going up to the roof?
18        A    In the majority of it we got them stacked
19   seven bundles high.
20        Q    That's 52 pieces of drywall?
21        A    52 pieces each, so that's what, 360
22   sheets, and 364 sheets --
23        Q    It's hard for folks to see, but how much
24   further back does the warehouse go from where we
25   are?

1     A    This way it goes back probably 30 or 40
2  feet, and then this direction is completely full for
3  a hundred yards in that direction.  There is over --
4  there's approximately 50,000 square feet that we
5  rent in this portion of the warehouse.
6     Q    Of the 50,000 square feet you got in this
7  warehouse what percentage would you say roughly is
8  filled by Chinese drywall?
9     A    Probably about 85%.
10    Q    Of the 50,000 square feet?
11    A    Yes.
12    Q    Got it.  How did you end up with all this
13 drywall?  Why is it still here?
14    A    Because we weren't able to sell it due to
15 the Chinese drywall fiasco, you know, with the bad
16 reputation and it didn't matter whether your product
17 was safe or not.  At that point it was a name
18 recognition thing.  Anything that could be called
19 Chinese drywall, no matter what brand it was, you
20 know, suffered.
21    Q    What are your plans with the drywall?
22    A    Well, I hope I can sell it when the next
23 allocation of drywall starts.  If not, I don't know.
24    Q    You have been storing this drywall for how
25 long now?

1     A    About eight years.
2          MR. MONTOYA:  Thank you.
3                   -  -  -
4               (Witness excused.)
5               (Thereupon, the sworn statement
6               was concluded.)
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 12

1         CERTIFICATE OF REPORTER
2
3    STATE OF FLORIDA
     COUNTY OF Marion
4
5        I, Thomas R. Neumann, Court Reporter, do hereby
     certify that I was authorized to and did
6    stenographically report the foregoing sworn
     statement of Stefan Davis; that a review of the
7    transcript was not requested; and that the foregoing
     transcript, pages 1 through 11, is a true record of
8    my stenographic notes.
9        I FURTHER CERTIFY that I am not a relative,
     employee, attorney or counsel of any of the parties'
10   attorneys or counsel connected with the action, nor
     am I financially interested in the action.
11
12       Dated this 18TH day of June, 2015 at Ocala,
     Marion County, Florida.
13
14
15
16
17                           _____
                             Thomas R. Neumann
18
19
20
21
22
23
24
25

1       CERTIFICATE OF OATH
2
3   THE STATE OF FLORIDA)
4   COUNTY OF MARION)
5
6        I Thomas R. Neumann, Court Reporter, Notary
7   Public, State of Florida, certify that the witness,
8   Stefan Davis, personally appeared before me on this
9   15th day of June, 2015 and was duly sworn.
10          WITNESS my hand and official seal this 18TH day of
11  June, 2015.
12
13  Identification:
14               Personally Known_____
15       or Produced Identification_____Yes_____
16  Type of Identification Produced___Driver's License___
17
18
                                    _____
19                                  Thomas R. Neumann
                                    Notary Public
20                                  State of Florida
                                    Commission No.: FF075000
21
22                                  My Commission Expires: 12/8/17
23
24
25

