Export Agency Agreement

Date: November 30, 2005
Number: USA002

I. Parties

1. Authorizing Supplier Party (Party A): Beijing New Building Materials Public Limited Company
Address: No. 11 Sanlihe Road, Haidian District, Beijing, P. R. China
Postcode:
Legal Representative:
Telephone:
Fax:
Name of bank:
Account number:

2. Exporter (Party B): Beijing New Building Material (Group) Co., Ltd
Address: No. 11 Sanlihe Road, Haidian District, Beijing, P. R. China
Postcode: 100096
Telephone:
Fax: 010-82912657
Name of bank:
Account number:

This agreement is entered into by Party A and Party B through friendly consultations, Party A hereby authorizes Party B as export agency for exportation of such goods as follows:

II. Authorized exportation Items

1. Name of goods: paper faced gypsum boards;
2. Specification and technological standards: same as sales contract no. E-GB051118;
3. Quantity: see sales contract no. E-GB051118;
4. Price: factory price RMB10.28/m$^2$;
5. Total Value: US$ 2,040,541.0
6. Overseas Purchaser (Purchaser): EAC & Son's Corp.
7. Period of loading: January 10-31, 2006

III. Signing

1. The relationship between Party A and Party B is of principal and agency nature, the relationship between Party B and foreign party (Purchaser) is considered as the relationship between Agency of Party A and Purchaser. All terms in such agreement between Party B and Purchaser (including the main terms and additional terms) shall be determined between and by Party A and Purchaser; Party B merely signs agreements on

BG: 7/15/15-7/18/15
Exhibit 230

MTD Exhibit #231

BNBMPLC0007427

behalf of Party A to other parties, but does not participate in confirmation and performance of any terms in such agreements.

2. Party A is solely and independently responsible for all risks and liabilities under export agreements.

3. After Party B receives payment from Purchaser, Party B shall convert the foreign currency payment into Renminbi using the exchange rate on the payment date, and make payments to Party A within 7 days.

4. The export agreement - sales contract No. E-GB051118 signed between Party B and Purchaser - forms an inseparable part of this agreement.

IV. Party A's responsibilities

1. Party A is responsible for negotiating and performing all terms of the agreement together with Purchaser (which includes main terms and additional terms); and confirming the right product, its specification, its quantity, and contacting factories for supplying goods.

2. If the PRC national policies or regulations require goods exported under Clause II to retain export approval or license certificate and relevant other documents for exportation purposes; Party A shall supply to Party B all necessary export approval or license certificate and relevant other documents, and Party B shall assist Party A if required. Party B is not responsible for applying for any aforementioned official documents, including but not limited to risks associated with the situation where Party A has not obtained such documents but agreement with other parties has already been signed.

3. Party A is liable for ocean freight, customs declaration fee, export commodity inspection fee, fumigation charge, stocking charge, insurance and other fees related to the exportation process.

4. Party A must supply Party B with manufacturer's Value Added Taxed invoice (with Party B's title head) after one month of cargo departure. If Party A cannot supply Party B with the aforementioned invoices, Party A shall be held liable for all losses.

5. Party A shall guarantee that all business and trade activities performed by Party A are legal, and all relevant invoices and information provided to Party B are genuine. If an incident which is illegal or against regulations has occurred, Party A shall be held liable for all responsibilities.

6. Party A shall be liable for all economic losses and liabilities incurred as a result of bad product quality or Purchaser's bad reputation.

V. Party B's responsibilities

BNBMPLC0007428

1. Party B shall supply valid verification documents, and to conduct exportation in the name of Party B.

2. Party B is responsible for the process of customs declaration, cargo dispatch, chartering transport, commodity inspection, insurance and commission charging etc.

3. Party B shall finish the verification and tax refund process as soon as possible.

VI. Fees and agency fees

Party A shall be liable for all fees incurred during the exportation process. Party B shall receive payment(s) from Party A equal to 0.3% of total price as export processing cost.

VII. Breach

Any party who breaches terms of this agreement and caused losses to the non-breaching party shall pay compensation to the non-breaching party.

VIII. Dispute resolution

Disputes under this agreement shall be first resolved by friendly negotiations, if disputes cannot be resolved by friendly negotiations, such dispute shall be resolved in the Beijing courts.

IX. Effective date and termination date of the agreement

1. This agreement shall take effect as of it is duly signed and sealed by both parties by way of fax.

2. This agreement shall terminate at the end of performance of the Purchase agreement, and after friendly consultations by both parties.

3. If one party or both parties under this agreement loss(es) its objective civil action capability under the PRC law or suffer(s) deficiency in terms of its ability or operational scope, and caused termination of this agreement; the wrong-doing party shall pay compensation to the innocent party for its losses.

Party A: Beijing New Building Materials Public Limited Company
Sealed and signed

Party B: Beijing New Building Material (Group) Co., Ltd
Sealed and signed

BNBMPLC0007429