United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | *e*Business | eBiz alerts | News | Help

**Trademarks > Trademark Electronic Search System (TESS)**

TESS was last updated on Tue Jul 7 03:20:59 EDT 2015

Logout  Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

( Use the "Back" button of the Internet Browser to return to TESS)



| | |
|---|---|
| **Word Mark** | **BNBM** |
| **Goods and Services** | IC 006. US 002 012 013 014 023 025 050. G & S: common metal, namely, ingots of common metal, common metal boards for building purposes, common metal alloy for further manufacture, all common metal profiles, not including welding and railroad metal materials, namely, metal trim for buildings; building metal boards, construction elements made of metal, namely, metal framing materials for ceilings; modular metal buildings, modular metal building structure, metal wainscot, namely, wall panels of metal, metal roofing materials, namely, roofing panels, moveable metal houses, paint spraying booths of metal <br><br> IC 017. US 001 005 012 013 035 050. G & S: drywall joint tape, sound insulation materials; acoustical insulation for buildings; non-conducting heat insulation materials, fiberglass insulation for buildings; substances for insulating buildings against moisture, building insulating materials, stuffing materials of foam; hoses of textile material for use in watering, lute, namely, sealing plugs made primarily from rubber, heat insulation materials, thermal insulation materials, sound proofing materials for buildings <br><br> IC 019. US 001 012 033 050. G & S: non-metal building materials, namely, gypsum, earthenware tiles, sand and stone, stone, plaster, slag stone, tiles for building, namely, non-metal tiles, building materials, namely, composite panels composed primarily of nonmetal materials, non-metal shelter structures excluding tents, fiberglass reinforced plastic non-metal window and doors, plaster boards |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Trademark Search Facility Classification Code** | LETTER-3-OR-MORE BNBM Combination of three or more letters as part of the mark SHAPES-GEOMETRIC Geometric figures and solids including squares, rectangles, quadrilaterals and polygons |
| **Serial Number** | 79049003 |
| **Filing Date** | July 26, 2007 |

MTD Exhibit #234

B: 7/8/15-7/11/15
Exhibit 148

| | |
|---|---|
| Current Basis | 66A |
| Original Filing Basis | 66A |
| Published for Opposition | October 28, 2008 |
| Registration Number | 3561322 |
| International Registration Number | 0950876 |
| Registration Date | January 13, 2009 |
| Owner | (REGISTRANT) BEIJING NEW BUILDING MATERIALS; PUBLIC LIMITED COMPANY CORPORATION CHINA No. 11A Sanli River Road Haidian District; Beijing CHINA |
| Attorney of Record | Charles P. LaPolla |
| Description of Mark | Color is not claimed as a feature of the mark. |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY