<u>**Partial Translation of CNBMCO00339345 – 00339348**</u>

<u>**CNBMCO00339345**</u>

Comprehensive Team of CNBM Listing Office (August 19, 2005)

**Pending Matters for Verification on the Light Building Materials Section in the Prospectus (I)**

(Contents with "_____" are the most recent updates)

| Item | Contents in the Prospectus | Contents for verification | Remarks | Feedbacks |
|---|---|---|---|---|
| … | … | … | … | … |

<u>**CNBMCO00339346**</u>

| Item | Contents in the Prospectus | Contents for verification | Remarks | Feedbacks |
|---|---|---|---|---|
| … | … | … | … | … |
| 4 | The Company plans to adopt the following measures to integrate the operations of BNBM PLC and Taihe, to enhance the Company's operating efficiency, competitiveness and profitability.<br>● The Company plans to utilize the brand popularity and professional technology of BNBM PLC to enhance Taihe's profitability and further reduce its production cost. Compared to BNBM PLC's "Dragon" high-end products, Taihe's "Taishan" gypsum boards are usually deemed as | Please provide BNBM PLC's relevant meeting minutes or documents in other forms, to show that BNBM PLC really has such ideas and plans for integrating Taihe. | Roughly drafted a recent outline for integrating Taihe (Attachment 2), please issue a complete document in the form of meeting minutes. Note: Key points for integration are summarized by myself, and may be biased. All leaders, please make corrections at first. | <u>Has been provided. I am making revisions and sort-out.</u> |

**MTD Exhibit #235**

|  | belonging to low-end market, BNBM PLC and Taihe will probe further opportunity, to try to enhance Taihe gypsum boards, and sell them at a high price under BNBM PLC's "Dragon" brand. |  |  |  |
|---|---|---|---|---|
|  |  |  | CNBMCO00339347 | |
|  | ● The Company plans to utilize Taihe's extensive market penetration, to enhance the Company's competitiveness in certain regional markets. Taihe has constructed or is constructing the total of 17 production lines in Tai'an of Shandong Province, Jingmen of Hubei Province, Qinhuangdao of Hebei Province, Lucheng of Shanxi Province, Pizhou of Jiangsu Province, Weifang of Shandong Province, Jiangyin and Xuzhou of Jiangsu Province. From this aspect, BNBM PLC doesn't have production facility in these regions, the Company plans to sell with the "Dragon" brand some products that will be produced by Taihe at production lines of these regions, for which the |  |  |  |

|  | Company will provide technical support.<br>● The Company plans to utilize the integrated market position, to enhance the Company's power to negotiate the price with the suppliers, mainly with the supplier of surface paper, so as to increase the profitability. |  |  |  |
|---|---|---|---|---|
| … | … | … | … | … |

CNBMCO00339345

Chinese building materials going on the market manages the comprehensive group (05/08/19)

Prospectus light quality building materials tectonic plate confirmation unsettled item (1) (Canada "" part is recent renewal)

Project stock offering book content must confirm content note feedback 1 besides as the independent product delivery gypsum board, this company supplies including the gypsum board and asbestos attracts the sound board and light steel keel partition wall suspended ceiling system. The product mix of this company light building materials diversification and provides the comprehensive partition wall suspended ceiling system's ability, provides the purchase choice of one-stop work style for this client, and quality is consistent, the seamless compatibility moreover pays conveniently.
Writes the material to explain that the partition wall suspended ceiling system from the production that most starts to the payment customer, and provides the entire process of the technical support and concrete construction finally, supports "this company to provide comprehensive partition wall suspended ceiling system solution", and "provides the purchase choice of one-stop work style for this client, and quality is consistent, the seamless compatibility moreover pays conveniently."
Drafted compendium of this explanation (to see appendix initially 1), please plan to write the settlement.
Note: Winds through with the section industrial and communications, whether can ask Duan Gong to write? The compendium is only for reference. May according to the actual situation fluctuation or the adjustment compendium content.

Has provided. Whether comes in handy needs to the leadership scrutinization.

2

1st, in the past more than 20 years, absorbed through the conformity overseas technology and advancement native place, this company believes firmly that the northern new building materials have formed the production gypsum board the core technologies ability.

2nd, this company operates the historical longest two production lines (separately from 1983 and in 1997 operation) is located at Beijing, always yearly produces to be 4,500 ten thousand square meters.
1st, please provide gypsum board and two introduction contracts.
2nd, writes the material to explain how the northern new building materials are "conformity overseas technology and advancement native place absorb". For example equipment component internally necessary, then please provide the related explanation, or provides purchases home equipment's contract internally.

