

Home | News | Conferences | Magazine | Directory | Reports | Knowledge Base | Awards | My details | Advertise | About

Awards   How to enter

## Global Gypsum Awards

The Global Gypsum Awards are presented at each Global Gypsum Conference and Exhibition.

You may now nominate in the Global Gypsum Awards 2015 (nominations end 1 July)

The awards are listed below along with their most recent recipients:

### 2014 Awards

| | |
|---|---|
| Global Gypsum Company of the Year | Saint-Gobain |
| Global Gypsum Supplier of the Year | Gyptech |
| Global Gypsum Plant of the Year | Knauf Camacri Plant (Brazil) |
| Global Gypsum Product of the Year | Knauf Aquapanel |
| Outstanding contribution to the global gypsum industry | Eurogypsum |
| Global Gypsum Personalities of the Year | Gwen and Tony McCamley - New West Gypsum Recycling |

### 2013 Awards

| | |
|---|---|
| Global Gypsum Company of the Year | Saint-Gobain |
| Global Gypsum Supplier of the Year | Gyptech |
| Global Gypsum Plant of the Year | Panel Rey - El Carmen Plant (Mexico) |
| Global Gypsum Product of the Year | Gyproc's Activ'Air ceiling boards |
| Outstanding contribution to the global gypsum industry | BNBM |
| Global Gypsum Personality of the Year | Bob Bruce - Bob Bruce and Associates |

### 2012 Awards

| | |
|---|---|
| Global Gypsum Company of the Year | Knauf Gips KG |
| Global Gypsum Supplier of the Year | WTW Americas |
| Global Gypsum Plant of the Year | SaintGobain Rigips' Brieselang plant |
| Global Gypsum Product of the Year | Knauf's Safeboard X-ray resistant product |
| Global Gypsum Personality of the Year | Jörg Bold (Bold-Technoconsult) |

### 2011 Awards

| | |
|---|---|
| Global Gypsum Company of the Year | Etex |
| Global Gypsum Supplier of the Year | Gyptech |
| Global Gypsum Plant of the Year | Boral's Pinkenba plant |
| Global Gypsum Product of the Year | USG's UltraLight Sheetrock panels |
| Global Gypsum Personality of the Year | Al Mueller (Pabco Gypsum) |

### 2010 Awards

| | |
|---|---|
| Global Gypsum Company of the Year | BNBM |
| Global Gypsum Supplier of the Year | Erisim Makina |
| Global Gypsum Plant of the Year | Yoshino Gypsum (Chiba III Plant) |
| Global Gypsum Product of the Year | NuGyp Corporation (NuGyp Process) |





CG: 6/16/15-6/18/15

Exhibit 80-1

MTD Exhibit #237

ALRMH-CNBM0008825

http://www.globalgypsum.com/awards                                6/15/2015

| | |
|---|---|
| Global Gypsum Personality of the Year | Prof. Hans Ulrich Hummel (Knauf Gips KG) |

### 2009 Awards

| | |
|---|---|
| Global Gypsum Company of the Year | BNBM, Beijing New Building Materials, part of CNBM |
| Global Gypsum Supplier of the Year | Aecometric company |
| Global Gypsum Wallboard Plant of the Year | Knauf do Brasil's Queimados plant |
| Global Gypsum Plant of the Year | Supergesso, Brazil |
| Global Gypsum Product of the Year | RapidWall |
| Global Gypsum Personality of the Year | Stig Hesse |

### 2008 Awards

| | |
|---|---|
| Global Gypsum Company of the Year | Saint Gobain Gypsum |
| Global Gypsum Supplier of the Year | Grenzebach |
| Global Gypsum Wallboard Plant of the Year | Pabco Gypsum, Las Vegas |
| Global Gypsum Product of the Year | Serious Materials |
| Global Gypsum Personality of the Year | Alfred Brosig, Grenzebach |

### 2007 Awards

| | |
|---|---|
| Global Gypsum Company of the Year | Knauf |
| Global Gypsum Supplier of the Year | Limab AB |
| Global Gypsum Wallboard Plant of the Year | *Not awarded in 2007* |
| Global Gypsum Product of the Year | DuraCore SF Plus from Johns Manville |
| Global Gypsum Personality of the Year | Dr Bob Bruce of Innogyps Inc. |

### 2006 (Inaugural) Awards

| | |
|---|---|
| Global Gypsum Company of the Year | BPB |
| Global Gypsum Supplier of the Year | Wacker |
| Global Gypsum Plant of the Year | USG's Rainier plant |
| Global Gypsum Product of the Year | DensGlas - Georgia Pacific Gypsum |

| | | | |
|---|---|---|---|
| Home | Magazine >> | Conferences >> | Websites >> |
| News | Latest issue | Global CemCoal | Global Cement |
| Conferences | Articles | Global CemFuels | Global Slag |
| Magazine | Editorial programme | Global CemPower | Cem Fuels |
| Directory | Contributors | Global CemTrader | Global Insulation |
| Reports | Links | Global Gypsum | Pro Global Media |
| Knowledge Base | Awards | Global Insulation | |
| Awards | Back issues | Global Landfill Mining | |
| My details | Subscribe | Global Refractories & Maintenance | |
| Advertise | Register for free copies | Global Slag | |
| About | The Last Word | Global Synthetic Gypsum | |
| | | Global Well Cem | |

© 2015 Pro Global Media Ltd. All rights reserved

ALRMH-CNBM0008826