


About CNBM | News Center | Business Platform | CNBM worldwide | Social Responsibility | Contact us



Home > News Center

News Center

### Cao Jianglin Visits CNBM Dubai Logistics Center for Investigation

On May 20, Cao Jianglin, General Manager of CNBM visited CNBM Dubai Logistics Center for investigation, and extended his regards to all personnel of UAE Branch of CNBM International Corporation.

During the investigation, Cao Jianglin got to know the local economic environment and investment policies in details, and listened closely to the presentation of business condition of CNBM Dubai Logistics Center, as well as the special report on the new foreign trade pattern of "Cross-border E-commerce + Oversea Location" by CNBM International Corporation. He spoke highly of the business model and development strategies of oversea logistics park, highly appreciated the achievements made by CNBM Dubai Logistics Center and hoped that CNBM International Corporation can further construct the okorder.com and speed up to extend new oversea logistics parks, so as to further promote the international level and operation capability of CNBM. During his visit to all personnel of UAE Branch of CNBM International Corporation, Cao Jianglin understood their working and living conditions, required CNBM to provide various guarantees for personnel working overseas and encouraged the personnel to take root in overseas to create a bright future for CNBM.

Cao Jianglin met with DANUBE and EASTMAN, strategic partners of CNBM Dubai Logistics Center, and visited Tang Weibin, China's Consul General in Dubai and Wang Song, Chairman of Chinese Business Council in UAE to further discuss the economic trends in Middle East and further cooperation opportunities.

Zhang Jinsong, Vice General Manager of CNBM International Corporation, Tao Zheng, Vice General Manager of China Fiberglass Co., Ltd. and principals of okorder.com and UAE Branch participated in the investigation.

**All CNBM Group Websites**

— Subsidiaries —



Copyright©2003China National Building Material Group Corporation

MTD Exhibit #238