Translation of BNBMPLC-E-0059965-0059966

BNBMPLC-E-0059965

## The Course of Events on Hiring Foreign Law Firms for the Gypsum Board Litigation in the United States——Brief Version of the Related Meetings

| Stage One | Hiring Foreign Law Firms to Issue Legal Opinion Letters | |
|---|---|---|
| Date | Participants | Main Contents for Discussion |
| September 10, 2009/ September 15, 2009 | BNBM PLC: Yu Chen<br><br>BNBM PLC: Zheng Tao<br><br>BNBM PLC: Ziqiang Bian<br><br>Taishan Gypsum: Gang Zhao<br><br>Shandong Taishan Lantian: Guangbin Liang<br><br>Jingtian & Gongcheng: Chungang Dong,<br><br>Hogan Lovells: Daozheng Chen, Gaston Fernandez, Ye Yuan<br><br>Orrick: Xiang Wang, Raymond G. Mullady, Fang Fu<br><br>K&L Gates: Yujing Shu, Xianjin Tian, Miao Li, David Klaber, Eric Stone | The representatives of BNBM Group and Taishan Gypsum had meetings with the representatives of Orrick, Hogan Lovells, and K&L Gates (generally referred to as "foreign law firms") respectively. The main contents of the meetings were to consult with the above law firms about the relevant questions from BNBM Group and Taishan Gypsum on the litigation in the United States. |

MTD Exhibit #239

| | | |
|---|---|---|
| September 22, 2009 (Live meeting + telephone conference) | BNBM: Yu Chen<br><br>BNBM PLC: Zheng Tao<br><br>Taishan Gypsum: Tongchun Jia<br><br>Tiashan Gypsum: Gang Zhao<br><br>Hogan Lovells: Daozheng Chen<br><br>Orrick: Xiang Wang | **Hiring Attorneys for the "Toxic Drywall Event" and the Response to the Default Judgement**<br><br>I. The information acquired from the law firms includes, but is not limited to, 1) the current situation of the case, 2) suggestions from the attorneys, 3) ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■<br><br>II. Solicited opinions from Tongchun Jia and Gang Zhao of Taishan Gypsum about matters on hiring attorneys and attending the hearing on September 24th. |
| October 12, 2009 | | The Legal Affairs Department of BNBM PLC issued *the Report on Hiring Foreign Law Firms for the Gypsum Board Litigation in the United States*, preliminarily decided to have Hogan Lovells answer those questions of concern from BNBM PLC, collect information, provide suggestions and strategies, and issue legal opinions letters. |
| **Stage Two** | **Hiring the Law Firm by Taishan Gypsum** | |
| April 12, 2010 (Telephone Conference) | BNBM PLC: Yu Chen<br><br>Jingtian & Gongcheng: Chungang Dong | On April 8, 2010, U.S. time, Eldon Fallon, a federal district court judge in New Orleans, U.S.A., issued an order in the lawsuit of the plaintiffs about the |

|  | Hogan Lovells: Daozheng Chen

BNBM PLC: Zhucai Chen | quality issues of gypsum boards. Taishan Gypsum Limited Company (abbreviated as "Taishan Gyspum") was ordered to pay a sum of USD 2,600,000 to 7 families in the United States as compensatory damages. Based on the progress of the case, (the meeting) made preliminary analysis and judgment on the case. |
|---|---|---|
| June 3, 2010 (Telephone Conference) | CNBM Group: Jian Zhang

BNBM PLC: Bing Wang

Taishan Gypsum: Tongchun Jia

Jingtian & Gongcheng: Chungang Dong

Hogan Lovells: Daozheng Chen | Abstract I: Chairman Song agreed that CNBM Group will organize the response to the litigation.

Abstract II: The document issued by the SASAC to CNBM Group held that the company's response to the Drywall Event in the United States was a little passive.

Abstract III: Discussion on litigation costs.

Abstract IV: Determined to adopt the "limited response to litigation" strategy.

Abstract V: Bing Wang from BNBM PLC opined that the response to the litigation means the recognition of jurisdiction of the U.S. courts. Although there was no treaty to facilitate judicial enforcement between China and the United States, |

BNBMPLC-E-0059966

| | | |
|---|---|---|
| | | the U.S. government would take this opportunity to pressure the Chinese government and make the enforcement of the judgement become an exception.<br><br>Abstract VI: The time limitation for appealing the judgement against Taishan Gypsum.<br><br>Abstract VII: The meeting reached preliminary consensuses: first, it is better to continuously let the Lovells firm, which had issued opinion letters to BNBM PLC before, institute the appeal. If the Lovells firm could not complete on schedule, then the attorney recommended by Knauf can be retained; second, when the appeal proceeded into the substantive stage, no attorney recommended by Knauf may be used because there is potential conflict of interest; third, continuing to reject the service of legal process; third[1], it is suggested that leaders should consider the method for ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Currently, Knauf is hiring an attorney team to respond to the litigation as a package. |
| June 3, 2010 (Telephone | CNBM Group: Chief Cao (Jianglin) | Abstract I: Introduction of the Lovells firm and its strengths after the merger. |

---

[1] Fourth? typo

| | | |
|---|---|---|
| conference) | CNBM Group: Jian Zhang<br><br>CNBM Co., Ltd.: Zhangli Chang<br><br>BNBM PLC: Bing Wang<br><br>Taishan Gypsum: Tongchun Jia<br><br>Jingtian & Gongcheng: Chungang Dong | Abstract II: The statistics from the Supreme Court showed that there are a total of 81 subpoenas that were served, involving 48 enterprises.<br><br>Abstract III: ■■■ |
| June 9, 2010 (Telephone conference) | CNBM Group: Jian Zhang<br><br>CNBM Co., Ltd.: Zhangli Chang<br><br>BNBM PLC: Yu Chen<br><br>Taishan Gypsum: Tongchun Jia<br><br>Hogan Lovells: Daozheng Chen<br><br>Hogan Lovells: Weining Yang<br><br>Jingtian & Gongcheng: Chungang Dong | I. Discussion on the Retainer Agreement with Hogan Lovells<br>II. Litigation strategy, protection of attorneys in inspection and test |

| June 10, 2010 | | Taishan Gypsum signed the Retainer Agreement with Hogan Lovells, and officially determined Hogan Lovells as the representing law firm of Taishan Gypsum for the gypsum board litigation in the United States. |
|---|---|---|
| **Stage Three** | | **Hiring the Law Firm by BNBM PLC** |
| July 28, 2010 – Sebtember15, 2010 (email exchanges) | Jingtian & Gongcheng: Chungang Dong<br><br>Orrick: Xiang Wang<br><br>BNBM PLC: Zhucai Chen | BNBM PLC and Xiang Wang, Esq. from Orrick communicated via email on Orrick's legal opinion letters, price quotes, and the retainer. Eventually, on September 17, BNBM PLC signed the confirmation letter on the retainer with the Orrick law firm, and confirmed to hire the Orrick law firm as the representing firm of BNBM PLC for the gypsum board litigation in the United States. |