<u>Translation of BNBMPLC-E-0001225</u>

**The Explanation Regarding the Product Quality Dispute Litigation in the United States**

Since the end of 2008, some United States homeowners and construction companies filed lawsuits in Federal Courts as well as State Courts in United States against several Chinese gypsum board production enterprises. [Beijing New Building Material Public Limited Company (referred to as "BNBM" hereinafter) and Taishan Gypsum Co. Ltd. (referred to as "Taishan Gypsum" hereinafter) were listed as defendants in some of lawsuits.]

Until September 16, 2011, [BNBM and Taishan Gypsum had been served summons in 12 lawsuits. Among them, BNBM was involved in 3 cases, Taishan Gypsum was involved in 9. BNBM and Taishan Gypsum were not the only defendants in those cases mentioned above, and the plaintiffs did not clarify specific claim amounts in these cases.]

[Among the cases mentioned above, in the case where Germano sued Taishan Gypsum, the court rendered a default judgement before Taishan Gypsum responded. The judgement ordered that Taishan Gypsum should compensate $2,758,356.20 to 14 plaintiffs participating in the litigation. After the judgment Taishan Gypsum filed motion to dismiss default judgement. Until now, the case is pending. Apart from this case, other lawsuits regarding the use of drywall are also pending.]

[Currently, the relevant companies are paying high attention to this litigation event and adopted active response measures and retained U.S. Attorneys to provide professional legal opinions to respond to the lawsuit. The amount of gypsum board exported to the United States is limited. It accounts for a small share in the total sales amount. The lawsuit in United States will not actually impact the operation and it will not give rise of significant financial loss. At this moment, the drywall case has drawn high attention from the Chinese government. The relevant government departments have kept an eye on the development of the case and have actively pushed for resolution of the event.]

**MTD Exhibit #240**

B: 7/8/15-7/11/15
Exhibit 115

ï»¿About was sued the explanation of product quality dispute in the US

Since the end of 2008, some American house owners and general contractors and so on started to take the gypsum board production enterprises in many China and state court of appeal files the charge in some American federal courts as the defendant,[The Beixinjituan building materials limited liability company (hereafter refers to as Ã¢â‚¬Å"the northern new building materialsÃ¢â‚¬Â) (to hereafter refer to as Ã¢â‚¬Å"the Taishan gypsumÃ¢â‚¬Â) to be listed as the defendant in some cases with the Taishan gypsum limited liability company. ]
Up to[2011]Year[9]Month[16] Japan,[The northern new building materials and Taishan gypsum accepted lawsuit subpoena case altogether 12, the northern new building materials involve lawsuit 3, the Taishan gypsum involves lawsuit 9. In the above case the northern new building materials and Taishan gypsum are not the only defendant in case, and plaintiff has not proposed the explicit claim amount in these cases. ]
[In the above case Germano sues the Taishan gypsum the case, the trial court before the Taishan gypsum answered a charge has made the go by default, ruled the Taishan gypsum to sue the plaintiff to compensate 2,758,356.20 US dollars to 14 senate. After that the Taishan gypsum proposed application of cancellation go by default, up to now the above-mentioned plan is trying in the process. Besides this case, the lawsuits of other related use gypsum boards also in trying process. ]
[At present, the relevant company sues event highly attaching great importance, has taken the active countermeasures, this matter hired American attorney to provide the specialized opino juris or carries on to answer a charge; The gypsum board quantity that exports to the US is limited, accounts for the total sales volume the proportion to be very small, to managing to have the tangible impact in the US lawsuit, will not cause the vast fortune losses; At present this gypsum board event gained high attaching great importance to of Chinese government, the related authority has paid attention to the progress of event and actively advances the solution of event. ]
Please right[]Part progress carries on supplement renewal

Please fill to supplement that renews this explanation the date to be please right[] Part progress carries on supplement renewal

Please right[]Part progress carries on the supplement to renew please do confirm[] Content and actual situation is whether consistent

--- Summary Information ---
1: 936 PID_TITLE: About was sued product quality dispute's explanation PID_SUBJECT in the US:
PID_AUTHOR: jtgc225 PID_KEYWORDS:
PID_COMMENTS:
PID_TEMPLATE: Normal PID_LASTAUTHOR: law PID_REVNUMBER: 2 PID_APPNAME: Microsoft Office Word PID_EDITTIME: Mon Jan 01 08:06: 00 CST 1601 PID_CREATE_DTM: Fri Sep 16 11:45: 00 CST 2011 PID_LASTSAVE_DTM: Fri Sep 16 11:45: 00 CST 2011 PID_PAGECOUNT: 1
PID_WORDCOUNT: 100 PID_CHARCOUNT: 576 PID_SECURITY: 0

--- Document Summary Information ---
PID_CODEPAGE: 936 PID_COMPANY: Microsoft China PID_LINECOUNT: 4 PID_PARCOUNT: 1 17: 675 23: 730895 PID_SCALE: false PID_LINKSDIRTY: false 19: false 22: false

## 关于在美国被诉产品质量纠纷的说明

自 2008 年底，一些美国房屋业主和建筑公司等开始以多家中国的石膏板生产企业为被告在美国一些联邦法院和州法院提起诉讼，【北新集团建材股份有限公司（以下简称"北新建材"）和泰山石膏股份有限公司（以下简称"泰山石膏"）在部分案件中被列为被告。】

截至【2011】年【9】月【16】日，【北新建材和泰山石膏已经接受诉讼传票案件共 12 宗，其中北新建材涉及诉讼 3 宗，泰山石膏涉及诉讼 9 宗。上述案件中北新建材和泰山石膏并非案件中的唯一被告，且原告也没有在这些案件中提出明确的索赔金额。】

【上述案件中 Germano 诉泰山石膏的案件，审判法院在泰山石膏应诉前做出了缺席判决，判决泰山石膏向 14 名参诉原告赔偿 2,758,356.20 美元。其后，泰山石膏提出了撤销缺席判决的申请，截止目前该案件正在审理过程中。除该宗案件外，其他有关使用石膏板的诉讼也在审理过程中。】

【目前，相关公司对此涉诉事件高度重视，采取了积极的应对措施，就此事聘请了美国律师提供专业的法律意见或进行应诉；向美国出口的石膏板数量有限，占总销量的比例很小，在美诉讼不会对经营产生实际影响，也不会造成巨额财产损失；目前该石膏板事件已得到中国政府的高度重视，有关政府部门一直关注事件的进展并积极推进事件的解决。】