Stock name: BNBM       Stock code: 000786       Announcement No.: 2015-003

## Announcement of Beijing New Building Materials Public Limited Company in Relation to the Developments of Gypsum Board Litigation in the US

**The Company and all members of the board of directors hereby warrant the truthfulness, accuracy and completeness of the contents of this announcement, and that there are no false representations, misleading statements or material omissions contained herein.**

### I. Gypsum Board Litigation in the US

Since 2009, various gypsum board cases against ~~a number~~dozens of enterprises including at least ~~dozens~~ a number of Chinese gypsum board manufacturers including Beijing New Building Materials Public Limited Company (hereinafter "~~the Company~~BNBM") and Taishan Gypsum Company Limited (hereinafter "Taishan Gypsum") have been brought by, among others, a number of homeowners and construction companies in the US, for the reason of problems in gypsum board, and plaintiffs claimed damages for various losses resulting from the allegedly quality problem in gypsum board.

For the details in relation to the gypsum board litigation in the US, references are made to the Announcement in Relation to the Event about Gypsum Board in US (Announcement No. 2010-009) published on May 29, 2010 on the designated media for information disclosure, ~~in~~ the Announcement in Relation to the ~~Developments~~ Event about~~of~~ Gypsum Board ~~Litigation~~ in the US (Announcement No.: 2014-030) published on July 19, 2014 on the designated media for information disclosure, ~~in~~ the Announcement in Relation to the Event about~~Developments of~~ Gypsum Board ~~Litigation~~ in the US (Announcement No.: 2014-037) published on August 21, 2014 on the designated media for information disclosure, and ~~in~~ the Announcement in Relation to the Developments of Gypsum Board Litigation in the US (Announcement No.: 2015-002) published on February 14, 2015 on the designated media for information disclosure, by BNBM.

### II. Cases of Taishan Gypsum

Recently~~At present~~, BNBM was notified by Taishan Gypsum that: as a result of the ~~refusal~~failure of Taishan Gypsum to participate in a Judgment Debtor Examination held in the United

B: 7/8/15-7/11/15
Exhibit 32-R

MTD Exhibit #242

AL-RMH-CNBM00005118-R

States District Court of Eastern District of Louisiana (the "US District Court"), the US District Court held Taishan Gypsum in contempt of court in July 2014, ordering it to pay US$15,000 in attorney's fees to the plaintiffs' counsel, to pay US$40,000 as a penalty for contempt, enjoining Taishan Gypsum and any of its affiliates or subsidiaries from conducting any business in the US until or unless itTaishan Gypsum participates in the judicialthis trial process, and, if itTaishan Gypsum violates the injunction, to pay a further penalty of 25% of the profits earned by Taishan Gypsum or its affiliates who violate the order for the year of violation.

The Company has been informed by Taishan Gypsum thatAccording to the notification from Taishan, Taishan Gypsum has engaged PRC and US domestic and foreign law firms lawyers to represent Taishan Gypsum to participate and defend Taishan in the gypsum board litigation and defend in order to protect the interest of Taishan Gypsum. As Taishan Gypsum would only be allowed to participate in the litigation and defend its case after the Contempt Order has been discharged, Taishan Gypsum has paid US$40,000 to the US District Court the penalty for contempt of court in the sum of US$40,000 and agreed to pay the plaintiffs' attorney's fees in the amountsum of US$15,000. Recently, Separately, as the basis for the US District Court's Contempt Order was the non-participation by Taishan Gypsum's failure to participate in the Judgment Debtor Examination meeting following the default judgment in the Germano case, Taishan Gypsum has also agreed to pay US$2,758,356.52 under the default judgment in the Germano case together with interest accrued from May 2010. Taishan Gypsum has stated that its agreement to make the above payments is not to be taken as its acceptance of the content of the default judgment in the Germano case, and that the taking of such steps iswas simply to enable it to apply for the discharge of the Contempt Order and to participate in and defend the litigation of gypsum board cases after such discharge.

### III. Cases of BNBM

BNBM didn't participate in the hearings of the US gypsum board litigation in the US. In the light of the current developments in the litigation, BNBM has engaged PRC and US lawyersdomestic and foreign law firms, who would to represent BNBM to participate and defend BNBM in the gypsum board litigation and

AL-RMH-CNBM5119-R

~~defend~~ in order to protect ~~the respective interest of~~ BNBM's own interest.

### IV. Impact of the Gypsum Board Litigation in the US

BNBM and Taishan Gypsum have ~~contacted PRC and US lawyers~~engaged domestic and foreign lawyers to conduct research and assessment of ~~for countermeasures and for considering and assessing~~ the responding strategy and the impact of the litigation on the Company.~~;~~ ~~at~~ At present, it is ~~difficult~~unable to accurately predict the potential economic losses ~~the impact of this case on the possible economic losses of~~caused by this case to the Company and the impact of this case on the net profits for the current period. The Company will make timely information disclosure in relation to the developments of the litigation.

The Company will make timely information disclosure in relation to the developments of gypsum board litigation in the US, and we respectively ask investors to pay attention to the investment risk.

Announcement is hereby given.

Beijing New Building Materials Public Limited Company

March 13, 2015