US

## BEIJING SUPERIOR PEOPLE'S COURT

### PROOF OF SERVICE

[Seal: Beijing Superior People's Court]

Judicial Association No. SX-10-86

| Cause of Action | | Cause No. | Law Association No. (2010) 196 |
|---|---|---|---|
| Document Served and Number | Summary of Documents, one copy<br>Complaint, one copy | | Summons, one copy<br>Document, one copy |
| Recipient | Beijing New Building Material (Group) Co., Ltd. (BNBW) | | |
| Address for Service | No. 16, West Building Material City Road, West San Qi, Hai Dian District, (Beijing, China). | | |
| Recipient Signature or Seal | | | |
| Recipient in substitution and reason(s) | | | |
| Notes | United States.   With translation       Refuse to accept. | | |

Issuer:  Chen, Xin                        Servers:  Zhu, Cheng Fu     Li, Qing
                                                             Feb. 25, 2010

Note:
 (1) The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §57;
the service of documents in civil actions and administrative documents is executed in accordance with Civil
Proceeding Code §78 and §79.
(2) In case of receiving by substitution, the substitution recipient should sign and seal the document, and
note the relationship with the servee, and the reason(s) for substitution.
(3) This Proof of Service applies to Hong Hong and Macao districts.

CG: 6/16/15-6/18/15

Exhibit 93

**MTD Exhibit #245**

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

## REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*

*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Josh R. Cobb<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota  55439-3122<br>U.S.A.<br>Tel. 952.831.7776      Fax: 952.831.8150<br>Email: JCobb@CivilActionGroup.com | Ministry of Justice<br>Department of Judicial Assistance and Foreign Affairs<br>Division of Judicial Assistance<br>10, Chaoyangmen, Nandajie<br>Chaoyang District<br>Beijing<br>100020<br>China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)

*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

(*identité et adresse*)      Beijing New Building Materials Public Limited Company (BNBM)

No. 16, West Road Jiancaicheng, Xisanqi, Haidian District, Beijing 100096, China

Tel:

[X] (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
   *a)  selon les formes légales (article 5, alinéa premier, lettre a).*

[ ] (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
   *b)  selon la forme particulière suivante (article 5, alinéa premier, lettre b);*_____

_____

[ ] (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
   *c)  le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

| | |
|---|---|
| Class Action Complaint<br>Summons in a Civil Action<br>Translations<br>Summary of the Document to be Served<br>_____<br>_____<br>_____<br>_____<br>_____ | Done at _____ , the _____<br>*Fait à* Minneapolis, Minnesota, U.S.A.        , le  1/3/10 |



Signature and/or stamp.
*Signature et/ou cachet.*

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

(Formerly OBD-116 which was formerly LAA-116,        USM-94
both of which may still be used)                (Est. 11/22/77)

*Delete if inappropriate.
. Rayer les mentions inutiles

Case Name: Gross v. Knauf Gips, KG
Defendant: Beijing New Building Materials Public Limited Company (BNBM)
Court Case No.: 09-6690

## CERTIFICATE
### *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)  that the document has been served*
*1.*  *que la demande a été exécutée*

    - the (date)
    - *le (date)*
    - at (place, street, number)
    - *à (localité, rue numéro)*

    - in one of the following methods authorised by article 5-
    - *dans une des formes suivantes prévues à l'article 5:*

        [ ] (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
           *a)*  *selon les formes légales (article 5, alinéa premier, lettre a).*
        [ ] (b)  in accordance with the following particular method*:
           *b)*  *selon la forme particulière suivante:*

        [ ] (c)  by delivery to the addressee, who accepted it voluntarily.*
           *c)*  *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*

    - (identity and description of person)
    - *(identité et qualité de la personne)*

    - relationship to the addressee (family, business or other):
    - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:*

2)  that the document has not been served, by reason of the following facts*:
*2.*  *que la demande n'a pas été exécutée, en raison des faits suivants:*
    *the addressee refused to accept the documents*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served,  Class Action Complaint, Summons in a Civil Action, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at      *Beijing*      , the   *April 23rd, 2010*
*Fait à*

Signature and/or stamp.
*Signature et/ou cachet.*

人 民 共 和 国
司 法 部
司法协助专用章

\*    Delete if inappropriate.
    *Rayer les mentions inutiles.*

2

北京市高级人民法院
送　达　回　证

SX-10-86

| 案　　　由 | | 案　号 | 法协（2010）196 |
|---|---|---|---|
| 送达文书 各称和件数 | 文书概要一份 诉状一份 | | 传票一份 文书一份 |
| 受送达人 | 北新建材股份有限公司(BNBW) | | |
| 送达地址 | 海淀区西三期建材城西路 16 号 | | |
| 受送达人 签名或盖章 | | | |
| 代收人 代收理由 | | | |
| 备　　考 | 美国，有译文　拒收 | | |

