**Stock ID: BNBM   Stock Code: 000786   Announcement Number: 2012-013**

**Beijing New Building Materials Public Limited Company Announcement of the resolutions of the 10th Interim Meeting of the 4th Session of the Board of Directors**

**The company and all members of Board of Directors guarantee that report is faithful, accurate and complete, without false representation, misleading statement or major omission.**

Beijing New Building Materials Public Limited Company 10th Meeting of the 4th Session of the Board of Directors was held in the sixteenth floor meeting room of China Building Material Mansion, No.11 Sanlihe Road Jia, Haidian District, Beijing City at 10:00am on August 15, 2012, the meeting notice was issued by e-mail on August 3, 2012, 9 directors should attend the meeting, 9 directors present. Due to company director Ms. Cui Lijun, Independent Director Mr. Qin Qinghua on business trips, they entrusted Director Mr. Chen Yu, Independent Director Mr. Xu Jingchang respectively to attend and vote on their behalf, which is in line with the "Company Law" and the relevant provisions of the "Articles of Association". The meeting was chaired by the chairman Mr. Wang Bing, with the supervisors and senior executives attending the meeting. Upon review, the meeting has passed the following resolutions:

I. Reviewed and approved the "2012 Semi-annual Report" and "2012 Semi-annual Report Summary".

The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

II. Reviewed and approved the "Resolution on the company's holding subsidiary Taishan Gypsum Co., Ltd. investment in Longyan City, Fujian Province the project of the construction of comprehensive utilization of industrial by-product gypsum production line with annual output of 40 million square meters".

According to the company's development strategy and the national gypsum plasterboard industry base construction plan, the company agreed company's holding subsidiary Taishan Gypsum Co., Ltd. investment in Longyan City, Fujian Province the project of the construction of

MTD Exhibit #250

BNBMPLC0004757

comprehensive utilization of industrial by-product gypsum production line with annual output of 40 million square meters.

The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

III. Reviewed and approved the "Resolution on the company's holding subsidiary Taishan Gypsum Co., Ltd. investment in Jinan Province the project of the construction of comprehensive utilization of industrial by-product gypsum production line with annual output of 40 million square meters".

According to the company's development strategy and the national gypsum plasterboard industry base construction plan, the company agreed company's holding subsidiary Taishan Gypsum Co., Ltd. investment in Jinan Province the project of the construction of comprehensive utilization of industrial by-product gypsum production line with annual output of 40 million square meters.

The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

IV. Reviewed and approved the "Resolution on the company's holding subsidiary Taishan Gypsum Co., Ltd. investment in Longyan City, Fujian Province the project of the construction of comprehensive utilization of industrial by-product gypsum cement retarder production line with annual output of 1 million tons".

According to the company's development strategy and the national gypsum plasterboard industry base construction plan, the company agreed company's holding subsidiary Taishan Gypsum Co., Ltd. investment in Longyan City, Fujian Province the project of the construction of comprehensive utilization of industrial by-product gypsum cement retarder production line with annual output of 1 million tons.

The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

V. Reviewed and approved the "Resolution on the re-election of the board of directors of the company".

In view of the expiry of the term of the 4th Session of the Board of Directors, in accordance with relevant laws, "Company Law", "Guidance on the establishment of the independent director policy of listed companies", "Articles of Association" and other regulations and normative documents, the

company shall elect the 5th session of the Board of Directors. Holding company China Building Material Public Limited Company with more than five percent of the total number of voting shares of shareholders nominated Mr. Wang Bing, Mr. Chen Yu, Mr. Zhang Nailing, Ms. Cui Lijun, Mr. Chang Zhang Li, Mr. Chen Xue'an, Mr. Xu Jingchang, Mr. Qin Qinghua, Mr. Chen Shaoming as candidates for the 5th session of the Board of directors, of which Mr. Xu Jingchang, Mr. Qin Qinghua and Mr. Chen Shaoming are independent candidates for the 5th session of the Board of Directors. (see appendix for candidate Director's CV)

