IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>All Cases | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON<br><br>**AFFIDAVIT OF ANN MICKOW** |

State of Minnesota    )
                      ) s.s.
County of Hennepin    )

I, Ann Mickow, being duly sworn, depose and state as follows:

1.  The affiant is a paralegal employed by Civil Action Group, Ltd. d/b/a APS International, Ltd. (APS), and in that capacity has caused thousands of documents to be served abroad pursuant to The Hague Service Convention treaty, <u>The Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters</u>, TIAS #10072, 20 UST 361 (2/10/69) 28 USCA, 1988 Sup. pamphlet page 121.

2.  APS was retained by the Plaintiffs' Steering Committee ("PSC") to effect service of documents on defendants in China in accordance with the Hague Service Convention.

3.  The affiant's experience has shown that foreign authorities can become confused when multiple cases in the same litigation are submitted at the same time. In the past, foreign authorities have combined the matters, and only returned one proof of service. They have also returned documents without attempting service, because they thought it was a duplicate request. APS has experienced these types of problems in the past while serving documents abroad in

MTD Exhibit #251

China. In an effort to mitigate such issues, and so as to not overwhelm the Chinese Central Authority and court system, we recommended that the PSC stagger the service of its complaints in the instant litigation.

4. In addition to the forgoing, the PSC has also asked me to provide additional information concerning our service efforts with respect to affidavits of service filed in connection with the proceedings in *Gross v. Knauf Gips KG*, 2:09-cv-6690 and *Wiltz v. Beijing New Building Materials Public Limited Co.*, 2:10-cv-361, Exhibits "A" and "B," respectively.

5. The underlying documents to be served in each of these matters were translated into Chinese prior to our efforts to make service. In accordance with the Hague Service Convention procedures, the English service documents in each matter, the Chinese translation of the service documents, and the completed USM-94 form (which is a formal request to the Chinese Central Authority requesting service under Article 5(a) of the Hague Service Convention), were transmitted via Federal Express courier to the Ministry of Justice of the People's Republic of China (serving as the Chinese Central Authority under the Hague Convention).

6. As set forth in the affidavit of service in *Gross*, APS transmitted a class action complaint to China for service on Beijing New Building Materials Public Limited Company on January 13, 2010. The response from the Chinese Central Authority in the *Gross* matter demonstrates that the Central Authority or other Chinese official marked each page of the response with SX-10-86. The response includes the first page of the USM-94 form, requesting service on Beijing New Building Materials Public Limited Company, the executed second page of the USM-94 form, entitled Certificate, also indicating Beijing New Building Materials Public Limited Company, the Proof of Service executed by the Beijing Superior People's Court in

Chinese, and the English translation. The translation of the Proof of Service shows the recipient as Beijing New Building Material (Group) Co., Ltd. This translation is inaccurate since the Chinese language proof of service from the Beijing Superior People's Court actually identifies Beijing New Building Material Co., Ltd, not Beijing New Building Material (Group) Co., Ltd. Accordingly, I am appending hereto as Exhibit "C" an amended affidavit of service with the corrected translation of the proof of service identifying Beijing New Building Material Co. Ltd. as the party being served.

7.      As set forth in the affidavit of service in *Wiltz*, APS transmitted the amended omnibus class action complaint (II) to China for service on Beijing New Building Materials Public Limited Company on July 28, 2010. The response from the Chinese Central Authority in the *Wiltz* matter demonstrates that the Central Authority or other Chinese official marked each page of the response with SX-1299. The response includes the first page of the USM-94 form, requesting service on Beijing New Building Materials Public Limited Co., the executed second page of the USM-94 form, entitled Certificate, also indicating Beijing New Building Materials Public Limited Co, the Proof of Service executed by the Beijing Superior People's Court in Chinese, and its English translation. The translation of the Proof of Service shows the recipient as Beijing New Building Material (Group) Co., Ltd. We believe this to be a scrivener's error on

the part of the Beijing Superior Court, as all other pages indicate Beijing New Building Materials Public Limited Co.

8.  The affiant states nothing further.

SUBSCRIBED and sworn to before
me this 11th day of January, 2016.

