

Contact Us

Location:Home >> Contact Us

Contact Us



**Address**：NO.16，West Road Jiancaicheng Xisanqi, Haidian District, Beijing ,China
**Tel**：+8610-82982786
**Fax**：+8610-82912658
**Email**：service@bnbm.com.cn

**Zip Code**：100096

Legal Statement | Site Map | Contact Us

Beijing New Building Materials (Group) Co., Ltd. All Right Reserved