# In Re: Chinese-Manufactured Drywall Products Liability Litigation, MDL No. 2047
## Chart of Defendants' Business Visits to the U.S.

| Deponent | Depo Date | Page | Exh. No. | Place | Purpose | Testimony |
|---|---|---|---|---|---|---|
| CHANG Zhangli | 6/5/2015 | page 34-35 | | United States | Employment Trips | Multiple trips to America during employment with CNBM Co. 1) Worked on annual report 2) interim report 3) road shows to introduce the company to investors and 4) short-term training. |
| | 6/5/2015 | page 35 | | Stanford, CA | Training | Training for twenty days around Sept/ Oct 2013. |
| | 6/5/2015 | page 37 | | New York, Boston, San Francisco | Road Shows | From time company went public until 2010- Road shows took place in several cities in America. Other representatives of CNBM Co participated in these road shows such as executives of management and colleagues in the office of secretary of the board of directors. |
| | 6/5/2015 | page 38-41 | | New York, Boston, San Francisco | Training | CNBM Co maintains records of training of CNBM Co employees who received training in the US and written materials were provided to the attendees. These written materials are kept in records at the secretary's office of the board of directors. Wall street foundations attended the road show. |
| | 6/5/2015 | page 42 | | New York, Boston, San Francisco | Road shows | Investor banks organized the road shows. |
| | 6/5/2015 | page 43 | | New York, Boston, San Francisco | Road shows | Morgan Stanley assisted in organizing the road shows in America. |
| | 6/5/2015 | page 53 | | New York City | Road shows | Executives of CNBM Co traveled to Morgan Stanley's office in NYC in connection with the 2006 global offering. |
| | 6/5/2015 | page 53 | | New York City | Road shows | Executives of CNBM Co met investors using their meeting room for road show production. |
| | 6/5/2015 | page 53 | | Boston, San Francisco | Road shows | Not sure if CNBM Co executives met in Morgan Stanley's office in these cities. |
| | 6/5/2015 | page 54 | | United States | Road shows | Chairman Song traveled to US in connection with 2006 global offering and met with potential American investors during that trip. |
| WANG Bing | 8/25/2015 | page 36 | | United States | Road show | He participated in the road show of CNBM because he is the Chairman of the Board of BNBM, which is also a shareholder of CNBM. He participated as a member of the delegation. |

MTD Exhibit #256

| | | | | | | |
|---|---|---|---|---|---|---|
| | 8/26/2015 | page 201 | Exh. 315, BNBMPLC-E-)))4827 through 4847 | Meeting in China on March 23, 2007 re: business in America | Exports to America | Page 4828 of Exhibit 315 says "At the same time, in the aspect of international business, we devoted great efforts to develop international distribution network, insisted on the expoert of our own brands, especially did a large export scale of BNBM brand to the American market for the first time, competed with worldwide big brands on the same platform, and laid a good foundation for BNBM to build an internationally famous brand at a good time." |
| | 8/26/2015 | page 203 | | United States | Sales | He says BNBM had never sent people to go to America or other foreign countries to establish sales networks or promote its market. |
| | 8/26/2015 | 204 | | United States | Visiting | He disagrees with Paragraph 4828 of the exhibit. He has no recollection of being in America even though the document was produced by his company and in his company's files at least since March 23, 2007. |
| | | | | | | |
| **ZHOU Guoping** | 6/16/2015 | page 51 | | Toledo, Ohio | Visiting | Not sure whether in March 2015 Shou Peng visited Toledo Ohio and met with his counterparts in the Toledo Engineering Joint Venture. |
| | 6/16/2015 | page 52 | | United States | Visiting | Not sure whether Shou Peng visited USA on behalf of China Triumph or CNBM Co twice a year since 2011. |
| | 6/16/2015 | page 57-58 | | Los Angeles, San Francisco, New York City, Washington, D.C., Atlanta, and some other cities. | Training | Training and learning purposes- Guoping Zhou visited theses cities before being deposed during his approximate three prior trips to America while employed by CNBM Group. |
| | 6/16/2015 | page 58 | | Los Angeles, San Francisco, New York City, Washington, D.C., Atlanta, and some other cities. | Training | These trips were on behalf of CNBM group and CNBM Group paid for his transportation and housing to and in the US. |

