Stock ID: BNBM   Stock Code: 000786   Announcement Number: 2013-001

# Beijing New Building Materials Public Limited Company Announcement of the resolutions of the 2nd Interim Meeting of the 5th Session of the Board of Directors

**The company and all members of Board of Directors guarantee that report is faithful, accurate and complete, without false representation, misleading statement or major omission.**

Beijing New Building Materials Public Limited Company (hereinafter referred to as the "Company") the 2nd Meeting of the 5th Session of the Board of Directors was held in the sixteenth floor meeting room of China Building Material Mansion, No.11 Sanlihe Road Jia, Haidian District, Beijing City in the afternoon on March 12, 2013, the meeting notice was issued by e-mail on March 1, 2013, 9 directors should attend the meeting, 8 directors present in person, which is in line with "Company Law" and the relevant provisions of the "Articles of Association". The meeting was chaired by the chairman Mr. Wang Bing, with the supervisors and senior executives attending the meeting. Upon review, the meeting has passed the following resolutions:

I. Reviewed and approved the "Resolution on Company 2012 Annual Report and its summary"

This resolution shall be subimitted to the general Shareholders'Meeting for Review

The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

II. Reviewed and approved the "2012 Annual Work Report of the Board of Directors".

This resolution shall be subimitted to the general Shareholders'Meeting for Review

The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

III. Reviewed and approved the "2012 Annual Work Report of the general Manager".

The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

IX. Reviewed and approved the "2012 Annual Financial Accounting Report".

This resolution shall be subimitted to the general Shareholders'Meeting

MTD Exhibit #257

BNBMPLC0004826

for Review

The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

V. Reviewed and approved the "2012 Company annual profit distribution plan".

After audited by Beijing Xinghua Certified Public Accountants Co., Ltd., the parent company realized net profit of 259,300,404.19 yuan in 2012, plus undistributed profit of 575,424,483.27 yuan in the beginning of the year, minus 2011 allocated cash dividend of 166,793,500.00 yuan, the undistributed profit at the end of 2012 is 667,931,387.46 yuan. Profit distribution plan for the current year is: based on the total number of 575,150,000 shares as of December 31, 2012, distribute 3.177 yuan (including tax) for every 10 shares, this distribution plan totally allocates profit of 182,725,155 yuan.

Company shareholders meeting drew above profit distribution plan and to authorize the Board to handle matters related to the year 2012 due to the implementation of the profit distribution plan involved.

This resolution shall be subimitted to the general Shareholders'Meeting for Review

The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

VI. Reviewed and approved the "Resolution about Beijing Xinghua Certified Public Accountants Co., Ltd. engaged in the 2012 annual audit summary report"

The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

VII. Reviewed and approved the "Resolution on the determination of the company's 2012 audit fees and the reappointment of Beijing Xinghua Certified Public Accountants Co., Ltd. as 2013 annual audit agency".

The company hired Beijing Xinghua Certified Public Accountants Co., Ltd. as its auditor in 2012, is mainly responsible for the 2012 annual audit and related work, the company agreed to pay the company's 2012 annual cost of 1.57 million yuan (including interim financial audit fees, annual financial audit fees and internal audit fees). To carry out the audit work occurs travel, accommodation and other expenses paid by the company honestly.

Agreed to re-appoint Beijing Xinghua Certified Public Accountants Co., Ltd. as its 2013 annual audit agency, to serve until the end of the 2013 annual shareholders' general meeting, the general Meeting to authorize the Board of Directors based on the volume of business 2013 annual audit, based on 2012 annual audit fees the company decided to audit fees payable year 2013.

This resolution shall be subimitted to the general Shareholders'Meeting for Review

The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

VIII. Reviewed and approved the "Resolution on the company 2013 routine related transactions".

For details see the "Announcement of routine related transactions 2013" published on March 14, 2013 on the Cninfo website (http://www.cninfo.com.cn).

According to the relevant provisions of the "Shenzhen Stock Exchange Listing Rules" the associate director of Bing, Cui Lijun, Zhang Li Chang, Chen Xuean avoid a vote on this Resolution of. The three independent directors of the company issued a prior approval letter for the matters, and issued a separate concurring opinion .

