Stock ID: BNBM   Stock Code: 000786   Announcement Number: 2013-017

# Beijing New Building Materials Public Limited Company Announcement of the resolutions of the 3rd Interim Meeting of the 5th Session of the Board of Directors

**The company and all members of Board of Directors guarantee that report is faithful, accurate and complete, without false representation, misleading statement or major omission.**

Beijing New Building Materials Co., Ltd. (hereinafter referred to as the "Company"), 3rd interim meeting of 5th Board of director on October 28, 2013 morning, the meeting notice by e-mail on October 24, 2013, the meeting fax (including direct service and e-mail) to vote. All nine directors participated in the vote, which was in line with the laws and regulations and the provisions of the normative documents. Upon review, the meeting has passed the following resolutions:

I. Reviewed and approved the "Resolution on the company 2013 3rd quarter report"

The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

II. Reviewed and approved the "Resolution on the company's holding subsidiary Taishan Gypsum Co., Ltd. investment in Baiyin City, Gansu Province the project of the construction of comprehensive utilization of industrial by-product gypsum production line with annual output of 30 million square meters".

According to the company's development strategy and the National Gypsum board industrial base construction plan, the company agreed to a subsidiary of Taishan Gypsum Co., Ltd. invested in Baiyin City, Gansu Province, the construction of a comprehensive utilization of industrial by-product gypsum annual output of 30 million square meters of gypsum board production line.

The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

III. Reviewed and approved the "Resolution on the company's holding subsidiary Taishan Gypsum Co., Ltd. investment in Jiyuan City, Henan Province the project of the construction of comprehensive utilization of industrial by-product gypsum production line with annual output of 50 million square meters".

According to the company's development strategy and the National

MTD Exhibit #258

BNBMPLC0004848

Gypsum board industrial base construction plan, the company agreed to a subsidiary of Taishan Gypsum Co., Ltd. invested in Jiyuan City, Henan Province, the construction of a comprehensive utilization of industrial by-product gypsum annual output of 50 million square meters of gypsum board production line.

The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

IV. Reviewed and approved the "Resolutions reviewed by the special committee of the Board"

The Audit Committee Reviewed and approved the "Resolution about 2013 company annual audit agency change" and "Resolution on the company 2013 3rd quarter financial report" and agreed to submit to the Board for consideration.

The Strategy Committee Reviewed and approved the "holding subsidiary company Taishan Gypsum Co., Ltd. investment in the construction of Baiyin City, Gansu Province, comprehensive utilization of industrial by-product gypsum annual output of 30 million square meters of gypsum board production line Resolution project" and "holding subsidiary company Taishan Gypsum Co., Ltd. investment in Jiyuan City, Henan Province in comprehensive utilization of industrial by-product gypsum with annual output of 50 million square meters of gypsum board production line", and agreed to submit to the Board for consideration.

The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

V. Reviewed and approved the "Resolution on the company changing 2013 annual audit agency"

Agreed to change to appoint Baker Tilly International Accounting Firm (special general partner) as the company's 2013 annual financial audit institution and internal auditor.

This Resolution shall be submitted to the general meeting of shareholders for deliberation.

The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

VI. Reviewed and approved the "Resolution about convening 2013 First Interim General Meeting of Shareholders".

The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

We hereby make the announcement.

BNBMPLC0004849

Beijing New Building Materials<br>
Public Limited Company<br>
Board of Directors<br>
October 28, 2013

BNBMPLC0004850