Stock ID: BNBMPLC   Stock Code: 000786   Announcement Number: 2014-034

# Beijing New Building Materials Public Limited Company Announcement of the Resolutions of the Fifth Interim Meeting of the Fifth Session of the Board of Directors

**The company and all members of Board of Directors guarantee that report is faithful, accurate and complete, without false representation, misleading statement or major omission.**

Beijing New Building Materials Public Limited Company (hereinafter referred to as the "Company") at the fifth meeting of the Fifth Board of Fuxing Road, Haidian District, Beijing, the 17th China Sea Plaza, Building 2, 6th floor conference room on August 18, 2014 morning, notice of the meeting on August 8, 2014 by e-mail issue, the meeting should be attended by the directors of nine people, attend six directors Mr. Zhang Nailing, director of Miss Cui Lijun, independent Director Mr. Xu Jingchang because official was unable to attend the meeting, were commissioned by director Mr. Chen Yu, director Mr. Wang Bing, independent director Mr. Chen Shaoming attend and vote on his behalf, in line with "Company Law" and the relevant provisions of the "Articles of Association". The meeting was chaired by the chairman Mr. Wang Bing, with the supervisors and senior executives attending the meeting. Upon review, the meeting has passed the following resolutions:

I. Reviewed and approved 2014 Half Year Report and Summary

The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

II. Reviewed and approved the "Resolution on the company to invest in the construction of Hunan Wangcheng annual utilization of industrial by-product gypsum plaster board 30 million square meters of production lines and an annual output of 5,000 tons of light steel keel production line project."

According to the company's development strategy and the national gypsum board industry base construction plan, the company agreed to invest in the construction of a city in Hunan Wang comprehensive utilization of industrial by-product gypsum annual output of 30 million square meters of gypsum board production line and supporting an annual output of 5,000 tons of light steel keel production line.

The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

III. Reviewed and approved the "Resolution on the company to invest in Laibin, Guangxi for the construction of utilization of industrial by-product

MTD Exhibit #259

BNBMPLC0004925

gypsum plaster board 40 million square meters of production lines.

According to the company's development strategy and the National Gypsum board industrial base construction plan, agreed to Taishan Gypsum Co., a subsidiary of the company to invest in the comprehensive utilization of industrial by-product gypsum annual output of 40 million square meters of gypsum board production line project in Guangxi Laibin.

The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

IV. Reviewed and approved the "Resolution on Taishan Gypsum Co., a subsidiary of the company to invest in the construction of Hubei Xiangyang annual utilization of industrial by-product gypsum and 40 million square meters of gypsum board production line project."

According to the company's development strategy and the National Gypsum board industrial base construction plan, agreed to Taishan Gypsum Co., a subsidiary of the company to invest in the comprehensive utilization of industrial by-product gypsum annual output of 40 million square meters of gypsum board production line project in Hubei Xiangyang.

The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

V. Reviewed and approved the "Resolution on special committee of the Board to consider the matter"

The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

We hereby make the announcement.

Beijing New Building Materials Public Limited Company
Board of Directors
August 18, 2014

BNBMPLC0004926