<u>Translation of BNBMPLC-E-0001339-1353</u>

**Beijing New Building Materials Public Limited Company**

**The 10th Meeting of the Fourth Session of the Supervising Committee**

**Meeting Document**

March 16th, 2012

…

BNBMPLC-E-0001347

Appendix: BNBMPLC Internal Control Self-evaluation Report

…

BNBMPLC-E-1351-52

## II. Critical Control Activities

(I)     **Table of Controlling Structure and Shareholding Ratios in the Subsidiaries**

| Names of subsidiaries /(wholly-owned) subsidiaries | Shareholding ratio | Relationship with the Company |
|---|---|---|
| … | | |
| Taishan Gypsum Co., Ltd. | 65.00% | Subsidiary |
| … | | |

(II)     **Self-evaluation Information on Critical Control Activities**

1. Management control of the subsidiaries. The Company conducted dynamic supervision and business operation analysis through the measures requiring subsidiaries to timely report important documents such as the board meeting resolutions and general meeting resolutions as well as to regularly submit financial statements; at the same time, the Company focused on the enhanced control of subsidiaries' activities such as related party transactions, external guarantees, major investments, and information disclosure; furthermore, the Company clarified the responsibility and limitation of authority of those personnel assigned to the subsidiaries such as the board directors, supervisors, and important high level management personnel, and strengthened the participation into the subsidiaries' management decision-making through assigning board directors, supervisors

MTD Exhibit #260

B: 7/8/15-7/11/15
Exhibit 118

and high level management, strengthened the exercising of shareholder's rights, expressed the Company's positions, and effectively protected the Company's interests.

…

**BNBMPLC-E-0001353**

…

2. The Company will follow the requirements in the "Internal Control Guidelines for Listed Companies," further strengthen the internal environment, goal setting, event identification, risk assessment, risk management strategy, control activities, information communication, inspection, supervision, urging, and other control system construction measures, to enhance the hierarchy, systematization and effectiveness of internal control.

…

Beijing New Building Material Public Limited Company

Board of Directors

March 16th, 2012

Ï»¿Beixinjituan building materials limited liability company

The Beijing New Building Materials Public Limited Company fourth session of board of
supervisors tenth conference conference document

On March 16, 2012 item of record

01. The fourth session of board of supervisors tenth summit agenda 02. Bill one: "In
2011 Annual report" and "in 2011 Annual report Abstract"

03. Bill two: 2011 year board of supervisors work report 04. Bill three: Internal
control self-evaluation report

05. The fourth board of supervisors tenth conference resolution (rough draft) prompts
specially: This conference's related resolution and annual report will announce on
March 20, before then, please give the security.
The Beixinjituan building materials limited liability company fourth session of board
of supervisors tenth summit agenda

Time: On March 16, 2012 afternoon 15:00 place: Chinese building materials building 16
conference room directors: Cao Jianglin attendant: The company fourth session of board
of supervisors member content:

First, considers "in 2011 Annual report" and "in 2011 Annual report Abstract" (sees
bill one);
Second, considers "2011 Year Board of supervisors Work report" (sees bill two);
Third, considers "Internal control Self-Evaluation report" (sees bill three).

Beixinjituan Building materials limited liability company Board of supervisors

On March 16, 2012 the Beixinjituan building materials limited liability company was
secret*

Fourth board of supervisors tenth conference bill of document one

In 2011 annual report and in 2011 annual report abstract

Fellow supervisors:
The Beixinjituan building materials limited liability company in 2011 the annual report
and in 2011 the annual report abstract has established to finish, reported and actual
content of report abstract for details sees the appendix.

Asked fellow supervisors to consider.

Beixinjituan Building materials limited liability company Board of supervisors

On March 16, 2012 the Beixinjituan building materials limited liability company was
secret*

Fourth board of supervisors tenth conference bill of document two

2011 year board of supervisors work report

Fellow supervisors:

2011 year, company board of supervisors strict according to "Law of corporation",
"Articles of incorporation", "Board of supervisors Procedure rule" and so on
stipulation of laws and regulation, conscientiously carries out the board of
supervisors responsibility, participated in the discussion of company major decision
item, has considered the periodic report of company, to the shareholder congress and
board of directors's convention procedure and decision-making procedure, the board of
directors to the general meeting of shareholders resolution's operational practice,
company higher managements' execution duty and company control system operational
practice and so on had monitored, has maintained the company and shareholder's
legitimate rights and interests.
First, in the board of supervisors working condition current period, the company board

of supervisors held four conferences.

(1) The fourth board of supervisors eighth conference

This conference convened in March 17, 2011, passed the following bill: (1) "in 2010 Annual report And in 2010 Annual report Abstract"; (2) "2010 Year Board of supervisors Work report"; (3) "Internal control Self-Evaluation report". Resolution announcement publication in March 19, 2011 "China Negotiable securities", "Negotiable securities Times", "Shanghai Negotiable securities" and "Negotiable securities Daily" on.
(2) The fourth board of supervisors temporary conference conference convened in April 26, 2011, passed "in 2011 In the first quarter Report".
(3) The fourth board of supervisors ninth conference conference convened in August 18, 2011, passed "in 2011 Semi-annual Report" and "in 2011 Semi-annual Report Abstract". Resolution announcement publication in August 20, 2011 "China Negotiable securities", "Negotiable securities Times", "Shanghai Negotiable securities" and "Negotiable securities Daily" on.
(4) The fourth board of supervisors temporary conference conference convened in October 25, 2011, passed "in 2011 In the third quarter Report".
Second, board of supervisors in company related item independent view (1) legally operation to current period

In the current period, the company strictly according to "Law of corporation", "Articles of incorporation", "Shenzhen securities exchange Share Rule" and so on request of the laws and regulation and regulatory document, has further consummated the legal entity management structure, has established and improved the internal control system, the management and standard operation, the decision-making procedure gathers the gauge legally legitimately, had not discovered that the director of corporations and management level when administrating the company officiate has to violate the legal, laws, the articles of incorporation or the harm company benefit behavior.

(2) Inspection corporate finance situation

The company 2011 annual report audits after Beijing Xinghua accounting firm limited liability company, and has written up the report of audit of standard non-reservations for the company, accurately has reflected the financial situation and management performance in company.

(3) The company purchases, sell equity transaction

In the current period, the company purchases, the sell equity transaction reasonable price, has not discovered the inside story transaction, the non-harm shareholder rights or cause the company asset outflow the behavior.

(4) Connection transaction

The connection transaction is conducted according to the fair and just price, has not infringed the listed company benefit.

