<u>Partial translation of BNBMPLC-E-0004871-4874</u>

**Beijing New Building Material Public Limited Company**

**Internal Control System Self-Evaluation Report**

Beijing Securities Regulatory Bureau, Department of Public Company Monitoring:

According to the "Formal Notice on Doing a Good Job in Issuing the Annual Report for the year 2006 by the Public Companies within Beijing Jurisdiction" published by your bureau, Beijing New Building Material Public Limited Company (BNBM, the company) referred to the "Internal Control Guidelines of Shenzhen Stock Exchange for Listed Companies" ("Internal Control Guidelines"), and carried out self-inspection and evaluation on the establishment and perfection, the effective operation, the control activities subject to key attention, and other aspects of the company's internal control system in the process of preparing the 2006 annual report. The result is reported as follows:

……

**II. Self-Inspection and Evaluation Report on the Control Activities that Are Paid Key Attention to**

1. **Management control over the subsidiaries.** BNBM clarified the form of appointment, responsibilities, and limitation of authority of the directors, supervisors, and senior managements appointed to the subsidiaries. BNBM required that the subsidiaries report to BNBM's secretary of the board of directors their board of director meeting resolutions, shareholder meeting resolutions, and other important documents in time. BNBM also acquired and analyzed the subsidiaries' monthly financial statements.

……

Beijing New Building Material Public Limited Company

April 8th, 2007

MTD Exhibit #261

ï»¿Beixinjituan building materials limited liability company

Controls from the inside the system self-assessment to report that the Beijing card supervises the bureau listed company to supervise place:
The Beixinjituan building materials limited liability company (hereafter refers to as Ã¢â‚¬Å"companyÃ¢â‚¬Å) according to expensive game of originating "about Completing Beijing Area of jurisdiction Listed company in 2006 Annual report Work's Notice" required, in the authorized strength company in 2006 in the process of annual report, contrasted "Shenzhen Negotiable securities Stock exchange company Internal control Direction" (hereafter refers to as Ã¢â‚¬Å"Controls from the inside Direction"Ã¢â‚¬Å), to establishing and improving, effective operation of as well as key attention's company internal control system check and other aspects had carried on the self-examination and assessment, presently reports as follows.

First, company controls from the inside the system to establish and improve with the valid operational aspect

To observe other state laws, laws, rules and regulations and relevant provisions well, raises benefit and efficiency that the company manages, support company asset safety, guaranteed company information disclosure real and accurate, integrated and fair, when company from being established, according to own management characteristic and location conditions, established has controlled from the inside the system, and continually improved in the operation perfectly. At present, various company items control from the inside system to obtain the effective execution.

1st, the company internal control has considered internal environment and target setup, item identify, risk assessment, risk counter strategies, check, information and communication, examination monitoring and other essential factors.

2nd, company continually improves the corporate management structure, had guaranteed the board of directors, board of supervisors and general meeting of shareholders and other organization of the legitimate operations and macro-scientifics policy-making, have cultivated the good spirit of enterprise and internal control culture, created the whole body of workers fully to understand and carry out the responsibility the conditions.
3rd, company has defined various department and post's target, responsibility and permission explicitly, has established the corresponding authorization, examination and progressive accountability system and ensure it performs the function in the scope of authority.
4th, internal control of company has almost covered company all transport business links, including selling and receiving money, procurement and payment, passive asset management, management of inventory and fund management (including investment financing control), financial report, information disclosure and human resources management and information system control.

5th, company mainly reinforced the supervisory control to the holding subsidiary company, reinforced to being connected the transaction, guarantees and collects capital use, significant investment, information disclosure and other activity of outward the checks.

Second, key attention self-examination and assessment of check 1, supervisory control to holding subsidiary company.
The company has clarified to the holding subsidiary company assignment the appointing method and responsibility permission of trustees, supervisors and important higher managements, the requirements holding subsidiary company prompt sends its board of directors resolution, the general meeting of shareholders resolution to the company board of directors secretaries and so on important document, has obtained and has analyzed various holding subsidiary companies monthly financial reportings regularly.

2nd, internal control of connection transaction.
The company according to "Shenzhen Stock Exchange Share Rules", "Articles of incorporation" and so on stipulation of relevant laws and regulations, partitioned the shareholder conference and board of directors to being connected transaction item the examination permission explicitly, has stipulated the connection transaction item deliberation program and evasion vote requirements; When the deliberation needs the connection transaction item that the independent director authorized in anticipation,

before the company carries on to settle the relevant material submission independent director promptly, authorizes; The company when the deliberation connection transaction item, achieved: (1) detailed understanding transaction target real situation; (2) the detailed understanding trades enemy good faith record, credit status, honoring an agreement ability and other situations; (3) according to full fixed price basis determination bargain price; (4) when follows "Shenzhen Stock Exchange Share Rules" requirements as well as the company think to have the necessity, the retaining facilitating agency to the transaction target carries on the audit or the assessment.

