**Stock Abbreviation: BNBM    Stock Code: 000786 Announcement No.: 2007-030**

**Beijing New Building Materials Public Limited Company Announcement of Final Resolution of the 30th Interim Meeting of the 3rd Session of Board of Directors**

**The company and all members of Board of Directors guarantee that report is faithful, accurate and complete, without false representation, misleading statement or major omission.**

Board of directors of Beijing New Building Materials Public Limited Company (hereinafter referred to as the Company) has notified to hold the 30th Interim Meeting of the 3rd Session of Board of Directors on December 4, 2007 in the form of e-mail, in the condition that all members of Board of directors have fully understood the deliberations of the conference, the meeting has been held in December 7, 2007, voting through fax (including direct delivery), all 9 board of directors, in accordance with the relevant provisions of the "Company Law" and "Articles of Association", have participated in the voting. Upon review, the meeting has reached the following resolutions:

I. Reviewed and approved the "Resolution on Rectification Report on Corporate Governance Special Activities"

See details of the resolution in "Rectification Report on Corporate Governance Special Activities" published in "China Securities News", "Shanghai Securities News", "Securities Times", the "Securities Daily" and cninfo website on December 8, 2007

The resolution was approved with 9 votes in favor, 0 votes against, and

MTD Exhibit #262

BNBMPLC0004510

0 abstentions.

II. Reviewed and approved the "Resolution on transferring 80% shares of China National Building Material Company Investment Limited (formerly known as Beijing New Logistics Co., Ltd.)'

The counterpart of the transaction is a controlling shareholder of China Building Material Limited, according to related provisions of the "Shenzhen Stock Exchange Listing Rules" (hereinafter referred to as the "Listing Rules"); the transaction constitutes a connected transaction. Four associate directors-Mr. Cao Jianglin, Ms.Cui Lijun, Mr. Lu Jinshan, and Mr.Guang Zhaoyu, avoid the voting. Meanwhile, this resolution will be submitted to be reviewed in the 5thInterim General Meeting of Shareholders in accordance with "Rules of Listing" and "Article of Association". See details of the resolution on "Relationship Transaction and Stake Sale Report" published in "China Securities News", "Shanghai Securities News", "Securities Times", the "Securities Daily" and cninfo website on December 8, 2007

The three independent directors of the company issued a prior approval letter for the matters, and issued a unanimous independent opinion on connected transaction.

The resolution was approved with 5 votes in favor, 0 votes against, and 0 abstentions.

III. Reviewed and approved the "Resolution on Convening the 5th interim Shareholder Meeting of 2007"

Whereas the 13th Interim Meeting of the 3rd Session of the Board of Directors reviewed and approved the "resolution on transferring 80% shares of China National Building Material Company Investment Limited (formerly known as Beijing New Logistics Co., Ltd.", we hereby decide to convene the 5th interim General Meeting of year on December 24, 2007 to review the above resolution.

BNBMPLC0004511

The resolution was approved with 9 votes in favor, 0 votes against, and 0 abstentions.

We hereby make the announcement.

Beijing New Building Materials
Public Limited Company
Board of Directors
December 7th, 2007

BNBMPLC0004512