# Shandong Taihe Dongxin Co., Ltd. Resolution of the Fourth Extraordinary General Meeting of Shareholders for the Year of 2005

On June 26, 2005, Shandong Taihe Dongxin Co., Ltd. (hereinafter referred to as the "Company") convened the fourth extraordinary general meeting of 2005 at BNBM Conference Room. All the shareholders sent representatives to attend the meeting, representing 1.556250 billion shares, or 100% of the total stock of the Company. Accordingly, and pursuant to the applicable provisions of the Company Law and the Articles of Association of the Company, the resolution formed at the meeting is hereby valid and enforceable. The meeting was presided over by Chairman Jia Tongchun, and after extensive deliberation among the shareholders and upon unanimous consent of the whole shareholders, the meeting voted for the following proposals:

    I.    Proposal on Change of the Company's Supervisor

It is approved to dismiss Lv Wenyang from the Company's Supervisor, and in accordance with the relevant provisions in the Articles of Association of the Company, the meeting elected Yang Quanmin as the Company's Supervisor.

    II.    ……

Translation of TG-040615-0028530

MTD Exhibit #266

# 山东泰和东新股份有限公司
# 2005 年第四次临时股东大会决议

2005 年 6 月 26 日,山东泰和东新股份有限公司(以下简称"公司"或"泰和")在北新建材会议室召开了 2005 年第四次临时股东大会,公司全体股东均派代表出席会议,代表股份 15562.5 万股,占总股本的 100%,符合《公司法》和《公司章程》有关规定,形成的决议合法有效。会议由公司董事长贾同春主持,经过与会股东充分讨论,出席会议的全体股东一致同意,表决通过了以下议案:

一、《关于更换公司监事的议案》

同意吕文洋辞去公司监事职务,根据《公司章程》的有关规定,选举杨全民担任公司监事。

二、《关于公司对外投资建设生产线的议案》。

该议案主要内容如下:

1、在云南省安宁市天平镇建设年产 1000 万平方米石膏板项目,搬迁 202 线。主要利用电厂脱硫石膏(辅助磷石膏),新建 12 万吨/年石膏粉车间;改 6 层干燥机为 8 层干燥机;年产石膏板 1000 万平方米,最大 1200 万平方米;产品市场:云南、贵州;征地 65 亩;项目计划投资 1200 万元;注册资本 1000 万元,泰和占 80%,北新建材占 20%。

2、在重庆市建设年产 1200 万平方米石膏板项目,搬迁 204 线。利用重庆电厂和洛璜电厂脱硫石膏,新建 15 万吨/年石膏粉车间;改导热油烘干为天然气烘干;年产石膏板 1200 万平方米,最大 1500 万

TG-040615-0028530

平方米；产品市场：重庆、四川；征地 100 亩；项目计划投资 2500 万元；注册资本 1500 万元，泰和占 80%，北新建材占 20%。

3、在湖南省湘潭市岳塘区建设 2000 万平方米石膏板项目。利用湘潭电厂脱硫石膏，新建 20 万吨/年石膏粉车间；10 层干燥机；产品市场：中南地区；由合资方湘潭电厂提供土地 100 亩，合资公司租用；项目计划投资 3000 万元；注册资本 1500 万元。泰和占 70%，湘潭电厂占 30%。

4、在河北省衡水市建设年产 15 万吨石膏粉厂。利用衡水发电厂脱硫石膏；产品市场：河北当地企业；计划投资 500 万元；注册资本 500 万元，泰和占 80%，北新建材占 20%。

三、《关于公司流动资金贷款和对外担保授权事宜的议案》

公司董事会已批准的贷款，在额度内属分次提拨或循环使用的，由董事长同意即可办理；公司新增贷款，应事先与各位董事沟通，董事会可采用传真表决的方式进行审议通过。

公司与泰山玻璃纤维股份有限公司、泰山集团股份有限公司以及护面纸供应商枣庄华润纸业有限公司三家企业的贷款担保要逐步解除，近期不能解除的，在已互保额度内，授权董事长办理。除上述互保外，公司不增加新的对外担保。公司贷款需要担保可采用担保公司担保、抵押等方式。

四、《关于子公司股权设置的议案》

1、对于现有的全部子公司，公司以外的其他股东（除战略合作伙伴之外）所持有的股权由公司全部收回。对于必须有两名以上股东存在的子公司，北新建材收购持有 5% 的股权。



TG-040615-0028531

2、对于今后新设的子公司，如必须有两名以上股东存在，北新建材持有20%的股权。

特此决议

二○○五年六月二十六日
TG-040615-0028532