# Shandong Taihe Dongxin Limited liability company 2006 year general meeting of shareholders resolution

On June 20, 2007, Shandong Taihe Dongxin Limited liability company (hereafter referred to as "company") to hold the company 2006 year general meeting of shareholders in the Chinese building materials conference room, the company all shareholder has sent representative to attend the plenary, represented the stock 155,625,000 shares, accounted for the total capital stock 100%, conformed to "Law of corporation" and "Articles of incorporation" prepares closes the stipulation, formed resolution legitimate effective. The plenary spring managed by company Dong Nachang Jia Tong, passes through the attending shareholder to discuss fully, attends the plenary all shareholder unanimous approval, the vote passes below discussed
"2006 Year Boards of directors Work report";
•;.
Fang Gu agreed that, occupies attends the plenary to have the right to vote shareholder 100%, 0
:: i
"2006 Year Boards of supervisors Work report";
Ten thousand share of agreements, occupies attends the plenary to have the right to vote shareholder 100°/. 0
. ;
"Table in company 2006 year finance final accounts and 2007 year finance pre-
Ten thousand share of agreements, occupies attends the plenary to have the right to vote shareholder 100%, 0
"Assists in Company 2006 Year Profit for distribution Bill";
. Meets the If teacher office examination and approval according to the Beijing Xinghua to merge the accounting report, the company in 2006
"vertical stroke:
Altogether realizes the net profit 99,754,450.26 Yuan, because the previous year has not assigned the dividend to the shareholder, the extraction process
- The consideration passed this bill 15562.5 faces to oppose, 0 share of forfeits.
12th, the consideration passed this bill 15562.5. Stock opposition, 0 share of forfeits.
Third, the consideration passed # report";
This bill 15562.5 share of oppositions, 0 share of forfeits.
"four, the consideration passed

TG-040615-0028572

MTD Exhibit #267

After decides the earnings common reserve fund, but the f shareholder assigns the profit is 115,817,538.70 Yuan.
'.
In order to give dual attention to shareholder's faction presently to request and the company stable development the long-term interest which brings to the shareholder, with: Italy might the profit which will assign for the shareholder 50% use in the faction sending the dividend. The concrete assignment plan is each share of faction pays out the cash dividend 0372 Yuan, altogether assigns the profit 57,892,500 Yuan. The undistributed profit 57,925,038.70 has not used in the project construction and the production management.
This bill 15562.5 Fang Gu agreed that, occupies attends the plenary to have the right to vote shareholder 100%, 0 share of oppositions, 0 share of forfeits. Short steps
Fifth, the consideration passed: "About Corporate name Change Bill";
In order to cause the business name and the product trademark name unifies, promotion enterprise brand value. So long as the industry and commerce registration permission, agreed changes the company name by "Shandong Taihe Dongxin Limited liability company" "the stone of mt.taishan to coerce the limited liability company hole
This bill 155,625,000 share of agreements, occupies attends the plenary to have the right to vote shareholder 100%, 0 share of oppositions, 0 share of forfeits.
Sixth, the consideration passed    ("About Project Construction Bill";
This bill 15562.5 Fang Gu agreed that, occupies attends the plenary to have the right to vote shareholder 100%, 0 share of oppositions, 0 share of forfeits.
Seventh, the consideration passed "about Revision Articles of incorporation Bill" <*
> :
After plenary agreement basis stockholder's rights adjustment change and new "Law of corporation" the related stipulation, the union company reality, carries on the revision to the articles of incorporation, after the concrete content sees the revision the regulation.
This bill 15562.5 > ten thousand share of agreements, occupies attends the plenary to have the right to vote shareholder 100%, 0
. +>
Stock opposition, 0 share of forfeits.
Vertical stroke 12

TG-040615-0028573

(This page does not have main text, signs page for company 2006 year general meeting of shareholders shareholder)
The shareholder signs:
North the new group constructs ^•Having
The representative signs:
Tai'an " drinks the property kind camp to have > limits the company
(w     ■… - j i
\ c^ " '\ j - r.     /         Eight
A gets up
On behalf of. Character:
Tai'an letter of greeting investment
The representative signs
The Tai'an East City association invests
The representative signs:
Jia Tongchong bamboo slip
On June 20, 2007

TG-040615-0028574