### The 1ˢᵗ Extraordinary General Meeting of Shareholders for the Year of 2007 of Shandong Taihe Dongxin Co., Ltd.

On June 20, 2007, Shandong Taihe Dongxin Co., Ltd. (hereinafter referred to as the "Company") held the 1ˢᵗ Extraordinary General Meeting of Shareholders for the year of 2007 at the conference room of Beijing New Building Materials Public Limited Company. All the shareholders sent representatives to attend the meeting, representing 155.625 million shares, which is 100% of the total stock, complies with the provisions in the "Company Law" and the "Articles of Association" of the Company, and the resolutions are valid and effective. The meeting was presided by the Company's Chairman Jia Tongchun. Through discussion by the participating shareholders, the meeting voted for the "Proposal on Changing the Board of Directors of the Company" and the "Amendment to the Articles of Association."

1. Based on the situation after the Company's equity structure adjustment and the needs for developing the Company, the entire shareholders unanimously agreed to adjust the 3ʳᵈ session of the Board of Directors of the Company, removed Xue Yuli and Ren Xulian from the position of director, and adjusted the Board of Directors from the original 7 directors to the 5 directors: Wang Bing, Xu Xinghu, Jia Tongchun, Jia Jianjun and Yang Yanjun would remain and consist of the new Board of Directors.
2. The entire shareholders unanimously passed the "Amendment to the Articles of Association of Shandong Taihe Dongxin Co., Ltd."

It is hereby resolved.

June 20, 2007

Translation of TG-040615-0028564

MTD Exhibit #268

(This page does not contain any text, and is for the signatures of shareholders present at the 1st Extraordinary General Meeting of Shareholders for the year of 2007.)

Signatures of Shareholders:

Beijing New Building Materials Public Limited Company
Beijing New Building Materials Public Limited Company (seal)
Signature of the Representative: Wang Bing

Taian State-owned Assets Management Co., Ltd.
Taian State-owned Assets Management Co., Ltd. (seal)
Signature of the Representative: Xu Xinghu

Taian Anxin Investment and Trade Co., Ltd.
Taian Anxin Investment and Trade Co., Ltd. (seal)
Signature of the Representative: Jiao Wenbo

Taian Donglian Investment and Trade Co., Ltd.
Taian Donglian Investment and Trade Co., Ltd. (seal)
Signature of the Representative: Wang Bing

Signature of Jia Tongchun: Jia Tongchun

**Translation of TG-040615-0028565**

# 山东泰和东新股份有限公司
# 2007年第一次临时股东大会决议

2007年6月20日，山东泰和东新股份有限公司（以下简称"公司"）在北新集团建材股份有限公司会议室召开了2007年第一次临时股东大会，公司全体股东均派代表出席会议，代表股份15562.5万股，占总股本的100%，符合《公司法》和《公司章程》有关规定，形成的决议合法有效。会议由公司董事长贾同春主持，经过与会股东充分讨论，表决通过了《关于公司董事会调整的议案》及《章程修正案》。

1、根据公司股权结构调整后的情况和公司发展的需要，全体股东一致同意对公司第三届董事会予以调整，免去薛玉利、任绪连董事职务，董事会由原7名董事组成调整为5名董事，王兵、徐兴虎、贾同春、贾建军、杨艳军留任，并组成新的董事会；

2、全体股东一致通过了《山东泰和东新股份有限公司章程修正案》。

特 此 决 议

二〇〇七年六月二十日

TG-040615-0028564

（此页无正文，为公司 2007 年第一次股东大会决议的股东签字页）

股东签字：

北新集团建材股份有限公司

代表人签字：

泰安市国有资产经营有限公司

代表人签字：

泰安市安信投资贸易有限公司

代表人签字：

泰安市东联投资贸易有限公司

代表人签字：

贾同春签字：



TG-040615-0028565