Taishan Gypsum Co., Ltd.
2008 Annual General Meeting

On May 18, 2009, Taishan Gypsum Co., Ltd. (hereinafter "the Company") held its 2008 Annual General Meeting in the conference room of China National Building Material Company Limited, with attendances by representatives from all shareholders representing 155,625,000 shares which account for 100% of the total share capital. The meeting meets the requirements of the Company Law and the Company's Articles of Association and its resolutions are legal and effective. The meeting was presided over by Chairman Jia Tongchun. Upon full discussion by the attending shareholders, the following motions have been passed as voted with unanimous agreement by all attending shareholders:

I. Passed the 2008 Annual Work Report of the Board of Directors upon review;

The motion was approved by shareholders representing 155,625,000 shares accounting 100% of attending shareholders with votes, with 0 dissenting share and 0 abstention share.

II. Passed the 2008 Annual Work Report of the Board of Supervisors upon review;

The motion was approved by shareholders representing 155,625,000 shares accounting 100% of attending shareholders with votes, with 0 dissenting share and 0 abstention share.

III. Passed the Report of 2008 Annual Financial Statements and 2009 Annual Budgets upon review;

The motion was approved by shareholders representing 155,625,000 shares accounting 100% of attending shareholders with votes, with 0 dissenting share and 0 abstention share.

IV. Passed the Motion for 2008 Annual Profit Distribution upon review;

At the meeting, it was resolved not to distribute the profits available in 2008 and the profits will be held for project construction and production operations.

1

Translation of TG 0020795

MTD Exhibit #269

Jia Def 1/9/12
EXHIBIT NO. 15A
L. GOLKOW

The motion was approved by shareholders representing 155,625,000 shares accounting 100% of attending shareholders with votes, with 0 dissenting share and 0 abstention share.

V. Passed the Motion for Amending the Articles of Association upon review;

Since the name of one of the shareholder, Tai'an Donglian Investment and Trade Co., Ltd., has been changed to Beijing Donglian Investment Co., Ltd., the articles in the Company's Articles of Association in connection with the shareholder's name shall be changed accordingly.

The motion was approved by shareholders representing 155,625,000 shares accounting 100% of attending shareholders with votes, with 0 dissenting share and 0 abstention share.

VI. Passed the Motion for Project Construction upon review;

At the meeting, it was approved to launch a project with annual production of 30 million square meters of plasterboard each in Fengcheng of Jiangxi province and Boluo of Guangdong province, and move the 101 plasterboard production line to Hengshui and then make some alterations, and implement an investment plan in Tain'an with annual production of 100 thousand tons of protective paper.

The motion was approved by shareholders representing 155,625,000 shares accounting 100% of attending shareholders with votes, with 0 dissenting share and 0 abstention share.

VII. Passed the Motion for Acquiring Interest in Four Companies including Yunnan Taishan Gypsum Building Material Co., Ltd. upon review;

In order to further integrate the existing plasterboard and its matching product resources for quickly increasing capacity, improving market penetration and reducing related transactions, it was approved at the meeting that on April 30, 2009 as the base date, the Company will acquire 65% interest (6.5 million shares) and 60% interest (3 million shares) held by Zhang Dong in Yunnan Taishan Gypsun Building Material Co., Ltd. and Tai'an Jindun Building Material Co., Ltd. respectively, and 65% interest (13 million shares) and 25% interest (2.5 million shares) held by Zhang Chen in Shaanxi Taishan Gypsum Building Material Co., Ltd. and Weifang Aotai Gypsum Co., Ltd. respectively, with transfer prices to be determined based on net appraisal value, wherein: RMB 6.05 per share for Yunnan Taishan Gypsum Building Material Co., Ltd., RMB 3.30 per share for Shaanxi Taishan Gypsum Building Material Co., Ltd., RMB 4.53 per share for Tai'an Jindun Building Material Co., Ltd. and RMB 5.18 per share for Weifang Aotai Gypsum Co., Ltd. The acquisitions above will become effective upon approval by the President's Office of China National Building Material Company Limited.

Translation of TG 0020796

The motion was approved by shareholders representing 155,625,000 shares accounting 100% of attending shareholders with votes, with 0 dissenting share and 0 abstention share.

VIII. Passed the Motion for Acquiring Yinchuan Economic Development Zone Yulin Building Material Co., Ltd. upon review;

At the meeting, it was approved to acquire Yinchuan Economic Development Zone Yulin Building Material Co., Ltd. and Shilin trademark at RMB 17.2 million, upgrade its existing production line to make its capacity reach 10 million square meters, for the purpose of consolidating the competitor, expanding the market share in the Northwest of China, creating room for developing market for our plant in Baotou, Inner Mongolia and improving economic benefits.

The motion was approved by shareholders representing 155,625,000 shares accounting 100% of attending shareholders with votes, with 0 dissenting share and 0 abstention share.

IX. At the meeting, it was resolved that based on the covenants of the shareholders for the loan guarantee fee charged by Beijing New Building Materials Group Co., Ltd. against Taishan Gypsum Co., Ltd., as Tai' an State Owned Assets Management Co., Ltd. provides counter guarantee for Beijing New Building Materials, the rate of the loan guarantee fee will be lowered gradually until it is cancelled.

In witness thereof, the above resolutions are made.

3

Translation of TG 0020797

(this page in intentionally left blank for signing by shareholders attending the 2008 Annual General Meeting of Taishan Gypsum Co., Ltd.)

    Beijing New Building Materials Co., Ltd.
    Seal: Beijing New Building Materials Co., Ltd.

    Signature of the representative: Wang Lifeng

    Tai'an State Owned Assets Management Co., Ltd.
    Seal: Tai'an State Owned Assets Management Co., Ltd.

    Signature of the representative: Jiao Wenbo

    Shandong Taihe Building Material Co., Ltd.
    Seal: Shandong Taihe Building Material Co., Ltd.

    Signature of the representative: Jiao Wenbo

    Beijing Donglian Investment Co., Ltd.
    Seal: Beijing Donglian Investment Co., Ltd.
    Signature of the representative: [illegible]

    Signature of Jia Tongchun: Jia Tongchun

    May 18, 2009

4

Translation of TG 0020798