# Taishan Gypsum Co., Ltd.

## Resolution of the fifth Extraordinary General Meeting in 2010

On June 12, 2010, Taishan Gypsum Co., Ltd. (hereinafter "the Company") held its 2010 the Fifth Extraordinary General Meeting in the conference room of China National Building Material Company Limited, with attendances by representatives from all shareholders representing 155,625,000 shares which account for 100% of the total share capital. The meeting meets the requirements of the Company Law and the Company's Articles of Association and its resolutions are legal and effective. The meeting was presided over by Chairman Jia Tongchun. Upon full discussion by the attending shareholders, the Motion for Director Replacement has been passed as voted with unanimous agreement by all attending shareholders.

Due to the change of employment, Mr. Shan Jianmin will no long act as the director.

According to the Articles of Association and as nominated by Tai'an State Owned Assets Management Co., Ltd., Mr. Zhou Changxin is elected to serve as the Company's director with a term same as other directors.

In witness thereof, the above resolution is made.

Translation of TG 0020805

MTD Exhibit #270

(this page in intentionally left blank for signing by shareholders attending the Extraordinary General Meeting of Taishan Gypsum Co., Ltd.)

Shareholder signatures:

Beixin Building Materials Group Co., Ltd.   Seal: Beixin Building Materials Group Co., Ltd.

Signature of the representative: <u>Wang Bing</u>

Tai'an State Owned Assets Management Co., Ltd.

Signature of the representative: [illegible]   Seal: Tai'an State Owned Assets Management Co., Ltd.

Shandong Taihe Building Material Co., Ltd.

Signature of the representative: Jiao Wenbo   Seal: Shandong Taihe Building Material Co., Ltd.

Beijing Donglian Investment Co., Ltd.   Seal: Beijing Donglian Investment Co., Ltd.

Signature of the representative: [illegible]

Signature of Jia Tongchun: Jia Tongchun

June 12, 2010

Translation of TG 0020806