Translation of TG-040615-0028676 - 28682

TG-040615-0028676

### Taishan Gypsum Company Limited

### Resolutions of the 2010 General Meeting of Shareholders

On August 11th, 2011, Taishan Gypsum Company Limited (abbreviated below as "the Company") held the 2010 General Meeting of Shareholders in a conference room of China National Building Material Company Limited. All shareholders assigned their representatives to attend the meeting, representing 155.625 million shares and 100% of the Company's total capital stock; the holding of the meeting was in compliance with the relevant provisions in the "*Company Law*" and the "*Articles of Association of the Company.*" The resolutions formed thereby are legitimate and valid. The meeting was hosted by the Company's chairman of board of directors, Tongchun Jia. After thorough discussion among the shareholders present at the meeting, all the shareholders present at the meeting unanimously agreed, and voted and passed the following proposals:

I. Deliberated and passed the "*2010 Work Report of the Board of Directors;*"

155.625 million shares were in favor of this proposal, representing 100% of the shareholders with the voting right who were present at the meeting. 0 shares objected and 0 shares abstained.

II. Deliberated and passed the "*2010 Work Report of the Supervisory Committee;*"

155.625 million shares were in favor of this proposal, representing 100% of the shareholders with the voting right who were present at the meeting. 0 shares objected and 0 shares abstained.

III. Deliberated and passed the "*Report on the Company's Financial Final Account for the Year 2010 and the Financial Budget for the Year 2011;*"

155.625 million shares were in favor of this proposal, representing 100% of the shareholders with the voting right who were present at the meeting. 0 shares objected and 0 shares abstained.

MTD Exhibit #271

IV. Deliberated and passed the "*Proposal on the Company's Profit Distribution for the Year 2010*;"

According to the consolidated accounting reports audited by Beijing Xinghua Accounting Firm, the Company's net profit attributable to shareholders of the parent company in 2010 was RMB 493,746,002.77 Yuan, and

**TG-040615-0028677**

the retained earnings as accumulated after last year's profit distribution was RMB 532,017,800.23 Yuan. After subtracting this year's statutory surplus reserve of RMB 20,758,932.54 Yuan, the profit distributable to shareholders is RMB 1,005,004,870.46 Yuan.

To guarantee a healthy financial position of the Company, to ensure stable and sustainable development, and to coordinate shareholders' requirements for dividends with the long-term benefits brought to the shareholders through the stable development of the Company, the meeting agreed to distribute RMB 100 million of dividends from the profit distributable to shareholders. The Company's total capital stock is RMB 155.625 million, and a cash dividend was distributed of RMB 6.43 Yuan for every ten shares; the undistributed profit of RMB 905,004,870.46 Yuan would be used in project development and production operations, and be retained for distribution in future years.

155.625 million shares were in favor of this proposal, representing 100% of the shareholders with the voting right who were present at the meeting. 0 shares objected and 0 shares abstained.

V. Deliberated and passed the "*Proposal on Electing the Company's Board of Directors*;"

According to the provisions of the "*Company Law*" and the *"Articles of Association of the Company,"* the meeting elected five people, Bing Wang, Tongchun Jia, Changxin Zhou, Nailing Zhang, and Yanjun Yang, as the Company's directors to form the Company's fifth session of board of directors.

155.625 million shares were in favor of this proposal, representing 100% of the shareholders with the voting right who were present at the meeting. 0 shares objected and 0 shares abstained.

VI. Deliberated and passed the "*Proposal on Electing the Company's Supervisors*;"

According to the provisions of the "*Company Law"* and *the "Articles of Association of the Company,"* the meeting elected three people, Quanmin Yang, Lifeng Wang and Xinjian Yan, as the Company's supervisors to form the Company's fifth session of supervisory committee.

155.625 million shares were in favor of this proposal, representing 100% of the shareholders with the voting right who were present at the meeting. 0 shares objected and 0 shares abstained.

**TG-040615-0028678**

VII. Deliberated and passed the "*Proposal on Project Development*;"

According to the Company's development strategy and the plan on constructing gypsum board industrial bases nationwide, the meeting agreed to develop the following plasterboard projects:





**TG-040615-0028679**



155.625 million shares were in favor of this proposal, representing 100% of the shareholders with the voting right who were present at the meeting. 0 shares objected and 0 shares abstained.

