Partial Translation of CNBMCO00102014-102025

CNBMCO00102014

## CNBM Co., Ltd. [2007] No. 22

## The Tenth President's Office Meeting

Time:      October 12, 2007 (Friday) 14:00

Location:  16th Floor Conference Room of CNBM Building

Host:      Jianglin Cao

Attendees: Zhiping Song, Yimin Li, Xingtai Cui, Dingjin Zhang, Zhangli Chang, Xue'an Chen, Bing Wang, Jindong Zhang, Chunren Shi, Jianxing Zhang, Shuhai Li, Zhenhe Ren, Yaoyin Feng, Bin Liu, Qingshan Shen, Tongchun Jia, Guifang Ren, Yaping Shen, Guobin Cai, Shuhong Cui, Huirong Zheng, Yuming Hao, Shaotang Dong

Recorder:  Xuan Zeng

**Main Topics of the Meeting:**

…

CNBMCO00102015

…

III. Construction of Projects

…

4. Deliberated on matters concerning the cease of production and relocation of the Gypsum Board Production Line No. One of BNBM PLC …

CNBMCO00102016

MTD Exhibit #274

SONG: Exhibit 351

**Notices Circulated at the Meeting:**

…

<u>**CNBMCO00102017**</u>

…

IV. Circulated a Notice on the New Agreement Signed by South Cement

Due to the active responses by multiple enterprises in the region, there are currently almost 50 enterprises that have signed the restructuring agreement or showed intent to do so. There are a large number of target enterprises, and the competition for restructuring is fierce.

It is required that the general principles formulated by CNBM be strictly followed during the course of the restructuring negotiation(s). When pricing and payment clauses are involved, each enterprise may adopt a distinguished policy. However, the general principles shall be basically uniform to ensure the balance among all enterprises undergoing restructuring. It is required that the Company from top to bottom strictly keep confidential the status of restructuring, especially the contract clauses involved.

…

<u>**CNBMCO00102019**</u>

VIII. Circulated a Notice on the Progress of the Projects, and Reiterated That the Construction of the Projects Shall Strictly Follow the Administrative Procedures of CNBM. It is required that:

1. The investment into project(s) shall have the centralized decision-making;

2. All business sectors shall submit project materials as soon as possible so that the Stock Company[1] can timely go through relevant procedures;

---

[1] Refers to CNBM Co., Ltd.

3. The materials shall be submitted carefully, the selection of locations shall be scientific, and the capital expenditure shall be accurate;

4. Project shall be completed on time, be put into production and reach production targets on time.

…

X. Deliberated on matters concerning the cease of production and relocation of the Gypsum Board Production Line No. One of BNBM PLC

BNBM PLC plans to officially cease the production of the Gypsum Board Production Line No. One, relocate it to Taicang, Jiangsu Province, and after upgrading of the technology and the production capacity, it will be renovated into a circular economy demonstration project by completely using desulfurized gypsum, with the annual production capacity of 30 million square meters. It is planned to start installation of equipment from the end of November.

…

**CNBMCO00102020**

…

**Resolutions of the Meeting:**

I. Reiterated that the guiding profit indicators for the whole year shall be: A further 10% increase on the base of 15% increase set at the beginning of the year for China United Cement, BNBM PLC, and China Composites; a further 5% increase on the base of 25% increase set at the beginning of the year for CNBM Engineering; and the net profit contribution from China Fiberglass cannot be less than 150 million Yuan.

The KPI guidelines for various business sectors are:

1. Cement sector:

Sales Volume: 20 million Tons

Net Profit: ≥ 20 Yuan / Ton

Sales Price: 195-205 Yuan / Ton

Zhejiang Cement and Hushan Cement must have a profit this year.

Zhongsheng Cement and Zhonglida shall strive for consolidating their financial statements in October and ensure the realization of 40-50 million Yuan in profit this year. Zhangli Chang, Xue'an Chen and Guobin Cai are in charge of this project.

Other enterprises within the scope of consolidated financial statements of South Cement or CNBM cannot incur loss.

2. The Gypsum Board Business in the Lightweight Building Materials Sector:

Sales Volume: No less than 300 million Square Meters

Gross Profit Rate of BNBM PLC: 28%

Sales Prices of BNBM PLC: 6.25 – 6.3 Yuan / Square Meter

Gross Profit Rate of Shandong Taihe: 26%

Sales Prices of Shandong Taihe: 4.1 – 4.15 Yuan / Square Meter

…

**CNBMCO00102023**

VIII. Approved the cease of production and relocation of the Gypsum Board Production Line No. One of BNBM PLC . It's BNBM PLC to determine the specific date of relocation, and perform the relevant approval procedures. The disclosure of information involved shall be kept at low profile.

