Translation of BNBM (Group)-E-0003186

**Statement on the Gypsum Boards Exported to the U.S. by BNBM Group from the End of 2005 to the Beginning of 2006**

From the end of 2005 to the beginning of 2006, BNBM Group exported, on behalf of BNBMPLC, three batches of gypsum boards (three export contracts) to the United States, and the detailed information is as below:

First Contract: E-GB25190, for export of 229547 square meters of gypsum boards, the total export value was 431823.82 U.S. dollars, the export date should be the beginning of January 2006. Customer information: BAOAN INTERNATIONAL INVESTMENTCO., LTD., Address: 917 Village Oaks Drive, Suite 200, COVINA, CA91724, USA

The original material of this contract has not yet been found

Second Contract: WN6350, for export of 240372 sheets of gypsum boards , the total export value was 2040540.36 U.S. dollars, the export date should be January 22nd, 2006. Customer information: WOOD NATION, INC., 10740 PLANTATION BAY DRIVE, TAMPA, FLORIDA 33647, USA

The original material of this contract has not yet been found

Third Contract: E-GB051118, for export of 199567 square meters of gypsum boards, the total export value was 2394913.00 U.S. dollars, the export date should be February 8th, 2006. Customer information: EAC And SONS CORPORATION., 828 EAST Vine Street, Kissimmee, FL 34744, USA

The original material of this contract was kept in BNBM Group's archives

MTD Exhibit #278

At the end of 2005 to the beginning of 2006 Beixinjituan exported the American gypsum board service situation explanation

From at the end of 2005 to the beginning of 2006, Beixinjituan altogether acted the northern new joint-stock company to export three batch of gypsum boards (three export contract) to the US, the concrete information was as follows:

The first contract: E-GB25190, exports the gypsum board 229547 square meters, the general exports amount is 431823.82 US dollars, exports the date: Should be in early January, 2006. Customer information: BAOAN INTERNATIONAL INVESTMENT CO., LTD., Address: 917 VILLAGE OAKS DRIVE, SUITE 200, COVINA, CA91724, USA this contract principal edition material had not found the second contract at present: WN6350, exports gypsum board 240372, the general exports amount is 2040540.36 US dollars, exports the date: Should be on January 22, 2006. Customer information: WOOD NATION INC., 10740 PLANTATION BAY DRIVE, TAMPA, FLORIDA 33647, USA this contract principal edition material had not found the third contract at present: E-GB051118, exports the gypsum board 199567 square meters, the general exports amount is 2394913.00 US dollars, exports the date: Should be on February 8, 2006. Customer information: EAC And SONS CORPORATOIN., 828 EAST Vine Street, Kissimmee, FL 34744, USA

<> this contract principal edition material put on file in the Beixinjituan reference room

 --- Common properties ---
Created: Tue Feb 17 13:27: 00 CST 2015 Creator: as Modified: Tue Feb 17 13:45: 00 CST 2015 Revision: 2

 --- Extended properties ---
Application: Microsoft Office Word AppVersion: 14.0000 Characters: 514 CharactersWithSpaces: 603 Company: DocSecurity: 0 Lines: 4 Pages: 1 Paragraphs: 1 Templatev: Normal TotalTime: 17 Words: 90

# 2005 年底至 2006 年初北新集团出口美国石膏板业务情况说明

从 2005 年底至 2006 年初，北新集团一共代理北新股份公司向美国出口三批石膏板（三个出口合同），具体信息如下：

第一个合同：E-GB25190，出口石膏板 229547 平米，总出口金额为 431823.82 美元，出口日期：应为 2006 年 1 月初。客户信息：BAOAN INTERNATIONAL INVESTMENT CO., LTD., Address: 917 VILLAGE OAKS DRIVE , SUITE 200, COVINA, CA91724, USA
此合同正本资料目前还未找到

第二个合同：WN6350，出口石膏板 240372 张，总出口金额为 2040540.36 美元，出口日期：应为 2006 年 1 月 22 日。客户信息：WOOD NATION INC., 10740 PLANTATION BAY DRIVE, TAMPA, FLORIDA 33647, USA
此合同正本资料目前还未找到

第三个合同：E-GB051118，出口石膏板 199567 平米，总出口金额为 2394913.00 美元，出口日期：应为 2006 年 2 月 8 日。客户信息：EAC And SONS CORPORATOIN.,828 EAST Vine Street , Kissimmee ,FL 34744 , USA
此合同正本资料在北新集团资料室中存档了

BNBM(Group)-E-0003186