# Taishan Gypsum Board Sales to United States

| TOTALS (Invoices & Manufacturer Profile Form (MPF))[1] | | | | |
|---|---|---|---|---|
| STATE IMPACTED | SHEETS OF DRYWALL | SQUARE FEET OF DRYWALL | VALUE ON INVOICE OR MPF | NOTES |
| USA Deliveries from MPF (State Unknown)[2] | 1,184,710 | 56,866,080[3] | 39,818,191 Chinese Yuan, totaled from MPFs | $6,317,038.85 USD as of April 26, 2012, based on exchange rate of 1 USD to 6.3033 Yuan[4] |
| California | 2,640 | 126,720 | $10,032.00 USD | |
| Florida | 195,820 | 9,399,360 | $772,863.40 USD | |
| Louisiana | 45,756 | 2,196,288 | $195,915.29 USD | |
| New York | 146,244 | 7,019,712 | $413,191.64 USD | |
| North Carolina | 96,120 | 4,613,760 | $388,324.80 USD | |
| Virginia | 153,912 | 7,387,776 | $564,549.22 USD | |
| US TOTALS | 1,825,202 | 87,609,696 | $8,661,915.20 USD[5] | |

[1] The amounts and values presented in this exhibit are derived from TG and TTPs' Manufacturer Profile Forms, invoices and depositions as noted.

[2] TTP has listed numerous transactions in its MPF without a known importer.  In other words, TTP knows the drywall was shipped to the United States, but purports not to know where in the United States the drywall was shipped to. TG/TTP's position is incredible and shows a lack of candor.  For example, the PSC has learned through the testimony of Mr. John Gunn that the TG drywall that Guardian Building Products bought from TG/TTP through Taian Taigao Trading Corp., Ltd. was delivered to Tampa, Florida and Wilmington, North Carolina.  *See* Dep. of J. Gunn dated 7/22/11, at 79:7-79:25; Exhs. 151-152 Invoices.  Nonetheless, TTP's Manufacturer Profile Form states that the importer was "unknown." TG/TTP used Taian Taigao as an "exporter" for the transaction, yet fully controlled the Guardian transaction, even stepping in to settle the matter with Guardian when Taian Taigao was supposedly the "exporter."  *Id.*  Accordingly, the PSC subtracted the Taian Taigao Trading Corp. entries from the "State Unknown" category above, and based on invoices produced from Guardian, added the Florida and North Carolina drywall shipments to those respective state totals above.

[3] Square Feet of Drywall is calculated by determining the number of square feet in a 4' x 12' piece of drywall as 48 square feet.  Forty–eight square feet per sheet of drywall multiplied by 1,184,710 sheets equals 56,866,020 total square feet of drywall.

[4] http://themoneyconverter.com/usd/cny.aspx

[5] This total was reached by adding the $6,317,038.35 in drywall sales from the MPF where the exact U.S. location was unknown, converted from Chinese currency, to the state-by-state totals in CA, FL, LA, NY and NC that totaled $2,209,683.68.  Thus, the $6,317,038.35 + $2,209,683.68= $8,526,722.68.

MTD Exhibit #279

**JIA: Exhibit 394**

# Taishan Gypsum Board Sales to United States

| | Exporter | Importer | Invoice State | Port State | Product | Contract Amount | Number of Sheets of Gypsum | Date | Bates Number |
|---|---|---|---|---|---|---|---|---|---|
| | **GYPSUM BOARD – CALIFORNIA** | | | | | | | | |
| 1. | Taian Taishan Plasterboard Co., Ltd. | Stone Pride International Corp. | CA | CA | Gypsum Board | $10,032.00 | 2,640 | 12/2/2006 | TG0001658 **MPF #227** |
| | | | | | | **$10,032.00** | **2,640** | | |

# Taishan Gypsum Board Sales to United States

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **GYPSUM BOARD – FLORIDA** | | | | | | | | |
| | **Exporter** | **Importer** | **Invoice State** | **Port State** | **Product** | **Contract Amount** | **Number of Sheets of Gypsum** | **Date** | **Bates Number** |
| 1. | Taian Taishan Plasterboard Co., Ltd. | Wood Nation, Inc. | FL | FL | Gypsum Board | $55,440.00 | 13,200 | 8/2/2006 | TG0001545 **MPF #177** |
| 2. | Taian Taishan Plasterboard Co., Ltd. | Wood Nation, Inc. | FL | FL | Gypsum Board | $55,440.00 | 13,200 | 8/8/2006 | **MPF #183** |
| 3. | Taian Taishan Plasterboard Co., Ltd. | Oriental Trading Company | FL | FL | Gypsum Board | $77,385.00 | 20,100 | 12/30/06 | TG0000619 **(No MPF Entry)** |
| 4. | Taian Taishan Plasterboard Co., Ltd. | B America | FL | FL | Gypsum Board | $5,656.20 | 660 | 4/30/2007 | TG0001662 **MPF# 235** |
| 5. | Taian Taishan Plasterboard Co., Ltd. | Oriental Trading Company | FL | FL | Gypsum Board | $12,740.00 | 4,900 | 5/28/2007 | TG0001663 **MPF# 236** |
| 6. | Taian Taishan Plasterboard Co., Ltd. | Oriental Trading Company | FL | FL | Gypsum Board | $7,738.00 | 2,000 | 4/30/2007 | **MPF# 234 (No Invoice)** |
| 7. | Taian Taishan Plasterboard Co., Ltd. | Oriental Trading Company | FL | FL | Gypsum Board | $15,288.00 | 5,880 | 5/28/2007 | TG0001664 **MPF# 237** |
| 8. | Taian Taishan Plasterboard Co., Ltd. | Oriental Trading Company | FL | FL | Gypsum Board | $5,096.00 | 1,960 | 5/28/2007 | TG0001665 **MPF# 238** |
| 9. | Taian Taishan Plasterboard Co., Ltd. | Oriental Trading Company | FL | FL | Gypsum Board | $12,740.00[6] | 2,940 | 6/12/2007 | TG0001667 **MPF# 240** |
| 10. | Taian Taishan Plasterboard Co., Ltd. | Oriental Trading Company | FL | FL | Gypsum Board | $18,056.50 | 4,690 | 6/22/2007 | TG0021590 **(No MPF Entry)** |

---

[6] This invoice confirms the number of sheets detailed in the MPF, but indicates a different value.  The invoice states $7,644.00.

# Taishan Gypsum Board Sales to United States

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 11. | Taian Taishan Plasterboard Co., Ltd. | Oriental Trading Company | FL | FL | Gypsum Board | $7,738.50 | 2,010 | 6/26/2007 | TG0001668 **MPF# 241** |
| 12. | Taian Taishan Plasterboard Co., Ltd. | Oriental Trading Company | FL | FL | Gypsum Board | $25,795.00 | 6,700 | 7/3/2007 | **MPF# 242** TG0001669 |
| 13. | Taian Taishan Plasterboard Co., Ltd. | Oriental Trading Company | FL | FL | Gypsum Board | $25,795.00 | 6,700 | 7/3/2007 | **MPF# 243** TG0001670 |
| 14. | Taian Taishan Plasterboard Co., Ltd. | Guardian Building Supply | FL | FL | Gypsum Board[7] | $447,955.20 | 110,880 | 5/25/2006 | GBP000873 |
| | | | | | **$772,863.40** | **195,820** | | |

---

[7] TTP has admitted to 194,630 sheets of drywall being shipped to the U.S.A. through Taian Taigao Trading Corp. Ltd. in its Manufacturer Profile Form at lines 16, 18-21, but purports not to know the exact destination in the U.S.A. because it did not list one in its MPF for those shipments. The PSC has discovered through John Gunn of Guardian Building Products' testimony, that after lengthy negotiations with TG, that TG/TTP shipped the drywall via Taian Taigao Trading Corp. Ltd., to Guardian in Florida and Wilmington, North Carolina, as detailed herein. It is not known if the five entries for Taian Taigao in TTP's profile form are repetitive of Guardian shipments by Taian Taigao, or if they were separate shipments. Nonetheless, it is undisputed that TTP/TG shipped 110,800 sheets of drywall to Tampa, Florida, as reflected in this exhibit and the invoices produced in this litigation. Ex. 151.

# Taishan Gypsum Board Sales to United States

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **GYPSUM BOARD – LOUISIANA** | | | | | | | | | |
| | **Exporter** | **Importer** | **Invoice State** | **Port State** | **Product** | **Contract Amount** | **Number of Sheets of Gypsum** | **Date** | **Bates Number** |
| 1. | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Interior/Exterior Building Products | LA | LA | Gypsum Board | $27,119.13[8] | 6,600 | 6/20/2006 | See MPF entries #114-115 |
| 2. | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Interior/Exterior Building Products | LA | LA | Gypsum Board | $13,559.56[9] | 3,300 | 6/26/2006 | See MPF entries #123 |
| 3. | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Interior/Exterior Building Products | LA | LA | Gypsum Board | $13,703.93[10] | 3,300 | 7/2/2006 | See MPF entries #129 |
| 4. | Taian Taishan Plasterboard Co. | APIC Building Materials/ Triax Trading & Logistics, LLC | LA | LA | Gypsum Board | $24,123.00 | 5,676 | 7/3/2006 | TG0020090 |
| 5. | Taian Taishan Plasterboard Co. | APIC Building Materials/ Triax Trading & Logistics, LLC | LA | LA | Gypsum Board | $24,998.40 | 5,760 | 7/20/2006 | TG0020091 |
| 6. | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Interior/Exterior Building Products | LA | LA | Gypsum Board | $80,810.05[11] | 19,800 | 7/30/2006 | See MPF entries #171-176 |
| 7. | Taian Taishan Plasterboard Co., Ltd. | GD Distributors, LLC | LA | LA | Gypsum Board | $11,601.22 | 1,320 | 9/15/2006 | TG0001657 |
| | | | | | | **$195,915.29** | **45,756** | | |

---

[8] MPF entries show price in Chinese Yuan in the combined amount of 170,940 Yuan. Using conversion rate of 6.3033 Yuan to $1 USD, amount paid in dollars is indicated in chart.
[9] MPF entries show price in Chinese Yuan in the combined amount of 85,470 Yuan. Using conversion rate of 6.3033 Yuan to $1 USD, amount paid in dollars is indicated in chart.
[10] MPF entries show price in Chinese Yuan in the combined amount of 86,380 Yuan. Using conversion rate of 6.3033 Yuan to $1 USD, amount paid in dollars is indicated in chart.
[11] MPF entries show price in Chinese Yuan in the combined amount of 509,370 Yuan. Using conversion rate of 6.3033 Yuan to $1 USD, amount paid in dollars is indicated in chart.

## Taishan Gypsum Board Sales to United States

| | Exporter | Importer | Invoice State | Port State | Product | Contract Amount | Number of Sheets of Gypsum | Date | Bates Number |
|---|---|---|---|---|---|---|---|---|---|
| | **GYPSUM BOARD – NEW YORK** | | | | | | | | |
| 1. | Taian Taishan Plasterboard Co., Ltd. | Shenzhen Yongfeng Investment Company, Ltd. | NY | N/A | Gypsum Board | $10,847.25 | 3,640 | 9/15/2006 | TG0001547 **MPF# 215** |
| 2. | Taian Taishan Plasterboard Co., Ltd. | Shenzhen Yongfeng Investment Company, Ltd. | NY | N/A | Gypsum Board | $10,847.25 | 3,640 | 9/15/2006 | **MPF# 217 (No Invoice)** |
| 3. | Taian Taishan Plasterboard Co., Ltd. | Shenzhen Yongfeng Investment Company, Ltd. | NY | N/A | Gypsum Board | $8,105.60 | 2,730 | 9/15/2006 | TG0001548 **MPF# 216** |
| 4. | Taian Taishan Plasterboard Co., Ltd. | Shenzhen Yongfeng Investment Company, Ltd. | NY | N/A | Gypsum Board | $20,020.00 | 7,280 | 12/28/2006 | **MPF# 229 (No Invoice)** |
| 5. | Taian Taishan Plasterboard Co., Ltd. | Shenzhen Yongfeng Investment Company, Ltd. | NY | US (No State) | Gypsum Board | $25,025.00 | 9,100 | 11/16/2006 | TG0019961 **MPF# 223** |
| 6. | Taian Taishan Plasterboard Co., Ltd. | Shenzhen Yongfeng Investment Company, Ltd. | NY | N/A | Gypsum Board | $31,844.80 | 9,880 | 12/2/2006 | TG0001659 **MPF#s 229 + 230** |
| 7. | Taian Taishan Plasterboard Co., Ltd. | Shenzhen Yongfeng Investment Company, Ltd. | NY | NY | Gypsum Board | $22,742.20 | 5,720 | 2/9/2007 | TG0001660 **MPF#s 232 + 233** |
| 8. | Taian Taishan Plasterboard Co., Ltd. | TOV Trading | NY | USA (No State) | Gypsum Board | $57,800.00 | 23,120 | 6/21/2006 | TG0001138 **(No MPF Entry)** |
| 9. | Taian Taishan Plasterboard Co., Ltd. | TOV Trading | NY | USA (No State) | Gypsum Board | $61,056.00 | 23,040 | 6/21/2006 | TG0001140 **(No MPF Entry)** |

## Taishan Gypsum Board Sales to United States

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 10. | Taian Taishan Plasterboard Co., Ltd. | TOV Trading | NY | NY | Gypsum Board | $78,600.00 | 28,400 | 8/4/2006 | TG0000738 **(No MPF Entry)** |
| 11. | Taian Taishan Plasterboard Co., Ltd. | TOV Trading | NY | N/A | Gypsum Board | $6,753.54 | 1,294 | 8/25/2006 | TG0000728 **(No MPF Entry)** |
| 12. | Taian Taishan Plasterboard Co., Ltd. | TOV Trading | NY | NY | Gypsum Board | $5,200.00 | 2,000 | 10/5/2006 | TG0001550 **MPF# 219** |
| 13. | Taian Taishan Plasterboard Co., Ltd. | TOV Trading | NY | NY | Gypsum Board | $50,950.00 | 17,400 | 10/5/2006 | TG0001551 **MPF#s 220 + 221** |
| 14. | Taian Taishan Plasterboard Co., Ltd. | TOV Trading | NY | NY | Gypsum Board | $23,400.00 | 9,000 | 10/5/2006 | TG0001552 **MPF# 222** |
| | | | | | | **$413,191.64** | **146,244** | | |

## Taishan Gypsum Board Sales to United States

| | Exporter | Importer | Invoice State | Port State | Product | Contract Amount | Number of Sheets of Gypsum | Date | Bates Number |
|---|---|---|---|---|---|---|---|---|---|
| GYPSUM BOARD – NORTH CAROLINA | | | | | | | | | |
| 1. | Taian Taishan Plasterboard Co., Ltd. | Guardian Building Supply | SC | NC | Gypsum Board[12] | $388,324.80 | 96,120 | 5/25/2006 | GBP000879 |

---

[12] TTP has admitted to 194,630 sheets of drywall being shipped to the U.S.A. through Taian Taigao Trading Corp. Ltd. in its Manufacturer Profile Form at lines 16, 18-21, but purports not to know the exact destination in the U.S.A. because it did not list one in its MPF for those shipments.  The PSC has discovered through John Gunn of Guardian Building Products' testimony, that after lengthy negotiations with TG, that TG/TTP shipped the drywall via Taian Taigao Trading Corp. Ltd., to Guardian in Florida and Wilmington, North Carolina, as detailed herein.  It is not known if the five entries for Taian Taigao in TTP's profile form are repetitive of Guardian shipments by Taian Taigao, or if they were separate shipments.  Nonetheless, it is undisputed that TTP/TG shipped 96,120 sheets of drywall to Wilmington, North Carolina, as reflected in this exhibit and the invoices produced in this litigation.  Ex. 152.

## Taishan Gypsum Board Sales to United States

| | Exporter | Importer | Invoice State | Port State | Product | Contract Amount | Number of Sheets of Gypsum | Date | Bates Number |
|---|---|---|---|---|---|---|---|---|---|
|  | **GYPSUM BOARD – VIRGINIA** | | | | | | | | |
| 1. | Shandong Taihe Dongxin Co., Ltd | Venture Supply | VA | VA | Gypsum Board | $366,800.00 | 100,000 | 2/4/2006 | TG0001646; TG MPF |
| 2. | Shandong Taihe Dongxin Co., Ltd | Venture Supply | VA | VA | Gypsum Board | $197,749.22 | 53,912 | 7/20/2006 | TG0001647; TG MPF |
| | | | | | | **$564,549.22** | **153,912** | | |

# <u>Manufacturer Profile Forms With Attachments</u>

10/10/13    16:46    156    0558-8611999    p.01

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047<br>Section L |
| This Document Relates to<br>ALL CASES | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

### TAISHAN GYPSUM CO. LTD. MANUFACTURER PROFILE FORM

All Defendant Drywall Manufacturers must complete and submit this Defendant Manufacturers' Profile Form. Each Defendant Drywall Manufacturer must complete and sign a Defendant Manufacturers' Profile Form for all shipments or deliveries of Chinese Drywall into, or for importation into, the US from 2001 through 2009. Each Defendant Drywall Manufacturer must complete and sign a separate Exhibit A for any individual named Plaintiff with an action pending in Federal Court. If additional knowledge becomes known after completion, this Defendant Manufacturers' Profile Form must be supplemented. If additional space is needed to answer any questions or complete your responses, additional pages may be attached. In addition, if any attachments or documents are provided in response to any question, please identify the specific question within this Defendant Manufacturers' Profile Form that relates to the specific attachment or document.

The questions contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law. Please print legibly or type your responses in English.

I.    CONTACT INFORMATION OF DEFENDANT MANUFACTURER COMPLETING THIS PROFILE FORM

    A.    Manufacturer Name:  Taishan Gypsum Co. Ltd. ("Taishan")[1]

    B.    Address: Dawenkou, Daiyue District, Shandong Province, P.R. China

    C.    Phone number: (0086) (538) 8811449

    D.    Email address: taihe@public.tnptt.sd.cn

    E.    Web site: www.taihegroup.com

    F.    President or CEO: None.  Jia Tongchun is the Legal Representative and Chairman of the Board of Taishan

    G.    Headquarters if Foreign: Taian, China

    H.    Address of USA Headquarters: None

    I.    Name of supervisor at USA Headquarters: None

    J.    Principal Place of Business in USA: None

---

[1] Taishan is responding to Defendant Manufacturers' Profile Form in these multidistrict proceedings without waiving any of its rights to object, in these or in any other proceedings, to: (i) the relevance or admissibility of any information disclosed on this form or its attachments; (ii) the sufficiency of process or the service of process upon it; (iii) the jurisdiction of this or any other court over it; and/or (iv) any discovery that may be served upon it on any grounds including, without limitation, that such discovery violates the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters.

10/10/13   16:48   150   0530-8611999   .... .. .... ,,   p.02

K.    List of all offices or locations in USA where entity has done business at any time in 2001 through 2009

Taishan has never had an office in the US or otherwise operated out of any location in the US.

L.    Name of Manager at each office or location identified in I(J) above Not applicable

(If you have identified more than one entity in I(A) above separately answer I(B)-1 (L) for each entity.)

II.    **COUNSEL INFORMATION OF DEFENDANT MANUFACTURER**

| | | | |
|---|---|---|---|
| A. | Name: | Joe Cyr<br>Frank Spano<br>Eric Statman<br>Matthew Galvin | Richard C. Stanley<br>Thomas P. Owen, Jr. |
| B. | Address: | HOGAN LOVELLS US LLP<br>875 3rd Avenue<br>New York, New York 10022 | STANLEY, REUTER, ROSS, THORNTON & ALFORD, LLC<br>909 Poydras Street, Suite 2500<br>New Orleans, Louisiana 70112 |
| C. | Phone Number: | (212) 918-3000 | 504-523-1580 |
| D. | Fax Number: | (212) 918-3100 | 504-524-0069 |
| E. | E-Mail: | joe.cyr@hoganlovells.com<br>frank.spano@hoganlovells.com<br>eric.statman@hoganlovells.com<br>matthew.galvin@hoganlovells.com | res@stanleyreuter.com<br>tpo@stanleyreuter.cm |

III.    **CHINESE DRYWALL PRODUCT IDENTIFICATION AND CHAIN OF DISTRIBUTION**

1.    Product Identification:

Name of Manufacturer(s)' drywall product:

Taishan manufactured drywall to US dimensions on a made-to-order OEM basis on two isolated occasions for a U.S. purchaser, Venture Supply, Inc. ("Venture Supply").

Identify any markings on the drywall product (e.g. lot number, batch number, serial number, color markings, UPC codes, etc.):

The drywall was imprinted with the following marks: VENTURE SUPPLY INC. MFG; SHANDONG TAIHE, CHINA. The drywall also had sealing tape on its edges with the marking "Venture Supply."

List all trademarks applicable to the product:

No Taishan trademarks were applicable to the drywall manufactured by Taishan and sold to Venture Supply. Taishan is unaware whether Venture Supply or any other parties applied their own trademarks to drywall manufactured by Taishan.

Is the drywall that is the subject of this litigation known or referred to, either by the public or only internally within your company, by any other names, brand names, titles, or designations? Provide a detailed list of all names, brand names, titles, and designations by which this drywall is known:

In 2007, the company changed its name from Shandong Taihe Dongxin Co. to Taishan Gypsum Co. Ltd. Accordingly to the best of Taishan's knowledge, drywall manufactured

for Venture Supply was not known by any other names other than the product markings described above.

Is the drywall that is the subject of this litigation manufactured in any other types or versions? Please describe such other types and how they may be identified:

With regards to drywall that was exported to the US, Taishan manufactured only standard drywall to US dimensions.

Is the drywall that is the subject of this litigation sold by any other party under its own name? If so, provide a list of all parties selling your drywall under their names, and the brand names under which the drywall is sold:

Taishan has no knowledge of the brand names under which Venture Supply may have resold it.

2.   Shipment Information (identify the following for each shipment to, or for importation to, the United States):

Exporter Name:   Taishan sold the drywall to Venture Supply in China. Venture Supply took title to the drywall in China and shipped the drywall to the United States. However, Taishan referred to itself as the "exporter" for purposes of preparing tax invoices under Chinese tax law.

Address of Exporter:   See I (B.) above

Date of Export:   2 / 24 / 2006   (Month / Day / Year)

Date of Export:   7 / 20 / 2006   (Month / Day / Year)

Name of all ports through which shipment was in transit: Unknown

Name of final port where shipment was offloaded: Taishan does not have knowledge of where the drywall purchased by Venture Supply was offloaded. The drywall left the port in China on vessels bound for Norfolk, VA and Camden, NJ respectively.

Date shipment was offloaded: Unknown

Amount of Drywall exported:   The February 24, 2006 and July 20, 2006 shipments of drywall by Venture Supply to the United States contained 100,000 and 53,912 sheets of drywall respectively.

