UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, Case No. 2:11-cv-01395 (E.D. La.)<br><br>*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, Case No. 2:11-cv-1673 (E.D. Va.) | |

## PLAINTIFFS' RESPONSE TO RULE TO SHOW CAUSE

NOW COMES the law firm of Herman, Herman & Katz, LLC ("HHK"), counsel for Plaintiffs, Merritt A. Landry ("Landry"), Debra Peoples ("Peoples"), Michelle L. Rogers (nka Michelle Canepa) ("Canepa"), and Logan A. Williams ("Williams"), each the subject of and identified in the Court's Order on Rule to Show Cause Regarding Plaintiffs Who Have Failed to Complete and Submit a Supplemental Profile Form [Rec. Doc. 21608], dated July 30, 2018. Landry, Peoples, Canepa and Williams collectively submit this Response in Opposition and shows as follows:

1. Pre-Trial Order 11A ("PTO 11A") was issued by this Honorable Court on January 23, 2018, requiring Supplemental Plaintiff Profile Forms be completed and signed by every person making a claim in this litigation in the *Amorin* matters against any manufacturer of Chinese drywall, other than the Knauf Defendants [Rec. 21162].

2. Plaintiffs, Landry, Peoples, Canepa and Williams are all identified on Exhibit "A" to PTO 11A.

3. HHK has communicated with its clients on a regular basis throughout the course of this litigation and, in particular, has taken steps to notify each of its clients that are on Exhibit "A" of PTO 11A of the requirements of PTO 11A.

4. With regard to plaintiff Landry, emails were sent to Landry on February 6, 2018, March 29, 2018, May 8, 2018 and again on May 21, 2018 to address the requirements of PTO 11A. In addition to the emails, letters were sent to plaintiff Landry via regular mail on February 6, 2018, March 29, 2018, May 8, 2018 and on May 21, 2018; and an additional letter was mailed to Landry, via certified mail return receipt requested, on May 22, 2018. Furthermore, numerous telephone calls were made to Landry during this same time period, all with no response from Landry.

5. With regard to plaintiff Peoples, emails were sent to Peoples on February 6, 2018, March 29, 2018, May 8, 2018 and again on May 21, 2018 to address the requirements of PTO 11A. In addition to the emails, letters were sent to plaintiff Peoples via regular mail on February 6, 2018, March 29, 2018, May 8, 2018 and on May 21, 2018; and an additional letter was mailed to Peoples, via certified mail return receipt requested, on May 22, 2018. Furthermore, numerous telephone calls were made to Peoples during this same time period, all with no response from Peoples.

6. With regard to plaintiff Canepa, emails were sent to Canepa on February 6, 2018, March 29, 2018, May 8, 2018, May 21, 2018, and again on May 22, 2018 to address the requirements of PTO 11A. In addition to the emails, letters were sent to plaintiff Canepa via regular mail on February 6, 2018, March 29, 2018, May 8, 2018, May 21, 2018 and on May 22, 2018; and an additional letter was mailed to Canepa, via certified mail return receipt requested, on May 22, 2018. Furthermore, numerous telephone calls were made to Canepa during this same

time period, all with no response from Canepa.

7. With regard to plaintiff Williams, emails were sent to Williams on February 6, 2018, March 20, 2018, March 29, 2018, April 17, 2018, May 8, 2018 and again May 21, 2018 to address the requirements of PTO 11A. In addition to the emails, letters were sent to Williams via regular mail on February 6, 2018, March 20, 2018, March 29, 2018, April 17, 2018, May 8, 2018 and May 21, 2018; and an additional letter was mailed to Williams, via certified mail return receipt requested, on May 22, 2018. Furthermore, numerous telephone calls were made to Williams during this same time period. On two occasions, representatives of HHK spoke with Williams and was advised by Williams that a completed Supplemental Profile Form would be sent to HHK; however, HHK has not received the completed Supplemental Profile Form.

8. HHK has performed extensive efforts to contact each of the above clients of HHK; however, to date, has not received a completed Supplemental Profile from Landry, Peoples, Canepa and/or Williams.

9. HHK continues its efforts to secure a completed Supplemental Profile Form from Landry, Peoples, Canepa and Williams and a request that the Court grant additional time so that HHK can undertake additional investigation or retain a professional investigator to attempt to locate Landry, Peoples, Canepa and Williams.

10. HHK will continue to report to Defendants on its efforts to locate Landry, Peoples, Canepa and Williams and the ongoing progress of this matter to obtain a completed Supplemental Profile Form, or, alternative action with respect to these cases.

WHEREFORE HHK, counsel for Plaintiffs, Merritt A. Landry, Debra Peoples, Michelle L. Rogers (nka Michelle Canepa), and Logan A. Williams, requests this Honorable Court grant an additional sixty (60) days for HHK to perform further investigation to locate the Plaintiffs

identified herein and to secure a completed Supplemental Profile form pursuant to PTO 11A.

Dated: August 6, 2018

Respectfully submitted,

*/s/ Leonard A. Davis*
HERMAN, HERMAN & KATZ, LLC
Leonard A. Davis (#14190)
ldavis@hhklawfirm.com
Russ M. Herman (#6819)
rherman@hhklawfirm.com
820 O'Keefe Avenue
New Orleans, LA  70113
PH:  (504) 581-4892
FAX:  (504) 561-6024

***Attorneys for Plaintiff, Merritt A. Landry, Debra Peoples, Michelle L. Rogers (nka Michelle Canepa), and Logan A. Williams***

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, which will serve a notice of the uploading in accordance with the procedures established in MDL 2047, on this 6th day of August, 2018.

/s/ Leonard A. Davis
Leonard A. Davis
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com