UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**O R D E R**

Considering the Motion for Leave to File the Plaintiffs' Steering Committee's Supplemental Memorandum in Support of Its Motion to Certify the Court's Order and Reasons of March 10, 2016 Pursuant to 28 U.S.C. § 1292(B) file by the Plaintiffs' Steering Committee;

IT IS ORDERED BY THE COURT that the motion is GRANTED and that the Plaintiffs' Steering Committee's Supplemental Memorandum in Support of Its Motion to Certify the Court's Order and Reasons of March 10, 2106 Pursuant to 28 U.S.C. §1292(B) be and is hereby filed and filed UNDER SEAL in its entirety.

New Orleans, Louisiana, this _____ day of _____, 2018.

_____
Eldon E. Fallon
United States District Court Judge