**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047** |
| **THIS DOCUMENT RELATES TO:**<br><br>**ALL ACTIONS** | **SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |

**THE PLAINTIFFS' STEERING COMMITTEE'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF ITS MOTION TO CERTIFY THE COURT'S ORDER AND REASONS OF MARCH 10, 2016 PURSUANT TO 28 U.S.C. §1292(B)**

# FILED UNDER SEAL IN ITS ENTIRETY