**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *ALL CASES* | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION FOR LEAVE TO FILE PARKER WAICHMAN'S REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISQUALIFY FEE COMMITTEE CHAIR AND CO-CHAIR, STRIKE THE STEP SIX RECOMMENDATION OF THE MAJORITY OF THE FEE COMMITTEE, AND LIFT THE SEAL ON RELATED FILINGS**

NOW COMES Parker Waichman LLP who respectfully requests that it be granted leave of court to file the *Reply Memorandum in Support of Motion to Disqualify Fee Committee Chair and Co-Chair, Strike the Step Six Recommendation of the Majority of the Fee Committee, and Lift the Seal on Related Filings*, which is attached hereto as Exhibit "A". Parker Waichman LLP respectfully suggests that a reply memorandum will assist the Court in ruling on the Motion and request that the Court enter the attached proposed Order.

Respectfully submitted:

**FAIRCLOTH, MELTON & SOBEL, LLC**

By:   /s/ *Jimmy R. Faircloth, Jr.*
 Jimmy R. Faircloth, Jr. (LA #20645)
 jfaircloth@fairclothlaw.com
 Brook L. Villa (LA #31988)
 bvilla@fairclothlaw.com
 Franklin "Drew" Hoffmann (LA #35824)
 dhoffmann@fairclothlaw.com
 412 N. 4th Street, Suite 230
 Baton Rouge, LA 70802
 Phone: (225) 343-9535
 Fax: (225) 343-9538
*Attorneys for Parker Waichman LLP*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 8th day of August, 2018.

      /s/ *Jimmy R. Faircloth, Jr.*
      OF COUNSEL