UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL Docket No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAG. JUDGE WILKINSON |
| | * | |

* * * * * * * * * * * * * * * * * *

## UNOPPOSED MOTION TO EXTEND BRIEFING DEADLINES

NOW INTO COURT, through undersigned counsel, comes Defendant China National Building Materials Group which moves this Court for an order extending the briefing deadlines governing Plaintiff's Motion for Rule 1292(b) Certification (Rec. 21533) for six days.  In support of this Motion, Defendant represents:

1.

On July 17, 2018, Plaintiffs' Steering Committee filed a Motion to Certify the Court's Order and Reasons of March 10, 2016 Pursuant to 28 U.S.C. 1292(b).  Rec. 21533.

2.

On July 18, 2018, this Court entered an Order adopting the parties' agreed briefing schedule and setting oral argument following the Monthly Status Conference on September 13, 2018.  Rec. 21543.

3.

On August 7, 2018, the Plaintiff's Steering Committee filed a Motion for Leave to File Supplemental Memorandum.  Rec. 21645.

4.

In light of the Supplemental Memorandum, the parties have agreed to extend the briefing deadline by six days, making Defendant's Opposition Memorandum due on August 27, 2018, with the Plaintiffs' Steering Committee's Reply Memorandum due on September 10, 2018.

5.

The proposed oral argument date will not change and remains September 13, 2018.

6.

Plaintiffs' Steering Committee consents to the relief sought in this Motion.

WHEREFORE, for the foregoing reasons, Defendant China National Building Materials Group requests that this Court extend the briefing deadlines for Defendant's Opposition and Plaintiffs' Reply by six days.

Respectfully submitted,

*/s/ L. Christopher Vejnoska*

| | |
|---|---|
| L. Christopher Vejnoska (CA Bar No. 96082) | Eric A. Shumsky (D.C. Bar No. 477926) |
| Eric Matthew Hairston (CA Bar No. 229892) | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | Columbia Center |
| The Orrick Building | 1152 15th Street NW |
| San Francisco, CA  94105 | Washington, D.C. 20005 |
| T:  415-773-5700 | T:  202-339-8400 |
| Email:  cvejnoska@orrick.com | Email:       eshumsky@orrick.com |
| ehairston@orrick.com | |
| | |
| James L. Stengel (NY Bar No. 1800556) | Ewell E. Eagan, Jr. (LA Bar No. 5239) |
| Xiang Wang (NY Bar No. 4311114) | Donna Phillips Currault (LA Bar No. 19533) |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | Alex B. Rothenberg (LA Bar No. 34740) |
| 51 West 52nd Street | GORDON, ARATA, MONTGOMERY, |
| New York, NY, 10019 | BARNETT, MCCOLLAM, DUPLANTIS & |
| T:  212-506-5000 | EAGAN, LLC |
| Email:  jstengel@orrick.com | 201 St. Charles Avenue, 40th Floor |
| xiangwang@orrick.com | New Orleans, LA 70170-4000 |
| | T:  (504) 582-1111 |
| | Email:  eeagan@gamb.law |
| | dcurrault@gamb.law |
| | arothenberg@gamb.law |

*Attorneys for CNBM Group*

Dated:   August 8, 2018

**CERTIFICATE OF SERVICE**

I certify that the above and foregoing Unopposed Motion to Extend Briefing Deadlines has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail and upon all parties by electronically uploading the same to File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on August 8, 2018.

/s/ L. Christopher Vejnoska

L. Christopher Vejnoska (CA Bar No. 96082)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105
Tel:  415-773-5700
Fax: 415-773-5759
Email: cvejnoska@orrick.com

*Counsel for CNBM Group*