UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL Docket No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAG. JUDGE WILKINSON |
| | * | |

* * * * * * * * * * * * * * * * * *

## **O R D E R**

Considering the foregoing Joint Motion to Extend Briefing Schedule;

IT IS ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that CNBM Group's Opposition Memorandum be filed on or before August 27, 2018, and the Plaintiffs' Steering Committee's Reply Memorandum be filed on or before September 10, 2018.

New Orleans, Louisiana, this ___ day of August, 2018.

_____
Eldon E. Fallon
United States District Judge