UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br>*Amorin, et al. v. Taishan Gypsum Co., Ltd., et al.*, **Case No. 11-cv-1395**<br><br>*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, **Case No. 11-cv-1673** | MDL No. 2:09-md-2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

**CNBM, BNBM ENTITIES, AND TAISHAN'S RESPONSE TO THE PSC'S MOTION TO CLARIFY RULE TO SHOW CAUSE OF JULY 30, 2018**

CNBM Company, BNBM Group, BNBM PLC (the "CNBM and BNBM Entities"), Taishan Gypsum, Ltd., and Tai'an Taishan Plasterboard Co., Ltd. ("Taishan") file this response to the PSC's Motion to Clarify Rule to Show Cause of July 30, 2018 (Rec. Doc. 21636) suggesting that the caption of this Court's order should refer only to *Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, Case No. 2:11-cv-01395 (E.D. La.) (the "Louisiana Amorin") and *Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co.*, Ltd., Case No. 2:11-cv-1673 (E.D. La.) (the "Virginia Amorin") cases and not *Amorin, et al. v. Taishan Gypsum Co., Ltd.*, et al, Case No. 11-1672 (EDLA) (the "Florida Amorin") complaint. Defendants do not dispute that Florida Amorin has been remanded and Judge Cooke will resolve the claims of Florida homeowners.  However, Louisiana Amorin and Virginia Amorin remain pending before this Court.  Because the same plaintiffs are named in all three actions, this Court retains its MDL authority to address discovery compliance as to all homeowners, including

1

Florida claimants that remain in the Louisiana Amorin and Virginia Amorin actions. Accordingly, the Court is fully empowered to enforce its orders and dismiss plaintiffs' claims for failure to abide by the Court's instruction to file verified SPPFs, including those claims of claimants with Florida properties that are a part of the Louisiana and Virginia Amorin complaints that remain in this Court.

Respectfully submitted,

*/s/ L. Christopher Vejnoska*

L. Christopher Vejnoska (CA Bar No. 96082)
Eric Matthew Hairston (CA Bar No. 229892)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
San Francisco, CA  94105
T:  415-773-5700
Email:  cvejnoska@orrick.com
            ehairston@orrick.com

James L. Stengel (NY Bar No. 1800556)
Xiang Wang (NY Bar No. 4311114)
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY, 10019
T:   212-506-5000
Email:  jstengel@orrick.com
            xiangwang@orrick.com

Eric A. Shumsky (D.C. Bar No. 477926)
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street NW
Washington, D.C. 20005
T:  202-339-8400
Email:          eshumsky@orrick.com

*Attorneys for CNBM and the BNBM Entities*

*/s/ Christina Hull Eikhoff*

Christina Hull Eikhoff
(GA Bar No. 242539)
Michael P. Kenny
(GA Bar No. 415064)
Bernard Taylor
(GA Bar No. 669625)
David Venderbush, Esq.
(NY Bar No. 2920817)
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309
T : (404) 881-7000
Fax: (404) 881-7777
Email : mike.kenny@alston.com
*Counsel for Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd.*

2

| | |
|---|---|
| Ewell E. Eagan, Jr. (LA Bar No. 5239)<br>Donna Phillips Currault (LA Bar No. 19533)<br>Alex B. Rothenberg (LA Bar No. 34740)<br>GORDON, ARATA, MONTGOMERY, BARNETT, MCCOLLAM, DUPLANTIS & EAGAN, LLC<br>201 St. Charles Avenue, 40th Floor<br>New Orleans, LA 70170-4000<br>T:  (504) 582-1111<br>Email:  eeagan@gamb.law<br>           dcurrault@gamb.law<br>           arothenberg@gamb.law | Alan Dean Weinberger<br>(LA Bar No. 13331)<br>HANGARTNER, RYDBERG & TERRELL, LLC<br>One Shell Square<br>701 Poydras St., Suite 310<br>New Orleans, Louisiana 70179<br>T: (504) 434-6815<br>Fax: (504) 522-5689<br>Email: aweinberger@hanrylaw.com<br>*Local Counsel for Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd* |

*Attorneys for CNBM Company, Ltd.*

Harry Rosenberg (LA Bar No. 11465)
PHELPS DUNBAR LLP
365 Canal Street, Suite 2000
New Orleans, LA 70130-6534
T:  (504) 584-9219
Email:  harry.rosenberg@phelps.com

*Attorney for BNBM (Group) Co. Ltd. and BNBM PLC*

   Dated:   August 8, 2018

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing CNBM, BNBM ENTITIES, AND TAISHAN'S RESPONSE TO THE PSC'S MOTION TO CLARIFY RULE TO SHOW CAUSE OF JULY 30, 2018 has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail and upon all parties by electronically uploading the same to File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on August 8, 2018.

                                              */s/ L. Christopher Vejnoska*

                                              L. Christopher Vejnoska (CA Bar No. 96082)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Tel: 415-773-5700
Fax: 415-773-5759
Email: cvejnoska@orrick.com

*Counsel for CNBM and the BNBM Entities*