# EXHIBIT "A"

| FSIA Ex. # | Title | US/R/P |
|---|---|---|
| 1 | Deposition of BNBM Group (ZHAO Yanming) dated 7/15-17/2015 | UNDER SEAL |
| 2 | 2005 CNBM Annual Report [ALRMH-CNBM00004244-4352] (Exhibit 4) | PUBLIC |
| 3 | 2005 BNBM Annual Report [BNBMPLC0000288-380] (Exhibit 136) | PUBLIC |
| 4 | Deposition of CNBM Forest Products (Canada) Ltd.DENG Jianjun dated 10/28/2015 | UNDER SEAL |
| 5 | 2006 CNBM Global Offering Prospectus [ALRMH-CNBM000001-643] (Exhibit 3) | PUBLIC |
| 6 | 2005 BNBM Group Auditor's Report [BNBM(Group)00000427R-518R] (Exhibit 168R) | PUBLIC |
| 7 | 2006 CNBM Annual Report [ALRMH-CNBM00004106-4243] (Exhibit 5) | PUBLIC |
| 8 | 2006 BNBM Annual Report [BNBMPLC0000489-605] (Exhibit 14) | PUBLIC |
| 9 | 2007 CNBM Annual Report [ALRMH-CNBM00000782-949] (Exhibit 6) | PUBLIC |
| 10 | 2007 BNBM Annual Report [BNBMPLC0000722-841] (Exhibit 15) | PUBLIC |
| 11 | 2008 CNBM Annual Report [ALRMH-CNBM00001118-315] (Exhibit 7) | PUBLIC |
| 12 | 2008 BNBM Annual Report [BNBMPLC0000961-1080] (Exhibit 16) | PUBLIC |
| 13 | 2008 BNBM Group Auditor's Report 2008 [BNBM(Group)0000745R-807R] (Exhibit 171R) | REDACTED |
| 14 | 2009 CNBM Annual Report [ALRMH-CNBM00001514-719] (Exhibit 8) | PUBLIC |
| 15 | 2009 BNBM Annual Report [BNBMPLC0001229-378] (Exhibit 17) | PUBLIC |
| 16 | 2011 CNBM Annual Report [ALRMH-CNBM00002354-571] (Exhibit 10) | PUBLIC |
| 17 | 2012 CNBM Annual Report [ALRMH-CNBM00002790-3007] (Exhibit 11) | PUBLIC |
| 18 | 2012 BNBM Annual Report [BNBMPLC00002273-480] (Exhibit 20) | PUBLIC |

1

| FSIA Ex. # | Title | US/R/P |
|---|---|---|
| 19 | 2013 CNBM Annual Report [ALRMH-CNBM00003226-443] (Exhibit 12) | PUBLIC |
| 20 | 2013 BNBM Annual Report [BNBMPLC0002743-944] (Exhibit 21) | PUBLIC |
| 21 | 2011 BNBM Annual Report [BNBMPLC0001862-2018] (Exhibit 19) | PUBLIC |
| 22 | 2014 CNBM Annual Report [ALRMH-CNBM00003662-883] (Exhibit 13) | PUBLIC |
| 23 | 2014 BNBM Annual Report [BNBMPLC0003164-336] (Exhibit 22) | PUBLIC |
| 24 | Deposition of CNBM (CHANG Zhangli) dated 6/5-7/2015 | UNDER SEAL |
| 25 | Deposition of SONG Zhiping dated 9/14-15/2015 | UNDER SEAL |
| 26 | 2015 CNBM Interim Report [PSC00000001-0102] (Exhibit 334) | PUBLIC |
| 27 | Deposition of Taishan (CHE Gang) dated 6/2-4/2015 | PUBLIC |
| 28 | 2010 CNBM Annual Report [ALRMH-CNBM00001926-2139] (Exhibit 9) | PUBLIC |
| 29 | 2010 BNBM Annual Report [BNBMPLC0001542-695] (Exhibit 18) | PUBLIC |
| 30 | CNBM Announcement: Acquisition of Equity Interest in Taishan Gypsum Through Share Issuance of BNBM dated 10/13/2015 | PUBLIC |
| 31 | Deposition of JIA Tongchun dated 9/17-18/2015 | UNDER SEAL |
| 32 | Articles of Association of Shandong Taihe Dongxin Co., Ltd., dated 8/8/2006 [Herman Aff. Ex. 132 filed 5/8/2012] | PUBLIC |
| 33 | Announcement for Decision of 12th Interim Meeting of the Third Board of Directors, dated 4/23/2005 [BNBMPLC0004402-4403] (part of Exhibit 101) | PUBLIC |
| 34 | BNBM PLC Annual General Meeting of Shareholders, dated 4/8/2004 [BNBMPLC0006280-6283] (part of Exhibit 103) | PUBLIC |
| 35 | Shandong Taihe Building Materials Corporation Forms | PUBLIC |
| 36 | Declaration of JIA Tongchun ("JIA Declaration") dated 9/16/2015 (Exhibit 335) | PUBLIC |
| 37 | CNBM Public Regulatory Announcement: "Connected Transaction Acquisition of the Entire Equity Interest in Tai'an Donglian Investment Trading Company Limited" dated 8/28/2006 (Herman Aff. Ex. 134 filed 5/8/2012) | PUBLIC |

