# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO:**<br><br>*Gross v. Knauf Gips KG,* 2:09-cv-6690<br>*Amorin v. Taishan Gypsum,* 2:11-cv-1672<br>*Amorin v. Taishan Gypsum,* 2:11-cv-1395<br>*Amorin v. Taishan Gypsum,* 2:11-cv-1673<br>*Amorin v. SASAC,* 2:14-cv-1727<br>*State of Louisiana v. Knauf,* 2:10-cv-340<br>*Abner v. Taishan Gypsum,* 2:11-cv-3094<br>*Posey v. BNBM Co.,* 2:09-cv-6531<br>*Morris v. BNBM Co.,* 2:09-cv-6530<br>*Germano v. Taishan Gypsum,* 2:09-cv-6687<br>*Wiltz v. Beijing New Building Materials Public Limited Co.,* 2:10-cv-361 | |

## O R D E R

Considering the Motion for Expedited Hearing on The Plaintiffs' Steering Committee's Motion to Substitute the Supplemental Response and Second Supplemental Response, to CNBM Group's Motion to Dismiss on Ground of the Foreign Sovereign Immunities Act [Rec. Docs. 19658, 19817, 19934] (Addressing Removal of Confidentiality Designations and Lifting of Seal) filed by the Plaintiffs' Steering Committee;

IT IS ORDERED BY THE COURT that the motion is GRANTED and The Plaintiffs' Steering Committee's Motion to Substitute the PSC's Response, Supplemental Response and Second Supplemental Response, to CNBM Group's Motion to Dismiss on Ground of the Foreign Sovereign Immunities Act [Rec. Docs. 19658, 19817, 19934] (Addressing Removal of Confidentiality Designations and Lifting of Seal) [Rec. Doc. 21651] will be heard on an expedited

basis following the monthly status conference on August 14, 2018.

      New Orleans, Louisiana, this \_\_\_\_ day of _____, 2018.

                                              _____
                                              Eldon E. Fallon
                                              United States District Court Judge