UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Amorin v. Taishan Gypsum Co., Ltd., f/k/a/ Shandong Taihe Dongxin Co., Ltd.*, Case No. 2:11-cv-01395 (E.D. La.) (LA)<br><br>*Amorin v. Taishan Gypsum Co., Ltd., f/k/a/ Shandong Taihe Dongxin Co., Ltd.*, Case No. 2:11-cv-1673 (E.D. La.) (VA) | MDL No. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**CNBM AND BNBM ENTITIES' REPLY TO PLAINTIFFS' RESPONSE TO RULE TO SHOW CAUSE**

CNBM Company, BNBM Group, and BNBM PLC (the "CNBM and BNBM Entities") oppose Herman, Herman & Katz, LLC's ("Plaintiffs' counsel") request for a 60-day extension to perform further investigation to locate and secure completed Supplemental Plaintiff Profile Forms ("SPPFs") from Plaintiffs Landry, Peoples, Canepa, and Williams.

On January 23, 2018, this Court issued Pre-Trial Order 11A ("PTO 11A"). In that order, this Court set a 45-day deadline for submitting SPPFs. Rec. Doc. 21162 at 2. Those plaintiffs who failed to provide a complete and verified SPPF within that time would, for good cause shown, be given an additional 20 calendar days. *Id.* at 4. Accordingly, PTO 11A contemplated plaintiffs would complete the SPPF process by the end of March 2018. The order provided that failure to abide by these deadlines could result in dismissal.

Now, nearly five months after the original 45-day deadline, plaintiffs' counsel asks this Court for an *additional* two months—or seven months from the original due date—to provide

completed SPPF forms for several claimants.  Plaintiffs' counsel fails to provide any support for its request beyond a recitation of prior unsuccessful attempts to obtain the long-overdue SPPFs.  These facts do not provide a legitimate good cause basis to support its request.  Having searched in vain for the last five months, there is no reason to believe delaying the process another two would produce a different result.  Moreover, the request cannot even be squared with the PSC's own Trial Plan.  In it, the PSC proposes to respond within 15 days of Defendants' discovery requests to information relating to ownership, square footage, and product identification.  *See* Rec. Doc. 21525-2 at 2.  The PSC never explains how it can adhere to this deadline in its own proposal when plaintiffs' counsel cannot even get in contact with the homeowners.

Simply stated, Plaintiffs' counsel has had more than sufficient time to locate and obtain completed SPPFs from their clients and has failed to provide this Court with any legitimate basis for a further extension of the deadline.  Accordingly, this Court should deny plaintiffs' counsel's request and dismiss the identified claimants from this proceeding.

Dated:   August 9, 2018

Respectfully submitted,

*/s/ L. Christopher Vejnoska*

L. Christopher Vejnoska (CA Bar No. 96082)  
Eric Matthew Hairston (CA Bar No. 229892)  
ORRICK, HERRINGTON & SUTCLIFFE LLP  
The Orrick Building  
San Francisco, CA  94105  
T:  415-773-5700  
Email:  cvejnoska@orrick.com  
           ehairston@orrick.com

Eric A. Shumsky (D.C. Bar No. 477926)  
ORRICK, HERRINGTON & SUTCLIFFE LLP  
Columbia Center  
1152 15th Street NW  
Washington, D.C. 20005  
T:  202-339-8400  
Email:  eshumsky@orrick.com

James L. Stengel (NY Bar No. 1800556)  
Xiang Wang (NY Bar No. 4311114)  
ORRICK, HERRINGTON & SUTCLIFFE LLP  
51 West 52nd Street  
New York, NY, 10019  
T:  212-506-5000  
Email:  jstengel@orrick.com  
           xiangwang@orrick.com

Harry Rosenberg (LA Bar No. 11465)  
PHELPS DUNBAR LLP  
365 Canal Street, Suite 2000  
New Orleans, LA 70130-6534  
T:  (504) 584-9219  
Email:  harry.rosenberg@phelps.com

Dated:   August 9, 2018

3

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and email and upon all parties by electronically uploading the same to File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on August 9, 2018.

/s/ L. Christopher Vejnoska

L. Christopher Vejnoska (CA Bar No. 96082)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105
Tel:  415-773-5700
Fax: 415-773-5759
Email: cvejnoska@orrick.com