UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED  * | MDL Docket No. 2047 |
|     DRYWALL PRODUCTS  * | |
|     LIABILITY LITIGATION  * | SECTION L |
| * | |
| * | JUDGE FALLON |
| This document relates to All Cases  * | |
| * | MAGISTRATE JUDGE WILKINSON |
| * | |
| * | |
| * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PROPOSED AGENDA**
**FOR AUGUST 14, 2018 STATUS CONFERENCE**

**Joint Report**
    **Section**

        I.      PRE-TRIAL ORDERS

        II.     OMNIBUS ("OMNI") CLASS ACTION COMPLAINTS

        III.    INEX, BANNER, KNAUF, L&W and GLOBAL SETTLEMENTS

        IV.    TAISHAN, BNBM AND CNBM DEFENDANTS

        V.     VENTURE SUPPLY & PORTER BLAINE DEFENDANTS

        VI.    BENNETT CLASS ACTION

        VIII.  ATTORNEY FEES

        IX.    MATTERS SET FOR HEARING FOLLOWING THE CURRENT STATUS CONFERENCE

        XI.    SUGGESTION OF REMAND

        XII.   MISCELLANEOUS

        XIII.  NEXT STATUS CONFERENCE