UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED ) <br> DRYWALL PRODUCTS LIABILITY ) <br> LITIGATION ) <br> ) <br> This document relates to all Cases ) <br> ) <br> ALL CASES ) <br> _____ | MDL NO. 2047 <br> SECTION: L <br> JUDGE FALLON <br> MAG. JUDGE WILKINSON |

### JOINT MOTION TO DEPOSIT KNAUF MILESTONE FOUR OPTION TWO SETTLEMENT FUNDS IN COURT REGISTRY

Claimants, by and through the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman P.A, and the Knauf Defendants,[1] by and through their undersigned counsel, respectfully moves this Court for an Order allowing Stage Four Option Two Settlement Funds related to be deposited in the Court's Registry related to two claimants: (1) David and Joan Glickman (CLAIM #Glickman 100406; 100353-478) and (2) Raymond Rodriguez (CLAIM #111656; 100591-782) pending the ability of these individual respective Claimants to meet the conditions requested herein and as grounds therefore state as follows:

1. Claimants David and Joan Glickman participate in the Option Two Settlement involving the Knauf Defendants.

2. Claimant Raymond Rodriguez participates in the Option Two Settlement involving the Knauf Defendants.

3. Knauf Defendants have filed a Motion to Extinguish these claims. [D.E. 21190]. Each of the Claimants have opposed the Motion and filed affidavits in support of their opposition. [D.E. 21230-1; 21230-2].

---

[1] The Knauf Defendants include Knauf Plasterboard (Tianjin) Co., Ltd. ("KPT"), Knauf Plasterboard (Wuhu) Co., Ltd., Guangdong Knauf New Building Material Products Co., Ltd., Knauf International GmbH, Knauf Insulation GmbH, Knauf AMF GmbH & Co. KG, Knauf UK GmbH, Knauf do Brasil Ltda., Gebr. Knauf Verwaltungsgesellschaft KG, PT Knauf Gypsum Indonesia, or Knauf Gips KG.

4. Pending compliance with the Milestone Four requirements of the Option Two Settlement, according to the Brown Greer as the Settlement Administrator, Claimants would otherwise be entitled to the following proceeds: (a) David and Joan Glickman : $11,614.62; (b) Raymond Rodriquez: $10,267.40 (the "Milestone Four Payment")

5. In an effort to alleviate the continued administrative efforts of the Knauf Defendants while preserving the Claimants' entitlement to the settlement funds, the parties have agreed to (a) pursuant to Local Rule 67.2 and 67.3, request the subject settlement proceeds be deposited in the Court Registry and any future distribution to the Claimants and/or their designated contractor(s) be overseen by this Court; and, (b) that terms be established for any future distribution to the Claimants and/or their designated contractor(s).

6. Subject to this Honorable Court's approval, the following conditions for future distribution to the respective Claimants and/or their designated contractors(s)

   a. Claimants and/or their designated contractor(s) shall submit proof acceptable that the remediation of the KPT Property has been completed according to the Remediation Protocol, which may be in the form of a Certificate of Occupancy. See Section 4.3.2.2 from the Knauf Class Settlement Agreement (Doc. 16407-3).

   b. Claimants and/or their designated contractor(s) shall provide a final release/indemnity of lien or liens, or other such sufficient evidence, demonstrating that any actual or potential liens filed in relation to the remediation work have been either released or bonded off such that title to the KPT Property is clear or all liens related to the remediation work. *Id.*

Wherefore Claimants and Defendants pray that this Joint Motion to Deposit Knauf Milestone Four Option Two Settlement Funds in Court Registry be granted and the funds as stated in paragraph 4 held by the Settlement Administrator will be deposited in the Court

Registry until further Order of the Court.   Dated this 10th day of August, 2018.

Respectfully submitted,

| | |
|---|---|
| BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC | KRUPNICK CAMPBELL MALONE BUSER SLAMA HANCOCK LIBERMAN P.A. |
| /s/    Kerry  J.  Miller | /s/  Michael  J. Ryan |
| KERRY J. MILLER (#24562) T.A. | Michael J. Ryan, Esq. |
| DANIEL J. DYSART (#33812) | Florida Bar No. 975990 |
| 201 St. Charles Avenue, Suite 3600 | 12 SE 7 Street, Suite 801 |
| New Orleans, LA 70170 | Fort Lauderdale, FL 33301 |
| Telephone:   504.566.8646 | Phone:  (954)763-81818 |
| Facsimile:   504.585.6946 | Fax: (954-763-8292 |
| Email:         kjmiller@bakerdonelson.com | Email: pleadings-MJR@krupnicklaw.com |
| | mryan@krupnicklaw.com |
| Counsel for the Knauf Defendants | Attorneys for Claimants |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Joint Motion to Deposit Knauf Milestone Four Option Two Settlement Funds in Court Registry has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to File & ServeXpress f/k/a LexisNexis  in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.   Dated August 10, 2018.

| | |
|---|---|
| BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC | KRUPNICK CAMPBELL MALONE BUSER SLAMA HANCOCK LIBERMAN P.A. |
| /s/    Kerry  J.  Miller | /s/    Michael  J. Ryan |
| KERRY J. MILLER (#24562) T.A. | Michael J. Ryan, Esq. |
| DANIEL J. DYSART (#33812) | Florida Bar No. 975990 |
| 201 St. Charles Avenue, Suite 3600 | 12 SE 7 Street, Suite 801 |
| New Orleans, LA 70170 | Fort Lauderdale, FL 33301 |
| Telephone:   504.566.8646 | Phone:  (954)763-81818 |
| Facsimile:   504.585.6946 | Fax: (954-763-8292 |
| Email:         kjmiller@bakerdonelson.com | Email: pleadings-MJR@krupnicklaw.com |
| | mryan@krupnicklaw.com |
| Counsel for the Knauf Defendants | Attorneys for Claimants |