UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
       PRODUCTS LIABILITY LITIGATION :
       :
       : SECTION: L
This Document Relates to All Actions :
       : JUDGE FALLON
............................................... : MAG. JUDGE WILKINSON

**STATEMENT OF FACTS BY THE SETTLEMENT ADMINISTRATOR AS RELATED TO DAVID ORLOWSKI'S AMENDED MOTION TO BE INCLUDED AS A TIMELY FILED CLAIMANT**

The Settlement Administrator for the Chinese Drywall Settlement Program respectfully provides this Statement of Facts to the Court related to the *Memorandum of Law in Support of Plaintiff David Orlowski's Amended Motion to be Included as a Timely Filed Claimant,* filed with the Court as Rec. Doc. 21444.

1. On August 27, 2013, Mr. Orlowski filed a claim with the Settlement Administrator seeking Knauf Remediation benefits. The Settlement Administrator reviewed this claim and determined that Mr. Orlowski was already scheduled to have his property remediated by Moss through the Remediation Program. The Settlement Administrator therefore denied Mr. Orlowski's Knauf Remediation claim as moot. Mr. Orlowski did not appeal this denial.

2. Mr. Orlowski's property has been fully remediated as part of the Knauf Remediation Program. Moss completed remediation on or about July 28, 2015.

3. Mr. Orlowski received a lump sum payment pursuant to Section 4.3.1.1 of the Knauf Settlement Agreement. The Settlement Administrator wired the lump sum payment directly to Mr. Orlowski on or about March 2, 2015.

4. It appears that Mr. Orlowski is seeking benefits from the Other Loss Fund related to personal property damage, which would be categorized as a Miscellaneous claim in the Settlement Program. The deadline to file a claim for Other Loss benefits was October 25, 2013.

5. Mr. Orlowski did not file any other claims with the Settlement Administrator or otherwise notify the Settlement Administrator that he was seeking Other Loss benefits.

6. In the nearly five years since the claims deadline, the Settlement Administrator has completed the administration of the Other Loss Fund and all funds have been allocated to claimants who filed an eligible claim for Other Loss benefits. Thus, even if the Court grants Mr. Orlowski's motion to submit a late claim, there are not sufficient funds remaining in the Other Loss Fund to compensate Mr. Orlowski.

Respectfully submitted,

  /s/ Jacob Woody
Jacob S. Woody (Va. Bar No. 77485)
BrownGreer, PLC
250 Rocketts Way
Richmond, VA 23231
Telephone:  (804) 521-7234
Facsimile:  (804) 521-7299
jswoody@browngreer.com

*Settlement Administrator for the Chinese Drywall Settlement Program*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above pleading will be served on by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/EDF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 13th day of August, 2018.

    /s/Jacob Woody_____
Jacob S. Woody, Esquire (Va. Bar No. 77485)
BrownGreer, PLC
250 Rockets Way
Richmond, VA 23231
Telephone: (804) 521-7200
Facsimile: (804) 521-7299
jswoody@browngreer.com

*Settlement Administrator for the Chinese Drywall Settlement Program*