UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO.   2047<br>SECTION:   L<br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:**

*Amorin v. Taishan Gypsum Co., Ltd.*, et al.,
Case No. 11-1395 (EDLA)

*Amorin v. Taishan Gypsum Co., Ltd.*, et al.,
Case No. 11-1672 (EDLA)

*Amorin v. Taishan Gypsum Co., Ltd.*, et al.,
Case No. 11-1673
_____/

**PLAINTIFFS' RESPONSE TO RULE TO SHOW CAUSE REGARDING TAISHAN DEFENDANTS' MOTION TO DISMISS CERTAIN PLAINTIFFS**

**MAY IT PELASE THE COURT:**

   Plaintiffs, Ken James and Thomas Vita, on behalf of James & Vita, LLC, as current owners of the property located at 3808 Gallo Drive, Chalmette, LA 70043, have instructed undersigned counsel to close their case and informed us they no longer wish to pursue any claims for damages caused by Chinese Drywall.  Accordingly, counsel for Plaintiffs have no objection to the Motion to Dismiss filed by Taishan Defendants and Plaintiffs understand their claims will be dismissed with prejudice, each party to bear its own costs.

   Respectfully submitted this 13th day of August, 2018.


   _/s/ Francisco A. Albites_____
   FRANCISCO A. ALBITES, ESQ.
   Florida Bar NO. 78046
   PARKER WAICHMAN LLP
   27300 Riverview Center Blvd., Suite 103

Bonita Springs, FL 34134
Phone: (239) 390-1000
Direct: (239) 390-8612
Fax: (239) 390-0055
PWFLPleadings@yourlawyer.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Motion has been provided to Plaintiff's Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, by email and upon all parties by electronically uploading the same to File & Serve Xpress f/k/a LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 13th day of August, 2018.

 /s/ Francisco A. Albites
FRANCISCO A. ALBITES, ESQ.
Florida Bar NO. 78046
PARKER WAICHMAN LLP
27300 Riverview Center Blvd., Suite 103
Bonita Springs, FL 34134
Phone: (239) 390-1000
Direct: (239) 390-8612
Fax: (239) 390-0055
PWFLPleadings@yourlawyer.com