UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *ALL CASES* | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the *Motion for Leave to File Parker Waichman's Reply Memorandum in Support of Motion to Disqualify Fee Committee Chair and Co-Chair, Strike the Step Six Recommendation of the Majority of the Fee Committee, and Lift the Seal on Related Filings;*

IT IS ORDERED BY THE COURT that the Motion is GRANTED and the *Reply Memorandum in Support of Motion to Disqualify Fee Committee Chair and Co-Chair, Strike the Step Six Recommendation of the Majority of the Fee Committee, and Lift the Seal on Related Filings* shall be entered into the record.

New Orleans, Louisiana, this  13th  day of   August  , 2018  .

_____
Eldon E. Fallon
United States District Court Judge