UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| | JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>*ALL CASES* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**O R D E R**

Considering the Motion for Leave to File Declaration filed by the Fee Committee ("FC");

IT IS ORDERED BY THE COURT that the motion be and is hereby GRANTED and the attached Declaration of Arnold Levin in Opposition to Parker Waichman LLP's Motion to Disqualify Fee Committee Chair and Co-Chair be and is hereby filed into the record.

New Orleans, Louisiana, this  13th  day of        August        , 2018.

_____
Eldon E. Fallon
United States District Court Judge