# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, Case No. 2:11-cv-01395 (E.D. La.) (LA)<br><br>*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, Case No. 2:11-cv-1673 (E.D. La.) (VA) | |

## O R D E R

Considering the Motion for Leave to File The Plaintiffs' Steering Committee's Reply in Support of Motion to Clarify Rule to Show Cause of July 30, 2018;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the attached The Plaintiffs' Steering Committee's Reply in Support of Motion to Clarify Rule to Show cause of July 30, 2018 be and is hereby filed into the record.

New Orleans, Louisiana, this  13th day of    August   , 2018.

_____
Eldon E. Fallon
United States District Court Judge