UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| This document relates to all Cases | ) | |
| ALL CASES | ) ) | |

ORDER GRANTING JOINT MOTION TO DEPOSIT KNAUF MILESTONE
FOUR OPTION TWO SETTLEMENT FUNDS IN COURT REGISTRY

Considering the Joint Motion to deposit Knauf Milestone Four Option Two Settlement Funds in Court Registry by the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman P.A, and the Knauf Defendants,[1]

IT IS ORDERED that the Motion is Granted. The Settlement Administrator shall deposit the following funds to the Court Registry:

$11,614.62 for Claimants David and Joan Glickman (CLAIM #100406; 100353-478)

$10,267.40 for Claimant Raymond Rodriguez (CLAIM #111656; 100591-782)

Future distribution to the Claimants and/or their designated contractor(s) shall be upon future Order of this Court.

New Orleans, Louisiana, this 14th day of August, 2018.

Eldon E. Fallon
United States District Court Judge

---

[1] The Knauf Defendants include Knauf Plasterboard (Tianjin) Co., Ltd. ("KPT"), Knauf Plasterboard (Wuhu) Co., Ltd., Guangdong Knauf New Building Material Products Co., Ltd., Knauf International GmbH, Knauf Insulation GmbH, Knauf AMF GmbH & Co. KG, Knauf UK GmbH, Knauf do Brasil Ltda., Gebr. Knauf Verwaltungsgesellschaft KG, PT Knauf Gypsum Indonesia, or Knauf Gips KG.