MINUTE ENTRY
FALLON, J.
AUGUST 14, 2018

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY LITIGATION | |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| REF: 09-7628 and 10-932 | MAGISTRATE WILKINSON |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Mary Thompson

Appearances:   William Wayne, Pro Se Plaintiff
                         Danny Dysart, Esq. for Knauf Defendants

Mr. William Wayne appeared in person and addressed the Court regarding the status and outcome of his case as well as certain parts of the settlement agreement with Knauf.

The Court will issue its written opinion accordingly.

JS10:    :26