MINUTE ENTRY
FALLON, J.
AUGUST 14, 2018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: REF: 09-6068 | JUDGE FALLON MAGISTRATE WILKINSON |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Mary Thompson

Appearances: Danny Dysart, Esq., for the Knauf Defendants

ORDER TO SHOW CAUSE:

Slidell Property Management, LLC, was ORDERED to appear and show cause this date, why their case should not be dismissed.

No one appeared on behalf of Slidell Property Management, LLC, therefore IT IS ORDERED that this case be dismissed, with prejudice.

JS10:  :02