MINUTE ENTRY
FALLON, J.
AUGUST 14, 2018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED           MDL NO. 2047
DRYWALL PRODUCTS LIABILITY LITIGATION
                                       SECTION: L

THIS DOCUMENT RELATES TO:             JUDGE FALLON
REF: 11-1395, 11-1672, 11-1673        MAGISTRATE WILKINSON

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Mary Thompson

Appearances:   Emma Schwab, Esq., Sandra Duggan, Esq., Lenny Davis, Esq., Arnold Levin, Esq., and Sal Christina, Esq. for Certain Plaintiffs
Pat Wallace, Esq., Lawrence Centola, Esq., Patrick Montoya, Esq., and Richard Serpe, Esq., (all by phone), for Certain Plaintiffs
Christy Eikhoff, Esq., for Defendants Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd.

SHOW CAUSE HEARING (doc. 21608)

1. Motion of Defendants, CNBM Company, BNBM Group and BNBM PLC, to Dismiss Certain Plaintiffs Pursuant to Federal Rule of Civil Procedure 37(b)     (21351)

2. Motion of Defendants Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd., to Dismiss for Failure to Complete Supplemental Profile Forms   (21353)

A Show Cause hearing was held this date and there were appearances by multiple counsel, in person and by phone.

The Court issued its rulings as stated orally on the record. Counsel for the parties will submit proposed orders to the court regarding the Court's rulings on said matters.


JS10:    :37