MINUTE ENTRY
FALLON, J.
AUGUST 15, 2018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED     MDL NO. 2047
DRYWALL PRODUCTS LIABILITY LITIGATION

SECTION: L

THIS DOCUMENT RELATES TO:     JUDGE FALLON
REF: 11-1395, 15-4127     MAGISTRATE WILKINSON

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Karen Ibos

Appearances:   Arnold Levin, Esq. for Plaintiffs
James Stengel, Esq. for Defendants, CNBM Company, BNBM Group and BNBM PLC
Christy Eikhoff, Esq., for Defendants Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd.

1. Motion of Defendants, China National Building Materials Company, Ltd., Beijing New Building Materials (Group) Co. Ltd., and Beijing New Building Materials Public Limited Company, (collectively, the CNBM and BNBM Entities), to Adopt Louisiana Amorin Trial Plan (21501)

After argument – Motion was taken under submission

2. Motion of Defendants, Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co., Ltd., for Adoption of Proposed Plan for Adjudication and Resolution of Louisiana Claims in Amorin and Brooke (21503)

After argument – Motion was taken under submission

IT IS ORDERED that the parties are granted leave to file any supplemental post-hearing briefing within five (5) days, and these briefs are to be filed simultaneously.


JS10: 1:02