# EXHIBIT 4

1                    UNITED STATES DISTRICT COURT

2                   EASTERN DISTRICT OF LOUISIANA

3

4

5    IN RE:   CHINESE MANUFACTURED        *   Docket 09-MD-2047
              DRYWALL PRODUCTS            *
6             LIABILITY LITIGATION        *   Section L
                                          *
7                                         *   New Orleans, Louisiana
                                          *
8    Relates to:  All Cases               *   April 30, 2015
     * * * * * * * * * * * * * * * * * *

9

10                 TELEPHONE STATUS CONFERENCE BEFORE
                   THE HONORABLE ELDON E. FALLON
11                 UNITED STATES DISTRICT JUDGE

12

13   APPEARANCES:

14   For the Plaintiffs:          Herman Herman Katz & Cotlar
                                  BY:  RUSS M. HERMAN, ESQ.
15                                BY:  LEONARD A. DAVIS, ESQ.
                                  BY:  MADELYN M. O'BREIN, ESQ.
16                                820 O'Keefe Avenue
                                  New Orleans, Louisiana 70113
17

18
     For the Plaintiffs:          Levin, Fishbein, Sedran & Berman
19                                BY:  ARNOLD LEVIN, ESQ.
                                  510 Walnut Street
20                                Suite 500
                                  Philadelphia, Pennsylvania 19106
21

22
     For the Plaintiffs:          Gainsburg Benjamin David
23                                  Meunier & Warshauer, LLC
                                  BY:  GERALD E. MEUNIER, ESQ.
24                                1100 Poydras Street
                                  Suite 2800
25                                New Orleans, Louisiana  70163

1   APPEARANCES:

2   For the Plaintiffs:          Seeger Weiss, LLP
                                 BY:  CHRISTOPHER A. SEEGER, ESQ.
3                                77 Water Street
                                 New York, New York  10005
4

5
    For Knauf:                   Baker Donelson Bearman
6                                  Caldwell & Berkowitz, PC
                                 BY:  JAMES R. PARISH, ESQ.
7                                201 St. Charles Avenue
                                 Suite 3600
8                                New Orleans, Louisiana  70170

9

10  For Taishan:                 Alston & Bird, LLP
                                 BY:  BERNARD TAYLOR, SR., ESQ.
11                               BY:  MICHAEL P. KENNY, ESQ.
                                 BY:  CHRISTINA HULL EIKHOFF, ESQ.
12                               1201 West Peachtree Street
                                 Atlanta, Georgia  30309-3424
13

14
    For CNBM:                    Orrick Herrington & Sutcliffe, LLP
15                               BY:  CHRISTOPHER VEJNOSKA, ESQ.
                                 405 Howard Street
16                               San Francisco, California  94105

17

18  For CNBM:                    Orrick Herrington & Sutcliffe, LLP
                                 BY:  JAMES L. STENGEL, ESQ.
19                               512 West 52nd Street
                                 New York, New York  10019-6142
20

21
    For CNBM:                    Gordon Arata McCollam
22                                 Duplantis & Eagan, LLC
                                 BY:  DONNA PHILLIPS CURRAULT, ESQ.
23                               201 St. Charles Avenue
                                 40th Floor
24                               New Orleans, Louisiana  70170-4000

25

1   APPEARANCES:

2

3   For BNBM:                        Dentons US, LLP
                                     BY:  RICHARD L. FENTON, ESQ.
                                     233 South Wacker Drive
4                                    Suite 7800
                                     Chicago, Illinois  60606
5

6
7   For BNBM:                        Dentons US, LLP
                                     BY:  C. MICHAEL MOORE, ESQ.
                                     2000 McKinney Avenue
8                                    Suite 1900
                                     Dallas, Texas  75201
9

10
11  For BNBM:                        Dentons US, LLP
                                     BY:  MICHAEL H. BARR, ESQ.
                                     1221 Avenue of the Americas
12                                   New York, New York  10020-1089

13

14  For BNBM:                        Phelps Dunbar, LLP
                                     BY:  HARRY ROSENBERG, ESQ.
15                                   365 Canal Street
                                     Suite 2000
16                                   New Orleans, Louisiana  70130

17

18  Official Court Reporter:         Jodi Simcox, RMR, FCRR
                                     500 Poydras Street
19                                   Room B-406
                                     New Orleans, Louisiana 70130
20                                   (504) 589-7780

21

22  Proceedings recorded by mechanical stenography, transcript

23  produced by computer.

24

25

**<u>PROCEEDINGS</u>**

**(April 30, 2015)**

**\*\*\*\*\*\***

8:55AM   1

8:55AM   2

8:55AM   3

8:55AM   4

8:55AM   5          (WHEREUPON, the following proceedings were held via

8:55AM   6   telephone in chambers.)

8:55AM   7          **THE COURT:**  Hello.  Good morning, everyone.  This is

9:03AM   8   Judge Fallon.

9:03AM   9          **MR. LEVIN:**  Good morning, Your Honor.  Arnold Levin,

9:03AM  10   and my group.

9:03AM  11          **THE COURT:**  Okay.  Then from the Plaintiffs Steering

9:03AM  12   Committee, who's on?

9:03AM  13          **MR. HERMAN:**  Russ Herman, Lenny Davis, and Madelyn

9:04AM  14   O'Brein from our office.

9:04AM  15          **MR. SEEGER:**  Chris Seeger, Your Honor.

9:04AM  16          **THE COURT:**  All right, Chris.

9:04AM  17          **MR. MEUNIER:**  Jerry Meunier, Judge.

9:04AM  18          **THE COURT:**  All right.  And for the Knauf entities?

9:04AM  19          **MR. MILLER:**  It's James Parish from Baker Donelson.

9:04AM  20          **THE COURT:**  Okay.  And for Taishan?

9:04AM  21          **MR. TAYLOR:**  Your Honor, Bernard Taylor, and good

9:04AM  22   morning --

9:04AM  23          **THE COURT:**  Good morning.

9:04AM  24          **MR. TAYLOR:**  -- Mike Kenny and Christy Eikhoff.

9:04AM  25          **THE COURT:**  Okay.  And for CNBM?

JODI SIMCOX, RMR, FCRR – OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

9:04AM 1          **MR. VEJNOSKA:**  Good morning.  It's Chris Vejnoska

9:04AM 2    with Jim Stengel and Donna Currault.

9:04AM 3          **THE COURT:**  All right, Chris.

9:04AM 4          And for BNBM?

9:04AM 5          **MR. BARR:**  Your Honor, it's Michael Barr, along with

9:04AM 6    Rick Fenton, and also Mike Moore, who I believe is trying to

9:04AM 7    dial in as well.  It'll be the three.

9:04AM 8          **THE COURT:**  And anybody from the CNBM Group or is

9:04AM 9    that the same?  Okay.  Anyone else on the line?

9:04AM 10         **MR. ROSENBERG:**  Your Honor, just to be complete,

9:04AM 11   Harry Rosenberg for CNBM.

9:04AM 12         **THE COURT:**  All right.  Gotcha, Harry.

9:04AM 13         Okay.  As I mentioned, this is a follow-up from

9:05AM 14   our last conference on April the 24th.  At that conference, to

9:05AM 15   bring everybody up to speed, I saw that we were dealing with

9:05AM 16   two tracks.  One, the contempt track.  And the discovery in the

9:05AM 17   contempt track had to be centered on who are the affiliates;

9:05AM 18   did they do any business in the United States during the time

9:05AM 19   in question; and if so, what were their earnings?

9:05AM 20         We also have the damage track, which is

9:05AM 21   consistent with the damage trial to proceed in June.  On that

9:05AM 22   track, the discovery was to be centered on what witnesses or

9:05AM 23   documents are to be used, and I gave some dates regarding the

9:05AM 24   witnesses and the depositions and the documents.

9:06AM 25         Now, it looks like we may have a third track,

9:06AM  1    which is introduced by BNBM.  BNBM, I received yesterday a

9:06AM  2    memorandum, a motion in effect, contesting alter ego status

9:06AM  3    jurisdiction of the Court over BNBM.  So this, to me, at least

9:06AM  4    from BNBM's standpoint, broadens the scope of discovery as to

9:06AM  5    BNBM.

9:06AM  6              The questions that are raised in that motion

9:06AM  7    seem to me to be who they are; what they do; how they do it;

9:06AM  8    some type of discovery.

9:06AM  9              The same type of discovery that went on,

9:06AM  10   basically, with Taishan, such as:  Alter ego relationships;

9:06AM  11   whether there's a single business enterprise; whether there's a

9:06AM  12   relationship between the two companies; the names of the board

9:06AM  13   of directors; whether these board of directors serve on any of

9:07AM  14   the other companies; whether there's any business contacts with

9:07AM  15   the U.S.; bank accounts; corporate documents; things of that

9:07AM  16   sort.

9:07AM  17             If BNBM needs any information as to what the

9:07AM  18   scope of discovery would be, I suggest they talk to Taishan

9:07AM  19   because Taishan's been through it a bit.

9:07AM  20             This, of course, raises a question of whether

9:07AM  21   BNBM wants to or, for that matter, should be allowed to

9:07AM  22   participate in the damage aspect of the case scheduled in June.

9:07AM  23   If they do, the question is:  Do they waive their

9:07AM  24   jurisdictional objection?  If they don't, what effect will it

9:07AM  25   have on them?

9:07AM  1        I don't know the answer to those questions at

9:07AM  2   this time, but the parties may want to analyze the situation;

9:07AM  3   and, if necessary, or if they feel necessary, bring any

9:07AM  4   appropriate motions and I'll deal with it.

9:07AM  5        The third track probably will take longer than

9:08AM  6   the discovery in the first two tracks.  And after a period of

9:08AM  7   discovery, I'll hear oral argument on it and I'll issue an

9:08AM  8   opinion.  The Fifth Circuit, I'm sure, is familiar with the

9:08AM  9   case now since nearly almost half of the judges there have had

9:08AM  10  an opportunity to review similar issues and deal with it.

9:08AM  11       But I don't see that third track interfering

9:08AM  12  with the damage trial at all.  So the purpose of this

9:08AM  13  conference is really to check in with you all and see how we're

9:08AM  14  doing with the first two tracks, the contempt track and the

9:08AM  15  damage track.

9:08AM  16       Let me hear from the plaintiffs.

9:08AM  17       **MR. LEVIN:**  Your Honor, this is Levin, and I'll speak

9:08AM  18  to the contempt track and the affiliate track.

9:08AM  19       We've been taking a lot of discovery on our own,

9:08AM  20  unearthing corporations and entities that did business during

9:09AM  21  the period of contempt.  The only discovery that we've had

9:09AM  22  that's relative to this issue from the defendants is four

9:09AM  23  companies that have been identified by BNBM.

