# EXHIBIT 5

# BNBM

US

## BEIJING SUPERIOR PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: Beijing Superior People's Court]

Judicial Association No. SX-10-86

| Cause of Action | | Cause No. | Law Association No. (2010) 196 |
|---|---|---|---|
| Document Served and Number | Summary of Documents, one copy<br>Complaint, one copy | | Summons, one copy<br>Document, one copy |
| Recipient | Beijing New Building Material (Group) Co., Ltd. (BNBW) | | |
| Address for Service | No. 16, West Building Material City Road, West San Qi, Hai Dian District, (Beijing, China). | | |
| Recipient Signature or Seal | | | |
| Recipient in substitution and reason(s) | | | |
| Notes | United States.   With translation        Refuse to accept. | | |

Issuer: Chen, Xin                    Servers: Zhu, Cheng Fu      Li, Qing
                                              Feb. 25, 2010

Note:
 (1) The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §57; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
(2) In case of receiving by substitution, the substitution recipient should sign and seal the document, and note the relationship with the servee, and the reason(s) for substitution.
(3) This Proof of Service applies to Hong Hong and Macao districts.

北京

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*

*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Josh R. Cobb**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota 55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776    Fax: 952.831.8150**<br>**Email: JCobb@CivilActionGroup.com** | **Ministry of Justice**<br>**Department of Judicial Assistance and Foreign Affairs**<br>**Division of Judicial Assistance**<br>**10, Chaoyangmen, Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**100020**<br>**China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
 (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

 *(identité et adresse)*    Beijing New Building Materials Public Limited Company (BNBM)
 No. 16, West Road Jiancaicheng, Xisanqi, Haidian District, Beijing 100096, China
 Tel:

[X] (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
     *a)   selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
     *b)   selon la forme particulière suivante (article 5, alinéa premier, lettre b);*_____

_____
_____

[ ] (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
     *c)   le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Class Action Complaint_____
Summons in a Civil Action_____
Translations_____
Summary of the Document to be Served

_____
_____
_____
_____

Done at _____ , the ⌐ ⁄₁3⁄₁0
*Fait à* Minneapolis, Minnesota, U.S.A.    *le* ⌐ ⁄₁3⁄₁0

Signature and/or stamp.
*Signature et/ou cachet.*

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

(Formerly OBD-116 which was formerly LAA-116,    USM-94
both of which may still be used)    (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

Case Name:  Gross  v.   Knauf Gips, KG
Defendant:   Beijing New Building Materials Public Limited Company (BNBM)
Court Case No.:  09-6690

## CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

**1)    that the document has been served\***
*1.     que la demande a été exécutée*
- the (date)
- *le (date)*
- at (place, street, number)
- *à (localité, rue numéro)* _____

- **in one of the following methods authorised by article 5-**
- *dans une des formes suivantes prévues à l'article 5:*
    [ ]  **(a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention\*.**
          *a)     selon les formes légales (article 5, alinéa premier, lettre a).*
    [ ]  **(b)  in accordance with the following particular method\*:**
          *b)     selon la forme particulière suivante:* _____

    [ ]  **(c)  by delivery to the addressee, who accepted it voluntarily.\***
          *c)     par remise simple*

**The documents referred to in the request have been delivered to:**
*Les documents mentionnés dans la demande ont été remis à:*
- **(identity and description of person)**
- *(identité et qualité de la personne)* _____

- **relationship to the addressee (family, business or other):**
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

**2)    that the document has not been served, by reason of the following facts\*:**
*2.     que la demande n'a pas été exécutée, en raison des faits suivants:*

_the addressee refused to accept the documents_
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

**LIST OF DOCUMENTS:** Summary of the Document to be Served,  Class Action Complaint, Summons in a Civil Action, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

_____
_____
_____

**In appropriate cases, documents establishing the service:**
*Le cas échéant, documents justificatifs de l'exécution:*

_____
_____
_____

Done at _Beijing_ , the _April 23rd, 2010_
*Fait à* _____ , *le* _____

Signature and/or stamp.
*Signature et/ou cachet.*

人 民 共 和 国
司 法 部
司法协助专用章

\*    Delete if inappropriate.
     *Rayer les mentions inutiles.*

2

Judicial Association No. SX-1299

# BEIJING SUPERIOR PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: Beijing Superior People's Court]

| Cause of Action | | Cause No. | Law Association No. (2010) 1186 |
|---|---|---|---|
| Document Served and Number | Summary of Documents, one copy<br>Complaint, one copy | Summons, one copy<br>Document, one copy | |
| Recipient | Beijing New Building Material (Group) Co., Ltd. (BNBW) | | |
| Address for Service | No. 16, West Building Material City Road, West San Qi, Hai Dian District, (Beijing, China). | | |
| Recipient Signature or Seal | | | |
| Recipient in substitution and reason(s) | | | |
| Notes | United States.   With translation        Refuse to accept. | | |

Issuer: Chen, Xin                    Servers: Ma, Jia Guo    Gu, Zhi Qiang
                                                   Aug. 25, 2010

Note:
(1) The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §57; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
(2) In case of receiving by substitution, the substitution recipient should sign and seal the document, and note the relationship with the servee, and the reason(s) for substitution.
(3) This Proof of Service applies to Hong Hong and Macao districts.

2nd Service Attempt    Server: Wang, Bao Wei    Jia, Ding
                                                          Nov. 11, 1020

3rd Service Attempt    Server: Tang, Ding        Wang, Bao Wei
                                                          Nov. 25, 2010

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF:  Louisiana

## REQUEST     NX-10-1289

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

### DEMANDE
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Josh R. Cobb<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota  55439-3122<br>U.S.A.<br>Tel. 952.831.7776      Fax: 952.831.8150<br>Email: JCobb@CivilActionGroup.com | Ministry of Justice<br>Department of Judicial Assistance and Foreign Affairs<br>Division of Judicial Assistance<br>10, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>100020<br>China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
   (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- à l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

(identité et adresse)     Beijing New Building Materials Public Limited Co.

No. 16 West Road, Jiancaicheng Xisanqi,  Haidian District, Beijing, China, 100096

Tel:

[X] (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
   a)   *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
   b)   *selon la forme particulière suivante (article 5, alinéa premier, lettre b):_____*

_____

[ ] (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
   c)   *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

--Summons in a Civil Action
--Plaintiffs'  Amended  Omnibus  Class  Action
Complaint (II)
--Exhibits "A" - "C"
--Schedule 1
--Schedule 2
--Schedule 3
--Schedule 4
--Translations
--Summary of the Document to be Served

Done at  Minneapolis, Minnesota, U.S.A.     , the 7/29/10
*Fait à*                                      *le*

Signature and/or stamp.
*Signature et/ou cachet.*

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

(Formerly OBD-116 which was formerly LAA-116,      USM-94
both of which may still be used)                  (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

Case Name:  Wiltz  v.  Beijing New Building Materials Public Limited Co.
Defendant:  Beijing New Building Materials Public Limited Co.
Court Case No.:  10-361

## CERTIFICATE
### *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

**1)**   **that the document has been served\***
*1.*   *que la demande a été exécutée*
   - the (date)
   *- le (date)* _____
   - at (place, street, number)
   *- à (localité, rue numéro)* _____

   - in one of the following methods authorised by article 5-
   *- dans une des formes suivantes prévues à l'article 5:*
   [  ]  **(a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention\*.**
   *a)   selon les formes légales (article 5, alinéa premier, lettre a).*
   [  ]  **(b)   in accordance with the following particular method\*:**
   *b)   selon la forme particulière suivante:* _____
   _____
   [  ]  **(c)   by delivery to the addressee, who accepted it voluntarily.\***
   *c)   par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   *- (identité et qualité de la personne)* _____
   _____

   - relationship to the addressee (family, business or other):
   *- liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

**2)**   **that the document has not been served, by reason of the following facts\*:**
*2.*   *que la demande n'a pas été exécutée, en raison des faits suivants:*
_____ *Refused* _____
_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action, Plaintiffs' Amended Omnibus Class Action Complaint (II), Exhibits "A" - "C", Schedule 1, Schedule 2, Schedule 3, Schedule 4, Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*
_____
_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*
_____
_____
_____
_____

Done at
*Fait à* _____ Beijing _____

中 华 人 民 共 和 国
司 法 部
民 商 事 司 法 协 助 专 用 章

Signature and/or stamp.
*Signature et/ou cachet.*

\*   Delete if inappropriate.
   *Rayer les mentions inutiles.*

2

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

### DEMANDE

*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Josh R. Cobb**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota 55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776      Fax: 952.831.8150**<br>**Email: JCobb@CivilActionGroup.com** | **Ministry of Justice**<br>**Department of Judicial Assistance and Foreign Affairs**<br>**Division of Judicial Assistance**<br>**No 6, Chaoyangmen Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**100020**<br>**China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-
mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
    **(identity and address)**
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant*
*conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
    *(identité et adresse)*     Beijing New Building Materials Public Limited Company (BNBM)
                    No. 16 West Road, Jiancaicheng Xisanqi, Haidian District,  Beijing 100096, China
                Tel:
[X] (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    *a)  selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    *b)  selon la forme particulière suivante (article 5, alinéa premier, lettre b):_____*
    _____

[ ] (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    *c)  le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided
on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

**List of documents**
*Énumération des pièces*

--Summons in a Civil Action (Supplement to
Amended Class Action Complaint)
--Order
--Amended Class Action Complaint
--Translations
--Summary of the Document to be Served

|  |
|---|
| Done at<br>*Fait à* Minneapolis, Minnesota, U.S.A.                    , the<br>                                          , *le* 1/26/12 |
| Signature and/or stamp.<br>*Signature et/ou cachet.* |

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

(Formerly OBD-116 which was formerly LAA-116,        USM-94
both of which may still be used)                              (Est. 11/22/77)

\* Delete if inappropriate.
, *Rayer les mentions inutiles*

Case Name:  Gross  v.  Knauf Gips KG  [ Supplement Document 13775   Filed 04/17/12   Page 2 of 4
Defendant:  Beijing New Building Material Public Limited Company (BNBM)
Court Case No.:  09-6690

$S8 - 11 - 223$

## CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

**1)**  **that the document has been served\***
*1.  que la demande a été exécutée*
       - the (date)
       - *le (date)* _____
       - at (place, street, number)
       - *à (localité, rue numéro)* _____

       - in one of the following methods authorised by article 5-
       - *dans une des formes suivantes prévues à l'article 5:*
          [ ]  **(a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention\*.**
            *a)  selon les formes légales (article 5, alinéa premier, lettre a).*
          [ ]  **(b)  in accordance with the following particular method\*:**
            *b)  selon la forme particulière suivante:* _____

          [ ]  **(c)  by delivery to the addressee, who accepted it voluntarily.\***
            *c)  par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
       - (identity and description of person)
       - *(identité et qualité de la personne)* _____

       - relationship to the addressee (family, business or other):
       - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

**2)**  **that the document has not been served, by reason of the following facts\*:**
*2)  que la demande n'a pas été exécutée, en raison des faits suivants:*

*The addressee refused to accept the documents*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served,  Summons in a Civil Action (Supplement to Amended Class Action Complaint), Order, Amended Class Action Complaint, Translations
*Annexes*
Documents returned:
*Pièces renvoyées:*

_____
_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

_____
_____
_____

Done at   *Beijing*                    , the   *June 27, 2011*
*Fait à*                              , *le*

Signature and/or stamp.
*Signature et/ou cachet.*

\*   Delete if inappropriate.
   *Rayer les mentions inutiles.*

2

*U.S.*

# BEIJING SUPERIOR PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: Beijing Superior People's Court]

*Judicial Association No. SX-11-223*

| Cause of Action | | Cause No. | Law Association No. (2011) 364 |
|---|---|---|---|
| Document Served and Number | Summary of Documents, one copy<br>Complaint, one copy | | Summons, one copy<br>Document, one copy |
| Recipient | Beijing New Building Materials Public Limited Company (BNBM) | | |
| Address for Service | No. 16, West Road, Jiancaicheng Xisanqi, Haidian District, (Beijing, China). | | |
| Recipient Signature or Seal | | | |
| Recipient in substitution and reason(s) | | | |
| Notes | United States.   With translation | | |

Issuer:  Chen, Xin                                    Servers:

Note:
 (1)  The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §51; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
(2)  In case of receiving by substitution, the substitution recipient should sign and seal the document, and note the relationship with the servee, and the reason(s) for substitution.
(3)  This Proof of Service applies to Hong Hong and Macao districts.

