# EXHIBIT 7

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON** |

**THIS DOCUMENT RELATES TO:**

***Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al., Case No. 2:09-cv-6687 (E.D.La.)***

### DECLARATION OF YAN GAO

This is a declaration being made in accordance with and pursuant to 28 U.S.C. § 1746.

YAN GAO, being duly sworn, deposes and declares:

1.      I am a Chinese national and reside in San Diego, CA, United States. Since September 2014, I have been working full time at Herman Herman & Katz, LLC in New Orleans on H1B visa. I studied law at China University of Political Science & Law in Beijing from 2001 – 2004 where I earned a master's degree in international economic law.  Thereafter, I studied American Business Law at Tulane University Law School where I earned an LL.M. with distinction in 2009. I passed China's National Bar in 2002 and California State Bar in 2010. I am admitted to practice law in the People's Republic of China nationwide and in the State of California. I am a lawyer in good standing in both the People's Republic of China and the State of California.

2.      Before I came to the United States, I had worked four years (2004 -- 2008) as a professional legal translator at Chinalawinfo Co. Ltd. a.k.a Peking University Center for Legal

1

Information, Beijing, China. My job responsibilities mainly included the translation of Chinese laws, regulations and precedents into English, or vice versa.

3.      Notwithstanding my qualifications, I am not offering any legal opinions in this declaration.  Rather, I am merely presenting to the Court with my translations of the documents of Taishan Gypsum Company Limited (hereinafter as "Taishan Gypsum") and Beijing New Building Materials Public Limited Company (hereinafter as "BNBM") in relation to the Chinese-manufactured drywall products liability litigation (hereinafter as "CDW litigation") as well as the disclosure documents of China National Building Material Company Limited (hereinafter as "CNBM") and the document of China National Building Material Group Corporation (hereinafter as "CNBM Group") in relation to the three executives of CNBM and CNBM Group. I am a native Chinese speaker fluent in English and capable of reading and translating Chinese to English and vice versa. Such translations are, to the best of my knowledge, information, and belief, accurate and consistent with the original texts from which they have been translated.

4.      I acquired Taishan Gypsum's 2010 Auditor's Report on Financial Statements, which was produced by Taishan Gypsum on April 6, 2014. I translated the cover page and the part of CDW litigation in this Report (TG-040615-0026020 & TG-040615-0026100). The relevant Chinese original documents are attached hereto as Exhibit "1," and my English translation of relevant parts is attached hereto as Exhibit "2."

5.      I acquired Taishan Gypsum's 2014 Auditor's Report on Financial Statements, which was produced by Taishan Gypsum on April 6, 2014. I translated the cover page and the part of CDW litigation in this Report (TG-040815-0028802 & TG-040815-0028873). The relevant original Chinese documents are attached hereto as Exhibit "3," and my English translation of relevant parts is attached hereto as Exhibit "4."

2

6.     I acquired Taishan Gypsum's Resolutions of 2010 Annual General Meeting, which were produced by Taishan Gypsum on April 6, 2014. I translated the first paragraph and the part of CDW litigation in the above Resolutions (TG-040615-0028052 & TG-040615-0028056). The relevant original Chinese documents are attached hereto as Exhibit "5," and my English translation of relevant parts is attached hereto as Exhibit "6."

7.     I acquired and downloaded the Announcement of Beijing New Building Materials Public Limited Company in Relation to Event about Gypsum Board in US (Announcement No.: 2010-009) from the following website: http://www.cninfo.com.cn/finalpage/2010-05-29/58008110.PDF, which is the designated media for information disclosure of BNBM. This Announcement is attached hereto as Exhibit "7." I translated this Announcement, and my English translation of this Announcement is attached hereto as Exhibit "8."

8.     I acquired and downloaded BNBM's 2010 Interim Report from the following website: http://www.cninfo.com.cn/finalpage/2010-08-20/58328567.PDF, which is the designated media for information disclosure of BNBM. I translated the cover page and the part of CDW litigation in this Report. The relevant original Chinese documents are attached hereto as Exhibit "9," and my English translation of relevant parts is attached hereto as Exhibit "10."

9.     I acquired and downloaded BNBM's 2010 3rd Quarterly Report from the following website: http://www.cninfo.com.cn/finalpage/2010-10-27/58578727.PDF, which is the designated media for information disclosure of BNBM. I translated the part of CDW litigation in this Report. The relevant original Chinese documents are attached hereto as Exhibit "11," and my English translation of relevant part is attached hereto as Exhibit "12."

10.     I acquired and downloaded BNBM's 2010 Annual Report from the following website:     http://www.cninfo.com.cn/finalpage/2011-03-19/59144694.PDF,     which     is     the

designated media for information disclosure of BNBM. I translated the cover page and the parts of CDW litigation in this Report. The relevant original Chinese documents are attached hereto as Exhibit "13," and my English translation of relevant parts is attached hereto as Exhibit "14."

11.    I acquired and downloaded BNBM's 2011 I$^{st}$ Quarterly Report from the following website: http://www.cninfo.com.cn/finalpage/2011-04-28/59352983.PDF, which is the designated media for information disclosure of BNBM. I translated the part of CDW litigation in this Report. The relevant original Chinese documents are attached hereto as Exhibit "15," and my English translation of relevant part is attached hereto as Exhibit "16."

12.    I acquired and downloaded BNBM's 2011 Interim Report from the following website:    http://www.cninfo.com.cn/finalpage/2011-08-20/59845944.PDF,    which    is    the designated media for information disclosure of BNBM. I translated the cover page and the parts of CDW litigation in this Report. The relevant original Chinese documents are attached hereto as Exhibit "17," and my English translation of relevant parts is attached hereto as Exhibit "18."

13.    I acquired and downloaded BNBM's 2011 3rd Quarterly Report from the following website: http://www.cninfo.com.cn/finalpage/2011-10-27/60119757.PDF, which is the designated media for information disclosure of BNBM. I translated the part of CDW litigation in this Report. The relevant original Chinese documents are attached hereto as Exhibit "19," and my English translation of relevant part is attached hereto as Exhibit "20."

14.    I acquired and downloaded BNBM's 2011 Annual Report from the following website:    http://www.cninfo.com.cn/finalpage/2012-03-20/60694150.PDF,    which    is    the designated media for information disclosure of BNBM. I translated the cover page and the parts of CDW litigation in this Report. The relevant original Chinese documents are attached hereto as Exhibit "21," and my English translation of relevant parts is attached hereto as Exhibit "22."

15.     I acquired and downloaded BNBM's 2012 1st Quarterly Report from the following website: http://www.cninfo.com.cn/finalpage/2012-04-27/60920662.PDF, which is the designated media for information disclosure of BNBM. I translated the part of CDW litigation in this Report. The relevant original Chinese documents are attached hereto as Exhibit "23," and my English translation of relevant part is attached hereto as Exhibit "24."

16.     I acquired and downloaded BNBM's 2012 Interim Report from the following website:     http://www.cninfo.com.cn/finalpage/2012-08-17/61435184.PDF,     which     is     the designated media for information disclosure of BNBM. I translated the parts of CDW litigation in this Report. The relevant original Chinese documents are attached hereto as Exhibit "25," and my English translation of relevant parts is attached hereto as Exhibit "26."

17.     I acquired and downloaded BNBM's 2012 3rd Quarterly Report from the following website: http://www.cninfo.com.cn/finalpage/2012-10-27/61719712.PDF, which is the designated media for information disclosure of BNBM. I translated the part of CDW litigation in this Report. The relevant original Chinese documents are attached hereto as Exhibit "27," and my English translation of relevant part is attached hereto as Exhibit "28."

18.     I acquired and downloaded BNBM's 2012 Annual Report from the following website:     http://www.cninfo.com.cn/finalpage/2013-03-14/62211302.PDF,     which     is     the designated media for information disclosure of BNBM. I translated the cover page and the parts of CDW litigation in this Report. The relevant original Chinese documents are attached hereto as Exhibit "29," and my and my English translation of relevant parts is attached hereto as Exhibit "30."

19.     I acquired and downloaded BNBM's 2013 1st Quarterly Report from the following website: http://www.cninfo.com.cn/finalpage/2013-04-25/62420637.PDF, which is the

designated media for information disclosure of BNBM. I translated the part of CDW litigation in this Report. The relevant original Chinese documents are attached hereto as Exhibit "31," and my English translation of relevant part is attached hereto as Exhibit "32."

20.     I acquired and downloaded BNBM's 2013 Interim Report from the following website: http://www.cninfo.com.cn/finalpage/2013-08-20/62964093.PDF, which is the designated media for information disclosure of BNBM. I translated the cover page and the parts of CDW litigation in this Report. The relevant original Chinese documents are attached hereto as Exhibit "33," and my English translation of relevant parts is attached hereto as Exhibit "34."

21.     I acquired and downloaded BNBM's 2013 3rd Quarterly Report from the following website: http://www.cninfo.com.cn/finalpage/2013-10-29/63208894.PDF, which is the designated media for information disclosure of BNBM. I translated the part of CDW litigation in this Report. The relevant original Chinese documents are attached hereto as Exhibit "35," and my English translation of relevant part is attached hereto as Exhibit "36."

22.     I acquired and downloaded BNBM's 2013 Annual Report from the following website: http://www.cninfo.com.cn/finalpage/2014-03-20/63697334.PDF, which is the designated media for information disclosure of BNBM. I translated the cover page and the parts of CDW litigation in this Report. The relevant original Chinese documents are attached hereto as Exhibit "37," and my English translation of relevant parts is attached hereto as Exhibit "38."

23.     I acquired and downloaded BNBM's 2014 1st Quarterly Report from the following website: http://www.cninfo.com.cn/finalpage/2014-04-24/63904561.PDF, which is the designated media for information disclosure of BNBM. I translated the part of CDW litigation in this Report. The relevant original Chinese documents are attached hereto as Exhibit "39," and my English translation of relevant part is attached hereto as Exhibit "40."

24.     I acquired and downloaded BNBM's 2014 Interim Report from the following website: http://www.cninfo.com.cn/finalpage/2014-08-20/1200141295.PDF, which is the designated media for information disclosure of BNBM. I translated the cover page and the parts of CDW litigation in this Report. The relevant original Chinese documents are attached hereto as Exhibit "41," and my English translation of relevant parts is attached hereto as Exhibit "42."

25.     I acquired and downloaded BNBM's 2014 3rd Quarterly Report from the following website: http://www.cninfo.com.cn/finalpage/2014-10-28/1200340303.PDF, which is the designated media for information disclosure of BNBM. I translated the part of CDW litigation in this Report. The relevant original Chinese documents are attached hereto as Exhibit "43," and my English translation of relevant part is attached hereto as Exhibit "44."

26.     I acquired and downloaded BNBM's 2014 Annual Report from the following website: http://www.cninfo.com.cn/finalpage/2015-03-20/1200718405.PDF, which is the designated media for information disclosure of BNBM. I translated the cover page and the parts of CDW litigation in this Report. The relevant original Chinese documents are attached hereto as Exhibit "45," and my English translation of relevant parts is attached hereto as Exhibit "46."

27.     I acquired and downloaded the Announcement of Beijing New Building Materials Public Limited Company in Relation to the Developments of Gypsum Board Litigation in the US (Announcement No. 2014-030) from the following website: http://www.cninfo.com.cn/finalpage/2014-07-19/1200065542.PDF, which is the designated media for information disclosure of BNBM. The original Chinese document of this Announcement is attached hereto as Exhibit "47." 1 translated this Announcement, and my English translation of this Announcement is attached hereto as Exhibit "48."

7

28.    I acquired and downloaded the Announcement of Beijing New Building Materials Public Limited Company in Relation to the Developments of Gypsum Board Litigation in the US (Announcement      No.      2014-037)      from      the      following      website: http://www.cninfo.com.cn/finalpage/2014-08-21/1200145809.PDF, which  is  the  designated media  for  information  disclosure  of  BNBM. The  original  Chinese  document  of  this Announcement is attached hereto as Exhibit "49." I translated this Announcement, and my English translation of this Announcement is attached hereto as Exhibit "50."

29.    I acquired and downloaded the Announcement of Beijing New Building Materials Public Limited Company in Relation to the Developments of Gypsum Board Litigation in the US (Announcement      No.      2015-002)      from      the      following      website: http://www.cninfo.com.cn/finalpage/2015-02-14/1200638569.PDF, which  is  the  designated media  for  information  disclosure  of  BNBM. The  original  Chinese  document  of  this Announcement is attached hereto as Exhibit "51." I translated this Announcement, and my English translation of this Announcement is attached hereto as Exhibit "52."

30.    I acquired and downloaded the Announcement of Beijing New Building Materials Public Limited Company in Relation to the Developments of Gypsum Board Litigation in the US (Announcement      No.      2015-003)      from      the      following      website: http://www.cninfo.com.cn/finalpage/2015-03-14/1200699704.PDF, which  is  the  designated media  for  information  disclosure  of  BNBM. The  original  Chinese  document  of  this Announcement is attached hereto as Exhibit "53." I translated this Announcement, and my English translation of this Announcement is attached hereto as Exhibit "54."

31.    I acquired and downloaded the English version of the Annual Report 2014 of CNBM           from           the           following           website:

http://www.hkexnews.hk/listedco/listconews/SEHK/2015/0402/LTN20150402013.pdf, which is the designated media for information disclosure of CNBM. On Page 88 of this Annual Report, there is the Biographical Details of Mr. Chang Zhangli, which is attached hereto as Exhibit "55."

32.    I acquired and downloaded the English version of the Annual Report 2014 of CNBM          from          the          following          website: http://www.hkexnews.hk/listedco/listconews/SEHK/2015/0402/LTN20150402013.pdf, which is the designated media for information disclosure of CNBM. On Page 89 of this Annual Report, there is the Biographical Details of Tao Zheng, which is attached hereto as Exhibit "56."

33.    I acquired and downloaded a company news of CNBM Group from the following website:  http://www.cnbm.com.cn/wwwroot/c_00000019/d_27578.html, which is the official website of CNBM Group. I translated the first paragraph of this news for the purpose of the name and title of Zhang Jian. The original Chinese news and my translation are attached hereto as Exhibit "57."

34.    My resume is attached hereto as Exhibit "58."

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

5-13-2015

高艳 YAN GAO
For the Plaintiffs' Steering Committee
in MDL 2047

Herman Herman & Katz, LLC

9

820 O'Keefe Ave,
New Orleans, LA 70113
Phone: (504) 581-4892

# EXHIBIT 1

泰山石膏股份有限公司

财务审计报告

（201⓪）京会兴审字第 3-018 号

目　　录



# 北京兴华会计师事务所

http://www.cpas.com.cn

CONFIDENTIAL

TG-040615-0026020

（4）根据本公司所属的子公司-泰山石膏（邳州）有限公司与江苏省邳州石膏板厂签订的《财产租赁合同书》规定，邳州泰和建材有限责任公司自2002年7月1日起至2022年6月30日期间租赁江苏省邳州石膏板厂年产600万平方米的纸面石膏板生产设备、厂房、部分场地等，年租金为 73.8万元。

（5）根据本公司所属的子公司-衡水泰山建材有限公司与河北衡丰发电有限责任公司签订的《租地协议》规定，衡水泰山建材有限公司自2006年1月1日至2015年12月31日期间租赁河北衡丰发电有限责任公司部分土地65亩，年租地费为 26万元。

（6）根据本公司所属的子公司-泰山石膏（平山）有限公司与石家庄华澳电力有限责任公司于2007年5月6日签订的《土地租赁合同书》规定，泰山石膏（平山）有限公司自2006年7月1日起至2036年6月16日止租赁石家庄华澳电力有限责任公司的土地，租赁土地面积129.4亩，土地租赁费每年181,160.00元人民币（2010年2月6日签订土地租赁（补充）合同，对租金条款进行修改，每年土地租赁费调整为245,860元人民币，自2010年1月1日起至合同期2036年6月16日止。）

（7）根据本公司所属的子公司-泰山石膏（河南）有限公司与师憨市首阳山镇人民政府于2009年1月18日签订的《土地租赁合同书》，泰山石膏（河南）有限公司自2009年至2039年租赁30亩土地，一次性支付人民币90万元。

（8）根据本公司所属的子公司-泰山石膏(湘潭)有限公司于2007年3月20日与湖南湘潭发电有限责任公司签订的《脱硫场地租赁合同》规定，泰山石膏(湘潭)有限公司自2007年3月20日至2027年12月31日期间租赁湖南湘潭发电有限责任公司部分土地，土地租赁费按5000元/亩·年(含税费)计算，总计年租赁费为人民币40万元。

（9）根据本公司与泰安市贷岳区大汶口镇北西遥村于2009年12月30日签订的《土地租赁协议》，泰安市贷岳区大汶口镇北西遥村向泰山石膏股份有限公司出租土地，租赁期限自2010年1月1日起至2030年12月31日止。

（10）根据本公司与泰安市岱岳区大汶口镇前周家村2009年12月30日签订的《土地租赁协议》，泰安市岱岳区大汶口镇前周家村向泰山石膏股份有限公司出租土地，租赁期限自2010年1月1日起至2030年12月31日止。

（11）根据本公司与泰安市岱岳区大汶口镇后周家村2009年12月30日签订的《土地租赁协议》，泰安市岱岳区大汶口镇后周家村向泰山石膏股份有限公司出租土地，租赁期限自2010年1月1日起至2030年12月31日止。

2、本公司没有其他需要说明的重大的承诺事项。

## 十、资产负债表日后事项

公司没有其他需要披露的资产负债表日后事项。

## 十一、其他重要事项

1、本公司对美国关于使用中国石膏板诉讼的事件尚无相关结果，在本报告期内，公司共支付律师费用29,044,257.65元应对该诉讼。本公司继续高度重视，密切关注此事的发展，审慎应对和处理。

2、本公司没有需说明的其他重要事项。

CONFIDENTIAL                                    TG-040615-0026100

# EXHIBIT 2

Translation of TG-040615 – 0026020

# Taishan Gypsum Co., Ltd.
# Auditor's Report on Financial Statements

(2010) Jing Kuai Xing Audit No.3-018

Table of Contents

**Beijing Xinghua Certified Public Accountants**
**http://www.cpas.com.cn**

Translation of portions of TG-040615 – 0026100

......

XI. Other Important Matters

   1.  This Company has not gotten relevant results about the matter of U.S. litigation
       concerning the use of Chinese gypsum board. During this reporting period, the
       Company totally paid RMB 29,044,257.65 yuan of attorney's fee to respond to
       this litigation. This Company will attach significant attention to and keep a close
       eye on the developments of this matter, and will respond and deal with it with
       prudence.

......

Page 79 of 80

# EXHIBIT 3

泰山石膏股份有限公司
审计报告
天职业字[2015]　　号

## 目　录

审计报告————————————————————————————————1

2014 年度财务报表—————————————————————————3

2014 年度财务报表附注———————————————————————15

CONFIDENTIAL                                   TG-040815-0028802

| 项目 | 本期余额 | 上期余额 |
|---|---|---|
| 其中：三个月内到期的债券投资 | | |
| 三、期末现金及现金等价物余额 | 582,380,004.01 | 521,020,445.78 |
| 其中：母公司或集团内为子公司使用受限制的现金及现金等价物 | | |

## 九、或有事项

关于石膏板诉讼事件及最新进展

（一）自 2009 年起，美国多家房屋业主、房屋建筑公司等针对本公司及本公司所属子公司等多家中国石膏板生产商在内的数十家企业提起多起诉讼，以石膏板存在质量问题为由，要求赔偿其宣称因石膏板质量问题产生的各种损失。截至本财务报告日，由于泰山石膏未参加美国路易斯安娜州东区联邦地区法院进行的判决债务人审查，美国地区法院判定泰山石膏藐视法庭，判令泰山石膏支付原告代理律师 1.5 万美元的律师费，判令泰山石膏支付 4 万美元作为藐视法庭行为的罚款，并判定泰山石膏以及泰山石膏的任何关联方或子公司被禁止在美国进行任何商业活动或除非泰山石膏参加本审判程序，如果泰山石膏违反禁止令，必须支付其自身或其违反本判令的关联方违反行为当年盈利的 25%作为进一步的罚款。

（二）本公司截止 2015 年 3 月 18 日对美国关于使用中国石膏板诉讼事件的最新进展如下：

1. 泰山石膏决定支付上述（一）中所述的原告代理律师 1.5 万美元、藐视法庭行为的罚款 4 万美元，（已向美国法院支付了藐视法庭行为的罚款 4 万美元）。并且，泰山石膏同意支付此诉讼事件前期由美国法院做出的缺席判决赔偿金额 2,758,356.52 美元及自 2010 年 5 月起计算的利息；但泰山石膏申明，其同意支付前述款项并不代表山石膏认可此诉讼事件的缺席判决内容，采取该等措施仅是为了申请撤销藐视法庭判令并在撤销藐视法庭判令后参与石膏板诉讼事件的应诉及进行抗辩。

2. 本公司之前未参与美国石膏板诉讼案件的审理，考虑到目前诉讼的进展情况，本公司已聘请境内外律师事务所在石膏板诉讼案件中代表本公司应诉并进行抗辩，以维护本公司的自身权益。

3. 本公司已经聘请境内外律师就本案件的应诉策略以及对公司的影响进行研究和评价，目前尚无法准确预估本案件可能对公司造成的经济损失及其影响，公司将根据诉讼的进展情况及时披露相关信息。

## 十、承诺事项

截至资产负债表日，公司重要的资产租赁事项如下：

（1）根据本公司之子公司泰山石膏（温州）有限公司与浙江浙能温州发电有限公司签订的《石膏板生产线土地租赁合同》规定，泰山石膏（温州）有限公司自 2008 年 1 月 1 日至 2036 年 6 月 30 日期间租赁浙江浙能温州发电有限公司部分土地，土地租赁面积 54,200.8 平方米，土地租赁费每年 59.6209 万元，如遇国家政策调整，土地租赁费则相应调整。

71

CONFIDENTIAL

TG-040815-0028873

# EXHIBIT 4

Translation of TG-040815 – 0028802

Taishan Gypsum Co., Ltd.
Auditor's Report
Tian Zhi Ye No. [2015]

_____
_____Table of Contents
Auditor's Report--------------------------------------------------------------------------------1
2014 Annual Financial Statements ----------------------------------------------------------3
Notes to 2014 Annual Financial Statements -----------------------------------------15

Translation of portions of TG-040815 – 0028873

……

**IX. Contingent Matters**

Recent Developments in the gypsum board litigation

(i) Since 2009, various gypsum board cases against at least dozens of Chinese gypsum board manufacturers including the Company and its subsidiaries have been brought by, among others, a number of homeowners and construction companies in the US, for the reason of problems in gypsum board, to claim damages for their acclaimed various losses resulting from gypsum board quality problem. Up to the date of this Financial Report, as a result of the refusal of Taishan Gypsum to participate in a Judgment Debtor Examination held in the United States District Court of Eastern District of Louisiana, the US District Court held Taishan Gypsum in contempt of court, ordering it to pay US$15,000 in attorney's fees to the plaintiffs' counsel, to pay US$40,000 as a penalty for contempt, enjoining Taishan Gypsum and its affiliates or subsidiaries from conducting any business in the US until or unless it participates in the judicial process, and, if it violates the injunction, to pay a further penalty of 25% of the profits earned by Taishan Gypsum or its affiliates who violate the order for the year of violation.

(ii) As of March 18, 2015, the Company has the further developments in the gypsum board litigation in the US as follows:

1. Taishan Gypsum agreed to pay the plaintiffs' attorney's fees in the sum of US$15,000 and the penalty for contempt of court in the sum of US$40,000 (the penalty for contempt of court in the sum of US$40,000 was already paid to US District Court) as mentioned in the above (i) paragraph. Taishan Gypsum has also agreed to pay US$2,758,356.52 under the default judgment in this litigation together with interest accrued from May 2010; but Taishan Gypsum has stated that its agreement to make the above payments is not to be taken as its acceptance of the content of the default judgment in this litigation, and that the taking of such steps was simply to enable it to apply for the discharge of the Contempt Order and to participate in and defend the litigation of gypsum board cases after such discharge.

2. The Company didn't participate in the trial of gypsum board cases in the US before, and in the light of the current developments in the litigation, the Company has engaged PRC and US lawyers, who would represent the Company to participate in the gypsum board litigation and defend in order to protect the respective interest of the Company.

3. The Company has engaged PRC and US lawyers for considering and assessing the litigation strategy and the impact of the litigation on the Company. At present, it is difficult to ascertain accurately the potential economic losses and impact of the litigation on the Company. The Company will make timely disclosures of relevant information in accordance with the litigation developments.

……

Page 71

# EXHIBIT 5

# 泰山石膏股份有限公司
## 2010 年度股东大会决议

2011 年 8 月 11 日，泰山石膏股份有限公司（以下简称"公司"）在中国建材股份有限公司会议室召开了公司 2010 年度股东大会，公司全体股东均派代表出席会议，代表股份 15562.5 万股，占总股本的 100%，符合《公司法》和《公司章程》有关规定，形成的决议合法有效。会议由公司董事长贾同春主持，经过与会股东充分讨论，出席会议的全体股东一致同意，表决通过了以下议案：

一、审议通过了《2010 年度董事会工作报告》；

该议案 15562.5 万股同意，占出席会议有表决权股东的 100%，0 股反对，0 股弃权。

二、审议通过了《2010 年度监事会工作报告》；

该议案 15562.5 万股同意，占出席会议有表决权股东的 100%，0 股反对，0 股弃权。

三、审议通过了《关于公司 2010 年度财务决算及 2011 年度财务预算的报告》；

该议案 15562.5 万股同意，占出席会议有表决权股东的 100%，0 股反对，0 股弃权。

四、审议通过了《关于公司 2010 年度利润分配的议案》；

根据北京兴华会计师事务所审定的合并会计报告，公司 2010 年度归属于母公司股东的净利润为 493,746,002.77 元，上年度利润分

1

CONFIDENTIAL

TG-040615-0028052

成为公司的全资子公司，收购价格按照统一定价原则的原则，在进行资产评估的基础上与股东协商确定，以 2011 年 6 月 30 日为基准日。

该议案 15562.5 万股同意，占出席会议有表决权股东的 100%，0 股反对，0 股弃权。

七、审议了《关于石膏板美国诉讼有关问题的议案》

会议认真讨论了石膏板美国诉讼有关问题，决定在当前及今后一段时间，还是要认真应对，有限应诉，注意成本。

特此决议。

5

CONFIDENTIAL                                            TG-040615-0028056

# EXHIBIT 6

Translation of portions of TG-040615-0028052

**Taishan Gypsum Co., Ltd.**
**Resolutions of 2010 Annual General Meeting**

On August 11, 2011, Taishan Gypsum Co., Ltd. (hereinafter "the Company") held its 2010 Annual General Meeting in the conference room of China National Building Material Company Limited, with attendances by representatives from all shareholders representing 155,625,000 shares which account for 100% of the total share capital. The meeting meets the requirements of the Company Law and the Company's Articles of Association and its resolutions are legal and effective. The meeting was presided over by Chairman Jia Tongchun. Upon full discussion by the attending shareholders, the following motions have been passed as voted with unanimous agreement by all attending shareholders:

……

Page 1

Translation of portions of TG-040615-0028056


……


VII. Deliberated the *Proposal on Relevant Matters concerning the Gypsum Board Litigation in US*
At the meeting, relevant matters concerning the gypsum board litigation in US have been carefully discussed, and it is decided, for the present and for a long time in the future, to respond to litigation prudently, to respond to litigation with limits, and to control the cost.

