# EXHIBIT 10



# Beijing New Building Materials Public Limited Company (BNBMPLC)

# Annual Report 2009



**Board of Directors**

**Beijing New Building Materials Public Limited Company**

**March 23, 2010**

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Shandong Taihe Optical Energy Co., Ltd. | Share-controlled subsidiary | Tai'an City, Shandong Province | Manufacturing and sale of solar high borosilicate glass tubes | RMB6mn | R&D, production and sale of solar high borosilicate glass tubes and evacuated collector tubes. | RMB3.3mn | | 55.00% | 55.00% | Yes | 2,673,354.86 | | |
| Taishan Gypsum (Guangdong) Co., Ltd. | Wholly-owned subsidiary | Boluo County, Guangdong Province | Manufacture and selling of plaster boards | RMB30mn | Produce and sell: plasterboards, gypsum products, lightgage steel joists, new building materials and decoration materials. | RMB30mn | | 100.00% | 100.00% | Yes | | | |
| Guizhou Taifu Gypsum Co., Ltd. | Share-controlled subsidiary | Fuquan, Guizhou Province | Manufacture and selling of plaster boards | RMB50mn | Production and sale of plasterboards, gypsum powder, gypsum blocks, and other gypsum products and architectural metal products. | RMB30mn | | 60.00% | 60.00% | Yes | 20,100,000.00 | | |
| Taishan (Yinchuan) Gypsum Co., Ltd. | Wholly-owned subsidiary | Lanzhou/Yinchuan | Manufacture and selling of plaster boards | RMB6mn | Production and sale of plasterboards, gypsum powder, gypsum blocks, and other gypsum products and architectural metal products. | RMB6mn | | 100.00% | 100.00% | Yes | | | |

Notes: 1. Taishan Gypsum Co. Ltd. is a subsidiary controlled by the Company and jointly held by the Company and Beijing Donglian Investment Co., Ltd., a subsidiary wholly-owned by the Company. The Company holds 42% and Beijing Donglian Investment Co., Ltd. holds 23% of the shares of Taishan Gypsum Co. Ltd., so the Company actually holds 65% of the shares of Taishan Gypsum Co. Ltd..

2. Taishan Gypsum (Pizhou) Co., Ltd., Hubei Taishan Building Materials, Taishan Gypsum (Chongqing) Co., Ltd. and Taishan Gypsum (Jiangyin) Co., Ltd. are sub-subsidiaries jointly owned by the Company and its controlled subsidiary – Taishan Gypsum Co., Ltd.; wherein, the Company owns 5%, 5%, 20% and 30% of the equity in the foregoing four companies respectively, while Taishan Gypsum Co., Ltd. owns 95%, 95%, 80% and 67.5% of them respectively.

3. Beijing Donglian Investment Co., Ltd. is formerly known as Tai'an Donglian Investment & Trade Co., Ltd. and gains its present name in March 2009.

2. Minority interest and minority interest income

| Company name | Opening amount of minority interest | Minority interest income in the current period | Other increases or decreases of minority shareholders in current | Ending amount of minority interest | Explanations about other increases or decreases |
|---|---|---|---|---|---|



BNBMPLC0001308