# EXHIBIT 11



# Beijing New Building Materials Public Limited Company (BNBMPLC)

# Annual Report 2009



**Board of Directors**

**Beijing New Building Materials Public Limited Company**

**March 23, 2010**

BNBMPLC0001229

| Full name of subsidiary | Nature of business | Registered capital | Shareholding proportion | Proportion of voting right |
|---|---|---|---|---|
| Beijing New Building Plastics Co., Ltd. | Production and operation of PVC profile | RMB100mn | 55.00% | 55.00% |
| BNBM Homes Co., Ltd. | Industrialized production of houses | RMB200mn | 64.00% | 64.00% |
| Beijing BNBM Chenlong Decoration Engineering Co., Ltd. | Decoration of buildings | RMB7mn | 100.00% | 100.00% |
| Beijing New Materials Incubator Co., Ltd. | Hi-tech enterprise incubation | RMB5mn | 60.00% | 60.00% |
| Taishan Gypsum Co., Ltd. | Manufacture and selling of plaster boards | RMB155.6250mn | 42.00% | 65.00% |
| BNBM Suzhou Mineral Fiber Ceiling Company | Production and selling of mineral wool boards | RMB20mn | 100.00% | 100.00% |
| BNBM Taicang Building Materials Co., Ltd. | Manufacture and selling of plaster boards | RMB60mn | 100.00% | 100.00% |
| BNBM Chengdu Building Materials Co., Ltd. | Production and selling of keel products | RMB1 mn | 100.00% | 100.00% |
| BNBM Ningbo Building Materials Co., Ltd. | Manufacture and selling of plaster boards | RMB15mn | 100.00% | 100.00% |
| Beijing Donglian Investment Co., Ltd. | Investment | RMB35,793,750 | 100.00% | 100.00% |
| Zhaoqing BNBM Co., Ltd. | Manufacture and selling of plaster boards | RMB20mn | 100.00% | 100.00% |
| Guang'an BNBM Co., Ltd. | Manufacture and selling of plaster boards | RMB15mn | 100.00% | 100.00% |
| Hubei BNBM Co., Ltd. | Manufacture and selling of plaster boards | RMB15mn | 100.00% | 100.00% |
| Suzhou BNBM Co., Ltd. | Manufacturing and selling of wall materials | RMB80mn | 100.00% | 100.00% |
| BNBM Residential Industry Co., Ltd. | Manufacturing and sale of building materials | RMB50mn | 100.00% | 100.00% |
| Zhenjiang BNBM Building Materials Co., Ltd. | Manufacture and selling of plaster boards | RMB15mn | 100.00% | 100.00% |
| Pingyi BNBM Building Materials Co., Ltd. | Manufacture and selling of plaster boards | RMB20mn | 100.00% | 100.00% |
| Gucheng BNBM Building Materials Co., Ltd. | Manufacture and selling of plaster boards | RMB15mn | 85.00% | 85.00% |

II. Subsidiaries of a controlled subsidiary of the Company – Taishan Gypsum Co., Ltd.

| Full name of subsidiary | Type of subsidiary | Enterprise type | Place of incorporation | Legal representative | Organizational code |
|---|---|---|---|---|---|
| Taishan Gypsum (Pizhou) Co., Ltd. | Wholly-owned subsidiary | Limited liability | Pizhou, Jiangsu Province | Jia Tongchun | 73783509-6 |
| Qinhuangdao Taishan Building Materials Co., Ltd. | Share-controlled subsidiary | Limited liability | Qinhuangdao, Hebei Province | Jia Tongchun | 73871270-9 |
| Hubei Taishan Building Materials Co., Ltd. | Wholly-owned subsidiary | Limited liability | Jingmen, Hubei Province | Jia Tongchun | 75340018-0 |
| Tai'an Taili Jewellery Co., Ltd. | Share-controlled subsidiary | Limited liability | Tai'an, Shandong Province | Jia Tongchun | 70613035-X |
| Xuzhou Fast Building Materials Co., Ltd. | Wholly-owned subsidiary | Limited liability | Xuzhou, Jiangsu Province | Jia Tongchun | 72074387-3 |
| Taishan Gypsum (Weifang) Co., Ltd. | Wholly-owned subsidiary | Limited liability | Anqiu, Shandong Province | Jia Tongchun | 76576220-X |
| Taishan Gypsum (Jiangyin) Co., Ltd. | Share-controlled subsidiary | Limited liability | Jiangyin, Jiangsu Province | Jia Tongchun | 76053337-9 |
| Taishan Gypsum (Chongqing) Co., Ltd. | Wholly-owned subsidiary | Limited liability | Jiangjin, Chongqing | Jia Tongchun | 77849473-4 |
| Taishan Gypsum (Hengshui) Co., Ltd. | Wholly-owned subsidiary | Limited liability | Hengshui, Hebei Province | Jia Tongchun | 78256341-3 |
| Tai'an Taishan Plasterboard Co. Ltd. | Wholly-owned subsidiary | Limited liability | Tai'an, Shandong Province | PENG Shiliang | 78503046-0 |
| Buxin Taishan Gypsum Building Materials Co., Ltd. | Wholly-owned subsidiary | Limited liability | Buxin City, Liaoning Province | Jia Tongchun | 79159109-6 |
| Taishan Gypsum (Wenzhou) Co., Ltd. | Share-controlled subsidiary | Limited liability | Leqing City, Zhejiang Province | Jia Tongchun | 79437707-9 |
| Taishan Gypsum (Pingshan) Co., Ltd. | Share-controlled subsidiary | Limited liability | Pingshan County, Hebei Province | Jia Tongchun | 78981954-9 |
| Taishan Gypsum (Henan) Co., Ltd. | Wholly-owned subsidiary | Limited liability | Shiyan Municipality, He'nan | Jia Tongchun | 66466723-8 |
| Taishan Gypsum (Xiangtan) Co., Ltd. | Share-controlled subsidiary | Limited liability | Xiangtan Municipality, Hu'nan | Jia Tongchun | 79688710-1 |
| Taishan Gypsum (Tongling) Co., Ltd. | Share-controlled subsidiary | Limited liability | Tongling City, Anhui Province | Jia Tongchun | 67264412-4 |
| Taishan Gypsum (Baotou) Co., Ltd. | Share-controlled subsidiary | Limited liability | Baotou City, Inner Mongolia | Jia Tongchun | 67067771-5 |
| Tai'an Taishan Green Building Structures Co., Ltd. | Share-controlled subsidiary | Limited liability | Tai'an City, Shandong Province | Jia Tongchun | 66571851-9 |
| Tai'an Taihe Advertising Co., Ltd. | Wholly-owned subsidiary | Limited liability | Tai'an City, | Peng Wenlong | 67452358-8 |

BNBMPLC0001360