# EXHIBIT 12



# Beijing New Building Materials Public Limited Company

# Annual Report 2012

**March 2013**

## Section V Important Events

### I. Significant litigations and arbitrations

√ Applicable □ Not applicable

| Basic Information on Lawsuits (Arbitrations) | Amount involved (USD10,000) | Resulted in estimated liabilities? | Progress of lawsuit (arbitration) | Results and effects of lawsuit (arbitration) | Execution of court judgment (arbitral award) | Disclosure date | Index of disclosures |
|---|---|---|---|---|---|---|---|
| Several home owners and building companies in the U.S.A accused BNBM of plaster board quality problems and requested BNBM to indemnify them against all the losses suffered thereby as a result of the quality problems of plaster boards | -- | No | BNBM employed a famous American law firm as legal adviser to study and respond to the above-said lawsuits | No results for the time being | No results for the time being | May 29, 2010 | Announcement No.: 2010-009; announcement title: Announcement regarding the plaster board event in the U.S.A; website: http://www.cninfo.com.cn/ |
| Several home owners and building companies in the U.S.A accused Taishan Gypsum of plaster board quality problems and requested Taishan Gypsum to indemnify them against all the losses suffered thereby as a result of the quality problems of plaster boards | -- | No | BNBM employed a famous American law firm as legal adviser to study and respond to the above-said lawsuits | Before Taishan Gypsum responded to the accusation, the Eastern District Federal Court of the U.S. Louisiana State made a default judgment that requested Taishan Gypsum to pay USD2,609,129.99 as indemnification. Taishan Gypsum has submitted a motion requesting the court to withdraw this preliminary court judgment. For other cases, Taishan Gypsum, due to disputes over jurisdiction, etc., has also submitted motions to reject accusations. Up to now, the U.S. Court only tried the above-mentioned motions submitted by Taishan Gypsum and has not made any final decision on such motions or made any valid judgment against Taishan Gypsum, so no results are available for the time being. | No results for the time being | May 29, 2010 | Announcement No.: 2010-009; announcement title: Announcement regarding the plaster board event in the U.S.A; website: http://www.cninfo.com.cn/ |

Questions from media

□ Applicable √ Not applicable

In this fiscal year, the Company did not receive any questions from media.

### II. Information on major lawsuits

As to the lawsuits referred to in "I. Major lawsuits/arbitrations", the Company and Taishan Gypsum, a controlled subsidiary of the Company, have employed a famous American law firm as legal adviser to respond to lawsuits relating to plaster boards in the U.S.A and involving the Company and Taishan Gypsum. Amount involved in lawsuits are to be determined by the U.S. court in the final trial. In the reporting period, the sum of attorney fees and traveling costs incurred by the

BNBMPLC0002304

Company was RMB1,441,766.57 and that by Taishan Gypsum was RMB25,743,551.31. The expenses incurred by the Company in the reporting period accounted for 4.02% of the net profit attributable to the parent company for the reporting period. The Company and Taishan Gypsum will continue to attach great importance to and give close attention to the progress of the affair, respond and deal with it prudently in an attitude being responsible for the investors, consumers and industry.

### III. Significant related-party transactions

1. Related-party transactions associated with the daily operations

| Related party | Related-party relationship | Type of related party transaction | Content of related party transaction | Pricing principle of related party transaction | Related-party transaction price | Amount of related-party transaction (RMB10,000) | Proportion in similar transactions (%) | Related-party transaction settled as agreed | Market price | Disclosure date | Index of disclosures |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Beijing New Building Material (Group) Co., Ltd. | Shareholder of China National Building Material Company Limited, the controlling shareholder | Sale of goods | Sale of goods | Market pricing | | 290.27 | 0.04% | Settled as agreed by both parties | | March 20, 2012 | Report on day-to-day related-party transactions in 2012 |
| China National Building Materials International Trading Co., Ltd. | A sub-subsidiary of China National Building Materials Group Corporation | Sale of goods | Sale of goods | Market pricing | | 0.03 | 0% | Settled as agreed by both parties | | | |
| BNBM Technology Development Co., Ltd. | Company with a stake in the Company/grandson company of China National Building Material Company Limited, the controlling shareholder | Sale of goods | Sale of goods | Market pricing | | 0.95 | 0% | Settled as agreed by both parties | | March 20, 2012 | Report on day-to-day related-party transactions in 2012 |
| INTECH Building (Beijing) Co., Ltd. | A subsidiary of Beijing New Building Material (Group) Co., Ltd. | Sale of goods | Sale of goods | Market pricing | | 79.81 | 0.01% | Settled as agreed by both parties | | March 20, 2012 | Report on day-to-day related-party transactions in 2012 |
| BNBM Machinery Co., Ltd. under China National Building Material & Light Machinery Group | A sub-subsidiary of China National Building Materials Group Corporation | Sale of goods | Sale of goods | Market pricing | | 5.1 | 0% | Settled as agreed by both parties | | | |
| Beijing New Building Materials Group Papua New Guinea | Overseas branch of China National Building Materials Investment Co., Ltd. | Sale of goods | Sale of goods | Market pricing | | 19.88 | 0% | Settled as agreed by both parties | | March 20, 2012 | Report on day-to-day related-party transactions in 2012 |