# EXHIBIT 13



# Beijing New Building Materials Public Limited Company (BNBMPLC)

# Annual Report 2010



**Board of Directors**
**Beijing New Building Materials Public Limited Company**
**March 17, 2011**

| | | | | | | |
|---|---|---|---|---|---|---|
| Co., Ltd. | management service | through agreement | | | | |
| China New Building Materials Industry Hangzhou Design Institute | Payment of design fees | Pricing through agreement | 3,097,500.00 | 58.4210% | 877,500.00 | 21.1663% |
| China Building Material Test & Certification Center | Quality inspection fee | Pricing through agreement | 233,315.00 | 9.5522% | 441,405.00 | 17.0833% |
| China New Building Materials Industry Hangzhou Design Institute | Inspection fees | Pricing through agreement | -- | -- | 3,060.00 | 0.1184% |
| BNBM Machinery Co., Ltd. under China National Building Material & Light Machinery Group | Processing charges | Market pricing | 23,333.32 | 0.6866% | -- | -- |

(3) Details about related-party lease

I. Leasing status of the Company is as follows:

| Name of lessor | Name of lessee | Types of leased assets | Lease commencement date | Lease termination date | Basis for identifying rental gains | Recognized rental gains for the year |
|---|---|---|---|---|---|---|
| The Company | BNBM Plastic Pipe Co., Ltd. | Workshop | 1/1/2010 | 12/31/2010 | Pricing through agreement | 1,046,930.00 |

II. Renting status of the Company is as follows:

| Name of lessor | Name of lessee | Types of leased assets | Lease commencement date | Lease termination date | Basis for identifying rental fees | Recognized rental fees for the year |
|---|---|---|---|---|---|---|
| China National Building Material Company Limited | The Company | Land use rights | 9/1/2008 | 8/31/2011 | Pricing through agreement | 971,510.20 |
| | BNBM Homes Co., Ltd. | Land use rights | 9/1/2008 | 8/31/2011 | Pricing through agreement | 487,360.00 |
| | Beijing New Building Plastics Co., Ltd. | Land use rights | 1/1/2005 | 8/31/2011 | Pricing through agreement | 326,738.69 |

Explanations about related-party leases:

1. According to the Housing Leasing Contract concluded between the Company and BNBM Plastic Pipe Co., Ltd, the Company shall lease the 3187-square meter-large house of the power mineral wool coating workshop located at No.16, Xisanqi Building Material Town, Haidian District, Beijing to Beijing New Building Materials Plastic Pipe Co., Ltd. (property ownership certificate: JFQZHGGZ No.02288). The rent for 2010 is RMB1,046,930.

2. According to the Land Use Right Leasing Agreement concluded between the Company and China National Building Material Company Limited on September 1, 2008, China National Building Material Company Limited shall lease to the Company the 338,505-square meter land at No. 16, Xisanqi Building Material Town West Road, Haidian District, Beijing at an annual rent of RMB971,510. The lease term runs from September 1, 2008 through August 31, 2011.

3. According to the Land Use Right Leasing Agreement concluded between the subsidiary of the Company Beijing New Building Materials Homes Co. Ltd. and China National Building Material Company Limited on September 1, 2008, China National Building Material Company Limited shall lease to the Company the 32,490.65-square meter land at No. 16, Xisanqi Building Material Town West Road, Haidian District, Beijing at an annual rent of RMB487,360. The lease term runs from September 1, 2008 through August 31, 2011.

4. According to the Land Use Right Leasing Agreement concluded between the subsidiary of the Company Beijing New Building Materials Homes Co. Ltd. and China National Building Material Company Limited on August 31, 2005 and September 1, 2008, China National Building Material Company Limited shall lease to the Company the 12,911.16-square meter land at No. 16, Xisanqi Building Material Town West Road, Haidian District, Beijing at an annual rent of RMB37,055. The lease term runs from September 1, 2005 through August 31, 2008, September 1, 2008 through August 31, 2011. Total rent from January 1, 2005 to the effective date of the leasing contract was RMB129,112.

(4) Details about related-party guarantees

① As at the date of this balance sheet, the Company has provided the following guarantees:

| Item | Lending entity/lending bank | Guarantor | Guarantee limit | Actual guaranteed amount | Guarantee commencement date | Expiration date of guarantee |
|---|---|---|---|---|---|---|
| I. | Taishan Gypsum Co., Ltd. | -- | -- | -- | -- | -- |

