# EXHIBIT 14



# Beijing New Building Materials Public Limited Company (BNBMPLC)

# Annual Report 2010



**Board of Directors**
**Beijing New Building Materials Public Limited Company**
**March 17, 2011**

BNBMPLC0001542

transfer.

After the above equity acquisition is completed, the Company held 82.5% share of Beijing New Building Materials Homes. The acquisition is in keeping with the Company's development strategy, conducive to enhancing the Company's control over Beijing New Building Materials Homes and concentrating advantageous resources to develop the Company's new type house business.

The relevant bulletin of the meeting resolutions were published on the China Security Journal, the Shanghai Securities News, the Securities Times and the Securities Daily on Aug. 10, 2010.

**V. Major related-party transactions**

(I) Related-party transactions associated with the daily operations

See Note VI to the Financial Statements for transactions of the Company with its related parties that are associated with its day-to-day operations. The above mentioned transactions of the Company with its related parties are carried out on a continuing basis. The Company has developed stable relationships with its trading partners. The connected transaction of the Company in purchasing has provided sustainable and stable raw material sources for the Company; the connected transaction in sale is conducive to expanding the Company's sales market and improving its sales; the house leased and water, power and steam supplied to the related parties by the Company have improved the utilization efficiency of the Company's assets.

The related-party transactions did not adversely affect the Company's production and operation or damage the interests of Company's shareholders, nor influence the independence of listing corporations, and the main business of the Company would not therefore rely on or be controlled by related persons.

The above connected transaction related to daily operation has been reviewed and adopted by the 5th Meeting of the 4th Board of Directors. The relevant resolution announcement was published in China Securities Journal, Securities Times, Shanghai Securities News and Securities Daily on March 25, 2010.

(II) For connected transactions related to asset purchase, sale and external investment jointly made with related parties, please refer to Major event 4, purchase and sale of assets, merger by absorption of Section 10.

(III) At the end of the reporting period, the Company had no occupancy of non-operating funds by the controlling shareholders and their affiliated enterprises, nor offer guarantee for the controlling shareholders and their affiliated enterprises.

**VI. Significant contracts and their performance**

1. The Company's actual controller China National Building Materials Group Co., Ltd. signed a Land Allotment Agreement with Central Public Servant Housing Construction Service Center, allotting the land in the Company's Xishanqi Base to Central Public Servant Housing Construction Service Center. The center will distribute a total amount of compensation RMB1bn to BNBM according to the principle to distribute the compensation based on cost expenditures arisen from asset relocation and replacement. BNBMPLC received the first installment of compensation of RMB600mn for relocation from the Ministry of Finance on December 22, 2010. The remaining compensation will be paid according to progress of relocation and take-over

2. Major guarantees

See Notes VII to the financial statements for the Company's guarantees

By December 31, 2010, the Company's total amount of guarantee was RMB1.115bn, accounting for 43.05% of audited net assets of consolidated financial statement on December 31, 2010. The Company's total amount of guarantees were all for the guarantees of its wholly-owned or controlling subsidiaries. No guarantee was provided by the Company to its shareholders, actual controller or associate.

3. The Company did not entrust others to manage the cash assets during the reporting period.

**VII. Fulfillment of commitments**

Within the reporting period or until l the reporting period, the Company or shareholders holding

BNBMPLC0001579

shares above 5% have no matters related to commitment.

### VIII. Reception of researchers and interviewers

In order to implement the principles of fairness, openness and impartiality of the stock market, further standardize company information disclosure and really ensure the fairness of company information disclosure, the Company has standardized such matters as the reception of researchers and interviewers strictly in accordance with the Stock Listing Rules of the Shenzhen Stock Exchange, the Guidelines on the Fair Information Disclosure of Listed Companies and other regulations.

During the reporting period, the Company has accepted on-site investigations by investors of about 56 institutions including securities companies, fund companies, QFII and others; at the same time, the Company carried out sufficient and extensive communications with investors extensive in the development of the Company through the investor hotline, investor mail and other forms.

In the reception process, the Company and relevant entities and individuals under an obligation to disclose relevant information all strictly abided by the relevant regulations, followed the principle of fair information disclosure and didn't practice discrimination, nor did it selectively or privately disclose, reveal or divulge any material nonpublic information to any specific entity or individual to ensure the fairness of company information disclosure.

