# EXHIBIT 15



# Beijing New Building Materials Public Limited Company Articles of Association



July 24, 2006

BNBMPLC0003867

the Company;

(IV) Its business license is canceled or it is ordered to close down or to be dissolved according to law; or

(V) If the heavy losses will be caused to the shareholder benefits in case of continuous existence due to the serious difficulty in the operation management of the Company and cannot be solved in other ways, the shareholders holding more than 10% of all the shareholders' voting rights may report to the people's court for dissolution of the Company;

Article 179 Under the circumstance as specified in Item (I) in Article 178 of these Articles of Association, the Company may exist through modification of these Articles of Association.

Modification of these Articles of Association in accordance with the preceding paragraph shall be carried out after over two-thirds of the votes held by shareholders attending the general meeting of shareholders are adopted.

Article 180 If the Company is dissolved according to the provisions in Item (I), (II), (IV) and (V) of Article 178 in the Articles of Association, it shall establish a liquidation team within 15 days as from the date when the dissolution causes occur to start the liquidation. The liquidation committee shall comprise the persons as determined by Directors or the general meeting of stockholders. If the liquidation team fails to be established within the time limit for liquidation, the creditor may apply to the people's court for designation of relevant personnel to form the liquidation team for liquidation.

Article 181 The liquidation committee shall exercise the following functions and powers during liquidation:

(I) To check up on the Company's assets, and to respectively formulate a balance sheet and an asset inventory;

(II) To notify creditors by notice or announcement;

(III) To deal with the Company's pending businesses regarding liquidation;

(IV) To pay off the taxes in arrears and arising in the process

of liquidation.

(V) To clear up creditor's rights and debts;

(VI) To dispose of the Company's remaining property, after paying off all the debts; and

(VII) To participate in civil lawsuits on behalf of the Company.

Article 182. The liquidation group shall inform the creditors of its establishment within 10 days from the date of its establishment, and shall publish an announcement in the "China Securities Journal" within 60 days. The creditor may declare its creditor's rights within 30 days upon receipt of notice or within 45 days as from the date when the announcement is made in case of no receipt of notice.

Where declaring his/her claims, a creditor shall specify the relevant items of the creditor's rights and provide supporting materials. The liquidation committee shall register the creditor's rights.

During the declaration of creditor's rights, the liquidation team shall not pay off the debts to the creditor.

Article 183 After the liquidation committee has checked up on the Company's assets, and formulated the balance sheet and asset inventory, it shall formulate a liquidation plan and submit it to the general meeting of stockholders or the People's Court for confirmation.

After the properties of the Company are used to pay the liquidation expenses, staff salaries, social insurance expenditure, statutory compensation and owed taxes and pay off the debts of the Company, the residual properties shall be distributed by the Company according to the proportion of shares held by the shareholders.

During the liquidation, the Company will exist, but shall not carry out the operating activities unrelated to the liquidation. The properties of the Company will not be distributed to the shareholders before the liquidation is made according to the provisions of preceding paragraph.