# EXHIBIT 16



# Beijing New Building Materials Public Limited Company

# Annual Report 2013

**March 2014**

**(4) Borrowings from/lendings to related parties**

Unit: RMB yuan

| Related party | Amounts of borrowings/lendings | Beginning date | Expiry date | Explanations |
|---|---|---|---|---|
| Borrowings | | | | |
| China National Building Material Company Limited | 100,000,000.00 | March 07, 2013 | Sept. 25, 2013 | Taishan Gypsum Co., Ltd. |
| China National Building Material Company Limited | 100,000,000.00 | Oct. 15, 2013 | Dec. 08, 2013 | Taishan Gypsum Co., Ltd. |
| China National Building Material Company Limited | 80,000,000.00 | Dec. 09, 2013 | Dec. 16, 2013 | Taishan Gypsum Co., Ltd. |
| China National Building Material Company Limited | 60,000,000.00 | Dec. 17, 2013 | Dec. 26, 2013 | Taishan Gypsum Co., Ltd. |
| China National Building Material Company Limited | 13,000,000.00 | Dec. 27, 2013 | Dec. 29, 2013 | Taishan Gypsum Co., Ltd. |
| Tai'an Taihe Building Decoration Materials Co., Ltd. | 30,000,000.00 | March 05, 2013 | March 07, 2013 | Taishan Gypsum Co., Ltd. |
| Tai'an Taihe Building Decoration Materials Co., Ltd. | 30,000,000.00 | Sept. 28, 2013 | Nov. 03, 2013 | Taishan Gypsum Co., Ltd. |
| China National Building Material Company Limited | 292,060,000.00 | Dec. 21, 2012 | Dec. 21, 2013 | Beijing New Building Materials Public Limited Company |
| China National Building Material Company Limited | 292,060,000.00 | Dec. 22, 2013 | Dec. 21, 2014 | Beijing New Building Materials Public Limited Company |
| Lendings | | | | |

**(5) Borrowings entrusted by related parties**

As of this balance sheet date, borrowings entrusted by related parties are as follows:

Unit: RMB yuan

| Entrusting parti | Lending bank | Ending borrowings | Beginning date | Expiry date |
|---|---|---|---|---|
| China National Building Materials Group Corporation | Jiuxianqiao Sub-branch of China CITIC Bank Corporation Limited | 25,200,000.00 | 12/24/2012 | 12/24/2015 |
| China National Building Materials Group Corporation | Jiuxianqiao Sub-branch of China CITIC Bank Corporation Limited | 50,400,000.00 | 12/24/2012 | 12/24/2015 |
| Total | | 75,600,000.00 | | |

Note: According to the (2012) Xin Yin Ying Wei Dai Zi No. 000085" Entrusted Loan Agreement and the "(2012) Xin Yin Ying Wei Dai Zi No.000086" Entrusted Loan Agreement the Company signed with China National Building Materials Group Corporation and the Banking Department of China CITIC Bank Corporation Limited,

China National Building Materials Group Corporation entrusted the Banking Department of China CITIC Bank Corporation Limited with the issuance of a RMB5, 200,000.00 loan and a RMB50, 400,000.00 loan to the Company. The entrusted loan interest rate was 10% below the benchmark lending rate announced by the People's Bank of China for loans of the same term and the same grade on the actual date the loans were taken (December 24, 2012).

**6. Receivables from and payables to related parties**

Listed company's receivables from related parties

Unit: RMB yuan

| Project name | Related party | End of period | | Beginning of period | |
|---|---|---|---|---|---|
| | | Book balance | Bad debt provision | Book balance | Bad debt provision |
| Accounts receivable | Beijing New Building Material (Group) Co., Ltd. | 3,530,054.38 | 3,206,348.89 | 3,525,723.70 | 2,513,449.61 |
| Accounts receivable | Cixi Nanfang Cement Co., Ltd. | 37,174.80 | 371.75 | | |
| Accounts receivable | China United Equipment Group BNBM Machinery Co., Ltd. | 100,000.00 | 100,000.00 | 100,000.00 | 100,000.00 |
| Accounts receivable | Beijing New Materials Building Design & Research Institute Co., Ltd. | 762,600.00 | 762,600.00 | 762,600.00 | 672,600.00 |
| Accounts receivable | China National Building Materials International Trading Co., Ltd. | 26,538.66 | 265.39 | | |
| Accounts receivable | Zhongfu-lianzhong | 210,000.00 | 57,344.56 | 210,000.00 | 24,673.97 |

