# EXHIBIT 18



# Beijing New Building Materials Public Limited Company (BNBMPLC)

# Annual Report 2010



**Board of Directors**

**Beijing New Building Materials Public Limited Company**

**March 17, 2011**

BNBMPLC0001542

## 2010 Annual Report of Beijing New Building Materials Public Limited Company
## Notes to Financial Statements of Beijing New Building Materials Public Limited Company

### I. General Information

#### (I) Historical evolution

Approved by State Bureau of Building Materials Industry in May 1997 in accordance with Document JCSCF (1997) No.9 and State Commission for Restructuring Economic Systems in accordance with Document TGS (1997) No.48, Beijing New Building Materials Public Limited Company (the "Company") is a company limited by shares established exclusively by the wholly state-owned Beijing New Building Materials (Group) Co., Ltd. The registered address of the Company is No.11, A, Sanlihe Road, Haidian District, Beijing and its registered capital is 575.15mn shares (RMB1.00 per share, ditto). The number of its business license of enterprise legal person is 110000005101342. The Company went public officially on Shenzhen Stock Exchange on June 6, 1997 and its stock is referred to as "BNBMPLC" for short.

When the Company was established, the share capital invested by the sponsor amounted to 110mn shares. On May 20, 1997, approved by China Securities Regulatory Commission in accordance with Document ZJFZ (1997) No.223 and Document ZJFZ (1997) No.224, the Company issued 45mn shares of common stock (A-share) to the public. In August 1998, approved by CSRC Beijing Bureau in accordance with Document JZJZ (1998) No.30 and China Securities Regulatory Commission in accordance with Document ZJSZ (1998) No.95, the Company placed shares based on a total share capital of 155mn shares in a ratio of 10:3 to all shareholders. The shares actually placed were 18.5mn. In May 1999, based on a total share capital of 173.5mn shares, the Company transferred capital reserves to paid-in capital in a ratio of 10:3 and allotted bonus shares in a ratio of 10:2 by deliberations in accordance with legal procedures. The share capital was increased by 86.75mn shares. In August 2000, approved by CSRC Beijing Bureau in accordance with Document JZJW (2000) No.64 and China Securities Regulatory Commission in accordance with Document ZJGSZ (2000) No.102, the Company, based on a total capital of 260.25mn shares, placed shares in a ratio of 10:3 to all shareholders. The shares actually placed were 27.325mn. In June 2002, based on a total share capital of 287.575mn shares, the Company transferred capital reserves to shares in a ratio of 10:8 and allotted bonus shares in a ratio of 10:2 by deliberations in accordance with legal procedures. The share capital was increased by 287.575mn shares. Following such changes in shares as mentioned above, the Company's total share capital was 575.15mn shares.

In accordance with the reply given in the document (Guo Zi Chan Quan [2004] No.1204) issued by State-owned Assets Supervision and Administration Commission of the State Council on January 4, 2005, Beijing New Building Material (Group) Co., Ltd. (BNBM Group), the original controlling shareholder of the Company, will transfer 60.33% equity held by it in the Company (34,700,000,000 shares) to China National Building Materials Group Corporation (CNBM Group, previously known as "China National Building Material and Equipment Import and Export Company") without compensation, thus making CNBM Group the controlling shareholder of the Company.

As per the requirements of the Reform Program on Equity Division of Beijing New Building Materials Public Limited Company passed through deliberations during the shareholders' meeting on equity division held on June 16, 2006, non-public shareholders, based on a total of 228.150mn tradable shares, issued bonus shares to public shareholders in a ratio of 10:2 in order to obtain the right to list and trade their shares. The actual controller of the Company allotted cash of RMB3.83 per 10 shares to public shareholders. After this bonus issue program was executed, the Company's non-tradable shares became tradable shares subject to trading restrictions. There were still a total of 575.15mn shares. The non-tradable shares became shares subject to trading restrictions and reduced from 347mn to 301.37mn, while the tradable shares not subject to trading restrictions increased from 228.15mn to 273.78mn.

#### (II) Industry nature

The Company belongs to the lightweight building material manufacturing industry.

#### (III) Business scope