# EXHIBIT 19



# Beijing New Building Materials Public Limited Company

# Annual Report 2012

**March 2013**

JZJW (2000) No.64 and China Securities Regulatory Commission in accordance with Document ZJGSZ (2000) No.102, the Company, based on a total capital of 260.25mn shares, placed shares in a ratio of 10:3 to all shareholders. The shares actually placed were 27.325mn. In June 2002, based on a total share capital of 287.575mn shares, the Company transferred capital reserves to shares in a ratio of 10:8 and allotted bonus shares in a ratio of 10:2 by deliberations in accordance with legal procedures. The share capital was increased by 287.575mn shares. Following such changes in shares as mentioned above, the Company's total share capital was 575.15mn shares.

In accordance with the reply given in the document (Guo Zi Chan Quan [2004] No.1204) issued by State-owned Assets Supervision and Administration Commission of the State Council on January 4, 2005, Beijing New Building Material (Group) Co., Ltd. (BNBM Group), the original controlling shareholder of the Company, will transfer 60.33% equity held by it in the Company (347,000,000 shares) to China National Building Materials Group Corporation (CNBM Group, previously known as "China National Building Material and Equipment Import and Export Company") without compensation, thus making CNBM Group the controlling shareholder of the Company.

As per the requirements of the Reform Program on Equity Division of Beijing New Building Materials Public Limited Company passed through deliberations during the shareholders' meeting on equity division held on June 16, 2006, non-public shareholders, based on a total of 228.150mn tradable shares, issued bonus shares to public shareholders in a ratio of 10:2 in order to obtain the right to list and trade their shares. The actual controller of the Company allotted cash of RMB3.83 per 10 shares to public shareholders. After the bonus plan is implemented, the Company's shares that have not be listed in circulation and the shares held by the senior managers in the outstanding shares become outstanding shares with restricted conditions, and the total number of shares is still 575,150,000, i.e. the original unlisted shares become outstanding shares and decreased from 347,000,000 shares to 301,370,000 shares, and the shares held by senior managers in the original outstanding shares become outstanding shares with restricted conditions and increase from 163,300 shares to 195,960 shares, and other A shares in the original outstanding shares increase from 227,986,700 shares to 273,584,040 shares. By the end of 2012, the Company held 62,741 shares of outstanding shares with restricted conditions and 575,087,259 shares without restricted conditions.

(II) Industry nature

The Company belongs to the new lightweight building material manufacturing industry.

(III) Business scope

The Company's main businesses include: technical development, technical service, technical consulting, technical training and manufacture of new building materials, new wall materials, chemical products, decorative materials, energy technologies and products, building material machinery and electrical equipment, and houses using new building materials; sale of developed products (except items not specially licensed), metal materials, building materials, decorative materials, chemical products, wood & mineral products, hardware electric products, chemical & light industry materials, and building machinery; development and utilization of environmental protection and energy-saving products; operating the export business of the Company's own products and associated technologies; operating the import business of raw & auxiliary materials, machinery equipment, instruments & meters, spare parts and associated technologies required for the Company's production and technology research; operating the Company's business of processing with imported materials and "three-plus-one" trading mix.

(IV) Major products or services rendered

The company's main products and services include: plasterboard, light steel keel, keel with varnish baking, mineral wool sound-absorbing boards, rock wool, granulated wool, paint, steel panel radiators, hardware, Geil boards, cement tile, section bars, doors and windows, sheet steel reinforced housing and domestic and foreign construction materials, decoration materials trade, and technology transfer, development and service etc.

IV. Main Accounting Policies, Accounting Estimates and Previous Errors of the Company

1. Preparation basis of the financial statements

The financial statements of the Company are prepared on the basis of the going concern