# EXHIBIT 20



# Beijing New Building Materials Public Limited Company

# Annual Report 2013

**March 2014**

Document TGS (1997) No. 48, Beijing New Building Materials Public Limited Company (the "Company" or "BNBM") is a company limited by shares established exclusively by the wholly state-owned Beijing New Building Materials (Group) Co., Ltd. The registered address of the Company is No. 11, A, Sanlihe Road, Haidian District, Beijing and its registered capital is RMB575.15mn (a total of 575.15mn shares with RMB1.00 per share, ditto). The number of its business license of enterprise legal person is 110000005101342. BNBM went public officially on Shenzhen Stock Exchange on June 6, 1997 and its stock is referred to as "BNBM" for short.

When BNBM was established, the share capital invested by the sponsor amounted to 110mn shares. On May 20, 1997, approved by China Securities Regulatory Commission (the "CSRC") in accordance with Document ZJFZ (1997) No. 223 and Document ZJFZ (1997) No. 224, BNBM issued 45mn shares of common stock (A-share) to the public. In August 1998, approved by CSRC Beijing Bureau in accordance with Document JZJZ (1998) No. 30 and CSRC in accordance with Document ZJSZ (1998) No. 95, BNBM placed shares based on a total share capital of 155mn shares in a ratio of 10:3 to all shareholders. The shares actually placed were 18.5mn. In May 1999, based on a total share capital of 173,5mn shares, BNBM transferred capital reserves to paid-in capital in a ratio of 10:3 and allotted bonus shares in a ratio of 10:2 by deliberations in accordance with legal procedures. The share capital was increased by 86.75mn shares. In August 2000, approved by CSRC Beijing Bureau in accordance with Document JZJW (2000) No. 64 and CSRC n in accordance with Document ZJGSZ (2000) No. 102, BNBM, based on a total capital of 260.25mn shares, placed shares in a ratio of 10:3 to all shareholders. The shares actually placed were 27.325mn. In June 2002, based on a total share capital of 287.575mn shares, BNBM transferred capital reserves to shares in a ratio of 10:8 and allotted bonus shares in a ratio of 10:2 by deliberations in accordance with legal procedures. The share capital was increased by 287.575mn shares. Following such changes in shares as mentioned above, the total share capital of BNBM was 575.15mn shares.

On January 4, 2005, approved by State-owned Assets Supervision and Administration Commission of the State Council ("SASAC") in accordance with Document GZCQ (2004) No. 1204, original controlling shareholder of BNBM Beijing New Building Material (Group) Co., Ltd. Transferred its 60.33% equity (347mn shares) in BNBMPLC to China National Building Material Company Limited (formerly known as China National Building Material and Equipment Import and Export Company, hereinafter referred to as "CNBMPLC") without compensation. As a result, CNBMPLC became the controlling shareholder of BNBMPLC.

As per the requirements of the Reform Program on Equity Division of Beijing New Building Materials Public Limited Company passed through deliberations during the shareholders' meeting on equity division held on June 16, 2006, non-public shareholders of BNBMPLC, based on a total of 228.15mn tradable shares, issued bonus shares to public shareholders in a ratio of 10:2 in order to obtain the right to list and trade their shares. The actual controller of BNBMPLC allotted cash of RMB3.83 per 10 shares to public shareholders. After the bonus plan is implemented, the Company's shares that have not be listed in circulation and the shares held by the senior managers in the outstanding shares become outstanding shares with restricted conditions, and the total number of shares is still 575.15mn, i.e. the original unlisted shares become outstanding shares and decreased from 347mn shares to 301.37mn shares, and the shares held by senior managers in the original outstanding shares become outstanding shares with restricted conditions and increase from 163,300 shares to 195,960 shares, and other A shares in the original outstanding shares increase from 227.9867mn shares to 273.58404mn shares. As of December 31, 2013, BNBMPLC had 57,037 tradable shares subject to trading restrictions and 575.092963mn tradable shares not subject to trading restrictions.

(II) Industry nature

The industry that BNBMPLC is engaged in is new lightweight building material manufacturing industry.

(III) Business scope

The Company's main businesses include: technical development, technical service, technical consulting, technical training and manufacture of new building materials, new wall materials, chemical products, decorative materials, energy technologies and products, building material machinery and electrical equipment, and houses using new building materials; sale of developed