# EXHIBIT 21



# Beijing New Building Materials Public Limited Company (BNBMPLC)

# Annual Report 2009



Board of Directors

Beijing New Building Materials Public Limited Company

March 23, 2010

BNBMPLC0001229

| | | | |
|---|---:|---:|---|
| CNBM Investment Company Limited | | 47,708,926.67 | Bonus |
| Beijing Greentec Environmental Protection Equipment Co., Ltd. | 260,819.70 | | Bonus |
| Total | 260,819.70 | 57,998,926.67 | |

(3) As for long-term equity investments under the equity method, investment income shall be itemized with respect to the invested entity:

| Invested entity | Amount incurred in current period | Amount incurred in previous period | Reason for increase and decrease from previous period |
|---|---:|---:|---|
| Tancheng Xinxing New Decorative Materials Co., Ltd. | -6,285,525.65 | -1,115,475.67 | |
| Wuhan WUTOS Co., Ltd. | 1,595,970.16 | 2,334,433.28 | |
| Brightcrystals Technology Inc. | 286,766.62 | 193,975.57 | |
| Huafeu Real Estate Development Co., Ltd. | -1,261,799.75 | -3,809,629.54 | |
| Total | -5,664,588.62 | -2,396,696.36 | |

(4) Investment income arising from disposal of long-term equity investments

| Name of investee | Amount incurred in current period | Amount incurred in previous period | Remarks |
|---|---:|---:|---|
| CNBM Investment Company Limited | | 92,868,605.13 | Equity transfer |
| BNBM Chengdu Southwest Co., Ltd. | | 688,422.96 | De-registered |
| Total | 0.00 | 93,557,028.09 | |

7. Supplementary Info for Cash Flow Statement

| Supplementary information | Current amount | Last term amount |
|---|---:|---:|
| 1. Reconciliation of net profit to cash flows from operating activities | | |
| Net profit | 73,888,120.85 | 183,738,631.87 |
| Add: Provisions for impairments of assets | 10,441,080.36 | 10,863,266.30 |
| Depreciation of fixed assets, oil & gas assets and productive biological assets | 57,683,801.90 | 56,877,715.15 |
| Amortization of intangible assets | 4,907,852.37 | 4,610,287.37 |
| Amortization of long-term deferred expenses | 635,564.40 | 635,564.40 |
| Loss on disposal of fixed assets, intangible assets and other long-term assets ("-" for gain) | -7,015,059.57 | 96,153.87 |
| Loss on scrapped fixed assets ("-" for gain) | | |
| Loss on changes to fair values ("-" for gain) | | |
| Financial expenses ("-" for gain ) | 32,988,208.17 | 36,139,818.93 |
| Investment loss ("-" for gain) | 5,403,768.92 | -149,159,258.40 |
| Decrease in deferred income tax assets ("-" for increase) | -6,616.24 | -6,818,147.26 |
| Increase in deferred income tax liabilities ("-" for decrease) | -10,629,303.82 | 10,629,303.82 |
| Decrease in inventory ("-" for increase) | 3,074,334.60 | -35,388,901.30 |
| Decrease in operating receivables ("-" for increase) | -217,504,091.77 | -86,764,610.80 |
| Increase in operating payables ("-" for decrease) | 279,290,185.69 | 6,061,938.18 |
| Others | -5,482,000.00 | 35,410,000.00 |
| Net cash flows from operating activities | 227,675,845.86 | 66,931,762.13 |
| 2. Mafor investing and financing activities that do not involve cash receipts and payments: | | |
| Debts converted into capital | | |
| Convertible corporate bonds due within one year | | |
| Fixed assets leased-in through financing | | |
| 3. Net changes in cash and cash equivalents | | |
| EOP balance of cash | 20,518,138.06 | 47,734,134.03 |
| Less: BOP balance of cash | 47,734,134.03 | 117,028,571.38 |
| Add: Cash equivalents at end of period | | |
| Less: cash equivalents at beginning of period | | |
| Net increase in cash and cash equivalents | -27,215,995.97 | -69,294,437.35 |

VII. Related Parties and Related Party Transactions

1. Details about the parent company of the Company

| Name of parent compa | Affiliation relation ship | Enterpri se type | Place of incorpo ration | Le gal rep res | Nature of business | Registere d capital | Sharehol ding proportio n in the | Proportio n of voting right in | Ultimat e controll er of | Organizatio nal code |
|---|---|---|---|---|---|---|---|---|---|---|

| ny | | | | entative | | | Company (%) | the Company (%) | the shareholder | |
|---|---|---|---|---|---|---|---|---|---|---|
| China National Building Material Company Limited | Controlling shareholder | Company limited by shares | Jia 11, Sanheli Road, Haidian District, Beijing | Song Zhiping | R&D, production, marketing, etc. of new building materials and products made thereof, new-type houses, cement and products thereof, glass fiber and products thereof, and composite materials and products thereof | RMB2481.215273mn | 52.40% | 52.40% | China National Building Materials Group Corporation | 10000349-5 |

