# EXHIBIT 22



# Beijing New Building Materials Public Limited Company (BNBMPLC)

# Annual Report 2010



**Board of Directors**

**Beijing New Building Materials Public Limited Company**

**March 17, 2011**

BNBMPLC0001542

| | |
|---|---|
| Investment Fund | |
| Relationship or concerted action among the above shareholders | Of the top ten shareholders of the Company, controlling shareholder China National Building Material Company Limited is not related to any of the other shareholders, nor does it act in concert with any of them as described in the Measures for the Administration of Disclosure of Changes in Shareholders' Equity of Listed Companies; it is unknown whether any of the other shareholders is related to or acts in concert with any of the remaining shareholders. |

Note: 1. Of the top ten shareholders of the Company, China National Building Material Company Limited is the only shareholder holding 5% or more of the shares. The shares held by it were not frozen, pledged or put under custody.

2. The scenario where a strategic investor or general legal person becomes one of the top the shareholders because of a placement of new shares hasn't happened to the Company.

(II) Controlling shareholder of the Company

Controlling shareholder China National Building Material Company Limited holds 52.40% of the Company's shares. Established on March 28, 2005, its legal representative is Song Zhiping with a registered capital of RMB2,699,513,131 and its registered address is No.A-11 Sanlihe Road, Haidian District, Beijing. It is engaged in technological development, production and sales of new building materials and products, new house, cement and products, glass fiber and products, composite materials and products; warehousing, distribution and sales of building materials; technological development, engineering design and EPC (engineering, procurement and construction) contracting of cement and glass production lines; engineering design and EPC contracting of new building materials; and technological consultancy and information services related to the aforesaid businesses; contracting project investigation, consultancy, design and supervising of overseas building materials, construction and light textile industry; import and export business. Licensed operating item: Send laborers with the strength, size and performance adaptable to the overseas projects abroad

(III) The actual controller of the Company

China National Building Materials Group Corporation, the ultimate controlling shareholder, was established on September 28, 1981. Its legal representative is Song Zhiping and its registered capital is RMB3,723,038,000. Its registered address is No.2 South Zizhuyuan Road, Haidian District, Beijing. It is engaged in the production of building materials and auxiliary raw materials, research, development and sales of related production technology and equipment; design, sales and construction of new-model building material houses; sales of decoration materials; design and construction of house engineering; warehousing; investment and assets management of building materials and relevant fields, and technological consultancy, information services, exhibition services related to the aforesaid businesses; as well as processing and sales of mineral products.

The relationship between the Company and actual controller China National Building Materials Group Corporation in terms of property ownership and control is as follows:

BNBMPLC0001551