# EXHIBIT 23



# Beijing New Building Materials Public Limited Company

# Annual Report 2013

**March 2014**

| the top ten shareholders (if any) (see Note 4) | |

Whether shareholders of the Company conducted agreed repurchase transactions during the reporting period

☐ Yes √ No

## 2. Controlling shareholder of the Company

Legal person

| Name of controlling shareholder | Legal representative / responsible-person of entity | Date of establishment | Organization code | Registered capital | Main businesses |
|---|---|---|---|---|---|
| China National Building Material Company Limited | Song Zhiping | June 24, 1985 | 10000349-5 | RMB5,399,026,262 | The general business of the Company includes technology research and development for and the production and sale of new building materials and products thereof, new buildings, cement and products thereof, glass fiber and products thereof and composite materials and products thereof; the warehousing, delivery and distribution of building materials; technology research and development, engineering design and general contracting for cement and glass production lines; engineering design and general contracting for new building materials; technology consulting and information services related to the above business activities; contracting for engineering surveying, consulting, design and supervision in the building materials, construction and textile industries outside China; importing and exporting. Licensed operating item: Send laborers with the strength, size and performance adaptable to the overseas projects abroad |
| Operating results, financial conditions, cash flows, future development strategy, etc. | As at December 31, 2012, the total assets of China National Building Material Company Limited reached RMB246.434 billion, its net assets reached RMB44.065 billion, its operating revenue in 2012 was RMB87.218 billion, profit attributable to equity holders was RMB5.580 billion, and its net cash flow reached RMB484mn, of which the net cash flows from operating activities were RMB10.017 billion. In 2013, the Company focused on "integration and optimization, performance improvement and debt reduction", followed the "early, refined, intensive and practical" principles, and properly carried out marketing work with close attention paid to KPIs; carried out in-depth management integration, reduced costs and improved performance; exercised strict control over capital expenditures and consolidate the construction of core profit regions; steadily implemented capital operations and optimized capital structure. Promoted the transformation and upgrade of the Company, and effectively improved the quality and benefits of development to realize stable development. The Company will consistently follow the strategic objective of "becoming a world-class building materials manufacturer and creating maximum returns for shareholders", firmly seize upon the development opportunities offered to the building materials industry during the "12th Five-year Plan" period, stick to the operation mode "market operation of central government-owned enterprises", actively promote the management improvement and business development of the Company, and strive to maintain its industry leading position in terms of the comprehensive competitive of each business item (scale, profit and technical management) during the "12th Five-year Plan" period and become an industry bellwether enterprise that is able to create outstanding returns for its shareholders and has good social responsibility and international competitiveness. | | | | |
| Equities of domestic and overseas publicly listed controlled and joint-stock | 32.79% of shares in China Fiberglass Co., Ltd. (600176) | | | | |

| companies of the controlling shareholder in the reporting period | |
|---|---|

Changes of controlling shareholder during reporting period

☐ Applicable √ Not applicable

### 3. The actual controller of the Company

Legal person

| Name of actual controller | Legal representative / responsible-person of entity | Date of establishment | Organization code | Registered capital | Main businesses |
|---|---|---|---|---|---|
| China National Building Materials Group Corporation | Song Zhiping | Sept. 28, 1981 | 10000048-9 | RMB5,529,828,572.84 | General operating items: production/manufacturing of building materials and relevant matching raw/auxiliary materials; research, development and sales of production technologies and equipment; design, sales and construction of houses built of new building material systems; design and construction of house works; warehousing; investments in and assets operation of building materials and related fields; technical consulting, information and exhibition services for the above relevant businesses; processing and sales of mineral products. |
| Operating results, financial conditions, cash flows, future development strategy, etc. | As at December 31, 2012, the total assets of China National Building Materials Group Corporation reached RMB300.617 billion, its net assets reached RMB54.266 billion, its operating revenue in 2012 reached RMB217.432 billion, the net profit attributable to the parent company was RMB2.973 billion, the net cash flow was RMB-2.785 billion, of which the net cash flows from operating activities was RMB11.333 billion. In 2013, the Company firmly implemented the work requirements of SASAC regarding "ensuring growth", focused on "integration and optimization, performance improvement and debt reduction", sticked to reform and innovation, and attained tangible results in deep management integration; accelerated transformation and upgrade to lead the shift of the development mode in the industry; continuously enhanced technological innovation, constantly sharpened its core competitive edge, made obvious achievements in various tasks, and was ranked among the global top 500 enterprises for three consecutive years. In the future, the Company will continue to make efforts to become a world-class comprehensive building materials industrial group that is strong and good and boasts continual innovation capacity and international competitiveness, stick to the operation objective of "making progress while ensuring stability", adhere to the growth mode featured by "market operation of central government-owned enterprises", deepen enterprise reform, promote market-oriented reform, carry out management integration in a deep-going way, accelerate adjustment and transformation, strengthen the capacity for sustained development, highlight innovation drive, improve the core competency of the enterprise, practically perform its social responsibilities, and strive to build a harmonious enterprise in order to make greater contribution to ensure smooth and rapid development of the national economy and build a comprehensive well-off society. | | | | |
| Shareholdings of actual controller in other listed companies at home and abroad during reporting period | Hold a total of 44.11% of the equity in CNBMPLC (HK02232) directly and through subsidiaries; hold 32.79% of the equity in China Fiberglass (600176) through subsidiaries; hold 31.8% of the equity in Luoyang Glass (600876, HK1108) through subsidiaries; hold 44.67% of the equity in Ruitai Materials Technology (002066) through subsidiaries; hold 30.04% of the equity in Fangxing Science & Technology (600552) through subsidiaries | | | | |

Changes of actual controller during reporting period

☐ Applicable √ Not applicable

Block diagram for equity and control relationships between the Company and actual controller thereof.



Actual controller controls the Company via trust or other modes of assets management

☐ Applicable  √ Not applicable