# EXHIBIT 24



# Beijing New Building Materials Public Limited Company

# Annual Report 2014

**March 2015**

Branch Materials, new shares (131,840,796 shares) was listed on the Shenzhen Stock Exchange on September 30, 2014 .

## 2. Explanation to changes in the total number of shares and the shareholder structure of the Company and changes in the structure of the Company's assets and liabilities

√ Applicable □ Not applicable

After the Company's 2014 private placements on shares were completed, the locked-up shares of 131,840,796 shares were increased and the total number of shares reached 706,990,796 shares. The Company's net assets and total assets were increased significantly, the Company's liabilities ratio was increased and assets and liabilities structure more stable, so the Company's overall financial situation has been further improved.

## 3. Existing internal employee shares

□ Applicable √ Not applicable

## III. Information on shareholders and actual controller

### 1. Number of shareholders of the Company and shares held thereby

Unit: Share

| The total number of ordinary shareholders at the end of the reporting period | 21,236 | Total number of shareholders of ordinary shares at the end of the 5th trading day prior to disclosure of the annual report | 26,737 | The total number of preferred shareholders whose voting rights are restored at the end of the reporting period (if any) (see Note 8) | 0 |
|---|---|---|---|---|---|

Shareholdings of stockholders holding more than 5% of shares or the top 10 stockholders

| Name of shareholder | Nature of shareholders | Shareholding proportion | Number of shares held at the end of the reporting period | Changes to shareholdings in the reporting period | Number of shares held but with limited sales conditions | Number of shares held but w/o limited sales conditions | Pledged or frozen shares | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Status of shares | Quantity |
| China National Building Material Company Limited | State-owned legal person | 45.20% | 319,532,935 | 18,162,935 | 18,162,935 | 301,370,000 | Pledge | 0 |
| | | | | | | | Frozen | 0 |
| Tibet Aier Medical Investment Co., Ltd. | Domestic non-state-owned legal persons | 2.43% | 17,147,180 | | 0 | 17,147,180 | Pledge | 0 |
| | | | | | | | Frozen | 0 |
| CITIC Securities Co., Ltd. | State-owned legal person | 2.38% | 16,797,513 | | 16,787,313 | 10,200 | Pledge | 0 |
| | | | | | | | Frozen | 0 |
| National Social Security Fund - 104 Portfolio | Domestic non-state-owned legal persons | 2.01% | 14,199,997 | | 0 | 14,199,997 | Pledge | 0 |
| | | | | | | | Frozen | 0 |
| Caitong Fund - China Everbright Bank - Caitong Fund- Fuchun No. 60 Asset Management Plan | Domestic non-state-owned legal persons | 1.86% | 13,183,170 | | 13,183,170 | 0 | Pledge | 0 |
| | | | | | | | Frozen | 0 |
| National Social Securities Fund 501 Group | Domestic non-state-owned legal persons | 1.85% | 13,080,845 | | 13,080,845 | 0 | Pledge | 0 |
| | | | | | | | Frozen | 0 |
| Essence Securities | Domestic non-state-owned legal persons | 1.85% | 13,068,296 | | 13,068,121 | 175 | Pledge | 0 |
| | | | | | | | Frozen | 0 |
| Ping An UOB Fund ——Ping An Bank——Ping An Trust ——Ping An Fortune —Chuangying Phase II No .11 Collective Funds Trust | Domestic non-state-owned legal persons | 1.85% | 13,062,313 | | 13,062,313 | 0 | Pledge | 0 |
| | | | | | | | Frozen | 0 |
| Everbright Financial Holdings (Shanghai) Investment Center (limited partnership) | Domestic non-state-owned legal persons | 1.85% | 13,060,447 | | 13,060,447 | 0 | Pledge | 0 |
| | | | | | | | Frozen | 0 |
| China Pacific Insurance (Group) Co., Ltd. — Dividend—Personal Dividend | Domestic non-state-owned legal persons | 0.97% | 6,835,983 | | 6,835,983 | 0 | Pledge | 0 |
| | | | | | | | Frozen | 0 |
| Strategic investors or general legal persons promoted to top 10 shareholders due to new share placements (if any, see Note 3) | None | | | | | | | |
| Relationship or concerted action among the above shareholders | The controlling shareholder China National Building Material Company Limited is not related to any of the other shareholders, nor does it act in concert with any of them as described in the Measures for the Administration of Disclosure of Changes in Shareholders' Equity of Listed Companies; it is unknown whether any of the other shareholders is related to or acts in concert with any of the remaining shareholders. | | | | | | | |

