# EXHIBIT 29



# Beijing New Building Materials Public Limited Company (BNBMPLC)

# Annual Report 2010



**Board of Directors**

**Beijing New Building Materials Public Limited Company**

**March 17, 2011**

BNBMPLC0001542

# Section X Important Events

**I. Major litigation and arbitration**

Within the reporting period, the Company has released the Announcement for Plasterboard Event in USA (Announcement No.2010-009) and made a statement on the progress in 2010 semi-annual report and 2010 third-quarter report (the relevant content was published in China Securities Journal, Shanghai Securities News, Securities Times, Securities Daily and http://www.cninfo.com.cn on May 29, Aug. 20 and Oct. 27, 2010).

Within the reporting period, the Company has paid a total of US$447,709.15 for lawyer's fees, travel expenses and security deposit. The Company's holding subsidary Taishan Gypsum Co., Ltd. (Taishan Gypsum for short) has paid a total of US$3,936,986.12 for lawyer's fees, travel expenses and security deposit. The Company and Taishan Gypsum will continue to attach great importance to and give close attention to the progress of the affair, respond and deal with it prudently in an attitude being responsible for the investors, consumers and industry.

**II. Bankruptcy reorganization-related matters**

The Company was not involved in any bankruptcy reorganization-related matters during the year.

**III. Investments in securities and equity participations in financial institutions**

1. During the reporting period, neither securities investment was made by the Company, nor any equities were held by the Company in other listed companies.

2. Equity participations in commercial banks, securities companies, insurance companies, trust companies, futures companies and other financial institutions

Unit: RMB yuan

| Name of institution | Amount of initial investment | Number of shares held | Proportion of the Company's equity | Ending Book Value | Profit or loss during the reporting period | Changes in owners' equity during the reporting period | Accounting item | Source of shares |
|---|---|---|---|---|---|---|---|---|
| Zhongtou Credit Guarantee Co., Ltd. | 10,000,000.00 | 10,000,000 | 1.00% | 10,000,000.00 | -14,977,817.20 | -14,977,817.20 | Long-term equity investment | Acquired by means of purchases |
| Total | 10,000,000.00 | 10,000,000 | - | 10,000,000.00 | -14,977,817.20 | -14,977,817.20 | - | - |

**IV. Assets acquisition, sales and absorption and merger**

On June 22, 2010, BNBM Group Building Materials Co., Ltd. (hereinafter referred to as "Company") signed an Equity Transfer Agreement with Mitsubishi Corporation Co., Ltd. (hereinafter referred to as "Mitsubishi Corporation") in Beijing. According to the equity transfer agreement, the Company acquired 7.5% equity of Beijing New Building Materials Homes Co., Ltd. (hereinafter referred to as "Beijing New Building Materials Homes") held by Mitsubishi Corporation at a price of RMB10.0335mn. Within the reporting period, the industrial and commercial change registration for the item has been completed, but the procedure for payment has not been finished.

On August 9, 2010, the Company signed an Equity Transfer Agreement with Beijing New Building Materials (Group) Co., Ltd. (hereinafter referred to as "BNBM Group") in Beijing. According to the equity transfer agreement, the Company acquired 11% equity of Beijing New Building Materials Homes held by BNBM Group at a price of RMB14.7158mn. Within the reporting period, the industrial and commercial change registration for the item has been completed and the payment has been made.

The parities related to the transfer agreed to take the evaluation result reflected by Assets Appraisal Report which was issued by appraisal agency as a basis to determine the price of the current equity

BNBMPLC0001578