# EXHIBIT 30



# Beijing New Building Materials Public Limited Company (BNBMPLC)

# Annual Report 2010



**Board of Directors**

**Beijing New Building Materials Public Limited Company**

**March 17, 2011**

BNBMPLC0001542

equity transfer of Beijing New Building Materials Homes Co. Ltd. were handled. But due to issues related to payment of foreign exchange, the Company has not paid for equity transfer. Therefore, the Company did not recognize this investment in the reporting period.

2. According to the Land Allocation Agreement concluded between the actual controller of the Company China National Building Materials Group Corporation and Residential Construction Service Center for Civil Servants of Central State Organs, Residential Construction Service Center for Civil Servants of Central State Organs shall allocate compensation based on asset relocation and replacement of costs incurred. Total compensation allocated to BNBMPLC was RMB1bn. BNBMPLC received the first installment of compensation of RMB600mn for relocation from the Ministry of Finance on December 22, 2010. The remaining compensation will be paid according to progress of relocation and take-over

3. The litigation in US against the Company and its subsidiary Taishan Gypsum Co., Ltd. in relation to utilization of plasterboards made in China has had no results yet. During this reporting period, the Company paid attorneys' fees of RMB29.04425765mn totally to deal with the litigation. The Company and its subsidiary Taishan Gypsum Co., Ltd. will continue to pay close attention to the progress of litigation and handle it prudently.

4. The Company has no other significant matters that need to be accounted for.

**XI Notes to major items of financial statements of parent company**

**1. Accounts receivable**

(1) Accounts receivable by category:

| Type | Ending balance | | | | |
|---|---|---|---|---|---|
| | Book balance | | Bad debt provision | | -- |
| | Amount | Proportion (%) | Amount | Proportion (%) | Net accounts receivable |
| Accounts receivable in single significant amount with bad debt provision made on item by item basis | -- | -- | -- | -- | -- |
| Accounts receivable with bad debt provision made by portfolio | -- | | | | |
| Age portfolio | 232,411,977.00 | 100.00% | 40,237,599.21 | 17.31% | 192,174,377.79 |
| Accounts receivable in single insignificant amount but with bad debt provision made on item by item basis | -- | -- | -- | -- | -- |
| Total | 232,411,977.00 | 100.00% | 40,237,599.21 | 17.31% | 192,174,377.79 |
| Type | Beginning balance | | | | |
| | Book balance | | Bad debt provision | | -- |
| | Amount | Proportion (%) | Amount | Proportion (%) | Net accounts receivable |
| Accounts receivable in single significant amount with bad debt provision made on item by item basis | -- | -- | -- | -- | -- |
| Accounts receivable with bad debt provision made by portfolio | | | | | |
| Age portfolio | 252,585,432.74 | 100.00% | 33,473,336.45 | 13.25% | 219,112,096.29 |
| Accounts receivable in single insignificant amount but with bad debt provision made on item by item basis | -- | -- | -- | -- | -- |
| Total | 252,585,432.74 | 100.00% | 33,473,336.45 | 13.25% | 219,112,096.29 |

a. The Company makes no provision for bad debts on accounts receivable with significant amount at end of period or that have underwent separate impairment tests despite insignificant individual amount.

b. In the portfolio, those with bad debt provision made under aging analysis method are:

BNBMPLC0001686