# EXHIBIT 34



# Beijing New Building Materials Public Limited Company

# Annual Report 2013

**March 2014**

BNBMPLC0002743

| | | | | an application for retrial and such application has been turned down now. To date, based on the information made available to Taishan Gypsum, the scope of Untied States courts' hearing of the cases in which Taishan Gypsum acted as the defendant was limited to the foregoing motions and applications, and except for the Germano case, United States courts have not entered substantive judgments against Taishan Gypsum. | | | |

## II. Information on significant lawsuits

In 2013, the Congress adopted a "Gypsum Board Security Bill", provided corresponding requirements with respect to industrial standards and authorized ASTM (American Society for Testing Material) to draft relevant standards. At the same time, the Congress required the US Secretary of Commerce to urge the Chinese Government to procure that enterprises producing and exporting gypsum boards hold a meeting with the representative of the US Government to discuss the compensation issues, and it held that US Secretary of Commerce should insist on requiring the Chinese Government to guide gypsum board producing and exporting enterprises to submit to the jurisdiction of United States federal courts and obey the judgments made by said courts.

Currently, the Company and its subsidiary Taishan Gypsum had hired American famous law firm as their legal adviser to cope with American gypsum board lawsuit involving the Company and Taishan Gypsum. In the reporting period, the sum of attorney fees and traveling costs incurred by the Company was RMB952,023.85 and that by Taishan Gypsum was RMB5,438,301.31. The expenses incurred by the Company in the reporting period accounted for 0.71% of the net profit attributable to the parent company for the reporting period. The Company and Taishan Gypsum will continuously pay close attention to the developments of the matter, prudently cope with and address the matter by holding a responsible attitude towards investors, consumers and the whole industry, and will disclose relevant progress in a timely manner.

## III. Asset Transactions

### 1. Details about acquired assets

| Counterparty or ultimate controller | Acquired or merged assets | Transaction price (RMB10,000) | Progress | Effect on the operations of the Company | Effect on the profit and loss of the Company (in RMB10,000) | The proportion of the net profit contributed by such asset to the listed company in the total net profit (%) | Whether a related party transaction or not | Related-party relationship with counterparty (applicable to related party transactions) | Disclosure date | Index of disclosures |
|---|---|---|---|---|---|---|---|---|---|---|
| Beijing Zhuozheng Culture & Media Co., Ltd. | 51% of equity in Beijing Tiandi Renju Cultural Development Co., Ltd. | 600 | Business changes completed | No effect | -41.49 | -0.05% | No | Third party | | |
| Wei Yunqian | 51% of equity in Wanrui New Building Materials (Shanghai) Co., Ltd. | 204 | Business changes completed | No effect | 0.55 | 0% | No | Third party | | |
| Nippon Steel & Sumitom | 10% of equity in Beijing | 2,125.42 | As at the report date, | No effect | | | No | Third party | | |