# EXHIBIT 35



# Beijing New Building Materials Public Limited Company

# Annual Report 2013

**March 2014**

## XI Events occurring after the balance sheet date

### 1. Description of major events after the balance sheet date

Unit: RMB yuan

| Item | Content | Effect on the financial position and results of operation measured in monetary terms | Reason(s) for being unable to estimate the effect in monetary terms |
|---|---|---|---|

### 2. Details about profit distributions following the balance sheet date

Unit: RMB yuan

| | |
|---|---|
| Profit or dividend to be distributed | 247,314,500.00 |
| Profit or dividend declared payable subject to consideration and approval | 0.00 |

### 3. Description of other events after the balance sheet date

The Company issued the "first batch of short-term financing bonds of 2014 of Beijing New Building Materials Public Limited Company" on March 11, 2014. The said financing bonds have a maturity of 365 days (the value date is March 12, 2014, the redemption date is March 12, 2015), the amount is RMB600mn, the interest rate is 5.70%; the lead underwriter of the bonds is Bank of Beijing Co., Ltd., the co-lead underwriter is China CITIC Bank Corporation Limited and the bookrunner is Bank of Beijing Co., Ltd.

## XII Other significant matters

1. Others

1. As of current reporting day, the litigation in US against the Company and its subsidiary Taishan Gypsum Co., Ltd. in relation to utilization of plasterboards made in China has had no results yet. Except for the Germano case, United States courts have not entered substantive judgments against Taishan Gypsum. During the reporting period, the Company and Taishan Gypsum Co., Ltd. continued to pay a total of RMB6,390,325.16 in attorney's fees in dealing with the lawsuit.

2. The comprehensive credit line contracts BNBMPLC has signed as at the balance sheet date are as follows:

(1) According to the Credit Agreement ("2013 Jian Shou Zi No. 052") BNBMPLC signed with China Merchants Bank Co., Ltd. Beijing Jianguo Road Sub-brand in 2013, China Merchants Bank Co., Ltd. Beijing Jianguo Road Sub-brand is required to provide BNBMPLC with a RMB300mn line of credit from December 27, 2013 to December 26, 2014. In addition, according to the Credit Agreement ("2013 Jian Shou Zi No. 052") signed on December 27, 2013, a revolving line of credit is granted, the line of credit is valid for the period from December 27, 2013 to December 26, 2014 and any outstanding balance remaining under the credit agreement numbered "2012 Jian Shou Zi No. 016" on the date the agreement takes effect will be automatically incorporated into the agreement. As of December 31, 2013, the loan balance under the Credit Agreement was RMB0.

(2) According to the Line of Credit Agreement ("1713CF013") BNBMPLC signed with China Guangfa Bank Co., Ltd Beijing Cuiwei Road Sub-branch on July 25, 2013, China Guangfa Bank Co., Ltd Beijing Cuiwei Road Sub-branch is required to provide BNBMPLC with a RMB300mn line of credit from July 25, 2013 to June 30, 2014. As of December 31, 2013, the balance of the borrowings under the Credit Granting Agreement is RMB0.

(3) According to the Comprehensive Credit Line Contract ("0158238") BNBMPLC signed with Bank of Beijing Co., Ltd. Headquarters Base Sub-branch on April 16, 2013, Bank of Beijing Co., Ltd. Headquarters Base Sub-branch is required to provide BNBMPLC with a RMB1.9 billion line of credit from April 16, 2013 to April 15, 2014. As of December 31, 2013, the balance of the borrowings under the Credit Granting Agreement is RMB0.

(4) According to the Line of Credit Agreement ("2013027RS005") BNBMPLC signed with Bank of China Limited Beijing Changping Sub-branch on September 29, 2013, Bank of China Limited Beijing Changping Sub-branch is required to provide a total of RMB180mn in lines of credit from September 29, 2013 to August 22, 2014. As of December 31, 2013, loan balance under this credit agreement was RMB100mn.

(5) According to the Line of Credit Agreement ("2013000507") BNBMPLC signed with Beijing Rural