# EXHIBIT 36



# Beijing New Building Materials Public Limited Company

# Annual Report 2014

**March 2015**

| boards | | In addition, Taishan Gypsum had been notified that other plaintiffs had initiated a new action in the US District Court claiming that the defendants' gypsum board was installed in at least 3,700 homes, residences or other structures owned by the plaintiffs and class members. The plaintiffs claimed damages of more than US$1,500 million against the defendants which included, among others, BNBMPLC and Taishan Gypsum. In the light of the developments in the litigation, Taishan Gypsum has engaged PRC and US famous law firms, who would represent BNBMPLC to participate in the gypsum board litigation and defend in order to protect the interest of Taishan Gypsum. As Taishan Gypsym would only be allowed to participate in the litigation and defend its case after the Contempt Order has been discharged, Taishan Gypsum has paid the US Court the penalty in the sum of US$40,000 and agreed to pay the plaintiffs' attorney's fees in the sum of US$15,000. Furthermore, as the basis for the US Court's Contempt Order was the non-participation by Taishan Gypsum in the Judgment Debtor Examination meeting following the default judgment in the Germano case, Taishan Gypsum has also agreed to pay USD2,758,356.52 under the default judgment in the Germano case together with interest accrued from May 2010. Taishan Gypsum has stated that its agreement to make the above payments is not to be taken as its acceptance of the content of the default judgment in the Germano case, and that the taking of such steps was simply to enable it to apply for the discharge of the Contempt Order and to participate in and defend the litigation of gypsum board cases after such discharge. | Taishan Gypsum is unable to confirm the quantity of plaintiffs and the property involved in the case and it is difficult to accurately predict the possible result of judgment. Taishan Gypsum has engaged PRC and foreign lawyers to consider and assess the litigation strategy and the impact of the litigation on Taishan Gypsum. At present, it is impossible to ascertain accurately the potential economic losses to Taishan Gypsum and impact of the litigation on profits for the current period. The Company will timely perform the obligations of information disclosure according to the progress of the litigation. | | | | |
|---|---|---|---|---|---|---|---|

## II. Notes on major lawsuits

The description of "2.Material litigation and arbitration" is as foolows: During the reporting period, the laywer's fees and travel expenses incurred in the Company amounted to RMB481,503.85 and the laywer's fees and travel expenses incurred in Taishan Gypsum amounted to RMB11,432,555.07. The expenses incurred by the Company in the reporting period accounted for 1.08% of the net profit attributable to the parent company for the reporting period. The Company and Taishan Gypsum will continue to attach great importance to and give close attention to the progress of the affair, respond and deal with it prudently in an attitude being responsible for the investors, consumers and industry.

## III. Questions from media

□ Applicable  √ Not applicable

There are no matters commonly questioned by the medias during the reporting period.

## IV. The listed Company's capital appropriated by controlling shareholder and its subsidiaries for non-operating purpose

□ Applicable  √ Not applicable

None of the listed Company's non-operating funds were occupied by the controlling shareholder and its subsidiaries during the reporting period.

## V. Bankruptcy reorganization-related matters

□ Applicable  √ Not applicable

No bankruptcy reorganization occurred in the report period.

## VI. Asset Transactions

### 1. Details about acquired assets

√ Applicable □ Not applicable

| Counterparty or ultimate controller | Acquired or merged assets | Transaction price (RMB10,000) | Progress (Note 2) | Impact on the Company's operations (Note 3) | Impact on the Company's profit or loss (Note 4) | The proportion of the net profit contributed by such asset to the listed company in the total net profit | Whether a related party transaction or not | Related-party relationship with the counterparty (applicable to related party transactions) | Disclosure date (Note 5) | Index of disclosures |
|---|---|---|---|---|---|---|---|---|---|---|

34