# EXHIBIT 37



# Beijing New Building Materials Public Limited Company

# Annual Report 2014

**March 2015**

board as of March 18, 2015 is as follows:

1. Taishan Gypsum decided to pay the plaintiff's attorney fee of USD15,000 and fine of contempt of court of USD40,000 as said in (a) above (USD40,000 of fine of contempt of court had been paid to the United States court). In addition, Taishan Gypsum agreed to pay USD2,758,356.52 as default judgment compensation made by a US court in the early stage of the lawsuit and interest accrued from May 2010; but Taishan Gypsum stated that their agreement to pay the above sum did not represent that the recognize the content of the default judgment concerning the lawsuit, it took such measures was just for the purposes of applying for revoking the court order of contempt of court and participating in the response and defense for the gypsum board lawsuit.

2. As the Company did not participate in the trial on US gypsum board lawsuit, given the current progress of the proceedings, the Company hired domestic and overseas law firms to respond to and defend the lawsuit on its behalf to maintain the Company's own interests.

3. The Company and Taishan Gypsum hired domestic and overseas lawyers to study and assess the respondent strategies and the impact on the Company, and at present it is still unable to accurately estimate the economic loses to and impact on the Company of the case. The Company will disclosure relevant information in accordance with the progress of the proceedings in a timely manner.

**XIV Events occurring after the balance sheet date**

**1. See "2 Contingencies of Notes XIII" for the latest progress on the gypsum board lawsuit.**

**2. Profit distribution**

Unit: RMB yuan

| | |
|---|---|
| Profit or dividend to be distributed | 300,471,088.30 |
| Profit or dividend declared payable subject to consideration and approval | 0.00 |

**3. Notes to profit distribution**

According to the 2014 annual dividend distribution plan of the Board of Directors, the Company intends to grant cash dividend of RMB4.25 (including tax) per 10 shares to all shareholders on December 31, 2014 based on the total shares of 706,990,796 shares, and it is expected that cash dividend of RMB300,471,088.30 will be distributed; at the same time, the capital reserve capitalization plan to be implemented is as follows: it is to capital 10 shares per 10 shares based on the total shares of 706,990,796 shares on December 31, 2014 and there are 706,990,796 to be capitalized in total. The dividend distribution plan is to be adopted on the Company's 2014 Annual General Meeting.

**XV. Other significant matters**

**1. Segment Information**

**(1) If the Company has no reportable segment, or cannot disclose the total amount of total assets and liabilities for each reportable segment, explain why.**

The Company's main products are gypsum board, keel and other new building materials, all of which belong to lightweight building materials with strong product application correlation; in addition, there is no significant difference between the product markets. Therefore, the Company did not disclose segment information.

**2. Other important transactions and events having impact on investors' decision-making**

1. As of the date of this financial report, Beijing New Building Materials and its subsidiary – Taishan Gypsum Co., Ltd. had paid RMB11,914,058.92 of attorney fee to respond to the lawsuit in total for the Chinese gypsum board issue during the reporting period. For details on this matter, see "2. Contingencies of Notes 13".

2. The Company acquired the minority stake of its subsidiary BNBM Homes Co., Ltd. acquired this period with an acquisition ratio 17.50% and acquisition price of RMB37,194,762.50. The recurring fair value of the above minority equity measured at the point of acquisition was RMB42,515,555.35; the acquisition transaction was completed in September 2014, and after the completion of the acquisition the Company held 100.00% stake in BNBM Homes Co., Ltd.