# EXHIBIT 38

**PLAINTIFFS' FRE 1006 SUMMARY OF PAYMENTS MADE FOR LEGAL FEES
RELATED TO CHINESE DRYWALL LITIGATION BASED ON ANNUAL REPORTS**

**BNBM's Payments Made for "US Litigation on Use of Chinese Drywall"**

| Reporting Year | Source | Amount - RMB | Amount - US |
|---|---|---|---|
| 2010 Issued 3/2011 | BNBM 2010 Annual Report at p. 35<br><br>BNBMPLC0001578 | N/A (only US $ listed) | $447,709.15 |
| 2011 Issued 3/2012 | BNBM 2011 Annual Report at p. 36<br><br>BNBMPLC0001898 | N/A (only US $ listed) | $1,397,799 |
| 2012 Issued 3/2013 | BNBM 2012 Annual Report at p. 32-33<br><br>BNBMPLC0002304-0002305 | RMB 1,441,766.57 | $232,202.18* |
| 2013 Issued 3/2013 | BNBM 2013 Annual Report at p. 36<br><br>BNBMPLC0002776 | RMB 952,023.85 | $153,327.19* |
| 2014 Issued 3/2015 | BNBM 2014 Annual Report at p. 34<br><br>BNBMPLC0003197 | RMB 481,503.85 | $77,548.09* |
| **TOTAL US $** | | | **$2,308,585.61*** |

* Currency conversion of 5/12/2015 used to convert RMB to US $.  Specific rate is RMB 1 = $.1610.

**Taishan Gypsum's Payments Made for "US Litigation on Use of Chinese Drywall"**

| Reporting Year | Source | Amount - RMB | Amount - US |
|---|---|---|---|
| 2010 | BNBM 2010 Annual Report at p. 35<br><br>BNBMPLC0001578 | N/A (only US $ listed) | $3,936,986.12 |
| 2011 | BNBM 2011 Annual Report at p. 36<br><br>BNBMPLC0001898 | N/A (only US $ listed) | $3,304,817.13 |
| 2012 | BNBM 2012 Annual Report at p. 32-33<br><br>BNBMPLC0002304-0002305 | RMB 25,743,551.31 | $4,146,100.29* |
| 2013 | BNBM 2013 Annual Report at p. 36<br><br>BNBMPLC0002776 | RMB 5,438,301.31 | $875,859.84* |
| 2014 | BNBM 2014 Annual Report at p. 34<br><br>BNBMPLC0003197 | RMB 11,432,555.07 | $1,841,257.99* |
| **TOTAL US $** | | | **$14,105,021.37*** |

* Currency conversion of 5/12/2015 used to convert RMB to US $.  Specific rate is RMB 1 = $.1610.

**BNBM's & TG's Payments Made for "US Litigation on Use of Chinese Drywall"**

| Reporting Year | Source | BNBM Amount RMB ----- U.S. $ | TG Amount RMB ----- U.S. $ | BNBM & TG RMB ----- U.S. $ |
|---|---|---|---|---|
| 2010 Issued 3/11 | BNBM 2010 Annual Report at pp. 35 & 117 <br><br> BNBMPLC0001578; BNBMPLC0001660 | (only US $ listed) -------------------------- $447,709.15 | (only US $ listed) ------------------------ $3,936,986.12 | RMB 29,044,257.65 ------------------------- $4,384,695.27 |
| 2011 Issued 3/12 | BNBM 2011 Annual Report at pp. 36 & 120 <br><br> BNBMPLC0001898; BNBMPLC0001982 | (only US $ listed) -------------------------- $1,397,799 | (only US $ listed) ------------------------ $3,304,817.13 | RMB 30,431,314.61 ------------------------- $4,702,616.13 |
| 2012 Issued 3/13 | BNBM 2012 Annual Report at pp. 32-33 & 164 <br><br> BNBMPLC0002304-0002305; BNBMPLC0002436 | RMB 1,441,766.57 -------------------------- $232,202.18* | RMB 25,743,551.31 ------------------------ $4,146,100.29* | RMB 27,185,317.88 ------------------------- $4,378,302.46* |
| 2013 Issued 3/14 | BNBM 2013 Annual Report at p. 36, 85 & 245-246 <br><br> BNBMPLC00023776; BNBMPLC0002827; BNBMPLC0002902 | RMB 952,023.85 -------------------------- $153,327.19* | RMB 5,438,301.31 ------------------------ $875,859.84* | RMB 6,390,325.16 ------------------------- $1,029,187.03* |
| 2014 Issued 3/15 | BNBM 2014 Annual Report at pp. 34 & 136 <br><br> BNBMPLC0003197; BNBMPLC0003299 | RMB 481,503.85 -------------------------- $77,548.09* | RMB 11,432,555.07 ------------------------ $1,841,257.99* | RMB 11,914,058.92 ------------------------- $1,918,806.09* |
| TOTAL U.S. $ | | **$2,308,585.61*** | **$14,105,021.37*** | **$16,413,606.98*** |

\* Currency conversion of 5/12/2015 used to convert RMB to US $.  Specific rate is RMB 1 = $.1610.



# Beijing New Building Materials Public Limited Company (BNBMPLC)

# Annual Report 2010



**Board of Directors**

**Beijing New Building Materials Public Limited Company**

**March 17, 2011**

BNBMPLC0001542

# Section X Important Events

## I. Major litigation and arbitration

Within the reporting period, the Company has released the Announcement for Plasterboard Event in USA (Announcement No.2010-009) and made a statement on the progress in 2010 semi-annual report and 2010 third-quarter report (the relevant content was published in China Securities Journal, Shanghai Securities News, Securities Times, Securities Daily and http://www.cninfo.com.cn on May 29, Aug. 20 and Oct. 27, 2010).

