# EXHIBIT 48



May 15, 2009

Mr. Song Zhiping, Chairman of the Board
China National Building Material Group Corporation
2 Zizhuyuan Nanlu, Haidian District, Beijing, China, 100044

**Re: Latest Development of the Plasterboard Incident in the USA**

Dear Mr. Song,

After our letter dated April 21, 2009, there have been some new development on the U.S. plasterboard incident. We hereby provide you and other leaders of CNBM with the latest update as follows.

Firstly, the U.S. Congress has adopted an act with respect to the plasterboard imported from China, requesting the U.S. federal government agencies to intervene. We attach the relevant news report and the translation for your reference (see <u>Annex I</u>). In addition, the number of lawsuits brought by the U.S. consumers against the plasterboard imported from China increased substantially. According to the latest statistics, Taishan Gypsum Co., Ltd. and/or BNBM have been named as defendants in more than 90 lawsuits. We enclose the list of lawsuits (see <u>Annex II</u>) and the relevant litigation documents we have collected (see <u>Annex III</u>) hereto for your reference.

In addition, recently, many U.S. media pays great attention to the relationship among Taishan Gypsum, BNBM and CNBM, and the state-owned nature of these enterprises. Many media point out in their reports that BNBM and CNBM are the parent companies of Taishan Gypsum, and mentioned that Taishan Gypsum, BNBM and CNBM are all enterprises owned by Chinese government. Some media even allege that the Chinese government should be responsible for this incident. Attached please find the relevant media reports (see <u>Annex IV</u>) for your reference.

We are seriously concerned about the recent developments in this incident, especially when we see U.S. media emphasizing the state-owned nature of the relevant enterprises and pushing CNBM and BNBM into the teeth of the storm of public opinion. We wish that CNBM and BNBM will take effective measures to respond to the U.S. consumer lawsuits and media coverage as soon as possible. We are willing to, under the leadership of CNBM, safeguard the international reputation of Chinese-made building materials and Chinese building material

可耐福石膏板（天津）有限公司
Knauf Plasterboard (Tianjin) Co., Ltd.
中国 天津市北辰区京津东路东侧引河桥北 邮编：300400
North Yinhe Bridge, East Jingjin Road, Beichen District, Tianjin 300400, P.R.C.
电话：+86 22 26972777  传真：+86 22 26973349
Tel.: +86 22 26972777   Fax: +86 22 26973349
www.knauf.com.cn

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                    KNAUFGIPS0160548



enterprises together with other relevant Chinese building material enterprises,.

If you have any question, please feel free to contact us.

Respectfully,


Name: David Gregory
Title:   Chairman of the Board

**Knauf Plasterboard (Tianjin) Co., Ltd.**

可耐福石膏板（天津）有限公司
Knauf Plasterboard (Tianjin) Co., Ltd.
中国 天津市北辰区京津公路东侧引河桥北 邮编： 300400
North Yinhe Bridge, East Jingjin Road, Beichen District, Tianjin 300400, P.R.C.
电话： +86 22 26972777  传真： +86 22 26973349
Tel.: +86 22 26972777   Fax： +86 22 26973349
www.knauf.com.cn

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                                              KNAUFGIPS0160549