# EXHIBIT 49



May 15, 2009

To:   Mr. Wang Bing
       General Manager of Beijing New Building Material (Group) Co., Ltd.
       F9/F10, Building 4, Zhuyu International, NO.9, Shouti South Road, Haidian District,
       Beijing ,China, 100048

**Re: Latest Development of the Plasterboard Incident in the USA**

Dear Mr. Wang,

Following our last meeting, we are both facing more pressures from the U.S. plasterboard incident.   According to the latest statistics, Taishan Gypsum Co., Ltd. and BNBM have already been named as defendants in more than 90 lawsuits.   We enclose the list of lawsuits (see <u>Annex I</u>) and the relevant litigation documents we have collected (see <u>Annex II</u>) for your reference. The U.S. Congress has also adopted an act with respect to the incident (see <u>Annex III</u>).

In addition, recently, the U.S. media pays great attention to the relationship between BNBM and Taishan Gypsum, and their state-owned nature.   Many media directly indicated in their reports that BNBM is the parent company of Taishan Gypsum, and mentioned that both Taishan Gypsum and BNBM are enterprises owned by Chinese government.   CNBM also became a target of those media.   We enclose the relevant news report (see <u>Annex IV</u>) for your reference.

We are seriously concerned about the recent development of the incident, especially when we see U.S. media emphasizing the state-owned nature of the relevant enterprises and pushing your company into the teeth of the storm of public opinion.   As we have dealt with this issue for quite a long time, we are willing to discuss with you about our further cooperation in response to the U.S. lawsuits and pressures from the media.   We are also willing to share with you our experiences in dealing with the U.S. lawsuits and media.   We will make our best efforts to help you take all necessary actions to jointly respond to the crisis in the U.S. and to protect the international image of Chinese enterprises and Chinese-made building material products.

可耐福石膏板（天津）有限公司<br>
Knauf Plasterboard (Tianjin) Co., Ltd.<br>
中国 天津市北辰区京津公路东侧引河桥北 邮编：300400<br>
North Yinhe Bridge, East Jingjin Road, Beichen District, Tianjin 300400, P.R.C.<br>
电话：+86 22 26972777  传真：+86 22 26973349<br>
Tel.: +86 22 26972777   Fax: +86 22 26973349<br>
www.knauf.com.cn

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

KNAUFGIPS0160720



If you have any question, please feel free to contact us.

Yours sincerely,

Name:  Mark Norris
Title:  Commercial Director, Greater China

**Knauf Plasterboard (Tianjin) Co., Ltd.**

可耐福石膏板（天津）有限公司
Knauf Plasterboard (Tianjin) Co., Ltd.
中国 天津市北辰区京津公路东侧引河桥北 邮编： 300400
North Yinhe Bridge, East Jingjin Road, Beichen District, Tianjin 300400, P.R.C.
电话： +86 22 26972777  传真： +86 22 26973349
Tel.: +86 22 26972777   Fax: +86 22 26973349
www.knauf.com.cn

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                    KNAUFGIPS0160721