# EXHIBIT 50

## Fred Longer

| | |
|---|---|
| **From:** | Denise Martin [dmartin@gainsben.com] on behalf of Gerald E. Meunier [gmeunier@gainsben.com] |
| **Sent:** | Wednesday, April 15, 2015 4:31 PM |
| **To:** | Duncan_Fulton@laed.uscourts.gov |
| **Cc:** | Lenny Davis; Russ Herman; Christopher Seeger; Fred Longer; Arnold Levin; Sandy Duggan; Matthew Gaughan; 'bernard.taylor@alston.com'; 'michael.kenny@alston.com'; 'mike.moore@dentons.com'; 'michael.barr@dentons.com'; Vejnoska, Christopher; 'Christy.Eikhoff@alston.com'; 'Stengel, James L.'; Venderbush, David; Anthony Irpino; Pearl Robertson; Rachel Sternlieb; lflemming@hhklawfirm.com; Kate Robinson |
| **Subject:** | Chinese Drywall - Ron Wright |
| **Attachments:** | George Inglis, Engineer with Berman & Wright - CV.pdf |
| **Importance:** | High |

Duncan,

The PSC expert for the April 28 class damages trial, Ron Wright, has just advised that he cannot continue serving due to a serious development involving his wife's health. Please see below Mr. Wright's e-mail from last evening.

The PSC proposes to substitute for Mr. Wright another licensed professional engineer in his firm, George Inglis, who has worked closely with Mr. Wright in this matter. Mr. Inglis has confirmed that he is prepared to render a revised expert report by this Friday, April 17 (which Mr. Wright had agreed to do), and also is available to be deposed next Tuesday, April 21 (when the defendants had agreed that they would depose Mr. Wright). Mr. Inglis' CV is attached.

Counsel of record for defendants are copied on this e-mail, and we understand that the Court probably will wish to discuss this matter with the parties. We are prepared to do so at the earliest convenient time.

Sincerely,
Jerry Meunier



Gerald E. Meunier

gmeunier@gainsben.com

Gainsburgh Benjamin
David, Meunier & Warshauer L.L.C.

2800 Energy Centre, 1100 Poydras St., New Orleans, LA 70163
T: 504.522.2304  |  F: 504.528.9973  |  www.gainsben.com

**From:** Ronald E. Wright [mailto:RWright@bwaep.com]
**Sent:** Tuesday, April 14, 2015 9:28 PM

1

**To:** Gerald E. Meunier
**Subject:** Chinese drywall

Regretfully I must let you know that I have a personal issue that will not let me continue with needs for the Chinese drywall litigation. My wife had several tests performed recently that indicated she had advanced stages of cancer. We met with an oncologist today that confirmed this and he indicated her time remaining may be less than 6 months. I wish this were not the case, but I know that the impact of this news and events to happen over the next few weeks will prevent me from providing a revised report by 4/17, provide deposition testimony on 4/21, and provide testimony at the hearing on 4/28. The next steps for my wife begin with further testing tomorrow through Monday and then treatments starting next week that hopefully show some positive impacts to slow the cancer growth.

**Ron Wright, PE**
Professional Engineer
Principal



8226 Village Harbor Drive
Cornelius, NC 28031
(704) 625-1618
rwright@bwaep.com
www.BermanWright.com

The information transmitted by this e-mail is intended only for the addressee and may contain confidential and/or privileged material. Interception, review, retransmission, dissemination, or other use of, or action upon this information by persons or entities other than the intended recipient is prohibited by law and may be subject to criminal and/or civil liability. If you received this communication in error, contact us immediately at (844) 332-3854, and delete the communication from computers or networks. Although this e-mail and attachments are believed to be free of viruses or other defects that might affect any computer system into which it is received, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Berman & Wright for any loss or damage arising in any manner in the event that such a virus or defect exists.


BERMAN & WRIGHT
ARCHITECTURE, ENGINEERING & PLANNING, LLC.

