# EXHIBIT 54

# Residential Cost Data

**Estimate residential construction—by the entire structure, by major components, or by unit costs**



## 34th annual edition

# 2015

**Cost data from the most trusted source in North America**



# RSMeans Residential Cost Data
## 2015   34th annual edition

# Bob Mewis, CCC, Senior Editor

**Engineering Director**
Bob Mewis, CCC (*1, 14, 41*)

**Contributing Editors**
Christopher Babbitt
Adrian C. Charest, PE
(*26, 27, 28, 48*)
Cheryl Elsmore
Robert Fortier, PE
(*2, 31, 32, 33, 34, 35, 44, 46*)
Robert J. Kuchta (*8*)
Thomas Lane (*6, 7*)
Robert C. McNichols

*Numbers in italics are the divisional responsibilities for each editor. Please contact the designated editor directly with any questions.*

Genevieve Medeiros
Melville J. Mossman, PE (*21, 22, 23*)
Jeannene D. Murphy
Marilyn Phelan, AIA (*9, 10, 11, 12*)
Stephen C. Plotner (*3, 5*)
Siobhan Soucie (*4, 13*)

**Vice President Data & Engineering**
Chris Anderson

**Cover Design**
Sara Rutan
**Product Manager**
Andrea Sillah

**Production Manager**
Debbie Panarelli

**Production**
Jill Goodman
Jonathan Forgit
Sara Rutan
Mary Lou Geary

**Technical Support**
Gary L. Hoitt
Kathryn S. Rodriguez

**RSMeans**
Construction Publishers & Consultants
700 Longwater Drive
Norwell, MA 02061
United States of America
1-877-713-2617
www.rsmeans.com

Copyright 2014 by RSMeans
All rights reserved.
Cover photo ©
Hemera Technologoies/
AbleStock.com/Thinkstock

Printed in the United States of America
ISSN 0896-8624
ISBN 978-1-940238-65-4

The authors, editors, and engineers of RSMeans apply diligence and judgment in locating and using reliable sources for the information published. However, RSMeans makes no express or implied warranty or guarantee in connection with the content of the information contained herein, including the accuracy, correctness, value, sufficiency, or completeness of the data, methods, and other information contained herein. RSMeans makes no express or implied warranty of merchantability or fitness for a particular purpose. RSMeans shall have no liability to any customer or third party for any loss, expense, or damage, including consequential, incidental, special, or punitive damage, including lost profits or lost revenue, caused directly or indirectly by any error or omission, or arising out of, or in connection with, the information contained herein. For the purposes of this paragraph, "RSMeans" shall include RS Means Company LLC, and its divisions, subsidiaries, successors, parent companies, and their employees, partners, principals, agents and representatives, and any third-party providers or sources of information or data.

No part of this publication may be reproduced, stored in an information storage or retrieval system, or transmitted in any form or by any means, electronic or mechanical, including photocopying or scanning, without prior written permission of RSMeans. The cost data contained in this publication is valuable and proprietary information of RSMeans and others, and there is no transfer to you of any ownership rights in the cost data or any license granted to you to create derivative works based on or which utilize the cost data.

This book is printed on 50% recycled paper using soy-based ink and is entirely recyclable.

 

$143.35 per copy (in United States)
Price is subject to change without prior notice.

# Related RSMeans Products and Services

This book is aimed primarily at single family and small multi-family housing projects costing up to $1,000,000.

The engineers at RSMeans suggest the following products and services as companion information resources to *RSMeans Residential Cost Data:*

## Construction Cost Data Books
*Square Foot Costs 2015*
*Residential Repair and Remodeling Costs 2015*

## Reference Books
*Estimating Building Costs*
*RSMeans Estimating Handbook*
*Green Building: Project Planning & Estimating*
*How to Estimate with RSMeans Data*
*Plan Reading & Material Takeoff*
*Project Scheduling & Management for Construction*
*Universal Design Ideas for Style, Comfort & Safety*

## Seminars and In-House Training
Unit Price Estimating
*RSMeans Online®* Training
Practical Project Management for Construction Professionals
Scheduling with MSProject for Construction Professionals
Mechanical & Electrical Estimating

## RSMeans Online Bookstore
Visit RSMeans at **www.rsmeans.com** for a one-stop portal for the most reliable and current resources available on the market. Here you can learn about our more than 20 annual cost data books and eBooks, also available on CD and online versions, as well as our libary of reference books and RSMeans seminars.

## RSMeans Electronic Data
Get the information found in RSMeans cost books electronically at **RSMeansOnline.com**.

## RSMeans Business Solutions
Cost engineers and analysts conduct facility life cycle and benchmark research studies and predictive cost modeling, as well as offer consultation services for conceptual estimating and real property management. Research studies are designed with the application of proprietary cost and project data from RSMeans' extensive North American databases. Analysts offer building product manufacturers qualitative and quantitative market research, as well as time/motion studies for new products, and Web-based dashboards for market opportunity analysis. Clients are from both the public and private sectors, including federal, state, and municipal agencies; corporations; institutions; construction management firms; hospitals; and associations.

## Construction Costs for Software Applications
More than 25 unit price and assemblies cost databases are available through a number of leading estimating and facilities management software partners. For more information see the "Other RSMeans Products and Services" pages at the back of this publication.

RSMeans data is also available to federal, state, and local government agencies as multi-year, multi-seat licenses.

For information on our current partners, visit: **www.rsmeans.com/partners** or call 877.713.2617.

ii

# Foreword

## Our Mission

Since 1942, RSMeans has been actively engaged in construction cost publishing and consulting throughout North America.

Today, more than 70 years after RSMeans began, our primary objective remains the same: to provide you, the construction and facilities professional, with the most current and comprehensive construction cost data possible.

Whether you are a contractor, owner, architect, engineer, facilities manager, or anyone else who needs a reliable construction cost estimate, you'll find this publication to be a highly useful and necessary tool.

With the constant flow of new construction methods and materials today, it's difficult to find the time to look at and evaluate all the different construction cost possibilities. In addition, because labor and material costs keep changing, last year's cost information is not a reliable basis for today's estimate or budget.

That's why so many construction professionals turn to RSMeans. We keep track of the costs for you, along with a wide range of other key information, from city cost indexes . . . to productivity rates . . . to crew composition . . . to contractor's overhead and profit rates.

RSMeans performs these functions by collecting data from all facets of the industry and organizing it in a format that is instantly accessible to you. From the preliminary budget to the detailed unit price estimate, you'll find the data in this book useful for all phases of construction cost determination.

## The Staff, the Organization, and Our Services

When you purchase one of RSMeans' publications, you are, in effect, hiring the services of a full-time staff of construction and engineering professionals.

Our thoroughly experienced and highly qualified staff works daily at collecting, analyzing, and disseminating comprehensive cost information for your needs. These staff members have years of practical construction experience and engineering training prior to joining the firm. As a result, you can count on them not only for accurate cost figures, but also for additional background reference information that will help you create a realistic estimate.

The RSMeans organization is always prepared to help you solve construction problems through its variety of data solutions, including online, CD, and print book formats, as well as cost estimating expertise available via our business solutions, training, and seminars.

Besides a full array of construction cost estimating books, RSMeans also publishes a number of other reference works for the construction industry. Subjects include construction estimating and project and business management, green building, and a library of facility management references.

In addition, you can access all of our construction cost data electronically in convenient CD format or on the web. Visit **RSMeansOnline.com** for more information on our 24/7 online cost data.

What's more, you can increase your knowledge and improve your construction estimating and management performance with an RSMeans construction seminar or in-house training program. These two-day seminar programs offer unparalleled opportunities for everyone in your organization to become updated on a wide variety of construction-related issues.

RSMeans is also a worldwide provider of construction cost management and analysis services for commercial and government owners.

In short, RSMeans can provide you with the tools and expertise for constructing accurate and dependable construction estimates and budgets in a variety of ways.

## Robert Snow Means Established a Tradition of Quality That Continues Today

Robert Snow Means spent years building RSMeans, making certain he always delivered a quality product.

Today, at RSMeans, we do more than talk about the quality of our data and the usefulness of our books. We stand behind all of our data, from historical cost indexes to construction materials and techniques to current costs.

If you have any questions about our products or services, please call us toll-free at 1-877-713-2617. Our customer service representatives will be happy to assist you. You can also visit our website at **www.rsmeans.com**.

# Table of Contents

| | |
|---|---|
| Foreword | iv |
| How the Book Is Built: An Overview | v |
| Absolute Essentials for a Quick Start | vi |
| Estimating with RSMeans Unit Price Cost Data | vii |
| How to Use the Book: The Details | ix |
| Square Foot Cost Section | 1 |
| Assemblies Cost Section | 97 |
| Unit Price Section | 283 |
| Reference Section | 659 |
| Construction Equipment Rental Costs | 661 |
| Crew Listings | 673 |
| Location Factors | 707 |
| Reference Tables | 713 |
| Abbreviations | 734 |
| Estimating Forms | 738 |
| Index | 740 |
| Other RSMeans Products and Services | 762 |
| Labor Trade Rates including Overhead & Profit | Inside Back Cover |

# How the Book Is Built: An Overview

The Construction Specifications Institute (CSI) and Construction Specifications Canada (CSC) have produced the 2014 edition of MasterFormat®, a system of titles and numbers used extensively to organize construction information.

All unit price data in the RSMeans cost data books is now arranged in the 50-division MasterFormat® 2014 system.

## A Powerful Construction Tool

You have in your hands one of the most powerful construction tools available today. A successful project is built on the foundation of an accurate and dependable estimate. This book will enable you to construct just such an estimate.

For the casual user the book is designed to be:

- quickly and easily understood so you can get right to your estimate.
- filled with valuable information so you can understand the necessary factors that go into the cost estimate.

For the regular user, the book is designed to be:

- a handy desk reference that can be quickly referred to for key costs.
- a comprehensive, fully reliable source of current construction costs and productivity rates so you'll be prepared to estimate any project.
- a source book for preliminary project cost, product selections, and alternate materials and methods.

To meet all of these requirements, we have organized the book into the following clearly defined sections.

## Quick Start

See our "Quick Start" instructions on the following page to get started right away.

## Estimating with RSMeans Unit Price Cost Data

Please refer to these steps for guidance on completing an estimate using RSMeans unit price cost data.

