# EXHIBIT 55

### Germano FOFCOL for Remediation & CIH vs. Comp. Ex. 10

|  | 2010 FOFCOL* | Adjusted to 2015 | Comp. Ex. 10 Damages** |
|---|---|---|---|
| Morgan | $ 246,367.00 | $ 277,515.31 | $ 318,831.00 |
| Baldwin | $ 265,625.00 | $ 299,208.11 | $ 245,621.00 |
| Orlando | $ 263,566.00 | $ 296,888.79 | $ 281,036.00 |
| Leach | $ 28,156.00 | $ 31,715.78 | $ 10,355.00 |
| Michaux | $ 212,748.00 | $ 239,645.84 | $ 227,959.00 |
| McKeller | $ 208,718.00 | $ 235,106.32 | $ 175,652.00 |
| Heischober | $ 330,069.00 | $ 371,799.79 | $ 258,644.00 |
|  |  |  |  |
| Average Damage |  | $ 250,268.56 | $ 216,871.14 |
| Ave. Damage Difference between FOFCOL 2015 and Comp. Ex. 10 |  |  | $ (33,397.42) |
| % Difference |  |  | -13.3% |

*Includes 2010 FOFCOL Remediation & CIH costs only (no other costs are included)

** Values of the 7 listed residences have been removed from Comp. Ex. 10, but are used to compare methodology

Shaded cells indicate lower of FOFCOL adj. to 2015 or Comp. Ex. 10