# EXHIBIT 56



BURIC

**Date Issued:** 12/22/2009 rev 2-8-2010
**Description:** Chinese Drywall Repairs
Norfolk, VA

| Job Cost Summary | |
| --- | --- |
| Sub-Total: | $173,772 |
| Job Location Factor @ 99% | $172,034 |
| Overhead and Profit @ 25% | $43,008 |
| Contingency @ 10% | $17,203 |
| Design/Contract Admin @ 8% | |
| **Average Estimate:** | **$232,246** |

R.S. Means Residential Cost Data, 2010

| WORK SCOPE | | QTY | UNIT | UNIT COSTS | | | SUB-TOTAL | | | TOTAL |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | MATL | LABOR | EQUIP | MATL | LABOR | EQUIP'T | |
| **1. General Requirements** | | | | | | | | | | |
| *Selective demolition* | | | | | | | | | | |
| Ave of contractors | Demolition/disposal | 1.00 | LS | 0.00 | 24,679.14 | 0.00 | 0.00 | 24,679.14 | 0.00 | 24,679.14 |
| | Tear-out/demolition not required for new const. | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **2. Exterior walls** | | | | | | | | | | |
| N/A | No adjustment based on sq. ft. or garages | 1.00 | LS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | except for drywall & paint | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **3. Exterior walls/thermal/vapor retarder** | | | | | | | | | | |
| *Reinstall insulation with vapor barrier* | | | | | | | | | | |
| 07 21 16.20 0080 | Walls 3.5" batts, Kraft faced | 2028.86 | SF | 0.33 | 0.17 | 0.00 | 669.52 | 344.91 | 0.00 | 1,014.43 |
| 07 21 16.10 2210 | Ceilings, R-30, Kraft faced | 1556.57 | SF | 0.69 | 0.47 | 0.00 | 1,074.03 | 731.59 | 0.00 | 1,805.62 |
| | Above are averaged takeoffs by Virtexco | | | | | | | | | |
| **4. Interiors** | | | | | | | | | | |
| *Interior rebuild* | | | | | | | | | | |
| Page 43, item 6 | Gypsum, painted, baseboard, floors, doors | 2414.00 | SF | 12.71 | 13.38 | 0.00 | 30,681.94 | 32,299.32 | 0.00 | 62,981.26 |
| 09 29 10.30 0350 | Garage drywall - walls | 725.57 | SF | 0.28 | 0.48 | 0.00 | 203.16 | 348.27 | 0.00 | 551.43 |

| Code | Description | Qty | Unit | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 09 29 10.30 1050 | Garage drywall - ceiling | 414.86 | SF | 0.28 | 0.61 | 0.00 | 116.16 | 253.06 | 0.00 | 369.22 |
| 09 91 23.72 0880 | Garage drywall - paint | 1140.43 | SF | 0.16 | 0.13 | 0.00 | 182.47 | 148.26 | 0.00 | 330.72 |
| **5. Specialties** | | | | | | | | | | |
| Page 43, item 7 | Cabinets, counters, sink, water heater | 2414.00 | SF | 2.26 | 0.83 | 0.00 | 5,455.64 | 2,003.62 | 0.00 | 7,459.26 |
| Page 234, Ave | Less cabinet purchase - top | 14.0 | LF | -64.40 | 0.00 | 0.00 | -901.60 | 0.00 | 0.00 | -901.60 |
| Page 234, Ave | Less cabinet purchase - bottom | 14.0 | LF | -96.60 | 0.00 | 0.00 | -1,352.40 | 0.00 | 0.00 | -1,352.40 |
| 12 36 40.10 2800 | Granite counters - premium | 14.0 | LF | 131.00 | 18.00 | 0.00 | 1,834.00 | 252.00 | 0.00 | 2,086.00 |
| 12 36 61.16 2200 | Less included hard surface | 14.0 | LF | -76.50 | -23.50 | 0.00 | -1,071.00 | -329.00 | 0.00 | -1,400.00 |
| | Add granite counter premium over hard surface | | | | | | | | | |
| Owner's appliances | Appliances (averaged over 7 homes) | 1.0 | LS | 5,672.00 | 0.00 | 0.00 | 5,672.00 | 0.00 | 0.00 | 5,672.00 |
| 11 31 33.23 6950 | Less water heater - 30 gal elect. | 1.0 | LS | -720.00 | 0.00 | 0.00 | -720.00 | 0.00 | 0.00 | -720.00 |
| | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **6. Mechanical** | | | | | | | | | | |
| Page 43, item 8 | Mechanical/plumbing/HVAC | 2414.00 | SF | 3.02 | 2.68 | 0.00 | 7,290.28 | 6,469.52 | 0.00 | 13,759.80 |
| Page 42 | 1 Full bath - additional (Est 50/50 labor/mat'l) | 1.00 | LS | 0.00 | 0.00 | 0.00 | 2,996.50 | 2,996.50 | 0.00 | 5,993.00 |
| Page 42 | 1/2 bath - additional (Est 50/50 labor/mat'l) | 1.00 | LS | 0.00 | 0.00 | 0.00 | 1,785.00 | 1,785.00 | 0.00 | 3,570.00 |
| Page 42 | AC in heating ducts ($2-54 - Est 35/65 labor/mat'l) | 2414.00 | SF | 1.65 | 0.89 | 0.00 | 3,985.51 | 2,146.05 | 0.00 | 6,131.56 |
| Page 42 | Fireplace Chimney (Est 50/50 labor/mat'l) | 1.00 | LS | 0.00 | 0.00 | 0.00 | 2,693.00 | 2,693.00 | 0.00 | 5,386.00 |
| | (04 21 13 0100 chimney is 50/50 labor/mat'l) | | | | | | | | | |
| **7. Electrical** | | | | | | | | | | |
| Page 43, item 8 | New electrical | 2414.00 | SF | 1.13 | 1.54 | 0.00 | 2,727.82 | 3,717.56 | 0.00 | 6,445.38 |
| Page 278 | less for 200 AMP service reused | 1.00 | LS | 0.00 | 0.00 | 0.00 | 0.00 | -1,034.65 | 0.00 | -1,034.65 |
| **19. Miscellaneous** | | | | | | | | | | |
| 01 21 16.50 0150 | Contingency @ 3% | 1.00 | LS | 0.00 | 0.00 | 0.00 | 1,890.00 | 2,370.00 | 0.00 | 4,260.00 |
| 01 11 31.20 0070 | Add'l CM to coordinate renovation @ 6% | 1.00 | LS | 0.00 | 0.00 | 0.00 | 3,780.00 | 0.00 | 0.00 | 3,780.00 |
| **Sub-total** | | | | | | | 68,992.04 | 81,874.14 | 0.00 | 150,866.18 |

Insurance   33.2%   $  22,905.36        0.00       0.00
Tax           5.0%   $  91,897.40   0.00   $4,093.71   0.00
            $  91,897.40   $  81,874.14

| Total | $173,771.54 |
|---|---|
| Ave/sq.ft. | $  71.98 |