# EXHIBIT 57

Ronald Wright's Summaries of Cost Estimates
Alternates 4 & 5 Included

| Residence | VB Homes | | | | | | | | Virtexco | | | | | | | Averages |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Morgan | Baldwin | Orlando | Leach | Michaux | McKellar | Heischober | | Morgan | Baldwin | Orlando | Leach | Michaux | McKellar | Heischober | |
| Job duration (months) | 6 | 6 | 6 | 2 | 6 | 6 | 6 | | 4 | 4 | 4 | 0.5 | 4 | 4 | 4 | 4 |
| Residence square footage | 3,079 | 2,922 | 3,005 | 56 | 2,529 | 2,052 | 3,055 | | 3,079 | 2,992 | 3,485 | 100 | 2,205 | 2,177 | 3,055 | 2,414 Sq. ft. |
| Division | Description | Cost | Cost | Cost | Cost | Cost | Cost | Cost | | Cost | Cost | Cost | Cost | Cost | Cost | Cost | |
| 1 | General Requirements | 40,159 | 40,253 | 40,504 | 3,819 | 39,861 | 37,286 | 41,345 | | 42,420 | 42,464 | 42,518 | 2,763 | 42,697 | 42,875 | 42,225 | 35,799 |
| 2 | Site construction | 32,897 | 33,289 | 34,333 | 5,500 | 27,773 | 25,841 | 32,109 | | 25,872 | 25,371 | 27,599 | 2,400 | 16,091 | 24,130 | 32,303 | 24,679 |
| 6 | Cabinets | 15,095 | 14,775 | 15,720 | N/A | 11,194 | 8,792 | 20,695 | | 18,466 | 23,215 | 22,632 | N/A | 11,356 | 10,249 | 28,373 | 14,326 |
| 6 | Finish carpentry | 7,455 | 6,154 | 6,155 | 250 | 5,889 | 4,844 | 11,419 | | 8,982 | 11,593 | 10,314 | 71 | 7,228 | 9,842 | 10,789 | 7,213 |
| 7 | Thermal & Moisture Protection | 2,327 | 2,097 | 2,231 | 250 | 2,046 | 1,934 | 1,540 | | 5,247 | 4,922 | 4,842 | 469 | 3,030 | 4,006 | 4,851 | 2,842 |
| 8 | Doors & Windows | 1,900 | 2,250 | 2,025 | 70 | 1,425 | 1,145 | 3,000 | | 3,194 | 3,888 | 3,472 | N/A | 1,805 | 3,888 | 3,194 | 2,233 |
| 9 | Gypsum | 8,745 | 9,276 | 9,273 | 649 | 7,969 | 6,127 | 7,524 | | 11,735 | 12,850 | 13,235 | 435 | 9,400 | 10,215 | 11,725 | 8,511 |
| 9 | Tile | 1,075 | 3,225 | 1,075 | N/A | 1,075 | N/A | 5,375 | | 4,893 | 7,792 | 9,173 | N/A | 6,077 | 2,460 | 7,691 | 3,565 |
| 9 | Wood flooring | N/A | N/A | N/A | N/A | N/A | N/A | 13,845 | | N/A | N/A | 9,150 | N/A | N/A | N/A | 20,088 | 3,077 |
| 9 | Resilient floor'g - vinyl/laminate | 2,343 | 543 | 8,121 | N/A | 1,161 | 908 | N/A | | 2,256 | N/A | N/A | 650 | 550 | 3,200 | 1,600 | 1,524 |
| 9 | Carpet | 4,031 | 4,261 | 3,119 | N/A | 3,655 | 3,561 | 6,998 | | 3,340 | 7,520 | 5,280 | N/A | 5,240 | 7,360 | 4,700 | 4,219 |
| 9 | Paint | 19,942 | 22,171 | 15,899 | 340 | 13,733 | 13,338 | 18,051 | | 7,500 | 9,200 | 9,200 | 300 | 5,700 | 5,800 | 7,900 | 10,648 |
| 10 | Specialties | 568 | 715 | 715 | N/A | 715 | 715 | 715 | | 63 | 63 | 63 | N/A | 42 | 42 | 63 | 320 |
| 11 | Appliances & miscellaneous | 3,189 | 13,792 | 4,427 | 0 | 3,910 | 4,455 | 9,931 | | 3,189 | 13,792 | 4,427 | 0 | 3,910 | 4,455 | 9,931 | 5,672 |
| 12 | Furnishings | 1,346 | 1,380 | 1,280 | N/A | 1,215 | 1,215 | 1,875 | | 495 | 495 | 495 | N/A | 495 | 495 | 495 | 806 |
| 14 | Conveying Systems | N/A | N/A | N/A | N/A | N/A | N/A | 13,180 | | N/A | N/A | N/A | N/A | N/A | N/A | 13,180 | 1,883 |
| 15 | HVAC | 26,062 | 24,741 | 24,567 | 500 | 20,421 | 18,681 | 22,413 | | 14,350 | 14,350 | 15,210 | 400 | 13,675 | 13,100 | 14,225 | 15,907 |
| 15 | Plumbing | 15,059 | 16,290 | 16,114 | N/A | 13,181 | 11,751 | 16,516 | | 6,450 | 7,700 | 7,700 | N/A | 5,095 | 4,185 | 8,325 | 9,169 |
| 16 | Electrical - wire/fixtures/security | 16,350 | 17,185 | 14,850 | 1,700 | 15,520 | 13,570 | 25,213 | | 15,801 | 16,101 | 14,489 | 1,800 | 14,496 | 12,467 | 28,984 | 14,895 |
| | Total direct cost | 198,543 | 212,397 | 200,408 | 13,078 | 170,743 | 154,163 | 251,744 | | 174,253 | 201,316 | 199,799 | 9,288 | 146,887 | 158,769 | 250,642 | 167,288 |
| OHP | Overhead & Profit | 55,592 | 59,471 | 56,114 | 5,085 | 47,808 | 43,166 | 70,488 | | 36,593 | 42,276 | 41,958 | 2,462 | 30,846 | 33,341 | 52,635 | 41,274 |
| | Total cost | 254,135 | 271,868 | 256,522 | 18,163 | 218,551 | 197,329 | 322,232 | | 210,846 | 243,592 | 241,757 | 11,751 | 177,733 | 192,110 | 303,277 | 208,562 |

Estimate Average for both bids   232,491   257,730   249,140   14,957   198,142   194,720   312,755   208,562

Average square feet for both bids   3,079   2,957   3,245   78   2,367   2,115   3,055   2,414