# EXHIBIT 58

**RS Means 2015 Residential Cost Guide - Cost Sensitivity Based on Building Size and Quality**

| Item | Alternate - Economy Residence | Alternate - Economy Residence* | Base - Average Residence | Alternate - Custom Residence* | Alternate - Custom Residence |
|---|---|---|---|---|---|
| **Compare Residences of Average Quality and Size to - Small Economy Residences and Very Large Custom Residences** | | | | | |
| Stories | 1-1/2 Story | 1-1/2 Story | 2 Story | 1 Story | 2-1/2 Story |
| Square feet area | 1,000 | 1,600 | 2,000 | 2,400 | 5,000 |
| Interior | $ 29.32 | $ 24.60 | $ 29.51 | $ 26.92 | $ 27.48 |
| Specialties | $ 3.10 | $ 2.64 | $ 3.62 | $ 7.48 | $ 4.80 |
| Mechanical | $ 8.08 | $ 6.74 | $ 6.39 | $ 10.44 | $ 7.53 |
| Electrical | $ 2.66 | $ 2.19 | $ 2.88 | $ 3.05 | $ 2.45 |
| Total | $ 43.16 | $ 36.17 | $ 42.40 | $ 47.89 | $ 42.26 |
| Difference | $ 0.76 | $ (6.23) | $ - | $ 5.49 | $ (0.14) |
| % Difference of National Ave. $112.16/sq.ft. (adjusted $86) | 0.7% | -5.6% | 0.0% | 4.9% | -0.1% |

* Shaded cells represent the range of residences selected by Mr. Pogorilich in his Declaration as to size and quality - economy small 1-1/2 story and larger custom 1 story

5/15/2015