# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br><br>*Brooke, et. al. v. The State-Owned Assets Supervision and Administration Commission of the State Counsel*, **2:15-cv-04127 (E.D.La.)**<br><br>*Brooke, et. al. v. The State-Owned Assets Supervision and Administration Commission of the State Counsel*, **2:15-cv-06631 (E.D.La.)**<br><br>*Brooke, et. al. v. The State-Owned Assets Supervision and Administration Commission of the State Counsel*, **2:15-cv-06632 (E.D.La.)** | |

## ORDER

AND NOW, on this __16th__ day of __August__, 2018, upon consideration of Plaintiffs' Motion to Intervene, it is hereby ORDERED, ADJUDGED AND DECREED that said motion is GRANTED.  The clerk is hereby directed to enter of record each of the complaints in intervention that are appended to Plaintiffs' Motion to Intervene (Exhibits "A" through "C").

The Intervening Plaintiff identified in each Complaint in Intervention, is a party to the proceedings in *Brooke, et. al. v. The State-Owned Assets Supervision and Administration Commission of the State Counsel*, 2:15-cv-04127 (E.D.La.) (Mark Stout, *et al.*, Omni XX(f))); *Brooke, et. al. v. The State-Owned Assets Supervision and Administration Commission of the*

1

*State Counsel*, 2:15-cv-06631 (E.D.La.)(Mark Stout, *et al.*, sixth omnibus intervention complaint); *Brooke, et. al. v. The State-Owned Assets Supervision and Administration Commission of the State Counsel*, 2:15-cv-06632 (E.D.La.) (Mark Stout, *et al.*, fifth omnibus intervention complaint).   Intervening Plaintiff shall be deemed a member of the classes set forth in the originally filed complaints in each of these actions.

   New Orleans, Louisiana this 16th day of August, 2018

                                                              **HONORABLE ELDON E. FALLON**