UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Stephen and Diane Brooke, et al., individually, and on behalf of all others similarly situated, | CASE NO.: 2:15-cv-4127 |
| Plaintiffs, | |
| v. | CLASS ACTION COMPLAINT |
| The State-Owned Assets Supervision and Administration Commission of the State Council; Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd.; Tai'an Taishan Plasterboard Co., Ltd.; Beijing New Building Materials Public Limited Co.; China National Building Material Co., Ltd.; Beijing New Building Materials (Group) Co., Ltd.; China National Building Materials Group Corporation | JURY TRIAL DEMAND |
| Defendants. | |

### INTERVENING PLAINTIFF'S, MARK STOUT, et al. OMNIBUS CLASS ACTION COMPLAINT (XX(F)) IN INTERVENTION (LA)

Pursuant to Fed. R. Civ. P. 23, the Intervening Plaintiff in this action brings suit on behalf of himself and all others similarly situated owners and residents of real properties containing defective Chinese manufactured drywall that was manufactured, imported, exported, brokered, distributed, delivered, supplied, marketed, inspected, or sold by the Defendants.[1]

Intervening Plaintiff has intervened in *Brooke, et al. v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al.*, Civ. Action No. 2:15-cv-4127 (E.D.La.) (Omni XX), since they are absent class members in that action. As absent

---

[1] Intervening Plaintiff is not pursuing claims against China National Building Materials Group Co. ("CNBM Group") as this defendant has been dismissed from these proceedings.

class members, Intervening Plaintiff is similarly situated to the *Brooke* plaintiffs and the defendants named in the *Brooke* complaint (Omni XX) are liable to the Intervening Plaintiff. Intervening Plaintiff incorporates and adopts the substantive allegations of the *Brooke* complaint herein by reference.

The Intervening Plaintiff seeks to be class representative for the class identified in *Brooke*. The *Brooke* Defendants are liable to Intervening Plaintiff for their role in the design, manufacture, importing, distributing, delivery, supply, marketing, inspecting, or sale of the defective drywall at issue in this litigation.

The Intervening Plaintiff, Mark Stout is a citizen of Florida and owns real property located at 12718 Dennis Drive, Fort Myers, FL  33908.  Intervening Plaintiff has incurred damages caused by the drywall distributed by Defendants and is participating as a class representative for similarly situated individuals.

## DEMAND FOR JURY TRIAL

Intervening Plaintiff, individually and on behalf of the Class, hereby demand a trial by jury as to all issues so triable as a matter of right.

## PRAYER FOR RELIEF

WHEREFORE Intervening Plaintiff, on behalf of himself and all others similarly situated demand upon Defendants jointly and severally for:

    a.    an order certifying the case as a class action;

    b.    an order certifying the Class and each of the Subclasses;

    c.    an order appointing Plaintiff as a Class Representative of the Class;

    d.    an order appointing undersigned counsel and their firms as counsel for the Class;

  e.  compensatory and statutory damages;

  f.  punitive damages as allowed by law;

  g.  pre and post-judgment interest as allowed by law;

  h.  injunctive relief;

  I.  an award of attorneys' fees as allowed by law;

  j.  an award of taxable costs; and

  k.  any and all such further relief as this Court deems just and proper.

Dated: July 24, 2018    Respectfully Submitted,

    By: /s/ *Russ M. Herman*
    Russ M. Herman (La Bar No. 6819)
    Herman, Herman & Katz, LLC
    820 O'Keefe Avenue
    New Orleans, LA 70113
    Phone: (504) 581-4892
    Fax: (504) 561-6024
    RHerman@hhklawfim.com
    *Plaintiffs' Liaison Counsel MDL 2047*

    Arnold Levin
    Levin Sedran & Berman LLP
    510 Walnut Street, Suite 500
    Philadelphia, PA 19106
    Phone: (215) 592-1500
    Fax: (215) 592-4663
    alevin@lfsblaw.com
    *Plaintiffs' Lead Counsel MDL 2047*

**PLAINTIFFS' STEERING COMMITTEE**

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Robert M. Becnel,
Law Office of Robert M. Becnel
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 359-6101
Fax: (985) 651-6101
robbecnel@aol.com

Salvadore Christina, Jr.
Becnel Law Firm, LLC
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 536-1186
Fax: (985) 536-6445
schristina@becnellaw.com

Peter Prieto
Podhurst Orseck, PA
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
pprieto@podhurst.com

Bruce William Steckler
Steckler Gresham Cochran
12720 Hillcrest Road, Suite 1045
Dallas, TX 75230
Phone: (972) 387-4040
Fax: (972) 387-4041
bruce@stecklerlaw.com

Patrick Montoya
Colson, Hicks, Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
patrick@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
Echsner & Proctor, PA
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
The Lambert Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com

Pete Albanis
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Myers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
palbanis@forthepeople.com

James R. Reeves, Jr.
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@rmlawcall.com

Christopher A. Seeger
Seeger Weiss, LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ  07660
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5002
dan@wbmllp.com

Richard J. Serpe
Law Offices of Richard J. Serpe
Crown Center, Suite 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Victor M. Diaz, Jr.
V.M. Diaz and Partners, LLC
119 Washington Ave., Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

Anthony D. Irpino
IRPINO AVIN HAWKINS LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

Gerald E. Meunier
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2800
Phone:  (504) 522-2304
Fax:   (504) 528-9973
gmeunier@gainsben.com

## OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W., Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax:   (202) 540-7201
rlewis@hausfeldllp.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904, 15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

## COUNSEL FOR INDIVIDUAL PLAINTIFF – PLAINTIFFS' STEERING COMMITTEE IN MDL 2047