UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAGISTRATE JUDGE |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. : | | WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## <u>ORDER & REASONS</u>

Before the Court is Parker Waichman LLP's Motion to Disqualify Fee Committee Chair and Co-Chair, to Strike the Step Six Recommendation of the Majority of Fee Committee Regarding Allocation of the Common Benefit (R. Doc. 21455), and to Lift the Seal on Related Filings. R. Doc. 21489. The Fee Committee responded on opposition. R. Doc. 21630. Having considered the parties' briefs and the record, the Court issues this Order & Reasons.

Parker Waichman complains of alleged conflicts of interest related to the Fee Committee and its Recommendation. However, upon review, the Court has found no evidence of impropriety from the Chair or Co-Chair of the Fee Committee. The Court reminds counsel that the Fee Committee is only one piece of the process the Court utilizes to determine the appropriate allocation of fees. The Court meets monthly with the appointed CPA to review all hours submitted by attorneys working in the MDL. The Court appoints members of the PSC and other attorneys working in the MDL to the Fee Committee. The Court has found the Chair and Co-Chair to be substantially involved in the settlement negotiations and litigation of the Chinese Drywall MDL. Accordingly, they are appropriate members of the Fee Committee.

The Fee Committee makes a recommendation to the Court. This is only a recommendation, and one of several recommendations received by the Court. Attorneys are free to make objections

to the Fee Committee Recommendations. Finally, the Court expects to receive yet another recommendation from the Special Master. Only after careful consideration of all of these recommendations, as informed by the Court's familiarity with the efforts reported, does the Court make decisions regarding the appropriate allocation of fees.

Accordingly,

**IT IS ORDERED** that the Motion to Disqualify, R. Doc. 21489, is hereby **DENIED**.


New Orleans, Louisiana, this 16th day of August, 2018.

United States District Judge