UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>**Amorin, et al. v. Taishan Gypsum Co., Ltd., et al, Case No. 11-1395 (EDLA)**<br><br>**Amorin, et al. v. Taishan Gypsum Co., Ltd., et al, Case No. 11-1672 (EDLA)**<br><br>**Amorin, et al. v. Taishan Gypsum Co., Ltd., et al, Case No. 11-1673 (EDLA)** | MDL No. 2:09-md-2047<br><br>SECTION L (JUDGE FALLON)<br><br>MAG. (2) (JUDGE WILKINSON) |

**CONSENT MOTION TO SET BRIEFING SCHEDULE**

Defendants Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd. ("Taishan"), with the consent of Plaintiffs, hereby request that the Court enter an Order adopting the following briefing schedule for the PSC's August 3, 2018 Motion to Stay All Florida Claims on Louisiana and Virginia Amorin Complaints (Rec. Doc. 21639):

    Aug. 24, 2018 – Defendants' response to the Motion to Stay

    Sept. 6, 2018 – PSC's reply to the Motion to Stay

    Sept. 13, 2018 – Oral argument following Status Conference

A proposed order is attached hereto as Exhibit A.

Respectfully submitted this 17th day of August, 2018.

                                                             <u>/s Christina Hull Eikhoff</u>
                                                             Bernard Taylor, Esq.
                                                             Georgia Bar No. 669625
                                                             Michael P. Kenny, Esq.
                                                             Georgia Bar No. 415064
                                                             Christina Hull Eikhoff, Esq.

Georgia Bar No. 242539
David Venderbush, Esq.
New York Bar No. 2920817
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia  30309
Phone: (404) 881-7000
Fax: (404) 881-7777
bernard.taylor@alston.com
mike.kenny@alston.com
christy.eikhoff@alston.com
david.venderbush@alston.com

*Counsel for Taishan Gypsum Co., Ltd. and
Tai'an Taishan Plasterboard Co., Ltd.*

Alan Dean Weinberger
Louisiana Bar No. 13331
HANGARTNER, RYDBERG & TERRELL, LLC
One Shell Square
701 Poydras Street, Suite 310
New Orleans, Louisiana  70179
Phone: (504) 434-6815
Fax: (504) 522-5689
aweinberger@hanrylaw.com

*Local Counsel for Taishan Gypsum Co., Ltd. and
Tai'an Taishan Plasterboard Co., Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Submission has been served on Plaintiffs' Liaison Counsel, Russ Herman, by U.S. mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 17th day of August, 2018.

 /s Michael P. Kenny
Michael P. Kenny, Esq.
Georgia Bar No. 415064
ALSTON & BIRD LLP
1201 West Peachtree Street NW
Atlanta, Georgia  30309
Phone: (404) 881-7000
Fax: (404) 881-7777
mike.kenny@alston.com

*Counsel for Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd.*