UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>**Amorin, et al. v. Taishan Gypsum Co., Ltd., et al, Case No. 11-1395 (EDLA)**<br><br>**Amorin, et al. v. Taishan Gypsum Co., Ltd., et al, Case No. 11-1672 (EDLA)**<br><br>**Amorin, et al. v. Taishan Gypsum Co., Ltd., et al, Case No. 11-1673 (EDLA)** | MDL No. 2:09-md-2047<br><br>SECTION L (JUDGE FALLON)<br><br>MAG. (2) (JUDGE WILKINSON) |

**PROPOSED ORDER SETTING BRIEFING SCHEDULE**

Considering the foregoing *Consent Motion to Set Briefing Schedule*:

**IT IS HEREBY ORDERED** that the parties will submit briefing on the PSC's August 3, 2018 Motion to Stay All Florida Claims on Louisiana and Virginia Amorin Complaints (Rec. Doc. 21639) in accordance with the following schedule:

Aug. 24, 2018 – Defendants' response to the Motion to Stay

Sept. 6, 2018 – PSC's reply to the Motion to Stay

Sept. 13, 2018 – Oral argument following Status Conference

New Orleans, Louisiana, this ___ day of August, 2018.

_____
Eldon E. Fallon
United States District Judge