In re: Chinese-Manufactured Drywall Products Liability Litigation, MDL No. 2047
Amorin Claimants- Virginia

| Claimant # | Claimant Name | Affected Property Address | City | State | Zip | Omni(s) | Counsel | Counsel Address | Counsel Phone | Counsel Email |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Allen, Philip and Clarine | 907 Eastfield Lane | Newport News | VA | 23602 | [II], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 2 | Anderson, Alexander | 309 Preservation Reach | Chesapeake | VA | 23320 | [II], [XV], [XVI] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 3 | Anderson, Timothy and Attorney Landholdings, LLC | 2492 North Landing Road, Suite 104 | Virginia Beach | VA | 23456 | [IX], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 4 | Anderson, Valerie (Richard and Delores Jones/Valerie Jones) | 1010 Hollymeade Circle | Newport News | VA | 23602 | [II], [XIII], [XV], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 5 | Anello, Joe and Delma | 3957 Border Way | Virginia Beach | VA | 23456 | [II], [XV], [XVI], [XVII] | Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 6 | Atkins, Taddarreio and Mattea | 955 Hollymeade Circle | Newport News | VA | 23602 | [II], [XIII], [XV], [XVI], [XVII] | Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 7 | Atwell, Roger | 5516 Brixton Road | Williamsburg | VA | 23185 | [II], [XV], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 8 | Ayodeji, Olayiwola and Kifayat | 1027 Hollymeade Circle | Newport News | VA | 23602 | [II(A)], [XVI], [XVII] | Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 9 | Bailey, Christopher | 958 Hollymeade Circle | Newport News | VA | 23602 | [II], [XV], [XVI], [XVII] | Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 10 | Bailey, Dorothy | 3304 Rannock Moor | Williamsburg | VA | 23188 | [II(A)], [XV], [XVI], [XVII] | Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 11 | Barnes, Gerald and Michelle | 5588 Brixton Road | Williamsburg | VA | 23185 | [II], [XV], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 12 | Barrett, Robert | 310 Preservation Reach | Chesapeake | VA | 23320 | [II], [XV], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 13 | Barry, Crystal and Roy | 8063 Bi County Road | Norfolk | VA | 23518 | [II(C)], [XV], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 14 | Becker, Tiffany and Broadbent, Roger and Donna | 4611 Town Creek Drive | Williamsburg | VA | 23188 | [II(A)], [XIII], [XV], [XVI], [XVII] | Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 15 | Berlin, John and Wightman, Karen | 322 Bernard Drive | Newport News | VA | 23602 | [IX], [XIII], [XV], [XVI], [XVII] | Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 16 | Berry, Keith and Elizabeth | 607 Mansion Road | Yorktown | VA | 23693 | [II], [XV], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |

In re: Chinese-Manufactured Drywall Products Liability Litigation, MDL No. 2047
Amorin Claimants- Virginia

