UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2:09-md-2047<br><br>SECTION L (JUDGE FALLON)<br><br>MAG. (2) (JUDGE WILKINSON) |
| **THIS DOCUMENT RELATES TO:** | |
| **Amorin, et al. v. Taishan Gypsum Co., Ltd., et al, Case No. 11-1395 (EDLA)** | |
| **Amorin, et al. v. Taishan Gypsum Co., Ltd., et al, Case No. 11-1672 (EDLA)** | |
| **Amorin, et al. v. Taishan Gypsum Co., Ltd., et al, Case No. 11-1673 (EDLA)** | |

**ORDER SETTING A NEW AND FINAL DEADLINE FOR SPPF SUBMISSIONS**

On August 13, 2018, this Court issued a Rule to Show Cause ordering certain Plaintiffs to appear before it and explain why BNBM Group and BNBM PLC's Motion to Dismiss Certain Plaintiffs Pursuant to Federal Rule of Civil Procedure 37(b) (Rec. 21351) and Defendants Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd.'s Motion to Dismiss for Failure to Complete Supplemental Profile Forms (Rec. 21353) should not be granted.  The Court held the show cause hearing on August 13, 2018.  The Court now orders the Plaintiffs identified on the attached Exhibit to submit verified Supplemental Plaintiff Profile Forms by the new and final deadline of 30 days from August 14, 2018.  Failure to comply with this Order will result in a dismissal with prejudice.

IT IS SO ORDERED.

New Orleans, Louisiana, this 20th day of August, 2018.

Eldon E. Fallon
United States District Judge

**EXHIBIT**

| Claimant Name | Affected Property Address | City | State | Zip | Counsel |
|---|---|---|---|---|---|
| Battie, Silas | 4668 Corrinne Street | New Orleans | LA | 70127 | Becnel Law Firm, LLC |
| Braden, Tiffany as Representative of the Estate of Jane Bienemy, Deceased | 2024 Guerra Drive | Violet | LA | 70092 | Pro Se |
| Bridges, Juanita and William | 1449 Mirabeau Avenue | New Orleans | LA | 70122 | Hurricane Legal Center, LLC |
| Brown, Kerri and Jack | 2729 Reunion Drive | Violet | LA | 70092 | Hurricane Legal Center, LLC |
| Duvernay, Victor | 5115 Chamberlin Street | New Orleans | LA | 70122 | Hurricane Legal Center, LLC |
| England, Charles P., Sr. | 2516 Reunion Drive | Violet | LA | 70092 | Whitfield, Bryson & Mason |
| Johnson, Fred and Sylvia | 1562 Davis Acres Drive | Alpine | AL | 35226 | Whitfield, Bryson & Mason |
| Johnson, Walter | 4342 Sybil Street | New Orleans | LA | 70122 | Hurricane Legal Center, LLC |
| Lazard, Norma | 14401 Morrison Road | New Orleans | LA | 70128 | Hurricane Legal Center, LLC |
| Murphy, Lawrence and Sharon | 7021 Mayo Boulevard | New Orleans | LA | 70126 | Becnel Law Firm/ Morris Bart LLC |
| Nicholas, Barbara | 7732 Dogwood Drive | New Orleans | LA | 70126 | Hurricane Legal Center, LLC |
| Patterson, Manuel | 6105-6107 Todd Street | New Orleans | LA | 70117 | Hurricane Legal Center, LLC |
| Sentino, Hubert | 3605/3607 Frenchmen Street | New Orleans | LA | 70122 | Hurricane Legal Center, LLC |
| Sims, Sarah and Michael | 2017 Guerra Drive | Violet | LA | 70092 | Hurricane Legal Center, LLC |
| Steffy, Sandra and Meyers, Peggy | 26121 Highway 40 | Bush | LA | 70431 | Becnel Law Firm, LLC |
| Tillman, Joel | 7522 Lucerne Street | New Orleans | LA | 70128 | Hurricane Legal Center, LLC |
| Washington, Monique | 5251 East Idlewood Court | New Orleans | LA | 70128 | Hurricane Legal Center, LLC |
| Welcome, Dave and Darnell | 7619 Berg Street | New Orleans | LA | 70128 | Hurricane Legal Center, LLC |
| Williams, Deborah | 2101 Caluda Lane | Violet | LA | 70092 | Whitfield, Bryson & Mason, LLP Matthews & Associates |
| Williams, Logan A. | 2429 Judy Drive | Meraux | LA | 70075 | Herman, Herman & Katz |

**EXHIBIT**

| Claimant Name | Affected Property Address | City | State | Zip | Counsel |
|---|---|---|---|---|---|
| Williams, Raymond and Johnell | 7150 West Renaissance Court | New Orleans | LA | 70128 | Hurricane Legal Center, LLC |