UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>**Amorin, et al. v. Taishan Gypsum Co., Ltd., et al, Case No. 11-1395 (EDLA)**<br><br>**Amorin, et al. v. Taishan Gypsum Co., Ltd., et al, Case No. 11-1672 (EDLA)**<br><br>**Amorin, et al. v. Taishan Gypsum Co., Ltd., et al, Case No. 11-1673 (EDLA)** | MDL No. 2:09-md-2047<br><br>SECTION L (JUDGE FALLON)<br><br>MAG. (2) (JUDGE WILKINSON) |

**ORDER DISMISSING CLAIMANTS WITH PREJUDICE**

On July 30, 2018, this Court issued a Rule to Show Cause ordering certain Plaintiffs to appear before it and explain why BNBM Group and BNBM PLC's Motion to Dismiss Certain Plaintiffs Pursuant to Federal Rule of Civil Procedure 37(b) (Rec. 21351) and Defendants Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd.'s Motion to Dismiss for Failure to Complete Supplemental Profile Forms (Rec. 21353) should not be granted.  The Court held the show cause hearing on August 13, 2018.  The Court has determined that the Plaintiffs identified on the attached Exhibit have not shown good cause for their failure to comply with the Court's discovery orders,[1] and are therefore dismissed with prejudice.

IT IS SO ORDERED.

New Orleans, Louisiana, this 17th day of August, 2018.

Eldon E. Fallon
United States District Judge

---

[1] Plaintiffs Exilus Louis and Roselene Alexis as well as Ken James and Thomas Vita (James & Vita, LLC) indicated through counsel that they consent to the dismissal of their claims in this action.

**EXHIBIT**

| Claimant Name | Affected Property Address | City | State | Zip | Counsel |
|---|---|---|---|---|---|
| Bazemore, Larry | 183 Mulberry Lane | Hertford | NC | 27944 | Colson, Hicks, Eidson  Levin, Fishbein, Sedran & Berman  Hausfeld LLP  Law Offices of Richard J. Serpe |
| Bland, Elbert and Gloria | 2315-17 Industry Street | New Orleans | LA | 70122 | Reich & Binstock |
| Bowden, Charles and Tracy | 73 Thomas School Road | Lumberton | MS | 39455 | Becnel Law Firm/ Morris Bart LLC |
| Chestnut, Thomas | 3700 Lena Drive | Chalmette | LA | 70043 | Reich & Binstock |
| Crandle, Angela | 2232/2234 Joliet Street | New Orleans | LA | 70118 | Reich & Binstock |
| DeOliveira, Harry | 1819 Carriage Oak Ct. | Hartsville | SC | 29550 | Reich & Binstock |
| Dillon, Ray and Selestin | 30147 Ola Magee Road | Angie | LA | 70426 | Martzell & Bickford |
| Dowell, Darren and Kim | 421 Lavoisier Street | Gretna | LA | 70053 | Martzell & Bickford |
| Falls, Jameson and Lauren | 852 Barkley Drive | Alabaster | AL | 35007 | Whitfield, Bryson & Mason |
| Fulton, David and Marjorie | 3370 Montgomery Street | Mandeville | LA | 70448 | Whitfield, Bryson & Mason |
| Hampton, Konrad | 2514 Kenneth Drive | Violet | LA | 70092 | Becnel Law Firm, LLC |
| Jones, Christopher B. | 5527 13th Avenue South | Birmingham | AL | 35222 | Whitfield, Bryson & Mason |
| Landry, Merritt A. | 738 Angela Street | Arabi | LA | 70032 | Herman, Herman & Katz |
| Peoples, Debra | 1350 Park Brooke Circle | Marietta | GA | 30008 | Herman, Herman & Katz |
| Rogers, Billy W. on behalf of Rogers Company | 3236 Van Cleave | Meraux | LA | 70075 | Law Offices of Sidney D. Torres, III |
| Rogers, Billy W. on behalf of Rogers Company | 4501 Colony Drive Meraux, LA 70075 | Meraux | LA | 70075 | Law Offices of Sidney D. Torres, III |
| Rogers, Billy W. on behalf of Rogers Company | 4505 Colony Drive Meraux, LA 70075 | Meraux | LA | 70075 | Law Offices of Sidney D. Torres, III |
| Rogers, Michelle L. (nka Michelle Canepa) | 8313 Creole Drive | Chalmette | LA | 70043 | Herman, Herman & Katz |
| Thrower, Christopher | 541 Ledbetter Road | Munford | AL | 36268 | Whitfield, Bryson & Mason |
| Waiters, James and Terrea | 3108 Angelique Drive | Violet | LA | 70092 | Hurricane Legal Center, LLC |

**EXHIBIT**

| Walker, Christopher and Tanya | 712 Stanhope Close | Chesapeake | VA | 23320 | Colson, Hicks, Eidson  Levin, Fishbein, Sedran & Berman  Hausfeld LLP  Law Offices of Richard J. Serpe |
|---|---|---|---|---|---|
| Williams, Albert | 3015 Clouet Street | New Orleans | LA | 70126 | Hurricane Legal Center, LLC |
| Wilson, Alton and Rhonda | 15570 Hwy. 104 | Silverhill | AL | 36576 | Levin Papantonio |
| James, Ken & Vita, Thomas (James & Vita, LLC) | 3808 Gallo Drive | Chalmette | LA | 70043 | Parker Waichman |
| Louis, Exilus and Alexis, Roselene | 4727 Rosalia Drive | New Orleans | LA | 70163 | Gainsburgh Benjamin |