UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>**Amorin, et al. v. Taishan Gypsum Co., Ltd., et al, Case No. 11-1395 (EDLA)**<br><br>**Amorin, et al. v. Taishan Gypsum Co., Ltd., et al, Case No. 11-1672 (EDLA)**<br><br>**Amorin, et al. v. Taishan Gypsum Co., Ltd., et al, Case No. 11-1673 (EDLA)** | MDL No. 2:09-md-2047<br><br>SECTION L (JUDGE FALLON)<br><br>MAG. (2) (JUDGE WILKINSON) |

**ORDER SETTING BRIEFING SCHEDULE & GRANTING REQUEST FOR ORAL ARGUMENT**

Considering the foregoing *Consent Motion to Set Briefing Schedule*:

**IT IS HEREBY ORDERED** that the parties will submit briefing on the PSC's August 3, 2018 Motion to Stay All Florida Claims on Louisiana and Virginia Amorin Complaints (Rec. Doc. 21639) in accordance with the following schedule:

Aug. 24, 2018 – Defendants' response to the Motion to Stay

Sept. 6, 2018 – PSC's reply to the Motion to Stay

Sept. 13, 2018 – Oral argument following Status Conference

**IT IS FURTHER ORDERED** that parties' request for oral argument , R. Doc. 21696, is hereby **GRANTED**.

New Orleans, Louisiana, this 21st day of August, 2018.

_____
Eldon E. Fallon
United States District Judge