UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| | : | MDL NO. 2047 |
| IN RE: CHINESE MANUFACTURED DRYWALL | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAGISTRATE JUDGE |
| ..…..…..…..…..…..…..…..…..…..…..…..…..…..…..…..…..…..…..…..…..… : | | WILKINSON |

**THIS DOCUMENT RELATES TO:**  ALL CASES

## <u>ORDER</u>

The Court has now received the Step Six Final Recommendation of the Majority of the Fee Committee Regarding Allocation of the Common Benefit, R. Doc. 21455, the KCM Minority Fee Committee Report Consistent with "Step Six" Pursuant to Pre-Trial Order 28, R. Doc. 21473, the various Responses in Opposition filed by Plaintiffs' attorneys, and all other motions regarding the distribution of attorney's fees, and pursuant to Federal Rule of Civil Procedure 53, the Court hereby notifies the parties that within twenty (20) days it intends to appoint Daniel J. Balhoff of Perry, Balhoff, Mengis & Burns, L.L.C. as Special Master for this matter to conduct limited discovery regarding time and expense submissions, procedures, and the relevant work of Philip Garrett, CPA, to make appropriate recommendations regarding these motions and objections, and for all other purposes outlined herein.

The Special Master will proceed with all reasonable diligence to accomplish his duties. These duties include managing discovery, reviewing evidence, considering arguments, conducting hearings, and making recommendations (including findings of fact and conclusions of law) concerning all attorneys' fee issues related to Step Six of Pre-Trial Order No. 28 (as amended).

The Special Master will have access to all sealed documents, and he will have the discretion to grant access to sealed documents, in whole or in part, to parties and/or their attorneys. In granting such access, the Special Master may enter appropriate orders to preserve confidentiality. Additionally, the Special Master may require recipients of sealed information to sign appropriate confidentiality agreements.

The Special Master may communicate *ex parte* with the Court, its staff, the parties, their attorneys, Mr. Philip Garrett, BrownGreer, or anyone else as he deems necessary and appropriate in the performance of his duties.

The Special Master will file any orders, reports, or recommendations in the record. Nevertheless, in the event that the Special Master enters incidental orders designed to progress the matter toward its conclusion, he is not required to file such orders in the record unless requested to do so by one of the parties. The Special Master shall electronically preserve all materials which he considers in formulating his recommendations.

Upon review, the Court will decide *de novo* all objections to findings of fact or conclusions of law made or recommended by the Special Master.

A party may file objections to, or may file a motion to adopt or modify, any order, report, or recommendations filed by the Special Master no later than 21 days after a copy is served.

The Special Master will have the authority to perform all functions designed to accomplish the duties outlined above, along with any duties implicit in this Order.

The Special Master will be compensated at the rate of $500 per hour plus reasonable expenses. The Special Master's compensation will be drawn from the funds available to compensate common benefit counsel and approved by the Court.

New Orleans, Louisiana, this 20th day of August, 2018.

_____

UNITED STATES DISTRICT JUDGE