UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** *Payton et al v. Knauf Gips KG et al*, No. 09-7628; *Rogers et al v. Knauf Gips KG et al*, No. 10-362; *Amato et al v. Liberty Mutual Insurance Company et al*, No. 10-932

## ORDER

Before the Court is Claimant's Motion to Be Included as a Timely Filed Claimant, R. Doc. 21443. Claimant David Orlowski filed claim from the Knauf Settlement Agreement Remediation Fund in August 2013. This claim was denied as moot by the Settlement Administrator because Mr. Orlowski's property was already scheduled to be remediated under the Agreement. In March 2015, Mr. Orlowski received a Lump Sum Payment from the Remediation Fund. In July 2015, Mr. Orlowski's property remediation was completed. Mr. Orlowski did not file any additional claims with the Settlement Administrator.

Mr. Orlowski now, almost five years from the date of his remediation claim, requests that the Court consider his subsequent request for funds from the Knauf Settlement Agreement Other Loss Fund as timely filed. However, Mr. Orlowski never filed a claim for monies from the Other Loss Fund or notified the Settlement Administrator that he had claims to be submitted for payment from the Other Loss Fund. Additionally, the deadline to file a claim from the Other Loss Fund was October 2013 and all monies from the Other Loss Fund have been distributed.

Accordingly,

**IT IS ORDERED** that Claimant's Motion to Be Included as a Timely Filed Claimant, R. Doc. 21443, is hereby **DENIED**.

New Orleans, Louisiana, this 21st day of August, 2018.

   /s/ Eldon E. Fallon
   UNITED STATES DISTRICT JUDGE