UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *ALL CASES* | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Considering the foregoing *Motion for Leave to File Exhibit Under Seal*:

**IT IS HEREBY ORDERED** that the Motion is GRANTED and Exhibit 1 attached to Motion for Reconsideration of Order Granting Seventh Motion for Disbursement of Funds [Rec. Doc. 20922] be and is hereby filed UNDER SEAL;

New Orleans, Louisiana, this 22nd day of ____August____, 2018.

_____
Honorable Eldon E. Fallon
U.S. District Court Judge