UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Brooke, et al v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al*<br>Case No. 15-6632 | |

## AFFIDAVIT OF SERVICE

I, Arnold Levin, Esquire served the Summonses and Fifth Omnibus Class Action Complaint in Intervention (VA) in the above captioned matter on L. Christopher Vejnoska, Esquire on August 21, 2018 via Federal Express pursuant to Court Order dated November 9, 2015 (Rec. Doc. No. 19713). See Exhibit "A" attached hereto for cover letter and Federal Express delivery confirmation.

Date: August 23, 2018

_____
Arnold Levin, Esquire
Levin Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com

*Plaintiffs' Lead Counsel MDL 2047*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 23rd day of August, 2018.

                                                        /s/ Arnold Levin
                                                        Arnold Levin, Esquire

# EXHIBIT A

# LEVIN SEDRAN & BERMAN LLP

*Counsellors at Law and Proctors in Admiralty*

| | | |
|---|---|---|
| ARNOLD LEVIN<br>LAURENCE S. BERMAN<br>FRED S. LONGER *<br>DANIEL C. LEVIN<br>CHARLES E. SCHAFFER<br>AUSTIN B. COHEN *<br>MICHAEL M. WEINKOWITZ * †<br>KEITH J. VERRIER *<br>LUKE T. PEPPER<br>NICOLA F. SERIANNI * | 510 WALNUT STREET<br>SUITE 500<br>PHILADELPHIA, PA 19106-3697<br>www.lfsblaw.com | TELEPHONE (215) 592 1500<br>FACSIMILE (215) 592 4663<br><br>OF COUNSEL:<br>HOWARD J. SEDRAN<br>SANDRA L. DUGGAN<br>RAYMOND P. FORCENO<br><br>* also admitted in New Jersey<br>† also admitted in New York |

August 20, 2018

***Via Federal Express***
L. Christopher Vejnoska
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105

      RE:    ***Chinese Drywall Litigation***
                ***Brooke v. SASAC, et al***
                ***No. 15-6632 (Fifth Omnibus Class Action Complaint in Intervention (VA))***

Dear Mr. Vejnoska:

      Pursuant to the Court's Order dated November 9, 2015 (Rec. Doc. No. 19713), enclosed please find the Summonses and Complaint for your clients, China National Building Material Co., Ltd., Beijing New Building Materials Public Limited Co. and Beijing New Building Materials Group Co., Ltd. for the above action.

      Should you have any questions, please feel free to contact me.

                                          Very truly yours,

                                          ARNOLD LEVIN

AL:jsl
Enclosures



August 22, 2018

Dear Customer:

The following is the proof-of-delivery for tracking number **773011075022**.

| Delivery Information: | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Shipping/Receiving |
| **Signed for by:** | R.RICKY | **Delivery location:** | 405 HOWARD ST 1ST FLOOR SYS<br>SAN FRANCISCO, CA 94105 |
| **Service type:** | FedEx Standard Overnight | **Delivery date:** | Aug 21, 2018 09:33 |
| **Special Handling:** | Deliver Weekday | | |



| Shipping Information: | | | |
|---|---|---|---|
| **Tracking number:** | 773011075022 | **Ship date:** | Aug 20, 2018 |
| | | **Weight:** | 0.5 lbs/0.2 kg |

**Recipient:**
L. Christopher Vejnoska
Orrick Herrington & Sutcliffe LLP
405 Howard Street
The Orrick Building
SAN FRANCISCO, CA 94105 US
**Reference**

**Shipper:**
Levin Sedran & Berman
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106 US

cdw - fifth omni VA

Thank you for choosing FedEx.