UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Brooke, et al v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al*<br>Case No. 15-4127 | |

## AFFIDAVIT OF SERVICE

I, Arnold Levin, Esquire served the Summonses and Omnibus Class Action Complaint (XX(F)) in Intervention (LA) in the above captioned matter on Bernard Taylor, Esquire on August 21, 2018 via Federal Express pursuant to Court Orders dated June 25, 2014 and March 27, 2015 (Rec. Doc. Nos. 17790 and 18566). See Exhibit "A" attached hereto for cover letter and Federal Express delivery confirmation.

Date: August 23, 2018

_____
Arnold Levin, Esquire
Levin Sedran & Berman LLP
510 Walnut Street
Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com

*Plaintiffs' Lead Counsel MDL 2047*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 23rd day of August, 2018

/s/ Arnold Levin
Arnold Levin, Esquire

# EXHIBIT A

# LEVIN SEDRAN & BERMAN LLP
*Counsellors at Law and Proctors in Admiralty*

ARNOLD LEVIN
LAURENCE S. BERMAN
FRED S. LONGER *
DANIEL C. LEVIN
CHARLES E. SCHAFFER
AUSTIN B. COHEN *
MICHAEL M. WEINKOWITZ * †
KEITH J. VERRIER *
LUKE T. PEPPER
NICOLA F. SERIANNI *

510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106-3697
www.lfsblaw.com

TELEPHONE (215) 592 1500
FACSIMILE (215) 592 4663

OF COUNSEL:
HOWARD J. SEDRAN
SANDRA L. DUGGAN
RAYMOND P. FORCENO

* also admitted in New Jersey
† also admitted in New York

August 20, 2018

***Via Federal Express***
Bernard Taylor
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309

   RE: ***Chinese Drywall Litigation***
      ***Brooke v. SASAC, et al***
      ***No. 15-4127 (Omnibus Class Action Complaint (XX(F)) in Intervention (LA))***

Dear Mr. Taylor:

  Pursuant to the Court's Orders dated June 25, 2014 and March 27, 2015 (Rec. Doc. Nos. 17790 and 18566), enclosed please find the Summonses and Complaint for Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co., Ltd. for the above action.

  Should you have any questions, please feel free to contact me.

            Very truly yours,

            **ARNOLD LEVIN**

AL:jsl
Enclosures



August 22, 2018

Dear Customer:

The following is the proof-of-delivery for tracking number **773011095561**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Mailroom |
| **Signed for by:** | P.HINCKSON | **Delivery location:** | 1201 WEST PEACHTREE STREET<br>ATLANTA, GA 30309 |
| **Service type:** | FedEx Standard Overnight | **Delivery date:** | Aug 21, 2018 09:09 |
| **Special Handling:** | Deliver Weekday | | |

*[signature: P.HINCKSON]*

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 773011095561 | **Ship date:** | Aug 20, 2018 |
| | | **Weight:** | 0.5 lbs/0.2 kg |

**Recipient:**
Bernard Taylor, Esquire
Alston & Bird LLP
1201 West Peachtree Street
ATLANTA, GA 30309 US

**Reference**

**Shipper:**
Levin Sedran & Berman
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106 US

cdw - XX(F) LA

Thank you for choosing FedEx.