UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047

SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*ALL CASES*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER DENYING MOTION FOR SANCTIONS
BROUGHT BY PLAINTIFFS LEAD AND LIAISON COUNSEL AGAINST
JIMMY R. FAIRCLOTH, JR., ESQ., VAL PATRICK EXNICIOS, ESQ.,
MARK MILSTEIN, ESQ., AND C. DAVID DURKEE, ESQ.

Considering the Motion of Plaintiffs' Lead and Liaison Counsel for Sanctions against Jimmy R. Faircloth, Jr., Esq., Val Patrick Exnicios, Esq., Mark Milstein, Esq., and C. David Durkee, Esq.:

IT IS ORDERED BY THE COURT that the motion is hereby DENIED.

New Orleans, Louisiana, this 23rd day of August, 2018.

*[signature: Eldon E. Fallon]*

**Hon. Eldon E. Fallon**
**United States District Court Judge**