IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047

This Document Relates to:

SECTION L
JUDGE FALLON
MAG. JUDGE WILKINSON

Braxton H. Collins, et ux. v. Bass Homes, Inc., et al.
So. Dist. Mississippi, C.A. No. 13-cv-6652

Jason S. Herrington, et ux. V. Bass Homes, Inc., et al.
So. Dist. Mississippi, C.A. No. 13-cv-6653

**Suggestion of Remand**

Considering the Plaintiffs' Motions For Severance and Suggestion of Remand, R. Docs. 20639 & 20640 and the nature of the claims in the above captioned matters and pursuant to Rule 10.1(b)(i) of the Rules of the Judicial Panel on Multidistrict Litigation, the Court SUGGESTS that the above captioned cases be remanded to the transferor courts in Mississippi for trial or further proceedings.

For the purposes of this remand, the Court has severed all claims against the Taishan defendants.

NEW ORLEANS, LOUISIANA, this 22nd day of August, 2018.

Eldon Fallon, U. S. District Court Judge