UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** *Brooke et al v. State-Owned Assets Supervision and Administration Commission of the State Council, et al*, No. 15-4127; *Rochelle and Jose Abner et al v. Taishan Gypsum Co., F/K/A Shandong Taihe Dongxin Co., Ltd., et al*, No. 11-3094

# ORDER

Before the Court are BNBM's Motions to Dismiss, R. Docs. 19984 and 19998. Plaintiffs have not yet responded to these motions. BNBM moves to dismiss Plaintiffs' claims in the *Brooke*, R. Doc. 19984, and *Abner*, R. Doc. 19998, matters respectively. BNBM makes arguments pursuant to Federal Rules of Civil Procedure 12(b)(2), 12(b)(5), 12(b)(6), 8, and 9(b). Accordingly,

**IT IS ORDERED** that Plaintiffs shall respond to BNBM's motions, R. Docs. 19984 and 19998, no later than September 7, 2018. The Court has determined that oral argument is not necessary for these motions and the motions are hereby set for submission on September 13, 2018.

New Orleans, Louisiana, this 23rd day of August, 2018.

*[signature]*
UNITED STATES DISTRICT JUDGE