UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047 SECTION L JUDGE FALLON MAGISTRATE JUDGE |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. : | | WILKINSON |

**THIS DOCUMENT RELATES TO:** *Germano v. Taishan Gypsum*, No. 09-6687; *Gross v. Knauf Gips KG*, No. 09-6690; *Wiltz v. BNBM*, No. 10-361; *Amorin v. Taishan Gypsum*, No. 11-cv-1672; *Amorin v. Taishan Gypsum*, No. 11-1395; *Amorin v. Taishan Gypsum*, No. 11-1673

#### ORDER

Before the Court is CNBM's Motion to Compel, R. Doc. 20880. Plaintiffs have not responded to this motion. Considering the current status of these relevant cases listed above, the Court finds that it is not the proper time to resolve the current motion. The Court finds that in the *Germano* and *Gross* matters significant discovery has already been propounded during the trials held in these matters. Additionally, the Court has suggested remand of the Florida and Virginia *Amorin* cases. Accordingly, any further discovery in those cases will be handled by the Florida and Virginia courts. Regarding the cases that remain in Louisiana, the parties have submitted trial plans and are in the process of working out discovery plans. Accordingly,

**IT IS ORDERED** that CNBM's Motion to Compel, R. Doc. 20880, is hereby **DISMISSED WITHOUT PREJUDICE** to be refiled if relevant at a later date.

New Orleans, Louisiana, this 23rd day of August, 2018.

UNITED STATES DISTRICT JUDGE