UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** *All cases*

## ORDER

Before the Court is the PSC's Motion to Compel, R. Doc. 20661. The Court finds that this matter is related to a matter presently on appeal before the Fifth Circuit. R. Docs. 20739, 21426. Accordingly, this motion is premature.

**IT IS ORDERED** that the PSC's Motion to Compel, R. Doc. 20661, is hereby **DISMISSED WITHOUT PREJUDICE** to be refiled if relevant following a decision of the Fifth Circuit.

New Orleans, Louisiana, this 23rd day of August, 2018.

_____
UNITED STATES DISTRICT JUDGE