UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL   :   MDL NO. 2047
PRODUCTS LIABILITY LITIGATION         :   SECTION L
                                      :   JUDGE FALLON
                                      :   MAGISTRATE JUDGE WILKINSON

**THIS DOCUMENT RELATES TO:** *All cases*

## ORDER

Before the Court is the Plaintiffs' Lead and Liaison Counsel's Motion Addressing Suggestion of Remand's Reference to the Need to Establish a Plaintiffs' Attorney's Fees Fund to Compensate and Reimburse Attorneys for Services Performed and Expenses Incurred for MDL Administration and Common Benefit, R. Doc. 21267. The Court finds that this matter is now moot because the Court has dealt with the issue by suggesting to the JPML that the matter of Attorney's Fees be reserved and the transferee Court be permitted an opportunity to consider this matter at an appropriate time. Accordingly,

**IT IS ORDERED** that the Plaintiffs' Lead and Liaison Counsel's motion, R. Doc. 21267, is hereby **DISMISSED AS MOOT**.

New Orleans, Louisiana, this 23rd day of August, 2018.

UNITED STATES DISTRICT JUDGE