UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAGISTRATE JUDGE |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | WILKINSON |

**THIS DOCUMENT RELATES TO:** *Brooke et al v. State-Owned Assets Supervision and Administration Commission of the State Council, et al*, No. 15-4127

## ORDER

Before the Court is the PSC's Motion for Severance and Suggestion of Remand, R. Doc. 20614. Defendants have not yet responded to this motion. Accordingly,

**IT IS ORDERED** that Defendants shall respond to the PSC's motion no later than September 7, 2018. The Court has determined that oral argument is not necessary for this motion and it is hereby set for submission on September 13, 2018.

New Orleans, Louisiana, this 23rd day of August, 2018.

_____
UNITED STATES DISTRICT JUDGE