UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAGISTRATE JUDGE |
| ................................................................... : | | WILKINSON |

**THIS DOCUMENT RELATES TO:** *All cases*

## ORDER

The Court has been informed by Defendants' counsel that the following motions are no longer relevant: 1) Taishan's Motion to Strike December 23, 2016 Declaration of Ronald E. Wright, P.E., R. Doc. 20619, 2) Taishan's Motion to Exclude Portions of Plaintiffs' Supplemental Brief in Support of Motion for Class Damages, R. Doc. 20620, 3) Taishan's Motion for Plan to Satisfy Translation Order, R. Doc. 20643, 4) Defendant/Third-Party Plaintiff Ace Home Center, Inc.'s Corrected Motion to Dismiss Action as Precluded or in the Alternative, Motion for Summary Judgment, R. Doc. 20724,  5) Taishan's Motion for Access to Claims Support and for Evidentiary Hearing on Remediation Damages, R. Doc. 20776, and 6) Taishan's Motion to Amend the Order Denying Class Decertification and the Class Damages Order and to Certify for Interlocutory Appeal under Section 1292(b), R. Doc. 20778. Accordingly,

**IT IS ORDERED** that Defendants' motions, R. Docs. 20619, 20620, 20643, 20724, 20776, and 20778, are hereby **DENIED WITHOUT PREJUDICE** to be refiled if needed.

New Orleans, Louisiana, this 24th day of August, 2018.

_____
UNITED STATES DISTRICT JUDGE