# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047 <br><br> SECTION "L" |
| **This document relates to:** <br><br> *Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al* <br><br> Case No. 14-cv-2722 | JUDGE ELDON FALLON <br><br> MAGISTRATE JOSEPH WILKINSON, JR. |

### GEBR. KNAUF KG F/K/A
### GEBR. KNAUF VERWALTUNGSGESELLSCHAFT KG's
### 12(b)(2) MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

**NOW INTO COURT,** through undersigned counsel, comes defendant, Gebr. Knauf KG F/K/A Gebr. Knauf Verwaltungsgesellschaft KG (hereinafter referred to as "GKV"), who files this 12(b)(2) Motion to Dismiss for Lack of Personal Jurisdiction on the basis that this Honorable Court lacks personal jurisdiction over GKV as to the claims asserted against it in Plaintiffs' Fifth Amended Class Action Complaint.  For the reasons set forth more fully in the attached Memorandum in Support, Gebr. Knauf KG F/K/A Gebr. Knauf Verwaltungsgesellschaft KG requests that the Court dismiss plaintiffs' complaint against it in its entirety and with full prejudice.

Respectfully submitted,

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC**

/s/ *Kerry J. Miller*
**KERRY J. MILLER (#24562), T.A.**
**DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170
Phone: 504.566.8646
Fax:    504.585.6946
Email: kjmiller@bakerdonelson.com
***Counsel for Defendant,***
***Gebr. Knauf KG F/K/A***
***Gebr. Knauf Vertwalungsgesellschaft KG***

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, individually to pro se claimants by U.S. Mail, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this **27th** day of **August**, **2018**.

/s/ *Kerry J. Miller*
**KERRY J. MILLER**

2