# EXHIBIT C

828

| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA |
| 2 | _____ |
| 3 | § MDL NO. 2047 |
|   | IN RE:       § |
| 4 | CHINESE-    § SECTION: L |
|   | MANUFACTURED  § |
| 5 | DRYWALL PRODUCTS  § JUDGE FALLON |
|   | LIABILITY   § |
| 6 | LITIGATION   § MAGISTRATE |
|   |            § JUDGE WILKINSON |
| 7 | |
|   | -------------------------------------- |
| 8 | CROSS-NOTICED IN VARIOUS OTHER ACTIONS |
|   | -------------------------------------- |
| 9 | |
|   | - - - |
| 10 | |
|    | August 10, 2011 |
| 11 | |
|    | - - - |
| 12 | |
|    | CONFIDENTIAL - SUBJECT TO FURTHER |
| 13 | CONFIDENTIALITY REVIEW |
| 14 | - - - |
| 15 | Continued videotaped deposition of MARK PATRICK NORRIS, held at the offices |
| 16 | of Baker & McKenzie, 23rd Floor, One Pacific Place, 88 Queensway, Hong Kong |
| 17 | SAR, China, commencing at 9:04 a.m., on the above date, before Ann Marie |
| 18 | Mitchell, Certified Court Reporter, Registered Diplomate Reporter, Certified |
| 19 | Realtime Reporter and Notary Public. |
| 20 | |
|    | - - - |
| 21 | |
| 22 | GOLKOW TECHNOLOGIES, INC. |
|    | 877.370.3377 ph | 917.591.5672 fax |
| 23 | deps@golkow.com |
| 24 | |

829

| | |
|---|---|
| 1 | APPEARANCES: |
| 2 | |
|   | COLSON HICKS EIDSON |
| 3 | BY:  ERVIN A. GONZALEZ, ESQUIRE |
|   | 255 Alhambra Circle |
| 4 | Penthouse |
|   | Coral Gables, Florida 33134 |
| 5 | (305) 476-7400 |
|   | ervin@colson.com |
| 6 | Representing the Plaintiffs' Steering Committee |
| 7 | |
| 8 | |
|   | LUMPKIN REEVES & MESTAYER |
| 9 | BY:  JAMES R. REEVES, JR., ESQUIRE |
|   | 160 Main Street |
| 10 | Biloxi, Mississippi 39530 |
|    | (877) 377-5152 |
| 11 | Jrr@lumpkinreeves.com |
|    | Representing the Plaintiffs' |
| 12 | Steering Committee |
| 13 | |
| 14 | KAYE SCHOLER LLP |
|    | BY:  JAY P. MAYESH, ESQUIRE |
| 15 | BY:  KARIN E. GARVEY, ESQUIRE |
|    | 425 Park Avenue |
| 16 | New York, New York 10022 |
|    | (212) 836-8000 |
| 17 | jmayesh@kayescholer.com |
|    | kgarvey@kayescholer.com |
| 18 | Representing Various Knauf Defendants and the Witness, |
| 19 | Mark Patrick Norris |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |

830

| | |
|---|---|
| 1 | APPEARANCES (cont.'d): |
| 2 | |
| 3 | WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC |
| 4 | BY: MICHAEL A. SEXTON, ESQUIRE |
|   | 3344 Peachtree Road |
| 5 | Suite 2400 |
|   | Atlanta, Georgia 30326 |
| 6 | Msexton@wwhgd.com |
|   | (404) 875-2700 |
| 7 | Representing Various Banner Defendants |
| 8 | |
| 9 | |
|   | OFFICE OF THE ATTORNEY GENERAL, |
| 10 | STATE OF LOUISIANA |
|    | BY:  DAVID CALDWELL, ESQUIRE |
| 11 | 1885 North 3rd Street |
|    | Baton Rouge, Louisiana 70802 |
| 12 | (225) 326-6300 |
|    | Representing the State of Louisiana |
| 13 | |
| 14 | |
| 15 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|    | BY:  RICHARD VAGAS, ESQUIRE |
| 16 | 51 Madison Avenue, 22nd Floor |
|    | New York, New York 10010 |
| 17 | (212) 849-7000 |
|    | richardvagas@quinnemanuel.com |
| 18 | Representing Chartis Select Insurance Company and Related Chartis Insurers |
| 19 | |
| 20 | |
|    | THOMPSON COE COUSINS & IRONS, L.L.P. |
| 21 | BY:  KEVIN F. RISLEY, ESQUIRE |
|    | One Riverway, Suite 1600 |
| 22 | Houston, Texas 77056 |
|    | (713) 403-8210 |
| 23 | krisley@thompsoncoe.com |
|    | Representing The North River |
| 24 | Insurance Company |

