# EXHIBIT H

# In Re:

*Chinese Drywall Litigation*

*Manfred Norbert Grundke*

*December 15, 2010*

*Confidential - Subject to Further Confidentiality Review*

*GOLKOW TECHNOLOGIES, INC.*

*Excellence In Court Reporting For Over 20 Years*

*877.370.3377*

*deps@golkow.com*

Original File mg121510.txt

**Min-U-Script®**

Manfred Norbert Grundke
Confidential - Subject to Further Confidentiality Review

225

1        "Knauf Marmorit GmbH."

2                Q.    Yes.

3                A.    "Knauf Marmorit GmbH,"

4        "Knauf Insulation," "Knauf Perlite GmbH,"

5        "Knauf Richter System GmbH & Co. KG,"

6        "Knauf Bauprodukte GmbH," "Knauf PFT GmbH

7        & Co. KG," "Knauf AMF GmbH & Co. KG,"

8        "Knauf Industries," and then that's it.

9                Q.    Okay.

10               And here's my point, sir.

11       They all start with, the very top "Knauf

12       Group," right?

13               A.    Yes.

14               Q.    Each one of them starts with

15       Knauf Group?

16               A.    (Through the Interpreter.)

17               Well, these are all

18       independent legal entities, companies,

19       which form one part of The Knauf Group.

20               Q.    I understand that's your

21       explanation.  But the document does not

22       say these are legal, independent

23       entities, right?

24               MR. MAYESH:  Objection.

Manfred Norbert Grundke
Confidential - Subject to Further Confidentiality Review

261

1          A.    (Through the Interpreter.)

2                Well, this is one of the

3     tasks of my job.

4          Q.    Who has the ultimate

5     authority and responsibility with respect

6     to this matter for The Knauf Group?

7          A.    (Through the Interpreter.)

8                I don't understand your

9     question.

10         Q.    Who is the individual with

11    The Knauf Group that has the ultimate

12    authority with respect to this Chinese

13    drywall problem?

14         A.    (Through the Interpreter.)

15                Knauf Tianjin, the

16    manufacturer.

17         Q.    Do you work for them?

18         A.    (Through the Interpreter.)

19                No.

20         Q.    So, why are you being

21    informed on a regular basis of the

22    problems with Chinese drywall?

23         A.    (Through the Interpreter.)

24                Well, as a general partner,

Manfred Norbert Grundke
Confidential - Subject to Further Confidentiality Review

349

1                    C E R T I F I C A T E

2

3

4              I, LINDA L. GOLKOW, a
    Registered Diplomate Reporter, Certified
    Court Reporter and Notary Public, do
5   hereby certify that, pursuant to notice,
    the deposition of MANFRED NORBERT GRUNDKE
6   was duly taken on December 15, 2010 at
    9:08 a.m. before me.

7

8              The said MANFRED NORBERT
    GRUNDKE was duly sworn by me according to
9   law to tell the truth, the whole truth
    and nothing but the truth and thereupon
10  did testify as set forth in the above
    transcript of testimony.  The testimony
11  was taken down stenographically by me.

12

13             I do further certify that
    the above deposition is full, complete
    and a true record of all the testimony
14  given by the said witness.

15

16

17

         Linda L. Golkow
18       Registered Diplomate Reporter
         Certified Realtime Reporter

19

20

21             (The foregoing certification
    of this transcript does not apply to any
22  reproduction of the same by any means,
    unless under the direct control and/or
23  supervision of the certifying reporter.)

24