# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:   **CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL 2047**  <br><br>**SECTION "L"** |
| **This document relates to:**  <br><br>*Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al*  <br><br>**Case No. 14:cv-2722** | **JUDGE ELDON FALLON**  <br><br>**MAGISTRATE JOSEPH WILKINSON, JR.** |

## PROPOSED ORDER

Considering defendant, Gebr. Knauf KG f/k/a Gebr. Knauf Verwaltungsgesellschaft KG's 12(b)(2) Motion to Dismiss for Lack of Personal Jurisdiction;

**IT IS HEREBY ORDERED** that defendant, Gebr. Knauf KG f/k/a Gebr. Knauf Verwaltungsgesellschaft KG's 12(b)(2) Motion to Dismiss for Lack of Personal Jurisdiction is GRANTED and the plaintiffs' claims against it are hereby dismissed with prejudice.

New Orleans, Louisiana, this _____ day of _____, 2018.

 

_____
Honorable Eldon E. Fallon
United States District Court Judge