# EXHIBIT B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| | § MDL NO. 2047 |
| IN RE: | § |
| CHINESE-MANUFACTURED | § SECTION: L |
| DRYWALL PRODUCTS | § JUDGE FALLON |
| LIABILITY LITIGATION | § MAGISTRATE |
| | § JUDGE WILKINSON |

---

CROSS-NOTICED IN VARIOUS OTHER ACTIONS

---

\- - -

September 13, 2011

\- - -

CONFIDENTIAL - SUBJECT TO FURTHER CONFIDENTIALITY REVIEW

\- - -

Videotaped deposition of DAVID N. GREGORY, held at the offices of Kaye Scholer LLP, 140 Aldersgate Street, London, commencing at 9:01 a.m., on the above date, before Ann Marie Mitchell, Certified Court Reporter, Registered Diplomate Reporter, Certified Realtime Reporter and Notary Public.

\- - -

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

statements, clearly the statements -- some of the statements there are, shall we say, marketing hype.

Q. They're false?

A. It's talked up.

Q. They're false?

A. Not 100 percent false, but it's talked up, you know. Yes, there is an element of German machinery in all the plants, some greater than others. So, yes, you could argue there's German technology for sure, you know. But as for the bit of the quality issue, we make to local standards wherever we are.

Q. And Knauf marketed, and particularly in China, it's German quality. Right?

A. In China, certainly -- I would rephrase it a different way. I would say that we lent on German heritage, just the same as if BMW or Mercedes are selling a car in China, they don't have advertise it as made in China. They're selling people an image of German

Q. Now, do you know when they first started pulling raw materials out of the Luneng mine that was given to Knauf Tianjin to make drywall out of approximately? I don't need the exact date.

A. I think what I said to you before is that basically that supply was inherited when the company was taken over by KPT.

Q. And that was approximately when?

A. I believe it was something like 2001.

Q. So 2001 when Knauf Tianjin took over this plant, they already had a supply of raw material from the Luneng mine?

A. I believe so.

Q. And did they begin to use that raw material from the Luneng mine to make Knauf Tianjin drywall at that time?

A. Again, it's before my time, but I believe so.

Q. And then from approximately 2001 -- again, this is just based on your best recollection. I know you weren't working for that company at the time. But basically based on your knowledge now, when did they stop using the raw material from the Luneng mine to make drywall from Knauf Tianjin?

A. End of 2006. Well, let's say around the end of 2006.

Q. Around the end of 2006?

A. Uh-huh.

Q. And they stopped using the raw material from Luneng mine in approximately around the end of 2006 because why?

A. Again, I can't remember exactly where the source or how the source of the information came to us, but my understanding was that there had been a connection made or potential connection between the source of natural gypsum and this issue of boards reportedly smelling.

Q. Okay.

A. Yes, I would.

Q. Now, I also want to get a little bit into this corporate structure. I think -- and I'm learning as we go, so bear with me.

In China, I believe you've got one company called Knauf East Asia?

A. No, it's not a company. It's just a term that is attached to the Knauf entities collectively that exists in Asia, the geographic region.

Q. I got you. Okay. That's why I'm learning. Okay.

Now, Knauf East Asia, the term, it's not really a company, but it's a term that's thrown around, that is made up of Knauf Wuhu, Knauf Dongguan --

Did I pronounce that right?

A. Yes.

Q. -- and Knauf Tianjin?

A. KPT, yes.

Q. Now, those three companies, they were all in China. Correct?

A. Yes.

Q. Did they compete with each other for customers?

A. On the borders where they met, I guess they did, yeah.

Q. Did anybody have any type of agreement between Knauf Wuhu, Knauf Dongguan or Knauf Tianjin as to what areas they were supposed to sell in?

A. Well, I can't say what happened before my tenure, but when I took over as chief executive, I appointed Mark Norris as commercial director. Also, essentially he was in charge of sales, marketing, customer services, technical services, for each of the Knauf entities. So the commercial -- each of those companies would have their own commercial director who would report to Mark. So he would basically, between the four of them, would organize the areas of their, shall we say, capture.

