# EXHIBIT C

Norris, Mark P.  8/10/2011  12:00:00 PM

828

```
1    UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF LOUISIANA
2
     _____
3             § MDL NO. 2047
     IN RE:     §
4    CHINESE-    § SECTION: L
     MANUFACTURED    §
5    DRYWALL PRODUCTS  § JUDGE FALLON
     LIABILITY    §
6    LITIGATION   § MAGISTRATE
             § JUDGE WILKINSON
7
     ----------------------------------------
8    CROSS-NOTICED IN VARIOUS OTHER ACTIONS
     ----------------------------------------
9
            - - -
10
            August 10, 2011
11
            - - -
12
     CONFIDENTIAL - SUBJECT TO FURTHER
13     CONFIDENTIALITY REVIEW
            - - -
14
15     Continued videotaped deposition of
     MARK PATRICK NORRIS, held at the offices
16   of Baker & McKenzie, 23rd Floor, One
     Pacific Place, 88 Queensway, Hong Kong
17   SAR, China, commencing at 9:04 a.m., on
     the above date, before Ann Marie
18   Mitchell, Certified Court Reporter,
     Registered Diplomate Reporter, Certified
19   Realtime Reporter and Notary Public.
20
            - - -
21
22     GOLKOW TECHNOLOGIES, INC.
       877.370.3377 ph | 917.591.5672 fax
23       deps@golkow.com
24
```

829

```
1    APPEARANCES:
2
     COLSON HICKS EIDSON
3    BY:  ERVIN A. GONZALEZ, ESQUIRE
     255 Alhambra Circle
4    Penthouse
     Coral Gables, Florida 33134
5    (305) 476-7400
     ervin@colson.com
6    Representing the Plaintiffs'
     Steering Committee
7
8
     LUMPKIN REEVES & MESTAYER
9    BY:  JAMES R. REEVES, JR., ESQUIRE
     160 Main Street
10   Biloxi, Mississippi 39530
     (877) 377-5152
11   Jrr@lumpkinreeves.com
     Representing the Plaintiffs'
12   Steering Committee
13
14   KAYE SCHOLER LLP
     BY:  JAY P. MAYESH, ESQUIRE
15   BY:  KARIN E. GARVEY, ESQUIRE
     425 Park Avenue
16   New York, New York 10022
     (212) 836-8000
17   jmayesh@kayescholer.com
     kgarvey@kayescholer.com
18   Representing Various Knauf
     Defendants and the Witness,
19   Mark Patrick Norris
20
21
22
23
24
```

830

```
1    APPEARANCES (cont.'d):
2
3    WEINBERG, WHEELER, HUDGINS, GUNN &
     DIAL, LLC
4    BY: MICHAEL A. SEXTON, ESQUIRE
     3344 Peachtree Road
5    Suite 2400
     Atlanta, Georgia 30326
6    Msexton@wwhgd.com
     (404) 875-2700
7    Representing Various Banner
     Defendants
8
9
     OFFICE OF THE ATTORNEY GENERAL,
10   STATE OF LOUISIANA
     BY:  DAVID CALDWELL, ESQUIRE
11   1885 North 3rd Street
     Baton Rouge, Louisiana 70802
12   (225) 326-6300
     Representing the State of Louisiana
13
14
15   QUINN EMANUEL URQUHART & SULLIVAN, LLP
     BY:  RICHARD VAGAS, ESQUIRE
16   51 Madison Avenue, 22nd Floor
     New York, New York 10010
17   (212) 849-7000
     richardvagas@quinnemanuel.com
18   Representing Chartis Select Insurance
     Company and Related Chartis Insurers
19
20
     THOMPSON COE COUSINS & IRONS, L.L.P.
21   BY:  KEVIN F. RISLEY, ESQUIRE
     One Riverway, Suite 1600
22   Houston, Texas 77056
     (713) 403-8210
23   krisley@thompsoncoe.com
     Representing The North River
24   Insurance Company
```

