# EXHIBIT I

**In Re:**

*Chinese Drywall Litigation*

*Martin Stuermer*

*Vol. III*

*October 15, 2010*

*Confidential – Subject to Further Confidentiality Review*

*GOLKOW TECHNOLOGIES, INC.*

*Excellence In Court Reporting For Over 20 Years*

*877.370.3377*

*deps@golkow.com*

Original File ms101510.txt

**Min-U-Script®**

712

1          companies earning money creating
2          or generating a positive cash
3          flow, which are in the position to
4          make a cash dividend or to grant a
5          loan, transfer further money to
6          the holding company, and the
7          holding company invested the money
8          in further investments.
9     BY MR. MAYESH:
10         Q.    Okay.
11               Let me ask you some other
12    questions, please, about the structure of
13    the companies that make up The Knauf
14    Group of companies.  I believe you
15    testified just a moment ago that each
16    company is a separate corporation; is
17    that right?
18         A.    That's right.
19               MR. HERMAN:  IMPCRO,
20         objection.
21               MR. MAYESH:  What does he
22         mean by "IMPCRO"?
23    BY MR. MAYESH:
24         Q.    Why?  Why is the structure

727

```
 1     for each of the companies within the
 2     group?
 3            A.    Yes, of course.
 4            Q.    These are separate bank
 5     accounts?
 6            A.    Also bank accounts.
 7            Q.    What other types of separate
 8     accounts are kept?
 9            A.    Well, the accounts within
10     the accounting department saying, well,
11     customers' accounts or supplier accounts
12     or shareholders' equity accounts, every
13     company has to keep their own accounts.
14            Q.    Have you ever commingled the
15     accounts of any of The Knauf Group of
16     companies?
17                  MR. HERMAN:  Objection.
18                  THE WITNESS:  No.
19     BY MR. MAYESH:
20            Q.    Has it ever happened, to
21     your knowledge, that any of The Knauf
22     Group of companies have commingled their
23     accounts?
24                  MR. HERMAN:  Objection.
```

809

1              C E R T I F I C A T E

3           I, LINDA L. GOLKOW, a
Registered Diplomate Reporter, Certified
4     Court Reporter and Notary Public, do
hereby certify that, pursuant to notice,
5     the deposition of MARTIN STUERMER was
duly taken on October 15, 2010 at 9:21
6     a.m. before me.

8           The said MARTIN STUERMER was
duly sworn by me according to law to tell
the truth, the whole truth and nothing
9     but the truth and thereupon did testify
as set forth in the above transcript of
10    testimony. The testimony was taken down
stenographically by me.

12          I do further certify that
the above deposition is full, complete
13    and a true record of all the testimony
given by the said witness.

18         Linda L. Golkow
           Registered Diplomate Reporter
19         Certified Realtime Reporter

21          (The foregoing certification
of this transcript does not apply to any
22    reproduction of the same by any means,
unless under the direct control and/or
23    supervision of the certifying reporter.)