# EXHIBIT A

## DECLARATION OF IAN DEAN

Pursuant to 28 U.S.C. § 1746, I, Ian Dean declare under penalty of perjury as follows:

1. My name Ian Dean and I am of the age of majority and a resident of the United Kingdom I make this declaration under the penalty of perjury based upon my personal knowledge.

2. I am Managing Director for Knauf (UK) GmbH.

3. In my role as Managing Director, I have personal knowledge and familiarity regarding the corporate formation and operations of Knauf (UK) GmbH.

4. Knauf (UK) GmbH is a German limited liability company. Its place of incorporation is Iphofen, Germany and its principal place of business is Sittingbourne, United Kingdom. The sole member of Knauf (UK) GmbH is Knauf International GmbH.

5. Knauf (UK) GmbH does not and has never had any U.S. based members or directors and has never received any equity contribution from U.S. entities or individuals.

6. Knauf (UK) GmbH has never held any members or board of directors meetings in Texas, Louisiana, Mississippi, Alabama or Florida.

7. None of Knauf (UK) GmbH's employees reside in Texas, Louisiana, Mississippi, Alabama or Florida.

8. Knauf (UK) GmbH has never obtained loans or any other financing from banks, or any other source of financing, in the United States.

9. Knauf (UK) GmbH. has never owned or leased any assets or property in Texas, Louisiana, Mississippi, Alabama or Florida, and has never held a mortgage or lien on any real property within those states.

10. Knauf (UK) GmbH does not host any of its corporate documents or records in the United States.

11. Knauf (UK) GmbH has never been licensed or registered to conduct business in Texas, Louisiana, Mississippi, Alabama or Florida, has never sued anyone in those states, and has never contracted to obtain insurance in those states.

12. Knauf (UK) GmbH has never paid taxes in Texas, Louisiana, Mississippi, Alabama or Florida.

13. Knauf (UK) GmbH does not conduct any operations or business in the United States or in China.

14. Knauf (UK) GmbH is a manufacturer and distributor of gypsum-based construction materials, including drywall, among other things.

15. Knauf (UK) GmbH performs all manufacturing at its principal of business in Sittingbourne and also Immingham, both plants in the United Kingdom. It does not conduct any operations or business or manufacture any products in China.

16. Knauf (UK) GmbH does not source any gypsum from China in the manufacture of its gypsum-based products.

17. Knauf (UK) GmbH did not design, manufacture, market, sell, or distribute any gypsum-based products to the United States between 2005 and 2007. Knauf (UK) GmbH did not manufacture, market, sell, or distribute any gypsum-based drywall between 2005 and 2007 with the expectation that it would be purchased by consumers in the United States.

18. Knauf (UK) GmbH did not and does not control the chain of supply or exert operational control over Knauf Plasterboard (Tianjin) Co., Ltd.

19. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 2nd day of August, 2018.

_____
IAN DEAN