# EXHIBIT B

Confidential - Subject to Further Confidentiality Review

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

_____
                            § MDL NO. 2047
IN RE:                      §
CHINESE-                    § SECTION: L
MANUFACTURED                §
DRYWALL PRODUCTS            § JUDGE FALLON
LIABILITY                   §
LITIGATION                  § MAGISTRATE
                            § JUDGE WILKINSON

-------------------------------------------
  CROSS-NOTICED IN VARIOUS OTHER ACTIONS
-------------------------------------------

- - -

September 13, 2011

- - -

CONFIDENTIAL - SUBJECT TO FURTHER
     CONFIDENTIALITY REVIEW
- - -

        Videotaped deposition of DAVID N.
GREGORY, held at the offices of Kaye
Scholer LLP, 140 Aldersgate Street,
London, commencing at 9:01 a.m., on the
above date, before Ann Marie Mitchell,
Certified Court Reporter, Registered
Diplomate Reporter, Certified Realtime
Reporter and Notary Public.

- - -

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

Confidential - Subject to Further Confidentiality Review

Page 176

1  statements, clearly the statements --
2  some of the statements there are, shall
3  we say, marketing hype.
4        Q.   They're false?
5        A.   It's talked up.
6        Q.   They're false?
7        A.   Not 100 percent false, but
8  it's talked up, you know.  Yes, there is
9  an element of German machinery in all the
10 plants, some greater than others.  So,
11 yes, you could argue there's German
12 technology for sure, you know.  But as
13 for the bit of the quality issue, we make
14 to local standards wherever we are.
15       Q.   And Knauf marketed, and
16 particularly in China, it's German
17 quality.  Right?
18       A.   In China, certainly -- I
19 would rephrase it a different way.  I
20 would say that we lent on German
21 heritage, just the same as if BMW or
22 Mercedes are selling a car in China, they
23 don't have advertise it as made in China.
24 They're selling people an image of German

Confidential - Subject to Further Confidentiality Review

Page 247

1    Q.    Now, do you know when they
2    first started pulling raw materials out
3    of the Luneng mine that was given to
4    Knauf Tianjin to make drywall out of
5    approximately?  I don't need the exact
6    date.
7         A.    I think what I said to you
8    before is that basically that supply was
9    inherited when the company was taken over
10   by KPT.
11        Q.    And that was approximately
12   when?
13        A.    I believe it was something
14   like 2001.
15        Q.    So 2001 when Knauf Tianjin
16   took over this plant, they already had a
17   supply of raw material from the Luneng
18   mine?
19        A.    I believe so.
20        Q.    And did they begin to use
21   that raw material from the Luneng mine to
22   make Knauf Tianjin drywall at that time?
23        A.    Again, it's before my time,
24   but I believe so.

Confidential - Subject to Further Confidentiality Review

Page 248

1    Q.    And then from approximately
2    2001 -- again, this is just based on your
3    best recollection.  I know you weren't
4    working for that company at the time.
5    But basically based on your knowledge
6    now, when did they stop using the raw
7    material from the Luneng mine to make
8    drywall from Knauf Tianjin?
9         A.    End of 2006.  Well, let's
10   say around the end of 2006.
11        Q.    Around the end of 2006?
12        A.    Uh-huh.
13        Q.    And they stopped using the
14   raw material from Luneng mine in
15   approximately around the end of 2006
16   because why?
17        A.    Again, I can't remember
18   exactly where the source or how the
19   source of the information came to us, but
20   my understanding was that there had been
21   a connection made or potential connection
22   between the source of natural gypsum and
23   this issue of boards reportedly smelling.
24        Q.    Okay.

