# EXHIBIT I

# In Re:
*Chinese Drywall Litigation*

*Martin Stuermer*
*Vol. III*
*October 15, 2010*
*Confidential – Subject to Further Confidentiality Review*

*GOLKOW TECHNOLOGIES, INC.*
*Excellence In Court Reporting For Over 20 Years*
*877.370.3377*
*deps@golkow.com*

Original File ms101510.txt
**Min-U-Script®**

712

```
 1            companies earning money creating
 2            or generating a positive cash
 3            flow, which are in the position to
 4            make a cash dividend or to grant a
 5            loan, transfer further money to
 6            the holding company, and the
 7            holding company invested the money
 8            in further investments.
 9     BY MR. MAYESH:
10            Q.   Okay.
11                 Let me ask you some other
12     questions, please, about the structure of
13     the companies that make up The Knauf
14     Group of companies.  I believe you
15     testified just a moment ago that each
16     company is a separate corporation; is
17     that right?
18            A.   That's right.
19                 MR. HERMAN:  IMPCRO,
20            objection.
21                 MR. MAYESH:  What does he
22            mean by "IMPCRO"?
23     BY MR. MAYESH:
24            Q.   Why?  Why is the structure
```

727

1    for each of the companies within the
2    group?
3        A.    Yes, of course.
4        Q.    These are separate bank
5    accounts?
6        A.    Also bank accounts.
7        Q.    What other types of separate
8    accounts are kept?
9        A.    Well, the accounts within
10   the accounting department saying, well,
11   customers' accounts or supplier accounts
12   or shareholders' equity accounts, every
13   company has to keep their own accounts.
14       Q.    Have you ever commingled the
15   accounts of any of The Knauf Group of
16   companies?
17              MR. HERMAN:  Objection.
18              THE WITNESS:  No.
19   BY MR. MAYESH:
20       Q.    Has it ever happened, to
21   your knowledge, that any of The Knauf
22   Group of companies have commingled their
23   accounts?
24              MR. HERMAN:  Objection.

809

1          C E R T I F I C A T E

2

3                I, LINDA L. GOLKOW, a
   Registered Diplomate Reporter, Certified
4  Court Reporter and Notary Public, do
   hereby certify that, pursuant to notice,
5  the deposition of MARTIN STUERMER was
   duly taken on October 15, 2010 at 9:21
6  a.m. before me.

7
                The said MARTIN STUERMER was
8  duly sworn by me according to law to tell
   the truth, the whole truth and nothing
9  but the truth and thereupon did testify
   as set forth in the above transcript of
10 testimony.  The testimony was taken down
   stenographically by me.
11

12              I do further certify that
   the above deposition is full, complete
13 and a true record of all the testimony
   given by the said witness.
14

15

16             [signature: Linda L. Golkow]

17

18       Linda L. Golkow
         Registered Diplomate Reporter
19       Certified Realtime Reporter

20

21              (The foregoing certification
   of this transcript does not apply to any
22 reproduction of the same by any means,
   unless under the direct control and/or
23 supervision of the certifying reporter.)

24