UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047<br><br>SECTION "L" |
| **This document relates to:**<br><br>*Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al*<br><br>**Case No. 14:cv-2722** | JUDGE ELDON FALLON<br><br>MAGISTRATE JOSEPH WILKINSON, JR. |

**PROPOSED ORDER**

Considering defendant, Knauf (UK) GmbH's 12(b)(2) Motion to Dismiss for Lack of Personal Jurisdiction;

**IT IS HEREBY ORDERED** that defendant, Knauf (UK) GmbH's 12(b)(2) Motion to Dismiss for Lack of Personal Jurisdiction is GRANTED and the plaintiffs' claims against it are hereby dismissed with prejudice.

New Orleans, Louisiana, this _____ day of _____, 2018.

_____
Honorable Eldon E. Fallon
United States District Court Judge