| & | 8 | case 4:16 | door 8:18 |
|---|---|---|---|
| & 2:3 | 85 10:9 | ceiling 8:9 | driver's 13:16 |
| **1** | 87,000 5:19 | certificate 3:4,5 12:1 13:1 | drywall 1:2 4:18,21 4:25 5:5,19,20,21 7:16,18,22 8:16,21 9:7,20 10:8,13,15,19 10:21,23,24 |
| 1 6:2 12:7 | **a** | certification 9:13 | |
| 1/2 5:20 8:21 9:6,8 | able 10:14 | certify 12:5,9 13:7 | |
| 11 12:7 | action 12:10,10 | change 5:12 9:1 | |
| 12 3:4 5:19,20 9:7 | alhambra 2:3 | china 6:13,14 | due 10:14 |
| 12/8/17 13:22 | allocation 10:23 | chinese 1:2 4:18 10:8 10:15,19 | duly 13:9 |
| 13 3:5 | apartments 7:11 | | **e** |
| 139,000 5:18 | appearances 2:1 | circle 2:3 | e 2:4 3:1 4:1,1 |
| 15 1:6 | appeared 13:8 | close 8:7 | eidson 2:3 |
| 1501 1:8 | approximately 5:4 7:22,24 9:16 10:4 | colson 2:3 | eight 11:1 |
| 15th 13:9 | | colson.com 2:4 | employee 12:9 |
| 18th 12:12 13:10 | astm 6:14 | come 7:16 | esquire 2:2 |
| 1:30 1:7 | attorney 12:9 | commission 13:20,22 | examination 3:2,3 4:10 |
| 1:45 1:7 | attorneys 12:10 | company 6:12 | |
| **2** | authorized 12:5 | completely 10:2 | excused 11:4 |
| 2 6:4 | avenue 1:8 5:3 | concluded 11:6 | expires 13:22 |
| 2006 6:16,17 | **b** | connected 12:10 | **f** |
| 2015 1:6 12:12 13:9 13:11 | back 7:14 8:16 9:10 9:11,24 10:1 | contractor 4:15 | family 7:11 |
| | | coral 2:4 | far 8:17 |
| 230,000 5:6 | bad 10:15 | correct 5:23 6:5,24 7:23 8:23,24 9:9,15 | feet 8:14,15 10:2,4,6 10:10 |
| 255 2:3 | basically 5:18 | | |
| **3** | beijing 4:17 6:11,13 6:14 | counsel 12:9,10 | ff075000 13:20 |
| 30 7:25 8:14,15 10:1 | | county 12:3,12 13:4 | fiasco 10:15 |
| 33134 2:4 | bit 7:14 | court 1:11 4:3,9 12:5 13:6 | filled 10:8 |
| 34474 1:9 | blue 8:23 9:5 | | financially 12:10 |
| 360 9:21 | bnbm 4:21 5:4,22 8:16 9:8 | **d** | fire 7:10 |
| 364 9:22 | | d 4:1 | fleming 2:7 |
| **4** | board 6:9,22 7:2,2,6 | date 1:6 6:15 | florida 1:9 2:4 6:2,4 12:3,12 13:3,7,20 |
| 4 3:3 5:19,20 9:6 | boards 5:4,5 | dated 12:12 | |
| 40 8:1 10:1 | brand 10:19 | davis 1:5 3:2 4:2,13 12:6 13:8 | folks 9:23 |
| 44th 1:8 5:3 | brief 5:11 8:25 | | foregoing 12:6,7 |
| **5** | building 4:17 6:11 8:11 | day 12:12 13:9,10 | full 10:2 |
| 5/8 5:18 7:2,6,7 8:23 | | deep 8:19 | further 9:24 12:9 |
| 5/8s 9:11 | built 7:11 | deposition 4:17,20 5:24 6:19 9:14 | **g** |
| 50,000 10:4,6,10 | bundles 7:19 8:10 9:17,19 | | g 4:1 |
| 52 7:20,22,23 9:20,21 | | developer 4:15 | gables 2:4 |
| **7** | **c** | direct 3:3 4:10 | give 4:5 7:14 |
| 70 8:3 | c 3:1 4:1 | direction 8:4 10:2,3 | go 5:7 8:18 9:24 |
| | called 10:18 | discuss 8:21 | god 4:7 |
| | camera 2:7 | discussed 9:14 | |

[goes - statement]                                                                                        Page 15