3rd, at present basis saw may the research material, and two then may the research show that produces energy is 20 million m2/years. Please provide other related technological transformation material or material showed that two after the

CNBMCO00339345

promotion, produce to be 25 million m2 at present.
1st, a contract has provided. Two are the self-dependant developments, has not introduced the contract.

2nd, has provided. Has carried on the communication with the enterprise once more, I am revising.
3rd, has provided.

3

Through the optimized production process, the northern new building materials realize the high production efficiency. The specialized technology of northern new building materials enables its high-speed transport business large-scale gypsum board production line, meanwhile through the continuity of enhancement production, cuts the rejection rate. Through these measures, as well as the improvement sets up to produce (i.e. replacement product specification production) reduction production suspension time, the northern new building materials' production line has obtained almost 100% producing to be able the use factor (to take 9.5 millimeters thick gypsum board as datum). Therefore from 2003 to 2004 its total production costs drops ●%.

Please describe the northern new building materials to achieve best producing can the use factor and reduces the production cost, which measures in the production process has taken specifically?

Suggestion by factory's technical seminar conference summary, or other form writing up. May add on some similar policing method and operational procedure material again.
Note: The ditch passes with gypsum lumber yard factory manager Hao Xiaodong, said that may write up such technical material. Possibly needs to communicate with the concrete penner again.

Has provided. But has some problems, has communicated with the enterprise, I am revising.

4

This company plans to adopt the operation of following measure conformity northern new building materials and Taihe, to enhance this company's operational efficiency, competitive ability as well as profitability.

This company plans to use the northern new building materials the specialized technology of the brand and northern new building materials, to promote Taihe's profit margin and further reduces its production cost. Taihe "Taishan" brand gypsum board and northern new building materials' Long high-end product compares, usually is considered that belongs to the low-end market, the northern new building materials plan seeks the further opportunity with Taihe, tries to promote the Taihe gypsum board, and "Long" under brand carries on the sale by the high price to it in the northern new building materials.

CNBMCO00339345

This company plans to use the Taihe widespread market penetration , to promote this company in the established regional market's competitive ability. Taihe has constructed or has been constructing production line altogether 17 in Shandong Tai'an and Hubei Jingmen and Hebei Qinhuangdao and Shanxi Lucheng and Jiangsu Pizhou and Shandong Weifang and Jiangsu Jiangyin and Jiangsu Xuzhou. From this degree spoke the northern new building materials not to have the production facilities in this and other areas, this company planned by "Long" brand sale Taihe under this company technical support in the partial product that this and other local production lines produced, to use inexpensive cartage expense to increase "Long" brand in this and other regional market's competitive abilities; And

This company the market niche that plans to take advantage to total, strengthens this company to the supplier, mainly protects the facial tissue supplier's bargaining power, to enhance profitability.

Please north provide other new related conference summaries or forms documents, indicated that north indeed has these conformity Taihe's ideas and plans newly. Has drafted one probably about the conformity Taihe's recent mentality (appendix 2), please write up a complete document in the conference summary form.

Note: Individual the conformity main point of summary, possibly has to lose biased. The exhausted fellow leaders advance the revision.
Has provided. I am revising and reorganization.
5 companies' light materials in the past majority for constructing and overhauling large commercial, industry or municipal building program. This company plans to strengthen the light building materials in the research and development strength of house structure domain application, to expand client base.
Please provide the corresponding document to show that northern new building materials indeed have plan "to strengthen the light building materials in the research and development strength of house structure domain application", and at present had some actions.
The suggestion provides similar conference summary document.
Note: Also may with above 4th writes one in light of the enterprise about "gypsum board development seminar" the conference summary.

The enterprise has not provided the conference summary, but provided north participated in the document that ministry of construction house department standardization technical committee "Non-Load-bearing In Partition wall Specification" compiled newly.

Has communicated with the enterprise, is being prepared.

6

In 2004 in the fourth quarter, this company starts to go into production in the Shandong Zaozhuang's third gypsum board production line. This production line strategic selected location Zaozhuang, to give full play to its neighboring gypsum

CNBMCO00339345

ore and protects the facial tissue factory as well as to the Beijing production line, it to Shanghai's distance nearer superiority. This factory raw material-based and product reduction of shipping cost, we anticipated that this company (including Shanghai) will be more competitive in the Yangtse Delta market.