填发人　陈新　　　　　　　　　　　　送达人　朱成伟　李志　2013. 2. 25

注：（1）送达刑事诉讼文书，按照刑事诉讼法第五　一条的规定办理；送达民事、行政诉讼
　　　　文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
　　（2）代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理
　　　　由。
　　（3）本《送达回证》适用沙港、澳地区送达。

Judicial Association No. SX-1299

## BEIJING SUPERIOR PEOPLE'S COURT

### PROOF OF SERVICE

[Seal: Beijing Superior People's Court]

| Cause of Action | | Cause No. | Law Association No. (2010) 1186 |
|---|---|---|---|
| Document Served and Number | Summary of Documents, one copy<br>Complaint, one copy | Summons, one copy<br>Document, one copy | |
| Recipient | Beijing New Building Material (Group) Co., Ltd. (BNBW) | | |
| Address for Service | No. 16, West Building Material City Road, West San Qi, Hai Dian District, (Beijing, China). | | |
| Recipient Signature or Seal | | | |
| Recipient in substitution and reason(s) | | | |
| Notes | United States.    With translation    Refuse to accept. | | |

Issuer: Chen, Xin

Servers:  Ma, Jia Guo   Gu, Zhi Qiang
Aug. 25, 2010

Note:
 (1)  The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §57;
the service of documents in civil actions and administrative documents is executed in accordance with Civil
Proceeding Code §78 and §79.
(2)  In case of receiving by substitution, the substitution recipient should sign and seal the document, and
note the relationship with the servee, and the reason(s) for substitution.
(3)  This Proof of Service applies to Hong Hong and Macao districts.

2nd Service Attempt   Server:  Wang, Bao Wei   Jia, Ding
Nov. 11, 1020

3rd Service Attempt   Server:  Tang, Ding     Wang, Bao Wei
Nov. 25, 2010

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

## REQUEST        NX-10-1299

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Josh R. Cobb<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota 55439-3122**<br>**U.S.A.**<br>Tel. 952.831.7776      Fax: 952.831.8150<br>Email: JCobb@CivilActionGroup.com | **Ministry of Justice**<br>**Department of Judicial Assistance and Foreign Affairs**<br>**Division of Judicial Assistance**<br>**10, Chaoyangmen Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**100020**<br>**China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
    (identity and address)

*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en le priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

    (identité et adresse)      Beijing New Building Materials Public Limited Co.
    No. 16 West Road, Jiancaicheng Xisanqi, Haidian District, Beijing, China, 100096
                    Tel:

[X]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
     a)  *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]  (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
     b)  *selon la forme particulière suivante (article 5, alinéa premier, lettre b):*

[ ]  (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
     c)  *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Énumération des pièces*

--Summons in a Civil Action.
--Plaintiffs' Amended Omnibus Class Action Complaint (II)
--Exhibits "A" - "C"
--Schedule 1
--Schedule 2
--Schedule 3
--Schedule 4
--Translations
--Summary of the Document to be Served

Done at
*Fait à* Minneapolis, Minnesota, U.S.A.      , the  7/29/10
                                              *le*

Signature and/or stamp.
*Signature et/ou cachet.*



APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

(Formerly OBD-116 which was formerly LAA-116,      USM-94
both of which may still be used)                   (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

Case Name: Wiltz v. Beijing New Building Materials : olic Limited Co.
Defendant: Beijing New Building Materials Public Limited Co.
Court Case No.: 10-361

## CERTIFICATE
### *ATTESTATION*

**The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,**
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

**1)   that the document has been served\***
*1.   que la demande a été exécutée*

      - the (date)
      *- le (date)*
      - at (place, street, number)
      *- à (localité, rue numéro)*

      - in one of the following methods authorised by article 5-
      *- dans une des formes suivantes prévues à l'article 5:*

        [ ]   (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention\*.
            *a)   selon les formes légales (article 5, alinéa premier, lettre a).*
        [ ]   (b)   in accordance with the following particular method\*:
            *b)   selon la forme particulière suivante:*

        [ ]   (c)   by delivery to the addressee, who accepted it voluntarily.\*
            *c)   par remise simple*

**The documents referred to in the request have been delivered to:**
*Les documents mentionnés dans la demande ont été remis à:*
      - (identity and description of person)
      *- (identité et qualité de la personne)*

      - relationship to the addressee (family, business or other):
      *- liens de parenté, de subordination o autres, avec le destinataire de l'acte:*

**2)   that the document has not been served, by reason of the following facts\*:**
*2.   que la demande n'a pas été exécutée, en raison des faits suivants:*