Independent directors of the company issued separate opinion on this Resolution: the procedure of this session change of the Board of Directors general procedures comply with the relevant laws and regulations, director candidates Mr. Wang Bing, Mr. Chen Yu, Mr. Zhang Nailing, Ms. Cui Lijun, Mr. Chang Zhang Li, Mr. Chen Xuean and Independent Director candidates Mr. Xu Jingchang, Mr. Qin Qinghua, Mr. Chen Shaoming have relevant expertise and relevant decision-making, supervision, coordination capability, and competent to the proposed job. No situation as the provisions of Article 147 of the Company Law of the People's Republic of China existed, nor are there candidates who have been identified by China Securities Regulatory Commission to be banned from entry into the market and the banning has not been lifted, their qualifications comply with the conditions for director of listed company, with full competency to fulfill the responsibility of director,

and their qualification is in line with the relevant provisions of the "Company Law" and "Articles of Association"; independent director candidates Mr. Xu Jingchang, Mr. Qin Qinghua, Mr. Chen Shaoming comply with independent director qualifications of the "Company Law" and "Articles of Association", and have the qualification to serve as independent directors of the company. Therefore, we agreed to nominate Mr. Wang Bing, Mr. Chen Yu, Mr. Zhang Nailing, Ms. Cui Lijun, Mr. Chang Zhang Li, Mr. Chen Xue'an as candidates for the 5th session of the Board of Directors, and nominate Mr. Xu Jingchang, Mr. Qin Qinghua, Mr. Chen Shaoming as independent directors for the 5th session of the board of directors. And it is agreed to submit to the shareholders' general meeting for deliberation and approval.

The resolution is subject to the approval of the shareholders' general meeting, and adopts the cumulative voting to vote by item. Three independent director candidates qualifications and independence still need to

BNBMPLC0004759

pass the audit of Shenzhen Stock Exchange, then submitted to the general meeting of shareholders for the vote.

The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

VI. Reviewed and approved the "Resolution on the appointment of the Secretary of the Board of Directors of the company".

Nominated by the chairman Mr. Wang Bing, Ms. Shi Keping was appointed as Secretary of the Board of Directors. (See annex for the resume of Ms. Shi Keping)

Independent directors of the company issued separate opinion on this Resolution that the appointment of the company's senior management above helps to regulate corporate governance and strengthen team building, which is beneficial for the development of the company. Ms. Shi Keping does not have the situation as the provisions of Article 147 of the "Company Law" that she shall not serve as senior management of the company, nor does she have been identified by China Securities Regulatory Commission to be banned from entry into the market and the banning has not been lifted, Ms. Shi Keping's qualifications comply with the conditions, and in line with the relevant provisions of the "Company Law" and "Articles of Association", the procedure is legitimate and valid.

The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

VII. Deliberate and passed the "Resolution on the amendment of the 'Articles of Association'"

Articles of association amendment is listed in the following table

| Before Amendment | After Amendment |
| --- | --- |
| Article 15  All shares of the Company are issued in the principle of publicity,fairness and justice. Each share of the same class shall have the same rights.<br><br>For the shares of the same kind issued at the same time, each share shall be issued on teh same conditions and at the same price. | Article 15  All shares of the Company are issued in the principle of publicity,fairness and justice. Each share of the same class shall have the same rights.<br><br>For the shares of the same kind issued at the same time, each share shall be issued on teh same conditions and at the same price. |
| Article 32 The shareholders of | Article 32 The shareholders of |

BNBMPLC0004760

| | |
|---|---|
| the company have the following rights :( i) ... (vii) Shareholders dissenting with The resolution of the general meeting of shareholders on the merger, division of the company, require the company to acquire their shares. | the company have the following rights :( i) ... (vii) Shareholders dissenting with The resolution of the general meeting of shareholders on the merger, division of the company, require the company to acquire their shares; (viii) Law,administrative rules, regulations or other rights from the regulations. |
| Article 43 For one of the following circumstances, the company shall convene the interim general meeting of shareholders from the date of occurrence of the fact in two months:(i) the number of directors is less than the required number by the "Company Law" or less than 2/3 of the number specified by the articles of association, that is less than 6 persons; (ii) ... | Article 43 For one of the following circumstances, the company shall convene the interim general meeting of shareholders from the date of occurrence of the fact in two months:(i) the number of directors is less than the required number by the "Company Law" or less than 2/3 of the number specified by the articles of association, that is less than 6 persons; (ii) ... |
| Article 55 Shareholders' general meeting notice includes the following contents:(i) ... (v) the Standing contact person's name and telephone number. | Article 55 Shareholders' general meeting notice includes the following contents:(i) ... (v) the Standing contact person's name and telephone number.<br>_All details of all resolutions shall be fully and completely disclosed in the notice and supplementary notice of general meeting of shareholders. If the opinions of independent director are required for the matters to be discussed, the opinions and reasons of independent director will be disclosed at the same time when the notice or supplmentary notice of general meeting of shareholders is_ |