Notary Public



Ann Mickow
CIVIL ACTION GROUP, LTD
dba APS INTERNATIONAL, LTD.
7800 Glenroy Road
Minneapolis, MN 55439-3122

# EXHIBIT A

US

# BEIJING SUPERIOR PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: Beijing Superior People's Court]

Judicial Association No. SX-10-86

| Cause of Action | | Cause No. | Law Association No. (2010) 196 |
|---|---|---|---|
| Document Served and Number | Summary of Documents, one copy  Complaint, one copy | | Summons, one copy  Document, one copy |
| Recipient | Beijing New Building Material (Group) Co., Ltd. (BNBW) | | |
| Address for Service | No. 16, West Building Material City Road, West San Qi, Hai Dian District, (Beijing, China). | | |
| Recipient Signature or Seal | | | |
| Recipient in substitution and reason(s) | | | |
| Notes | United States.   With translation | | Refuse to accept. |

Issuer:  Chen, Xin                                   Servers:  Zhu, Cheng Fu     Li, Qing
                                                                                 Feb. 25, 2010

Note:
 (1) The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §57; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
 (2) In case of receiving by substitution, the substitution recipient should sign and seal the document, and note the relationship with the servee, and the reason(s) for substitution.
 (3) This Proof of Service applies to Hong Hong and Macao districts.

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

### DEMANDE
### AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER
### D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile
ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Josh R. Cobb<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776    Fax: 952.831.8150<br>Email: JCobb@CivilActionGroup.com | Ministry of Justice<br>Department of Judicial Assistance and Foreign Affairs<br>Division of Judicial Assistance<br>10, Chaoyangmen, Nandajie<br>Chaoyang District<br>Beijing<br>100020<br>China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
   (Identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant
conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
   *(identité et adresse)*    Beijing New Building Materials Public Limited Company (BNBM)
   No. 16, West Road Jiancaicheng, Xisanqi, Haidian District, Beijing 100096, China
   Tel:

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    a) *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    b) *selon la forme particulière suivante (article 5, alinéa premier, lettre b):*_____

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    c) *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Class Action Complaint
Summons in a Civil Action
Translations
Summary of the Document to be Served

Done at                                          , the
*Fait à* Minneapolis, Minnesota, U.S.A.          *le* 1/13/10

Signature and/or stamp.
*Signature et/ou cachet.*

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

(Formerly OBD-116 which was formerly LAA-116,          USM-94
both of which may still be used)                       (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

SX-10-86

Case Name: Gross v. Knauf Gips, KG
Defendant: Beijing New Building Materials Public Limited Company (BNBM)
Court Case No.: 09-6690

# CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
1. *que la demande a été exécutée*
   - the (date)
   - *le (date)* _____
   - at (place, street, number)
   - *à (localité, rue numéro)* _____

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
      [ ]  (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
           a)  *selon les formes légales (article 5, alinéa premier, lettre a)..*
      [ ]  (b) in accordance with the following particular method*:
           b)  *selon la forme particulière suivante:* _____
      [ ]  (c) by delivery to the addressee, who accepted it voluntarily.*
           c)  *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* _____

   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*
   **the addressee refused to accept the documents**

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Class Action Complaint, Summons in a Civil Action, Translations

**Annexes**
*Annexes*
Documents returned:
*Pièces renvoyées:*
_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*
_____
_____

Done at ___Beijing___, the ___April 23rd, 2010___
*Fait à*                  , *le*

Signature and/or stamp.
*Signature et/ou cachet:*  [Seal: 人民共和国 司法部 司法协助专用章]

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

北京市高级人民法院
送 达 回 证

sx-10-86

| 案　　由 | | 案　　号 | 法协（2010）196 |
|---|---|---|---|
| 送达文书<br>名称和件数 | 文书概要一份<br>诉状一份 | | 传票一份<br>文书一份 |
| 受送达人 | 北新建材股份有限公司(BNBW) | | |
| 送达地址 | 海淀区西三期建材城西路16号 | | |
| 受送达人<br>签名或盖章 | | | |
| 代收人<br>代收理由 | | | |
| 备　　考 | 美国，有译文　拒收 | | |

填发人　陈新　　　　　　　　　　　　　　送达人　朱成内　李宏

注：(1) 送达刑事诉讼文书，按照刑事诉讼法第五　一条的规定办理；送达民事、行政诉讼2010．2．25
　　　　文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
　　(2) 代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理
　　　　由。
　　(3) 本《送达回证》适用沙港、澳地区送达。