| | | | | | |
|---|---|---|---|---|---|
| | 6/16/2015 | page 59 | | Los Angeles, San Francisco, New York City, Washington, D.C., Atlanta, and some other cities. | Training | The training courses were held throughout these different cities. Company management was taught during training. |
| | 6/16/2015 | page 60 | | Los Angeles, San Francisco, New York City, Washington, D.C., Atlanta, and some other cities. | Training | The chief superisor of the finance department of CNBM Trading was with him receiving the training during the 2005 trip to America. He was the only executive that accompanied Zhou on the trip. |
| | 6/16/2015 | page 99-100 | | CNBM USA Corp. | Investments | CNBM USA Corporation was invested by the China Building Material International Trading Company that was invested by the CNBM Trading, which was invested by the CNBM Group. That investment was in a company in the United States of America. It is a company thwat was invested and established by the China Building Matieral International Trading Company inside the US. |
| | 6/16/2015 | page 103 | | CNBM USA Corp. | Control | CNBM Trading Company owns 100% of the stock of the international trading subsidiary which owns 100% stock of the CNBM USA Corporation. |
| **CAO Jianglin** | 8/4/2015 | page 115 | | United States | Road shows | Road shows-He's been to the US to conduct road shows for the company to become publicly listed, but not sure when. It may have been from April 6-9, 2013 to New York, but he does not remember. |
| | 8/5/2015 | pages 145-147 | Exhibit 277, 8841 to 8842, page 4 in the metadat | New York City | Road shows | The exhibit indicates that he arrived in New York City on April 13, 2013. |

| | | | | | |
|---|---|---|---|---|---|
| 8/6/2015 | pages 145-147 | Exhibit 277, 8841 to 8842, page 4 in the metadata at 8841. | New York City, Boston | Road shows | Usually he would stay in New York for two to three days and Boston for one to two days, but for the 2013 annual road show he does not have a clear recollection of his exact travel schedule. |
| 8/6/2015 | page 149 | | New York City, Boston | Road shows | His schedule was arranged by the secretary of the board of directors of CNBM Co Limited. He does not remember if Zhangli Chang accompanied him. |
| 8/6/2015 | age 150 | | New York City, Boston | Road shows | The road show of April 2013 was for the annual report of 2012. |
| 8/6/2015 | page 153-154 | | New York City, Boston | Road shows | Het met with representatives of an investment bank during the April 2013 road show to let them know the company's financial status for the prior year. This is a common practice of all public listing companies. At the time he met with the investors, he did not know whether those investors were or were not the shareholders of CNBM's shares. Nether did he know whether or not they would invest in CNBM Co. The meetings took place in New York City with investors/potential investors in investors' own ofices. |
| 8/6/2015 | page 157 | | New York City, Boston | Road shows | He does not have a clear recollection of who or what investment bank arranged the meetings. |
| 8/6/2015 | page 160 | | New York City, Boston | road shows | A written PPT was given to investors/ potential investors during the 2013 annual road show. |
| 8/6/2015 | page 160 | | New York | road shows | He participated in the road shows for CNBM Co before April, 2013. |
| 8/6/2015 | page 161 | | New York | road shows | He has an impression that he attended an annual road show in the US in 2011 but not 100% sure. |
| 8/6/2015 | page 161-62 | | | road shows | He does not have a clear recollection whether he attended road shows in America in 2010, 2009, 2008 or 2007. |