This resolution shall be subimitted to the general Shareholders'Meeting for Review

The resolution was approved with 5 concurring votes, 0  against votes against and 0 abstentionss vote.

IX. Reviewed and approved the "Resolution about providing guarantee for Taishan Gypsum Co., Ltd."  Details will be announced separately.

This resolution shall be subimitted to the general Shareholders'Meeting for Review

The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

X. Reviewed and approved the "Resolution about company holding subsidiary Taishan Gypsum Co., Ltd. to provide guarantee for its wholly owned and holding subsidiaries"  Details will be announced separately.

This resolution shall be subimitted to the general Shareholders'Meeting for Review

The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

As of December 31, 2012, the total guaranteed amount by the company is 923 million yuan, accounting for 26.17% of net assets in the audited consolidated financial statements attributable to the parent company as of December 31, 2012. Among which, all the guaranteed amount by the company is for its wholly-owned subsidiaries and holding subsidiaries.

See the detailed content of the resolution IX to X in the "Announcement on the company investment in 2013" published on March 14, 2013 on the Cninfo website (http://www.cninfo.com.cn).

XI. Reviewed and approved the "on the issue of non-financial corporate

BNBMPLC0004828

debt financing instruments Resolution."

The company agreed to shareholder approval at the relevant day during this Resolution until the 2013 annual shareholders' meeting ended in the issuance of debt financing instruments may limit the scope of the relevant laws and regulations, according to the funding requirements and market conditions in single or divided 2nd form of the issuance of debt financing instruments. Types of debt financing instruments including but not limited to short-term financing bonds, medium-term notes and other debt financing tools, and issuing methods include the public offering and private issuing. General Meeting to authorize the Board of Directors and the Board of Directors authorized the company's management to further determine the specific type of debt financing instruments and handle specific matters after issuance authorized, valid from the shareholders authorized the general Assembly adopted The resolution for consideration until the date of the Company 2013 Annual General Meeting just held it.

This resolution shall be subimitted to the general Shareholders'Meeting for Review

The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

XII. Reviewed and approved the "Resolution on company directors and supervisors on pay adjustment"

This resolution shall be subimitted to the general Shareholders'Meeting for Review

The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

XIII. Reviewed and approved the "Resolution on the revision of External guarantee management policy"

Management policy   of External Guarantee

| Before Amendment | After Amendment |
|---|---|
| Article 5   Company that provides external guarantee, must take the necessary precautions to counter-guarantees, etc., external guarantees must be approved by the Board of Directors, the shareholders' meeting or its authorized approval according to prescribed procedures. | Article 5   Company that provides external guarantee on the principles should be required to provide a counter-guarantee by a guarantor, and the counter-guarantee provider should have the actual affordability. The amount of counter-guarantee to be provided by a guarantor, the company must provide corresponding guarantees. The property set to counter-guarantee by the guarantor is prohibited by the property law, regulations for circulation, or non-transferable property, the company shall refuse to provide |

| | |
|---|---|
| | guarantee. External guarantee must be approved by the Board of Directors, the shareholders' meeting or its authorized approval according to prescribed procedures. |
| Article 22 Guarantees contract shall confirm the following terms:(i) creditors, debtors; (ii) the guarantor of the debt, the amount; (iii) the debtor and the creditor to fulfill the contractual term of the debt; (iv) guarantee method; (v) guarantee range; (vi) guarantee period; (vii) such other matters requiring the agreement from the parties. | Article 22 Guarantees contract shall confirm the following terms:(i) creditors, debtors; (ii) the guarantor of the debt, the amount; (iii) the debtor and the creditor to fulfill the contractual term of the debt; (iv) guarantee method; (v) guarantee range; (vi) guarantee period; (vii) such other matters requiring the agreement from the parties.<br><br>If the guarantee applies to multiple parties at the same time for guarantee, the company shall expressly confirm the share of the Company and the corresponding responsibility in the guarantee contract. |
| | Add one article before the original Article 26: When the company's main external debt contracts have major changes, it shall be regarded as a new guarantee issue, and the present measures shall be considered by the Board, the Board shall decide whether to continue to assume guarantee responsibility; these rules shall be approved by the shareholders'meeting, the shareholders' meeting shall decide whether to continue to assume guarantee responsibility. |
| | Add one article after the original Article 26: The company shall guarantee when the contract expires, a comprehensive inventory of property, rights credentials for guarantee, in accordance with the contract, to terminate the guarantee relationship in time.  The company shall keep the guarantee contract, associated with the guarantee contract master contract, counter guarantee or counter-guarantee contracts, as well as mortgage, pledge rights documents and related raw materials, and promptly clean up inspections and regularly with banks and other relevant institutions to check, make sure the intactness of the business archives. in the contract management process, for |