(5) Board of supervisors to scrutinization opinion of internal control self-evaluation report

The company board of supervisors has scrutinized the board of directors in 2011 "Company Internal control Self-Evaluation report", and expresses the opinion are as follows on this report:
1st, company acts according to the China Securities Regulatory Commission and concerned requirements of shenzhen securities exchange, follows the internal control the basic principle, unifies own actual situation, has established and improved the internal control system, had guaranteed the company operative activity's normal order carried on, has safeguarded the company property security.
2nd, in 2011, the company has not violated shenzhen securities exchange "Listed company Internal control Direction" and occurrence of company "Internal control System" situation.
3rd, company "Internal control Self-Evaluation report" to the company internal control's organizational structure, the internal control system's establishing and improving situation, establishments and personnel of equipment and working condition management audit department, in 2011 the company established the important work and

result as well as key control that and consummation internal control carried out and
other contents of aspects has made the detailed self-examination and appraisal,
conforms to the objective evaluation of company internal control present situation.
Asked fellow supervisors to consider.
Beixinjituan Building materials limited liability company Board of supervisors

On March 16, 2012 the Beixinjituan building materials limited liability company was
secret*

Fourth board of supervisors tenth conference bill of document three

Internal control self-evaluation report

Fellow supervisors:
The company board of directors according to shenzhen securities exchange "Listed
company Internal control Direction", "about Completing Listed company in 2011 Annual
report Disclosure Work's Notice" and so on concerning requirements, to establishing and
improving, effective operation of as well as key attention's company internal control
system control and other aspects had carried on the self-examination and appraisal, has
made "Internal control Self-Evaluation report" (sees appendix). As the northern new
building materials supervisor, our report expresses the opinion are as follows:

1st, company acts according to the China Securities Regulatory Commission and concerned
requirements of shenzhen securities exchange, follows the internal control the basic
principle, unifies own actual situation, has established and improved the internal
control system, had guaranteed the company operative activity's normal order carried
on, has safeguarded the company property security.

2nd, in 2011, the company has not violated shenzhen securities exchange "Listed company
Internal control Direction" and occurrence of company "Internal control System"
situation.

3rd, company "Internal control Self-Evaluation report" to the company internal
control's organizational structure, the internal control system's establishing and
improving situation, establishments and personnel of equipment and working condition
management audit department, in 2011 the company established the important work and
result as well as key control that and consummation internal control carried out and
other contents of aspects has made the detailed self-examination and appraisal,
conforms to the objective evaluation of company internal control present situation.

Asked fellow supervisors to consider.

Beixinjituan building materials limited liability company

Board of supervisors on March 16, 2012

Appendix:

Beixinjituan building materials limited liability company

The internal control self-evaluation report to observe other state laws, laws, rules
and regulations and relevant provisions well, raises benefit and efficiency that the
company manages, safeguard company asset security, guaranteed company information
disclosure real and accurate, complete and fair, when the Beixinjituan building
materials limited liability company (hereafter refers to as Ã¢â‚¬Å"companyÃ¢â‚¬Â) from
being established, according to own management characteristic and location environment,
has set up the internal control system, and continually consummates in the execution
perfectly. Supervises the game and other supervisory departments to request according
to the China Securities Regulatory Commission and shenzhen securities exchange and
Beijing card, will be establishing in 2011 annual report process China, the company to
establishing and improving, effective operation of as well as key attention internal
control system control and other aspects had carried on the self-examination and
appraisal, will do on the spot the self-evaluation report are as follows.

First, summary

At present, the company was founded has conformed to the internal organizational
structure of modern enterprise system request, has formed science decision-making,
execution and supervising mechanism, company asset security, complete, the information
disclosure real and accurate, complete and fair, various management management activity
coordinations, orders and highly effective movement, various company items controlled
from the inside the system to obtain the comprehensive effective execution.

(1) Company internal control organizational structure

1st, the shareholder congress is company's capability mechanism, performs the following
authority: Decides company's operational policy and capital spending plan; The election
and replacement not by the trustee and supervisor who staff representative holds the
post, the decision concerned trustee and supervisor's reward item; The deliberation
authorization board of directors reported that board of supervisors reported that the
annual financial statement budget formulation and final accounts plan and appropriation
of profit plan and makes up for the loss plan; Increases or reduced registered capital
to the company makes the resolution and so on.

2nd, company board of directors is company's policy--making organ, is responsible for
the general meeting of shareholders, performs the following authority: Carries out the
general meeting of shareholders resolution;
The making annual financial statement budget formulation and final accounts plan and
appropriation of profit plan and makes up for the loss plan; Nominates the trustee
candidate; Appoints or dismisses the management; Making company basic management system
and so on.
3rd, company board of supervisors is company's cognizant agency, is responsible for the
general meeting of shareholders, performs the following authority: Carries on to verify
and propose written audit opinion to the company periodic report; Inspection corporate
finance; Carry out the company duty's behavior to monitor to the trustees and higher
managements and so on.
4th, under company board of directors sets up the strategic committee, the court of
auditor, the nomination committee and salary and inspection committee four specialized
committees, the primary interest is: Carry on to study and put forward the proposal to
the company long-term developmental strategy and significant investment decision-
making; Be responsible for the communication, inspector general and the investigation
company internal and external audit works; And executives' the candidate to the
director of corporations and selection criteria and procedure carry on to choose and
put forward the proposal; The formulation director of corporations and assessment
criteria of executives and carries on the inspection, the examination director of
corporations and salary policy and plan of executives and so on. The company has three
independent directors, has been the members of above four specialized committees
separately, occupies many in the court of auditor, the nomination committee, salary and
inspection committee and is director.
5th, the company management is company's implementing agency, is responsible for the
daily production operational management work of company, is appointed by the board of
directors. Various company internal services department, functional departments and
holding subsidiary company in various production and operating activities link
implementation concrete production operation services.
(2) The company internal control system has established and improved the situation
company since going on the market, strictly according to "Law of corporation",
"Securities law" and so on request of relevant laws and regulations, continually
consummates the corporate legal person management structure, establishes and improves
the internal control system, enhances the company to operate the transparency,
comprehensively promotes the company to govern the level. At present, the company in
corporate management and information had disclosed that the financial control, the
production operation and administrative personnel management and other aspects
established have controlled from the inside the system, and obtained the effective
execution. The company main internal control system is as follows.
1st, corporate management controls from the inside system company continually to
consummate the corporate management structure, had guaranteed the board of directors,
board of supervisors and general meeting of shareholders and other organization of the
legitimate operations and macro-scientifics policy-making, have cultivated the good
spirit of enterprise and internal control culture, created the whole body of workers
fully to understand and carry out the responsibility the environment. The company
formulates "General meeting of shareholders Procedure rule", "Board of directors
Procedure rule", "Board of supervisors Procedure rule", "Independent director system",

"General manager Operating instruction", "Board of directors Secretary Operating instruction", "Board of directors Strategy Committee Operating instruction", "Board of directors Court of auditor Operating instruction", "Board of directors Nomination committee Operating instruction", "Board of directors Salary Inspection Committee Operating instruction", "Board of directors Court of auditor Annual report Service regulations", "Independent director Annual report Work routine", "Internal control System", "Management audit System" and so on.