3rd, internal control of foreign guarantee.
The company, China Securities Regulatory Commission "Guarantees Behavior Notice about Standard Listed company according to "Shenzhen Stock Exchange Share Rules" Outward" (card supervises the round of character [2005]120 number) and so on stipulation of relevant laws and regulations, has clarified the general meeting of shareholders and board of directors in "Articles of incorporation" about the foreign guarantee item examination permission; The independent trustee considers the foreign guarantee item when the board of directors have expressed the independent view; After debt maturity of corporate guarantee, must postpone and must continue to offer the guarantee for it, the company takes it as the new foreign guarantee, has fulfilled the guarantee approval process.

4th, collects the internal control of capital use. The company was founded has collected fund management system, to collecting capital storage, use, change, monitoring and other contents carried on had clearly stipulated.

5th, significant investment internal control.
The company has clarified the general meeting of shareholders and board of directors's examination permission in "Articles of incorporation" to the significant investment, has formulated the corresponding deliberation program; The company has designated the specialized agency, is responsible for carried on to company significant investment project feasibility and other matters concerned studies specially and assesses, the operation progress of inspector general significant investment project.

6th, internal control of information disclosure.
The company has established "Information Disclosure Control system" and "Significant Information Internal report System", has defined the significant information range and content, designates the board of directors secretaries to issue for the company the key contact who outward information, and has clarified the significant information report responsible people of various relevant government departments; The company has rigorously fulfilled the internal encryption duty of significant information; The company according to "Shenzhen securities exchange Listed company Fair Information Disclosure Direction", "Shenzhen securities exchange Listed company Investor relationship management Direction" and other stipulations, standard the company received, online road show and other ir outward, has guaranteed the fairness of information disclosure.
Third, company controls from the inside the system self-assessment conclusion company board of directors to think: In the current period, the company, "Securities law", "Shenzhen Stock Exchange Share Rules", "Controls from the inside Direction" according to "Law of corporation" as well as "Articles of incorporation" and so on requirements of laws and regulation, established and improved has taken the supervisory control to the holding subsidiary company, is connected the internal control of the internal control and foreign guarantee of transaction, to collect the internal control and significant investment of capital use the internal control of internal control and information disclosure as the core integrated internal control system, the company controls from the inside the system to obtain the effective execution, well observed other state laws, laws, rules and regulations and relevant provisions, raises benefit and efficiency that the company has managed, ensuredCompany asset's safety, had guaranteed company information disclosure real and accurate, integrated and fair.

In 2007, the company will defer to "Controls from the inside Direction" and so on requirements of laws and regulation , to continue as improving the company mass guarantee by the perfect internal control system, strengthens the internal control institutional construction, intensifies the internal control control, detected promptly the internal control system's weak link, effectively sharpens company's risk prevention ability.

(This page does not have main text, controls from the inside system self-assessment to report that for company trustee and supervisor signs and seals page)

The trustee signs:

_____

(Cao Jianglin) (Lu Jinshan) (Wang Bing) _____

(Cui Lijun) (Zhang Nailing) (illumination space) _____

(Wang Jun lives) (Liu Wenhu) (Zhengyun) supervisor signature:

_____(Bao Wen spring) (Hu Jinyu) (Zhou Jiming)

Beixinjituan building materials limited liability company

On April 8th -page, 2007 4 -

--- Summary Information ---
1: 936 PID_TITLE:
PID_SUBJECT:
PID_AUTHOR: wyy PID_KEYWORDS:
PID_TEMPLATE: Share pattern plate 1 PID_LASTAUTHOR: Du Xin PID_REVNUMBER: 87
PID_APPNAME: Microsoft Office Word PID_EDITTIME: Mon Jan 01 14:26: 00 CST 1601
PID_LASTPRINTED: Wed Oct 26 09:41: 00 CST 2005 PID_CREATE_DTM: Mon Apr 10 13:07: 00 CST
2006 PID_LASTSAVE_DTM: Sat Apr 07 16:38: 00 CST 2007 PID_PAGECOUNT: 1 PID_WORDCOUNT:
379 PID_CHARCOUNT: 2166 PID_SECURITY: 0

--- Document Summary Information ---
PID_CODEPAGE: 936 PID_COMPANY: Beixinjituan PID_LINECOUNT: 18 PID_PARCOUNT: 5 17: 2540
23: 727464 PID_SCALE: false PID_LINKSDIRTY: false 19: false 22: false

<h1 style="text-align:center">北新集团建材股份有限公司<br>内控制度自我评估报告</h1>

北京证监局上市公司监管处：

　　北新集团建材股份有限公司（以下简称"公司"）按照贵局发出的《关于做好北京辖区上市公司 2006 年年度报告工作的通知》要求，在编制公司 2006 年年度报告的过程中，对照《深圳证券证券交易所上市公司内部控制指引》（以下简称"《内控指引》"），对公司内部控制制度的建立健全、有效运行以及重点关注的控制活动等方面进行了自查和评估，现汇报如下。

## 一、公司内控制度建立健全和有效运行情况

　　为更好地遵守国家法律、法规、规章及其他相关规定，提高公司经营的效益及效率，保障公司资产的安全，确保公司信息披露的真实、准确、完整和公平，公司从成立之时起，根据自身经营特点和所处环境，建立了内控制度，并在执行中不断完善健全。目前，公司各项内控制度已得到有效执行。