VI. Deliberated and passed the "*Proposal on Acquiring Minority Interests in Eight Subsidiaries including Taishan Gypsum (Pizhou) Co., Ltd., and etc.*"

Of the subsidiaries controlled by the Company, Taishan Gypsum (Pizhou) Co., Ltd., Hubei Taishan Building Material Co., Ltd., and Taishan Gypsum (Chongqing) Co., Ltd. have capital contributions from Beijing New Material Building Material (Group) Ltd. of RMB 500 thousand, RMB 750 thousand and RMB 5.75 million, respectively, and the percentages of capital contribution are 5%, 5%, and 20%, respectively; Taishan Gypsum (Wenzhou) Co., Ltd. and Taishan Gypsum (Jiangxi) Co., Ltd. have capital contributions from Xiuyun Zhao of RMB 2.7million and RMB 4.5 million, respectively, and the percentages of capital contribution are 35.06% and 30% respectively; Taishan Gypsum (Tongling) Co., Ltd. and Taishan Gypsum (Baotou) Co., Ltd. have capital contributions from Qing Liu of RMB 3.5 million and RMB 1.75 million, respectively, and the percentages of capital contribution are 35% and 35%, respectively. Shandong Taihe Solar Limited Liability Company has capital contribution from Shandong Taihe Building Material Co., Ltd. of RMB 2.7 million, and the percentage of capital contribution is 45%.

In order to further improve the company's profitability and to create more wealth for shareholders, it was agreed that the Company acquire the entire minority

TG-040615-0028680

interests of the above eight subsidiaries to make them wholly-owned subsidiaries of the Company. According to the principle of unified pricing, the acquisition price will be decided by negotiations with shareholders based on the asset appraisal. The benchmark date is June 30th, 2011.

155.625 million shares were in favor of this proposal, representing 100% of the shareholders with the voting right who were present at the meeting. 0 shares objected and 0 shares abstained.

VII. Deliberated the "*Proposal on the Relevant Issues regarding the Gypsum Board Litigation in the United States"*

The meeting carefully discussed relevant issues on the gypsum board litigation in the United States, and decided that for the moment and for a future period of time, the Company should still seriously deal with this matter, limitedly respond to the lawsuit, and carefully control the cost.

The resolutions are hereby made.

The signature page for the resolutions of the general meeting is on the next page.[1]

**TG-040615-0028681**

(No text on this page. This is the shareholder signature page for the resolutions of Taishan Gypsum Company Limited's 2010 general meeting of shareholders.)

Signatures of Shareholders:

Beijing New Building Materials Public Limited Company

Representative Signature: (signature of Bing Wang)

(Stamp of Beijing New Building Materials Public Limited Company)


Tai'an State-owned Asset Operation Co., Ltd.

Representative Signature: (signature of Changxin Zhou)

(Stamp of Tai'an State-owned Asset Operation Co., Ltd.)

---

[1] This line is hand-written in the original document.

Shandong Taihe Building Material Limited Liability Company

Representative Signature: (signature of Wenbo Jiao)

(Stamp of Shandong Taihe Building Material Limited Liability Company)


Beijing Donglian Investment Co., Ltd.

Representative Signature: (signature of Yanjun Yang)

(Stamp of Beijing Donglian Investment Co., Ltd.)


Signature of Tongchun Jia: (signature of Tongchun Jia)


August 11th, 2011

**TG-040615-0028682**

Signature page for directors attending Taishan Gypsum Company Limited's 2010 general meeting of shareholders

Tongchun Jia                             (signature of Tongchun Jia)

Bing Wang                                (signature of Bing Wang)

Changxin Zhou                            (signature of Changxin Zhou)

Nailing Zhang                            (signature of Nailing Zhang)

Yanjun Yang                              (signature of Yanjun Yang)


August 11th, 2011

(Stamp of "Taishan Gypsum Company Limited, Board of directors")

# Taishan gypsum limited liability company
# 2010 year general meeting of shareholders resolution

On August 11, 2011, the Taishan gypsum limited liability company <hereafter referred to as "the company") to hold the company 2010 year general meeting of shareholders in the Chinese Building materials Limited liability company conference room, the company all shareholder has sent representative to attend the plenary, made the table stock 155,625,000 shares, accounted for the total capital stock 100%,

'          S

Tallying: "Law of corporation" and "the Company _ Regulation" the related stipulation, forms resolution legitimate effective. The plenary spring manages by company Chairman Jia Tong: Discusses fully after the attending shareholder, attends the plenary all stock

■          I.