…

X. Due to the rapid increase of the demand for loans from all business sectors and in order to alleviate the pressure to provide guarantees by the main office of the Stock Company, it is required that all guarantees for loans for all business sectors

shall be uniformly planned as a whole by the Stock Company, with the Stock Company as the main guarantor. Each business sector may provide guarantees for each other, but the specifics are to be uniformly arranged by the Chief Financial Officer and the Department of Finance of the Stock Company.

XI. Approved the 1 million US dollars award to Morgan Stanley, to commend this company's contribution to the successful implementation of allotment of shares at lightning speed and their long-standing support to CNBM.

…

**CNBMCO00102024**

…

Signatory:            _____

Signature Date:      _____

Send to: CNBM Group; the Directors, Supervisors, Leaders of the Main Office, and All Departments of the Company; All Companies of the Stock Company

Building materials stock [2007]22 number

When the tenth president workshop within: On October 12, 2007 (Friday) 14:00

Selects: Chinese building materials building 16 conference room directors: Cao Jianglin

Attends the human: Song Zhiping, Li Yimin, Cui Xingtai, Zhang Dingjin, Chang Zhangli,

Chen Xuean, Wang Bing, Zhang Jindong, Shi Chunren, Zhang Jianxing, Li Shuhai, Ren Zhenhe, Feng Yaoyin, Liu Bin, Shen Qingshan,

Jia with spring and Ren Guifang, Shen Yaping, Cai Guobin, Cui Shuhong,

Zheng Huirong, Hao Yuming, Dong Shaotang

Records the human: Once warmth main item on the agenda:

First, in September, 2007 production operation

Second, investment management

1st, studies the southern cement to increase the registered capital matters concerned

2nd, studies the Hunan south cement to increase the registered capital matters concerned

3rd, reports the southern cement new sign agreement situation

4th, notifies Chinese union cement to plan to purchase the enterprise basic situation

5th, research adjusts Chinese union cement to purchase Lunan Zhonglian to have Zaozhuang Zhonglian tender offers cost matters concerned

6th, studies the Chinese duplicate material to increase funding to set up the duplicate condor carbon fiber limited company matters concerned

Third, project construction

1st, the notification project progress 2, research afterheat electricity generation project always wraps the matters concerned 3, to study Huai Hai Zhonglian daily production 3700 tons technical transformation project plan local adjustment matters concerned 4, to study northern new building materials gypsum board production suspension relocation matters concerned 5, to study the Nanjing triumphant abundant cement technology project limited company to purchase the office building matters concerned

Fourth, other items

1st, research finances and guarantees 2, research company 2008-2010 end of the year companies trade works 3, research Olympics projects to reward the credit corroborative matters concerned 4, notification fuwa project progress 5, research personnel adjustment plans related

The conference notifies the item:

First, notifies in September, 2007 production operation China building materials whether to be bigger and stronger, 2007 is the foundation, 2008 will be the key. Requests various service tectonic plates to go all out the fourth quarter, completes the management and operation, increases the income, reduces the cost and ensure completes the annual profit target and related management target.
In the near future must hold the entertainment experience conference. Is heavy because of this year reorganization duty, the entertainment experience complex degree is high, hopes that various service tectonic plates prepare ahead of time, actively coordinates the joint-stock company to complete the year-end audit work.
Second, studies the southern cement to increase south the registered capital matters concerned establishment of cement to obtain in four province city regions the positive responses of numerous enterprise, the present reorganization speed has surpassed anticipated, according to having signed the enterprise and latent alliance enterprise's quantity and scale, the south cement plans for three years to achieve 100 million tons goal to realize hopefully ahead of time. Because many investors hope that has the stock of southern cement, has 3.5 billion Yuan registered capital unable to satisfy the request, will therefore plan south the registered capital of cement to increase to 5 billion Yuan by 3.5 billion Yuan.
Third, studies the Hunan south cement to increase registered capital matters concerned Hunan the national cement price grows one of quickest areas at present, Group has signed the overall strategy cooperative agreement with Hunan, in addition SAC's great support to the south cement reorganization, as well as the southern cement also has other intent purchase enterprises besides the Shaofeng group in the Hunan area, enables the Hunan south cement limited company original registered capital the scale to satisfy the reorganization request, therefore plans to increase by 200 million Yuan the registered capital of Hunan south cement 500 million Yuan.
Fourth, reports the southern cement new sign agreement situation, because in region the positive responses of numerous enterprise, at present signs the reorganization agreement or the intention enterprise already about 50. Target company are many, the reorganization competition is intense.
The request obeys the Chinese building materials making the overall principle to carry on the operation when the reorganization negotiations strictly, involves the price and payment article may a business plan, but the overall principle should basic consistent, to guarantee balance between reorganization enterprises. The request company strictly keeps secret to the contract terms that reorganizing the situation, especially involves up and down.
Fifth, notifies Chinese union cement to plan to purchase the enterprise basic situation to notify Chinese union cement plans to acquire the Texas Regent Group