Name of shipper:   Unknown

Address of shipper:

Mode of Shipment:   Venture Supply shipped the drywall to the U.S. by ocean-going freight.

Name of vessel:   The bills of lading for the February 24, 2006 and July 20, 2006 shipments indicate that the shipments were shipped aboard the Vessel Glykofilousa and the Vessel Atlantic Fortune respectively.

3.   Importer Information (identify the following for each importer):

Importer Name:   Venture Supply, Inc.

Address of Importer:   1140 Azalea Garden Road, Norfolk, VA 23502-5612

Date of Import:   Unknown

Amount of Drywall imported:

As described above, the February 24, 2006 and July 20, 2006 shipments of drywall contained 100,000 and 53,912 sheets of drywall respectively.

4.    Distributor in USA:

To the extent you are aware of the distributor or drywall contractor/installer, for any shipments of your product to the USA, provide such information:

Venture Supply, Inc.

5.    Are you aware of any brokers or intermediary agents involved in the supply chain who purchased or took possession of your product, either directly from you or from a successor in distribution? If so, identify such brokers or intermediary agents by name, address, and phone number, and provide any correspondence or other documentation in your possession concerning such brokers or agents.

Tobin Trading, Inc. executed the contracts for both sales of drywall on behalf of Venture Supply.

6.    If any of your Chinese drywall was stored at any time by or for you at any location, identify the following:

Name of entity providing storage:        Taishan stored the drywall for a limited time at its facility prior to inspection and acceptance by Venture Supply's agent in China.  Taishan has no knowledge regarding any further storage of the drywall after Taishan delivered it to Venture Supply in China.

Address of entity providing storage:      See I (B.) above

Dates product was stored:  Taishan stored Venture Supply's second order of drywall at its facility between February 2006 and June 2006 (dates are approximate).

____/____/_____ (Month / Day / Year) to ____/____/_____   (Month / Day / Year)

Quantity of product stored:

Price paid for storage:

Name of contact person at storage facility:

Phone number:

Email address:

List any complaints made or received regarding storage of the product:

7.    Describe all agreements existing between the manufacturer and: exporters; importers; shippers; and distributors, relating to each shipment of Chinese drywall to, or for importation to, the United States.

Taishan sold drywall to Venture Supply pursuant to two written agreements that are already in the record in *Germano, et al. v. Taishan Gypsum Co., Ltd.*, et al., Case No. 09-6687. The agreements were negotiated and executed in China and provided for dispute resolution in China.

10/10/13   16:40   TSG   0538-8811999               p.05

8.   For all shipments or deliveries of Chinese Drywall into, or for importation into, the US from 2001-2009, please indicate whether you provided any of the following

   a.   Express warranties;   The Venture Supply agreements described the quantity of drywall, the price, the dimensions and the Chinese GBT specification applicable to the order.

   b.   Product specifications;   China GB/T9775-1999.

   c.   Product information and/or instructions for storage or use

In the normal course of business, a package of drywall manufactured by Taishan contained the following warnings:

   (1) Pickup/do not turn over

   (2) Breakable

   (3) Avoid rain/moisture


IV.   **INSURANCE**

   A.   Identify all policies of insurance, including all CGL, Product Liability, Builder's Risk, D&O and Excess insurance policies relating to claims.

      i.   For each policy, identify the following:

      Insurer:   Taishan has no insurance policies that relate to the Shipments.

      Dates policy in effect:

      _____/_____/   (Month / Day / Year) to ____/____/(Month / Day / Year)

      Policy Number: _____

      Type of Policy: _____

      Insurance Agent _____

      Policy Coverage Limits _____

      Produce a copy of the Declaration page, exclusions and policy of insurance.

   B.   Identify all claims you have made on any insurance policies relating to the manufacture or shipment of products identified in Section V above.

      1.   For each claim please provide the following:

      Date: ____/____/____   (Month / Day / Year)

      Insurer: _____

      Description of claim: _____

      Insurer's response to claim: _____

      If in litigation: _____

      Caption of Case: _____

      Name and address of attorneys involved:

_____
_____
_____
_____

Insurance carriers involved:

_____
_____
_____
_____

## CERTIFICATION

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Defendant Manufacturers' Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration, to the extent that such documents are in my possession, custody or control.

_____          _____          2010. 10. 13
Signature                          Print Name                          Date

10/10/13   16:45   TSG   0538-8811999   p.01

美国地区法院

路易斯安那州东部区

关于：中国制造的石膏板产品责任诉讼      跨地区诉讼第 2047 号

L 部分

本文件相关案件      FALLON 法官

所有案件      WILKINSON 司法官

## 泰山石膏股份有限公司制造商资料表

所有被告石膏板制造商均须填写并提交本被告制造商资料表。每名被告石膏板制造商均须填写并签署一份被告制造商资料表，列明从 2001 年至 2009 年所有运往或交付至美国境内或售进入美国的中国石膏板。每名被告石膏板制造商必须对于联邦法院待决诉讼中的任何代表原告之列的个人填写并签署一份独立的附件 A。如在完成本被告制造商资料表后得如其它信息，则必须加以补充。如同答任何问题或填写答复的空间不够，可另加附页。此外，如在回复任何问题时需提供任何附件或文件，请指明本被告制造商资料表中与该具体附件或文件相关的具体问题。

本资料袋中的问题均为非争议性问题，并应被问答而无异议。填写本资料表，并不表示您放弃律师工作成果和／或律师 — 委托人保密特权。同样，通过披露顾问的身份，此等顾问可以保持为非证言专家，且受到法律提供的所有保护。请以英文清楚书写或键入您的答复。

I.    填写本资料表的被告制造商的联系信息

     A.    制造商名称：泰山石膏股份有限公司（"泰山"）[1]

     B.    地址：中华人民共和国山东省泰安市岱岳区大汶口

     C.    电话号码：(0086) (538) 8811449

     D.    电邮地址：taihe@public.taptt.sd.cn

     E.    网址：www.taihegroup.com

     F.    总裁或首席执行官：无。贾同春为泰山的法定代表人及董事长

     G.    总部（如位于国外）：中国泰安

     H.    美国总部地址：无

     I.    美国总部主管姓名：无

     J.    美国主要营业地点：无

     K.    于 2001 年至 2009 年期间内的任何时间，该实体在美国经营所在的所有办事处或地点列表 泰山从来未在美国设立过办事处或以其它方式于美国任何地点经营。

     L.    上文第 I(J) 项中指明的每个办事处或地点的经理姓名不适用

---

[1] 泰山就此等跨地区法院法律程序填写被告制造商资料表，但不放弃于此等法律程序或任何其它法律程序中就以下事项提出异议的任何权利：(i) 本表格或其附件所披露任何信息的相关性或可受理性；(ii) 法律程序文件送达的有效性或有关法律程序文件的送达；(iii) 本法院或任何其它法院对其的司法管辖权；和／或 (iv) 以任何理由对于可能向其递送的任何证据披露要求提出异议，理由包括但不限于，该等证据披露违反了《关于从国外调取民事或商事证据的海牙公约》。

Hogan Lovells

（如果您在上文第 I(A) 项中列明多于一个实体，请就每个实体分别问答第 I(B)-1(L) 项。）

**II.** **被告制造商的律师信息**

A. 姓名：

Joe Cyr
Frank Spano
Eric Statman
Matthew Galvin

Richard C. Stanley
Thomas P. Owen, Jr.

B. 地址：

HOGAN LOVELLS US LLP
875 3rd Avenue
New York, New York 10022

STANLEY, REUTER, ROSS,
THORNTON & ALFORD, LLC
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112

C. 电话号码： (212) 918-3000

504-523-1580

D. 传真号码： (212) 918-3100

504-524-0069

E. 电邮：

joe.cyr@hoganlovells.com
frank.spano@hoganlovells.com
eric.statman@hoganlovells.com
matthew.galvin@hoganlovells.com

rcs@stanleyreuter.com
tpo@stanleyreuter.em

**III.** **中国石膏板产品识别和经销链**

1. 产品识别：

制造商的石膏板产品的名称：

泰山曾单独分别两次按美国尺寸以 OEM 代工定制方式为美国采购商 Venture Supply, Inc.（"Venture Supply"）制造石膏板。

说明石膏板产品上的任何标识（例如，批号、批量号、序列号、颜色标识、UPC 代码等）：

该等石膏板印有以下标识：VENTURE SUPPLY INC. MFG：SHANDONG TAIHE, CHINA。边缘处的封边带上印有"Venture Supply"标识。

列出适用于该产品的所有商标：

泰山制造并销售给 Venture Supply 的石膏板上并无使用任何泰山商标，泰山并不知晓 Venture Supply 或任何其他方是否有将其商标使用于泰山为其制造的石膏板上。

本诉讼中所涉石膏板是否具有任何其它名称、品牌名称、称呼或称号为公众所知或所用，或仅在贵公司内部使用？请提供用以指涉该石膏板的所有名称、品牌名称、称呼或称号的详细列表：

2007 年，上述公司由山东泰和东新股份有限公司更名为泰山石膏股份有限公司。因此，就泰山所知，为 Venture Supply 制造的石膏板除上述产品标识外并无使用任何其它名称。

本诉讼所涉石膏板是否具有任何其它类型或版本？请说明这些其它类型以及识别该等类型的方式：

对出口至美国的石膏板，泰山仅按照美国尺寸生产标准石膏板

Hogan Lovells

10/10/13   16:45   136   0558-8811999   p.03

是否有任何其他方以其自身名义出售本诉讼所涉石膏板？如有，请提供以其自身名义出售货方石膏板的各方列表，以及出售该举石膏板的品牌名称列表：

泰山不知道 Venture Supply 可能以哪些品牌名称转售这些石膏板。

2.　　货运信息（请说明向美国装运或进口美国的每批货物的以下信息）：

出口商名称：　　泰山在中国将石膏板出借给 Venture Supply。Venture Supply 在中国获得石膏板的所有权，并将石膏板运往美国。但泰山为按照中国税法准备发票，将其自身称为"出口商"。

出口商地址：　　请参阅上文第 1 (B.) 项

出口日期：　　2 / 24 / 2006（月 / 日 / 年）

出口日期：　　7 / 20 / 2006（月 / 日 / 年）

货物运输经过的所有港口名称：不详

货物卸载的最终目的港名称：泰山不知道 Venture Supply 所购买的石膏板在哪里卸货。石膏板在中国港口分别装载于前往弗吉尼亚州诺福克和新泽西州卡姆登的轮船。

货物卸载日期：不详

出口的石膏板数量：　　Venture Supply 于 2006 年 2 月 24 日和 2006 年 7 月 20 日向美国运送的该两批石膏板数量分别为 100,000 张和 53,912 张。

运货人名称：　　不详

运货人地址：

运送方式：　　Venture Supply 通过海运向美国运送石膏板。

轮船名称：　　2006 年 2 月 24 日和 2006 年 7 月 20 日的该两批货物的提单显示货物分别搭载于 Glykofiloussa 号和 Atlantic Fortune 号轮船。

3.　　进口商信息（提供每名进口商的以下信息）：

进口商名称：　　Venture Supply, Inc.

进口商地址：　　1140 Azalea Garden Road, Norfolk, VA 23502-5612

进口日期：不详

进口的石膏板数量：

如上所述，于 2006 年 2 月 24 日和 2006 年 7 月 20 日运送的该两批石膏板数量分别为 100,000 张和 53,912 张。

4.　　美国经销商：

如您知晓有任何经销商或石膏板承包商／安装商将您的产品运往美国，请提供有关信息：
Venture Supply, Inc.

Hogan Lovells

5. 您是否知晓在整个供应链中是否有任何经纪人或中介代理商直接从您处或从后续经销商购买采购有您的产品？如有，请说明该等经纪人或中介代理商的名称／姓名、地址和电话号码，并提供您掌握的有关该等经纪人或代理商的任何往来信函或其它文件。

**Tobin Trading, Inc. 代表 Venture Supply 签订两批石膏板的销售合同。**

6. 请说明由您或代表您在任何时间将任何您的中国石膏板存放于任何地点的情况：

提供存储的实体名称：　　于 Venture Supply 的代理在中国验收石膏板前的一段有限时间内，泰山曾将石膏板存储在其工厂内。在泰山在中国向 Venture Supply 交货后，泰山并不知道石膏板的任何进一步存储情况。

提供存储的实体地址：　　请参阅上文第 I (B.) 项

产品存储日期：泰山约于 2006 年 2 月至 2006 年 6 月期间将 Venture Supply 订购的第二批石膏板存储于泰山的工厂内。

_____／_____／_____（月／日／年）至_____／_____／_____（月／日／年）

存储的产品数量：

为存储所付价格：

存储仓库的联络人姓名：

电话号码：

电邮地址：

请列出就产品存储提出或收到的任何投诉：

7. 请说明制造商就每批运往或进口到美国的中国石膏板与出口商、进口商、运货人及经销商签订的所有协议。

泰山根据两份书面协议向 Venture Supply 出售了石膏板，该两份协议已载于 *Germano* 诉泰山石膏股份有限公司一案（案件编号：09-6687）的记录中。该两份协议在中国商定并签署，并规定在中国解决任何相关争议。

8. 请就 2001 年至 2009 年运往或交付至美国境内或供进口美国的中国石膏板，说明您是否提供了以下任何事项：

a. 明示担保：　　Venture Supply 协议载明石膏板的数量、价格、尺寸和适用于该等订单的中国 GBT 规格。

b. 产品规格：　　中国 GB/T9775-1999。

c. 产品信息和／或存储或使用说明

在正常业务过程中，泰山制造的石膏板的包装会载有以下警告信息：

(1) 抬起／请勿倒置

(2) 易碎

(3) 避免雨淋／潮湿

Hogan Lovells

10/10/13   16:45   156   0558-8611999   p.05

**IV.   保险**

A.   请列明与索赔有关的所有保单，包括所有一般商业综合责任保险、产品责任险、建造险、董监事及高级管理人员责任险和超额保险保单。

1.   请就每份保单提供以下信息：

承保人：   泰山没有就该等批次的货物购买任何保险。

保单生效日期：

_____/_____/_____（月/日/年）至_____/_____/_____（月/日/年）

保单编号：   _____

保单类型：   _____

保险代理：   _____

保单承保范围限制：   _____

请提供保险的声明页、例外情况和保单副本。

B.   请说明您就生产或运输上文第 V 节所述产品对任何保单提起的全部索赔。

1.   请就每项索赔提供以下信息：

日期：_____/_____/_____（月/日/年）

承保人：   _____

索赔说明：   _____

承保人对索赔的回应：   _____

是否正进行诉讼：   _____

案件标题：   _____

所涉律师姓名和地址：

_____
_____
_____

所涉保险公司：

_____
_____
_____

Hogan Lovells

10/10/13   16:45   156   0556-8611999   p.06

## 声明

本人根据《美国法典》第 28 编第 1746 节声明，就本人所知，提供了本被告制造调查料表的全部信息均为真实且准确，并且本人已提供本声明中所要求的所有由本人拥有、照管或控制的文件，否则愿受美利坚合众国法律项下的伪证罪刑罚。

签名 _____   正楷姓名 _____   日期 2010.10.13

Hogan Lovells

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED      *   MDL No. 2047
DRYWALL PRODUCTS LIABILITY       *
LITIGATION                       *   SECTION L
                                 *
                                 *   JUDGE ELDON E. FALLON
                                 *
                                 *   MAGISTRATE JUDGE
                                 *   JOSEPH C. WILKINSON, JR.
                                 *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

PEOPLE'S REPUBLIC OF CHINA

CITY OF SHANGHAI

### DECLARATION OF YUEN HIU SUM

This is a declaration being made in accordance with and pursuant to

28 U.S.C. § 1746.

I, Yuen Hiu Sum, declare under penalty of perjury under the laws of

the United States of America that the following statements are true and correct:

1.    I am over eighteen (18) years of age, am competent to testify to

the matters contained herein, and have personal knowledge of these facts.

2.    I am a senior translator with the law firm of Hogan Lovells

International LLP, and work in the firm's office in Shanghai, China.

3.    I am fluent in the languages of Chinese and English.

4.    Based upon my ability to speak, read, and write Chinese and English fluently, I have been responsible for translating various communications and documents relating to the above-captioned lawsuit.

5.    Among the documents I have translated is the Defendant Manufacturers' Profile Form prepared on behalf of Taishan Gypsum Co., Ltd.

6.    I hereby certify that I translated the Defendant Manufacturers' Profile Form between the English and Chinese languages. I further certify that the English version of the Defendant Manufacturers' Profile Form is a true and accurate translation of the Chinese version of the Defendant Manufacturers' Profile Form. I also certify that the English version of the Defendant Manufacturers' Profile Form and the Chinese version of the Defendant Manufacturers' Profile Form are accurate translations of one another.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 12, 2010.

Yuen Hiu Sum

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL No. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | Section L |
| | : | |
| | : | |
| _____ | : | JUDGE FALLON |
| This Document Relates to | : | MAG. JUDGE WILKINSON |
| ALL CASES | : | |

### TAI'AN TAISHAN PLASTERBOARD CO. LTD. MANUFACTURER PROFILE FORM

All Defendant Drywall Manufacturers must complete and submit this Defendant Manufacturers' Profile Form. Each Defendant Drywall Manufacturer must complete and sign a Defendant Manufacturers' Profile Form for all shipments or deliveries of Chinese Drywall into, or for importation into, the US from 2001 through 2009. Each Defendant Drywall Manufacturer must complete and sign a separate Exhibit A for any individual named Plaintiff with an action pending in Federal Court. If additional knowledge becomes known after completion, this Defendant Manufacturers' Profile Form must be supplemented. If additional space is needed to answer any questions or complete your responses, additional pages may be attached. In addition, if any attachments or documents are provided in response to any question, please identify the specific question within this Defendant Manufacturers' Profile Form that relates to the specific attachment or document.

The questions contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law. Please print legibly or type your responses in English.

I.    CONTACT INFORMATION OF DEFENDANT MANUFACTURER COMPLETING THIS PROFILE FORM

     A.    Manufacturer Name: Tai'an Taishan Plasterboard Co. Ltd. ("TTP")[1]

     B.    Address: Houzhou Village, Dawenkou, Daiyue District, Taian, Shandong Province, P.R. China

     C.    Phone number: (0086) (538) 8811966

     D.    Email address:

     E.    Web site:

     F.    President or CEO: None. Song Qinghai was the Plant Manager for TTP.

     G.    Headquarters if Foreign: Taian, China

     H.    Address of USA Headquarters: None

     I.    Name of supervisor at USA Headquarters: None

     J.    Principal Place of Business in USA: None

---

[1] TTP is responding to Defendant Manufacturers' Profile Form without waiving any of its rights to object, in these or in any other proceedings, to: (i) The relevance or admissibility of any information disclosed on this form or its attachments; (ii) the sufficiency of process or the service of process upon it; (iii) the jurisdiction of this or any other court over it; and/or (iv) any discovery that may be served upon it on any grounds including, without limitation, that such discovery violates the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters.

K.   List of all offices or locations in USA where entity has done business at any time in 2001 through 2009.

   **TTP has never had an office in the US or otherwise operated out of any location in the US.**

L.   Name of Manager at each office or location identified in I(J) above **Not applicable**

(If you have identified more than one entity in I(A) above separately answer I(B)-1(L) for each entity.)

II.   **COUNSEL INFORMATION OF DEFENDANT MANUFACTURER**

| | | | |
|---|---|---|---|
| A. | Name: | Joe Cyr<br>Frank Spano<br>Eric Statman<br>Matthew Galvin | Richard C. Stanley<br>Thomas P. Owen, Jr. |
| B. | Address: | **HOGAN LOVELLS US LLP**<br>**875 3rd Avenue**<br>**New York, New York 10022** | **STANLEY, REUTER, ROSS,**<br>**THORNTON & ALFORD, LLC**<br>**909 Poydras Street, Suite 2500**<br>**New Orleans, Louisiana 70112** |
| C. | Phone Number: | **(212) 918-3000** | **504-523-1580** |
| D. | Fax Number: | **(212) 918-3100** | **504-524-0069** |
| E. | E-Mail: | joe.cyr@hoganlovells.com<br>frank.spano@hoganlovells.com<br>eric.statman@hoganlovells.com<br>matthew.galvin@hoganlovells.com | rcs@stanleyreuter.com<br>tpo@stanleyreuter.cm |

III.   **CHINESE DRYWALL PRODUCT IDENTIFICATION AND CHAIN OF DISTRIBUTION**

i.   Product Identification:

Name of Manufacturer(s)' drywall product:

**TTP manufactured drywall to US dimensions on a made-to-order OEM basis and sold the drywall exclusively in China. Each such sale is identified on the Chart attached hereto as Exhibit A.**

Identify any markings on the drywall product (e.g. lot number, batch number, serial number, color markings, UPC codes, etc.):

**TTP printed markings on the drywall in accordance with the purchasers' instructions. All such markings are set forth on Exhibit A.**

List all trademarks applicable to the product:

**TTP is unaware whether any other parties applied their own trademarks to drywall manufactured by TTP.**

Is the drywall that is the subject of this litigation known or referred to, either by the public or only internally within your company, by any other names, brand names, titles, or designations? Provide a detailed list of all names, brand names, titles, and designations by which this drywall is known:

As set forth above, certain purchasers requested that the drywall bear particular markings. Those markings are described to the best of TTP's knowledge on Exhibit A on the column labeled "Product Markings." Additionally, certain purchasers requested that the tape attached to the edges of the drywall bear certain markings. Those markings are described to

the best of TTP's knowledge on Exhibit A on the column labeled "Edge Sealing Tape Markings."

Is the drywall that is the subject of this litigation manufactured in any other types or versions? Please describe such other types and how they may be identified:

With regards to drywall that was exported to the US, TTP manufactured only standard drywall to US dimensions.

Is the drywall that is the subject of this litigation sold by any other party under its own name? If so, provide a list of all parties selling your drywall under their names, and the brand names under which the drywall is sold:

TTP has no knowledge of the brand names under which the purchasers of its drywall may have resold it.

2.    Shipment Information (identify the following for each shipment to, or for importation to, the United States):

| | |
|---|---|
| Exporter Name: | TTP sold drywall to purchasers, which were primarily Chinese trading companies, exclusively in China. The purchasers took title to the drywall in China and the drywall was then shipped to the United States.  However,  when TTP made sales to US-based distributors in China, TTP referred to itself as the "exporter" for purposes of preparing tax invoices under Chinese tax law.  In these instances, TTP is listed in the "Exporter" column on Exhibit A. |
| Address of Exporter: | Where known, the address of the purchaser of TTP's drywall in China, which may have arranged for the shipment of the drywall to the United States, is provided on Exhibit A. |
| Date of Export: | Approximate dates for each sale of drywall by TTP in China are set forth on Exhibit A. |

Name of all ports through which shipment was in transit: Unknown

Name of final port where shipment was offloaded:  Where TTP has information about the stated destinations of certain shipments of drywall, such information is provided on Exhibit A.