| FSIA Ex. # | Title | US/R/P |
|---|---|---|
| 38 | CNBM Group's "Home" webpage, www.cnbm.com.cn/EN/ | PUBLIC |
| 39 | CNBM trademark records, United States Patent and Trademark Office | PUBLIC |
| 40 | Deposition of BNBM PLC (CHEN Yu) dated 7/8-11/2015 | UNDER SEAL |
| 41 | Deposition of WANG Bing dated 8/25-27/2015 | UNDER SEAL |
| 42 | Summary Chart of Overlapping Executives and Officers (Exhibit 23-1) | PUBLIC |
| 43 | China National Building Material Group Corporation Administrative Measures for Appointing Representatives of Capital Contributors [BNBM (Group)-E-0005107-5115] (Exhibit 249) | PUBLIC |
| 44 | China National Building Material Group Corporation Sample Document [CNBMGRP00006793-6795](Exhibit 75) | PUBLIC |
| 45 | "China National Building Material Group Corporation Year of 2015 - 2017 "Development Strategy and Plan" dated April, 2015 [CNBMGRP000013290-13347](Exhibit 91) | PUBLIC |
| 46 | "Beijing New Building Materials (Group) Company Limited Internal Control System Construction Work Summary" submitted to CNBM Group [BNBM(Group)-E-0004986-4990] (Exhibit 247) | PUBLIC |
| 47 | "Taishan Gypsum Company Limited Comprehensive Risk Management Report for the Year 2011" submitted to CNBM Group, CNBM and BNBM [CNBMGRP00371516-371562] (Exhibit 416) | PUBLIC |
| 48 | "China National Building Material Group Corporation Comprehensive Risk Management Report of the Year 2010" [CNBMGRP00330873-330934] (Exhibit 388) | UNDER SEAL |
| 49 | "China National Building Material Group Corporation Interim Measure on Fully Implementing the Decision-Making Rules for the 'Three Significant Issues and One Large Operation'" [BNBMPLC-E-0001156-1172] (Exhibit 113) | PUBLIC |
| 50 | "Statement on Implementing the Requirements from the Group Corporation's Meeting of International Business Risk Prevention," dated 7/11/2014 [Translation of BNBM(Group)-E-0000444-446] (Exhibit 215) | PUBLIC |
| 51 | Email and attachment to JIA Tongchun re: Notice on Matters Relevant to CNBM Group's Training Class in 2011 for Leaders | PUBLIC |