9:09AM  24       We've heard nothing from CNBM.  We've heard

9:09AM  25  nothing from Taishan, and only this limited amount from BNBM.

| | |
|---|---|
| 9:09AM | 1 |
| 9:09AM | 2 |
| 9:09AM | 3 |
| 9:09AM | 4 |

9:09AM 1 Those four companies, we've noticed for depositions, and we're
9:09AM 2 preparing for depositions where the deponents provide us with
9:09AM 3 documents.  We've gotten them very quickly to all of the
9:09AM 4 defendants in this case.
9:09AM 5          But we're -- I won't use the word "stonewalled."
9:09AM 6 I wanted to use it, but I won't use it.  We're getting
9:09AM 7 absolutely nothing.  And it looks to me like it's the
9:09AM 8 old-fashioned trial-by-ambush.  Everything is being dragged
9:10AM 9 out, and nothing is coming.
9:10AM 10          **MR. HERMAN:**  Your Honor, if I could amplify that,
9:10AM 11 I'll just speak to the affiliate issue since Your Honor has
9:10AM 12 already stated the alter ego jurisdiction issues are on the
9:10AM 13 side.
9:10AM 14          CNBM Group and CNBM have listed ten witnesses.
9:10AM 15 CNBM Group has produced no documents to date.  CNBM, for nine
9:10AM 16 witnesses, has produced 34 total documents in English only.
9:10AM 17 It's about three documents a deponent.
9:10AM 18          One of the difficulties is if we don't get
9:10AM 19 English and Chinese, when we seek to cross-examine a witness
9:10AM 20 who doesn't speak English, we only have an English document.
9:10AM 21 And we don't have any documents, so to speak, for these ten
9:11AM 22 witnesses.
9:11AM 23          Now, I received this morning -- I'm sorry, late
9:11AM 24 yesterday afternoon and I replied this morning to counsel
9:11AM 25 opposite for CNBM Group and CNBM that the first thing that has

| | |
|---|---|
| 9:11AM | 1 | to happen is we have to have documents.  That we can't agree to |
| 9:11AM | 2 | deposition dates, which were generally the 21st through the |
| 9:11AM | 3 | 24th of May, without having documents.  It just doesn't make |
| 9:11AM | 4 | sense.  Nor is it, we believe, proper preparation conduct for a |
| 9:11AM | 5 | plaintiff to take a deposition in a case where they haven't |
| 9:11AM | 6 | received documents, haven't had an opportunity to review them. |
| 9:11AM | 7 | And we are very, very concerned on the affiliate |
| 9:11AM | 8 | track with not having received virtually any documents. |
| 9:12AM | 9 | THE COURT:  Okay.  I got it. |
| 9:12AM | 10 | Let me hear from you, Bernard. |
| 9:12AM | 11 | MR. TAYLOR:  Good morning.  Your Honor, I'm getting a |
| 9:12AM | 12 | little bit of a feedback, but I hope you can hear me with all |
| 9:12AM | 13 | the -- |
| 9:12AM | 14 | THE COURT:  I can hear you. |
| 9:12AM | 15 | MR. TAYLOR:  All right.  Good. |
| 9:12AM | 16 | Good morning, again, Your Honor.  In regards to |
| 9:12AM | 17 | our production on the contempt track, we will be producing a |
| 9:12AM | 18 | small group of documents tomorrow that are from the hard copy |
| 9:12AM | 19 | documents that we previously produced in English.  But we |
| 9:12AM | 20 | will -- but that's just showing how long it takes in order to |
| 9:12AM | 21 | fully translate some of the financial documents.  That is a |
| 9:12AM | 22 | small group. |
| 9:12AM | 23 | But as the Court has seen from the status report |
| 9:12AM | 24 | we provided earlier this week, we're still working with Grant |
| 9:12AM | 25 | Thornton to make sure that we get documents that are machine |

| | | |
|---|---|---|
| 9:12AM | 1 | translated that we can produce to the -- to the PSC. |
| 9:13AM | 2 | It's our understanding from Grant Thornton, that |
| 9:13AM | 3 | based upon where they are right now in the process, that we |
| 9:13AM | 4 | should be receiving some documents that we'll be able to review |
| 9:13AM | 5 | those documents for purposes of relevancy and to be produced. |
| 9:13AM | 6 | And that we believe we'll be able to begin the |
| 9:13AM | 7 | process of producing documents starting probably around mid |
| 9:13AM | 8 | next week to the PSC. |
| 9:13AM | 9 | THE COURT:  All right. |
| 9:13AM | 10 | MR. TAYLOR:  Now, Your Honor -- |
| 9:13AM | 11 | THE COURT:  Keep in mind -- |
| 9:13AM | 12 | MR. HERMAN:  Your Honor, I want to comment, and that |
| 9:13AM | 13 | is -- excuse me -- that I thought there was an earlier status |
| 9:13AM | 14 | conference in which relevancy was not a bar to the production |
| 9:13AM | 15 | of documents, number one. |
| 9:13AM | 16 | And, secondly, the fact that not only are we not |
| 9:13AM | 17 | receiving substantial documents, we're not receiving privilege |
| 9:14AM | 18 | logs from anyone. |
| 9:14AM | 19 | MR. TAYLOR:  Well, Your Honor, if I could respond to |
| 9:14AM | 20 | that, because I hadn't quite finished -- |
| 9:14AM | 21 | THE COURT:  Sure. |
| 9:14AM | 22 | MR. TAYLOR:  -- but I don't want to cut off the |
| 9:14AM | 23 | Court. |
| 9:14AM | 24 | MR. HERMAN:  I apologize to Your Honor. |
| 9:14AM | 25 | THE COURT:  All right.  Wait.  Let's take one at a |

|        |    |                                                             |
|--------|----|-------------------------------------------------------------|
| 9:14AM | 1  | time.                                                       |
| 9:14AM | 2  | Let me hear from you, Bernard.                              |
| 9:14AM | 3  | MR. TAYLOR:  All right.  And when I was talking about       |
| 9:14AM | 4  | the issue of focusing on the issue of relevancy, I was talking |
| 9:14AM | 5  | about the scope that the Court has already discussed.       |
| 9:14AM | 6  | THE COURT:  All right.                                      |
| 9:14AM | 7  | MR. TAYLOR:  And, of course, separating out the            |
| 9:14AM | 8  | privilege documents and preparing the privilege log, which will |
| 9:14AM | 9  | be prepared on an ongoing basis.  And so what we're going to be |
| 9:14AM | 10 | able to do is, is next week we think we'll be able to start |
| 9:14AM | 11 | preparing or presenting those documents to the PSC.         |
| 9:14AM | 12 | And, Your Honor, just taking it a step further,            |
| 9:14AM | 13 | we understand and agree with the PSC that, obviously, both  |
| 9:14AM | 14 | sides needs to have the access to the documents in a way that |
| 9:14AM | 15 | we can read them.  So that, one, we can prepare our witnesses, |
| 9:14AM | 16 | and they can, of course, examine our witnesses.            |
| 9:15AM | 17 | So in regards to the dates for depositions, it             |
| 9:15AM | 18 | may be, and this is just a proposal, a good idea to push the |
| 9:15AM | 19 | depositions back to start, as I think Mr. Herman suggested, |
| 9:15AM | 20 | maybe the last week of May and maybe the first week of June so |
| 9:15AM | 21 | that we can make sure that we have the documents to the PSC and |
| 9:15AM | 22 | for us to prepare our witnesses and for them to take        |
| 9:15AM | 23 | depositions.                                                |
| 9:15AM | 24 | THE COURT:  Are you finished, Bernard?                      |
| 9:15AM | 25 | MR. TAYLOR:  I'm finished now, Your Honor.                  |

|       |    |                                                              |
|-------|----|--------------------------------------------------------------|
| 9:15AM | 1 | **THE COURT:**  All right. |
| 9:15AM | 2 | **MR. LEVIN:**  Russ, do you want to -- excuse me, Your |
| 9:15AM | 3 | Honor. |
| 9:15AM | 4 | **THE COURT:**  Go ahead. |
| 9:15AM | 5 | **MR. LEVIN:**  I wanted to know whether Russ wanted to |
| 9:15AM | 6 | respond or -- because I have something to say. |
| 9:15AM | 7 | **THE COURT:**  Go ahead, Arnold. |
| 9:15AM | 8 | **MR. HERMAN:**  Go ahead, Arnold. |
| 9:15AM | 9 | **MR. LEVIN:**  Okay.  We keep pushing things back and |
| 9:15AM | 10 | everything.  They're producing witnesses.  We're not going to |
| 9:15AM | 11 | have the documents to examine these witnesses, let alone on |
| 9:15AM | 12 | affiliates, if it's pushed to two weeks before June 9th, and |
| 9:16AM | 13 | putting aside the motions that have been filed by BNBM and the |
| 9:16AM | 14 | anticipated motions that will be filed by CNBM. |
| 9:16AM | 15 | So that these witnesses, when they do come to |
| 9:16AM | 16 | the United States and are being deposed, those depositions have |
| 9:16AM | 17 | to be left open because there will be additional depositions |
| 9:16AM | 18 | based on additional witnesses that the documents show us, as |
| 9:16AM | 19 | well as additional documents that we intend to question these |
| 9:16AM | 20 | witnesses on. |
| 9:16AM | 21 | And I don't know whether they're going to stay |
| 9:16AM | 22 | in the United States until that's occurred, but we have to have |
| 9:16AM | 23 | some reassurance that they will be produced when there's |
| 9:16AM | 24 | complete discovery so that we can conclude the depositions that |
| 9:16AM | 25 | are left open. |

9:16AM    1        **MR. BARR:**  Your Honor, it's --

9:16AM    2        **MR. LEVIN:**  This is a burden on us.

9:16AM    3        **THE COURT:**  All right.

9:16AM    4        **MR. HERMAN:**  Your Honor, I --

9:16AM    5        **THE COURT:**  Wait, wait, wait.

9:16AM    6        **MR. BARR:**  Your Honor, it's Michael Barr on behalf of

9:16AM    7   the B Group, and if I can respond just briefly to what Arnold

9:16AM    8   just said on a couple of different fronts.

9:16AM    9        Number one, Your Honor, to respond to something

9:17AM   10   that you stated at the outset, and as I believe Mr. Fenton

9:17AM   11   stated in the last conference with the Court, we are not

9:17AM   12   seeking any delay of the damages hearing.  We respectfully

9:17AM   13   believe we are entitled to participate in that hearing.  And if

9:17AM   14   that needs to be briefed before the Court, we are prepared to

9:17AM   15   do so.

9:17AM   16        Second, the discovery that was served by the

9:17AM   17   PSC, which we have addressed in various submissions we have

9:17AM   18   made to the Court, went far broader than the two tracks that

9:17AM   19   the Court initially described here at the outset of this call.

9:17AM   20   And, indeed, we have been, on behalf of both BNBM, PLC, and

9:17AM   21   BNBM Group, diligently producing documents.  Have produced over

9:17AM   22   10,000 documents to this point.

9:17AM   23        Similar to what Bernard described, are

9:17AM   24   anticipating beginning the E discovery production early next

9:17AM   25   week.  And much of that material goes to both the two tracks

9:17AM  1   that the Court has raised that are to be addressed immediately,
9:17AM  2   but also go well beyond that to exactly the kind of alter
9:18AM  3   ego/personal jurisdiction issues that the Court also identified
9:18AM  4   would be at issue.
9:18AM  5           We recognize that when we filed those motions
9:18AM  6   yesterday that they were likely to prompt additional discovery,
9:18AM  7   and we anticipate we will be receiving such discovery demands
9:18AM  8   from the plaintiffs.  We'll address them.  We'll object to
9:18AM  9   them, if appropriate, or we'll continue to respond to them as
9:18AM  10  we have.
9:18AM  11          We further recognize that not all discovery
9:18AM  12  relating to those personal jurisdiction issues are likely to be
9:18AM  13  closed by the time we get through the course of the month of
9:18AM  14  May, and there may be some things that are still outstanding.
9:18AM  15  But, of course, we are bringing three witnesses to this
9:18AM  16  country.
9:18AM  17          And Your Honor fully understands the kind of
9:18AM  18  difficulties in terms of visas, passports, and permission that
9:18AM  19  took to get them there.  We certainly anticipate that the
9:18AM  20  plaintiffs will have the ability, with the documents that will
9:18AM  21  have been produced to that point, to ask questions that also
9:18AM  22  will address these broader issues.
9:19AM  23          And then if there is further discovery that has
9:19AM  24  to happen, you know, beyond that, both in terms of additional
9:19AM  25  witnesses and maybe additional questions for those witnesses,

9:19AM 1    we'd like to hope that we could work that out with the

9:19AM 2    plaintiffs in a way that meets everybody's needs.

9:19AM 3                **MR. HERMAN:** Your Honor, this is --

9:19AM 4                **THE COURT:** Wait, wait, wait. Let him finish, Russ.

9:19AM 5                     Go ahead, Michael.

9:19AM 6                **MR. BARR:** Again, it's Michael Barr speaking, Judge.

9:19AM 7                **THE COURT:** Yes.