*March 22, 2011   The addressee refused to accept the documents.*
*Servers: Jia Ding and Wang Baowei*
*March 29, 2011   The addressee refused to accept the documents.*
*Servers: Li Yonghui and Zhu Chaozheng*

# 北京市高级人民法院
## 送 达 回 证

SX-11-223

| 案　　由 | | 案　号 | 法协（2011）364 |
|---|---|---|---|
| 送达文书<br>各称和件数 | 文书概要一份 | | 传票一份 |
| | 诉状一份 | | 文书一份 |
| 受 送 达 人 | 北新建材股份有限公司（BNBM） | | |
| 送 达 地 址 | 海淀区西三期建材城西路 16 号 | | |
| 受 送 达 人<br>签名或盖章 | | | |
| 代 收 人<br>代 收 理 由 | | | |
| 备　　考 | 美国，有译文 | | |

填发人　陈新　　　　　　　　　　　　　　　　送达人

注：（1）送达刑事诉讼文书，按照刑事诉讼法第五　一条的规定办理；送达民事、行政诉讼

　　　　文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。

　　（2）代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代理

　　　　由。

　　（3）本《送达回证》适用涉港、澳地区送达。

2011.3.22　拒收　曾　瑶兰

2011.3.29　拒收　赵晓虹、糊收

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

## REQUEST

# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

## DEMANDE

*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

17-5x6-1738

| Identity and address of the applicant | Address of receiving authority |
|---|---|
| *Identité et adresse du requérant* | *Adresse de l'autorité destinataire* |
| **Jeff J. Karsten** | **Ministry of Justice** |
| **APS INTERNATIONAL, LTD** | **International Legal Cooperation Center (ILCC)** |
| **APS International Plaza** | **6, Chaoyangmen Nandajie** |
| **7800 Glenroy Road** | **Chaoyang District** |
| **Minneapolis, Minnesota  55439-3122** | **Beijing** |
| **U.S.A.** | **P.C. 100020** |
| **Tel. 952.831.7776      Fax: 952.831.8150** | **People's Republic of China** |
| **Email: JKarsten@CivilActionGroup.com** | |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-
mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant*
*conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
(*identité et adresse*)
Beijing New Building Materials Public Limited Co.
Long Guan Zhi Ye Plaza, No. 118 West Street, Huilongguan, Changping District, Beijing 102208 China

[X]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    a)   *selon les formes légales (article 5, alinéa premier, lettre a).*
[  ]  (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    b)   *selon la forme particulière suivante (article 5, alinéa premier, lettre b):*

[  ]  (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    c)   *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided
on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Summary of the Document to be Served
Summons in a Civil Action
Conditional Transfer Order with attached Schedule
Plaintiffs' Class Action Complaint with Exhibit "A"
Civil Cover Sheet
Translations

Done at
*Fait à* ___Minneapolis, Minnesota, U.S.A.___ , the ___11 Nov 2013___
                                              *le*

Signature and/or stamp.
*Signature et/ou cachet.*



APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

(Formerly OBD-116 which was formerly LAA-116,          USM-94
both of which may still be used)                        (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

266532-0088

2013-SXS-1738

Case Name: Amorin (FL) v. Taishan Gypsum Co., Ltd.
Defendant: Beijing New Building Materials Public Limited Co.
Court Case No.: 11-1672 Section L

# CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)   that the document has been served*
*1.   que la demande a été exécutée*
    - the (date)
    *- le (date)*
    - at (place, street, number)
    *- à (localité, rue numéro)* _____

    - in one of the following methods authorised by article 5-
    *- dans une des formes suivantes prévues à l'article 5:*
      [ ]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
         *a)  selon les formes légales (article 5, alinéa premier, lettre a).*
      [ ]  (b)  in accordance with the following particular method*:
         *b)  selon la forme particulière suivante:* _____

      [ ]  (c)  by delivery to the addressee, who accepted it voluntarily.*
         *c)  par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
    - (identity and description of person)
    *- (identité et qualité de la personne)* _____

    - relationship to the addressee (family, business or other):
    *- liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2)   that the document has not been served, by reason of the following facts*:
*2.   que la demande n'a pas été exécutée, en raison des faits suivants:*

*The recipient refused to accept the documents.*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action, Conditional Transfer Order with attached Schedule, Plaintiffs' Class Action Complaint with Exhibit "A", Civil Cover Sheet, Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at  Beijing    April 9, 2014
*Fait à*
Signature and/or stamp.
*Signature et/ou cachet.*

\*   Delete if inappropriate.
   *Rayer les mentions inutiles.*

2

266532-0088

# BEIJING SUPERIOR PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: Beijing Superior People's Court]

Judicial Association No. SX-13-1738

| Cause of Action | | Cause No. | Law Association No. (2013) 1399 |
|---|---|---|---|
| Document Served and Number | Summary of Documents, one copy<br>Complaint, one copy | | Summons, one copy<br>Document, one copy |
| Recipient | Beijing New Building Materials Public Limited Company | | |
| Address for Service | Long Guan Zhi Ye Plaza, No. 118 West Street, Huilongguan,<br>Changping District, Beijing, (China) . | | |
| Recipient Signature or Seal | | | |
| Recipient in substitution and reason(s) | | | |
| Reasons for Non-Service | Refused to accept. | | |
| Notes | United States.   With translation | | |

Issuer:  Chen, Xin

Servers:   Jia, Ding        Zhang, Xiao Guang

Note:
 (1) The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §51; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
(2)  In case of receiving by substitution, the substitution recipient should sign and seal the document, and note the relationship with the servee, and the reason(s) for substitution.

# 北京市高级人民法院
## 送　达　回　证

SX-13-1738

| 案　　由 | | 案　号 | 法外（2013）1399 号 |
|---|---|---|---|
| 送达文书<br>名称和件数 | 文书概要一份<br>诉状一份 | | 传票一份<br>文 书 一份 |
| 受 送 达 人 | Beijing New Building Materials Public Limited Co.<br>北新集团建材股份有限公司 | | |
| 送 达 地 址 | 北京市昌平区回龙观西大街 118 号龙冠置业大厦 | | |
| 受 送 达 人<br>签名或盖章 | | | |
| 代 收 人<br>代 收 理 由 | | | |
| 未能送<br>达理由 | 拒收. | | |
| 备　　考 | 美国，有译文 | | |

填发人　陈新　　　　　　　　　　　　　　　　送达人 贾了. 张兆岩

注：（1）送达刑事诉讼文书，按照刑事诉讼法第五　一条的规定办理；送达民事、行政诉讼
　　　　文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
　　（2）代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代理
　　　　由。

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND
UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF:  Louisiana

# REQUEST

# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

13-5x5-1734

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Glenda E. Fichtner**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota  55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776      Fax: 952.831.8150**<br>**Email: GEF@CivilActionGroup.com** | **Ministry of Justice**<br>**International Legal Cooperation Center (ILCC)**<br>**6, Chaoyangmen Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**P.C. 100020**<br>**People's Republic of China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-
mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
     (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant*
*conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
     *(identité et adresse)* _____Beijing New Building Materials Public Limited Co._____
     _____Long Guan Zhi Ye Plaza, No. 118 West Street, Huilongguan, Changping District, Beijing, China, 102208_____

[X]  (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
     *a)    selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]  (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
     *b)    selon la forme particulière suivante (article 5, alinéa premier, lettre b):* _____
     _____
     _____

[ ]  (c) · by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
     *c)    le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided
on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Summary of the Documents to be Served
Summons in a Civil Action
Conditional Transfer Order with attached Schedule
Civil Cover Sheet
Plaintiffs' Class Action Complaint with Exhibit "A"
Translations

Done at
*Fait à* _____Minneapolis, Minnesota, U.S.A.,_____ , the
                                                      *, le*   11 Nov 2013

Signature and/or stamp.
*Signature et/ou cachet.*

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55400

*Glenda Fichtner*

(Formerly OBD-116 which was formerly LAA-116,          USM-94
both of which may still be used)
                                                       (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

267247 - 82

2013 - SXS - 1734

Case Name: Amorin (VA) v. Taishan Gypsum Co., Ltd.
Defendant: Beijing New Building Materials Public Limited Co.
Court Case No.: 11-1673 Section L

## CERTIFICATE
### *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)   that the document has been served*
*I.   que la demande a été exécutée*
   - the (date)
   *- le (date)*
   - at (place, street, number)
   *- à (localité, rue numéro)* _____

   - in one of the following methods authorised by article 5-
   *- dans une des formes suivantes prévues à l'article 5:*
   [ ]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
         *a)   selon les formes légales (article 5, alinéa premier, lettre a).*
   [ ]  (b)  in accordance with the following particular method*:
         *b)   selon la forme particulière suivante:* _____

   [ ]  (c)  by delivery to the addressee, who accepted it voluntarily.*
         *c)   par remise simple* _____

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   *- (identité et qualité de la personne)* _____

   - relationship to the addressee (family, business or other):
   *- liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2)   that the document has not been served, by reason of the following facts*:
*2.   que la demande n'a pas été exécutée, en raison des faits suivants:*

The recipient refused to accept the documents.

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served,  Summons in a Civil Action, Conditional Transfer Order with attached Schedule, Civil Cover Sheet, Plaintiffs' Class Action Complaint with Exhibit "A", Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

_____

_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

_____

_____

Done at     Beijing 中华人民共和国      le  APRIL 9, 2014
*Fait à*              司 法 部
Signature and/or stamp.     涉 外 事 司 法 协 助 专 用 章
*Signature et/ou cachet.*

* Delete if inappropriate.
*Rayer les mentions inutiles.*

2

267247 - 82

Beijing City Higher People's Court

Proof of Service

[Seal affixed: Beijing City Higher People's Court]

| Cause of Action | | Case No. | SX-13-1734<br>Judicial Foreign<br>(2013) 1395 |
|---|---|---|---|
| Name and Number of Copies of Documents Served | One Copy of Document Summary<br><br>One Copy of Complaint | One Copy of Summons<br><br>One Copy of Document | |
| The Addressee | Beijing New Building Materials Public Limited Co. | | |
| Address for Service | Long Guan Zhi Ye Plaza, No. 118 West Street, Huilongguan, Changping District, Beijing | | |
| Signature or Seal of the Addressee | | | |
| The Addressee's Agent and Reason for such Agency | | | |
| Reason for Unsuccessful Serving | Refusing to accept. | | |
| Remarks | USA, with translations | | |

Issued by: Xin Chen          Servers: Ding Jia, Xiaoguang Zhang   12-23-2013

Note: (1) Service of criminal litigation documents shall be conducted in accordance with Article 51 of the Criminal Procedure Law of the People's Republic of China; service of civil and administrative litigation documents shall be conducted in accordance with or with reference to Articles 78 and 79 of the Civil Procedure Law of the People's Republic of China.

(2) For service of litigation documents to the addressee's agent, the addressee's agent shall indicate his/her relationship with the addressee and the reason for such agency in addition to affixing his/her signature or seal.

# 北京市高级人民法院
## 送 达 回 证

SX-13-1734

| 案　由 | | 案　号 | 法外（2013）1395 号 |
|---|---|---|---|
| 送达文书<br>各称和件数 | 文书概要一份<br>诉状一份 | | 传票 一份<br>文书一份 |
| 受送达人 | Beijing New Building Materials Public Limited Co.<br>北新集团建材股份有限公司 | | |
| 送达地址 | 北京市昌平区回龙观西大街 118 号龙冠置业大厦 | | |
| 受送达人<br>签名或盖章 | | | |
| 代收人<br>代收理由 | | | |
| 未能送<br>达理由 | 拒收. | | |
| 备　考 | 美国，有译文 | | |

填发人　陈新　　　　　　　　　　　　　　送达人 贾下 纵晟冠. 2013.12.23

注：（1）送达刑事诉讼文书，按照刑事诉讼法第五　一条的规定办理；送达民事、行政诉讼
　　　文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
　　（2）代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理
　　　由。

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OR THE STATE OF: Louisiana

## REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*

*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

13-Sxs-1741

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Diane K. Myers**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota  55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776    Fax: 952.831.8150**<br>**Email: DMyers@CivilActionGroup.com** | **Ministry of Justice**<br>**International Legal Cooperation Center (ILCC)**<br>**6, Chaoyangmen Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**P.C. 100020**<br>**People's Republic of China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)

*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

*(Identité et adresse)*            Beijing New Building Materials Public Limited Co.
Long Guan Zhi Ye Plaza, No. 118 West Street, Huilongguan,  Changping District, Beijing, China, 102208

[X]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    *a)  selon les formes légales (article 5, alinéa premier, lettre a).*

[ ]  (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    *b)  selon la forme particulière suivante (article 5, alinéa premier, lettre b):*_____

[ ]  (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    *c)  le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.

*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

| Summary of the Document to be Served | |
|---|---|
| ✓ Summons in a Civil Action  传 票 人 讼 宁 | Done at<br>*Fait à*    Minneapolis, Minnesota, U.S.A.     , the 11 NOV 2013<br>*le* |
| ✓ Plaintiffs' Class Action Complaint with Exhibit "A" | |
| ✓ Translations  诉 状 图 | Signature and/or stamp.<br>*Signature et/ou cachet.* |
|  质 用 车 费 供 述 总 控 诉 案 另 | |

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55400

*Diana K Myers*

(Formerly OBD-116 which was formerly LAA-116,        USM-94
both of which may still be used)                   (Est. 11/22/77)

* Delete if inappropriate.
*, Rayer les mentions inutiles*

267249 - 97

2013 - SXS - 1741

Case Name:  Amorin (LA)  v.  Taishan Gypsum Co., Ltd.
Defendant  —  Beijing New Building Materials Public Limited Co.

Court Case No.:  11-1395

## CERTIFICATE
### *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)   that the document has been served*
*1.   que la demande a été exécutée*
  - the (date)
  - *le (date)* _____
  - at (place, street, number)
  - *à (localité, rue numéro)* _____

  - in one of the following methods authorised by article 5-
  - *dans une des formes suivantes prévues à l'article 5:*
     [ ]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
           *a)   selon les formes légales (article 5, alinéa premier, lettre a).*
     [ ]  (b)  in accordance with the following particular method*:
           *b)   selon la forme particulière suivante:* _____
                 _____
     [ ]  (c)  by delivery to the addressee, who accepted it voluntarily.*
           *c)   par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
  - (identity and description of person)
  - *(identité et qualité de la personne)* _____

  - relationship to the addressee (family, business or other):
  - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2)   that the document has not been served, by reason of the following facts*:
*2.   que la demande n'a pas été exécutée, en raison des faits suivants:*

*The recipient refused to accept the documents.*

_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served,  Summons in a Civil Action, Plaintiffs' Class Action Complaint with Exhibit "A", Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

_____
_____

Done at _Beijing_ _____ the _April 9, 2014_
*Fait à*

Signature and/or stamp
*Signature et/ou cachet.*

_____

*   Delete if inappropriate.
    *Rayer les mentions inutiles.*

2

267249 - 97

Beijing City Higher People's Court

Proof of Service

[Seal affixed: Beijing City Higher People's Court]

| Cause of Action | | Case No. | SX-13-1741 Judicial Foreign (2013) 1452 |
|---|---|---|---|
| Name and Number of Copies of Documents Served | One Copy of Document Summary     One Copy of Summons  One Copy of Complaint     One Copy of Document | | |
| The Addressee | Beijing New Building Materials Public Limited Co. | | |
| Address for Service | Long Guan Zhi Ye Plaza, No. 118 West Street, Huilongguan, Changping District, Beijing | | |
| Signature or Seal of the Addressee | | | |
| The Addressee's Agent and Reason for such Agency | | | |
| Reason for Unsuccessful Serving | Refusing to accept. | | |
| Remarks | USA, with translations | | |

Issued by: Xin Chen                    Servers: Ding Jia, Xiaoguang Zhang   12-23-2013

Note: (1) Service of criminal litigation documents shall be conducted in accordance with Article 51 of the Criminal Procedure Law of the People's Republic of China; service of civil and administrative litigation documents shall be conducted in accordance with or with reference to Articles 78 and 79 of the Civil Procedure Law of the People's Republic of China.

(2) For service of litigation documents to the addressee's agent, the addressee's agent shall indicate his/her relationship with the addressee and the reason for such agency in addition to affixing his/her signature or seal.