Page 5

# EXHIBIT 7

股票简称：北新建材　　股票代码：000786　公告编号：2010-009

北新集团建材股份有限公司关于美国石膏板事件的公告

本公司及董事会全体成员保证公告内容的真实、准确和完整，没有虚假记载、误导性陈述或者重大遗漏。

　　近日部分媒体刊登或转载了题为"北新建材在美遭 3000 起投诉索赔额或逾 10 亿美元"、"北新建材石膏板被曝在美惹诉讼专家喊冤"等文章，根据本公司了解到的情况，该系列投诉总数约 3000 起，涉及欧洲石膏板企业在中国独资设立的石膏板工厂、中国内地多家股份制和民营石膏板企业等多家生产商和中国出口商，并非全部针对本公司及控股子公司泰山石膏股份有限公司（简称泰山石膏），因此上述报道中所称内容是不准确的，"向公司索赔额或逾 10 亿美元"是没有依据的。

　　美国是全球石膏板工业的发源地，也是最大的生产国和消费国。美国石膏板年用量超过 20 亿平方米，市场被其国内的石膏板巨头掌控，外国石膏板企业的产品很少能进入美国市场，其中美国最大的石膏板公司每年销售石膏板超过 10 亿平方米。同时石膏板是高重量、低货值产品，也不适合出口。2005 年，美国发生卡特里娜飓风等多起恶劣天气灾难，使得众多房屋倒塌，卡特里娜飓风过后，需求急剧增长，美国国内石膏板短时间供不应求，从中国进口了部分的石膏板。根据《中国建材报》的报道，中国企业 2006 年和 2007 年分别向美国出口石膏板 58 万吨、43 万吨。其中，2006-2007 年，本公司及泰山石膏共销售石膏板 54,564 万平方米，共出口美国 1422 万平方米（每平方米重量约 10 公斤左右），占总销量的 2.61%。2008-2009 年本公司未向美国出口石膏板，泰山石膏 2008 年向美国出口石膏板 1.69 万平方米，2009 年未向美国出口。从上述数据足以看出，本公司及泰



山石膏向美国出口石膏板的数量有限，占总销量的比例很小。

出口到美国的中国生产的石膏板需要经过中国生产商、中国出口商、美国进口商、美国建筑商和房屋商等多个环节检查，只有经过所有程序的石膏板才有可能合法用于美国的房屋建筑。本公司及控股子公司泰山石膏出口美国的石膏板均符合美国 ˜˜˜M 标准的要求，都是按照美国采购商的要求进行生产的。

本公司是中国最大的新型建材产业集团和亚洲最大的石膏板产业集团，拥有自主知识产权，拥有中国驰名商标和中国名牌产品称号，拥有国家级企业技术中心和博士后工作站，技术水平和质量标准达到世界先进水平。公司导入并建立了 ˜˜ 9001 质量管理体系、˜˜ 14001 环境管理体系、˜˜˜28001 职业健康安全管理体系、˜˜ 10012 管理体系和环境标志产品保障措施，同时石膏板产品也获得包括美国 ˜˜ 认证和英国 ˜˜ 认证在内的相关国际质量认证。本公司不仅严格遵守国家有关标准，也一直按照国际标准进行生产并获得有关质量认证。公司的石膏板和轻钢龙骨产品广泛应用于人民大会堂、国家体育馆"鸟巢"、全国人大办公楼、天津津塔津门系列建筑群、上海世博园、广州西塔等重大标志性工程。

近日，本公司关注到美国路易斯安那州东区联邦法院对公司控股子公司泰山石膏作出判令，要求泰山石膏对七名原告宣称因使用石膏板导致的损失赔偿 2,609,129.99 美元。泰山石膏未收到美国法院送达的上述判令文件，亦不清楚作出该次判令的调查过程和依据。本公司及泰山石膏的石膏板产品经国家各级部门的监督检验，全部符合质量检测标准。截至 2010 年 5 月 28 日，本公司收到来自美国关于使用中国石膏板诉讼的送达传票提及的金额为 150,000 美元；泰山石膏收到来自美国关于使用中国石膏板诉讼的送达传票提及的金额为 5,225,000 美元。上述传票涉及的被告不仅仅只是本公司和泰山石膏，而是包含了数十家出口石膏板到美国的中国生产商和出口商，以及美国本土进口商、房地产开发公司和建筑公司等多家企业。本公司及泰山石膏将继续高度重视，密切关注此事的发展，本着对投资者、消费者和行业负责任的态度，审慎应对和处理。