| | | | | | | |
|---|---|---|---|---|---|---|
| Short-term borrowings | Tai'an Longze Sub-branch of Agricultural Bank of China Ltd. | The Company | 300,000,000.00 | 39,000,000.00 | 4/9/2010 | 4/1/2011 |
| Short-term borrowings | Tai'an Longze Sub-branch of Agricultural Bank of China Ltd. | -- | -- | 39,000,000.00 | 4/9/2010 | 4/8/2011 |
| Short-term borrowings | Tai'an Longze Sub-branch of Agricultural Bank of China Ltd. | -- | -- | 30,000,000.00 | 7/28/2010 | 7/27/2011 |
| Short-term borrowings | Tai'an Longze Sub-branch of Agricultural Bank of China Ltd. | -- | -- | 20,000,000.00 | 8/31/2010 | 8/28/2011 |
| Short-term borrowings | Tai'an Longze Sub-branch of Agricultural Bank of China Ltd. | -- | -- | 27,000,000.00 | 9/26/2010 | 9/25/2011 |
| Short-term borrowings | Tai'an Longze Sub-branch of Agricultural Bank of China Ltd. | -- | -- | 30,000,000.00 | 7/28/2010 | 7/27/2011 |
| Short-term borrowings | Tai'an Longze Sub-branch of Agricultural Bank of China Ltd. | -- | -- | 31,000,000.00 | 10/22/2010 | 10/21/2011 |
| Short-term borrowings | Tai'an Branch of Bank of China Limited | The Company | 220,000,000.00 | 39,000,000.00 | 6/18/2010 | 5/26/2011 |
| Short-term borrowings | Tai'an Branch of Bank of China Limited | -- | -- | 30,000,000.00 | 6/18/2010 | 6/2/2011 |
| Short-term borrowings | Tai'an Branch of Bank of China Limited | -- | -- | 25,000,000.00 | 6/18/2010 | 6/17/2011 |
| Short-term borrowings | Tai'an Branch of Bank of China Limited | -- | -- | 20,000,000.00 | 6/23/2010 | 6/22/2011 |
| Short-term borrowings | Tai'an Branch of Bank of China Limited | -- | -- | 15,000,000.00 | 7/7/2010 | 7/6/2011 |
| Short-term borrowings | Ningyang Sub-branch of Industrial and Commercial Bank of China Ltd. | The Company | 85,000,000.00 | 9,300,000.00 | 6/2/2010 | 5/27/2011 |
| Short-term borrowings | Ningyang Sub-branch of Industrial and Commercial Bank of China Ltd. | -- | -- | 12,000,000.00 | 6/24/2010 | 6/23/2011 |
| Short-term borrowings | Ningyang Sub-branch of Industrial and Commercial Bank of China Ltd. | -- | -- | 20,000,000.00 | 9/20/2010 | 9/16/2011 |
| Short-term borrowings | Bank of Communications, Tai'an Branch | The Company | 78,000,000.00 | 20,000,000.00 | 6/29/2010 | 6/28/2011 |
| Short-term borrowings | Bank of Communications, Tai'an Branch | -- | -- | 25,000,000.00 | 7/29/2010 | 7/28/2011 |
| Short-term borrowings | Bank of Communications, Tai'an Branch | -- | -- | 20,000,000.00 | 8/7/2010 | 8/6/2011 |
| Short-term borrowings | Jinan Branch of China Everbright Bank Co., Ltd. | The Company | 27,000,000.00 | 27,000,000.00 | 6/29/2010 | 6/28/2011 |
| Short-term borrowings | Huaxia Bank Co., Ltd., Qingdao Shandong Road Sub-branch | Jindun Building Materials | 50,000,000.00 | 30,000,000.00 | 4/30/2010 | 4/30/2011 |
| | Sub-total | -- | 760,000,000.00 | 508,300,000.00 | -- | -- |
| Long-term liabilities that will mature within one year | Ningyang Sub-branch of Industrial and Commercial Bank of China Ltd. | The Company | 140,000,000.00 | 11,160,000.00 | 4/30/2008 | 1/29/2011 |
| | Ningyang Sub-branch of Industrial and Commercial Bank of China Ltd. | -- | -- | 11,160,000.00 | 4/30/2008 | 4/29/2011 |
| | Ningyang Sub-branch of Industrial and Commercial Bank of China Ltd. | -- | -- | 500,000.00 | 5/14/2008 | 1/29/2011 |
| | Ningyang Sub-branch of Industrial and Commercial Bank of China Ltd. | -- | -- | 500,000.00 | 5/14/2008 | 4/29/2011 |
| | Sub-total | -- | 140,000,000.00 | 23,320,000.00 | -- | -- |
| Long-term borrowings | Tai'an Taishan Investment Co., Ltd. | Jindun Building Materials | 10,000,000.00 | 1,650,000.00 | 6/22/2009 | 12/15/2014 |
| Long-term borrowings | Tai'an Taishan Investment Co., Ltd. | -- | -- | 1,650,000.00 | 6/22/2009 | 6/15/2015 |
| Long-term borrowings | Tai'an Taishan Investment Co., Ltd. | -- | -- | 1,650,000.00 | 6/22/2009 | 12/15/2015 |
| Long-term borrowings | Tai'an Taishan Investment Co., Ltd. | -- | -- | 1,650,000.00 | 6/22/2009 | 6/15/2016 |
| Long-term borrowings | Tai'an Taishan Investment Co., Ltd. | -- | -- | 1,650,000.00 | 6/22/2009 | 12/15/2016 |
| Long-term borrowings | Tai'an Taishan Investment Co., Ltd. | -- | -- | 1,750,000.00 | 6/22/2009 | 6/15/2017 |
| | Sub-total | -- | 10,000,000.00 | 10,000,000.00 | -- | -- |
| | Total | -- | 910,000,000.00 | 541,620,000.00 | -- | -- |
| II. | Qinhuangdao Taishan Building Materials Co., Ltd. | -- | -- | -- | -- | -- |
| Short-term borrowings | Bank of Communications Co., Ltd., Qinhuangdao Branch | Taishan Gypsum | 15,000,000.00 | 15,000,000.00 | 10/12/2010 | 10/12/2011 |
| | Total | -- | 15,000,000.00 | 15,000,000.00 | -- | -- |
| III. | Buxin Taishan Gypsum Building Materials Co., Ltd. | -- | -- | -- | -- | -- |
| Short-term borrowings | Agricultural Bank of China Co., Ltd., Buxin Branch | Taishan Gypsum | 20,000,000.00 | 20,000,000.00 | 8/3/2010 | 8/2/2011 |
| | Total | -- | 20,000,000.00 | 20,000,000.00 | -- | -- |
| IV. | Taishan Gypsum (Henan) Co., Ltd. | -- | -- | -- | -- | -- |
| Short-term borrowings | Bank of Communications Co., Ltd., Luoyang Branch | Taishan Gypsum | 40,000,000.00 | 40,000,000.00 | 6/3/2010 | 6/2/2011 |

132