Reception of researchers and interviewers, communication and other activities during the reporting period

| Reception time | Reception venue | Reception method | Visitors | Topic of discussion and material provided |
|---|---|---|---|---|
| Jan. 4 - Dec. 31, 2010 | Corporate headquarters | Communication by telephone | Individual investors | The Company's development strategy, production and management; the disclosed Company's annual reports and other publicly available material were provided |
| Jan. 29, 2010 | Corporate headquarters | On-site research | Vice presidents, researchers and analysts of CITIC Securities, CICC, and other agencies | |
| Jan. 2, 2010 | Corporate headquarters | On-site research | Analyst of China Universal | |
| March 3, 2010 | Corporate headquarters | On-site research | Fund managers, researchers and analysts of Essence Securities, Lion Fund, GF Fund, Shenyin & Wanguo Securities, Shenghai Investment and other agencies | |
| March 16, 2010 | Corporate headquarters | On-site research | Investment manager of Financing Department and vice general manager of Research Department under E Fund | |
| March 29, 2010 | Corporate headquarters | On-site research | Fund managers, researchers and analysts of China International Fund, Invesco Great Wall, China AMC, UBS Securities and other agencies | |
| March 30, 2010 | Corporate headquarters | On-site research | Vice general manager, fund manager and researcher of Investment Department under Post Fund | |
| May 6, 2010 | Corporate headquarters | On-site research | Investment managers, researchers and analysts of China International Fund, ICBC Credit Suisse, Lion Fund, BOCOM & Schroders, Harvest Fund China Securities, Changjiang Securities, Taikang Assets and other agencies | |
| May 7, 2010 | Corporate headquarters | On-site research | Research of Tiansun Investment | |
| May 13, 2010 | Corporate headquarters | On-site research | Investment managers, researchers and analysts of Penghua Fund, Guotai Fund, GF Securities, Huachuang Securities, Donghai Securities, Rising Securities, BNP | |

37

| Date | Location | Type | Subject | Content Provided |
|---|---|---|---|---|
| | | | Paribas Capital, CIGNA Investment, TX Investment and other agencies | |
| May 25, 2010 | Corporate headquarters | On-site research | Investment director of Shanghai Yongzhi Investment Securities | |
| May 26, 2010 | Corporate headquarters | On-site research | Researchers from GuoYuan Securities | |
| Jan. 6, 2010 | Corporate headquarters | On-site research | Board chairman of Paradox Asset, investment manager of SDIC Trust | |
| June 24, 2010 | Corporate headquarters | On-site research | Investment manager of Yinhua Fund | |
| June 29, 2010 | Corporate headquarters | On-site research | Researcher of Great Wall Fund, analyst of China Merchants Securities | |
| June 30, 2010 | Corporate headquarters | On-site research | GENESIS INVESTMENT MANAGEMENT,LLPPORTFOLIO MANAGER | |
| July 21, 2010 | Corporate headquarters | On-site research | Business secretary of CITIC Securities, investment analyst of Invesco | The Company's development strategy, production and management; the disclosed Company's annual reports and other publicly available material were provided |
| July 29, 2010 | Corporate headquarters | On-site research | Investment managers, researchers and analysts of Changjiang Securities, Harvest Fund, CIB Fund, Huatai Securities, FH Investment &Trust and other agencies | |
| Sept. 7, 2010 | Corporate headquarters | On-site research | Analyst of Daiwa Investment & Trust | |
| Sept. 14, 2010 | Corporate headquarters | On-site research | Researcher of Bohai Securities | |
| Sept. 16, 2010 | Corporate headquarters | On-site research | Analyst of Guotai Junan Securities | |
| Sept. 25, 2010 | Corporate headquarters | On-site research | Researcher of GF Securities | |
| Nov. 2, 2010 | Corporate headquarters | On-site research | Researchers of China Merchants Securities, China AMC, Wudang Fund and other agencies | |
| Nov. 3, 2010 | Corporate headquarters | On-site research | Researchers and analysts of Harvest Fund, Post Fund, China Investment Securities, Minsheng Securities, Shenyin & Wanguo Securities and other agencies | |
| Nov. 18, 2010 | Corporate headquarters | On-site research | Independent Operation Department of CITIC Securities, Research Department of Yimin Asset Management | |
| Dec. 2, 2010 | Corporate headquarters | On-site research | Investment manager and analyst of Hongyuan Securities | |
| Dec. 8, 2010 | Corporate headquarters | On-site research | Essence Securities Analyst | |
| Dec. 11, 2010 | Corporate headquarters | On-site research | Analyst of Goldstates Securities | |
| Dec. 23, 2010 | Corporate headquarters | On-site research | Research of Hongyuan Futures | |