| | | | | | |
|---|---|---|---|---|---|
| | (Jiuquan) Composite Material Co., Ltd. | | | | |
| Accounts receivable | Zhongfu Lianzhong (Shenyang) Composite Material Co., Ltd. | 211,640.01 | 50,120.56 | 211,640.01 | 19,879.97 |
| Accounts receivable | Lianyungang Zhongfu Lianzhong Composite Material Group Co. Ltd. | 300,150.00 | 95,298.45 | 300,150.00 | 43,934.99 |
| Accounts receivable | CNBM Investment Company Limited | 1,500,000.02 | 1,500,000.02 | 1,700,000.02 | 1,700,000.02 |
| Accounts receivable | BNBM Jiayuan Property Management Co., Ltd. | 1,461,448.00 | 34,747.18 | 335,545.00 | 3,355.45 |
| Accounts receivable | INTECH Building (Beijing) Co., Ltd. | 60,249.57 | 24,476.09 | 151,477.57 | 18,686.72 |
| Accounts receivable | BNBM Plastic Pipe Co., Ltd. | 3,982.00 | 2,252.40 | 3,982.00 | 1,971.34 |
| Accounts receivable | Baoding Zhugen New Materials Co., Ltd. | 461,316.96 | 461,316.96 | 461,316.96 | 454,827.60 |
| Accounts receivable | Beijing B&Q Decoration & Building Materials Co., Ltd. | 255,429.91 | 255,429.91 | 255,429.91 | 219,651.90 |
| Accounts receivable | Jinan Branch of Beijing New Building Material (Group) Co., Ltd. | 547,156.53 | 547,156.53 | 547,156.53 | 547,156.53 |
| Accounts receivable | Beijing New Building Material (Group) Co., Ltd. Shijiazhuang Branch | 200,608.17 | 200,608.17 | 200,608.17 | 200,608.17 |
| Accounts receivable | Beijing New Building Material (Group) Co., Ltd. Zhengzhou Branch | 2,229,565.09 | 2,229,565.09 | 2,229,565.09 | 2,229,565.09 |
| Accounts receivable | Beijing New Building Material (Group) Co., Ltd. Xiamen Sales Center | 11,971.80 | 11,971.80 | 11,971.80 | 11,971.80 |
| Accounts receivable | BNBM Technology Development Co., Ltd. | 2,331,191.55 | 1,518,256.86 | 2,421,274.93 | 1,667,795.68 |
| Accounts receivable | Tianjin Century BNBM Sales Co., Ltd. | 2,382,488.30 | 2,382,488.30 | 2,382,488.30 | 2,382,488.30 |
| Other receivables | Weihai Hengbang Chemical Co., Ltd. | 6,000,000.00 | 420,000.00 | | |
| Advances to suppliers | Beijing New Building Material (Group) Co., Ltd. | 66,951.77 | | 66,951.77 | |
| Advances to suppliers | BNBM Plastic Pipe Co., Ltd. | 1,110.07 | | 1,110.07 | |
| Advances to suppliers | China United Equipment Group BNBM Machinery Co., Ltd. | 740,670.00 | | 771,770.00 | |
| Advances to suppliers | China Building Material Test & Certification Group Co., Ltd. | 5,000.00 | | 211,680.00 | |
| Advances to suppliers | China New Building Materials Design & Research Institute | | | 351,000.00 | |
| Advances to suppliers | Tancheng Xinxing New Decorative Materials Co., Ltd. | | | 468,890.13 | |
| Other receivables | Weihai Hengbang Chemical Co., Ltd. | 6,000,000.00 | 420,000.00 | | |