The actual controller China National Building Materials Group Corporation was founded on January 3, 1984. Its legal representative is Song Zhiping. It has a registered capital of RMB3.723bn. Its registered address is No. 2 Zizhuyuan South Road, Haidian District, Beijing. It is mainly engaged in the development, production, wholesale and retail of building materials (including steel and wood. Only building materials to be supplied to enterprises and institutions directly under the Group and to which building materials are supplied directly in the system are purchased) and related raw and auxiliary materials, production technology and equipment and the supply of cars whose purchase has been planned in the system; it undertakes the design and construction of buildings, factories and decoration and renovation projects using new building materials; it runs a sideline business centered on new building materials in real estate and provides technology consulting and information services related to its main and sideline business.

2. Details about subsidiaries of the Company

I. Subsidiaries of the Company:

| Full name of subsidiary | Type of subsidiary | Enterprise type | Place of incorporation | Legal representative | Organizational code |
|---|---|---|---|---|---|
| Beijing New Building Plastics Co., Ltd. | Share-controlled subsidiary | Limited liability | Beijing | Zou Yunxiang | 63371505-7 |
| BNBM Homes Co., Ltd. | Share-controlled subsidiary | Sino-foreign joint venture | Beijing | Wang Bing | 72636296-7 |
| Beijing BNBM Chenlong Decoration Engineering Co., Ltd. | Wholly-owned subsidiary | Limited liability | Beijing | Zou Yunxiang | 10195550-0 |
| Beijing New Materials Incubator Co., Ltd. | Share-controlled subsidiary | Limited liability | Beijing | Wang Bing | 72634017-8 |
| Taishan Gypsum Co., Ltd. | Share-controlled subsidiary | Limited liability | Tai'an, Shandong Province | Jia Tongchun | 72074387-3 |
| BNBM Suzhou Mineral Fiber Ceiling Company | Wholly-owned subsidiary | Limited liability | Suzhou, Jiangsu Province | Wu Fade | 73829657-3 |
| BNBM Taicang Building Materials Co., Ltd. | Wholly-owned subsidiary | Limited liability | Taicang Municipality, Jiangsu | Zhang Nailing | 79650800-1 |
| BNBM Chengdu Building Materials Co., Ltd. | Wholly-owned subsidiary | Limited liability | Chengdu, Sichuan | Zhang Nailing | 79003622-6 |
| BNBM Ningbo Building Materials Co., Ltd. | Wholly-owned subsidiary | Limited liability | Ningbo, Zhejiang | Zhang Nailing | 78042527-9 |
| Beijing Donglian Investment Co., Ltd. | Wholly-owned subsidiary | Limited liability | Beijing | Yang Yanjun | 76002435-5 |
| Zhaoqing BNBM Co., Ltd. | Wholly-owned subsidiary | Limited liability | Zhaoqing Municipality, Guangdong | Zhang Nailing | 66500566-6 |
| Guang'an BNBM Co., Ltd. | Wholly-owned subsidiary | Limited liability | Guang'an Municipality, Sichuan | Zhang Nailing | 66536676-0 |
| Hubei BNBM Co., Ltd. | Wholly-owned subsidiary | Limited liability | Wuhan, Hubei Province | Zhang Nailing | 66952032-3 |
| Suzhou BNBM Co., Ltd. | Wholly-owned subsidiary | Limited liability | Suzhou, Jiangsu Province | Zhang Nailing | 79830369-1 |
| BNBM Residential Industry Co., Ltd. | Wholly-owned subsidiary | Limited liability | Miyun County, Beijing | Zou Yunxiang | 69964053-7 |
| Zhenjiang BNBM Building Materials Co., Ltd. | Wholly-owned subsidiary | Limited liability | Zhenjiang, Jiangsu Province | Zhang Nailing | 69794890-9 |
| Pingyi BNBM Building Materials Co., Ltd. | Wholly-owned subsidiary | Limited liability | Pingyi County, Shandong Province | Zhang Nailing | 69443159-2 |
| Gucheng BNBM Building Materials Co., Ltd. | Share-controlled subsidiary | Limited liability | Gucheng County, Hebei Province | Zhang Nailing | 69349713-5 |

Continued from the table above:

BNBMPLC0001359