Shareholdings of the top 10 non-restricted shareholders

| Name of shareholder | Number of shares without limitations on sale held at the end | Type of shares |
|---|---|---|

50

BNBMPLC Annual Report 2014

| | of reporting period | Type of shares | Quantity |
|---|---|---|---|
| China National Building Material Company Limited | 301,370,000 | RMB ordinary shares | 301,370,000 |
| Tibet Aier Medical Investment Co., Ltd. | 17,147,180 | RMB ordinary shares | 17,147,180 |
| National Social Security Fund - 104 Portfolio | 14,199,997 | RMB ordinary shares | 14,199,997 |
| China Construction Bank--Guotai golden horse stable return securities investment fund | 6,474,632 | RMB ordinary shares | 6,474,632 |
| ICBC — E-Fund Value Growth Mixed Securities Investment. Fund | 5,394,083 | RMB ordinary shares | 5,394,083 |
| FOTIC - Rui Jin | 5,193,353 | RMB ordinary shares | 5,193,353 |
| Phase 12 Sading Securities Collection Investment Trust Plan | | | |
| China Construction Bank Corporation——Guotai Jinxin Securities Investment Fund | 3,508,531 | RMB ordinary shares | 3,508,531 |
| National Social Securities Fund 601Group | 3,134,428 | RMB ordinary shares | 3,134,428 |
| Bank of China - Tongheng Securities Investment Fund | 3,100,278 | RMB ordinary shares | 3,100,278 |
| China Resources SZITIC Trust Co,Ltd. - Phase 2 Sading Securities Collection Investment Trust Plan | 2,985,099 | RMB ordinary shares | 2,985,099 |
| Notes on the relations or concerted actions among top 10 holders of outstanding shares without limited sales conditions and among top 10 holders of outstanding shares without limited sales conditions and top 10 shareholders | No connection among top ten tradable shareholders not subject to trading moratorium; no connection between top ten tradable shareholders not subject to trading moratorium and top 10 shareholders; no connection between China National Building Material Company Limited, the controlling shareholder and other shareholders; none of the shareholders is a party acting in concert a s d e f i n e d i n M e a s u r e s f o r D i s c l o s u r e o f Changes in Shareholdings of Listed Company's Shareholders. The Company is not aware of any connection among other shareholders nor the fact that whether other shareholders are parties acting in concert. | | |
| Explanation to top ten ordinary shareholders' participation in bonds(if any)(see Note4) | Tibet Aier Medical Investment Co., Ltd.. through China Securities Co., Ltd. —— Client Credit Trading Guarantee Securities Account, holds 13,621,422 shares in the Company, representing 1.93% of total equity of the Company. | | |

Whether the top ten ordinary shareholders or top 10 tradable shareholders not subject to trading moratorium of the Company carried out agreed repurchase type trading During the reporting period?

□ Yes √ No

The top ten ordinary shareholders or top 10 tradable shareholders not subject to trading moratorium of the Company did not carry out agreed repurchase type trading During the reporting period.

**2. Controlling shareholder of the Company**

Legal person

| Name of controlling shareholder | Legal representative / responsible-person of entity | Date of establishment | Organization code | Registered capital | Main businesses |
|---|---|---|---|---|---|
| China National Building Material Company Limited | Song Zhiping | June 24, 1985 | 10000349-5 | RMB 5,399,026,262 | The general business of the Company includes technology research and development for and the production and sale of new building materials and products thereof, new buildings, cement and products thereof, glass fiber and products thereof and composite materials and products thereof; the warehousing, delivery and distribution of building materials; technology research and development, engineering design and general contracting for cement and glass production lines; engineering design and general contracting for new building materials; technology consulting and information services related to the above business activities; contracting for engineering surveying, consulting, design and supervision in the building materials, construction and textile industries outside China; importing and exporting. Licensed operating item: Send laborers with the strength, size and performance adaptable to the overseas projects abroad |
| Future development strategy | In 2014, the Company actively tackled the slowdown in economy, decrease in the growth of investment, weakened demand in the industry and the outstanding imbalance between supply and demand. We firmly implemented the | | | | |