Within the reporting period, the Company has paid a total of US$447,709.15 for lawyer's fees, travel expenses and security deposit. The Company's holding subsidary Taishan Gypsum Co., Ltd. (Taishan Gypsum for short) has paid a total of US$3,936,986.12 for lawyer's fees, travel expenses and security deposit. The Company and Taishan Gypsum will continue to attach great importance to and give close attention to the progress of the affair, respond and deal with it prudently in an attitude being responsible for the investors, consumers and industry.

## II. Bankruptcy reorganization-related matters

The Company was not involved in any bankruptcy reorganization-related matters during the year.

## III. Investments in securities and equity participations in financial institutions

1. During the reporting period, neither securities investment was made by the Company, nor any equities were held by the Company in other listed companies.

2. Equity participations in commercial banks, securities companies, insurance companies, trust companies, futures companies and other financial institutions

Unit: RMB yuan

| Name of institution | Amount of initial investment | Number of shares held | Proportion of the Company's equity | Ending Book Value | Profit or loss during the reporting period | Changes in owners' equity during the reporting period | Accounting item | Source of shares |
|---|---|---|---|---|---|---|---|---|
| Zhongtou Credit Guarantee Co., Ltd. | 10,000,000.00 | 10,000,000 | 1.00% | 10,000,000.00 | -14,977,817.20 | -14,977,817.20 | Long-term equity investment | Acquired by means of purchases |
| Total | 10,000,000.00 | 10,000,000 | - | 10,000,000.00 | -14,977,817.20 | -14,977,817.20 | - | - |

## IV. Assets acquisition, sales and absorption and merger

On June 22, 2010, BNBM Group Building Materials Co., Ltd. (hereinafter referred to as "Company") signed an Equity Transfer Agreement with Mitsubishi Corporation Co., Ltd. (hereinafter referred to as "Mitsubishi Corporation") in Beijing. According to the equity transfer agreement, the Company acquired 7.5% equity of Beijing New Building Materials Homes Co., Ltd. (hereinafter referred to as "Beijing New Building Materials Homes") held by Mitsubishi Corporation at a price of RMB10.0335mn. Within the reporting period, the industrial and commercial change registration for the item has been completed, but the procedure for payment has not been finished.

On August 9, 2010, the Company signed an Equity Transfer Agreement with Beijing New Building Materials (Group) Co., Ltd. (hereinafter referred to as "BNBM Group") in Beijing. According to the equity transfer agreement, the Company acquired 11% equity of Beijing New Building Materials Homes held by BNBM Group at a price of RMB14.7158mn. Within the reporting period, the industrial and commercial change registration for the item has been completed and the payment has been made.

The parities related to the transfer agreed to take the evaluation result reflected by Assets Appraisal Report which was issued by appraisal agency as a basis to determine the price of the current equity

35

| Item | Amount this period | Amount last period |
|---|---|---|
| Administrative and material fees | 3,337,182.45 | 4,178,683.66 |
| Telephone fees | 3,210,701.28 | 2,965,690.69 |
| Transportation and travel expenses | 9,484,491.19 | 10,832,419.00 |
| Repair fee | 639,225.08 | 2,561,267.48 |
| Vehicle fees | 3,583,797.76 | 3,634,402.91 |
| Low-value consumables and consumption of materials | 2,213,000.50 | 2,407,596.70 |
| Transportation costs | 52,996,344.13 | 47,662,939.28 |
| Loading and unloading charges | 4,392,906.08 | 6,209,086.89 |
| Business entertainment expenses | 2,881,601.54 | 3,334,032.07 |
| Rent | 3,753,534.12 | 3,461,318.97 |
| Conference fees | 1,605,190.67 | 4,503,534.89 |
| Advertising and exhibition expenses | 18,181,415.23 | 13,921,960.82 |
| Storage charges | 4,750,600.71 | 8,313,368.69 |
| Others | 38,952,451.75 | 41,498,475.36 |
| Total | 201,705,584.98 | 191,298,796.37 |

## 41. Management expenses

| Item | Amount this period | Amount last period |
|---|---|---|
| Wages and bonus | 63,191,626.72 | 51,549,193.30 |
| Insurance and housing fund | 15,256,567.16 | 13,186,493.66 |
| Employment security fund for disabled people | 1,117,754.53 | 743,232.90 |
| Property and heating | 3,261,069.30 | 2,448,478.49 |
| Depreciation costs | 14,192,248.63 | 11,120,805.52 |
| Taxes | 26,858,060.94 | 24,331,345.01 |
| Amortization of intangible assets | 10,288,122.29 | 7,923,907.80 |
| Land rental | 1,785,608.71 | 3,208,870.00 |
| Water and electricity charges | 3,134,020.26 | 1,545,517.35 |
| Administrative and material fees | 5,532,945.17 | 4,330,537.80 |
| Transportation and travel expenses | 9,957,341.47 | 7,693,745.38 |
| Vehicle fees | 1,587,249.96 | 1,276,641.78 |
| Repair fee | 7,664,285.64 | 3,384,617.67 |
| Conference fees | 1,647,477.27 | 1,771,329.27 |
| Telephone fees | 1,930,208.69 | 1,641,737.17 |
| Business entertainment expenses | 9,810,381.93 | 7,914,275.74 |
| Low-value consumables and consumption of materials | 3,028,619.51 | 2,749,252.18 |
| Intermediary costs | 1,707,747.00 | 1,662,013.88 |
| Consulting fee | 2,816,994.99 | 2,398,091.64 |
| Sewage charges | 1,713,403.03 | 1,603,562.82 |
| Rental fees | 3,932,707.49 | 976,137.69 |
| Patent fees | 2,426,441.40 | 1,268,005.96 |
| Scientific research costs | 24,738,223.46 | 17,644,330.08 |
| Start-up costs | 1,864,952.47 | 519,133.44 |
| Attorneys' fees | 29,044,257.65 | -- |
| Amortization of unrecognized assets | 3,343,787.02 | 3,343,787.02 |
| Others | 14,464,799.55 | 17,042,951.69 |
| Total | 266,296,902.24 | 193,277,995.24 |

Notes to administrative expenses:

In the current period, the Company's administrative expenses increased by 37.78%, i.e., RMB73.018907mn compared with the last period, mainly because first, layout of plasterboard industry around the country increased the number of management organizations of the Company. As a result, the compensation for management and funding for management organizations increased; second, to deal with litigation relevant to international trade protection, a larger amount of litigation costs occurred in the current period.