# George J. Inglis, P.E.
Senior Project Consultant

**PROFESSIONAL SUMMARY**

George Inglis, Professional Engineer and Senior Project Consultant with Berman & Wright Architecture, Engineering, and Planning, has 40 years of experience in project and construction management, building diagnostics, and building forensics. For the past 12 years, Mr. Inglis has performed forensic engineering services to identify construction deficiencies and compliance with building codes, design documents, and manufacturers' specifications. He has managed capital and maintenance projects that have ranged up to $90 million, which consisted of mechanical installations that are industrial in nature, as well as construction and modifications to commercial, multifamily, and residential buildings. These projects required Mr. Inglis' experiences with services such as: Project Development and Justification, Design, Construction, start up/occupancy, evaluation of existing buildings, Scoping of building modifications, Evaluation for construction deficiencies, Compliance to building specifications, Compliance to manufacturers' specifications, and Remediation due to mold, lead, and asbestos issues, project safety, budgeting, scheduling, contract negotiations, environmental permitting and development of project alternatives, including financing alternatives. He has performed home renovations and completions at three residences himself.

**PROFESSIONAL EXPERIENCE**

**Berman & Wright Architecture, Engineering & Planning, LLC (Formerly Buric)**
Senior Project Consultant                                             2010 - Present
Director of Building Diagnostics – Ohio (Buric)                       2005 – 2010
Senior Project Consultant (Buric)                                     2003 – 2005

Mr. Inglis inspects, investigates, and diagnoses building defects for code violations, workmanship, and installations contrary to manufacturers' recommended procedures. He determines cause and effect relationships that have resulted in damage in residential, multi-family, industrial, and commercial buildings, including damages such as water intrusion, mold, structural repairs, roofing repairs and replacement, and costs to remediate homes constructed by Chinese drywall. He identifies possible sources of defects that lead to water intrusion and/or mold problems.

He has worked with buildings in post-Hurricane Katrina and post-Hurricane Wilma settings to determine specific causes of damages. He measures moisture levels within building materials and wall cavities. He performs ASTM / AAMA window testing and Rilem Mortar Porosity testing. He develops reports and graphic exhibits of findings.

He performs construction management services, such as the construction of a new chemical plant and the demolition of an automotive facility. He assists contractors, owners, and their attorneys in the development and review of construction claims. He reviews project documentation, cost reports, schedules and correspondence, and perform analyses to identify the additional time and/or cost impact to a construction project as a result of delays, losses in labor productivity, acceleration, additional work, etc. He performs construction management and assists with CPM



scheduling services as required. He assembles and reviews information from project documents to develop and support claim issues on complex construction projects. He creates time-scaled graphics to convey information to support claim issues. His recent activities have included scope and cost development for remediation of homes contaminated by Chinese drywall.

**United States Steel Corporation, Inc. – Lorain Pipe Mills**
Manager of Engineering                                    2002 – 2003

Mr. Inglis served as the Manager of Engineering for the Lorain Pipe Mills, a seamless pipe producing facility located in Lorain, Ohio. He implemented $105 million in capital projects under Construction Industry Institute (CII) and IPA practices standards for over 2 years. His responsibilities included developing an Inline Quench and Temper Facility; Stand Alone Compressed Air facilities; and a Utility Separation project. For these projects, Mr. Inglis was responsible for the project safety, scope, earned value, constructability, quality control, range estimates, manpower-loaded scheduling, contracts and specifications, costs, environmental permitting with OEPA, 10-year 60% tax abatement from local City of Lorain, project development, preparation of appropriation documents, and presentations to executive management. He was responsible for maintaining a structural inspections program and databases for the buildings and structures at the Lorain Pipe Mills.

Mr. Inglis regularly worked with legal counsel to establish contracts, such as lump sum bid, target price with shared savings and long-term service contracts, as well as other legal documents. Additionally, he maintained daily contact with contractors to manage contracts and prevent impact claims.

**The Lorain Tubular Company**
Manager Engineering & Environmental                       1998 – 2002

Mr. Inglis was responsible for developing modernization projects, like the Quench and Temper project; structural inspections and building repairs; environmental permits; and maintaining environmental compliance through testing, reporting, negotiations with OEPA, and internal and OEPA audits. He established contracts for environmental contractor services and waste disposal, stand-alone environmental permits, and environmental reporting for the Lorain Tubular Company.

**USS Kobe Steel Company**
Manager of Engineering                                    1984 – 1998
Manager Project Administration

Mr. Inglis was responsible for project development, safety, schedule, cost and start-up of three major projects which totaled more than $88 million. For these projects he provided deposition testimony to defend the company against a contractor claim; provided deposition testimony to defend the company against a 3rd party injury suit; and implemented changes to meet stringent environmental regulations, which required visits to Japan's Kobe Steel Company.