## Square Foot Cost Section

This section lists Square Foot costs for typical residential construction projects. The organizational format used divides the projects into basic building classes. These classes are defined at the beginning of the section. The individual projects are further divided into ten common components of construction.

The Table of Contents, an explanation of square foot prices, and an outline of a typical page layout are located at the beginning of this section.

## Assemblies Cost Section

This section uses an "Assemblies" (sometimes referred to as "systems") format grouping all the functional elements of a building into nine construction divisions.

At the top of each "Assembly" cost table is an illustration, a brief description, and the design criteria used to develop the cost. Each of the components and its contributing cost to the system is shown.

**Material:** These cost figures include a standard 10% markup for "handling." They are national average material costs as of January of the current year and include delivery to the job site.

**Installation:** The installation costs include labor and equipment, plus a markup for the installing contractor's overhead and profit.

For a complete breakdown and explanation of a typical "Assemblies" page, see "How to Use the Assemblies Cost Tables" at the beginning of the Assemblies Section.

## Unit Price Section

All cost data has been divided into the 50 divisions according to the MasterFormat system of classification and numbering. For a listing of these divisions and an outline of their subdivisions, see the Unit Price Section Table of Contents.

*Estimating tips are included at the beginning of each division.*

## Reference Section

This section includes information on Equipment Rental Costs, Crew Listings, Location Factors, Reference Tables, and a listing of Abbreviations.

**Equipment Rental Costs:** This section contains the average costs to rent and operate hundreds of pieces of construction equipment.

**Crew Listings:** This section lists all of the crews referenced in the book. For the purposes of this book, a crew is composed of more than one trade classification and/or the addition of power equipment to any trade classification. Power equipment is included in the cost of the crew. Costs are shown both with bare labor rates and with the installing contractor's overhead and profit added. For each, the total crew cost per eight-hour day and the composite cost per labor-hour are listed.

**Location Factors:** You can adjust total project costs to over 900 locations throughout the U.S. and Canada by using the data in this section.

**Reference Tables:** At the beginning of selected major classifications in the Unit Price section are reference numbers shown in a shaded box. These numbers refer you to related information in the Reference Section. In this section, you'll find reference tables, explanations, estimating information that support how we develop the unit price data, technical data, and estimating procedures.

**Abbreviations:** A listing of abbreviations used throughout this book, along with the terms they represent, is included in this section.

## Index

A comprehensive listing of all terms and subjects in this book will help you quickly find what you need when you are not sure where it occurs in MasterFormat.

## The Scope of This Book

This book is designed to be as comprehensive and as easy to use as possible. To that end we have made certain assumptions and limited its scope in two key ways:

1. We have established material prices based on a national average.
2. We have computed labor costs based on a 7 major region average of union wage rates.

## Project Size/Type

The material prices in RSMeans cost data books are "contractor's prices." They are the prices that contractors can expect to pay at the lumberyards, suppliers'/distributors warehouses, etc. Small orders of speciality items would be higher than the costs shown, while very large orders, such as truckload lots, would be less. The variation would depend on the size, timing, and negotiating power of the contractor. The labor costs are primarily for new construction or major renovation rather than repairs or minor alterations.

*With reasonable exercise of judgment, the figures can be used for any building work.*

# Absolute Essentials
# for a Quick Start

If you feel you are ready to use this book and don't think you will need the detailed instructions that begin on the following page, this Absolute Essentials for a Quick Start page is for you. These steps will allow you to get started estimating in a matter of minutes.

## 1 Scope
Think through the project that you will be estimating, and identify the many individual work tasks that will need to be covered in your estimate.

## 2 Quantify
Determine the number of units that will be required for each work task that you identified.

## 3 Pricing
Locate individual Unit Price line items that match the work tasks you identified. The Unit Price Section Table of Contents that begins on page 1 and the Index in the back of the book will help you find these line items.

## 4 Multiply
Multiply the Total Incl O&P cost for a Unit Price line item in the book by your quantity for that item. The price you calculate will be an estimate for a completed item of work performed by a subcontractor. Keep adding line items in this manner to build your estimate.

## 5 Project Overhead
Include project overhead items in your estimate. These items are needed to make the job run and are typically, but not always, provided by the General Contractor. They can be found in Division 1. An alternate method of estimating project overhead costs is to apply a percentage of the total project cost.

Include rented tools not included in crews, waste, rubbish handling, and cleanup.

## 6 Estimate Summary
Include General Contractor's markup on subcontractors, General Contractor's office overhead and profit, and sales tax on materials and equipment.

Adjust your estimate to the project's location by using the City Cost Indexes or Location Factors found in the Reference Section.

---

*Editors' Note: We urge you to spend time reading and understanding the supporting material in the front of this book. An accurate estimate requires experience, knowledge, and careful calculation. The more you know about how we at RSMeans developed the data, the more accurate your estimate will be. In addition, it is important to take into consideration the reference material in the back of the book such as Equipment Listings, Crew Listings, Location Factors, and Reference Tables.*

# Estimating with RSMeans Unit Price Cost Data

Following these steps will allow you to complete an accurate estimate using RSMeans Unit Price cost data.

## 1 Scope Out the Project

- Think through the project and identify those CSI Divisions needed in your estimate.
- Identify the individual work tasks that will need to be covered in your estimate.
- The Unit Price data in this book has been divided into 50 Divisions according to the CSI MasterFormat® 2014—their titles are listed on the back cover of your book.
- The Unit Price Section Table of Contents on page 1 may also be helpful when scoping out your project.
- Experienced estimators find it helpful to begin with Division 2 and continue through completion. Division 1 can be estimated after the full project scope is known.

## 2 Quantify

- Determine the number of units required for each work task that you identified.
- Experienced estimators include an allowance for waste in their quantities. (Waste is not included in RSMeans Unit Price line items unless so stated.)

## 3 Price the Quantities

- Use the Unit Price Table of Contents, and the Index, to locate individual Unit Price line items for your estimate.
- Reference Numbers indicated within e Unit Price section refer to additional information that you may find useful.
- The crew indicates who is performing

the work for that task. Crew codes are expanded in the Crew Listings in the Reference Section to include all trades and equipment that comprise the crew.

- The Daily Output is the amount of work the crew is expected to do in one day.
- The Labor-Hours value is the amount of time it will take for the crew to install one unit of work.
- The abbreviated Unit designation indicates the unit of measure upon which the crew, productivity, and prices are based.
- Bare Costs are shown for materials, labor, and equipment needed to complete the Unit Price line item. Bare costs do not include waste, project overhead, payroll insurance, payroll taxes, main office overhead, or profit.
- The Total Incl O&P cost is the billing rate or invoice amount of the installing contractor or subcontractor who performs the work for the Unit Price line item.

## 4 Multiply

- Multiply the total number of units needed for your project by the Total Incl O&P cost for each Unit Price line item.
- Be careful that your take off unit of measure matches the unit of measure in the Unit column.
- The price you calculate is an estimate for a completed item of work.
- Keep scoping individual tasks, determining the number of units required for those tasks, matching each task with individual Unit Price line items in the book, and multiply quantities by Total Incl O&P costs.
- An estimate completed in this manner is priced as if a subcontractor, or set

of subcontractors, is performing the work. The estimate does not yet include Project Overhead or Estimate Summary components such as General Contractor markups on subcontracted work, General Contractor office overhead and profit, contingency, and location factor.

## 5 Project Overhead

- Include project overhead items from Division 1 – General Requirements.
- These items are needed to make the job run. They are typically, but not always, provided by the General Contractor. Items include, but are not limited to, field personnel, insurance, performance bond, permits, testing, temporary utilities, field office and storage facilities, temporary scaffolding and platforms, equipment mobilization and demobilization, temporary roads and sidewalks, winter protection, temporary barricades and fencing, temporary security, temporary signs, field engineering and layout, final cleaning and commissioning.
- Each item should be quantified, and matched to individual Unit Price line items in Division 1, and then priced and added to your estimate.
- An alternate method of estimating project overhead costs is to apply a percentage of the total project cost, usually 5% to 15% with an average of 10% (see General Conditions, page x).
- Include other project related expenses in your estimate such as:
  - Rented equipment not itemized in the Crew Listings
  - Rubbish handling throughout the project (see 02 41 19.19)

# 6 Estimate Summary

- Include sales tax as required by laws of your state or county.
- Include the General Contractor's markup on self-performed work, usually 5% to 15% with an average of 10%.
- Include the General Contractor's markup on subcontracted work, usually 5% to 15% with an average of 10%.
- Include General Contractor's main office overhead and profit:
  - RSMeans gives general guidelines on the General Contractor's main office overhead (see section 01 31 13.60 and Reference Number RO13113-50).
  - RSMeans gives no guidance on the General Contractor's profit.

- Markups will depend on the size of the General Contractor's operations, his projected annual revenue, the level of risk he is taking on, and on the level of competition in the local area and for this project in particular.

- Include a contingency, usually 3% to 5%, if appropriate.
- Adjust your estimate to the project's location by using the Location Factors in the Reference Section:
  - When the proper Factor has been identified for the project's location, convert it to a multiplier by dividing it by 100, and then multiply that multiplier by your estimated total cost. The original estimated total cost

will now be adjusted up or down from the national average to a total that is appropriate for your location.

*Editors' Notes:*
*We urge you to spend time reading and understanding the supporting material in the front of this book. An accurate estimate requires experience, knowledge, and careful calculation. The more you know about how we at RSMeans developed the data, the more accurate your estimate will be. In addition, it is important to take into consideration the reference material in the back of the book such as Equipment Listings, Crew Listings, Location Factors, and Reference Tables.*

**Location**——Material prices in this book are for metropolitan areas. However, in dense urban areas, traffic and site storage limitations may increase costs. Beyond a 20-mile radius of large cities, extra trucking or transportation charges may also increase the material costs slightly. On the other hand, lower wage rates may be in effect. Be sure to consider both of these factors when preparing an estimate, particularly if the job site is located in a central city or remote rural location.

In addition, highly specialized subcontract items may require travel and per-diem expenses for mechanics.