| Claimant ID Identified | Claimant Name | Affected Property Address | City | State | Zip | Omni(s) | Counsel | Counsel Address | Counsel Phone | Counsel Email |
|---|---|---|---|---|---|---|---|---|---|---|
| 17 | Betz, Kenneth and JM & MA, LLC | 2488 North Landing Road, Unit 110 | Virginia Beach | VA | 23456 | [IX], [XV], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 18 | Binetti, Michael | 2929 Riddick Lane | Virginia Beach | VA | 23456 | [II(C)], [XV], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 19 | Blount, Demitrous and Rivera, Brian | 963 Hollymeade Circle | Newport News | VA | 23602 | [II], [XV], [XVI], [XVII] | Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 20 | Bollenberg, Craig | 100 Patricks Court | Carrollton | VA | 23314 | [II(C)], [XV], [XVI], [XVII] | Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 21 | Brett, Patrick and Layne and S&A Property Group, LLC | 2492 North Landing Road Suite 106 | Virginia Beach | VA | 23456 | [IX], [XV], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 22 | Brown, Craig and Angela | 1031 Hollymeade Circle | Newport News | VA | 23602 | [II], [XV], [XVI], [XVII] | Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 23 | Brown, James and Virginia | 3091 Cider House Road | Toano | VA | 23168 | [IX], [XV], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 24 | Brown, Monique and Darryl | 219 Wildlife Trace | Chesapeake | VA | 23320 | [II(A)], [XV], [XVI], [XVII] | Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 25 | Burgohy, Demetria | 950 Hollymeade Circle | Newport News | VA | 23602 | [II], [XV], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 26 | Burke, Amanda and Kevin | 8150 North View Blvd. | Norfolk | VA | 23518 | [II(C)], [XV], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 27 | Butzer, Albert and Betsy | 9519 26th Bay Street | Norfolk | VA | 23518 | [IX], [XV], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 28 | Caburian, Eugene and Genalin | 2501 Rowan Place | Virginia Beach | VA | 23456 | [II(B)], [XV], [XVI], [XVII] | Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 29 | Cain, Victoria | 1020 Hollymeade Circle | Newport News | VA | 23602 | [II], [XV], [XVI], [XVII] | Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 30 | Campana, Ronald, Jr. | 4323 Eleanors Way | Williamsburg | VA | 23188 | [II], [XV], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 31 | Chappell, Lucius and Kristie | 2125 Benefit Road | Chesapeake | VA | 23322 | [II(B)], [XV], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 32 | Combs, Larkin | 3305 Arran Thistle | Williamsburg | VA | 23188 | [II(A)], [XV], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |

In re: Chinese-Manufactured Drywall Products Liability Litigation, MDL No. 2047
Amorin Claimants- Virginia

| Claimant Identifier | Claimant Name | Affected Property Address | City | State | Zip | Group(s) | Counsel | Counsel Address | Counsel Phone | Counsel Email |
|---|---|---|---|---|---|---|---|---|---|---|
| 33 | Condra, Jerome | 6399 Old Stage Hwy | Smithfield | VA | 23430 | [XIII], [XV], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 34 | Cone, Terence | 4324 Lydias Drive | Williamsburg | VA | 23188 | [II(B)], [XV], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 35 | Corbett, Janie | 3203 Arran Thistle | Williamsburg | VA | 23188 | [II(A)], [XV], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 36 | Cousins, Edwin, III and Leslie | 952 Hollymeade Street | Newport News | VA | 23602 | [II], [XV], [XVI], [XVII] | Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 37 | Crist, Byron and Maria | 2408 Caillan Loch Lane | Virginia Beach | VA | 23456 | [II], [XV], [XVI], [XVII] | Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 38 | Crowder, Kenneth and Sandra | 7041 Lilac Court | Norfolk | VA | 23518 | [IX], [XV], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 39 | Curtis, Gregory and Nancy | 221 Wildlife Trace | Chesapeake | VA | 23320 | [II], [XIII], [XV], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 40 | Davenport, Janelle and DuShane | 4045 Bradshaw Road | Williamsburg | VA | 23188 | [II(C)], [XV], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 41 | Dawson, Robert | 4326 Lydias Drive | Williamsburg | VA | 23188 | [II], [IX], [XV], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 42 | Day, Dan and Maureen | 1804 Mayberry Drive | Virginia Beach | VA | 23456 | [II], [XVI], [XVII] | Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 43 | Dillard, Vida | 1219 Avondale Lane | Newport News | VA | 23602 | [II], [XIII], [XV], [XVI], [XVII] | Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 44 | Dimitrov, Nokolay and Ilyana | 1925 Maxey Manor Court | Virginia Beach | VA | 23454 | [II(C)], [VII], [XV], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 45 | Dolan, Christopher and Carrie | 3302 Rannock Moor | Williamsburg | VA | 23188 | [II], [XV], [XVI], [XVII] | Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 46 | Donohue, Francis J. Jr. | 408 Jefferson Avenue | Cape Charles | VA | 23310 | [II(B)], [VII], [IX], [XV], [XVI], [XVII] | Seeger Weiss | Christopher Seeger, Esq. 77 Water Street New York, NY 10005 | (877) 912-2668 | cseeger@seegerweiss.com |
| 47 | Dooling, Jay | 645 Roland Drive | Norfolk | VA | 23509 | [IX], [XV], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 48 | Dunaway, Lisa and Jason | 27037 Flaggy Run Road | Courtland | VA | 23837 | [II], [XV], [XVI], [XVII] | Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |

In re: Chinese-Manufactured Drywall Products Liability Litigation, MDL No. 2047
Amorin Claimants- Virginia

| Claimant Identifier | Claimant Name | Affected Property Address | City | State | Zip | Omni(s) | Counsel | Counsel Address | Counsel Phone | Counsel Email |
|---|---|---|---|---|---|---|---|---|---|---|
| 49 | Duncan, Brian | 1408 Cypress Avenue | Virginia Beach | VA | 23451 | [XIII], [XV], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 50 | Dunn, Jeffrey | 8170 N. View Boulevard | Norfolk | VA | 23518 | [II], [XV], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 51 | Edmonds, Rick | 801 Holly Street | Richmond | VA | 23220 | [II], [XIII], [XV], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 52 | Espinal, Jeffrey Byrne, Patricia | 4615 Town Creek Drive | Williamsburg | VA | 23188 | [II(A)], [XIII], [XV], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 53 | Estes, Jeffrey | 308 Preservation Reach | Chesapeake | VA | 23320 | [II], [XV], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 54 | Evans, Cassie | 4321 Eleanors Way | Williamsburg | VA | 23188 | [II], [XV], [XVI], [XVII] | Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 55 | Ewell, Timothy and Abby | 1638 Cicero Court | Chesapeake | VA | 23322 | [II(C)], [XIII], [XV], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 56 | Fadl, Yahya and Nawal | 5301 Center Street | Williamsburg | VA | 23188 | [II(A)], [XV], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 57 | Fontenot, Perry and Cassandra | 1016 Hollymeade Circle | Newport News | VA | 23602 | [II], [XV], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 58 | Fowle, Amanda | 957 Hollymeade Circle | Newport News | VA | 23602 | [II], [XV], [XVI], [XVII] | Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 59 | Freeman, Carroll | 951 Hollymeade Circle | Newport News | VA | 23602 | [II], [XV], [XVI], [XVII] | Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 60 | Frucht, Jeffrey | 5305 Center Street | Williamsburg | VA | 23188 | [II(A)], [XV], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 61 | Frugard, Roy and Lori | 4646 Lake Drive | Virginia Beach | VA | 23455 | [II(A)], [XV], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 62 | Fuller, David | 213 Wildlife Trace | Chesapeake | VA | 23320 | [IX], [XV], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 63 | Gale, Thomas and Dawn | 614 Plum Street | Cape Charles | VA | 23310 | [II(C)], [XV], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |

In re: Chinese-Manufactured Drywall Products Liability Litigation, MDL No. 2047
Amorin Claimants- Virginia