831

| | |
|---|---|
| 1 | APPEARANCES VIA TELEPHONE: |
| 2 | |
|   | SHUTTS & BOWEN LLP |
| 3 | BY:  AMANDA G. SIMMONS, ESQUIRE |
|   | 300 South Orange Avenue |
| 4 | Suite 1000 |
|   | Orlando, Florida 32801 |
| 5 | (407) 423-3200 |
|   | ASimmons@shutts.com |
| 6 | Representing Pulte Home Corp. |
| 7 | |
| 8 | HAYNSWORTH SINKLER BOYD, P.A. |
|   | BY:  CHRISTOPHER B. MAJOR, ESQUIRE |
| 9 | 75 Beattie Place - 11th Floor |
|   | Greenville, South Carolina 29601 |
| 10 | (864) 240-3200 |
|    | cmajor@hsblawfirm.com |
| 11 | Representing USG Corporation, L&W Supply Corporation |
| 12 | |
| 13 | |
|    | JONES, WALKER, WAECHTER, POITEVENT, |
| 14 | CARRERE & DENEGRE LLP |
|    | BY:  MEGAN E. DONOHUE, ESQUIRE |
| 15 | 600 Jefferson Street, Suite 1600 |
|    | Lafayette, Louisiana 70501 |
| 16 | (337) 262-9062 |
|    | mdonohue@joneswalker.com |
| 17 | Representing Fireman's Fund Insurance Company |
| 18 | |
| 19 | |
|    | RUMBERGER, KIRK & CALDWELL, P.A. |
| 20 | BY:  GENNY A. CASTELLANOS, ESQUIRE |
|    | Brickell Bayview Centre, Suite 3000 |
| 21 | 80 Southwest 8th Street |
|    | Miami, Florida 33130 |
| 22 | (305) 358-5577 |
|    | gcastellanos@rumberger.com |
| 23 | Representing several defendants and Defendants' Liaison Counsel for |
| 24 | Installers |

### 876

1  Q.  Did you consider letting
2  INEX know, look, we had a problem with
3  Banner involving this drywall problem, do
4  you have similar problems?
5  A.  No.  We were only reacting
6  on complaints that were coming forth.
7  Q.  So if someone didn't raise
8  it to you, you didn't voluntarily let
9  people know about the problem?
10  A.  No, we didn't.  We waited
11  for complaints to come forward to us.
12  Q.  That's true for all the
13  other distributors as well?
14  A.  We only had three customers
15  in the States, as you know.
16  Q.  And which ones were those?
17  A.  So it was INEX and Salomon
18  and L&W.
19  Q.  So you didn't tell L&W about
20  the Banner settlement?
21  A.  No, I didn't tell L&W.
22  MR. MAYESH:  Wait one
23  second.
24  How long have we go gone,

### 877

1  please?
2  MR. GONZALEZ:  Yes.
3  VIDEOTAPE TECHNICIAN:  32
4  minutes.
5  MR. GONZALEZ:  32?  Okay.
6  Thank you very much, sir.
7  MR. MAYESH:  Thank you.
8  THE WITNESS:  Thank you,
9  gentlemen.
10  MR. RISLEY:  May I ask some
11  questions?  We didn't ask many in
12  the deposition.  I just want to
13  follow up on two points.
14  MR. MAYESH:  No.
15  MR. RISLEY:  We've noticed
16  the deposition.  We cross-noticed.
17  We're here to ask questions.
18  MR. MAYESH:  This is -- no.
19  This is nothing personal to the
20  client.
21  MR. RISLEY:  Understood.
22  MR. MAYESH:  But I am afraid
23  that if I exceed the judge's
24  order, I then open the door to

### 878

1  other people who say, well, I have
2  two more questions.  Oh, I have
3  three follow-up questions.  And
4  since we all went to a great deal
5  of trouble to get this order, I
6  think a position I must take is, I
7  stand on the order.  So I'm sorry.
8  I apologize to you.
9  MR. RISLEY:  I respect the
10  position.  I do want to put on the
11  record, I am here, I have less
12  than five minutes of questions.  I
13  will reserve the rights to visit
14  with the judge whether we get a
15  chance to ask them later.
16  MR. MAYESH:  Fair enough.
17  MR. SEXTON:  Banner makes
18  the same objection.  It's not
19  limited in any way.  There is
20  notice, there was no protective
21  order.  It's unilaterally being
22  shut down by counsel for Knauf,
23  who believes this man doesn't have
24  important testimony, it appears.