Q. And you said there was a fourth one?

A. That would be Knauf

resigning from Knauf Wuhu.

Q. Is there --

So there is a formal legal entity known as Knauf North Asia Pacific?

A. Nope. Again, let's be honest. The title that's been on my name card for the last 15 months, as I've said before, it's a title of convenience, because this is a transition period.

Q. So really, you were the CEO of the legal entity Knauf Wuhu?

A. No. I was CEO for the Knauf entities in Asia, but my employer, in other words, the person or the company that pays my salary, is Knauf Wuhu.

Q. I know I'm not getting this, though.

You were CEO of a company. Correct?

A. No. I was CEO for the Knauf entities in East Asia.

Q. Okay.

So you were on the board of directors governing these three separate

companies?

A. Yes.

Q. I got you.

Now, before you told me that the quality --

Was there a quality control department other than your plant manager and your operations manager? Was there a separate department for quality control?

A. Yeah. There's a QC department. Yes.

Q. And who is in the quality --

Do you know who was in the quality control department of Knauf Tianjin back in 2005-2006, if you know?

A. The name escapes me.

Q. Was there a quality control department in Knauf Tianjin in 2005-2006?

A. When I was there in 2000 -- when I came back to China to take the position of CEO, there was a QC department there. I guess there was one before.

Q. And what functions did the

quality control department perform when you got there?

A. Again, without going into details, in broad principle, as you said, checking raw materials, checking the finished products.

Q. So it wasn't just left up to the plant manager or the operations manager; there was also a separate, distinct department that was supposed to be in charge of making sure that the products that they were creating were of high quality and not defective?

A. Well, they were -- let's define high quality.

They were -- I'm just trying to get my words clear.

You used the word "high quality." I would say that we were producing plasterboard to a standard. That's what we were doing. And just to be clear on this relationship between -- you're talking about the plant manager and the QC department. The QC department

was a department that reported to the plant manager.

Q. Right.

But it was a separate department?

A. It was a department within his organization, yes.

Q. And what was the standard that they were trying to make to? When you say standard, what is that defined as?

A. In China, there is a national standard for plasterboard. That's what we would be making to if the board was destined for China.

Q. Now, what is the national standard as you know it?

A. It would cover various things like mechanical properties, size, thickness, type, et cetera, whether it's moisture, fire resistant and so on.

Q. Was there an issue of elemental makeup, what the drywall was actually made of, that was a standard?

CERTIFICATE

I HEREBY CERTIFY that the witness was duly sworn by me and that the deposition is a true record of the testimony given by the witness.

It was requested before completion of the deposition that the witness, DAVID N. GREGORY, have the opportunity to read and sign the deposition transcript.

______________________________
ANN MARIE MITCHELL, a Federally Approved Certified Realtime Reporter, Registered Diplomate Reporter and Notary Public

(The foregoing certification of this transcript does not apply to any reproduction of the same by any means, unless under the direct control and/or supervision of the certifying reporter.)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | § MDL NO. 2047<br>§<br>§ SECTION: L<br>§<br>§ JUDGE FALLON<br>§<br>§ MAGISTRATE<br>§ JUDGE WILKINSON |

CROSS-NOTICED IN VARIOUS OTHER ACTIONS

\- - -

September 14, 2011

\- - -

CONFIDENTIAL - SUBJECT TO FURTHER CONFIDENTIALITY REVIEW

\- - -

Continued videotaped deposition of DAVID N. GREGORY, held at the offices of Kaye Scholer LLP, 140 Aldersgate Street, London, commencing at 9:05 a.m., on the above date, before Ann Marie Mitchell, Certified Court Reporter, Registered Diplomate Reporter, Certified Realtime Reporter and Notary Public.

\- - -

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

MR. MAYESH: Objection.
You may answer.
THE WITNESS: Frankly, no.
I mean, it's written from the Knauf Indonesia address. I can't really speculate on what gypsum it was talking about or what procedures it was talking about, no.