831

```
1    APPEARANCES VIA TELEPHONE:
2
     SHUTTS & BOWEN LLP
3    BY:  AMANDA G. SIMMONS, ESQUIRE
     300 South Orange Avenue
4    Suite 1000
     Orlando, Florida 32801
5    (407) 423-3200
     ASimmons@shutts.com
6    Representing Pulte Home Corp.
7
8    HAYNSWORTH SINKLER BOYD, P.A.
     BY:  CHRISTOPHER B. MAJOR, ESQUIRE
9    75 Beattie Place - 11th Floor
     Greenville, South Carolina 29601
10   (864) 240-3200
     cmajor@hsblawfirm.com
11   Representing USG Corporation, L&W
     Supply Corporation
12
13
     JONES, WALKER, WAECHTER, POITEVENT,
14   CARRERE & DENEGRE LLP
     BY:  MEGAN E. DONOHUE, ESQUIRE
15   600 Jefferson Street, Suite 1600
     Lafayette, Louisiana 70501
16   (337) 262-9062
     mdonohue@joneswalker.com
17   Representing Fireman's Fund Insurance
     Company
18
19
     RUMBERGER, KIRK & CALDWELL, P.A.
20   BY:  GENNY A. CASTELLANOS, ESQUIRE
     Brickell Bayview Centre, Suite 3000
21   80 Southwest 8th Street
     Miami, Florida 33130
22   (305) 358-5577
     gcastellanos@rumberger.com
23   Representing several defendants and
     Defendants' Liaison Counsel for
24   Installers
```

Knauf                         None                         Page  828 - 831

876

1    Q.   Did you consider letting

2   INEX know, look, we had a problem with

3   Banner involving this drywall problem, do

4   you have similar problems?

5    A.   No.  We were only reacting

6   on complaints that were coming forth.

7    Q.   So if someone didn't raise

8   it to you, you didn't voluntarily let

9   people know about the problem?

10    A.   No, we didn't.  We waited

11   for complaints to come forward to us.

12    Q.   That's true for all the

13   other distributors as well?

14    A.   We only had three customers

15   in the States, as you know.

16    Q.   And which ones were those?

17    A.   So it was INEX and Salomon

18   and L&W.

19    Q.   So you didn't tell L&W about

20   the Banner settlement?

21    A.   No, I didn't tell L&W.

22    MR. MAYESH:  Wait one

23   second.

24    How long have we go gone,

877

1   please?

2    MR. GONZALEZ:  Yes.

3    VIDEOTAPE TECHNICIAN:  32

4   minutes.

5    MR. GONZALEZ:  32?  Okay.

6   Thank you very much, sir.

7    MR. MAYESH:  Thank you.

8    THE WITNESS:  Thank you,

9   gentlemen.

10    MR. RISLEY:  May I ask some

11   questions?  We didn't ask many in

12   the deposition.  I just want to

13   follow up on two points.

14    MR. MAYESH:  No.

15    MR. RISLEY:  We've noticed

16   the deposition.  We cross-noticed.

17   We're here to ask questions.

18    MR. MAYESH:  This is -- no.

19   This is nothing personal to the

20   client.

21    MR. RISLEY:  Understood.

22    MR. MAYESH:  But I am afraid

23   that if I exceed the judge's

24   order, I then open the door to

878

1   other people who say, well, I have

2   two more questions.  Oh, I have

3   three follow-up questions.  And

4   since we all went to a great deal

5   of trouble to get this order, I

6   think a position I must take is, I

7   stand on the order.  So I'm sorry.

8   I apologize to you.

9    MR. RISLEY:  I respect the

10   position.  I do want to put on the

11   record, I am here, I have less

12   than five minutes of questions.  I

13   will reserve the rights to visit

14   with the judge whether we get a

15   chance to ask them later.

16    MR. MAYESH:  Fair enough.

17    MR. SEXTON:  Banner makes

18   the same objection.  It's not

19   limited in any way.  There is

20   notice, there was no protective

21   order.  It's unilaterally being

22   shut down by counsel for Knauf,

23   who believes this man doesn't have

24   important testimony, it appears.