Confidential - Subject to Further Confidentiality Review

Page 254

```
 1        A.    Yes, I would.
 2        Q.    Now, I also want to get a
 3   little bit into this corporate structure.
 4   I think -- and I'm learning as we go, so
 5   bear with me.
 6              In China, I believe you've
 7   got one company called Knauf East Asia?
 8        A.    No, it's not a company.
 9   It's just a term that is attached to the
10   Knauf entities collectively that exists
11   in Asia, the geographic region.
12        Q.    I got you.  Okay.  That's
13   why I'm learning.  Okay.
14              Now, Knauf East Asia, the
15   term, it's not really a company, but it's
16   a term that's thrown around, that is made
17   up of Knauf Wuhu, Knauf Dongguan --
18              Did I pronounce that right?
19        A.    Yes.
20        Q.    -- and Knauf Tianjin?
21        A.    KPT, yes.
22        Q.    Now, those three companies,
23   they were all in China.  Correct?
24        A.    Yes.
```

Confidential - Subject to Further Confidentiality Review

Page 255

```
 1         Q.    Did they compete with each
 2    other for customers?
 3         A.    On the borders where they
 4    met, I guess they did, yeah.
 5         Q.    Did anybody have any type of
 6    agreement between Knauf Wuhu, Knauf
 7    Dongguan or Knauf Tianjin as to what
 8    areas they were supposed to sell in?
 9         A.    Well, I can't say what
10    happened before my tenure, but when I
11    took over as chief executive, I appointed
12    Mark Norris as commercial director.
13    Also, essentially he was in charge of
14    sales, marketing, customer services,
15    technical services, for each of the Knauf
16    entities.  So the commercial -- each of
17    those companies would have their own
18    commercial director who would report to
19    Mark.  So he would basically, between the
20    four of them, would organize the areas of
21    their, shall we say, capture.
22         Q.    And you said there was a
23    fourth one?
24         A.    That would be Knauf
```

```
 1    resigning from Knauf Wuhu.
 2         Q.     Is there --
 3                So there is a formal legal
 4    entity known as Knauf North Asia Pacific?
 5         A.     Nope.  Again, let's be
 6    honest.  The title that's been on my name
 7    card for the last 15 months, as I've said
 8    before, it's a title of convenience,
 9    because this is a transition period.
10         Q.     So really, you were the CEO
11    of the legal entity Knauf Wuhu?
12         A.     No.  I was CEO for the Knauf
13    entities in Asia, but my employer, in
14    other words, the person or the company
15    that pays my salary, is Knauf Wuhu.
16         Q.     I know I'm not getting this,
17    though.
18                You were CEO of a company.
19    Correct?
20         A.     No.  I was CEO for the Knauf
21    entities in East Asia.
22         Q.     Okay.
23                So you were on the board of
24    directors governing these three separate
```

Confidential - Subject to Further Confidentiality Review

1 companies?
2     A.    Yes.
3     Q.    I got you.
4           Now, before you told me that
5  the quality --
6           Was there a quality control
7  department other than your plant manager
8  and your operations manager?  Was there a
9  separate department for quality control?
10    A.    Yeah.  There's a QC
11 department.  Yes.
12    Q.    And who is in the quality --
13          Do you know who was in the
14 quality control department of Knauf
15 Tianjin back in 2005-2006, if you know?
16    A.    The name escapes me.
17    Q.    Was there a quality control
18 department in Knauf Tianjin in 2005-2006?
19    A.    When I was there in 2000 --
20 when I came back to China to take the
21 position of CEO, there was a QC
22 department there.  I guess there was one
23 before.
24    Q.    And what functions did the

Confidential - Subject to Further Confidentiality Review

Page 265

1  quality control department perform when
2  you got there?
3       A.    Again, without going into
4  details, in broad principle, as you said,
5  checking raw materials, checking the
6  finished products.
7       Q.    So it wasn't just left up to
8  the plant manager or the operations
9  manager; there was also a separate,
10 distinct department that was supposed to
11 be in charge of making sure that the
12 products that they were creating were of
13 high quality and not defective?
14      A.    Well, they were -- let's
15 define high quality.
16            They were -- I'm just trying
17 to get my words clear.
18            You used the word "high
19 quality."  I would say that we were
20 producing plasterboard to a standard.
21 That's what we were doing.  And just to
22 be clear on this relationship between --
23 you're talking about the plant manager
24 and the QC department.  The QC department

Confidential - Subject to Further Confidentiality Review

Page 266

1  was a department that reported to the
2  plant manager.
3       Q.    Right.
4             But it was a separate
5  department?
6       A.    It was a department within
7  his organization, yes.
8       Q.    And what was the standard
9  that they were trying to make to?  When
10 you say standard, what is that defined
11 as?
12      A.    In China, there is a
13 national standard for plasterboard.
14 That's what we would be making to if the
15 board was destined for China.
16      Q.    Now, what is the national
17 standard as you know it?
18      A.    It would cover various
19 things like mechanical properties, size,
20 thickness, type, et cetera, whether it's
21 moisture, fire resistant and so on.
22      Q.    Was there an issue of
23 elemental makeup, what the drywall was
24 actually made of, that was a standard?