| | | | |
|---|---|---|---|
| **goes** 10:1 | **little** 8:6 | **oh** 8:13 | **related** 4:17 |
| **going** 7:13 8:20,21 9:17 | **living** 4:14 | **okay** 6:8 | **relative** 12:9 |
| **great** 5:10 | **located** 5:2 | **operator** 2:7 | **remember** 4:18 |
| **guess** 6:15 | **location** 5:12 9:1 | **orders** 5:21 | **rent** 10:5 |
| **h** | **locations** 9:3 | **p** | **report** 12:6 |
| **hand** 4:4,21 13:10 | **long** 7:25 10:25 | **p** 4:1 | **reporter** 1:11 3:4 4:3 4:9 12:1,5 13:6 |
| **hard** 9:23 | **look** 5:8 6:6 | **p.a.** 2:3 | **reputation** 10:16 |
| **height** 8:9 | **looking** 6:9 8:17,22 9:4,6 | **p.m.** 1:7,7 | **requested** 12:7 |
| **help** 4:6 | **m** | **pages** 12:7 | **required** 7:10 9:15 |
| **hicks** 2:3 | **mail** 2:4 | **pan** 7:17 | **review** 12:6 |
| **high** 8:8,10 9:19 | **majority** 9:18 | **particular** 8:2 | **right** 4:3,21 5:25 6:7 6:23 7:1,3 8:17,22 |
| **holds** 7:19 | **manufactured** 6:15 | **parties** 12:9 | **roof** 9:17 |
| **hope** 10:22 | **marion** 12:3,12 13:4 | **patrick** 2:2,4 | **roughly** 10:7 |
| **hundred** 10:3 | **marked** 9:8 | **penthouse** 2:3 | **run** 7:24 |
| **i** | **marking** 8:23 | **percentage** 10:7 | **runs** 8:19 |
| **idea** 7:15 | **markings** 6:6 | **personally** 13:8,14 | **s** |
| **identification** 13:13 13:15,16 | **materials** 4:18 6:11 | **perspective** 7:15 8:19 | **s** 2:2 3:1 4:1 |
| **inside** 5:5,7,14,16 | **matter** 10:16,19 | **pieces** 7:18,22 9:20 9:21 | **safe** 10:17 |
| **inspection** 1:2 | **mdl** 1:2 | **place** 1:8 | **seal** 13:10 |
| **intake** 7:7 | **mind** 5:7 | **plans** 10:21 | **see** 7:21 9:23 |
| **interested** 12:10 | **montoya** 2:2 3:3 4:11 5:13 9:2 11:2 | **please** 4:4,12 | **sell** 10:14,22 |
| **j** | **move** 8:20 | **point** 6:25 10:17 | **seven** 8:10 9:19 |
| **jeff** 2:7 | **moved** 5:14 9:3 | **portion** 10:5 | **sheets** 5:6,18,19 7:15 7:23,24 9:7,22,22 |
| **june** 1:6 12:12 13:9 13:11 | **multi** 7:11 | **present** 2:6 | **shipment** 5:25 6:2,4 |
| **k** | **n** | **pretty** 8:6 | **show** 7:5 |
| **kind** 7:14 | **n** 3:1,1 4:1 | **previously** 4:16 | **side** 8:6,18 |
| **know** 7:18 10:15,20 10:23 | **name** 4:12 10:17 | **probably** 10:1,9 | **similar** 8:5 9:11 |
| **known** 13:14 | **neumann** 1:11 12:5 12:17 13:6,19 | **produced** 13:15,16 | **sir** 4:12,14 |
| **l** | **new** 4:17 6:11 | **product** 10:16 | **site** 1:2 |
| **label** 6:10 9:10 | **normal** 8:11 | **public** 1:11 6:12 13:7 13:19 | **southwest** 1:8 |
| **labeling** 9:10 | **notary** 1:11 13:6,19 | **r** | **square** 7:21 10:4,6 10:10 |
| **labels** 9:5 | **notes** 12:8 | **r** 1:11 4:1 12:5,17 13:6,19 | **stack** 8:2 |
| **left** 7:17 | **number** 8:5 | **raise** 4:3 | **stacked** 8:10 9:18 |
| **length** 6:19 7:25 8:1 | **numbers** 6:14 | **rating** 7:10 | **stacks** 7:16 8:5 |
| **license** 13:16 | **o** | **read** 6:10 | **stamp** 6:22 9:13 |
| **limited** 6:12 | **o** 3:1 4:1 | **recess** 5:11 8:25 | **starts** 10:23 |
| **listing** 6:20 | **oath** 3:5 13:1 | **recognition** 10:18 | **state** 12:3 13:3,7,20 |
| | **ocala** 1:9 5:3 12:12 | **record** 12:7 | **statement** 1:5 11:5 12:6 |
| | **official** 13:10 | **recorded** 1:2 | |
| | | **red** 8:23 | |

| | |
|---|---|
| states   7:12<br>stefan   1:5 3:2 4:2,13<br>   12:6 13:8<br>stenographic   12:8<br>stenographically<br>   12:6<br>storing   10:24<br>story   8:11<br>stretches   8:16<br>suffered   10:20<br>sure   5:9 7:7 8:9<br>swear   4:4<br>sworn   1:5 11:5 12:6<br>   13:9 | **v**<br>video   1:2<br>videographer   7:14<br>   7:17 |
| **t** | **w**<br>walk   6:7<br>wall   8:1<br>warehouse   4:25 5:5<br>   5:14,17 8:8 9:3,24<br>   10:5,7<br>warehoused   5:1<br>way   8:20 10:1<br>white   8:23<br>witness   4:8 11:4 13:7<br>   13:10 |
| t   3:1,1<br>take   5:7 6:6<br>taken   1:6,11 5:12 9:1<br>talked   5:24 6:18<br>tape   7:3<br>tapes   7:5<br>tell   4:12 5:16 9:4,16<br>testified   4:20<br>testimony   4:4<br>thank   4:9 5:10 11:2<br>thing   10:18<br>things   6:18<br>think   5:24<br>thomas   1:11 12:5,17<br>   13:6,19<br>time   1:7 7:21<br>today   4:24<br>transcript   12:7,7<br>true   12:7<br>truth   4:5,6,6<br>turn   8:4<br>two   8:11<br>type   5:19 7:7,9,10<br>   13:16 | **x**<br>x   5:19,19,20 7:8,9,10<br>   9:6 |
| | **y**<br>yards   7:25 8:1,3 10:3<br>years   11:1 |
| **u** | |
| ul   6:19,22 9:12<br>understatement   4:22<br>united   7:11 | |