Please provide before constructing three, company internal investigation report, or similar seminar's conference summary document, to prove that we choose Zaozhuang to construct the line after the investigation and study, the strategic choice result.

Note: May see that in the stock offering book the existing description explained probably why we want selected location Zaozhuang. May be plentiful it and be more concrete the existing writing.
Has communicated with wanda about this spot, needs to confirm. I am collecting the preparation material.
7 in 2004, this company also purchase the design to produce to an Indonesian seller approximately 5,000 ten thousand square meters production lines, and stitch binding will put in this production the factory in Hebei Zhuozhou, this factory from Beijing Factory 65 kilometers.
Please provide the contract.
Has provided.

PAGE 1

--- Summary Information ---
1: 936 PID_TITLE: Northern new building materials confirmation memorandum
PID_SUBJECT:
PID_AUTHOR: ls PID_KEYWORDS:
PID_COMMENTS:
PID_TEMPLATE: Normal PID_LASTAUTHOR: yt PID_REVNUMBER: 18 PID_APPNAME: Microsoft Office Word PID_EDITTIME: Mon Jan 01 11:23: 00 CST 1601 PID_LASTPRINTED: Fri Aug 19 09:11: 00 CST 2005 PID_CREATE_DTM: Sun Aug 14 11:41: 00 CST 2005 PID_LASTSAVE_DTM: Fri Aug 19 12:57: 00 CST 2005 PID_PAGECOUNT: 1 PID_WORDCOUNT: 338 PID_CHARCOUNT: 1931 PID_SECURITY: 0

--- Document Summary Information ---
PID_CODEPAGE: 936 PID_COMPANY: cnbm PID_LINECOUNT: 16 PID_PARCOUNT: 4 17: 2265 23: 726502 PID_SCALE: false PID_LINKSDIRTY: false 19: false 22: false

中国建材上市办综合组（05/08/19）

# 招股说明书轻质建材板块验证未决事项（一）

（加"＿＿"部分为最近更新）

| 项目 | 招股书内容 | 需验证内容 | 备注 | 反馈情况 |
|---|---|---|---|---|
| 1 | 除了作为单独产品供应石膏板以外，本公司供应包括石膏板、矿棉吸音板及轻钢龙骨在内的隔墙吊顶体系。本公司轻型建材多样化的产品组合及提供全面的隔墙吊顶体系的能力，为本公司客户提供一站式的购买选择，并且质量一致，完美兼容而且交付便捷。 | 写材料说明隔墙吊顶体系从最开始的生产到交付客户，及最后提供技术支持、具体施工的整个过程，来支持"本公司提供全面的隔墙吊顶体系解决方案"，并且"为本公司客户提供一站式的购买选择，并且质量一致，完美兼容而且交付便捷。" | 初步草拟了该说明的提纲（见附件1），请拟写相关内容。注：跟段工交流过，是否可以请段工执笔？提纲仅供参考。可根据实际情况增减或者调整提纲内容。 | 已提供。是否合用需要向领导审阅。 |
| 2 | 1、在过去二十多年，通过整合海外技术及推进本土吸收，本公司确信，北新建材已经形成生产石膏板的核心技术能力。2、本公司运作历史最长的两条生产线(分别自一九八三年及一九九七年起运作)位于北京，总年产能为4,500万平方米。 | 1、请提供石膏板一线、二线的引进合同。2、写材料说明，北新建材是如何"整合海外技术及推进本土吸收"的。比如部分设备在国内配套，那么请提供相关说明，或者提供在国内购买国产设备的合同。3、根据目前看到的可研材料，一线、二线当时的可研显示产能均为2000万m2/年。请提供相关的技改 | | 1、一线合同已提供。二线是自主开发的，没有引进合同。2、已提供。跟企业再次进行了沟通，我正在修改中。3、已提供。 |