*Refused*

**In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*.**

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

**LIST OF DOCUMENTS: Summary of the Document to be Served,  Summons in a Civil Action, Plaintiffs' Amended Omnibus Class Action Complaint (II), Exhibits "A" - "C",
Schedule 1, Schedule 2, Schedule 3, Schedule 4, Translations**

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at
*Fait à*   Beijing ............................ 2010

Signature and/or stamp.
*Signature et/ou cachet.*

\*   Delete if inappropriate.
   *Rayer les mentions inutiles.*

2



SX-1299

## 北京市高级人民法院
### 送 达 回 证

| 案　　由 | | 案　号 | 法协（2010）1186 |
|---|---|---|---|
| 送达文书<br>名称和件数 | 文书概要 一份<br>诉状 一份 | | 传票 一份<br>文书 一份 |
| 受送达人 | 北新集团建材股份有限公司 | | |
| 送达地址 | 海淀区西三旗建材城西路 16 号 | | |
| 受送达人<br>签名或盖章 | | | |
| 代收人<br>代收理由 | | | |
| 备　　考 | 美国，有译文　　拒绝拒收 | | |

填发人　陈新　　　　　　　　　　送达人 刘利国 顾志海
　　　　　　　　　　　　　　　　　　　　　2010. 8. 25

注：（1）送达刑事诉讼文书，按照刑事诉讼法第五　一条的规定办理；送达民事、行政诉讼
　　　　文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
　　（2）代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理
　　　　由。
　　　　　　　　　　　　　　第二次 送达人：王体工　党丁
　　（3）本《送达回证》适用涉港、澳地区送达。　　　　　　　　2010. 11. 16

　　　　　　　　第三次 送达人：党丁 王瑞
　　　　　　　　　　　　　　　　　　2010. 11. 25



APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND
UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

## REQUEST $Sx-10-2012$

### FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

#### *DEMANDE*
#### *AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
#### *D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Josh R. Cobb<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776    Fax: 952.831.8150<br>Email: JCobb@CivilActionGroup.com | Ministry of Justice<br>Department of Judicial Assistance and Foreign Affairs<br>Division of Judicial Assistance<br>No 6, Chaoyangmen Nandajie<br>Chnoyang District<br>Beijing<br>100020<br>China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-
mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(Identity and address)

*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- à l'autorité destinataire les documents ci-dessous énumérés, en la priant*
*conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

(Identity et adresse)     Beijing New Building Materials Public Limited Company (BNBM)
                No. 16 West Road, Jiancaicheng Xisanqi, Haidian District, Beijing 100096, China
                Tel:

[X] (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
   *a)*   *selon les formes légales (article 5, alinéa premier, lettre a).*

[ ] (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
   *b)*   *selon la forme particulière suivante (article 5, alinéa premier, lettre b):* _____

[ ] (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
   *c)*   *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided
on the reverse side.

*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

| | |
|---|---|
| --Summons in a Civil Action (Complaint in Intervention)<br>--Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III)<br>--Exhibits "A" - "C"<br>--Schedules 1 - 3<br>--Translations<br>--Summary of the Document to be Served | Done at _____ , the _____<br>*Fait à* Minneapolis, Minnesota, U.S.A. , *le* 12/7/16<br><br><br>Signature and/or stamp.<br>*Signature et/ou cachet.* |
| | (Formerly OBD-116 which was formerly LAA-116,    USM-94<br>both of which may still be used)          (Est. 11/22/77) |

* Delete if inappropriate.
*Rayer les mentions inutiles.*

Case Name: Gross v. Knauf Gips KG   [ OMNIBUS (III) ]
Defendant:  Beijing New Building Materials Public Limited Company (BNBM)
Court Case No.: 09-6690

**CERTIFICATE**
*ATTESTATION*

58--10 - 2012

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)   that the document has been served*
1.   *que la demande a été exécutée*
      - the (date)
      - *le (date)*            .
      - at (place, street, number)
      - *à (localité, rue numéro)*

      - in one of the following methods authorised by article 5-
      - *dans une des formes suivantes prévues à l'article 5:*
        | | (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
          *a)   selon les formes légales (article 5, alinéa premier, lettre a).*
        | | (b) in accordance with the following particular method*:
          *b)   selon la forme particulière suivante:*

        [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
          *c)   par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
      - (identity and description of person)
      - *(identité et qualité de la personne)*

      - relationship to the addressee (family, business or other):
      - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:*

2)   that the document has not been served, by reason of the following facts*:
2.   *que la demande n'a pas été exécutée, en raison des faits suivants:*

    The company has moved, the current address is unknown

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action (Complaint in Intervention), Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III), Exhibits "A" - "C", Schedules 1 - 3, Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at    Beijing    , the   June 27, 2011
*Fait à*                 , *le*