BNBMPLC0004761

|  | *released.* |
|---|---|
|  | *If the general Meeting of Shareholders adopts network or other means, it should be clearly stated in the notice of the general meeting of shareholders on the network or other means for the voting time and notification procedures for voting at the shareholders meeting. The start time of network or other means of general meeting of shareholders to vote, shall not be earlier than 3:00 pm the day before the shareholders' general meeting, and no later than 9:30 am the date of the shareholders' general meeting, it shall end no earlier than the end of the shareholders' meetings at 3:00 pm on the same day.* |
|  | *The interval between the equity registration date and the meeting date shall be no more than 7 working days. Once confirmed the record date shall not be changed.* |
| Article 106, The board of directors shall consist of 11 directors, including one chairman and one deputy chairman. | Article 106 The Board consists of nine directors, 1 chairman, can also set a vice-chairman. |
| Article 154 After The resolution is made in the general meeting of shareholders of the Company on the profit distribution scheme, the board of directors of the Company must complete the distribution matters of dividend (or share) within 2 months after the general meeting of | Article 154 The basic principles of the company's profit distribution, specific policies and review procedures are as follows:<br><br>(I) the basic principles of profit distribution policy:<br><br>1. The company fully considers the return to investors, according to |

| | |
|---|---|
| shareholders is held. | the parent company achieved predetermined ratio of profits available for distribution to allocate dividends to shareholders annually; |
| | 2. The company's profit distribution policy shall maintain continuity and stability, taking into account the long-term interests of the company, sustainable development and the overall interests of all shareholders of the company; |
| | 3. Cash dividend distribution of profits is the priority to be adopted by the company. |
| | (II) Specific policies of the company's profit allocation as follows: |
| | 1. The form of the distribution of profits: adopt the form of cash, stock or a combination of cash and stock dividends to allocate profits. If possibly，the Company may distribute the interim cash dividends. |
| | 2. The conditions and proportion for cash bonus are as follows: |
| | Except in special circumstances, the company in the year and the cumulative undistributed earnings as positive, adopt cash distribution of dividends, the annual cash distribution of profits shall be no less than 20% of current year realized parent company available profits for distribution; or the last three years cumulative distribution of cash profits shall be not less than 30% of the last three years realized average annual |

BNBMPLC0004763

|  | distributable profits.<br>    Special case refers to:<br>    (1) The audit authority issues standard unqualified audit report on the financial report of this year;<br>    (2) The company achieved this year net operating cash flow which is less than the required proportion of the cash dividend amount drawn;<br>    (3) The company has major investment plans or has significant cash expenditures and other matters occurred (cumulative amount of the year investment plan or cash expenditures more than 30% of last year company's audited net assets, except for fund-raising projects).<br>    3. Specific conditions for the company to issue stock dividend:<br>    When the operating in good company, and the Board believes that the scale of the share capital and the company's stock price does not match and the stock dividend paid is in favor of the interests of all shareholders of the company as a whole, under the conditions described above to allocate cash dividend, stock dividend distribution plan is proposed.<br>    (III) Company's profit distribution plan review process:<br>    1. The company's profit distribution plan is developed by the Board of Directors, after the formation of a special resolution submitted to |
|---|---|

|  | the shareholders' meeting. In the deliberation of the profit distribution plan, the company can provide network voting for shareholders.<br><br>2. If the company cannot perform cash divided allocation due to the aforementioned special circumstances as provision of Article 154 item (b), the Board shall make special explanations on the specific reasons of not able to perform cash dividends allocation, the company retained profits' exact purpose and the expected investment earnings and other matters, after independent directors issue comments, submit to the shareholders' meeting, and disclose in the designated media by the company. |
|---|---|
| Article 155 The company should pay attention to a reasonable return on investment for investors, profit distribution policy should maintain continuity and stability.<br><br>The company may distribute profits in cash or stock, and distribute profits in middle term. The specific allocation and the proportion are established by the Board of Directors according to the company's actual operating conditions and relevant provisions of China Securities Regulatory Commission,approved by the shareholders' meeting.<br><br>Where the Board of Directors of | Article 155 The implementation and change of the company profit distribution plan is as follows:<br><br>(I) Implementation of profit distribution plan:<br><br>After the shareholders' meeting made resolution on the profit distribution plan, the Board shall complete dividend (or share) distribution within two months after the general meeting of shareholders was held.<br><br>(II) Change of profit distribution plan:<br><br>In case of force majeure when war, natural disasters, or changes in the company's external business |