# EXHIBIT B

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

NX-10-1299

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

### DEMANDE
### AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Josh R. Cobb<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776   Fax: 952.831.8150<br>Email: JCobb@CivilActionGroup.com | Ministry of Justice<br>Department of Judicial Assistance and Foreign Affairs<br>Division of Judicial Assistance<br>10, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>100020<br>China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
(identité et adresse)   __Beijing New Building Materials Public Limited Co.__
__No. 16 West Road, Jiancaicheng Xisanqi, Haidian District, Beijing, China, 100096__
Tel:

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    *a) selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    *b) selon la forme particulière suivante (article 5, alinéa premier, lettre b):*_____

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    *c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

--Summons in a Civil Action
--Plaintiffs' Amended Omnibus Class Action Complaint (II)
--Exhibits "A" - "C"
--Schedule 1
--Schedule 2
--Schedule 3
--Schedule 4
--Translations
--Summary of the Document to be Served

Done at
*Fait à* Minneapolis, Minnesota, U.S.A.   , the 7/29/10
*le*

Signature and/or stamp.
*Signature et/ou cachet.*

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

(Formerly OBD-116 which was formerly LAA-116,   USM-94
both of which may still be used)   (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

Case Name: Wiltz v. Beijing New Building Materials Public Limited Co.
Defendant: Beijing New Building Materials Public Limited Co.
Court Case No.: 10-361

SX-10-1299

# CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
1. *que la demande a été exécutée*
    - the (date)
    - *le (date)* _____
    - at (place, street, number)
    - *à (localité, rue numéro)* _____

    - in one of the following methods authorised by article 5-
    - *dans une des formes suivantes prévues à l'article 5:*
        [ ] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
            a) *selon les formes légales (article 5, alinéa premier, lettre a).*
        [ ] (b) in accordance with the following particular method*:
            b) *selon la forme particulière suivante:* _____

        [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
            c) *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
    - (identity and description of person)
    - *(identité et qualité de la personne)* _____

    - relationship to the addressee (family, business or other):
    - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*
    Refused

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action, Plaintiffs' Amended Omnibus Class Action Complaint (II), Exhibits "A" - "C", Schedule 1, Schedule 2, Schedule 3, Schedule 4, Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*
_____
_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*
_____
_____

Done at Beijing _____ Oct. 2010
*Fait à*
Signature and/or stamp.
*Signature et/ou cachet.*

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2



SX-1299

# 北京市高级人民法院
## 送 达 回 证

| 案　　由 | | 案　号 | 法协（2010）1186 |
|---|---|---|---|
| 送达文书名称和件数 | 文书摘要一份<br>诉状一份 | | 传票一份<br>文书一份 |
| 受送达人 | 北新集团建材股份有限公司 | | |
| 送达地址 | 海淀区西三旗建材城西路 16 号 | | |
| 受送达人签名或盖章 | | | |
| 代收人代收理由 | | | |
| 备　　考 | 美国，有译文　拒绝签收 | | |

填发人　陈新　　　　　　　　　　　　　送达人 _____ 2010.8.

注：（1）送达刑事诉讼文书，按照刑事诉讼法第五　一条的规定办理；送达民事、行政诉讼文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
　　（2）代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理由。
　　（3）本《送达回证》适用涉港、澳地区送达。

第二次 送达人：_____ 2010.11.16

第三次 送达人：_____ 2010.11.25

Judicial Association No. SX-1299

## BEIJING SUPERIOR PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: Beijing Superior People's Court]

| Cause of Action | | Cause No. | Law Association No. (2010) 1186 |
|---|---|---|---|
| Document Served and Number | Summary of Documents, one copy<br>Complaint, one copy | Summons, one copy<br>Document, one copy | |
| Recipient | Beijing New Building Material (Group) Co., Ltd. (BNBW) | | |
| Address for Service | No. 16, West Building Material City Road, West San Qi, Hai Dian District, (Beijing, China). | | |
| Recipient Signature or Seal | | | |
| Recipient in substitution and reason(s) | | | |
| Notes | United States.   With translation | Refuse to accept. | |

Issuer: Chen, Xin                                        Servers: Ma, Jia Guo   Gu, Zhi Qiang
                                                                                  Aug. 25, 2010

Note:
(1) The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §57; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
(2) In case of receiving by substitution, the substitution recipient should sign and seal the document, and note the relationship with the servee, and the reason(s) for substitution.
(3) This Proof of Service applies to Hong Hong and Macao districts.