| | | | | | |
|---|---|---|---|---|---|
| | 8/6/2015 | page 162 | | New York, Boston, San Francisco, and another city. | Road shows | In 2006 he attended a road show in America. That road show was for the purpose of CNBM Co Limited's IPO according to the prospectus. |
| | 8/6/2015 | page 163 | | United States | Road Shows | From 2009-2014, CNBM Co Limited published an annual report each year in Hong Kong, but he is not sure whether CNBM Co Limited came to the United States each time. |
| | 8/6/2015 | page 163 | | United States | Road Shows | He doesn't understand the question asked re: whether he made a statement in writing that from 2006- 2009 there were at least 2 road shows in the United States for investors and potential investors. |
| | 8/6/2015 | page 166 | | United States | Investing | He does not know wheher CNBM Co Limited invested in certain companies in the United States. |
| | 8/6/2015 | page 169 | | United States | Visiting | He spent a week in September 2013 in America. He was in America as the President of CNBM Co Limited. |
| | 8/6/2015 | | Exh. 8869 | | Visiting | At bottom of page CNBMC at 8869 there appears airfare costs, an accommodation cost for Zhangli Chang and Xue'an Chen. Still, he is not able to make a decision whether he was in America in September of 2013. |
| | 8/6/2015 | page 170 | Exh. 298 | | Visiting | In June 2013 he visited America to meet with the company's attorney. |
| | 8/6/2015 | page 175 | Exh. 296 at CNBM Co 15 | | Road Show | "Before every road show, Jianglin Cao would prepare the materials in person and would stay up all night for several days." |
| | 8/6/2015 | page 175 | Exh. 296 at CNBM Co 15 | | Road Show | At every interim and annual road show, I, of course, needed to review the annual reports prepared by the CPA and the materials prepared by the company. |
| PENG Shou | 9/16/2015 | page 70 | Exh. 366 | Toledo, Ohio | Joint Venture Company | Exhibit states the legal address of the joint venture company is 3400 Executive Parkway, Toledo, Ohio 43606 USA. |
| | 9/16/2015 | page 77 | Exh. 366 | Toledo, Ohio | Joint Venture Company | He acknowledges that his signature is on the Exhibit. |
| | 9/16/2015 | page 77 | Exh. 366 | Toledo, Ohio | New Jersey Research Lab | Around 2013, there was a research lab developed with New Jersey. |
| | 9/16/2015 | page 81 | | Ohio | CTIEC | CTIEC still has a 50 percent ownership in the company. |

| | | | | | |
|---|---|---|---|---|---|
| 9/16/2015 | page 81 | | Ohio | CTIEC | He said he is not sure how much CTIEC has in assets since July 18, 2014 continuously through today's date in Ohio. |
| 9/16/2015 | page 84 | | | TECO | He is familiar with TECO because they have a strategic partnership relationship. The strategic partner agreement was signed in 2005 but it did project in China to that, and he knew them then. |
| 9/16/2015 | page 85 | | | TECO | When Fuyao was planning to go to America to establish a glass factory, TECO approached him to ask whether he could help them. He told Fuyao that TECO and them are cooperation partners. It would be best if he could find an American company to do the project. Afterwards, he made an introduction of TECO. After that, he heard that TECO had chosen another local American company to do the project. |
| 9/16/2015 | page 89 | | New Jersey | CTIEC/NJIT | CTIEC/NJIT Collaborative Graduation Certificate Program- He sent a lot of people to study, he does not remember who the people are. He believes Dongliang Zhang participated in the program. |
| 9/16/2015 | page 89-90 | | | NJIT | New Jersey Institute of Technology is an outstanding university. Ever since he got to know them, they mentioned whether or not we can co-train some professionals. He believed it was consistent with the need of the company's future development. Therefore, they discussed and decided to send around six people per year to participate in the study of their official courses. Those people must have the capability of foreign language who can attend class, take exams, and write the thesis together with the students they have recruited. For that reason, he has sent them to study in New Jersey for about four months. He gives himself praise that this activitiy was praised by the technology industry people of both China and America. |
| 9/16/2015 | page 91 | Exh. 379 | New Jersey | CTIEC/NJIT | He answers in the affirmative that he has routinely sent people over from CTIEC to the New Jersey Institute of Technology to learn pursuant to an agreement between CTIEC and the New Jersey Institute of Technology. |
| 9/16/2015 | page 93 | Exh. 371 | New Jersey | CTIEC/NJIT | PV Materials Technology Development Agreement- December 31, 2013, between China Triump and New Jersey Institute of Technology. He is aware that they have signed an agreement with New Jersey Institute of Technology to co-establish a research center for new energy materials. |