| | |
|---|---|
| | unusual contract without the board of directors or the shareholders' meeting approval, it should be promptly reported to the Board and the Supervisory Board. |
| | |
| Article 29 If the guaranteed units cannot fulfil the contract, when the guarantee creditor claims when the company claims, the company should immediately start counter-guarantee recovery procedures, and reports to the Board. | Article 31 If the guaranteed units were indeed insolvent or cannot fulfill the related contractual obligations, the company should fulfill its obligations in accordance with the guarantee contract, while taking legal measures advocated by recourse to the guarantor, |
| | legally dispose of property to be the guarantor of the counter-guarantee, try to reduce the company's financial losses. At the same time the assessment should be initiated after the company secured business, strictly implement the guarantee business accountability policy for major policy mistakes in the guarantee, and non-compliance with the collective approval procedures or is not required to guarantee business management departments and personnel,shall be strictly held accountable. |

This resolution shall be subimitted to the general Shareholders'Meeting for Review

The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

XIV. Reviewed and approved the "Resolution on the revision of Internal Audit Policy"

Internal Audit Policy amendment in the following table:

| Before Amendment | After Amendment |
|---|---|
| Article 1   In order to strengthen internal management and control, better implement the "People's Republic of China Audit Law" and "Requirements of Audit Administration on internal audit", strengthen the internal audit oversight and effectively carry out the internal audit work, combined with Beijing New Building Materials Co., Ltd. (hereinafter referred to as the Company) the specific policy is formulated. | Article I   In order to strengthen internal management and control, better implement the "People's Republic of China Audit Law" and "Requirements of Audit Administration on internal audit", strengthen the internal audit oversight and effectively carry out the internal audit work, combined with Beijing New Building Materials Public Limited Company (hereinafter referred to as the Company) the specific policy is formulated. |

BNBMPLC0004831

| | |
|---|---|
| Article 3 Company units implementation of internal audit policy. Internal audit refers to internal audit unit in accordance with state laws and regulations, to conduct monitoring and evaluation with effectiveness on the financial accounting policys and internal regulations, the company's financial revenue and expenditure of each unit, asset quality, operating conditions and performance, as well as projects related to economic activity or authenticity. | Article 3 Company units implementation of internal audit policy. Internal audit refers to internal audit unit in accordance with state laws and regulations, to conduct monitoring and evaluation with effectiveness on the financial accounting policys and internal regulations, the company's financial revenue and expenditure of each unit, asset quality, operating conditions and performance, as well as projects related to economic activity or authenticity. |
| Article 5    Companies set up audit department, independently undertake the implementation of the internal control policy of supervision and inspection, evaluation of the effectiveness of internal controls, make suggestions to improve internal controls and corrective work. Audit department is responsible for the board of directors of the company. | Article 5    Companies set up audit department, independently undertake the implementation of the internal control policy of supervision and inspection, evaluation of the effectiveness of internal controls, make suggestions to improve internal controls and corrective work. <u>The chief auditor shall be responsible to the board of directors and report the work.</u> |
| Article X The internal audit scope: ... special audit projects including final accounts audit, final accounts audit technological transformation technical measures, outgoing audit, audit the use of funds raised. | Article X The internal audit scope: ... special audit projects including final accounts audit, final accounts audit technological transformation technical measures, outgoing audit, audit the use of funds raised. |
| Article XV The daily work of the internal audit program:<br><br>Internal audit procedure refers to audit department in the organization for the audit, from the development of the annual audit plan, audit the project to the end of the audit work taken steps, including audit planning, audit preparation, audit implementation, audit reports, audit follow-up phases.<br><br>(I) In accordance with relevant state regulations, combined with the actual situation, the development of the annual audit plan, to make reasonable arrangements for internal audit work.<br><br>(II) The Audit Department shall audit the audit notice seven days in advance to the audited entity, under special circumstances telephone, fax can | Article XV Internal audit procedure refers to the audit department in the organization of internal audit work, from the development of the annual audit plan, audit the project to the end of the audit work to take steps, including audit planning, audit preparation, audit implementation, audit reports, follow-up audit stage. <u>Routine internal audit procedures are as follows:</u><br><br>(I) In accordance with relevant state regulations, combined with the actual situation, the development of the annual audit plan, to make reasonable arrangements for internal audit work.<br><br>(II) The Audit Department shall audit the audit notice seven days in advance to the audited entity, under special circumstances telephone, |