2nd, information disclosed that controlled from the inside system company to formulate "Information Disclosure Business management System" and "Significant Information Internal report System", the board of directors secretaries and boards of directors can learn about various company kind of information promptly and, accurately, completely and promptly the foreign disclosure; The company has formulated "Annual report Information Disclosure Significant Mistake Responsibility investigation and affixation system", further strengthened the authenticity, accuracy, integrity and timeliness information disclosure; The company has formulated "Insider information Insider Control system" and "Foreign Information Sending And Use Control system", further standard company's insider information administrative action, strengthened the supervisory work of the insider information security and extraneous information commuter.

3rd, financial control controls from the inside system company to act according to "People's Republic of China Fiscal law", "Business accounting Criterion", "Internal control Standard" and other laws and regulations, has established the strict accountant internal control system, has formulated the corresponding financial management system, "Accounting System", "Loan And Guarantee Policing method", "Monetary fund Policing method", "Accountant Records management Means", "Finance Seal Policing method", "Business expense Standard with Reimbursing Stipulation", "Finance department Expense Reimburses Stipulation", "Receipt Management Executive regulation", "Northern New Building materials Other towns Subsidiary company/Wholly-owned Business management Flow","Accounting Handbook", "Financial report System", "Fund Project management Means" and "Bank account Outstanding entry Policing method" and so on controlled from the inside the system. In the affairs personnel post establishment, the company according to the principle establishment post of not accommodating duty separation, simultaneously defines various post responsibilities and jurisdictions strictly mutually.

The above various systems are clear about the request corporate finance personnel strictly to abide by the law country's and laws, conducts the financial control and accounting according to law and implements the accounting control, meanwhile, defines the corporate finance personnel's post responsibility and ensure the interior involves the accountancy the power and responsibility among various posts distinct, to restrict, the relations of mutual supervision mutually; Had the strengthened corporate finance to supervise and strengthen the investment and property management, effectively reduced the operational risk, improved the company riding quality and efficiency.

4th, production operation controls from the inside system company to act according to company own profession characteristic and production and operating activities content, has formulated various business management rules and regulations, the operational procedure and post handbook, and aimed at each risk point to formulate the essential control procedure, "Product quality management System", "Production safety management System", "Device management System", "Acquisition of materials Policing method", "Provisioning Control system", "Burnt Material Production control by norms System" including "Production management System", "Power Energy management System", "Gauge work Control system", "Technical transformation Control system", "Environmental protection Control system", "Production Site management System", "Infrastructure project Operation System", "Job location Security And Civilized Construct control System", "Product And Commodity Leaving the plant Control system", "Production and sale Dispatch Conference System", "Sales personnel Policing method Stationed abroad", "Sales contract Policing method", "User Suit Policing method", "Intellectual property management System", "Business secret Control system", "Registered trademark Policing method", "Intellectual property management Department Various Posts Responsibility", "Contract management Means" and so on controlled from the inside the system.

5th, administrative human affairs controlled from the inside system company to establish employment of science, to be on leave and resign, training, retirement and salary computation with providing, the social security payment and other personnel systems, and has limited various department and post's goal, responsibility and jurisdiction explicitly, has established the corresponding authorization, inspection and progressive accountability system, "Labor contract Executive regulation", "Human affairs And Appointing and dismissing Control system", "Employment advertize Management Tentative method", "Staff Trained Control system" "about Unit Interior Awaiting job

assignment's Administrative provisions" including "Seal And Introduction letter
Policing method", "Salary Control system", "about the middle managementThe personnel
implement yearly salary system tentative method", "Staff Probation period Inspection
Tentative method", "Staff Rewards and punishment Bylaws for the Implementation of the
Regulations", "Staff Paid Annual vacation Tentative method", "Staff Invites Leave
Control system", "Practice Management Temporary provisions", "Legal person Is
authorized Mandatory administration Means" "about Injury on job First diagnosis And
Treatment Stipulation", "Contract Special-purpose Chapter of Control system", "Contract
Taiwan Account Control system", "Contract Examination And Countersigning System",
"Department Scope of official duty", "Annual vacation Executive regulation", "Foreign
affair Administrative provisions" and so on controlled from the inside the system.
(3) Establishments and personnel of equipment and working condition company company
management audit department is equipped with the independent internal ministry of
audit, has formulated "Management audit System". Internal ministry of audit is
responsible for the board of directors, independence undertakes the supervision to
inspect the internal control system operational practice and appraisal internal control
validity, to propose that the consummation internal control and corrects wrong
shortcoming the suggestion and other work.
At present, the company internal ministry of audit has provided 10 professional
auditors. The work that internal ministry of audit does mainly includes: Under the
state law, laws and concerned requirements, carry on the management audit supervision
to the company subdivisions, subsidiary company and subsidiary company financial
revenue and expenditure and internal operation; Carries on the verification supervision
to the company project construction earlier period, intermediate and later period
capital expenditure, by active control project construction cost; Carry on to appraise
and propose the improvement suggest to the risk management, the internal control and
government process that operates by the standard enterprise, reduces the operational
risk.
(4) In 2011 the company establishes in the important work and result 1, current period
that and consummation internal control carries out, the company board of directors
supervised the game and other supervisory department requests to formulate or revise
"Insider information Insider Control system" according to the China Securities
Regulatory Commission and Beijing card, "Board of directors Secretary Operating
instruction", "Collects Fund management method", "Connection Subject Means", "Foreign
Guarantee Policing method", "Standard And Connection Side Money exchange Control
system", was further perfect and perfect company's management structure and controls
from the inside the system. The company controlled from the inside system establishing
and improving the production operation to company to have very big supervision, control
and characteristics, safeguarded the company the scientific style and democratization
of normalization and decision-making of management and operation powerfully.
2nd, in current period, the company according to China Securities Regulatory Commission
"about Completing in 2010 Annual report Establishment, Disclosure And Audit work's
Notice" (Securities Supervisory Association announced that the [2010]37 number), the
Beijing card supervises bureau "about Completing Beijing Area of jurisdiction Listed
company in 2010 Annual report Work Notice" (Beijing Card Company sends the [2011]12
number) (to hereafter refer to as Ã¢â‚¬Å"NoticeÃ¢â‚¬Â) request, the earnest
organization develops the listed company periodic report to announce that previous in
30th, achievement gave advance notice and achievement bulletin announced previous in
other 10th as well as significant events disclosed during, and so on the sensitive time
bought and sold the company stock situation self-examination work. To implement and
realize this work earnestly, the company draws up the work plan to arrange, has
retransmitted the related document to the directors of corporations, supervisors and
management personnel, organization all trustees, supervisors and management personnel
has carried on earnestly to the related document study, and has started the
comprehensive thorough self-examination work.
After self-examination, various relevant systems of company strict under the request
formulation of relevant law, laws and regulatory document, bought and sold company
stock and other contents to carry on the strict stipulation in the sensitive time to
the directors of corporations, supervisors and higher managements, established the
corresponding responsibility to investigate mechanism. At the same time, directors of
corporations, supervisors and higher managements buy and sell this company stock
according to various regulations strictly, never presents the use company insider
information contrary business company stock as well as buys and sells the company stock
in the sensitive time the unlawful practices.
Second, the key control moves (1) holding subsidiary company control structure and
ownership percentage table holding (capitalization) north subsidiary company name