　　1、公司内部控制充分考虑了内部环境、目标设定、事项识别、风险评估、风险对策、控制活动、信息与沟通、检查监督等要素。

　　2、公司不断完善公司治理结构，确保了董事会、监事会和股东大会等机构的合法运作和科学决策，培育了良好的企业精神和内部控制文化，创造了全体职工充分了解并履行职责的环境。

　　3、公司已明确界定了各部门、岗位的目标、职责和权限，建立了相应的授权、检查和逐级问责制度，确保其在授权范围内履行职能。

　　4、公司的内部控制活动几乎涵盖了公司所有营运环节，包括销售及收款、采购及付款、固定资产管理、存货管理、资金管理（包括投资融资管理）、财务报告、信息披露、人力资源管理和信息系统管理等。

　　5、公司重点加强了对控股子公司的管理控制，加强了对关联交易、

- 1 -

BNBMPLC-E-0004871

对外担保、募集资金使用、重大投资、信息披露等活动的控制。

**二、重点关注的控制活动的自查和评估情况**

**1、对控股子公司的管理控制。** 公司明确了向控股子公司委派的董事、监事及重要高级管理人员的选任方式和职责权限，要求控股子公司及时向公司董事会秘书报送其董事会决议、股东大会决议等重要文件，定期取得并分析了各控股子公司的月度财务报表。

**2、关联交易的内部控制。** 公司按照《深交所股票上市规则》、《公司章程》等有关法律法规的规定，明确划分了公司股东大会、董事会对关联交易事项的审批权限，规定了关联交易事项的审议程序和回避表决要求；审议需独立董事事前认可的关联交易事项时，公司及时将相关材料提交独立董事进行了事前认可；公司在审议关联交易事项时，做到了：(1)详细了解交易标的的真实状况；(2)详细了解交易对方的诚信纪录、资信状况、履约能力等情况；(3)根据充分的定价依据确定交易价格；(4)遵循《深交所股票上市规则》的要求以及公司认为有必要时，聘请中介机构对交易标的进行审计或评估。

**3、对外担保的内部控制。** 公司按照《深交所股票上市规则》、中国证监会《关于规范上市公司对外担保行为的通知》(证监发字[2005]120 号)等有关法律法规的规定，在《公司章程》中明确了股东大会、董事会关于对外担保事项的审批权限；公司独立董事在董事会审议对外担保事项时发表了独立意见；公司担保的债务到期后需展期并需继续为其提供担保的，公司将其作为新的对外担保，重新履行了担保审批程序。

**4、募集资金使用的内部控制。** 公司建立了募集资金管理制度，对募集资金存储、使用、变更、监督等内容进行了明确规定。

**5、重大投资的内部控制。** 公司在《公司章程》中明确了股东大会、董事会对重大投资的审批权限，制定了相应的审议程序；公司指定了专门机构，负责对公司重大投资项目的可行性等事宜进行专门研究和评估，监督重大投资项目的执行进展。

**6、信息披露的内部控制。** 公司建立了《信息披露管理制度》和《重大信息内部报告制度》，明确了重大信息的范围和内容，指定董事会秘书为公司对外发布信息的主要联系人，并明确了各相关部门的重大信息报告责任人；公司严格履行了重大信息的内部保密义务；公司按照《深圳证券交

BNBMPLC-E-0004872

易所上市公司公平信息披露指引》、《深圳证券交易所上市公司投资者关系
管理指引》等规定，规范了公司对外接待、网上路演等投资者关系活动，确
保了信息披露的公平性。

### 三、公司内控制度自我评估结论

公司董事会认为：报告期内，公司按照《公司法》、《证券法》、《深交
所股票上市规则》、《内控指引》以及《公司章程》等相关法律法规的要求，
建立健全了以对控股子公司的管理控制、关联交易的内部控制、对外担保
的内部控制、募集资金使用的内部控制、重大投资的内部控制、信息披露
的内部控制为核心的完整的内部控制体系，公司内控制度得到了有效执行，
较好地遵守了国家法律、法规、规章及其他相关规定，提高了公司经营的
效益及效率，保障了公司资产的安全，确保了公司信息披露的真实、准确、
完整和公平。

2007 年，公司将按照《内控指引》等相关法律法规的要求，继续以健
全内部控制制度作为提高公司质量的保证，加强内部控制制度建设，强化
内部控制管理，及时发现内部控制制度的薄弱环节，有效提高公司的风险
防范能力。

BNBMPLC-E-0004873

（此页无正文，为公司内控制度自我评估报告董事、监事签字盖章页）

**董事签字：**

_____          _____          _____
（曹江林）                （卢金山）                （王　兵）


_____          _____          _____
（崔丽君）                （张乃岭）                （光照宇）


_____          _____          _____
（王军生）                （刘文湖）                （郑家运）

**监事签字：**


_____          _____          _____
（包文春）                （胡金玉）                （周继明）


北新集团建材股份有限公司

2007 年 4 月 8 日

- 4 -

BNBMPLC-E-0004874