East the unanimous approval, the vote passed following bill;

First, the consideration passed "2010 Year Boards of directors Work report"; [
This bill 155,625,000 share of agreements, occupies attends the plenary to have the right to vote shareholder 100%, 0 share of oppositions, 0 share of forfeits.          Vertical stroke: 1

Second, the consideration passed "2010 year boards of supervisors 3; Gives a speech";!
This bill 155,625,000 share of agreements, occupies attends the plenary to have the right to vote shareholder 100%, 0 share of oppositions, 0 share of forfeits.          t

Third, the consideration passed "Stupid ox Company 2010 Year Finance Final accounts And 2011 Year Finance Budget Report";      ",        '
This bill 155,625,000 share of agreements, occupies attends the plenary to have the right to vote shareholder 100%, 0 share of oppositions, 0 share of forfeits.

Fourth, the consideration passed "Climax Company 2010 Year Profit for distribution Bill";

'acts according to Beijing Xinghua accountant: The office examination and approval merges the accounting report, company 2010 year ft belongs to the parent company shareholder's net profit is 493,746,002.77 Yuan, previous year profit minute

TG-040615-0028676

After matches the accumulated the undistributed profit has not been 532,017,800.23 Yuan, this year withdraws the legal earnings common

After accumulates the golden 20,75$932.54 Yuan, may profit which assigns for the shareholder for], 005,004,870.46

Yuan.

In order to guarantee the company saves a healthy prestige the financial condition, maintains continues to develop stably, simultaneously gives dual attention to shareholder's faction presently to request and the company stable development the long-term interest which brings to the shareholder, the plenary agreed might assign in advantage drop for the shareholder 100,000,000 Yuan to use in the faction sending the dividend. The company total capital stock is 155,625,000, every 10 share of factions pay out the cash dividend approximately 6.43 Yuan, the undistributed profit 905,004,870.46 Yuan have not used in the item of g construction and the production management, waits later year to make the assignment again.:      •

Opens the bill vertical stroke 5,562.5 ten thousand shares with exhausted, strikes attends the plenary right to vote shareholder 100%, 0 share of oppositions stocks forfeit.    ^
'

t, the consideration passed "about, the department board of directors changed session the election bill i;

According to "Law of corporation" and "Company Plow Regulation" the stipulation, the plenary elects Wang Dian, Jia Tongsai, the perimeter joyful, Zhang Nailing, Yang Yanjun 5 乂 holds the post of the directors of corporations, the composition company fifth session of firefly flees the meeting.

Bismith bill 155,625,000 shares with peaceful, occupies attends the plenary to have the right to vote shareholder 100. /. 0 shares

.1

Opposition, 0 share of forfeits.        Seven

The consideration passed "Changed session Election Bill about Company Supervisors" according to "Law of corporation" and "Articles of incorporation" the stipulation, the plenary elects Yang all the people, Wang Lifeng, the Yan newly built 3 people takes on 任 the company supervisors, the composition company fifth session of jail meeting.

This bill 155,625,000 share of agreements, occupies attends the plenary lost to view right to vote shareholder 100%, 0 shares

Opposition, 0 share of forfeits mouths

'. ; -• - ■

%.