dam limited company (i.e. dam cement), the Rizhao port source cement limited company (i.e. Hong Kong source cement), the Shandong gold Lucheng cement limited company (i.e. gold Lucheng cement), the Nanyang Sichwan cement limited company (i.e. Sichwan cement), the Shandong Donghua cement limited company (i.e. Donghua cement) the basic situation.

Sixth, research adjusts Chinese union cement to purchase Lunan Zhonglian to have Zaozhuang Zhonglian tender offers cost matters concerned

On March 28, 2007, the joint-stock company has replied Chinese union cement to purchase Lunan Zhonglian to hold the Zaozhuang Zhonglian 42% stockholder's rights by the innate fund 21 million Yuan. Because throws the consultative question delay with the Shandong country, consulted after both sides, Chinese union cement planned to increase January 1, 2007 to the June 30 interest 2.44 million Yuan, namely purchased Lunan Zhonglian to hold the Zaozhuang Zhonglian 42% stockholder's rights by the innate fund 23.44 million Yuan.

Seventh, studies the Chinese duplicate material to increase funding to set up the duplicate condor carbon fiber limited company matters concerned

The Lianyungang condor new material limited company (i.e. condor company) is the Lianyungang hawk tour textile machinery limited liability company (i.e. hawk tour company, enterprise, occupies 70% stockholder's rights) with Jiangsu Aoshen Group limited liability company (place state-owned enterprise, occupies 30% stockholder's rights) in the taking carbon fiber service that March 2, 2006 set up together as main business service enterprise, this company registered capital 75 million.

At present the carbon fiber product globally falls short of demand, the domestic carbon fiber main dependence will import, supplies the critical shortage, the demand will grow by every year 15-20% speeds, according to the forecast to 2009, the Chinese carbon fiber year demand will increase to 7500 tons.
The Chinese duplicate material plans to the condor company increasing funding Renminbi 100 million Yuan, after occupying increases funding, this company's 45% stockholder's rights. Through the increasing funding condor company, the Chinese duplicate material may make the compound materials service to expand to its high-end product carbon fiber business area, this tallies with the industrial development direction that the country encourages , helping to satisfy grows the civil carbon fiber market demand that day by day, simultaneously conforms to the strategy that the Chinese building materials are bigger and stronger, can provide the industry for the Chinese duplicate material high efficiency leaf blade necessary, in the future will become another new profit point of growth.
After increasing funding, condor company in the future three years economic efficiency forecast following table:


In 2008

In 2009 (reaches produces)

In 2010

Sales revenue (ten thousand Yuan)

15384.62

68803.42 68803.42

Ratio of margin (%) 32% 37%

37% gross profits (ten thousand Yuan)

1772.45

16658.96 16658.96

Net profit (ten thousand Yuan) 1329.34 12494.22

12494.22 net profits rate (%)

9%

18% 18%

Before the tax, profit accounts for the income proportion (%) 12% 24% 24% eight, notification project progress, reiterated that the project construction must strictly follow the Chinese building materials the executive program, the request: 1st, investment must concentrate decision-making;

2nd, various service tectonic plates should shift to an earlier time to report the project portfolio, so that the joint-stock company can fulfill the dependant program promptly;

3rd, reporting material must be careful, the selected location must be scientific, the capital expenditure must be accurate;

4th, must finish on time, goes into production on time and reaches produces.

Ninth, studies Huai Hai Zhonglian daily production 3700 tons technical transformation project plan local adjustment matters concerned

The experts on Huai Hai Zhonglian daily production 3700 tons technical transformation project proposed that increases one to stand rubs the substitution existing tube to rub the suggestion that as well as the renewal coal rubs, to cause the raw material machine to match is more reasonable, because of increasing the equipment causes this project total investment to report that compared to be possible the research that 2007 the ninth president workshop authorizes increases 33 million Yuan.