Date shipment was offloaded: Unknown

| | |
|---|---|
| Amount of Drywall exported: | The quantity of drywall for each TTP sale of drywall in China is set forth at Exhibit A. |
| Name of shipper: | Unknown |
| Address of shipper: | Unknown |
| Mode of Shipment: | Unknown |
| Name of vessel: | Unknown |

3.    Importer Information (identify the following for each importer):

| | |
|---|---|
| Importer Name: | Where known, the party that imported the drywall that TTP sold in China is identified in the "Importer" column on Exhibit A. |

| Address of Importer: | Where known, the addresses of the party that imported the drywall that TTP sold in China are provided on Exhibit A. |
|---|---|

Date of Import:   Unknown

Amount of Drywall imported:

The quantity of drywall TTP sold to each purchaser in China is set forth at Exhibit A.

4.   Distributor in USA:

To the extent you are aware of the distributor or drywall contractor/installer, for any shipments of your product to the USA, provide such information:

TTP does not have knowledge regarding whether or to what extent the purchasers of its drywall in China identified on Exhibit A were involved in the distribution or installation of that drywall in the USA. Moreover, TTP does not have knowledge regarding other companies or individuals who may have distributed or installed that drywall in the USA.

5.   Are you aware of any brokers or intermediary agents involved in the supply chain who purchased or took possession of your product, either directly from you or from a successor in distribution? If so, identify such brokers or intermediary agents by name, address, and phone number, and provide any correspondence or other documentation in your possession concerning such brokers or agents.

TTP does not have knowledge regarding whether any of the purchasers of its drywall in China identified on Exhibit A served as brokers or intermediary agents involved in the supply chain for the drywall. Moreover, TTP does not have knowledge of other companies or individuals who may served as brokers or intermediary agents with respect to the drywall.

6.   If any of your Chinese drywall was stored at any time by or for you at any location, identify the following:

| Name of entity providing storage: | Generally, TTP stored drywall for a limited time at its facility prior to delivery to the purchaser in China. TTP has no knowledge concerning any further storage of drywall after TTP delivered it to the purchaser in China. |
|---|---|

Address of entity providing storage:

Dates product was stored:

____/___/____ (Month / Day / Year) to ____/___/____ (Month / Day / Year)

Quantity of product stored:

Price paid for storage:

Name of contact person at storage facility:

Phone number:

Email address:

List any complaints made or received regarding storage of the product:

7.   Describe all agreements existing between the manufacturer and: exporters; importers; shippers; and distributors, relating to each shipment of Chinese drywall to, or for importation to, the United States.

2010 Oct 14 3:22      HP LASERJET FAX                                    p.2

If in litigation:                     _____

Caption of Case:                      _____

Name and address of attorneys involved:

_____

_____

_____

Insurance carriers involved:

_____

_____

_____

## CERTIFICATION

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Defendant Manufacturers' Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration, to the extent that such documents are in my possession, custody or control.

Signature _____     Print Name _____     Date 2010.10.14

美国地区法院

路易斯安那州东部区

关于：中国制造的石膏板产品责任诉讼 ： 跨地区诉讼第 2047 号
： L部分
：
——————————————————— ：
本文件相关案件 ： FALLON 法官
所有案件 ： WILKINSON 司法官

### 泰安市泰山纸面石膏板有限公司制造商资料表

所有被告石膏板制造商均必须填写并提交本被告制造商资料表。每名被告石膏板制造商均必须填写并签署一份被告制造商资料表，列明从 2001 年至 2009 年所有运往或交付至美国境内或供进口美国的中国石膏板。每名被告石膏板制造商必须对于联邦法院待决诉讼中的任何位原告之列的个人填写并签署一份独立的附件 A。如在完成本被告制造商资料表后得知其它信息，则必须加以补充。如回答任何问题或填写答复的空间不够，可另加附页。此外，如在回复任何问题时需提供任何附件或文件，请指明本被告制造商资料表中与该具体附件或文件相关的具体问题。

本资料表中的问题均为非争议性问题，并应依回答而无异议。填写本资料表，并不表示您放弃律师工作成果和／或律师 — 委托人机密特权。同样，通过披露顾问的身份，此等顾问可以保持为非作证专家，且受到法律提供的所有保护。请以英文清楚书写或键入您的答复。

I. 填写本资料表的被告制造商的联系信息

   A. 制造商名称：泰安市泰山纸面石膏板有限公司("TTP")[1]

   B. 地址：中华人民共和国山东省泰安市岱岳区大汶口后周村

   C. 电话号码：(0086) (538) 8811966

   D. 电邮地址：

   E. 网址：

   F. 总裁或首席执行官：无。宋庆海为 TTP 的工厂经理。

   G. 总部（如位于国外）：中国泰安

   H. 美国总部地址：无

   I. 美国总部主管姓名：无

   J. 美国主要营业地点：无

---

[1] TTP 填写被告制造商资料表，但不放弃其于此等法律程序或任何其它法律程序中就以下事项提出异议的任何权利：(i) 本表格或其附件所披露任何信息的相关性或可受理性；(ii) 法律程序文件送达的有效性或有关法律程序文件的送达；(iii) 本法院或任何其它法院对其的司法管辖权；和／或 (iv) 以任何理由对于可能向其递送的任何证据披露要求提出异议，理由包括但不限于，该等证据披露违反了《关于从国外调取民事或商事证据的海牙公约》。

K.　　于 2001 年至 2009 年期间内的任何时间，该实体在美国经营所在的所有办事处或地点列表。

TTP 从未在美国设立过办事处或以其它方式于美国任何地点经营。

L.　　上文第 I(J) 项中指明的每个办事处或地点的经理姓名不适用

（如果您在上文第 I(A) 项中列明多于一个实体，请就每个实体分别回答第 I(B)-1(L) 项。）

II.　**被告制造商的律师信息**

A.　姓名：

| | |
|---|---|
| Joe Cyr | Richard C. Stanley |
| Frank Spano | Thomas P. Owen, Jr. |
| Eric Statman | |
| Matthew Galvin | |

B.　地址：

| | |
|---|---|
| HOGAN LOVELLS US LLP | STANLEY, REUTER, ROSS, |
| 875 3rd Avenue | THORNTON & ALFORD, LLC |
| New York, New York 10022 | 909 Poydras Street, Suite 2500 |
| | New Orleans, Louisiana 70112 |

C.　电话号码：　(212) 918-3000　　　　504-523-1580

D.　传真号码：　(212) 918-3100　　　　504-524-0069

E.　电邮：

| | |
|---|---|
| joe.cyr@hoganlovells.com | rcs@stanleyreuter.com |
| frank.spano@hoganlovells.com | tpo@stanleyreuter.em |
| eric.statman@hoganlovells.com | |
| matthew.galvin@hoganlovells.com | |

III.　**中国石膏板产品识别和经销链**

i.　产品识别：

制造商石膏板产品的名称：

TTP 曾按美国尺寸以 OEM 代工定制方式制造石膏板，并仅在中国出售石膏板。每笔有关销售均已在本文随附表格附件 A 中说明。

说明石膏板产品上的任何标识（例如：批号、批量号、序列号、颜色标识、UPC 代码等）：

TTP 根据采购商的指示在石膏板上打印标识。全部该等标识均列于附件 A。

列出适用于该产品的所有商标：

TTP 并不知晓其他方是否有将其商标使用于 TTP 生产的石膏板上。

本诉讼中所涉石膏板是否有任何其它名称、品牌名称、称呼或称号为公众所知或所用，或仅在贵公司内部使用？请提供用以指涉案石膏板的所有名称、品牌名称、称呼或称号的详细列表：

如上所述，某些采购商要求在石膏板上设置指定标识。我们已根据我们所知，在附件 A 注明"产品标识"的一栏中说明该等标识。此外，某些采购商还要求在石膏板边缘处粘贴的封

边带上设置某些标识。我们已根据我们所知，在附件 A 注明"封边带标识"的一栏中说明该等标识。

本诉讼所涉石膏板是否具有任何其它类型或版本？请说明这些其它类型以及识别该等类型的方式：

对出口至美国的石膏板，TTP 仅按照美国尺寸生产标准石膏板。

是否有任何其他方以其自身名义出售本诉讼所涉石膏板？如有，请提供以其自身名义出售贵方石膏板的各方列表，以及出售该等石膏板的品牌名称列表：

TTP 不知道其石膏板采购商可能以哪些品牌名称转售这些石膏板。

2.    货运信息（请说明向美国发运输或进口美国的每批货物的以下信息）：

| | |
|---|---|
| 出口商名称： | TTP 仅在中国向采购商（以中国国内贸易公司为主）出售石膏板。该采购商在中国获得石膏板的所有权，然后再将石膏板运至美国。但为根据中国税法报税，当 TTP 于中国有位于美国的经销商出售石膏板时，会将其自身称为"出口商"。在此情况下，TTP 会被列于附件 A 的"出口商"一栏中。 |
| 出口商地址： | 在中国采购 TTP 石膏板并可能将石膏板运至美国的采购商的地址列于附件 A 中（如知晓）。 |
| 出口日期： | TTP 于中国出售每批石膏板的大概日期载于附件 A 中。 |

货物运输经过的所有港口名称：不详

货物卸载的最终目的港名称：特定批次石膏板货运的宣称目的港信息载于附件 A 中（如 TTP 掌握此等信息）。

货物卸载日期：不详

| | |
|---|---|
| 出口的石膏板数量： | TTP 在中国销售的每批石膏板数量均载于附件 A 中。 |
| 运货人名称／姓名： | 不详 |
| 运货人地址： | 不详 |
| 运输方式： | 不详 |
| 轮船名称： | 不详 |

3.    进口商信息（提供每名进口商的以下信息）：

| | |
|---|---|
| 进口商名称： | 进口 TTP 在中国出售的石膏板的进口商情况载于附件 A 的"进口商"一栏（如知晓）。 |
| 进口商地址： | 进口 TTP 在中国出售的石膏板的进口商地址载于附件 A 中（如知晓）。 |

进口日期：不详

进口的石膏板数量：

TTP 在中国向每名采购商出售的石膏板数量载于附件 A 中。

4.    美国经销商：

如您知晓有任何经销商或石膏板承包商／安装商将您的产品运往美国，请提供有关信息：

**TTP 并不知道附件 A 所列在中国购买其它石膏板的采购商是否在美国参与这些石膏板的经销或安装或其参与程度。此外，TTP 也不知道可能在美国经销或安装这些石膏板的其它公司或个人的情况。**

5.   您是否知晓在整个供应链中是否有任何经纪人或中介代理商直接从您处或从后续经销商购买或拥有您的产品？如有，请说明该等经纪人或中介代理商的名称／姓名、地址和电话号码，并提供您非捏的有关该等经纪人或代理商的任何往来信函或其它文件。

**TTP 并不知道附件 A 所列在中国购买其它石膏板的任何采购商是否曾作为经纪人或中介代理商参与该等石膏板的供应链。此外，TTP 也不知道可能担任该等石膏板经纪人或中介代理商的其它公司或个人的情况。**

6.   请说明由您或代表您在任何时间将任何您的中国石膏板存放于任何地点的情况：

提供存储的实体名称：             一般而言，在中国向采购商交货前，TTP 会将石膏板在其工厂内存储一段有限的时间。在 TTP 在中国将石膏板交付予采购商后，TTP 并不知道石膏板的任何进一步存储情况。

提供存储的实体地址：

产品存储日期：

____／____／____（月／日／年）至____／____／____（月／日／年）

存储的产品数量：

为存储所付价格：

存储仓库的联络人姓名：

电话号码：

电邮地址：

请列出就产品存储提出或收到的任何投诉：

7.   请说明制造商就每批运往或进口到美国的中国石膏板与出口商、进口商、运货人及经销商签订的所有协议。

**TTP 根据与石膏板采购商的书面协议或非正式信函往来，以 OEM 代工定制方式制造石膏板。**

8.   请就 2001 年至 2009 年运往或进口到美国的中国石膏板的所有货物或交付，说明您是否提供了以下任何事项：

a.   明示担保；       **TTP 与在中国购买其石膏板的采购商的书面协议或非正式信函往来一般会说明石膏板的数量、价格、尺寸和适用于具体订单的任何其它规格（如有）。**

b.   产品规格；       **如附件 A 所示，某些采购商要求石膏板符合 ASTM C1396 04**

规定。

c.    产品信息和／或存储或使用说明

在正常业务过程中，TTP 制造的石膏板的包装会载有以下警告信息：

(1) 抬起／请勿倒置

(2) 易碎

(3) 避免雨淋／潮湿

**IV.   保险**

A.    请列明与索赔有关的所有保单，包括所有一般商业综合责任险、产品责任险、建造险、董监事及高级管理人员责任险和超额保险保单。

1.    请就每份保单提供以下信息：

承保人：TTP 没有就相关批次的货物购买任何保险。

保单生效日期：

_____／_____／_____（月／日／年）至 _____／_____／_____（月／日／年）

保单编号：＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

保单类型：＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

保险代理：＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

保单承保范围限制：＿＿＿＿＿＿＿＿＿＿＿＿

请提供保险的声明页、例外情况和保单副本。

B.    请说明您就生产或运输上文第 V 节所述产品对任何保单提起的全部索赔。

1.    请就每项索赔提供以下信息：

日期：_____／_____／_____（月／日／年）

承保人：＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

索赔说明：＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

承保人对索赔的回应：＿＿＿＿＿＿＿＿＿＿

是否正进行诉讼：＿＿＿＿＿＿＿＿＿＿＿＿

案件标题：＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

所涉律师姓名和地址：

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

所涉保险公司：

声明

　　本人根据《美国法典》第 28 编第 1746 节声明，就本人所知，提供于本被告制造商资料表的全部信息均为其实且准确，并且本人已提供本声明中所要求的所有由本人拥有、照管或控制的文件，否则愿受美利坚合众国法律项下的伪证罪制裁。

| 签名 | 正楷姓名 | 日期 |
|---|---|---|
| 宋庆海 | 宋庆海 | 2010.10.14 |

Hogan Lovells

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED          *   MDL No. 2047
DRYWALL PRODUCTS LIABILITY           *
LITIGATION                           *   SECTION L
                                     *
                                     *   JUDGE ELDON E. FALLON
                                     *
                                     *   MAGISTRATE JUDGE
                                     *   JOSEPH C. WILKINSON, JR.
                                     *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

PEOPLE'S REPUBLIC OF CHINA

CITY OF SHANGHAI

## DECLARATION OF YUEN HIU SUM

This is a declaration being made in accordance with and pursuant to

28 U.S.C. § 1746.

I, Yuen Hiu Sum, declare under penalty of perjury under the laws of

the United States of America that the following statements are true and correct:

1.    I am over eighteen (18) years of age, am competent to testify to

the matters contained herein, and have personal knowledge of these facts.

2.    I am a senior translator with the law firm of Hogan Lovells

International LLP, and work in the firm's office in Shanghai, China.

3.    I am fluent in the languages of Chinese and English.

4.      Based upon my ability to speak, read, and write Chinese and English fluently, I have been responsible for translating various communications and documents relating to the above-captioned lawsuit.

5.      Among the documents I have translated is the Defendant Manufacturers' Profile Form prepared on behalf of Tai'An Taishan Plasterboard Co., Ltd.

6.      I hereby certify that I translated the Defendant Manufacturers' Profile Form between the English and Chinese languages. I further certify that the English version of the Defendant Manufacturers' Profile Form is a true and accurate translation of the Chinese version of the Defendant Manufacturers' Profile Form. I also certify that the English version of the Defendant Manufacturers' Profile Form and the Chinese version of the Defendant Manufacturers' Profile Form are accurate translations of one another.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 13, 2010.

Yuen Hiu Sum

EXHIBIT A to the Defendant Manufacturers' Profile Form

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 1 | 2006-3-13 | Shandong Oriental International Trading Corp. | Unknown | 82,000 | ¥ 2,052,005 | Made in China Cr | White edge sealing tape (without words printed thereon) | |
| 2 | 2006-3-13 | Shandong Oriental International Trading Corp., Ltd. | Unknown | 109,300 | ¥ 2,736,007 | | | |
| 3 | 2006-3-13 | Shandong Oriental International Trading Corp., Ltd. | Unknown | 4,500 | ¥ 112,989 | | | |
| 4 | 2006-3-21 | Lianyungang Yuntai International Trade Co., Ltd. | Unknown | 3,500 | ¥ 87,518 | | | |
| 5 | 2006-3-21 | Lianyungang Yuntai International Trade Co., Ltd. | Unknown | 3000 | ¥ 75,015 | | | |
| 6 | 2006-4-22 | Shanghai Yuyuan Market Import & Export Co., Ltd. | Unknown | 95,740 | ¥ 2,516,384 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | White edge sealing tape (without words printed thereon) | Shanghai Yuyuan Market Import & Export Co., Ltd. last known address is: 19 Wen Chuan Rd., Shanghai, China. |
| 7 | 2006-4-22 | Shanghai Yuyuan Market Import & Export Co., Ltd. | Unknown | 4,190 | ¥ 110,118 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | White edge sealing tape (without words printed thereon) | The last known address of Shanghai Yuyuan Market Import & Export Co., Ltd. is listed at row 6 above. |
| 8 | 2006-4-22 | Shanghai Yuyuan Market Import & Export Co., Ltd. | Unknown | 41,625 | ¥ 1,094,080 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | White edge sealing tape (without words printed thereon) | The last known address of Shanghai Yuyuan Market Import & Export Co., Ltd. is listed at row 6 above. |

EXHIBIT A to the Defendant Manufacturers' Profile Form

- 2 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 9 | 2006-4-23 | Orient International Holding Shanghai Foreign Trade Co., Ltd. | Unknown | 3,360 | ¥87,024 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 10 | 2006-4-23 | Orient International Holding Shanghai Foreign Trade Co., Ltd. | Unknown | 10,080 | ¥173,981 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 11 | 2006-4-26 | Qingdao Aoni Decoration Board and Materials Co., Ltd. | Unknown | 460 | ¥ 11,502 | | White edge sealing tape (without words printed thereon) | |
| 12 | 2006-4-28 | Shanghai Yuyuan Market Import & Export Co., Ltd. | Unknown | 1,300 | ¥34,190 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | White edge sealing tape (without words printed thereon) | The last known address of Shanghai Yuyuan Market Import & Export Co., Ltd. is listed at row 6 above. |
| 13 | 2006-4-28 | Shanghai Yuyuan Market Import & Export Co., Ltd. | Unknown | 335,500 | ¥8,819,442 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | White edge sealing tape (without words printed thereon) | The last known address of Shanghai Yuyuan Market Import & Export Co., Ltd. is listed at row 6 above. |
| 14 | 2006-4-28 | Shanghai Yuyuan Market Import & Export Co., Ltd. | Unknown | 4,080 | ¥107,225 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | White edge sealing tape (without words printed thereon) | The last known address of Shanghai Yuyuan Market Import & Export Co., Ltd. is listed at row 6 above. |

EXHIBIT A to the Defendant Manufacturers' Profile Form

- 3 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 15 | 2006-4-28 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 44,125 | ¥1,052,810 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | Beijing Building Materials Import & Export Co., Ltd.'s last known address is: Jin Yu Mansion Room 2013, No.129 Xuan Wu Men W. Road, Beijing, China. |
| 16 | 2006-5-9 | Taian Taigao Trading Co., Ltd. | Unknown | 19,920 | ¥466,344 | | | Taian Taigao Trading Co., Ltd.'s last known address is: No.157 Dongyue Road, Taian, China. |
| 17 | 2006-5-12 | Nantong Economic and Technological Development Zone Corporation | Unknown | 3,840 | ¥116,796 | | | |
| 18 | 2006-5-14 | Taian Taigao Trading Co., Ltd. | Unknown | 14,250 | ¥333,923 | | | Taian Taigao Trading Co.,Ltd.'s last known address is listed at row 16 above. |
| 19 | 2006-5-15 | Taian Taigao Trading Co., Ltd. | Unknown | 76,085 | ¥1,781,150 | | | Taian Taigao Trading Co.,Ltd.'s last known address is listed at row 16 above. |
| 20 | 2006-5-24 | Taian Taigao Trading Co., Ltd. | Unknown | 16,550 | ¥2,309,688 | | | Taian Taigao Trading Co.,Ltd.'s last known address is listed at row 16 above. |

EXHIBIT A to the Defendant Manufacturers' Profile Form

- 4 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 21 | 2006-5-26 | Taian Taigao Trading Co., Ltd. | Unknown | 67,825 | ¥ 387,345 | | | Taian Taigao Trading Co., Ltd.'s last known address is listed at row 16 above. |
| 22 | 2006-5-15 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 32,850 | ¥ 880,037 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | Beijing Building Materials Import & Export Co., Ltd.'s last known address is: |
| 23 | 2006-5-15 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,110 | ¥ 110,165 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | Jin Yu Mansion Room 2013 No.129 Xuan Wu Men W. Road, Beijing, China. The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 24 | 2006-5-15 | Qingdao Kanghong Import and Export Co., Ltd. | Unknown | 7,380 | ¥ 95,645 | | | |
| 25 | 2006-5-15 | Qingdao Kanghong Import and Export Co., Ltd. | Unknown | 7,380 | ¥ 95,645 | | | |
| 26 | 2006-5-18 | Zhejiang Provincial Second Light Industry Enterprises Group Imp. & Exp. Co., Ltd. | Unknown | 4,600 | ¥ 111,461 | | | |

EXHIBIT A to the Defendant Manufacturers' Profile Form

- 5 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 27 | 2006-5-19 | Lianyungang Yuntai International Trade Co., Ltd. | Unknown | 3,500 | ¥87,518 | | | |
| 28 | 2006-5-19 | Lianyungang Yuntai International Trade Co., Ltd. | Unknown | 2,925 | ¥73,015 | | | |
| 29 | 2006-5-22 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 3,780 | ¥89,926 | DRYWALL 4feeIX12feeIX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |
| 30 | 2006-5-22 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 3,780 | ¥89,926 | DRYWALL 4feeIX12feeIX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |
| 31 | 2006-5-22 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 2,525 | ¥60,732 | DRYWALL 4feeIX12feeIX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |
| 32 | 2006-5-22 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,675 | ¥111,337 | DRYWALL 4feeIX12feeIX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |

EXHIBIT A to the Defendant Manufacturers' Profile Form

- 6 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 33 | 2006-5-22 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,675. | ¥111,337 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |
| 34 | 2006-5-22 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,675 | ¥111,337 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |
| 35 | 2006-5-22 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,675 | ¥111,337 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |
| 36 | 2006-5-22 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,675 | ¥111,337 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |
| 37 | 2006-5-22 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,675 | ¥111,337 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |

EXHIBIT A to the Defendant Manufacturers' Profile Form

- 7 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 38 | 2006-5-22 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,675 | ¥111,337 | DRYWALL 4feeX12feeX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |
| 39 | 2006-5-22 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,675 | ¥111,337 | DRYWALL 4feeX12feeX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |
| 40 | 2006-5-22 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,675 | ¥111,337 | DRYWALL 4feeX12feeX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |
| 41 | 2006-5-22 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,675 | ¥111,337 | DRYWALL 4feeX12feeX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |
| 42 | 2006-5-22 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,125 | ¥102,350 | DRYWALL 4feeX12feeX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |

EXHIBIT A to the Defendant Manufacturers' Profile Form

- 8 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 43 | 2006-5-22 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,125 | ¥102,350 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |
| 44 | 2006-5-22 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,125 | ¥102,350 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |
| 45 | 2006-5-22 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,125 | ¥102,350 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |
| 46 | 2006-5-22 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,125 | ¥102,350 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |
| 47 | 2006-5-22 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,125 | ¥102,350 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |

EXHIBIT A to the Defendant Manufacturers' Profile Form

- 9 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|-----|------|----------|----------|----------|--------|------------------|----------------|-------|
| 48 | 2006-5-22 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,125 | ¥102,350 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |
| 49 | 2006-5-22 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,125 | ¥102,350 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words [printed thereon]) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |
| 50 | 2006-5-22 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,125 | ¥102,350 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |
| 51 | 2006-5-22 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 960 | ¥15,859 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |
| 52 | 2006-5-22 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 1,700 | ¥40,681 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |

EXHIBIT A to the Defendant Manufacturers' Profile Form

- 10 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 53 | 2006-5-24 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,175 | ¥111,982 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |
| 54 | 2006-5-24 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,175 | ¥111,982 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |
| 55 | 2006-5-24 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,175 | ¥111,982 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |
| 56 | 2006-5-24 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,300 | ¥114,934 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |
| 57 | 2006-5-24 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,300 | ¥114,934 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |

EXHIBIT A to the Defendant Manufacturers' Profile Form

- 11 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 58 | 2006-5-24 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,300 | ¥114,934 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 59 | 2006-5-24 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,300 | ¥114,934 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 60 | 2006-5-26 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 3,000 | ¥80,370 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 61 | 2006-5-26 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 2,950 | ¥78,763 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 62 | 2006-5-28 | Qingdao Kanghong Import and Export Co., Ltd. | Unknown | 6,000 | ¥77,760 | | White edge sealing tape (without words printed thereon) | |
| 63 | 2006-5-28 | Qingdao Kanghong Import and Export Co., Ltd. | Unknown | 1,380 | ¥17,885 | | White edge sealing tape (without words printed thereon) | |

EXHIBIT A to the Defendant Manufacturers' Profile Form

- 12 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|-----|------|----------|----------|-------------------------------------|--------|------------------|----------------------------|------------------|
| 64 | 2006-5-29 | Orient International Holding Shanghai Foreign Trade Co., Ltd. | Unknown | 3,025 | ¥81,564 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 65 | 2006-5-29 | Orient International Holding Shanghai Foreign Trade Co., Ltd. | Unknown | 330 | ¥81,564 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 66 | 2006-5-29 | Orient International Holding Shanghai Foreign Trade Co., Ltd. | Unknown | 6,725 | ¥97,877 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 67 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 3,625 | ¥69,704 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 68 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 3,850 | ¥63,439 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 69 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |

EXHIBIT A to the Defendant Manufacturers' Profile Form

- 13 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 70 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 71 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 72 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 73 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 74 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |

EXHIBIT A to the Defendant Manufacturers' Profile Form

- 14 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 75 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 76 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 77 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 78 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 79 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |

EXHIBIT A to the Defendant Manufacturers' Profile Form

- 15 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|-----|--------------|----------|----------|-------------------------------------|--------|------------------|----------------------------|------------------|
| 80 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 81 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 82 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 83 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 84 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |

EXHIBIT A to the Defendant Manufacturers' Profile Form

- 16 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 85 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 86 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 87 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 88 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 89 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |

EXHIBIT A to the Defendant Manufacturers' Profile Form

- 17 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 90 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 91 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 92 | 2006-6-10 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 3,775 | ¥89,926 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 93 | 2006-6-11 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 2,025 | ¥34,934 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 94 | 2006-6-13 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,500 | ¥116,505 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |

EXHIBIT A to the Defendant Manufacturers' Profile Form

- 18 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 95 | 2006-6-13 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,500 | ¥116,505 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 96 | 2006-6-13 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,500 | ¥116,505 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 97 | 2006-6-13 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,500 | ¥116,505 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 98 | 2006-6-13 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,500 | ¥116,505 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 99 | 2006-6-13 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,500 | ¥116,505 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |

EXHIBIT A to the Defendant Manufacturers' Profile Form

- 19 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 100 | 2006-6-13 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,500 | ¥116,453 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 101 | 2006-6-13 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 960 | ¥16,214 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 102 | 2006-6-13 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 960 | ¥16,214 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 103 | 2006-6-13 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,000 | ¥99,120 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 104 | 2006-6-13 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,000 | ¥99,120 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |

EXHIBIT A to the Defendant Manufacturers' Profile Form

- 20 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 105 | 2006-6-13 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,000 | ¥99,120 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 106 | 2006-6-13 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,000 | ¥99,120 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 107 | 2006-6-13 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 3,800 | ¥94,164 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 108 | 2006-6-13 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 2200 | ¥66,906 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 109 | 2006-6-13 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4000 | ¥103,560 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |

EXHIBIT A to the Defendant Manufacturers' Profile Form

- 21 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 110 | 2006-6-13 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4000 | ¥103,560 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 111 | 2006-6-13 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4000 | ¥103,560 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 112 | 2006-6-13 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4000 | ¥103,560 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 113 | 2006-6-13 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3300 | ¥85,470 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 114 | 2006-6-13 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3300 | ¥85,470 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 115 | 2006-6-21 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3300 | ¥85,470 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |

EXHIBIT A to the Defendant Manufacturers' Profile Form

- 22 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 116 | 2006-6-24 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3300 | ¥85,470 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 117 | 2006-6-24 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3300 | ¥85,470 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 118 | 2006-6-25 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 3300 | ¥81,774 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 119 | 2006-6-25 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 8,765 | ¥226,848 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 120 | 2006-6-25 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,800 | ¥66,278 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 121 | 2006-6-26 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 960 | ¥16,570 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |

EXHIBIT A to the Defendant Manufacturers' Profile Form

- 23 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 122 | 2006-6-26 | Jiangsu Sainty International Economic & Technical Cooperation Co., Ltd. | Unknown | 550 | ¥14,176 | | | |
| 123 | 2006-6-26 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,300 | ¥85,470 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 124 | 2006-6-26 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,300 | ¥85,470 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 125 | 2006-6-27 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 1,350 | ¥34,900 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 126 | 2006-6-27 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 675 | ¥16,702 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 127 | 2006-6-28 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 1,320 | ¥34,188 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |

EXHIBIT A to the Defendant Manufacturers' Profile Form

- 24 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|-----|--------------|----------|----------|-------------------------------------|--------|------------------|----------------------------|------------------|
| 128 | 2006-6-28 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,300 | ¥85,470 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 129 | 2006-6-28 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,300 | ¥85,470 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 130 | 2006-6-28 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 1980 | ¥51,282 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 131 | 2006-6-29 | Zibo International Economic and Technical Cooperation Corporation | Unknown | 985 | ¥25,484 | | White edge sealing tape (without words [printed thereon]) | |
| 132 | 2006-7-8 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3300 | ¥86,380 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 133 | 2006-7-8 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3300 | ¥86,380 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 134 | 2006-7-9 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3300 | ¥86,380 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |

EXHIBIT A to the Defendant Manufacturers' Profile Form

- 25 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 135 | 2006-7-9 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3300 | ¥86,380 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 136 | 2006-7-9 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3300 | ¥86,380 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 137 | 2006-7-10 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3300 | ¥86,380 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 138 | 2006-7-10 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3300 | ¥86,380 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 139 | 2006-7-10 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3300 | ¥86,380 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 140 | 2006-7-13 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 141 | 2006-7-13 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3300 | ¥86,380 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 142 | 2006-7-14 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 143 | 2006-7-21 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 144 | 2006-7-21 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 145 | 2006-7-21 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 146 | 2006-7-21 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 147 | 2006-7-22 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 148 | 2006-7-22 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 149 | 2006-7-22 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 150 | 2006-7-22 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |

EXHIBIT A to the Defendant Manufacturers' Profile Form

- 27 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|-----|--------------|----------|----------|-------------------------------------|--------|------------------|----------------------------|------------------|
| 151 | 2006-7-22 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 152 | 2006-7-22 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 153 | 2006-7-24 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 154 | 2006-7-24 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 155 | 2006-7-24 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 156 | 2006-7-24 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 157 | 2006-7-25 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,300 | ¥64,885 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 158 | 2006-7-25 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |

EXHIBIT A to the Defendant Manufacturers' Profile Form

- 28 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 159 | 2006-7-25 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 160 | 2006-7-25 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 161 | 2006-7-25 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 162 | 2006-7-26 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,300 | ¥64,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 163 | 2006-7-26 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,300 | ¥64,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 164 | 2006-7-26 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,300 | ¥64,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 165 | 2006-7-27 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,300 | ¥64,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 166 | 2006-7-27 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 1,980 | ¥50,937 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |

EXHIBIT A to the Defendant Manufacturers' Profile Form

- 29 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 167 | 2006-7-27 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 2,650 | ¥67,916 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 168 | 2006-7-28 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 169 | 2006-7-28 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 170 | 2006-7-29 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 1,980 | ¥50,937 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 171 | 2006-7-29 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 172 | 2006-7-30 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 173 | 2006-7-30 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 174 | 2006-7-31 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |

EXHIBIT A to the Defendant Manufacturers' Profile Form

- 30 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 175 | 2006-7-31 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 176 | 2006-8-1 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 177 | 2006-8-2 | TTP | Wood Nation | 13,200 | $55,440.00 | TAIAN TAISHAN PLASTERBOARD CO., GYPSUM DRYWALL PER ASTM C 1396 04 CONTACT: 813-994-6499 | Edge sealing tape: TTPC | The purchaser reportedly shipped the drywall to Tampa, USA. Wood Nation's last known address was: 10740 Plantation Bay Drive Tampa, FL 33647. |
| 178 | 2006-8-2 | TTP | Triax Trading | 5,760 | $24,422.40 | | | |
| 179 | 2006-8-3 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 180 | 2006-8-3 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 181 | 2006-8-3 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |

EXHIBIT A to the Defendant Manufacturers' Profile Form

- 31 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 182 | 2006-8-3 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 183 | 2006-8-8 | TTP | Wood Nation | 13,200 | $55,44000 | TAIAN TAISHAN PLASTERBOARD CO., GYPSUM DRYWALL PER ASTM C 1396 04 CONTACT: 813-994-8499 | Edge sealing tape: TTPC | The purchaser reportedly shipped the drywall to Tampa, USA.[1] Wood Nation's last known address is listed above at row 177. |
| 184 | 2006-8-15 | Shanghai Kaidun Development Co., Ltd. | Unknown | 950 | ¥16,402 | Mega Gypsum | White edge sealing tape (without words printed thereon) | |
| 185 | 2006-8-15 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,300 | ¥64,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 186 | 2006-8-15 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,300 | ¥64,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 187 | 2006-8-15 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,300 | ¥64,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 188 | 2006-8-15 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,300 | ¥64,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |

[1] All references to destinations is based upon a review of documents in TTP's possession. TTP has no first hand knowledge of the products' destination in fact.

EXHIBIT A to the Defendant Manufacturers' Profile Form

- 32 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|-----|------|----------|----------|----------|--------|------------------|----------------------------|------------------|
| 189 | 2006-8-16 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 4,400 | ¥169,790 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 190 | 2006-8-17 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 1,940 | ¥49,417 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 191 | 2006-8-17 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 600 | ¥16,097 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 192 | 2006-8-17 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 725 | ¥12,354 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 193 | 2006-8-17 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 150 | ¥4,024 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 194 | 2006-8-17 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 600 | ¥16,097 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 195 | 2006-8-17 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 2,900 | ¥49,417 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 196 | 2006-8-17 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 725 | ¥12,354 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |

EXHIBIT A to the Defendant Manufacturers' Profile Form

- 33 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 197 | 2006-8-17 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 150 | ¥4,024 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 198 | 2006-8-18 | Shanghai Yujin Industry Co., Ltd. | Unknown | 630 | ¥16,596 | | White edge sealing tape (without words [printed thereon]) | |
| 199 | 2006-8-18 | Hangzhou Great Import and Export Co., Ltd. | Unknown | 500 | ¥12,950 | | White edge sealing tape (without words [printed thereon]) | |
| 200 | 2006-8-18 | Hangzhou Great Import and Export Co., Ltd. | Unknown | 500 | ¥12,950 | | White edge sealing tape (without words [printed thereon]) | |
| 201 | 2006-8-18 | Shanghai Yujin Industry Co., Ltd. | Unknown | 630 | ¥16,596 | | White edge sealing tape (without words [printed thereon]) | |
| 202 | 2006-8-21 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 203 | 2006-8-21 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 760 | ¥20,122 | "Taishan" edge sealing tape; laser code: MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 204 | 2006-8-21 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 205 | 2006-8-21 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |

EXHIBIT A to the Defendant Manufacturers' Profile Form

- 34 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 206 | 2006-8-22 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 207 | 2006-8-22 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 208 | 2006-8-22 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 209 | 2006-8-22 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 210 | 2006-8-23 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 211 | 2006-8-23 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 212 | 2006-8-23 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 213 | 2006-8-23 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |

EXHIBIT A to the Defendant Manufacturers' Profile Form

- 35 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 214 | 2006-8-8 | Shandong Yuanhua International Trading Co., Ltd. | Unknown | 2,600 | ¥71,630 | Made in China, ceiling | Edge sealing tape: CRESCENT CITY | |
| 215 | 2006-9-15 | TTP | Shenzhen Yongfeng Investment Co., Ltd. | 3,640 | $10,847.20 | Marathon Construction | Edge sealing tape/laser code: Marathon Construction | The purchaser reportedly shipped the drywall to New York.<br><br>Shenzhen Yongfeng Investment. Co., Ltd's last known address was:<br>1900-12 International Chamber of Commerce Center Shenzhen, China. |
| 216 | 2006-9-15 | TTP | Shenzhen Yongfeng Investment Co., Ltd. | 2,730 | $8,105.60 | Marathon Construction | Edge sealing tape/laser code: Marathon Construction | The purchaser reportedly shipped the drywall to New York.<br><br>Shenzhen Yongfeng Investment. Co., Ltd's last known address is listed at row 215 above. |

EXHIBIT A to the Defendant Manufacturers' Profile Form

- 36 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 217 | 2006-9-15 | TTP | Shenzhen Yongfeng Investment Co., Ltd. | 3,640 | $10,847.20 | Marathon Construction | Edge sealing tape/laser code: Marathon Construction | The purchaser reportedly shipped the drywall to New York. Shenzhen Yongfeng Investment. Co., Ltd's last known address is listed at row 215 above |
| 218 | 2006-9-15 | TTP | GD Distributors LLC | 880 | $11,601.22 | | | The purchaser reportedly shipped the drywall to New Orleans. |
| 219 | 2006-10-5 | TTP | TOV Trading | 2,000 | $5,200.00 | | Edge sealing tape: OEG | The purchaser reportedly shipped the drywall to New York. The last known address for TOV Trading is: 5014 20th Avenue Brooklyn, NY 11204 |
| 220 | 2006-10-5 | TTP | TOV Trading | 14,000 | $37,100.00 | | Edge sealing tape: OEG | The purchaser reportedly shipped the drywall to New York is listed at row 219 above. |

EXHIBIT A to the Defendant Manufacturers' Profile Form

- 37 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 221 | 2006-10-5 | TTP | TOV Trading | 3,400 | $13,850.00 | | Edge sealing tape: OEG | The last known address for TOV Trading is listed at row 219 above. |
| 222 | 2006-10-5 | TTP | TOV Trading | 9,000 | $23,400.00 | | Edge sealing tape: OEG | The last known address for TOV Trading is listed at row 219 above. |
| 223 | 2006-11-16 | TTP | Shenzhen Yongfeng Investment Co., Ltd. | 9,100 | $25,025.00 | | Edge sealing tape/laser code: Marathon Construction. | The purchaser reportedly shipped the drywall to the USA. |
| 224 | 2006-11-24 | Xuzhou Hanbang Global Trade Co., Ltd. | Unknown | 960 | ¥16,213 | | White edge sealing tape (without words [printed thereon]) | |
| 225 | 2006-11-27 | China Xuzhou International Economic & Technological Cooperation Co., Ltd. | Unknown | 810 | ¥13,413 | | White edge sealing tape (without words [printed thereon]) | |
| 226 | 2006-11-27 | China Xuzhou International Economic & Technological Cooperation Co., Ltd. | Unknown | 150 | ¥2,484 | | White edge sealing tape (without words [printed thereon]) | |

EXHIBIT A to the Defendant Manufacturers' Profile Form

- 38 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 227 | 2006-12-2 | TTP | Stone Pride International Corp. | 2,640 | $10,032.00 | | White edge sealing tape (without words [printed thereon]) | |
| 228 | 2006-12-26 | Jiangsu Easthigh Group Import & Export Co., Ltd. | Unknown | 1,360 | ¥21,855 | | White edge sealing tape (without words [printed thereon]) | The purchaser reportedly shipped the drywall to the USA. |
| 229 | 2006-12-28 | TTP | Shenzhen Yongfeng Investment Co., Ltd. | 7,280 | $20,020.00 | | Edge sealing tape/laser code: Marathon Construction, | The purchaser reportedly shipped the drywall to New York. |
| 230 | 2006-12-28 | TTP | Shenzhen Yongfeng Investment Co., Ltd. | 2,600 | $11,824.00 | | Edge sealing tape/laser code: Marathon Construction, | |
| 231 | 2007-1-12 | Qingdao Joy Industrial & Development Co., Ltd. | Unknown | 1,900 | ¥31,265 | | White edge sealing tape (without words [printed thereon]), no laser code | |
| 232 | 2007-2-9 | TTP | Shenzhen Yongfeng Investment Co., Ltd. | 1,800 | $5,005.00 | | Edge sealing tape/laser code: Marathon Construction, | The purchaser reportedly shipped the drywall to New York.<br><br>Shenzhen Yongfeng Investment Co., Ltd's last known address is listed at row 215 above |
| 233 | 2007-2-9 | TTP | Shenzhen Yongfeng Investment Co., Ltd. | 3,900 | $17,737.20 | | Edge sealing tape/laser code: Marathon Construction, | Shenzhen Yongfeng Investment Co., Ltd's last known address was listed at row 215 above |

EXHIBIT A to the Defendant Manufacturers' Profile Form

- 39 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 234 | 2007-4-30 | TTP | Oriental Trading Company LLC | 2,000 | 7738.00 | | Edge sealing tape: DUN Drywall | The purchaser reportedly shipped the drywall to Miami. |
| 235 | 2007-4-30 | TTP | B America Corporation | 660 | $5,656.20 | | White edge sealing tape (without words [printed thereon]) | The purchaser reportedly shipped the drywall to Miami. |
| 236 | 2007-5-28 | TTP | Oriental Trading Company LLC | 4,900 | $12,740.00 | | Edge sealing tape: DUN Drywall | The purchaser reportedly shipped the drywall to Miami. |
| 237 | 2007-5-28 | TTP | Oriental Trading Company LLC | 5,880 | $15,288.00 | | Edge sealing tape: DUN Drywall | The purchaser reportedly shipped the drywall to Miami. |
| 238 | 2007-5-28 | TTP | Oriental Trading Company LLC | 1,960 | $5,096.00 | | Edge sealing tape: DUN Drywall | The purchaser reportedly shipped the drywall to Miami. |
| 239 | 2007-5-28 | TTP | Oriental Trading Company LLC | 4,900 | $12,740.00 | | Edge sealing tape: DUN Drywall | The purchaser reportedly shipped the drywall to Miami. |
| 240 | 2007-6-12 | TTP | Oriental Trading Company LLC | 2,940 | $12,740.00 | | Edge sealing tape: DUN Drywall | The purchaser reportedly shipped the drywall to Miami. |
| 241 | 2007-6-26 | TTP | Oriental Trading Company LLC | 2,000 | $7,738.00 | | Edge sealing tape: DUN Drywall | The purchaser reportedly shipped the drywall to Miami. |

EXHIBIT A to the Defendant Manufacturers' Profile Form

- 40 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|-----|--------------|----------|----------|-------------------------------------|--------|------------------|---------------------------|------------------|
| 242 | 2007-7-3 | TTP | Oriental Trading Company LLC | 6,700 | $25,795.00 | | Edge sealing tape: DUN Drywall | The purchaser reportedly shipped the drywall to Miami, USA. |
| 243 | 2007-7-3 | TTP | Oriental Trading Company LLC | 6700 | $25,795.00 | | Edge sealing tape: DUN Drywall | The purchaser reportedly shipped the drywall to Miami, USA. |

据告制造商资料表附件 A

| 编号 | 时间（年/月/日） | 出口商 | 进口商 | 数量（大约张数） | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 1 | 2006-3-13 | 山东省东方国际贸易股份有限公司 | 不详 | 82000 | ¥2,052,005 | Made in China Cr. | 白色无字封边带（无喷码） | |
| 2 | 2006-3-13 | 山东省东方国际贸易股份有限公司 | 不详 | 109300 | ¥2,736,007 | | | |
| 3 | 2006-3-13 | 山东省东方国际贸易股份有限公司 | 不详 | 4500 | ¥112,999 | | | |
| 4 | 2006-3-21 | 连云港远秦国际贸易有限公司 | 不详 | 3500 | ¥87,518 | | | |
| 5 | 2006-3-21 | 连云港远秦国际贸易有限公司 | 不详 | 3000 | ¥75,015 | | | |
| 6 | 2006-4-22 | 上海豫园商城进出口有限公司 | 不详 | 95740 | ¥2,516,384 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | 白色无字封边带（无喷码） | 上海豫园商城进出口有限公司的退后已知地址为：中国上海宿川路 19号。 |
| 7 | 2006-4-22 | 上海豫园商城进出口有限公司 | 不详 | 4190 | ¥110,118 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | 白色无字封边带（无喷码） | 上海豫园商城进出口有限公司的退后已知地址见第6项备注。 |
| 8 | 2006-4-22 | 上海豫园商城进出口有限公司 | 不详 | 41625 | ¥1,094,080 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | 白色无字封边带（无喷码） | 上海豫园商城进出口有限公司的退后已知地址见第6项备注。 |
| 9 | 2006-4-23 | 东方国际集团上海市对外贸易有限公司 | 不详 | 3360 | ¥87,024 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | 窄山封边带 | |
| 10 | 2006-4-23 | 东方国际集团上海市对外贸易有限公司 | 不详 | 10080 | ¥173,981 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | 窄山封边带 | |
| 11 | 2006-4-26 | 青岛凯妮装饰板材有限公司 | 不详 | 460 | ¥11,502 | | 白色无字封边带（无喷码） | |