| FSIA Ex. # | Title | US/R/P |
|---|---|---|
| | at Middle and Senior Levels dated 6/29/2011 [Translation of TG-0073103-73111] | |
| 52 | Stock Listing Rules of the Shenzhen Stock Exchange (2014 Revision), No. 378 and Partial Translation of same | PUBLIC |
| 53 | CNBM Group Board of Directors Meeting Minutes, 23rd Meeting of the Third Session of Board of Directors, dated 1/29/2015 [Translation of CNBMGRP00012512] (Exhibit 98) | PUBLIC |
| 54 | CNBM Group's "Reply on Beijing New Building Material (Group) Co., Ltd.'s 2013 annual loan and guarantee plan" [CNBMGRP00000564] (Exhibit 86) | PUBLIC |
| 55 | BNBM (Group) Guarantee for Taishan for 100,000,00 yuan with Taian Quingnian Street Branch of China- "Maximum Guarantee Contract Serial No. 2013-123010-ZG03" dated 1/10/2013 [TG-068133-53 English translation provided by Taishan] | REDACTED |
| 56 | BNBM Group Guarantee for Taishan for 350,000,000 yuan with Agricultural Bank of China Taian Longze Sub Branch- "Maximum Guarantee Contract Serial No. 371000520130051039" dated 7/11/2013 [TG-067973-90 English translation provided by Taishan] | REDACTED |
| 57 | BNBM Guarantees to/Investments in Taishan Gypsum - FRE 1006 Summary Chart (reflecting BNBM's Guarantees from 2005 to 2014) (Exhibit 162-1) (with supporting materials) | REDACTED |
| 58 | CNBM Storefront on Alibaba.com [ALRMH-CNBM00010001-10002](Exhibit 270-1) | PUBLIC |
| 59 | BNBM PLC Public Announcement of the External Guaranties for the year 2015 dated 3/18/2015 [BNBMPLC-E-0112095R-112112R] (Exhibit 322R) | PUBLIC |
| 60 | BNBM PLC Resolution of the 2013 Annual General Meeting of Shareholders dated 4/16/2014 [BNBMPLC-E-0011157R-0011166R] (Exhibit 305R) | PUBLIC |
| 61 | CNBM Guarantees to BNBM - FRE 1006 Summary Chart (Exhibit 346) – Attachments A-C | PUBLIC |
| 61- Att D | Attachment D to Exhibit 61 filed UNDER SEAL | UNDER SEAL |
| 62 | Deposition of CTIEC-TECO American Technology, Inc. (Fred Paulsen) dated 4/24/2015 | UNDER SEAL |
| 63 | CNBM Group's "Global Presence" webpage, http://www.cnbm.com.cn/EN/c_00000016000300001/ (Exhibit | PUBLIC |

| FSIA Ex. # | Title | US/R/P |
|---|---|---|
| | 89) | |
| 64 | 2006 BNBM Group Auditor's Report [BNBM(Group)00000560R-611R] (Exhibit 169R) | REDACTED |
| 65 | 2007 BNBM Group Auditor's Report [BNBM(Group)0000651R-701R] (Exhibit 170R) | REDACTED |
| 66 | Transcript of Motion Hearing Proceedings dated 10/6/2015 | PUBLIC |
| 67 | 2009 BNBM Group Auditor's Report [BNBM(Group)00000850R-913R] (Exhibit 172R) | REDACTED |
| 68 | 2010 BNBM Group Auditor's Report [BNBM(Group)00000956R-1011R] (Exhibit 173R) | REDACTED |
| 69 | 2011 BNBM Group Auditor's Report [BNBM(Group)00001054R-109R] (Exhibit 174R) | REDACTED |
| 70 | 2012 BNBM Group Auditor's Report [BNBM(Group)00001154R-213R] (Exhibit 175R) | REDACTED |
| 71 | 2013 BNBM Group Auditor's Report [BNBM(Group)00001266R-337R] (Exhibit 176R) | REDACTED |
| 72 | 2014 BNBM Group Auditor's Report [BNBM(Group)00003274R-330R] (Exhibit 177R) | REDACTED |
| 73 | Taishan Gypsum Co., Ltd. Resolutions of the First Meeting of the 4th Board of Directors [TG 0020787] (Exhibit 23-1 at Exhibit 14) | REDACTED |
| 74 | "Main Issues in State-owned Asset Supervision and Administration Commission's Audit of Economic Responsibility" [BNBMPLC-E-0010163R] (Exhibit 134R) | PUBLIC |
| 75 | "Award for Significant Business Contributors from Taishan Gypsum and BNBM Homes," dated 01/20/2012 [BNBMPLC0007291] (Exhibit 143) | PUBLIC |
| 76 | Problems Discovered During Auditing Review [CNBMGRP00009807-9838](Exhibit 133) | PUBLIC |
| 77 | Explanation on the Rectification Status [BNBMPLC-E-0010164](Exhibit 134-1) | PUBLIC |
| 78 | Communications about the Problems of BNBM [Partial Translation of BNBMPLC-E-0006059-6060] (Exhibit 123) | PUBLIC |
| 79 | Summary Chart of Taishan Gypsum Board Sales to United States, with supporting documentation (Exhibit 394) | PUBLIC |
| 80 | Summary Chart of BNBM Sales, Contracts, and Shipments of | PUBLIC |