9:19AM 8                **MR. BARR:** That is, essentially, our position here in

9:19AM 9    terms of what we're producing. Obviously, we just filed these

9:19AM 10   papers yesterday. We realize the Court has not had an

9:19AM 11   opportunity to look at them.

9:19AM 12               **THE COURT:** Right.

9:19AM 13               **MR. BARR:** We do believe there are significant

9:19AM 14   differences relevant to our clients, among them the fact that

9:19AM 15   all of the testing that has ever been done by the Consumer

9:19AM 16   Products Safety Commission and the like did not show problems

9:19AM 17   with our drywall. Those are issues that we do need to address

9:19AM 18   with the Court. We know the Court will look at those based

9:19AM 19   upon the facts and the law that are put before it, and we

9:19AM 20   recognize that process may take some time.

9:20AM 21               But, in the meantime, we are not seeking to

9:20AM 22   delay any proceedings here, and, again, that goes with the

9:20AM 23   damages hearing and the other issues raised by the Court.

9:20AM 24               **MR. HERMAN:** Your Honor --

9:20AM 25               **THE COURT:** Go ahead.

9:20AM  1       **MR. HERMAN:**  -- I'd like to reply, and excuse me, I

9:20AM  2    apologize for interrupting.

9:20AM  3            Learned counsel opposite mentions 10,000

9:20AM  4    documents.  There are actually 504 documents produced.  Some

9:20AM  5    are multiple pages, that's true, but there are only 504

9:20AM  6    documents.

9:20AM  7            Secondly, to expect that we -- we've tried to

9:20AM  8    raise this issue at the first hearing where counsel appeared.

9:20AM  9    We invited counsel to meet and confer, but learned counsel and

9:20AM  10    his colleagues left the courtroom.  We were told at the second

9:20AM  11    conference that they were going to raise these issues.  They

9:20AM  12    did not raise them during the status conference, only

9:20AM  13    afterwards.  We have been pressing the issue because we believe

9:21AM  14    that we need extensive discovery.

9:21AM  15            Now, I'm mindful of what the Court has said.

9:21AM  16    I'm also mindful that we have obligations to our clients, and

9:21AM  17    in addition to that, fairness to the opposition, and candor to

9:21AM  18    the Court.  The fact is, hypothetically, if you read the

9:21AM  19    Taishan documents and you read the BNBM documents, Taishan is

9:21AM  20    impecunious.

9:21AM  21            And the delay, even if we get a damage judgment,

9:21AM  22    the idea that BNBM really is the only defendants that's

9:21AM  23    produced substantial documents, files for dismissal, intends to

9:21AM  24    try it during the damage portion, and leaves.  And then we're

9:21AM  25    left with Taishan, whose annual -- whose papers, reported by

| | | |
|---|---|---|
| 9:22AM | 1 | BNBM yesterday, if you divide the yuan by six to get U.S. |
| 9:22AM | 2 | dollars, there's less than $200,000 profit in 2014 for Taishan. |
| 9:22AM | 3 | And when you start looking on the fact that |
| 9:22AM | 4 | Taishan, since this litigation began, has been embroiled in |
| 9:22AM | 5 | millions and billions of dollars of loans, we are very, very |
| 9:22AM | 6 | concerned.  And we do believe that this has been, whether |
| 9:22AM | 7 | intentional or not, an organized delay. |
| 9:22AM | 8 | Then BNBM comes in for dismissal.  We're left |
| 9:22AM | 9 | with a judgment.  Then we're in the Fifth Circuit.  Meanwhile, |
| 9:22AM | 10 | we've got 3,000 clients who are looking at us. |
| 9:22AM | 11 | Now, hypothetically, I have said that Taishan is |
| 9:22AM | 12 | impecunious.  What would happen if we got a damage judgment |
| 9:23AM | 13 | against Taishan and they move for bankruptcy under Chinese law? |
| 9:23AM | 14 | That's a question. |
| 9:23AM | 15 | So as far as taking discovery against BNBM on |
| 9:23AM | 16 | jurisdiction, ego -- alter ego, single enterprise, we will not |
| 9:23AM | 17 | do that.  We are going to stick to the trial -- to the Court's |
| 9:23AM | 18 | announced plan, which is damages discovery and affiliate |
| 9:23AM | 19 | discovery, a trial on damages on June 9th, and then we'll deal |
| 9:23AM | 20 | with BNBM discovery, if we're allowed to. |
| 9:23AM | 21 | And -- |
| 9:23AM | 22 | **THE COURT:** Let me interrupt you.  Wait, wait.  Hold |
| 9:23AM | 23 | on a minute.  Let me make it clear.  We're dealing with damages |
| 9:23AM | 24 | and we're dealing with contempt at this point.  Now, BNBM has |
| 9:24AM | 25 | interjected some additional issues of jurisdiction.  That has |

| | | |
|---|---|---|
| 9:24AM | 1 | to be dealt with, and that has to be discovered fully.  They're |
| 9:24AM | 2 | before the Court, and they will be subjected to discovery on |
| 9:24AM | 3 | those issues.  I hear from BNBM, who indicates that they're |
| 9:24AM | 4 | willingly participating that that discovery.  I expect them to |
| 9:24AM | 5 | do so. |
| 9:24AM | 6 | Whether or not it begins at this time or it's |
| 9:24AM | 7 | delayed until whenever, it's going to continue after the |
| 9:24AM | 8 | hearing because it's a new issue.  I'll hear the discovery |
| 9:24AM | 9 | motions, if there be any. |
| 9:24AM | 10 | The discovery will proceed on that area either |
| 9:24AM | 11 | at the same time with a third track or after the first two |
| 9:24AM | 12 | tracks are completed, but it will continue, and then I'll deal |
| 9:24AM | 13 | with the jurisdiction.  I'll look at what I know about it, and |
| 9:24AM | 14 | I'll take into consideration other issues that have been raised |
| 9:24AM | 15 | during discovery, and I'll rule on it.  And that's the way |
| 9:25AM | 16 | we're going to do it. |
| 9:25AM | 17 | So I expect BNBM to participate fully in the |
| 9:25AM | 18 | discovery on the issues that they raised.  The plaintiffs can |
| 9:25AM | 19 | participate in that discovery either now or at the completion |
| 9:25AM | 20 | of the damage case and we'll see where we are. |
| 9:25AM | 21 | MR. BARR:  Your Honor -- my apologies.  I didn't mean |
| 9:25AM | 22 | to interrupt the Court. |
| 9:25AM | 23 | THE COURT:  No, go ahead.  I'm finished. |
| 9:25AM | 24 | MR. BARR:  No, all I was going to say is, is that |
| 9:25AM | 25 | what the Court said reflected very much what our position is. |

| | | |
|---|---|---|
| 9:25AM | 1 | I was simply raising with the Court there were certain obvious |
| 9:25AM | 2 | efficiencies with respect to the three witnesses who are being |
| 9:25AM | 3 | produced as part of this track.  And the fact that many of the |
| 9:25AM | 4 | documents that we have already produced, and will continue to |
| 9:25AM | 5 | produce, are, likewise, relevant to the other inquiry.  That's |
| 9:25AM | 6 | all that we've said. |
| 9:25AM | 7 | THE COURT:  Yes, I think that's right, Michael.  But |
| 9:25AM | 8 | I also think that to expect the plaintiffs to develop that, |
| 9:25AM | 9 | you've got to give them some documents so that they can develop |
| 9:26AM | 10 | that aspect of it.  And if they're not finished with it, then |
| 9:26AM | 11 | they'll have a right to finish it.  Or if they start it and |
| 9:26AM | 12 | then they need additional documents, they'll have a right to |
| 9:26AM | 13 | get those documents, and we'll take it a step at a time. |
| 9:26AM | 14 | MR. BARR:  Understood completely, Your Honor, and no |
| 9:26AM | 15 | issue from us. |
| 9:26AM | 16 | MR. MEUNIER:  Judge, this is Jerry.  I can report on |
| 9:26AM | 17 | the damage track if you'd like. |
| 9:26AM | 18 | THE COURT:  Yes, go ahead, Jerry. |
| 9:26AM | 19 | MR. MEUNIER:  We have submitted -- or the parties |
| 9:26AM | 20 | have submitted an agreed scheduling order to the Rule 55(b) |
| 9:26AM | 21 | hearing on June 9th which incorporates deadlines that have been |
| 9:26AM | 22 | indicated by the Court in our last call. |
| 9:26AM | 23 | Consistent with that schedule, we've now |
| 9:26AM | 24 | provided a revised expert report from George Inglis, and we are |
| 9:26AM | 25 | discussing a date for his deposition.  The defendants did |

| | | |
|---|---|---|
| 9:26AM | 1 | propound a document request in connection with Mr. Inglis' |
| 9:26AM | 2 | analysis, that we made objections, and yesterday had a meet and |
| 9:27AM | 3 | confer telephone conference with counsel in which I think we |
| 9:27AM | 4 | resolved many of the issues. |
| 9:27AM | 5 | To the extent that there are remaining issues, |
| 9:27AM | 6 | we'd suggest the possibility of a privilege log being prepared |
| 9:27AM | 7 | this week, which will enable the parties and the Court to focus |
| 9:27AM | 8 | on what remains at issue in terms of production. |
| 9:27AM | 9 | THE COURT: Okay. With the privilege log, once it's |
| 9:27AM | 10 | prepared and looked at by the other side, whoever makes the |
| 9:27AM | 11 | privilege log, the other side looks at it, those documents that |
| 9:27AM | 12 | the other side wants to contest will have to be filed under |
| 9:27AM | 13 | seal with me so that I can look at those documents and make a |
| 9:27AM | 14 | decision as to whether or not they're producible or not. |
| 9:27AM | 15 | So get that ready so that you don't have to all |
| 9:27AM | 16 | of a sudden say, I wasn't contemplating that. |
| 9:27AM | 17 | MR. MEUNIER: All right. |
| 9:27AM | 18 | THE COURT: Okay. |
| 9:27AM | 19 | MR. KENNY: Your Honor? |
| 9:27AM | 20 | THE COURT: Yes. |
| 9:27AM | 21 | MR. KENNY: Your Honor, this is Michael Kenny on |
| 9:27AM | 22 | behalf of Taishan. |
| 9:27AM | 23 | THE COURT: Go ahead, Michael. |
| 9:27AM | 24 | MR. KENNY: I just want to respond to what Jerry |
| 9:27AM | 25 | said. In large part, he represented it accurately, and I think |

9:28AM  1   we have been working cooperatively with respect to the
9:28AM  2   schedule.
9:28AM  3           The issue that remains with respect to the
9:28AM  4   expert, however, is one where we do anticipate that we will
9:28AM  5   file a motion to compel.  The outstanding issue is Mr. Inglis,
9:28AM  6   as a new expert, he submitted this report on Monday.  We have
9:28AM  7   asked for all materials that he has relied on.
9:28AM  8           And one group of materials that he has said in
9:28AM  9   his report that he has relied on are communications with
9:28AM  10  BrownGreer.  We have asked for that.  That will be the subject
9:28AM  11  of a privilege log.  Jerry said that we would get it today.
9:28AM  12  We're going to take a look at it.  But, candidly, we don't
9:28AM  13  understand what --
9:29AM  14          THE COURT:  Wait, wait, wait.  You're breaking up,
9:29AM  15  Michael.
9:29AM  16          MR. KENNY:  Somebody's rattling some papers.
9:29AM  17          In any event, we will -- apparently, we'll
9:29AM  18  receive that privilege log today.  We will review it in good
9:29AM  19  faith.  But I just want to alert the Court to the fact that we
9:29AM  20  do anticipate filing a motion to compel probably shortly after
9:29AM  21  we receive the privilege log.
9:29AM  22          THE COURT:  All right.  Well, Jerry, get those
9:29AM  23  documents ready so that you can deliver them to me so that I
9:29AM  24  can look at them.
9:29AM  25          MR. MEUNIER:  Yes, sir.