# 北京市高级人民法院
## 送 达 回 证

SX-13-1741

| 案　　由 | | 案　号 | 法外（2013）1452 号 |
|---|---|---|---|
| 送达文书<br>名称和件数 | 文书概要 一份<br>诉状一份 | | 传票 一份<br>文书 一份 |
| 受送达人 | Beijing New Building Materials Public Limited Co.<br>北新集团建材股份有限公司 | | |
| 送达地址 | 北京市昌平区回龙观西大街 118 号龙冠置业大厦 | | |
| 受送达人<br>签名或盖章 | | | |
| 代收人<br>代收理由 | | | |
| 未能送<br>达理由 | 拒收. | | |
| 备　　考 | 美国，有译文 | | |

填发人　陈新　　　　　　　　　　　　送达人 贾下. 张晏冕. 2013·12·23

注：（1）送达刑事诉讼文书，按照刑事诉讼法第五　一条的规定办理；送达民事、行政诉讼
　　　　文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
　　　（2）代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理
　　　　由。

# BNBM Group

Judicial Association No. SX-1162
U.S.

# BEIJING SUPERIOR PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: Beijing Superior People's Court]

| Cause of Action | | | Cause No. | Law Association No. (2010) 1126 |
|---|---|---|---|---|
| Document Served and Number | Summary of Documents, one copy<br>Complaint, one copy | | Summons, one copy<br>Document, one copy | |
| Recipient | Beijing New Building Material (Group) Co., Ltd. | | | |
| Address for Service | Floor 17, China  Jian Cai Building, No. 11 A Sanlihe Road, Hai Dian District, (Beijing, China). | | | |
| Recipient Signature or Seal | | | | |
| Recipient in substitution and reason(s) | | | | |
| Notes | United States.   With translation        The company refuse to accept. | | | |

Issuer:  Chen, Xin                              Servers:  Ma, Jia Guo   Gu, Zhi Qiang
                                                                        Aug. 25, 2010

Note:
 (1)  The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §57;
the service of documents in civil actions and administrative documents is executed in accordance with Civil
Proceeding Code §78 and §79.
(2)  In case of receiving by substitution, the substitution recipient should sign and seal the document, and
note the relationship with the servee, and the reason(s) for substitution.
(3)  This Proof of Service applies to Hong Hong and Macao districts.

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND
UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF:  Louisiana

## REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant*<br><br>**Josh R. Cobb**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota  55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776      Fax: 952.831.8150**<br>**Email: JCobb@CivilActionGroup.com** | Address of receiving authority<br>*Adresse de l'autorité destinataire*<br><br>**Ministry of Justice**<br>**Department of Judicial Assistance and Foreign Affairs**<br>**Division of Judicial Assistance**<br>**10, Chaoyangmen, Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**100020**<br>**China** |
|---|---|

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-
mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
          (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant*
*conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

          *(identité et adresse)*        Beijing New Building Materials (Group) Co., Ltd. (BNBM Group)
          No. 16, West Road Jiancaicheng, Xisanqi, Haidian District, Beijing 100096, China
                    Tel:

[X]   (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
       *a)    selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]   (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
       *b)    selon la forme particulière suivante (article 5, alinéa premier, lettre b);*

[ ]   (c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
       *c)    le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes** -- with a certificate as provided
on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Énumération des pièces*

Class Action Complaint
Summons in a Civil Action                          Done at
Translations                                       *Fait à*  Minneapolis, Minnesota, U.S.A.             , the 7/7/10
Summary of the Document to be Served                                                             *le*

                                                   APS INTERNATIONAL
                                                   APS International Plaza
                                                   7800 Glenroy Road
                                       Signature and/or stamp.     Minneapolis, MN 55439
                                       *Signature et/ou cachet.*

                                       (Formerly OBD-116 which was formerly LAA-116,      USM-94
                                       both of which may still be used)              (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

Case Name: Gross v. Knauf Gips, KG
Defendant: Beijing New Building Materials (Group) Co., Ltd. (BNBM Group)
Court Case No.: 09-6690



### CERTIFICATE
### *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)   that the document has been served*
*1.   que la demande a été exécutée*

    - the (date)
    - *le (date)* _____
    - at (place, street, number)
    - *à (localité, rue numéro)* _____

    - in one of the following methods authorised by article 5-
    - *dans une des formes suivantes prévues à l'article 5:*
      [ ]   (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
          *a)   selon les formes légales (article 5, alinéa premier, lettre a).*
      [ ]   (b)   in accordance with the following particular method*:
          *b)   selon la forme particulière suivante:* _____

      [ ]   (c)   by delivery to the addressee, who accepted it voluntarily.*
          *c)   par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
    - (identity and description of person)
    - *(identité et qualité de la personne)* _____

    - relationship to the addressee (family, business or other):
    - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2)   that the document has not been served, by reason of the following facts*:
*2.   que la demande n'a pas été exécutée, en raison des faits suivants:*

*The addressee refused*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served,  Class Action Complaint, Summons in a Civil Action, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

_____
_____
_____

Done at _2nd Dec 2010_ , the _Beijing_
*Fait à* _____ , *le*

Signature and/or stamp.
*Signature et/ou cachet.*

_____

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

Case 2:09-md-02047-EEF-MBN Document 21681-5 Filed 08/16/18 Page 29 of 93

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF Louisiana

Case 2:09-md-02047-EEF-JCW Document 13774 Filed 04/17/12 Page 1 of 4

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*

*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*

*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

11-CX-22

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Josh R. Cobb<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776      Fax: 952.831.8150<br>Email: JCobb@CivilActionGroup.com | Ministry of Justice<br>Department of Judicial Assistance and Foreign Affairs<br>Division of Judicial Assistance<br>No 6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>100020<br>China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,

(identity and address)

*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

(identité et adresse)      Beijing New Building Materials Public Group Co., Ltd. (BNBM Group)

No. 16 West Road, Jiancaicheng Xisanqi, Haidian District, Beijing 100096, China

Tel:

[X]  (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
   *a)   selon les formes légales (article 5, alinéa premier, lettre a).*

[ ]  (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
   *b)   selon la forme particulière suivante (article 5, alinéa premier, lettre b);*

[ ]  (c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
   *c)   le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.

*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

| --Summons in a Civil Action (Supplement to Amended Class Action Complaint)<br>--Order<br>--Amended Class Action Complaint<br>--Translations<br>--Summary of the Document to be Served | Done at  Minneapolis, Minnesota, U.S.A. , the  1/26/12<br>*Fait à*                                                          *le* |
|---|---|
| | Signature and/or stamp.    APS INTERNATIONAL<br>*Signature et/ou cachet.*    APS International Plaza<br>                 7800 Glenroy Road<br>                 Minneapolis, MN 55439 |

(Formerly OBD-116 which was formerly LAA-116,      USM-94
both of which may still be used)                    (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

Case Name:  Gross  v.  Knauf Gips KG  [ Supplement ]
Defendant:  Beijing New Building Materials Group Co., Ltd. (BNBM Group)
Court Case No.:  09-6690

## CERTIFICATE
## *ATTESTATION*

5X-11-22 V

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

**1)**    **that the document has been served***
*1.*    *que la demande a été exécutée*
  - **the (date)**
  - *le (date)* _____
  - **at (place, street, number)**
  - *à (localité, rue numéro)* _____

  - **in one of the following methods authorised by article 5-**
  - *dans une des formes suivantes prévues à l'article 5:*
    [ ]  **(a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.**
         *a)    selon les formes légales (article 5, alinéa premier, lettre a).*
    [ ]  **(b)  in accordance with the following particular method*:**
         *b)    selon la forme particulière suivante:* _____

    [ ]  **(c)  by delivery to the addressee, who accepted it voluntarily.***
         *c)    par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
         - **(identity and description of person)**
         - *(identité et qualité de la personne)* _____

         - **relationship to the addressee (family, business or other):**
         - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

**2)**   **that the document has not been served, by reason of the following facts*:**
*2.*   *que la demande n'a pas été exécutée, en raison des faits suivants:*

*The addressee refused to accept the documents*
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

**LIST OF DOCUMENTS:** Summary of the Document to be Served,  Summons in a Civil Action (Supplement to Amended Class Action Complaint), Order, Amended Class Action Complaint, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

_____
_____
_____

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*
_____
_____

Done at
*Fait à*    Beijing    , the
           , le    June 27, 2011

**Signature and/or stamp.**
*Signature et/ou cachet.*

*     Delete if inappropriate.
      *Rayer les mentions inutiles.*

2

*U.S.*

# BEIJING SUPERIOR PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: Beijing Superior People's Court]

*Judicial Association No. SX-11-222*

| Cause of Action | | Cause No. | Law Association No. (2011) 365 |
|---|---|---|---|
| Document Served and Number | Summary of Documents, one copy<br>Complaint, one copy | | Summons, one copy<br>Document, one copy |
| Recipient | Beijing New Building Materials Group Co., Ltd. | | |
| Address for Service | No. 16, West Road, Jiancaicheng Xisanqi, Haidian District, (Beijing, China). | | |
| Recipient Signature or Seal | | | |
| Recipient in substitution and reason(s) | | | |
| Notes | United States.    With translation | | |

Issuer:  Chen, Xin                                              Servers:

Note:
 (1)  The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §51; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
(2)  In case of receiving by substitution, the substitution recipient should sign and seal the document, and note the relationship with the servee, and the reason(s) for substitution.
(3)  This Proof of Service applies to Hong Hong and Macao districts.

*March 22, 2011   The addressee refused to accept the documents.*
*Servers: Wang Baowei and Jia Ding*
*March 29, 2011   The addressee refused to accept the documents.*
*Servers: Li Yonghui and Zhu Chaozheng*

北京市高级人民法院
送 达 回 证

Sx-11-222

| 案　　　由 | | 案　号 | 法协（2011）365 |
|---|---|---|---|
| 送达文书<br>名称和件数 | 文书概要一份　　诉状一份 | | 传票一份<br>文书一份 |
| 受 送 达 人 | 北新建材集团有限公司 | | |
| 送 达 地 址 | 海淀区西三期建材城西路 16 号 | | |
| 受 送 达 人<br>签名或盖章 | | | |
| 代 收 人<br>代 收 理 由 | | | |
| 备　　　考 | 美国，有译文 | | |

填发人　陈新　　　　　　　　　　　　送达人

注：（1）送达刑事诉讼文书，按照刑事诉讼法第五　一条的规定办理；送达民事、行政诉讼
　　　　文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
　　（2）代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代理
　　　　由。
　　　　　　　　　　　　　　　　　　2011.3.22
　　（3）本《〈送达回证〉》适用涉港、澳地区送达。　2011.3.29

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

## REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

### DEMANDE
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

13-5x5-1737

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Jeff J. Karsten**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota  55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776       Fax: 952.831.8150**<br>**Email: JKarsten@CivilActionGroup.com** | **Ministry of Justice**<br>**International Legal Cooperation Center (ILCC)**<br>**6, Chaoyangmen Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**P.C. 100020**<br>**People's Republic of China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)

*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
*(Identité et adresse)*

Beijing New Building Materials (Group) Co., Ltd.
15/F, Tower 2, Guohai Plaza, 17 Fuxing Road, Haidian District, Beijing 100036 China

[X]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
     *a)   selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]  (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
     *b)   selon la forme particulière suivante (article 5, alinéa premier, lettre b):*

[ ]  (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
     *c)   le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Summary of the Document to be Served
Summons in a Civil Action
Conditional Transfer Order with Attached Schedule
Plaintiffs' Class Action Complaint with Exhibit "A"
Civil Cover Sheet
Translations
[Chinese characters]

| | |
|---|---|
| Done at<br>*Fait à* _____Minneapolis, Minnesota, U.S.A._____ , the<br>, le  11 NOV 2013 | |

Signature and/or stamp.
*Signature et/ou cachet.*

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

(Formerly OBD-116 which was formerly LAA-116,
both of which may still be used)

USM-94

(Est. 11/22/77)

\* Delete if inappropriate.
. *Rayer les mentions inutiles*

266532-0089

Case Name: Amorin (FL) v. Taishan Gypsum Co., Ltd.
Defendant: Beijing New Building Materials (Group) Co., Ltd.
Court Case No.: 11-1672 Section L

*2013 — SKS — 1737*

## CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)    that the document has been served*
*1.    que la demande a été exécutée*

    - the (date)
    - *le (date)* _____
    - at (place, street, number)
    - *à (localité, rue numéro)* _____

    - in one of the following methods authorised by article 5-
    - *dans une des formes suivantes prévues à l'article 5:*
      [ ]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
          *a)   selon les formes légales (article 5, alinéa premier, lettre a).*
      [ ]  (b)  in accordance with the following particular method*:
          *b)   selon la forme particulière suivante:* _____

      [ ]  (c)  by delivery to the addressee, who accepted it voluntarily.*
          *c)   par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
    - (identity and description of person)
    - *(identité et qualité de la personne)* _____

    - relationship to the addressee (family, business or other):
    - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2)    that the document has not been served, by reason of the following facts*:
*2.    que la demande n'a pas été exécutée, en raison des faits suivants:*
*The recipient refused to accept the documents.*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action, Conditional Transfer Order with attached Schedule, Plaintiffs' Class Action Complaint with Exhibit "A", Civil Cover Sheet, Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

_____
_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

_____
_____
_____

Done at
*Fait à*  Beijing      , the *April 9, 2014*

Signature and/or stamp.
*Signature et/ou cachet.*

\* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

266532-0089

# BEIJING SUPERIOR PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: Beijing Superior People's Court]

Judicial Association No. SX-13-1737

| Cause of Action | | Cause No. | Law Association No. (2013) 1398 |
|---|---|---|---|
| Document Served and Number | Summary of Documents, one copy<br>Complaint, one copy | Summons, one copy<br>Document, one copy | |
| Recipient | Beijing New Building Materials (Group) Co., Ltd. | | |
| Address for Service | 15/F, Tower 2, Guohai Plaza, 17 Fuxing Road, Haidian District, Beijing, (China) . | | |
| Recipient Signature or Seal | | | |
| Recipient in substitution and reason(s) | | | |
| Reasons for Non-Service | Refused to accept with the excuse that the company's chief officer was away on a business trip. | | |
| Notes | United States.   With translation | | |

Issuer:  Chen, Xin              Servers:   Jia, Ding       Zhang, Xiao Guan   *Dec. 23, 2013*

Note:
 (1)  The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §51; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
 (2)  In case of receiving by substitution, the substitution recipient should sign and seal the document, and note the relationship with the servee, and the reason(s) for substitution.