本公司指定信息披露媒体为《中国证券报》、《上海证券报》、《证



券时报》、《证券日报》, 公开信息披露网站为巨潮资讯网
~~~~~ ~ ~ .~~~ .~~ .~~,公司所有法定披露信息均以公司在上述媒
体刊登的公告为准。公司将严格按照法律、法规、规范性文件和公司
章程规定和要求,及时进行信息披露。

特此公告。

北新集团建材股份有限公司

董事会

2010 年 5 月 28 日

cninf

巨潮资讯

www.cninfo.com.cn

中国证监会指定信息披露网站

# EXHIBIT 8

Stock name: BNBM          Stock code: 000786          Announcement No.: 2010-009

**Announcement of Beijing New Building Materials Public Limited Company in Relation to Event about Gypsum Board in US**

> The Company and all members of the board of directors hereby warrant the truthfulness, accuracy and completeness of the contents of this announcement, and that there are no false representations, misleading statements or material omissions contained herein.

Recently, certain media published or reproduced articles headed "Over 3,000 claims against BNBM were brought to the court for an amount probably exceeding US$1 billion in the US" and "Gypsum board of BNBM aroused complaints in US, experts insisted on its innocence", etc. So far as is known to the Company, the aggregate number of this kind of complaints is approximately 3,000. Such complaints were made to a number of manufacturers and domestic exporters, including a gypsum board plant wholly-owned and established in China by a gypsum board enterprise in Europe and several joint stock and private gypsum board enterprises in Mainland China. Not all of the complaints were registered directly against the Company and Taishan Gypsum Company Limited (hereinafter "Taishan Gypsum"), a holding subsidiary of the Company. Accordingly, the above reported contents were not accurate and the statement of "Claims against the Company probably exceed US$1 billion" was groundless.

Being the origin of the global gypsum board industry, the US is also the largest country in terms of production and consumption volume of gypsum boards. Annual consumption volume of gypsum boards in the US exceeds 2 billion square meters. Since the market is dominated by leading domestic gypsum board companies, foreign gypsum board companies can barely sell their products in the US market. In particular, the largest gypsum board company in the US has an annual sales volume exceeding 1 billion square meters of gypsum boards. Moreover, gypsum boards are heavy yet low-value products which are unsuitable for export. In 2005, a number of weather catastrophes, such as Hurricane Katrina, occurred in the US, which led to collapse of many houses. After Hurricane Katrina, demand for gypsum boards surged significantly, resulting in a short period of shortage in gypsum board supply in the US and thus the import of a portion of gypsum boards from China. According to *China Building Materials Daily reports*, a total of 580,000 tonnes and 430,000 tonnes of gypsum boards were exported to the US by companies in the PRC in 2006 and 2007 respectively. In particular, in 2006-2007, total sales volume of gypsum boards of the Company and Taishan Gypsum amounted to 545.64 million square meters, among which 14.22 million square meters (weight per square meter amounting to approximately 10 kg) were exported to the US, representing 2.61% of the total sales volume. In 2008-2009, the Company exported no gypsum board to the US; in 2008, Taishan Gypsum exported 16,900 square meters of gypsum boards to the US, but no gypsum board was exported to the US in 2009. As shown from the above figures, the Company and Taishan Gypsum exported only a limited volume of gypsum boards to the US, accounting for a very small proportion of the total sales volume.

Gypsum boards produced in the PRC and exported to the US are subject to a number of inspections by various parties including PRC producers, PRC exporters, US importers, US constructors and property developers, and only gypsum boards which have passed all the procedures may be used lawfully in building houses in the US. All gypsum boards exported to the US by the Company and its holding subsidiary, Taishan Gypsum, are in compliance with the requirements of the US ASTM standards, and are produced in accordance with the requirements of US purchasers.

The Company is the largest new building materials industry group in China and the largest gypsum board industry group in Asia. It has developed its own intellectual property rights, and has some Well-known Brands in China and the title of China's Brand-name Products. It also owns a national technology center and a post-doctoral work station, boasting technology level and quality standards in a par with the world's advanced levels. Besides, the Company has introduced and established the ISO9001 Quality Management System, ISO14001 Environmental Management System, GB/T28001 Occupational Health and Safety Management System, ISO10012 Management System and Environmental Label Safeguarding Measures. In addition, its gypsum board products have clinched relevant international quality accreditations, including the US's UL accreditation and the UK's BS accreditation. The Company has strictly observed relevant national standards, and has all along carried out production based on international standards, and obtained relevant quality accreditations. The Company's gypsum boards and lightweight metal frame products are widely used in the Great Hall of the People, Bird's Nest National Stadium, the office building of the National People's Congress, the building complex of the Tianjin Jinta, Jinmen series, Shanghai World Expo Park, Guangzhou West Tower and other keylandmark construction projects.

Recently, the Company noted the US District Court for the Eastern District of Louisiana had made an order against Taishan Gypsum, a holding subsidiary of the Company, requesting Taishan Gypsum to pay USD2,609,129.99 to seven plaintiffs in respect of the losses allegedly caused by the use of gypsum boards. Taishan Gypsum has not yet received the above order document from the US court, nor is it aware of the investigation procedures and bases behind the order. The gypsum boards produced by the Company and Taishan Gypsum have been monitored and examined by national authorities of all levels, and have met relevant quality standards. As of 28 May 2010, the Company was served a summon from the US concerning the litigation in relation to the use of Chinese gypsum boards, which involves an amount of USD150,000, while Taishan Gypsum was served some summons from the US concerning the litigation in relation to the use of Chinese gypsum boards, which involve an amount of USD5,225,000. The defendants of the above summons include not only the Company and Taishan Gypsum, but also tens of Chinese manufacturers and exporters engaged in export of gypsum boards to the US, as well as domestic importers, property developers, construction companies and a number of other enterprises in the US. The Company and Taishan Gypsum will continue to keep an eye on the progress of the incident, and address and handle the same with due prudence, so as to be responsible to investors, consumers and the industry.

Page 2

The Company's designated media for information disclosure are *China Securities Journal*, *Shanghai Securities News*, *Securities Times* and *Securities Daily*, while the website designated for information disclosure is the CNINFO website (http://www.cninfo.com.cn). All statutory information of the Company disclosed by means of an announcement published on the above media shall prevail. The Company will make timely information disclosure in strict compliance with the laws, regulations, regulatory documents, as well as the regulations and requirements under the articles of association of the Company.

The board of directors of Beijing New Building Materials Public Limited Company

28 May 2010

Page 3

# EXHIBIT 9



# 北新集团建材股份有限公司

## Beijing New Building Materials Public Limited Company

# 2010 年半年度报告



**北新集团建材股份有限公司董事会**

**2010 年 8 月 18 日**

三、报告期内公司重大诉讼、仲裁事项

报告期内，本公司收到来自美国关于使用中国石膏板诉讼的送达传票提及的金额为 150,000 美元；控股子公司泰山石膏股份有限公司（简称"泰山石膏"）收到来自美国关于使用中国石膏板诉讼的送达传票提及的金额为 5,225,000 美元。本公司及泰山石膏将继续高度重视，密切关注此事的发展，本着对投资者、消费者和行业负责任的态度，审慎应对和处理。前述情况详见 2010 年 5 月 29 日公司披露之《北新集团建材股份有限公司关于美国石膏板事件的公告》（公告编号：2010-009）。近日，泰山石膏已经聘请美国知名律师事务所作为法律顾问，对涉及泰山石膏的美国石膏板诉讼予以应对。

四、公司持有其他上市公司股权，参股商业银行、证券公司、保险公司、信托公司和期货公司等金融机构股权，以及参股拟上市公司等投资情况

（一）报告期内，公司未进行证券投资，未持有其他上市公司股权。

（二）参股商业银行、证券公司、保险公司、信托公司和期货公司等金融机构股权，以及参股拟上市公司等投资情况

单位：人民币元

| 所持对象名称 | 初始投资金额 | 持有数量（股） | 占该公司股权比例 | 期末账面值 | 报告期损益 | 报告期所有者权益变动 |
|---|---|---|---|---|---|---|
| 中投信用担保有限公司 | 10,000,000.00 | 10,000,000.00 | 1.00% | 10,000,000.00 | 0 | 0 |
| 合计 | 10,000,000.00 | 10,000,000.00 | 1.00% | 10,000,000.00 | 0 | 0 |

五、报告期内发生及以前期间发生但持续到报告期的重大资产收购、出售及资产重组事项。

无。

六、报告期内的重大关联交易事项

（一）与日常经营相关的关联交易

单位：人民币元

| 关联方名称 | 交易内容 | 交易价格 | 交易金额 | 占同类交易金额的比例（%） |
|---|---|---|---|---|
| 北新建材(集团)有限公司 | 销售商品 | 市场定价 | 152,926.29 | 0.01% |
| 中复连众(酒泉)复合材料有限公司 | 销售商品 | 市场定价 | 722,908.38 | 0.04% |
| 中复连众(包头)复合材料有限公司 | 销售商品 | 市场定价 | 646,553.27 | 0.04% |
| 中建材国际贸易有限公司 | 销售商品 | 市场定价 | 192,406.15 | 0.01% |
| 中复连众(沈阳)复合材料有限公司 | 销售商品 | 市场定价 | 927,146.70 | 0.05% |
| 连云港中复连众复合材料集团有限公司 | 销售商品 | 市场定价 | 199,227.63 | 0.01% |
| 北新集团巴布亚新几内亚有限公司 | 销售商品 | 市场定价 | 267,492.66 | 0.01% |

# EXHIBIT 10



**Beijing New Building Materials Public Limited Company**

# 2010 Interim Report



**Beijing New Building Materials Public Limited Company Board of Directors**
**August 18, 2010**

III. Material litigation and arbitration during the reporting period

During the reporting period, the Company received the summons mentioning the amount of US$ 150,000 in respective of gypsum board litigation in the US, and the Company's held subsidiary Taishan Gypsum Company Limited (abbreviated as "Taishan Gypsum") received the summons mentioning US$ 5,225,000 in respective of the gypsum board litigation in the US. This Company and Taishan Gypsum would continue to attach great importance and keep a close eye on this matter's developments, prudently respond to and deal with this matter on the attitude of being responsible to investors, consumers and the industry. See the details of the above information in the "Announcement of Beijing New Building Materials Public Limited Company in Relation to Event about Gypsum Board in US" (Announcement No. 2010-009) on May 29, 2010. Recently, Taishan Gypsum has engaged one US well-known law firm as legal counsel, to respond to the gypsum board litigation in the US against Taishan Gypsum.

……

Page 13

# EXHIBIT 11

北新集团建材股份有限公司 2010 年第三季度季度报告正文

### 3.2.4 其他

√ 适用 □ 不适用

> 　　本公司于 2010 年 5 月 29 日对外公告了《北新集团建材股份有限公司关于美国石膏板事件的公告》（公告编号：2010-009）。
> 目前，公司及控股子公司泰山石膏股份有限公司（简称"泰山石膏"）已经聘请美国知名律师事务所作为法律顾问，对涉及公司和泰山石膏的美国石膏板诉讼予以应对。截至 2010 年 9 月 30 日，公司尚未发生律师费用支出，泰山石膏已支付律师费、差旅费和保证金共计 1,587,975.74 美元。本公司及泰山石膏将继续高度重视，密切关注此事的发展，本着对投资者、消费者和行业负责任的态度，审慎应对和处理。

### 3.3 公司、股东及实际控制人承诺事项履行情况

□ 适用 √ 不适用

### 3.4 预测年初至下一报告期期末的累计净利润可能为亏损或者与上年同期相比发生大幅度变动的警示及原因说明

□ 适用 √ 不适用

### 3.5 其他需说明的重大事项

### 3.5.1 证券投资情况

□ 适用 √ 不适用

### 3.5.2 报告期接待调研、沟通、采访等活动情况表

| 接待时间 | 接待地点 | 接待方式 | 接待对象 | 谈论的主要内容及提供的资料 |
|---|---|---|---|---|
| 2010 年 7 月 1 日至 2010 年 9 月 30 日 | 公司本部 | 电话沟通 | 个人投资者 | 公司发展战略、生产经营情况. |
| 2010 年 7 月 21 日 | 公司本部 | 实地调研 | 中信证券业务秘书，景顺投资分析员 | 公司发展战略、生产经营情况，提供公司年度报告等公开资料 |
| 2010 年 7 月 29 日 | 公司本部 | 实地调研 | 华泰证券投资经理、研究员，复华投信研究襄理，长江证券研究员，嘉实基金分析师，兴业全球基金研究员 | 公司发展战略、生产经营情况，提供公司年度报告等公开资料 |
| 2010 年 9 月 07 日 | 公司本部 | 实地调研 | 大和投资信托分析师 | 公司发展战略、生产经营情况，提供公司年度报告等公开资料 |
| 2010 年 9 月 14 日 | 公司本部 | 实地调研 | 渤海证券研究员 | 公司发展战略、生产经营情况，提供公司年度报告等公开资料 |
| 2010 年 9 月 16 日 | 公司本部 | 实地调研 | 国泰君安证券研究员 | 公司发展战略、生产经营情况，提供公司年度报告等公开资料 |
| 2010 年 9 月 25 日 | 公司本部 | 实地调研 | 广发证券研究员 | 公司发展战略、生产经营情况，提供公司年度报告等公开资料 |

### 3.6 衍生品投资情况

□ 适用 √ 不适用



# EXHIBIT 12

Beijing New Building Materials Public Limited Company 2010 3<sup>rd</sup> Quarterly Report

---

**3.2.4 Others**

The Company publicly released the "Announcement of Beijing New Building Materials Public Limited Company in Relation to Event about Gypsum Board in US" (Announcement No. 2010-009) on May 29, 2010. At present, the Company and the Company's held subsidiary Taishan Gypsum Company Limited (abbreviated as "Taishan Gypsum") have retained one US well-known law firm as legal counsel to respond to the US gypsum board litigation involving the Company and Taishan Gypsum. As of September 30, 2010, the Company had incurred no attorney's fee, and Taishan Gypsum had paid attorney's fee, travel expenses and deposits totaling to US$ 1,587,975.74. The Company and Taishan Gypsum would continue to attach great importance and keep a close eye on this matter's developments, prudently respond to and deal with this matter on the attitude of being responsible to investors, consumers and the industry.

……

Page 4

# EXHIBIT 13



# 北新集团建材股份有限公司

## Beijing New Building Materials Public Limited Company

# 2010 年年度报告



**北新集团建材股份有限公司董事会**

**2011 年 3 月 17 日**

（五）监事会对内部控制自我评价报告的审阅意见

公司监事会已经审阅董事会 2010 年《公司内部控制自我评价报告》，并就该报告发表意见如下：

1、公司根据中国证监会、深圳证券交易所的有关规定，遵循内部控制的基本原则，结合自身的实际情况，建立健全了内部控制制度，保证了公司经营活动的正常有序进行，保障了公司财产安全。

2、2010 年，公司没有违反深圳证券交易所《上市公司内部控制指引》及公司《内部控制制度》情形的发生。

3、公司《内部控制自我评价报告》对公司内部控制的组织架构，内部控制制度的建立健全情况，内部审计部门的设立、人员配备及工作情况，2010年公司建立和完善内部控制所进行的重要工作和成效以及重点控制活动等几个方面的内容作了详细自查和评估，是符合公司内部控制现状的客观评价。

# 第十节   重要事项

## 一、重大诉讼、仲裁事项

报告期内，公司对外公告了《关于美国石膏板事件的公告》（公告编号：2010-009），并在 2010 半年度报告及 2010 年第三季报中对进展情况进行了说明（相关内容刊登在 2010 年 5 月 29 日、2010 年 8 月 20 日、2010 年 10 月 27 日《中国证券报》、《上海证券报》、《证券时报》、《证券日报》和巨潮资讯网站（http://www.cninfo.com.cn））。

报告期内，公司已付律师费、差旅费和保证金共计 447,709.15 美元，公司控股子公司泰山石膏股份有限公司（简称"泰山石膏"）已付律师费、差旅费和保证金共计 3,936,986.12 美元。本公司及泰山石膏将继续高度重视，密切关注此事的发展，本着对投资者、消费者和行业负责任的态度，审慎应对和处理。

## 二、破产重整相关事项

1、根据公司与日本国三菱商事株式会社于 2010 年 6 月 22 日签订的《股权转让协议》规定，日本国三菱株式会社将其持有的本公司的控股子公司-北新房屋有限公司 7.50%的股份全部转让给本公司，转让的价款为人民币 10,033,507.50 元。截至本资产负债表日，北新房屋有限公司的股权变更登记手续已办理完毕，但由于付汇问题，本公司尚未支付该股权转让款项，故公司在本报告期末确认该项投资。

2、根据公司的实际控制人-中国建筑材料集团有限公司与中央国家机关公务员住宅建设服务中心签署的《土地调配协议》规定，中央国家机关公务员住宅建设服务中心将根据资产搬迁和重置拟发生成本支出来分配补偿款的原则，分配予北新建材的补偿款总额为人民币 10 亿元。北新建材已于 2010 年 12 月 22 日收到财政部拨付的第一期搬迁安置补偿款人民币 6 亿元，余款将根据搬迁交接工作进度收付。

3、公司及所属的控股子公司-泰山石膏股份有限公司对美国关于使用中国石膏板诉讼的事件尚无相关结果，在本报告期内，公司共支付律师费用 29,044,257.65 元应对该诉讼。本公司及所属的控股子公司-泰山石膏股份有限公司将继续高度重视，密切关注此事的发展，审慎应对和处理。

4、公司没有需说明的其他重要事项。

# 十一、母公司财务报表主要项目注释

## 1、应收账款

（1）应收账款按种类披露：

| 种　类 | 期末余额 | | | | |
|---|---|---|---|---|---|
| | 账面余额 | | 坏账准备 | | —— |
| | 金额 | 比例（%） | 金额 | 比例（%） | 应收账款净额 |
| 单项金额重大并单项计提坏账准备的应收账款 | -- | -- | -- | -- | |
| 按组合计提坏账准备的应收账款 | -- | | | | |
| 账龄组合 | 232,411,977.00 | 100.00% | 40,237,599.21 | 17.31% | 192,174,377.79 |
| 单项金额虽不重大但单项提坏账准备的应收账款 | -- | -- | -- | -- | |
| 合　计 | 232,411,977.00 | 100.00% | 40,237,599.21 | 17.31% | 192,174,377.79 |
| 种　类 | 期初余额 | | | | |
| | 账面余额 | | 坏账准备 | | —— |
| | 金额 | 比例（%） | 金额 | 比例（%） | 应收账款净额 |
| 单项金额重大并单项计提坏账准备的应收账款 | -- | -- | -- | -- | |
| 按组合计提坏账准备的应收账款 | -- | | | | |
| 账龄组合 | 252,585,432.74 | 100.00% | 33,473,336.45 | 13.25% | 219,112,096.29 |
| 单项金额虽不重大但单项提坏账准备的应收账款 | -- | -- | -- | -- | |
| 合　计 | 252,585,432.74 | 100.00% | 33,473,336.45 | 13.25% | 219,112,096.29 |

a、本公司无期末单项金额重大或虽不重大但单独进行减值测试的应收账款坏账准备计提情况。

b、组合中，按账龄分析法计提坏账准备的应收账款：

（2）应收账款按账龄披露：

# EXHIBIT 14

Beijing New Building Materials Public Limited Company 2010 Annual Report



# Beijing New Building Materials Public Limited Company

# 2010 Annual Report



**Beijing New Building Materials Public Limited Company Board of Directors**
**March 17, 2011**

……

# Section 10  Significant Matters

**I.        Material litigation and arbitration**

During the reporting period, the Company publicly released the "Announcement in Relation to Event about Gypsum Board in US" (Announcement No. 2010-009), and explained the developments in the 2010 Interim Report and the 3rd Quarterly Report (relevant contents were released on the "China Securities News," "Securities Times," "Shanghai Securities News," "Securities Daily" and http://www.cninfo.com.cn of May 29, 2010, August 20, 2010 and October 27, 2010.)

During the reporting period, the Company had paid attorney's fee, travel expenses and deposits totaling to $447,709.15, and the Company's subsidiary Taishan Gypsum Co., Ltd. (abbreviated as "Taishan Gypsum") had paid attorney's fee, travel expenses and deposits totaling to $3,936,986.12. This Company and Taishan Gypsum would continue to attach great importance and keep a close eye on this matter's developments, prudently respond to and deal with this matter on the attitude of being responsible to investors, consumers and the industry.

……

Beijing New Building Materials Public Limited Company 2010 Annual Report
_____

……

3.This Company and our subsidiary Taishan Gypsum Co., Ltd. have not gotten relevant results regarding the US litigation on use of Chinese drywall. During this reporting period, this Company has totally paid RMB 29,044,257.65 yuan of attorney's fee for the response to this litigation. This Company and our subsidiary Taishan Gypsum Co., Ltd. will continue to attach great importance to and keep a close eye on the developments of this matter, and will respond and deal with it with prudence.

……

# EXHIBIT 15

**3.2.2  公司存在向控股股东或其关联方提供资金、违反规定程序对外提供担保的情况**

□ 适用 √ 不适用

**3.2.3  日常经营重大合同的签署和履行情况**

√ 适用 □ 不适用

2011 年 3 月 1 日，公司控股子公司北新房屋有限公司与中国机械工业成套工程总公司签署了就赞比亚房建工程项目房屋主体结构和板材等材料的设计、供货和服务业务的供货合同，合同金额人民币 663,962,570.00 元。2011 年 4 月，北新房屋有限公司已收到总额为 603,962,570.00 元材料款的 20%预付款，共计人民币 120,792,514 元。截至目前，该合同尚未履行完毕。

**3.2.4  其他**

√ 适用 □ 不适用

本公司于 2010 年 5 月 29 日对外公告了《北新集团建材股份有限公司关于美国石膏板事件的公告》(公告编号：2010-009)。目前，公司及公司控股子公司泰山石膏股份有限公司（简称"泰山石膏"）已经聘请美国知名律师事务所作为法律顾问，对涉及公司和泰山石膏的美国石膏板诉讼予以应对。报告期内，公司及控股子公司泰山石膏股份有限公司（简称"泰山石膏"）均未收到来自美国关于使用中国石膏板诉讼的送达传票。2011 年第一季度，公司已付律师费、差旅费共计 737,772.34 美元，公司控股子公司泰山石膏已付律师费、差旅费共计 915,782.81 美元。本公司及泰山石膏将继续高度重视，密切关注此事的发展，本着对投资者、消费者和行业负责任的态度，审慎应对和处理。

**3.3  公司、股东及实际控制人承诺事项履行情况**

上市公司及其董事、监事和高级管理人员、公司持股 5%以上股东及其实际控制人等有关方在报告期内或持续到报告期内的以下承诺事项

□ 适用 √ 不适用

**3.4  预测年初至下一报告期期末的累计净利润可能为亏损或者与上年同期相比发生大幅度变动的警示及原因说明**

□ 适用 √ 不适用

**3.5  其他需说明的重大事项**

**3.5.1  证券投资情况**

□ 适用 √ 不适用

**3.5.2  报告期接待调研、沟通、采访等活动情况表**

| 接待时间 | 接待地点 | 接待方式 | 接待对象 | 谈论的主要内容及提供的资料 |
|---|---|---|---|---|
| 2011 年 01 月 04 日至 03 月 31 日 | 公司本部 | 电话沟通 | 个人投资者 | 公司发展战略、生产经营情况 |
| 2011 年 02 月 17 日 | 公司本部 | 实地调研 | 中信建投、华泰联合证券、中邮基金、博时基金、泰康资产、华泰资产等机构投资经理、研究员及分析师 | 公司发展战略、生产经营情况 |

cninf
巨潮资讯
www.cninfo.com.cn
中国证监会指定信息披露网站

# EXHIBIT 16

Beijing New Building Materials Public Limited Company 2011 1<sup>st</sup> Quarterly Report

......

### 3.2.4 Others

The Company publicly released the "Announcement of Beijing New Building Materials Public Limited Company in Relation to Event about Gypsum Board in US" (Announcement No. 2010-009) on May 29, 2010. At present, the Company and the Company's held subsidiary Taishan Gypsum Company Limited (abbreviated as "Taishan Gypsum") have retained one US well-known law firm as legal counsel to respond to the US gypsum board litigation involving the Company and Taishan Gypsum. During the reporting period, the Company and the Company's held subsidiary Taishan Gypsum Company Limited (abbreviated as "Taishan Gypsum") have not received the service of summons in respective of the US litigation on use of Chinese drywall. In the first quarter of 2011, the Company had paid attorney's fee and travel expenses totaling to RMB 737,772.34 yuan, and the Company's held subsidiary Taishan Gypsum had paid attorney's fee and travel expenses totaling to RMB 915,782.81 yuan. The Company and Taishan Gypsum would continue to attach great importance and keep a close eye on this matter's developments, prudently respond to and deal with this matter on the attitude of being responsible to investors, consumers and the industry.

......

Page 4

# EXHIBIT 17



# 北新集团建材股份有限公司

## Beijing New Building Materials Public Limited Company

# 2011 年半年度报告



**北新集团建材股份有限公司董事会**

**2011 年 8 月 18 日**



（13）根据公司与北京市北郊农场于 2010 年 1 月 29 日签订的《房屋租赁合同》规定，北京市北郊农场将位于北京市昌平区回龙观镇回龙观西大街 118 号龙冠置业大厦 A 座（二区）11、12、13 层 1101-1113、1201-1213、1301-1313 室租赁给本公司作为办公场所。该租赁房面积为 3,924.72 平方米，租赁期为三年（即 2010 年 2 月 1 日至 2013 年 1 月 31 日），每期（月）租金为 167,145.98 元。

（14）根据公司与北京市北郊农场于 2010 年 3 月 25 日签订的《房屋租赁合同》规定，北京市北郊农场将位于北京市昌平区回龙观镇回龙观西大街 118 号龙冠置业大厦 A 座（二区）8、10 层 801-8013、1001-1013 室及地下一层 B104 室租赁给本公司作为办公场地。该租赁房租赁面积合计为 2,923.32 平方米，租赁期为三年（即 2010 年 3 月 25 日至 2013 年 3 月 24 日），每期（月）租金为 164,541.05 元。

2、本公司没有其他需要说明的重大的承诺事项。

# 九、资产负债表日后事项

1、资产负债表日后利润分配情况说明：

| 项　目 | 金　额 |
| --- | --- |
| 拟分配的利润或股利 | 无 |
| 经审议批准宣告发放的利润或股利 | 无 |

2、公司没有其他需要披露的资产负债表日后事项。

# 十、其他重要事项

1、公司及所属的控股子公司-泰山石膏股份有限公司对美国关于使用中国石膏板诉讼的事件仍无相关结果，在本报告期内，公司共支付律师费用 11,648,054.68 元应对该诉讼。本公司及所属的控股子公司-泰山石膏股份有限公司将继续高度重视，密切关注此事的发展，审慎应对和处理。

2、根据公司与日本国三菱商事株式会社于 2010 年 6 月 22 日签订的《股权转让协议》规定，日本国三菱株式会社将其持有的本公司的控股子公司-北新房屋有限公司 7.50%的股份全部转让给本公司，转让的价款为人民币 10,033,507.50 元。2011 年 3 月 22 日，公司支付该股权转让款项 10,033,507.50 元，股权收购手续于本期全部完成。

3、根据公司所属的控股子公司-北新房屋有限公司 2011 年 3 月 1 日与中国机械工业成套工程总公司签署的《赞比亚房建工程项目供货合同》约定，北新房屋有限公司为中国机械工业成套工程总公司为"赞比亚房建工程项目"提供房屋主体结构和板材等材料的设计、供货和服务等，合同金额为人民币 663,962,570.00 元。本合同目前正按照合同约定的进度进行之中，截至 2011 年 6 月 30 日，北新房屋有限公司已收到中国机械工业成套工程总公司支付的工程进度款项 150,866,002.25 元。

4、截至本资产负债表日，本公司签订的综合授信合同情况如下：

（1）根据本公司与中国银行股份有限公司北京昌平支行于 2010 年 6 月 24 日签订的《授信额度协议》（"2010027RS002"）规定，中国银行股份有限公司北京昌平支行在 2010 年 6 月 24 日至 2011 年 6 月 23 日期间提供总计为 18,000 万元的授信额度，其中：短期借款为 13,000 万元，开立银行承兑汇票额度为 5,000 万元。截至 2011 年 6 月 30 日，在该授信协议下借款余额为 10,000 万元。

（2）根据本公司与招商银行股份有限公司北京建国路支行于 2010 年 9 月 15 日签订的《授信协



# EXHIBIT 18



**Beijing New Building Materials Public Limited Company**

# 2011 Interim Report



**Beijing New Building Materials Public Limited Company Board of Directors**
**August 18, 2011**

……

**X. Other Important Matters**

1. This Company and the Company's held subsidiary Taishan Gypsum Company Limited have not gotten relevant results regarding the US litigation on use of Chinese drywall. During this reporting period, the Company has totally paid RMB 11,648,054.68 yuan of attorney's fee to respond to the litigation. The Company and the Company's held subsidiary Taishan Gypsum Co., Ltd. will continue to attach great importance to and keep a close eye on the developments of this matter, and will respond and deal with it with prudence.

……

# EXHIBIT 19

### 3.2.4 其他

√ 适用 □ 不适用

本公司于 2010 年 5 月 29 日对外公告了《北新集团建材股份有限公司关于美国石膏板事件的公告》（公告编号：2010-009）。目前，公司及公司控股子公司泰山石膏股份有限公司（简称"泰山石膏"）已经聘请美国知名律师事务所作为法律顾问，对涉及公司和泰山石膏的美国石膏板诉讼予以应对。2011 年 1 月至 9 月，公司发生律师费、差旅费共计 1,392,919.26 美元，泰山石膏发生律师费、差旅费共计 1,648,750.57 美元。本公司及泰山石膏将持续高度重视，密切关注此事的发展，本着对投资者、消费者和行业负责任的态度，审慎应对和处理。

### 3.3 公司、股东及实际控制人承诺事项履行情况

上市公司及其董事、监事和高级管理人员、公司持股 5%以上股东及其实际控制人等有关方在报告期内或持续到报告期内的以下承诺事项

□ 适用 √ 不适用

### 3.4 预测年初至下一报告期期末的累计净利润可能为亏损或者与上年同期相比发生大幅度变动的警示及原因说明

□ 适用 √ 不适用

### 3.5 其他需说明的重大事项

### 3.5.1 证券投资情况

□ 适用 √ 不适用

### 3.5.2 报告期接待调研、沟通、采访等活动情况表

| 接待时间 | 接待地点 | 接待方式 | 接待对象 | 谈论的主要内容及提供的资料 |
|---|---|---|---|---|
| 2011 年 07 月 01 日至 2011 年 9 月 30 日 | 公司本部 | 电话沟通 | 个人投资者 | 公司发展战略、生产经营情况 |
| 2011 年 07 月 06 日 | 公司本部 | 实地调研 | 证券机构研究员 | 公司发展战略、生产经营情况，提供公司年度报告等公开资料 |
| 2011 年 08 月 22 日 | 公司本部 | 电话沟通 | 多家证券机构研究员 | 公司发展战略、生产经营情况 |
| 2011 年 09 月 06 日 | 公司本部 | 实地调研 | 证券机构研究员 | 公司发展战略、生产经营情况，提供公司年度报告等公开资料 |
| 2011 年 09 月 28 日 | 公司本部 | 实地调研 | 基金公司研究员 | 公司发展战略、生产经营情况，提供公司年度报告等公开资料 |

### 3.6 衍生品投资情况

□ 适用 √ 不适用



# EXHIBIT 20

### 3.2.4 Others

The Company publicly released the "Announcement of Beijing New Building Materials Public Limited Company in Relation to Event about Gypsum Board in US" (Announcement No. 2010-009) on May 29, 2010. At present, the Company and the Company's held subsidiary Taishan Gypsum Company Limited (abbreviated as "Taishan Gypsum") have retained one US well-known law firm as legal counsel to respond to the US gypsum board litigation involving the Company and Taishan Gypsum. From January to September 2011, the Company had incurred attorney's fee and travel expenses totaling to US$ 1,392,919.26, and Taishan Gypsum had incurred attorney's fee and travel expenses totaling to US$ 1,648,750.57. The Company and Taishan Gypsum would continue to attach great importance and keep a close eye on this matter's developments, prudently respond to and deal with this matter on the attitude of being responsible to investors, consumers and the industry.

……

Page 4

# EXHIBIT 21



# 北新集团建材股份有限公司

**Beijing New Building Materials Public Limited Company**

# 2011 年年度报告



**北新集团建材股份有限公司董事会**

**2012 年 3 月 16 日**

（四）关联交易情况

关联交易按照公允价格进行，没有损害上市公司利益。

（五）监事会对内部控制自我评价报告的审阅意见

公司监事会已经审阅董事会 2011 年《公司内部控制自我评价报告》，并就该报告发表意见如下：

1、公司根据中国证监会、深圳证券交易所的有关规定，遵循内部控制的基本原则，结合自身的实际情况，建立健全了内部控制制度，保证了公司经营活动的正常有序进行，保障了公司财产安全。

2、2011 年，公司没有违反深圳证券交易所《上市公司内部控制指引》及公司《内部控制制度》情形的发生。

3、公司《内部控制自我评价报告》对公司内部控制的组织架构，内部控制制度的建立健全情况，内部审计部门的设立、人员配备及工作情况，2011年公司建立和完善内部控制所进行的重要工作和成效以及重点控制活动等几个方面的内容作了详细自查和评估，是符合公司内部控制现状的客观评价。

# 第十节　重要事项

## 一、重大诉讼、仲裁事项

本公司于 2010 年 5 月 29 日对外公告了《北新集团建材股份有限公司关于美国石膏板事件的公告》（公告编号：2010-009）。目前，公司及公司控股子公司泰山石膏已经聘请美国知名律师事务所作为法律顾问，对涉及公司和泰山石膏的美国石膏板诉讼予以应对。报告期内，公司发生律师费、差旅费共计 1,397,799 美元，泰山石膏发生律师费、差旅费共计 3,304,817.13 美元。本公司及泰山石膏将持续高度重视，密切关注此事的发展，本着对投资者、消费者和行业负责任的态度，审慎应对和处理。

## 二、破产重整相关事项

本年度公司无破产重整相关事项。

## 三、公司证券投资、参股金融企业股权情况

北新集团建材股份有限公司2011年年度报告

基数，按每10股向全体股东派发现金红利2.90元（含税），预计将分配现金股利16,679.35万元，该股利分配方案尚需公司2011年度股东大会审议通过。

2、公司没有其他需要披露的资产负债表日后事项。

# 十、其他重要事项

1、公司及所属的控股子公司-泰山石膏股份有限公司对美国关于使用中国石膏板诉讼的事件仍无相关结果，在本报告期内，公司共支付律师费用30,431,314.61元应对该诉讼。本公司及所属的控股子公司-泰山石膏股份有限公司将继续高度重视，密切关注此事的发展，审慎应对和处理。

2、根据公司与日本国三菱商事株式会社于2010年6月22日签订的《股权转让协议》规定，日本国三菱株式会社将其持有的本公司的控股子公司-北新房屋有限公司7.50%的股份全部转让给本公司，转让的价款为人民币10,033,507.50元。2011年3月22日，公司支付该股权转让款项10,033,507.50元，股权收购手续于本期全部完成。

3、根据公司所属的控股子公司-北新房屋有限公司2011年3月1日与中国机械工业成套工程总公司签署的《赞比亚房建工程项目供货合同》约定，北新房屋有限公司为中国机械工业成套工程总公司为"赞比亚房建工程项目"提供房屋主体结构和板材等材料的设计、供货和服务等，合同金额为人民币663,962,570.00元。本合同目前正按照合同约定的进度进行之中，截至2011年12月31日，北新房屋有限公司已收到中国机械工业成套工程总公司支付的工程进度款项358,177,735.73元。

4、根据公司的实际控制人-中国建筑材料集团有限公司与中央国家机关公务员住宅建设服务中心签署的《土地调配协议》规定，中央国家机关公务员住宅建设服务中心分配予北新建材的补偿款总额为人民币10亿元。北新建材已于2011年11月24日收到拨付的第二期搬迁安置补偿款人民币4亿元，至此公司已收到调配协议中约定的全额补偿款10亿元。