**IX. Appointment and dismiss of accounting firms by the Company in the reporting period**

During the reporting period, the company renewed the appointment of Beijing Xinghua Certified

38

Public Accountants Co., Ltd. as the Company's audit service provider. The company has worked for the Company for an uninterrupted period of 3 years. The Company is expected to pay the company RMB750,000 in audit fees for 2010.

X. DURING THE REPORTING PERIOD, NEITHER THE COMPANY NOR ANY OF ITS DIRECTORS, SUPERVISORS, SENIOR EXECUTIVES, SHAREHOLDERS OR ACTUAL CONTROLLERS WAS PLACED UNDER INVESTIGATION BY ANY AUTHORITY, SUBJECT TO ANY ENFORCEMENT MEASURE BY ANY JUDICIAL OR DISCIPLINE INSPECTION AUTHORITY, TRANSFERRED TO ANY JUDICIAL AUTHORITY OR HELD CRIMINALLY RESPONSIBLE, INSPECTED BY THE CHINA SECURITIES REGULATORY COMMISSION, SUBJECT TO ANY ADMINISTRATIVE PENALTY BY THE CHINA SECURITIES REGULATORY COMMISSION, BANNED FROM ENTERING THE SECURITIES MARKET, IDENTIFIED AS AN INAPPROPRIATE CANDIDATE, PUNISHED BY ANY OTHER ADMINISTRATIVE DEPARTMENT OR PUBLICLY CENSURED BY THE STOCK EXCHANGE.

BNBMPLC0001582

# Section XI Financial Report

## Auditor's Report

(2011) Jing Kuai Xing Shen Zi No. 3-022

**To all shareholders of Beijing New Building Materials Public Limited Company:**

We have audited the attached financial statements of Beijing New Building Materials Public Limited Company (hereinafter "your Company"), including consolidated and the parent company's balance sheets as at December 31, 2010, consolidated and the parent company's profit statements, consolidated and the parent company's cash flow statements, consolidated and the parent company's statements of changes in owners' equity and notes to financial statements for the year of 2010.

### I. Responsibility of management for the financial statements

It's the responsibility of your management to prepare the financial statement according to the Accounting Standards for Business Enterprises. This responsibility includes: (1) designing, implementing and maintaining internal control relevant to the preparation of financial statements that are free from material misstatement, whether due to fraud or error; (2) selecting and applying appropriate accounting policies; (3) making reasonable accounting estimates.

### II. Auditor's responsibility

Our responsibility is to express an opinion on these financial statements based on our audit. We conducted our audit in accordance with the standards on auditing for certified public accountants. Those standards require that we comply with ethical requirements and plan and perform the audit to obtain reasonable assurance whether the financial statements are free from material misstatement. An audit involves performing audit procedures to obtain audit evidence about the amounts and disclosures in the financial statements. The audit procedures selected depend on the auditor's judgment, including the assessment of the risks of material misstatement of the financial statements, whether due to fraud or error. In making those risk assessments, we considers internal control relevant to the preparation in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the entity's internal control. An audit also includes evaluating the appropriateness of accounting policies used and reasonableness of accounting estimates made by management, as well as evaluating the overall presentation of the financial statements.

We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

### III. Audit opinion

In our opinion, the financial statements of the Company prepared in accordance with Accounting Standards for Business Enterprises, and give a true and fair view of the financial position of the Company as of December 31, 2010, and of its financial performance and cash flow for the year then ended.

| | | |
|---|---|---|
| Beijing Xinghua Certified Public Accountants Co., Ltd. | Chinese Certified Public Accountant: | WANG Quanzhou |
| Beijing City, China | Chinese Certified Public Accountant: | MENG Cong |

March 17, 2011