Listed company's payables to related parties

Unit: RMB yuan

| Project name | Related party | Ending amount | Beginning amount |
|---|---|---|---|
| Accounts payable | China National Building Material Company Limited | 1,848,155.76 | 1,764,389.18 |
| Accounts payable | Zhonglian Equipment Group Beijing New Machinery Co., Ltd. | 5,071,705.34 | 3,128,556.34 |
| Accounts payable | Beijing Zhugen BNBM Building Materials Sales Center | 7,841.30 | 7,841.30 |
| Accounts payable | Beijing New Building Material (Group) Co., Ltd. | 2,050,410.14 | 2,781,814.35 |
| Accounts payable | BNBM Plastic Pipe Co., Ltd. | 31,726.48 | 15,160.67 |
| Accounts payable | China New Building Materials Design & Research Institute | 58,500.00 | |
| Advances from customers | BNBM Plastic Pipe Co., Ltd. | 29,446.66 | 215,442.84 |
| Advances from customers | Beijing New Building Material (Group) Co., Ltd. | 147,774.71 | 235,915.01 |
| Advances from customers | Zhonglian Equipment Group | 22.47 | 22.47 |

| | | | |
|---|---|---|---|
| | Beijing New Machinery Co., Ltd. | | |
| Advances from customers | Beijing Zhugen BNBM Building Materials Sales Center | 7,500.00 | 7,500.00 |
| Advances from customers | INTECH Building (Beijing) Co., Ltd. | 630.10 | 87,525.31 |
| Advances from customers | Beijing B&Q Decoration & Building Materials Co., Ltd. | 61,509.10 | 61,509.10 |
| Advances from customers | Brightcrystals Technology Inc. | | 26,305.00 |
| Advances from customers | Beijing New Building Materials Group Papua New Guinea Co., Ltd. | | 91,147.61 |
| Other payables | China National Building Material Company Limited | 292,060,000.00 | 292,498,090.00 |
| Other payables | CNBM Investment Company Limited | 95,919.42 | 44,927.57 |
| Other payables | Beijing New Building Material (Group) Co., Ltd. | 4,118,352.06 | 3,748,241.62 |
| Other payables | BNBM Jiayuan Property Management Co., Ltd. | 2,430,261.87 | 699,344.74 |
| Other payables | Brightcrystals Technology Inc. | 34,863.54 | 18,947.80 |
| Other payables | Zhonglian Equipment Group Beijing New Machinery Co., Ltd. | 60,000.00 | 60,750.00 |
| Other payables | Shandong Taihe Building Materials Co., Ltd. | 16,000,000.00 | |
| Interest payable | China National Building Material Company Limited | 15,734,325.00 | |

**IX. Contingent Matters**

1. Contingent liabilities by debts guaranteed for other companies and its influence

1. As of December 31, 2013, information about guarantee of the Company is as follows:

(1) According to the "No. 37100520130051039" Maximum Guarantee Contract BNBMPLC signed with Agricultural Bank of China Limited Tai'an Longze Sub-branch on July 11, 2013, BNBMPLC provided a joint and several guarantee for the RMB350mn loan contract between its second-tier subsidiary - Taishan Gypsum Co., Ltd. and Agricultural Bank of China Limited Tai'an Longze Sub-branch. The guarantee period was from July 11, 2013 to July 10, 2014. As of December 31, 2013, the amount of short-term loans Taishan Gypsum Co., Ltd. had taken out with the bank stood at RMB349mn.

(2) According to the "No. 7699Z-13-143D1"Maximum Guarantee Contract BNBMPLC signed with China Everbright Bank Co., Ltd. Jinan Branch on December 10, 2013, BNBMPLC provided a joint and several guarantee for a credit facility worth RMB270mn taken out by its second-tier subsidiary - Taishan Gypsum Co., Ltd. The guarantee period was two years from the date of expiration of the period for performance of the obligation. As of December 31, 2013, the amount of short-term loans Taishan Gypsum Co., Ltd. had taken out with the bank stood at RMB0mn.

(3) According to the "2013 Tai Zhong Gao (Bao) Zi No.005"Maximum Guarantee Contract BNBMPLC signed with Bank of China Limited Tai'an Branch on September 30, 2013, BNBMPLC provided a joint and several guarantee for a credit facility worth RMB220mn taken out by its second-tier subsidiary - Taishan Gypsum Co., Ltd. The guarantee period was the loan term specified in each loan contract and was from September 10, 2013 to March 12, 2014. As of December 31, 2013, the amount of short-term loans Taishan Gypsum Co., Ltd. had taken out with the bank stood at RMB205mn.