51

| | |
|---|---|
| | general work thought of "integration and optimization, profit raising and gearing reduction". In adherence to the three main lines of "price stabilization, cost reduction and receivables collection" and the principle of "preparation, meticulosity, refinement, solidity", we orderly commenced all works to achieve stable growth in operating results. In 2014, the Company grew by applying various strategies to match its goals. Under the severe external environment, it put great efforts in establishing a "combined advantage" of scale, technology, management and mechanism. It implemented the "Eight Working Methods" to build its market and cost advantages, the "Six-star Enterprise" as the core element to build its management strength, the "Market-oriented Operation of Central State-owned Enterprises" to optimize mechanisms, the "three-level mixed ownership" to deepen ownership reformation, the "culture of inclusion" to promote harmonic development and the "management enhancement" to secure real reform outcomes. It continued to innovate development ideologies and models, which created a good momentum of improvement with stability and growth amid the adverse environment, focused and widely recognized by the community. |
| Operating results, financial condition, cash flow, etc. | As at December 31, 2012, the total assets of China National Building Material Company Limited reached RMB291.631bn, its net assets reached RMB53.576bn, its operating revenue in 2013 was RMB117.688bn, profit attributable to equity holders was RMB5.762bn, and its net cash flow reached RMB -1.242bn, of which the net cash flows from operating activities were RMB11.656bn. |
| Equities of domestic and overseas publicly listed controlled and equity participation companies of the controlling shareholder in the reporting period | China Jushi Co., Ltd.(stock code: 600176), 33.82% shares of which held by the controlling shareholder, China National Building Material Company Limited |

Changes of controlling shareholder during reporting period

□ Applicable  √ Not applicable

No change in the controlling shareholder of the Company occurred during the reporting period.

### 3. The actual controller of the Company

Legal person

| Name of actual controller | Legal representative / responsible-person of entity | Date of establishment | Organization code | Registered capital | Main businesses |
|---|---|---|---|---|---|
| China National Building Materials Group Corporation | Song Zhiping | Sept. 28, 1981 | 10000048-9 | RMB6,191.33857284mn | General operating items: production/manufacturing of building materials and relevant matching raw/auxiliary materials; research, development and sales of production technologies and equipment; design, sales and construction of houses built of new building material systems; design and construction of house works; warehousing; investments in and assets operation of building materials and related fields; technical consulting, information and exhibition services for the above relevant businesses; processing and sales of mineral products. |
| Future development strategy | 2014 is the critical year for the Company for deepening reform, transformation and upgrading, improving quality and increasing efficiency. The Company withstood the slowdown in economy, decrease in the growth of investment, weakened demand in the industry, adhered the principle of "integration and optimization, profit raising and gearing reduction", actively coped with the change of situations, timely adjusted the development strategy and orderly commenced all works, to realized increasing operating revenue and goal of maintaining growth. New strides in reform and innovation: the Company has been appointed as one "double-pilot" enterprise for the development of mixed ownership economy and implementing powers of the board of directors , and orderly and quickly carried out the deepening of reform work. Significant technological innovations, stable promotion of transformation and upgrading, sophistication and precision of cement industry, making the glass industry good and solid, making "three -new" industry big, stronger industry and developed together, the integration of two manufacturing and services industry, obvious speed-up of international operations. Significant management improvement: great relusts achieved in price stabilization, cost reduction, receivables collection, "Eight Working Methods" conducted, the "Six-star Enterprise" emerged successively. Under very adverse external environment, all subsidiaries of the Company tenaciously strived to create a good momentum of improvement with stability and growth amid the adverse environment. ||||||
| Operating results, financial condition, cash flow, etc. | As at December 31, 2012, the total assets of China National Building Materials Group Corporation reached RMB364.416bn, its net assets reached RMB65.978bn, its operating revenue in 2013 reached RMB252.257bn, the net profit attributable to the parent company was RMB2.676bn, the net cash flow was RMB1.560bn, of which the net cash flows from operating activities was RMB14.103 bn. ||||||
| Shareholdings of actual controller in other listed companies at home and abroad during reporting period | Hold a total of 44.11% of the equity in CNBMPLC (HK02232) directly and through subsidiaries; hold 33.82% of the equity in China Jushi (600176) through subsidiaries; hold 31.8% of the equity in Luoyang Glass (600876, HK1108) through subsidiaries; hold 44.67% of the equity in Ruitai Materials Technology (002066) through subsidiaries; hold 30.04% of the equity in Fangxing Science & Technology (600552) through subsidiaries ||||||

Changes of actual controller during reporting period

☐ Applicable √ Not applicable

No change in the ultimate controlling shareholder of the Company occurred during the reporting period.

Block diagram for equity and control relationships between the Company and actual controller thereof



Actual controller controls the Company via trust or other modes of assets management

☐ Applicable √ Not applicable

**4. Other legal person shareholders who hold morethan 10% of the Company's shares**

☐ Applicable √ Not applicable

**IV. Increase plan of shares by shareholders of the company and their persons acting in concert during the reporting period**

☐ Applicable √ Not applicable

No increase plan of shares was proposed or implemented by shareholders of the company and their persons acting in concert during the reporting period, as known by the Company