## 42. Financial expenses

| Item | Amount this period | Amount last period |
|---|---|---|
| Interest expenditure | 87,584,514.42 | 73,788,074.54 |
| Less: interest income | 7,618,667.71 | 6,172,234.68 |
| Exchange loss | 175,884.60 | 90,039.58 |
| Add: exchange gains | 137,859.19 | 19,435.36 |
| Service charges payable to financial institutions | 1,399,320.86 | 3,866,416.75 |
| Total | 81,403,192.98 | 71,552,860.83 |

BNBMPLC0001660



# Beijing New Building Materials Public Limited Company

# Annual Report 2011



**Board of Directors**

**Beijing New Building Materials Public Limited Company**

**March 16, 2012**

BNBMPLC0001862

# Section X Important Events

## I. Signiificant litigations and arbitrations

On May 29, 2010, the Company has issued Announcement on American Gypsum Board Event by Beijing New Building Materials Public Limited Company (Announcement No.: 2010-009). Currently, the Company and its proprietary subsidiary Taishan Gypsum had hired American famous law firm as their legal adviser to cope with American gypsum board lawsuit involving the Company and Taishan Gypsum. During the reporting period, the lawyer's fees and travel expenses incurred in the Company amounted to $ 1,397,799 and the lawyer's fees and travel expenses incurred in Taishan Gypsum amounted to $3,304,817.13. The Company and Taishan Gypsum will continue to attach great importance to and give close attention to the progress of the affair, respond and deal with it prudently in an attitude being responsible for the investors, consumers and industry.

## II. Bankruptcy reorganization-related matters

The Company was not involved in any bankruptcy reorganization-related matters during the year.

## III. Investments in securities and equity participations in financial institutions

1. During the reporting period, neither securities investment was made by the Company, nor any equities were held by the Company in other listed companies.

2. Equity participations in commercial banks, securities companies, insurance companies, trust companies, futures companies and other financial institutions

Unit: RMB yuan

| Name of institution | Amount of initial investment | Number of shares held | Proportion of the Company's equity | Ending Book Value | Profit or loss during the reporting period | Changes in owners' equity during the reporting period | Accounting item | Source of shares |
|---|---|---|---|---|---|---|---|---|
| Zhongtou Credit Guarantee Co., Ltd. | 10,000,000.00 | 10,000,000 | 1.00% | 9,211,918.41 | -240,511.48 | -240,511.48 | Long-term equity investment | Acquired by means of purchases |
| Total | 10,000,000.00 | 10,000,000 | - | 9,211,918.41 | -240,511.48 | -240,511.48 | - | - |

## IV. Assets acquisition, sales and merger by absorption

According to the Equity Transfer Agreement signed by the Company and Japan Mitsubishi Corporation on June 22, 2010, Japan Mitsubishi Corporation transfers all of its 7.50% equity in Beijing New Building Materials Homes Co. Ltd. to the Company, at a price of RMB10,033,507.50. On March 22, 2011, the Company paid for all the equity transfer expenses and the formalities of the equity transfer was completed.

On October 28, 2011, Taishan Gypsum (the holding subsidiary of the Company) and individual Liu Qing signed an Equity Transfer Agreement in Taian City, under which Taishan Gypsum acquired Liu Qing's 35% equity interest in Taishan Gypsum (Baotou) Co., Ltd. at a price of RMB6.35mn. During the reporting period, formalities for changing business registration for the matter and the payment formalities were completed.

On October 28, 2011, Taishan Gypsum and individual Liu Qing signed an Equity Transfer Agreement in Taian City, under which Taishan Gypsum acquired Liu Qing's 35% equity interest in Taishan Gypsum (Tongling) Co., Ltd. at a price of RMB13.13mn. During the reporting period, formalities for changing business registration for the matter and the payment formalities were completed.

On October 28, 2011, Taishan Gypsum and individual Zhao Xiuyun signed an Equity Transfer Agreement in Taian City, under which Taishan Gypsum acquired Zhao Xiuyun's 30% equity interest in Taishan Gypsum (Jiangxi) Co., Ltd. at a price of RMB9.95mn. During the reporting period,

BNBMPLC0001898

| Item | Amount this period | Amount last period |
|---|---|---|
| Wages and bonus | 63,807,416.23 | 63,191,626.72 |
| Insurance and housing fund | 19,085,075.81 | 15,256,567.16 |
| Employment security fund for disabled people | 1,251,193.88 | 1,117,754.53 |
| Property and heating | 4,199,060.82 | 3,261,069.30 |
| Depreciation costs | 19,110,836.31 | 14,192,248.63 |
| Taxes | 29,013,541.50 | 26,858,060.94 |
| Amortization of intangible assets | 13,828,806.11 | 10,288,122.29 |
| Land rental | 644,870.38 | 1,785,608.71 |
| Water and electricity charges | 3,023,862.65 | 3,134,020.26 |
| Administrative and material fees | 6,613,493.48 | 5,532,945.17 |
| Transportation and travel expenses | 6,656,571.96 | 9,957,341.47 |
| Vehicle fees | 5,775,882.19 | 1,587,249.96 |
| Repair fee | 7,548,773.56 | 7,664,285.64 |
| Conference fees | 1,898,197.10 | 1,647,477.27 |
| Telephone fees | 2,107,855.56 | 1,930,208.69 |
| Business entertainment expenses | 11,956,735.32 | 9,810,381.93 |
| Low-value consumables and consumption of materials | 3,018,768.99 | 3,028,619.51 |
| Intermediary costs | 3,187,976.50 | 1,707,747.00 |
| Consulting fee | 2,132,680.04 | 2,816,994.99 |
| Sewage charges | 1,906,525.80 | 1,713,403.03 |
| Rental fees | 2,380,881.85 | 3,932,707.49 |
| Patent fees | 2,710,393.80 | 2,426,441.40 |
| Scientific research costs | 25,646,075.09 | 24,738,223.46 |
| Start-up costs | 3,164,418.68 | 1,864,952.47 |
| Attorneys' fees | 30,431,314.61 | 29,044,257.65 |
| Amortization of unrecognized assets | 3,343,787.02 | 3,343,787.02 |
| Others | 29,386,750.64 | 14,464,799.55 |
| Total | 303,831,745.88 | 266,296,902.24 |