Mr. Inglis worked as part of a modernization team and provided advice on contract method, contract negotiations and specifications for the development of a new Technology Center for USS Kobe Steel Company.



**United States Steel Company**  1973 – 1984
Senior Buyer
Structural Designer

Mr. Inglis worked as a Senior Buyer in Pittsburgh, Pennsylvania with responsibilities for procurement of capital equipment, construction services and engineering for various company locations throughout the United States; including steel production sites, mines, and chemical plants. He worked in various engineering and maintenance positions at USS Gary Indiana Works and Waukegan Illinois Works. He worked out of the Des Plaines, Illinois office as the structural designer for the Austin Company.

**Norms Roofing and Gutter**

Mr. Inglis performed roof installations, including asphalt shingles, low-slope roll roofing and slate replacements; roof tear-offs; sheathing repairs; gutter replacement; and flashing.

## EDUCATION

Bradley University  Peoria, IL
Bachelor of Science Degree - Civil Engineering  1973

University of Chicago  Chicago, IL
Masters of Business Administration  1979

## PROFESSIONAL LICENSE

Registered Professional Engineer
    Illinois     License No. 06036286  1978
    Ohio     License No. 69968  2005

## PROFESSIONAL MEMBERSHIPS

Association of Iron and Steel Engineers (AISE)
    Cleveland Section Past Chairman
    Past Chairman, Sub-Committee 38
    Past Chairman, AISE Project Management Division
Association for Iron and Steel Technology (AIST)
    Chairman (2004 & 2005), Project and Construction Management Operating Committee
    Vice Chair, AIST Technology Division
    Past AIST Award and Recognition Committee
Community Association Institute (CAI)
    Member



## CURRENT PROJECTS LIST

| | |
|---|---|
| Grand Harbour Condominiums | Vermilion, OH |
| Residence at Sheffield Lake | Sheffield Lake, OH |
| Vilas at Northstar | Westerville, OH |

| CONTINUING PROFESSIONAL EDUCATION AND SEMINARS ATTENDED ||
|---|---|
| **Date** | **Topic** |
| 2013 | Ohio State Bar Association – Construction Law Forum<br>Cleveland, OH |
| 2012 | Ohio State Bar Association – Construction Law Forum<br>Cleveland, OH |
| 2008 | U of W - Water Intrusion Seminar<br>Madison, WI |
| 2007 | IMI – Brick Home Construction<br>Hudson, OH |
| 2007 | Half Moon LLC Seminar – Minimizing Engineering Liability Exposure<br>Independence, OH |
| 2006 | ASTM – Repair, Retrofit, and Inspection of Building Exterior Wall Systems<br>Atlanta, Georgia |
| 2005 | OSHA – Completed Person Safety Training for Scaffolding |
| 2005 | Building Official Council of Northeast Ohio (Boconeo) - 2 hr. Tyvex Installation training by DuPont |
| 2005 | OSHA - 10 hr. Safety Training session |
| 2004-2001 | Association of Iron and Steel Technology (AIST) – organized and set-up 3 day sessions which consisted of presentations and panel discussions on Project Management |
| 2003 | Construction Industry Institute (CII) – 40 hr. training in Project Management at Clemson University |
| 2002 | Construction Industry Institute (CII) – 8 hr. training on Implementing Small Projects (less than $5 million) |



## TESTIMONY EXPERIENCE

### Arbitrations
- Design and construction deficiencies and damages for Dyczkiewycz residence (2007)

### Hearings
- Construction claim from pipemill upgrade at United States Steel Corporation production plant (1994)
- Personal injury claim for design and safety of platforms at United States Steels Corporation production plant (2005)
- Design and construction deficiencies and damages for Ashley residence (2008)
- Design and construction deficiencies and damages for Crispin residence (2009)
- Design and construction deficiencies and damages for Broadway Lanes bowling alley (2011)
- Design and construction deficiencies and damages for Grand Harbor Condominiums (2011)

### Depositions
- Design and construction deficiencies and damages for Frankovic condominium (2006)
- Design and construction deficiencies and damages for Siegel residence (2007)
- Design and construction deficiencies and damages for Myers residence (2009)