**Other Factors**——
- season of year
- contractor management
- weather conditions
- local union restrictions
- building code requirements
- availability of:
  - adequate energy
  - skilled labor
  - building materials
- owner's special requirements/restrictions
- safety requirements
- environmental considerations

**General Conditions**——The "Square Foot" and "Assemblies" sections of this book use costs that include the installing contractor's overhead and profit (O&P). The Unit Price Section presents cost data in two ways: Bare Costs and Total Cost including O&P (Overhead and Profit). General Conditions, when applicable, should also be added to the Total Cost including O&P. The costs for General Conditions are listed in Division 1 of the Unit Price Section and the Reference Section of this book. General Conditions for the Installing Contractor may range from 0% to 10% of the Total Cost including O&P. For the General or Prime Contractor, costs for General Conditions may range from 5% to 15% of the Total Cost including O&P, with a figure of 10% as the most typical allowance.

**Overhead & Profit**——Total Cost, including O&P, for the Installing Contractor is shown in the last column on both the Unit Price and the Assemblies pages of this book. This figure is the sum of the bare material cost plus 10% for profit, the bare labor cost plus overhead and profit, and the bare equipment cost plus 10% for profit. Details for the calculation of Overhead and Profit on labor are shown on the inside back cover and in the Reference Section of this book. (See "How RSMeans Unit Price Data Works" for an example of this calculation.)

**Unpredictable Factors**——General business conditions influence "in-place" costs of all items. Substitute materials and construction methods may have to be employed. These may affect the installed cost and/or life cycle costs. Such factors may be difficult to evaluate and cannot necessarily be predicted on the basis of the job's location in a particular section of the country. Thus, where these factors apply, you may find significant, but unavoidable cost variations for which you will have to apply a measure of judgment to your estimate.

## Rounding of Costs
In general, all unit prices in excess of $5.00 have been rounded to make them easier to use and still maintain adequate precision of the results. The rounding rules we have

| Prices from . . . | Rounded to the nearest . . . |
|---|---|
| $.01 to $5.00 | $.01 |
| $5.01 to $20.00 | $.05 |
| $20.01 to $100.00 | $.50 |
| $100.01 to $300.00 | $1.00 |
| $300.01 to $1,000.00 | $5.00 |
| $1,000.01 to $10,000.00 | $25.00 |
| $10,000.01 to $50,000.00 | $100.00 |
| $50,000.01 and above | $500.00 |

chosen are in the following table.

## Final Checklist
Estimating can be a straightforward process provided you remember the basics. Here's a checklist of some of the steps you should remember to complete before finalizing your estimate.

Did you remember to . . .

- factor in the Location Factor for your locale?
- take into consideration which items have been marked up and by how much?
- mark up the entire estimate sufficiently for your purposes?
- read the background information on techniques and technical matters that could impact your project time span and cost?
- include all components of your project in the final estimate?
- double check your figures for accuracy?
- call RSMeans if you have any questions about your estimate or the data you've found in our publications?

Remember, RSMeans stands behind its publications. If you have any questions about your estimate . . . about the costs you've used from our books . . . or even about the technical aspects of the job that may affect your estimate, feel free to call the RSMeans editors at 1-877-713-2617.

## Free Quarterly Updates
Stay up-to-date throughout 2015 with RSMeans' free cost data updates four times a year. Sign up online to make sure you have access to the newest data. Every quarter we provide the city cost adjustment factors for hundreds of cities and key materials. Register at:
**http://info.thegordiangroup.com/RSMeans.html**.

x

# Introduction to the Square Foot Cost Section

The Square Foot Cost Section of this manual contains costs per square foot for four classes of construction in seven building types. Costs are listed for various exterior wall materials which are typical of the class and building type. There are cost tables for Wings and Ells with modification tables to adjust the base cost of each class of building. Non-standard items can easily be added to the standard structures.

Cost estimating for a residence is a three-step process:
1. Identification
2. Listing dimensions
3. Calculations

Guidelines and a sample cost estimating procedure are shown on the following pages.

## Identification
To properly identify a residential building, the class of construction, type, and exterior wall material must be determined. Page 8 has drawings and guidelines for determining the class of construction. There are also detailed specifications and additional drawings at the beginning of each set of tables to further aid in proper building class and type identification.

Sketches for eight types of residential buildings and their configurations are shown on pages 10 and 11. Definitions of living area are next to each sketch. Definitions of garage types are on page 12.

## Living Area
Base cost tables are prepared as costs per square foot of living area. The living area of a residence is that area which is suitable and normally designed for full time living. It does not include basement recreation rooms or finished attics, although these areas are often considered full time living areas by the owners.

Living area is calculated from the exterior dimensions without the need to adjust for exterior wall thickness. When calculating the living area of a 1-1/2 story, two story, three story or tri-level residence, overhangs and other differences in size and shape between floors must be considered.

Only the floor area with a ceiling height of 7 feet or more in a 1-1/2 story residence is considered living area. In bi-levels and tri-levels, the areas that are below grade are considered living area, even when these areas may not be completely finished.

## Base Tables and Modifications
Base cost tables show the base cost per square foot without a basement, with one full bath and one full kitchen for economy and average homes, and an additional half bath for custom and luxury models. Adjustments for finished and unfinished basements are part of the base cost tables. Adjustments for multi-family residences, additional bathrooms, townhouses, alternative roofs, and air conditioning and heating systems are listed in Modifications, Adjustments and Alternatives tables below the base cost tables.

Costs for other modifications, adjustments and alternatives, including garages, breezeways and site improvements, are on pages 93 to 96.

## Listing of Dimensions
To use this section of the manual, only the dimensions used to calculate the horizontal area of the building and additions, modifications, adjustments and alternatives are needed. The dimensions, normally the length and width, can come from drawings or field measurements. For ease in calculation, consider measuring in tenths of feet, i.e., 9 ft. 6 in. = 9.5 ft., 9 ft. 4 in. = 9.3 ft.

In all cases, make a sketch of the building. Any protrusions or other variations in shape should be noted on the sketch with dimensions.

## Calculations
The calculations portion of the estimate is a two-step activity:
1. The selection of appropriate costs from the tables
2. Computations

## Selection of Appropriate Costs
To select the appropriate cost from the base tables, the following information is needed:
1. Class of construction
   - ▫ Economy
   - ▫ Average
   - ▫ Custom
   - ▫ Luxury
2. Type of residence
   - ▫ 1 story
   - ▫ 1-1/2 story
   - ▫ 2 story
   - ▫ 3 story
   - ▫ Bi-level
   - ▫ Tri-level
3. Occupancy
   - ▫ One family
   - ▫ Two family
   - ▫ Three family
4. Building configuration
   - ▫ Detached
   - ▫ Town/Row house
   - ▫ Semi-detached
5. Exterior wall construction
   - ▫ Wood frame
   - ▫ Brick veneer
   - ▫ Solid masonry
6. Living areas

Modifications are classified by class, type, and size.

## Computations
The computation process should take the following sequence:
1. Multiply the base cost by the area.
2. Add or subtract the modifications, adjustments, and alternatives.
3. Apply the location modifier.

When selecting costs, interpolate or use the cost that most nearly matches the structure under study. This applies to size, exterior wall construction, and class.

3

# How to Use the Residential Square Foot Cost Pages

The following is a detailed explanation of a sample entry in the Residential Square Foot Cost Section. Each bold number below corresponds to the item being described on the facing page with the appropriate component of the sample entry following in parenthesis.

Prices listed are costs that include overhead and profit of the installing contractor. Total model costs include an additional markup for General Contractors' overhead and profit, and fees specific to class of construction.



**RESIDENTIAL** | **Average** **1** | **2 Story** **2**

**3**
- Simple design from standard plans
- Single family — 1 full bath, 1 kitchen
- No basement
- Asphalt shingles on roof
- Hot air heat
- Gypsum wallboard interior finishes
- Materials and workmanship are average

Note: The illustration shown may contain some optional components (for example: garages and/or fireplaces) whose costs are shown in the modifications, adjustments, & alternatives below or at the end of the square foot section.

## Base cost per square foot of living area

| Exterior Wall | 1000 | 1200 | 1400 | 1600 | 1800 | 2000 | 2200 | 2600 | 3000 | 3400 | 3800 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Wood Siding - Wood Frame | 136.80 | 124.05 | 117.95 | 113.80 | 109.55 | 104.15 | 101.95 | 96.20 | 90.55 | 88.10 | 85.80 |
| Brick Veneer - Wood Frame | 144.00 | 130.75 | 124.25 | 119.80 | 115.20 | 110.40 | 107.10 | 100.90 | 94.85 | 92.15 | 89.70 |
| Stucco on Wood Frame | 133.10 | 120.65 | 114.80 | 110.75 | 106.70 | 102.20 | 99.30 | 93.85 | 88.35 | 85.95 | 83.75 |
| Solid Masonry | 160.70 | 146.20 | 138.70 | 133.55 | 128.15 | 122.90 | 118.95 | 111.65 | 104.80 | 101.60 | 98.65 |
| Finished Basement, Add | 22.50 | 22.15 | 21.40 | 20.95 | 20.40 | 20.05 | 19.65 | 18.90 | 18.40 | 18.10 | 17.80 |
| Unfinished Basement, Add | 8.85 | 8.25 | 7.85 | 7.55 | 7.15 | 6.95 | 6.70 | 6.25 | 5.95 | 5.75 | 5.55 |

**4** **5** Living Area **6** **7** **8**

## Modifications

**9**

Add to the total cost
| | |
|---|---|
| Upgrade Kitchen Cabinets | $ + 4158 |
| Solid Surface Countertops (Included) | |
| Full Bath - including plumbing, wall and floor finishes | + 7329 |
| Half Bath - including plumbing, wall and floor finishes | + 4275 |
| One Car Attached Garage | + 13,759 |
| One Car Detached Garage | + 17,994 |
| Fireplace & Chimney | + 6840 |

## Adjustments

For multi family - add to total cost
| | |
|---|---|
| Additional Kitchen | $ + 8034 |
| Additional Bath | + 7329 |
| Additional Entry & Exit | + 1658 |
| Separate Heating | + 1133 |
| Separate Electric | + 2036 |

For Townhouse/Rowhouse -
Multiply cost per square foot by **10**
| | |
|---|---|
| Inner Unit | .90 |
| End Unit | .95 |

## Alternatives

**11**

Add to or deduct from the cost per square foot of living area
| | |
|---|---|
| Cedar Shake Roof | + 1.70 |
| Clay Tile Roof | + 3.70 |
| Slate Roof | + 3.25 |
| Upgrade Walls to Skim Coat Plaster | + .52 |
| Upgrade Ceilings to Textured Finish | + .50 |
| Air Conditioning, in Heating Ductwork | + 2.94 |
| In Separate Ductwork | + 5.68 |
| Heating Systems, Hot Water | + 1.84 |
| Heat Pump | + 3.16 |
| Electric Heat | – .53 |
| Not Heated | – 2.99 |

## Additional upgrades or components

**12**

| | |
|---|---|
| Kitchen Cabinets & Countertops | Page 93 |
| Bathroom Vanities | 94 |
| Fireplaces & Chimneys | 94 |
| Windows, Skylights & Dormers | 94 |
| Appliances | 95 |
| Breezeways & Porches | 95 |
| Finished Attic | 95 |
| Garages | 96 |
| Site Improvements | 96 |
| Wings & Ells | 56 |

**1** **Class of Construction (Average)**
The class of construction depends upon the design and specifications of the plan. The four classes are economy, average, custom, and luxury.