| Claimant Identifier | Claimant Name | Affected Property Address | City | State | Zip | Omni(s) | Counsel | Counsel Address | Counsel Phone | Counsel Email |
|---|---|---|---|---|---|---|---|---|---|---|
| 64 | Galgano, Barbara and Peter | 8105 Kirkcaldy Court | Williamsburg | VA | 23188 | [II], [XV], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 65 | Gandy, Tappan | 1215 Avondale Lane | Newport News | VA | 23602 | [II], [XV], [XVI], [XVII] | Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 66 | Germano, Michelle | 8171 N. View Boulevard | Norfolk | VA | 23518 | [II], [XV], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 67 | Goboy, Arvin and Clarissa | 3972 Border Way | Virginia Beach | VA | 23456 | [II], [XV], [XVI], [XVII] | Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 68 | Gonsoulin, Brad | 4124 Brittany Way | Williamsburg | VA | 23185 | [II], [XV], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 69 | Griffin, James and Kristin | 311 Preservation Reach | Chesapeake | VA | 23320 | [XV], [XVI], [XVII] | Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 70 | Gulledge, Roy and Juanita | 1772 Carriage Drive | Hampton | VA | 23664 | [II], [XV], [XVI], [XVII] | Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 71 | Gurnee, Robert and Shinners, Ann | 4349 Blackthorne Court | Virginia Beach | VA | 23455 | [II(B)], [XV], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 72 | Harry, Joshua and Sharntay | 903 Eastfield Lane | Newport News | VA | 23602 | [II], [XV], [XVI], [XVII] | Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 73 | Hartline, Carolyn | 3201 Rannock Moor | Williamsburg | VA | 23188 | [II(A)], [XV], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 74 | Havrilla, John | 967 Hollymeade Circle | Newport News | VA | 23602 | [II], [XV], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 75 | Helbig, Cindy | 1921 Maxey Manor Drive | Virginia Beach | VA | 23454 | [II(B)], [XV], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 76 | Hemphill, James and Gail | 4609 Town Creek Drive | Williamsburg | VA | 23188 | [II(C)], [XV], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 77 | Henson, Shawn | 1213 Avondale Lane | Newport News | VA | 23602 | [II], [XV], [XVI], [XVII] | Parker Waichman | Jerrold Parker, Esq. 27300 Riverview Center Blvd Bonita Springs, FL 34134 | (239) 390-1000 | jerry@yourlawyer.com |
| 78 | Hollingsworth, Michael | 905 Eastfield Lane | Newport News | VA | 23602 | [II], [XV], [XVI], [XVII] | Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 79 | Hong, Yeong Hee | 5539 Bixton Road | Williamsburg | VA | 23185 | [II], [XV], [XVI], [XVII] | Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |

*In re: Chinese-Manufactured Drywall Products Liability Litigation, MDL No. 2047*
*Amorin Claimants- Virginia*

| Claimant ID | Claimant Name | Affected Property Address | City | State | Zip | Omni(s) | Counsel | Counsel Address | Counsel Phone | Counsel Email |
|---|---|---|---|---|---|---|---|---|---|---|
| 80 | Hooper, Harold and King, Jr., Robert | 5515 Brixton Road | Williamsburg | VA | 23185 | III(A), [XV], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 81 | Hrishikesh, Rajiv and Maria | 5599 Brixton Road | Williamsburg | VA | 23185 | [II], [XV], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 82 | Huynh, Duoc and Pamela and A Pen Lovers Paradise, LLC | 2488 North Landing Road, Suite 112 | Virginia Beach | VA | 23456 | [IX], [XV], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 83 | Ilich, Richard | 4023 Appaloosa Court | Suffolk | VA | 23434 | III(C), [XV], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 84 | Ingram, Ronald and Finch, Tiffany | 4025 Appaloosa Court | Suffolk | VA | 23434 | III(C), [XV], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 85 | Jackson, Dennis and Sharon | 8151 N. View Blvd. | Norfolk | VA | 23518 | [II], [XV], [XVI], [XVII] | Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 86 | Jarrett, Scott and Margaret | 3210 Rannock Moor | Williamsburg | VA | 23188 | [II], [XV], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 87 | Johnson, Kenneth and Jeri and Johnson Family Living Trust | 609 Mansion Road | Yorktown | VA | 23693 | [II], [XV], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 88 | Johnson, Pryncess (NKA Stephens, Pryncess) | 959 Hollymeade Circle | Newport News | VA | 23602 | [II], [XV], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 89 | Jones, Casey M., Megan S. and Louis R. | 2251 Sandalwood Road | Virginia Beach | VA | 23451 | [IX], [XV], [XVI], [XVII] | Paulson & Paulson, P.L.C. | Lou Paulson, Esq. 1432 Great Neck Road, Suite 101 VA Beach, Virginia 23454 | (757) 481-6600 | office@paulsonlaw.net |
| 90 | Jones, Paul and Janet | 3301 Rannock Moor | Williamsburg | VA | 23188 | [II], [XV], [XVI], [XVII] | Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 91 | Kiewiet, Nathan and Elizabeth | 3307 Arran Thistle | Williamsburg | VA | 23188 | [II], [XV], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 92 | Kim, Soon | 1022 Hollymeade Circle | Newport News | VA | 23602 | [II], [XV], [XVI], [XVII] | Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 93 | Klett, Mark and Klett Consulting Group, Inc. | 2488 North Landing Road, Suite 111 | Virginia Beach | VA | 23456 | [IX], [XV], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 94 | Klinker, Nora | 5527 Brixton Road | Williamsburg | VA | 23185 | [XV], [XVI], [XVII] | Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |

*In re: Chinese-Manufactured Drywall Products Liability Litigation , MDL No. 2047*
*Amorin Claimants- Virginia*

| Claimant ID | Claimant Name | Affected Property Address | City | State | Zip | Omni(s) | Counsel | Counsel Address | Counsel Phone | Counsel Email |
|---|---|---|---|---|---|---|---|---|---|---|
| 95 | Knight, Asa Holden | 4319 Eleanors Way | Williamsburg | VA | 23188 | [II], [XV], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 96 | Lafoon, Patricia and Robert | 609 Lord Dunmore Drive | Virginia Beach | VA | 23464 | [II(B)], [XV], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 97 | Lane, Penny | 2074 Tazewell Road | Virginia Beach | VA | 23455 | [II(A)], [XV], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 98 | Lawlor, Bruce and Carol | 9513 7th Bay Street | Norfolk | VA | 23518 | [II(C)], [XV], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 99 | Lee, Hoo Suk | 1018 Hollymeade Circle | Newport News | VA | 23602 | [II], [XV], [XVI], [XVII] | Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 100 | Lee, Mariana | 4320 Lydia Drive | Williamsburg | VA | 23188 | [II], [XV], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 101 | Lenander, Jon and Suzanne | 8108 Helmsdale Court | Williamsburg | VA | 23188 | [II], [XV], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 102 | Levine, Michael and Mendelsohn, Cheryl | 5548 Brixton Road | Williamsburg | VA | 23185 | [II], [XV], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 103 | Levy, Christopher and Wendy | 4644 Lake Drive | Virginia Beach | VA | 23455 | [II], [XIII], [XV], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 104 | Long, Cleon and Porche | 953 Hollymeade Circle | Newport News | VA | 23602 | [II(A)], [XV], [XVI], [XVII] | Baron & Budd, P.C. | Russell Budd, Esq. Baron & Budd 3102 Oak Lawn Ave., Ste. 1100 Dallas, TX 75219 | (214) 521-3605 | rbudd@baronbudd.com |
| 105 | Loper, Calvin and Tammy (NKA Jones) | 321 Croft Crossing | Chesapeake | VA | 23320 | [II], [XV], [XVII] | Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 106 | Mackall, Turner and Juanita | 1211 Avondale Lane | Newport News | VA | 23602 | [II], [XV], [XVI], [XVII] | Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 107 | Madzuma, Jason and Jessica | 5303 Center Street | Williamsburg | VA | 23188 | [II], [XV], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 108 | Matulenas, Elizabeth and Joseph | 163 South Gum Avenue | Virginia Beach | VA | 23452 | [II], [XV], [XVI], [XVII] | Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 109 | McArthur, Robert and Merudee | 13401 Holly Lane | Carrollton | VA | 23314 | [II(C)], [XV], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |

*In re: Chinese-Manufactured Drywall Products Liability Litigation, MDL No. 2047*
*Amorin Claimants- Virginia*

| Claimant Identifier | Claimant Name | Affected Property Address | City | State | Zip | Omni(s) | Counsel | Counsel Address | Counsel Phone | Counsel Email |
|---|---|---|---|---|---|---|---|---|---|---|
| 110 | McGinn, John and Anna | 4301 Blackthorne Court | Virginia Beach | VA | 23455 | II(B), [XV], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 111 | McLain, Jason | 3209 Rannock Moor | Williamsburg | VA | 23188 | [II], [XV], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 112 | McLenaghan, Jessica | 4317 Eleanors Way | Williamsburg | VA | 23188 | [II], [XV], [XVI], [XVII] | Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 113 | Miller, Elwood | 3308 Arran Thistle | Williamsburg | VA | 23188 | II(A), [XV], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 114 | Mishkind, Howard and Jane | 9531 26th Bay Street | Norfolk | VA | 23518 | [IX], [XV], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 115 | Mullaney, Matthew | 1913 Maxey Manor Court | Virginia Beach | VA | 23454 | [XIII], [XV], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 116 | Myott, Frances (NKA Cope) | 3208 Rannock Moor | Williamsburg | VA | 23188 | [II], [XV], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 117 | Nathan, Vernette | 228 Wildlife Trace | Chesapeake | VA | 23320 | [IX], [XIII], [XV], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 118 | Neighbours, Sidney | 57 Riverview Avenue | Portsmouth | VA | 23704 | II(C), [XIII], [XV], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 119 | Nguyen, Tuan and Colleen | 1100 Michaelwood Drive | Virginia Beach | VA | 23452 | [II], [XIII], [XV], [XVI], [XVII] | Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 120 | O'Leary, Dennis and Stephanie | 9523 26th Bay Street | Norfolk | VA | 23518 | [IX], [XV], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 121 | Oh, Gunman | 961 Hollymeade Circle | Newport News | VA | 23602 | [II], [XV], [XVI], [XVII] | Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 122 | Olson, Daniel and Sarah | 9535 26th Bay Street | Norfolk | VA | 23518 | [IX], [XV], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 123 | Owen, J. Randall and Parks, Meredith | 2549 Robert Fenton | Williamsburg | VA | 23185 | [IX], [XIII], [XV], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 124 | Page, Dwight and Psyche | 102 Overlook Point | Yorktown | VA | 23693 | [II], [XV], [XVI], [XVII] | Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |

*In re: Chinese-Manufactured Drywall Products Liability Litigation , MDL No. 2047*
*Amorin Claimants- Virginia*

| Claimant Identifier | Claimant Name | Affected Property Address | City | State | Zip | Defect(s) | Counsel | Counsel Address | Counsel Phone | Counsel Email |
|---|---|---|---|---|---|---|---|---|---|---|
| 125 | Palamidessi, Anthony and Caroline | 3309 Aaron Thistle | Williamsburg | VA | 23188 | [II], [XV], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 126 | Park, II Heui | 113 Estons Run | Yorktown | VA | 23693 | [II(A)], [XV], [XVI], [XVII] | Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 127 | Parker, Marlon and Latasha | 954 Hollymeade Circle | Newport News | VA | 23602 | [II], [XV], [XVI], [XVII] | Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 128 | Perez, Zenaida | 965 Hollymeade Circle | Newport News | VA | 23602 | [II], [XV], [XVI], [XVII] | Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 129 | Phillips, Jacqueline and Rodney | 1025 Hollymeade Circle | Newport News | VA | 23602 | [II], [XV], [XVI], [XVII] | Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 130 | Pipkin, Joseph and Shannon | 5576 Brixton Road | Williamsburg | VA | 23185 | [II(B)], [XV], [XVI], [XVII] | Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 131 | Popovitch, Robert | 1217 Avondale Lane | Newport News | VA | 23602 | [II], [XV], [XVI], [XVII] | Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 132 | Powell, Claire and George | 5508 Holly Road | Virginia Beach | VA | 23451 | [II(C)], [XV], [XVI], [XVII] | Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 133 | Powell, Claire and George | 5510 Holly Road | Virginia Beach | VA | 23451 | [II(C)], [XV], [XVI], [XVII] | Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 134 | Proto, Benjamin and Holly | 10 Bradford Point | Virginia Beach | VA | 23455 | [II(A)], [XV], [XVI], [XVII] | Pender & Coward, P.C. | William Lascara, Esq. 22 Central Park Avenue, Suite 400 Virginia Beach, VA 23462-3026 | (757) 490-3000 | wlascara@pendercoward.com |
| 135 | Purse, Jason | 4309 Creekside Loop Williamsburg, VA 23188 | Williamsburg | VA | 23188 | [II] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 136 | Ramos-Firvida, LLC, Firvida, Maria, and Ramos, Jose | 2488 North Landing Road Suite 109 | Virginia Beach | VA | 23456 | [IX], [XV], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 137 | Reilly, Karen and Paul | 198 The Maine | Williamsburg | VA | 23185 | [II(C)], [XV], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 138 | Riedl, Anton and Melissa | 969 Hollymeade Circle | Newport News | VA | 23602 | [II], [XIII], [XV], [XVI], [XVII] | Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 139 | Roberts, Candi (fka Darst) | 1014 Hollymeade Circle | Newport News | VA | 23602 | [II], [XV], [XVI], [XVII] | Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 140 | Rogers, Margaret | 9527 26th Bay Street | Norfolk | VA | 23518 | [IX], [XV], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 141 | Roskowski, Thomas and Jill | 101 Patricks Court | Carrollton | VA | 23314 | [II(B), XV], [XVI], [XVII] | Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |

In re: Chinese-Manufactured Drywall Products Liability Litigation, MDL No. 2047
Amorin Claimants- Virginia

| Claimant ID | Claimant Name | Affected Property Address | City | State | Zip | Omni(s) | Counsel | Counsel Address | Counsel Phone | Counsel Email |
|---|---|---|---|---|---|---|---|---|---|---|
| 142 | Ruhnke, Edward and Mary | 3013 S. Sandfiddler | Virginia Beach | VA | 23456 | [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 143 | Ryan, Patrick and Jennifer | 13019 Lighthouse Lane | Carrollton | VA | 23314 | [II(A)], [XV], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 144 | Ryan, William and Shanna | 66 Scotland Road | Hampton | VA | 23663 | [II(C)], [XV], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 145 | Sakony, Karen and Vincent | 4063 Dunbarton Circle | Williamsburg | VA | 23188 | [II], [XV], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 146 | Sakowski, Mark | 120 Chanticleer Court | Williamsburg | VA | 23185 | [II], [XV], [XVI], [XVII] | Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 147 | Sanders, Christian and Weidner, Julie | 1917 Maxey Manor Court | Virginia Beach | VA | 23454 | [XV], [XVI], [XVII] | Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 148 | Schultz, Kimberly | 2051 Kings Fork Road | Suffolk | VA | 23434 | [II(C)], [XV], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 149 | Scott, Sonya | 224 Clay Street | Suffolk | VA | 23434 | [II(A)], [XV], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 150 | Scott, Steven and Berna | 1757 W. Queen Street Hampton, VA 23666 | Hampton | VA | 23666 | [II(C)], [XV], [XVI], [XVII] | Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 151 | Shen, Xueming and Wu, Xiaoyan | 4340 Blackthorne Court | Virginia Beach | VA | 23455 | [II(B)], [XV], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 152 | Sherwood, Karl | 1029 Hollymeade Circle | Newport News | VA | 23602 | [II], [XV], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 153 | Simpson, Catherine | 112 Chanticleer Court | Williamsburg | VA | 23185 | [II], [XV], [XVI], [XVII] | Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 154 | Sims, Ronald and Serbrenia | 4215 New Town Avenue | Williamsburg | VA | 23188 | [II(C)], [XV], [XVI], [XVII] | Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 155 | Skinner, Andre' | 3703 Polk Street | Portsmouth | VA | 23703 | [II(C)], [XV], [XVI], [XVII] | Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 156 | Smith, Juanita | 956 Hollymeade Circle | Newport News | VA | 23602 | [II], [XV], [XVI], [XVII] | Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 157 | Smith, Wanda and Samuel | 4019 Appaloosa Court | Suffolk | VA | 23434 | [IX], [XIII], [XV], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |

In re: Chinese-Manufactured Drywall Products Liability Litigation , MDL No. 2047
Amorin Claimants- Virginia

| Claimant Identifier | Claimant Name | Affected Property Address | City | State | Zip | Omni(s) | Counsel | Counsel Address | Counsel Phone | Counsel Email |
|---|---|---|---|---|---|---|---|---|---|---|
| 158 | Starnes, David | 4095 Dunbarton Circle | Williamsburg | VA | 23188 | III, [XV], [XVI], [XVII] | Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 159 | Talbot, Cynthia | 2101 Governors Pointe Drive | Suffolk | VA | 23436 | [II(A)], [XV], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 160 | Tierney, Susann and Jeffrey | 3303 Rannock Moor | Williamsburg | VA | 23188 | III, [XV], [XVI], [XVII] | Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 161 | Tomas, Noel, Coates, Lance, Masano, Virginia, Villania, Flor and Nestib, Joan | 3961 Border Way | Virginia Beach | VA | 23456 | III, [XV], [XVI], [XVII] | Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 162 | Tompkins, Mark and Karen | 3306 Arran Thistle | Williamsburg | VA | 23188 | [II(A)], [XV], [XVI], [XVII] | Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 163 | Ton, Phat and Le, Han | 5519 Brixton Road | Williamsburg | VA | 23188 | [II(A)], [XV], [XVI], [XVII] | Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 164 | Topf, Frank and Yvonne | 2417 Caillan Loch Lane | Virginia Beach | VA | 23456 | III, [XV], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 165 | Troublefield, Elmer and Jefferies, Rorrie | 8 St. John's Drive | Hampton | VA | 23666 | [II(C)], [XV], [XVI], [XVII] | Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 166 | Tyler, Albania | 6 St. John's Drive | Hampton | VA | 23666 | [II(C)], [XIII], [XV], [XVI], [XVII] | Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 167 | Vest, Hugh and Tracy | 111 Eston's Run | Yorktown | VA | 23693 | III, [XV], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 168 | Walker, Ben | 1012 Hollymeade Circle | Newport News | VA | 23602 | III, [XV], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 169 | Ward, Lawrence | 214-B 80th Street | Virginia Beach | VA | 23451 | III, [XV], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 170 | Whitington, Brenda and Charles | 2105 Governors Pointe Drive | Suffolk | VA | 23436 | III, [XV], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 171 | Wilson, Roslyn | 830 W. 31st Street | Norfolk | VA | 23508 | [XIII], [XV], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 172 | Wiseman, Patrick | 117 Overlook Point | Yorktown | VA | 23693 | [II(C)], [XV], [XVI], [XVII] | Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 173 | Wood, Bryan and Kimberly | 603 Mansion Road | Yorktown | VA | 23693 | III, [XV], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |

In re: Chinese-Manufactured Drywall Products Liability Litigation, MDL No. 2047
Amorin Claimants- Virginia

| Claimant ID | Claimant Name | Affected Property Address | City | State | Zip | Omni(s) | Counsel | Counsel Address | Counsel Phone | Counsel Email |
|---|---|---|---|---|---|---|---|---|---|---|
| 174 | Woods, Matthew and Vernestine | 2430 Ballentine Blvd. | Norfolk | VA | 23509 | [I(C)], [XIII], [XV], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |
| 175 | Woodson, Gregory and Flordeliza | 3965 Border Way | Virginia Beach | VA | 23456 | [II], [XV], [XVI], [XVII] | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe | Richard J. Serpe, Esq. 580 East Main Street, Suite 310 Norfolk, VA 23510 | (757) 233-0009 | rserpe@serpefirm.com |