### 879

1  Thank you.
2  MR. MAYESH:  Anybody
3  else with a statement?
4  MR. VAGAS:  Chartis
5  Insurance has the same objection.
6  MR. MAYESH:  Same.
7  Anybody else, Louisiana?
8  MR. CALDWELL:  Same, in
9  light of the new production in the
10  documents.
11  MR. MAYESH:  Thank you all
12  very much.
13  VIDEOTAPE TECHNICIAN:  We
14  are going off the record.  The
15  time is 9:36 a.m.  This is the end
16  of Tape 1, the end of the
17  deposition.
18     - - -
19  (Deposition concluded at
20  9:36 a.m.)
21     - - -

880

```
 1         C E R T I F I C A T E
 2
 3         I, Ann Marie Mitchell, a
    Registered Diplomate Reporter, Certified
 4  Court Reporter and Notary Public, do
    hereby certify that, pursuant to notice,
 5  the deposition of MARK PATRICK NORRIS was
    duly taken on August 10, 2011 at 9:04
 6  a.m. before me.
 7
           The said MARK PATRICK NORRIS
 8  was duly sworn by me according to law to
    tell the truth, the whole truth and
 9  nothing but the truth and thereupon did
    testify as set forth in the above
10  transcript of testimony.  The testimony
    was taken down stenographically by me.
11
12         I do further certify that
    the above deposition is full, complete
13  and a true record of all the testimony
    given by the said witness.
14
15
16  Ann Marie Mitchell
    Registered Diplomate Reporter
17  Certified Realtime Reporter
18
19
20         (The foregoing certification
    of this transcript does not apply to any
21  reproduction of the same by any means,
    unless under the direct control and/or
22  supervision of the certifying reporter.)
23
24
```

881

```
 1         INSTRUCTIONS TO WITNESS
 2
 3
 4         Please read your deposition
 5  over carefully and make any necessary
 6  corrections.  You should state the reason
 7  in the appropriate space on the errata
 8  sheet for any corrections that are made.
 9
10         After doing so, please sign
11  the errata sheet and date it.  It will be
12  attached to your deposition.
13
14         It is imperative that you
15  return the original errata sheet to the
16  deposing attorney within thirty (30) days
17  of receipt of the deposition transcript
18  by you.  If you fail to do so, the
19  deposition transcript may be deemed to be
20  accurate and may be used in court.
21
22
23
24
```

882

```
 1         - - - - - -
           E R R A T A
 2         - - - - - -
 3  PAGE  LINE  CHANGE
 4  ____  ____  _____
 5  REASON: ___ _____
 6  ____  ____  _____
 7  REASON: ____ _____
 8  ____  ____  _____
 9  REASON: _____ _____
10  ____  ____  _____
11  REASON: _____ _____
12  ____  ____  _____
13  REASON: _____ _____
14  ____  ____  _____
15  REASON: _____ _____
16  ____  ____  _____
17  REASON: _____ _____
18  ____  ____  _____
19  REASON: _____ _____
20  ____  ____  _____
21  REASON: _____ _____
22  ____  ____  _____
23  REASON: _____ _____
24
```

883

```
 1
 2         ACKNOWLEDGMENT OF DEPONENT
 3
           I,_____, do
 4  hereby certify that I have read the
    foregoing pages, 828-884, and that the
 5  same is a correct transcription of the
    answers given by me to the questions
 6  therein propounded, except for the
    corrections or changes in form or
 7  substance, if any, noted in the attached
    Errata Sheet.
 8
 9  _____
    MARK PATRICK NORRIS          DATE
10
11
12
13
14
15
16  Subscribed and sworn
    to before me this
17  _____ day of _____, 20____.
18  My commission expires:_____
19
    _____
20  Notary Public
21
22
23
24
```