BY MS. BYRNE:

Q. What procedures were there for checking gypsum that you can recall sitting here today in approximately late 2006/early 2007?

A. Whereabouts? In Knauf Indonesia?

Q. Sure. Why not?

A. Okay. I think again we discussed it briefly yesterday. We -- there would be -- sorry. There is a QC department in the plant at Knauf Indonesia, and they would have a set of test procedures that way they would run for incoming gypsum.

Q. And what did they test for?

A. Again, it's not my field, but, for example, they would be looking at issues like purity, moisture content and such like.

Q. And did KPT have the similar ability to conduct those tests?

A. Yes.

Q. And who was in charge of those tests at KPT?

A. Well, the QC department reported to the plant manager. At that time, it would be a gentleman called Chen Jie.

Q. Could you spell that name for us?

A. Yes. C-H-E-N, J-I-E.

Q. Thank you.

Sitting here today, do you have anything to testify about the notes that we've just marked as Exhibit 40?

A. Nothing further.

Q. So the tests that you just described about purity and moisture, are

"German engineers are responsible for quality control at our production base."

Do you see that?

A. Yes.

Q. That's a true statement?

A. That is not true.

Q. What is true?

A. Well, certainly in my view -- you're talking about who was controlling -- let me just go back to the sentence, please.

Well, certainly my time back in China as the CEO, we did not have German engineers responsible for quality control. We had a quality control department in KPT staffed with local Chinese employees.

Q. So the statement "German engineers are responsible for quality control at our production base" is false?

A. I would say so.

Q. The next statement says, "All personnel are trained by the Germans."

Is that a true statement?

A. Nope.

Q. What percentage of the personnel are trained by the Germans at -- were trained by the Germans at KPT in 2005?

A. 2005, I have no idea.

Q. In 2006?

A. I wouldn't know, because I -- I wouldn't know. I mean, at one time, I think as we established, Martin Halbach was actually based in Tianjin, so he would have trained certainly some of the lead managers there, or they would have, shall we say, learned from his experience as well as formal training. How many of those people were there after that day, I don't know.

Q. It says then, "We have set up a professional lab to test raw materials and product" liability, "forming a stringent quality control system."

A. Uh-huh.

quality control system."

Do you see that?

A. I do.

Q. Is that a true statement?

A. I would say, yes, it is, in that there was certainly a lab there, set up to test raw materials and product quality. And there was a quality control system there.

Q. And in your view, the lab at Tianjin was a professional lab to test raw materials and product quality?

A. I think it was, yes.

Q. And the quality control procedures were stringent in your view; is that right?

A. Again, stringent, it's -- there was a set procedure that people followed for quality control, yes.

Q. And what was that procedure?

A. That you would have to ask somebody who works in QC or the production department.

Q. You have no knowledge as to

A. Yes.

Q. What about your other plants? How do you make sure that those other plants aren't producing the same type of drywall, bad drywall, I guess?

A. Because we say that, even at the stage of late 2006, we'd identified the connection between that source of natural gypsum and, say, the reported smell issue. And that was -- at that time, that was the only plant which was taking gypsum from that particular source.

Q. And the source being the Luneng mine?

A. Again, I don't want to comment too deeply on that, but it was the only one taking source from that particular place.

Q. Well, you say that. And I'm going to show you what I am going to mark as 52.

\- - -

(Deposition Exhibit No.

CERTIFICATE

I HEREBY CERTIFY that the witness was duly sworn by me and that the deposition is a true record of the testimony given by the witness.

It was requested before completion of the deposition that the witness, DAVID N. GREGORY, have the opportunity to read and sign the deposition transcript.

_________________________________

ANN MARIE MITCHELL, a Federally Approved Certified Realtime Reporter, Registered Diplomate Reporter and Notary Public

(The foregoing certification of this transcript does not apply to any reproduction of the same by any means, unless under the direct control and/or supervision of the certifying reporter.)