879

1    Thank you.

2    MR. MAYESH:  Anybody

3   else with a statement?

4    MR. VAGAS:  Chartis

5   Insurance has the same objection.

6    MR. MAYESH:  Same.

7    Anybody else, Louisiana?

8    MR. CALDWELL:  Same, in

9   light of the new production in the

10   documents.

11    MR. MAYESH:  Thank you all

12   very much.

13    VIDEOTAPE TECHNICIAN:  We

14   are going off the record.  The

15   time is 9:36 a.m.  This is the end

16   of Tape 1, the end of the

17   deposition.

18    - - -

19    (Deposition concluded at

20   9:36 a.m.)

21    - - -

22

23

24

Norris, Mark P.  8/10/2011  12:00:00 PM

880

```
 1        C E R T I F I C A T E
 2
 3        I, Ann Marie Mitchell, a
    Registered Diplomate Reporter, Certified
 4  Court Reporter and Notary Public, do
    hereby certify that, pursuant to notice,
 5  the deposition of MARK PATRICK NORRIS was
    duly taken on August 10, 2011 at 9:04
 6  a.m. before me.
 7
          The said MARK PATRICK NORRIS
 8  was duly sworn by me according to law to
    tell the truth, the whole truth and
 9  nothing but the truth and thereupon did
    testify as set forth in the above
10  transcript of testimony.  The testimony
    was taken down stenographically by me.
11
12        I do further certify that
    the above deposition is full, complete
13  and a true record of all the testimony
    given by the said witness.
14
15
16      Ann Marie Mitchell
        Registered Diplomate Reporter
17      Certified Realtime Reporter
18
19
20        (The foregoing certification
    of this transcript does not apply to any
21  reproduction of the same by any means,
    unless under the direct control and/or
22  supervision of the certifying reporter.)
23
24
```

882

```
 1        - - - - - -
          E R R A T A
 2        - - - - - -
 3  PAGE  LINE  CHANGE
 4  ____  ____  _____
 5    REASON: ___ _____
 6  ____  ____  _____
 7    REASON: ____ _____
 8  ____  ____  _____
 9    REASON: _____ _____
10  ____  ____  _____
11    REASON: _____ _____
12  ____  ____  _____
13    REASON: _____ _____
14  ____  ____  _____
15    REASON: _____ _____
16  ____  ____  _____
17    REASON: _____ _____
18  ____  ____  _____
19    REASON: _____ _____
20  ____  ____  _____
21    REASON: _____ _____
22  ____  ____  _____
23    REASON: _____ _____
24
```

881

```
 1        INSTRUCTIONS TO WITNESS
 2
 3
 4        Please read your deposition
 5  over carefully and make any necessary
 6  corrections.  You should state the reason
 7  in the appropriate space on the errata
 8  sheet for any corrections that are made.
 9
10        After doing so, please sign
11  the errata sheet and date it.  It will be
12  attached to your deposition.
13
14        It is imperative that you
15  return the original errata sheet to the
16  deposing attorney within thirty (30) days
17  of receipt of the deposition transcript
18  by you.  If you fail to do so, the
19  deposition transcript may be deemed to be
20  accurate and may be used in court.
21
22
23
24
```

883

```
 1
 2        ACKNOWLEDGMENT OF DEPONENT
 3
          I,_____, do
 4  hereby certify that I have read the
    foregoing pages, 828-884, and that the
 5  same is a correct transcription of the
    answers given by me to the questions
 6  therein propounded, except for the
    corrections or changes in form or
 7  substance, if any, noted in the attached
    Errata Sheet.
 8
 9  _____
    MARK PATRICK NORRIS          DATE
10
11
12
13
14
15
16  Subscribed and sworn
    to before me this
17  _____ day of _____, 20____.
18  My commission expires:_____
19
    _____
20  Notary Public
21
22
23
24
```