Confidential - Subject to Further Confidentiality Review

Page 456

```
 1
 2                    CERTIFICATE
 3
 4
 5         I HEREBY CERTIFY that the
    witness was duly sworn by me and that the
 6  deposition is a true record of the
    testimony given by the witness.
 7
             It was requested before
 8  completion of the deposition that the
    witness, DAVID N. GREGORY, have the
 9  opportunity to read and sign the
    deposition transcript.
10
11
12
13
14         _____
           ANN MARIE MITCHELL, a Federally
15         Approved Certified Realtime
           Reporter, Registered Diplomate
16         Reporter and Notary Public
17
18
19
20         (The foregoing certification
21  of this transcript does not apply to any
22  reproduction of the same by any means,
23  unless under the direct control and/or
24  supervision of the certifying reporter.)
```

Confidential - Subject to Further Confidentiality Review

```
         UNITED STATES DISTRICT COURT
         EASTERN DISTRICT OF LOUISIANA


    _____
                              § MDL NO. 2047
    IN RE:                    §
    CHINESE-                  § SECTION: L
    MANUFACTURED              §
    DRYWALL PRODUCTS          § JUDGE FALLON
    LIABILITY                 §
    LITIGATION                § MAGISTRATE
                              § JUDGE WILKINSON

    -------------------------------------------
      CROSS-NOTICED IN VARIOUS OTHER ACTIONS
    -------------------------------------------


                     -  -  -

              September 14, 2011

                     -  -  -

       CONFIDENTIAL - SUBJECT TO FURTHER
              CONFIDENTIALITY REVIEW
                     -  -  -
```

Continued videotaped deposition of DAVID N. GREGORY, held at the offices of Kaye Scholer LLP, 140 Aldersgate Street, London, commencing at 9:05 a.m., on the above date, before Ann Marie Mitchell, Certified Court Reporter, Registered Diplomate Reporter, Certified Realtime Reporter and Notary Public.

                     -  -  -

            GOLKOW TECHNOLOGIES, INC.
       877.370.3377 ph | 917.591.5672 fax
                deps@golkow.com

Confidential - Subject to Further Confidentiality Review

Page 507

```
 1              MR. MAYESH:  Objection.
 2              You may answer.
 3              THE WITNESS:  Frankly, no.
 4        I mean, it's written from the
 5        Knauf Indonesia address.  I can't
 6        really speculate on what gypsum it
 7        was talking about or what
 8        procedures it was talking about,
 9        no.
10   BY MS. BYRNE:
11        Q.    What procedures were there
12   for checking gypsum that you can recall
13   sitting here today in approximately late
14   2006/early 2007?
15        A.    Whereabouts?  In Knauf
16   Indonesia?
17        Q.    Sure.  Why not?
18        A.    Okay.  I think again we
19   discussed it briefly yesterday.  We --
20   there would be -- sorry.  There is a QC
21   department in the plant at Knauf
22   Indonesia, and they would have a set of
23   test procedures that way they would run
24   for incoming gypsum.
```

Confidential - Subject to Further Confidentiality Review

Page 508

1    Q.   And what did they test for?
2    A.   Again, it's not my field,
3  but, for example, they would be looking
4  at issues like purity, moisture content
5  and such like.
6    Q.   And did KPT have the similar
7  ability to conduct those tests?
8    A.   Yes.
9    Q.   And who was in charge of
10 those tests at KPT?
11   A.   Well, the QC department
12 reported to the plant manager.  At that
13 time, it would be a gentleman called Chen
14 Jie.
15   Q.   Could you spell that name
16 for us?
17   A.   Yes.  C-H-E-N, J-I-E.
18   Q.   Thank you.
19        Sitting here today, do you
20 have anything to testify about the notes
21 that we've just marked as Exhibit 40?
22   A.   Nothing further.
23   Q.   So the tests that you just
24 described about purity and moisture, are