1

CNBMCO00339345

中国建材上市办综合组（05/08/19）

| | | | | | |
|---|---|---|---|---|---|
| | | | 材料或者别的材料证明，二线经过提升，目前产能为 2500 万 m2。 | | |
| 3 | | 通过优化生产流程，北新建材实现高生产效率。北新建材的专业技术使其能够高速营运大型石膏板生产线，同时还通过提高生产的连续性，降低废品率。通过这些措施，以及改进排产（即更换产品规格生产）缩短停产时间，北新建材的生产线已取得几乎100%的产能利用率（以9.5毫米厚的石膏板为基准）。因此从二零零三年至二零零四其总生产成本下降●%。 | 请描述北新建材为达到最佳的产能利用率及降低生产成本，在生产过程中具体采取了哪些措施？ | 建议以工厂的技术研讨会会议纪要，或者别的形式出具。可以再加上些类似管理办法、操作流程的材料。<br>注：跟石膏板厂厂长郝晓冬沟通过，说可以出具这样的技术材料。可能需要跟具体执笔人再沟通一下。 | 已提供。但存在一些问题，已和企业沟通完，我正在修改。 |
| 4 | | 本公司计划采取如下措施整合北新建材和泰和的运营，以提高本公司的运营效率、竞争能力以及盈利能力。<br><br>● 本公司计划利用北新建材的品牌知名度及北新建材的专业技术，以提升泰和的利润率及进一步降低其生产成本。泰和"泰山"品牌石膏板和北新建材的龙牌高端产品相比，通常被认为属于较低端市场，北新建材计划和泰和探求进一步的机会，试图提升泰和石膏板，并且在北新建材"龙牌"品牌下以高价位对其进 | 请提供北新的相关会议纪要或者其他形式的文件，表明北新的确有这些整合泰和的想法和计划。 | 大概草拟了一个关于整合泰和的近期思路（附件 2），请以会议纪要形式出具一个完整的文件。<br>注：个人总结的整合要点，可能有失偏颇。劳烦各位领导先行修正。 | 已提供。我正在修改和整理。 |

2

CNBMCO00339346

中国建材上市办综合组（05/08/19）

|   |   |   |   |   |
|---|---|---|---|---|
|   | 行销售。<br>● 本公司计划利用泰和广泛的市场渗透，提升本公司在既定区域市场的竞争能力。泰和在山东省泰安市、湖北省荆门市、河北省秦皇岛市、山西省潞城市、江苏省邳州市、山东省潍坊市、江苏省江阴市、江苏省徐州市已建或者在建生产线共 17 条。从这个程度讲北新建材在该等地区没有生产设施，本公司计划以"龙牌"品牌销售在本公司技术支持下泰和在该等地区生产线生产的部分产品，以利用较低廉的运输费用增加"龙牌"品牌在该等区域市场的竞争能力；及<br>● 本公司计划利用合共的市场地位，增强本公司对供应商，主要是护面纸供应商的议价能力，以提高盈利能力。 |   |   |   |
| 5 | 本公司的轻型材料以往大部分用于建造及翻修大型商业、工业或市政建筑项目。本公司计划加强轻型建材在住宅结构领域应用的研究和开发力 | 请提供相应文件证明北新建材的确有计划"加强轻型建材在住宅结构领域应用的研究和开发力度"，并且目前已经有了一些举措。 | 建议提供类似会议纪要的文件。<br>注：也可和上述第 4 条结合企业写一个关于 | 企业未提供会议纪要，而是提供了北新参与建设部住宅部品标准化技术委员会《非承重内隔 |

3

中国建材上市办综合组（05/08/19）

| | | | | |
|---|---|---|---|---|
| | 度，以扩大客户群。 | | "石膏板发展研讨会"的会议纪要。 | 墙技术要求》编写的文件。<br>已跟企业沟通，正在准备中。 |
| 6 | 于二零零四年第四季度，本公司于山东枣庄的第三条石膏板生产线开始投产。该生产线战略性的选址枣庄，以充分利用其邻近石膏矿和护面纸工厂以及相对于北京生产线，其到上海的距离更近的优势。基于该工厂原材料及产品的装运成本的降低，我们预期本公司在长江三角洲市场(包括上海)将会更具竞争力。 | 请提供在建三线之前，公司内部调研报告，或者类似研讨会的会议纪要文件，以证明我们选择枣庄建线是经过调研，战略选择的结果。 | 注：可以看到，招股书中已有的描述已经大概解释了为何我们要选址枣庄。可将其再丰满、再具体一些成文。 | 关于该点跟 wanda 沟通了，还是需要验证。我正在搜集准备资料。 |
| 7 | 于二零零四年，本公司亦向一家印尼卖方购买设计产能约 5,000 万平方米的生产线，并将把该生产线装置于河北省涿州市的工厂，该工厂距离北京工厂 65 公里。 | 请提供合同。 | | 已提供。 |

4