Signature and/or stamp.
*Signature et/ou cachet.*

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

**BEIJING SUPERIOR PEOPLE'S COURT**

**PROOF OF SERVICE**

[Seal: Beijing Superior People's Court]

Judicial Association No. SX-10-2012

| Cause of Action | | Cause No. | Law Association No. (2011) 34 |
|---|---|---|---|
| Document Served and Number | Summary of Documents, one copy<br>Complaint, one copy | | Summons, one copy<br>Document, one copy |
| Recipient | Beijing New Building Materials Public Limited Company (BNBM) | | |
| Address for Service | No. 16, West Road, Jiancaicheng Xisanqi, Haidian District, Beijing, 100096, China. | | |
| Recipient Signature or Seal | | | |
| Recipient in substitution and reason(s) | | | |
| Notes | United States.    With translation | | |

Issuer: Chen, Xin                                        Servers:

Note:
 (1) The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §51: the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
(2) In case of receiving by substitution, the substitution recipient should sign and seal the document, and note the relationship with the servee, and the reason(s) for substitution.
(3) This Proof of Service applies to Hong Hong and Macao districts.

*February 23, 2011*
*The company relocated.*
*Servers: Jai Ding and Xing An*

北京市高级人民法院
送达回证

| 案　　由 | | 案　号 | 法协（2011）34 |
|---|---|---|---|
| 送达文书<br>各称和件数 | 文书概要一份<br>诉状一份 | | 传票一份<br>文书一份 |
| 受送达人 | 北新建材股份有限公司（BNBM） | | |
| 送达地址 | 海淀区西三期建材城西路16号 | | |
| 受送达人<br>签名或盖章 | | | |
| 代收人<br>代收理由 | | | |
| 备　　考 | 美国，有译文 | | |

填发人　陈新　　　　　　　　　　　送达人

注：（1）送达刑事诉讼文书，按照刑事诉讼法第五　一条的规定办理；送达民事、行政诉讼
　　　　 文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
　　　（2）代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理
　　　　 由。
　　　（3）本《〈送达回证〉》适用涉港、澳地区送达。

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND
UNDER THE RULES OF COURT FOR THE STATE OF Case 2:09-md-02047-EEF Document 13775   Filed 04/17/12   Page 1 of 4

## REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*

*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Josh R. Cobb<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota  55439-3122<br>U.S.A.<br>Tel. 952.831.7776       Fax: 952.831.8150<br>Email: JCobb@CivilActionGroup.com | Ministry of Justice<br>Department of Judicial Assistance and Foreign Affairs<br>Division of Judicial Assistance<br>No 6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>100020<br>China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,

(identity and address)

*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- à l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

(*identité et adresse*)        Beijing New Building Materials Public Limited Company (BNBM)

No. 16 West Road, Jiancaicheng Xisanqi, Haidian District, Beijing 100096, China

Tel:

[X]  (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
     *a)   selon les formes légales (article 5, alinéa premier, lettre a).*

[ ]  (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
     *b)   selon la forme particulière suivante (article 5, alinéa premier, lettre b):*_____

[ ]  (c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
     *c)   le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.

*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

| | |
|---|---|
| --Summons in a Civil Action (Supplement to Amended Class Action Complaint)<br>--Order<br>--Amended Class Action Complaint<br>--Translations<br>--Summary of the Document to be Served | Done at<br>*Fait à* Minneapolis, Minnesota, U.S.A.   , the<br>                                                         *le* 1/26/12<br><br>Signature and/or stamp.<br>*Signature et/ou cachet.*<br><br>APS INTERNATIONAL<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, MN 55439 |

(Formerly OBD-116 which was formerly LAA-116,        USM-94
both of which may still be used)                                (Est. 11/22/77)

* Delete if inappropriate.
*, Rayer les mentions inutiles*

Case Name:  Gross  v.  Knauf Gips KG   [ Supplement
Defendant:  Beijing New Building Material Public Limited Company (BNBM)
Court Case No.:  09-6690

Case 2:09-md-02047-EEF-JCW   Document 13775   Filed 04/17/12   Page 2 of 4

$\mathcal{S}\mathcal{S}-11-223$

### CERTIFICATE
### *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)   that the document has been served*
I.   *que la demande a été exécutée*

- the (date)
- *le (date)* _____
- at (place, street, number)
- *à (localité, rue numéro)* _____

- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*

[ ]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
    *a)   selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]  (b)  in accordance with the following particular method*:
    *b)   selon la forme particulière suivante:* _____

[ ]  (c)  by delivery to the addressee, who accepted it voluntarily.* _____
    *c)   par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*