| | |
|---|---|
| the company do not make cash profit distribution plan, it shall disclose results for undistribution and and the purpose of retaining funds which not allocated in periodic reports , the independent directors shall issue independent opinions. | environment and significant impact on production and management company, or the company's own operating conditions changed greatly, the company may make adjustments to the profit distribution policy.<br><br>Company's adjustment of profit distribution policy topics shall be discussed by the board to make a detailed argument for the reason of adjustment, to form a written report which shall be submitted to shareholders after the deliberation of independent directors to approve as a special resolution. In the change of profit distribution policy, the company can provide network voting for shareholders. |

The resolution is subject to the deliberation and approval of the shareholders' general meeting.

The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

VIII. Deliberate and passed the "Resolution about modification of Rules of Procedure of the board of directions ".

Rules of Procedure of the board of directions shall have adjustments according to the amendments of the "Articles of Association".

The resolution is subject to the deliberation and approval of the shareholders' general meeting.

The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

IX. Reviewed and approved the "Resolution on re-enacting the Independent Director policy".

The resolution is subject to the deliberation and approval of the shareholders' general meeting.

The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

BNBMPLC0004766

X. Reviewed and approved the "Resolution about convening 2012 1st Interim General Meeting of Shareholders".

In view of the 10th meeting of the 4th Session of the board of directors deliberated and approved the "Resolution on the general election for the board of directors", "Resolution about the modification of the Articles of Association",  "Resolution about the modification of the rules of procedure of the board of directors".

and the "Resolution about re-enacting Independent Director policy", the eleventh meeting of the 4th Session of the board of directors deliberated and approved the "Resolution on the general election for the board of directors", it is now decided the 1st interim general meeting of shareholders of 2012 to be held on September 17, 2012 to deliberate the aforementioned Resolutions.

The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

We hereby make the announcement.

Beijing New Building Materials Public Limited Company  
Board of Directors  
August 15, 2012

BNBMPLC0004767

Appendix:

## Profile of candidate of Board of directors

Wang Bing, male, born in 1972, CCP member, MBA of China Europe International Business School. Currently serve as the vice president of China National Building Material Co., Ltd., chairman of Beijing New Building Material Public Limited Company. Former general manager of Beijing New Building Materials Co., Ltd., Southwest Chengdu, assistant general manager, Deputy General Manager of China Fiberglass Co., Ltd., etc. Mr. Wang Bing is associated natural person with Beijing New Building Materials Public Limited Company, who does not hold any shares of the Company, has not been penalized from China Securities Regulatory Commission or other relevant departments or received disciplinary punishment from Stock Exchange.

Chen Yu, male, born in 1978, EMBA.of Tsinghua University   Currently serve as Director, General Manager and Deputy General Manager (acting) of Beijing New Building Material Co., Ltd.   Used to served as deputy general manager, secretary of the board of directors of China Fiberglass Co. Ltd.,and Directors, General Manager of BNBM New Papua Guinea Co. Ltd.,. Mr. Chen Yu is associated natural person with Beijing New Building Materials Public Limited Company, who does not hold any shares of the Company, has not been penalized from China Securities Regulatory Commission or other relevant departments or received disciplinary punishment from Stock Exchange.

Zhang Nailing, male, born in 1954, CCP member, graduated from junior college, and senior political worker. Currently serve as director, deputy general manager and party secretary of Beijing New Building Material Public Limited Company. Formerly served as deputy general manager of Beijing New Building Material Public Limited Company, convener of the board of supervisors, and director etc. of Beijing New Building Material Public Limited Company. Mr. Zhang Nailing is associated natural person with Beijing New Building Materials Public Limited Company, who hold 30,420 shares of the Company, has not been penalized from China Securities Regulatory Commission or other relevant departments or received disciplinary punishment from Stock Exchange.