                                    2nd Service Attempt   Server: Wang, Bao Wei   Jia, Ding
                                                                                  Nov. 11, 1020

                                    3rd Service Attempt   Server: Tang, Ding   Wang, Bao Wei
                                                                                  Nov. 25, 2010

# EXHIBIT C

SK-200-85 北京

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

### DEMANDE
### AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Josh R. Cobb<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776    Fax: 952.831.8150<br>Email: JCobb@CivilActionGroup.com | Ministry of Justice<br>Department of Judicial Assistance and Foreign Affairs<br>Division of Judicial Assistance<br>10, Chaoyangmen, Nandajie<br>Chaoyang District<br>Beijing<br>100020<br>China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
*(identité et adresse)*    **Beijing New Building Materials Public Limited Company (BNBM)**
**No. 16, West Road Jiancaicheng, Xisanqi, Haidian District, Beijing 100096, China**
Tel:

[X] (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
     a)  *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
     b)  *selon la forme particulière suivante (article 5, alinéa premier, lettre b):*

[ ] (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
     c)  *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

**List of documents**
*Enumération des pièces*

Class Action Complaint
Summons in a Civil Action
Translations
Summary of the Document to be Served

Done at                                                                    , the
*Fait à* Minneapolis, Minnesota, U.S.A.           *le* 1/13/10

Signature and/or stamp.
*Signature et/ou cachet.*

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

(Formerly OBD-116 which was formerly LAA-116,    USM-94
both of which may still be used)                 (Est. 11/22/77)

* Delete if inappropriate.
*Rayer les mentions inutiles*

Case Name: Gross v. Knauf Gips, KG
Defendant: Beijing New Building Materials Public Limited Company (BNBM)
Court Case No.: 09-6690

SX-10-86

# CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
1. *que la demande a été exécutée*
   - the (date)
   - *le (date)* _____
   - at (place, street, number)
   - *à (localité, rue numéro)* _____

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
     [ ]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
          a)   *selon les formes légales (article 5, alinéa premier, lettre a).*
     [ ]  (b)  in accordance with the following particular method*:
          b)   *selon la forme particulière suivante:* _____

     [ ]  (c)  by delivery to the addressee, who accepted it voluntarily.*
          c)   *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* _____

   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*
   __the addressee refused to accept the documents__

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Class Action Complaint, Summons in a Civil Action, Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*
_____
_____

Done at ___Beijing___, the __April 23rd, 2010__
*Fait à*           *, le*

Signature and/or stamp.
*Signature et/ou cachet.*  人 民 共 和 国
                          司  法  部
                          司 法 协 助 专 用 章

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2



# 北京市高级人民法院
## 送达回证

SX-10-86

| 案　由 | | 案　号 | 法协（2010）196 |
|---|---|---|---|
| 送达文书<br>名称和件数 | 文书概要一份<br>诉状一份 | | 传票一份<br>文书一份 |
| 受送达人 | 北新建材股份有限公司(BNBW) | | |
| 送达地址 | 海淀区西三旗建材城西路 16 号 | | |
| 受送达人<br>签名或盖章 | | | |
| 代收人<br>代收理由 | | | |
| 备　考 | 美国，有译文　拒收 | | |

填发人　陈新　　　　　　　　　　送达人　朱成伟　李贵

2011. 2. 25

注：（1）送达刑事诉讼文书，按照刑事诉讼法第五十一条的规定办理；送达民事、行政诉讼
　　　　文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
　　（2）代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理
　　　　由。
　　（3）本《〈送达回证〉》适用涉港、澳地区送达。

US

# BEIJING SUPERIOR PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: Beijing Superior People's Court]

Judicial Association No. SX-10-86

| Cause of Action | | Cause No. | Law Association No. (2010) 196 |
|---|---|---|---|
| Document Served and Number | Summary of Documents, one copy<br>Complaint, one copy | Summons, one copy<br>Document, one copy | |
| Recipient | Beijing New Building Material Co., Ltd. (BNBW) | | |
| Address for Service | No. 16, West Building Material City Road, West San Qi, Hai Dian District, (Beijing, China). | | |
| Recipient Signature or Seal | | | |
| Recipient in substitution and reason(s) | | | |
| Notes | United States.   With translation   Refuse to accept. | | |

Issuer: Chen, Xin                         Servers: Zhu, Cheng Fu    Li, Qing
                                                                    Feb. 25, 2010

Note:
(1) The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §57; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
(2) In case of receiving by substitution, the substitution recipient should sign and seal the document, and note the relationship with the servee, and the reason(s) for substitution.
(3) This Proof of Service applies to Hong Hong and Macao districts.