| Date | Page | Exhibit | Location | Party | Description |
|---|---|---|---|---|---|
| 9/16/2015 | page 103-05 | Exh. 380, NJIT 3508-3519 | New Jersey | CTIEC/NJIT | Collaborative Graduate Certificate Program Agreement between New Jersey Institute of Technology and China Triumph International Engineering Company Inc.- his stamp was placed on this document. |
| 9/16/2015 | page 103-05 | Exh. 380, NJIT 3508-3519 | New Jersey | NJIT | He has reached an agreement with New Jersey before and they hope that he could send people to be trained every year. |
| 9/16/2015 | page 103-05 | Exh. 380, NJIT 3508-3519 | New Jersey | CTIEC/NJIT | One of the terms under this agreement is that for the training CTIEC shall be responsible for paying NJIT tuition of $20,400 for each student. |
| 9/16/2015 | page 107 | Exh. 380, NJIT 3508-3519 | Chicago, IL | Sunpin | Sunpin company is a company investing in solar power stations in the United States. It wishes to esetablish a cooperation relationship with our engineering company to have us be their project contractor's EPC. He has never been to Sunpin but has heard it is in Chicago. |
| 9/16/2015 | page 107-08 | Exh. 360 | | CTIEC | November 3, 2014 contract signed by Dongliang on behalf of China Triumph. He is the deputy manager of the new energy department at China Triumph |
| 9/16/2015 | page 108-09 | Exh. 361, 000036 through 00065. | Maryland | CTIEC | November 26, 2014 BOS Agreement for the Maryland Church Hill Solar Power Project between Sunpin Construction Management, LLC, and China Triumph International Engineering Company, Limited. He has signed his Chinese name on the agreement. |
| 9/16/2015 | page 109-10 | | Maryland | CTIEC | When he signed that Agreement, he signed it as the general manager and chairman of China Triumph International Engineering Company. |
| 9/16/2015 | page 110-11 | Exh. 364 | | CTIEC | November 26, 2014 EPC Agreement for the Maryland Church Hill solar power project by and between Church Hill Solar Farm LLC and China Triumph International Engineering Company, Limited. His signature is on the signature page. He signed it in his capacity and president and chairman of China Triumph. |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 9/16/2015 | page 111-13 | Exh. 82-1 | | CTIEC | December 2, 2014 section from CNBM Co website: "CTIEC Signed a 100 MW Photovoltaic Power Plant Project in the US." He recalls going to New York to sign this agreement. It was in the meeting room of New Jersey Institute of Technology. He thinks work on the Church Hill project has begun, but he is not sure. |
| | 9/16/2015 | page 112-13 | Exh. 399 | | CTIEC | Wire Transfer Receipt produced by Sunpin, specifically relating to a $200,000 wire transfer from Sunpin to CTIEC on December 1, 2014. He does not have a clear recollection because he is not in charge of the matters in finance nor the matters in projects. |
| CHE Gang | 6/2/2015 | pages 110-11; 113-18 | | United States | Business to US | Will not admit that the gypsum that went into the manufacture of board that was shipped to the USA from China came from the Luneng mine. Will not admit whether gypsum boards were shipped to the US. |
| | 6/3/2015 | page 166 | | United States | Business to US | Will not admit whether they shipped gypsum board to the United States. |
| | 6/3/2015 | page 285-89 | | United States | CTIEC | States he does not know about: CTIEC; CTIEC doing business in America; CTIEC-TECO American Technology Inc. doing business in US after July 17, 2014; Sunpin Solar; CNBM Import and Export Company/ CNBM Trading doing business in America after July 17, 2014; CNBM Forest Products (Canada) Limited; CNBM Forest Products (Canada) doing business in the US after July 17, 2014; CNBMI Investment |
| CHEN Yu | 7/8/2015 | page 84, 85 | 100 | Stanford | Training sessions | He was not at this training session. He is not sure who else at BNBM attended training sessions at Stanford. |
| | 7/8/2015 | page 84, 85 | | | Training sessions | He has heard of Stanford University. |
| | 7/9/2015 | page 290 | BNBMPLC-E-0000989 | | Offices | Overseas offices successfully established. The number of countries we have trade with is over 80, and our important trading partners include India, the U.S., Vietnam, Canada, and Hong Kong. The market share in newly developed markets such as South America, Europe, and North America has a significant increase, and we own a total of 38 overseas enterprises and representative offices. Our foreign trade offices are located across five continents, Asia, Africa, Europe, America, Australia, and in 26 countires and regions, our regional influence is increasing." |
| | 7/9/2015 | page 292 | | | | "Until 2015, the group corporation will achieve $13 billion USD in import and export trading volume." |