| | |
|---|---|
| also be used, or directly entered the site.<br><br>Contents of the plan shall contain:<br><br>1. The scope content, time and manner of the audit;<br><br>... | fax can also be used, or directly entered the site.<br><br>Contents of the plan shall contain:<br><br>1. Audit content, time and approach<br><br>... |
| Article 19 Audit report should state the internal audit is conducted in terms of China's internal auditing standards, if the situation does not follow the guidelines of the existence of the internal audit report should be made to explain and illustrate it. | Article 19 Audit report should state the internal audit is conducted in terms of China's internal auditing standards, if the situation does not follow the guidelines of the existence of the internal audit report should be made to explain and illustrate it. |
| Article 27 Any outstanding issues of the policy, shall comply with the relevant laws, regulations and the Articles of Association of the execution; this policy with the Constitution as law, regulation or legal process by modifying the future of the country after the promulgation of the conflict, in accordance with the relevant national laws, regulations and the Articles of Association of the execution policy, and immediately revised. | Article 27 Any outstanding issues of the policy, shall comply with the relevant laws, regulations and the Articles of Association of the execution; this policy with the Constitution as law, regulation or legal process by modifying the future of the country after the promulgation of the conflict, in accordance with the relevant national laws, regulations and the Articles of Association of the execution policy, and immediately revised. |

The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

XV. Reviewed and approved the "Resolution on the revision of Internal Control Policy"

Internal Control policy amendment is in the following table:

| Before Amendment | After Amendment |
|---|---|
| Article 1   In order to strengthen the internal control of Beijing New Building Material Public Limited Company (hereinafter referred to as the "Company"), and promote the standardized operation and healthy development, protect the legitimate rights and interests of investors, according to the "Company Law of the People's Republic of China", "Securities Law and regulations of People's Republic of China","Shenzhen stock Exchange Listing Rules"(hereinafter referred to as "listing rules"), "Shenzhen Stock Exchange listed company's internal control guidelines"and other laws, regulations and normative documents, combined | Article 1   In order to strengthen the internal control of Beijing New Building Material Public Limited Company (hereinafter referred to as the "Company"), and promote the standardized operation and healthy development, protect the legitimate rights and interests of investors, according to the "Company Law of the People's Republic of China", "Securities Law and regulations of People's Republic of China","Shenzhen stock Exchange Listing Rules"(hereinafter referred to as "listing rules"), "Shenzhen Stock Exchange listed company's internal control guidelines"and other laws, regulations and normative documents, combined |

| | |
|---|---|
| with the company's own operating characteristics and the environment, to develop this policy. | with the company's own operating characteristics and the environment, to develop this policy. |
| Article VI The company's internal controls include: environmental control, traffic control, accounting policy control, electronic information policy control, information transmission control, internal audit control and so on. | Article VI The company's internal controls include: environmental control, traffic control, accounting policy control, electronic information policy control, information transmission control, internal audit control and so on. |
| Article VII Environmental controls include authorization control and quality control staff. The company established a reasonable organizational structure, improved the authorization policy step by step to ensure that the company's rules and regulations to be implemented. Authorization to the each level shall be appropriate, for authorized departments and personnel an effective evaluation and feedback mechanisms shall be established, for the authorization that are not applicable shall be modified or canceled in time.   The company established a scientific hiring, leave, dismissal, training, retirement, salary calculation and payment of social security contributions and other labor and personnel policy, specifically the appointment, removal, position, staff deployment, assessment and reward, employee training, compensation management, vacation, insurance and welfare management content, effectively strengthening the control of labor and personnel work, establishing and monitoring internal incentive and restraint mechanisms. | Article VII   The company's internal control includes internal environment, risk assessment, control activities, information and communication, internal supervision and so on. |
| Article VIII Service control refers to the company's management and its authorized department in accordance with the company's own industry characteristics and content production and business activities, the development of | Removed |