ownership percentage and company relations models the limited company 55.00% holding
subsidiary company Beijing new material hatchibator limited company 60.00% holding
subsidiary company Taishan gypsum limited liability companies newly-built 65.00%

Holding subsidiary company

Northern new house limited company

82.50%

Holding subsidiary company

Gucheng northern new building materials limited company

85.00%

Holding subsidiary company

Suzhou northern new building materials limited company

100.00%

Wholly-owned

Suzhou northern new asbestos board limited company

100.00%

Wholly-owned

Taicang northern new building materials limited company

100.00% wholly-owned Ningbo northern new building materials limited company 100.00%

Wholly-owned

Zhaoqing northern new building materials limited company

100.00%

Wholly-owned

Hubei northern new building materials limited company

100.00%

Wholly-owned

Quang'an northern new building materials limited company

100.00%

Wholly-owned

Beijing East Union invests the limited company

100.00% wholly-owned Pingyi northern new building materials limited company 100.00%
wholly-owned northern new house industry limited company 100.00% wholly-owned Zhenjiang
northern new building materials limited company 100.00% wholly-owned Xingxiang northern
new building materials limited company 100.00% wholly-owned Huainan northern new
building materials limited company 100.00% wholly-owned Beijing northern in new early
morning dragon decoration work limited company 100.00% wholly-owneds building materials
S&T innovation research institute limited company 100.00% wholly-owned (2) key control
self-examination situations 1, supervisory control to holding subsidiary company.
The company through the request holding subsidiary company prompt sending board of
directors resolution, the general meeting of shareholders resolution and so on

important document, regular reporting financial reporting and other measures, carries on the dynamic monitoring and operating condition analysis to it; At the same time, the company mainly strengthened to holding subsidiary company connection transaction, foreign guarantee, significant investment, information disclosure and other activity of the controls; Moreover, the company has been clear to the holding subsidiary company assignment trustees, supervisors and important higher managements' responsibility jurisdiction, and through sending out the trustee, supervisor and management strengthened the participation of antithetical couplet company management decision, strengthened exertion of stockholder's right, expressed the company to advocate that effectively has maintained the company interests.

2nd, internal control of connection transaction.
The company according to "Shenzhen Stock Exchange Share Rule" and so on stipulation of relevant laws and regulations, "Connection Subject Means", "Standard And Connection Side Money exchange's Control system" and other in the standards divided the shareholder congress and board of directors to being connected transaction item the examination jurisdiction in "Articles of incorporation" explicitly, has stipulated the connection transaction item deliberation procedure and evasion vote request; When the deliberation needs the connection transaction item that the independent director approved in anticipation, before the company carries on to settle the related material submission independent director promptly, approves; The company when the deliberation connection transaction item, achieved: (1) detailed understanding transaction target real situation; (2) the detailed understanding trades the opposite party good faith record, credit status, honoring an agreement ability and other situations; (3) according to full fixed price basis determination bargain price; (4) when follows "Shenzhen Stock Exchange Share Rule" request as well as the company think to have the necessity, the invitation facilitating agency to the transaction target carries on the audit or the appraisal.

3rd, internal control of foreign guarantee.
The company, China Securities Regulatory Commission "Guarantees Behavior Notice about Standard Listed company according to "Shenzhen Stock Exchange Share Rule" Outward" (card supervises the round of character [2005]120 number) and so on stipulation of relevant laws and regulations, "Foreign Guarantee Policing method" and other in the standards has been clear about the general meeting of shareholders and board of directors in "Articles of incorporation" about the foreign guarantee item examination jurisdiction; The independent trustee considers the foreign guarantee item when the board of directors have expressed the independent view; After debt maturity of corporate guarantee, must postpone and must continue to provide the guarantee for it, the company takes it as the new foreign guarantee, has fulfilled the guarantee approval process.

4th, collects the internal control of fund use. The company was founded "Has collected Fund management method", to collecting fund memory, use, change, supervision and other contents carried on had clearly stipulated.

5th, significant investment internal control.
The company has been clear about the general meeting of shareholders and board of directors's examination jurisdiction in "Articles of incorporation" to the significant investment, has formulated the corresponding deliberation procedure; The company formed the investment evaluation group to take under the company board of directors strategy committee to set the operating mechanism, assisted the board of directors strategy board members to do the routine work; The company has assigned the specialized agency, is responsible for carried on to company significant investment project feasibility and other matters concerned studies specially and appraises, the execution progress of inspector general significant investment project.

6th, internal control of information disclosure.
The company has established "Insider information Insider Control system", has refined the content and scope of information disclosure, assigns the board of directors secretaries to issue for the company the key contact who outward information, has defined the significant information the significant information report responsible people of various scopes and contents as well as relevant government departments, and has been clear about the company and relevant information discloses volunteer's security duty and related security.