TG-040615-0028677

Seventh, the consideration passed "about Project Construction Bill";
Please according to the corporate growth strategy and the national plaster tablet industry base construction plan, the plenary below agree constructs the paper surface plaster tablet project "



TG-040615-0028678 ^



The bismith bill 15562,5 ten thousand shares with the food, occupy attend the plenary to have the right to vote shareholder 100%, 0 shares• Opposition short steps 0 share of forfeits.

k, the consideration passed "about has purchased the Taishan gypsum (the Pi state) the limited company and so on eight

Sub- common ten-day period minority shareholder stockholder's rights bill"

: •     .        •

In the set of department subsidiary company, the Taishan gypsum (the Pi state) the limited company, the Hubei Taishan building materials limited company, stone of mt.taishan lineage Chongqing) the limited company presently separately has spending limit S 10,000 Yuan, 750,000 Yuan, 5,750,000 Yuan by the northern new building materials group limited liability company, the investment proportion minute

I

Do not be! 5%th, 5%, 20%; The stone of mt.taishan (Wenzhou) the limited company, the Taishan gypsum (Jiangxi) limits the company presently separately to have spending limit 2,700,000 Yuan, 4,500,000 Yuan by Zhao Xiuyun, leaves

The capital compares the handle respectively is 35,06%, 30%; Taishan gypsum: (Tongling) has fS Corporation, the stone of mt.taishan

i

The paste (Baotou) the limited company presently celebrates by A has spending limit 3,500,000 Yuan, 1,750,000 Yuan separately,

The investment proportion respectively is 35%, 35%. The `Shandong Taihe energy of light limited common ten-day period has by the Shandong Taihe building materials limited liability company invests the insane 2,700,000 Yuan, the investment proportion is 45%.

For further strengthens the company the abundant advantage ability, creates more wealths for the company shareholder,

The agreement company purchases above eight subsidiary companies presently the complete stockholder's rights which has by the minority shareholder, causes it

.

■ _    ^.       .

4

TG-040615-0028679

Becomes the company the entire capital subsidiary company, the 'purchase price according to the unification fixed price principle principle, is entering »j •

The good property appraised in the foundation consults the determination with the shareholder, take June 30, 2011 as ::

I this bill 155,625,000 share of agreements, occupies attends the plenary to have the right to vote shareholder 100%, 0 shares

1          I

Opposition, 0 share of forfeits.

Seven, has considered "about Plaster tablet US Lawsuit Related Question Bill"

I

The & plenary discussed the stone earnestly still extremely the American lawsuit related question, will decide in current and next.

Period of time, wants to be supposed earnestly to, answers a charge limitedly, attention cost. t ■

: Vertical stroke. :

" - % This resolution. ■

I

;          1          I

!

" j::. Suffices still extremely to tie up

TG-040615-0028680

(This page does not have the main text, for Taishan gypsum limited liability company
2010 year general meeting of shareholders resolution shareholder
Signature page)
The shareholder signs:
North new group building materials stock
Representative enters the signature:
/
Peaceful absurd may the state asset now Henry Qunqiao the last of the ten Heavenly
Stems 5,
The representative signs
The Shandong Taihe building materials are limited
Representative small tinkling bell character:
Jia Tongchun signature:
East Beijing the association throws the WI Peru
% M ^
The representative signs:
In August, 2011 11 said

TG-040615-0028681

■ ■ the `Qin I bribes
Jia Tongchun
Wang Bing
The perimeter is joyful
Zhang Nailing
Yang Yanjun

5

TG-040615-0028682

# 泰山石膏股份有限公司
## 2010 年度股东大会决议

2011 年 8 月 11 日，泰山石膏股份有限公司（以下简称"公司"）在中国建材股份有限公司会议室召开了公司 2010 年度股东大会，公司全体股东均派代表出席会议，代表股份 15562.5 万股，占总股本的 100%，符合《公司法》和《公司章程》有关规定，形成的决议合法有效。会议由公司董事长贾同春主持，经过与会股东充分讨论，出席会议的全体股东一致同意，表决通过了以下议案：