Tenth, studies northern new building materials gypsum board production suspension relocation matters concerned

The northern new building materials plan to suspend production gypsum board one officially, move to Jiangsu Taicang, and produces to promote after the technology, transforms into one to yearly produce 30 million $m^2$, to use the desulphurization gypsum completely the cyclical economy demonstrative project. The plan starts to install the equipment at the end of November.

11th, studies the Nanjing triumphant abundant purchase office building matters concerned

Along with the unceasing growth of Nanjing triumphant abundant service, its technical team expands unceasingly, existing staff already about 250 people, office serious insufficiency. The Nanjing triumphant abundant consideration long-term development, hopes in the future has the independent office, will therefore will buy the setting in the Nanjing international service outsourcing industry garden new office building. New office building floor space for 16000$m^2$, purchases the even price control in 6000 Yuan/$m^2$ about, the total price approximately is 96 million Yuan.

12th, studies 2008-2010 end of the year companies to trade the related work

2008-2010 end of the year companies trade the forecast first draft company Hong Kong to manage consultant UK High Company to verify, at present the company and facilitating agency are revising the preparation to report Stock Exchange to verify as soon as possible.

According to various materials of service tectonic plate reporting, this forecast with the previous issue forecast that compares the ore price increased range to be big, possibly will cause the interpellation of Stock Exchange. The company in line with giving dual attention to the group and stock benefit and according to market fixed price the principle, further consults with Group.
Conference resolution:
First, reiterated that annual profit guidance target is: Chinese union cement, the northern new building materials and Chinese duplicate material increase in 15% foundations to increase 10% at the beginning of the year target again, the Chinese building materials project increases in 25% foundations to increase 5% at the beginning of the year target again, Chinese Bolivia filament net profit contribution is not smaller than 150 million Yuan.

The KPI direction of various service tectonic plates are:

1st, cement tectonic plate:
Sales volume: 20 million tons

Net profit: ≥20 Yuan/ton selling price: 195-205 Yuan/ton

The Zhejiang cement and Hushan cement must have profit this year.

The audiences abundant cement and Lida strives for in October the combined statements and ensure this year completes 4000 - 50 million Yuan profit. This work is responsible for by Chang Zhangli, Chen Xuean, Cai Guobin.

Other merge into the southern cement as well as the Chinese building materials report form enterprise cannot lose money.
2nd, light quality building materials tectonic plate gypsum board service:
Sales volume: It is not lower than 300 million ㎡

Northern new building materials ratio of margin: 28%

Northern new building materials selling price: 6.25-6.3 Yuan/㎡ Shandong Taihe ratio of margin: 26%

Shandong Taihe selling price: 4.1-4.15 Yuan/㎡ 3, compound materials tectonic plates:
Before the end of the year, made up uneven last year land procedure

Fan blade sales volume: 1000 pieces of fan blade ratios of margin: Producing of 20% Bo Zhan and glass fiber reinforced plastic product can the use factor and ratio of margin further enhance 4, Bolivian filament tectonic plates:

The net profit contribution strives to achieve 180 million Yuan 5, engineering service tectonic plates:

Sales revenue: Compared grew last year surpasses 50% ratios of margin: >20%

The net profit leads: >10% two, agreements south the registered capital of cement will increase by 3.5 billion Yuan to 5 billion Yuan.
Third, agreement increases by 200 million Yuan the registered capital of Hunan south cement to 500 million Yuan. After increasing funding completes, our spending limit is 490 million Yuan, the ownership percentage is 98%; Hunan SAC spending limit is 10 million Yuan, the ownership percentage is 2%.

Fourth, agreed that Chinese union cement purchases Lunan Zhonglian by 23.44 million Yuan in the Zaozhuang Zhonglian 42% stockholder's rights, requests Chinese union cement to complete the industry and commerce change of this company before the end of October.

Fifth, agreed in principle that the Chinese duplicate material increases funding 100 million Yuan to the Lianyungang condor new material limited company, and changes the name this company as duplicate condor carbon fiber limited liability company. If necessary, joint-stock company may pay the fund first, finally increases funding to need the fund according to the property ratio of debt to net worth height decision is responsible for solving by the joint-stock company or the Chinese duplicate material, namely like the property ratio of debt to net worth of Chinese duplicate material is smaller than 70%, is responsible for solving by the Chinese duplicate material; If higher than 70%, then joint-stock company considered that adopts other means solutions. Following procedure of this capital expenditure

handles according to the joint-stock company capital expenditure request.