被告制造商资料表附件 A

- 2 -

| 编号 | 时间（年/月/日） | 出口商 | 进口商 | 数量（大约张数） | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 12 | 2006-4-28 | 上海黎圆商城进出口有限公司 | 不详 | 1300 | ¥34,190 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | 白色无字封边带（无喷码） | 上海黎圆商城进出口有限公司的最后已知地址见第6项备注。 |
| 13 | 2006-4-28 | 上海黎圆商城进出口有限公司 | 不详 | 335500 | ¥8,819,442 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | 白色无字封边带（无喷码） | 上海黎圆商城进出口有限公司的最后已知地址见第6项备注。 |
| 14 | 2006-4-28 | 上海黎圆商城进出口有限公司 | 不详 | 4080 | ¥107,225 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | 白色无字封边带（无喷码） | 上海黎圆商城进出口有限公司的最后已知地址见第6项备注。 |
| 15 | 2006-4-28 | 北京市建筑材料进出口公司 | 不详 | 44125 | ¥1,062,810 | DRYWALL 4feeX12feeX1/2inch | 白色无字封边带（无喷码） | 北京市建筑材料进出口公司的最后已知地址为：北京市西城区宣武门西大街甲129号阀阅大厦 2013 |
| 16 | 2006-5-9 | 泰安泰商贸易有限公司 | 不详 | 19920 | ¥466,344 | | | 泰安泰商贸易有限公司的最后已知地址见第16项备注。 |
| 17 | 2006-5-12 | 南通经济技术开发区总公司 | 不详 | 3840 | ¥116,796 | | | |
| 18 | 2006-5-14 | 泰安泰商贸易有限公司 | 不详 | 14250 | ¥333,923 | | | 泰安泰商贸易有限公司的最后已知地址见第16项备注。 |
| 19 | 2006-5-15 | 泰安泰商贸易有限公司 | 不详 | 76085 | ¥1,781,150 | | | 泰安泰商贸易有限公司的最后已知地址见第16项备注。 |
| 20 | 2006-5-24 | 泰安泰商贸易有限公司 | 不详 | 16550 | ¥2,309,688 | | | 泰安泰商贸易有限公司的最后已知地址见第16项备注。 |

Hogan Lovells

被告制造商资料表附件 A

- 3 -

| 编号 | 时间（年/月/日） | 出口商 | 进口商 | 数量（大约张数） | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 21 | 2006-5-26 | 泰安泰高贸易有限公司 | 不详 | 67825 | ￥387,345 | | | 泰安泰高贸易有限公司的最后已知地址见第 16 项备注。 |
| 22 | 2006-5-15 | 北京市建筑材料进出口公司 | 不详 | 32850 | ￥880,037 | DRYWALL 4feetX12feeX1/2inch | 白色无字封边带（无唛码） | 北京市建筑材料进出口公司的最后已知地址为：北京市西城区立新门西大街甲 129 号金隅大厦 2013 |
| 23 | 2006-5-15 | 北京市建筑材料进出口公司 | 不详 | 4110 | ￥110,165 | DRYWALL 4feetX12feeX1/2inch | 白色无字封边带（无唛码） | 北京市建筑材料进出口公司的最后已知地址见第 22 项备注。 |
| 24 | 2006-5-15 | 青岛康鸿进出口有限公司 | 不详 | 7380 | ￥95,645 | | | |
| 25 | 2006-5-15 | 青岛康鸿进出口有限公司 | 不详 | 7380 | ￥95,645 | | | |
| 26 | 2006-5-18 | 浙江省一轻企业城国进出口有限公司 | 不详 | 4600 | ￥111,461 | | | |
| 27 | 2006-5-19 | 连云港远泰国际贸易有限公司 | 不详 | 3500 | ￥87,518 | | | |
| 28 | 2006-5-19 | 连云港远泰国际贸易有限公司 | 不详 | 2925 | ￥73,015 | | | |
| 29 | 2006-5-22 | 北京市银建材材进出口公司 | 不详 | 3780 | ￥89,926 | DRYWALL 4feetX12feeX1/2inch | 白色无字封边带（无唛码） | 北京市建筑材料进出口公司的最后已知地址见第 22 项备注。 |
| 30 | 2006-5-22 | 北京市建筑材料进出口公司 | 不详 | 3780 | ￥89,926 | DRYWALL 4feetX12feeX1/2inch | 白色无字封边带（无唛码） | 北京市建筑材料进出口公司的最后已知地址见第 22 项备注。 |

Hogan Lovells

被告制造商资料表附件 A

- 4 -

| 编号 | 时间（年/月/日） | 出口商 | 进口商 | 数量（大约张数） | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 31 | 2005-5-22 | 北京市建筑材料进出口公司 | 不详 | 2525 | ¥60,732 | DRYWALL 4feetX12feetX1/2inch | 白色无字封边带（无喷码） | 北京市建筑材料进出口公司的地址后已知地址见第22项备注。 |
| 32 | 2005-5-22 | 北京市建筑材料进出口公司 | 不详 | 4675 | ¥111,337 | DRYWALL 4feetX12feetX1/2inch | 白色无字封边带（无喷码） | 北京市建筑材料进出口公司的地址后已知地址见第22项备注。 |
| 33 | 2005-5-22 | 北京市建筑材料进出口公司 | 不详 | 4675 | ¥111,337 | DRYWALL 4feetX12feetX1/2inch | 白色无字封边带（无喷码） | 北京市建筑材料进出口公司的地址后已知地址见第22项备注。 |
| 34 | 2005-5-22 | 北京市建筑材料进出口公司 | 不详 | 4675 | ¥111,337 | DRYWALL 4feetX12feetX1/2inch | 白色无字封边带（无喷码） | 北京市建筑材料进出口公司的地址后已知地址见第22项备注。 |
| 35 | 2005-5-22 | 北京市建筑材料进出口公司 | 不详 | 4675 | ¥111,337 | DRYWALL 4feetX12feetX1/2inch | 白色无字封边带（无喷码） | 北京市建筑材料进出口公司的地址后已知地址见第22项备注。 |
| 36 | 2005-5-22 | 北京市建筑材料进出口公司 | 不详 | 4675 | ¥111,337 | DRYWALL 4feetX12feetX1/2inch | 白色无字封边带（无喷码） | 北京市建筑材料进出口公司的地址后已知地址见第22项备注。 |
| 37 | 2005-5-22 | 北京市建筑材料进出口公司 | 不详 | 4675 | ¥111,337 | DRYWALL 4feetX12feetX1/2inch | 白色无字封边带（无喷码） | 北京市建筑材料进出口公司的地址后已知地址见第22项备注。 |
| 38 | 2005-5-22 | 北京市建筑材料进出口公司 | 不详 | 4675 | ¥111,337 | DRYWALL 4feetX12feetX1/2inch | 白色无字封边带（无喷码） | 北京市建筑材料进出口公司的地址后已知地址见第22项备注。 |
| 39 | 2005-5-22 | 北京市建筑材料进出口公司 | 不详 | 4675 | ¥111,337 | DRYWALL 4feetX12feetX1/2inch | 白色无字封边带（无喷码） | 北京市建筑材料进出口公司的地址后已知地址见第22项备注。 |

被告制造商资料表附件 A

- 5 -

| 编号 | 时间(年/月/日) | 出口商 | 进口商 | 数量(大约张数) | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 40 | 2005-5-22 | 北京市建筑材料进出口公司 | 不详 | 4675 | ¥111,337 | DRYWALL 4feetX12feetX1/2inch | 白色无字封边带(无喷码) | 北京市建筑材料进出口公司的极后已知地址见第22项备注。 |
| 41 | 2005-5-22 | 北京市建筑材料进出口公司 | 不详 | 4675 | ¥111,337 | DRYWALL 4feetX12feetX1/2inch | 白色无字封边带(无喷码) | 北京市建筑材料进出口公司的极后已知地址见第22项备注。 |
| 42 | 2005-5-22 | 北京市建筑材料进出口公司 | 不详 | 4125 | ¥102,350 | DRYWALL 4feetX12feetX1/2inch | 白色无字封边带(无喷码) | 北京市建筑材料进出口公司的极后已知地址见第22项备注。 |
| 43 | 2005-5-22 | 北京市建筑材料进出口公司 | 不详 | 4125 | ¥102,350 | DRYWALL 4feetX12feetX1/2inch | 白色无字封边带(无喷码) | 北京市建筑材料进出口公司的极后已知地址见第22项备注。 |
| 44 | 2005-5-22 | 北京市建筑材料进出口公司 | 不详 | 4125 | ¥102,350 | DRYWALL 4feetX12feetX1/2inch | 白色无字封边带(无喷码) | 北京市建筑材料进出口公司的极后已知地址见第22项备注。 |
| 45 | 2005-5-22 | 北京市建筑材料进出口公司 | 不详 | 4125 | ¥102,350 | DRYWALL 4feetX12feetX1/2inch | 白色无字封边带(无喷码) | 北京市建筑材料进出口公司的极后已知地址见第22项备注。 |
| 46 | 2005-5-22 | 北京市建筑材料进出口公司 | 不详 | 4125 | ¥102,350 | DRYWALL 4feetX12feetX1/2inch | 白色无字封边带(无喷码) | 北京市建筑材料进出口公司的极后已知地址见第22项备注。 |
| 47 | 2005-5-22 | 北京市建筑材料进出口公司 | 不详 | 4125 | ¥102,350 | DRYWALL 4feetX12feetX1/2inch | 白色无字封边带(无喷码) | 北京市建筑材料进出口公司的极后已知地址见第22项备注。 |
| 48 | 2005-5-22 | 北京市建筑材料进出口公司 | 不详 | 4125 | ¥102,350 | DRYWALL 4feetX12feetX1/2inch | 白色无字封边带(无喷码) | 北京市建筑材料进出口公司的极后已知地址见第22项备注。 |

被告制造商资料表附件 A

-6-

| 编号 | 时间(年/月/日) | 出口商 | 进口商 | 数量(大约张数) | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 49 | 2005-5-22 | 北京市建筑材料料进出口公司 | 不详 | 4125 | ¥102,350 | DRYWALL 4feetX12feetX1/2inch | 白色无字封边带(无喷码) | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 50 | 2005-5-22 | 北京市建筑材料料进出口公司 | 不详 | 4125 | ¥102,350 | DRYWALL 4feetX12feetX1/2inch | 白色无字封边带(无喷码) | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 51 | 2005-5-22 | 北京市建筑材料料进出口公司 | 不详 | 960 | ¥15,859 | DRYWALL 4feetX12feetX1/2inch | 白色无字封边带(无喷码) | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 52 | 2005-5-22 | 北京市建筑材料料进出口公司 | 不详 | 1700 | ¥40,681 | DRYWALL 4feetX12feetX1/2inch | 白色无字封边带(无喷码) | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 53 | 2005-5-24 | 北京市建筑材料料进出口公司 | 不详 | 4175 | ¥111,982 | DRYWALL 4feetX12feetX1/2inch | 白色无字封边带(无喷码) | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 54 | 2005-5-24 | 北京市建筑材料料进出口公司 | 不详 | 4175 | ¥111,982 | DRYWALL 4feetX12feetX1/2inch | 白色无字封边带(无喷码) | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 55 | 2005-5-24 | 北京市建筑材料料进出口公司 | 不详 | 4175 | ¥111,982 | DRYWALL 4feetX12feetX1/2inch | 白色无字封边带(无喷码) | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 56 | 2005-5-24 | 北京市建筑材料料进出口公司 | 不详 | 4300 | ¥114,934 | DRYWALL 4feetX12feetX1/2inch | 白色无字封边带(无喷码) | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 57 | 2005-5-24 | 北京市建筑材料料进出口公司 | 不详 | 4300 | ¥114,934 | DRYWALL 4feetX12feetX1/2inch | 白色无字封边带(无喷码) | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |

报告制造商资料表附件 A

- 7 -

Hogan Lovells

| 编号 | 时间（年/月/日）| 出口商 | 进口商 | 数量（大约张数）| 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 58 | 2006-5-24 | 北京市建筑材料进出口公司 | 不详 | 4300 | ¥114,934 | DRYWALL 4feetX12feetX1/2inch | 白色无字封边带（无喷码）| 北京市建筑材料进出口公司的盘后已知地址见第22项备注。 |
| 59 | 2006-5-24 | 北京市建筑材料进出口公司 | 不详 | 4300 | ¥114,934 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的盘后已知地址见第22项备注。 |
| 60 | 2006-5-26 | 北京市建筑材料进出口公司 | 不详 | 3000 | ¥80,370 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的盘后已知地址见第22项备注。 |
| 61 | 2006-5-26 | 北京市建筑材料进出口公司 | 不详 | 2950 | ¥78,763 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的盘后已知地址见第22项备注。 |
| 62 | 2006-5-28 | 青岛康鸿进出口有限公司 | 不详 | 6000 | ¥77,760 | | 白色无字封边带（无喷码）| |
| 63 | 2006-5-28 | 青岛康鸿进出口有限公司 | 不详 | 1380 | ¥17,885 | | 白色无字封边带（无喷码）| |
| 64 | 2006-5-29 | 东方国际集团上海市对外贸易有限公司 | 不详 | 3025 | ¥81,564 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | 泰山牌封边带 | |
| 65 | 2006-5-29 | 东方国际集团上海市对外贸易有限公司 | 不详 | 330 | ¥81,564 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | 泰山牌封边带 | |
| 66 | 2006-5-29 | 东方国际集团上海市对外贸易有限公司 | 不详 | 6725 | ¥97,877 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | 泰山牌封边带 | |
| 67 | 2006-6-2 | 北京市建筑材料进出口公司 | 不详 | 3625 | ¥89,704 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的盘后已知地址见第22项备注。 |

被告制造商资料表附件 A

- 8 -

Hogan Lovells

| 编号 | 时间（年/月/日） | 出口商 | 进口商 | 数量（大约张数） | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 68 | 2006-6-2 | 北京市建筑材料进出口公司 | 不详 | 3850 | ¥63,439 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 69 | 2006-6-2 | 北京市建筑材料进出口公司 | 不详 | 4200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 70 | 2006-6-2 | 北京市建筑材料进出口公司 | 不详 | 4200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 71 | 2006-6-2 | 北京市建筑材料进出口公司 | 不详 | 4200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 72 | 2006-6-2 | 北京市建筑材料进出口公司 | 不详 | 4200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 73 | 2006-6-2 | 北京市建筑材料进出口公司 | 不详 | 4200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 74 | 2006-6-2 | 北京市建筑材料进出口公司 | 不详 | 4200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 75 | 2006-6-2 | 北京市建筑材料进出口公司 | 不详 | 4200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 76 | 2006-6-2 | 北京市建筑材料进出口公司 | 不详 | 4200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |

被告制造商资料表附件 A

- 9 -

| 编号 | 时间 (年/月/日) | 出口商 | 进口商 | 数量 (大约张数) | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 77 | 2006-6-2 | 北京市建筑材料出口公司 | 不详 | 4200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带: IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 78 | 2006-6-2 | 北京市建筑材料出口公司 | 不详 | 4200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带: IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 79 | 2006-6-2 | 北京市建筑材料出口公司 | 不详 | 4200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带: IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 80 | 2006-6-2 | 北京市建筑材料出口公司 | 不详 | 4200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带: IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 81 | 2006-6-2 | 北京市建筑材料出口公司 | 不详 | 4200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带: IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 82 | 2006-6-2 | 北京市建筑材料出口公司 | 不详 | 4200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带: IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 83 | 2006-6-2 | 北京市建筑材料出口公司 | 不详 | 4200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带: IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 84 | 2006-6-2 | 北京市建筑材料出口公司 | 不详 | 4200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带: IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 85 | 2006-6-2 | 北京市建筑材料出口公司 | 不详 | 4200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带: IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |

根据制造商资料表附件A

- 10 -

Hogan Lovells

| 编号 | 时间（年/月/日） | 出口商 | 进口商 | 数量（大约张数） | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 86 | 2006-6-2 | 北京市建筑材料进出口公司 | 不详 | 4200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的痕后已知地址见第22项备注。 |
| 87 | 2006-6-2 | 北京市建筑材料进出口公司 | 不详 | 4200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的痕后已知地址见第22项备注。 |
| 88 | 2006-6-2 | 北京市建筑材料进出口公司 | 不详 | 4200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的痕后已知地址见第22项备注。 |
| 89 | 2006-6-2 | 北京市建筑材料进出口公司 | 不详 | 4200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的痕后已知地址见第22项备注。 |
| 90 | 2006-6-2 | 北京市建筑材料进出口公司 | 不详 | 4200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的痕后已知地址见第22项备注。 |
| 91 | 2006-6-2 | 北京市建筑材料进出口公司 | 不详 | 4200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的痕后已知地址见第22项备注。 |
| 92 | 2006-6-10 | 北京市建筑材料进出口公司 | 不详 | 3775 | ¥89,926 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的痕后已知地址见第22项备注。 |
| 93 | 2006-6-11 | 北京市建筑材料进出口公司 | 不详 | 2025 | ¥34,934 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的痕后已知地址见第22项备注。 |
| 94 | 2006-6-13 | 北京市建筑材料进出口公司 | 不详 | 4500 | ¥116,505 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的痕后已知地址见第22项备注。 |

被告制造商资料表附件 A

- 11 -

| 编号 | 时间（年/月/日） | 出口商 | 进口商 | 数量（大约张数） | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 95 | 2006-6-13 | 北京市建筑材料进出口公司 | 不详 | 4500 | ¥116,505 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 96 | 2006-6-13 | 北京市建筑材料进出口公司 | 不详 | 4500 | ¥116,505 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 97 | 2006-6-13 | 北京市建筑材料进出口公司 | 不详 | 4500 | ¥116,505 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 98 | 2006-6-13 | 北京市建筑材料进出口公司 | 不详 | 4500 | ¥116,505 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 99 | 2006-6-13 | 北京市建筑材料进出口公司 | 不详 | 4500 | ¥116,505 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 100 | 2006-6-13 | 北京市建筑材料进出口公司 | 不详 | 4500 | ¥116,453 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 101 | 2006-6-13 | 北京市建筑材料进出口公司 | 不详 | 950 | ¥16,214 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 102 | 2006-6-13 | 北京市建筑材料进出口公司 | 不详 | 960 | ¥16,214 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 103 | 2006-6-13 | 北京市建筑材料进出口公司 | 不详 | 4000 | ¥99,120 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |

- 12 -

报告制造商资料表附件 A

| 编号 | 时间（年/月/日） | 出口商 | 进口商 | 数量（大约张数） | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 104 | 2006-6-13 | 北京市建筑材料进出口公司 | 不详 | 4000 | ¥99,120 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 105 | 2006-6-13 | 北京市建筑材料进出口公司 | 不详 | 4000 | ¥99,120 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 106 | 2006-6-13 | 北京市建筑材料进出口公司 | 不详 | 4000 | ¥99,120 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 107 | 2006-6-13 | 北京市建筑材料进出口公司 | 不详 | 3800 | ¥94,164 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 108 | 2006-6-13 | 北京市建筑材料进出口公司 | 不详 | 2200 | ¥56,906 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 109 | 2006-6-13 | 北京市建筑材料进出口公司 | 不详 | 4000 | ¥103,560 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 110 | 2006-6-13 | 北京市建筑材料进出口公司 | 不详 | 4000 | ¥103,560 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 111 | 2006-6-13 | 北京市建筑材料进出口公司 | 不详 | 4000 | ¥103,560 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 112 | 2006-6-13 | 北京市建筑材料进出口公司 | 不详 | 4000 | ¥103,560 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |

Hogan Lovells

- 13 -

被告制造商资料表附件 A

| 编号 | 时间（年/月/日） | 出口商 | 进口商 | 数量（大约张数） | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 113 | 2006-6-13 | 上海上实国际贸易集团湘东有限公司 | 不详 | 3300 | ¥85,470 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 114 | 2006-6-13 | 上海上实国际贸易集团湘东有限公司 | 不详 | 3300 | ¥85,470 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 115 | 2006-6-21 | 上海上实国际贸易集团湘东有限公司 | 不详 | 3300 | ¥85,470 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 116 | 2006-6-24 | 上海上实国际贸易集团湘东有限公司 | 不详 | 3300 | ¥85,470 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 117 | 2006-6-24 | 上海上实国际贸易集团湘东有限公司 | 不详 | 3300 | ¥85,470 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 118 | 2006-6-25 | 北京市建筑材料进出口公司 | 不详 | 3300 | ¥81,774 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已匆地址见第22项备注。 |
| 119 | 2006-6-25 | 北京市建筑材料科技出口公司 | 不详 | 8765 | ¥226,848 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已匆地址见第22项备注。 |
| 120 | 2006-6-25 | 上海上实国际贸易集团湘东有限公司 | 不详 | 3800 | ¥66,278 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 121 | 2006-6-26 | 北京市建筑材料出口公司 | 不详 | 960 | ¥16,570 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已匆地址见第22项备注。 |
| 122 | 2006-6-26 | 江苏舜天国际经济技术合作有限公司 | 不详 | 550 | ¥14,176 | | | |

Hogan Lovells

被告制造商资料表附件 A

- 14 -

Hogan Lovells

| 编号 | 时间（年/月/日） | 出口商 | 进口商 | 数量（大约张数） | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 123 | 2006-6-26 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥85,470 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 124 | 2006-6-26 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥85,470 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 125 | 2006-6-27 | 北京市建筑材料进出口公司 | 不详 | 1350 | ¥34,900 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 126 | 2006-6-27 | 北京市建筑材料进出口公司 | 不详 | 675 | ¥16,702 | DRYWALL 4feetX12feetX1/2inch | 蓝白色封边带：IMTGYPSUM | 北京市建筑材料进出口公司的最后已知地址见第22项备注。 |
| 127 | 2006-6-28 | 上海上实国际贸易集团浦东有限公司 | 不详 | 1320 | ¥34,188 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 128 | 2006-6-28 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥85,470 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封造带 | |
| 129 | 2006-6-28 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥85,470 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 130 | 2006-6-28 | 上海上实国际贸易集团浦东有限公司 | 不详 | 1980 | ¥51,282 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 131 | 2006-6-29 | 淄博国际经济技术合作有限公司 | 不详 | 985 | ¥25,484 | | 白色无字封边带（无喷码） | |
| 132 | 2005-7-8 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥86,380 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |

被告制造商资料表附件 A

- 15 -

Hogan Lovells

| 编号 | 时间<br>（年/月/<br>日） | 出口商 | 进口商 | 数量<br>（大约张数） | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 133 | 2006-7-8 | 上海上实国际贸易集团湘东有限公司 | 不详 | 3300 | ¥86,380 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 134 | 2006-7-9 | 上海上实国际贸易集团湘东有限公司 | 不详 | 3300 | ¥86,380 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 135 | 2006-7-9 | 上海上实国际贸易集团湘东有限公司 | 不详 | 3300 | ¥86,380 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 136 | 2006-7-9 | 上海上实国际贸易集团湘东有限公司 | 不详 | 3300 | ¥86,380 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 137 | 2006-7-10 | 上海上实国际贸易集团湘东有限公司 | 不详 | 3300 | ¥86,380 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 138 | 2006-7-10 | 上海上实国际贸易集团湘东有限公司 | 不详 | 3300 | ¥86,380 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 139 | 2006-7-10 | 上海上实国际贸易集团湘东有限公司 | 不详 | 3300 | ¥86,380 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 140 | 2006-7-13 | 上海上实国际贸易集团湘东有限公司 | 不详 | 3300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 141 | 2006-7-13 | 上海上实国际贸易集团湘东有限公司 | 不详 | 3300 | ¥86,380 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 142 | 2006-7-14 | 上海上实国际贸易集团湘东有限公司 | 不详 | 3300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |

- 16 -

被告制造商资料表附件 A

| 编号 | 时间<br>（年/月/日） | 出口商 | 进口商 | 数量<br>（大约张数） | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 143 | 2006-7-21 | 上海上实国际贸易集团浦东有限公司 | 不详 | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 144 | 2006-7-21 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 145 | 2006-7-21 | 上海上实国际贸易集团浦东有限公司 | 不详 | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 146 | 2006-7-21 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 147 | 2006-7-22 | 上海上实国际贸易集团浦东有限公司 | 不详 | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 148 | 2006-7-22 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 149 | 2006-7-22 | 上海上实国际贸易集团浦东有限公司 | 不详 | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 150 | 2006-7-22 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 151 | 2006-7-22 | 上海上实国际贸易集团浦东有限公司 | 不详 | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 152 | 2006-7-22 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |

Hogan Lovells

被告制造商资料表附件 A

- 17 -

Hogan Lovells

| 编号 | 时间<br>（年/月/<br>日） | 出口商 | 进口商 | 数量<br>（大约张数） | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 153 | 2006-7-24 | 上海上实国际贸易集团浦东有限公司 | 不详 | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 154 | 2006-7-24 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 155 | 2006-7-24 | 上海上实国际贸易集团浦东有限公司 | 不详 | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 156 | 2006-7-24 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 157 | 2006-7-25 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 158 | 2006-7-25 | 上海上实国际贸易集团浦东有限公司 | 不详 | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 159 | 2006-7-25 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 160 | 2006-7-25 | 上海上实国际贸易集团浦东有限公司 | 不详 | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 161 | 2006-7-25 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 162 | 2006-7-26 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |

载告制造商资料表附件 A

- 18 -

| 编号 | 时间（年/月/日） | 出口商 | 进口商 | 数量（大约张数） | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 163 | 2006-7-26 | 上海上安国际贸易集团浦东有限公司 | 不祥 | 3300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 164 | 2006-7-26 | 上海上安国际贸易集团浦东有限公司 | 不祥 | 3300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 165 | 2006-7-27 | 上海上安国际贸易集团浦东有限公司 | 不祥 | 3300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 166 | 2006-7-27 | 上海上安国际贸易集团浦东有限公司 | 不祥 | 1980 | ¥50,937 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 167 | 2006-7-27 | 上海上安国际贸易集团浦东有限公司 | 不祥 | 2650 | ¥67,916 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 168 | 2006-7-28 | 上海上安国际贸易集团浦东有限公司 | 不祥 | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 169 | 2006-7-28 | 上海上安国际贸易集团浦东有限公司 | 不祥 | 3640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 170 | 2006-7-29 | 上海上安国际贸易集团浦东有限公司 | 不祥 | 1980 | ¥50,937 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 171 | 2006-7-29 | 上海上安国际贸易集团浦东有限公司 | 不祥 | 3300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 172 | 2006-7-30 | 上海上安国际贸易集团浦东有限公司 | 不祥 | 3300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |

Hogan Lovells

报告制造商资料表附件 A

- 19 -

| 编号 | 时间（年/月/日） | 出口商 | 进口商 | 数量（大约张数） | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 173 | 2006-7-30 | 上海上安国际贸易集团浦东有限公司 | 不详 | 3300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 174 | 2006-7-31 | 上海上安国际贸易集团浦东有限公司 | 不详 | 3300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 175 | 2006-7-31 | 上海上安国际贸易集团浦东有限公司 | 不详 | 3300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 176 | 2006-8-1 | 上海上安国际贸易集团浦东有限公司 | 不详 | 3300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 177 | 2006-8-2 | 泰安泰山 | Wood Nation | 13200 | $55,440.00 | TAIAN TAISHAN PLASTERBOARD CO., GYPSUM DRYWALL PER ASTM C 1396 04 CONTACT: 813-994-6499 | 封边带: TTPC | 据称: 石膏板被买方运至佛罗里达附和. Wood Nation 的地点已知地址为: 10740 Plantation Bay Drive Tampa, FL 33647. |
| 178 | 2006-8-2 | 泰安泰山 | Triax Trading | 5760 | $24,422.40 | | | |
| 179 | 2006-8-3 | 上海上安国际贸易集团浦东有限公司 | 不详 | 3640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 180 | 2006-8-3 | 上海上安国际贸易集团浦东有限公司 | 不详 | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 181 | 2006-8-3 | 上海上安国际贸易集团浦东有限公司 | 不详 | 3640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |

被告制造商资料表附件 A

- 20 -

| 编号 | 时间 (年/月/日) | 出口商 | 进口商 | 数量 (大约张数) | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 182 | 2006-8-3 | 上海上安国际贸易集团浦东有限公司 | 不详 | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"制边带 | |
| 183 | 2006-8-8 | 泰安泰山 | Wood Nation | 13200 | $55,440.00 | TAI'AN TAISHAN PLASTERBOARD CO., GYPSUM DRYWALL PER ASTM C 1396 04 CONTACT: 813-994-6499 | 封边带: TTPC | 据称，石膏板被灾方运至美国出售[,] Wood Nation 的最后已知地址见第 177 项备注。 |
| 184 | 2006-8-15 | 上海卿数实业发展有限公司 | 不详 | 950 | ¥16,402 | Mega Gypsum | 白色无字封边带 (无喷码) | |
| 185 | 2006-8-15 | 上海上安国际贸易集团浦东有限公司 | 不详 | 3300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"制边带 | |
| 186 | 2006-8-15 | 上海上安国际贸易集团浦东有限公司 | 不详 | 3300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"制边带 | |
| 187 | 2006-8-15 | 上海上安国际贸易集团浦东有限公司 | 不详 | 3300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"制边带 | |
| 188 | 2006-8-15 | 上海上安国际贸易集团浦东有限公司 | 不详 | 3300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"制边带 | |
| 189 | 2006-8-16 | 上海上安国际贸易集团浦东有限公司 | 不详 | 4400 | ¥169,790 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"制边带 | |
| 190 | 2006-8-17 | 上海上安国际贸易集团浦东有限公司 | 不详 | 1940 | ¥49,417 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"制边带 | |

'有关自他地的信息来源于泰安泰山所掌握的文件资料。泰安泰山并没有关于实际目的地的第一手资料。

被告制造商资料表附件 A

- 21 -

| 编号 | 时间（年/月/日） | 出口商 | 进口商 | 数量（大约张数） | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 191 | 2006-8-17 | 上海上实国际贸易集团浦东有限公司 | 不详 | 600 | ¥16,097 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 192 | 2006-8-17 | 上海上实国际贸易集团浦东有限公司 | 不详 | 725 | ¥12,354 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 193 | 2006-8-17 | 上海上实国际贸易集团浦东有限公司 | 不详 | 150 | ¥4,024 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 194 | 2006-8-17 | 上海上实国际贸易集团浦东有限公司 | 不详 | 600 | ¥16,097 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 195 | 2006-8-17 | 上海上实国际贸易集团浦东有限公司 | 不详 | 2900 | ¥49,417 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 196 | 2006-8-17 | 上海上实国际贸易集团浦东有限公司 | 不详 | 725 | ¥12,354 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 197 | 2006-8-17 | 上海上实国际贸易集团浦东有限公司 | 不详 | 150 | ¥4,024 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 198 | 2006-8-18 | 上海裕金实业有限公司 | 不详 | 630 | ¥16,596 | | 白色无字封边带（无唛吗） | |
| 199 | 2006-8-18 | 杭州格瑞德进出口有限公司 | 不详 | 500 | ¥12,950 | | 白色无字封边带（无唛吗） | |
| 200 | 2006-8-18 | 杭州格瑞德进出口有限公司 | 不详 | 500 | ¥12,950 | | 白色无字封边带（无唛吗） | |
| 201 | 2006-8-18 | 上海裕金实业有限公司 | 不详 | 630 | ¥16,596 | | 白色无字封边带（无唛吗） | |

Hogan Lovells

被告制造商资料表附件 A

- 22 -

| 编号 | 时间（年/月/日） | 出口商 | 进口商 | 数量（大约张数） | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 202 | 2006-8-21 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3640 | ￥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 203 | 2006-8-21 | 上海上实国际贸易集团浦东有限公司 | 不详 | 760 | ￥20,122 | "Taishan" edge sealing tape; laser code: MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 204 | 2006-8-21 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3640 | ￥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 205 | 2006-8-21 | 上海上实国际贸易集团浦东有限公司 | 不详 | 760 | ￥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 206 | 2006-8-22 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3640 | ￥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 207 | 2006-8-22 | 上海上实国际贸易集团浦东有限公司 | 不详 | 760 | ￥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 208 | 2006-8-22 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3640 | ￥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 209 | 2006-8-22 | 上海上实国际贸易集团浦东有限公司 | 不详 | 760 | ￥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 210 | 2006-8-23 | 上海上实国际贸易集团浦东有限公司 | 不详 | 3640 | ￥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 211 | 2006-8-23 | 上海上实国际贸易集团浦东有限公司 | 不详 | 760 | ￥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |

Hogan Lovells

被告制造商资料表附件 A

- 23 -

Hogan Lovells

| 编号 | 时间（年/月/日） | 出口商 | 进口商 | 数量（大约张数） | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 212 | 2006-8-23 | 上海上安国际贸易集团浦东有限公司 | 不详 | 3640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 213 | 2006-8-23 | 上海上安国际贸易集团浦东有限公司 | 不详 | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "泰山"封边带 | |
| 214 | 2006-9-8 | 山东元华国际贸易有限公司 | 不详 | 2600 | ¥71,630 | Made in China, ceiling | 封边带: CRESCENT CITY | |
| 215 | 2006-9-15 | 泰安泰山 | 深圳永丰投资有限公司 | 3640 | $10,847.20 | Marathon Construction | 封边带/信射玛: Marathon Construction | 据称，石膏板被卖方运至美国纽约，深圳永丰投资有限公司的取后目的地为：中国深圳市福田区祖华三路国际商会中心 1900-12 市 |
| 216 | 2006-9-15 | 泰安泰山 | 深圳永丰投资有限公司 | 2730 | $8,105.60 | Marathon Construction | 封边带/信射玛: Marathon Construction | 据称，石膏板被卖方运至美国纽约，深圳永丰投资有限公司的取后目的地见第 215 项备注。 |
| 217 | 2006-9-15 | 泰安泰山 | 深圳永丰投资有限公司 | 3640 | $10,847.20 | Marathon Construction | 封边带/信射玛: Marathon Construction | 据称，石膏板被卖方运至美国纽约，深圳永丰投资有限公司的取后目的地见第 215 项备注。 |
| 218 | 2006-9-15 | 泰安泰山 | GD Distributors LLC | 880 | $11,601.22 | | | 据称，石膏板被卖方运至美国新奥尔良。 |

被告制造商资料表附件 A

- 24 -

| 编号 | 时间（年/月/日） | 出口商 | 进口商 | 数量（大约张数） | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 219 | 2006-10-5 | 泰安泰山 | TOV Trading | 2000 | $5,200.00 | | 封边带：OEG。 | 据称，石膏板被买方运至美国纽约，TOV Trading 的现后已知地址为：5014 20th Avenue, Brooklyn, NY 11204。 |
| 220 | 2006-10-5 | 泰安泰山 | TOV Trading | 14000 | $37,100.00 | | 封边带：OEG。 | 据称，石膏板被买方运至美国纽约，TOV Trading 的现后已知地址见第 219 项备注。 |
| 221 | 2006-10-5 | 泰安泰山 | TOV Trading | 3400 | $13,850.00 | | 封边带：OEG。 | TOV Trading 的现后已知地址见第 219 项备注。 |
| 222 | 2006-10-5 | 泰安泰山 | TOV Trading | 9000 | $23,400.00 | | 封边带：OEG。 | TOV Trading 的现后已知地址见第 219 项备注。 |
| 223 | 2006-11-16 | 泰安泰山 | 深圳永丰投资有限公司 | 9100 | $25,025.00 | | 封边带/顺码：Marathon Construction | 据称，石膏板被买方运至美国。 |
| 224 | 2006-11-24 | 徐州汉邦商贸有限公司 | 不详 | 960 | ¥16,213 | | 白色无字封边带（无喷码） | |
| 225 | 2006-11-27 | 徐州国际经济技术合作有限公司 | 不详 | 810 | ¥13,413 | | 白色无字封边带（无喷码） | |
| 226 | 2006-11-27 | 徐州国际经济技术合作有限公司 | 不详 | 150 | ¥2,484 | | 白色无字封边带（无喷码） | |
| 227 | 2006-12-2 | 泰安泰山 | Stone Pride International Corp. | 2640 | $10,032.00 | | 白色无字封边带（无喷码） | |
| 228 | 2006-12-26 | 江苏东恒集团进出口有限公司 | 不详 | 1360 | ¥21,855 | | 白色无字封边带（无喷码） | 据称，石膏板被买方运至美国。 |

被告制造商资料表附件 A

- 25 -

Hogan Lovells

| 编号 | 时间（年/月/日）| 出口商 | 进口商 | 数量（大约张数）| 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 229 | 2006-12-28 | 泰安泰山 | 深圳永丰投资有限公司 | 7280 | $20,020.00 | | 封边带/信封码: Marathon Construction | 据称，石膏板被买方运至美国纽约。 |
| 230 | 2006-12-28 | 泰安泰山 | 深圳永丰投资有限公司 | 2600 | $11,824.00 | | 封边带/信封码: Marathon Construction | |
| 231 | 2007-1-12 | 青岛九元实业发展有限公司 | 不详 | 1900 | ¥31,266 | | 白色无字封边带（无喷码）| |
| 232 | 2007-2-9 | 泰安泰山 | 深圳永丰投资有限公司 | 1800 | $5,005.00 | | 封边带/信封码: Marathon Construction | 据称，石膏板被买方运至美国纽约，深圳永丰投资有限公司的最后已知地址见第 215 项备注。 |
| 233 | 2007-2-9 | 泰安泰山 | 深圳永丰投资有限公司 | 3900 | $17,737.20 | | 封边带/信封码: Marathon Construction | 深圳永丰投资有限公司的最后已知地址见第 215 项备注。 |
| 234 | 2007-4-30 | 泰安泰山 | Oriental Trading Company LLC | 2000 | ¥7,738.00 | | 封边带: DUN Drywall | 据称，石膏板被买方运至美国迈阿密。 |
| 235 | 2007-4-30 | 泰安泰山 | B America Corporation | 660 | $5,656.20 | | 白色无字封边带（无喷码）| 据称，石膏板被买方运至美国迈阿密。 |
| 236 | 2007-5-28 | 泰安泰山 | Oriental Trading Company LLC | 4900 | $12,740.00 | | 封边带: DUN Drywall | 据称，石膏板被买方运至美国迈阿密。 |

- 26 -

被告制造商资料表附件 A

| 编号 | 时间（年/月/日） | 出口商 | 进口商 | 数量（大约张数） | 金额 | 产品标识 | 封边带标识 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 237 | 2007-5-28 | 泰安泰山 | Oriental Trading Company LLC | 5880 | $15,288.00 | | 封边带：DUN Drywall | 据称，石膏板被买方运至美国迈阿密。 |
| 238 | 2007-5-28 | 泰安泰山 | Oriental Trading Company LLC | 1960 | $5,096.00 | | 封边带：DUN Drywall | 据称，石膏板被买方运至美国迈阿密。 |
| 239 | 2007-5-28 | 泰安泰山 | Oriental Trading Company LLC | 4900 | $12,740.00 | | 封边带：DUN Drywall | 据称，石膏板被买方运至美国迈阿密。 |
| 240 | 2007-6-12 | 泰安泰山 | Oriental Trading Company LLC | 2940 | $12,740.00 | | 封边带：DUN Drywall | 据称，石膏板被买方运至美国迈阿密。 |
| 241 | 2007-6-26 | 泰安泰山 | Oriental Trading Company LLC | 2000 | $7,738.00 | | 封边带：DUN Drywall | 据称，石膏板被买方运至美国迈阿密。 |
| 242 | 2007-7-3 | 泰安泰山 | Oriental Trading Company LLC | 6700 | $25,795.00 | | 封边带：DUN Drywall | 据称，石膏板被买方运至美国迈阿密。 |
| 243 | 2007-7-3 | 泰安泰山 | Oriental Trading Company LLC | 6700 | $25,795.00 | | 封边带：DUN Drywall | 据称，石膏板被买方运至美国迈阿密。 |

Hogan Lovells

# Invoices

# CALIFORNIA

山东省泰安农业出口商品专用发票
Taian Shandong Province Special Invoice for Export

Special Use for Export

存 根 联
Counterfoil

发票代码 137090626307
发票号码 00017539

2006 年 月2 日填制
Date 2006 月2 日

| | | | |
|---|---|---|---|
| 出口企业名称： 泰安市泰山纸面石膏板有限公司 | | 出口企业税务登记证号： | 370903785030460 |
| Exporter Name: TAIAN TAISHAN PLASTERBOARD CO.,LTD | | Tax Registration No.: | 37090378503460 |
| 出口企业地址： 泰安市岱岳区 | | 电话： 86-538-88110 传真： | 86-538-8812679 |
| Address: DAWENKOU TAI`AN CITY CHINA | | Tel: 86-538-88110 Fax: | 86-538-8812679 |
| 成交方式： FOB 提单号： UMSCFPFP35648 | | | |
| Term of Delivery: FOB B/L No: UMSCFPFP Content No: | | | |

致：
STONE PRIDE INTERNATIONAL CORP
To:
STONE PRIDE INTERNATIONAL CORP

付款方式： T/T
Payment: T/T
装船口岸： 青岛 目的地： USA
From: QINGDAO To: USA

| 唛头及号码<br>Mark | 品名及规格<br>Description | 数量<br>Quantity | 单价<br>UnitPrice | 金额<br>Amount |
|---|---|---|---|---|
| N/M | GYPSUM BOARD<br>1220*3600*12.7mm | 2640SHEETS | USD3.80/SHEETS | USD10032.00 |

合 计：
TOTAL: USD10032.00

单位名称:(盖章)
Signature
(本发票手写无效)

TG 0001658

# **FLORIDA**



Date 2006年 8月 2日 填制
Date 2006Y 8M 2 D

| 出口企业税务登记证号: | 370911785030460 |
|---|---|

出口商 泰安市泰山纸面石膏板有限公司
Importer: TAISHAN TAI`SHAN PLASTERBOARD CO.,LTD

Tax Registration No:   370911785030460

出口企业地址: 泰安市岱岳区
Address: DAWENKOU TAI`AN CITY CHINA

电话: 86-538-8812002 传真: 86-538-8812002
Tel: 86-538-8812002 Fax: 86-538-8812002

成交方式: FOB   提单号: ESLTAODS6002
Term of Delivery: FOB   B/L No: ESLTAODS6002   合同号: Contract No:

至: WOOD NATION INC
To: WOOD NATION INC

付款方式: T/T &L/C
Payment: T/T &L/C

装船口岸: 青岛   目的地: 美国
From: QINGDAO   To: TAMPA USA

| 唛头及号码 Mark | 品名及规格 Description | 数量 Quantity | 单价 UnitPrice | 金额 Amount |
|---|---|---|---|---|
| N/M | GYPSUM BOARD 3660*1220*12.7mm | 13200PCS | USD4. 20/PCS | USD55440. 00 |

合计:
TOTAL: USD55440.00

签字 Signature

(本发票手写无效)

TG 0001545

No Invoice Located in Produced Documents for this Entry

| 1 | Taian Taishan Plasterboard Co., Ltd. | Wood Nation, Inc. | FL | FL | Gypsum Board | $55,440.00 | 13,200 | 8/8/2006 | **MPF #183 (No Invoice)** |
|---|---|---|---|---|---|---|---|---|---|

# TAIAN TAISHAN PLASTERBOARD CO., LTD

DAWENKOU，DAIYUE DISTRICT，TAI'AN

## PRO FORMA INVOICE

INVOICE NO.: 06123001                              DATE: 30th DECEMBER, 2006

The buyer: ORIENTAL TRADING COMPANY, LLC

  Address: 1111 BRICKELL BAY DRIVE, SUITE 1502 MIAMI, FL 33131-USA

PAYMENT: T/T IN ADVANCE BEFORE PRODUCING

SHIPMENT: FROM QINGDAO/PRC TO MIAMI/ USA

SHIPMENT: BY CONTAINER

DELIVERY TERM:  FOB QINGDAO

| COMMODITY& SPECIFICATION (T/E) SIZE (mm) | QUANTITY | | FOB (QINGDAO) PRICE | AMOUNT |
|---|---|---|---|---|
| GYPSUM BOARD (regular) | sheets | M2 | (USD/sheet) | (USD) |
| 1220 x3660 x12.7 | 20100 （670SHEETS/ 40FCL） | 89750.52 | 3.85/sheet | 77385.00 |
| TOTAL | 20100 | 89750.52 | | 77385.00 |

SAY US DOLLARS: SEVENTY-SEVEN THOUSAND THREE HUNDRED AND EIGHTY-FIVE ONLY.