5

| FSIA Ex. # | Title | US/R/P |
|---|---|---|
| | Gypsum Drywall to U.S. (Exhibit 96) | |
| 81 | Email from PENG Wenlong (Taishan) to ZHANG Jian (CNBM Group) dated 6/27/2010 re Spreadsheets of TSG Exports [Translation of TG-0129674-676] | PUBLIC |
| 82 | CNBM Group Resolution No. 17 of the Third Session of the Board of Directors of CNBM Group dated 7/11/2014[CNBMGRP00393000-002] (part of Exhibit 332) | PUBLIC |
| 83 | Memorandum re "The Course of Events on Hiring Foreign Law Firms for the Gypsum Board Litigation in the United States – Brief Version of the Related Meetings" (redacted version of Exhibit 323) [BNBMPLC-E-0059965-0059966] | REDACTED |
| 84 | Letters with attachments from Knauf to SONG Zhiping (CNBM Group) and WANG Bing (BNBM Group) dated 5/15/2009 [KNAUFGIPS0160544-888] (Exhibit 61) | UNDER SEAL |
| 85 | Memorandum [Translation of BNBMPLC-E-0059967-77] (redacted version of Exhibit 331) | REDACTED |
| 86 | Privilege Log Produced by Hogan Lovells showing over 200 emails beginning in August, 2009 (Exhibit 66) | UNDER SEAL |
| 87 | Refusals of Service by CNBM Group (Exhibit 264) | PUBLIC |
| 88 | Refusals of Service by BNBM Group (Exhibit 95) | PUBLIC |
| 89 | Refusals of Service by CNBM (Exhibit 263) | PUBLIC |
| 90 | Refusals of Service by BNBM (Exhibit 93) | PUBLIC |
| 91 | Letter from James Stengel of Orrick to Arnold Levin dated 10/13/13 advising that Orrick had been retained as counsel for BNBM (Herman Aff. Ex. 144 filed 5/8/2012) | PUBLIC |
| 92 | Transcript of Special Hearing dated 2/12/2015 [Rec. Doc. No. 18475-7] | PUBLIC |
| 93 | Common Interest Joint Defense and Commonality Agreement dated 11/29/2010 (Exhibit 358) | PUBLIC |
| 94 | Common Interest, Joint Defense and Commonality Agreement dated March 2015 [BNBMPLC0007605-7625] (Exhibit 310) | PUBLIC |
| 95 | CNBM Group's Biography of PENG Xuefeng webpage, http://www.cnbm.com.cn/EN/c_0000001600070003/d_26385.html | PUBLIC |
| 96 | CNBM Group 18th Meeting of the Third Session of the Board of Directors of CNBM Group dated 8/15/2014 | REDACTED (privilege) |