| | | |
|---|---|---|
| 9:29AM | 1 | **MR. KENNY:**  The second issue, Your Honor, is a couple |
| 9:29AM | 2 | weeks ago you ordered the plaintiffs to produce the updated |
| 9:29AM | 3 | plaintiff profile forms.  Apparently, there are 3,208 of them. |
| 9:29AM | 4 | We have yet to receive them.  We need to receive them. |
| 9:29AM | 5 | Apparently, they exist, but we still haven't gotten them. |
| 9:29AM | 6 | We have to submit our opposition papers on |
| 9:29AM | 7 | May 8th and we really do need to get these documents before we |
| 9:29AM | 8 | can complete ours. |
| 9:29AM | 9 | **THE COURT:**  What's the answer to that, Jerry? |
| 9:30AM | 10 | **MR. MEUNIER:**  Your Honor, I believe we wanted to |
| 9:30AM | 11 | cover with plaintiffs' counsel who represent the folks who |
| 9:30AM | 12 | filled out those forms, that they would be alerted to this |
| 9:30AM | 13 | production.  If I'm not mistaken, Russ sent out an e-mail on |
| 9:30AM | 14 | this. |
| 9:30AM | 15 | **MR. HERMAN:**  We sent a letter and an e-mail to every |
| 9:30AM | 16 | attorney alerting them to the issue and saying that we were |
| 9:30AM | 17 | going to produce them.  We thought they had to be produced.  We |
| 9:30AM | 18 | did not feel that there was an attorney work product immunity |
| 9:30AM | 19 | or privilege.  And that if we didn't hear from them to the |
| 9:30AM | 20 | contrary, that within 48 hours, I think we gave them to |
| 9:30AM | 21 | respond, we would produce them or we'd direct BrownGreer to |
| 9:30AM | 22 | produce them. |
| 9:30AM | 23 | **THE COURT:**  All right.  When is that coming? |
| 9:30AM | 24 | **MR. LEVIN:**  Probably today, Your Honor.  This is |
| 9:31AM | 25 | Levin. |

9:31AM   1       **THE COURT:**  All right.  Michael, so you'll get those

9:31AM   2   matters.  If not, get to me immediately and I'll get you and

9:31AM   3   Jerry or you and Arnie on the phone and deal with it.

9:31AM   4       **MR. KENNY:**  Thank you, Your Honor.

9:31AM   5       **THE COURT:**  All right.  Anything else from anyone?

9:31AM   6       **MR. HERMAN:**  Your Honor, Russ Herman, again.

9:31AM   7       **THE COURT:**  Yes, Russ.

9:31AM   8       **MR. HERMAN:**  I haven't heard anything from CNBM in

9:31AM   9   this conference.  CNBM Group, again, has produced no documents.

9:31AM   10  CNBM is going to produce nine or ten witnesses and we've

9:31AM   11  received 34 documents.

9:31AM   12      **THE COURT:**  How about CNBM?  What's the answer to

9:31AM   13  that?

9:31AM   14      **MR. VEJNOSKA:**  Good morning, Your Honor.  This is

9:31AM   15  Chris Vejnoska.  And I should reassure everyone, we're happy to

9:31AM   16  answer questions, but our feelings aren't hurt if nobody wants

9:31AM   17  to talk about us.

9:31AM   18          First of all, Your Honor, we have at the

9:31AM   19  plaintiffs' -- since they have been requesting from us specific

9:32AM   20  dates, we have given them specific dates for six depositions

9:32AM   21  now.  And I believe that we have agreed with Mr. Herman and the

9:32AM   22  PSC on those dates.

9:32AM   23          They have raised both in those discussions and

9:32AM   24  here this morning the question about documents.  We are in much

9:32AM   25  the same position that you heard from counsel for Taishan and

| | |
|---|---|
| 9:32AM | 1 |
| 9:32AM | 2 |

BNBM.  And, as we submitted in our statement, we have been
diligently collecting documents.

9:32AM   3           I won't repeat what I told the Court last week
9:32AM   4   in full.  But we, since the Court's very first order, have had
9:32AM   5   teams on the ground from the United States and from our Chinese
9:32AM   6   offices collecting documents.  We are collecting many, many
9:32AM   7   documents.

9:32AM   8           And we told you last week that we had received a
9:33AM   9   set of documents by hard drive in the United States the prior
9:33AM  10   weekend, but they had been corrupted.  We did get another set
9:33AM  11   of documents over the weekend.  They still had some problems.
9:33AM  12   We are continuing to have some problems with our vendor, but we
9:33AM  13   are working with this.

9:33AM  14           And we are now in the process where we're
9:33AM  15   actually able to get those documents out for review.  Those
9:33AM  16   documents when -- they are now actually through the process of
9:33AM  17   having all been reviewed, this first set, for state secrets.
9:33AM  18   They have now been produced to us.  We have had a bilingual
9:33AM  19   team review them, again, for responsiveness to the plaintiffs'
9:33AM  20   requests, which I will echo the comments that you heard before,
9:33AM  21   which is that those requests go beyond the issue of the simple
9:34AM  22   track on which we're proceeding now.

9:34AM  23           But we are, nonetheless, producing documents in
9:34AM  24   response to those much broader requests rather than simply on
9:34AM  25   the "doing business" issue.  Those documents will be produced

9:34AM  1   to the plaintiffs in both Chinese with an English translation.

9:34AM  2   We were hoping to be able to make our first production

9:34AM  3   tomorrow.  And when I say "our first production," I mean on

9:34AM  4   behalf of both CNBM Group and CNBM Company, who are the first

9:34AM  5   two deponents who are listed for our May depositions.

9:34AM  6        I'm afraid that that may slip a little bit into

9:34AM  7   next week.  But now that we are actually getting the documents

9:34AM  8   out and, hopefully, starting to resolve our issues with

9:34AM  9   vendors, I'm hoping that this is going to open the gates for us

9:35AM  10  to complete these productions.

9:35AM  11       Mr. Herman, in an e-mail to me this morning,

9:35AM  12  asked us about getting the documents for each of the deponents

9:35AM  13  who we have identified for them.  We are trying now to

9:35AM  14  prioritize those so that they will be produced in advance of

9:35AM  15  all the depositions of those people.

9:35AM  16       We will have to see how that proceeds, but we

9:35AM  17  are making every effort humanly possible, as we are going

9:35AM  18  through literally millions of documents that we are having to

9:35AM  19  review in China and determine if they are responsive, and if

9:35AM  20  so, run them through a state secrets review, and then get them

9:35AM  21  to the United States.

9:35AM  22       So I think we're making -- we're making

9:35AM  23  progress.  As I say, we have settled on the -- all the 30(b)(6)

9:35AM  24  deposition people.  We've given them dates subject to the

9:36AM  25  visas.  We are mindful of the Court's order, and we are

| | | |
|---|---|---|
| 9:36AM | 1 | participating in this discovery as you have instructed. |
| 9:36AM | 2 | **THE COURT:**  Okay. |
| 9:36AM | 3 | **MR. HERMAN:**  Your Honor, this is Russ again.  We |
| 9:36AM | 4 | appreciate the efforts, but we do not agree to dates until we |
| 9:36AM | 5 | get depositions -- I mean, documents and an opportunity to |
| 9:36AM | 6 | review them.  We have been given a flexible window of dates as |
| 9:36AM | 7 | of yesterday afternoon for some deponents.  But until we have |
| 9:36AM | 8 | the documents and have an opportunity to review them, we can't |
| 9:36AM | 9 | agree to specific dates. |
| 9:36AM | 10 | **THE COURT:**  All right.  I understand that, but you're |
| 9:36AM | 11 | going to get the documents tomorrow, so let's see where we are |
| 9:36AM | 12 | with them. |
| 9:36AM | 13 | Go ahead. |
| 9:36AM | 14 | **MR. HERMAN:**  The other issue, and I want to repeat |
| 9:36AM | 15 | it, is counsel has repeatedly told us that CNBM is going to |
| 9:37AM | 16 | raise jurisdiction issues and state-owned entities, but has not |
| 9:37AM | 17 | filed a motion yet. |
| 9:37AM | 18 | **THE COURT:**  Well, if they do file a motion, that will |
| 9:37AM | 19 | be another area of discovery that's separate and apart from |
| 9:37AM | 20 | what we're dealing with now, and I'll have to deal with that. |
| 9:37AM | 21 | **MR. HERMAN:**  Yes, Your Honor. |
| 9:37AM | 22 | **THE COURT:**  Okay. |
| 9:37AM | 23 | **MR. LEVIN:**  It's Levin. |
| 9:37AM | 24 | **THE COURT:**  Yes, go ahead, Arnold. |
| 9:37AM | 25 | **MR. LEVIN:**  I just want to make it clear that they |

| | | |
|---|---|---|
| 9:37AM | 1 | can keep producing witnesses after we have documents for two |
| 9:37AM | 2 | weeks and then they go back to China and we've had no ability |
| 9:37AM | 3 | to question the witnesses on what's relevant to the motions. |
| 9:37AM | 4 | That these depositions have to be left open, and we have to |
| 9:38AM | 5 | have some assurance that they will return to the United States |
| 9:38AM | 6 | to conclude their depositions. |
| 9:38AM | 7 | THE COURT:  Okay.  Well, what I said before is I |
| 9:38AM | 8 | expect that CNBM and BNBM, when they make a motion like this, |
| 9:38AM | 9 | they understand that they're going to subject themselves to |
| 9:38AM | 10 | discovery, and their witnesses on those areas will have to be |
| 9:38AM | 11 | deposed. |
| 9:38AM | 12 | If they're not fully deposed, and that's up to |
| 9:38AM | 13 | the plaintiffs to decide whether they're fully deposed, if they |
| 9:38AM | 14 | are not fully deposed, then they'll have to return and give the |
| 9:38AM | 15 | rest of their deposition and tell the rest of the story, as |
| 9:38AM | 16 | someone once said. |
| 9:38AM | 17 | All right.  Folks, I'm going to set another |
| 9:38AM | 18 | status conference on May 7th at 2:30 to check in with you all. |
| 9:38AM | 19 | Hopefully, it won't take as long, but I think that at least |
| 9:38AM | 20 | talking with you about it helps advance the litigation and |
| 9:39AM | 21 | maybe helps each of you. |
| 9:39AM | 22 | All right.  Thank you very much.  I'll talk with |
| 9:39AM | 23 | you May 7th at 2:30. |
| 9:39AM | 24 | MR. HERMAN:  Thank you, Your Honor. |
| 9:39AM | 25 | MR. BARR:  Thank you, Your Honor. |

9:39AM 1      **MR. LEVIN:**  Thank you, Your Honor.

9:39AM 2      **MR. TAYLOR:**  Thank you, Your Honor.

9:39AM 3      (WHEREUPON, the proceedings were concluded.)

9:39AM 4      *****

9:39AM 5      <u>**CERTIFICATE**</u>

9:39AM 6      I, Jodi Simcox, RMR, FCRR, Official Court Reporter

9:39AM 7  for the United States District Court, Eastern District of

9:39AM 8  Louisiana, do hereby certify that the foregoing is a true and

9:39AM 9  correct transcript, to the best of my ability and

9:39AM 10  understanding, from the record of the proceedings in the

9:39AM 11  above-entitled and numbered matter.