# 北京市高级人民法院
## 送 达 回 证

Sx-13-173

| 案　　由 | | 案　　号 | 法外（2013）1398 号 |
|---|---|---|---|
| 送 达 文 书<br>名 称 和 件 数 | 文书概要一份<br>诉状一份 | | 传票 一份<br>文 书 一 份 |
| 受 送 达 人 | Beijing New Building Materials (Group) Co., Ltd.<br>北新建材（集团）有限公司 | | |
| 送 达 地 址 | 北京市海淀区复兴路 17 号国海广场 2 号楼 15 层 | | |
| 受 送 达 人<br>签 名 或 盖 章 | | | |
| 代 收 人<br>代 收 理 由 | | | |
| 未 能 送<br>达 理 由 | 以领手片差为由内拒收. | | |
| 备　　考 | 美国，有译文 | | |

填发人　陈新

送达人 贾小. 张 2013.12.23

注：（1）送达刑事诉讼文书，按照刑事诉讼法第五 一条的规定办理；送达民事、行政诉讼
　　　　文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
　　（2）代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理
　　　　由。

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND
UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF:  Louisiana

# REQUEST

# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

17-5x5-1733

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Glenda E. Fichtner**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota  55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776       Fax: 952.831.8150**<br>**Email: GEF@CivilActionGroup.com** | **Ministry of Justice**<br>**International Legal Cooperation Center (ILCC)**<br>**6, Chaoyangmen Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**P.C. 100020**<br>**People's Republic of China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-
mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
    (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant*
*conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
    *(identité et adresse)*            Beijing New Building Materials (Group) Co., Ltd.
                    15/F, Tower 2, Guohai Plaza, 17 Fuxing Road, Haidian District, Beijing, China, 100036

[X]  (a)  **in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.***
    *a)    selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]  (b)  **in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:**
    *b)    selon la forme particulière suivante (article 5, alinéa premier, lettre b):*_____

[ ]  (c)  **by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.**
    *c)    le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided
on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Énumération des pièces*

| Summary of the Document to be Served | Done at |
|---|---|
| Summons in a Civil Action | *Fait à*       Minneapolis, Minnesota, U.S.A.          , the  11 NOV 2013 |
| Conditional Transfer Order with attached Schedule | |
| Civil Cover Sheet | |
| Plaintiffs' Class Action Complaint with Exhibit "A" | Signature and/or stamp. |
| Translations | *Signature et/ou cachet.* |

APS INTERNATIONAL
APS International Pla
7800 Glenroy Road
Minneapolis, MN

*Glenda Fichtner*

(Formerly OBD-116 which was formerly LAA-116,        USM-94
both of which may still be used)                (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

267247 - 83

Case Name:   Amorin (VA)  v.   Taishan Gypsum Co., Ltd.

Defendant:   Beijing New Building Materials (Group) Co., Ltd.

Court Case No.:   11-1673 Section L

*2015 — SXS —1733*

## CERTIFICATE
### *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,

*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

**1)**   **that the document has been served\***

*1.*   *que la demande a été exécutée*

     - the (date) _____

     *- le (date)*

     - at (place, street, number) _____

     *- à (localité, rue numéro)* _____

     - in one of the following methods authorised by article 5-

     *- dans une des formes suivantes prévues à l'article 5:*

       [ ]   (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention\*.

         *a)*   *selon les formes légales (article 5, alinéa premier, lettre a).*

       [ ]   (b)   in accordance with the following particular method\*:

         *b)*   *selon la forme particulière suivante:* _____

       [ ]   (c)   by delivery to the addressee, who accepted it voluntarily.\*

         *c)*   *par remise simple*

The documents referred to in the request have been delivered to:

*Les documents mentionnés dans la demande ont été remis à:*

     - (identity and description of person)

     *- (identité et qualité de la personne)* _____

     - relationship to the addressee (family, business or other):

     *- liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

**2)**   **that the document has not been served, by reason of the following facts\*:**

*2.*   *que la demande n'a pas été exécutée, en raison des faits suivants:*

*The recipient refused to accept the documents.*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action, Conditional Transfer Order with attached Schedule, Civil Cover Sheet, Plaintiffs' Class Action Complaint with Exhibit "A", Translations

**Annexes**

*Annexes*

**Documents returned:**

*Pièces renvoyées:*

_____

_____

_____

In appropriate cases, documents establishing the service:

*Le cas échéant, les documents justificatifs de l'exécution:*

_____

_____

_____

Done at _____ Beijing _____ the _____ April 11, 2014

*Fait à*

中 华 人 民 共 和 国

Signature and/or stamp. 司 法 部

*Signature et/ou cachet.*

民商事司法协助专用章

_____

\*   Delete if inappropriate.

   *Rayer les mentions inutiles.*

2

267247 - 83

Beijing City Higher People's Court

Proof of Service

[Seal affixed: Beijing City Higher People's Court]

SX-13-1733

| Cause of Action | | Case No. | Judicial Foreign (2013) 1394 |
|---|---|---|---|
| Name and Number of Copies of Documents Served | One Copy of Document Summary    One Copy of Summons<br><br>One Copy of Complaint    One Copy of Document | | |
| The Addressee | Beijing New Building Materials (Group) Co., Ltd. | | |
| Address for Service | 15/F, Tower 2, Guohai Plaza, 17 Fuxing Road, Haidian District, Beijing | | |
| Signature or Seal of the Addressee | | | |
| The Addressee's Agent and Reason for such Agency | | | |
| Reason for Unsuccessful Serving | Refusing to accept. | | |
| Remarks | USA, with translations | | |

Issued by: Xin Chen                    Servers: Ding Jia, Xiaoguang Zhang  12-23-2013

Note: (1) Service of criminal litigation documents shall be conducted in accordance with Article 51 of the Criminal Procedure Law of the People's Republic of China; service of civil and administrative litigation documents shall be conducted in accordance with or with reference to Articles 78 and 79 of the Civil Procedure Law of the People's Republic of China.

(2) For service of litigation documents to the addressee's agent, the addressee's agent shall indicate his/her relationship with the addressee and the reason for such agency in addition to affixing his/her signature or seal.

# 北京市高级人民法院

## 送 达 回 证

Sx-13-1733

| 案　　　　由 | | 案　　号 | 法外（2013）1394 号 |
|---|---|---|---|
| 送达文书<br>名称和件数 | 文书概要一份 | | 传票一份 |
| | 诉状一份 | | 文书一份 |
| 受 送 达 人 | Beijing New Building Materials (Group) Co., Ltd.<br>北新建材（集团）有限公司 | | |
| 送 达 地 址 | 北京市海淀区复兴路 17 号国海广场 2 号楼 15 层 | | |
| 受 送 达 人<br>签名或盖章 | | | |
| 代 收 人<br>代 收 理 由 | | | |
| 未 能 送<br>达 理 由 | 拒收. | | |
| 备　　　考 | 美国，有译文 | | |

填发人　陈新　　　　　　　　　　　　送达人 贾下 张兆岚 2013.12.23

注：（1）送达刑事诉讼文书，按照刑事诉讼法第五　一条的规定办理；送达民事、行政诉讼
　　　　文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
　　（2）代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理
　　　　由。

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND
UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF:  Louisiana

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

13-5x5-1740

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Diane K. Myers**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota  55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776     Fax: 952.831.8150**<br>**Email: DMyers@CivilActionGroup.com** | **Ministry of Justice**<br>**International Legal Cooperation Center (ILCC)**<br>**6, Chaoyangmen Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**P.C. 100020**<br>**People's Republic of China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-
mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(Identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- à l'autorité destinataire les documents ci-dessous énumérés, en la priant*
*conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
(Identité et adresse)                          Beijing New Building Materials (Group) Co., Ltd.
                                 15/F., Tower 2, Guohai Plaza, 17 Fuxing Road, Haidian District,  Beijing, China, 100036

[X]  (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
     a)   *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]  (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:_____
     b)   *selon la forme particulière suivante (article 5, alinéa premier, lettre b);*_____

[ ]  (c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
     c)   *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes** -- with a certificate as provided
on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Summary of the Document to be Served
✓Summons in a Civil Action
✓Plaintiffs' Class Action Complaint with Exhibit "A"
✓Translations

Done at
*Fait à*     Minneapolis, Minnesota, U.S.A.      , the  11 Nov 2013
                                           , le

Signature and/or stamp.
*Signature et/ou cachet.*

*Diane K Myers*

(Formerly OBD-116 which was formerly LAA-116,          USM-94
both of which may still be used)                        (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles.*

267249 - 98

2013 - SXS - 1740

Case Name:   Amorin (LA)  v.   Taishan Gypsum Co., Ltd.
Defendant:    Beijing New Building Materials (Group) Co., Ltd.
Court Case No.:  11-1395

### CERTIFICATE
### *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)   that the document has been served*
*1.    que la demande a été exécutée*
- - the (date)
- - *le (date)* _____
- - at (place, street, number)
- - *à (localité, rue numéro)* _____

- - in one of the following methods authorised by article 5-
- - *dans une des formes suivantes prévues à l'article 5:*
  - [ ]   (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
  -      *a)     selon les formes légales (article 5, alinéa premier, lettre a).*
  - [ ]   (b)   in accordance with the following particular method*:
  -      *b)     selon la forme particulière suivante:* _____
  -      _____

  - [ ]   (c)   by delivery to the addressee, who accepted it voluntarily.*
  -      *c)     par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
- - (identity and description of person)
- - *(identité et qualité de la personne)* _____
- - relationship to the addressee (family, business or other):
- - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2)   that the document has not been served, by reason of the following facts*:
*2.    que la demande n'a pas été exécutée, en raison des faits suivants:*

*The recipient refused to accept the documents.*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action, Plaintiffs' Class Action Complaint with Exhibit "A", Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

_____
_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

_____
_____

Done at    Beijing                    April 11, 2014
*Fait à*

Signature and/or stamp.
*Signature et/ou cachet.*

_____                        2

\*    Delete if inappropriate.
     *Rayer les mentions inutiles.*

257249 - 98

Beijing City Higher People's Court

Proof of Service

[Seal affixed: Beijing City Higher People's Court]

SX-13-1740

| Cause of Action | | Case No. | Judicial Foreign (2013) 1451 |
|---|---|---|---|
| Name and Number of Copies of Documents Served | One Copy of Document Summary<br><br>One Copy of Complaint | One Copy of Summons<br><br>One Copy of Document | |
| The Addressee | Beijing New Building Materials (Group) Co., Ltd. | | |
| Address for Service | 15/F, Tower 2, Guohai Plaza, 17 Fuxing Road, Haidian District, Beijing | | |
| Signature or Seal of the Addressee | | | |
| The Addressee's Agent and Reason for such Agency | | | |
| Reason for Unsuccessful Serving | Refusing to accept on the ground that the leader was on a business trip. | | |
| Remarks | USA, with translations | | |

Issued by: Xin Chen             Servers: Ding Jia, Xiaoguang Zhang  12-23-2013

Note: (1) Service of criminal litigation documents shall be conducted in accordance with Article 51 of the Criminal Procedure Law of the People's Republic of China; service of civil and administrative litigation documents shall be conducted in accordance with or with reference to Articles 78 and 79 of the Civil Procedure Law of the People's Republic of China.

(2) For service of litigation documents to the addressee's agent, the addressee's agent shall indicate his/her relationship with the addressee and the reason for such agency in addition to affixing his/her signature or seal.

# 北京市高级人民法院
## 送 达 回 证

SX-13-1740

| 案　　　由 | | 案　　号 | 法外（2013）1451 号 |
|---|---|---|---|
| 送达文书<br>名称和件数 | 文书概要 一份<br>诉状一份 | | 传票 一份<br>文书一份 |
| 受送达人 | Beijing New Building Materials (Group) Co., Ltd.<br>北新建材（集团）有限公司 | | |
| 送达地址 | 北京市海淀区复兴路 17 号国海广场 2 号楼 15 层 | | |
| 受送达人<br>签名或盖章 | | | |
| 代收人<br>代收理由 | | | |
| 未能送<br>达理由 | 以领手出差为由拒收. | | |
| 备　　考 | 美国，有译文 | | |

填发人　陈新　　　　　　　　　　　　送达人 贾工 张晓晨 2013.12.23

注：（1）送达刑事诉讼文书，按照刑事诉讼法第五　一条的规定办理；送达民事、行政诉讼
　　　　文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
　　（2）代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理
　　　　由。

# CNBM

US

# BEIJING SUPERIOR PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: Beijing Superior People's Court]

Judicial Association No. SX-10-85

| Cause of Action | | Cause No. | Law Association No. (2010) 197 |
|---|---|---|---|
| Document Served and Number | Summary of Documents, one copy<br>Complaint, one copy | | Summons, one copy<br>Document, one copy |
| Recipient | China National Building Material Company Limited. | | |
| Address for Service | 17th Floor, China Building Material Building, 11 San Li He Road, Haidian District (Beijing, China  100037) . | | |
| Recipient Signature or Seal | Chang, Che Li       Vice President            010-88282398<br><br>February 25, 2010 | | |
| Recipient in substitution and reason(s) | | | |
| Notes | United States.   With translation                 . | | |

Issuer:  Chen, Xin                                  Servers:  Zhu, Cheng Fu       Li, Qing

Note:
 (1)  The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §57; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
(2)  In case of receiving by substitution, the substitution recipient should sign and seal the document, and note the relationship with the servee, and the reason(s) for substitution.
(3)  This Proof of Service applies to Hong Hong and Macao districts.