5、根据公司所属控股子公司泰山石膏股份有限公司与自然人刘庆于2011年10月28日签订的《股权转让协议》规定，自然人刘庆将其持有的本公司控股孙公司-泰山石膏（包头）有限公司和泰山石膏（铜陵）有限公司分别35%的股份全部转让给泰山石膏股份有限公司，转让价款分别为人民币6,350,000.00元、13,130,000.00元。报告期内，股权收购手续已全部完成。

6、根据公司所属控股子公司泰山石膏股份有限公司与自然人赵秀云于2011年10月28日签订的《股权转让协议》规定，自然人赵秀云将其持有的本公司控股孙公司-泰山石膏（江西）有限公司30%的股份和泰山石膏（温州）有限公司35.06%的股份全部转让给泰山石膏股份有限公司，转让价款分别为人民币9,950,000.00元、5,850,000.00元。报告期内，股权收购手续已全部完成。

7、根据公司所属控股子公司泰山石膏股份有限公司与山东泰和建材有限责任公司于2011年10月28日签订的《股权转让协议》规定，山东泰和建材有限责任公司将其持有的本公司控股孙公司-山东泰和光能有限公司45%的股权全部转让给泰山石膏股份有限公司，转让价款为人民币2,570,000.00元。报告期内，股权收购手续已全部完成。

8、截至本资产负债表日，本公司签订的综合授信合同情况如下：

（1）根据本公司与渤海银行股份有限公司北京分行于2011年6月23日签订的《授信额度协议》（"渤海京分综合（2011）第7号"）规定，渤海银行股份有限公司在2011年6月23日至2012年6月22日期间提供总计为20,000万元的授信额度。截至2011年12月31日，在该授信协议下借款余额为0元。

# EXHIBIT 22



# Beijing New Building Materials Public Limited Company

# 2011 Annual Report



**Beijing New Building Materials Public Limited Company Board of Directors**
**March 16, 2012**

…….

# Section 10  Significant Matters

### I.        Material litigation and arbitration

The Company publicly released the "Announcement in Relation to Event about Gypsum Board in US" (Announcement No. 2010-009). At present, the Company and the Company's subsidiary Taishan Gypsum have retained one US well-known law firm as legal counsel to respond to the US gypsum board litigation involving the Company and Taishan Gypsum. During the reporting period, the Company had incurred attorney's fee and travel expenses totaling to $1,397,799, and Taishan Gypsum had incurred attorney's fee and travel expenses totaling to $3,304,817.13. The Company and Taishan Gypsum would continue to attach great importance and keep a close eye on this matter's developments, prudently respond to and deal with this matter on the attitude of being responsible to investors, consumers and the industry.

……

Beijing New Building Materials Public Limited Company 2011 Annual Report

---

……

**X. Other Important Matters**

1. This Company and our subsidiary Taishan Gypsum Co., Ltd. have not gotten relevant results regarding the US litigation on use of Chinese drywall. During this reporting period, this Company has totally paid RMB 29,044,257.65 yuan of attorney's fee for the response to this litigation. This Company and our subsidiary Taishan Gypsum Co., Ltd. will continue to attach great importance to and keep a close eye on the progress of this matter, and will respond and deal with it with prudence.

……

# EXHIBIT 23

会计准则第 16 号-政府补助》及《企业会计准则解释第 3 号》的要求，将因搬迁已发生的成本、费用及损失部分相应自专项应付款结转至营业外收入所致。

5、营业外支出比上年同期增加 34,305,390.90 元，增长了 9405.45％。增长的主要原因是：公司发生的搬迁事项根据《企业会计准则解释第 3 号》的要求，将因搬迁已发生的成本、费用及损失部分相应结转至营业外支出所致。

6、归属于母公司的净利润比去年同期增加 13,188,290.17 元，增长了 39.21％。增长的主要原因一是随着公司全国石膏板产业布局，主营业务规模逐渐扩大，盈利能力增强；二是公司控股子公司-北新房屋有限公司根据合同进度完成赞比亚政府公共住宅项目，盈利增加。

7、其他综合收益比上年同期增长 432,225.03 元，增长了 100％。增长的主要原因是：本年未发生，去年同期为公司所属控股子公司收到节能技术财政奖励资金和公司收购所属子公司少数股权影响资本公积减少所致。

三、现金流量表项目大幅变化的原因

1、筹资活动产生的现金流量净额比上年同期增加 180,865,795.00 元，增长了 113.66％。增长的主要原因是：公司本期借款净额较上年同期增加所致。

2、汇率变动对现金及现金等价物的影响比上年同期增加 56,153.96 元，增长了 76.06％。增长的主要原因是：本年一季度人民币对美元汇率上升幅度小于上年同期所致。

四、主要财务指标大幅变化的原因

基本每股收益比去年同期增加 0.023 元/股，增长了 39.66％。增长的主要原因一是随着公司全国石膏板产业布局，主营业务规模逐渐扩大，盈利能力增强；二是公司控股子公司-北新房屋有限公司根据合同进度完成赞比亚政府公共住宅项目，盈利增加。

## 3.2 重大事项进展情况及其影响和解决方案的分析说明

### 3.2.1 非标意见情况

□ 适用 √ 不适用

### 3.2.2 公司存在向控股股东或其关联方提供资金、违反规定程序对外提供担保的情况

□ 适用 √ 不适用

### 3.2.3 日常经营重大合同的签署和履行情况

√ 适用 □ 不适用

2011 年，公司控股子公司北新房屋有限公司成功中标赞比亚政府公共住宅项目，合同金额高达 6.6 亿元，是目前中国新型钢结构建筑企业承建的最大规模海外项目，总建筑面积约 60 万平方米，约 4500 套住宅。报告期内，北新房屋针对该项目承担的房屋设计工作、全套材料提供工作和现场施工技术指导工作进展顺利，报告期内项目进度已超 60％。

### 3.2.4 其他

√ 适用 □ 不适用

本公司于 2010 年 5 月 29 日对外公告了《北新集团建材股份有限公司关于美国石膏板事件的公告》（公告编号：2010-009）。目前，公司及公司控股子公司泰山石膏股份有限公司（简称"泰山石膏"）已经聘请美国知名律师事务所作为法律顾问，对涉及公司和泰山石膏的美国石膏板诉讼予以应对。2012 年 1 月至 3 月，公司发生律师费、差旅费共计 0 美元，泰山石膏发生律师费、差旅费共计 1,009,407.61 美元。本公司及泰山石膏将持续高度重视，密切关注此事的发展，本着对投资者、消费者和行业负责的态度，审慎应对和处理。

## 3.3 公司、股东及实际控制人承诺事项履行情况

上市公司及其董事、监事和高级管理人员、公司持股 5％以上股东及其实际控制人等有关方在报告期内或持续到报告期内的以下承诺事项

□ 适用 √ 不适用

# EXHIBIT 24

Beijing New Building Materials Public Limited Company 2012 1<sup>st</sup> Quarterly Report

_____

......

### 3.2.4 Others

The Company publicly released the "Announcement of Beijing New Building Materials Public Limited Company in Relation to Event about Gypsum Board in US" (Announcement No. 2010-009) on May 29, 2010. At present, the Company and the Company's held subsidiary Taishan Gypsum Company Limited (abbreviated as "Taishan Gypsum") have retained one US well-known law firm as legal counsel to respond to the US gypsum board litigation involving the Company and Taishan Gypsum. During January – March 2012, the Company had incurred attorney's fee and travel expenses totaling to US$ 0, and Taishan Gypsum had incurred attorney's fee and travel expenses totaling to US$ 1,009,407.61. The Company and Taishan Gypsum would continue to attach great importance and keep a close eye on this matter's developments, prudently respond to and deal with this matter on the attitude of being responsible to investors, consumers and the industry.

......

Page 3

# EXHIBIT 25

北新集团建材股份有限公司 2012 年半年度报告全文

## (三) 重大诉讼仲裁事项

√ 适用 □ 不适用

| 起诉(申请)方 | 应诉(被申诉)方 | 承担连带责任方 | 诉讼(仲裁)类型 | 诉讼(仲裁)基本情况 | 诉讼(仲裁)涉及金额(万元) | 诉讼(仲裁)进展 | 诉讼(仲裁)审理结果及影响 | 诉讼(仲裁)判决执行情况 | 相关临时公告披露日期 | 相关临时公告编号 |
|---|---|---|---|---|---|---|---|---|---|---|
| 美国多家房主、房屋建筑公司 | 北新集团建材股份有限公司 | 无 | 涉外诉讼 | 以石膏板存在质量问题为由,要求赔偿其宣称因石膏板质量问题产生的各种损失。 | 15 万美元 | 聘请美国知名律师事务所作为法律顾问,对有关美国石膏板诉讼予以研究和应对 | 暂无结果 | 暂无 | 2010 年 05 月 29 日 | 2010-009 |
| 美国多家房主、房屋建筑公司 | 泰山石膏股份有限公司 | 无 | 涉外诉讼 | 以石膏板存在质量问题为由,要求赔偿其宣称因石膏板质量问题产生的各种损失。 | 522.5 万美元 | 聘请美国知名律师事务所作为法律顾问,对有关美国石膏板诉讼予以研究和应对 | 在泰山石膏参加应诉之前,美国路易斯安那州东区联邦法院对泰山石膏缺席判决赔偿 2,609,129.99 美元。针对法院做出的此份初步判令,泰山石膏已提出撤销的动议,对于其他案件,泰山石膏已基于管辖权争议等提出驳回的动议。美国法院院至 | 暂无 | 2010 年 05 月 29 日 | 2010-009 |

北新集团建材股份有限公司 2012 年半年度报告全文

| | | | | 今对泰山石膏的审案范围限于泰山石膏的上述动议。美国法院尚未对这些动议做出决定，也没有做出任何针对泰山石膏的生效判决，暂无结果 |
| --- | --- | --- | --- | --- |
| | | | | |

发生在编制上一期年度报告之后公司的涉及公司的重大诉讼、仲裁事项的涉及金额 0 万元。

已编入上一期年度报告，但当时尚未结案的重大诉讼、仲裁事项的涉及金额 1,121.25 万元。

因诉讼仲裁计提的预计负债 0 万元。

重大诉讼仲裁事项的详细说明：

目前，公司及公司的控股子公司泰山石膏已经聘请美国知名律师事务所作为法律顾问，对涉及公司和泰山石膏的美国石膏板诉讼予以应对。报告期内，公司发生律师费、差旅费共计396,736.26元人民币，泰山石膏发生律师费、差旅费共计10,815,720.78元人民币。公司本报告期发生费用占报告期期净利润的3.47%。本公司及泰山石膏将持续高度重视、密切关注此事的发展，本着对投资者、消费者和行业负责任的态度，审慎应对和处理。

北新集团建材股份有限公司 2012 年半年度报告全文

**2、资产负债表日后利润分配情况说明**

单位：元

| 拟分配的利润或股利 | 无 |
|---|---|
| 经审议批准宣告发放的利润或股利 | |

**3、其他资产负债表日后事项说明**

公司没有其他需要披露的资产负债表日后事项。

## （十四）其他重要事项说明

**1、非货币性资产交换**

无

**2、债务重组**

无

**3、企业合并**

无

**4、租赁**

无

**5、期末发行在外的、可转换为股份的金融工具**

无

**6、年金计划主要内容及重大变化**

无

**7、其他需要披露的重要事项**

无

8、其他重要事项

（1）公司及所属的控股子公司-泰山石膏股份有限公司对美国关于使用中国石膏板诉讼的事件仍无相关结果。在本报告期内，公司共支付律师费用11,212,457.04元应对该诉讼。本公司及所属的控股子公司-泰山石膏股份有限公司将继续高度重视，密切关注此事的发展，审慎应对和处理。

（2）根据公司所属的控股子公司-北新房屋有限公司2011年3月1日与中国成套工程有限公司签署的《赞比亚房建工程项



234

# EXHIBIT 26

Beijing New Building Materials Public Limited Company 2012 Interim Report

**(III)     Material litigation and arbitration**

| Plaintiffs (Claimants) | Defendants (Respondents) | Party of joint and several liability | Type of litigation /arbitration | Basic info on litigation (arbitration) | Amount involved (in US$ 10,000) | Litigation (arbitration) developments | Litigation (arbitration) results and impact | Execution of litigation (arbitration) judgment | Date of disclosure of relevant specific announcements | Serial # of relevant specific announcements |
|---|---|---|---|---|---|---|---|---|---|---|
| A number of homeowners and construction companies | Beijing New Building Materials Public Limited Company | No | Foreign-related litigation | For the reason of problems in gypsum board, plaintiffs claimed damages for acclaimed various losses resulting from gypsum board quality problem | US$ 150,000.00 | Retained one US well-known law firm as legal counsel for considering and responding to the gypsum board litigation in US | No result yet | No result yet | May 29, 2010 | 2010-009 |
| A number of homeowners and construction companies | Taishan Gypsum Company Limited | No | Foreign-related litigation | For the reason of problems in gypsum board, plaintiffs claimed damages for acclaimed various losses resulting from gypsum board quality problem | US$5,225,000.00 | Retained one US well-known law firm as legal counsel for considering and responding to the gypsum board litigation in US | Before Taishan Gypsum responded to any legal action, the US District Court for the Eastern District of Louisiana had made a default judgment against Taishan Gypsum in the sum of US$2,609,129.99. Taishan Gypsum motioned to vacate the default judgment. For other cases, | No result yet | May 29, 2010 | 2010-009 |

| | | | | | | | | Taishan Gypsum also motioned to dismiss cases on the grounds of lack of jurisdiction. Currently, the. US court has held hearings limited to the above motions of Taishan Gypsum. Up to the present, the US court has not yet made final decision on these motions, nor did made effective judgments against Taishan Gypsum, no result yet | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

The amount involving material litigation and arbitration incurred by the Company after the compilation of the annual report of the last year is RMB 0 yuan.

The amount involving material litigation and arbitration that has not been concluded, which has been compiled into the annual report of the last year, is RMB 11,212,500.00 yuan.

The amount of anticipated liabilities to be drawn for litigation and arbitration is RMB 0 yuan.

Explanations on material litigation and arbitration:

Currently, the Company and the Company's held subsidiary Taishan Gypsum have retained one US well-known law firm as legal counsel for responding to the gypsum board litigation in US. During the reporting period, the Company had incurred attorney's fee and travel expenses totaling to RMB 396,736.26yuan, and Taishan Gypsum had incurred attorney's fee and travel expenses totaling to RMB 10,815,720.78 yuan. The expenses incurred in this reporting period accounts for 3.47% of net profits. The Company and Taishan Gypsum would continue to attach great importance and keep a close eye on this matter's developments, prudently respond to and deal with this matter on the attitude of being responsible to investors, consumers and the industry.

Beijing New Building Materials Public Limited Company 2012 Interim Report

——————————————————————————————————————————

......

8. Other Important Matters

(1) The Company and the Company's held subsidiary Taishan Gypsum Company Limited have not gotten relevant results regarding the US litigation on use of Chinese drywall. During this reporting period, the Company totally paid RMB 11,212,457.04 yuan of attorney's fee to respond to the litigation. The Company and the Company's held subsidiary Taishan Gypsum Company Limited would continue to attach great importance and keep a close eye on this matter's developments, prudently respond to and deal with this matter.

......

# EXHIBIT 27

**2、公司存在向控股股东或其关联方提供资金、违反规定程序对外提供担保的情况**

□ 适用 √ 不适用

**3、日常经营重大合同的签署和履行情况**

√ 适用 □ 不适用

2011年，公司控股子公司北新房屋有限公司成功中标赞比亚政府公共住宅项目，合同金额高达6.6亿元，是目前中国新型钢结构建筑企业承建的最大规模海外项目，总建筑面积约60万平方米，约4500套住宅。报告期内，北新房屋针对该项目承担的房屋设计工作、全套材料提供工作和现场施工技术指导工作进展顺利，截至2012年9月30日，项目进度已近80%。

**4、其他**

√ 适用 □ 不适用

本公司于 2010 年 5 月 29 日对外公告了《北新集团建材股份有限公司关于美国石膏板事件的公告》(公告编号：2010-009)。目前，公司及公司控股子公司泰山石膏股份有限公司（简称"泰山石膏"）已经聘请美国知名律师事务所作为法律顾问，对涉及公司和泰山石膏的美国石膏板诉讼予以应对。报告期内，公司发生律师费、差旅费共计 509,191.32 元人民币，泰山石膏发生律师费、差旅费共计 2,139,932.93 元人民币。本公司本报告期发生费用占报告净利润的0.94%。本公司及泰山石膏将持续高度重视，密切关注此事的发展，本着对投资者、消费者和行业负责任的态度，审慎应对和处理。

**（三）公司或持股 5%以上股东在报告期内或持续到报告期内的承诺事项**

□ 适用 √ 不适用

**（四）对 2012 年度经营业绩的预计**

预测年初至下一报告期期末的累计净利润可能为亏损或者与上年同期相比发生大幅度变动的警示及原因说明

□ 适用 √ 不适用

**（五）其他需说明的重大事项**

**1、公司主营业务规模情况**

截至 2012 年 9 月 30 日，根据现有石膏板生产线产能规模，公司已跃居为全球最大的石膏板产业集团。

**2、证券投资情况**

□ 适用 √ 不适用

**3、衍生品投资情况**

□ 适用 √ 不适用

**4、报告期末衍生品投资的持仓情况**

□ 适用 √ 不适用



# EXHIBIT 28

Beijing New Building Materials Public Limited Company 2012 3<sup>rd</sup> Quarterly Report

---

……

## 4. Others

The Company publicly released the "Announcement of Beijing New Building Materials Public Limited Company in Relation to Event about Gypsum Board in US" (Announcement No. 2010-009) on May 29, 2010. At present, the Company and the Company's held subsidiary Taishan Gypsum Company Limited (abbreviated as "Taishan Gypsum") have retained one US well-known law firm as legal counsel to respond to the US gypsum board litigation involving the Company and Taishan Gypsum. During the reporting period, the Company had incurred attorney's fee and travel expenses totaling to RMB 509,191.32 yuan, and Taishan Gypsum had incurred attorney's fee and travel expenses totaling to RMB 2,139,932.93 yuan. The expenses incurred in this reporting period accounts for 0.94% of net profits attributable to the Parent Company. The Company and Taishan Gypsum would continue to attach great importance and keep a close eye on this matter's developments, prudently respond to and deal with this matter on the attitude of being responsible to investors, consumers and the industry.

……

Page 5

# EXHIBIT 29



# 北新集团建材股份有限公司

## 2012 年度报告

## 2013 年 03 月

# 第五节 重要事项

## 一、重大诉讼仲裁事项

√ 适用 □ 不适用

| 诉讼(仲裁)基本情况 | 涉案金额(万美元) | 是否形成预计负债 | 诉讼(仲裁)进展 | 诉讼(仲裁)审理结果及影响 | 诉讼(仲裁)判决执行情况 | 披露日期 | 披露索引 |
|---|---|---|---|---|---|---|---|
| 美国多家房主、房屋建筑公司起诉北新建材,以石膏板存在质量问题为由,要求赔偿其宣称因石膏板质量问题产生的各种损失 | 一 | 否 | 聘请美国知名律师事务所作为法律顾问,对有关美国石膏板诉讼予以研究和应对 | 暂无结果 | 暂无 | 2010 年 05 月 29 日 | 公告编号:2010-009名称:《关于美国石膏板事件的公告》网站:巨潮资讯网 |
| 美国多家房主、房屋建筑公司起诉泰山石膏,以石膏板存在质量问题为由,要求赔偿其宣称因石膏板质量问题产生的各种损失 | 一 | 否 | 聘请美国知名律师事务所作为法律顾问,对有关美国石膏板诉讼予以研究和应对 | 在泰山石膏参加应诉之前,美国路易斯安那州东区联邦法院对泰山石膏缺席判决赔偿 2,609,129.99 美元。针对法院做出的此份初步判令,泰山石膏已提出撤销的动议;针对其他案件,泰山石膏已基于管辖权争议等提出驳回的动议。美国法院至今对泰山石膏的审理范围限于泰山石膏的前述动议,截至目前,美国法院尚未对这些动议做出最终决定,也没有做出任何针对泰山石膏的生效判决, | 暂无 | 2010 年 05 月 29 日 | 公告编号:2010-009名称:《关于美国石膏板事件的公告》网站:巨潮资讯网 |

北新集团建材股份有限公司 2012 年度报告全文

| | | | | 暂无结果。 | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

媒体质疑情况

□ 适用 √ 不适用

本年度公司无媒体质疑事项。

## 二、 重大诉讼的说明

关于"一、重大诉讼仲裁事项"中所述诉讼，公司及公司控股子公司泰山石膏已经聘请美国知名律师事务所作为法律顾问，对涉及公司和泰山石膏的美国石膏板诉讼予以应对。涉案金额尚待美国法院最终审理决定。报告期内，公司发生律师费、差旅费共计1,441,766.57元人民币；泰山石膏发生律师费、差旅费共计25,743,551.31元人民币。公司本报告发生费用占报告期归属于母公司净利润的4.02%。本公司及泰山石膏将持续高度重视，密切关注此事的发展，本着对投资者、消费者和行业负责任的态度，审慎应对和处理。

## 三、 重大关联交易

### 1、与日常经营相关的关联交易

| 关联交易方 | 关联关系 | 关联交易类型 | 关联交易内容 | 关联交易定价原则 | 关联交易价格 | 关联交易金额（万元） | 占同类交易金额的比例(%) | 关联交易结算方式 | 市场价格 | 披露日期 | 披露索引 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 北新建材集团有限公司 | 控股股东-中国建材股份有限公司的股东 | 销售商品 | 销售商品 | 市场定价 | | 290.27 | 0.04% | 按双方约定方式结算 | | 2012 年 03 月 20 日 | 2012 年日常关联交易公告 |
| 中建材国际贸易有限公司 | 中国建筑材料集团有限公司的孙公司 | 销售商品 | 销售商品 | 市场定价 | | 0.03 | 0% | 按双方约定方式结算 | | | |
| 北新科技发展有限公司 | 本公司的参股公司、控股股东-中国建材股份有限公司的孙公司 | 销售商品 | 销售商品 | 市场定价 | | 0.95 | 0% | 按双方约定方式结算 | | 2012 年 03 月 20 日 | 2012 年日常关联交易公告 |
| 北新集成 | 北新建材 | 销售商品 | 销售商品 | 市场定价 | | 79.81 | 0.01% | 按双方约定 | | 2012 年 | 2012 年 |

北新集团建材股份有限公司 2012 年度报告全文

为办公场地。该租赁房租赁面积合计为2,923.32平方米，租赁期为三年（即2010年3月25日至2013年3月24日），每期（月）租金为164,541.05元。

2、本公司没有其他需要说明的重大的承诺事项。

## 十一、资产负债表日后事项

### 1、资产负债表日后利润分配情况说明

单位：元

| 拟分配的利润或股利 | 182,725,155.00 |
| --- | --- |

## 十二、其他重要事项

### 1、其他

1、截至本报告日，本公司及所属的控股子公司-泰山石膏股份有限公司对美国关于使用中国石膏板诉讼的事件仍无相关结果。在本报告期内，泰山石膏股份有限公司继续支付律师费用27,185,317.88元以应对该诉讼。

2、根据公司所属的控股子公司 北新房屋有限公司2011年3月1日与中国成套工程有限公司签署的《赞比亚房建工程项目供货合同》约定，北新房屋有限公司为中国成套工程有限公司"赞比亚房建工程项目"提供房屋主体结构和板材等材料的设计、供货和服务等，合同金额为人民币663,962,570.00元，执行期限为2011年至2013年。截至2012年12月31日，北新房屋有限公司已累计确认合同收入514,907,690.16元，收到中国成套工程有限公司支付的工程进度款579,177,984.48元。

3、根据公司的实际控制人-中国建筑材料集团有限公司与中央国家机关公务员住宅建设服务中心签署的《土地调配协议》约定，中央国家机关公务员住宅建设服务中心分配了北新建材的搬迁补偿款总额为人民币10亿元。截止2011年12月31日，公司已收到调配协议中约定的全额补偿款10亿元，搬迁范围内的房屋建筑物、机器设备等拆迁工作已全部完成，新建的搬迁及其配套项目也已建成并陆续投产。本公司累计使用搬迁补偿款976,723,653.76元（其中：确认为搬迁费用和损失的金额为611,087,965.00元，确认为递延收益的金额为365,635,688.76元），支付给本公司其他关联方公司-北新塑管有限公司搬迁补偿款8,756,225.58元，尚未使用的补偿款为14,520,120.66元系公司预留的搬迁收尾款。

4、截至本资产负债表日，本公司签订的综合授信合同情况如下：

（1）根据本公司与招商银行股份有限公司北京建国路支行于2012年10月30日签订的《授信协议》（"2012年建授字第016号"）规定，招商银行股份有限公司北京建国路支行于2012年10月30日至2013年10月9日期间向本公司提供人民币30,000万元的授信额度。截至2012年12月31日，在该授信协议下借款余额为13,000万元。

（2）根据本公司与广发银行股份有限公司北京朝阳门支行于2012年06月03日签订的《综合授信额度合同》（"0812CF013"）规定，广发银行股份有限公司北京朝阳支行在2012年06月12日至2013年03月01日期间向本公司提供人民币30,000万元的授信额度。截至2012年12月31日，在该授信协议下借款余额为0元。

（3）根据本公司与中国民生银行股份有限公司总行营业部于2011年11月28日签订的《综合授信协议》（"公授信字第99012011285139号"）规定，中国民生银行股份有限公司总行营业部在2011年11月28日至2013年11月28日期间向本公司提供人民币30,000万元的授信额度。截至2012年12月31日，在该授信协议下借款余额为0元。

（4）根据本公司与北京银行股份有限公司总部基地支行于2012年4月20日签订的《综合授信合同》（"0117400"）规定，北京银行总部基地支行于2012年4月20日至2013年4月19日期间向本公司提供人民币70,000万元的授信额度。截至2012年12月31日，在该授信协议下借款余额为0元。

（5）根据本公司与中国光大银行股份有限公司北京新源支行于2012年10月31日签订的《综合授信合同》（"BJ新源ZH2004"）规定，中国光大银行股份有限公司在2012年10月31日至2013年10月30日期间向本公司提供人民币20,000万元的授信额度。截至2012年12月31日，在该授信协议下借款余额为0元。

（6）根据本公司与中国银行股份有限公司北京昌平支行于2012年11月2日签订的《授信额度协议》（"2012027RS004"）

# EXHIBIT 30

Beijing New Building Materials Public Limited Company 2012 Annual Report



**Brand of Dragon**

**Beijing New Building Materials Public Limited Company**

# 2012 Annual Report

**March 2013**

Beijing New Building Materials Public Limited Company 2012 Annual Report

# Section 5  Significant Matters

## I.        Material litigation and arbitration

| Basic info on litigation (arbitration) | Amount involved (in US$ 10, 000) | Estimated liabilities incurred or not? | Litigation (arbitration) developments | Litigation (arbitration) results and impact | Execution of litigation (arbitration) judgment | Date of disclosure | Index of disclosures |
|---|---|---|---|---|---|---|---|
| A number of homeowners and construction companies in the US sued BNBM for the reason of problems in gypsum board, and claimed damages for their acclaimed various losses resulting from gypsum board quality problem | -- | No | Retained one US well-known law firm as legal counsel for considering and responding to the gypsum board litigation in US | No result yet | Not yet | May 29, 2010 | Announcement Serial No. 2010-009 Name: "Announcement in Relation to Event about Gypsum Board in US" Website: http://www.cninfo.com.cn |
| A number of homeowners and construction companies in the US sued Taishan Gypsum for the reason of problems in gypsum board, and claimed damages for their acclaimed various losses resulting from gypsum board quality problem | -- | No | Retained one US well-known law firm as legal counsel for considering and responding to the gypsum board litigation in US | Before Taishan Gypsum responded to any legal action, the US District Court for the Eastern District of Louisiana had made a default judgment against Taishan Gypsum in the sum of US$2,609,129.99. Taishan Gypsum had filed motions to vacate the preliminary default judgment, and to dismiss legal action on the ground that the US courts did not have personal jurisdiction. Currently, the US court has held hearings limited to the above motions of Taishan Gypsum. Up to the present, the US courts have not yet made final decision on these motions, nor did made effective judgments against Taishan Gypsum, no result yet | Not yet | May 29, 2010 | Announcement Serial No. 2010-009 Name: "Announcement in Relation to Event about Gypsum Board in US" Website: http://www.cninfo.com.cn |

---

**II. Explanations on Material Litigation**

In relation to the litigation mentioned in the "I. Material Litigation and Arbitration," the Company and the subsidiary Taishan Gypsum have retained one US well-known law firm as legal counsel for responding to the gypsum board litigation in US. The amount involved in the litigation will be decided by the hearings and decisions of US courts. During the reporting period, the Company had incurred attorney's fee and travel expenses totaling to RMB1,441,766.57 yuan, and Taishan Gypsum had incurred attorney's fee and travel expenses totaling to RMB25,743,551.31 yuan. The expenses incurred in this reporting period accounts for 4.02% of net profits attributable to the Parent Company. The Company and Taishan Gypsum would continue to attach great importance and keep a close eye on this event's developments, prudently respond to and deal with this event on the attitude of being responsible to investors, consumers and the industry.

……

Beijing New Building Materials Public Limited Company 2012 Annual Report

──────────────────────────────────────────────

......

**XII. Other Important Matters**
**1. Others**
1.Up to the date of this report, this Company and our subsidiary Taishan Gypsum Co., Ltd. have not gotten relevant results regarding the US litigation on use of Chinese drywall. During this reporting period, Taishan Gypsum Co., Ltd continuously paid RMB27,185,317.88 yuan of attorney's fee to respond to the litigation.

......

# EXHIBIT 31

北新集团建材股份有限公司 2013 年第一季度报告全文

司上年同期有未赎回的持有至到期投资，而本期没有未赎回的，从而导致投资支付的现金净额比上年同期减少；三是由于公司搬迁基本完成，搬迁发生的相关支出大幅减少，导致支付其他与投资活动有关的现金减少所致。

3、筹资活动产生的现金流量净额比上年同期增加104,890,561.57元，增长了30.85%。增长的主要原因是：公司本期借款净额较上年同期增加所致。

4、汇率变动对现金及现金等价物的影响比上年同期减少31,735.99元，降低了179.54%。降低的主要原因是：本年一季度人民币对美元汇率上升幅度大于上年同期所致。

四、主要财务指标大幅变化的原因

1、基本每股收益比上年同期增加0.038元/股，增长了46.91%。增长的主要原因：一是随着公司全国石膏板产业布局，主营业务规模逐渐扩大，盈利能力增强所致；二是由于公司加强成本管控，同时由于原燃材料价格与去年同期相比有所下降，导致营业成本同比下降所致。

## 二、重要事项进展情况及其影响和解决方案的分析说明

1、日常经营重大合同的签署和履行情况

2011年，公司控股子公司北新房屋有限公司成功中标赞比亚政府公共住宅项目，合同金额高达6.6亿元，是目前中国新型钢结构建筑企业承建的最大规模海外项目，总建筑面积约60万平方米，约4500套住宅。报告期内，北新房屋针对该项目承担的房屋设计工作、全套材料提供工作和现场施工技术指导工作进展顺利，截至2013年3月31日，收到中国成套工程有限公司支付的工程进度款项586,263,212.85元。

2、重大诉讼情况

本公司于2010年5月29日对外公告了《北新集团建材股份有限公司关于美国石膏板事件的公告》（公告编号：2010-009）。目前，公司及公司控股子公司泰山石膏股份有限公司（简称"泰山石膏"）已经聘请美国知名律师事务所作为法律顾问，对涉及公司和泰山石膏的美国石膏板诉讼予以应对。报告期内，公司发生律师费、差旅费共计338,019.04元人民币，泰山石膏发生律师费、差旅费共计89,777.11元人民币。公司本报告期发生费用占报告期归属于母公司净利润的0.62%。本公司及泰山石膏将持续高度重视，密切关注此事的发展，本着对投资者、消费者和行业负责任的态度，审慎应对和处理。

## 三、报告期内接待调研、沟通、采访等活动登记表

| 接待时间 | 接待地点 | 接待方式 | 接待对象类型 | 接待对象 | 谈论的主要内容及提供的资料 |
|---|---|---|---|---|---|
| 2013 年 01 月 04 日至 3 月 31 日 | 公司本部 | 电话沟通 | 个人 | 个人投资者 | 公司发展战略、生产经营情况 |
| 2013 年 01 月 09 日 | 公司本部 | 电话沟通 | 机构 | 鑫泉资本研究员 | 公司发展战略、生产经营情况 |
| 2013 年 01 月 14 日 | 公司本部 | 实地调研 | 机构 | 华创证券、星石投资、安邦资产、天弘基金等机构分析师及研究员 | 公司发展战略、生产经营情况，提供公司已披露的年度报告等公开资料 |
| 2013 年 01 月 21 日 | 公司本部 | 实地调研 | 机构 | 华泰证券研究员 | 公司发展战略、生产经营情况，提供公司已披露的 |

# EXHIBIT 32

Beijing New Building Materials Public Limited Company 2013 1<sup>st</sup> Quarterly Report

---

……

## 2.  Material Litigation

The Company publicly released the "Announcement of Beijing New Building Materials Public Limited Company in Relation to Event about Gypsum Board in US" (Announcement No. 2010-009) on May 29, 2010. At present, the Company and the Company's held subsidiary Taishan Gypsum Company Limited (abbreviated as "Taishan Gypsum") have retained one US well-known law firm as legal counsel to respond to the US gypsum board litigation involving the Company and Taishan Gypsum. During the reporting period, the Company had incurred attorney's fee and travel expenses totaling to RMB 338,019.04 yuan, and Taishan Gypsum had incurred attorney's fee and travel expenses totaling to RMB 89,777.11 yuan. The expenses incurred in this reporting period accounts for 0.62% of net profits attributable to the Parent Company. The Company and Taishan Gypsum would continue to attach great importance and keep a close eye on this matter's developments, prudently respond to and deal with this matter on the attitude of being responsible to investors, consumers and the industry.

……

Page 7

# EXHIBIT 33



# 北新集团建材股份有限公司

## 2013 半年度报告

2013 年 08 月



201˘年1月31日之间，每期（月）租金为2˘˘˘3˘˘˘元。

（1˘）根据公司与北京市北郊农场于2010年3月2˘签订的《房屋租赁合同》规定，北京市北郊农场将位于北京市昌平区回龙观镇回龙观西大街11˘号龙冠置业大厦˘座（二区）˘、10层˘01˘013、1001˘1013室及地下一层˘10˘室租赁给本公司作为办公场地。该租赁房屋建筑面积合计为2˘˘32平方米，租赁期为三年（即2010年3月2˘日至2013年3月2˘日），每期（月）租金为1˘˘˘˘˘元；2013年3月1˘日，公司与北京市北郊农场签订《房屋租赁合同》续签协议，公司续租上述写字楼，租赁期限为四年（即2013年3月2˘日至201˘年03月2˘日），2013年3月2˘日至201˘年3月2˘日之间，˘10˘室每期（月）租金为˘33˘0˘元；201˘年3月2˘日至201˘年3月2˘日之间，˘层、10层每期（月）租金1˘˘10˘31元；201˘年3月2˘日至201˘年3月2˘日之间，˘层、10层每期（月）租金1˘1˘023˘˘元。

## 十一、资产负债表日后事项

### 1、其他资产负债表日后事项说明

（1）2013年˘月30日，公司与中国建材股份有限公司签订借款协议。根据协议约定，公司向中国建材股份有限公司借款1˘20亿元，借款期间为2013年˘月30日至2013年˘月1日。借款利率为中国人民银行一年期贷款基准利率下浮10˘。

（2）根据公司所属全资子公司—北京东联投资有限公司于2013年7月2日与魏允芊签订的《关于万瑞新型建材（上海）有限公司的股权转让协议》规定，魏允芊将其持有的万瑞新型建材（上海）有限公司51%的股份全部转让给北京东联投资有限公司，转让的价款为人民币2,040,000.00元。2013年7月31日，北京东联投资有限公司预付了1,400,000.00元股权转让款。股权收购手续尚未全部完成。

## 十二、其他重要事项

1、截至本报告日：本公司及所属的控股子公司˘泰山石膏股份有限公司对美国关于使用中国石膏板诉讼的事件仍无相关结果。在本报告期内，公司共支付律师费用1˘˘˘˘3˘1˘元应对该诉讼。

2、根据公司所属的控股子公司˘北新房屋有限公司2011年3月1日与中国成套工程有限公司签署的《赞比亚房建工程项目供货合同》约定，北新房屋有限公司为中国成套工程有限公司为"赞比亚房建工程项目"提供房屋主体结构和板材等材料的设计、供货和服务等，合同金额为人民币˘3˘˘2˘˘˘万元，执行期限为2011年至2013年。截至2013年˘月30日，北新房屋有限公司已累计确认合同收入1˘1˘˘3˘˘3˘元，收到中国成套工程有限公司支付的工程进度款项˘02˘23˘˘3˘˘0˘˘2元。

3、根据公司与山东鲁南纸业有限公司年签订的《产权交易合同》规定，公司将持有的郯城新兴新装饰材料有限公司的2˘˘2˘的股份全部转让给山东鲁南纸业有限公司，转让的价款为0˘110˘0˘00˘00˘元。公司在2013年˘月21日支付了产权交易手续费1˘0˘220˘00˘元，并于2013年˘月2˘日收到30˘˘˘˘100˘00元股权转让款。本报告内，公司确认股权转让收益3˘˘˘1˘1˘元。

˘、根据公司所属全资子公司—北京东联投资有限公司与北京卓正文化传媒有限公司签订的《关于北京天地人居文化发展有限公司的˘1˘股权转让协议》规定，北京卓正文化传媒有限公司将其持有的北京天地人居文化发展有限公司˘1˘的股份全部转让给北京东联投资有限公司，转让的价款为人民币˘000˘000˘00元。2013年˘月2˘日，北京东联投资有限公司预付了3˘00˘000˘00元股权转让款。股权收购手续尚未全部完成。

˘、截至本资产负债表日，本公司签订的综合授信合同情况如下：

（1）根据本公司与招商银行股份有限公司北京建国路支行于2012年10月30日签订的《授信协议》（"2012年建授字第01˘号"）规定。招商银行股份有限公司北京建国路支行在2012年10月30日至2013年10月˘日期间向本公司提供人民币30˘000万元的授信额度。截至2013年˘月30日，在该授信协议下借款余额为2˘000万元。

（2）根据本公司与中国民生银行股份有限公司总行营业部于2011年11月2˘日签订的《综合授信协议》（"公授信字第˘˘0120112˘˘13˘号"）规定，中国民生银行股份有限公司总行营业部在2011年11月2˘日至2013年11月2˘日期间向本公司提供人民币30˘000万元的授信额度。截至2013年˘月30日，在该授信协议下借款余额为0元。

（3）根据本公司与北京银行股份有限公司总部基地支行于2013年˘月1˘日签订的《综合授信合同》（"0158238"）规定，北京银行总部基地支行在2013年˘月1˘日至201˘年˘月1˘日期间向本公司提供人民币1˘0˘000万元的授信额度。截至2013年˘月30日，在该授信协议下借款余额为33,000万元。



# 第五节 重要事项

## 一、公司治理情况

公司治理实际情况与《公司法》和中国证监会相关规定的要求不存在差异。

## 二、重大诉讼仲裁事项

√ 适用 □ 不适用

| 诉讼~仲裁~基本情况 | 涉案金额（万元） | 是否形成预计负债 | 诉讼~仲裁~进展 | 诉讼~仲裁~审理结果及影响 | 诉讼~仲裁~判决执行情况 | 披露日期 | 披露索引 |
|---|---|---|---|---|---|---|---|
| 美国多家房主、房屋建筑公司起诉北新建材，以石膏板存在质量问题为由，要求赔偿其宣称因石膏板质量问题产生的各种损失 | ~ | 否 | 聘请美国知名律师事务所作为法律顾问，对有关美国石膏板诉讼予以研究和应对 | 暂无结果 | 暂无 | 2010 年 0~ 月 2~ 日 | 公告编号：2010~00~名称：《关于美国石膏板事件的公告》网站：巨潮资讯网 |
| 美国多家房主、房屋建筑公司起诉泰山石膏，以石膏板存在质量问题为由，要求赔偿其宣称因石膏板质量问题产生的各种损失 | ~ | 否 | 聘请美国知名律师事务所作为法律顾问，对有关美国石膏板诉讼予以研究和应对 | 在泰山石膏参加应诉之前，美国路易斯安那州东区联邦法院对泰山石膏缺席判决赔偿 2~0~12~~~美元。针对法院做出的此份初步判令，泰山石膏已提出撤销的动议；针对其他案件，泰山石膏已基于管辖权争议等提出驳回的动议。美国法院至今对泰山石膏的审理范围限于泰山石膏的前述动议，截至目前，美国法院尚未对这些 | 暂无 | 2010 年 0~ 月 2~ 日 | 公告编号：2010~00~名称：《关于美国石膏板事件的公告》网站：巨潮资讯网 |