(4) According to the No. 2013-123010-ZG03"Maximum Guarantee Contract BNBMPLC signed with China Construction Bank Corporation Tai'an Youth Road Sub-branch on January 10, 2013, BNBMPLC provided a joint and several guarantee for the RMB100mn worth of loans its second-tier subsidiary - Taishan Gypsum Co., Ltd. had taken out with the bank. The guarantee period was from January 10, 2013 to January 9, 2014. As of December 31, 2013, the amount of short-term loans Taishan Gypsum Co., Ltd. had taken out with the bank stood at RMB100mn.

(5) According to the 3790902013AM00000000 Maximum Guarantee Contract BNBMPLC signed with Bank of Communications Co., Ltd. Tai'an Branch on November 18, 2012, BNBMPLC provided a joint and several guarantee for the RMB73mn worth of loans its second-tier subsidiary - Taishan Gypsum Co., Ltd. had taken out with the bank. As of December 31, 2013, the amount of short-term loans Taishan Gypsum Co., Ltd. had taken out with the bank stood at RMB73mn. The guarantee period is two years from the expiration date of debt fulfillment.

(6) According to the "Tai Tou Zi Tiao Kong Zi Jin Jie Zi No. 0919" Loan Contract (Guarantee) BNBMPLC's second-tier subsidiary-Taishan Gypsum Co., Ltd. signed with Tai'an Taishan Investment Co., Ltd. and Tai'an Jindun Building Materials Co., Ltd. on July 3, 2009, Tai'an Jindun Building Materials Co., Ltd. provided a joint and several guarantee for the RMB10mn worth of loans Taishan Gypsum Co., Ltd. had taken out with Tai'an Taishan Investment Co., Ltd. The guarantee period was from June 22, 2009 to June 15, 2019. As of 2013 December 31, the amount of long-term borrowings Taishan Gypsum Co., Ltd. had taken out with the bank stood at RMB10mn (including RMB1.65mn in loans due within one year).

(7) According to the" 2011 Ning Yang (Bao) Zi No 0004" Guarantee Contract BNBMPLC signed with Industrial and Commercial Bank China Limited Ningyang Sub-Branch on May 24, 2011, BNBMPLC provided a joint and several guarantee for a credit facility worth RMB50mn taken out by its second-tier subsidiary - Taishan Gypsum Co., Ltd. The guarantee period was two years from the day after the maturity date the loan contract specified for each loan. As of December 31, 2013, the amount of long-term loans Taishan Gypsum Co., Ltd. had taken out with the bank stood at RMB50mn.

(8) According to the" 2013 Ning Yang (Bao) Zi No 0004" Maximum Guarantee Contract BNBMPLC signed with Industrial and Commercial Bank China Limited Ningyang Sub-Branch on December 19, 2013, BNBMPLC provided a joint and several guarantee for a credit facility worth RMB130mn taken out by its second-tier subsidiary - Taishan Gypsum Co., Ltd. The guarantee period was from December 19, 2013 to December 18, 2014. As of December 31, 2013, the amount of short-term loans Taishan Gypsum Co., Ltd. had taken out with the bank stood at RMB86.30mn.

(9) According to the "No. 3830102013A100003900" Guarantee Contract BNBMPLC's subsidiary-tier subsidiary-Taishan Gypsum Co., Ltd. signed with Bank of Communications Co., Ltd.' Nantong Branch on December 9, 2013, Taishan Gypsum Co., Ltd. provided a joint and several guarantee for the RMB35mn worth of loans its second-tier subsidiary - Taishan Gypsum (Nantong) Co., Ltd. had taken out with the bank, As of December 31, 2013, the amount of short-term loans Taishan Gypsum (Nantong) Co., Ltd. had taken out with the bank stood at RMB35mn.

(10) According to the "No. 3830102010A100003600" Guarantee Contract BNBMPLC's third-tier subsidiary-Tai'an Jindun Building Materials Co., Ltd. signed with Bank of Communications Co., Ltd. Nantong Branch on September 21, 2010, Tai'an Jindun Building Materials Co., Ltd. provided a joint and several guarantee for the RMB47mn worth of loans for the company in which it has equity participation - Taishan Gypsum (Nantong) Co., Ltd. had taken out with the bank, As of December 31, 2013, the amount of long-term borrowings Taishan Gypsum (Nantong) Co., Ltd. had taken out with the bank stood at RMB100,000. All the long-term guarantee loans that remained outstanding at the end of the previous period were repaid during the current period.