Notes to administrative expenses:

The Company's management expense increased RMB37,534,843.64 in the current period compared with the previous period with an increase ratio of 14.10%, the main reason for the which was that the Company set up additional management organizations due to the nationwide industrial layout of plasterboard, leading the Company to pay additional administration expenses, taxes, amortization of land and other expenses.

## 42. Financial expenses

| Item | Amount this period | Amount last period |
|---|---|---|
| Interest expenditure | 108,282,204.66 | 87,584,514.42 |
| Less: interest income | 8,303,520.26 | 7,618,667.71 |
| Exchange loss | 275,846.94 | 175,884.60 |
| Add: exchange gains | 116,294.27 | 137,859.19 |
| Service charges payable to financial institutions | 4,887,200.10 | 1,399,320.86 |
| Total | 105,025,437.17 | 81,403,192.98 |

Notes to financial expenses:

The Company's financial expenses increases RMB23,622,244.19 compared with the previous period with an increase ratio of 29.02%, the reason for which is because the bank loan interest increases, leading to an increase in interest expenditure.

## 43. Loss on Asset Impairment

| Item | Amount this period | Amount last period |
|---|---|---|
| I. Loss on bad debts | 11,699,099.50 | 11,002,706.43 |
| II. Loss on inventory impairment | -3,358,207.41 | 298,678.60 |
| III. Loss on financial assets available for sale | -- | -- |
| IV. Loss on impairments of investments held to maturity | -- | -- |
| V. Loss on impairments of long-term equity investments | 240,511.48 | 90,876.55 |
| VI. Loss on impairments of real estate investments | -- | -- |
| VII. Loss on impairments of fixed assets | -- | -- |
| VIII. Loss on impairments of engineering materials | -- | -- |
| IX. Loss on impairments of on-going projects | -- | -- |
| X. Loss on impairments of productive biological | -- | -- |

BNBMPLC0001982



# Beijing New Building Materials Public Limited Company

# Annual Report 2012

**March 2013**

BNBMPLC0002273

# Section V Important Events

## I. Significant litigations and arbitrations

√ Applicable □ Not applicable

| Basic Information on Lawsuits (Arbitrations) | Amount involved (USD10,000) | Resulted in estimated liabilities? | Progress of lawsuit (arbitration) | Results and effects of lawsuit (arbitration) | Execution of court judgment (arbitral award) | Disclosure date | Index of disclosures |
|---|---|---|---|---|---|---|---|
| Several home owners and building companies in the U.S.A accused BNBM of plaster board quality problems and requested BNBM to indemnify them against all the losses suffered thereby as a result of the quality problems of plaster boards | -- | No | BNBM employed a famous American law firm as legal adviser to study and respond to the above-said lawsuits | No results for the time being | No results for the time being | May 29, 2010 | Announcement No.: 2010-009; announcement title: Announcement regarding the plaster board event in the U.S.A; website: http://www.cninfo.com.cn/ |
| Several home owners and building companies in the U.S.A accused Taishan Gypsum of plaster board quality problems and requested Taishan Gypsum to indemnify them against all the losses suffered thereby as a result of the quality problems of plaster boards | -- | No | BNBM employed a famous American law firm as legal adviser to study and respond to the above-said lawsuits | Before Taishan Gypsum responded to the accusation, the Eastern District Federal Court of the U.S. Louisiana State made a default judgment that requested Taishan Gypsum to pay USD2,609,129.99 as indemnification. Taishan Gypsum has submitted a motion requesting the court to withdraw this preliminary court judgment. For other cases, Taishan Gypsum, due to disputes over jurisdiction, etc., has also submitted motions to reject accusations. Up to now, the U.S. Court only tried the above-mentioned motions submitted by Taishan Gypsum and has not made any final decision on such motions or made any valid judgment against Taishan Gypsum, so no results are available for the time being. | No results for the time being | May 29, 2010 | Announcement No.: 2010-009; announcement title: Announcement regarding the plaster board event in the U.S.A; website: http://www.cninfo.com.cn/ |

Questions from media

□ Applicable √ Not applicable

In this fiscal year, the Company did not receive any questions from media.

## II. Information on major lawsuits

As to the lawsuits referred to in "I. Major lawsuits/arbitrations", the Company and Taishan Gypsum, a controlled subsidiary of the Company, have employed a famous American law firm as legal adviser to respond to lawsuits relating to plaster boards in the U.S.A and involving the Company and Taishan Gypsum. Amount involved in lawsuits are to be determined by the U.S. court in the final trial. In the reporting period, the sum of attorney fees and traveling costs incurred by the

Company was RMB1,441,766.57 and that by Taishan Gypsum was RMB25,743,551.31. The expenses incurred by the Company in the reporting period accounted for 4.02% of the net profit attributable to the parent company for the reporting period. The Company and Taishan Gypsum will continue to attach great importance to and give close attention to the progress of the affair, respond and deal with it prudently in an attitude being responsible for the investors, consumers and industry.