**2** **Type of Residence (2 Story)**
The building type describes the number of stories or levels in the model. The seven building types are 1 story, 1-1/2 story, 2 story, 2-1/2 story, 3 story, bi-level, and tri-level.

**3** **Specification Highlights (Hot Air Heat)**
These specifications include information concerning the components of the model, including the number of baths, roofing types, HVAC systems, and materials and workmanship. If the components listed are not appropriate, modifications can be made by consulting the information shown lower on the page or the Assemblies Section.

**4** **Exterior Wall System (Wood Siding -Wood Frame)**
This section includes the types of exterior wall systems and the structural frame used. The exterior wall systems shown are typical of the class of construction and the building type shown.

**5** **Living Areas (2000 SF)**
The living area is that area of the residence which is suitable and normally designed for full time living. It does not include basement recreation rooms or finished attics. Living area is calculated from the exterior dimensions without the need to adjust for exterior wall thickness. When calculating the living area of a 1-1/2 story, 2 story, 3 story or tri-level residence, overhangs and other differences in size and shape between floors must be considered. Only the floor area with a ceiling height of seven feet or more in a 1-1/2 story residence is considered living area. In bi-levels and tri-levels, the areas that are below grade are considered living area, even when these areas may not be completely finished. A range of various living areas for the residential model are shown to aid in selection of values from the matrix.

**6** **Base Costs per Square Foot of Living Area ($104.95)**
Base cost tables show the cost per square foot of living area without a basement, with one full bath and one full kitchen for economy and average homes, and an additional half bath for custom and luxury models. When selecting

costs, interpolate or use the cost that most nearly matches the residence under consideration for size, exterior wall system, and class of construction. Prices listed are costs that include overhead and profit of the installing contractor, a general contractor markup, and an allowance for plans that vary by class of construction. For additional information on contractor overhead and architectural fees, see the Reference Section.

**7** **Basement Types (Finished)**
The two types of basements are finished and unfinished. The specifications and components for both are shown on the Building Classes page in the Introduction to this section.

**8** **Additional Costs for Basements ($20.05 or $6.95)**
These values indicate the additional cost per square foot of living area for either a finished or an unfinished basement.

**9** **Modifications and Adjustments (Upgrade Kitchen Cabinets $4158)**
Modifications and Adjustments are costs added to or subtracted from the total cost of the residence. The total cost of the residence is equal to the cost per square foot of living area times the living area. Typical modifications and adjustments include kitchens, baths, garages and fireplaces.

**10** **Multiplier for Townhouse/ Rowhouse (Inner Unit .90)**
The multipliers shown adjust the base costs per square foot of living area for the common wall condition encountered in townhouses or rowhouses.

**11** **Alternatives (Skim Coat Plaster $0.52)**
Alternatives are costs added to or subtracted from the base cost per square foot of living area. Typical alternatives include variations in kitchens, baths, roofing, and air conditioning and heating systems.

**12** **Additional Upgrades or Components (Wings & Ells page 56)**
Costs for additional upgrades or components, including wings or ells, breezeways, porches, finished attics, and site improvements, are shown in other locations in the Residential Square Foot Cost Section.

5

# How to Use the Residential Square Foot Cost Pages (Continued)

**1** Average 2 Story
Living Area - 2000 S.F.
Perimeter - 135 L.F.

| | | Cost Per Square Foot Of Living Area | | | % of Total |
|---|---|---|---|---|---|
| | | Mat. | Inst. | Total | (rounded) |
| **1** Site Work | Site preparation for slab; 4' deep trench excavation for foundation wall. | | .81 | .81 | 0.8% |
| **2** Foundation | Continuous reinforced concrete footing 8" deep x 18" wide; dampproofed and insulated reinforced concrete foundation wall, 8" thick, 4' deep, 4" concrete slab on 4" crushed stone base and polyethylene vapor barrier, trowel finish. | 3.29 | 4.22 | 7.51 | 7.2% |
| **3** Framing | Exterior walls - 2" x 4" wood studs, 16" O.C.; 1/2" plywood sheathing; 2" x 6" rafters 16" O.C. with 1/2" plywood sheathing, 4 in 12 pitch; 2" x 6" ceiling joists 16" O.C.; 2" x 8" floor joists 16" O.C. with 5/8" plywood subfloor; 1/2" plywood subfloor on 1" x 2" wood sleepers 16" O.C. | 7.62 | 9.28 | 16.90 | 16.1% |
| **4** Exterior Walls | Beveled wood siding and building paper on insulated wood frame walls; attic insulation; double hung windows; 3 flush solid core wood exterior doors with storms. | 13.75 | 6.00 | 19.75 | 18.8% |
| **5** Roofing | 25 year asphalt shingles; #15 felt building paper; aluminum gutters, downspouts, drip edge and flashings. | 1.08 | 1.26 | 2.34 | 2.2% |
| **6** Interiors | Walls and ceilings, 1/2" taped and finished gypsum wallboard, primed and painted with 2 coats; painted baseboard and trim; finished hardwood floor 40%, carpet with 1/2" underlayment 40%, vinyl tile with 1/2" underlayment 15%, ceramic tile with 1/2" underlayment 5%; hollow core and louvered doors. | 14.49 | 15.02 | 29.51 | 28.1% |
| **7** Specialties | Average grade kitchen cabinets - 14 L.F. wall and base with solid surface counter top and kitchen sink; 40 gallon electric water heater. | 2.67 | .95 | 3.62 | 3.4% |
| **8** Mechanical | 1 lavatory, white, wall hung; 1 water closet, white; 1 bathtub with shower; enameled steel, white; gas fired warm air heat. | 3.14 | 3.25 | 6.39 | 6.1% |
| **9** Electrical | 200 Amp. service; Romex wiring; incandescent lighting fixtures, switches, receptacles. | 1.13 | 1.75 | 2.88 | 2.7% |
| **10** Overhead | Contractor's overhead and profit and plans. | 8.03 | 7.21 | 15.24 | 14.5% |
| | Total | 55.20 | 49.75 | 104.95 | |

6

## 1 Specifications

The parameters for an example dwelling from the previous pages are listed here. Included are the square foot dimensions of the proposed building. Living Area takes into account the number of floors and other factors needed to define a building's total square footage. Perimeter dimensions are defined in terms of linear feet.

## 2 Building Type

This is a sketch of a cross section view through the dwelling. It is shown to help define the living area for the building type. For more information, see the Building Types pages in the Introduction.

## 3 Components (3 Framing)

This page contains the ten components needed to develop the complete square foot cost of the typical dwelling specified. All components are defined with a description of the materials and/or task involved. Use cost figures from each component to estimate the cost per square foot of that section of the project. The components listed on this page are typical of all sizes of residences from the facing page. Specific quantities of components required would vary with the size of the dwelling and the exterior wall system.

## 4 Materials (7.62)

This column gives the amount needed to develop the cost of materials. The figures given here are not bare costs. Ten percent has been added to bare material cost for profit.

## 5 Installation (9.28)

Installation includes labor and equipment costs. The labor rates included here incorporate the total overhead and profit costs for the installing contractor. The average mark-up used to create these figures is 72.0% over and above bare labor costs. The equipment rates include 10% for profit.

## 6 Total (16.90)

This column lists the sum of two figures. Use this total to determine the sum of material cost plus installation cost. The result is a convenient total cost for each of the ten components.

## 7 % of Total (rounded) (16.1%)

This column represents the percent of the total cost for this component group.

## 8 Overhead

The costs in components 1 through 9 include overhead and profit for the installing contractor. Item 10 is overhead and profit for the general contractor. This is typically a percentage mark-up of all other costs. The amount depends on size and type of dwelling, building class, and economic conditions. An allowance for plans or design has been included where appropriate.

## 9 Bottom Line Total (104.95)

This figure is the complete square foot cost for the construction project and equals the sum of total material and total labor costs. To determine total project cost, multiply the bottom line total by the living area.

7

# Building Classes

## Economy Class

An economy class residence is usually built from stock plans. The materials and workmanship are sufficient to satisfy building codes. Low construction cost is more important than distinctive features. The overall shape of the foundation and structure is seldom other than square or rectangular.

An unfinished basement includes 7' high 8" thick foundation wall composed of either concrete block or cast-in-place concrete.

Included in the finished basement cost are inexpensive paneling or drywall as the interior finish on the foundation walls, a low cost sponge backed carpeting adhered to the concrete floor, a drywall ceiling, and overhead lighting.



## Class

An average class residence is a simple design and built from standard plans. Materials and workmanship are average, but often exceed minimum building codes. There are frequently special features that give the residence some distinctive characteristics.

An unfinished basement includes 7'-6" high 8" thick foundation wall composed of either cast-in-place concrete or concrete block.

Included in the finished basement are plywood paneling or drywall on furring that is fastened to the foundation walls, sponge backed carpeting adhered to the concrete floor, a suspended ceiling, overhead lighting and heating.



## Custom Class

A custom class residence is usually built from plans and specifications with enough features to give the building a distinction of design. Materials and workmanship are generally above average with obvious attention given to construction details. Construction normally exceeds building code requirements.