Confidential - Subject to Further Confidentiality Review

Page 545

```
 1    "German engineers are responsible for
 2    quality control at our production base."
 3              Do you see that?
 4         A.   Yes.
 5         Q.   That's a true statement?
 6         A.   That is not true.
 7         Q.   What is true?
 8         A.   Well, certainly in my
 9    view -- you're talking about who was
10    controlling -- let me just go back to the
11    sentence, please.
12              Well, certainly my time back
13    in China as the CEO, we did not have
14    German engineers responsible for quality
15    control.  We had a quality control
16    department in KPT staffed with local
17    Chinese employees.
18         Q.   So the statement "German
19    engineers are responsible for quality
20    control at our production base" is false?
21         A.   I would say so.
22         Q.   The next statement says,
23    "All personnel are trained by the
24    Germans."
```

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

Page 546

1          Is that a true statement?
2     A.   Nope.
3     Q.   What percentage of the
4  personnel are trained by the Germans
5  at -- were trained by the Germans at KPT
6  in 2005?
7     A.   2005, I have no idea.
8     Q.   In 2006?
9     A.   I wouldn't know, because
10 I -- I wouldn't know.  I mean, at one
11 time, I think as we established, Martin
12 Halbach was actually based in Tianjin, so
13 he would have trained certainly some of
14 the lead managers there, or they would
15 have, shall we say, learned from his
16 experience as well as formal training.
17 How many of those people were there after
18 that day, I don't know.
19     Q.   It says then, "We have set
20 up a professional lab to test raw
21 materials and product" liability,
22 "forming a stringent quality control
23 system."
24     A.   Uh-huh.

Confidential - Subject to Further Confidentiality Review

Page 548

1  quality control system."
2           Do you see that?
3      A.   I do.
4      Q.   Is that a true statement?
5      A.   I would say, yes, it is, in
6  that there was certainly a lab there, set
7  up to test raw materials and product
8  quality. And there was a quality control
9  system there.
10     Q.   And in your view, the lab at
11 Tianjin was a professional lab to test
12 raw materials and product quality?
13     A.   I think it was, yes.
14     Q.   And the quality control
15 procedures were stringent in your view;
16 is that right?
17     A.   Again, stringent, it's --
18 there was a set procedure that people
19 followed for quality control, yes.
20     Q.   And what was that procedure?
21     A.   That you would have to ask
22 somebody who works in QC or the
23 production department.
24     Q.   You have no knowledge as to

1   A. Yes.

2   Q. What about your other

3 plants?  How do you make sure that those

4 other plants aren't producing the same

5 type of drywall, bad drywall, I guess?

6   A. Because we say that, even at

7 the stage of late 2006, we'd identified

8 the connection between that source of

9 natural gypsum and, say, the reported

10 smell issue.  And that was -- at that

11 time, that was the only plant which was

12 taking gypsum from that particular

13 source.

14   Q. And the source being the

15 Luneng mine?

16   A. Again, I don't want to

17 comment too deeply on that, but it was

18 the only one taking source from that

19 particular place.

20   Q. Well, you say that.  And I'm

21 going to show you what I am going to mark

22 as 52.

23     - - -

24   (Deposition Exhibit No.

Confidential - Subject to Further Confidentiality Review

Page 769

## CERTIFICATE

     I HEREBY CERTIFY that the witness was duly sworn by me and that the deposition is a true record of the testimony given by the witness.

     It was requested before completion of the deposition that the witness, DAVID N. GREGORY, have the opportunity to read and sign the deposition transcript.

_____
ANN MARIE MITCHELL, a Federally Approved Certified Realtime Reporter, Registered Diplomate Reporter and Notary Public

(The foregoing certification of this transcript does not apply to any reproduction of the same by any means, unless under the direct control and/or supervision of the certifying reporter.)