- (identity and description of person)
- *(identité et qualité de la personne)* _____

- relationship to the addressee (family, business or other):
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2)   that the document has not been served, by reason of the following facts*:
2)   *que la demande n'a pas été exécutée, en raison des faits suivants:*

The addressee refused to accept the documents _____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served,  Summons in a Civil Action (Supplement to Amended Class Action Complaint), Order, Amended Class Action Complaint, Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

_____
_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

_____
_____
_____

Done at
*Fait à*  Beijing _____ , the
                                , *le*  June 27, 2011

Signature and/or stamp.
*Signature et/ou cachet.*

*   Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

*U.S.*

# BEIJING SUPERIOR PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: Beijing Superior People's Court]

*Judicial Association No. SX-11-223*

| Cause of Action | | Cause No. | Law Association No. (2011) 364 |
|---|---|---|---|
| Document Served and Number | Summary of Documents, one copy<br>Complaint, one copy | Summons, one copy<br>Document, one copy | |
| Recipient | Beijing New Building Materials Public Limited Company (BNBM) | | |
| Address for Service | No. 16, West Road, Jiancaicheng Xisanqi, Haidian District, (Beijing, China). | | |
| Recipient Signature or Seal | | | |
| Recipient in substitution and reason(s) | | | |
| Notes | United States.   With translation | | |

Issuer:  Chen, Xin                                        Servers:

Note:
 (1)  The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §51; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
(2)  In case of receiving by substitution, the substitution recipient should sign and seal the document, and note the relationship with the servee, and the reason(s) for substitution.
(3)  This Proof of Service applies to Hong Hong and Macao districts.

*March 22, 2011   The addressee refused to accept the documents.*
*Servers: Jia Ding and Wang Baowei*
*March 29, 2011   The addressee refused to accept the documents.*
*Servers: Li Yonghui and Zhu Chaozheng*

# 北京市高级人民法院

## 送 达 回 证

SX-11-223

| 案　　由 | | 案　号 | 法协（2011）364 |
|---|---|---|---|
| 送达文书<br>名称和件数 | 文书概要一份 | | 传票一份 |
| | 诉状一份 | | 文书一份 |
| 受 送 达 人 | 北新建材股份有限公司（BNBM） | | |
| 送 达 地 址 | 海淀区西三期建材城西路 16 号 | | |
| 受 送 达 人<br>签名或盖章 | | | |
| 代 收 人<br>代 收 理 由 | | | |
| 备　　考 | 美国，有译文 | | |

填发人　陈新                                            送达人

注：（1）送达刑事诉讼文书，按照刑事诉讼法第五　一条的规定办理；送达民事、行政诉讼
　　　　文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
　　（2）代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理
　　　　由。

2011.3.22　招收　鄂　珉毛

　　（3）本《〈送达回证〉》适用涉港、澳地区送达。

2011.3.29　招收　鑫惠·鞠政

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND
UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

### DEMANDE
### AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER
### D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile
ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

13-5x5-1741

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Diane K. Myers<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota  55439-3122<br>U.S.A.<br>Tel. 952.831.7776      Fax: 952.831.8150<br>Email: DMyers@CivilActionGroup.com | Ministry of Justice<br>International Legal Cooperation Center (ILCC)<br>6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>P.C. 100020<br>People's Republic of China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
  (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant
conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
  (identité et adresse)      Beijing New Building Materials Public Limited Co.

_____ Long Guan Zhi Ye Plaza, No. 118 West Street, Huilongguan,  Changping District, Beijing, China, 102208

[X]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
     a)  *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]  (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
     b)  *selon la forme particulière suivante (article 5, alinéa premier, lettre b):*_____

_____

[ ]  (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
     c)  *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided
on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Summary of the Document to be Served
✓Summons in a Civil Action   传 唤 人 出 庭
✓Plaintiffs' Class Action Complaint with Exhibit "A"
✓Translations
      集团诉讼起诉状及其 附录 "A"

Done at _____ Minneapolis, Minnesota, U.S.A. _____ , the  11 NOV 2013
*Fait à*                                                  *le*

Signature and/or stamp.
*Signature et/ou cachet.*

Diane K Myers

(Formerly OBD-116 which was formerly LAA-116,
both of which may still be used)                    USM-94
                                                    (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

267249 - 97

Case Name:  Amorin (LA)  v.  Taishan Gypsum Co., Ltd.

~~Defendant:  Beijing New Building Materials Public Limited Co.~~

2013 - SXS - 1741

Court Case No.:  11-1395

## CERTIFICATE
### *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,

*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)   that the document has been served*

1.    *que la demande a été exécutée*

    - the (date)

    - *le (date)* _____

    - at (place, street, number)

    - *à (localité, rue numéro)* _____

    - in one of the following methods authorised by article 5-

    - *dans une des formes suivantes prévues à l'article 5:*

      [ ]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.