Cui Lijun, female, born in 1960, CCP member, master's degree,

BNBMPLC0004768

accountant. Currently served as director and general manager of Beijing New Building Material Public Limited Compan, director of China National Building Material Company Limited, director of Beijing New Building Material Public Limited Company, etc. Former supervisor of Beijing New Building Material Public Limited Company, Chief Financial Officer of Beijing New Building Material Group Co. , Chairman of the Board of Supervisors of China Fiberglass Co., Ltd., etc. Ms. Wu Lijung is associated natural person with Beijing New Building Materials Public Limited Company, who hold 30,420 shares of the Company, has not been penalized from China Securities Regulatory Commission or other relevant departments or received disciplinary punishment from Stock Exchange.

Chang Zhangli, male, born in 1970, CCP members, Tsinghua University, MBA, Engineer. Currently serve as the Executive Director, Vice President, Secretary of the Board of China Building Materials Public Limited Company, director of Beijing New Building Material Public Limited Company, director of China Fiberglass Co.,Ltd. etc. Former deputy general manaer, secretary of the Board of Beijing New Building Material Public Limited Company, etc. Mr. Chang Zhangli is associated natural person with Beijing New Building Materials Public Limited Company, who does not holds shares of the Company, has not been penalized from China Securities Regulatory Commission or other relevant departments or received disciplinary punishment from Stock Exchange.

Wang Guanrong, male, born in January 1963, MBA, and Accountant. Currently serve as Vice President and Chief Financial Officer of China Building Material Co., Ltd., director of China Composites Group, director of China Building Material Investment Co., director of the South Cement Co., Ltd., Director of China United Cement Group, superisor of China Fiberglass Co., etc. Former Deputy Director of the National Office of State-owned Assets Finance Department, Deputy Director of the Ministry of Finance and Statistics Department Collective Capital Verification Evaluation Division, Director of Monitoring Service, the Director of Central Office, etc. Mr. Chen Xue'an is associated natural person with Beijing New Building Materials Public Limited Company, who does not holds shares of the Company, has not been penalized from China Securities Regulatory Commission or other relevant departments or received disciplinary punishment from Stock Exchange.

Xu Jingchang, male, born in 1965, Accounting Ph.D of Renmin University

BNBMPLC0004769

of China. Currently serve as dean, professor and doctoral tutor of Renmin University of China accounting department, vice president of Chinese Society of Financial Cost Accounting Branch, director of China Finance Society, member of the Committee of Finance Editorial Textbook Commettee for the cadres, journal editorial of "Chinese accounting study", etc. Former director of MPAcc Center of Business School of Renmin University of China, director of EMBA center. Mr. Chen Xue'an is not associatedwith Beijing New Building Materials Public Limited Company or the holding directors, who does not holds shares of the Company, has not been penalized from China Securities Regulatory Commission or other relevant departments or received disciplinary punishment from Stock Exchange.

  Qin Qinghua, male, born in 1965, Master of Law of Peking University. Currently serve as partner for Beijing Grandway Law Firm, head of the company's business department. Used to be partner of Beijing Xinxing Law firm. There is no association between Mr. Qin Qinghua and Beijing New Building Material Public Limited Company or between the controlling shareholders and the actual controllers, and Mr. Qin Qinghua does not hold shares of the Company, who does not holds shares of the Company, has not been penalized from China Securities Regulatory Commission or other relevant departments or received disciplinary punishment from Stock Exchange.

  Chen Shaoming, male, born in 1969, Master of Accountancy, CPA China, China CPV. Currently serve as partner and deputy chief accountantof Beijing Zhongzheng Tiantong Certified Public Accountants Limited. Former founding partner, deputy director of accountants etc. of Beijing Zhongzheng Tiantong Certified Public Accountants Limited There is no association between Mr. Chen Shaoming and Beijing New Building Material Public Limited Company or between the controlling shareholders and the actual controllers, and Mr. Chen Shaoming does not hold shares of the Company, who does not holds shares of the Company, has not been penalized from China Securities Regulatory Commission or other relevant departments or received disciplinary punishment from Stock Exchange.

## Newly appointed Secretary of the Board Resume

  Shi Keping, female, born in 1976, Xi'an Petroleum Institute, trade English

BNBMPLC0004770

major Currently serve as Deputy General Manager of China National Building Material Company Limited Board Secretariat. Former senior manager of China Building Material Co., Ltd. Board Secretariat, secretary to the general manager of Beijing New Building Material Public Limited Company. Ms. Shi Keping does not holds shares of the Company, has not been penalized from China Securities Regulatory Commission or other relevant departments or received disciplinary punishment from Stock Exchange.

BNBMPLC0004771