| | | | | | |
|---|---|---|---|---|---|
| | 7/10/2015 | page 520 | Exh. 2 to BNBM America depo. | | For-Profit Corporation Annual Report of the Secretary of State of Florida | States he does not recognize it. |
| | 7/10/2015 | page 522 | Exh. 2 to BNBM America depo. | | BNBM America | States he does not know about BNBM America. Does not know whether it is still in existence. |
| | 7/11/2015 | page 542 | | | | States he does not know whether BNBM has a trademark in the US. Because they raraely have any America customers. |
| | 7/11/2015 | pages 545-546 | 107-3 | | Davis Construction Company | Says he has heard of Davis Construction Company. The company purchased BNBM's product. He is aware it is located in America. |
| | 7/11/2015 | page 549 | 64 | | Davis Construction Company | Defense stipulates Davis Construction is an American company located in Florida. |
| | 7/11/2015 | pages 578-79 | 43-2 (K) | | Baillie Lumber Company | Baillie Lumber Company is located at 4002 Legion Drive PO Box 6 Hamburg, New York 14075. |
| | 7/11/2015 | pages 578-79 | 44-2(S), BNBM (Group) 2844 | | WH International located in Lynnwood, Washington. | WH International located in Lynnwood, Washington. |
| | 7/11/2015 | page 584 | 163 | | Business to US | On Alibaba's website, where it says "Trade Capacity" it says "North America 25%." He is not sure who put this on the website. |
| ZHAO Yanming | 7/15/2015 | page 10 | | | Visit | He has not been to the US before. |
| | 7/15/2015 | page 99 | | | BNBM Group Forest Product Company | Admits that some of their activities involve timber in the northwest of North America, both United States and Canada. States it is the import agent of the converted timber. |
| SONG Zhiping | 9/14/2015 | page 99 | | | | He knows China and America have had communications on the issue of gypsum. board's quality problem. |
| | 9/15/2015 | page 150 | | | CTIEC | CTIEC has business in America. |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 9/15/2015 | page 215 | | | | Chinese gypsum board is cheap. It was not shipped to US to be sold. Many American bysuenss people came to China to purchase it. |
| | 9/15/2015 | page 215 | | | | He is aware of American TG Board but not sure where it is shipped specifically. |
| | 9/15/2015 | page 215 | | | | He first learned that TG Board was shipped to Louisiana when litigation started. |
| JIA Tongchun | 9/18/2015 | page 237 | | | Business to US | Ren Xulian has not done business with American company. TG only purchased two types of goods with two tons each from Stepan Shanghai office. At the time, TG was not able to confirm whether the Shanghai office was an American company or not. When TG confirmed that Stepan was a US company registered in Shanghai, they immediately refused to do business with the company. |
| | 9/18/2015 | page 238 | | | Injunction | The American injunction order only expressed that they were not to do business with companies in the US. They only learned whether or not the company in Shanghai is an American company afterwards. After they learned that, they immediately refused to do business with the American company in Shanghai. The witness has always thought up to date that the injunction from the US is only limited to not do business with the companies within the US.<br>If an American company or a company from any other country registered a company in China, which TG does business with, the witness does not think it is a violation of Judge Fallon's order. AN American company in China, for example, Apple who has cell phone businesses, so is it to say that the staff of TG cannot even buy cell phones from them? |
| | 9/18/2015 | page 242 | | | Business to US | The witness states that he misspoke and that he has spoken to Peng regarding the meaning of doing business in America. |