| | |
|---|---|
| various business management regulations, operating procedures and job manuals, as well as to develop the necessary control procedures for each risk points.    Article IX Accounting policy controls can be divided into accounting controls and financial management control, mainly including:<br><br>     (I) Develop the company's accounting policy, financial management policys, accounting procedures and accounting positions operating manual according to the "Accounting Law of People's Republic of China" and other laws and regulations, as the basis to the company's financial management and accounting work ; (II) the establishment of strict accounting control policy, based on a clear division of labor in the post each accounting job responsibilities, non-mutual supervision required by a person part-time jobs;<br><br>     (III) Establish a strict cost control policy, financial revenue and expenditure approval policy, reimbursement management practices and other control policys;<br><br>     (IV) Develop sound accounting record keeping and financial transfer policy, access to strict procedures of accounting information, accounting data to prevent damage, loss or disclosure;<br><br>     (V) Develop appropriate control procedures for budget management, seal use management, bill recipients management, asset management, inventory of physical assets, liabilities, commitments and contingencies related activities and protect the financial guarantee management duties and authorized agents, computerized accounting and information management.<br><br>      Article 10   Company electronic information policys management policys, including network information policys management, information sharing management, software, policys | |

| | |
|---|---|
| management and security operation management. Article XI Information transmission control information into internal communication and public information disclosure controls control.<br><br>    Company develops appropriate control procedures for all departments, among the company way of communicating information, content, time, etc., to ensure the effective transfer of information between various internal departments and between the various departments of the company's management. Article XII The company designates the "Information Disclosure Management policy" to ensure that the Secretary of the Board of Directors and the Board of the company is aware of all kinds of information timely and true, accurate, complete and timely disclosed. | |
|     Article 13 Company sets up internal audit department, independently undertake the implementation of the internal control policy of supervision and inspection, evaluation of the effectiveness of internal controls, make suggestions to improve internal controls and corrective errors at work. Internal audit department is responsible for the Board of Directors. |     Article 13 Company sets up internal audit department, independently undertake the implementation of the internal control policy of supervision and inspection, evaluation of the effectiveness of internal controls, make suggestions to improve internal controls and corrective errors at work. <u>And the internal audit department is responsible for reporting to the Board of Directors and its Audit Committee.</u> |
|     Article 28 When the company holds board meeting to consider related transactions, Convener should remind associate director at the meeting before the vote required to avoid a vote. If associate director did not take the initiative to avoid, directors aware of the situation shouldrequest the associate director to avoid.<br><br>    in the deliberation of the shareholders' meeting related transactions, the company secretary of the Board and testimony before the shareholder vote lawyer should remind affiliated shareholders shall abstain from voting. |     Article 23   When the company is holding the board meeting to consider related transactions, the presiding officer should remind associate director at the meeting before the vote required to avoid a vote. If associate director did not take the initiative to avoid, directors aware of the situation shouldrequest the associate director to avoid.<br><br>    in the deliberation of the shareholders' meeting related transactions, the presiding officer and lawyer shall witness before the shareholder vote, shareholders must abstain from voting reminder association. |
|     Article 31 Company directors, supervisors and senior management should be concerned |     Article 26 Company directors, supervisors and senior management should be concerned |