Third, in the key control question and reorganizes the plan

At present, the company has established and improved various items to control from the
inside the system, formed had the validity, integrity, importance and validity
compatibly, keeping in balance and so on essential feature more perfect controlling
from the inside system, good to cover the company to manage the management each
stratification plane, has guaranteed various management management activity
coordinations, orders and highly effective movement. But, controls from the inside the
project is a long-term dynamic project. Along with the enhancement of the rapid growth
and management requirement of change and service of external environment, the company
will advance the unceasing deepening of internal control work from now on continually,
guarantees the internal control work the long-term validity and completeness. The key
measure includes:

1st, company will unify the internal control construction the endurance, plans to
strengthen various units, departments and personnel's study and training target-
oriented, further raises the execution consciousness , to continue to improve the
relevant system system.

2nd, company will defer to "Listed company Internal control Direction" request, further
strengthens internal environment and goal hypothesis, item recognition, risk
assessment, risk countermeasure, control, information communication, inspection
supervision and other control system constructions, enhances the internal control the
hierarchical, systematic characteristic and validity.
Fourth, the company internal control self-appraisal conclusion company board of
directors thinks: The company according to "Law of corporation", "Securities law",
"Shenzhen securities exchange Share Rule", "Listed company Internal control Direction"
as well as "Articles of incorporation" and so on request of laws and regulation,
established and improved has taken the supervisory control to the holding subsidiary
company, is connected the internal control of the internal control and foreign
guarantee of transaction, to collect the internal control and significant investment of
fund use the internal control of internal control and information disclosure as the
core complete internal control system, has formed science decision-making, execution
and supervising mechanism, the company controlled from the inside the system to obtain
the effective execution, well observed the state law, laws and rules and regulations
and other relatedThe stipulation, raises the benefit and efficiency that the company
has managed, has safeguarded the company asset security, had guaranteed company
information disclosure real and accurate, complete and fair, various management
management activity coordinations, orders and highly effective movement.

In 2012, the company will defer to the enterprise internal control basic standard and
enterprise internal control necessary direction and other document requests , to
continue to establish and improve and enrich the consummation company's internal
control, enables it to obtain to implement and realize.

Beixinjituan building materials limited liability company

Board of directors on March 16, 2012

EMBED Word.Picture.8 PAGE PAGE 11

_1121685690.doc

--- Summary Information ---
1: 936 PID_TITLE:
PID_SUBJECT:
PID_AUTHOR: lwn PID_KEYWORDS:
PID_TEMPLATE: Normal PID_LASTAUTHOR: bnbm PID_REVNUMBER: 63 PID_APPNAME: Microsoft
Office Word PID_EDITTIME: Mon Jan 01 11:04: 00 CST 1601 PID_LASTPRINTED: Sat Feb 25
13:37: 00 CST 2012 PID_CREATE_DTM: Wed Mar 16 17:04: 00 CST 2011 PID_LASTSAVE_DTM: Sat
Feb 25 13:38: 00 CST 2012 PID_PAGECOUNT: 1 PID_WORDCOUNT: 1371 PID_CHARCOUNT: 7818
PID_SECURITY: 0

--- Document Summary Information ---
PID_CODEPAGE: 936 PID_COMPANY: bnbm PID_LINECOUNT: 65 PID_PARCOUNT: 18 17: 9171 23:
730895 PID_SCALE: false PID_LINKSDIRTY: false 19: false 22: false



北新集团建材股份有限公司

Beijing New Building Materials Public Limited Company

第四届监事会第十次会议

会议文件



2012 年 3 月 16 日

BNBMPLC-E-0001339

# 目　录

| |
|---|
| 01. 第四届监事会第十次会议议程 |
| 02. 议案一：《2011 年年度报告》及《2011 年年度报告摘要》 |
| 03. 议案二：2011 年度监事会工作报告 |
| 04. 议案三：内部控制自我评价报告 |
| 05. 第四届监事会第十次会议决议（草稿） |

特别提示：本次会议的相关决议和年报将于 3 月 20 日公告，在此之前，请予保密。

BNBMPLC-E-0001340

## 北新集团建材股份有限公司

## 第四届监事会第十次会议议程

**时间**：2012 年 3 月 16 日下午 15:00

**地点**：中国建材大厦十六层会议室

**主持人**：曹江林

**参加人**：公司第四届监事会成员

**内容**：

一、审议《2011 年年度报告》及《2011 年年度报告摘要》（见议案一）；

二、审议《2011 年度监事会工作报告》（见议案二）；

三、审议《内部控制自我评价报告》（见议案三）。

北新集团建材股份有限公司

监事会

2012 年 3 月 16 日

2

BNBMPLC-E-0001341

北新集团建材股份有限公司                                机密★

第四届监事会第十次会议文件之议案一


## 2011年年度报告及2011年年度报告摘要


各位监事：

    北新集团建材股份有限公司 2011 年年度报告及 2011 年年度报告摘要已编制完毕，报告及报告摘要的具体内容详见附件。

    请各位监事审议。




北新集团建材股份有限公司

监事会

2012 年 3 月 16 日


3

BNBMPLC-E-0001342

北新集团建材股份有限公司　　　　　　　　　　机密★

第四届监事会第十次会议文件之议案二

## 2011年度监事会工作报告

各位监事：

2011 年度，公司监事会严格按照《公司法》、《公司章程》、《监事会议事规则》等相关法律法规的规定，认真履行监事会职责，参与了公司重大决策事项的讨论，审议了公司的定期报告，对公司股东大会、董事会的召开程序、决策程序，董事会对股东大会决议的执行情况，公司高级管理人员的执行职务情况及公司管理制度执行情况等进行了监督，维护了公司及股东的合法权益。

### 一、监事会工作情况

报告期内，公司监事会召开了四次会议。

（一）第四届监事会第八次会议

该会议于 2011 年 3 月 17 日召开，审议通过了以下议案：(1)《2010 年年度报告及 2010 年年度报告摘要》；(2)《2010 年度监事会工作报告》；(3)《内部控制自我评价报告》。决议公告刊登在 2011 年 3 月 19 日的《中国证券报》、《证券时报》、《上海证券报》和《证券日报》上。

（二）第四届监事会临时会议

该会议于 2011 年 4 月 26 日召开，审议通过了《2011 年第一季度报告》。

（三）第四届监事会第九次会议

该会议于 2011 年 8 月 18 日召开，审议通过了《2011 年半年度报告》及《2011 年半年度报告摘要》。决议公告刊登在 2011 年 8 月 20 日的《中国证券报》、《证券时报》、《上海证券报》和《证券日报》上。