一、审议通过了《2010 年度董事会工作报告》；

该议案 15562.5 万股同意，占出席会议有表决权股东的 100%，0 股反对，0 股弃权。

二、审议通过了《2010 年度监事会工作报告》；

该议案 15562.5 万股同意，占出席会议有表决权股东的 100%，0 股反对，0 股弃权。

三、审议通过了《关于公司 2010 年度财务决算及 2011 年度财务预算的报告》；

该议案 15562.5 万股同意，占出席会议有表决权股东的 100%，0 股反对，0 股弃权。

四、审议通过了《关于公司 2010 年度利润分配的议案》；

根据北京兴华会计师事务所审定的合并会计报告，公司 2010 年度归属于母公司股东的净利润为 493,746,002.77 元，上年度利润分

1

TG-040615-0028676

配后滚存的未分配利润为 532,017,800.23 元，本年提取法定盈余公积金 20,758,932.54 元后，可供股东分配的利润为 1,005,004,870.46 元。

为保证公司有一个健康的财务状况，以保持稳定持续发展，同时兼顾股东的派现要求与公司稳定发展给股东带来的长期利益，会议同意将可供股东分配利润中的 10000 万元用于派发股利。公司总股本为 15562.5 万元，每 10 股派发现金股利约 6.43 元，未分配利润 905,004,870.46 元用于项目建设和生产经营，留待以后年度再做分配。

该议案 15,562.5 万股同意，占出席会议有表决权股东的 100%，0 股反对，0 股弃权。

五、审议通过了《关于公司董事会换届选举的议案》；

根据《公司法》和《公司章程》的规定，会议选举王兵、贾同春、周长欣、张乃岭、杨艳军 5 人担任公司董事，组成公司第五届董事会。

该议案 15562.5 万股同意，占出席会议有表决权股东的 100%，0 股反对，0 股弃权。

六、审议通过了《关于公司监事换届选举的议案》

根据《公司法》和《公司章程》的规定，会议选举杨全民、王力峰、闫新建 3 人担任公司监事，组成公司第五届监事会。

该议案 15562.5 万股同意，占出席会议有表决权股东的 100%，0 股反对，0 股弃权。

TG-040615-0028677

七、审议通过了《关于项目建设的议案》；

根据公司发展战略和全国石膏板产业基地建设规划，会议同意

建设以下纸面石膏板项目：

TG-040615-0028678

该议案 15562.5 万股同意，占出席会议有表决权股东的 100%，0 股反对，0 股弃权。

六、审议通过了《关于收购泰山石膏（邳州）有限公司等八家子公司少数股东股权的议案》

公司控股的子公司中，泰山石膏（邳州）有限公司、湖北泰山建材有限公司、泰山石膏（重庆）有限公司现由北新建材集团股份有限公司分别持有出资额 50 万元、75 万元、575 万元，出资比例分别为 5%、5%、20%；泰山石膏（温州）有限公司、泰山石膏（江西）有限公司现由赵秀云分别持有出资额 270 万元、450 万元，出资比例分别为 35.06%、30%；泰山石膏（铜陵）有限公司、泰山石膏（包头）有限公司现由刘庆分别持有出资额 350 万元、175 万元，出资比例分别为 35%、35%。山东泰和光能有限公司由山东泰和建材有限责任公司持有出资额 270 万元，出资比例为 45%。

为进一步增强公司的盈利能力，为公司股东创造更多的财富，同意公司收购上述八家子公司现由少数股东持有的全部股权，使其

4

TG-040615-0028679

成为公司的全资子公司，收购价格按照统一定价原则的原则，在进行资产评估的基础上与股东协商确定，以 2011 年 6 月 30 日为基准日。

该议案 15562.5 万股同意，占出席会议有表决权股东的 100%，0 股反对，0 股弃权。

七、审议了《关于石膏板美国诉讼有关问题的议案》

会议认真讨论了石膏板美国诉讼有关问题，决定在当前及今后一段时间，还是要认真应对，有限应诉，注意成本。

特此决议。

股东大会决议签字页下一页



5

TG-040615-0028680

（此页无正文，为泰山石膏股份有限公司 2010 年度股东大会决议的股东
签字页）

股东签字：

北新集团建材股份有限公司 

代表人签字：

泰安市国有资产经营有限公司

代表人签字：

山东泰和建材有限责任公司

代表人签字：

北京东联投资有限公司

代表人签字：

贾同春签字：

2011 年 8 月 11 日

6

泰山石膏股份有限公司 2010 年度股东大会与会董事签字页

贾同春

王兵

周长欣

张乃岭

杨艳军



5

TG-040615-0028682