Sixth, agreed that Chinese union cement sign the afterheat electricity generation project lump-sum contract plan and price, are specifically as follows:

Unit name

Lunan Zhonglian

Xuzhou Zhonglian

Zaozhuang Zhonglian

Qingzhou Zhonglian

Nanyang Zhonglian

Always wraps the unit

Triumphant abundant

Conch Kawasaki

Conch Kawasaki

Triumphant abundant

Conch Kawasaki

Specification

10MW

18MW

10MW

12MW

18MW

Unit pattern

Two a stove machine

Two a stove machine

Four a stove machine

Two a stove machine

Four a stove machine

EPC price

52.8 million Yuan

114.8 million Yuan

72.8 million Yuan

57.2 million Yuan

116.9 million Yuan

Seventh, agreement makes the local adjustment to Huai Hai Zhonglian daily
production 3700 tons technical transformation project plan, requests this project
total investment not to over 220 million Yuan.

Eighth, agreed that a northern new building materials gypsum board production
suspension moves, by the northern new building materials determination concrete
relocation date, and fulfills the related approval process, the information
disclosure that involves must be low-key.

Ninth, agreed that the Nanjing triumphant abundant purchase office building plan,
needs the fund triumphantly abundant to be solved by Nanjing voluntarily.

Tenth, in view of the fact that various service tectonic plates' loan demands grow
are quick, for the alleviation joint-stock company department's guarantee pressure,
the request the loan guarantee of various service tectonic plates will be planned
by the joint-stock company from now on, advocates the guarantee side is the
joint-stock company, various service tectonic plates may guarantee mutually, make
concrete the arrangement by the joint-stock company chief financial officer and
finance department.

11th, agreed that rewards Morgan Stanley 1 million US dollars, to commend this
company's contribution to company success implementation lightning share matching
and long-term support to Chinese building materials.

12th, agreement fuwa project's credit corroborative establishes provisionally for
Morgan, UBS and gold. Request:

1st, various units coordinate closely and ensure before June 30, 2008, will
complete the fuwa project, and will strive to complete before May, 2008.
2nd, various service tectonic plates must start to inspect and consummate the fuwa
project involve various construction projects the environmental protection to show
immediately that plans to construct the project also to obtain the written
instructions to a subordinate as soon as possible and ensure does not affect the

implementation of project. If which company delayed the whole progress of fuwa project because of environmental protection question, will investigate member's responsibility.

3rd, reorganization jointly must sign the formal agreement or the intent agreement as soon as possible.

4th, in view of the fact that the outside pays attention to the issuing additionally plan of company, but at present company's release plan had not determined that namely had not determined distributes A stocks, H stocks or the A+H stocks, must therefore be very prudent when the foreign disclosure, cannot definitely unable to deny. The spokesman who is clear about the fuwa project is often Zhang Li.

13th, agreed that Lunan Zhonglian party committee secretary Comrade Liu Fengli retires, recommends Comrade Feng Yaoyin to take the post of this duty, is fulfilled the dependant program by Chinese union cement.

Agreed that Chinese union cement appoints Comrade Yuan Liangguo is the chief engineer, Comrade Yuan Liangguo no longer holds the post of Lunan Zhonglian general manager; Agreed that appoints Comrade Feng Yaoyin for Lunan Zhonglian general manager.

Agreed that the southern cement appoints Comrade Wang Maotian for deputy general manager.

Agreed that Comrade Zhao Yuanxiang transfers to the southern cement work.

Agreed that appoints Comrade Li Benyong for the Qingzhou Zhonglian chief financial officer.

The southern cement's chief financial officer, the human resources inspector general and sales supervisor plans to select the marketability method to open to advertize to the public.

Under-signeds: _____signing and issuing time: _____

Delivering:

Chinese building materials group, various directors of corporations, supervisors, this leaders and departments, various joint-stock company units

PAGE PAGE 1

--- Summary Information ---
1: 936 PID_TITLE:
PID_SUBJECT:
PID_AUTHOR: zx PID_KEYWORDS:
PID_COMMENTS:
PID_TEMPLATE: Normal PID_LASTAUTHOR: ZX PID_REVNUMBER: 78 PID_APPNAME: Microsoft Office Word PID_EDITTIME: Mon Jan 01 10:55: 00 CST 1601 PID_LASTPRINTED: Mon Oct 15 16:16: 00 CST 2007 PID_CREATE_DTM: Mon Oct 15 11:01: 00 CST 2007 PID_LASTSAVE_DTM:

Mon Oct 22 15:50: 00 CST 2007 PID_PAGECOUNT: 1 PID_WORDCOUNT: 700 PID_CHARCOUNT:
3991 PID_SECURITY: 0

--- Document Summary Information ---
PID_CODEPAGE: 936 PID_COMPANY: Microsoft PID_LINECOUNT: 33 PID_PARCOUNT: 9 17: 4682
23: 726502 PID_SCALE: false PID_LINKSDIRTY: false 19: false 22: false

中建材股份[2007]22 号

# 第十次总裁办公会

**时　间：**2007 年 10 月 12 日（星期五）14：00

**地　点：**中国建材大厦 16 层会议室

**主持人：**曹江林

**出席人：**宋志平、李谊民、崔星太、张定金、常张利、

陈学安、王　兵、张金栋、施纯仁、张剑星、

李树海、任振河、冯耀银、刘　彬、申庆山、

贾同春、任桂芳、沈亚平、蔡国斌、崔淑红、

郑惠荣、郝宇明、董少棠

**记录人：**曾　暄

**会议主要议题：**

　　一、2007 年 9 月生产经营情况

　　二、投资管理

1

CNBMCO00102014

1、研究南方水泥增加注册资本事宜

2、研究湖南南方水泥增加注册资本事宜

3、通报南方水泥新签订协议情况

4、通报中国联合水泥拟收购企业基本情况

5、研究调整中国联合水泥收购鲁南中联持有枣庄中联股权收购价款事宜

6、研究中国复材增资设立中复神鹰碳纤维有限公司事宜

三、项目建设

1、通报项目进展情况

2、研究余热发电工程总包事宜

3、研究淮海中联日产 3700 吨技改项目方案局部调整事宜

4、研究北新建材石膏板一线停产搬迁事宜

5、研究南京凯盛水泥技术工程有限公司购置办公楼事宜

四、其它事项

1、研究融资和担保

2、研究公司 2008－2010 年关连交易相关工作

3、研究奥林匹克项目奖励承销商事宜

4、通报福娃项目进展情况

5、研究人事调整方案

2

CNBMCO00102015

## 会议通报事项：

一、通报 2007 年 9 月生产经营情况

中国建材能否做大做强，2007 年是基础，2008 年是关键。要求各业务板块大干四季度，做好经营管理，增加收入，降低成本，确保完成全年利润指标和相关经营指标。

近期要召开财务工作会议。因今年重组任务重、财务工作复杂程度高，希望各业务板块提前准备，积极配合股份公司做好年终审计工作。

二、研究南方水泥增加注册资本事宜

南方水泥的设立得到四省一市区域内众多企业的积极响应，目前的重组速度已超出了预期，根据已签约企业及潜在加盟企业的数量及规模，南方水泥原计划三年做到 1 亿吨的目标有望提前实现。由于很多投资者希望持有南方水泥的股份，现有 35 亿元的注册资本已不能满足要求，因此拟将南方水泥的注册资本由 35 亿元增至 50 亿元。

三、研究湖南南方水泥增加注册资本事宜

湖南是目前全国水泥价格增长最快的地区之一，集团公司已与湖南省签订了全面战略合作协议，加之国资委对南方水泥重组的大力支持，以及南方水泥在湖南地区除韶峰集团之外还有其它意向性收购企业，使得湖南南方水泥有限公司原有注册资本的规模已不能满足重组要求，因此拟将湖南南

3

CNBMCO00102016

方水泥的注册资本由 2 亿元增至 5 亿元。

四、通报南方水泥新签订协议情况

由于区域内众多企业的积极响应，目前签订重组协议或意向的企业已近 50 家。目标企业多，重组竞争激烈。

要求在重组谈判时严格遵照中国建材制订的总体原则进行操作，涉及作价和付款条款可以一企一策，但总体原则应基本一致，以确保重组企业间的平衡。要求公司上下对重组情况、特别是涉及的合同条款严格保密。

五、通报中国联合水泥拟收购企业基本情况

通报中国联合水泥拟收购德州晶华集团大坝有限公司（简称大坝水泥）、日照市港源水泥有限公司（简称港源水泥）、山东金鲁城水泥有限公司（简称金鲁城水泥）、南阳淅川水泥有限公司（简称淅川水泥）、山东东华水泥有限公司（简称东华水泥）的基本情况。

六、研究调整中国联合水泥收购鲁南中联持有枣庄中联股权收购价款事宜

2007 年 3 月 28 日，股份公司已批复中国联合水泥以自有资金 2100 万元收购鲁南中联所持枣庄中联 42%的股权。因与山东国投协商问题延误，经过双方协商，中国联合水泥拟增加 2007 年 1 月 1 日至 6 月 30 日的利息 244 万元，即以自有资金 2344 万元收购鲁南中联所持枣庄中联 42%的股权。