TAIAN TAISHAN PLASTERBOARD CO.，LTD

山东省泰安市出口商品专用发票
Taian Shandong Province Special Invoice for Export

出 口 专 用
Special Use for Export

存 根 联
Counterfoil

发票代码 137090726307
发票号码 00001188

| | 年<br>2007 | 月<br>M 4 | 日填制<br>30 | | |
|---|---|---|---|---|---|
| Date | 2007 | 4 | 30 | | |

| 出口企业名称：<br>Exporter Name： | 泰安市泰山纸面石膏板有限公司<br>TAIAN TAISHAN PLASTERBOARD CO.,LTD | 出口企业税务登记证号：<br>Tax Registration No.： | 370903785030460<br>370903785030460 |
|---|---|---|---|

| 出口企业地址：<br>Address： | 泰安市岱岳区<br>DAWENKOU,TAI AN CITY CHINA | 电话：<br>Tel： | 传真：<br>86-538-8811077 | 86-538-8812679<br>Fax： |
|---|---|---|---|---|
| | | | 86-538-8811077 | 86-538-8812679 |

| 成交方式：<br>Term of Delivery： | CIF<br>CIF | 提单号：<br>B/L No： | PMSCHYHYQ2869<br>PMSCHYHYQ2869 |
|---|---|---|---|
| | | 合同号：<br>Contract No.： | |

| 致：<br>To： | B AMERICA CORPORATION<br><br>B AMERICA CORPORATION | 付款方式：<br>Payment：<br>装船口岸：<br>From： | T/T<br>T/T |
|---|---|---|---|
| | | | 目的地：<br>To： QINGDAO   MIAMI |

| 唛头及号码<br>Mark | 品名及规格<br>Description | 数 量<br>Quantity | 单 价<br>UnitPrice | 金 额<br>Amount |
|---|---|---|---|---|
| N/M | GYPSUM BOARD<br>3660*1220*12.7mm | 660PCS | USD8.57/PCS | USD5656.20 |

| 合 计：<br>TOTAL： | USD5656.20 |
|---|---|

单位名称：(盖章)
Signature
(本发票手写无效)

TG 0001662

山东省泰安市出口商品专用发票
Taian Shandong Province Special Invoice for Export

| 出 口 专 用 |
| Special Use for Export |

存 根 联
Counterfoil

发票代码 137090726307
发票号码 00001198

2007 年 5 月 28 日 填制
2007 年 5 月 28 日
Date    Y    M    D

| 出口企业名称: 泰安市泰山纸面石膏板有限公司 | 出口企业税务登记证号: | 370903720743873 |
|---|---|---|
| Exporter Name: TAIAN TAISHAN PLASTERBOARD CO.,LTD | Tax Registration No: | 370903720743873 |
| 出口企业地址: 泰安市岱岳区 | 电话: 86-538-8811077 | 传真: 86-538-8812679 |
| Address: DAWENKOU TAI`AN CITY CHINA | Tel: 86-538-8811077 | Fax: 86-538-8812679 |
| 成交方式: FOB 提单号: PMSCHYHYO2973 | 合同号: | |
| Term of Delivery: FOB B/L No: PMSCHYHYO2973 | Contact No.: | |
| 致: ORIENTAL TRADING COMPANY,LLC | 付款方式: T/T | |
| To: ORIENTAL TRADING COMPANY,LLC | Payment: T/T | |
| | 装船口岸: QINGDAO 目的地: MIAMI | |
| | From: QINGDAO To: MIAMI | |

| 唛头及号码 Mark | 品 名 及 规 格 Description | 数 量 Quantity | 单 价 UnitPrice | 金 额 Amount |
|---|---|---|---|---|
| N/M | GYPSUM BOARD 1220*2440*12.7mm | 4900PCS | USD2,6000/PCS | USD12740.00 |

| 合 计: | USD12740.00 |
|---|---|
| TOTAL: | USD12740.00 |

单位名称:(盖章)
Signature
(本发票手写无效)

TG 0001663

No Invoice Located in Produced Documents for this Entry

| 1 | Taian Taishan Plasterboard Co., Ltd. | Oriental Trading Company | FL | FL | Gypsum Board | $7,738.00 | 2,000 | 4/30/2007 | MPF# 234 (No Invoice) |
|---|---|---|---|---|---|---|---|---|---|

山东省泰安市出口商品专用发票
Taian Shandong Province Special Invoice for Export

出 口 专 用
Special Use for Export

存 根 联
Counterfoil

发票代码 137090726307
发票号码 00001198

Date 2007 年 7 月 5 日填制
2007 年 5 月 日

| 出口企业名称： | 泰安市泰山纸面石膏板有限公司 | 出口企业税务登记证号： | 370903720743873 |
| Exporter Name | TAIAN TAISHAN PLASTERBOARD CO.,LTD | Tax Registration No.: | 370903720743873 |
| 出口企业地址： | 泰安市岱岳区 | 电话： | 86-538-8811477 传真： | 86-538-8812679 |
| Address： | DAWENKOU TAI'AN CITY CHINA | Tel： | 86-538-8811477 Fax： | 86-538-8812679 |
| 成交方式 | FOB 提单号： | PMSCHYEMQ2976 | | |
| Term of Delivery： | FOB B/L No.： | PMSCHYEMQ2976 No.: | | |
| 致： | ORIENTAL TRADING COMPANY,LLC | 付款方式： | T/T | |
| To： | | Payment: | T/T | |
| | ORIENTAL TRADING COMPANY,LLC | 装船口岸： | 目的地： | |
| | | From： QINGDAO To： | MIAMI | |

| 唛头及号码 Mark | 品名及规格 Description | 数量 Quantity | 单价 UnitPrice | 金额 Amount |
|---|---|---|---|---|
| N/M | GYPSUM BOARD 1220*2440*12.7mm | 5880PCS | USD2.6000/PCS | USD15288.00 |

合 计：
TOTAL： USD15288.00

单位名称：(盖章)
Signature
(本发票手写无效)

TG 0001664

山东省泰安市出口商品专用发票
Taian Shandong Province Special Invoice for Export

出 口 专 用
Special Use for Export

存 根 联
Counterfoil

发票代码 137090726307
发票号码 00001199

2007 月 5 日填制
Date 2007 M 5 D 8

| 出口企业名称： | 泰安市泰山纸面石膏板有限公司 | | 出口企业税务登记证号： | | 370903720743873 |
|---|---|---|---|---|---|
| Exporter Name | TAIAN TAISHAN PLASTERBOARD CO.,LTD | | Tax Registration No: | | 370903720743873 |
| 出口企业地址： | 泰安市岱岳区 | 电话： | 86-538-8811677 | | 86-538-8812679 |
| Address | DAWENKOU TAI`AN CITY CHINA | Tel: | 86-538-8811677 | | 86-538-8812679 |
| 成交方式： | FOB 提单号： PMSCHYH70375 | 合同号： | | | |
| Term of Delivery: | FOB B/L No: PMSCHYH70375 | Contract No: | | | |
| 致： ORIENTAL TRADING COMPANY,LLC | | 付款方式： | T/T | | |
| To: ORIENTAL TRADING COMPANY,LLC | | Payment: | T/T | | |
| | | 装船口岸： | 目的地： | | |
| | | From: QINGDAO To: | MIAMI | | |

| 唛头及号码 Mark | 品名及规格 Description | 数量 Quantity | 单价 UniPrice | 金额 Amount |
|---|---|---|---|---|
| N/M | GYPSUM BOARD 1220*2440*12.7mm | 1960PCS | USD2.6000/PCS | USD5096.00 |

合计：
TOTAL: USD5096.00

单位名称：(盖章)
Signature
(本发票手写无效)

第一联：存根联，填票单位留存

TG 0001665

山东省泰安市出口商品专用发票
Taian Shandong Province Special Invoice for Export

出 口 专 用
Special Use for Export

存 根 联
Counterfoil

发票代码 137090726307
发票号码 00091202

Date 2007 月6 填制 2007 月6 12

| 出口企业名称： | 泰安市泰山纸面石膏板有限公司 | 出口企业税务登记证号： | 370903720743873 |
|---|---|---|---|
| Exporter Name: | TAIAN TAISHAN PLASTERBOARD CO.,LTD | Tax Registration No: | 370903720743873 |
| 出口企业地址： | 泰安市岱岳区 | 电话： | 86-538-8811090 传真： 86-538-8812679 |
| Address: | DAWENKOU TAI`AN CITY CHINA | Tel: | 86-538-8811090 Fax: 86-538-8812679 |
| 成交方式： | FOB | 提单号： | PMSCHYI8010805 |
| Term of Delivery: | FOB | B/L No: | PMSCHYI8010805 No: |
| 致： | ORIENTAL TRADING COMPANY,LLC | 付款方式： | T/T |
| | | Payment: | T/T |
| To: | ORIENTAL TRADING COMPANY,LLC | 装船口岸： | 目的地： |
| | | From: QINGDAO To: MIAMI |

| 唛头及号码 Mark | 品名及规格 Description | 数量 Quantity | 单价 UnitPrice | 金额 Amount |
|---|---|---|---|---|
| N/M | GYPSUM BOARD 1220*2440*12.7mm | 2940sheets | USD2.6000/sheet | USD7644.00 |

| 合计： TOTAL: | USD7644.00 | | | |

单位名称：(盖章)
Signature
(本发票手写无效)

TG 0001667

# TAIAN TAISHAN PLASTERBOARD CO., LTD

DAWENKOU, DAIYUE DISTRICT, TAI'AN

## INVOICE

INVOICE NO.: 07062204                    DATE: 22[th]June, 2007

The buyer: ORIENTAL TRADING COMPANY, LLC

Address: 2 Alhambra Plaza Suite 801 Coral Gables, FL 33134 U.S.A

PAYMENT:T/T IN ADVANCE BEFORE PRODUCING

SHIPMENT: FROM QINGDAO/PRC TO MIAMI/ USA

SHIPMENT: BY CONTAINER

DELIVERY TERM: FOB QINGDAO

| COMMODITY& SPECIFICATION (T/E) SIZE (mm) | QUANTITY | | FOB (QINGDAO) PRICE | AMOUNT |
|---|---|---|---|---|
| GYPSUM BOARD (regular) | sheets | M2 | (USD/sheet) | (USD) |
| 1220 x3660 x12.7 | 4690 (670SHEETS/ 40F'CL) | 20941.788 | 3.85/sheet | 18056.50 |
| TOTAL | 4690 | 20941.788 | | 18056.50 |
| SAY US DOLLARS: EIGHTEEN THOUSAND AND FIFTY-SIX AND FIFTY CENTS ONLY. | | | | |

TAIAN TAISHAN PLASTERBOARD CO., LTD

山东省泰安市出口商品专用发票
Taian Shandong Province Special Invoice for Export

出口专用
Special Use for Export

存 根 联
Counterfoil

发票代码 137090726307
发票号码 00001214

Date 2007 年 6 月 26 日填制
2007 M6 日

| | | |
|---|---|---|
| 出口企业名称: 泰安市泰山纸面石膏板有限公司 | 出口企业税务登记证号: | 370903720743873 |
| Exporter Name TAIAN TAISHAN PLASTERBOARD CO.,LTD | Tax Registration No: | 370903720743873 |
| 出口企业地址: 泰安市岱岳区 | 电话: | 86-538-8811677 传真: 86-538-8812679 |
| Address: DAWENKOU TAI´AN CITY CHINA | Tel: | 86-538-8811677 Fax: 86-538-8812679 |
| 成交方式: FOB 提单号: PMSCHYH03657 | | |
| Term of Delivery: FOB B/L No: PMSCHYH03657 No: | | |
| 致: ORIENTAL TRADING COMPANY,LLC | 付款方式: T/T | |
| To: ORIENTAL TRADING COMPANY,LLC | Payment: T/T | |
| | 装船口岸: 目的地: | |
| | From: QINGDAO To: MIAMI | |

| 唛头及号码 Mark | 品名及规格 Description | 数量 Quantity | 单价 UnitPrice | 金额 Amount |
|---|---|---|---|---|
| N/M | GYPSUM BOARD 3660*1220*12.7mm | 2010PCS | USD3.8500/PCS | USD7738.50 |

合计:
TOTAL: USD7738.50

单位名称:(盖章)
Signature
(本发票手写无效)

TG 0001668

山东省泰安市出口商品专用发票
Taian Shandong Province Special Invoice for Export

| 出 口 专 用 |
|---|
| Special Use for Export |

存 根 联
Counterfoil

发票代码 13709072630 7
发票号码 00001216

2002 7 3 日填制
2007 Y 月 月
Date Y M D

370903720743873

| 出口企业名称：泰安市泰山纸面石膏板有限公司 | 出口企业税务登记证号： |
|---|---|
| Exporter Name: TAIAN TAISHAN PLASTERBOARD CO,.LTD | Tax Registration No.: 370903720743873 |

| 出口企业地址：泰安市岱岳区 | 电话： 86-538-8811077 传真： 86-538-8812679 |
|---|---|
| Address: DAWENKOU TAI AN CITY CHINA | Tel: 86-538-8811077 Fax: 86-538-8812679 |

| 成交方式： FOB 提单号：PMSCHYHYQ3055 | 合同号： |
|---|---|
| Term of Delivery: FOB B/L No.: PMSCHYHYQ3055 | Contract No.: |

| 致： ORIENTAL TRADING COMPANY,LLC | 付款方式： T/T |
|---|---|
| To: ORIENTAL TRADING COMPANY,LLC | Payment: T/T |
| | 装船口岸： 目的地： From: QINGDAO To: MIAMI/USA |

| 唛头及号码 Mark | 品名及规格 Description | 数量 Quantity | 单价 UnitPrice | 金额 Amount |
|---|---|---|---|---|
| N/M | GYPSUM BOARD 1220*3660*12.7 | 6700PCS | USD3.8500/PCS | USD25795.00 |

| 合 计： TOTAL: | USD25795.00 |
|---|---|

单位名称：(盖章)
Signature
(本发票手写无效)

第一联：存根联（填票单位留存）

TG 0001669

山东省泰安市出口商品专用发票
Taian Shandong Province Special Invoice for Export

出 口 专 用
Special Use for Export

存 根 联
Counterfoil

发票代码 137090726307
发票号码 00001219

| | 200年 月 3日填制 | |
| Date | 2007 M 3D | |

| 出口企业名称: 泰安市泰山纸面石膏板有限公司 | 出口企业税务登记证号: | 370903720743873 |
| Exporter Name: TAIAN TAISHAN PLASTERBOARD CO.,LTD | Tax Registration No: | 370903720743873 |
| 出口企业地址: 泰安市岱岳区 | 电话: | 86-538-8811077 | 传真: | 86-538-8812679 |
| Address: DAWENKOU TAI`AN CITY CHINA | Tel: | 86-538-8811077 | Fax: | 86-538-8812679 |
| 成交方式 FOB | 提单号: PMSCHYHXQ3054 | |
| Form of Delivery: FOB | B/L No: PMSCHYHXQ3054 | |
| ORIENTAL TRADING COMPANY,LLC | 付款方式 | T/T |
| | Payment: | T/T |
| ORIENTAL TRADING COMPANY,LLC | 装船口岸 | 目的地: |
| | From: QINGDAO | To: MIAMI/USA |

| 唛头及号码<br>Mark | 品 名 及 规 格<br>Description | 数 量<br>Quantity | 单 价<br>UnitPrice | 金 额<br>Amount |
|---|---|---|---|---|
| N/M | GYPSUM BOARD<br>1220*3660*12.7 | 6700PCS | USD3.8500/PCS | USD25795.00 |

| 合 计<br>TOTAL: | USD25795.00 | | | |

单位名称:(盖章)
Signature
(本发票手写无效)

Signature
(本发票手写无效)

第一联:存根联(填票单位留存)

TG 0001670

CONFIDENTIAL
P:1

JUN-16-2006 15:11  FROM:

A₁    0512 - 67613450

## TAIAN TAIGAO TRADING CORP., LTD.
### NO.157 WEST DONGYUE STREET TAIAN CITY SHANDONG, CHINA
TEL: 86-538-6990206    FAX: 86-538-6998826

## COMMERCIAL INVOICE

TO: GUARDIAN BUILDING PRODUCTS INC.
979 BATESVILLE RD
GREENVILLE, SC 29651

INVOICE NO: TGT06-0405-1
DATE: MAY 25,2006
PAYMENT: T/T

From LIANYUNGANG, CHINA          TO: TAMPA, FL,USA

| Marks & Nos | Commodity and Specification | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| | | | FOB LIANYUNGANG | FOB LIANYUNGANG |
| N/M | GYPSUM BOARD | 110880PCS | USD4.04/PC | USD447955.20 |

SAY U.S.DOLLARS FOUR HUNDRED AND FORTY SEVEN THOUSAND NINE HUNDRED AND FIFTY FIVE AND CENTS TWENTY ONLY.

To: 郭生

调确认装船单据. 除计附天7今B礼列使司发 即寄出.

单据如有问题 请连知修改!   专, 心页.

寄附: 林亚房
        06.6.16

# <u>LOUISIANA</u>

# TAIAN TAISHAN PLASTERBOARD CO., LTD.

SOUTH SUBURB OF TAIAN, SHANDONG, CHINA

# INVOICE

INVOICE NO.: SDTH0622

DATE: JULY. 03, 2006

TO: TRIAX TRADING & LOGISTICS, LLC

FROM: QINGDAO

TO:  NEW ORLEANS, LA

| SHIPPING MARK | DESCRIPTION OF GOODS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | | | | FOB QINGDAO |
| APIC BUILDING MATERIALS | 4FT X 12FT X1/2 IN GYPSUM BOARD | 5676PCS | USD4.25 | USD24123.00 |

TG 0020090

# TAIAN TAISHAN PLASTERBOARD CO., LTD

SOUTH SUBURB OF TAIAN, SHANDONG, CHINA

# INVOICE

INVOICE NO.: SDTH0622         DATE: JUL, 20, 2006

TO: TRIAX TRADING & LOGISTICS, LLC, 3988 SAGE RIDGE. DRIVE YORBA LINDA, CA 91887 ATTN:
GREGORY UNRUH, TEL: 858 822-8078 FAX: 858 883-2966

FROM: QINGDAO, CHINA            TO: NEW ORLEANS, LA

| SHIPPING MARK | DESCRIPTION OF GOODS | QUANTITY | UNIT PRICE FOB QINGDAO | AMOUNT |
|---|---|---|---|---|
| APIC BUILDING MATERIALS | 4FT X 12FT X1/2 IN GYPSUM BOARD | 5760PCS | USD4.34 | USD24998.40 |

TG 0020091

泰安市出口商品专用发票
Taian Shandong Province Special Invoice for Export

出口专用
Special Use for Export

存根联
Counterfoil

137090626307
No 00012416

2006年 9月 15 日填制
Date 2006 Y     M   15 D

| 出口企业名称: 泰安市泰山纸面石膏板有限公司 | | 出口企业税务登记证号: | 370911785030460 |
|---|---|---|---|
| Exporter Name: TAISHAN PLASTERBOARD CO.,LTD | | Tax Registration No: | 370911785030460 |
| 出口企业地址: 泰安市岱岳区 | | 电话: 86-538-8811369 | 传真: 86-538-8811369 |
| Address: DAWENKOU TAI`AN CITY CHINA | | Tel: 86-538-8811369 | Fax: 86-538-8811369 |
| 成交方式: CIF | 提单号: RCKI188QINNOL50 | 合同号: | |
| Term of Delivery: CIF | B/L No: RCKI188QINNOL50 | Contract No: | |
| 致: GD DISTRIBUTORS,LLC | | 付款方式: CIF | |
| To: GD DISTRIBUTORS,LLC | | Payment: CIF | |
| | | 装船口岸: 青岛 目的地: 新奥尔良 | |
| | | From: QINGDAO To: New Orleans | |

| 唛头及号码 Mark | 品名及规格 Description | 数 量 Quantity | 单 价 UnitPrice | 金 额 Amount |
|---|---|---|---|---|
| | GYPSUM BOARD 3660*1220*12.7 | 1320PCS | USD8.7885/PCS | USD11601.22 |

| 合 计: | USD11601.22 |
|---|---|
| TOTAL: | USD11601.22 |

单位名称:(盖章)
Signature
(本发票手写无效)

第一联: 存根联(填票单位留存)

# NEW YORK

山东省泰安市出口商品专用发票
Taian Shandong Province Special Invoice for Export

出 口 专 用
Special Use for Export

存 根 联
Counterfoil

137090626307

No 00012413

2006年 9月 15 日填制
Date 2006Y 9M 15 D

| 出口企业名称 泰安市泰山纸面石膏板有限公司 | 出口企业税务登记证号: | 370911785030460 |
|---|---|---|
| Exporter Name TAIAN TAISHAN PLASTERBOARD CO.,LTD | Tax Registration No: | 370911785030460 |
| 出口企业地址: 泰安市岱岳区 | 电话: 86-538-8811369 | 传真: 86-538-8811369 |
| Address: DAWENKOU TAI`AN CITY CHINA | Tel: 86-538-8811369 | Fax: 86-538-8811369 |
| 成交方式: FOB 提单号: 1406002717 | 合同号: | |
| Term of Delivery: FOB B/L No: 1406002717 | Contract No: | |
| 致: SHENZHENYONGFENGINVESTMENT COMPANY LTD | 付款方式: FOB | |
| To: SHENZHENYONGFENGINVESTMENT COMPANY LTD | Payment: FOB | |
| | 起运地: 青岛 目的地: 纽约 | |
| | From: QINGDAO To: NEW YORK | |

| 唛头及号码 Mark | 品名及规格 Description | 数量 Quantity | 单价 UnitPrice | 金额 Amount |
|---|---|---|---|---|
| | GYPSUM BOARD 2440*1220*12.7 | 3640PCS | USD2.98/PCS | USD10847.20 |

合计:
TOTAL: USD10847.20

单位名称:(盖章)
Signature
(本发票手写无效)

TG 0001547

No Invoice Located in Produced Documents for this Entry

| 1 | Taian Taishan Plasterboard Co., Ltd. | Shenzhen Yongfeng Investment Company, Ltd. | NY | N/A | Gypsum Board | $10,847.25 | 3,640 | 9/15/2006 | **MPF# 217 (No Invoice)** |
|---|---|---|---|---|---|---|---|---|---|

泰安市出口商品专用发票
Taian Shandong Province Special Invoice for Export

出 口 专 用
Special Use for Export

存 根 联
Counterfoil

137090626307

No 00012414

2006 年   9月 15 日填制
Date 2006 Y   9 M 15 D

| 出口企业名称 泰安市泰山纸面石膏板有限公司 | | 出口企业税务登记证号： | 370911785030460 |
|---|---|---|---|
| Exporter TAIAN TAISHAN PLASTERBOARD CO.,LTD | | Tax Registration No： | 370911785030460 |
| 出口企业地址： 泰安市岱岳区 | | 电话： 86-538-8811369 | 传真： 86-538-8811369 |
| Address: DAWENKOU TAI`AN CITY CHINA | | Tel： 86-538-8811369 | Fax： 86-538-8811369 |

成交方式：    FOB        提单号： NYKS451080139  合同号：
Term of Delivery:  FOB      B/L No: NYKS451080139  Contract No:

致：    SHENZHENYONGFENGINVESTMENT COMPANY LTD    付款方式：  FOB
To：    SHENZHENYONGFENGINVESTMENT COMPANY LTD    Payment：  FOB