| FSIA Ex. # | Title | US/R/P |
|---|---|---|
| | [CNBMGRP00346624-6636] (Exhibit 356) [Rec.Doc. No. 19492-3] | |
| 97 | BNBM Group website pages [ALRMH-CNBM00008874, 8887] (Exhibits 214 and 214A) | PUBLIC |
| 98 | CNBM Group Notice of 17th Meeting of Third Session of the Board of Directors of CNBM Group dated 11/7/2014 [CNBMGRP00010052-53] | PUBLIC |
| 99 | Email from DONG Chungang to Joe Cyr and Eugene Chen at Hogan Lovells dated 7/7/2014 [HL00000026 and HL00000026A](part of Exhibit 1) | UNDER SEAL |
| 100 | Email from DONG Chungang to Eugene Chen at Hogan Lovells regarding payment of legal bills dated 8/5/2014 [HL_00000306](part of Exhibit 1) | UNDER SEAL |
| 101 | Email from PENG Wenlong to Eugene Chen dated 7/7/2014 [HL00000104-105] (Exhibits 40 and 40A) | UNDER SEAL |
| 102 | Chart of CNBM Group Document Productions Before and After 30(b)(6) Deposition | PUBLIC |
| 103 | Email chain among CNBM Group, Taishan, BNBM and CNBM employees re: Drywall Lawsuit Press Release dated 8/19/2014 [CNBMGRP00346665](Exhibit 342) | UNDER SEAL |
| 104 | First Quarter 2012, CNBM Group International Trade Report [CNBMGRP00117685-117696](Exhibit 344-2) | UNDER SEAL |
| 105 | Chart of CNBM Document Productions Before and After 30(b)(6) Deposition | PUBLIC |
| 106 | Chart of Taishan Document Productions Before and After 30(b)(6) Deposition | PUBLIC |
| 107 | Chart of BNBM Group Document Productions Before and After 30(b)(6) Deposition | PUBLIC |
| 108 | Deposition of New Jersey Institute of Technology (Donald Sebastian) dated 4/22/2015 (Exhibit 42-1(A)) | UNDER SEAL |
| 109 | Deposition of Sunpin Solar Development, LLC (Steve Kim) dated 4/17/2015 (Exhibit 42-1(K)) | UNDER SEAL |
| 110 | Deposition of Western Wood (John Salamanca) dated 5/21/2015 (Exhibit 43-1(D)) | UNDER SEAL |
| 111 | Web Article, OKorder.com Official Launch from cnbm.com.cn dated 2/18/2011 [ALRMH-CNBM0008810-8812] (Exhibit 81) | PUBLIC |

| FSIA Ex. # | Title | US/R/P |
|---|---|---|
| 112 | Web Article, CTIEC signs Wal-Mart Roof Power Plant Project from cnbm.com.cn dated 3/2/2015 [ALRMH-CNBM0008813-8814] (Exhibit 82) | PUBLIC |
| 113 | Web Article, CTIEC signed a 100 MW Photovoltaic Power Plant Project in the U.S., from cnbm.com.cn dated 12/2/2014 [ALRMH-CNBM0008854-8855] (Exhibit 82-1) | PUBLIC |
| 114 | Transcript of Phone Conference Proceedings dated 9/17/2015 | PUBLIC |
| 115 | Letter from CNBM (USA) to Eastern Metal Supply, Inc. created on 4/3/2008 [CNBMUSA00045438] | REDACTED |
| 116 | 2003 For Profit Corporation Uniform Business Report and Articles of Incorporation for BNBM of America, Inc. [part of Ex.1 to the Deposition of Richard Hannam dated 2/13/2012] (Exhibit 144-3) | PUBLIC |
| 117 | Notice of the State Administration of Taxation on Issuing the Measures for the Implementation of Special Tax Adjustments (for Trial Implementation) (No. 2 [2009] of the State Administration of Taxation) [ALRMH-CNBM00008856-8872] (Exhibit 90) | PUBLIC |
| 118 | Declaration of Professor James Feinerman dated 9/16/2015 (Exhibit 409) | PUBLIC |
| 119 | Deposition of CNBM Group ZHOU Guoping dated 6/16-18/2015 | UNDER SEAL |
| 120 | Deposition of PENG Shou dated 9/16/2015 | UNDER SEAL |
| 121 | Resolutions of the General Meeting of Shareholders [of Taishan Gypsum] dated 4/25/2005 [TG0020601-602 & Translation] (Herman Aff. Ex. 185 filed 5/8/2012) | REDACTED |
| 122 | Shandong Taihe Dongxin Co., Ltd. Resolution of the First Extraordinary General Meeting of 2006 of Taishan [TG0020675-676 & Translation] (Herman Aff. Ex. 187 filed 5/8/2012) | PUBLIC |
| 123 | *CNBM Import & Export v. Murphy Overseas USA Astoria Forest Products, LLC, et al.*, No. 14-cv-00746 (D.Ore.) [Rec.Doc. No. 18302-8] (Exhibit 508) | PUBLIC |
| 124 | Deposition of Jeffrey J. Chang (BNK) dated 5/20/2015 | UNDER SEAL |
| 125 | Deposition of CAO Jianglin dated 8-4-5/2015 | UNDER SEAL |
| 126 | Deposition of Steve Zika dated 5/18/2015 (Exhibit 43-1(S)) | UNDER SEAL |