9:39AM
9:39AM 12
9:39AM
9:39AM 13
9:39AM
9:39AM 14                      _s/Jodi Simcox, RMR, FCRR_
9:39AM                        Jodi Simcox, RMR, FCRR
9:39AM 15                      Official Court Reporter
9:39AM

16

17

18

19

20

21

22

23

24

25

**$**

$200,000 [1]  17/2

**0**

09-MD-2047 [1]  1/5

**1**

10,000 [2]  13/22 16/3
10005 [1]  2/3
10019-6142 [1]  2/19
10020-1089 [1]  3/12
1089 [1]  3/12
1100 [1]  1/24
1201 [1]  2/12
1221 [1]  3/11
1900 [1]  3/8
19106 [1]  1/20

**2**

2000 [2]  3/7 3/15
201 [2]  2/7 2/23
2014 [1]  17/2
2015 [2]  1/8 4/2
2047 [1]  1/5
21st through [1]  9/2
233 [1]  3/3
24th [1]  5/14
24th of [1]  9/3
2800 [1]  1/24
2:30 [2]  27/18 27/23

**3**

3,000 [1]  17/10
3,208 [1]  22/3
30 [3]  1/8 4/2 25/23
30309-3424 [1]  2/12
34 [2]  8/16 23/11
3424 [1]  2/12
3600 [1]  2/7
365 [1]  3/15

**4**

4000 [1]  2/24
405 [1]  2/15
406 [1]  3/19
40th [1]  2/23
48 [1]  22/20

**5**

500 [2]  1/20 3/18
504 [3]  3/20 16/4 16/5
510 [1]  1/19
512 [1]  2/19
52nd [1]  2/19
55 [1]  19/20
589-7780 [1]  3/20

**6**

60606 [1]  3/4
6142 [1]  2/19

**7**

70113 [1]  1/16
70130 [2]  3/16 3/19
70163 [1]  1/25
70170 [1]  2/8
70170-4000 [1]  2/24
75201 [1]  3/8
77 [1]  2/3
7780 [1]  3/20
7800 [1]  3/4
7th at [1]  27/23

**8**

820 [1]  1/16

**9**

94105 [1]  2/16
9th [3]  12/12 17/19 19/21

**A**

ability [3]  14/20 27/2 28/9
able [6]  10/4 10/6 11/10 11/10 24/15 25/2
about [9]  8/17 11/3 11/5 18/13 23/12 23/17
  23/24 25/12 27/20
above [1]  28/11
above-entitled [1]  28/11
absolutely [1]  8/7
access [1]  11/14
accounts [1]  6/15
accurately [1]  20/25
actually [4]  16/4 24/15 24/16 25/7
addition [1]  16/17
additional [8]  12/17 12/18 12/19 14/6 14/24
  14/25 17/25 19/12
address [3]  14/8 14/22 15/17
addressed [2]  13/17 14/1
advance [2]  25/14 27/20
affiliate [4]  7/18 8/11 9/7 17/18
affiliates [2]  5/17 12/12
afraid [1]  25/6
after [5]  7/6 18/7 18/11 21/20 27/1
afternoon [2]  8/24 26/7
afterwards [1]  16/13
again [7]  9/16 15/6 15/22 23/6 23/9 24/19
  26/3
against [2]  17/13 17/15
ago [1]  22/2
agree [4]  9/1 11/13 26/4 26/9
agreed [1]  19/20 23/21
ahead [10]  12/4 12/7 12/8 15/5 15/25 18/23
  19/18 20/23 26/13 26/24
alert [1]  21/19
alerted [1]  22/12
alerting [1]  22/16
all [35]
allowed [2]  6/21 17/20
almost [1]  7/9
alone [1]  12/11
along [1]  5/5
already [3]  8/12 11/5 19/4
also [7]  5/6 5/20 14/2 14/3 14/21 16/16 19/8
Alston [1]  2/10
alter [5]  6/2 6/10 8/12 14/2 17/16
ambush [1]  8/8
Americas [1]  3/11
among [1]  15/14
amount [1]  7/25
amplify [1]  8/10
analysis [1]  20/2
analyze [1]  7/2
announced [1]  17/18
annual [1]  16/25
another [3]  24/10 26/19 27/17
answer [4]  7/1 22/9 23/12 23/16
anticipate [4]  14/7 14/19 21/4 21/20
anticipated [1]  12/14
anticipating [1]  13/24
any [11]  5/18 6/13 6/14 6/17 7/3 8/21 9/8
  13/12 15/22 18/9 21/17
anybody [1]  5/8
anyone [3]  5/9 10/18 23/5
anything [2]  23/5 23/8
apart [1]  26/19
apologies [1]  18/21

**B**

B-406 [1]  3/19
back [3]  11/19 12/9 27/2
Baker [2]  2/5 4/19
bank [1]  6/15
bankruptcy [1]  17/13
bar [1]  10/14
BARR [4]  3/11 5/5 13/6 15/6
based [3]  10/3 12/18 15/18
basically [1]  6/10
basis [1]  11/9
be [41]
Bearman [1]  2/5
because [6]  6/19 10/20 12/6 12/17 16/13 18/8
been [19]  6/19 7/19 7/23 12/13 13/20 14/21
  15/15 16/13 17/4 17/6 18/14 19/21 21/1
  23/19 24/1 24/10 24/17 24/18 26/6
before [8]  1/10 12/12 13/14 15/19 18/2 22/7
  24/20 27/7
began [1]  17/4
begin [1]  10/6
beginning [1]  13/24
begins [1]  18/6
behalf [4]  13/6 13/20 20/22 25/4
being [4]  8/8 12/16 19/2 20/6
believe [10]  5/6 9/4 10/6 13/10 13/13 15/13
  16/13 17/6 22/10 23/21
Benjamin [1]  1/22
Berkowitz [1]  2/6
Berman [1]  1/18
BERNARD [6]  2/10 4/21 9/10 11/2 11/24
  13/23
best [1]  28/9
between [1]  6/12
beyond [3]  14/2 14/24 24/21
bilingual [1]  24/18
billions [1]  17/5
Bird [1]  2/10
bit [5]  6/19 9/12 25/6
BNBM [27]  3/2 3/6 3/10 3/14 5/4 6/1 6/1 6/3
  6/5 6/17 6/21 7/23 7/25 12/13 13/20 13/21
  16/19 16/22 17/1 17/8 17/15 17/20 17/24
  18/3 18/17 24/1 27/8
BNBM's [1]  6/4

**(column 3 continued)**

apologize [2]  10/24 16/2
apparent [1]  18/7
APPEARANCES [3]  1/13 2/1 3/1
appeared [1]  16/8
appreciate [1]  26/4
appropriate [2]  7/4 14/9
April [3]  1/8 4/2 5/14
Arata [1]  2/21
are [58]
area [2]  18/10 26/19
areas [1]  27/10
aren't [1]  23/16
argument [1]  7/7
Arnie [1]  23/3
ARNOLD [6]  1/19 4/9 12/7 12/8 13/7 26/24
around [1]  10/7
as [23]  5/7 5/13 6/4 6/10 6/17 9/23 11/9
  12/18 12/19 13/10 14/9 17/15 17/15 19/3
  20/14 21/6 24/1 25/17 25/23 26/1 26/6 27/15
  27/19
aside [1]  12/13
ask [1]  14/21
asked [3]  21/7 21/10 25/12
aspect [2]  6/22 19/10
assurance [1]  27/5
Atlanta [1]  2/12
attorney [2]  22/16 22/18
Avenue [5]  1/16 2/7 2/23 3/7 3/11

Case 2:09-md-02047-EEF-MBN Document 16684-7 Filed 08/16/13 Page 31 of 35

**B**

board [2] 6/12 6/13
both [7] 11/13 13/20 13/25 14/24 23/23 25/1 25/4
breaking [1] 21/14
briefed [1] 13/14
briefly [1] 13/7
bring [2] 5/15 7/3
bringing [1] 14/15
broadens [1] 6/4
broader [3] 13/18 14/22 24/24
BrownGreer [2] 21/10 22/21
burden [1] 13/2
business [5] 5/18 6/11 6/14 7/20 24/25

**C**

Caldwell [1] 2/6
California [1] 2/16
call [2] 13/19 19/22
can [17] 9/12 9/14 10/1 11/15 11/15 11/16 11/21 12/24 13/7 18/18 19/9 19/16 20/13 21/23 21/24 22/8 27/1
can't [2] 9/1 26/8
Canal [1] 3/15
candidly [1] 21/12
candor [1] 16/17
case [5] 6/22 7/9 8/4 9/5 18/20
Cases [1] 1/8
centered [2] 5/17 5/22
certain [1] 19/1
certainly [1] 14/19
CERTIFICATE [1] 28/5
certify [1] 28/8
chambers [1] 4/6
Charles [2] 2/7 2/23
check [2] 7/13 27/18
Chicago [1] 3/4
China [2] 25/19 27/2
CHINESE [5] 1/5 8/19 17/13 24/5 25/1
Chris [5] 4/15 4/16 5/1 5/3 23/15
CHRISTINA [1] 2/11
CHRISTOPHER [2] 2/2 2/15
Christy [1] 4/24
Circuit [2] 7/8 17/9
clear [2] 17/23 26/25
clients [3] 15/14 16/16 17/10
closed [1] 14/13
CNBM [22] 2/14 2/18 2/21 4/25 5/8 5/11 7/24 8/14 8/14 8/15 8/15 8/25 8/25 12/14 23/8 23/9 23/10 23/12 25/4 25/4 26/15 27/8
colleagues [1] 16/10
collecting [3] 24/2 24/6 24/6
come [1] 12/15
comes [1] 17/8
coming [2] 8/9 22/23
comment [1] 10/12
comments [1] 24/20
Commission [1] 15/16
Committee [1] 4/12
communications [1] 21/9
companies [4] 6/12 6/14 7/23 8/1
Company [1] 25/4
compel [2] 21/5 21/20
complete [4] 5/10 12/24 22/8 25/10
completed [1] 18/12
completely [1] 19/14
completion [1] 18/19
computer [1] 3/23
concerned [2] 9/7 17/6
conclude [2] 12/24 27/6
concluded [1] 28/3
conduct [1] 9/4

confer [2] 16/9 20/3
conference [10] 3/16 8/11 9/23 10/11 13/11 16/11 16/12 20/3 23/9 27/18
connection [1] 20/1
consideration [1] 18/14
consistent [2] 5/21 19/23
Consumer [1] 15/15
contacts [1] 6/14
contemplating [1] 20/16
contempt [7] 5/16 5/17 7/14 7/18 7/21 9/17 17/24
contest [1] 20/12
contesting [1] 6/2
continue [4] 14/9 18/7 18/12 19/4
continuing [1] 24/12
contrary [1] 22/20
cooperatively [1] 21/1
copy [1] 9/18
corporate [1] 6/15
corporations [1] 7/20
correct [1] 28/9
corrupted [1] 24/10
Cotlar [1] 1/14
could [3] 8/10 10/19 15/1
counsel [9] 8/24 16/3 16/8 16/9 16/9 20/3 22/11 23/25 26/15
country [1] 14/16
couple [2] 13/8 22/1
course [5] 6/20 11/7 11/16 14/13 14/15
COURT [29]
Court's [3] 17/17 24/4 25/25
courtroom [1] 16/10
cover [1] 22/11
cross [1] 8/19
cross-examine [1] 8/19
CURRAULT [2] 2/22 5/2
cut [1] 10/22