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF:  Louisiana

## REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*

*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant *Identité et adresse du requérant* | Address of receiving authority *Adresse de l'autorité destinataire* |
|---|---|
| **Josh R. Cobb**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota  55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776      Fax: 952.831.8150**<br>**Email: JCobb@CivilActionGroup.com** | **Ministry of Justice**<br>**Department of Judicial Assistance and Foreign Affairs**<br>**Division of Judicial Assistance**<br>**10, Chaoyangmen, Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**100020**<br>**China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-
mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
   (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- à l'autorité destinataire les documents ci-dessous énumérés, en la priant*
*conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

   (identité et adresse)        China National Building Materials Co., Ltd. (CNBM)
        17th Floor, Zhong Guo Jian Cai Da Sha, San Li He Road #11, Haidian District, Beijing City 100037, China
        Tel:

[X]  (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
     *a)    selon les formes légales (article 5, alinéa premier, lettre a).*

[ ]  (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
     *b)    selon la forme particulière suivante (article 5, alinéa premier, lettre b);* _____

_____
_____

[ ]  (c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
     *c)    le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided
on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Énumération des pièces*

| | |
|---|---|
| Class Action Complaint | Done at                                                    , the |
| Summons in a Civil Action | *Fait à* Minneapolis, Minnesota, U.S.A.          *le* |
| Translations | |
| Summary of the Document to be Served | Signature and/or stamp.<br>*Signature et/ou cachet.* |
|  |  |
|  |  |
|  | APS INTERNATIONAL<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, MN 55439 |
|  |  |

(Formerly OBD-116 which was formerly LAA-116,        USM-94
both of which may still be used)                                    (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

Case Name:  Gross v.  Knauf Gips, KG
Defendant:   China National Building Materials Co., Ltd. (CNBM)
Court Case No.:   09-6690

**CERTIFICATE**
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)    **that the document has been served\***
*1.    que la demande a été exécutée*
- the (date)     _February 25th, 2010_
- *le (date)*
- at (place, street, number)    _11/F, Zhongguo Jiancai Mansion, No. 11 Sanlihe Road, Haidian_
- *à (localité, rue numéro)*    _District, Beijing, China._

- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*
      [X]  (a)  **in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention\*.**
           *a)   selon les formes légales (article 5, alinéa premier, lettre a).*
      [ ]  (b)  **in accordance with the following particular method\*:**
           *b)   selon la forme particulière suivante:* _____

      [ ]  (c)  **by delivery to the addressee, who accepted it voluntarily.\***
           *c)   par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
- (identity and description of person)     _the signature could not be recognized_
- *(identité et qualité de la personne)*

- relationship to the addressee (family, business or other):    _the vice-president of the addressee._
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:*

2)    **that the document has not been served, by reason of the following facts\*:**
*2.    que la demande n'a pas été exécutée, en raison des faits suivants:*
_____
_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served,  Class Action Complaint, Summons in a Civil Action, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*
_____
_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*
_____
_____
_____

**Done at**     Beijing          _6/4, 2010_
*Fait à*
中华人民共和国
司法部
司法协助专用章
**Signature and/or stamp.**
*Signature et/ou cachet.*

\*    Delete if inappropriate.
     *Rayer les mentions inutiles.*

2

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

## REQUEST

*SX—10—2010*

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*

*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Josh R. Cobb**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota 55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776   Fax: 952.831.8150**<br>**Email: JCobb@CivilActionGroup.com** | **Ministry of Justice**<br>**Department of Judicial Assistance and Foreign Affairs**<br>**Division of Judicial Assistance**<br>**No 6, Chaoyangmen Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**100020**<br>**China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
(identité et adresse)    China National Building Materials Co., Ltd. (CNBM)
                              17th Floor, Zhong Guo Jian Cai Da Sha, San Li He Road #11, Haidian District, Beijing City 100037, China
                Tel:
[X] (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
     a)   *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]  (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
     b)   *selon la forme particulière suivante (article 5, alinéa premier, lettre b):*_____

[ ]  (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
     c)   *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

**List of documents**
*Enumération des pièces*

--Summons in a Civil Action (Complaint in Intervention)
--Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III)
--Exhibits "A" - "C"
--Schedules 1 - 3
--Translations
--Summary of the Document to be Served

**Done at**
*Fait à* Minneapolis, Minnesota, U.S.A.                    , the
                                                           , le  12/17/10

**Signature and/or stamp.**
*Signature et/ou cachet.*



(Formerly OBD-116 which was formerly LAA-116,
both of which may still be used)

USM-94

(Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

Case Name:  Gross  v.  Knauf Gips KG  [ OMNIBUS (III) ]
Defendant:  China National Building Materials Co., Ltd. (CNBM)
Court Case No.:  09-6690

*SX-10-2010*

# CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)      **that the document has been served\***
*1.      que la demande a été exécutée*
        - **the (date)**
        *- le (date)* _____
        - **at (place, street, number)**
        *- à (localité, rue numéro)* _____

        - **in one of the following methods authorised by article 5-**
        *- dans une des formes suivantes prévues à l'article 5:*
        [ ]  **(a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention\*.**
              *a)   selon les formes légales (article 5, alinéa premier, lettre a).*
        [ ]  **(b)  in accordance with the following particular method\*:**
              *b)   selon la forme particulière suivante:* _____

        [ ]  **(c)  by delivery to the addressee, who accepted it voluntarily.\***
              *c)   par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
        - **(identity and description of person)**
        *- (identité et qualité de la personne)* _____

        - **relationship to the addressee (family, business or other):**
        *- liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2)  **that the document has not been served, by reason of the following facts\*:**
*2.    que la demande n'a pas été exécutée, en raison des faits suivants:*

*The addressee refused to accept the documents*
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action (Complaint in Intervention), Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III), Exhibits "A" - "C", Schedules 1 - 3, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

_____
_____
_____

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*

_____
_____
_____

Done at  *Beijing* _____ , the  *June 27, 2011*
*Fait à* _____ , *le*

**Signature and/or stamp.**
*Signature et/ou cachet.*

\*   **Delete if inappropriate.**
   *Rayer les mentions inutiles.*

2

## BEIJING SUPERIOR PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: Beijing Superior People's Court]

Judicial Association No. SX-10-2010

| Cause of Action | | Cause No. | Law Association No. (2011) 33 |
|---|---|---|---|
| Document Served and Number | Summary of Documents, one copy<br>Complaint, one copy | Summons, one copy<br>Document, one copy | |
| Recipient | China National Building Materials Co., Ltd. (CNBM) | | |
| Address for Service | 17th Floor, Zhong Guo Jian Cai Da Sha, San Li He Road #11, Haidian District, Beijing City 100037, China. | | |
| Recipient Signature or Seal | | | |
| Recipient in substitution and reason(s) | | | |
| Notes | United States.   With translation. | | |

Issuer:  Chen, Xin                                    Servers:

Note:
 (1)  The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §51; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
(2)  In case of receiving by substitution, the substitution recipient should sign and seal the document, and note the relationship with the servee, and the reason(s) for substitution.
(3)  This Proof of Service applies to Hong Hong and Macao districts.

*March 9, 2011*
*Refusal by servee.*
*Servers: Jia Ding and Wang Bao Wei*



北京市高级人民法院
送 达 回 证

SX-10-2010

| 案　　由 | | 案　号 | 法协（2011）33 |
|---|---|---|---|
| 送达文书 名称和件数 | 文书摘要一份　　　　传票一份　　诉状一份　　　　交状一份 | | |
| 受 送 达 人 | 中国建筑材料有限公司（CNBM） | | |
| 送 达 地 址 | 海淀区三里河路（甲）11号中国建材大厦17层 | | |
| 受 送 达 人 签名或盖章 | | | |
| 代 收 人 代 收 理 由 | | | |
| 备　　考 | 美国，有译文 | | |

填发人　陈新　　　　　　　　　　　　送达人

注：（1）送达刑事诉讼文书，按照刑事诉讼法第五　一条的规定办理；送达民事、行政诉讼
　　　　文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
　　（2）代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理
　　　　由。
　　（3）本《〈送达回证〉》适用涉港、澳地区送达。　　2011.3.1 接收　密丁 孙建兵

APPLICANT IS AUTHORIZED TO SERV E JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND
UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF:  Louisiana

## REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*

*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER
D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

11-5x-220

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile
ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Josh R. Cobb**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota  55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776      Fax: 952.831.8150**<br>**Email: JCobb@CivilActionGroup.com** | **Ministry of Justice**<br>**Department of Judicial Assistance and Foreign Affairs**<br>**Division of Judicial Assistance**<br>**No 6, Chaoyangmen Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**100020**<br>**China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-
mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
     **(identity and address)**
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant
conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

*(identité et adresse)*     China National Building Materials Co., Ltd. (CNBM)

7th Floor, Zhong Guo Jian Cai Da Sha, San Li He Road #11, Haidian District, Beijing City 100037, China

Tel:

[X]   (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
       *a)    selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]   (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
       *b)    selon la forme particulière suivante (article 5, alinéa premier, lettre b);*

[ ]   (c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
       *c)    le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided
on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

--Summons in a Civil Action (Supplement to
Amended Class Action Complaint)
--Order
--Amended Class Action Complaint
--Translations
--Summary of the Document to be Served

Done at
*Fait à* Minneapolis, Minnesota, U.S.A.              , the ( 26 )11
                                                              *le*

Signature and/or stamp.
*Signature et/ou cachet.*

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

(Formerly OBD-116 which was formerly LAA-116,        USM-94
both of which may still be used)

(Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

Case Name:  Gross, et al v. Knauf Gips KG, et al
Defendant:  China National Building Materials Co., Ltd.  (CNBM)
Court Case No.:  09-6690

5X-11-220

### CERTIFICATE
### *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)  that the document has been served*
1.  *que la demande a été exécutée*
    - the (date)
    - *le (date)* _____
    - at (place, street, number)
    - *à (localité, rue numéro)* _____

    - in one of the following methods authorised by article 5-
    - *dans une des formes prévues à l'article 5:*
      [ ]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
         *a)*   *selon les formes légales (article 5, alinéa premier, lettre a).*
      [ ]  (b)  in accordance with the following particular method*:
         *b)*   *selon la forme particulière suivante:* _____

      [ ]  (c)  by delivery to the addressee, who accepted it voluntarily.*
         *c)*   *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
    - (identity and description of person)
    - *(identité et qualité de la personne)* _____

    - relationship to the addressee (family, business or other):
    - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2)  that the document has not been served, by reason of the following facts*:
2.  *que la demande n'a pas été exécutée, en raison des faits suivants:*
*The addressee refused to accept the documents*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served,  Summons in a Civil Action (Supplement to Amended Class Action Complaint), Order, Amended Class Action Complaint, Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*
_____
_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*
_____
_____
_____

Done at  *Beijing*
*Fait à*  _____ , the *June 30, 2011*
_____ , *le*

Signature and/or stamp.
*Signature et/ou cachet.*

中 华 人 民 共 和 國
司 法 部
民 商 事 司 法 协 助 专 用 章

*  Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

*U.S.A.*

# BEIJING SUPERIOR PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: Beijing Superior People's Court]

*Judicial Association No. SX-11-220*

| Cause of Action | | Cause No. | Law Association No. (2011) 368 |
|---|---|---|---|
| Document Served and Number | Summary of Documents, one copy<br>Complaint, one copy | | Summons, one copy<br>Document, one copy |
| Recipient | China National Building Materials Co., Ltd. (CNBM) | | |
| Address for Service | 17th Floor (7th Floor), Zhong Guo Jian Cai Da Sha. San Li He Road (Jia) No. 11, Haidian District, (Beijing, China). | | |
| Recipient Signature or Seal | | | |
| Recipient in substitution and reason(s) | | | |
| Notes | United States.   With translation | | |

Issuer: Chen, Xin                                       Servers:

Note:
 (1) The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §51; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
(2) In case of receiving by substitution, the substitution recipient should sign and seal the document, and note the relationship with the servee, and the reason(s) for substitution.
(3) This Proof of Service applies to Hong Hong and Macao districts.

*March 22, 2011   The addressee refused to accept the documents.*
*Servers: Jia Ding and Wang Baowei*
*March 29, 2011   The addressee refused to accept the documents.*
*Servers: Li Yonghui and Zhu Chaozheng*

# 北京市高级人民法院
## 送 达 回 证

SX-11-220

| 案　　由 | | 案　号 | 法协（2011）368 |
|---|---|---|---|
| 送达文书<br>名称和件数 | 文书概要一份<br>诉状一份 | | 传票一份<br>文书一份 |
| 受 送 达 人 | 中国建筑材料集团公司（CNBM） | | |
| 送 达 地 址 | 海淀区三里河路（甲）11号中国建材大厦17层（7层） | | |
| 受 送 达 人<br>签名或盖章 | | | |
| 代 收 人<br>代 收 理 由 | | | |
| 备　　考 | 美国，有译文 | | |

填发人　陈新　　　　　　　　　　　　送达人

注：（1）送达刑事诉讼文书，按照刑事诉讼法第五　一条的规定办理；送达民事、行政诉讼
文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
（2）代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理
由。
（3）本《〈送达回证〉》适用涉港、澳地区送达。

REQUEST

# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Diane K. Myers<br>APS INTERNATIONAL, LTD.<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota  55439-3122<br>U.S.A.<br>Tel. 952.831.7776      Fax: 952.831.8150<br>Email: DMyers@CivilActionGroup.com | Ministry of Justice<br>International Legal Cooperation Center (ILCC)<br>6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>P.C. 100020<br>People's Republic of China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-
mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:
   (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant*
*conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
   *(identité et adresse)*      China National Building Material Co., Ltd.
   17th Floor, Zhong Guo Jian Cai Da Sha, San Li He Road #11, Haidian District, Beijing City, China, 100037

[X] (a)   In accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    *a)    selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b)   In accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    *b)    selon la forme particulière suivante (article 5, alinéa premier, lettre b):*

[ ] (c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    *c)    le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided
on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Énumération des pièces*

Summary of the Document to be Served
Summons in a Civil Action
Plaintiffs' Class Action Complaint with Exhibit "A"
Translations

Done at      Minneapolis, Minnesota, U.S.A.                , the
*Fait à*                                                     *, le*  2-28-13

Signature and/or stamp.
*Signature et/ou cachet.*

CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
   *que la demande a été exécutée*
   - the (date)
   - *le (date)* _____Apr. 3, 2013_____
   - at (place, street, number)
   - *à (localité, rue numéro)* ___The Seventeenth floor, No. A-11 Sanlihe Road, Haidian District,
   Beijing, China, 100027____

   - in one of the following methods authorised by article 5:
   - *dans une des formes suivantes prévues à l'article 5:*
     [X] (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
         *a)    selon les formes légales (article 5, alinéa premier, lettre a),*
     [ ] (b)  in accordance with the following particular method*:
         *b)    selon la forme particulière suivante:* _____

     [ ] (c)  by delivery to the addressee, who accepted it voluntarily.*
         *c)    par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* __The signature is not legible__

   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _Deputy General Manager._

2) that the document has not been served, by reason of the following facts*:
   *que la demande n'a pas été exécutée, en raison des faits suivants:*
   _____
   _____
   _____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served,  Summons in a Civil Action, Plaintiffs' Class Action Complaint with Exhibit "A", Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*
_____
_____

Done at
*Fait à* __Beijing__, the
                        *le* __May. 27, 2013__

In appropriate cases, documents establishing the service:      Signature and/or stamp.
*Le cas échéant, les documents justificatifs de l'exécution:*    *Signature et/ou cachet.*
_____
_____
_____

中 华 人 民 共 和 国
司 法 部
民商事司法协助专用章

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

267249 - 3

**BEIJING SUPERIOR PEOPLE'S COURT**

**PROOF OF SERVICE**

[Seal: Beijing Superior People's Court]

Judicial Association No. SX-13-333

| Cause of Action | | Cause No. | Law Association No. (2013) 319 |
|---|---|---|---|
| Document Served and Number | Summary of Documents, one copy<br>Complaint, one copy | Summons, one copy<br>Document, one copy | |
| Recipient | China National Building Material Co., Ltd. | | |
| Address for Service | 17th Floor, Zhong Guo Jian Cai Da Sha, San Li He Road #11, Haidian District, Beijing, (China). | | |
| Recipient Signature or Seal | Chang, Zhangli     Vice President<br><br>010-88082398 | 140521197012074819<br><br>April 3, 2013 | |
| Recipient in substitution and reason(s) | | | |
| Reasons for Non-Service | | | |
| Notes | United States.    With translation | | |

Issuer:  Chen, Xin                                Servers:   Liu, Yi     Zhu, Chaozheng

Note:
(1) The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §51; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
(2) In case of receiving by substitution, the substitution recipient should sign and seal the document, and note the relationship with the servee, and the reason(s) for substitution.