| | | | 动汉做出最终决定，也没有做出任何针对泰山石膏的生效判决，暂无结果。 | | | | |
|---|---|---|---|---|---|---|---|

## 三、 重大诉讼的说明

关于"一、重大诉讼仲裁事项"中所述诉讼，公司及公司控股子公司泰山石膏已经聘请美国知名律师事务所作为法律顾问，对涉及公司和泰山石膏的美国石膏板诉讼予以应对。涉案金额尚待美国法院最终审理决定。报告期内，公司发生律师费、差旅费共计33~01~0~元人民币，泰山石膏发生律师费、差旅费共计~~~03~2~12元人民币。公司本报告期发生费用占报告期归属于母公司净利润的2~0~。本公司及泰山石膏将持续高度重视，密切关注此事的发展，本着对投资者、消费者和行业负责任的态度，审慎应对和处理。

## 四、资产交易事项

### 1、收购资产情况

| 交易对方或最终控制方 | 被收购或置入资产 | 交易价格（万元） | 进展情况(注2) | 对公司经营的影响（注3） | 对公司损益的影响（注~） | 该资产为上市公司贡献的净利润占净利润总额的比率~~ | 是否为关联交易 | 与交易对方的关联关系（适用关联交易情形 | 披露日期（注~） | 披露索引 |
|---|---|---|---|---|---|---|---|---|---|---|
| 北京卓正文化传媒有限公司 | 北京天地人居文化发展有限公司的~1~股权 | ~00 | 2013年~月2~日，公司所属全资子公司—北京东联投资有限公司预付了3~0万元股权转让款，截止2013年~月30日股权收购手续 | 不适用 | | | | 否 | | | |



24

# EXHIBIT 34

Beijing New Building Materials Public Limited Company 2013 Interim Report



**Brand of Dragon**

**Beijing New Building Materials Public Limited Company**

# 2013 Interim Report

**August 2013**

……

## XII. Other Important Matters

1. As of the date of this report, the Company and the Company's held subsidiary Taishan Gypsum Company Limited have not gotten relevant results regarding the US litigation on use of Chinese drywall. During this reporting period, the Company totally paid RMB 8,988,361.16 yuan of attorney's fee to respond to the litigation.

……

Beijing New Building Materials Public Limited Company 2013 Interim Report

## Section 5  Significant Matters

……

## II.    MATERIAL LITIGATION AND ARBITRATION

| Basic info on litigation (arbitration) | Amount involved (in US$ 10,000) | Estimated liabilities incurred or not? | Litigation (arbitration) developments | Litigation (arbitration) results and impact | Execution of litigation (arbitration) judgment | Date of disclosure | Index of disclosures |
|---|---|---|---|---|---|---|---|
| A number of homeowners and construction companies sued BNBM for the reason of problems in gypsum board, and claimed damages for their acclaimed various losses resulting from gypsum board quality problem | -- | No | Retained one US well-known law firm as legal counsel for considering and responding to the gypsum board litigation in US | No result yet | Not yet | May 29, 2010 | Announcement No.: 2010-009 Name: Announcement In relation to Event about Gypsum Board in US

Website: http://www.cninfo.com.cn |
| A number of homeowners and construction companies sued Taishan Gypsum for the reason of problems in gypsum board, and claimed damages for their acclaimed various losses resulting from gypsum board quality problem | -- | No | Retained one US well-known law firm as legal counsel for considering and responding to the gypsum board litigation in US | Before Taishan Gypsum responded to any legal action, the US District Court for the Eastern District of Louisiana had made a default judgment against Taishan Gypsum in the sum of US$2,609,129.99 in the Germano. Taishan Gypsum motioned to vacate the default judgment. For other cases, Taishan Gypsum also motioned to dismiss cases on the grounds of lack of jurisdiction.

So far, the courts in US limited their trials to the above motions and requests against the defendant Taishan Gypsum. As of the present, US courts haven't made final rulings on these motions, nor made effective judgment against Taishan Gypsum. No | Not yet | May 29, 2010 | Announcement No.: 2010-009 Name: Announcement In relation to Event about Gypsum Board in US

Website: http://www.cninfo.com.cn |

| | | | | result yet. | | | |
|---|---|---|---|---|---|---|---|

### III. Explanations on Material Litigation

In relation to the litigation mentioned in the "I. Material litigation and arbitration," the Company and the Company's held subsidiary Taishan Gypsum have engaged one well-known US law firm as legal counsel, to respond to the gypsum board litigation in US against the Company and Taishan Gypsum. The amounts involved in the cases will be decided by the final rulings of US courts. During the reporting period, the Company had incurred attorney's fee and travel expenses totaling to RMB 338,019.04 yuan, and Taishan Gypsum had incurred attorney's fee and travel expenses totaling to RMB 8,650,342.12 yuan. The expenses incurred in this reporting period accounts for 2.90% of net profits attributable to the Parent Company. The Company and Taishan Gypsum would continue to attach great importance and keep a close eye on this event's developments, prudently respond to and deal with this event on the attitude of being responsible to investors, consumers and the industry.

……

Pages 23 and 24

# EXHIBIT 35

2、筹资活动产生的现金流量净额较上年同期减少176,203,013.19元，下降了592.97％。下降的主要原因是：公司及公司控股子公司本期取得借款净额较上年同期减少所致。

3、汇率变动对现金及现金等价物的影响比上年同期减少508,024.56元，下降了846.93%。下降的主要原因是：主要是汇率变动所致。

4、现金及现金等价物净增加额较上期增加291,209,840.25元，增长了146.91%。增长的主要原因是本期经营活动和投资活动现金流量净增加高于筹资活动现金流量减少额。其中经营活动现金流量净额较上年同期增加256,976,632.42元，投资活动现金流量净额增加210,944,245.58元，筹资活动现金流量净额减少176,203,013.19元。

## 二、重要事项进展情况及其影响和解决方案的分析说明

1、根据公司所属的控股子公司-北新房屋有限公司2011年3月1日与中国成套工程有限公司签署的《赞比亚房建工程项目供货合同》约定，北新房屋有限公司为中国成套工程有限公司为"赞比亚房建工程项目"提供房屋主体结构和板材等材料的设计、供货和服务等，合同金额为人民币663,962,570.00元，执行期限为2011年至2013年。截至2013年9月30日，北新房屋有限公司已累计确认合同收入571,943,935.39元，收到中国成套工程有限公司支付的工程进度款613,223,608.75元。

2、本公司于 2010 年 5 月 29 日对外公告了《北新集团建材股份有限公司关于美国石膏板事件的公告》(公告编号：2010-009)。在公司控股子公司泰山石膏股份有限公司（简称"泰山石膏"）应诉之前，美国路易斯安那州东区联邦法院在一起案件中对泰山石膏缺席判决赔偿 2,609,129.99 美元。泰山石膏针对此份判决提出撤销的动议；针对其他案件，泰山石膏也基于管辖权等理由提出驳回的动议。美国路易斯安那州东区联邦法院做出决定，驳回了泰山石膏在该法院提出的动议，其后，泰山石膏向联邦巡回法院提出了上诉，目前上诉程序仍在进行中。佛罗里达州的法院驳回了泰山石膏在该法院提出的动议，其后泰山石膏向佛罗里达州的上诉法院提出上诉，上诉法院于 2013 年 9 月做出决定维持一审法院的决定，但是泰山石膏立即提出了再审的申请。2013 年，美国国会通过了"石膏板安全法案"，就行业标准做出了相应要求，并授权 ASTM（美国材料与试验协会）负责起草相关标准。同时，要求美国商务部长坚持要求中国政府促使生产中的出口石膏板的企业和美国政府代表之间召开会议，就赔偿问题进行讨论，并认为美国商务部长应坚持要求中国政府指导生产和出口石膏板的企业接受美国联邦法院的管辖，并遵守法院的判决。至今，美国法院对泰山石膏作为被告的案件的审理范围围于泰山石膏的前述各项动议和申诉，美国法院尚未对这些动议和申请做出最终决定，也没有做出针对泰山石膏的生效实体判决。

目前，公司及泰山石膏已经聘请美国知名律师事务所作为法律顾问，以应对涉及公司和泰山石膏的美国石膏板诉讼予以应对。7-9月，公司发生律师费、差旅费共计530,165.31元人民币，泰山石膏没有发生律师费、差旅费。公司本报告期发生费用占报告期归属于母公司净利润的0.21%。本公司与泰山石膏将持续高度重视，密切关注此事的发展，本着对投资者、消费者和行业负责任的态度，审慎应对和处理。

3、2013年10月，经全球范围票选，公司被授予"全球石膏行业杰出贡献奖"，这是全球石膏大会对公司近几年在推动世界石膏板行业发展方面所取得成绩的一项特别肯定。

## 三、报告期内接待调研、沟通、采访等活动登记表

| 接待时间 | 接待地点 | 接待方式 | 接待对象类型 | 接待对象 | 谈论的主要内容及提供的资料 |
|---|---|---|---|---|---|
| 2013 年 07 月 01 日至 9 月 30 日 | 公司本部 | 电话沟通 | 个人 | 个人投资者 | 公司发展战略、生产经营情况 |
| 2013 年 07 月 03 日 | 公司本部 | 实地调研 | 机构 | 上海实力资管合伙人 | 公司发展战略、生产经营情况，提供公司已披露的公开资料 |
| 2013 年 07 月 09 日 | 公司本部 | 实地调研 | 机构 | 中信资管、光大永明资产、中再保险 | 公司发展战略、生产经营情况，提供公司已披露的 |


cninfo 巨潮资讯 www.cninfo.com.cn 中国区域性证券信息披露平台

# EXHIBIT 36

……

## II.  Developments of Important Matters, Their Impact and Analysis of Solutions

1……..

2. The Company publicly released the "Announcement of Beijing New Building Materials Public Limited Company in Relation to Event about Gypsum Board in US" (Announcement No. 2010-009) on May 29, 2010. Before Taishan Gypsum responded to any legal action, the US District Court for the Eastern District of Louisiana had made a default judgment against Taishan Gypsum in the sum of US$2,609,129.99 in the Germano case. Taishan Gypsum motioned to vacate the default judgment. The US District Court for the Eastern District of Louisiana rejected the motion of Taishan Gypsum. Then, Taishan Gypsum appealed to the federal circuit court, and now the motion had been rejected by the federal circuit court. For other cases, Taishan Gypsum also motioned to dismiss cases on the grounds of lack of jurisdiction. Of which, the court in Florida rejected the motion, and then Taishan Gypsum appealed to the appellant court of Florida, which sustained the decision of the first instance court in September 2013; but Taishan Gypsum requested for retrial. In 2013, the US Congress passed "Drywall Safety Act," putting forward corresponding requirements on industrial standards, authorizing ASTM to draft relevant standards, simultaneously, requiring the U.S. Chamber of Commerce to urge Chinese government to make gypsum board manufacturers and exporters meet with US government representatives and discuss damages, and holding that the U.S. Chamber of Commerce should urge Chinese government to guide gypsum board manufacturers and exporters to accept jurisdiction of US federal courts, and execute court decisions. So far, the courts in US limited their trials to the above motions and requests against the defendant Taishan Gypsum, haven't made final rulings on these motions and requests, nor did make substantive judgment against Taishan Gypsum.

Currently, the Company and Taishan Gypsum have engaged one well-known US law firm as legal counsel, to respond to the gypsum board litigation in US against the Company and Taishan Gypsum. During July – September, the Company had incurred attorney's fee and travel expenses totaling to RMB 530,165.31 yuan, and Taishan Gypsum had no attorney's fee or travel expenses incurred. The expenses of the Company incurred in this reporting period accounts for 0.21% of net profits attributable to the Parent Company. The Company and Taishan Gypsum would continue to attach great importance and keep a close eye on this event's developments, prudently respond to and deal with this event on the attitude of being responsible to investors, consumers and the industry.

……

# EXHIBIT 37

北新集团建材股份有限公司 2013 年年度报告全文



# 北新集团建材股份有限公司

## 2013 年年度报告

## 2014 年 3 月

## 第五节 重要事项

### 一、重大诉讼仲裁事项

√ 适用 □ 不适用

| 诉讼(仲裁)基本情况 | 涉案金额(万元) | 是否形成预计负债 | 诉讼(仲裁)进展 | 诉讼(仲裁)审理结果及影响 | 诉讼(仲裁)判决执行情况 | 披露日期 | 披露索引 |
|---|---|---|---|---|---|---|---|
| 美国多家房主、房屋建筑公司起诉北新建材,以石膏板存在质量问题为由,要求赔偿其宜称因石膏板质量问题产生的各种损失 | -- | 否 | 聘请美国知名律师事务所作为法律顾问,对有关美国石膏板诉讼予以研究和应对 | 暂无结果 | 暂无 | 1、首次披露时间:2010 年 05 月 29 日<br><br>2、历次定期报告披露时间:2010 年 8 月 20 日 | 1、首次披露索引:公告编号:2010-009 |
| 美国多家房主、房屋建筑公司起诉泰山石膏股份有限公司(简称"泰山石膏"),以石膏板存在质量问题为由,要求赔偿其宜称因石膏板质量问题产生的各种损失 | -- | 否 | 聘请美国知名律师事务所作为法律顾问,对有关美国石膏板诉讼予以研究和应对 | 泰山石膏应诉之前,美国路斯安那州东区联邦法院在 Germano 案件中对泰山石膏缺席判决赔偿 2,609,129.99 美元。泰山石膏针对该判决提出撤销的动议。美国路易斯安那州东区联邦法院做出决定,驳回了泰山石膏在该法院提出的动议。其后,泰山石膏向联邦巡回法院提出了上诉,现已被联邦巡回法院驳回。针对其他案件,泰山石膏也基于管辖权等理由提出驳回诉讼等动议。其中,佛罗里达州的法院驳回了泰山石膏在该法院提出的动议,其后泰山石膏向佛罗里达州的上诉法院提出上诉,上诉法院做出决定维持一审法院的决定;之后泰山石膏提出了再审的申请,现已被驳回。至今,根据泰山石膏了解到的信息,美国法院对泰山石膏作为被告的案件的审理范围限于前述各项动议和申请,除 Germano 案外美国法院尚未做出针对泰山石膏的实体判决。 | 暂无 | 2010 年 10 月 27 日;2010 年 3 月 19 日;2011 年 4 月 28 日;2011 年 8 月 20 日;2011 年 10 月 27 日;2012 年 3 月 20 日;2012 年 4 月 27 日;2012 年 8 月 17 日;2012 年 10 月 27 日;2013 年 3 月 14 日;2013 年 4 月 25 日;2013 年 8 月 20 日;2013 年 10 月 29 日 | 名称:《关于美国石膏板事件的公告》网站:巨潮资讯网<br><br>2、历次定期报告披露索引:参见公司 2010 年半年报至今的历次定期公告 |

## 二、 重大诉讼的说明

2013年，美国国会通过了"石膏板安全法案"，就行业标准做出了相应要求，并授权ASTM(美国材料与试验协会)负责起草相关标准。同时，要求美国商务部长应敦促中国政府促使生产和出口石膏板的企业和美国政府代表之间召开会议，就赔偿问题进行讨论，并认为美国商务部长应坚持要求中国政府指导生产和出口石膏板的企业接受美国联邦法院的管辖，并遵守法院的判决。

目前，公司及泰山石膏已经聘请美国知名律师事务所作为法律顾问，对涉及公司和泰山石膏的美国石膏板诉讼予以应对。报告期内，公司发生律师费、差旅费共计952,023.85元人民币，泰山石膏发生律师费、差旅费共计5,438,301.31元人民币。公司本报告期发生费用占报告期内属于母公司净利润的0.71%。本公司及泰山石膏将持续高度重视，密切关注此事的发展，本着对投资者、消费者和行业负责任的态度，审慎应对和处理，并将及时披露有关进展。

## 三、资产交易事项

### 1、收购资产情况

| 交易对方或最终控制方 | 被收购或置入资产 | 交易价格（万元） | 进展情况 | 对公司经营的影响 | 对公司损益的影响（万元） | 该资产为上市公司贡献的净利润占净利润总额的比率(%) | 是否为关联交易 | 与交易对方的关联关系（适用关联交易情形） | 披露日期 | 披露索引 |
|---|---|---|---|---|---|---|---|---|---|---|
| 北京卓正文化传媒有限公司 | 北京天地人居文化发展有限公司的51%股权 | 600 | 已完成工商变更 | 无影响 | -41.49 | -0.05% | 否 | 第三方 | | |
| 魏允芊 | 万瑞新型建材（上海）有限公司51%的股权 | 204 | 已完成工商变更 | 无影响 | 0.55 | 0% | 否 | 第三方 | | |
| 新日铁住金株式会社 | 北新房屋有限公司的10%的股权 | 2,125.42 | 截止报告日，取得商务局批复，尚未办理工商变更和转让款的支付 | 无影响 | | | 否 | 第三方 | | |
| 丰田房屋有限公司 | 北新房屋 | 1,594.06 | 截止报告日，取得商 | 无影响 | | | 否 | 第三方 | | |

35

北新集团建材股份有限公司 2013 年年度报告全文

**（6）金融资产（不含应收款项）减值测试方法、减值准备计提方法**

a.公司在资产负债表日对以公允价值计量且其变动计入当期损益的金融资产以外的金融资产的账面价值进行检查，有客观证据表明该金融资产发生减值的，计提减值准备。

b.公司金融资产发生减值的客观证据，包括下列各项：

债务人发生严重财务困难；债务人违反了合同条款，如偿付利息或本金发生违约或逾期等；债权人出于经济或法律等方面因素的考虑，对发生财务困难的债务人做出让步；权益工具投资的公允价值发生严重或非暂时性下跌；其他表明金融资产发生减值的客观证据。

c.公司对金融资产确认减值损失后，如有客观证据表明该金融资产价值已恢复，且客观上与确认该损失后发生的事项有关（如债务人的信用评级已提高等），原确认的减值损失应当予以转回，计入当期损益。但是，该转回后的账面价值不应当超过假定不计提减值准备情况下该金融资产在转回日的摊余成本。

各类可供出售金融资产减值的各项认定标准
无

**10、应收款项坏账准备的确认标准和计提方法**

**（1）单项金额重大的应收款项坏账准备**

| 单项金额重大的判断依据或金额标准 | 对于期末金额大于 500 万元的应收款项（包括应收账款、其他应收款）单独进行减值测试。 |
| --- | --- |
| 单项金额重大并单项计提坏账准备的计提方法 | 根据其未来现金流量现值低于其账面价值的差额，确认减值损失，计提坏账准备。对单项测试未减值的应收款项，汇同单项金额非重大的应收款项，按类似的风险特征划分若干组，再按这些应收款项组合在资产负债表日余额的一定比例计算确定减值损失，计提减值损失。 |

**（2）重大诉讼的说明**

2013年，美国国会通过了"石膏板安全法案"，就行业标准做出了相应要求，并授权ASTM(美国材料与试验协会)负责起草相关标准。同时，要求美国商务部长应致敦促中国政府促使生产和出口石膏板的企业和美国政府代表之间召开会议，就赔偿问题进行讨论，并认为美国商务部长应坚持要求中国政府指导生产和出口石膏板的企业接受美国联邦法院的管辖，并遵守法院的判决。

目前，公司及泰山石膏已经聘请美国知名律师事务所作为法律顾问，对涉及公司和泰山石膏的美国石膏板诉讼予以应对。报告期内，公司发生律师费、差旅费共计952,023.85元人民币、泰山石膏发生律师费、差旅费共计5,438,301.31元人民币。公司本报告期发生费用占报告期归属于母公司净利润的0.71%。本公

北新集团建材股份有限公司 2013 年年度报告全文

司及泰山石膏将持续高度重视，密切关注此事的发展，本着对投资者、消费者和行业负责任的态度，审慎应对和处理，并将及时披露有关进展。

**（3）按组合计提坏账准备的应收款项**

| 组合名称 | 按组合计提坏账准备的计提方法 | 确定组合的依据 |
|---|---|---|
| 账龄组合 | 账龄分析法 | 已单独计提减值准备外的应收款项外，根据以前年度与之相同或类似的、按账龄段划分的具有类似信用风险特征的应收款项组合的实际损失率为基础，结合现实情况分析组合计提坏账准备的比例，据此计算本期应计提的坏账准备。 |

组合中，采用账龄分析法计提坏账准备的

√ 适用 □ 不适用

| 账龄 | 应收账款计提比例(%) | 其他应收款计提比例(%) |
|---|---|---|
| 1 年以内（含 1 年） | 1% | 1% |
| 1—2 年 | 7% | 7% |
| 2—3 年 | 20% | 20% |
| 3—4 年 | 40% | 40% |
| 4—5 年 | 70% | 70% |
| 5 年以上 | 100% | 100% |

组合中，采用余额百分比法计提坏账准备的

□ 适用 √ 不适用

组合中，采用其他方法计提坏账准备的

□ 适用 √ 不适用

**（4）单项金额虽不重大但单项计提坏账准备的应收账款**

| 单项计提坏账准备的理由 | 有确凿证据表明可收回性存在明显差异。 |
|---|---|
| 坏账准备的计提方法 | 对于存在明显减值迹象的应收款项单独计提坏账准备，计提依据是根据其未来现金流量现值低于其账面价值的差额，确认减值损失，计提坏账准备。 |

**11、存货**

**（1）存货的分类**

公司存货分为原材料、在产品、产成品、低值易耗品、包装物、委托加工材料、外购商品、半成品等，在产品包括建造合同成本。

北京市昌平区回龙观镇回龙观西大街118号龙冠置业大厦A座(二区)B2层B2-103、B2-104室租赁给北新建材作为库房使用,该租赁房租赁面积为239平方米。租赁期为壹年(即2011年6月1日至2012年5月31日),每期(月)租金为5,816.30元。上述合同到期后,双方签订《续签协议》,公司续租上述租赁房屋,租赁期为2012年6月1日至2013年5月31日止,每期(月)租金为5,816.30元。2013年5月31日双方继续签订《续签协议》,公司续租上述租赁房屋,租赁期为2013年6月1日至2014年5月31日止,每期(月)租金为5,816.30元。

**2、前期承诺履行情况**

无

## 十一、资产负债表日后事项

**1、重要的资产负债表日后事项说明**

单位:元

| 项目 | 内容 | 对财务状况和经营成果的影响数 | 无法估计影响数的原因 |
|------|------|------|------|
|      |      |      |      |

**2、资产负债表日后利润分配情况说明**

单位:元

| | |
|------|------|
| 拟分配的利润或股利 | 247,314,500.00 |
| 经审议批准宣告发放的利润或股利 | 0.00 |

**3、其他资产负债表日后事项说明**

公司于2014年3月11日发行了"北新集团建材股份有限公司2014年度第一期短期融资券",上述融资券期限为365天(起息日为2014年3月12日,兑付日为2015年3月12日),金额为6亿元,发行利率为5.70%;融资券发行主承销商为北京银行股份有限公司,联席主承销商为中信银行股份有限公司,簿记管理人为北京银行股份有限公司。

## 十二、其他重要事项

**1、其他**

1、截至本财务报告日,北新建材及所属的二级子公司--泰山石膏股份有限公司对美国关于使用中国石

膏板诉讼的事件，北新建材方面暂无结果，泰山石膏方面，除Germano案外美国法院尚未做出针对泰山石膏的实体判决。在本报告期内，本公司及泰山石膏股份有限公司继续支付律师费用共计6,390,325.16元应对该诉讼。

2、截至本资产负债表日，北新建材签订的综合授信合同情况如下：

（1）根据北新建材与招商银行股份有限公司北京建国路支行于2013年签订的《授信协议》（"2013年建授字第052号"）规定，招商银行股份有限公司北京建国路支行在2013年12月27日至2014年12月26日期间向北新建材提供人民币30,000万元的授信额度。另根据2013年12月27日签订的《授信协议》（"2013年建授字第052号"）规定，此次授信采用循环授信额度，授信期间为2013年12月27日至2014年12月26日，原签有编号为"2012年建授字第016号"的授信协议，自本协议生效之日起尚有未清偿余额的自动纳入本协议，截至2013年12月31日，在该授信协议下借款余额为0元。

（2）根据北新建材与广发银行股份有限公司北京翠微路支行于2013年07月25日签订的《授信额度合同》（"1713CF013"）规定，广发银行股份有限公司北京翠微路支行在2013年07月25日至2014年6月30日期间向北新建材提供人民币30,000万元的授信额度。截至2013年12月31日，在该授信协议下借款余额为0元。

（3）根据北新建材与北京银行股份有限公司总部基地支行于2013年4月16日签订的《综合授信合同》（"0158238"）规定，北京银行总部基地支行在2013年4月16日至2014年4月15日期间向北新建材提供人民币190,000万元的授信额度。截至2013年12月31日，在该授信协议下借款余额为0元。

（4）根据北新建材与中国银行股份有限公司北京昌平支行于2013年09月29日签订的《授信额度协议》（"2013027RS005"）规定，中国银行股份有限公司北京昌平支行在2013年09月29日至2014年08月22日期间提供总计为人民币18,000万元的授信额度。截至2013年12月31日，在该授信协议下借款余额为10,000万元。

（5）根据北新建材与北京农村商业银行股份有限公司海淀新区支行于2013年04月10日签订的《授信额度协议》（"2013000507"）规定，北京农村商业银行股份有限公司海淀新区支行在2013年04月10日至2014年04月09日期间向北新建材提供人民币70,000万元的授信额度,其中：借款额度为 60,000 万元、票据承兑额度为 10,000 万元。截至2013年12月31日，在该授信协议下借款余额为50,500万元。

（6）根据公司所属的二级子公司-泰山石膏股份有限公司与渤海银行济南分行于 2013 年 8 月 9 日签订的《综合授信合同》（"渤济分综（2013）第 36 号"）规定，渤海银行济南分行营业部在 2013 年 8 月 9 日至 2014 年 8 月 9 日期间向其提供人民币 7,000 万元的授信额度,其中：短期借款额度为 2,000 万元，开立银行承兑汇票额度为 4,000 万元。截至 2013 年 12 月 31 日，在该授信协议下借款余额为2,000 万元。

（7）根据公司所属的二级子公司-泰山石膏股份有限公司与平安银行股份有限公司济南分行于 2013 年 9 月 16 日签订的综合授信额度合同（"平银济分市中综字 20130916 第 001 号"）规定，平安银行股份有限公司济南分行在 2013 年 9 月 16 日至 2014 年 8 月 6 日期间向其提供人民币 2亿元的授信额度,其

# EXHIBIT 38

Beijing New Building Materials Public Limited Company 2013 Annual Report



**Brand of Dragon**

**Beijing New Building Materials Public Limited Company**

# 2013 Annual Report

**March 2014**

Beijing New Building Materials Public Limited Company 2013 Annual Report

# Section 5  Significant Matters

## I.    MATERIAL LITIGATION AND ARBITRATION

| Basic info on litigation (arbitration) | Amount involved (in US$ 10,000) | Estimated liabilities incurred or not? | Litigation (arbitration) developments | Litigation (arbitration) results and impact | Execution of litigation (arbitration) judgment | Date of disclosure | Index of disclosures |
|---|---|---|---|---|---|---|---|
| A number of homeowners and construction companies sued BNBM for the reason of problems in gypsum board, and claimed damages for their acclaimed various losses resulting from gypsum board quality problem | -- | No | Retained one US well-known law firm as legal counsel for considering and responding to the gypsum board litigation in US | No result yet | Not yet | 1.    Initial disclosure: 5/29/2010<br><br>2. Disclosures in regular reports: 8/20/2010; 10/27/2010; 3/19/2011; 4/28/2011; 8/20/2011; 10/27/2011; 3/20/2012; 4/27/2012; 8/17/2012; 10/27/2012; 3/14/2013; 4/25/2013; 8/20/2013; 10/29/2013 | 1.  Index # of initial disclosure: 2010-009 Announcement In relation to Event about Gypsum Board in US, at http://www.cninfo.com.cn;<br><br>2. Index of disclosures in all regular reports: references to regular reports from 2010 Interim Report to present |
| A number of homeowners and construction companies sued Taishan Gypsum Co., Ltd. ("Taishan Gypsum" below) for the reason of problems in gypsum board, and claimed damages for their acclaimed various losses resulting from gypsum board quality problem | -- | No | Retained one US well-known law firm as legal counsel for considering and responding to the gypsum board litigation in US | Before Taishan Gypsum responded to any legal action, the US District Court for the Eastern District of Louisiana had made a default judgment against Taishan Gypsum in the sum of US$2,609,129.99 in the Germano case. Taishan Gypsum motioned to vacate the default judgment. The US District Court for the Eastern District of Louisiana rejected the motion of Taishan Gypsum. Then, Taishan Gypsum appealed to the federal circuit court, and now the motion had been rejected by the federal circuit court. For other cases, Taishan Gypsum also motioned to dismiss cases on the grounds of lack of jurisdiction. Of which, the court in Florida rejected the motion, and then Taishan Gypsum appealed to the appellant court of Florida, which sustained the decision of the first instance court; then Taishan Gypsum requested for retrial, which was rejected now. So far, according to the information Taishan Gypsum has access to, the courts in US limited their trials to the above motions and requests against the defendant Taishan Gypsum, and didn't make substantive judgment against Taishan Gypsum except the Germano case. | Not yet | | |

Page 34

## II. Explanations on Material Litigation

In 2013, the US Congress passed "Drywall Safety Act," putting forward corresponding requirements on industrial standards, authorizing ASTM to draft relevant standards, simultaneously, requiring the U.S. Chamber of Commerce to urge Chinese government to make gypsum board manufacturers and exporters to meet with US government representatives and discuss damages, and holding that the U.S. Chamber of Commerce to urge Chinese government to guide gypsum board manufacturers and exporters to accept jurisdiction of US federal courts, and execute court decisions.

Currently, the Company and Taishan Gypsum have engaged one well-known US law firm as legal counsel, to respond to the gypsum board litigation in US against the Company and Taishan Gypsum. During the reporting period, the Company had incurred attorney's fee and travel expenses totaling to RMB 952,023.85 yuan, and Taishan Gypsum had incurred attorney's fee and travel expenses totaling to RMB 5,438,301.31 yuan. The expenses of the Company incurred in this reporting period accounts for 0.71% of net profits attributable to the Parent Company. The Company and Taishan Gypsum would continue to attach great importance and keep a close eye on this event's developments, prudently respond to and deal with this event on the attitude of being responsible to investors, consumers and the industry.

……

Beijing New Building Materials Public Limited Company 2013 Annual Report

---

……

**(2) Explanations on Material Litigation**

In 2013, the US Congress passed "Drywall Safety Act," putting forward corresponding requirements on industrial standards, authorizing ASTM to draft relevant standards, simultaneously, requiring the U.S. Chamber of Commerce to urge Chinese government to make gypsum board manufacturers and exporters to meet with US government representatives and discuss damages, and holding that the U.S. Chamber of Commerce to urge Chinese government to guide gypsum board manufacturers and exporters to accept jurisdiction of US federal courts, and execute court decisions.

Currently, the Company and Taishan Gypsum have engaged one well-known US law firm as legal counsel, to respond to the gypsum board litigation in US against the Company and Taishan Gypsum. During the reporting period, the Company had incurred attorney's fee and travel expenses totaling to RMB 952,023.85 yuan, and Taishan Gypsum had incurred attorney's fee and travel expenses totaling to RMB 5,438,301.31 yuan. The expenses of the Company incurred in this reporting period accounts for 0.71% of net profits attributable to the Parent Company. The Company and Taishan Gypsum would continue to attach great importance and keep a close eye on this event's developments, prudently respond to and deal with this event on the attitude of being responsible to investors, consumers and the industry.

……

Pages 95 & 96

Beijing New Building Materials Public Limited Company 2013 Annual Report

......

## XII. Other Important Matters
### 1. Others

1.Up to the date of this financial report, for the gypsum board litigation in US against BNBM and our second-tier subsidiary Taishan Gypsum Co., Ltd., BNBM has not gotten results, and as to Taishan Gypsum, except Germano case, the US courts haven't made substantial judgments against Taishan Gypsum. During this reporting period, the Company and Taishan Gypsum continuously paid RMB 6,390,325.16 yuan of attorney's fee to respond to the litigation.

......

# EXHIBIT 39

## 二、重要事项进展情况及其影响和解决方案的分析说明

本公司于 2010 年 5 月 29 日对外公告了《北新集团建材股份有限公司关于美国石膏板事件的公告》（公告编号：2010-009）。在泰山石膏应诉之前，美国路易斯安那州东区联邦法院在Germano案件中对泰山石膏缺席判决赔偿2,609,129.99美元。泰山石膏针对该判决提出撤销的动议。美国路易斯安那州东区联邦法院做出决定，驳回了泰山石膏在该法院提出的动议。其后，泰山石膏向联邦巡回法院提出了上诉，现已被联邦巡回法院驳回。针对其他案件，泰山石膏也基于管辖权等理由提出驳回诉讼等动议。其中，佛罗里达州的法院驳回了泰山石膏在该法院提出的动议，其后泰山石膏向佛罗里达州的上诉法院提出上诉，上诉法院做出决定维持一审法院的决定；之后泰山石膏提出了再审的申请，现已被驳回。至今，根据泰山石膏了解到的信息，美国法院对泰山石膏作为被告的案件的审理范围除了前述各项动议和申请，除Germano案外美国法院尚未做出针对泰山石膏的实体判决。

2013年，美国国会通过了"石膏板安全法案"，就行业标准做出了相应要求，并授权ASTM（美国材料与试验协会）负责起草相关标准。同时，要求美国商务部长应敦促中国政府促使生产和出口石膏板的企业和美国政府代表之间召开会议，就赔偿问题进行讨论，并认为美国商务部长应坚持要求中国政府指导生产和出口石膏板的企业接受美国联邦法院的管辖，并遵守法院的判决。

目前，公司及泰山石膏已经聘请美国知名律师事务所作为法律顾问，对涉及公司和泰山石膏的美国石膏板诉讼予以应对。本报告期间，公司发生律师费、差旅费共计35,849.86元人民币，泰山石膏发生律师费、差旅费共计3,033,372.80元人民币。公司本报告期间发生费用占报告期内属于母公司净利润的3.42%。本公司及泰山石膏将持续高度重视，密切关注此事的发展，本着对投资者、消费者和行业负责任的态度，审慎应对和处理。

## 三、公司或持股 5%以上股东在报告期内发生或以前期间发生但持续到报告期内的承诺事项

| 承诺事项 | 承诺方 | 承诺内容 | 承诺时间 | 承诺期限 | 履行情况 |
|---|---|---|---|---|---|
| **股改承诺** | | | | | |
| 收购报告书或权益变动报告书中所作承诺 | | | | | |
| 资产重组时所作承诺 | | | | | |
| 首次公开发行或再融资时所作承诺 | 北新建材（集团）有限公司 | 在本公司成立后，北新建材（集团）有限公司及其附属企业与本公司之间将不会发生同业竞争问题。 | 1997年06月06日 | 长期有效 | 履约中 |
| 其他对公司中小股东所作承诺 | | | | | |
| 承诺是否及时履行 | 是 | | | | |

## 四、对 2014 年 1-6 月经营业绩的预计

预测年初至下一报告期期末的累计净利润可能为亏损或者与上年同期相比发生大幅度变动的警示及原因说明

□ 适用 √ 不适用



# EXHIBIT 40

Beijing New Building Materials Public Limited Company 2014 1<sup>st</sup> Quarterly Report

## II.  Developments of Important Matters, Their Impact and Analysis of Solutions

The Company publicly released the "Announcement of Beijing New Building Materials Public Limited Company in Relation to Event about Gypsum Board in US" (Announcement No. 2010-009) on May 29, 2010. Before Taishan Gypsum responded to any legal action, the US District Court for the Eastern District of Louisiana had made a default judgment against Taishan Gypsum in the sum of US$2,609,129.99 in the Germano case. Taishan Gypsum motioned to vacate the default judgment. The US District Court for the Eastern District of Louisiana rejected the motion of Taishan Gypsum. Then, Taishan Gypsum appealed to the federal circuit court, and now the motion had been rejected by the federal circuit court. For other cases, Taishan Gypsum also motioned to dismiss cases on the grounds of lack of jurisdiction. Of which, the court in Florida rejected the motion, and then Taishan Gypsum appealed to the appellant court of Florida, which sustained the decision of the first instance court; then Taishan Gypsum requested for retrial, which was rejected now. So far, according to the information Taishan Gypsum has access to, the US courts limited their trials to the above motions and requests against the defendant Taishan Gypsum, and didn't make substantive judgment against Taishan Gypsum except the Germano case.

In 2013, the US Congress passed "Drywall Safety Act," putting forward corresponding requirements on industrial standards, authorizing ASTM to draft relevant standards, simultaneously, requiring the U.S. Chamber of Commerce to urge Chinese government to make gypsum board manufacturers and exporters meet with US government representatives and discuss damages, and holding that the U.S. Chamber of Commerce should urge Chinese government to guide gypsum board manufacturers and exporters to accept jurisdiction of US federal courts, and execute court decisions.