(11) According to the " 2010 Yi Zhong Xin Feng Bao Zi No. 003" Guarantee Contract BNBMPLC's third-tier subsidiary- Taishan Gypsum Co., Ltd. signed with Bank of China Limited Fengcheng Sub-branch on March 25, 2010, Taishan Gypsum Co., Ltd. provided a joint and several guarantee for the RMB40mn worth of loans its second-tier subsidiary - Taishan Gypsum (Jiangxi) Co., Ltd. had taken out with the bank. As of December 31, 2013, the amount of long-term borrowings Taishan Gypsum (Jiangxi) Co., Ltd. had taken out with the bank stood at RMB0. All the long-term guarantee loans that remained outstanding at the end of the previous period were repaid during the current period.

(12) According to the "21100120130025651" Guarantee Contract and the"2110020130043274" Guarantee Contract BNBMPLC's third-tier subsidiary-Taishan Gypsum Co., Ltd. signed with Agricultural Bank of China Limited Fuxin Branch on July 5, 2013 and October 30, 2013 respectively, Taishan Gypsum Co., Ltd. provided a joint and several guarantee for the RMB20mn worth of loans its wholly owned subsidiary - Fuxin Taishan Gypsum Building Materials Co., Ltd. had taken out with the bank. The guarantee period was two years from the date of expiration of the period for performance of the obligation agreed upon in the master contract. As of December 31, 2013, short-term borrowings of Fuxin Taishan Gypsum Building Materials Co., Ltd. in the Bank is RMB20mn.

(13) According to the provisions of "2011NianShanZhongYinWeiNanBaoZi No.001" Contract of Guarantee signed between the Company's Tier 2 subsidiary-Taishan Gypsum Co., Ltd. and Bank of China Limited, Weinna Branch on November 1, 2011, Taishan Gypsum Co., Ltd. provides joint

liability guarantee for the loan RMB30mn of its wholly-owned subsidiary - Taishan Gypsum (Shaanxi) Co., Ltd. in the Bank, and the guarantee period is two years from the expiration date of debt fulfillment as prescribed in master contract. As of December 31, the amount of long-term borrowings Taishan Gypsum (Shaanxi) Co., Ltd. had taken out with the bank stood at RMB0. All the long-term guarantee loans that remained outstanding at the end of the previous period were repaid during the current period.

(14) According to the " 24050441- 2011 Fu Quan (Bao) Zi No.0001" Guarantee Contract BNBMPLC's third-tier subsidiary- Taishan Gypsum Co., Ltd. signed with Industrial and Commercial Bank of China Limited Fuquan Sub-branch on January 28, 2011, Taishan Gypsum Co., Ltd. provided a joint and several guarantee for the RMB30mn worth of loans its second-tier subsidiary - Guizhou Dyford Gypsum Co., Ltd. had taken out with the bank. As of December 31, 2013, the amount of long-term borrowings Guizhou Dyford Gypsum Co., Ltd. had taken out with the bank stood at RMB0. All the long-term guarantee loans that remained outstanding at the end of the previous period were repaid during the current period.

(15) According to the "2011 De Yang Yin Shen Bao He Zi No. 018-2" Guarantee Contract BNBMPLC's third-tier subsidiary-Tai'an Jindun Building Materials Co., Ltd. signed with Bank of Deyang Co., Ltd. Shen Fang Sub-branch on March 18, 2011, Tai'an Jindun Building Materials Co., Ltd. provided a joint and several guarantee for the RMB13mn worth of loans Taishan Gypsum (Sichuan) Co., Ltd. had taken out with the bank. As of 2013 December 31, the amount of long-term borrowings Taishan Gypsum ( Sichuan) Co., Ltd. had taken out with the bank stood at RMB0. All the long-term guarantee loans that remained outstanding at the end of the previous period were repaid during the current period.

(16) According to the provisions of "BaoZi No. 1131207" Contract of Guarantee signed between the Company's Tier 2 subsidiary-Taishan Gypsum Co., Ltd. and Bank of Communications Co., Ltd., Hebei Branch on December 25, 2013, Taishan Gypsum Co., Ltd. provides joint liability guarantee for the loan RMB20mn of Taishan Gypsum (Pingshan) Co., Ltd. in the Bank, and the guarantee period is two years from the expiration date of debt fulfillment. As of December 31, 2013, short-term borrowings of Taishan Gypsum (Pingshan) Co., Ltd. in the Bank is RMB20mn.