**III. Significant related-party transactions**

1. Related-party transactions associated with the daily operations

| Related party | Related-party relationship | Type of related party transaction | Content of related party transaction | Pricing principle of related party transaction | Related-party transaction price | Amount of related-party transaction (RMB10,000) | Proportion in similar transactions (%) | Related-party transaction settled as agreed | Market price | Disclosure date | Index of disclosures |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Beijing New Building Material (Group) Co., Ltd. | Shareholder of China National Building Material Company Limited, the controlling shareholder | Sale of goods | Sale of goods | Market pricing | | 290.27 | 0.04% | Settled as agreed by both parties | | March 20, 2012 | Report on day-to-day related-party transactions in 2012 |
| China National Building Materials International Trading Co., Ltd. | A sub-subsidiary of China National Building Materials Group Corporation | Sale of goods | Sale of goods | Market pricing | | 0.03 | 0% | Settled as agreed by both parties | | | |
| BNBM Technology Development Co., Ltd. | Company with a stake in the Company/grandson company of China National Building Material Company Limited, the controlling shareholder | Sale of goods | Sale of goods | Market pricing | | 0.95 | 0% | Settled as agreed by both parties | | March 20, 2012 | Report on day-to-day related-party transactions in 2012 |
| INTECH Building (Beijing) Co., Ltd. | A subsidiary of Beijing New Building Material (Group) Co., Ltd. | Sale of goods | Sale of goods | Market pricing | | 79.81 | 0.01% | Settled as agreed by both parties | | March 20, 2012 | Report on day-to-day related-party transactions in 2012 |
| BNBM Machinery Co., Ltd. under China National Building Material & Light Machinery Group | A sub-subsidiary of China National Building Materials Group Corporation | Sale of goods | Sale of goods | Market pricing | | 5.1 | 0% | Settled as agreed by both parties | | | |
| Beijing New Building Materials Group Papua New Guinea | Overseas branch of China National Building Materials Investment Co., Ltd. | Sale of goods | Sale of goods | Market pricing | | 19.88 | 0% | Settled as agreed by both parties | | March 20, 2012 | Report on day-to-day related-party transactions in 2012 |

BNBMPLC0002305

| Item | Amount this period | Amount last period |
|---|---|---|
| Wages and bonus | 88,276,752.99 | 34,938,877.36 |
| Insurance and housing fund | 15,627,003.41 | 12,077,884.71 |
| Property and heating | 666,670.56 | 548,759.48 |
| Depreciation costs | 1,169,676.08 | 1,514,674.87 |
| Administrative and material fees | 4,080,351.99 | 2,869,739.05 |
| Telephone fees | 3,289,508.80 | 3,238,328.69 |
| Transportation and travel expenses | 10,289,297.80 | 10,722,154.71 |
| Repair fee | 674,189.41 | 587,859.76 |
| Vehicle fees | 4,647,516.52 | 3,678,915.16 |
| Low-value consumables and consumption of materials | 1,945,769.50 | 2,084,434.82 |
| Transportation costs | 76,205,788.03 | 74,501,406.56 |
| Loading and unloading charges | 4,300,420.84 | 5,429,215.42 |
| Business entertainment expenses | 5,230,008.63 | 3,219,349.95 |
| Rent | 2,294,945.18 | 2,062,683.91 |
| Conference fees | 2,928,697.98 | 1,869,982.63 |
| Advertising and exhibition expenses | 15,903,980.90 | 11,990,575.90 |
| Storage charges | 2,814,148.00 | 3,225,093.00 |
| Others | 11,279,482.55 | 13,838,056.72 |
| Total | 251,624,209.17 | 188,397,992.70 |

Accrual amount of the Company's sales expense in current period increases RMB63,226,216.47, up 33.56% from a year ago. Main reasons for the increase: firstly, the Company carries out industrial layout of gypsum board nationwide, and adds sales organizations and persons for expanding the sales channels, resulting in corresponding cost increase; secondly, with the expansion of business scale, the Company increases the investment in market promotion costs; thirdly, with the expansion of sales scale, the logistics cost increases accordingly.

### 43. Management expenses

Unit: RMB yuan

| Item | Amount this period | Amount last period |
|---|---|---|
| Wages and bonus | 91,076,439.51 | 63,807,416.23 |
| Insurance and housing fund | 23,513,432.33 | 19,085,075.81 |
| Employment security fund for disabled people | 1,026,142.81 | 1,251,193.88 |
| Property and heating | 4,448,945.40 | 4,199,060.82 |
| Depreciation costs | 21,861,625.04 | 19,110,836.31 |
| Taxes | 36,756,901.34 | 29,013,541.50 |
| Amortization of intangible assets | 14,952,268.39 | 13,828,806.11 |
| Land rental | 631,881.11 | 644,870.38 |
| Water and electricity charges | 4,678,906.43 | 3,023,862.65 |
| Administrative and material fees | 5,906,649.32 | 6,613,493.48 |
| Transportation and travel expenses | 7,206,288.77 | 6,656,571.96 |
| Vehicle fees | 7,204,894.42 | 5,775,882.19 |
| Repair fee | 9,529,411.69 | 7,548,773.56 |
| Conference fees | 2,598,096.83 | 1,898,197.10 |
| Telephone fees | 2,084,528.65 | 2,107,855.56 |
| Business entertainment expenses | 14,865,697.03 | 11,956,735.32 |
| Low-value consumables and consumption of materials | 3,215,946.43 | 3,018,768.99 |
| Intermediary costs | 3,457,162.76 | 3,187,976.50 |
| Consulting fee | 2,899,381.68 | 2,132,680.04 |
| Sewage charges | 11,751.00 | 1,906,525.80 |
| Rental fees | 3,716,778.83 | 2,380,881.85 |
| Patent fees | 2,266,254.12 | 2,710,393.80 |
| Scientific research costs | 29,774,526.23 | 25,646,075.09 |
| Start-up costs | 4,668,833.65 | 3,164,418.68 |
| Attorneys' fees | 27,185,317.88 | 30,431,314.61 |
| Amortization of unrecognized assets | 3,343,787.04 | 3,343,787.02 |
| Others | 25,801,175.71 | 29,386,750.64 |
| Total | 354,683,024.40 | 303,831,745.88 |