An unfinished basement includes a 7'-6" high 10" thick cast-in-place concrete foundation wall or a 7'-6" high 12" thick concrete block foundation wall.

A finished basement includes painted drywall on insulated 2" x4" wood furring as the interior finish to the concrete walls, a suspended ceiling, carpeting adhered to the concrete floor, overhead lighting and heating.



## Luxury Class

A luxury class residence is built from an architect's plan for a specific owner. It is unique both in design and workmanship. There are many special features, and construction usually exceeds all building codes. It is obvious that primary attention is placed on the owner's comfort and pleasure. Construction is supervised by an architect.

An unfinished basement includes 8' high 12" thick foundation wall that is composed of cast-in-place concrete or concrete block.

A finished basement includes painted drywall on 2" x4" wood furring as the interior finish, suspended ceiling, tackless carpet on wood subfloor with sleepers, overhead lighting and heating.



8

# Building Types

## One Story

This is an example of a one-story dwelling. The living area of this type of residence is confined to the ground floor. The headroom in the attic is usually too low for use as a living area.



## One-and-a-half Story

The living area in the upper level of this type of residence is 50% to 90% of the ground floor. This is made possible by a combination of this design's high-peaked roof and/or dormers. Only the upper level area with a ceiling height of 7 feet or more is considered living area. The living area of this residence is the sum of the ground floor area plus the area on the second level with a ceiling height of 7 feet or more.



## One Story with Finished Attic

The main living area in this type of residence is the ground floor. The upper level or attic area has sufficient headroom for use as a living area. This is made possible by a high peaked roof. The living area in the attic is less than 50% of the ground floor. The living area of this type of residence is the ground floor area only. The finished attic is considered an adjustment.



## Two Story

This type of residence has a second floor or upper level area which is equal or nearly equal to the ground floor area. The upper level of this type of residence can range from 90% to 110% of the ground floor area, depending on setbacks or overhangs. The living area is the sum of the ground floor area and the upper level floor area.



## Two-and-one-half Story

This type of residence has two levels of equal or nearly equal area and a third level which has a living area that is 50% to 90% of the ground floor. This is made possible by a high peaked roof, extended wall heights and/or dormers. Only the upper level area with a ceiling height of 7 feet or more is considered living area. The living area of this residence is the sum of the ground floor area, the second floor area and the area on the third level with a ceiling height of 7 feet or more.



## Bi-level

This type of residence has two living areas, one above the other. One area is about 4 feet below grade and the second is about 4 feet above grade. Both areas are equal in size. The lower level in this type of residence is originally designed and built to serve as a living area and not as a basement. Both levels have full ceiling heights. The living area is the sum of the lower level area and the upper level area.



## Three Story

This type of residence has three levels which are equal or nearly equal. As in the 2 story residence, the second and third floor areas may vary slightly depending on setbacks or overhangs. The living area is the sum of the ground floor area and the two upper level floor areas.



## Tri-level

This type of residence has three levels of living area: one at grade level, one about 4 feet below grade, and one about 4 feet above grade. All levels are originally designed to serve as living areas. All levels have full ceiling heights. The living area is a sum of the areas of each of the three levels.



# RESIDENTIAL | Economy | 1-1/2 Story

- **Mass produced from stock plans**
- **Single family — 1 full bath, 1 kitchen**
- **No basement**
- **Asphalt shingles on roof**
- **Hot air heat**
- **Gypsum wallboard interior finishes**
- **Materials and workmanship are sufficient to meet codes**

*Note: The illustration shown may contain some optional components (for example: garages and/or fireplaces) whose costs are shown in the modifications, adjustments, & alternatives below or at the end of the square foot section.*



## Base cost per square foot of living area

| Exterior Wall | Living Area | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 600 | 800 | 1000 | 1200 | 1400 | 1600 | 1800 | 2000 | 2400 | 2800 | 3200 |
| Wood Siding - Wood Frame | 149.60 | 124.05 | 110.65 | 104.35 | 99.80 | **92.95** | 89.60 | 86.20 | 79.00 | 76.25 | 73.25 |
| Brick Veneer - Wood Frame | 155.70 | 128.35 | 115.00 | 108.55 | 104.00 | 96.80 | 93.30 | 89.75 | 82.15 | 79.30 | 76.15 |
| Stucco on Wood Frame | 137.25 | 115.00 | 102.60 | 96.95 | 92.95 | 86.75 | 83.75 | 80.70 | 74.20 | 71.75 | 69.20 |
| Painted Concrete Block | 148.15 | 122.90 | 109.90 | 103.85 | 99.50 | 92.65 | 89.45 | 86.05 | 78.90 | 76.20 | 73.30 |
| Finished Basement, Add | 24.85 | 21.15 | 20.15 | 19.45 | 18.95 | 18.25 | 17.80 | 17.45 | 16.70 | 16.35 | 15.90 |
| Unfinished Basement, Add | 12.60 | 9.65 | 8.85 | 8.35 | 7.90 | 7.35 | 7.00 | 6.70 | 6.05 | 5.85 | 5.50 |

## Modifications

*Add to the total cost*

| | |
|---|---|
| Upgrade Kitchen Cabinets | $ + 946 |
| Solid Surface Countertops | + 678 |
| Full Bath - including plumbing, wall and floor finishes | + 5863 |
| Half Bath - including plumbing, wall and floor finishes | + 3420 |
| One Car Attached Garage | + 12,758 |
| One Car Detached Garage | + 16,393 |
| Fireplace & Chimney | + 5874 |

## Adjustments

*For multi family - add to total cost*

| | |
|---|---|
| Additional Kitchen | $ + 4417 |
| Additional Bath | + 5863 |
| Additional Entry & Exit | + 1658 |
| Separate Heating | + 1133 |
| Separate Electric | + 1138 |

*For Townhouse/Rowhouse - Multiply cost per square foot by*

| | |
|---|---|
| Inner Unit | .95 |
| End Unit | .97 |

## Alternatives

*Add to or deduct from the cost per square foot of living area*

| | |
|---|---|
| Composition Roll Roofing | – .75 |
| Cedar Shake Roof | + 2.85 |
| Upgrade Walls and Ceilings to Skim Coat Plaster | + .71 |
| Upgrade Ceilings to Textured Finish | + .50 |
| Air Conditioning, in Heating Ductwork | + 3.50 |
| In Separate Ductwork | + 6.05 |
| Heating Systems, Hot Water | + 1.84 |
| Heat Pump | + 2.87 |
| Electric Heat | – .98 |
| Not Heated | – 3.53 |

## Additional upgrades or components

| | |
|---|---|
| Kitchen Cabinets & Countertops | Page 93 |
| Bathroom Vanities | 94 |
| Fireplaces & Chimneys | 94 |
| Windows, Skylights & Dormers | 94 |
| Appliances | 95 |
| Breezeways & Porches | 95 |
| Finished Attic | 95 |
| Garages | 96 |
| Site Improvements | 96 |
| Wings & Ells | 34 |

**Important: See the Reference Section for Location Factors (to adjust for your city) and Estimating Forms.**

# Economy 1-1/2 Story

**Living Area - 1600 S.F.**
**Perimeter - 135 L.F.**



| | | | Cost Per Square Foot Of Living Area | | | % of Total |
|---|---|---|---|---|---|---|
| | | | Mat. | Inst. | Total | (rounded) |
| **1** | **Site Work** | Site preparation for slab; 4' deep trench excavation for foundation wall. | | 1.97 | 1.97 | 2.1% |
| **2** | **Foundation** | Continuous reinforced concrete footing, 8" deep x 18" wide; dampproofed and insulated 8" thick reinforced concrete block foundation wall, 4' deep; 4" concrete slab on 4" crushed stone base and polyethylene vapor barrier, trowel finish. | 3.99 | 5.14 | 9.13 | 9.8% |
| **3** | **Framing** | Exterior walls - 2" x 4" wood studs, 16" O.C.; 1/2" insulation board sheathing; 2" x 6" rafters, 16" O.C. with 1/2" plywood sheathing, 8 in 12 pitch; 2" x 8" floor joists 16" O.C. with bridging and 5/8" plywood subfloor. | 5.34 | 7.26 | 12.60 | 13.6% |
| **4** | **Exterior Walls** | Beveled wood siding and building paper on insulated wood frame walls; attic insulation; double hung windows; 2 flush solid core wood exterior doors with storms. | 12.69 | 5.42 | 18.11 | 19.5% |
| **5** | **Roofing** | 20 year asphalt shingles; #15 felt building paper; aluminum gutters, downspouts, drip edge and flashings. | 1.31 | 1.54 | 2.85 | 3.1% |
| **6** | **Interiors** | Walls and ceilings, 1/2" taped and finished gypsum wallboard, primed and painted with 2 coats; painted baseboard and trim; rubber backed carpeting 80%, asphalt tile 20%; hollow core wood interior doors. | 11.31 | 13.29 | 24.60 | 26.5% |
| **7** | **Specialties** | Economy grade kitchen cabinets - 6 L.F. wall and base with plastic laminate counter top and kitchen sink; 30 gallon electric water heater. | 1.88 | .76 | 2.64 | 2.8% |
| **8** | **Mechanical** | 1 lavatory, white, wall hung; 1 water closet, white; 1 bathtub, enameled steel, white; gas fired warm air heat. | 3.33 | 3.41 | 6.74 | 7.3% |
| **9** | **Electrical** | 100 Amp. service; Romex wiring; incandescent lighting fixtures, switches, receptacles. | .80 | 1.39 | 2.19 | 2.4% |
| **10** | **Overhead** | Contractor's overhead and profit. | 6.10 | 6.02 | 12.12 | 13.0% |
| | **Total** | | 46.75 | 46.20 | **92.95** | |

For customer support on your Residential Cost Data, call 877.713.2617.

27

| RESIDENTIAL | Average | 1 Story |
|---|---|---|

- **Simple design from standard plans**
- **Single family — 1 full bath, 1 kitchen**
- **No basement**
- **Asphalt shingles on roof**
- **Hot air heat**
- **Gypsum wallboard interior finishes**
- **Materials and workmanship are average**

*Note: The illustration shown may contain some optional components (for example: garages and/or fireplaces) whose costs are shown in the modifications, adjustments, & alternatives below or at the end of the square foot section.*



eHome Planners, Inc.