        *a)    selon les formes légales (article 5, alinéa premier, lettre a).*

      [ ]  (b)  in accordance with the following particular method*:

        *b)    selon la forme particulière suivante:* _____

      [ ]  (c)  by delivery to the addressee, who accepted it voluntarily.*

        *c)    par remise simple*

The documents referred to in the request have been delivered to:

*Les documents mentionnés dans la demande ont été remis à:*

    - (identity and description of person)

    - *(identité et qualité de la personne)* _____

    - relationship to the addressee (family, business or other):

    - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2)   that the document has not been served, by reason of the following facts*:

    *que la demande n'a pas été exécutée, en raison des faits suivants:*

The recipient refused to accept the documents.

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served,  Summons in a Civil Action, Plaintiffs' Class Action Complaint with Exhibit "A", Translations

Annexes

*Annexes*

Documents returned:

*Pièces renvoyées:*

_____

_____

In appropriate cases, documents establishing the service:

*Le cas échéant, les documents justificatifs de l'exécution:*

_____

_____

Done at / *Fait à*   Beijing   the / April 9, 2014

Signature and/or stamp / *Signature et/ou cachet.*

\*   Delete if inappropriate.
   *Rayer les mentions inutiles.*

2

267249 - 97

Beijing City Higher People's Court

Proof of Service

[Seal affixed: Beijing City Higher People's Court]

| Cause of Action | | Case No. | SX-13-1741 Judicial Foreign (2013) 1452 |
|---|---|---|---|
| Name and Number of Copies of Documents Served | One Copy of Document Summary    One Copy of Summons One Copy of Complaint    One Copy of Document | | |
| The Addressee | Beijing New Building Materials Public Limited Co. | | |
| Address for Service | Long Guan Zhi Ye Plaza, No. 118 West Street, Huilongguan, Changping District, Beijing | | |
| Signature or Seal of the Addressee | | | |
| The Addressee's Agent and Reason for such Agency | | | |
| Reason for Unsuccessful Serving | Refusing to accept. | | |
| Remarks | USA, with translations | | |

Issued by: Xin Chen                Servers: Ding Jia, Xiaoguang Zhang  12-23-2013

Note: (1) Service of criminal litigation documents shall be conducted in accordance with Article 51 of the Criminal Procedure Law of the People's Republic of China; service of civil and administrative litigation documents shall be conducted in accordance with or with reference to Articles 78 and 79 of the Civil Procedure Law of the People's Republic of China.

(2) For service of litigation documents to the addressee's agent, the addressee's agent shall indicate his/her relationship with the addressee and the reason for such agency in addition to affixing his/her signature or seal.

# 北京市高级人民法院
## 送　达　回　证

Sx-13-1741

| 案　　由 | | 案　号 | 法外（2013）1452 号 |
|---|---|---|---|
| 送达文书各称和件数 | 文书概要一份<br>诉状一份 | | 传票一份<br>文书一份 |
| 受送达人 | Beijing New Building Materials Public Limited Co.<br>北新集团建材股份有限公司 | | |
| 送达地址 | 北京市昌平区回龙观西大街 118 号龙冠置业大厦 | | |
| 受送达人<br>签名或盖章 | | | |
| 代收人<br>代收理由 | | | |
| 未能送<br>达理由 | 拒收. | | |
| 备　　考 | 美国，有译文 | | |

填发人　陈新　　　　　　　　　　　　　　送达人 贾丁. 张晓晖. 2013.12.23

注：（1）送达刑事诉讼文书，按照刑事诉讼法第五　一条的规定办理；送达民事、行政诉讼
　　　　文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
　　（2）代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理
　　　　由。

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND
UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

## REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*

*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile*
*ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

13-5x5-1734

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Glenda E. Fichtner<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota  55439-3122<br>U.S.A.<br>Tel. 952.831.7776     Fax: 952.831.8150<br>Email: GEF@CivilActionGroup.com | Ministry of Justice<br>International Legal Cooperation Center (ILCC)<br>6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>P.C. 100020<br>People's Republic of China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
*(identité et adresse)*            Beijing New Building Materials Public Limited Co.
Long Guan Zhi Ye Plaza, No. 118 West Street, Huilongguan, Changping District, Beijing, China, 102208

[X]  (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
   *a)    selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]  (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
   *b)    selon la forme particuliére suivante (article 5, alinéa premier, lettre b);*

[ ]  (c) · by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
   *c)    le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Summary of the Document to be Served
Summons in a Civil Action
Conditional Transfer Order with attached Schedule
Civil Cover Sheet
Plaintiffs' Class Action Complaint with Exhibit "A"
Translations