| | |
|---|---|
| about the interests of the company if there is appropriate company misappropriated funds related parties and other issues. Independent directors, supervisors should review once every quarter financial dealings between the Company and related parties, to understand whether there is the controlling shareholder of the company and related parties, the transfer of company funds, assets and other resources, such as unusual circumstances, promptly drew the Board to take appropriate measures. | about the interests of the company if there is appropriate company misappropriated funds related parties and other issues. Independent directors, supervisors should review once every quarter financial dealings between the Company and related parties, to understand whether there is occupied company directors, supervisors and senior management, the controlling shareholder and its related parties, the transfer of company funds, assets and other resources circumstances, such as unusual circumstances, promptly brought to the Board of Directors to take appropriate measures. |
| Article 35 The Company shall investigate the operations and credit situation of the guarantor. The Board should carefully review and analyze the financial situation of the secured party, and the operating conditions, industry prospects and credit conditions, a prudent decision in accordance with law.    Companies can hire outside professional agencies in the implementation of external security risks necessary to assess, as the board of directors or shareholders of the general Assembly on the basis of decision-making. | Article 30 The Board of the Company shall investigate the credibility, business situation, financial situation and the operating conditions, industry prospects and credit conditions of the secured party, careful deliberation and anslysis and prudent decision shall be made in accordance with law.    Companies can hire outside professional agencies in the implementation of external security risks necessary to assess, as the board of directors or shareholders of the general Assembly on the basis of decision-making. |
| Article 36 When proving external guarantee, the company shall require the other party to provide counter-guarantee if possible, prudent judgment provider's actual counter guarantee and counter-guarantee guarantee capacity enforceability. | Article 31 When proving external guarantee, the company shall require the other party to provide counter-guarantee if possible, prudent judgment provider's actual counter guarantee and counter-guarantee guarantee capacity enforceability. |
| Article 37 When independent directors of the company issue independent opinions in considering external guarantees of the Board, they may hire an accounting firm when necessary accumulated and current external guarantees for verification. Anything abnormal occurs, timely reporting and announcement to the board and regulators is required. | Article 32 When independent directors of the company issue independent opinions in considering external guarantees of the Board (Except for subsidiaries to provide security within the scope of consolidation), they may hire an accounting firm when necessary accumulated and current external guarantees for verification. Anything abnormal occurs, timely reporting and announcement to the board and regulators is required. |

| | |
|---|---|
| Article 72 The internal control report and self-evaluation reports and comments of the company shall be submitted to Shenzhen Stock Exchange and regulatory authorities within four months after the end of each fiscal year, while at the same time disclosing the company's annual report. | Article 67 When the Company discloses annual reports, it  shall also disclose internal control self-assessment report and internal control audit report (if any) on the China Securities Regulatory Commission designated website. |

The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

XVI. Reviewed and approved the " Resolutions reviewed by the special committees of the Board"

The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

IX. Reviewed and approved the "Resolution on the salary appraisal for the company executives in 2012"

The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

XVIII. Reviewed and approved the "Resolution on the company's holding subsidiary Taishan Gypsum Co., Ltd. investment in Haiyan County, Zhejiang Province the project of the construction of comprehensive utilization of industrial by-product gypsum production line with annual output of 30 million square meters and supporting light steel keel production line with an annual output of 5,000 tons".".

Details will be announced separately.

The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

XIX. Reviewed and approved the "Resolution on the company's holding subsidiary Taishan Gypsum Co., Ltd. investment in Weihai City, Shandong Province the project of the construction of comprehensive utilization of industrial by-product gypsum production line with annual output of 40 million square meters".

Details will be announced separately.

The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

XX. Reviewed and approved the "Resolution on the company's holding subsidiary Taishan Gypsum Co., Ltd. investment in Xuancheng City, Anhui Province the project of the construction of comprehensive utilization of industrial by-product gypsum production line with annual output of 50 million square meters".

Details will be announced separately.

The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

XXI. Reviewed and approved the "Resolution on the adjustment of the company's investment".

Details will be announced separately.

The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

XXII. Reviewed and approved the "Resolution about the future of science and technology city "three new" project comprehensive research building of industrial R & D center"

Details will be announced separately.

The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

XXIII. Reviewed and approved the "Internal control self-assessment report".

See the detailed content of the resolution in the "Internal Control Self-assessment Report" published on March 14, 2013 on the Cninfo website (http://www.cninfo.com.cn).

The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

XXIV. Reviewed and approved the "Resolution about holding 2012 Annual General Meeting of Shareholders".

Shareholders' meeting time to be further noticed.

The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

We hereby make the announcement.

Beijing New Building Materials Public Limited Company
Board of Directors
March 12, 2013

BNBMPLC0004839