（四）第四届监事会临时会议

4

该会议于 2011 年 10 月 25 日召开，审议通过了《2011 年第三季度报告》。

**二、监事会对报告期内公司有关事项的独立意见**

（一）依法运作情况

报告期内，公司严格按照《公司法》、《公司章程》、《深圳证券交易所股票上市规则》等相关法律法规和规范性文件的要求，进一步完善了法人治理结构，建立健全了内部控制制度，依法经营、规范运作，决策程序合法合规，未发现公司董事及经营层在执行公司职务时有违反法律、法规、公司章程或损害公司利益的行为。

（二）检查公司财务情况

公司 2011 年度财务报告经北京兴华会计师事务所有限责任公司审计，并为公司出具了标准无保留意见的审计报告，真实地反映了公司的财务状况和经营成果。

（三）公司收购、出售资产交易情况

报告期内，公司收购、出售资产交易价格合理，没有发现内幕交易，无损害股东权益或造成公司资产流失的行为。

（四）关联交易情况

关联交易按照公允价格进行，没有损害上市公司利益。

（五）监事会对内部控制自我评价报告的审阅意见

公司监事会已经审阅董事会 2011 年《公司内部控制自我评价报告》，并就该报告发表意见如下：

1、公司根据中国证监会、深圳证券交易所的有关规定，遵循内部控制的基本原则，结合自身的实际情况，建立健全了内部控制制度，保证了公司经营活动的正常有序进行，保障了公司财产安全。

2、2011 年，公司没有违反深圳证券交易所《上市公司内部控制指引》及公司《内部控制制度》情形的发生。

3、公司《内部控制自我评价报告》对公司内部控制的组织架构，内部控制制度的建立健全情况，内部审计部门的设立、人员配备及工作情况，2011

BNBMPLC-E-0001344

年公司建立和完善内部控制所进行的重要工作和成效以及重点控制活动等几个方面的内容作了详细自查和评估，是符合公司内部控制现状的客观评价。

请各位监事审议。

北新集团建材股份有限公司

监事会

2012 年 3 月 16 日

BNBMPLC-E-0001345

北新集团建材股份有限公司　　　　　　　　　　　　机密★

第四届监事会第十次会议文件之议案三

## 内部控制自我评价报告

各位监事：

　　公司董事会根据深圳证券交易所《上市公司内部控制指引》、《关于做好上市公司 2011 年年度报告披露工作的通知》等有关规定，对公司内部控制制度的建立健全、有效运行以及重点关注的控制活动等方面进行了自查和评估，做出了《内部控制自我评价报告》（见附件）。作为北新建材监事，我们就该报告发表意见如下：

　　1、公司根据中国证监会、深圳证券交易所的有关规定，遵循内部控制的基本原则，结合自身的实际情况，建立健全了内部控制制度，保证了公司经营活动的正常有序进行，保障了公司财产安全。

　　2、2011 年，公司没有违反深圳证券交易所《上市公司内部控制指引》及公司《内部控制制度》情形的发生。

　　3、公司《内部控制自我评价报告》对公司内部控制的组织架构，内部控制制度的建立健全情况，内部审计部门的设立、人员配备及工作情况，2011年公司建立和完善内部控制所进行的重要工作和成效以及重点控制活动等几个方面的内容作了详细自查和评估，是符合公司内部控制现状的客观评价。

　　请各位监事审议。

北新集团建材股份有限公司

监事会

2012 年 3 月 16 日

BNBMPLC-E-0001346

附件：

## 北新集团建材股份有限公司
## 内部控制自我评价报告

为更好地遵守国家法律、法规、规章及其他相关规定，提高公司经营的效益及效率，保障公司资产的安全，确保公司信息披露的真实、准确、完整和公平，北新集团建材股份有限公司（以下简称"公司"）从成立之时起，根据自身经营特点和所处环境，建立了内部控制制度，并在执行中不断完善健全。按照中国证监会、深圳证券交易所、北京证监局等监管部门要求，在编制 2011 年年度报告过程中，公司对内部控制制度的建立健全、有效运行以及重点关注的控制活动等方面进行了自查和评估，现做出自我评价报告如下。

**一、综述**

目前，公司建立了符合现代企业制度要求的内部组织结构，形成了科学的决策、执行和监督机制，公司资产安全、完整，信息披露真实、准确、完整和公平，各项经营管理活动协调、有序、高效运行，公司各项内控制度已得到全面有效执行。

**（一）公司内部控制的组织架构**

1、公司股东大会是公司的权力机构，行使下列职权：决定公司的经营方针和投资计划；选举和更换非由职工代表担任的董事、监事，决定有关董事、监事的报酬事项；审议批准董事会报告、监事会报告、年度财务预算方案和决算方案、利润分配方案和弥补亏损方案；对公司增加或者减少注册资本作出决议等。

2、公司董事会是公司的决策机构，对股东大会负责，行使下列职权：执行股东大会决议；制订年度财务预算方案和决算方案、利润分配方案和弥补亏损方案；提名董事候选人；聘任或解聘高管；制订公司基本管理制度等。

3、公司监事会是公司的监督机构，对股东大会负责，行使下列职权：对公司定期报告进行审核并提出书面审核意见；检查公司财务；对董事、高级管理人员执行公司职务的行为进行监督等。

4、公司董事会下设战略委员会、审计委员会、提名委员会和薪酬与考核委员会四个专业委员会，主要职责为：对公司长期发展战略和重大投资决策

8

BNBMPLC-E-0001347

进行研究并提出建议；负责公司内、外部审计的沟通、监督和核查工作；对公司董事和经理人员的人选、选择标准和程序进行选择并提出建议；制定公司董事及经理人员的考核标准并进行考核，审查公司董事及经理人员的薪酬政策与方案等。公司现有三名独立董事，分别担任了上述四个专业委员会的成员，在审计委员会、提名委员会、薪酬与考核委员会中占多数并担任主任委员。

5、公司管理层是公司的执行机构，负责公司的日常生产经营管理工作，由董事会聘任。公司内部各事业部、职能部门和控股子公司在生产经营活动各环节实施具体生产经营业务。

### （二）公司内部控制制度建立健全情况

公司自上市以来，严格按照《公司法》、《证券法》等有关法律法规的要求，不断完善公司法人治理结构，建立健全内部控制制度，提高公司运营透明度，全面提升公司治理水平。目前，公司已在法人治理、信息披露、财务管理、生产经营、行政人事管理等各方面建立了内控制度，并已得到有效执行。公司主要内部控制制度如下。