七、研究中国复材增资设立中复神鹰碳纤维有限公司事

4

CNBMCO00102017

宜

　　连云港神鹰新材料有限公司（简称神鹰公司）是连云港鹰游纺机有限责任公司（简称鹰游公司，民企，占70%股权）与江苏奥神集团有限责任公司（地方国企，占30%股权）于2006年3月2日共同设立的以碳纤维业务为主营业务的企业，该公司注册资本7500万。

　　目前碳纤维产品在全球范围供不应求，国内碳纤维主要依赖进口，供应严重短缺，需求量将以每年15-20%的速度增长，据预测至2009年，中国碳纤维年需求将增至7500吨。

　　中国复材拟向神鹰公司增资人民币1亿元，占增资后该公司的45%股权。通过增资神鹰公司，中国复材可使复合材料业务扩展至其高端产品碳纤维业务领域，这符合国家鼓励的产业发展方向，有利于满足日趋增长的民用碳纤维市场需求，同时符合中国建材做大做强的战略，能够为中国复材大功率叶片提供产业配套，未来将成为又一个新的利润增长点。

　　增资后，神鹰公司未来三年经济效益预测如下表：

|  | 2008 年 | 2009 年（达产） | 2010 年 |
|---|---|---|---|
| 销售收入（万元） | 15384.62 | 68803.42 | 68803.42 |
| 毛利率（%） | 32% | 37% | 37% |
| 利润总额（万元） | 1772.45 | 16658.96 | 16658.96 |
| 净利润（万元） | 1329.34 | 12494.22 | 12494.22 |
| 净利率（%） | 9% | 18% | 18% |
| 税前利润占收入比重（%） | 12% | 24% | 24% |

5

CNBMCO00102018

八、通报项目进展情况，重申项目建设须严格遵循中国建材的管理程序，要求：

1、项目投资要集中决策；

2、各业务板块应提早上报项目材料，以便股份公司能够及时履行相关程序；

3、上报材料要审慎，选址要科学，资本开支要准确；

4、要按期完工，按期投产、达产。

九、研究淮海中联日产 3700 吨技改项目方案局部调整事宜

专家就淮海中联日产 3700 吨技改项目提出增加一台立磨替代现有管磨以及更新煤磨的建议，以使原料机配更合理，因新增设备而使该项目总投资比 2007 年第九次总裁办公会批准的可研报告增加 3300 万元。

十、研究北新建材石膏板一线停产搬迁事宜

北新建材拟将石膏板一线正式停产，搬迁至江苏太仓，经过技术和产能升级，改造成为一个年产 3000 万㎡、全部使用脱硫石膏的循环经济示范项目。计划 11 月底开始安装设备。

十一、研究南京凯盛购置办公楼事宜

随着南京凯盛业务的不断增长，其技术队伍不断壮大，现有员工已近 250 人，办公场所严重不足。南京凯盛考虑未来长远发展，希望有独立办公场所，因此拟购置位于南京国

CNBMCO00102019

际服务外包产业园的新办公楼。新办公楼建筑面积为 16000
m²，购置均价控制在 6000 元/m²左右，总价约为 9600 万元。

十二、研究 2008－2010 年关连交易相关工作

2008－2010 年关连交易预测初稿已经公司香港管理顾
问英高公司审核，目前公司及中介机构正在修改准备尽快上
报联交所审核。

根据各业务板块上报的材料，此次预测与上一期预测相
比矿石价格增幅较大，可能会导致联交所的质询。公司将本
着兼顾集团和股份利益并按市场定价的原则，与集团公司进
一步协商。

**会议决议：**

一、重申全年利润指导性指标为：中国联合水泥、北新
建材、中国复材在年初指标增加 15%的基础上再增加 10%，
中国建材工程在年初指标增加 25%的基础上再增加 5%，中国
玻纤净利润贡献不小于 1.5 亿元。