                                                                     装运港：  青岛    目的地：  纽约
                                                                     From：  QINGDAO  To：  NEW YORK

| 唛头及号码 Mark | 品名及规格 Description | 数 量 Quantity | 单 价 UnitPrice | 金 额 Amount |
|---|---|---|---|---|
| | GYPSUM BOARD 2440*1220*12.7 | 2730PCS | USD2.96908/PCS | USD8105.60 |

合 计：
TOTAL：  USD8105.60

单位名称：(盖章)
Signature
(本发票手写无效)

第一联：存根联（填票单位留存）

出口退税率[2006]003 号 B 于 195×266.7×7 *山东多利达印务有限公司 2006 年无月印*

No Invoice Located in Produced Documents for this Entry

| 1 | Taian Taishan Plasterboard Co., Ltd. | Shenzhen Yongfeng Investment Company, Ltd. | NY | N/A | Gypsum Board | $20,020.00 | 7,280 | 23/28/2006 | **MPF# 229 (No Invoice)** |
|---|---|---|---|---|---|---|---|---|---|

山东省泰安市出口商品专用发票
Taian Shandong Province Special Invoice for Export

出口专用
Special Use for Export

存 根 联
Counterfoil

137090626307
No 00013769

2006年 月 16日填制
Date 2005 M 16

| 出口企业名称:泰安市泰山纸面石膏板有限公司 | 出口企业税务登记证号: | 370903785030460 |
|---|---|---|
| Exporter Name: TAIAN TAISHAN PLASTERBOARD CO.,LTD | Tax Registration No.: | 370903785030460 |

| 出口企业地址: 泰安市岱岳区 | 电话: | 86-538-8811369 | 传真: | 86-538-8811369 |
|---|---|---|---|---|
| Address: DAWENKOU TAI`AN CITY CHINA | Tel.: | 86-538-8811369 | Fax: | 86-538-8811369 |

| 成交方式: FOB | 提单号: ZIMUQIN2006103号 |
|---|---|
| Term of Delivery: FOB | B/L No: ZIMUQIN2006103 Contract No: |

| 致: SHENZHEN YONGFENG INVESTMENT COMPANY LTD | 付款方式: | T/T |
|---|---|---|
| To: SHENZHEN YONGFENG INVESTMENT COMPANY LTD | Payment: | T/T |

| 来货地: 青岛 | 目的地: 美国 |
|---|---|
| From: QINGDAO | To: USA |

| 唛头及号码<br>Mark | 品名及规格<br>Description | 数 量<br>Quantity | 单 价<br>UnitPrice | 金 额<br>Amount |
|---|---|---|---|---|
| | GYPSUM BOARD<br>2440*1220*12.7mm | 9100PCS | USD2.75/PCS | USD25025.00 |

合 计:
TOTAL: USD25025.00

单位名称:(盖章)
Signature
(本发票手写无效)

单位名称:(盖章)
Signature
(本发票手写无效)

存　根　联
Counterfoil

发票代码 137090626307
发票号码 **00017585**

Date 2006 年 12 月 12 填制
2006 年 12 月 12 日

| 出口企业名称： 泰安市泰山纸面石膏板有限公司 | 出口企业税务登记证号： | 370903785030460 |
|---|---|---|
| Exporter Name: TAIAN TAISHAN PLASTERBOARD CO.,LTD | Tax Registration No： | 370903785030460 |
| 出口企业地址： 泰安市岱岳区 | 电话 | 86-538-8811369 传真 86-538-8811369 |
| Address: DAWENKOU TAI AN CITY CHINA | Tel: | 86-538-8811369 Fax 86-538-8811369 |
| 成交方式： FOB 提单号 216128/216268/216437/216564 | 合同号 | 06-12-01 |
| Term of Delivery: FOB B/L No:216128/216268/216437/216564 | Contract No: | 06-12-01 |
| 致： SHENZHENYONGFENGINVESTMENT COMPANY LTD | 付款方式： | T/T |
| To: | Payment: | T/T |
| SHENZHENYONGFENGINVESTMENT COMPANY LTD | 装船口岸 青岛 | 目的地： 纽约 |
| | From: QINGDAO To: | NEW YORK |

| 唛头及号码 Mark | 品名及规格 Description | 数量 Quantity | 单价 UnitPrice | 金额 Amount |
|---|---|---|---|---|
| | GYPSUM BOARD | | | |
| | 2440*1220*12.7mm | 7280PCS | USD2.75/PCS | USD20020.00 |
| | 2440*1220*15.9mm | 2600PCS | USD4.548/PCS | USD11824.80 |
| | | | | |

合　计：
TOTAL:　USD31844.80

单位名称:(盖章)
Signature
(本发票手写无效)

合　计： USD10685.45
TOTAL: USD10685.45 USD12799.23421

单位名称:(盖章)
Signature
(本发票手写无效)

第一联：存根联（填票单位留存）

TG 0001659

山东省泰安市出口商品专用发票
Taian Shandong Province Special Invoice for Export

出　口　专　用
Special Use for Export

存　根　联
Counterfoil

发票代码 137090626307
发票号码 00030752

2007 年 2 月 9 日填制
Date 2007 M 2 9 D

| | | | |
|---|---|---|---|
| 出口企业名称： 泰安市泰山纸面石膏板有限公司 | | 出口企业税务登记证号： | 370903785030460 |
| Exporter Name TAIAN TAISHAN PLASTERBOARD CO.,LTD. | | Tax Registration No: | 370903785030460 |
| 出口企业地址： 泰安市岱岳区 | | 电话： 86-538-8811369 | 传真： 86-538-8811369 |
| Address: DAWENKOU TAI'AN CITY CHINA | | Tel: 86-538-8811369 | Fax: 86-538-8811369 |
| 成交方式： FOB | 提单号： ZIMUQDG216423 | | |
| Term of Delivery: FOB | B/L No: ZIMUQDG216423 | | |

致： SHENZHEN YONGFENGIN VESTMENT COMPANY LTD.　　　付款方式： T/T
To: SHENZHEN YONGFENGIN VESTMENT COMPANY LTD.　　　Payment: T/T
起运地： QINGDAO　　目的地： NEW YORK
From: QINGDAO　To: NEW YORK

| 唛头及号码<br>Mark | 品名及规格<br>Description | 数量<br>Quantity | 单价<br>UnitPrice | 金额<br>Amount |
|---|---|---|---|---|
| N/M | GYPSUM BOARD<br>2440*1220*12.7mm<br>2440*1220*15.9mm | 1820PCS<br>3900PCS | USD2.750/PCS<br>USD4.548/PCS | USD5005.00<br>USD17737.20 |

| 合计：<br>TOTAL: USD22742.20 | | | | |
|---|---|---|---|---|

单位名称：(盖章)
Signature
(本发票手写无效)

第一联：存根联（填票单位留存）

令[2006]042 号 1 万 195×265.7×7 ＊山东多利达印务有限公司 2006 年 10 月印＊

TG 0001660

# TAIAN TAISHAN PLASTERBOARD CO., LTD

DA WENKOU, DAIYUE DISTRICT, TAI'AN SHAN DONG PROVINCE, CHINA

TEL: 00865388811077          FAX: 00865388812679

# PROFAORMA INVOICE

INVOICE NO.: 060621001          DATE: JUNE 21，2006

Buyer:   TOV TRADING NEW YORK, USA

DELEVERY TERMS: **FOB QINGDAO PORT**

SHIPMENT: From Qingdao /PRC to **U.S.A**

PAYMENT: BY   T/T

HS CODE: 68091100

| DESCRIPTION OF GOOD | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **Gypsum board(T/E)** | | **FOB QINGDAO PORT** | |
| 1220*2440*12.7mm | 1360SHEETS | USD 2.50/SHEET | USD3400.00 |
| **TOTAL:** | 23120SHEETS | | USD57800.00 |

**SAY U.S.DOLLARS  FIFTY-SEVEN THOUSAND  AND  EIGHT HUNDRED  ONLY.**

SHIPPED BY:   17*40`HQ CONTAINERS

COUNTRY OF ORIGIN: CHINA


**BANK OF CHINA U.S DOLLAR LINE ON REMITTANCES**
**THROUGH THE NEW YORK BRANCH OF THE BANK OF CHINA INTO:**
**INTERMEDIARY BANK:**
**BANK OF CHINA   NEWYORK**
**SWIFT BIC: BKCUUS33**
**BANK OF CHINA SHANDONG BR、SHANGDONG CHINA**
**SWIFT BIC:BKCHCNBJ500**
**BENIFICIARY ACCOUNT NUMBER:**
**405501683388094014**
**BENIFICIARY   BANK:BANGK OF CHINA TAIAN BRANCH**
**                    NO.48 DONGYUE STREET, TAIAN**
**                    SHANDONG PROVINCE CHINA**
**NAME:TAIAN TAISHAN PLASTERBOARD CO., LTD**
**ADDRESS:DAWENKOU,    DAIYUE    DISTRICT,TAI'AN    SHANDONG**

# TAIAN TAISHAN PLASTERBOARD CO., LTD

DA WENKOU, DAIYUE DISTRICT, TAI'AN SHAN DONG PROVINCE, CHINA

TEL: 00865388811077        FAX: 00865388812679

## PROFAORMA INVOICE

INVOICE NO.: 060621001        DATE: JUNE 21，2006

Buyer:   TOV TRADING NEW YORK, USA

DELEVERY TERMS: **FOB QINGDAO PORT**

SHIPMENT: From Qingdao /PRC to **U.S.A**

PAYMENT: BY   T/T

HS CODE: 68091100

| DESCRIPTION OF GOOD | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **Gypsum board（T/E）** | | **FOB QINGDAO PORT** | |
| 1220*2440*12.7mm | 960SHEETS | USD 2.65/SHEET | USD2544.00 |
| **TOTAL:** | **23040SHEETS** | | **USD61056.00** |

SAY U.S.DOLLARS   SIXTY-ONE THOUSAND   AND   FIFTY-SIX   ONLY.

SHIPPED BY:   24*40'HQ CONTAINERS

COUNTRY OF ORIGIN: CHINA

**BANK OF CHINA U.S DOLLAR LINE ON REMITTANCES**
**THROUGH THE NEW YORK BRANCH OF THE BANK OF CHINA INTO:**
**INTERMEDIARY BANK:**
**BANK OF CHINA   NEWYORK**
**SWIFT BIC: BKCUUS33**
**BANK OF CHINA SHANDONG BR、SHANGDONG CHINA**
**SWIFT BIC:BKCHCNBJ500**
**BENIFICIARY ACCOUNT NUMBER:**
**405501683388094014**
**BENIFICIARY   BANK:BANGK OF CHINA TAIAN BRANCH**
**                         NO.48 DONGYUE STREET, TAIAN**
**                         SHANDONG PROVINCE CHINA**
**NAME:TAIAN TAISHAN PLASTERBOARD CO., LTD**
**ADDRESS:DAWENKOU,      DAIYUE      DISTRICT,TAI'AN      SHANDONG**

TG 0001140

# TAIAN TAISHAN PLASTERBOARD CO., LTD

DAWENKOU，DAIYUE DISTRICT，TAI'AN

## COMMERCIAL   INVOICE

INVOICE NO.: 06080401                         DATE: 4[th]AUGUST,2006
BUYER: TOV TRADING NEW YORK,USA
PAYMENT:T/T IN ADVANCE BEFORE PRODUCING
SHIPMENT: FROM QINGDAO/PRC TO NEW YORK/ USA
SHIPMENT: BY CONTAINER
DELIVERY TERM:  FOB QINGDAO

| COMMODITY& SPECIFICATION (T/E) SIZE (mm) | QUANTITY | | FOB (QINGDAO) PRICE | AMOUNT |
|---|---|---|---|---|
| GYPSUM BOARD | PCS | M2 | (USD/PCS) | (USD) |
| 1220 x2440 x12.7 | 25000 | 74420 | 2.60 | 65000.00 |
| 1220 x3660 x12.7 | 3400 | 15181.68 | 4.00 | 13600.00 |
| TOTAL | 28400 | 89601.68 | | 78600.00 |
| SAY US DOLLARS: SEVENTY -EIGHT THOUSANT   SIX HUNDRED ONLY | | | | |

TAIAN TAISHAN PIASTERBOARD CO.，LTD

# TAIAN TAISHAN PLASTERBOARD CO., LTD

TAIAN TAISHAN PLASTERBOARD CO., LTD
DAWENKOU DAIYUE DISTRICT OF TAIAN SHANDONG PROVINCE
PR CHINA
TEL:0086-538-8811077    FAX:0086-538-8812679

## PRO FORMA INVOICE

**INVOICE NO.: SDTH06082501**                    **DATE: 2006.8.25**

**BUYER:    TOV TRADING NEW YORK, USA**

**PAYMENT TERMS: T/T IN ADVANCE BEFORE PRODUCING**

**SHIPMENT: BY CONTAINER**

| COMMODITY SPECIFICATION | COMMODITY SIZE (FEET) | COMMODITY QUANTITY | FOB(QINGDAO PRICE) | AMOUNT |
|---|---|---|---|---|
| FIREPROOF PLASTERBOARD | 4'*8'*5/8" | 766PCS/40'HQ | USD 4.35\PCS | USD 3332.10 |
| FIREPROOF PLASTERBOARD | 4'*12'*5/8" | 528PCS/40'HQ | USD 6.48\PCS | USD 3421.44 |
| TOTAL PRICE:   USD   6753.54 | | | | |
| SAY: SIX THOUSAND SEVEN HUNDRED AND FIFTY—THREE AND FIFTY-FOUR CENTS ONLY. | | | | |

## TAIAN TAISHAN PLASTERBOARD CO., LTD

TG 0000728

山东省泰安市出口商品专用发票

Taian Shandong Province Special Invoice for Export

存 根 联

Counterfoil

137090626307

No 00013763

2006年 月 5日填制

Date 2006Y M0 5 D

| 出口企业名称：泰安市泰山纸面石膏板有限公司 | | 出口企业税务登记证号： | 370911785030460 |
|---|---|---|---|
| Exporter Name: TAIAN TAISHAN PLASTERBOARD CO.,LTD | | Tax Registration No: | 370911785030460 |
| 出口企业地址： 泰安市岱岳区 | | 电话： 86-538-8811101话填 86-538-8812679 | |
| Address: DAWENKOU TAI`AN CITY CHINA | | Tel: 86-538-881107Fax 86-538-8812679 | |
| 成交方式： FOB 提单号： ZIMUQIN2645合同号： TDX06-RW041 | | | |
| Term of Delivery: FOB B/L No: ZIMUQIN2645Contract No: TDX06-RW041 | | | |
| 致： TOV TRADING NEW YORK,USA | | 付款方式： T/T | |
| To: TOV TRADING NEW YORK,USA | | Payment: T/T | |
| | | 装船口岸： 青岛 目的地： 纽约 | |
| | | From: QINGDAO To: NEW YORK | |

| 唛头及号码 Mark | 品名及规格 Description | 数量 Quantity | 单价 UnitPrice | 金额 Amount |
|---|---|---|---|---|
| N/M | GYPSUM BOARD 2440*1220*12.7mm | 2000PCS | USD2. 60/PCS | USD5200.00 |
| | | | | |

合 计：

TOTAL: USD5200.00

单位名称：(盖章)

Signature

(本发票手写无效)

Signature

(本发票手写无效)

第一联：存根联（填票单位留存）

山东省泰安市出口商品专用发票
Taian Shandong Province Special Invoice for Export

出 口 专 用
Special Use for Export

存 根 联
Counterfoil

137090626307
No **00013764**

2006年 10 月 5 日 填制
Date 2006 Y 10 M 5 D

| 出口企业名称:泰安市泰山纸面石膏板有限公司 | 出口企业税务登记证号: | 370911785030460 |
|---|---|---|
| Exporter Name: TAIAN TAISHAN PLASTERBOARD CO.,LTD | Tax Registration No: | 370911785030460 |
| 出口企业地址: 泰安市岱岳区 | 电话: 86-538-8811107 传真: | 86-538-8812679 |
| Address: DAWENKOU TAI`AN CITY CHINA | Tel: 86-538-8811077 Fax: | 86-538-8812679 |
| 成交方式: FOB | 提单号: ZIMUQIN294455 合同号: | |
| Term of Delivery: FOB | B/L No: ZIMUQIN293455 Contract No: | |
| 致: TOV TRADING NEW YORK,USA | 付款方式: T/T | |
| To: TOV TRADING NEW YORK,USA | Payment: T/T | |
| | 装船口岸: 青岛 目的地: 纽约 | |
| | From: QINGDAO To: NEW YORK | |

第 一 联 : 存根联(填票单位留存)

| 唛头及号码 Mark | 品 名 及 规 格 Description | 数 量 Quantity | 单 价 UnitPrice | 金 额 Amount |
|---|---|---|---|---|
| N/M | GYPSUM BOARD 2440*1220*12.7mm 3660*1220*12.7mm | 14000PCS 3400PCS | USD2.65/PCS USD4.0735/PCS | USD37100.00 USD13850.00 |

合 计 :
TOTAL: USD50950.00

单位名称:(盖章)
Signature
(本发票手写无效)

Signature
(本发票手写无效)

山东省泰安市出口商品专用发票
Taian Shandong Province Special Invoice for Export

专用发票
Special Use for Export

存 根 联
Counterfoil

137090626307
No **00013765**

Date 2006年 月0 5日填制
2006 月0 5日

| 出口企业名称：泰安市泰山纸面石膏板有限公司 | 出口企业税务登记证号： | 370911785030460 |
| Exporter Name: TAIAN TAISHAN PLASTERBOARD CO.,LTD | Tax Registration No: | 37091178503 0460 |

出口企业地址： 泰安市岱岳区　　　　电话： 86-538-8811传真： 86-538-8812679
Address： DAWENKOU TAI`AN CITY CHINA　Tel： 86-538-88110Fax： 86-538-8812679

成交方式： FOB 提单号： ZIMUQIN24455台同号：
Term of Delivery: FOB B/L No: ZIMUQIN24455Contract No:

付款方式： T/T
Payment： T/T

致： TOV TRADING NEW YORK,USA
To： TOV TRADING NEW YORK,USA

装船口岸： 青岛 目的地： 纽约
From： QINGDAO To： NEW YORK

| 唛头及号码 Mark | 品名及规格 Description | 数量 Quantity | 单价 UnitPrice | 金额 Amount |
|---|---|---|---|---|
| N/M | GYPSUM BOARD 2440*1220*12.7mm | 9000PCS | USD2.60/PCS | USD23400.00 |

合计：
TOTAL： USD23400.00

单位名称：(盖章)
Signature
(本发票手写无效)

Signature
(本发票手写无效)

TG 0001552

# <u>NORTH CAROLINA</u>

CONFIDENTIAL

TAIAN TAIGAO TRADING CORP., LTD.
NO.157 WEST DONGYUE STREET TAIAN CITY SHANDONG, CHINA
TEL: 86-538-6990206   FAX: 86-538-6998826

## COMMERCIAL INVOICE

TO: GUARDIAN BUILDING PRODUCTS INC.
    979 BATESVILLE RD
    GREENVILLE, SC 29651

INVOICE NO:TGT06-0405-2
DATE: MAY 25.2006
PAYMENT: T/T

From LIANYUNGANG, CHINA     TO: WILMINGTON, NC, USA

| Marks & Nos | Commodity and Specification | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| | | | FOB LIANYUNGANG | FOB LIANYUNGANG |
| N/M | GYPSUM BOARD | 96120PCS | USD4.04/PC | USD388324.80 |

SAY U.S.DOLLARS THREE HUNDRED AND EIGHTY EIGHT THOUSAND THREE HUNDRED AND TWENTY FOUR AND CENTS EIGHTY ONLY.

JUN-16-2006 15:13 FROM:

GBP000879

# **VIRGINIA**



13709052 6307
No.00008655

Counterfoil

2006 年 2 月 24 日 填制
Date 2006 Y 2 M 24 D

| 出口企业名称：山东泰和东新股份有限公司 | 出口企业税务登记证号： 370911720743873 |
| Exporter's Name SHANDONG TAIHE DONGXIN CO., LTD | Tax Registration No：370911720743873 |
| 出口企业地址： 泰安市岱岳区 | 电话： 86-538-8812017 传真： 86-538-8812017 |
| Address DAWENKOU TAI`AN CITY CHINA | Tel： 86-538-8812017 Fax： 86-538-8812017 |
| 成交方式： FOB 提单号：SKSMLYNF00022000号： SDTH051117A | |
| Term of Deliv FOB Lian Yungang B/L No SKSMLYNF00022000ct No： SDTH051117A | |

付款方式： 30%T/T and 70%L/C
Payment： 30%T/T and 70%L/C
装船口岸： 目的地：
From： Lian Yungang To： NORPOLK U.S.A

致：
To：
VENTURE SUPPLY,INC.

| 唛头及号码 Mark | 品名及规格 Description | 数量 Quantity | 单价 UnitPrice | 金额 Amount |
|---|---|---|---|---|
| VENTURE SUPPLY, INC. | GYPSUM BOARD 3660*1220*12.7mm | 100000sheets | USD3.58/sheet | USD358000 |

合计：
TOTAL：USD Three hundred fifty-eight thousand only

单位名称：(盖章)
Signature
(本发票手写无效)

Signature
(本发票手写无效)

第一联：存根联(填票单位留存)

TG 0001646

山东省泰安市出口商品专用发票
Taian Shandong Province Special Invoice for Export

出 口 专 用
Special Use for Export

存 根 联
Counterfoil

137090626307

No 00012282

2006年 7月 20日填制
Date 2006Y 7M 20D

| 出口企业名称：山东泰和东新股份有限公司 | 出口企业税务登记证号： | 370911720743873 |
| Exporter Name SHANDONG TAIHE DONGXIN CO., LTD | Tax Registration No： | 370911720743873 |
| 出口企业地址：    泰安市岱岳区 | 电话：  86-538-881201传真： | 86-538-8812679 |
| Address: DAWENKOU TAI`AN CITY CHINA | Tel：  86-538-881201Fax： | 86-538-8812679 |
| 成交方式：    FOB    提单号：SKSMLYCA00763000： | | |
| Term of Delivery：    FOB    B/L No：SKSMLYCA00763000 No： | | |
| 致：  VENTURE SUPPLY INC | 付款方式：    T/T | |
| To：    VENTURE SUPPLY INC | Payment：    T/T | |
| | 装船口岸：连云港  目的地：美国 | |
| | From：  LIANYUNGANGTo：    U.S.A | |

| 唛头及号码 Mark | 品 名 及 规 格 Description | 数 量 Quantity | 单 价 UnitPrice | 金 额 Amount |
|---|---|---|---|---|
| N/M | PLASTER BOARD 3660*1220*12.7mm | 53912pcs | USD3. 668/pcs | USD197749. 22 |

合 计：
TOTAL： USD197749. 22

SAY: 158,123.66元

单位名称:(盖章)
Signature

第一联：存根联（填票单位留存）

TG 0001647