| FSIA Ex. # | Title | US/R/P |
|---|---|---|
| 127 | Memorandum of Understanding between Hampton Affiliates and CNBM Group (Exhibit 4 to Zika Deposition) | PUBLIC |
| 128 | Murphy Overseas USA Astoria Forest Products, LLC v. CNBM Import & Export, et al., No. 14-cv-00752 (D. Ore.); Westerlund Log Handlers, LLC, et al. v. CNBM Import & Export, et al., No. 14-cv-00618 (Clatsop Cty. Cir. Ct. Ore.) | PUBLIC |
| 129 | Joint Post-Hearing Memorandum of Clarification, CNBM Import & Export v. Murphy dated 1/26/15 & 2/10/15 [Rec. Doc. No. 18302-9] | PUBLIC |
| 130 | Letter from counsel for Murphy/Astoria dated 4/3/2015, Stipulation dated 8/8/2014, Settlement Agreement dated 11/10/2014, and related materials [Rec. Doc. No. 18671-2] | PUBLIC |
| 131 | Plaintiff China National Building Material Investment Co., Ltd. (f/k/a BND Co., Ltd.'s) Corporate Disclosure Statement filed in CNBMI v. BNK Int'l, No. 14-701 (W.D. Tex.) [part of Rec. Doc. No. 18671-13] | PUBLIC |
| 132 | Complaint and exhibits thereto in CNBMI v. BNK Int'l, No. 14-701 (W.D. Tex.) [Rec. Doc. No. 18671-13] | PUBLIC |
| 133 | CNBM Forest Products (Canada) Co., Ltd. "Contracts Status Check" [partial Translation of CNBMFP00001663] (Exhibit 511) | UNDER SEAL |
| 134 | "Strengthen Operation, Accelerate Construction, Develop Harmoniously, Work Together to Create Success" [Partial Translation of BNBMPLC-E-0004827-4847] (Exhibit 315R) | PUBLIC |
| 135 | "Welcome Speech on the 2008 BNBM Annual Marketing Meeting, BNBM General Manager Bing Wang" [Partial Translation of BNBMPLC-E-0005889-92] (Exhibit 316R) | PUBLIC |
| SUPPLEMENTAL RESPONSE EXHIBITS | | |
| 136 | Emails from Andrew K. Davidson, Esq. of Orrick dated 11/25/2015 regarding document productions by CNBM and CNBM Group | PUBLIC |
| 137 | Updated Chart of CNBM Group Document Productions *Before* and *After* 30(b)(6) Deposition | PUBLIC |
| 138 | Updated Chart of CNBM Document Productions *Before* and *After* 30(b)(6) Deposition | PUBLIC |
| 139 | Chart of Taishan Document Productions *Before* and *After* CNBM-BNBM 30(b)(6) Depositions | PUBLIC |