**D**

Dallas [1] 3/8
damage [10] 5/20 5/21 6/22 7/12 7/15 16/21 16/24 17/12 18/20 19/17
damages [5] 13/12 15/23 17/18 17/19 17/23
date [2] 8/15 19/25
dates [10] 5/23 9/2 11/17 23/20 23/20 23/22 25/24 26/4 26/6 26/9
David [1] 1/22
DAVIS [2] 1/15 4/13
deadlines [1] 19/21
deal [6] 7/4 7/10 17/19 18/12 23/3 26/20
dealing [4] 5/15 17/23 17/24 26/20
dealt [1] 18/1
decide [1] 27/13
decision [1] 20/14
defendants [4] 7/22 8/4 16/22 19/25
delay [4] 13/12 15/22 16/21 17/7
delayed [1] 17/8
deliver [1] 21/23
demands [1] 14/7
Dentons [3] 3/2 3/6 3/10
deponent [1] 8/17
deponents [4] 8/2 25/5 25/12 26/7
deposed [5] 12/16 27/11 27/12 27/13 27/14
deposition [5] 9/2 9/5 19/25 25/24 27/15
depositions [15] 5/24 8/1 8/2 11/17 11/19 11/23 12/16 12/17 12/24 23/20 25/5 25/15 26/5 27/4 27/6
described [2] 13/19 13/23
determine [1] 25/19
develop [2] 19/8 19/9
dial [1] 5/7
did [7] 5/18 7/20 15/16 16/12 19/25 22/18 24/10

didn't [2] 18/21 22/19
difference [1] 13/8
different [1] 13/8
difficulties [2] 8/18 14/18
diligently [2] 13/21 24/2
direct [1] 22/21
directors [2] 6/13 6/13
discovered [2] 18/1
discovery [32]
discussed [1] 11/5
discussing [1] 19/25
discussions [1] 23/23
dismissal [2] 16/23 17/8
DISTRICT [5] 1/1 1/2 1/11 28/7 28/7
divide [1] 17/1
do [21] 5/18 6/7 6/7 6/23 6/23 11/10 12/2 12/15 13/15 15/13 15/17 17/6 17/17 18/5 18/16 21/4 21/20 22/7 26/4 26/18 28/8
Docket [1] 1/5
document [2] 8/20 20/1
documents [64]
doesn't [2] 8/20 9/3
doing [2] 7/14 24/25
dollars [2] 17/2 17/5
don't [9] 6/24 7/1 7/11 8/18 8/21 10/22 12/21 20/15 21/12
done [1] 15/15
Donelson [2] 2/5 4/19
DONNA [2] 2/22 5/2
dragged [1] 8/8
drive [2] 3/3 24/9
drywall [2] 1/5 15/17
Dunbar [1] 3/14
Duplantis [1] 2/22
during [5] 5/18 7/20 16/12 16/24 18/15

**E**

e-mail [3] 22/13 22/15 25/11
each [2] 25/12 27/21
Eagan [1] 2/22
earlier [2] 9/24 10/13
early [1] 13/24
earnings [1] 5/19
EASTERN [2] 1/2 28/7
echo [1] 24/20
effect [2] 6/2 6/24
efficiencies [1] 19/2
effort [1] 25/17
efforts [1] 26/4
ego [6] 6/2 6/10 8/12 14/3 17/16 17/16
ego/personal [1] 14/3
EIKHOFF [2] 2/11 4/24
either [2] 18/10 18/19
ELDON [1] 1/10
else [2] 5/9 23/5
embroiled [1] 17/4
enable [1] 20/7
English [6] 8/16 8/19 8/20 8/20 9/19 25/1
enterprise [2] 6/11 17/16
entities [3] 4/18 7/20 26/16
entitled [2] 13/13 28/11
ESQ [17] 1/14 1/15 1/15 1/19 1/23 2/2 2/6 2/10 2/11 2/11 2/15 2/18 2/22 3/3 3/7 3/11 3/14
essentially [1] 15/8
even [1] 16/21
event [1] 21/17
ever [1] 15/15
every [2] 22/15 25/17
everybody [1] 5/15
everybody's [1] 15/2
everyone [2] 4/7 23/15
everything [2] 8/8 12/10

**E**

exactly [1] 14/2
examine [1] 8/19 11/16 12/11
excuse [3] 10/13 12/2 16/1
exist [1] 22/5
expect [5] 16/7 18/4 18/17 19/8 27/8
expert [3] 19/24 21/4 21/6
extensive [1] 16/14
extent [1] 20/5

**F**

fact [6] 10/16 15/14 16/18 17/3 19/3 21/19
facts [1] 15/19
fairness [1] 16/17
faith [1] 21/19
FALLON [2] 1/10 4/8
familiar [1] 7/8
far [2] 13/18 17/15
fashioned [1] 8/8
FCRR [4] 3/18 28/6 28/14 28/14
feedback [1] 9/12
feel [2] 7/3 22/18
feelings [1] 23/16
FENTON [3] 3/3 5/6 13/10
Fifth [2] 7/8 17/8
file [2] 21/5 26/18
filed [6] 12/13 12/14 14/5 15/9 20/12 26/17
files [1] 16/23
filing [1] 21/20
filled [1] 22/12
financial [1] 9/21
finish [2] 15/4 19/11
finished [5] 10/20 11/24 11/25 18/23 19/10
first [12] 7/6 7/14 8/25 11/20 16/8 18/11
 23/18 24/4 24/17 25/2 25/3 25/4
Fishbein [1] 1/18
flexible [1] 26/6
Floor [1] 2/23
focus [1] 20/7
focusing [1] 11/4
folks [2] 22/11 27/17
follow [1] 5/13
follow-up [1] 5/13
following [1] 4/5
foregoing [1] 28/8
forms [2] 22/3 22/12
four [2] 7/22 8/1
Francisco [1] 2/16
fronts [1] 13/8
full [1] 24/4
fully [7] 9/21 14/17 18/1 18/17 27/12 27/13
 27/14
further [3] 11/12 14/11 14/23

**G**

Gainsburg [1] 1/22
gates [1] 25/9
gave [2] 5/23 22/20
generally [1] 9/2
George [1] 19/24
Georgia [1] 2/12
GERALD [1] 1/23
get [19] 8/18 9/25 14/13 14/19 16/21 17/1
 19/13 20/15 21/11 21/22 22/7 23/1 23/2 23/2
 24/10 24/15 25/20 26/5 26/11
getting [4] 8/6 9/11 25/7 25/12
give [2] 19/9 27/14
given [3] 23/20 25/24 26/6
go [13] 12/4 12/7 12/8 14/2 15/5 15/25 18/23
 19/18 20/23 24/21 26/13 26/24 27/2
goes [3] 13/25 15/22
going [17] 11/9 12/10 12/21 16/11 17/17 18/7

18/16 18/24 21/12 22/17 23/10 25/9 25/17
26/1 26/5 27/11 27/11
good [11] 4/7 4/9 4/21 4/23 5/1 9/11 9/15
 9/16 11/18 21/18 23/14
Gordon [1] 2/21
got [4] 9/9 17/10 17/12 19/9
Gotcha [1] 5/12
gotten [2] 8/3 22/5
Grant [2] 9/24 10/2
ground [1] 24/5
group [12] 4/10 5/8 8/14 8/15 8/25 9/18 9/22
 13/7 13/21 21/8 23/9 25/4

**H**

had [11] 5/17 7/9 7/21 9/6 15/10 20/2 22/17
 24/4 24/8 24/10 24/11 24/18 27/2
hadn't [1] 10/20
half [1] 7/9
happen [3] 9/1 14/24 17/12
happy [1] 23/15
hard [2] 9/18 24/9
HARRY [3] 3/14 5/11 5/12
has [22] 8/11 8/15 8/16 8/25 9/23 11/5 14/1
 14/23 15/10 15/15 16/15 17/4 17/6 17/24
 17/25 18/1 21/7 21/8 21/9 23/9 26/15 26/16
have [66]
haven't [4] 9/5 9/6 22/5 23/8
having [4] 9/3 9/8 24/17 25/18
he [5] 20/25 21/6 21/7 21/8 21/9
hear [9] 7/7 7/16 9/10 9/12 9/14 11/2 18/3
 18/8 22/19
heard [5] 7/24 7/24 23/8 23/25 24/20
hearing [6] 13/12 13/13 15/23 16/8 18/8
 19/21
held [1] 4/5
Hello [1] 4/7
helps [2] 27/20 27/21
here [4] 13/19 15/8 15/22 23/24
hereby [1] 28/8
Herman [8] 1/14 1/14 1/14 4/13 11/19 23/6
 23/21 25/11
Herrington [2] 2/14 2/18
him [1] 15/4
his [3] 16/10 19/25 21/9
Hold [1] 17/22
Honor [41]
HONORABLE [1] 1/10
hope [2] 9/12 15/11
hopefully [2] 25/8 27/19
hoping [2] 25/2 25/9
hours [1] 22/20
how [5] 6/7 7/13 9/20 23/12 25/16
Howard [1] 2/15
however [1] 21/4
HULL [1] 2/11
humanly [1] 25/17
hurt [1] 23/16
hypothetically [2] 16/18 17/11

**I**

I'd [1] 16/1
I'll [13] 7/4 7/7 7/7 7/17 8/11 18/8 18/12
 18/13 18/14 18/15 23/2 26/20 27/22
I'm [11] 7/8 8/23 9/11 11/25 16/15 16/16
 18/23 22/13 25/6 25/9 27/17
idea [2] 11/18 16/22
identified [3] 7/23 14/3 25/13
Illinois [1] 3/4
immediately [2] 14/1 23/2
immunity [1] 22/18
impecunious [1] 16/20 17/12
incorporates [1] 19/21
indeed [1] 13/20

indicated [1] 19/22
indicates [1] 19/6
information [1] 6/17
Inglis [2] 19/24 21/5
Inglis' [1] 20/1
initially [1] 13/19
inquiry [1] 19/5
instructed [1] 26/1
intend [1] 12/19
intends [1] 16/23
intentional [1] 17/7
interfering [1] 7/11
interjected [1] 17/25
interrupt [2] 17/22 18/22
interrupting [1] 16/2
introduced [1] 6/1
invited [1] 16/9
is [49]
issue [18] 7/7 7/22 8/11 11/4 11/4 14/4 16/8
 16/13 18/8 19/15 20/8 21/3 21/5 22/1 22/16
 24/21 24/25 26/16
issues [16] 7/10 8/12 14/3 14/12 14/22 15/17
 15/23 16/11 17/25 18/3 18/14 18/18 20/4
 20/5 25/8 26/16
it [39]
It'll [1] 5/7
it's [15] 4/19 5/1 5/5 8/7 8/17 10/2 12/12 13/1
 13/6 15/6 18/6 18/7 18/8 20/9 26/23

**J**

JAMES [3] 2/6 2/18 4/19
Jerry [8] 4/17 19/16 19/18 20/24 21/11 21/22
 22/9 23/3
Jim [1] 5/2
Jodi [4] 3/18 28/6 28/14 28/14
JUDGE [5] 1/11 4/8 4/17 15/6 19/16
judges [1] 7/9
judgment [3] 16/21 17/9 17/12
June [6] 5/21 6/22 11/20 12/12 17/19 19/21
June 9th [3] 12/12 17/19 19/21
jurisdiction [8] 6/3 8/12 14/3 14/12 17/16
 17/25 18/13 26/16
jurisdictional [1] 6/24
just [12] 5/10 8/11 9/3 9/20 11/12 11/18 13/7
 13/8 15/9 20/24 21/19 26/25

**K**

Katz [1] 1/14
keep [3] 10/11 12/9 27/1
KENNY [3] 2/11 4/24 20/21
kind [2] 14/2 14/17
Knauf [2] 2/5 4/18
know [6] 7/1 12/5 12/21 14/24 15/18 18/13

**L**

large [1] 20/25
last [6] 5/14 11/20 13/11 19/22 24/3 24/8
late [1] 8/23
law [2] 15/19 17/13
learned [2] 16/3 16/9
least [2] 6/3 27/19
leaves [1] 16/24
left [6] 12/17 12/25 16/10 16/25 17/8 27/4
Lenny [1] 4/13
LEONARD [1] 1/15
less [1] 17/2
let [7] 7/16 9/10 11/2 12/11 15/4 17/22 17/23
let's [2] 10/25 26/11
letter [1] 22/15
Levin [6] 1/18 1/19 4/9 7/17 22/25 26/23
LIABILITY [1] 1/6
like [7] 5/25 8/7 15/1 15/16 16/1 19/17 27/8
likely [2] 14/6 14/12

**L**

likewise [1] 19/5
limited [1] 7/25
line [1] 5/9
listed [2] 8/14 25/5
literally [1] 25/18
litigation [3] 1/6 17/4 27/20
little [2] 9/12 25/6
LLC [2] 1/23 2/22
LLP [8] 2/2 2/10 2/14 2/18 3/2 3/6 3/10 3/14
loans [1] 17/5
log [7] 11/8 20/6 20/9 20/11 21/11 21/18 21/21
logs [1] 10/18
long [2] 9/20 27/19
longer [1] 7/5
look [6] 15/11 15/18 18/13 20/13 21/12 21/24
looked [1] 20/10
looking [1] 17/3 17/10
looks [3] 5/25 8/7 20/11
lot [1] 7/19
LOUISIANA [9] 1/2 1/7 1/16 1/25 2/8 2/24 3/16 3/19 28/8