# 送　达　回　证

SX-13-333

| 案　　　由 | | 案　号 | 法协（2013）319 号 |
|---|---|---|---|
| 送达文书<br>各称和件数 | 文书概要一份 | | 传票一份 |
| | 诉状一份 | | 文书二份 |
| 受 送 达 人 | China National Building Material Co., Ltd.<br>中国建筑材料有限公司 | | |
| 送 达 地 址 | 北京市海淀区三里河路 11 号中国建材大厦 17 楼 | | |
| 受送达人<br>签名或盖章 | 常江剑　　　高丽云　　(14051197012207)0829<br>　　　　　　010-88082398　2013.4.3 | | |
| 代 收 人<br>代 收 理 由 | | | |
| 未 能 送<br>达 理 由 | | | |
| 备　　　考 | 美国，有译文 | | |

填发人　陈新　　　　　　　　　　　送达人 刘岭，李郁坤.
　　　　　　　　　　　　　　　　　　　　　　　2013.4.3.

注：（1）送达刑事诉讼文书，按照刑事诉讼法第五　一条的规定办理；送达民事、行政诉讼
　　　文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND
UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

## REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*

*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

13-SXS-1756

| Identity and address of the applicant<br>*Identité et adresse du requérant*<br><br>**Jeff J. Karsten**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota 55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776     Fax: 952.831.8150**<br>**Email: JKarsten@CivilActionGroup.com** | Address of receiving authority<br>*Adresse de l'autorité destinataire*<br><br>**Ministry of Justice**<br>**International Legal Cooperation Center (ILCC)**<br>**6, Chaoyangmen Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**P.C. 100020**<br>**People's Republic of China** |
|---|---|

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(Identity and address)

*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
(Identité et adresse)     China National Building Material Co., Ltd.
_____ 21/F, Tower 2, Guohai Plaza, 17 Fuxing Road, Haidian District, Beijing, China 100036 _____

[X]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
      a)   *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]  (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
      b)   *selon la forme particulière suivante (article 5, alinéa premier, lettre b):*
_____
_____

[ ]  (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
      c)   *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.

*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Summary of the Document to be Served
✓ Summons in a Civil Action
✓ Conditional Transfer Order with attached Schedule
✓ Plaintiffs' Class Action Complaint with Exhibit "A"
✓ Civil Cover Sheet
✓ Translations
_____
_____

Done at
*Fait à*     Minneapolis, Minnesota, U.S.A.    , the
                                                *le*   11 Nov 2013

Signature and/or stamp.
*Signature et/ou cachet.*

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

(Formerly OBD-116 which was formerly LAA-116,     USM-94
both of which may still be used)

                                                (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

*2013 - SXS - 1736*

Case Name: Amorin (FL) v. Taishan Gypsum Co., Ltd.
Defendant: China National Building Material Co., Ltd.
Court Case No.: 11-1672 Section L

## CERTIFICATE
### *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)  that the document has been served*
*1.   que la demande a été exécutée*
- the (date)
- *le (date)* _____
- at (place, street, number)
- *à (localité, rue numéro)* _____

- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*
  [ ]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
  a)   *selon les formes légales (article 5, alinéa premier, lettre a).*
  [ ]  (b)  in accordance with the following particular method*:
  b)   *selon la forme particulière suivante:* _____

  [ ]  (c)  by delivery to the addressee, who accepted it voluntarily.*
  c)   *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
- (identity and description of person)
- *(identité et qualité de la personne)* _____

- relationship to the addressee (family, business or other):
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

(2)  that the document has not been served, by reason of the following facts*:
*que la demande n'a pas été exécutée, en raison des faits suivants:*

*The recipient refused to accept the documents*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action, Conditional Transfer Order with attached Schedule, Plaintiffs' Class Action Complaint with Exhibit "A", Civil Cover Sheet, Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

_____
_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

_____
_____
_____

Done at   *Beijing*                    , the   *April 9, 2014*
*Fait à*                                *le*

Signature and/or stamp.
*Signature et/ou cachet.*

[stamp with Chinese characters: 中华人民共和国 司法部 民商事司法协助专用章]

*   Delete if inappropriate.
    *Rayer les mentions inutiles.*

2

266532-0090

# BEIJING SUPERIOR PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: Beijing Superior People's Court]

Judicial Association No. SX-13-1736

| Cause of Action | | Cause No. | Law Association No. (2013) 1397 |
|---|---|---|---|
| Document Served and Number | Summary of Documents, one copy<br>Complaint, one copy | | Summons, one copy<br>Document, one copy |
| Recipient | China National Building Material Group Co., Ltd. | | |
| Address for Service | 21/F, Tower 2, Guohai Plaza, 17 Fuxing Road, Haidian District, Beijing, (China). | | |
| Recipient Signature or Seal | | | |
| Recipient in substitution and reason(s) | | | |
| Reasons for Non-Service | Refused to accept. | | |
| Notes | United States.   With translation | | |

Issuer:  Chen, Xin          Servers:  Jia, Ding      Zhang, Xiao Guan   *Dec. 23, 2013*

Note:
(1) The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §51; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
(2) In case of receiving by substitution, the substitution recipient should sign and seal the document, and note the relationship with the servee, and the reason(s) for substitution.

# 北京市高级人民法院
## 送 达 回 证

SX-13-1736

| 案　　由 | | 案　　号 | 法外（2013）1397号 |
|---|---|---|---|
| 送达文书<br>名称和件数 | 文书概要一份<br>诉状一份 | | 传票一份<br>文书一份 |
| 受 送 达 人 | China National Building Material Group Co., Ltd<br>中国建材股份有限公司 | | |
| 送 达 地 址 | 北京市海淀区复兴路17号国海广场2号楼21层 | | |
| 受送达人<br>签名或盖章 | | | |
| 代 收 人<br>代 收 理 由 | | | |
| 未能送<br>达理由 | 拒收 | | |
| 备　　考 | 美国，有译文 | | |

填发人　陈新　　　　　　　　　　　　送达人 贾工 张凤琴 2013.11.23

注：（1）送达刑事诉讼文书，按照刑事诉讼法第五　一条的规定办理；送达民事、行政诉讼
　　　　文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
　　（2）代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理
　　　　由。

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND
UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF:  Louisiana

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

13-SX-1752

| | |
|---|---|
| **Identity and address of the applicant**<br>*Identité et adresse du requérant*<br><br>**Glenda E. Fichtner**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota  55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776      Fax: 952.831.8150**<br>**Email: GEF@CivilActionGroup.com** | **Address of receiving authority**<br>*Adresse de l'autorité destinataire*<br><br>**Ministry of Justice**<br>**International Legal Cooperation Center (ILCC)**<br>**6, Chaoyangmen Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**P.C. 100020**<br>**People's Republic of China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-
mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- à l'autorité destinataire les documents ci-dessous énumérés, en la priant*
*conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
(identité et adresse) _____ China National Building Material Co., Ltd. _____

_____ 21/F, Tower 2, Guohai Plaza, 17 Fuxing Road, Haidian District, Beijing, China, 100036 _____

[X]  (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
     a)    *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]  (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
     b)    *selon la forme particulière suivante (article 5, alinéa premier, lettre b):* _____

[ ]  (c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
     c)    *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided
on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Summary of the Document to be Served
√Summons in a Civil Action
√Conditional Transfer Order with attached Schedule
√Civil Cover Sheet
√Plaintiffs' Class Action Complaint with Exhibit "A"
√Translations

Done at _____ Minneapolis, Minnesota, U.S.A. _____ , the __11 Nov 2013__
*Fait à*                                                                 *, le*

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

**Signature and/or stamp.**
*Signature et/ou cachet.*

*Glenda Fichtner*

(Formerly OBD-116 which was formerly LAA-116,          USM-94
both of which may still be used)                        (Est. 11/22/77)

\* Delete if inappropriate.
. *Rayer les mentions inutiles*

267247 - 84

Case Name:  Amorin (VA) v.  Taishan Gypsum Co., Ltd.
Defendant:  China National Building Material Co., Ltd.
Court Case No.:  11-1673 Section L

*7013—SXC—1733*

## CERTIFICATE
### *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)   that the document has been served*
*1.   que la demande a été exécutée*
        - the (date) _____
        *- le (date)*
        - at (place, street, number) _____
        *- à (localité, rue numéro)* _____

        - in one of the following methods authorised by article 5-
        *- dans une des formes suivantes prévues à l'article 5:*
        [ ]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
           *a)   selon les formes légales (article 5, alinéa premier, lettre a).*
        [ ]  (b)  in accordance with the following particular method*:
           *b)   selon la forme particulière suivante:* _____

        [ ]  (c)  by delivery to the addressee, who accepted it voluntarily.*
           *c)   par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
        - (identity and description of person)
        *- (identité et qualité de la personne)* _____

        - relationship to the addressee (family, business or other):
        *- liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2)   that the document has not been served, by reason of the following facts*:
*2.   que la demande n'a pas été exécutée, en raison des faits suivants:*
_____ *The recipient refused to accept the documents.* _____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served,  Summons in a Civil Action, Conditional Transfer Order with attached Schedule, Civil Cover Sheet, Plaintiffs' Class Action Complaint with Exhibit "A", Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

_____
_____

Done at  *Beijing* _____ , the  *April 9, 2014*
*Fait à*
Signature and/or stamp.
*Signature et/ou cachet.*

*      Delete if inappropriate.
*        Rayer les mentions inutiles.*

2

267247 - 84

Beijing City Higher People's Court

Proof of Service

[Seal affixed: Beijing City Higher People's Court]

SX-13-1732

| Cause of Action | | Case No. | Judicial Foreign (2013) 1393 |
|---|---|---|---|
| Name and Number of Copies of Documents Served | One Copy of Document Summary    One Copy of Summons<br><br>One Copy of Complaint    One Copy of Document | | |
| The Addressee | China National Building Material Co., Ltd. | | |
| Address for Service | 21/F, Tower 2, Guohai Plaza, 17 Fuxing Road, Haidian District, Beijing | | |
| Signature or Seal of the Addressee | | | |
| The Addressee's Agent and Reason for such Agency | | | |
| Reason for Unsuccessful Serving | Refusing to accept. | | |
| Remarks | USA, with translations | | |

Issued by: Xin Chen            Servers: Ding Jia, Xiaoguang Zhang    12-23-2013

Note: (1) Service of criminal litigation documents shall be conducted in accordance with Article 51 of the Criminal Procedure Law of the People's Republic of China; service of civil and administrative litigation documents shall be conducted in accordance with or with reference to Articles 78 and 79 of the Civil Procedure Law of the People's Republic of China.

(2) For service of litigation documents to the addressee's agent, the addressee's agent shall indicate his/her relationship with the addressee and the reason for such agency in addition to affixing his/her signature or seal.

# 北京市高级人民法院
## 送　达　回　证

SX-13- 1732

| 案　　由 | | 案　号 | 法外（2013）1393 号 |
|---|---|---|---|
| 送达文书<br>各称和件数 | 文书概要一份<br>诉状一份 | | 传票 一份<br>文书一份 |
| 受 送 达 人 | China National Building Material Group Co., Ltd<br>中国建材股份有限公司 | | |
| 送 达 地 址 | 北京市海淀区复兴路 17 号国海广场 2 号楼 21 层 | | |
| 受 送 达 人<br>签名或盖章 | | | |
| 代 收 人<br>代 收 理 由 | | | |
| 未 能 送<br>达 理 由 | 拒收 | | |
| 备　　考 | 美国，有译文 | | |

填发人　陈新

送达人 贾东 张兆兄 2013.12.23

注：（1）送达刑事诉讼文书，按照刑事诉讼法第五　一条的规定办理；送达民事、行政诉讼
　　　　文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
　　（2）代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理
　　　　由。

# CNBM Group

US

# BEIJING SUPERIOR PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: Beijing Superior People's Court]

Judicial Association No. SX-10-92

| Cause of Action | | Cause No. | Law Association No. (2010) 194 |
|---|---|---|---|
| Document Served and Number | Summary of Documents, one copy<br>Complaint, one copy | | Summons, one copy<br>Document, one copy |
| Recipient | China National Building Material Group | | |
| Address for Service | 17th Floor, China Building Material Building, 11 San Li He Road, Haidian District (Beijing, China 100037). | | |
| Recipient Signature or Seal | Ma, Gen Lin      Deputy General Manager, Corporate Management Department<br>13911865588<br><br>February 25, 2010 | | |
| Recipient in substitution and reason(s) | | | |
| Notes | United States.   With translation              . | | |

Issuer: Chen, Xin                          Servers: Zhu, Cheng Fu      Li, Qing

Note:
 (1) The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §57; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
(2) In case of receiving by substitution, the substitution recipient should sign and seal the document, and note the relationship with the servee, and the reason(s) for substitution.
(3) This Proof of Service applies to Hong Hong and Macao districts.