Currently, the Company and Taishan Gypsum have engaged one well-known US law firm as legal counsel, to respond to the gypsum board litigation in US against the Company and Taishan Gypsum. During the reporting period, the Company had incurred attorney's fee and travel expenses totaling to RMB 35,849.86 yuan, and Taishan Gypsum had incurred attorney's fee and travel expenses totaling to RMB 3,033,372.80 yuan. The expenses of the Company incurred in this reporting period accounts for 3.42% of net profits attributable to the Parent Company. The Company and Taishan Gypsum would continue to attach great importance and keep a close eye on this event's developments, prudently respond to and deal with this event on the attitude of being responsible to investors, consumers and the industry.


……

# EXHIBIT 41



# 北新集团建材股份有限公司

## 2014 年半年度报告

## 2014 年 8 月

# 第五节 重要事项

## 一、公司治理情况

公司治理实际情况与《公司法》和中国证监会相关规定的要求不存在差异

## 二、重大诉讼仲裁事项

√ 适用 □ 不适用

| 诉讼(仲裁)基本情况 | 涉案金额(万元) | 是否形成预计负债 | 诉讼(仲裁)进展 | 诉讼(仲裁)审理结果及影响 | 诉讼(仲裁)判决执行情况 | 披露日期 | 披露索引 |
|---|---|---|---|---|---|---|---|
| 自 2009 年起,美国多家房屋业主、房屋建筑公司等针对包括北新建材的至少数十家中国石膏板生产商在内的多家企业提起多起诉讼,以石膏板存在质量问题为由,要求赔偿其宣称因石膏板质量问题产生的各种损失 | 一 | 否 | 自 2010 年开始,北新建材聘请了美国知名律师事务所,就美国石膏板诉讼有关问题提供法律咨询服务。北新建材未参与任何美国石膏板诉讼。北新建材预计,美国各法院可能将在近期开始陆续作出针对北新建材的缺席实体判决。 | 据北新建材的美国律师提供的信息,在美国石膏板诉讼过程中,有数量众多的原告陆续加入诉讼,还有案件出现合并的情况。目前北新建材无法确认案件涉及的原告和物业的数量,也难以准确预测可能的判决结果,但据北新建材的美国律师估计,美国法院缺席判决北新建材的赔偿金额可能是巨大的。北新建材的主要资产均在中国国内,经咨询美国和中国律师的意见,因为中国和美国之间不存在关于互相承认和执行对方国家法院判决的公约或条约,律师认为美国法院判决在中国获得执行的可能性很低。因此美国法院的判决不会对北新建材造成重大经济损失,不会对北新建材的当期净利润构成重大不利影响。 | 暂无 | 1、首次披露时间:2010 年 5 月 29 日 2、历次定期报告披露时间:2010 年 8 月 20 日 2010 年 10 月 27 日 2011 年 3 月 19 日 2011 年 4 月 28 日 2011 年 8 月 20 日 2011 年 10 月 27 日 2012 年 3 月 20 日 2012 年 4 月 27 日 2012 年 8 月 17 日 2012 年 10 月 27 日 2013 年 3 月 14 日 2013 年 4 月 25 日 2013 年 8 月 20 日 2013 年 10 月 29 日 2014 年 3 月 20 日 2014 年 4 月 24 日 3、临时公告时间:2014 年 7 月 18 日 | 1、首次披露索引:公告编号:2010-009《关于美国石膏板诉讼事项进展的公告》披露于巨潮资讯网; 2、历次定期报告披露索引:参见公司 2010 年半年报至今的历次定期公告; 3.专项披露索引:公告编号:2014-030《关于美国石膏板诉讼事项进展的公告》披露于巨潮资讯网 |
| 自 2009 年起,美国多家房屋业主、房屋建筑公司等针对包括泰山石膏的至少数十家中国石膏板生产 | 一 | 否 | 自 2010 年开始,泰山石膏聘请了美国知名律师事务所代表泰山石膏应诉。泰山石膏以不存在属人管辖权为由,提出撤销缺席判决、撤销初步缺席 | 泰山石膏应诉之前,美国路易斯安那州东区联邦法院于 2010 年 5 月在 Germano 案件中对泰山石膏做出缺席判决,判决泰山石膏向七处物业的业主赔偿 | 暂无 | | |

北新集团建材股份有限公司 2014 年半年度报告全文

| | | | | | | |
|---|---|---|---|---|---|---|
| 商在内的多家企业提起多起诉讼，以石膏板存在质量问题为由，要求赔偿其宣称因石膏板质量问题产生的各种损失 | | | 判令、驳回诉讼的动议，但部分动议已被美国法院驳回。目前，关于除 Germano 案件之外的其他案件，美国法院尚未作出实体判决。根据泰山石膏的美国律师的通知，在合并的情况下泰山石膏下一步诉讼程序中，美国各法院将陆续组织案件的实体审理。 由于泰山石膏不认同美国法院拥有管辖权，并反对由不具备管辖权的法院审理实体争议，泰山石膏经过慎重考虑，决定不再参与美国法院进行的所有针对泰山石膏的美国石膏板诉讼案件。 | 2,758,356.52 美元及自 2010 年 5 月起计算的利息。据泰山石膏的美国律师提供的信息，在美国石膏板诉讼过程中，有数量众多的原告陆续加入诉讼，还有案件出现的情况。目前泰山石膏无法确认案件涉及的原告和物业的数量，也难以准确预测可能的判决结果，但据泰山石膏的美国律师估计，美国法院缺席判决泰山石膏的赔偿金额可能是巨大的。泰山石膏的主要资产均在中国国内，经咨询美国和中国律师的意见，因为中国和美国之间不存在关于互相承认和执行对方国家法院判决的公约或条约，律师认为美国法院判决在中国获得执行的可能性很低。因此美国法院的判决不会对泰山石膏造成重大经济损失。 | | |

## 三、 重大诉讼的说明

关于"二、重大诉讼仲裁事项"中所描述如下，报告期内，公司发生律师费、差旅费共计 81,524.26 元人民币，泰山石膏发生律师费、差旅费共计 9,423,047.32 元人民币。公司报告期发生费用占报告期归属于母公司净利润的 2.27%。公司及泰山石膏将持续高度重视，密切关注此事的发展，本着对投资者、消费者和行业负责任的态度，审慎应对和处理。

## 四、媒体质疑情况

□ 适用 √ 不适用

本报告期公司无媒体普遍质疑事项。

## 五、破产重整相关事项

□ 适用 √ 不适用

## 十二、其他重要事项

### 1、其他

1-1、截至本财务报告日，北新建材及所属的二级子公司--泰山石膏股份有限公司对美国关于使用中国石膏板诉讼的事件，北新建材方面暂无结果，泰山石膏方面，除Germano案外美国法院尚未做出针对泰山石膏的实体判决。在本报告期内，本公司及泰山石膏股份有限公司继续支付律师费用共计9,504,571.58元应对该诉讼。

1-2、截至本资产负债表日，本公司签订的综合授信合同情况如下：

（1）根据北新建材与招商银行股份有限公司北京建国路支行于2013年签订的《授信协议》（"2013年建授字第052号"）规定，招商银行股份有限公司北京建国路支行在2013年12月27日至2014年12月26日期间向北新建材提供人民币30,000万元的授信额度。截至2014年6月30日，在该授信协议下借款余额为0元。

（2）根据北新建材与广发银行股份有限公司北京翠微路支行于2013年07月25日签订的《授信额度合同》（"1713CF013"）规定，广发银行股份有限公司北京翠微路支行在2013年07月25日至2014年6月30日期间向北新建材提供人民币30,000万元的授信额度。截至2014年6月30日，在该授信协议下借款余额为0元。

（3）根据北新建材与北京银行股份有限公司总部基地支行于2014年6月30日签订的《综合授信合同》（"0227720"）规定，北京银行总部基地支行在2014年6月30日至2015年6月29日期间向北新建材提供人民币190,000万元的授信额度。截至2014年6月30日，在该授信协议下借款余额为20000万元。

（4）根据北新建材与中国银行股份有限公司北京昌平支行于2013年09月29日签订的《授信额度协议》（"2013027RS005"）规定，中国银行股份有限公司北京昌平支行在2013年09月29日至2014年08月22日期间提供总计为人民币18,000万元的授信额度。截至2014年6月30日，在该授信协议下借款余额为8,000万元。

（5）根据北新建材与北京农村商业银行股份有限公司海淀新区支行于2014年05月28日签订的《授信额度协议》（"2014000763"）规定，北京农村商业银行股份有限公司海淀新区支行在2014年05月28日至2015年05月27日期间向北新建材提供人民币70,000万元的授信额度.其中：借款额度为 60,000 万元，票据承兑额度为 10,000 万元。截至2014年6月30日，在该授信协议下借款余额为25,000万元。

（6）根据北新建材与中国光大银行股份有限公司北京新源支行于2014年05月27日签订的《授信额度协议》（"BJ新源ZH14001"）规定，中国光大银行股份有限公司北京新源支行在2014年05月27日至2015年05月26日期间提供总计为人民币20,000万元的授信额度。截至2014年6月30日，在该授信协议下借款余额为0元。

（7）根据北新建材与中国民生银行股份有限公司北京西坝河支行于2014年03月14日签订的《授信额度协议》（"公授信字第1400000039889"）规定，中国民生银行股份有限公司北京西坝河支行在2014年03月14日至2016年03月14日期间提供总计为人民币30,000万元的授信额度。截至2014年6月30日，在该授信协议下借款余额为0元。

（8）根据北新建材与中信银行股份有限公司北京经济开发区支行于2014年06月11日签订的《授信额度协议》（"信银营授字

# EXHIBIT 42

Beijing New Building Materials Public Limited Company 2014 Interim Report



**Beijing New Building Materials Public Limited Company**

# 2014 Interim Report

**August 2014**

Beijing New Building Materials Public Limited Company 2014 Interim Report

# Section 5  Significant Matters

……

## II. Material Litigation and Arbitration

| Basic info on litigation (arbitration) | Amount involved (in US$ 10, 000) | Estimated liabilities incurred or not? | Litigation (arbitration) developments | Litigation (arbitration) results and impact | Execution of litigation (arbitration) judgment | Date of disclosure | Index of disclosures |
|---|---|---|---|---|---|---|---|
| Since 2009, various gypsum board cases against at least dozens of Chinese gypsum board manufacturers including BNBM have been brought by, among others, a number of homeowners and construction companies for the reason of problems in gypsum board, and claimed damages for their acclaimed various losses resulting from gypsum board quality problem | -- | No | Since 2010, BNBM has retained one US well-known law firm for legal consulting services in relation to the gypsum board litigation in the US. BNBM didn't participate in any US gypsum board litigation. BNBM expects that the US courts may begin to make substantive default judgments on merits against it in the near future. | Based on the information provided by US lawyers of BNBM, in the course of gypsum board litigation in US, a great number of plaintiffs consecutively joined in the litigation, and cases are merged. Currently BNBM can't ascertain the number of plaintiffs and properties involved in the litigation, and it's also hard to accurately predict the possible court rulings. However, the US lawyers of BNBM estimated that the damages that might be imposed in the US court's default judgments against BNBM might be very large. The major assets of BNBM are all located in China. According to the US and Chinese lawyers whom BNBM has consulted, there is no convention or treaty on mutual recognition and enforcement of judgments between China and the US such that the possibility of the US judgments being enforced in China is very low. Therefore, the US courts' judgments will not result in significant economic loss to BNBM, and will not have material adverse impact on the BNBM's net profits for the current period. | Not yet | 1.  Date of initial disclosure: 5/29/2010<br><br>2. Dates of disclosures in regular reports: 8/20/2010; 10/27/2010; 3/19/2011; 4/28/2011; 8/20/2011; 10/27/2011; 3/20/2012; 4/27/2012; 8/17/2012; 10/27/2012; 3/14/2013; 4/25/2013; 8/20/2013; 10/29/2013; 3/20/2014; 4/24/2014<br><br>3.  Date of special announcement: 7/18/2014 | 1.  Index of initial disclosure: 2010-009 Announcement In relation to Event about Gypsum Board in US, disclosed at http://www.cninfo.com.cn;<br><br>2. Index of disclosures in all regular reports: references to regular reports from 2010 Interim Report to present;<br><br>3. Index of special disclosures: No.2014-030 Announcement of Recent Developments in the Gypsum Board Litigation in the US, disclosed at http://www.cninfo.com.cn |

| | | | | | | |
|---|---|---|---|---|---|---|
| Since 2009, various gypsum board cases against at least dozens of Chinese gypsum board manufacturers including Taishan Gypsum have been brought by, among others, a number of homeowners and construction companies for the reason of problems in gypsum board, and claimed damages for their acclaimed various losses resulting from gypsum board quality problem | -- | No | Since 2010, Taishan Gypsum has engaged one US well-known law firm to act on its itself in the gypsum board litigation in the US. Taishan Gypsum motioned to vacate the default judgment and the preliminary entry of the default order and to dismiss legal action on the ground that the US courts did not have personal jurisdiction, however, part of motions had been dismissed. Currently, except the Germano case, the US court has not made substantive judgment on other cases. According to a notice from Taishan Gypsum's US lawyers, the US courts would successively organize the substantive hearing on merits of various cases in the next stage of the proceedings. As Taishan Gypsum holds the view that the US courts have no jurisdiction, and does not agree to the substantive dispute being heard by a court without jurisdiction, Taishan Gypsum has, after due and careful consideration, decided not to continue to participate in any of the gypsum board litigation in the US brought against Taishan Gypsum in the US courts. | Before Taishan Gypsum responded to any legal action, the US District Court for the Eastern District of Louisiana had made a default judgment against Taishan Gypsum in the sum of US$2,758,356.52 with interest accruing from May 2010 to the owners of seven properties. Based on the information provided by US lawyers of Taishan Gypsum, in the course of gypsum board litigation in US, a great number of plaintiffs consecutively joined in the litigation, and cases are merged. Currently Taishan Gypsum can't ascertain the number of plaintiffs and properties involved in the litigation, and it's also hard to accurately predict the possible court rulings. However, the US lawyers of Taishan Gypsum estimated that the damages that might be imposed in the US court's default judgments against Taishan Gypsum might be very large. The major assets of Taishan Gypsum are all located in China. According to the US and Chinese lawyers whom Taishan Gypsum has consulted, there is no convention or treaty on mutual recognition and enforcement of judgments between China and the US such that the possibility of the US judgments being enforced in China is very low. Therefore, the US courts' judgments will not result in significant economic loss to Taishan Gypsum. | Not yet | | |

## III. Explanations on Material Litigation

In respective of the litigation mentioned in the "II. Material litigation and arbitration," during the reporting period, the Company had incurred attorney's fee and travel expenses totaling to RMB 81,524.26 yuan, and Taishan Gypsum had incurred attorney's fee and travel expenses totaling to RMB 9,423,047.32 yuan. The expenses incurred in this reporting period accounts for 2.27% of net profits attributable to the Parent Company. The Company and Taishan Gypsum would continue to attach great importance and keep a close eye on this event's developments, prudently respond to and deal with this event on the attitude of being responsible to investors, consumers and the industry.

……

Pages 21 and 22

Beijing New Building Materials Public Limited Company 2014 Interim Report

---

**XII. Other Important Matters**

**1.  Others**

1-1. As of the date of this report, BNBM and Taishan Gypsum Company Limited, a second-tier subsidiary of BNBM, have not gotten relevant results regarding the US litigation on use of Chinese drywall. In respective of Taishan Gypsum, US courts haven't made substantive rulings against Taishan Gypsum except the Germano case. During this reporting period, the Company and Taishan Gypsum Company Limited continuously paid RMB 9,504,571.58 yuan of attorney's fee to respond to the litigation.

……

# EXHIBIT 43

北新集团建材股份有限公司 2014 年第三季度报告全文

## 二、重要事项进展情况及其影响和解决方案的分析说明

√ 适用 □ 不适用

报告期内，公司就下表中所述的美国石膏板诉讼事项发生律师费、差旅费共计181,326.19元人民币，泰山石膏就下表中所述的美国石膏板诉讼事项发生律师费、差旅费共计1,008,978.32元人民币。公司及泰山石膏报告期发生的前述费用占报告期归属于母公司净利润的0.40%。公司及泰山石膏将持续高度重视，密切关注此事的发展，本着对投资者、消费者和行业负责任的态度，审慎应对和处理。

| 重要事项概述 | 披露日期 | 临时报告披露网站查询索引 |
|---|---|---|
| 自 2009 年起，美国多家房屋业主、房屋建筑公司等针对包括北新建材、泰山石膏在内的至少数十家中国石膏板生产商在内的多家企业提起多起诉讼，以石膏板存在质量问题为由，要求赔偿其宣称因石膏板质量问题产生的各种损失。自 2010 年开始，北新建材聘请了美国知名律师事务所，就美国石膏板诉讼有关问题提供法律咨询服务。北新建材未参与任何美国石膏板诉讼。北新建材预计，美国各法院可能将在近期开始陆续作出针对北新建材的缺席实体判决。 | 2014 年 7 月 19 日 | 专项披露索引：公告编号：2014-030《关于美国石膏板诉讼事项进展的公告》披露于巨潮资讯网 |
| 自 2010 年开始，泰山石膏聘请了美国知名律师事务所代表泰山石膏应诉。泰山石膏以不存在属人管辖权为由，提出撤销缺席判决、撤销初步缺席判令、驳回诉讼的动议，但部分动议已被美国法院驳回。目前，关于除 Germano 案件之外的其他案件，美国法院尚未作出实体判决。由于泰山石膏不认同美国法院拥有管辖权，并反对由不具备管辖权的法院审理实体争议，泰山石膏经过慎重考虑，决定不再参与美国法院进行的所有针对泰山石膏的美国石膏板诉讼案件。由于泰山石膏未参加美国路易斯安娜州东区联邦地区法院（以下简称"美国地区法院"）进行的判决债务人审查，美国地区法院判定泰山石膏藐视法庭，判令泰山石膏支付原告代理律师 1.5 万美金的律师费，判令泰山石膏支付 4 万美金作为藐视法庭行为的罚款，并判令泰山石膏以及泰山石膏的任何关联方或子公司（affiliates or subsidiaries）被禁止在美国进行任何商业活动直到或除非泰山石膏参加本审判程序，如果泰山石膏违反禁止令，必须支付其自身或其违反本判令的关联方违反行为当年盈利的 25% 作为进一步的罚款。此外，泰山石膏还获知，原告向美国地区法院提起新的诉讼，原告主张被告的石膏板被安装在原告和集体成员的至少 3700 栋房屋、住宅或其他建筑物中，原告向包括泰山石膏、北新建材在内的多名被告主张超过 15 亿美元的赔偿。 | 2014 年 8 月 21 日 | 专项披露索引：公告编号：2014-037《关于美国石膏板诉讼事项进展的公告》披露于巨潮资讯网 |

## 三、公司或持股 5%以上股东在报告期内发生或以前期间发生但持续到报告期内的承诺事项

√ 适用 □ 不适用

| 承诺事由 | 承诺方 | 承诺内容 | 承诺时间 | 承诺期限 | 履行情况 |
|---|---|---|---|---|---|
| 股改承诺 | | | | | |
| 收购报告书或权益变动报告书中所作承诺 | | | | | |

# EXHIBIT 44

Beijing New Building Materials Public Limited Company 2014 3<sup>rd</sup> Quarterly Report

**II.  Developments of Important Matters, Their Impact and Analysis of Solutions**

During the reporting period, in respective of the gypsum board litigation in the US as described in the chart below, the Company had incurred attorney's fee and travel expenses totaling to RMB 181,326.19 yuan, and Taishan Gypsum had incurred attorney's fee and travel expenses totaling to RMB 1,008,978.32 yuan. The expenses of the Company incurred in this reporting period accounts for 0.40% of net profits attributable to the Parent Company. The Company and Taishan Gypsum would continue to attach great importance and keep a close eye on this event's developments, prudently respond to and deal with this event on the attitude of being responsible to investors, consumers and the industry.

| Description of important matter | Date of disclosure | Index for inquiry of websites for disclosure of special reports |
|---|---|---|
| Since 2009, various gypsum board cases against at least dozens of Chinese gypsum board manufacturers including BNBM and Taishan Gypsum have been brought by, among others, a number of homeowners and construction companies for the reason of problems in gypsum board, and claimed damages for their acclaimed various losses resulting from gypsum board quality problems. Since 2010, BNBM has retained one US well-known law firm for legal consulting services in relation to US gypsum board litigation. BNBM has not participated in any gypsum board litigation in the US. BNBM expects that the US courts may begin to make substantive default judgments on merits against it in the near future. Since 2010, Taishan Gypsum has engaged one US well-known law firm to act on its behalf in the gypsum board litigation in the US. Taishan Gypsum requested to vacate the default judgment and the preliminary entry of the default order and to dismiss legal action on the ground that the US courts did not have personal jurisdiction, however, part of motions had been dismissed. Except the Germano case, the US court has not made substantive judgment on other cases. As Taishan Gypsum does not agree that the US courts have jurisdiction and objects to the substantive disputes being heard by a court without jurisdiction, it has, after due and careful consideration, decided not to continue to participate in any of the gypsum board litigation brought against Taishan Gypsum in the US courts. As a result of the refusal of Taishan Gypsum to participate in a Judgment Debtor Examination | July 19, 2014 | Index of special disclosure: Announcement No.2014-030 Announcement of Recent Developments in the Gypsum Board Litigation in the US, disclosed at http://www.cninfo.com.cn |
| held in the United States District Court of Eastern District of Louisiana (abbreviated as "the US District Court"), the US District Court held Taishan Gypsum in contempt of court, ordering it to pay US$15,000 in attorney's fees to the plaintiffs' counsel, to pay US$40,000 as a penalty for contempt, enjoining Taishan Gypsum and its affiliates or subsidiaries from conducting any business in the US until or unless it participates in the judicial process, and, if it violates the injunction, to pay a further penalty of 25% of the profits earned by Taishan Gypsum or its affiliates who violate the order for the year of violation. In addition, Taishan Gypsum got to know that: Plaintiffs initiated a new action in the US District Court claiming that the defendants' gypsum board was installed in at least 3,700 homes, residences or other structures owned by the plaintiffs and class members, and the plaintiffs in the Case claimed damages of more than US$1,500 million against the defendants which included, among others, Taishan Gypsum and BNBM. | August 21, 2014 | Index of special disclosure: Announcement No.2014-037 Announcement of Recent Developments in the Gypsum Board Litigation in the US, disclosed at http://www.cninfo.com.cn |

……

Page 9

# EXHIBIT 45

**BNBM 北新建材**

北新集团建材股份有限公司

2014 年年度报告

2015 年 3 月

# 第五节 重要事项

## 一、重大诉讼仲裁事项

√ 适用 □ 不适用

| 诉讼(仲裁)基本情况 | 涉案金额(万元) | 是否形成预计负债 | 诉讼(仲裁)进展 | 诉讼(仲裁)审理结果及影响 | 诉讼(仲裁)判决执行情况 | 披露日期 | 披露索引 |
|---|---|---|---|---|---|---|---|
| 自 2009 年起,美国多家房屋业主、房屋建筑公司等针对包括北新建材的至少数十家中国石膏板生产商在内的多家企业提起多起诉讼,以石膏板存在质量问题为由,要求赔偿其宣称因石膏板质量问题产生的各种损失 | | 否 | 自2010年开始,北新建材聘请了美国知名律师事务所,就美国石膏板诉讼有关问题提供法律咨询服务。报告期内,北新建材未参与任何美国石膏板诉讼。2015年2月12日,北新建材接到美国路易斯安那州东区联邦地区法院通过以路易斯安那州东区联邦地区法院通过北京市高级人民法院转送达的关于EDUARDO和CARMEN AMORIN个人,并代表类似情形的所有人起诉案件的民事诉讼传票,传票要求公司在60日提交答辩书或动议。在该案中,原告因其声称的石膏板质量问题对包括公司、泰山石膏在内的多家被告提起诉讼。原告主张被告的石膏板被安装在原告和集体成员的至少3700个住房、居所或其他结构中,原告向包括公司和泰山石膏在内的多家被告主张超过15亿美元的赔偿。考虑到诉讼的进展情况,北新建材聘请了境内外律师事务所在石膏板诉讼案件中代表北新建材应诉并进行抗辩,以维护北新建材的自身权益。 | 据北新建材的美国律师提供的信息,在美国石膏板诉讼过程中,有数量众多的原告陆续加入诉讼,还有案件出现合并的情况。目前北新建材无法确认案件涉及的原告和物业的数量,也难以准确预测判决的执行结果。北新建材已经聘请境内外律师就该案件的应诉策略以及对北新建材的影响进行研究和评估,目前尚无法准确预估该案件可能对北新建材构造成的经济损失以及对当期利润的影响。公司将根据诉讼的进展情况及时履行信息披露义务。 | 暂无 | 1、首次披露时间:2010 年 5 月 29 日  2、历次定期报告披露时间:2010 年 8 月 20 日;2010年10月27日;2011 年 3 月 19 日;2011 年 4 月 28 日;2011 年 8 月 20 日;2011年10月27日;2012年3月20日;2012 年 4 月 27 日;2012 年 8 月 17 日;2012年10月27日;2013 年 3 月 14 日;2013 年 4 月 25 日;2013 年 8 月 20 日;2013年10月29日;2014 年 3 月 20日;2014 年 4 月 24 日;2014 年 8 月 20 日;2014 年 10 月 28 日  3、历次专项公告披露时间:2014 年 7 月 19 日;2014 年 8 月 21 日;2015 年 2 月 14 日; | 1、首次披露索引:公告编号为2010-009 的《关于美国石膏板诉讼事项进展的公告》披露于巨潮资讯网;  2、历次定期报告披露索引:参见公司2010年半年报至今的历次定期公告;  3.专项披露索引:公告编号为2014-030的《关于美国石膏板诉讼事项进展的公告》披露于巨潮资讯网;公告编号为2014-037的《关于美国石膏板诉讼事项进展的公告》披露于巨潮资讯网;公告编号为2015-002的《关于美国石膏板诉讼事项进展的公告》披露于巨潮资讯网;公告编号为2015-003的《关于美国石膏板诉讼事 |
| 自 2009 年起,美国多家房屋业主、房屋建筑公司等针对包括泰山 | | 否 | 自 2010 年开始,泰山石膏聘请了美国知名律师事务所代表泰山石膏应诉。泰山石膏以不存在属人管辖权为由,提出撤销缺席判决、撤销初步缺席判令、驳回诉讼的动议,但部分动议已被美国法院驳回。在泰山石膏应诉之前,美国路易斯安那州东区联邦地区法院已就 | 泰山石膏应诉之前,美国路易斯安那州东区联邦法院于 2010 年 5 月在Germano 案件中对泰山石膏做出缺席 | 暂无 | | |

35

北新集团建材股份有限公司 2014 年年度报告全文

| 诉讼(仲裁)基本情况 | 涉案金额（万元） | 是否形成预计负债 | 诉讼(仲裁)进展 | 诉讼(仲裁)审理结果及影响 | 诉讼(仲裁)判决执行情况 | 披露日期 | 披露索引 |
|---|---|---|---|---|---|---|---|
| 石膏的至少数十家中国石膏板生产商在内的多家企业提起多起诉讼，以石膏板存在质量问题为由，要求赔偿其宣称因石膏板质量问题产生的各种损失 | | | Germano 案件对泰山石膏作出缺席判决，判令泰山石膏向七处物业的业主赔偿 2,758,356.52 美元及自 2010 年 5 月起计算的利息。除 Germano 案件之外的其他案件，美国法院尚未作出实体判决。<br>由于泰山石膏未参加美国路易斯安那州东区联邦地区法院进行的判决债务人审查，美国法院于 2014 年 7 月判定泰山石膏藐视法庭，判令泰山石膏支付原告代理律师 1.5 万美金的律师费，判令泰山石膏支付 4 万美金作为藐视法庭行为的罚款，并判令泰山石膏以及泰山石膏的任何关联方或子公司被禁止在美国进行任何商业活动直到或除非泰山石膏参加本审判程序，如果泰山石膏违反禁止令，必须支付其自身或其违反本判令的关联方违反行为当年盈利的 25% 作为进一步的罚款。此外，泰山石膏还获知，原告向美国地区法院提起新的诉讼，原告主张被告的石膏板被安装在原告和集体成员的至少 3700 个住房、居所或其他结构中，原告向包括泰山石膏、北新建材在内的多名被告主张超过 15 亿美元的赔偿。考虑到诉讼的进展情况，泰山石膏聘请了境内外律师事务所在石膏板诉讼案件中代表泰山石膏应诉并进行抗辩，以维护泰山石膏的自身权益。由于只有在撤销藐视法庭判令后泰山石膏方可应诉并进行抗辩，因此，泰山石膏向美国法院支付了 4 万美金，并同意支付 1.5 万美金的律师费。另外，由于导致美国法院作出藐视法庭判令的原因为泰山石膏没有参加 Germano 案缺席判决后的债务人审查会议，因此，泰山石膏同意支付 Germano 案的缺席判决金额 2,758,356.52 美元及自 2010 年 5 月起计算的利息。泰山石膏申明，其同意支付前述款项并不代表泰山石膏认可 Germano 案的缺席判决内容，采取该等措施仅是为了申请撤销藐视法庭判令并在撤销藐视法庭判令后参与石膏板诉讼案件的应诉及进行抗辩。 | 判决，判决泰山石膏向七处物业的业主赔偿 2,758,356.52 美元及自 2010 年 5 月起计算的利息。据泰山石膏的美国律师提供的信息，在美国石膏板诉讼过程中，有数量众多的原告陆续加入诉讼，还有案件出现合并的情况。目前泰山石膏无法确认案件涉及的原告和物业的数量，也难以准确预测可能的判决结果。泰山石膏已经聘请境内外律师就该案件的应诉策略以及对泰山石膏的影响进行研究和评估，目前尚无法准确预估该案件可能对泰山石膏造成的经济损失以及对当期利润的影响。公司将根据诉讼的进展情况及时履行信息披露义务。 | | 2015 年 3 月 14 日 | 项进展的公告》披露于巨潮资讯网 |

36

## 二、 重大诉讼的说明

关于"二、重大诉讼仲裁事项"中所描述如下，报告期内，公司发生律师费、差旅费共计481,503.85元人民币，泰山石膏发生律师费、差旅费共计11,432,555.07元人民币。公司报告期发生费用占报告期归属于母公司净利润的1.08%。公司及泰山石膏将持续高度重视，密切关注此事的发展，本着对投资者、消费者和行业负责任的态度，审慎应对和处理。

## 三、媒体质疑情况

□ 适用 √ 不适用

本报告期公司无媒体普遍质疑事项。

## 四、控股股东及其关联方对上市公司的非经营性占用资金情况

□ 适用 √ 不适用

公司报告期不存在控股股东及其关联方对上市公司的非经营性占用资金。

## 五、破产重整相关事项

□ 适用 √ 不适用

公司报告期未发生破产重整相关事项。

## 六、资产交易事项

### 1、收购资产情况

√ 适用 □ 不适用

| 交易对方或最终控制方 | 被收购或置入资产 | 交易价格（万元）（注2） | 进展情况 | 对公司经营的影响（注3） | 对公司损益的影响（注4） | 该资产为上市公司贡献的净利润占净利润总额的比率 | 是否为关联交易 | 与交易对方的关联关系（适用关联交易情形 | 披露日期（注5） | 披露索引 |
|---|---|---|---|---|---|---|---|---|---|---|
| 威尔达（抚顺）重工有限公司 | 威尔达（辽宁）环保材料有限公司66%的股权 | 962.02 | 完成 | 无影响 | 91.38 | 0.08% | 否 | 第三方 | | |
| 朱延平 | 威尔达（辽宁）环保材料有限 | 495.58 | 完成 | 无影响 | 47.07 | 0.04% | 否 | 第三方 | | |

37

北新集团建材股份有限公司 2014 年年度报告全文

（16）根据公司与北京北新家园物业管理有限公司于2014年6月30日签订的《公寓楼物业租赁合同》

规定，北京北新家园物业管理有限公司将位于北京市海淀区西三旗建材城西路39号院1号楼二、三单元（二

层除外）房屋租赁给北新建材作为青年员工的公寓楼。该租赁房租赁期为一年（即2014年6月1日至2015年

5月31日），每期（月）租金为51,600.00元。

**2、或有事项**

**（1）资产负债表日存在的重要或有事项**

关于石膏板诉讼事件及最新进展

（一）自2009年起，美国多家房屋业主、房屋建筑公司等针对包括本公司及本公司所属的二级子公司

--泰山石膏股份有限公司（以下简称"泰山石膏"）等多家中国石膏板生产商在内的数十家企业提起多起诉

讼，以石膏板存在质量问题为由，要求赔偿其宣称因石膏板质量问题产生的各种损失。截至本财务报告日，

由于泰山石膏未参加美国路易斯安那州东区联邦地区法院进行的判决债务人审查，美国地区法院判定泰山

石膏藐视法庭，判令泰山石膏支付原告代理律师1.5万美元的律师费，判令泰山石膏支付4万美元作为藐视

法庭行为的罚款，并判定泰山石膏以及泰山石膏的任何关联方或子公司被禁止在美国进行任何商业活动或

除非泰山石膏参加本审判程序，如果泰山石膏违反禁止令，必须支付其自身或其违反本判令的关联方违反

行为当年盈利的25%作为进一步的罚款。

（二）本公司截止2015年3月18日对美国关于使用中国石膏板诉讼事件的最新进展如下：

1.泰山石膏决定支付上述（一）中所述的原告代理律师1.5万美元、藐视法庭行为的罚款4万美元，（已

向美国法院支付了藐视法庭行为的罚款4万美元）。并且，泰山石膏同意支付此诉讼事件前期由美国法院

做出的缺席判决赔偿金额2,758,356.52美元及自2010年5月起计算的利息；但泰山石膏申明，其同意支付前

述款项并不代表山石膏认可此诉讼事件的缺席判决内容，采取该等措施仅是为了申请撤销藐视法庭判令并

在撤销藐视法庭判令后参与石膏板诉讼事件的应诉及进行抗辩。

2. 本公司之前未参与美国石膏板诉讼案件的审理，考虑到目前诉讼的进展情况，本公司已聘请境内外

律师事务所在石膏板诉讼案件中代表本公司应诉并进行抗辩，以维护本公司的自身权益。

3. 本公司和泰山石膏已经聘请境内外律师就本案件的应诉策略以及对公司的影响进行研究和评估，目

前尚无法准确预估本案件可能对公司造成的经济损失及其影响，公司将根据诉讼的进展情况及时披露相关

信息。

### 十四、资产负债表日后事项

**1、 关于石膏板诉讼事件的最新进展**

详见"本附注十三、2或有事项"所述。

**2、利润分配情况**

<div align="right">单位：元</div>

| | |
|---|---:|
| 拟分配的利润或股利 | 300,471,088.30 |
| 经审议批准宣告发放的利润或股利 | 0.00 |

**3、 利润分配情况说明**

根据公司董事会2014年度股利分配预案，公司拟以2014年12月31日的股份总额70,699.0796万股为基数，按每10股向全体股东派发现金红利4.25元（含税），预计将分配现金股利300,471,088.30元；同时，拟实施的资本公积转增股本方案为：拟以2014年12月31日的股份总额70,699.0796万股为基数，每10股转增10股，共计转增70,699.0796万股。该股利分配方案尚需公司2014年度股东大会审议通过。

### 十五、其他重要事项

**1、分部信息**

**（1）公司无报告分部的，或者不能披露各报告分部的资产总额和负债总额的，应说明原因。**

本公司主要产品为石膏板、龙骨等相关新型建材材料，产品同属轻质建材行业且产品应用相关性较强；同时，产品市场间无明显差异。因此，本公司未披露分部信息。

**2、其他对投资者决策有影响的重要交易和事项**

1、截至本财务报告日，在本报告期内北新建材及所属的二级子公司--泰山石膏股份有限公司对美国关于使用中国石膏板诉讼的事件，支付律师费用共计11,914,058.92元应对该诉讼。关于此事项的详细情况见"本附注十三、2或有事项"所述。

2、公司本期收购本公司下属子公司北新房屋有限公司之少数股东股权，收购股权比例为17.50%，收购对价为37,194,762.50元，上述少数股权在收购时点持续计量的公允价值为42,515,555.35元；收购交易已于2014年9月全部完成，收购完成后本公司持有北新房屋有限公司100.00%的股权。

3、截至本资产负债表日，北新建材及其子公司签订的综合授信合同情况如下：

# EXHIBIT 46



# Beijing New Building Materials Public Limited Company

# 2014 Annual Report

**March 2015**

Beijing New Building Materials Public Limited Company 2014 Annual Report

# Section 5  Significant Matters

## 1. Material Litigation and Arbitration

| Basic info on litigation (arbitration) | Amount involved (in US$ 10, 000) | Estimated liabilities incurred or not? | Litigation (arbitration) developments | Litigation (arbitration) results and impact | Execution of litigation (arbitration) judgment | Date of disclosure | Index of disclosures |
|---|---|---|---|---|---|---|---|
| Since 2009, various gypsum board cases against at least dozens of Chinese gypsum board manufacturers including BNBM have been brought by, among others, a number of homeowners and construction companies for the reason of problems in gypsum board, and claimed damages for their acclaimed various losses resulting from gypsum board quality problem | | No | Since 2010, BNBM has retained one US well-known law firm for legal consulting services in relation to US gypsum board litigation. During the reporting period, BNBM didn't participate in any US gypsum board litigation. On February 12, 2015, service of the summons in respect of the civil action initiated by Eduardo and Carmen Amorin individually and on behalf of all others similarly situated plaintiffs from the US District Court has been made on the Company through Beijing Higher People's Court in China. The summons requires the Company to submit letter of response or motion in 60 days. Plaintiffs initiated a new action in the US District Court claiming that the defendants' gypsum board was installed in at least 3,700 homes, residences or other structures owned by the plaintiffs and class members, and the plaintiffs in the Case claimed damages of more than US$1,500 million against the defendants which included, among others, the Company and Taishan Gypsum. In the light of the developments in the litigation, BNBM has engaged PRC and US lawyers respectively, who would represent BNBM respectively to participate in the gypsum board litigation and defend in order to protect the respective interest of BNBM. | Based on the information provided by US lawyers of BNBM, in the course of gypsum board litigation in US, a great number of plaintiffs consecutively joined in the litigation, and cases are consolidated. Currently BNBM can't ascertain the number of plaintiffs and properties involved in the litigation, and it's also hard to accurately anticipate the possible judgment results. BNBM has engaged PRC and US lawyers for considering and assessing the litigation strategy and the impact of the litigation on BNBM. At present, it is difficult to ascertain accurately the economic losses on BNBM and potential impact of the litigation on BNBM's current profits. The Company will make further announcements if and when necessary in accordance with the regulatory | Not yet | 1. Initial disclosure: 5/29/2010<br><br>2. Disclosures in regular reports: 8/20/2010; 10/27/2010; 3/19/2011; 4/28/2011; 8/20/2011; 10/27/2011; 3/20/2012; 4/27/2012; 8/17/2012; 10/27/2012; 3/14/2013; 4/25/2013; 8/20/2013; 10/29/2013; 3/20/2014; 4/24/2014; 8/20/2014; 10/28/2014<br><br>3. Special announcements: 7/19/2014; 8/21/2014; 2/14/2015; 3/14/2015 | 1. Index # of initial disclosure: 2010-009 Announcement In relation to Event about Gypsum Board in US, at http://www.cninfo.com.cn;<br><br>2. Disclosures in all regular reports: references to regular reports from 2010 Interim Report to present;<br><br>3. Special disclosures: No.2014-030 Announcement of Recent Developments in the Gypsum Board Litigation in the US at http://www.cninfo.com.cn; No.2014-037 Announcement of Recent Developments in the Gypsum Board Litigation in the US at http://www.cninfo.com.cn; No.2015-002 Announcement of Recent Developments in the Gypsum Board Litigation in the US at http://www.cninfo.com.cn; No.2015-003 Announcement of Recent Developments in |