(17) According to the provisions of "2012NianGuanBaoZi No.022" Contract of Guarantee signed between the Company's Tier 2 subsidiary-Taishan Gypsum Co., Ltd. and Bank of China Limited, Guanxian Subbranch on December 14, 2012, Taishan Gypsum Co., Ltd. provides joint liability guarantee for the loan RMB50mn of Taishan Gypsum (Liaocheng) Co., Ltd. in the Bank, and the guarantee period is two years from the expiration date of debt fulfillment. As of 2013 December 31, the amount of long-term borrowings Taishan Gypsum (Liaocheng) Co., Ltd. had taken out with the bank stood at RMB50mn (including RMB20mn in loans due within one year).

(18) According to the provisions of "No. 34100120120059491" Contract of Guarantee signed between the Company's Tier 2 subsidiary-Taishan Gypsum Co., Ltd. and Agricultural Bank of China Co., Ltd., Chaohu Subbranch on December 12, 2012, Taishan Gypsum Co., Ltd. provides joint liability guarantee for the loan RMB50mn of Taishan Gypsum (Chaohu) Co., Ltd. in the Bank, and the guarantee period is two years from the expiration date of debt fulfillment. As of 2013 December 31, the amount of long-term borrowings Taishan Gypsum (Chaohu) Co., Ltd. had taken out with the bank stood at RMB50mn (including RMB10mn in loans due within one year).

(19) According to the "No. 34100520130009078" Maximum Guarantee Contract BNBMPLC's second-tier subsidiary - Taishan Gypsum Co., Ltd. signed with Agricultural Bank of China Limited Tongling Branch on October 18, 2013, Taishan Gypsum Co., Ltd. provided a joint and several guarantee for the RMB30mn worth of loans its second-tier subsidiary - Taishan Gypsum (Tongling) Co., Ltd. had taken out with the bank. As of December 31, 2013, the amount of short-term loans Taishan Gypsum (Tongling) Co., Ltd. had taken out with the bank stood at RMB30mn.

2. The mortgage loans BNBMPLC has taken out as at December 31, 2013 are as follows:

(1) According to the provisions of "2011NianTaiGaoDiZi No. 6883601520110909" Maximum Mortgage Contract signed between the Company's Tier 2 subsidiary-Taishan Gypsum Co., Ltd. and Bank of China Limited, Taian Branch on September 9, 2011, Taishan Gypsum Co., Ltd. mortgages its total 95 (sets, pieces or groups) of machinery equipment in Dawenkou, Daiyue, Taian City, with total price of RMB98.085605mn to the Bank as the guarantee for its loan RMB29mn from the Bank,

and the mortgage term is from September 9, 2011 to September 9, 2014. As of December 31, 2013, the amount of short-term loans Taishan Gypsum Co., Ltd. had taken out with the bank stood at RMB29mn.

(2) According to the provisions of "2012 NianTaiZuiGaoDiZi No. 6883601501" Maximum Mortgage Contract signed between the Company's Tier 2 subsidiary-Taishan Gypsum Co., Ltd. and Bank of China Limited, Taian Branch on October 18, 2012, Taishan Gypsum Co., Ltd. mortgages its land ("TaiTuGuoYong (2009) No. T-0371" 743 square meters) at the west side of Haoli Mountain, its land ("TaiTuGuoYong (2009) No. D-0193" 29,446 square meters and "TaituGuoYong (2009) No. D-0194" 44,857 square meters) in Dawenkou, Daiyue District, Taian City, its houses ("TaiFangQuanZhengTaiZi No. 166264" 2,669.77 square meters) at the west side of Haoli Mountain, its houses ("TaiFangQuanZhengTaiZi No. 166289" 11,390.30 square meters, "TaiFangQuanZhengTaiZi No. 166290" 1,546.64 square meters, "TaiFangQuanZhengTaiZi No. 166301" 1,520.27 square meters, "TaiFangQuanZhengTaiZi No. 166302" 1,517.76 square meters, and "TaiFangQuanZhengTaiZi No. 166303" 18,155.40 square meters) in Dawenkou, Daiyue District, Taian City, with total price of RMB82.6631mn to the Bank as the guarantee for its loan RMB38mn from the Bank, and the mortgage term is till the date when the guaranteed liabilities are paid off. As of December 31, 2013, the balance of short-term borrowings of Taishan Gypsum Co., Ltd. in Bank of China Limited, Taian Branch is RMB38mn.