### 44. Financial expenses

Unit: RMB yuan

BNBMPLC0002436



# Beijing New Building Materials Public Limited Company

# Annual Report 2013

**March 2014**

BNBMPLC0002743

BNBMPLC Annual Report 2013

| | | | an application for retrial and such application has been turned down now. To date, based on the information made available to Taishan Gypsum, the scope of Untied States courts' hearing of the cases in which Taishan Gypsum acted as the defendant was limited to the foregoing motions and applications, and except for the Germano case, United States courts have not entered substantive judgments against Taishan Gypsum. | | |
|---|---|---|---|---|---|

## II. Information on significant lawsuits

In 2013, the Congress adopted a "Gypsum Board Security Bill", provided corresponding requirements with respect to industrial standards and authorized ASTM (American Society for Testing Material) to draft relevant standards. At the same time, the Congress required the US Secretary of Commerce to urge the Chinese Government to procure that enterprises producing and exporting gypsum boards hold a meeting with the representative of the US Government to discuss the compensation issues, and it held that US Secretary of Commerce should insist on requiring the Chinese Government to guide gypsum board producing and exporting enterprises to submit to the jurisdiction of United States federal courts and obey the judgments made by said courts.

Currently, the Company and its subsidiary Taishan Gypsum had hired American famous law firm as their legal adviser to cope with American gypsum board lawsuit involving the Company and Taishan Gypsum. In the reporting period, the sum of attorney fees and traveling costs incurred by the Company was RMB952,023.85 and that by Taishan Gypsum was RMB5,438,301.31. The expenses incurred by the Company in the reporting period accounted for 0.71% of the net profit attributable to the parent company for the reporting period. The Company and Taishan Gypsum will continuously pay close attention to the developments of the matter, prudently cope with and address the matter by holding a responsible attitude towards investors, consumers and the whole industry, and will disclose relevant progress in a timely manner.

## III. Asset Transactions

## 1. Details about acquired assets

| Counterparty or ultimate controller | Acquired or merged assets | Transaction price (RMB10,000) | Progress | Effect on the operations of the Company | Effect on the profit and loss of the Company (in RMB10,000) | The proportion of the net profit contributed by such asset to the listed company in the total net profit (%) | Whether a related party transaction or not | Related-party relationship with counterparty (applicable to related party transactions) | Disclosure date | Index of disclosures |
|---|---|---|---|---|---|---|---|---|---|---|
| Beijing Zhuozheng Culture & Media Co., Ltd. | 51% of equity in Beijing Tiandi Renju Cultural Development Co., Ltd. | 600 | Business changes completed | No effect | -41.49 | -0.05% | No | Third party | | |
| Wei Yunqian | 51% of equity in Wanrui New Building Materials (Shanghai) Co., Ltd. | 204 | Business changes completed | No effect | 0.55 | 0% | No | Third party | | |
| Nippon Steel & Sumitom | 10% of equity in Beijing | 2,125.42 | As at the report date, | No effect | | | | No | Third party | | |

36

Recognition standards for impairment of financial assets available for sale

None

**10. Standard for Determining and Method of Making Provision for Non-performing Accounts Receivable**

**(1) Provision for bad debts for receivables in single significant amounts**

| Basis for identifying individually significant amounts or standards for the amounts | Separate impairment testing was performed on ending receivables of more than RMB5mn (including accounts receivable and other receivables). |
|---|---|
| Methods for individually allocating bad debt provision from individually significant amounts | According to the difference between present value of future cash flow and its book value, impairment loss was recognized and bad debt provision was allocated. Individually tested accounts receivable, for which, impairment was not discovered, were divided together with individually insignificant amounts of accounts receivable into several groups, then impairment loss was identified and impairment loss was allocated by calculating as per proportion of such accounts receivable combinations in balance on balance sheet date. |

**(2) Notes on significant lawsuits**

In 2013, the Congress adopted a "Gypsum Board Security Bill", provided corresponding requirements with respect to industrial standards and authorized ASTM (American Society for Testing Material) to draft relevant standards. At the same time, the Congress required the US Secretary of Commerce to urge the Chinese Government to procure that enterprises producing and exporting gypsum boards hold a meeting with the representative of the US Government to discuss the compensation issues, and it held that US Secretary of Commerce should insist on requiring the Chinese Government to guide gypsum board producing and exporting enterprises to submit to the jurisdiction of United States federal courts and obey the judgments made by said courts.

Currently, the Company and its subsidiary Taishan Gypsum had hired American famous law firm as their legal adviser to cope with American gypsum board lawsuit involving the Company and Taishan Gypsum. During the reporting period, attorney's fees and travel expenses incurred by the Company amounted to RMB952,023.85.

Those incurred by Taishan Gypsum totaled RMB5.4383013mn. The expenses incurred by the Company in the reporting period accounted for 0.71% of the net profit attributable to the parent company for the reporting period. The Company and Taishan Gypsum will continue to pay close and sustained attention to the progress of litigation and handle it prudently and disclose its progress in a timely manner with a responsible manner to investors, consumers and the industry.