## Base cost per square foot of living area

| Exterior Wall | Living Area | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 600 | 800 | 1000 | 1200 | 1400 | 1600 | 1800 | 2000 | 2400 | 2800 | 3200 |
| Wood Siding - Wood Frame | 155.00 | 140.20 | 129.15 | 120.35 | 112.85 | 107.95 | 105.40 | 102.25 | 95.80 | 91.10 | 87.90 |
| Brick Veneer - Wood Frame | 174.20 | 158.70 | 147.05 | 137.75 | 129.85 | 124.65 | 121.90 | 118.50 | 111.75 | 106.80 | 103.40 |
| Stucco on Wood Frame | 164.10 | 149.65 | 138.85 | 130.35 | 123.05 | 118.30 | 115.85 | 112.80 | 106.50 | 101.90 | 98.90 |
| Solid Masonry | 189.65 | 172.45 | 159.55 | 149.05 | 140.05 | 134.25 | 131.15 | 127.20 | 119.70 | 114.15 | 110.20 |
| Finished Basement, Add | 39.25 | 37.90 | 36.15 | 34.50 | 33.20 | 32.35 | 31.85 | 31.15 | 30.20 | 29.45 | 28.80 |
| Unfinished Basement, Add | 16.25 | 14.75 | 13.60 | 12.60 | 11.80 | 11.25 | 10.95 | 10.55 | 9.95 | 9.50 | 9.10 |

## Modifications

*Add to the total cost*

| | |
|---|---|
| Upgrade Kitchen Cabinets | $ + 4158 |
| Solid Surface Countertops (Included) | |
| Full Bath - including plumbing, wall and floor finishes | + 7329 |
| Half Bath - including plumbing, wall and floor finishes | + 4275 |
| One Car Attached Garage | + 13,759 |
| One Car Detached Garage | + 17,994 |
| Fireplace & Chimney | + 6193 |

## Adjustments

*For multi family - add to total cost*

| | |
|---|---|
| Additional Kitchen | $ + 8034 |
| Additional Bath | + 7329 |
| Additional Entry & Exit | + 1658 |
| Separate Heating | + 1133 |
| Separate Electric | + 2036 |

*For Townhouse/Rowhouse - Multiply cost per square foot by*

| | |
|---|---|
| Inner Unit | .92 |
| End Unit | .96 |

## Alternatives

*Add to or deduct from the cost per square foot of living area*

| | |
|---|---|
| Cedar Shake Roof | + 3.35 |
| Clay Tile Roof | + 7.45 |
| Slate Roof | + 6.45 |
| Upgrade Walls to Skim Coat Plaster | + .44 |
| Upgrade Ceilings to Textured Finish | + .50 |
| Air Conditioning, in Heating Ductwork | + 4.86 |
| In Separate Ductwork | + 7.15 |
| Heating Systems, Hot Water | + 1.97 |
| Heat Pump | + 2.71 |
| Electric Heat | – .68 |
| Not Heated | – 3.21 |

## Additional upgrades or components

| | |
|---|---|
| Kitchen Cabinets & Countertops | Page 93 |
| Bathroom Vanities | 94 |
| Fireplaces & Chimneys | 94 |
| Windows, Skylights & Dormers | 94 |
| Appliances | 95 |
| Breezeways & Porches | 95 |
| Finished Attic | 95 |
| Garages | 96 |
| Site Improvements | 96 |
| Wings & Ells | 56 |

**Important: See the Reference Section for Location Factors (to adjust for your city) and Estimating Forms.**



# Average 1 Story

**Living Area - 1600 S.F.**
**Perimeter - 163 L.F.**

| | | Cost Per Square Foot Of Living Area | | | % of Total |
|---|---|---|---|---|---|
| | | Mat. | Inst. | Total | (rounded) |
| **1** Site Work | Site preparation for slab; 4' deep trench excavation for foundation wall. | | 1.01 | 1.01 | 0.9% |
| **2** Foundation | Continuous reinforced concrete footing 8" deep x 18" wide; dampproofed and insulated reinforced concrete foundation wall, 8" thick, 4' deep; 4" concrete slab on 4" crushed stone base and polyethylene vapor barrier, trowel finish. | 5.53 | 6.89 | 12.42 | 11.5% |
| **3** Framing | Exterior walls - 2" x 4" wood studs, 16" O.C.; 1/2" plywood sheathing; 2" x 6" rafters 16" O.C. with 1/2" plywood sheathing, 4 in 12 pitch; 2" x 6" ceiling joists 16" O.C.; 1/2" plywood subfloor on 1" x 2" wood sleepers 16" O.C. | 6.76 | 9.67 | 16.43 | 15.2% |
| **4** Exterior Walls | Beveled wood siding and building paper on insulated wood frame walls; attic insulation; double hung windows; 3 flush solid core wood exterior doors with storms. | 11.78 | 5.11 | 16.89 | 15.6% |
| **5** Roofing | 25 year asphalt shingles; #15 felt building paper; aluminum gutters, downspouts, drip edge and flashings. | 2.16 | 2.53 | 4.69 | 4.3% |
| **6** Interiors | Walls and ceilings, 1/2" taped and finished gypsum wallboard, primed and painted with 2 coats; painted baseboard and trim; finished hardwood floor 40%, carpet with 1/2" underlayment 40%, vinyl tile with 1/2" underlayment 15%, ceramic tile with 1/2" underlayment 5%; hollow core and louvered doors. | 12.63 | 13.37 | 26.00 | 24.1% |
| **7** Specialties | Average grade kitchen cabinets - 14 L.F. wall and base with solid surface counter top and kitchen sink; 40 gallon electric water heater. | 3.36 | 1.18 | 4.54 | 4.2% |
| **8** Mechanical | 1 lavatory, white, wall hung; 1 water closet, white; 1 bathtub with shower, enameled steel, white; gas fired warm air heat. | 3.67 | 3.47 | 7.14 | 6.6% |
| **9** Electrical | 200 Amp. service; Romex wiring; incandescent lighting fixtures, switches, receptacles. | 1.25 | 1.89 | 3.14 | 2.9% |
| **10** Overhead | Contractor's overhead and profit and plans. | 8.01 | 7.68 | 15.69 | 14.5% |
| **Total** | | 55.15 | 52.80 | **107.95** | |

# RESIDENTIAL | Average | 2 Story

- **Simple design from standard plans**
- **Single family — 1 full bath, 1 kitchen**
- **No basement**
- **Asphalt shingles on roof**
- **Hot air heat**
- **Gypsum wallboard interior finishes**
- **Materials and workmanship are average**

*Note: The illustration shown may contain some optional components (for example: garages and/or fireplaces) whose costs are shown in the modifications, adjustments, & alternatives below or at the end of the square foot section.*



## Base cost per square foot of living area

| Exterior Wall | Living Area | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1000 | 1200 | 1400 | 1600 | 1800 | 2000 | 2200 | 2600 | 3000 | 3400 | 3800 |
| Wood Siding - Wood Frame | 136.80 | 124.05 | 117.95 | 113.80 | 109.55 | 104.95 | 101.95 | 96.20 | 90.55 | 88.10 | 85.80 |
| Brick Veneer - Wood Frame | 144.00 | 130.75 | 124.25 | 119.80 | 115.20 | 110.40 | 107.10 | 100.90 | 94.85 | 92.15 | 89.70 |
| Stucco on Wood Frame | 133.10 | 120.65 | 114.80 | 110.75 | 106.70 | 102.20 | 99.30 | 93.85 | 88.35 | 85.95 | 83.75 |
| Solid Masonry | 160.70 | 146.20 | 138.70 | 133.55 | 128.15 | 122.90 | 118.95 | 111.65 | 104.80 | 101.60 | 98.65 |
| Finished Basement, Add | 22.50 | 22.15 | 21.40 | 20.95 | 20.40 | 20.05 | 19.65 | 18.90 | 18.40 | 18.10 | 17.80 |
| Unfinished Basement, Add | 8.85 | 8.25 | 7.85 | 7.55 | 7.15 | 6.95 | 6.70 | 6.25 | 5.95 | 5.75 | 5.55 |

## Modifications

*Add to the total cost*

| | |
|---|---|
| Upgrade Kitchen Cabinets | $ + 4158 |
| Solid Surface Countertops (Included) | |
| Full Bath - including plumbing, wall and floor finishes | + 7329 |
| Half Bath - including plumbing, wall and floor finishes | + 4275 |
| One Car Attached Garage | + 13,759 |
| One Car Detached Garage | + 17,994 |
| Fireplace & Chimney | + 6840 |

## Adjustments

*For multi family - add to total cost*

| | |
|---|---|
| Additional Kitchen | $ + 8034 |
| Additional Bath | + 7329 |
| Additional Entry & Exit | + 1658 |
| Separate Heating | + 1133 |
| Separate Electric | + 2036 |

*For Townhouse/Rowhouse - Multiply cost per square foot by*

| | |
|---|---|
| Inner Unit | .90 |
| End Unit | .95 |

## Alternatives

*Add to or deduct from the cost per square foot of living area*

| | |
|---|---|
| Cedar Shake Roof | + 1.70 |
| Clay Tile Roof | + 3.70 |
| Slate Roof | + 3.25 |
| Upgrade Walls to Skim Coat Plaster | + .52 |
| Upgrade Ceilings to Textured Finish | + .50 |
| Air Conditioning, in Heating Ductwork | + 2.94 |
| In Separate Ductwork | + 5.68 |
| Heating Systems, Hot Water | + 1.84 |
| Heat Pump | + 3.16 |
| Electric Heat | − .53 |
| Not Heated | − 2.99 |

## Additional upgrades or components

| | |
|---|---|
| Kitchen Cabinets & Countertops | Page 93 |
| Bathroom Vanities | 94 |
| Fireplaces & Chimneys | 94 |
| Windows, Skylights & Dormers | 94 |
| Appliances | 95 |
| Breezeways & Porches | 95 |
| Finished Attic | 95 |
| Garages | 96 |
| Site Improvements | 96 |
| Wings & Ells | 56 |