Done at                                     , the   11 Nov 2013
*Fait à*      Minneapolis, Minnesota, U.S.A.       *, le*

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

Signature and/or stamp.
*Signature et/ou cachet.*

Glenda Fichtner

(Formerly OBD-116 which was formerly LAA-116,       USM-94
both of which may still be used)

(Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

267267 - 92

2013 — SXS — 1734

Case Name: Amorin (VA) v. Taishan Gypsum Co., Ltd.
Defendant: Beijing New Building Materials Public Limited Co.
Court Case No.: 11-1673 Section L

### CERTIFICATE
### *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)   that the document has been served*
*1.   que la demande a été exécutée*

    - the (date)
    *- le (date)* _____
    - at (place, street, number)
    *- à (localité, rue numéro)* _____

    - in one of the following methods authorised by article 5-
    *- dans une des formes suivantes prévues à l'article 5:*
       [ ]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
         *a)  selon les formes légales (article 5, alinéa premier, lettre a).*
       [ ]  (b)  in accordance with the following particular method*:
         *b)  selon la forme particulière suivante:* _____

       [ ]  (c)  by delivery to the addressee, who accepted it voluntarily.*
         *c)  par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
    - (identity and description of person)
    *- (identité et qualité de la personne)* _____

    - relationship to the addressee (family, business or other):
    *- liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2)   that the document has not been served, by reason of the following facts*:
*2.   que la demande n'a pas été exécutée, en raison des faits suivants:*

    *The recipient refused to accept the documents.*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action, Conditional Transfer Order with attached Schedule, Civil Cover Sheet, Plaintiffs' Class Action Complaint with Exhibit "A", Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

_____
_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

_____
_____
_____

Done at
*Fait à* Beijing _____ Apr. 9, 2014

Signature and/or stamp.
*Signature et/ou cachet.*

\*   Delete if inappropriate.
   *Biffer les mentions inutiles.*

2

267247 - 82

Beijing City Higher People's Court

Proof of Service

[Seal affixed: Beijing City Higher People's Court]

| Cause of Action | | Case No. | SX-13-1734 Judicial Foreign (2013) 1395 |
|---|---|---|---|
| Name and Number of Copies of Documents Served | One Copy of Document Summary    One Copy of Summons One Copy of Complaint    One Copy of Document | | |
| The Addressee | Beijing New Building Materials Public Limited Co. | | |
| Address for Service | Long Guan Zhi Ye Plaza, No. 118 West Street, Huilongguan, Changping District, Beijing | | |
| Signature or Seal of the Addressee | | | |
| The Addressee's Agent and Reason for such Agency | | | |
| Reason for Unsuccessful Serving | Refusing to accept. | | |
| Remarks | USA, with translations | | |

Issued by: Xin Chen                Servers: Ding Jia, Xiaoguang Zhang   12-23-2013

Note: (1) Service of criminal litigation documents shall be conducted in accordance with Article 51 of the Criminal Procedure Law of the People's Republic of China; service of civil and administrative litigation documents shall be conducted in accordance with or with reference to Articles 78 and 79 of the Civil Procedure Law of the People's Republic of China.

(2) For service of litigation documents to the addressee's agent, the addressee's agent shall indicate his/her relationship with the addressee and the reason for such agency in addition to affixing his/her signature or seal.

# 北京市高级人民法院
## 送 达 回 证

SX-13-1734

| 案　　　由 | | 案　号 | 法外（2013）1395 号 |
|---|---|---|---|
| 送 达 文 书<br>名称和件数 | 文书概要一份<br>诉状一份 | | 传票 一份<br>文书 一份 |
| 受 送 达 人 | Beijing New Building Materials Public Limited Co.<br>北新集团建材股份有限公司 | | |
| 送 达 地 址 | 北京市昌平区回龙观西大街 118 号龙冠置业大厦 | | |
| 受 送 达 人<br>签名或盖章 | | | |
| 代 收 人<br>代 收 理 由 | | | |
| 未 能 送<br>达 理 由 | 拒收. | | |
| 备　　　考 | 美国，有译文 | | |

填发人　陈新　　　　　　　　　　　　　送达人 贾下 纵星冠· 2013.17.23

注：（1）送达刑事诉讼文书，按照刑事诉讼法第五　一条的规定办理；送达民事、行政诉讼
　　　　文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
　　　（2）代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理
　　　　由。

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND
UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

### DEMANDE
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

17-5X-1738

| Identity and address of the applicant<br>*Identité et adresse du requérant*<br><br>Jeff J. Karsten<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota  55439-3122<br>U.S.A.<br>Tel. 952.831.7776    Fax: 952.831.8150<br>Email: JKarsten@CivilActionGroup.com | Address of receiving authority<br>*Adresse de l'autorité destinataire*<br><br>Ministry of Justice<br>International Legal Cooperation Center (ILCC)<br>6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>P.C. 100020<br>People's Republic of China |
|---|---|