#### 1、法人治理内控制度

公司不断完善公司治理结构，确保了董事会、监事会和股东大会等机构的合法运作和科学决策，培育了良好的企业精神和内部控制文化，创造了全体职工充分了解并履行职责的环境。公司制定有《股东大会议事规则》、《董事会议事规则》、《监事会议事规则》、《独立董事制度》、《总经理工作细则》、《董事会秘书工作细则》、《董事会战略委员会工作细则》、《董事会审计委员会工作细则》、《董事会提名委员会工作细则》、《董事会薪酬考核委员会工作细则》、《董事会审计委员会年报工作规程》、《独立董事年报工作制度》、《内部控制制度》、《内部审计制度》等。

#### 2、信息披露内控制度

公司制定了《信息披露事务管理制度》和《重大信息内部报告制度》，董事会秘书和董事会能及时知悉公司各类信息并真实、准确、完整、及时地对外披露；公司制定了《年报信息披露重大差错责任追究制度》，进一步增强了信息披露的真实性、准确性、完整性及及时性；公司制定了《内幕信息知情人管理制度》和《对外信息报送和使用管理制度》，进一步规范了公司的内幕信息管理行为，加强了内幕信息保密和外部信息使用人的管理工作。

BNBMPLC-E-0001348

### 3、财务管理内控制度

公司根据《中华人民共和国会计法》、《企业会计准则》、《内部控制规范》等法律法规，建立了严密的会计内部控制系统，制定了相应的财务管理制度，《会计核算制度》、《借款及担保管理办法》、《货币资金管理办法》、《会计档案管理办法》、《财务印章管理办法》、《业务费用标准与报销规定》、《财务部门费用报销规定》、《发票管理实施细则》、《北新建材外埠分公司/全资子公司业务管理流程》、《会计核算手册》、《财务报告制度》、《资金计划管理办法》和《银行账户未达账项管理办法》等内控制度。在财务人员岗位设置上，公司严格按照不相容职务相互分离的原则设置岗位，同时明确各岗位职责和权限。

以上各项制度明确要求公司财务人员严格遵守国家的法律和法规，依法进行财务管理、会计核算和实行会计监督，同时，明确公司财务人员的岗位职责，保证内部涉及会计工作的各岗位间的权责分明、相互约束、相互监督的关系；起到了强化公司财务监督、加强投资和资产的管理力度，有效降低运营风险，提高公司运行质量和效率。

### 4、生产经营内控制度

公司根据公司自身行业特点及生产经营活动内容，制定了各项业务管理规章、操作流程和岗位手册，并针对各个风险点制定了必要的控制程序，包括《生产管理制度》、《产品质量管理制度》、《安全生产管理制度》、《设备管理制度》、《物资采购管理办法》、《物资供应管理制度》、《原燃材料定额管理制度》、《动力能源管理制度》、《计量工作管理制度》、《技术改造管理制度》、《环境保护管理制度》、《生产现场管理制度》、《基建工程项目运作制度》、《施工现场安全和文明施工管理制度》、《产品、物资出厂管理制度》、《产、供、销调度会议制度》、《驻外销售人员管理办法》、《销售合同管理办法》、《用户投诉管理办法》、《知识产权管理制度》、《商业秘密管理制度》、《注册商标管理制度》、《知识产权管理部门各岗位职责》、《合同管理办法》等内控制度。

### 5、行政人事内控制度

公司建立了科学的聘用、请休假、辞退、培训、退休、薪酬计算与发放、社会保险缴纳等劳动人事制度，并明确界定了各部门、岗位的目标、职责和权限，建立了相应的授权、检查和逐级问责制度，包括《印章及介绍信管理办

BNBMPLC-E-0001349

法》、《劳动合同实施细则》、《关于单位内部待岗的管理规定》、《人事
及其任免管理制度》、《招聘管理暂行办法》、《员工培训管理制度》、《薪
酬管理制度》、《关于中层管理人员实行年薪制暂行办法》、《员工试用期
考核暂行办法》、《员工奖惩条例实施细则》、《员工带薪年休假暂行办法》、
《员工请休假管理制度》、《关于工伤初诊及救治的规定》、《实习管理暂
行规定》、《法人授权委托管理办法》、《合同专用章管理制度》、《合同
台帐管理制度》、《合同审批、会签制度》、《部门职责范围》、《年休假
实施细则》、《外事工作管理规定》等内控制度。

（三）公司内部审计部门的设立、人员配备及工作情况

公司设有独立的内部审计部，制定了《内部审计制度》。内部审计部对董
事会负责，独立承担监督检查内部控制制度执行情况、评价内部控制有效性、
提出完善内部控制和纠正错弊的建议等工作。

目前，公司内部审计部配备了 10 名专职审计人员。内部审计部开展的工
作主要包括：依照国家法律、法规及有关规定，对公司所属各部门、分公司、
子公司的财务收支和内部运营进行内部审计监督；对公司项目建设前、中、
后期资金支出进行审核监督，以有效控制项目建设成本；对风险管理、内部
控制和治理过程进行评价并提出改进建议，以规范企业运作，降低经营风险。

（四）2011 年公司建立和完善内部控制所进行的重要工作及成效

1、报告期内，公司董事会按照中国证监会、北京证监局等监管部门要求
制定或修改了《内幕信息知情人管理制度》、《董事会秘书工作细则》、《募集
资金管理办法》、《关联交易管理办法》、《对外担保管理办法》、《规范与关联
方资金往来的管理制度》，进一步健全和完善公司的治理结构和内控体系。公
司内控制度的建立健全对公司的生产经营起到了很大的监督、控制和指导作
用，有力地保障了公司经营管理的正常化和决策的科学化、民主化。

2、报告期内，公司按照中国证券监督管理委员会《关于做好 2010 年年
报编制、披露和审计工作的通知》（证监会公告[2010]37 号）、北京证监局
《关于做好北京辖区上市公司 2010 年年度报告工作的通知》（京证公司发
[2011]12 号）（以下简称"《通知》"）要求，认真组织开展上市公司定期报
告公告前 30 日内、业绩预告和业绩快报公告前 10 日内以及其他重大事项披
露期间等敏感期内买卖公司股票情况自查工作。为切实贯彻落实本项工作，
公司制订了工作计划安排，向公司董事、监事及高管人员转发了相关文件，

BNBMPLC-E-0001350

组织全体董事、监事及高管人员对相关文件进行了认真学习，并展开了全面深入的自查工作。

经自查，公司的各项相关制度均严格按照相关法律、法规及规范性文件的要求制定，对公司董事、监事和高级管理人员在敏感期内买卖公司股票等内容进行了严格规定，建立了相应的责任追究机制。同时，公司董事、监事和高级管理人员严格按照各项制度规定买卖本公司股票，从未出现利用公司内幕信息违规买卖公司股票以及在敏感期内买卖公司股票的违法违规行为。