各业务板块的 KPI 指引为：

1、水泥板块：

销量：2000 万吨

净利润：≥20 元/吨

售价：195-205 元/吨

浙江水泥和虎山水泥今年必须有利润。

7

CNBMCO00102020

众盛水泥和中利达争取 10 月份合并报表，确保今年完成 4000－5000 万元利润。此项工作由常张利、陈学安、蔡国斌负责。

其他并入南方水泥以及中国建材报表的企业不能亏损。

2、轻质建材板块石膏板业务：

销量：不低于 3 亿㎡

北新建材毛利率：28%

北新建材售价：6.25-6.3 元/㎡

山东泰和毛利率： 26％

山东泰和售价：4.1-4.15 元/㎡

3、复合材料板块：

年底前补齐去年土地手续

风机叶片销量：1000 片

风机叶片毛利率：20%

薄毡和玻璃钢制品的产能利用率、毛利率进一步提高

4、玻纤板块：

净利润贡献力争达到 1.8 亿元

5、工程服务板块：

销售收入：较去年增长超过 50%

毛利率：＞20%

净利率：＞10%

二、同意将南方水泥的注册资本由 35 亿元增加至 50 亿

CNBMCO00102021

元。

三、同意将湖南南方水泥的注册资本由 2 亿元增加至 5 亿元。增资完成后,我方出资额为 4.9 亿元,持股比例为 98%;湖南省国资委出资额为 1000 万元,持股比例为 2%。

四、同意中国联合水泥以 2344 万元收购鲁南中联在枣庄中联 42%的股权,要求中国联合水泥在 10 月底前完成该公司的工商变更。

五、原则同意中国复材向连云港神鹰新材料有限公司增资 1 亿元,并将该公司更名为中复神鹰碳纤维有限责任公司。如有必要,股份公司可先垫付资金,最终根据资产负债率的高低决定增资所需资金由股份公司或中国复材负责解决,即如中国复材的资产负债率小于 70%,则由中国复材负责解决;如高于 70%,则股份公司考虑采取其它办法解决。此项资本开支的后续程序按股份公司资本开支要求办理。

六、同意中国联合水泥签订的余热发电工程总包合同方案及价格,具体如下:

| 单位名称 | 鲁南中联 | 徐州中联 | 枣庄中联 | 青州中联 | 南阳中联 |
|---|---|---|---|---|---|
| 总包单位 | 凯盛 | 海螺川崎 | 海螺川崎 | 凯盛 | 海螺川崎 |
| 规格 | 10MW | 18MW | 10MW | 12MW | 18MW |
| 机组型式 | 二炉一机 | 二炉一机 | 四炉一机 | 二炉一机 | 四炉一机 |
| EPC 价 | 5280 万元 | 11480 万元 | 7280 万元 | 5720 万元 | 11690 万元 |

七、同意对淮海中联日产 3700 吨技改项目方案做出局部调整,要求该项目总投资不得超过 2.2 亿元。

9

CNBMCO00102022

八、同意北新建材石膏板一线停产搬迁，由北新建材确定具体搬迁日期，并履行相关审批程序，涉及的信息披露要低调。

九、同意南京凯盛购置办公楼方案，所需资金由南京凯盛自行解决。

十、鉴于各业务板块的贷款需求增长较快，为缓解股份公司本部的担保压力，要求今后各业务板块的贷款担保均由股份公司统筹，主担保方为股份公司，各业务板块可相互担保，具体由股份公司财务总监和财务部统筹安排。

十一、同意奖励摩根士丹利100万美元，以表彰该公司对公司成功实施闪电配股的贡献和对中国建材的长期支持。

十二、同意福娃项目的承销商暂定为摩根、瑞银和中金。要求：

1、各单位密切配合，确保2008年6月30日前完成福娃项目，并争取在2008年5月前做完。

2、各业务板块要立即开始着手检查、完善福娃项目所涉及各建设工程项目的环保证明，拟建项目也要尽快取得批文，确保不影响项目的实施。哪个公司如因环保问题耽误了福娃项目的整体进展，将追究一把手的责任。

3、重组联合要尽快签订正式协议或意向性协议。

4、鉴于外界对公司的增发计划十分关注，而目前公司的发行方案尚未确定，即未确定发行A股、H股或A＋H股，

CNBMCO00102023

因此在对外披露时要十分慎重，既不能肯定也不能否定。明确福娃项目的发言人是常张利。

十三、同意鲁南中联党委书记刘凤礼同志退休，推荐冯耀银同志出任该职务，由中国联合水泥履行相关程序。

同意中国联合水泥聘任袁亮国同志为总工程师，袁亮国同志不再担任鲁南中联总经理职务；同意聘任冯耀银同志为鲁南中联总经理。

同意南方水泥聘任王茂田同志为副总经理。

同意赵远翔同志调至南方水泥工作。

同意聘任李本勇同志为青州中联财务总监。

南方水泥的财务总监、人力资源总监、销售总监拟采用市场化方式向社会公开招聘。

签 署 人：_____

签发时间：_____

送： 中国建材集团，公司董事、监事、本部领导及各部门，股份公司各单位

11

12

CNBMCO00102025