| FSIA Ex. # | Title | US/R/P |
|---|---|---|
| 140 | Updated Chart of Taishan Document Productions *Before* and *After* 30(b)(6) Depositions | PUBLIC |
| 141 | Official Transcript of Evidentiary Hearing dated 11/17/2015 (SEALED) | UNDER SEAL |
| 142 | Memorandum re: "The Course of Events on Hiring Foreign Law Firms for the Gypsum Board Litigation in the United States – Brief Version of the Related Meetings" [BNBMPLC-E-0059965-66] (redacted pursuant to Court Order at Rec. Doc. No. 19792) (previously identified as FSIA Ex. 83) | REDACTED |
| 143 | Email from Anthony Irpino to Counsel for CNBM and CNBM Group dated 11/25/2015 regarding Outstanding Discovery Issues | PUBLIC |
| 144 | Technical Code for Safety of Gypsum Plasterboard Enterprises: Instructions for Preparation [CNBMGRP00071458-480] (PENG Exhibit 810-1) | UNDER SEAL |
| 145 | Email from BNBM PLC to Taishan Gypsum instructing over CNBM Group's Comprehensive Risk Management Notice dated 4/5/2010 [TG-0217959] (PENG Exhibit 815) | PUBLIC |
| 146 | 2014 China National Building Materials Group Corporation Social Responsibility Report | PUBLIC |
| 147 | Email and attachment from PENG Wenlong to Manager XU [advertising executive] dated 11/14/2010 [TG-071054-56] (PENG Exhibits 809 & 809-1) | PUBLIC |
| 148 | Deposition of PENG Wenlong dated 11/12-14/2015 | UNDER SEAL |
| 149 | Email chain between and among CNBM, BNBM, and Taishan re: "Notice on submitting the information of import and export business operation and countermeasures of the enterprises during the financial crisis" dated 11/3-5/2008 [TG-0218944-946] (PENG Exhibit 814) | PUBLIC |
| 150 | Attachment to TG-0218944-946, "The Operation Situation and Relevant Suggestions on the Import and Export Business of Taishan Gypsum Company Limited" [TG-0218947-948] (PENG Exhibit 814-1) | PUBLIC |
| 151 | "Informational Report on the Class Actions Brought by the U.S. Parties Against Taishan Gypsum Company Limited" dated 5/11/2009 [TG-0208428-30] (PENG Exhibit 825) | PUBLIC |
| 152 | Email from PENG Wenlong [Taishan] to China Building Materials Academy dated 5/31/2009 [TG-0370699] (PENG Exhibit 817) | PUBLIC |

| FSIA Ex. # | Title | US/R/P |
|---|---|---|
| 153 | CNBM Group Corporation Meeting Minutes of the 5th Work Meeting of Managers of CNBMG Group dated 7/9/2010 [TG-00026029-39] (PENG Exhibit 822) | PUBLIC |
| 154 | Attachment to TG-0370699: "Questions to the Enterprise(s)," Taishan's response to China Building Material Academy [TG-0370700] (PENG Exhibit 817-1) | PUBLIC |
| 155 | Email from PENG Wenlong to ZHANG Jian dated 6/27/2010 [TG-0129674] (PENG Exhibit 801) | PUBLIC |
| 156 | Attachment 1 to TG-0129674: "Statement on the Data and Statistics of Exports to the U.S. from 2005 to 2007" [TG-0129675-76] (PENG Exhibit 801-1) | PUBLIC |
| 157 | Attachment 2 to TG-0129674: "Statistics of U.S. Gypsum Boards of Self-managed Export during 2005-2007" [TG-0129677] (PENG Exhibit 801-2) | PUBLIC |
| 158 | Memorandum re: "The Course of Events on Hiring Foreign Law Firms for the Gypsum Board Litigation in the United States" [BNBMPLC-E-0059967-77] (redacted pursuant to Court Order at Rec. Doc. No. 19792) (previously identified as FSIA Ex. 85). | REDACTED |
| 159 | Email from ZHANG Jian to JIA Tongchun, CHEN Yu, and WANG Bing dated 6/3/2010 [TG-0374792] (PENG Exhibit 821) | PUBLIC |
| 160 | Attachment to TG-0374792: "Informational Report on Seriously and Proactively Doing a Good Job in Responding to the Incident of 'Problematic Gypsum Boards Shipped to the United States'" (Opinion Soliciting Draft) [TG-0374793-801] (PENG Exhibit 821-1) | PUBLIC |
| 161 | CNBM Group's "Informational Report on Seriously and Proactively Doing a Good Job in Responding to the Incident of 'Problematic Gypsum Boards Shipped to the United States,'" *addressed to* General Administration of Quality Supervision, dated 4/10/2011 [TG-0217757-62] (PENG Exhibit 820) | PUBLIC |
| 162 | Email chain between and among PENG Wenlong, DONG Chungang, and ZHANG Jian dated 10/14/2014-11/3/2014 [TG-0369908-13] (PENG Exhibit 800) | UNDER SEAL |
| 163 | Meeting Minutes of the Seminar on Deepening Reform, CNBM Group Board of Directors, dated 2/26/2014 [CNBMGRP00023355-75] (PENG Exhibit 816) | PUBLIC |
| 164 | Offering Memorandum for 654,214,000 H Shares of CNBM Stock dated 3/16/2006 (MS-14) [MS001946-93] | PUBLIC |