**M**

machine [1] 9/25
made [2] 13/18 20/2
MADELYN [2] 1/15 4/13
mail [3] 22/13 22/15 25/11
make [8] 9/3 9/25 11/21 17/23 20/13 25/2 26/25 27/8
makes [1] 20/10
making [3] 25/17 25/22 25/22
MANUFACTURED [1] 1/5
many [4] 19/3 20/4 24/6 24/6
material [1] 13/25
materials [2] 21/7 21/8
matter [2] 6/21 28/11
matters [1] 23/2
may [13] 5/25 7/2 9/3 11/18 11/20 14/14 14/14 15/20 22/7 25/5 25/6 27/18 27/23
May 7th at [1] 27/18
May 8th and [1] 22/7
maybe [4] 11/20 11/20 14/25 27/21
McCollam [1] 2/21
McKinney [1] 3/7
MD [1] 1/5
me [16] 6/3 6/7 7/16 8/7 9/10 9/12 10/13 11/2 12/2 16/1 17/22 17/23 20/13 21/23 23/2 25/11
mean [3] 18/21 25/3 26/5
meantime [1] 15/21
Meanwhile [1] 17/9
mechanical [1] 3/22
meet [2] 16/9 20/2
meets [1] 15/2
memorandum [1] 6/2
mentioned [1] 5/13
mentions [1] 16/3
Meunier [3] 1/23 1/23 4/17
MICHAEL [12] 2/11 3/7 3/11 5/5 13/6 15/5 15/6 19/7 20/21 20/23 21/15 23/1
mid [1] 10/7
Mike [2] 4/24 5/6
millions [1] 17/5 25/18
mind [1] 10/11
mindful [3] 16/15 16/16 25/25
minute [1] 17/23
mistaken [1] 22/13
Monday [1] 21/6
month [1] 14/13
MOORE [2] 3/7 5/6

**N**

morning [12] 4/7 4/9 4/22 4/23 5/1 8/23 8/24 9/11 9/20 13/12 17/25 28/4
motion [7] 6/2 6/6 21/5 21/20 26/17 26/18 27/8
motions [6] 7/4 12/13 12/14 14/5 18/9 27/3
move [1] 17/13
Mr. [6] 11/19 13/10 20/1 21/5 23/21 25/11
Mr. Fenton [1] 13/10
Mr. Herman [3] 11/19 23/21 25/11
Mr. Inglis [1] 21/5
Mr. Inglis' [1] 20/1
much [5] 13/25 18/25 23/24 24/24 27/22
multiple [1] 16/5
my [3] 4/10 18/21 28/9

**N**

names [1] 6/12
nearly [1] 7/9
necessary [2] 7/3 7/3
need [5] 15/17 16/14 19/12 22/4 22/7
needs [4] 6/17 11/14 13/14 15/2
new [15] 1/7 1/16 1/25 2/3 2/3 2/8 2/19 2/19 2/24 3/12 3/12 3/16 3/19 18/8 21/6
next [4] 10/8 11/10 13/24 25/7
nine [2] 8/15 23/10
no [6] 8/15 18/23 18/24 19/14 23/9 27/2
nobody [1] 23/16
nonetheless [1] 24/23
not [25] 9/8 10/14 10/16 10/16 10/17 12/10 13/11 14/11 15/16 15/21 16/12 17/7 17/16 18/6 19/10 20/14 20/14 22/13 22/18 23/2 26/4 26/16 27/12 27/14
nothing [4] 7/24 7/25 8/7 8/9
noticed [1] 8/1
now [19] 5/25 7/9 8/23 10/3 10/10 11/25 16/15 17/11 17/24 18/19 19/23 23/21 24/14 24/16 24/18 24/22 25/7 25/13 26/20
number [2] 10/15 13/9
numbered [1] 28/11

**O**

O'BREIN [2] 1/15 4/14
O'Keefe [1] 1/16
object [1] 14/8
objection [1] 6/24
objections [1] 20/2
obligations [1] 16/16
obvious [1] 19/1
obviously [2] 11/13 15/9
occurred [1] 12/22
off [1] 10/22
office [1] 4/14
offices [1] 24/6
Official [3] 3/18 28/6 28/15
Okay [12] 4/11 4/20 4/25 5/9 5/13 9/9 12/9 20/9 20/18 26/2 26/22 27/7
old [1] 8/8
old-fashioned [1] 8/8
once [2] 20/9 27/16
one [8] 5/16 8/18 10/15 10/25 11/15 13/9 21/4 21/8
ongoing [1] 11/9
only [8] 7/21 7/25 8/16 8/20 10/16 16/5 16/12 16/22
open [4] 12/17 12/25 25/9 27/4
opinion [1] 7/8
opportunity [5] 7/10 9/6 15/11 26/5 26/8
opposite [2] 8/25 16/3
opposition [2] 16/17 22/6
oral [1] 7/7
order [4] 9/20 19/20 24/4 25/25
ordered [1] 22/2
organized [1] 17/7

**O**

Orleans [7] 1/7 1/16 1/25 2/8 2/24 3/16 3/19
other [8] 6/14 15/23 18/14 19/5 20/10 20/11 20/12 26/14
our [23] 4/14 5/14 7/19 9/17 10/2 11/15 11/16 11/22 15/8 15/14 15/17 16/16 18/25 19/22 22/6 23/16 24/1 24/5 24/12 25/2 25/3 25/5 25/8
ours [1] 22/8
out [7] 8/9 11/7 15/1 22/12 22/13 24/15 25/8
outset [2] 13/10 13/19
outstanding [2] 14/14 21/5
over [6] 6/3 13/21 24/11
own [1] 7/19
owned [1] 26/16

**P**

pages [1] 16/5
papers [4] 15/10 16/25 21/16 22/6
PARISH [2] 2/6 4/19
part [2] 19/3 20/25
participate [4] 6/22 13/13 18/17 18/19
participating [2] 18/4 26/1
parties [3] 7/2 19/19 20/7
passports [1] 14/18
PC [1] 2/6
Peachtree [1] 2/12
Pennsylvania [1] 1/20
people [2] 25/15 25/24
period [2] 7/6 7/21
permission [1] 14/18
personal [2] 14/3 14/12
Phelps [1] 3/14
Philadelphia [1] 1/20
PHILLIPS [2] 1/22
phone [1] 23/3
plaintiff [2] 9/5 22/3
plaintiffs [14] 1/14 1/18 1/22 2/2 4/11 7/16 14/8 14/20 15/2 18/18 19/8 22/2 25/1 27/13
plaintiffs' [3] 22/11 23/19 24/19
plan [1] 17/18
PLC [1] 13/20
point [3] 13/22 14/21 17/24
portion [1] 16/24
position [3] 15/8 18/25 23/25
possibility [1] 20/6
possible [1] 25/17
Poydras [2] 1/24 3/18
preparation [1] 9/4
prepare [2] 11/15 11/22
prepared [4] 11/9 13/14 20/6 20/10
preparing [3] 8/2 11/8 11/11
presenting [1] 11/11
pressing [1] 16/13
previously [1] 9/19
prior [1] 24/9
prioritize [1] 25/14
privilege [10] 10/17 11/8 11/8 20/6 20/9 20/11 21/11 21/18 21/21 22/19
probably [4] 7/5 10/7 21/20 22/24
problems [3] 15/16 24/11 24/12
proceed [2] 5/21 18/10
proceeding [1] 24/22
proceedings [6] 3/22 4/1 4/5 15/22 28/3 28/10
proceeds [1] 25/16
process [5] 10/3 10/7 15/20 24/14 24/16
produce [7] 10/1 19/5 22/2 22/17 22/21 22/22 23/10
produced [17] 3/23 8/15 8/16 9/19 10/5 12/23 13/21 14/21 16/4 16/23 19/3 19/4 22/17 23/9 24/18 24/25 25/14
producible [1] 20/14

**P**

producing [7] 9/17 10/7 12/10 13/21 15/9 24/23 27/1
product [1] 22/18
production [7] 9/17 10/14 13/24 20/8 22/13 25/2 25/3
productions [1] 25/10
PRODUCTS [2] 1/5 15/16
profile [1] 22/3
profit [1] 17/2
progress [1] 25/23
prompt [1] 14/6
proper [1] 9/4
proposal [1] 11/18
propound [1] 20/1
provide [1] 8/2
provided [2] 9/24 19/24
PSC [7] 10/1 10/8 11/11 11/13 11/21 13/17 23/22
purpose [1] 7/12
purposes [1] 10/5
push [1] 11/18
pushed [1] 12/12
pushing [1] 12/9
put [1] 15/19
putting [1] 12/13

**Q**

question [7] 5/19 6/20 6/23 12/19 17/14 23/24 27/3
questions [5] 6/6 7/1 14/21 14/25 23/16
quickly [1] 8/3
quite [1] 10/20

**R**

raise [4] 16/8 16/11 16/12 26/16
raised [6] 6/6 14/1 15/23 18/14 18/18 23/23
raises [1] 6/20
raising [1] 19/1
rather [1] 24/24
rattling [1] 21/16
RE [1] 1/5
read [3] 11/15 16/18 16/19
ready [2] 20/15 21/23
realize [1] 15/10
really [3] 7/13 16/22 22/7
reassurance [1] 17/4
reassure [1] 23/15
receive [4] 21/18 21/21 22/4 22/4
received [6] 6/1 8/23 9/6 9/8 23/11 24/8
receiving [4] 10/4 10/17 10/17 14/7
recognize [3] 14/5 14/11 15/20
record [1] 28/10
recorded [1] 3/22
reflected [1] 18/25
regarding [1] 5/23
regards [2] 9/16 11/17
Relates [1] 1/8
relating [1] 14/12
relationship [1] 6/12
relationships [1] 6/10
relative [1] 7/22
relevancy [3] 10/5 10/14 11/4
relevant [3] 15/14 19/5 27/3
relied [2] 21/7 21/9
remaining [1] 20/5
remains [2] 20/8 21/3
repeat [2] 24/3 26/14
repeatedly [1] 26/15
replied [1] 8/24
reply [1] 16/1
report [5] 9/23 19/16 19/24 21/6 21/9

reported [1] 16/25
Reporter [1] 3/19 28/5 28/5
represent [1] 22/11
represented [1] 20/25
request [1] 20/1
requesting [1] 23/19
requests [3] 24/20 24/21 24/24
resolve [1] 25/8
resolved [1] 20/4
respect [3] 9/2 21/1 21/3
respectfully [1] 13/12
respond [7] 10/19 12/6 13/7 13/9 14/9 20/24 22/21
response [1] 24/24
responsive [1] 25/19
responsiveness [1] 24/19
rest [2] 27/15 27/15
return [2] 27/5 27/14
review [10] 7/10 9/6 10/4 21/18 24/15 24/19 25/19 25/20 26/6 26/8
reviewed [1] 24/17
revised [1] 19/24
RICHARD [1] 3/3
Rick [1] 5/6
right [24] 4/16 4/18 5/3 5/12 9/15 10/3 10/9 10/25 11/3 11/6 12/1 13/3 15/12 19/7 19/11 19/12 20/17 21/22 22/23 23/1 23/5 26/10 27/17 27/22
RMR [4] 3/18 28/6 28/14 28/14
Room [1] 3/19
ROSENBERG [2] 3/14 5/11
rule [2] 18/15 19/20
run [1] 25/20
RUSS [9] 1/14 4/13 12/2 12/5 15/4 22/13 23/6 23/7 26/3