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

## DEMANDE
## AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER
## D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Josh R. Cobb**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota  55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776      Fax: 952.831.8150**<br>**Email: JCobb@CivilActionGroup.com** | **Ministry of Justice**<br>**Department of Judicial Assistance and Foreign Affairs**<br>**Division of Judicial Assistance**<br>**10, Chaoyangmen, Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**100020**<br>**China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- à l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
*(identité et adresse)* _____ China National Building Material Group Corporation (CNBM Group) _____
_____ 17th Floor, Zhong Guo Jian Cai Da Sha, San Li He Road #11, Haidian District, Beijing 100037, China _____
Tel: _____

[X]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
      a)  *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]  (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
      b)  *selon la forme particulière suivante (article 5, alinéa premier, lettre b):*_____
_____
_____

[ ]  (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
      c)  *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

**List of documents**
*Enumération des pièces*

Class Action Complaint
Summons in a Civil Action
Translations
Summary of the Document to be Served
_____
_____
_____
_____

**Done at**
*Fait à* Minneapolis, Minnesota, U.S.A.                  , **the**
                                                        , *le* 1/13/10

**Signature and/or stamp.**
*Signature et/ou cachet.*

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

(Formerly OBD-116 which was formerly LAA-116,        USM-94
both of which may still be used)
                                                    (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

Case Name:  Gross v.  Knauf Gips, KG
Defendant:  China National Building Material Group Corporation (CNBM Group)
Court Case No.:  09-6690

## CERTIFICATE
### *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,

*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)  that the document has been served*
1.  *que la demande a été exécutée*
   - the (date)
   - *le (date)* **February 25th, 2010**
   - at (place, street, number)
   - *à (localité, rue numéro)* **17/F, Zhongguo Jiancai Mansion , No.11 Sanlihe Road , Haidian District, Beijing, China**

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
      [X] (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
          a)  *selon les formes légales (article 5, alinéa premier, lettre a).*
      [ ] (b)  in accordance with the following particular method*:
          b)  *selon la forme particulière suivante:* _____

      [ ] (c)  by delivery to the addressee, who accepted it voluntarily.*
          c)  *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* **Genlin Ma**

   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* **the vice-manager of the Department of Business Administration of addressee**

2)  that the document has not been served, by reason of the following facts*:
2.  *que la demande n'a pas été exécutée, en raison des faits suivants:*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served,  Class Action Complaint, Summons in a Civil Action, Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at    **Beijing**    the **6/4 2010**
*Fait à*

Signature and/or stamp.
*Signature et/ou cachet.*

中 华 人 民 共 和 国
司 法 部
司法协助专用章

*    Delete if inappropriate.
     *Rayer les mentions inutiles.*

2

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF:  Louisiana

# REQUEST

# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Josh R. Cobb**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota  55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776        Fax: 952.831.8150**<br>**Email: JCobb@CivilActionGroup.com** | **Ministry of Justice**<br>**Department of Judicial Assistance and Foreign Affairs**<br>**Division of Judicial Assistance**<br>**No 6, Chaoyangmen Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**100020**<br>**China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
    (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- à l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

    *(identité et adresse)*        China National Building Material Group Corporation (CNBM Group)
        17th Floor, Zhong Guo Jian Cai Da Sha, San Li He Road #11, Haidian District, Beijing City 100037, China
        Tel:

[X]  (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    *a)    selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]  (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    *b)    selon la forme particulière suivante (article 5, alinéa premier, lettre b):*

[ ]  (c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    *c)    le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes** -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

--Summons in a Civil Action (Complaint in Intervention)
--Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III)
--Exhibits "A" - "C"
--Schedules 1 - 3
--Translations
--Summary of the Document to be Served

Done at
*Fait à*  Minneapolis, Minnesota, U.S.A.                         , the
                                                                 *le*  12 17 10

Signature and/or stamp.
*Signature et/ou cachet.*



(Formerly OBD-116 which was formerly LAA-116,        USM-94
both of which may still be used)                     (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

Case Name: Gross  v.  Knauf Gips KG  [ OMNIBUS (III) ]
Defendant:  China National Building Material Group Corporation (CNBM Group)
Court Case No.: 09-6690

## CERTIFICATE
### *ATTESTATION*

$58-10-(89)$

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)   that the document has been served*
*1.    que la demande a été exécutée*
   - the (date)
   - *le (date)*  _____
   - at (place, street, number)
   - *à (localité, rue numéro)*  _____

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
      [ ]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
         *a)    selon les formes légales (article 5, alinéa premier, lettre a).*
      [ ]  (b)  in accordance with the following particular method*:
         *b)    selon la forme particulière suivante:* _____

      [ ]  (c)  by delivery to the addressee, who accepted it voluntarily.*
         *c)    par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* _____

   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2)   that the document has not been served, by reason of the following facts*:
*2)   que la demande n'a pas été exécutée, en raison des faits suivants:*

   *The addressee refused to accept the documents*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served,  Summons in a Civil Action (Complaint in Intervention), Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III), Exhibits "A" - "C", Schedules 1 - 3, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Piéces renvoyées:*

_____
_____
_____

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*
_____
_____
_____

Done at
*Fait à*   Beijing   , the
          , *le*   June 27, 2011

**Signature and/or stamp.**
*Signature et/ou cachet.*

*   Delete if inappropriate.
    *Rayer les mentions inutiles.*

2

# BEIJING SUPERIOR PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: Beijing Superior People's Court]

Judicial Association No. SX-10-1997

| Cause of Action | | Cause No. | Law Association No. (2011) 32 |
|---|---|---|---|
| Document Served and Number | Summary of Documents, one copy<br>Complaint, one copy | | Summons, one copy<br>Document, one copy |
| Recipient | China National Building Material Group Corporation (CNBM Group) | | |
| Address for Service | 17th Floor, Zhong Guo Jian Cai Da Sha, San Li He Road #11, Haidian District, Beijing City 100037, China. | | |
| Recipient Signature or Seal | | | |
| Recipient in substitution and reason(s) | | | |
| Notes | United States.    With translation. | | |

Issuer: Chen, Xin                              Servers:

Note:
 (1)  The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §51; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
(2)  In case of receiving by substitution, the substitution recipient should sign and seal the document, and note the relationship with the servee, and the reason(s) for substitution.
(3)  This Proof of Service applies to Hong Hong and Macao districts.

*March 9, 2011*
*Refusal by servee.*
*Servers: Jia Ding and Wang Bao Wei*

# 北京市高级人民法院
## 送 达 回 证

SX-10-1997

| 案　　　由 | | 案　号 | 法协（2011）32 |
|---|---|---|---|
| 送达文书<br>名称和件数 | 文书概要一份<br>诉状一份 | | 传票一份<br>文书一份 |
| 受 送 达 人 | 中国建筑材料集团公司 | | |
| 送 达 地 址 | 海淀区三里河路（甲）11 号中国建材大厦 17 层 | | |
| 受 送 达 人<br>签名或盖章 | | | |
| 代 收 人<br>代 收 理 由 | | | |
| 备　　　考 | 美国，有译文 | | |

填发人　陈新　　　　　　　　　　　　　　送达人

注：（1）送达刑事诉讼文书，按照刑事诉讼法第五 一条的规定办理；送达民事、行政诉讼
　　　　文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。

　　　（2）代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理
　　　　由。　　　　　　　　　　　　　　　　　　　2011.3.9 拒收

　　　（3）本《《送达回证》》适用涉港、澳地区送达。

Case 2:09-md-02047-EEF-MBN Document 21681-5 Filed 08/16/18 Page 77 of 92
APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND
UNDER THE CASES 2:09-md-02047-EEF-JCW of Document 13776 Filed 04/17/12 Page 1 of 4

## REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Josh R. Cobb**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota 55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776     Fax: 952.831.8150**<br>**Email: JCobb@CivilActionGroup.com** | **Ministry of Justice**<br>**Department of Judicial Assistance and Foreign Affairs**<br>**Division of Judicial Assistance**<br>**No 6, Chaoyangmen Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**100020**<br>**China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-
mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
    (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant*
*conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
    *(identité et adresse)*    China National Building Material Group Corporation (CNBM Group)
        7th Floor, Zhong Guo Jian Cai Da Sha, San Li He Road #11, Haidian District, Beijing City 100037, China
                Tel:
[X]  (a)    in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    a)    *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]  (b)    in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    b)    *selon la forme particulière suivante (article 5, alinéa premier, lettre b);*
_____
_____

[ ]  (c)    by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    c)    *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided
on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

--Summons in a Civil Action (Supplement to
Amended Class Action Complaint)
--Order
--Amended Class Action Complaint
--Translations
--Summary of the Document to be Served
_____
_____
_____
_____

Done at
*Fait à* Minneapolis, Minnesota, U.S.A.                    , the  1 26 11
                                                            *le*

Signature and/or stamp.
*Signature et/ou cachet.*



(Formerly OBD-116 which was formerly LAA-116,         USM-94
both of which may still be used)                      (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

Case Name:   Gross  v.  Knauf Gips KG   [ Supplement ]
Defendant:   China National Building Material Group Corporation (CNBM Group)
Court Case No.:   09-6690

Case 2:09-md-02047-EEF-JCW  Document 13776  Filed 04/17/12  Page 2 of 4

## CERTIFICATE
### *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)   **that the document has been served***
*1.   que la demande a été exécutée*
- the (date)
- *le (date)*
- at (place, street, number)
- *à (localité, rue numéro)* _____

- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*
  [ ]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
      *a)   selon les formes légales (article 5, alinéa premier, lettre a).*
  [ ]  (b)  in accordance with the following particular method*:
      *b)   selon la forme particulière suivante:* _____

  [ ]  (c)  by delivery to the addressee, who accepted it voluntarily.*
      *c)   par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
- (identity and description of person)
- *(identité et qualité de la personne)* _____

- relationship to the addressee (family, business or other):
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2)   **that the document has not been served, by reason of the following facts***:
*2.   que la demande n'a pas été exécutée, en raison des faits suivants:*

*The addressee refused to accept the documents*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

**LIST OF DOCUMENTS:** Summary of the Document to be Served,  Summons in a Civil Action (Supplement to Amended Class Action Complaint), Order, Amended Class Action Complaint, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Piéces renvoyées:*

_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*
_____
_____

Done at     *Beijing*                    , the  *June 27, 2011*
*Fait à* _____ , *le* _____

**Signature and/or stamp.**
*Signature et/ou cachet.*

\*   Delete if inappropriate.
   *Rayer les mentions inutiles.*

2

# BEIJING SUPERIOR PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: Beijing Superior People's Court]

*Judicial Association No. SX-11-221*

| Cause of Action | | Cause No. | Law Association No. (2011) 369 |
|---|---|---|---|
| Document Served and Number | Summary of Documents, one copy<br>Complaint, one copy | Summons, one copy<br>Document, one copy | |
| Recipient | China National Building Material Group Corporation | | |
| Address for Service | 17th Floor (7th Floor), Zhong Guo Jian Cai Da Sha. San Li He Road  (Jia) No. 11, Haidian District,  (Beijing, China). | | |
| Recipient Signature or Seal | | | |
| Recipient in substitution and reason(s) | | | |
| Notes | United States.    With translation | | |

Issuer:  Chen, Xin                                         Servers:

Note:
 (1)  The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §51; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
(2)  In case of receiving by substitution, the substitution recipient should sign and seal the document, and note the relationship with the servee, and the reason(s) for substitution.
(3)  This Proof of Service applies to Hong Hong and Macao districts.

*March 22, 2011   The addressee refused to accept the documents.*
*Servers:  Wang Baowei  and Jia Ding*
*March 29, 2011   The addressee refused to accept the documents.*
*Servers: Li Yonghui and Zhu Chaozheng*

# 北京市高级人民法院
## 送达回证

Sx-11-221

| 案　　　　由 | | 案　号 | 法协（2011）369 |
|---|---|---|---|
| 送达文书<br>各称和件数 | 文书概要一份 | | 传票一份 |
| | 诉状一份 | | 文书一份 |
| 受送达人 | 中国建筑材料集团公司 | | |
| 送达地址 | 海淀区三里河路（甲）11号中国建材大厦17层<br>（7层） | | |
| 受送达人<br>签名或盖章 | | | |
| 代收人<br>代收理由 | | | |
| 备　　　考 | 美国，有译文 | | |

填发人　陈新　　　　　　　　　　　　送达人

注：（1）送达刑事诉讼文书，按照刑事诉讼法第五　一条的规定办理；送达民事、行政诉讼
　　　　文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
　　（2）代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代理
　　　　由。
　　（3）本《送达回证》适用涉港、澳地区送达。

2011.3.22 抽收 孙珍婷部门

2011.3.29 抽收 李蕊 精能旅

APPLICANT IS AUTHORIZED TO SERVE PROCESS UNDER 28 USC 1746, FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

Case 2:09-md-02047-EEF-JCW Document 17911 Filed 07/31/14 Page 1 of 4

## REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

### DEMANDE
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

13-SXS-1735

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Jeff J. Karsten**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota 55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776     Fax: 952.831.8150**<br>**Email: JKarsten@CivilActionGroup.com** | **Ministry of Justice**<br>**International Legal Cooperation Center (ILCC)**<br>**6, Chaoyangmen Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**P.C. 100020**<br>**People's Republic of China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- à l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

(*identité et adresse*)      China National Building Materials Group Co.,
23/F, Tower 2, Guohai Plaza, 17 Fuxing Road, Haidian District, Beijing, China 100036

[X]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
     *a)*  *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]  (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
     *b)*  *selon la forme particulière suivante (article 5, alinéa premier, lettre b);*_____

[ ]  (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
     *c)*  *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes* -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Summary of the Document to be Served
Summons in a Civil Action
Conditional Transfer Order with attached Schedule
Plaintiffs' Class Action Complaint with Exhibit "A"
Civil Cover Sheet
Translations

Done at
*Fait à*    Minneapolis, Minnesota, U.S.A.    , the
                                                  , *le* 11 Nov 2013

Signature and/or stamp.
*Signature et/ou cachet.*

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

(Formerly OBD-116 which was formerly LAA-116,
both of which may still be used)            USM-94