| | | | | requirements. | | | the Gypsum Board Litigation in the US at http://www.cninfo.com.cn |
|---|---|---|---|---|---|---|---|
| Since 2009, various gypsum board cases against at least dozens of Chinese gypsum board manufacturers including Taishan Gypsum have been brought by, among others, a number of homeowners and construction companies for the reason of problems in gypsum board, and claimed damages for their acclaimed various losses resulting from gypsum board quality problem | | No | Since 2010, Taishan Gypsum has engaged one US well-known law firm to act on its behalf in the gypsum board litigation in the US. Taishan Gypsum requested to vacate the default judgment and the preliminary entry of the default order and to dismiss legal action on the ground that the US courts did not have personal jurisdiction, however, part of motions had been dismissed. Before Taishan Gypsum responded to any legal action, a US district court had made a default judgment against Taishan Gypsum in Germano case involving the owners of seven properties in the sum of US$2,758,356.52 with interest accruing from May 2010. Except the Germano case, the US court has not made substantive judgment on other cases.<br><br>As a result of the refusal of Taishan Gypsum to participate in a Judgment Debtor Examination held in the United States District Court of Eastern District of Louisiana, the US District Court held Taishan Gypsum in contempt of court, ordering it to pay US$15,000 in attorney's fees to the plaintiffs' counsel, to pay US$40,000 as a penalty for contempt, enjoining Taishan Gypsum and its affiliates or subsidiaries from conducting any business in the US until or unless it participates in the judicial process, and, if it violates the injunction, to pay a further penalty of 25% of the profits earned by Taishan Gypsum or its affiliates who violate the order for the year of violation. In addition, Taishan Gypsum got to know that: Plaintiffs initiated a new action in the US District Court claiming that the defendants' gypsum board was installed in at least 3,700 homes, residences or other structures owned by the plaintiffs and class members, and the plaintiffs in the Case claimed damages of more than US$1,500 million against the defendants which included, among others, Taishan Gypsum and BNBM. In the light of the developments in the litigation, Taishan Gypsum has engaged PRC and US lawyers respectively, who would | Before Taishan Gypsum responded to any legal action, the US District Court for the Eastern District of Louisiana had made a default judgment against Taishan Gypsum in the sum of US$2,758,356.52 with interest accruing from May 2010 to the owners of seven properties. Based on the information provided by US lawyers of Taishan Gypsum, in the course of gypsum board litigation in US, a great number of plaintiffs consecutively joined in the litigation, and cases are consolidated. Currently Taishan Gypsum can't ascertain the number of plaintiffs and properties involved in the litigation, and it's also hard to accurately anticipate the possible judgment results. Taishan Gypsum has engaged PRC and US lawyers for considering and assessing the litigation strategy and the impact of the litigation on Taishan Gypsum. At present, it is difficult to ascertain accurately the economic losses on Taishan Gypsum and potential impact of the litigation on current profits. The Company will make further | Not yet | |

| | | | represent Taishan Gypsum respectively to participate in the gypsum board litigation and defend in order to protect the respective interest of Taishan Gypsum. As Taishan Gypsum would only be allowed to participate in the litigation and defend its case after the Contempt Order has been discharged, Taishan Gypsum has paid the US District Court the penalty for contempt of court in the sum of US$40,000 and agreed to pay the plaintiffs' attorney's fees in the sum of US$15,000. Recently, as the basis for the US District Court's Contempt Order was the non-participation by Taishan Gypsum in the Judgment Debtor Examination meeting following the default judgment in the Germano case, Taishan Gypsum has also agreed to pay US$2,758,356.52 under the default judgment in the Germano case together with interest accrued from May 2010. Taishan Gypsum has stated that its agreement to make the above payments is not to be taken as its acceptance of the content of the default judgment in the Germano case, and that the taking of such steps was simply to enable it to apply for the discharge of the Contempt Order and to participate in and defend the litigation of gypsum board cases after such discharge. | announcements if and when necessary. | | | |

Pages 35 & 36

**II. Explanations on Material Litigation**

In relation to the litigation mentioned in the "I. Material litigation and arbitration," during the reporting period, the Company had incurred attorney's fee and travel expenses totaling to RMB481,503.85 yuan, and Taishan Gypsum had incurred attorney's fee and travel expenses totaling to RMB 11,432,555.07 yuan. The expenses incurred in this reporting period accounts for 1.08% of net profits attributable to the Parent Company. The Company and Taishan Gypsum would continue to attach great importance and keep a close eye on this event's developments, prudently respond to and deal with this event on the attitude of being responsible to investors, consumers and the industry.

……

......
**2. Contingent matters**
**(1) Important contingent matters existing on the date of balance sheet**
Gypsum board litigation and recent developments
(i) Since 2009, various gypsum board cases against at least dozens of Chinese gypsum board manufacturers including the Company and our second-tier subsidiary – Taishan Gypsum Co., Ltd. ("Taishan Gypsum" below) have been brought by, among others, a number of homeowners and construction companies in the US for the reason of problems in gypsum board, to claim damages for their acclaimed various losses resulting from gypsum board quality problem. Up to the date of this Financial Report, as a result of the refusal of Taishan Gypsum to participate in a Judgment Debtor Examination held in the United States District Court of Eastern District of Louisiana, the US District Court held Taishan Gypsum in contempt of court, ordering it to pay US$15,000 in attorney's fees to the plaintiffs' counsel, to pay US$40,000 as a penalty for contempt, enjoining Taishan Gypsum and its affiliates or subsidiaries from conducting any business in the US until or unless it participates in the judicial process, and, if it violates the injunction, to pay a further penalty of 25% of the profits earned by Taishan Gypsum or its affiliates who violate the order for the year of violation.

(ii) As of March 18, 2015, the Company has the recent developments in the gypsum board litigation in the US as follows:

1. Taishan Gypsum agreed to pay the plaintiffs' attorney's fees in the sum of US$15,000 and the penalty for contempt of court in the sum of US$40,000 (the penalty for contempt of court in the sum of US$40,000 has been paid to US District Court) as mentioned in the above (i) paragraph. Taishan Gypsum has also agreed to pay US$2,758,356.52 under the default judgment in this litigation together with interest accrued from May 2010; but Taishan Gypsum has stated that its agreement to make the above payments is not to be taken as its acceptance of the content of the default judgment in this litigation, and that the taking of such steps was simply to enable it to apply for the discharge of the Contempt Order and to participate in and defend the litigation of gypsum board cases after such discharge.

2. The Company didn't participate in the trial of gypsum board cases in the US before, and in the light of the current developments in the litigation, the Company has engaged PRC and US lawyers respectively, who would represent the Company respectively to participate in the gypsum board litigation and defend in order to protect the respective interest of the Company.

3. The Company and Taishan Gypsum has engaged PRC and US lawyers for considering and assessing the litigation strategy and the impact of the litigation on the Company. At present, it is difficult to ascertain accurately the potential economic losses and impact of the litigation on the Company. The Company will make timely disclosures of relevant information in accordance with the litigation developments.

Beijing New Building Materials Public Limited Company 2014 Annual Report

……

**XII. Other Important Matters**
**……**

**2. Other important transactions and matters that will have an impact on the decisions of investors**

1.Up to the date of this report, during this reporting period, BNBM and our second-tier subsidiary Taishan Gypsum Co., Ltd. had paid RMB 11,914,058.92 yuan of attorney's fee to respond to the litigation on the use of gypsum board in US. See details about this matter at "Note XIII. 2 Contingent Matters."

# EXHIBIT 47

股票简称：北新建材　　　股票代码：000786　　　公告编号：2014-030

北新集团建材股份有限公司

关于美国石膏板诉讼事项进展的公告

**本公司及董事会全体成员保证信息披露的内容真实、准确、完整，没有虚假记载、误导性陈述或重大遗漏。**

2014 年 7 月 17 日，北新集团建材股份有限公司（以下简称"公司"或"北新建材"）接到控股子公司泰山石膏股份有限公司（以下简称"泰山石膏"）的书面通知，泰山石膏在美国石膏板诉讼的部分案件中以法院不存在属人管辖权为由提出的撤销缺席判决、撤销初步缺席判令、驳回诉讼的动议已被驳回。由于泰山石膏不认同美国法院拥有管辖权，并反对由不具备管辖权的法院审理实体争议，泰山石膏经过慎重考虑，决定不再参与美国法院进行的所有针对泰山石膏的美国石膏板诉讼案件。

关于泰山石膏及北新建材涉及的美国石膏板诉讼，公司于 2010 年 5 月 29 日在指定信息披露媒体公告了《关于美国石膏板事件的公告》(公告编号：2010-009)，之后，公司在历年的定期报告中对该诉讼进行了持续性信息披露（详见公司历年定期报告）。现对美国石膏板诉讼事项进展有关情况说明如下：

**一、泰山石膏涉诉情况**

自 2009 年起，美国多家房屋业主、房屋建筑公司等针对包括至少数十家中国石膏板生产商在内的多家企业提起多起诉讼，涉案金额将由美国法

1



院通过审理确定。自 2010 年开始，泰山石膏聘请了美国知名律师事务所代表泰山石膏应诉。在泰山石膏应诉之前，美国路易斯安那州东区联邦地区法院已就 r 案件对泰山石膏作出缺席判决，判决泰山石膏向七处物业的业主赔偿 2 758 356 52 美元及自 2010 年 5 月起计算的利息。

泰山石膏以不存在属人管辖权为由，提出撤销缺席判决、撤销初步缺席判令、驳回诉讼的动议，但部分动议已被美国法院驳回。目前，关于除 r 案件之外的其他案件，美国法院尚未作出实体判决。根据泰山石膏的美国律师的通知，在下一步诉讼程序中，美国各法院将陆续组织案件的实体审理。

泰山石膏一直认为美国法院对于原告提出的诉讼请求没有管辖权，如果原告对泰山石膏有任何权利主张，应当在泰山石膏有管辖权的中国法院通过诉讼解决。但是，经过昂贵和漫长的审理程序，泰山石膏基于管辖权异议提出的动议被美国法院驳回，泰山石膏对此深感失望，并且不认同该结果。尽管泰山石膏坚信、有关科研结论也证实泰山石膏的产品是安全、合格的，但是泰山石膏不同意由不具备管辖权的法院审理实体争议。基于上述原因，泰山石膏经过慎重考虑，决定不再参与美国法院进行的所有针对泰山石膏的美国石膏板诉讼案件。泰山石膏预计，美国各法院可能将在近期开始陆续作出针对泰山石膏的缺席实体判决。

截至 2014 年 6 月 30 日，泰山石膏就美国石膏板诉讼案件累计已经支付的律师费金额约为 8 800 万元人民币。

**二、北新建材涉诉情况**

北新建材了解到公司作为被告之一也被列在美国石膏板诉讼的多起案件中。自 2010 年开始，北新建材聘请了美国知名律师事务所，就美国石膏板诉讼有关问题提供法律咨询服务。北新建材未参与任何美国石膏板诉讼。北新建材预计，美国各法院可能将在近期开始陆续作出针对北新建材的缺席实体判决。

截至 2014 年 6 月 30 日，北新建材就美国石膏板诉讼案件累计已经支付的律师费金额约为 1 400 万元人民币。

**三、美国石膏板诉讼的影响**

据北新建材和泰山石膏的美国律师提供的信息，在美国石膏板诉讼过程中，有数量众多的原告陆续加入诉讼，还有案件出现合并的情况。目前北新建材和泰山石膏无法确认案件涉及的原告和物业的数量，也难以准确预测可能的判决结果，但据北新建材和泰山石膏的美国律师估计，美国法院缺席判决北新建材和泰山石膏的赔偿金额可能是巨大的。

北新建材及泰山石膏的主要资产均在中国国内。经咨询美国和中国律师的意见，因为中国和美国之间不存在关于互相承认和执行对方国家法院判决的公约或条约，律师认为美国法院判决在中国获得执行的可能性很低。因此美国法院的判决不会对北新建材及泰山石膏造成重大经济损失，不会对北新建材的当期净利润构成重大不利影响。

如果美国石膏板诉讼的原告另外在中国有管辖权的法院向北新建材和泰山石膏提起诉讼，北新建材和泰山石膏将依法积极应对。

**四、关于公司石膏板产品质量的说明**

石膏板是重要的建筑装饰材料之一，相对于传统建筑材料，具有防火、隔音、节能及经济等优点，是全球公认的绿色、安全、环保的新型建筑材料，目前在美国、欧洲等发达国家和地区被广泛使用。

北新建材和泰山石膏一贯重视产品质量。北新建材和泰山石膏导入并建立了 9001 质量管理体系、 14001 环境管理体系、 28001 职业健康安全管理体系、 10012 管理体系和环境标志产品保障措施，同时石膏板产品也获得包括美国 认证和英国 认证在内的相关国际质量认证。

美国石膏板事件发生后，中国政府高度重视，2009 年 5 月至 2010 年 6 月，中国相关政府部门组织了两次全国性石膏板专项检查，检查范围包括北新建材和泰山石膏生产的石膏板，检查结果表明，北新建材和泰山石膏被抽检产品全部符合质量标准，未发现质量问题。

公司将就所涉美国石膏板诉讼的进展情况及时履行信息披露义务，敬请投资者注意投资风险。

特此公告。

北新集团建材股份有限公司

2014 年 7 月 18 日



# EXHIBIT 48

Stock name: BNBM          Stock code: 000786          Announcement No.: 2014-030

**Announcement of Beijing New Building Materials Public Limited Company in Relation to the Developments of Gypsum Board Litigation in the US**

**The Company and all members of the board of directors hereby warrant the truthfulness, accuracy and completeness of the contents of this announcement, and that there are no false representations, misleading statements or material omissions contained herein.**

On July 17, 2014, Beijing New Building Materials Public Limited Company (Hereinafter "BNBM") was notified in writing by Taishan Gypsum Company Limited (hereinafter "Taishan Gypsum"), a held subsidiary of BNBM, that the motions of Taishan Gypsum in respect of some of the gypsum board litigation cases in the United States of America (the "US") to vacate the default judgment and the preliminary entry of the default order and to dismiss legal action on the ground that the US courts did not have personal jurisdiction had been dismissed. As Taishan Gypsum does not agree that the US courts have jurisdiction and objects to the substantive disputes being heard by a court without jurisdiction, it has, after due and careful consideration, decided not to continue to participate in any of the gypsum board litigation brought against Taishan Gypsum in the US courts.

For the gypsum board litigation in US against Taishan Gypsum and BNBM, the Company published the Announcement in Relation to the Event about Gypsum Board in US (Announcement No. 2010-009) on May 29, 2010 on the media designated for information disclosure, and hereafter, the Company has made continuous information disclosure in regular reports of past years (see details in the regular reports of past years). See below for the developments of gypsum board litigation in the US.

**I. Cases of Taishan Gypsum**

Since 2009, various gypsum board cases against a number of enterprises including at least dozens of Chinese gypsum board manufacturers have been brought by, among others, a number of homeowners and construction companies in the US, and the amounts

involved will be determined by the US courts after the hearings. Since 2010, Taishan Gypsum has engaged one US well-known law firm to act on its behalf in the gypsum board litigation in the US. Before Taishan Gypsum responded to any legal action, the United States District Court of Eastern District of Louisiana had made a default judgment against Taishan Gypsum in Germano case involving the owners of seven properties in the sum of US$2,758,356.52 with interest accruing from May 2010.

Taishan Gypsum had filed motions to vacate the default judgments and the preliminary entry of the default orders and to dismiss legal action on the ground that the US courts did not have personal jurisdiction, but some of the motions had been dismissed by the US courts. Currently, apart from the above one case, the US courts have not made any substantive ruling on merits in respect of the gypsum board cases. According to a notice from Taishan Gypsum's US lawyers, the US courts would successively organize the substantive hearing on merits of various cases in the next stage of the proceedings.

Taishan Gypsum has always been of the view that the US courts have no jurisdiction on the actions brought by the plaintiffs and that if the plaintiffs want to make any claims against Taishan Gypsum, they should bring and resolve their legal actions in the competent courts in China which have jurisdiction over Taishan Gypsum. However, after the expensive and lengthy hearings, the motions made by Taishan Gypsum disputing the jurisdiction of the US courts had been dismissed by the US courts. Taishan Gypsum is deeply disappointed about, and does not agree to, such rulings. Although Taishan Gypsum firmly believes, as supported by relevant scientific research, that the products of Taishan Gypsum are safe and up to standard, Taishan Gypsum does not agree to the substantive dispute being heard by a court without jurisdiction. Thus, Taishan Gypsum has, after due and careful consideration, decided not to continue to participate in any of the gypsum board litigation in the US brought against Taishan Gypsum in the US courts.

As of June 30, 2014, Taishan Gypsum accumulatively paid about RMB 88 million yuan of attorney's fee for the gypsum board litigation in the US.

**II. Cases of BNBM**

BNBM has been listed as one of the defendants in various gypsum board litigation cases in the US. Since 2010, BNBM has engaged one US well-known law firm for legal consulting services in relation to the gypsum board litigation in the US. BNBM has not participated in any gypsum board litigation in the US. BNBM expects that the US courts may begin to make substantive default judgments on merits against it in the near future.

As of June 30, 2014, BNBM accumulatively paid about RMB 14 million yuan of attorney's fee for the gypsum board litigation in the US.

**III. Impact of the Gypsum Board Litigation in the US**

According to information provided by the US lawyers of BNBM and Taishan Gypsum, during the course of the gypsum board litigation in the US, a large number of plaintiffs are gradually joining the proceedings, and there are situations where cases are being merged. At present, it is unable to ascertain the number of plaintiffs and properties involved in the cases, and it is also difficult to accurately predict the possible rulings. However, the US lawyers of BNBM and Taishan Gypsum estimated that the damages that might be imposed in the US court's default judgments for the gypsum board cases might be very large.

The major assets of BNBM and Taishan Gypsum are all located in China. According to the US and Chinese lawyers whom BNBM and Taishan Gypsum have respectively consulted, there is no convention or treaty on mutual recognition and enforcement of judgments between China and the US such that the possibility of the US judgments being enforced in China is very low. Therefore, the US courts' judgments will not result in significant economic loss to BNBM or Taishan Gypsum, and will not have material adverse impact on the BNBM's net profits for the current period.

If the plaintiffs in the gypsum board litigation in the US bring any action against BNBM and Taishan Gypsum in the competent courts in China with jurisdiction, BNBM and Taishan Gypsum will actively respond in accordance with law.

**IV. Quality of the Company's Gypsum Board Products**

Gypsum board is one of the important building and decorative materials. Compared to traditional building materials, it has the advantages of fireproofing, soundproofing, energy saving and cost efficiency, and is globally recognized as a green, safe and environmentally friendly new type of building material. Currently it is widely used in developed countries and regions such as the US and Europe.

BNBM and Taishan Gypsum have consistently been emphasizing the importance of product quality. BNBM and Taishan Gypsum have introduced and established a series of measures, such as ISO9001 Quality Management System, ISO14001 Environment Management System, GB/T28001 Occupational Health and Safety Management System, ISO10012 Management System and Environmental Label Safeguarding Measures. In addition, our gypsum board products have obtained relevant international quality accreditations, including the US's UL accreditation and the United Kingdom's BS accreditation.

After the occurrence of the gypsum board incidents in the US, the Chinese government has attached high importance to it. During the period from May 2009 to June 2010, the relevant Chinese governmental authorities organized two national specific gypsum board inspections the scope of which covered the gypsum boards produced by BNBM and Taishan Gypsum. The inspection results indicated that all inspected samples of gypsum boards produced by BNBM and Taishan Gypsum complied with the quality standards and no quality defects had been identified.

The Company will make timely information disclosure in relation to the developments of gypsum board litigation in the US, and we respectively ask investors to pay attention to the investment risk.

Beijing New Building Materials Public Limited Company

July 18, 2014

Page 4

# EXHIBIT 49

股票简称：北新建材   股票代码：000786   公告编号：2014-037

北新集团建材股份有限公司

关于美国石膏板诉讼事项进展的公告

本公司及董事会全体成员保证信息披露的内容真实、准确、完整，没有虚假记载、误导性陈述或重大遗漏。

2014 年 8 月 19 日，北新集团建材股份有限公司（以下简称"北新建材"）接到控股子公司泰山石膏股份有限公司（以下简称"泰山石膏"）的通知：泰山石膏获知，由于其未参加美国路易斯安娜州东区联邦地区法院（以下简称"美国地区法院"）进行的判决债务人审查，美国地区法院近日判定泰山石膏藐视法庭，判令泰山石膏支付原告代理律师 1.5 万美金的律师费，判令泰山石膏支付 4 万美金作为藐视法庭行为的罚款，并判令泰山石膏以及泰山石膏的任何关联方或子公司（affiliates or subsidiaries）被禁止在美国进行任何商业活动直到或除非泰山石膏参加本审判程序，如果泰山石膏违反禁止令，必须支付其自身或其违反本判令的关联方违反行为当年盈利的 25%作为进一步的罚款。此外，泰山石膏还获知，原告近日向美国地区法院提起新的诉讼，原告主张被告的石膏板被安装在原告和集体成员的至少 3700 栋房屋、住宅或其他建筑物中，原告向包括泰山石膏、北新建材在内的多名被告主张超过 15 亿美元的赔偿。

有关美国石膏板诉讼的影响详见北新建材于 2014 年 7 月 19 日刊



登在巨潮资讯网的《关于美国石膏板诉讼事项进展的公告》（公告编号：2014-030）。

北新建材将就所涉美国石膏板诉讼的进展情况及时履行信息披露义务，敬请投资者注意投资风险。

特此公告。

北新集团建材股份有限公司

2014 年 8 月 20 日



# EXHIBIT 50

Stock name: BNBM          Stock code: 000786          Announcement No.: 2014-037

**Announcement of Beijing New Building Materials Public Limited Company in Relation to the Developments of Gypsum Board Litigation in the US**

**The Company and all members of the board of directors hereby warrant the truthfulness, accuracy and completeness of the contents of this announcement, and that there are no false representations, misleading statements or material omissions contained herein.**

On August 19, 2014, Beijing New Building Materials Public Limited Company (Hereinafter "BNBM") was notified by Taishan Gypsum Company Limited (hereinafter "Taishan Gypsum"), a held subsidiary of BNBM, that:  as a result of the refusal of Taishan Gypsum to participate in a recent Judgment Debtor Examination held in the United States District Court of Eastern District of Louisiana (the "US District Court"), the US District Court held Taishan Gypsum in contempt of court, ordering it to pay US$15,000 in attorney's fees to the plaintiffs' counsel, to pay US$40,000 as a penalty for contempt, enjoining Taishan Gypsum and its affiliates or subsidiaries from conducting any business in the US until or unless it participates in the judicial process, and, if it violates the injunction, to pay a further penalty of 25% of the profits earned by Taishan Gypsum or its affiliates who violate the order for the year of violation. Separately, Taishan Gypsum was notified that other plaintiffs have recently initiated a new action in the US District Court claiming that the defendants' gypsum board was installed in at least 3,700 homes, residences or other structures owned by the plaintiffs and class members. The plaintiffs claimed damages of more than US$1,500 million against the defendants which included, among others, BNBM and Taishan Gypsum.

For the impact of gypsum board litigation in the US, reference is made to the

Page 1

Announcement of BNBM in Relation to the Developments of Gypsum Board Litigation in the US (Announcement No.: 2014-030) published on the website of CNINFO on July 19, 2014.

The Company will make timely information disclosure in relation to the developments of gypsum board litigation in the US, and we respectively ask investors to pay attention to the investment risk.

Beijing New Building Materials Public Limited Company

August 20, 2014

Page 2

# EXHIBIT 51

证券简称: 北新建材　　证券代码: 000786　　公告编号: 2015-002

北新集团建材股份有限公司
关于美国石膏板诉讼事项进展的公告

本公司及董事会全体成员保证信息披露的内容真实、准确、完整，没有虚假记载、误导性陈述或重大遗漏。

一、美国石膏板诉讼的最新进展

北新集团建材股份有限公司（以下简称"公司"或"北新建材"）于2015年2月12日接到美国路易斯安那州东区联邦地区法院通过北京市高级人民法院转送达的关于EDUARDO和CARMEN AMORIN个人，并代表类似情形的所有人起诉案件（案件编号：2:14-cv-1727, 以下简称"AMORIN案"）的民事诉讼传票，传票要求公司在60日提交答辩书或动议。在该案中，原告因其声称的石膏板质量问题对包括公司、泰山石膏股份有限公司（以下简称"泰山石膏"）在内的多家被告提起诉讼，原告主张被告的石膏板被安装在原告和集体成员的至少3700个住房、居所或其他结构中，原告向包括公司和泰山石膏在内的多家被告主张超过15亿美元的赔偿。

二、美国石膏板诉讼情况

自2009年起，美国多家房屋业主、房屋建筑公司等针对包括公司及泰山石膏等多家中国石膏板生产商在内的数十家企业提起多起诉讼，以石膏板存在质量问题为由，要求赔偿其宣称因石膏板质量问题

产生的各种损失。诉讼的具体情况详见公司于2010年5月29日在指定信息披露媒体公告的《关于美国石膏板事件的公告》（公告编号：2010-009）、于2014年7月19日在指定信息披露媒体公告的《关于美国石膏板诉讼事项进展的公告》（公告编号：2014-030）、于2014年8月21日在指定信息披露媒体公告的《关于美国石膏板诉讼事项进展的公告》（公告编号：2014-037）。根据北新建材及泰山石膏的了解：

1、在泰山石膏应诉之前，美国路易斯安那州东区联邦地区法院已就Germano案件对泰山石膏作出缺席判决，判决泰山石膏向七处物业的业主赔偿2,758,356.52美元及自2010年5月起计算的利息。除Germano案件之外的其他案件，美国法院目前尚未作出实体判决。

2、对于涉及泰山石膏的多起诉讼，泰山石膏以不存在属人管辖权等理由，提出撤销缺席判决、撤销初步缺席判令、驳回诉讼等动议，但这些动议目前都已经被驳回。

3、美国地区法院于2014年7月判定泰山石膏藐视法庭，判令泰山石膏支付原告代理律师1.5万美金的律师费，判令泰山石膏支付4万美金作为藐视法庭行为的罚款，并判令泰山石膏以及泰山石膏的任何关联方或子公司（affiliates or subsidiaries）被禁止在美国进行任何商业活动直到或除非泰山石膏参加本审判程序，如果泰山石膏违反禁止令，必须支付其自身或其违反本判令的关联方违反行为当年盈利的25%作为进一步的罚款。

4、原告在多起诉讼中将包括公司的控股股东、实际控制人在内多家单位作为共同被告。

2

### 三、美国石膏板诉讼的影响

自2010年开始,北新建材聘请了美国知名律师事务所就美国石膏板诉讼有关问题提供法律咨询服务;泰山石膏聘请了美国知名律师事务所代表泰山石膏应诉。据北新建材和泰山石膏的美国律师提供的信息,在美国石膏板诉讼过程中,有数量众多的原告陆续加入诉讼,还有案件出现合并的情况。目前北新建材和泰山石膏无法确认案件涉及的原告和物业的数量,也难以准确预测可能的判决结果,但据公司的美国律师估计,如果该案件判决北新建材和泰山石膏败诉,则判决赔偿金额可能是巨大的。

截至2014年12月31日,公司就美国石膏板诉讼案件累计已经支付的律师费金额约为1,440万元人民币,泰山石膏就美国石膏板诉讼案件累计已经支付的律师费金额约为9,000万元人民币。公司将联络并委托美国律师就此案件提供法律服务。

北新建材及泰山石膏的主要资产均在中国国内。经咨询美国和中国律师的意见,因为中国和美国之间不存在关于互相承认和执行对方国家法院判决的公约或条约,律师认为美国法院判决在中国获得执行的可能性很低。北新建材和泰山石膏已经联系境内外律师就该案件的应对措施以及对公司的影响进行研究和评估,目前尚无法准确预估该案件可能对公司造成的经济损失以及对当期利润的影响,公司将根据诉讼的进展情况及时履行信息披露义务。