(3) According the "2012 Tai Zui Gao Di Zi No. 6883601502" Maximum Amount Mortgage Contract BNBMPLC's second-tier subsidiary - Taishan Gypsum Co., Ltd. signed with Bank of China Limited Tai'an Branch on December 10, 2012, Taishan Gypsum Co., Ltd. pledged its machinery and equipment with a total estimated value of RMB102.7005mn located in Dawenkou Town, Daiyue District, Tai'an to the bank as collateral for the RMB30mn worth of loans it had taken out with the bank. The mortgage term was from November 20, 2012 to November 20, 2015. As of December 31, 2013, the amount of short-term loans Taishan Gypsum Co., Ltd. had taken out with the bank stood at RMB30mn.

(4) According to the "TAQNL2013-DY-No.002" Mortgage Contract BNBMPLC's third-tier subsidiary - Taishan Gypsum (Henan) Co., Ltd. had signed with China Construction Bank Corporation Tai'an Youth Road Sub-branch on June 23, 2013, Taishan Gypsum (Henan) Co., Ltd. pledged its right to use the land (Yan Guo Yong (2008) No 080038,133282.85 square meters) with an estimated value of RMB3172.1318 located on the north side of Beihuan Road, Shouyangshan Town and Yan Fang Quan Zheng (2010) Zi No.00032288, 00032289, 00032290, 00032291 and 00032292 with an estimated value of RMB34.113583mn to the bank as collateral for the RMB40mn worth of loans Taishan Gypsum Co., Ltd. had taken out with the bank. As of December 31, 2013, the amount of short-term loans Taishan Gypsum Co., Ltd. had taken out with the bank stood at RMB40mn.

(5) According to the Mortgage contract (2011 N.Y.(DI) Z. No.0012) signed by and between the Company's Tier 2 subsidiary – Taishan Gypsum Co., Ltd. and Ningyang Sub-branch of Industrial and Commercial Bank of China Limited on May 26, 2011, Taishan Gypsum Co., Ltd. will mortgage its land use rights for the real estates located in No.265, North of East Section of Taishan Street, Tai'an City (Property Ownership Certificate No.: "T.F.Q.Z.T.Z.No.182058"; Land Use Certificate No.: "T.T.G.Y.(2010) No.T-0411") and Dawenkou Town, Daiyue District, Tai'an City (Land Use Certificate No.: "T.T.G.Y.(2010) No.D-0207"; "T.T.G.Y.(2010) No.D-0208") to the Bank as a guarantee of its loans of RMB60mn from the Bank. As of 2013 December 31, the amount of long-term borrowings Taishan Gypsum Co., Ltd. had taken out with the bank stood at RMB47.5mn (including RMB45mn in loans due within one year).

(6) According to the provisions of "2012NianYiLiuDiYaZi No.63" Mortgage Contract signed between the Company's Tier 3 subsidiary-Taishan Gypsum (Yunnan) Co., Ltd. and Yimen County Rural Credit Cooperatives Union, Liujie Credit Union on September 28, 2012, Taishan Gypsum (Yunnan) Co., Ltd. mortgages its right to use the land (YiLiuLiu (2009) JieZi No.19) in Sanjia Village, Tiechang, Liujie Town, Yimen County with the price of RMB25.4058mn, and its house property (YiFangQuanZhengYiMenZi No. 0016922) with the price of RMB12.4792mn, total pricing RMB37.885mn to the Bank as the guarantee for its revolving loan RMB20mn from the Bank from September 28, 2012 to September 24, 2015, and the mortgage term is till the date when the guaranteed liabilities are paid off. As of December 31, 2013, short-term borrowings of Taishan Gypsum (Yunnan) Co., Ltd. in the Bank is RMB20mn.