**(3) Accounts receivable with bad debt provision made by portfolio**

| Name of Portfolio | Methods for allocating bad debt provision by portfolio | Portfolio identification basis |
|---|---|---|
| Aging portfolio | Aging analysis method | Based on actual conditions, proportion of bad debt provision made from portfolio was analyzed according to the actual loss ratio of the same or similar accounts receivable portfolio characterized by similar credit risks and divided as per aging in previous years other than accounts receivable with bad debt provision allocated separately, and bad debt provision to be allocated in the current period was calculated. |

In the portfolio, those with bad debt provision made with the aging analysis method are:

√ Applicable □ Not applicable

| Aging | Allocation proportion of accounts receivable (%) | Allocation proportion of other accounts receivable (%) |
|---|---|---|
| Within 1 year (incl.) | 1% | 1% |
| 1-2 years | 7% | 7% |
| 2-3 years | 20% | 20% |
| 3-4 years | 40% | 40% |
| 4-5 years | 70% | 70% |

BNBMPLC0002827

### 43. Management expenses

Unit: RMB yuan

| Item | Amount this period | Amount last period |
|---|---|---|
| Labor costs | 152,865,844.64 | 126,564,184.38 |
| Employment security fund for disabled people | 1,308,735.90 | 1,026,142.81 |
| Property and heating | 7,489,201.84 | 4,448,945.40 |
| Depreciation costs | 27,116,524.18 | 21,861,625.04 |
| Taxes | 42,404,727.46 | 36,756,901.34 |
| Amortization of intangible assets | 18,371,898.08 | 14,952,268.39 |
| Land rental | 1,171,327.76 | 631,881.11 |
| Water and electricity charges | 6,028,234.69 | 4,678,906.43 |
| Administrative and material fees | 3,943,621.86 | 5,906,649.32 |
| Transportation and travel expenses | 6,998,461.11 | 7,206,288.77 |
| Vehicle fees | 8,297,836.10 | 7,204,894.42 |
| Repair fee | 15,989,560.11 | 9,529,411.69 |
| Conference fees | 1,629,430.37 | 2,598,096.83 |
| Telephone fees | 2,441,705.86 | 2,084,528.65 |
| Business entertainment expenses | 10,475,444.06 | 14,865,697.03 |
| Low-value consumables and consumption of materials | 2,498,312.22 | 3,215,946.43 |
| Intermediary costs | 3,396,652.66 | 3,457,162.76 |
| Consulting fee | 3,393,148.52 | 2,899,381.68 |
| Rental fees | 15,772,960.89 | 3,716,778.83 |
| Patent fees | 2,511,988.88 | 2,266,254.12 |
| Scientific research costs | 51,808,610.60 | 29,774,526.23 |
| Start-up costs | 3,036,114.93 | 4,668,833.65 |
| Attorneys' fees | 6,390,325.16 | 27,185,317.88 |
| Amortization of unrecognized assets | 3,376,736.98 | 3,343,787.04 |
| Others | 23,942,223.77 | 13,838,614.17 |
| Total | 422,659,628.63 | 354,683,024.40 |

### 44. Financial expenses

Unit: RMB yuan

| Item | Amount this period | Amount last period |
|---|---|---|
| Interest expenditure | 171,394,360.51 | 152,008,400.26 |
| Interest income | -7,812,775.92 | -7,468,695.30 |
| Foreign exchange losses (Less: foreign exchange gains) | 457,867.55 | 12,214.37 |
| Handling fees and other charges | 2,844,480.80 | 5,256,625.74 |
| Total | 166,883,932.94 | 149,808,545.07 |

### 45. Investment income

#### (1) Details of investment income

Unit: RMB yuan

| Item | Amount this period | Amount last period |
|---|---|---|
| Long-term equity investment income accounted for with the equity method | 3,473,230.34 | 4,152,978.07 |
| Investment income arising from disposal of long-term equity investments | 347,340.66 | 46,268.64 |
| Investment income acquired from disposal of trading financial assets | 214,109.59 | 1,108,244.66 |
| Investment income acquired from disposal of held-to-maturity investments | 829,561.65 | 669,479.45 |
| Total | 4,864,242.24 | 5,976,970.82 |

#### (2) Long-term equity investment income accounted for with the equity method

Unit: RMB yuan

| Invested entity | Amount this period | Amount last period | Reason for increase and decrease from previous period |
|---|---|---|---|
| Tancheng Xinxing New Decorative Materials Co., Ltd. | | -488,118.99 | |
| Wuhan WUTOS Co., Ltd. | 4,634,541.41 | 6,177,859.95 | |
| Brightcrystals Technology Inc. | 513,803.44 | 463,175.67 | |
| Nanjing Huafu Asset Operation and | -973,259.90 | -1,170,467.89 | |

160

**BNBM 北新建材**

# Beijing New Building Materials Public Limited Company

# Annual Report 2014

## March 2015

BNBMPLC0003164

BNBMPLC Annual Report 2014

| boards | | | In addition, Taishan Gypsum had been notified that other plaintiffs had initiated a new action in the US District Court claiming that the defendants' gypsum board was installed in at least 3,700 homes, residences or other structures owned by the plaintiffs and class members. The plaintiffs claimed damages of more than US$1,500 million against the defendants which included, among others, BNBMPLC and Taishan Gypsum. In the light of the developments in the litigation, Taishan Gypsum has engaged PRC and US famous law firms, who would represent BNBMPLC to participate in the gypsum board litigation and defend in order to protect the interest of Taishan Gypsum. As Taishan Gypsym would only be allowed to participate in the litigation and defend its case after the Contempt Order has been discharged, Taishan Gypsum has paid the US Court the penalty in the sum of US$40,000 and agreed to pay the plaintiffs' attorney's fees in the sum of US$15,000. Furthermore, as the basis for the US Court's Contempt Order was the non-participation by Taishan Gypsum in the Judgment Debtor Examination meeting following the default judgment in the Germano case, Taishan Gypsum has also agreed to pay USD2,758,356.52 under the default judgment in the Germano case together with interest accrued from May 2010. Taishan Gypsum has stated that its agreement to make the above payments is not to be taken as its acceptance of the content of the default judgment in the Germano case, and that the taking of such steps was simply to enable it to apply for the discharge of the Contempt Order and to participate in and defend the litigation of gypsum board cases after such discharge. | Taishan Gypsum is unable to confirm the quantity of plaintiffs and the property involved in the case and it is difficult to accurately predict the possible result of judgment. Taishan Gypsum has engaged PRC and foreign lawyers to consider and assess the litigation strategy and the impact of the litigation on Taishan Gypsum. At present, it is impossible to ascertain accurately the potential economic losses to Taishan Gypsum and impact of the litigation on profits for the current period. The Company will timely perform the obligations of information disclosure according to the progress of the litigation. | | | |
|---|---|---|---|---|---|---|---|