# Average 2 Story

**Living Area - 2000 S.F.**
**Perimeter - 135 L.F.**



| | | | Cost Per Square Foot Of Living Area | | | % of Total |
|---|---|---|---|---|---|---|
| | | | Mat. | Inst. | Total | (rounded) |
| 1 | Site Work | Site preparation for slab; 4' deep trench excavation for foundation wall. | | .81 | .81 | 0.8% |
| 2 | Foundation | Continuous reinforced concrete footing 8" deep x 18" wide; dampproofed and insulated reinforced concrete foundation wall, 8" thick, 4' deep, 4" concrete slab on 4" crushed stone base and polyethylene vapor barrier, trowel finish. | 3.29 | 4.22 | 7.51 | 7.2% |
| 3 | Framing | Exterior walls - 2" x 4" wood studs, 16" O.C.; 1/2" plywood sheathing; 2" x 6" rafters 16" O.C. with 1/2" plywood sheathing, 4 in 12 pitch; 2" x 6" ceiling joists 16" O.C.; 2" x 8" floor joists 16" O.C. with 5/8" plywood subfloor; 1/2" plywood subfloor on 1" x 2" wood sleepers 16" O.C. | 7.62 | 9.28 | 16.90 | 16.1% |
| 4 | Exterior Walls | Beveled wood siding and building paper on insulated wood frame walls; attic insulation; double hung windows; 3 flush solid core wood exterior doors with storms. | 13.75 | 6.00 | 19.75 | 18.8% |
| 5 | Roofing | 25 year asphalt shingles; #15 felt building paper; aluminum gutters, downspouts, drip edge and flashings. | 1.08 | 1.26 | 2.34 | 2.2% |
| 6 | Interiors | Walls and ceilings, 1/2" taped and finished gypsum wallboard, primed and painted with 2 coats; painted baseboard and trim, finished hardwood floor 40%, carpet with 1/2" underlayment 40%, vinyl tile with 1/2" underlayment 15%, ceramic tile with 1/2" underlayment 5%; hollow core and louvered doors. | 14.49 | 15.02 | 29.51 | 28.1% |
| 7 | Specialties | Average grade kitchen cabinets - 14 L.F. wall and base with solid surface counter top and kitchen sink; 40 gallon electric water heater. | 2.67 | .95 | 3.62 | 3.4% |
| 8 | Mechanical | 1 lavatory, white, wall hung; 1 water closet, white; 1 bathtub with shower; enameled steel; white; gas fired warm air heat. | 3.14 | 3.25 | 6.39 | 6.1% |
| 9 | Electrical | 200 Amp. service; Romex wiring; incandescent lighting fixtures, switches, receptacles. | 1.13 | 1.75 | 2.88 | 2.7% |
| 10 | Overhead | Contractor's overhead and profit and plans. | 8.03 | 7.21 | 15.24 | 14.5% |
| | **Total** | | 55.20 | 49.75 | **104.95** | |

| RESIDENTIAL | Custom | 1 Story |
|---|---|---|

- **A distinct residence from designer's plans**
- **Single family — 1 full bath, 1 half bath, 1 kitchen**
- **No basement**
- **Asphalt shingles on roof**
- **Forced hot air heat/air conditioning**
- **Gypsum wallboard interior finishes**
- **Materials and workmanship are above average**

*Note: The illustration shown may contain some optional components (for example: garages and/or fireplaces) whose costs are shown in the modifications, adjustments, & alternatives below or at the end of the square foot section.*



©Design Basics, Inc.

## Base cost per square foot of living area

| Exterior Wall | Living Area | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 800 | 1000 | 1200 | 1400 | 1600 | 1800 | 2000 | 2400 | 2800 | 3200 | 3600 |
| Wood Siding - Wood Frame | 186.65 | 168.40 | 154.40 | 143.00 | 135.25 | 130.95 | 125.95 | 116.45 | 109.70 | 104.95 | 100.05 |
| Brick Veneer - Wood Frame | 208.10 | 189.05 | 174.30 | 162.25 | 154.20 | 149.60 | 144.25 | 134.35 | 127.25 | 122.15 | 116.90 |
| Stone Veneer - Wood Frame | 217.00 | 197.15 | 181.60 | 168.90 | 160.35 | 155.60 | 149.90 | 139.50 | 132.00 | 126.50 | 121.00 |
| Solid Masonry | 220.45 | 200.35 | 184.45 | 171.45 | 162.85 | 157.95 | 152.05 | 141.50 | 133.80 | 128.25 | 122.65 |
| Finished Basement, Add | 60.95 | 60.95 | 58.45 | 56.50 | 55.15 | 54.40 | 53.30 | 51.90 | 50.75 | 49.75 | 48.85 |
| Unfinished Basement, Add | 25.00 | 23.60 | 22.35 | 21.30 | 20.60 | 20.25 | 19.65 | 18.95 | 18.30 | 17.80 | 17.35 |

## Modifications
*Add to the total cost*

| | |
|---|---|
| Upgrade Kitchen Cabinets | $ + 1314 |
| Solid Surface Countertops (Included) | |
| Full Bath - including plumbing, wall and floor finishes | + 8795 |
| Half Bath - including plumbing, wall and floor finishes | + 5130 |
| Two Car Attached Garage | + 27,346 |
| Two Car Detached Garage | + 31,142 |
| Fireplace & Chimney | + 6494 |

## Adjustments
*For multi family - add to total cost*

| | |
|---|---|
| Additional Kitchen | $ + 16,920 |
| Additional Full Bath & Half Bath | + 13,925 |
| Additional Entry & Exit | + 1658 |
| Separate Heating & Air Conditioning | + 7328 |
| Separate Electric | + 2036 |

*For Townhouse/Rowhouse - Multiply cost per square foot by*

| | |
|---|---|
| Inner Unit | .90 |
| End Unit | .95 |

## Alternatives
*Add to or deduct from the cost per square foot of living area*

| | |
|---|---|
| Cedar Shake Roof | + 2.45 |
| Clay Tile Roof | + 6.55 |
| Slate Roof | + 5.60 |
| Upgrade Ceilings to Textured Finish | + .50 |
| Air Conditioning, in Heating Ductwork | Base System |
| Heating Systems, Hot Water | + 2.02 |
| Heat Pump | + 2.69 |
| Electric Heat | – 1.99 |
| Not Heated | – 4.02 |

## Additional upgrades or components

| | |
|---|---|
| Kitchen Cabinets & Countertops | Page 93 |
| Bathroom Vanities | 94 |
| Fireplaces & Chimneys | 94 |
| Windows, Skylights & Dormers | 94 |
| Appliances | 95 |
| Breezeways & Porches | 95 |
| Finished Attic | 95 |
| Garages | 96 |
| Site Improvements | 96 |
| Wings & Ells | 74 |

**Important: See the Reference Section for Location Factors (to adjust for your city) and Estimating Forms.**



# Custom 1 Story

**Living Area - 2400 S.F.**
**Perimeter - 207 L.F.**

| | | Cost Per Square Foot Of Living Area | | | % of Total |
|---|---|---|---|---|---|
| | | Mat. | Inst. | Total | (rounded) |
| **1 Site Work** | Site preparation for slab; 4' deep trench excavation for foundation wall. | | .80 | .80 | 0.7% |
| **2 Foundation** | Continuous reinforced concrete footing 8" deep x 18" wide; dampproofed and insulated concrete block foundation wall, 12" thick, 4' deep, with grout and reinforcing; 4" concrete slab on 4" crushed stone base and polyethylene vapor barrier, trowel finish. | 6.09 | 7.58 | 13.67 | 11.7% |
| **3 Framing** | Exterior walls - 2" x 6" wood studs, 16" O.C.; 1/2" plywood sheathing; 2" x 8" rafters 16" O.C. with 1/2" plywood sheathing, 4 in 12 pitch; 2" x 6" ceiling joists 16" O.C.; 5/8" plywood subfloor on 1" x 3" wood sleepers 16" O.C. | 4.59 | 6.98 | 11.57 | 9.9% |
| **4 Exterior Walls** | Horizontal beveled wood siding; building paper; insulation; wood double hung windows; 3 solid core wood exterior doors; storms and screens. | 10.95 | 3.90 | 14.85 | 12.8% |
| **5 Roofing** | 30 year asphalt shingles; #15 felt building paper; aluminum gutters, downspouts and drip edge; copper flashings. | 4.61 | 3.67 | 8.28 | 7.1% |
| **6 Interiors** | Walls and ceilings - 5/8" gypsum wallboard, skim coat plaster, painted with primer and 2 coats; hardwood baseboard and trim, sanded and finished; hardwood floor 70%, ceramic tile with underlayment 20%, vinyl tile with underlayment 10%; wood panel interior doors, primed and painted with 2 coats. | 13.76 | 13.16 | 26.92 | 23.1% |
| **7 Specialties** | Custom grade kitchen cabinets - 20 L.F. wall and base with solid surface counter top and kitchen sink; 4 L.F. bathroom vanity; 75 gallon electric water heater, medicine cabinet. | 6.14 | 1.34 | 7.48 | 6.4% |
| **8 Mechanical** | Gas fired warm air heat/air conditioning; one full bath including: bathtub, corner shower, built in lavatory and water closet; one 1/2 bath including: built in lavatory and water closet. | 6.85 | 3.59 | 10.44 | 9.0% |
| **9 Electrical** | 200 Amp. service; Romex wiring; fluorescent and incandescent lighting fixtures, switches, receptacles. | 1.18 | 1.87 | 3.05 | 2.6% |
| **10 Overhead** | Contractor's overhead and profit and design. | 10.83 | 8.56 | 19.39 | 16.7% |
| **Total** | | 65.00 | 51.45 | **116.45** | |

For customer support on your Residential Cost Data, call 877.713.2617.