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-
mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)

*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant*
*conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
*(identité et adresse)*                     Beijing New Building Materials Public Limited Co.
Long Guan Zhi Ye Plaza, No. 118 West Street, Huilongguan, Changping District, Beijing 102208 China

[X]  (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
*a)*   *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]  (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
*b)*   *selon la forme particulière suivante (article 5, alinéa premier, lettre b);*_____

[ ]  (c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
*c)*   *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided
on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Summary of the Document to be Served.
Summons in a Civil Action
Conditional Transfer Order with attached Schedule
Plaintiffs' Class Action Complaint with Exhibit "A"
Civil Cover Sheet
Translations

Done at _____ , the
*Fait à*   Minneapolis, Minnesota, U.S.A.   *le*  11 NOV 2013

Signature and/or stamp.
*Signature et/ou cachet.*

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

(Formerly OBD-116 which was formerly LAA-116,       USM-94
both of which may still be used)

(Est. 11/22/77)

* Delete if inappropriate.
*. Rayer les mentions inutiles.*

266532-0088

2013 — SXS — 1738

Case Name: Amorin (FL) v. Taishan Gypsum Co., Ltd.
Defendant: Beijing New Building Materials Public Limited Co.
Court Case No.: 11-1672 Section L

### CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)  that the document has been served*
*1.  que la demande a été exécutée*
  - the (date)
  - *le (date)*
  - at (place, street, number)
  - *à (localité, rue numéro)* _____

  - in one of the following methods authorised by article 5-
  - *dans une des formes suivantes prévues à l'article 5:*
     [ ] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
        *a)  selon les formes légales (article 5, alinéa premier, lettre a).*
     [ ] (b) in accordance with the following particular method*:
        *b)  selon la forme particulière suivante:* _____

     [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
        *c)  par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
  - (identity and description of person)
  - *(identité et qualité de la personne)* _____

  - relationship to the addressee (family, business or other):
  - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2)  that the document has not been served, by reason of the following facts*:
*2.  que la demande n'a pas été exécutée, en raison des faits suivants:*

The recipient refused to accept the documents.

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action, Conditional Transfer Order with attached Schedule, Plaintiffs' Class Action Complaint with Exhibit "A", Civil Cover Sheet, Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at _____ Beijing _____
*Fait à* _____ April 9, 2014

Signature and/or stamp.
*Signature et/ou cachet*

\* Delete if inappropriate.
*Rayer les mentions inutiles.*

2

266532-0088

# BEIJING SUPERIOR PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: Beijing Superior People's Court]

Judicial Association No. SX-13-1738

| Cause of Action | | Cause No. | Law Association No. (2013) 1399 |
|---|---|---|---|
| Document Served and Number | Summary of Documents, one copy<br>Complaint, one copy | | Summons, one copy<br>Document, one copy |
| Recipient | Beijing New Building Materials Public Limited Company | | |
| Address for Service | Long Guan Zhi Ye Plaza, No. 118 West Street, Huilongguan, Changping District, Beijing, (China) . | | |
| Recipient Signature or Seal | | | |
| Recipient in substitution and reason(s) | | | |
| Reasons for Non-Service | Refused to accept. | | |
| Notes | United States.   With translation | | |

Issuer: Chen, Xin                    Servers:  Jia, Ding      Zhang, Xiao Guang

Note:
(1) The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §51; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
(2) In case of receiving by substitution, the substitution recipient should sign and seal the document, and note the relationship with the servee, and the reason(s) for substitution.

# 北京市高级人民法院
## 送 达 回 证

SX-13-1738

| 案　　由 | | 案　　号 | 法外（2013）1399号 |
|---|---|---|---|
| 送达文书<br>各称和件数 | 文书概要一份<br>诉状一份 | | 传票一份<br>文书一份 |
| 受送达人 | Beijing New Building Materials Public Limited Co.<br>北新集团建材股份有限公司 | | |
| 送达地址 | 北京市昌平区回龙观西大街 118 号龙冠置业大厦 | | |
| 受送达人<br>签名或盖章 | | | |
| 代收人<br>代收理由 | | | |
| 未能送<br>达理由 | 拒收. | | |
| 备　　考 | 美国，有译文 | | |

填发人　陈新　　　　　　　　　　　　　送达人 贾下 张兒兒

注：（1）送达刑事诉讼文书，按照刑事诉讼法第五　一条的规定办理；送达民事、行政诉讼
　　　　文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
　　（2）代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理
　　　　由。