**二、重点控制活动**

**（一）控股子公司控制结构及持股比例表**

| 控股（全资）子公司名称 | 持股比例 | 与公司关系 |
|---|---|---|
| 北新建塑有限公司 | 55.00% | 控股子公司 |
| 北京新材料孵化器有限公司 | 60.00% | 控股子公司 |
| 泰山石膏股份有限公司 | 65.00% | 控股子公司 |
| 北新房屋有限公司 | 82.50% | 控股子公司 |
| 故城北新建材有限公司 | 85.00% | 控股子公司 |
| 苏州北新建材有限公司 | 100.00% | 全资子公司 |
| 苏州北新矿棉板有限公司 | 100.00% | 全资子公司 |
| 太仓北新建材有限公司 | 100.00% | 全资子公司 |
| 宁波北新建材有限公司 | 100.00% | 全资子公司 |
| 肇庆北新建材有限公司 | 100.00% | 全资子公司 |
| 湖北北新建材有限公司 | 100.00% | 全资子公司 |
| 广安北新建材有限公司 | 100.00% | 全资子公司 |
| 北京东联投资有限公司 | 100.00% | 全资子公司 |
| 平邑北新建材有限公司 | 100.00% | 全资子公司 |
| 北新住宅产业有限公司 | 100.00% | 全资子公司 |
| 镇江北新建材有限公司 | 100.00% | 全资子公司 |
| 新乡北新建材有限公司 | 100.00% | 全资子公司 |
| 淮南北新建材有限公司 | 100.00% | 全资子公司 |
| 北京北新晨龙装饰工程有限公司 | 100.00% | 全资子公司 |
| 中建材创新科技研究院有限公司 | 100.00% | 全资子公司 |

**（二）重点控制活动的自查情况**

**1、对控股子公司的管理控制。** 公司通过要求控股子公司及时报送董事会决议、股东大会决议等重要文件，定期上报财务报表等措施，对其进行动态监控和经营情况分析；同时，公司重点加强了对控股子公司关联交易、对外担保、重大投资、信息披露等活动的控制；另外，公司明确了向控股子公

BNBMPLC-E-0001351

司委派的董事、监事及重要高级管理人员的职责权限，并通过派出董事、监事及高管加强了对子公司管理决策的参与，加强了股东权利的行使，表达了公司主张，有效维护了公司利益。

　　**2、关联交易的内部控制。** 公司按照《深交所股票上市规则》等有关法律法规的规定，在《公司章程》、《关联交易管理办法》、《规范与关联方资金往来的管理制度》等规范中明确划分了公司股东大会、董事会对关联交易事项的审批权限，规定了关联交易事项的审议程序和回避表决要求；审议需独立董事事前认可的关联交易事项时，公司及时将相关材料提交独立董事进行了事前认可；公司在审议关联交易事项时，做到了：(1)详细了解交易标的的真实状况；(2)详细了解交易对方的诚信纪录、资信状况、履约能力等情况；(3)根据充分的定价依据确定交易价格；(4)遵循《深交所股票上市规则》的要求以及公司认为有必要时，聘请中介机构对交易标的进行审计或评估。

　　**3、对外担保的内部控制。** 公司按照《深交所股票上市规则》、中国证监会《关于规范上市公司对外担保行为的通知》（证监发字[2005]120 号）等有关法律法规的规定，在《公司章程》、《对外担保管理办法》等规范中明确了股东大会、董事会关于对外担保事项的审批权限；公司独立董事在董事会审议对外担保事项时发表了独立意见；公司担保的债务到期后需展期并需继续为其提供担保的，公司将其作为新的对外担保，重新履行了担保审批程序。

　　**4、募集资金使用的内部控制。** 公司建立了《募集资金管理办法》，对募集资金存储、使用、变更、监督等内容进行了明确规定。

　　**5、重大投资的内部控制。** 公司在《公司章程》中明确了股东大会、董事会对重大投资的审批权限，制定了相应的审议程序；公司成立了投资评审小组作为公司董事会战略委员会下设工作机构，协助董事会战略委员会委员开展日常工作；公司指定了专门机构，负责对公司重大投资项目的可行性等事宜进行专门研究和评估，监督重大投资项目的执行进展。

　　**6、信息披露的内部控制。** 公司建立了《内幕信息知情人管理制度》，细化了信息披露的内容和范围，指定董事会秘书为公司对外发布信息的主要联系人，明确了重大信息的范围和内容以及各相关部门的重大信息报告责任人，并明确了公司及相关信息披露义务人的保密义务和相关保密措施。

　　**三、重点控制活动中的问题和整改计划**

　　目前，公司已建立健全了各项内控制度，形成了具有合法性、全面性、

BNBMPLC-E-0001352

重要性、有效性、制衡性、适应性等基本特征的较为完善的内控体系，较好的涵盖了公司管理经营的各个层面，保证了各项经营管理活动协调、有序、高效运行。但是，内控体系建设是一项长期的动态工程。随着外部环境的变化、业务的快速发展和管理要求的提高，公司今后将持续推进内部控制工作的不断深化，保证内部控制工作的长期有效性和完备性。主要措施有：

1、公司将结合内部控制建设的持续性，计划有针对性地加强各单位、部门及人员的学习与培训，进一步提高执行意识，继续完善相关制度体系。

2、公司将按照《上市公司内部控制指引》的要求，进一步加强内部环境、目标设定、事项识别、风险评估、风险对策、控制活动、信息沟通、检查督促等控制系统建设，提高内部控制的层次性、系统性和有效性。

**四、公司内部控制自我评价结论**

公司董事会认为：公司按照《公司法》、《证券法》、《深圳证券交易所股票上市规则》、《上市公司内部控制指引》以及《公司章程》等相关法律法规的要求，建立健全了以对控股子公司的管理控制、关联交易的内部控制、对外担保的内部控制、募集资金使用的内部控制、重大投资的内部控制、信息披露的内部控制为核心的完整的内部控制体系，形成了科学的决策、执行和监督机制，公司内控制度得到了有效执行，较好地遵守了国家法律、法规、规章及其他相关规定，提高了公司经营的效益及效率，保障了公司资产的安全，确保了公司信息披露的真实、准确、完整和公平，各项经营管理活动协调、有序、高效运行。

2012 年，公司将按照企业内部控制基本规范、企业内部控制配套指引等文件要求，继续建立健全、充实完善公司的内部控制，使之得到贯彻落实。

北新集团建材股份有限公司

董事会

2012 年 3 月 16 日

BNBMPLC-E-0001353