| FSIA Ex. # | Title | US/R/P |
|---|---|---|
| 165 | Deposition of Morgan Stanley (Terence Keyes) dated 11/14/2015 | UNDER SEAL |
| 166 | Morgan Stanley Post-Mortem PowerPoint for CNBM dated 3/16/2006 [MS056130-38] (MS-17) | PUBLIC |
| 167 | CNBM Co., Ltd. [2007] No. 22, Tenth President's Office Meeting [CNBMCO00102014-25] (Exhibit 351) | PUBLIC |
| 168 | "Present the People, the Object, and the Mindset, Integrate Strictness with Reliability, and Change the Work Style" [CNBMCO00055606-611] (Exhibit 392) | PUBLIC |
| SECOND SUPPLEMENTAL RESPONSE EXHIBITS | | |
| 169 | Updated chart of CNBM Group Document Productions *Before* and *After* 30(b)(6) Deposition | PUBLIC |
| 170 | Deposition of HU Jinyu dated 12/7/2015 | UNDER SEAL |
| 171 | "CNBM Co., Ltd. 2010, 6th Working Meeting" dated 6/11/2010 [CNBMCO000327370-00327390] | PUBLIC |
| 172 | "Request for Instructions on Establishing the Trade Union at the Headquarters of China National Building Material Company, Ltd." Dated 5/10/2006 [CNBMCO00032583-32585] (HU Exhibit 656) | PUBLIC |
| 173 | "CNBM Request for Instructions on Trade Union Election at Expiration of Office Terms" dated 9/2/2014 [CNBMCO00073630-631] (HU Exhibit 652) | PUBLIC |
| 174 | "Work Report of China National Building Material Company Ltd. On Special Treatment of Private Coffers" dated 11/11/2011 [CNBMGRP00211002-00211011] (HU Exhibit 653) | PUBLIC |
| 175 | "V. Problems found in the audit" [CNBMGRP00331473-00331500] (HU Exhibit 662) | PUBLIC |
| 176 | "The Listing Office of China National Building Material Group Corporation, Meeting Minutes" of March 28, 2005 [CNBMCO00324464-00324470] | REDACTED (privilege) |
| 177 | "Notice on Summarizing the Information on the "Fifth Five-Year" Legal Knowledge Publicity Activities" dated 3/5/2007 [CNBMCO00217039] | REDACTED |
| 178 | "Report on Submitting the Implementation Plan on the Three-year Objective of Legal Work of China National Building Material Company Limited and Its Subordinate Enterprises" [CNBMCO00216986-00216994] | PUBLIC |

12

| FSIA Ex. # | Title | US/R/P |
|---|---|---|
| 179 | "BNBM PLC's Proposal for Cooperation and Investment Attraction Project" dated 9/30/2011 [CNBMGRP00402196-00402200] | PUBLIC |