**S**

s/Jodi [1] 28/14
Safety [1] 15/16
said [10] 13/8 16/15 17/11 18/25 19/6 20/25 21/8 21/11 27/7 27/16
same [4] 5/9 6/9 18/11 23/25
San [1] 2/16
saw [1] 5/15
say [5] 12/6 18/24 20/16 25/3 25/23
saying [1] 20/17
schedule [2] 19/23 21/2
scheduled [1] 6/22
scheduling [1] 19/20
scope [3] 6/4 6/18 11/5
seal [1] 20/13
second [3] 13/16 16/10 22/1
secondly [1] 10/16
secrets [2] 24/17 25/20
Section [1] 1/6
Sedran [1] 1/18
see [5] 7/11 7/13 18/20 25/16 26/11
Seeger [3] 2/2 2/2 4/15
seek [1] 8/19
seeking [2] 13/12 15/21
seem [1] 6/7
seen [1] 9/23
sense [1] 9/4
sent [2] 22/13 22/15
separate [1] 26/19
separating [1] 11/7
serve [1] 6/13
served [1] 13/16
set [4] 24/9 24/10 24/17 27/17
settled [1] 25/23
shortly [1] 21/20
should [3] 6/21 10/4 23/15
show [2] 12/18 15/16

showing [1] 9/20
sides [1] 11/14
significant [1] 15/13
Simcox [4] 3/18 28/6 28/14 28/14
similar [2] 7/10 13/23
simple [1] 24/21
simply [2] 19/1 24/24
since [5] 7/9 8/11 17/4 23/19 24/4
single [2] 6/11 17/16
sir [1] 21/25
situation [1] 7/2
six [2] 17/1 23/20
slip [1] 25/6
small [2] 9/18 9/22
so [25] 5/19 6/3 7/12 8/21 11/9 11/15 11/17 11/20 12/15 12/24 13/15 17/15 18/5 18/17 19/9 20/13 20/15 20/15 21/23 21/23 23/1 25/14 25/20 25/22 26/11
some [15] 5/23 6/8 9/21 10/4 12/23 14/14 15/20 16/4 17/25 19/9 21/16 24/11 24/12 26/7 27/5
Somebody's [1] 21/16
someone [1] 27/16
something [2] 12/6 13/9
sorry [1] 8/23
sort [1] 6/16
South [1] 3/3
speak [4] 7/17 8/11 8/20 8/21
speaking [1] 15/6
specific [3] 23/19 23/20 26/9
speed [1] 5/15
SR [1] 2/10
St [2] 2/7 2/23
standpoint [1] 6/4
start [4] 11/10 11/19 17/3 19/11
starting [2] 10/7 25/8
state [3] 24/17 25/20 26/16
state-owned [1] 26/16
stated [3] 8/12 13/10 13/11
statement [1] 24/1
STATES [10] 1/1 1/11 5/18 12/16 12/22 24/5 24/9 25/21 27/5 28/7
status [6] 1/10 6/2 9/23 10/13 16/12 27/18
stay [1] 12/21
Steering [1] 4/11
STENGEL [2] 2/18 5/2
stenography [1] 3/22
step [2] 11/12 19/13
stick [1] 17/17
still [4] 9/24 14/14 22/5 24/11
stonewalled [1] 8/5
story [1] 27/15
Street [8] 1/19 1/24 2/3 2/12 2/15 2/19 3/15 3/18
subject [3] 21/10 25/24 27/9
subjected [1] 18/2
submissions [1] 13/17
submit [1] 22/6
submitted [4] 19/19 19/20 21/6 24/1
substantial [2] 10/17 16/23
such [2] 6/10 14/7
sudden [1] 20/16
suggest [2] 6/18 20/6
suggested [1] 11/19
Suite [6] 1/20 1/24 2/7 3/4 3/8 3/15
sure [4] 7/8 9/25 10/21 11/21
Sutcliffe [2] 2/14 2/18

**T**

Taishan [14] 2/10 4/20 6/10 6/18 7/25 16/19 16/19 16/25 17/2 17/4 17/11 17/13 20/22 23/25

**T**

Taishan's [1] 6/19
take [9] 7/5 9/5 10/25 11/22 15/20 18/14 19/13 21/12 27/19
takes [1] 9/20
taking [3] 7/19 11/12 17/15
talk [3] 6/18 23/17 27/22
talking [3] 11/3 11/4 27/20
TAYLOR [2] 2/10 4/21
team [1] 24/19
teams [1] 24/5
telephone [3] 1/10 4/6 20/3
tell [1] 27/15
ten [3] 8/14 8/21 23/10
terms [4] 14/18 14/24 15/9 20/8
testing [1] 15/15
Texas [1] 3/8
than [4] 7/5 13/18 17/2 24/24
Thank [6] 23/4 27/22 27/24 27/25 28/1 28/2
that [155]
that's [11] 7/22 9/20 12/22 16/5 16/22 17/14 18/15 19/5 19/7 26/19 27/12
their [5] 5/19 6/23 27/6 27/10 27/15
them [35]
themselves [1] 27/9
then [12] 4/11 14/23 16/24 17/8 17/9 17/19 18/12 19/10 19/12 25/20 27/2 27/14
there [14] 7/9 10/13 12/17 14/14 14/19 14/23 15/13 16/4 16/5 18/9 19/1 20/5 22/3 22/18
there's [5] 6/11 6/11 6/14 12/23 17/2
these [11] 6/13 8/21 12/11 12/15 12/19 14/22 15/9 16/11 22/7 25/10 27/4
they [41]
they'll [3] 19/11 19/12 27/14
they're [9] 12/10 12/21 18/1 18/3 19/10 20/14 27/9 27/12 27/13
thing [1] 8/25
things [3] 6/15 12/9 14/14
think [9] 11/10 11/19 19/7 19/8 20/3 20/25 22/20 25/22 27/19
third [4] 5/25 7/5 7/11 18/11
this [42]
Thornton [2] 9/25 10/2
those [27] 7/1 8/1 10/5 11/11 12/16 14/5 14/12 14/25 15/17 15/18 18/3 19/13 20/11 20/13 21/22 22/12 23/1 23/22 23/23 24/15 24/15 24/21 24/24 24/25 25/14 25/15 27/10
thought [2] 10/13 22/17
three [4] 5/7 8/17 14/15 19/2
through [6] 6/19 9/2 14/13 24/16 25/18 25/20
time [8] 5/18 7/2 11/1 14/13 15/20 18/6 18/11 19/13
today [3] 21/11 21/18 22/24
told [4] 16/10 24/3 24/8 26/15
tomorrow [3] 9/18 25/3 26/11
took [1] 14/19
total [1] 8/16
track [17] 5/16 5/17 5/20 5/22 5/25 7/5 7/11 7/14 7/15 7/18 7/18 9/8 9/17 18/11 19/3 19/17 24/22
tracks [6] 5/16 7/6 7/14 13/18 13/25 18/12
transcript [2] 3/22 28/9
translate [1] 9/21
translated [1] 10/1
translation [1] 25/1
trial [5] 5/21 7/12 8/8 17/17 17/19
trial-by-ambush [1] 8/8
tried [1] 16/7
true [2] 16/5 28/8
try [1] 16/24
trying [2] 5/6 25/13

**U**

two [10] 5/16 6/12 7/6 7/14 12/12 13/18 13/25 18/1 25/21
type [2] 6/8 6/9

**U**

U.S [2] 6/15 17/1
under [2] 17/13 20/12
understand [4] 11/13 21/13 26/10 27/9
understanding [2] 10/2 28/10
understands [1] 14/17
Understood [1] 19/14
unearthing [1] 7/20
UNITED [10] 1/1 1/11 5/18 12/16 12/22 24/5 24/9 25/21 27/5 28/7
until [4] 12/22 18/7 26/4 26/7
up [4] 5/13 5/15 21/14 27/12
updated [1] 22/2
upon [2] 10/3 15/19
us [3] 3/2 3/6 3/10 8/2 11/22 12/18 13/2 17/10 19/15 23/17 23/19 24/18 25/9 25/12 26/15
use [3] 8/5 8/6 8/6
used [1] 5/23

**V**

various [1] 13/17
VEJNOSKA [3] 2/15 5/1 23/15
vendor [1] 24/10
vendors [1] 25/9
very [8] 8/3 9/7 9/7 17/5 17/5 18/25 24/4 27/22
via [1] 4/5
virtually [1] 9/8
visas [2] 14/18 25/25

**W**

Wacker [1] 3/3
wait [12] 10/25 13/5 13/5 13/5 15/4 15/4 15/4 17/22 17/22 21/14 21/14 21/14
waive [1] 6/23
Walnut [1] 1/19
want [8] 7/2 10/12 10/22 12/2 20/24 21/19 26/14 26/25
wanted [4] 8/6 12/5 12/5 22/10
wants [3] 6/21 20/12 23/16
Warshauer [1] 1/23
was [9] 5/22 10/13 10/14 11/3 11/4 13/16 18/24 19/11 22/18
wasn't [1] 20/16
Water [1] 2/3
way [3] 11/14 15/2 18/15
we [134]
we'd [3] 15/1 20/6 22/21
we'll [10] 10/4 10/6 11/10 14/8 14/8 14/9 17/19 18/20 19/13 21/17
we're [23] 7/13 8/1 8/5 8/6 9/24 10/17 11/9 12/10 15/9 16/24 17/8 17/9 17/10 17/23 17/24 18/16 21/12 23/15 24/14 24/22 25/22 25/22 26/20
we've [13] 7/19 7/21 7/24 7/24 8/1 8/3 16/7 17/10 19/6 19/23 23/10 25/24 27/2
week [10] 9/24 10/8 11/10 11/20 11/20 13/25 20/7 24/3 24/8 25/7
weekend [2] 24/10 24/11
weeks [3] 12/12 22/2 27/2
Weiss [1] 2/2
well [7] 5/7 10/19 12/19 14/2 21/22 26/18 27/7
went [2] 6/9 13/18
were [11] 4/5 5/15 5/19 9/2 14/6 16/10 16/11 19/1 22/16 25/2 28/3
West [2] 2/12 2/19
what [20] 5/19 5/22 6/7 6/17 6/24 11/9 13/7

**W** (continued)

13/23 15/9 16/15 17/12 18/13 18/25 18/25 20/8 20/24 21/1 24/3 26/20 27/5
what's [3] 22/9 23/12 27/3
when [10] 8/19 11/3 12/15 12/23 14/5 17/3 22/23 24/16 25/3 27/8
whenever [1] 18/7
where [8] 8/2 9/5 10/3 16/8 18/20 21/4 24/14 26/11
WHEREUPON [2] 4/5 28/3
whether [11] 6/11 6/11 6/13 6/14 6/20 12/5 12/21 17/6 18/6 20/14 27/13
which [13] 5/20 6/1 9/2 10/14 11/8 13/17 17/18 19/21 20/3 20/7 24/20 24/21 24/22 22/11 22/11 25/4 25/5 25/13
who [12] 5/6 5/17 6/7 8/20 17/10 18/3 19/2 22/11 22/11 25/4 25/5 25/13
who's [1] 4/12
whoever [1] 20/10
whose [2] 16/25 16/25
will [31]
willingly [1] 18/4
window [1] 26/6
within [1] 22/20
without [1] 9/3
witness [1] 8/19
witnesses [21] 5/22 5/24 8/14 8/16 8/22 11/15 11/16 11/22 12/10 12/11 12/15 12/18 12/20 14/15 14/25 14/25 19/2 23/10 27/1 27/3 27/10
won't [4] 8/5 8/6 24/3 27/19
word [1] 8/5
work [2] 15/1 22/18
working [3] 9/24 21/1 24/13
would [6] 6/18 14/4 17/12 21/11 22/12 22/21

**Y**

Yes [8] 15/7 19/7 19/18 20/20 21/25 23/7 26/21 26/24
yesterday [7] 6/1 8/24 14/6 15/10 17/1 20/2 26/7
yet [2] 22/4 26/17
York [6] 2/3 2/3 2/19 2/19 3/12 3/12
you [33]
you'd [1] 19/17
you'll [1] 23/1
you're [2] 21/14 26/10
you've [1] 19/9
Your [41]
yuan [1] 17/1