                                               (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

266532-0091

Case 2:09-md-02047-EEF-JCW   Document 17911   Filed 07/31/14   Page 27 of 4

Case Name: Amorin (FL) v.  Taishan Gypsum Co., Ltd.
Defendant:  China National Building Materials Group Co.
Court Case No.:  11-1672 Section L

## CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)   that the document has been served*
*1.   que la demande a été exécutée*
 - the (date) _____
 - *le (date)* _____
 - at (place, street, number) _____
 - *à (localité, rue numéro)* _____

 - in one of the following methods authorised by article 5-
 - *dans une des formes suivantes prévues à l'article 5:*
    [ ]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
       *a)    selon les formes légales (article 5, alinéa premier, lettre a).*
    [ ]  (b)  in accordance with the following particular method*:
       *b)    selon la forme particulière suivante:* _____

    [ ]  (c)  by delivery to the addressee, who accepted it voluntarily.*
       *c)    par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
 - (identity and description of person) _____
 - *(identité et qualité de la personne)* _____

 - relationship to the addressee (family, business or other): _____
 - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2)   that the document has not been served, by reason of the following facts*:
*que la demande n'a pas été exécutée, en raison des faits suivants:*
*The recipient refused to accept the documents*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served,  Summons in a Civil Action, Conditional Transfer Order with attached Schedule, Plaintiffs' Class Action Complaint with Exhibit "A", Civil Cover Sheet, Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

_____
_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

_____
_____
_____

Done at  Beijing   the  April 9, 2014
*Fait à*
Signature and/or stamp.
*Signature et/ou cachet.*

* Delete if inappropriate.
*Rayer les mentions inutiles.*

2

266532-0091

# BEIJING SUPERIOR PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: Beijing Superior People's Court]

Judicial Association No. SX-13-1735

| Cause of Action | | Cause No. | Law Association No. (2013) 1396 |
|---|---|---|---|
| Document Served and Number | Summary of Documents, one copy<br>Complaint, one copy | Summons, one copy<br>Document, one copy | |
| Recipient | China National Building Materials Group Co. | | |
| Address for Service | 23/F, Tower 2, Guohai Plaza, 17 Fuxing Road, Haidian District, Beijing, (China) . | | |
| Recipient Signature or Seal | | | |
| Recipient in substitution and reason(s) | | | |
| Reasons for Non-Service | Refused to accept. | | |
| Notes | United States.   With translation          . | | |

Issuer: Chen, Xin          Servers: Jia, Ding     Zhang, Xiao Guan   *Dec. 23, 2013*

Note:
 (1)  The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §51; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
(2)  In case of receiving by substitution, the substitution recipient should sign and seal the document, and note the relationship with the servee, and the reason(s) for substitution.

# 北京市高级人民法院
## 送 达 回 证

SX-13-1735

| 案 由 | | 案 号 | 法外（2013）1396 号 |
|---|---|---|---|
| 送 达 文 书<br>各 称 和 件 数 | 文书概要一份<br>诉状一份 | | 传票 一份<br>文书一份 |
| 受 送 达 人 | China National Building Materials Group Co.<br>中国建筑材料集团有限公司 | | |
| 送 达 地 址 | 北京市海淀区复兴路 17 号国海广场 2 号楼 23 层 | | |
| 受 送 达 人<br>签 名 或 盖 章 | | | |
| 代 收 人<br>代 收 理 由 | | | |
| 未 能 送<br>达 理 由 | 拒收、 | | |
| 备 考 | 美国，有译文 | | |

填发人　陈新　　　　　　　　　送达人 贾飞 张兆岩. 2013·12·23

注：（1）送达刑事诉讼文书，按照刑事诉讼法第五　一条的规定办理；送达民事、行政诉讼
　　　文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
　　（2）代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理
　　　由。

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND
UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

## REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

13-5x5-1731

| | |
|---|---|
| Identity and address of the applicant<br>*Identité et adresse du requérant*<br><br>**Glenda E. Fichtner**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota 55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776     Fax: 952.831.8150**<br>**Email: GEF@CivilActionGroup.com** | Address of receiving authority<br>*Adresse de l'autorité destinataire*<br><br>**Ministry of Justice**<br>**International Legal Cooperation Center (ILCC)**<br>**6, Chaoyangmen Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**P.C. 100020**<br>**People's Republic of China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-
mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- à l'autorité destinataire les documents ci-dessous énumérés, en la priant*
*conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
(identité et adresse)         China National Building Materials Group Co.,
                      23/F, Tower 2, Guohai Plaza, 17 Fuxing Road, Haidian District, Beijing, China, 100036

[X]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    a)    *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]  (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    b)    *selon la forme particulière suivante (article 5, alinéa premier, lettre b):* _____

[ ]  (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    c)    *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided
on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Summary of the Documents to be Served
✓Summons in a Civil Action
✓Conditional Transfer Order with attached Schedule
✓Civil Cover Sheet
✓Plaintiffs' Class Action Complaint with Exhibit "A"
✓Translations

Done at _____, the
*Fait à*   Minneapolis, Minnesota, U.S.A.   , le   11 NOV 2013

Signature and/or stamp.
*Signature et/ou cachet.*

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

*Glenda Fichtner*

(Formerly OBD-116 which was formerly LAA-116,         USM-94
both of which may still be used)

* Delete if inappropriate.                                  (Est. 11/22/77)
. *Rayer les mentions inutiles*

267247 - 85

Case Name:  Amorin (VA)  v.  Taishan Gypsum Co., Ltd.
Defendant:  China National Building Materials Group Co.
Court Case No.:  11-1673 Section L

## CERTIFICATE
### ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)   that the document has been served*
*1.    que la demande a été exécutée*
  - the (date)
  - *le (date)*
  - at (place, street, number)
  - *à (localité, rue numéro)* _____

  - in one of the following methods authorised by article 5-
  - *dans une des formes suivantes prévues à l'article 5:*
    [  ]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
           *a)    selon les formes légales (article 5, alinéa premier, lettre a).*
    [  ]  (b)  in accordance with the following particular method*:
           *b)    selon la forme particulière suivante:* _____

    [  ]  (c)  by delivery to the addressee, who accepted it voluntarily.*
           *c)    par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
  - (identity and description of person)
  - *(identité et qualité de la personne)* _____

  - relationship to the addressee (family, business or other):
  - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2)   that the document has not been served, by reason of the following facts*:
*2.    que la demande n'a pas été exécutée, en raison des faits suivants:*

   *The recipient refused to accept the documents.*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served,  Summons in a Civil Action, Conditional Transfer Order with attached Schedule, Civil Cover Sheet, Plaintiffs' Class Action Complaint with Exhibit "A", Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

_____
_____

In appropriate cases, documents establishing the service:    Done at
*Le cas échéant, les documents justificatifs de l'exécution:*   *Fait à*  Beijing   the  April 9, 2014

_____   Signature and/or stamp
_____   *Signature et/ou cachet*

*   Delete if inappropriate.
    *Rayer les mentions inutiles.*

2

267247 - 85

Beijing City Higher People's Court

Proof of Service

[Seal affixed: Beijing City Higher People's Court]

| Cause of Action | | Case No. | SX-13-1731<br>Judicial Foreign<br>(2013) 1392 |
|---|---|---|---|
| Name and Number of Copies of Documents Served | One Copy of Document Summary      One Copy of Summons<br><br>One Copy of Complaint<br>                                          One Copy of Document | | |
| The Addressee | China National Building Materials Group Co. | | |
| Address for Service | 23/F, Tower 2, Guohai Plaza, 17 Fuxing Road, Haidian District, Beijing | | |
| Signature or Seal of the Addressee | | | |
| The Addressee's Agent and Reason for such Agency | | | |
| Reason for Unsuccessful Serving | Refusing to accept. | | |
| Remarks | USA, with translations | | |

Issued by: Xin Chen
Servers: Ding Jia, Xiaoguang Zhang   12-23-2013

Note: (1) Service of criminal litigation documents shall be conducted in accordance with Article 51 of the Criminal Procedure Law of the People's Republic of China; service of civil and administrative litigation documents shall be conducted in accordance with or with reference to Articles 78 and 79 of the Civil Procedure Law of the People's Republic of China.

(2) For service of litigation documents to the addressee's agent, the addressee's agent shall indicate his/her relationship with the addressee and the reason for such agency in addition to affixing his/her signature or seal.

# 北京市高级人民法院
## 送 达 回 证

Sx-13-1731

| 案　　由 | | 案　号 | 法外（2013）1392 号 |
|---|---|---|---|
| 送达文书<br>各称和件数 | 文书概要一份<br>诉状一份 | | 传票 一份<br>文书一份 |
| 受送达人 | China National Building Materials Group Co.<br>中国建筑材料集团有限公司 | | |
| 送达地址 | 北京市海淀区复兴路 17 号国海广场 2 号楼 23 层 | | |
| 受送达人<br>签名或盖章 | | | |
| 代收人<br>代收理由 | | | |
| 未能送<br>达理由 | 拒收. | | |
| 备　　考 | 美国，有译文 | | |

填发人　陈新　　　　　　　　　　　　　　送达人 贾下 张爱兄 2013.12.23

注：（1）送达刑事诉讼文书，按照刑事诉讼法第五　一条的规定办理；送达民事、行政诉讼
　　　　文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
　　（2）代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理
　　　　由。

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND
UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

## REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

### *DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

13-SxS-1759

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Diane K. Myers<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota  55439-3122<br>U.S.A.<br>Tel. 952.831.7776      Fax: 952.831.8150<br>Email: DMyers@CivilActionGroup.com | Ministry of Justice<br>International Legal Cooperation Center (ILCC)<br>6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>P.C. 100020<br>People's Republic of China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-
mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- à l'autorité destinataire les documents ci-dessous énumérés, en la priant*
*conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
(identité et adresse)         China National Building Materials Group Co.
23/F, Tower 2, Guohai Plaza, 17 Fuxing Road, Haidian District,  Beijing, China, 100036

[X]  (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
     *a)    selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]  (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
     *b)    selon la forme particulière suivante (article 5, alinéa premier, lettre b);*_____

[ ]  (c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
     *c)    le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided
on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Summary of the Documents to be Served
Summons in a Civil Action
Plaintiffs' Class Action Complaint with Exhibit
Translations

Done at
*Fait à*      Minneapolis, Minnesota, U.S.A.      , the     11 Nov 2013
                                                  , le

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

Signature and/or stamp.
*Signature et/ou cachet.*

Diane K Myers

(Formerly OBD-116 which was formerly LAA-116,         USM-94
both of which may still be used)                      (Est. 11/22/77)

* Delete if inappropriate.
  *Rayer les mentions inutiles*

267249 - 100

Case Name:  Amorin (LA)  v.   Taishan Gypsum Co., Ltd.
Defendant:  China National Building Materials Group Co.
Court Case No.:  11-1395

*2013 — 5x5 — 1739*

## CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

I)   that the document has been served*
*1.   que la demande a été exécutée*
- the (date)
- *le (date)* _____
- at (place, street, number)
- *à (localité, rue numéro)* _____

- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*
    [ ]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
    a)   *selon les formes légales (article 5, alinéa premier, lettre a).*
    [ ]  (b)  in accordance with the following particular method*:
    b)   *selon la forme particulière suivante:* _____
    _____
    [ ]  (c)  by delivery to the addressee, who accepted it voluntarily.*
    c)   *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
- (identity and description of person)
- *(identité et qualité de la personne)* _____
_____
- relationship to the addressee (family, business or other):
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2)   that the document has not been served, by reason of the following facts*:
*2.   que la demande n'a pas été exécutée, en raison des faits suivants:*

*The recipient refused to accept the documents.*
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served,  Summons in a Civil Action, Plaintiffs' Class Action Complaint with Exhibit "A", Translations
*Annexes*
Documents returned:
*Pièces renvoyées:*
_____
_____

In appropriate cases, documents establishing the service:
*cas échéant, les documents justificatifs de l'exécution:*

Done at _____   Beijing _____   the
*Fait à* _____   *le*   April 9, 2014

Signature and/or stamp.
*Signature et/ou cachet.*

Delete if inappropriate.
*Rayer les mentions inutiles.*

2

267249 - 100

Beijing City Higher People's Court

Proof of Service

[Seal affixed: Beijing City Higher People's Court]

| Cause of Action | | Case No. | SX-13-1739 Judicial Foreign (2013) 1400 |
|---|---|---|---|
| Name and Number of Copies of Documents Served | One Copy of Document Summary   One Copy of Summons   One Copy of Complaint   One Copy of Document | | |
| The Addressee | China National Building Materials Group Co. | | |
| Address for Service | 23/F, Tower 2, Guohai Plaza, 17 Fuxing Road, Haidian District, Beijing | | |
| Signature or Seal of the Addressee | | | |
| The Addressee's Agent and Reason for such Agency | | | |
| Reason for Unsuccessful Serving | Refusing to accept. | | |
| Remarks | USA, with translations | | |

Issued by: Xin Chen

Servers: Ding Jia, Xiaoguang Zhang   12-23-2013

Note: (1) Service of criminal litigation documents shall be conducted in accordance with Article 51 of the Criminal Procedure Law of the People's Republic of China; service of civil and administrative litigation documents shall be conducted in accordance with or with reference to Articles 78 and 79 of the Civil Procedure Law of the People's Republic of China.

(2) For service of litigation documents to the addressee's agent, the addressee's agent shall indicate his/her relationship with the addressee and the reason for such agency in addition to affixing his/her signature or seal.

# 北京市高级人民法院
## 送 达 回 证

SX-13-139

| 案　　由 | | 案　号 | 法外（2013）1400 号 |
|---|---|---|---|
| 送达文书各称和件数 | 文书概要一份<br>诉状一份 | | 传票一份<br>文书一份 |
| 受 送 达 人 | China National Building Materials Group Co.<br>中国建筑材料集团有限公司 | | |
| 送 达 地 址 | 北京市海淀区复兴路 17 号国海广场 2 号楼 23 层 | | |
| 受 送 达 人<br>签名或盖章 | | | |
| 代 收 人<br>代 收 理 由 | | | |
| 未 能 送<br>达 理 由 | 拒收. | | |
| 备　　考 | 美国，有译文 | | |

填发人　陈新

送达人 贾下 敦堡兒. 2013.12.23

注：（1）送达刑事诉讼文书，按照刑事诉讼法第五　一条的规定办理；送达民事、行政诉讼
　　　　文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
　　（2）代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理
　　　　由。