### 四、其他相关事项

公司接到公司实际控制人中国建筑材料集团有限公司通知,中国

建筑材料集团有限公司和公司的直接控股股东中国建材股份有限公司、间接控股股东北新建材集团有限公司也于近日接到了美国路易斯安那州东区联邦地区法院通过北京市高级人民法院转送达的AMORIN案的民事诉讼传票。中国建筑材料集团有限公司、中国建材股份有限公司、北新建材集团有限公司等亦被列为此案被告。

　　公司将就所涉美国石膏板诉讼的进展情况及时履行信息披露义务，敬请投资者注意投资风险。

　　特此公告。


北新集团建材股份有限公司

2015 年 2 月 13 日



# EXHIBIT 52

Stock name: BNBM          Stock code: 000786          Announcement No.: 2015-002

**Announcement of Beijing New Building Materials Public Limited Company in Relation to the Developments of Gypsum Board Litigation in the US**

**The Company and all members of the board of directors hereby warrant the truthfulness, accuracy and completeness of the contents of this announcement, and that there are no false representations, misleading statements or material omissions contained herein.**

## I. Further Developments in the Gypsum Board Litigation in the US

Service of the summons in respect of the civil action initiated by Eduardo and Carmen Amorin individually and on behalf of all others similarly situated plaintiffs (Case No.: 2:14-cv-1727) (the "Amorin Case") from the United States District Court of Eastern District of Louisiana (the "US District Court") has been made on Beijing New Building Materials Public Limited Company (hereinafter "the Company" or "BNBM") through Beijing Higher People's Court in China on February 12, 2015. The summons requires the Company to file a letter of defense or motion within 60 days. In this case, the plaintiffs claimed that the problem gypsum board of several defendants, including the Company and Taishan Gypsum Company Limited (hereinafter "Taishan Gypsum") was installed in at least 3,700 homes, residences or other structures owned by the plaintiffs and class members. The plaintiffs claimed damages of more than US$1,500 million against the defendants which included, among others, BNBM and Taishan Gypsum.

## II. Gypsum Board Litigation in the US

Since 2009, various gypsum board cases against a number of enterprises including at least dozens of Chinese gypsum board manufacturers including the Company and Taishan Gypsum have been brought by, among others, a number of homeowners and construction companies in the US, for the reason of problems in gypsum board, and plaintiffs claimed damages for various losses resulting from the quality problem in gypsum board. For the litigation details, references are made to the Announcement in

Page 1

Relation to the Event about Gypsum Board in US (Announcement No. 2010-009) published on May 29, 2010 on the designated media for information disclosure, and in the Announcement in Relation to the Developments of Gypsum Board Litigation in the US (Announcement No.: 2014-030) published on July 19, 2014 on the designated media for information disclosure. Based on the information of BNBM and Taishan Gypsum:

1. Before Taishan Gypsum responded to any legal action, the United States District Court of Eastern District of Louisiana had made a default judgment against Taishan Gypsum in Germano case involving the owners of seven properties in the sum of US$2,758,356.52 with interest accruing from May 2010. Currently, apart from the above one case, the US courts have not made any substantive ruling on merits in respect of the gypsum board cases.

2. Taishan Gypsum had filed motions to vacate the default judgments and the preliminary entry of the default orders and to dismiss legal action on the ground that the US courts did not have personal jurisdiction, but these motions had been dismissed.

3. The US District Court held Taishan Gypsum in contempt of court in July 2014, ordering it to pay US$15,000 in attorney's fees to the plaintiffs' counsel, to pay US$40,000 as a penalty for contempt, enjoining Taishan Gypsum and its affiliates or subsidiaries from conducting any business in the US until or unless it participates in the judicial process, and, if it violates the injunction, to pay a further penalty of 25% of the profits earned by Taishan Gypsum or its affiliates who violate the order for the year of violation.

4. Plaintiffs list many entities including the holding shareholder and the actual controller of the Company as co-defendants in a number of cases.

Page 2

### III. Impact of the Gypsum Board Litigation in the US

Since 2010, BNBM has engaged one US well-known law firm for legal consultation services in relation to the gypsum board litigation in the US; Taishan Gypsum has engaged one US well-known law firm to act on its behalf for defense. According to information provided by the US lawyers of BNBM and Taishan Gypsum, during the course of the gypsum board litigation in the US, a large number of plaintiffs are gradually joining the proceedings, and there are situations where cases are being merged. At present, it is unable to ascertain the number of plaintiffs and properties involved in the cases, and it is also difficult to accurately predict the possible rulings. However, the US lawyers of the Company estimated that the damages might be very large if BNBM and Taishan Gypsum lose their cases.

As of December 31, 2014, the Company has accumulatively paid RMB 14.4 million yuan of attorney's fee for the gypsum board litigation in the US, Taishan Gypsum has accumulatively paid RMB 90 million yuan of attorney's fee for the gypsum board litigation in the US. The Company will contact and retain US lawyers for legal services in this case.

The major assets of BNBM and Taishan Gypsum are all located in China. According to the US and Chinese lawyers whom BNBM and Taishan Gypsum have respectively consulted, there is no convention or treaty on mutual recognition and enforcement of judgments between China and the US such that the possibility of the US judgments being enforced in China is very low. BNBM and Taishan Gypsum have contacted PRC and US lawyers for countermeasures and for considering and assessing the impact on the Company; at present, it is difficult to accurately predict the impact of this case on the possible economic losses of the Company and the impact on the net profits for the current period. The Company will make timely information disclosure in relation to the developments of the litigation.

### IV. Other Relevant Matters

The Company was notified by our actual controller China National Building Material Group Corporation that:  China National Building Material Group Corporation and the Company's direct holding shareholder China National Building Material Company Limited have also been served with the summons of civil action in respect of Amorin Case from the United States District Court of Eastern District of Louisiana through Beijing Higher People's Court. China National Building Material Group Corporation, China National Building Material Company and Beijing New Building Materials Public Limited Company, among others, are listed as defendants in this case.

The Company will make timely information disclosure in relation to the developments of gypsum board litigation in the US, and we respectively ask investors to pay attention to the investment risk.

Beijing New Building Materials Public Limited Company

February 13, 2015

Page 4

# EXHIBIT 53

证券简称：北新建材　证券代码：000786　公告编号：2015-003

北新集团建材股份有限公司
关于美国石膏板诉讼事项进展的公告

　　本公司及董事会全体成员保证信息披露的内容真实、准确、完整、没有虚假记载、误导性陈述或重大遗漏。

　　一、美国石膏板诉讼的基本情况

　　自2009年起，美国多家房屋业主、房屋建筑公司等针对包括北新集团建材股份有限公司（以下简称"北新建材"）和泰山石膏股份有限公司（以下简称"泰山石膏"）等多家中国石膏板生产商在内的数十家企业提起多起诉讼，以石膏板存在质量问题为由，要求赔偿其宣称因石膏板质量问题产生的各种损失。

　　有关美国石膏板诉讼的具体情况详见北新建材于2010年5月29日在指定信息披露媒体公告的《关于美国石膏板事件的公告》（公告编号：2010-009）、于2014年7月19日在指定信息披露媒体公告的《关于美国石膏板事件的公告》（公告编号：2014-030）、于2014年8月21日在指定信息披露媒体公告的《关于美国石膏板事件的公告》（公告编号：2014-037）、于2015年2月14日在指定信息披露媒体公告的《关于美国石膏板诉讼事项进展的公告》（公告编号：2015-002）。

　　二、泰山石膏涉诉情况

　　北新建材日前接到泰山石膏通知，由于泰山石膏未参加美国路易

斯安娜州东区联邦地区法院（以下简称"美国地区法院"）进行的判决债务人审查，美国地区法院于2014年7月判定泰山石膏藐视法庭，判令泰山石膏支付原告代理律师1.5万美金的律师费，判令泰山石膏支付4万美金作为藐视法庭行为的罚款，并判令泰山石膏以及泰山石膏的任何关联方或子公司（affiliates or subsidiaries）被禁止在美国进行任何商业活动直到或除非泰山石膏参加本审判程序，如果泰山石膏违反禁止令，必须支付其自身或其违反本判令的关联方违反行为当年盈利的25% 作为进一步的罚款。

根据泰山石膏的通知，泰山石膏已经聘请境内外律师事务所在石膏板诉讼案件中代表泰山石膏应诉并进行抗辩，以维护泰山石膏的自身权益。由于只有在撤销藐视法庭判令后泰山石膏方可应诉并进行抗辩，因此，泰山石膏向美国法院支付了4万美金，并同意支付1.5万美金的律师费。另外，由于导致美国法院作出藐视法庭判令的原因为泰山石膏没有参加Germano案缺席判决后的债务人审查会议，因此，泰山石膏同意支付Germano案的缺席判决金额2,758,356.52美元及自2010年5月起计算的利息。泰山石膏申明，其同意支付前述款项并不代表泰山石膏认可Germano案的缺席判决内容，采取该等措施仅是为了申请撤销藐视法庭判令并在撤销藐视法庭判令后参与石膏板诉讼案件的应诉及进行抗辩。

**三、北新建材涉诉情况**

北新建材之前未参与美国石膏板诉讼的审理，考虑到目前诉讼的进展情况，北新建材已聘请境内外律师事务所在石膏板诉讼案件中代

表北新建材应诉并进行抗辩，以维护北新建材的自身权益。

## 四、美国石膏板诉讼的影响

北新建材和泰山石膏已经聘请境内外律师就该案件的应诉策略以及对公司的影响进行研究和评估，目前尚无法准确预估该案件可能对公司造成的经济损失以及对当期利润的影响，公司将根据诉讼的进展情况及时履行信息披露义务。

公司将就所涉美国石膏板诉讼的进展情况及时履行信息披露义务，敬请投资者注意投资风险。

特此公告。

北新集团建材股份有限公司

2015 年 3 月 13 日



# EXHIBIT 54

Stock name: BNBM          Stock code: 000786          Announcement No.: 2015-003

**Announcement of Beijing New Building Materials Public Limited Company in Relation to the Developments of Gypsum Board Litigation in the US**

**The Company and all members of the board of directors hereby warrant the truthfulness, accuracy and completeness of the contents of this announcement, and that there are no false representations, misleading statements or material omissions contained herein.**

## I.  Gypsum Board Litigation in the US

Since 2009, various gypsum board cases against a number of enterprises including at least dozens of Chinese gypsum board manufacturers including Beijing New Building Materials Public Limited Company (hereinafter "the Company") and Taishan Gypsum Company Limited (hereinafter "Taishan Gypsum") have been brought by, among others, a number of homeowners and construction companies in the US, for the reason of problems in gypsum board, and plaintiffs claimed damages for various losses resulting from the quality problem in gypsum board.

For the details in relation to the gypsum board litigation in the US, references are made to the Announcement in Relation to the Event about Gypsum Board in US (Announcement No. 2010-009) published on May 29, 2010 on the designated media for information disclosure, in the Announcement in Relation to the Developments of Gypsum Board Litigation in the US (Announcement No.: 2014-030) published on July 19, 2014 on the designated media for information disclosure, in the Announcement in Relation to the Developments of Gypsum Board Litigation in the US (Announcement No.: 2014-037) published on August 21, 2014 on the designated media for information disclosure, and in the Announcement in Relation to the Developments of Gypsum Board Litigation in the US (Announcement No.: 2015-002) published on February 14, 2015 on the designated media for information disclosure.

## II. Cases of Taishan Gypsum

At present, BNBM was notified by Taishan Gypsum that: as a result of the refusal of Taishan Gypsum to participate in a Judgment Debtor Examination held in the United

States District Court of Eastern District of Louisiana (the "US District Court"), the US District Court held Taishan Gypsum in contempt of court in July 2014, ordering it to pay US$15,000 in attorney's fees to the plaintiffs' counsel, to pay US$40,000 as a penalty for contempt, enjoining Taishan Gypsum and its affiliates or subsidiaries from conducting any business in the US until or unless it participates in the judicial process, and, if it violates the injunction, to pay a further penalty of 25% of the profits earned by Taishan Gypsum or its affiliates who violate the order for the year of violation.

The Company has been informed by Taishan Gypsum that, Taishan Gypsum has engaged PRC and US lawyers to represent Taishan Gypsum to participate in the gypsum board litigation and defend in order to protect the interest of Taishan Gypsum. As Taishan Gypsum would only be allowed to participate in the litigation and defend its case after the Contempt Order has been discharged, Taishan Gypsum has paid the US District Court the penalty for contempt of court in the sum of US$40,000 and agreed to pay the plaintiffs' attorney's fees in the sum of US$15,000. Recently, as the basis for the US District Court's Contempt Order was the non-participation by Taishan Gypsum in the Judgment Debtor Examination meeting following the default judgment in the Germano case, Taishan Gypsum has also agreed to pay US$2,758,356.52 under the default judgment in the Germano case together with interest accrued from May 2010. Taishan Gypsum has stated that its agreement to make the above payments is not to be taken as its acceptance of the content of the default judgment in the Germano case, and that the taking of such steps was simply to enable it to apply for the discharge of the Contempt Order and to participate in and defend the litigation of gypsum board cases after such discharge.

## III. Cases of BNBM

BNBM didn't participate in the hearings of the gypsum board litigation in the US. In the light of the current developments in the litigation, BNBM has engaged PRC and US lawyers, who would represent BNBM to participate in the gypsum board litigation and

Page 2

defend in order to protect the respective interest of BNBM.

**IV. Impact of the Gypsum Board Litigation in the US**

BNBM and Taishan Gypsum have contacted PRC and US lawyers for countermeasures and for considering and assessing the impact of the litigation on the Company; at present, it is difficult to accurately predict the impact of this case on the possible economic losses of the Company and the impact on the net profits for the current period. The Company will make timely information disclosure in relation to the developments of the litigation.

The Company will make timely information disclosure in relation to the developments of gypsum board litigation in the US, and we respectively ask investors to pay attention to the investment risk.

Beijing New Building Materials Public Limited Company

March 13, 2015

Page 3

# EXHIBIT 55

# Biographical Details of Directors, Supervisors and Senior Management *(Continued)*

## DIRECTORS *(CONTINUED)*

### Executive Directors *(Continued)*

**Mr. Cui Xingtai,** born in November 1961, is the vice president and an executive director of the Company. Mr. Cui has over 30 years of business and management experience in building material industry. He has served as a director of Southwest Cement since December 2011, an executive director of the Company since August 2009, a director of South Cement since September 2007, the chairman of China United since April 2005, a vice president of the Company since March 2005 and the secretary of the Party Committee of China United since August 2004. Mr. Cui served as the vice chairman of China United from August 2004 to April 2005, the deputy chief engineer of the Parent from November 2003 to March 2005, and the deputy general manager of China United from April 2002 to August 2004, the chief engineer of China United from July 1999 to August 2004. From June 1997 to January 1999, Mr. Cui served as the head of Lunan Cement Factory. Mr. Cui received a bachelor's degree in engineering from Wuhan Institute of Building Material Industry (now Wuhan University of Technology) in July 1984 and obtained post graduate education in enterprise management from the Graduate School of the Chinese Academy of Social Sciences in July 1998. Further, he received an EMBA degree from Tsinghua University on January 2008. Mr. Cui is qualified as a professor-level senior engineer and was awarded a special grant of the government approved by the State Council. At present Mr. Cui concurrently acts as the vice president of China Cement Association. Mr. Cui was awarded the National Outstanding Entrepreneur (全國優秀企業家), the first prize of National Corporate Management Modernization and Innovation Achievements (全國企業管理現代化創新成果) and an Outstanding Communist Party Member of China Central Government Enterprises (中央企業優秀共產黨員) honored by SASAC of the sate council.

**Mr. Chang Zhangli,** born in December 1970, is the vice president, a secretary to the Board and an executive director of the Company. Mr. Chang has nearly 20 years' experience in handling listing-related matters for listed companies, has participated in all major matters relating to the global offering of the shares of the Company and listing of shares of the Company on the Stock Exchange. Mr. Chang has served as the acting president of Southwest Cement since January 2015, and a director of China Triumph since October 2012, the director of China United and China Composites and the vice chairman of the board of Southwest Cement, an executive Director of the Company since November 2011 and a director of North Cement since March 2009, a director of BNBM since July 2008, a director of South Cement since September 2007, the vice president of the Company since August 2006, a director of China Fiberglass (now reamed as China Jushi) since July 2005, the secretary to the Board of the Company since March 2005 and a director of CNBM Investment since December 2000. From June 2000 to March 2005, Mr. Chang assumed in a number of key positions in BNBM, including the secretary to the board and the deputy general manager. Mr. Chang is an engineer who received a bachelor's degree in engineering from Wuhan Poly-technic University (now Wuhan University of Technology) in July 1994 and received an MBA degree from Tsinghua University in July 2005. Currently, Mr. Chang serves as the vice president of the Listed Companies Association of Beijing. Mr. Chang was awarded the first prize of National Corporate Management Modernization and Innovation Achievements (國家級企業管理現代化創新成果).

# EXHIBIT 56

# Biographical Details of Directors, Supervisors and Senior Management *(Continued)*

## DIRECTORS *(CONTINUED)*

## Non-executive Directors

**Mr. Guo Chaomin,** born in August 1957, is a non-executive director of the Company. Mr. Guo has over 35 years of experience in business and management in the building material industry of China. He has been a non-executive director of the Company since November 2011, the general manager of China National United Equipment Group Corp. from October 2006 to March 2010, the general manager of Parent since September 2003, the general manager assistant of Parent from April 2002 to September 2003, the general manager of investment and development department of Parent from April 2002 to August 2004, the general manager of Zhongbei Glass Industrial Company (中北玻璃工業公司) from December 2002 to February 2004 and the deputy chief accountant of Parent from May 1998 to April 2002. During the period from March 1983 to May 1998, Mr. Guo served successively in several positions in the Parent including the deputy head, the head, the deputy manager and the manager of planning and finance department. Mr. Guo received a bachelor's degree in economics from Renmin University of China in March 1983 and an MBA degree from China Europe International Business School in May 1998. Mr. Guo is a senior economist.

**Mr. Huang Anzhong,** born in July 1963, is a non-executive director of the Company. Mr. Huang has nearly 30 years of experience in business and management in the building material industry. Mr. Huang has served as the chairman of CNBM Trading since January 2015, the vice general manager of Parent since December 2009, the non-executive director of the Company since March 2005 and the general manager of CNBM Trading from January 2005 to January 2015. Mr. Huang served as the supervisor of China Fiberglass from March 1999 to July 2005, the vice general manager and the general manager of China National Building Material & Equipment Import and Export Company from April 1996 to January 2005, Mr. Huang graduated with a bachelor's degree in engineering from Nanjing Institute of Chemical Technology in July 1985 and received an EMBA degree from Xiamen University in May 2005. Mr. Huang is a researcher and was awarded a special grant of the government approved by the State Council. Mr. Huang was once rewarded as the Working Model of China Central Enterprises.

**Mr. Tao Zheng,** born in February 1975, is a non-executive director of the Company. Mr. Tao has over 15 years of experience in corporate operation and management as well as handling matters of listed companies, with participation in various major matters relating to capital operation, merger and acquisition as well as reorganisation. Mr. Tao has been serving as a non-executive director of the Company since October 2014, a director, the general manager and deputy secretary of the party committee of BNBMG since July 2014. From August 2009 to July 2014, Mr. Tao acted as deputy general manager and secretary of the board of directors of China Fiberglass. From February 2005 to August 2009, Mr. Tao assumed a few important posts in BNBM including assistant general manager, general manager of the procurement department, secretary of the board of directors and so forth. From February 2001 to February 2005, Mr. Tao held several positions such as assistant president, general manager of the hardware business department and general manager of the general management department of BND Co., Limited (now CNBM Investment). Mr. Tao obtained a bachelor's degree of international trade from Nankai University in June 1997 and an MBA degree from Peking University in July 2009. Mr. Tao currently serves as the deputy chief secretary of the Listed Companies Association of Beijing, a member of Central Enterprises Youth Union and a director of China Youth Entrepreneurs Association.

# EXHIBIT 57

中国建筑材料集团有限公司



当前位置：首页 > 安全生产 > 工作动态 > 马建国率队赴云南地区成员企业开展安全生产大检查

安全生产

工作动态

安全生产

马建国率队赴云南地区成员企业开展安全生产大检查

来源：中国建材集团   发布时间：2013/9/3

　　8月27至29日，根据集团安全生产大检查工作安排，集团公司安全生产大检查工作领导小组办公室抽调集团成员企业安全生产专家，组成专项检查工作组赴云南对西南水泥云南公司成员企业开展安全生产大检查。检查一行由集团公司副总经理马建国带队，成员包括集团公司企业管理部总经理张健、合肥水泥研究设计院科技部部长了奇生及中国新型建材设计研究院采矿工程所所长方立章等一行五人。



　　检查组先后对云南永保特种水泥有限公司、宜良西南水泥有限公司、澄江华荣水泥有限公司进行了现场检查，并与云南西南水泥有限公司就安全生产工作进行了座谈。现场检查过程中，检查组在现场安全员的陪同下，分别对原料矿山、厂区中控室、煤磨、水泥磨等重要工作场所进行了现场检查，并对企业安全管理规章制度等文件资料进行了重点抽查，听取了被检单位安全生产大检查及安全标准化工作开展情况的汇报。最后，检查组专家针对企业在开展安全生产标准化创建工作面临的问题及现场检查和文件抽查过程中发现的问题与企业进行了交流反馈，并给出了有针对性的整改建议。

**CHINA NATIONAL BUILDING MATERIAL GROUP CORPORATION**

Home > Work Safety > News > Ma Jianguo led a team to member enterprises in Yunnan Area to carry out a work safety comprehensive inspection

Work Safety

Ma Jianguo led a team to member enterprises in Yunnan Area to carry out a work safety comprehensive inspection

............................................................................................................

Source: CNBM Group  Issued on: 03/09/2013

Between August 27-29, in accordance with the arrangements for the work safety comprehensive inspection work, the Group's leading office for work safety comprehensive inspection selected the work safety experts from the Group's member enterprises, who consisted of the special inspection work team and went to Southwest Cement Yunnan Company, which is a member enterprise, to carry out the work safety comprehensive inspection. The inspection team is led by Ma Jianguo who is the Deputy General Manager of the Group Corporation, and consists of five people including Zhang Jian who is the General Manager of Enterprise Management Department of the Group Corporation, Ding Qisheng who is the Director of Science & Technology Department at Hefei Cement Research and Design Academy, and Fang Shili who is the Director of Mining Engineering Institute at China New Building Materials Design & Research Academy.

......

http://www.cnbm.com.cn/wwwroot/c_00000019/d_27578.html          5/12/2015

# EXHIBIT 58

# Ms. Yan Gao

15032 Avenida Montuosa, #A, San Diego, CA 92129, US; (310) 561-5439; ygao1998@gmail.com

## ADMISSIONS

Passed **California** Bar in 2010, and admitted to practice in 2011

Passed **China**'s National Judicial Exam (2002) and admitted to practice in China (since 2007)

## EDUCATION

**Tulane University Law School**, New Orleans, LA

LL.M. in Business Law, Graduate with Distinction, May 2009

Activities: Member of Business Law Society and Asian-Pacific-American Law Students Association

**China University of Political Science and Law**

Juris Master (J.M.) (J.D. equivalent in China), Beijing, China, September 2001 - June 2004

Specialty: international economic law

Jishou University Foreign Language Department, Hunan, China

Bachelor of Arts, June 2001

Honors: "Outstanding Student" of Hunan Province in 1997, scholarships during 1999-2000

## WORK EXPERIENCE

**Herman Herman & Katz, LLC**, New Orleans, LA

Lawyer, Sept 29, 2014 – present

Chinese Drywall MDL (Multidistrict Litigation), Complex international business litigation

Legal research, factual research, document review, deposition & trial preparations for the Plaintiffs' Steering Committee in the current Chinese Drywall Multidistrict Litigation

**Baron & Budd, P.C.**, Dallas, TX

Lawyer, Oct 2012 – Sept 2014

Chinese Drywall MDL (Multidistrict Litigation), Complex international business litigation

**Herman Herman & Katz, LLC**, New Orleans, LA

Lawyer, August 2009 – Sept 2012

Chinese Drywall MDL (Multidistrict Litigation), Complex international business litigation

**Chinalawinfo Co. Ltd.** / Peking University Center for Legal Information Beijing, China (2004 – 2008)

Manager, August 2007- July 2008, International Cooperation Department

Professional legal translator, July 2004 - July 2007, translating China's laws, regulations and cases in fields of international law, business law, commercial law

Award: "Best Employee Award" in 2007

The **Supreme People's Court** of P.R.China, Beijing, China

Clerkship, July 2002 - August 2003, complex business appeal cases

Intern, **Beijing Deheng Law Office**, Beijing, China August - November 2003

## LANGUAGES

English (solid written and verbal fluency)

Mandarin (native)