(7) According to the "NY No. 010010002013080001201" Mortgage Contract BNBMPLC's third-tier subsidiary - Taishan (Yinchuan) Gypsum Co., Ltd. signed with Bank of Ningxia Co.,Ltd. Xincheng Sub-branch on August 12, 2013, Taishan ( Yinchuan) Gypsum Co., Ltd. pledged its properties (Fang Quan Zheng Xi Xia Qu No. 2012060054, No. 2012060055, No. 2012060056 and No. 2012060057) with a total estimated value of RMB32.4614mn located on the north side of Jimin West Road and the west side of Jiaming Street in Xixia District and the right to use the land upon which such properties were located (Yin Guo Yong(2010)No. 04116) with an estimated value of RMB21.2289mn, a total of RMB53.6903mn to the bank as collateral for the RMB20mn worth of loans it had taken out with the bank for the period from August 21, 2013 to August 19, 2014. The mortgage term was set to run until the secured debt is repaid. As of December 31, 2013, short-term borrowings of Taishan (Yinchuan) Gypsum Co., Ltd. in the Bank is RMB20mn.

(8) According to the"2011 De Yang Yin Shen Gao Di He Zi No. 018-1" Mortgage Contract BNBMPLC's third-tier subsidiary - Taishan Gypsum (Sichuan) Co., Ltd. signed with Bank of Deyang Co., Ltd. Shenfang Sub-branch on March 3, 2011, Taishan Gypsum (Sichuan) Co., Ltd. pledged its land use rights with an estimated value of RMB42.1067mn to the bank as collateral for the RMB27mn worth of loans it had taken out with Deyang Co., Ltd. Shen Fang Sub-branch. As of December 31, 2013, long-term borrowings applied and received by Taishan Gypsum (Sichuan) Co., Ltd. from this bank were RMB13mn.

(9) According to the "Jian Shan Wei Xiao Di Ya(2013)No. 026" Mortgage Contract BNBMPLC's third-tier subsidiary - Taishan Gypsum (Shaanxi) Co., Ltd. signed with China Construction Bank Corporation Weinan Branch on March 25, 2013, Taishan Gypsum (Shaanxi) Co., Ltd. pledged its Wei Lin Guo Yong (2009) No. 068 land with a total area of 100553.3 square meters (150.83 mus) and an estimated value of RMB30.3135mn located on the east side of National Highway 108 in Weibei Industrial Park, Xinshi Town, Weinan City and its properties Wei Fang Quan Zheng Deng You Zi No.230374-1(12594.12 square meters) and Wei Fang Quan Zheng Deng You Zi No.230374-2(4595.00 square meters) with an estimated value of RMB27.61mn (confirmed value RMB23.69mn) to the bank as collateral for the RMB30mn worth of loans it had taken out with the bank. As of 2013 December 31, the amount of short-term loans Taishan Gypsum (Shaanxi) Co., Ltd. had taken out with the bank stood at RMB30mn.

3. The pledge loans BNBMPLC has taken out as at December 31, 2013 were as follows:

According the "Factoring Application 2013092901" BNBMPLC's second-tier subsidiary - Taishan Gypsum Co., Ltd. signed with Shanghai Pudong Development Bank Jinan Branch on September 29, 2013, Taishan Gypsum Co., Ltd. pledged its RMB38.61mn worth of accounts receivable to the bank as collateral for the RMB30mn worth of loans it had taken out with the bank. The pledge term was from September 29, 2013 to March 23, 2014. As of December 31, 2013, the amount of short-term loans Taishan Gypsum Co., Ltd. had taken out with the bank stood at RMB30mn.

Other contingent liabilities and their financial effects

None

Ⅹ. Commitments

1. Major commitments

Asset leasing-related major events that have occurred at BNBMPLC as at the balance sheet date are as follows:

(1) As specified in the Land Lease Contract for Gypsum Board Production Line between a sub-subsidiary of the Company's – Taishan Gypsum (Wenzhou) Co., Ltd. and Zhejiang Zheneng Wenzhou Power Generation Co., Ltd., Taishan Gypsum (Wenzhou) Co., Ltd. will lease certain land of Zhejiang Zheneng Wenzhou Power Generation Co., Ltd. during January 1, 2008 – June 30, 2036. The area of leased land is 54,200.8 square meters, and the land rent per year is RMB596,209, and in case of adjustments of national policies, the land rent will be adjusted accordingly.

(2) Pursuant to the Agreement on Shandong Taihe Dongxin Co., Ltd. Leasing the Plaster Board Production Line from Lucheng Cement Plant signed by and between Taishan Gypsum Co., Ltd., a Tier 2 subsidiary of the Company, with Shanxi Lucheng Cement Plant on September 29th 2005, Taishan Gypsum Co., Ltd. leased from Shanxi Lucheng Cement Plant the production facilities