## II. Notes on major lawsuits

The description of "2.Material litigation and arbitration" is as foolows: During the reporting period, the laywer's fees and travel expenses incurred in the Company amounted to RMB481,503.85 and the laywer's fees and travel expenses incurred in Taishan Gypsum amounted to RMB11,432,555.07. The expenses incurred by the Company in the reporting period accounted for 1.08% of the net profit attributable to the parent company for the reporting period. The Company and Taishan Gypsum will continue to attach great importance to and give close attention to the progress of the affair, respond and deal with it prudently in an attitude being responsible for the investors, consumers and industry.

## III. Questions from media

□ Applicable √ Not applicable

There are no matters commonly questioned by the medias during the reporting period.

## IV. The listed Company's capital appropriated by controlling shareholder and its subsidiaries for non-operating purpose

□ Applicable √ Not applicable

None of the listed Company's non-operating funds were occupied by the controlling shareholder and its subsidiaries during the reporting period.

## V. Bankruptcy reorganization-related matters

□ Applicable √ Not applicable

No bankruptcy reorganization occurred in the report period.

## VI. Asset Transactions

## 1. Details about acquired assets

√ Applicable □ Not applicable

| Counterparty or ultimate controller | Acquired or merged assets | Transaction price (RMB10,000) | Progress (Note 2) | Impact on the Company's operations (Note 3) | Impact on the Company's profit or loss (Note 4) | The proportion of the net profit contributed by such asset to the listed company in the total net profit | Whether a related party transaction or not | Related-party relationship with the counterparty (applicable to related party transactions) | Disclosure date (Note 5) | Index of disclosures |
|---|---|---|---|---|---|---|---|---|---|---|

34

BNBMPLC Annual Report 2014

Unit: RMB yuan

| Item | Amount this period | Amount last period |
|------|-------------------|-------------------|
| Labor costs | 126,658,884.73 | 112,731,049.13 |
| Depreciation costs | 1,087,047.23 | 1,062,818.78 |
| Administrative and material fees | 2,974,732.23 | 3,576,382.74 |
| Telephone fees | 3,360,471.97 | 3,623,105.96 |
| Transportation and travel expenses | 11,701,451.73 | 12,267,299.50 |
| Repair fee | 466,354.90 | 1,047,845.43 |
| Vehicle fees | 5,802,448.29 | 5,053,850.85 |
| Low-value consumables and consumption of materials | 1,256,979.58 | 2,822,924.89 |
| Transportation costs | 92,578,325.14 | 81,592,750.81 |
| Loading and unloading charges | 3,262,168.69 | 5,675,050.28 |
| Business entertainment expenses | 5,258,586.18 | 5,065,682.94 |
| Rent | 5,415,530.92 | 5,226,366.57 |
| Conference fees | 696,892.89 | 1,196,696.54 |
| Advertising and exhibition expenses | 22,780,119.17 | 28,308,134.55 |
| Storage charges | 2,534,662.11 | 3,312,053.00 |
| Others | 7,590,952.21 | 10,668,803.60 |
| Total | 293,425,607.97 | 283,230,815.57 |

Other Notes:

None

## 41. Management expenses

Unit: RMB yuan

| Item | Amount this period | Amount last period |
|------|-------------------|-------------------|
| Labor costs | 186,283,212.31 | 152,865,844.64 |
| Employment security fund for disabled people | 1,260,904.26 | 1,308,735.90 |
| Property and heating | 7,018,719.90 | 7,489,201.84 |
| Depreciation costs | 29,508,854.56 | 27,116,524.18 |
| Taxes | 54,517,654.84 | 42,404,727.46 |
| Amortization of intangible assets | 24,525,915.58 | 18,371,898.08 |
| Land rental | 4,402,112.24 | 1,171,327.76 |
| Water and electricity charges | 4,049,569.06 | 6,028,234.69 |
| Administrative and material fees | 2,767,864.96 | 3,943,621.86 |
| Transportation and travel expenses | 7,668,047.05 | 6,998,461.11 |
| Vehicle fees | 9,132,894.02 | 8,297,836.10 |
| Repair fee | 7,758,976.10 | 15,989,560.11 |
| Conference fees | 985,512.75 | 1,629,430.37 |
| Telephone fees | 2,692,875.88 | 2,441,705.86 |
| Business entertainment expenses | 8,409,304.33 | 10,475,444.06 |
| Low-value consumables and consumption of materials | 1,835,214.07 | 2,498,312.22 |
| Intermediary costs | 4,358,068.72 | 3,396,652.66 |
| Consulting fee | 2,415,470.93 | 3,393,148.52 |
| Rental fees | 8,955,922.94 | 15,772,960.89 |
| Patent fees | 3,390,234.17 | 2,511,988.88 |
| Scientific research costs | 104,186,825.54 | 51,808,610.60 |
| Start-up costs | 2,604,885.40 | 3,036,114.93 |
| Attorneys' fees | 11,914,058.92 | 6,390,325.16 |
| Amortization of unrecognized assets | 3,376,736.98 | 3,376,736.98 |
| Others | 23,556,005.09 | 23,942,223.77 |
| Total | 517,575,840.60 | 422,659,628.63 |

Other Notes:

None

## 42. Financial expenses

Unit: RMB yuan

| Item | Amount this period | Amount last period |
|------|-------------------|-------------------|
| Expensed interest payments | 182,919,444.25 | 171,394,360.51 |
| Less: interest income | 9,568,236.15 | 7,812,775.92 |
| Foreign exchange losses (Less: foreign exchange gains) | 139,780.09 | 457,867.55 |

136