61

# RESIDENTIAL | Custom | 2 Story

- **A distinct residence from designer's plans**
- **Single family — 1 full bath, 1 half bath, 1 kitchen**
- **No basement**
- **Asphalt shingles on roof**
- **Forced hot air heat/air conditioning**
- **Gypsum wallboard interior finishes**
- **Materials and workmanship are above average**

*Note. The illustration shown may contain some optional components (for example: garages and/or fireplaces) whose costs are shown in the modifications, adjustments, & alternatives below or at the end of the square foot section.*



## Base cost per square foot of living area

| Exterior Wall | Living Area | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1200 | 1400 | 1600 | 1800 | 2000 | 2400 | 2800 | 3200 | 3600 | 4000 | 4400 |
| Wood Siding - Wood Frame | 156.70 | 147.20 | 140.35 | 134.25 | 127.90 | 118.65 | 110.80 | 105.65 | 102.70 | 99.45 | 96.65 |
| Brick Veneer - Wood Frame | 166.15 | 156.05 | 148.80 | 142.20 | 135.55 | 125.55 | 117.10 | 111.50 | 108.40 | 104.75 | 101.85 |
| Stone Veneer - Wood Frame | 176.15 | 165.40 | 157.75 | 150.60 | 143.65 | 132.85 | 123.70 | 117.75 | 114.35 | 110.40 | 107.30 |
| Solid Masonry | 180.00 | 169.00 | 161.20 | 153.90 | 146.80 | 135.70 | 126.30 | 120.25 | 116.75 | 112.55 | 109.45 |
| Finished Basement, Add | 32.40 | 32.75 | 31.90 | 31.05 | 30.50 | 29.25 | 28.30 | 27.60 | 27.25 | 26.70 | 26.40 |
| Unfinished Basement, Add | 13.45 | 12.90 | 12.50 | 12.05 | 11.80 | 11.20 | 10.65 | 10.30 | 10.10 | 9.85 | 9.70 |

## Modifications

*Add to the total cost*

| | |
|---|---|
| Upgrade Kitchen Cabinets | $ + 1314 |
| Solid Surface Countertops (Included) | |
| Full Bath - including plumbing, wall and floor finishes | + 8795 |
| Half Bath - including plumbing, wall and floor finishes | + 5130 |
| Two Car Attached Garage | + 27,346 |
| Two Car Detached Garage | + 31,142 |
| Fireplace & Chimney | + 7329 |

## Adjustments

*For multi family - add to total cost*

| | |
|---|---|
| Additional Kitchen | $ + 16,920 |
| Additional Full Bath & Half Bath | + 13,925 |
| Additional Entry & Exit | + 1658 |
| Separate Heating & Air Conditioning | + 7328 |
| Separate Electric | + 2036 |

*For Townhouse/Rowhouse - Multiply cost per square foot by*

| | |
|---|---|
| Inner Unit | .87 |
| End Unit | .93 |

## Alternatives

*Add to or deduct from the cost per square foot of living area*

| | |
|---|---|
| Cedar Shake Roof | + 1.25 |
| Clay Tile Roof | + 3.30 |
| Slate Roof | + 2.80 |
| Upgrade Ceilings to Textured Finish | + .50 |
| Air Conditioning, in Heating Ductwork | Base System |
| Heating Systems, Hot Water | + 1.88 |
| Heat Pump | + 3.14 |
| Electric Heat | – 1.76 |
| Not Heated | – 3.50 |

## Additional upgrades or components

| | |
|---|---|
| Kitchen Cabinets & Countertops | Page 93 |
| Bathroom Vanities | 94 |
| Fireplaces & Chimneys | 94 |
| Windows, Skylights & Dormers | 94 |
| Appliances | 95 |
| Breezeways & Porches | 95 |
| Finished Attic | 95 |
| Garages | 96 |
| Site Improvements | 96 |
| Wings & Ells | 74 |

**Important: See the Reference Section for Location Factors (to adjust for your city) and Estimating Forms.**

| RESIDENTIAL | Custom | 2-1/2 Story |
|---|---|---|

- **A distinct residence from designer's plans**
- **Single family — 1 full bath, 1 half bath, 1 kitchen**
- **No basement**
- **Asphalt shingles on roof**
- **Forced hot air heat/air conditioning**
- **Gypsum wallboard interior finishes**
- **Materials and workmanship are above average**

*Note: The illustration shown may contain some optional components (for example: garages and/or fireplaces) whose costs are shown in the modifications, adjustments, & alternatives below or at the end of the square foot section.*



## Base cost per square foot of living area

| Exterior Wall | Living Area | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1500 | 1800 | 2100 | 2400 | 2800 | 3200 | 3600 | 4000 | 4500 | 5000 | 5500 |
| Wood Siding - Wood Frame | 153.75 | 138.35 | 129.10 | 123.50 | 116.35 | 109.55 | 105.90 | 100.05 | 96.90 | 94.10 | 91.30 |
| Brick Veneer - Wood Frame | 163.60 | 147.40 | 137.25 | 131.25 | 123.65 | 116.25 | 112.25 | 105.85 | 102.45 | 99.40 | 96.35 |
| Stone Veneer - Wood Frame | 173.95 | 156.95 | 145.80 | 139.35 | 131.40 | 123.25 | 118.85 | 112.05 | 108.25 | 105.00 | 101.70 |
| Solid Masonry | 178.05 | 160.65 | 149.15 | 142.50 | 134.45 | 126.00 | 121.45 | 114.50 | 110.60 | 107.10 | 103.75 |
| Finished Basement, Add | 25.70 | 25.70 | 24.45 | 23.85 | 23.30 | 22.40 | 21.95 | 21.45 | 21.00 | 20.65 | 20.35 |
| Unfinished Basement, Add | 10.80 | 10.25 | 9.55 | 9.25 | 9.00 | 8.60 | 8.35 | 8.05 | 7.80 | 7.65 | 7.50 |

## Modifications

*Add to the total cost*

| | | |
|---|---|---|
| Upgrade Kitchen Cabinets | $ | + 1314 |
| Solid Surface Countertops (Included) | | |
| Full Bath - including plumbing, wall and floor finishes | | + 8795 |
| Half Bath - including plumbing, wall and floor finishes | | + 5130 |
| Two Car Attached Garage | | + 27,346 |
| Two Car Detached Garage | | + 31,142 |
| Fireplace & Chimney | | + 8277 |

## Adjustments

*For multi family - add to total cost*

| | | |
|---|---|---|
| Additional Kitchen | $ | + 16,920 |
| Additional Full Bath & Half Bath | | + 13,925 |
| Additional Entry & Exit | | + 1658 |
| Separate Heating & Air Conditioning | | + 7328 |
| Separate Electric | | + 2036 |

*For Townhouse/Rowhouse - Multiply cost per square foot by*

| | |
|---|---|
| Inner Unit | .87 |
| End Unit | .94 |

## Alternatives

*Add to or deduct from the cost per square foot of living area*

| | |
|---|---|
| Cedar Shake Roof | + 1.10 |
| Clay Tile Roof | + 2.85 |
| Slate Roof | + 2.40 |
| Upgrade Ceilings to Textured Finish | + .50 |
| Air Conditioning, in Heating Ductwork | Base System |
| Heating Systems, Hot Water | + 1.69 |
| Heat Pump | + 3.25 |
| Electric Heat | – 3.09 |
| Not Heated | – 3.50 |

## Additional upgrades or components

| | |
|---|---|
| Kitchen Cabinets & Countertops | Page 93 |
| Bathroom Vanities | 94 |
| Fireplaces & Chimneys | 94 |
| Windows, Skylights & Dormers | 94 |
| Appliances | 95 |
| Breezeways & Porches | 95 |
| Finished Attic | 95 |
| Garages | 96 |
| Site Improvements | 96 |
| Wings & Ells | 74 |

**Important: See the Reference Section for Location Factors (to adjust for your city) and Estimating Forms.**

# Custom 2-1/2 Story

**Living Area - 3200 S.F.**
**Perimeter - 150 L.F.**



| | | | Cost Per Square Foot Of Living Area | | | % of Total |
|---|---|---|---|---|---|---|
| | | | Mat. | Inst. | Total | (rounded) |
| **1** | Site Work | Site preparation for slab; 4' deep trench excavation for foundation wall. | | .61 | .61 | 0.6% |
| **2** | Foundation | Continuous reinforced concrete footing 8" deep x 18" wide; dampproofed and insulated concrete block foundation wall, 12" thick, 4' deep, with grout and reinforcing; 4" concrete slab on 4" crushed stone base and polyethylene vapor barrier, trowel finish. | 2.99 | 3.86 | 6.85 | 6.3% |
| **3** | Framing | Exterior walls - 2" x 6" wood studs, 16" O.C.; 1/2" plywood sheathing; 2" x 8" rafters 16" O.C. with 1/2" plywood sheathing, 6 in 12 pitch; 2" x 8" ceiling joists 16" O.C.; 2" x 10" floor joists 16" O.C. with 5/8" plywood subfloor; 5/8" plywood subfloor on 1" x 3" wood sleepers 16" O.C. | 7.00 | 7.91 | 14.91 | 13.6% |
| **4** | Exterior Walls | Horizontal beveled wood siding; building paper; insulation; wood double hung windows; 3 solid core wood exterior doors; storms and screens. | 12.18 | 4.41 | 16.59 | 15.1% |
| **5** | Roofing | 30 year asphalt shingles; #15 felt building paper; aluminum gutters, downspouts and drip edge; copper flashings. | 1.78 | 1.41 | 3.19 | 2.9% |
| **6** | Interiors | Walls and ceilings - 5/8" gypsum wallboard, skim coat plaster, painted with primer and 2 coats; hardwood baseboard and trim, sanded and finished; hardwood floor 70%, ceramic tile with underlayment 20%, vinyl tile with underlayment 10%; wood panel interior doors, primed and painted with 2 coats. | 16.46 | 15.55 | 32.01 | 29.2% |
| **7** | Specialties | Custom grade kitchen cabinets - 20 L.F. wall and base with solid surface counter top and kitchen sink; 4 L.F. bathroom vanity; 75 gallon electric water heater, medicine cabinet. | 4.60 | 1.00 | 5.60 | 5.1% |
| **8** | Mechanical | Gas fired warm air heat/air conditioning; one full bath including: bathtub, corner shower; built in lavatory and water closet; one 1/2 bath including: built in lavatory and water closet. | 5.45 | 3.26 | 8.71 | 8.0% |
| **9** | Electrical | 200 Amp. service; Romex wiring; fluorescent and incandescent lighting fixtures, switches, receptacles. | 1.08 | 1.75 | 2.83 | 2.6% |
| **10** | Overhead | Contractor's overhead and profit and design. | 10.31 | 7.94 | 18.25 | 16.7% |
| | **Total** | | 61.85 | 47.70 | **109.55** | |

For customer support on your Residential Cost Data, call 877.713.2617.

67