## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL 2047** **SECTION "L"** |
| **This document relates to:** *Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al* **Case No. 14-cv-2722** | **JUDGE ELDON FALLON** **MAGISTRATE JOSEPH WILKINSON, JR.** |

### KNAUF GIPS KG'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS' FIFTH AMENDED CLASS ACTION COMPLAINT

**NOW INTO COURT,** through undersigned counsel, come defendant, Knauf Gips KG,

who answers Plaintiffs' Fifth Amended Class Action Complaint (the "Complaint") as follows:

### PREFATORY PARAGRAPH

Knauf Gips KG denies that it designed, manufactured, imported, exported, distributed,

delivered, supplied, inspected, marketed, sold, and/or installed defective drywall in the Plaintiffs'

real property and further denies that it is liable for any damages to Plaintiffs.  The remaining

allegations contained in the Prefatory Paragraph do not require a response from Knauf Gips KG;

however, to the extent an answer is required, Knauf Gips KG denies the allegations contained in

the Prefatory Paragraph.

### JURISDICTION, PARTIES, AND VENUE

1.      Knauf Gips KG admits the allegations of Paragraph 1 of the Complaint.

2.      Knauf Gips KG admits the allegations of Paragraph 2 of the Complaint.

**PLAINTIFFS**

3.    The allegations of Paragraph 3 of the Complaint do not require a response from Knauf Gips KG.  To the extent an answer is required, Knauf Gips KG denies the allegations of Paragraph 3 of the Complaint.

4.    Knauf Gips KG denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 4 of the Complaint. To the extent that the allegations of Paragraph 4 are not directed to Knauf Gips KG, no response is required.  To the extent that the allegations of Paragraph 4 are directed to Knauf Gips KG, the allegations are denied.

5.    Knauf Gips KG denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 5 of the Complaint. To the extent that the allegations of Paragraph 5 are not directed to Knauf Gips KG, no response is required.  To the extent that the allegations of Paragraph 5 are directed to Knauf Gips KG, the allegations are denied.

6.    Knauf Gips KG denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 6 of the Complaint. To the extent that the allegations of Paragraph 6 are not directed to Knauf Gips KG, no response is required.  To the extent that the allegations of Paragraph 6 are directed to Knauf Gips KG, the allegations are denied.

**DEFENDANTS**

7.    To the extent that the allegations of Paragraph 7 are not directed to Knauf Gips KG, no response is required. To the extent that the allegations of Paragraph 7 are directed to Knauf Gips KG, the allegations are denied except to admit that Knauf Gips KG is a citizen of Germany.

8.    The allegations of Paragraph 8 of the Complaint are not directed at Knauf Gips KG, and therefore require no response.  To the extent an answer is required, Knauf Gips KG

denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 8 of the Complaint.

9.      To the extent that the allegations of Paragraph 9 are not directed to Knauf Gips KG, no response is required.  To the extent that the allegations of Paragraph 9 are directed to Knauf Gips KG, the allegations are denied.

10.      To the extent that the allegations of Paragraph 10 are not directed to Knauf Gips KG, no response is required.  To the extent that the allegations of Paragraph 10 are directed to Knauf Gips KG, the allegations are denied.

11.      To the extent that the allegations of Paragraph 11 are not directed to Knauf Gips KG, no response is required.  To the extent that the allegations of Paragraph 11 are directed to Knauf Gips KG, the allegations are denied.

12.      To the extent that the allegations of Paragraph 12 are not directed to Knauf Gips KG, no response is required.  To the extent that the allegations of Paragraph 12 are directed to Knauf Gips KG, the allegations are denied.

13.      To the extent that the allegations of Paragraph 13 are not directed to Knauf Gips KG, no response is required.  To the extent that the allegations of Paragraph 13 are directed to Knauf Gips KG, the allegations are denied.

14.      To the extent that the allegations of Paragraph 14 are not directed to Knauf Gips KG, no response is required.  To the extent that the allegations of Paragraph 14 are directed to Knauf Gips KG, the allegations are denied.

15.      Knauf Gips KG denies the allegations of Paragraph 15 of the Complaint except to admit that it is a German manufacturer of building materials and systems.

4815-2558-5005 v2
2930673-000008 08/24/2018

16.     Knauf Gips KG denies the allegations of Paragraph 16 of the Complaint, except admit to that Knauf Gips KG is a foreign manufacturer of gypsum drywall.

17.     Knauf Gips KG denies the allegations of Paragraph 17 of the Complaint, except admit to that Knauf Gips KG is a foreign manufacturer of gypsum drywall.

18.     To the extent that the allegations of Paragraph 18 are not directed to Knauf Gips KG, no response is required.  To the extent that the allegations of Paragraph 18 are directed to Knauf Gips KG, the allegations are denied.

19.     To the extent that the allegations of Paragraph 19 are not directed to Knauf Gips KG, no response is required.  To the extent that the allegations of Paragraph 19 are directed to Knauf Gips KG, the allegations are denied.

20.     To the extent that the allegations of Paragraph 20 are not directed to Knauf Gips KG, no response is required.  To the extent that the allegations of Paragraph 20 are directed to Knauf Gips KG, the allegations are denied.

21.     To the extent that the allegations of Paragraph 21 are not directed to Knauf Gips KG, no response is required.  To the extent that the allegations of Paragraph 21 are directed to Knauf Gips KG, the allegations are denied except to admit that Knauf Gips KG is headquartered in Germany.

## **GENERAL ALLEGATIONS**

22.     To the extent that the allegations of Paragraph 22 are not directed to Knauf Gips KG, no response is required.  To the extent that the allegations of Paragraph 22 are directed to Knauf Gips KG, the allegations are admitted as substantially correct.

23.     To the extent that the allegations of Paragraph 23 are not directed to Knauf Gips KG, no response is required.  To the extent that the allegations of Paragraph 23 are directed to

4815-2558-5005 v2
2930673-000008 08/24/2018

Knauf Gips KG, the allegations are denied except to admit that Knauf Gips KG manufactures drywall that contains gypsum.

24.     Knauf Gips KG denies the allegations contained in Paragraph 24 of the Complaint.

25.     Knauf Gips KG denies the allegations contained in Paragraph 25 of the Complaint.

26.     Knauf Gips KG denies the allegations contained in Paragraph 26 of the Complaint.

27.     Knauf Gips KG denies the allegations contained in Paragraph 27 of the Complaint.

28.     Knauf Gips KG denies the allegations contained in Paragraph 28 of the Complaint.

29.     Knauf Gips KG denies the allegations contained in Paragraph 29 of the Complaint.

30.     Knauf Gips KG denies the allegations contained in Paragraph 30 of the Complaint.

31.     Knauf Gips KG denies the allegations contained in Paragraph 31 of the Complaint.

32.     Knauf Gips KG denies the allegations contained in Paragraph 32 of the Complaint.

33.     Knauf Gips KG denies the allegations contained in Paragraph 33 of the Complaint.

4815-2558-5005 v2
2930673-000008 08/24/2018

## CLASS ACTION ALLEGATIONS

34.     The allegations contained in Paragraph 34 of the Complaint require no response. To the extent that a response is required, Knauf Gips KG denies the allegations contained in Paragraph 34 of the Complaint.

35.     The allegations contained in Paragraph 35 of the Complaint require no response. To the extent that a response is required, Knauf Gips KG denies the allegations contained in Paragraph 35 of the Complaint.

36.     Knauf Gips KG denies the allegations contained in Paragraph 36 of the Complaint.

37.     Knauf Gips KG denies the allegations contained in Paragraph 37 of the Complaint, including all subparts.

38.      Knauf Gips KG denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 38 of the Complaint. To the extent that the allegations of Paragraph 38 are not directed to Knauf Gips KG, no response is required.  To the extent that the allegations of Paragraph 38 are directed to Knauf Gips KG, the allegations are denied.

39.     Knauf Gips KG denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 39 of the Complaint.

40.     Knauf Gips KG denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 40 of the Complaint.

41.     The allegations contained in Paragraph 41 of the Complaint assert legal conclusions, to which no response is required.  To the extent that a response is required, the allegations of Paragraph 41 of the Complaint are denied.

4815-2558-5005 v2
2930673-000008 08/24/2018

42.     The allegations contained in Paragraph 42 of the Complaint assert legal conclusions, to which no response is required.  To the extent that a response is required, the allegations of Paragraph 42 of the Complaint are denied.

43.     The allegations contained in Paragraph 43 of the Complaint assert legal conclusions, to which no response is required.  To the extent that a response is required, the allegations of Paragraph 43 of the Complaint are denied.

44.     The allegations contained in Paragraph 44 of the Complaint assert legal conclusions, to which no response is required.  To the extent that a response is required, the allegations of Paragraph 44 of the Complaint are denied.

## COUNT I
## NEGLIGENCE

45.     Knauf Gips KG repeats and realleges its responses to Paragraphs 1 through 44 of the Complaint as if fully set forth herein.

46.     Knauf Gips KG denies the allegations contained in Paragraph 46 of the Complaint.

47.     Knauf Gips KG denies the allegations contained in Paragraph 47 of the Complaint.

48.     Knauf Gips KG denies the allegations contained in paragraph 48 of the Complaint.

49.     Knauf Gips KG denies the allegations contained in paragraph 49 of the Complaint.

50.     Knauf Gips KG denies the allegations contained in Paragraph 50 of the Complaint.

4815-2558-5005 v2
2930673-000008 08/24/2018

51.     Knauf Gips KG denies the allegations contained in Paragraph 51 of the Complaint.

52.     Knauf Gips KG denies the allegations contained in Paragraph 52 of the Complaint.

## COUNT II
## PER SE NEGLIGENCE

53.     Knauf Gips KG repeats and realleges its responses to Paragraphs 1 through 53 of the Complaint as if fully set forth herein.

54.     Knauf Gips KG denies the allegations contained in Paragraph 54 of the Complaint.

55.     Knauf Gips KG denies the allegations contained in Paragraph 55 of the Complaint.

56.     Knauf Gips KG denies the allegations contained in Paragraph 56 of the Complaint.

57.     Knauf Gips KG denies the allegations contained in Paragraph 57 of the Complaint.

58.     Knauf Gips KG denies the allegations contained in Paragraph 58 of the Complaint.

59.     Knauf Gips KG denies the allegations contained in Paragraph 59 of the Complaint.

## COUNT III
## STRICT LIABILITY

60.     Knauf Gips KG repeats and realleges its responses to Paragraphs 1 through 59 of the Complaint as if fully set forth herein.

4815-2558-5005 v2
2930673-000008 08/24/2018

61.     Knauf Gips KG denies the allegations contained in Paragraph 61 of the Complaint.

62.     Knauf Gips KG denies the allegations contained in Paragraph 62 of the Complaint.

63.     Knauf Gips KG denies the allegations contained in Paragraph 63 of the Complaint.

64.     Knauf Gips KG denies the allegations contained in Paragraph 64 of the Complaint.

65.     Knauf Gips KG denies the allegations contained in Paragraph 65 of the Complaint.

66.     Knauf Gips KG denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 66 of the Complaint.

67.     Knauf Gips KG denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 67 of the Complaint

68.     Knauf Gips KG denies the allegations contained in Paragraph 68 of the Complaint.

69.     Knauf Gips KG denies the allegations contained in Paragraph 69 of the Complaint.

70.     Knauf Gips KG denies the allegations contained in Paragraph 70 of the Complaint.

71.     Knauf Gips KG denies the allegations contained in Paragraph 71 of the Complaint.

4815-2558-5005 v2
2930673-000008 08/24/2018

72.     Knauf Gips KG denies the allegations contained in Paragraph 72 of the Complaint.

73.     Knauf Gips KG denies the allegations contained in Paragraph 73 of the Complaint.

74.     Knauf Gips KG denies knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 74 of the Complaint

75.     Knauf Gips KG denies the allegations contained in Paragraph 75 of the Complaint.

76.     Knauf Gips KG denies the allegations contained in Paragraph 76 of the Complaint.

77.     Knauf Gips KG denies the allegations contained in Paragraph 77 of the Complaint.

<u>**COUNT IV**</u>
**BREACH OF EXPRESS AND/OR IMPLIED WARRANTY**

78.     Knauf Gips KG repeats and realleges its responses to Paragraphs 1 through 77 of the Complaint as if fully set forth herein.

79.     Knauf Gips KG denies the allegations contained in Paragraph 79 of the Complaint.

80.     Knauf Gips KG denies the allegations contained in Paragraph 80 of the Complaint.

81.     Knauf Gips KG denies the allegations contained in Paragraph 81 of the Complaint.

82.     Knauf Gips KG denies the allegations contained in Paragraph 82 of the Complaint.

4815-2558-5005 v2
2930673-000008 08/24/2018

83.    Knauf Gips KG denies the allegations contained in Paragraph 83 of the Complaint.

84.    Knauf Gips KG denies the allegations contained in Paragraph 84 of the Complaint.

85.    Knauf Gips KG denies the allegations contained in Paragraph 85 of the Complaint.

## COUNT V
### REDHIBITION
**(By Louisiana Plaintiffs Against Defendants)**

86.    Knauf Gips KG repeats and realleges its responses to Paragraphs 1 through 85 of the Complaint as if fully set forth herein.

87.    Knauf Gips KG denies the allegations contained in Paragraph 87 of the Complaint.

88.    Knauf Gips KG denies the allegations contained in Paragraph 88 of the Complaint.

89.    Knauf Gips KG denies the allegations contained in Paragraph 89 of the Complaint.

90.    Knauf Gips KG denies the allegations contained in Paragraph 90 of the Complaint.

91.    Knauf Gips KG denies the allegations contained in Paragraph 91 of the Complaint.

92.    Knauf Gips KG denies the allegations contained in Paragraph 92 of the Complaint.

4815-2558-5005 v2
2930673-000008 08/24/2018

93.     Knauf Gips KG denies the allegations contained in Paragraph 93 of the Complaint.

94.     Knauf Gips KG denies the allegations contained in Paragraph 94 of the Complaint.

95.     The allegations contained in Paragraph 95 of the Complaint are not directed at Knauf Gips KG, and therefore no response is required.  To the extent that a response is required, the allegations of Paragraph 95 of the Complaint are denied.

## COUNT VI
## LOUISIANA PRODUCTS LIABILITY

96.     Knauf Gips KG repeats and realleges its responses to Paragraphs 1 through 95 of the Complaint as if fully set forth herein.

97.     Knauf Gips KG denies the allegations contained in Paragraph 97 of the Complaint.

98.     The allegations contained in Paragraph 98 of the Complaint are not directed at Knauf Gips KG, and therefore no response is required.  To the extent that a response is required, the allegations of Paragraph 98 of the Complaint are denied.

99.     Knauf Gips KG denies the allegations contained in Paragraph 99 of the Complaint.

100.    Knauf Gips KG denies the allegations contained in Paragraph 100 of the Complaint.

101.    Knauf Gips KG denies the allegations contained in Paragraph 101 of the Complaint.

102.    Knauf Gips KG denies the allegations contained in Paragraph 102 of the Complaint.

4815-2558-5005 v2
2930673-000008 08/24/2018

103.   Knauf Gips KG denies the allegations contained in Paragraph 103 of the Complaint.

104.   Knauf Gips KG denies the allegations contained in Paragraph 104 of the Complaint.

105.   Knauf Gips KG denies the allegations contained in Paragraph 105 of the Complaint.

106.   Knauf Gips KG denies the allegations contained in Paragraph 106 of the Complaint.

107.   Knauf Gips KG denies the allegations contained in Paragraph 107 of the Complaint.

108.   Knauf Gips KG denies the allegations contained in Paragraph 108 of the Complaint.

## COUNT VII
## PRIVATE NUISANCE

109.    Knauf Gips KG repeats and realleges its responses to Paragraphs 1 through 108 of the Complaint as if fully set forth herein.

110.   Knauf Gips KG denies the allegations contained in Paragraph 110 of the Complaint.

111.   Knauf Gips KG denies the allegations contained in Paragraph 111 of the Complaint.

112.   Knauf Gips KG denies the allegations contained in Paragraph 112 of the Complaint.

113.   Knauf Gips KG denies the allegations contained in Paragraph 113 of the Complaint.

4815-2558-5005 v2
2930673-000008 08/24/2018

114.    Knauf Gips KG denies the allegations contained in Paragraph 114 of the Complaint.

115.    Knauf Gips KG denies the allegations contained in Paragraph 115 of the Complaint.

## COUNT VIII
## NEGLIGENT DISCHARGE OF A CORROSIVE SUBSTANCE

116.    Knauf Gips KG repeats and realleges its responses to Paragraphs 1 through 115 of the Complaint as if fully set forth herein.

117.    Knauf Gips KG denies the allegations contained in Paragraph 116 of the Complaint.

118.    Knauf Gips KG denies the allegations contained in Paragraph 117 of the Complaint.

119.    Knauf Gips KG denies the allegations contained in Paragraph 118 of the Complaint.

120.    Knauf Gips KG denies the allegations contained in Paragraph 119 of the Complaint.

121.    Knauf Gips KG denies the allegations contained in Paragraph 120 of the Complaint.

122.    Knauf Gips KG denies the allegations contained in Paragraph 121 of the Complaint.

## COUNT IX
## UNJUST ENRICHMENT

123.    Knauf Gips KG repeats and realleges its responses to Paragraphs 1 through 122 of the Complaint as if fully set forth herein.

4815-2558-5005 v2
2930673-000008 08/24/2018

124.     Knauf Gips KG denies the allegations contained in Paragraph 124 of the Complaint.

125.     Knauf Gips KG denies the allegations contained in Paragraph 125 of the Complaint.

126.     Knauf Gips KG denies the allegations contained in Paragraph 126 of the Complaint.

## COUNT X
## VIOLATION OF CONSUMER PROTECTIONAL (sic) ACTS

127.     Knauf Gips KG repeats and realleges its responses to Paragraphs 1 through 126 of the Complaint as if fully set forth herein.

128.     The allegations contained in Paragraph 128 of the Complaint do not require a response.  To the extent that a response is required, the allegations contained in Paragraph 128 of the Complaint are denied.

129.     Knauf Gips KG denies the allegations contained in Paragraph 129 of the Complaint.

130.     Knauf Gips KG denies the allegations contained in Paragraph 130 of the Complaint.

131.     Knauf Gips KG denies the allegations contained in Paragraph 131 of the Complaint.

## COUNT XI
## EQUITABLE AND INJUNCTIVE RELIEF AND MEDICAL MONITORING

132.     Knauf Gips KG repeats and realleges its responses to Paragraphs 1 through 131 of the Complaint as if fully set forth herein.

4815-2558-5005 v2
2930673-000008 08/24/2018

133.    Knauf Gips KG denies the allegations contained in Paragraph 133 of the Complaint.

134.    Knauf Gips KG denies the allegations contained in Paragraph 134 of the Complaint.

135.    The allegations contained in Paragraph 135 of the Complaint do not require a response.  To the extent that a response is required, the allegations contained in Paragraph 135 of the Complaint are denied.

136.    Knauf Gips KG denies the allegations contained in Paragraph 136 of the Complaint.

137.    Knauf Gips KG denies the allegations contained in Paragraph 137 of the Complaint.

138.    Knauf Gips KG denies the allegations contained in Paragraph 138 of the Complaint.

139.    Knauf Gips KG denies the allegations contained in Paragraph 139 of the Complaint.

140.    Knauf Gips KG denies the allegations contained in Paragraph 140 of the Complaint.

141.    Knauf Gips KG denies the allegations contained in Paragraph 141 of the Complaint.

142.    Knauf Gips KG denies the allegations contained in Paragraph 142 of the Complaint.

143.    Knauf Gips KG denies the allegations contained in Paragraph 143 of the Complaint.

4815-2558-5005 v2
2930673-000008 08/24/2018

144.     Knauf Gips KG denies the allegations contained in Paragraph 144 of the Complaint.

## PRAYER FOR RELIEF

The allegations contained in unnumbered "Prayer for Relief" paragraph and subparts do not require a response.  To the extent that a response is required, the allegations contained in the "Prayer for Relief" are denied.

## DEMAND FOR JURY TRIAL

The allegations contained in the unnumbered "Demand for Jury Trial" paragraph are not directed at Knauf Gips KG, and therefore an answer is not required.  To the extent an answer is required, Knauf Gips KG is without knowledge sufficient to form a belief as to the allegations in the paragraph and therefore denies the allegations contained in the paragraph.

## GENERAL DENIAL

Knauf Gips KG denies each and every allegation of fact, conclusion of law or other matter contained in plaintiffs' Complaint that has not been expressly admitted above. Knauf Gips KG further denies any liability and denies that plaintiffs are entitled to the relief requested in the Complaint.

## AFFIRMATIVE DEFENSES

By alleging the matters set forth below, Knauf Gips KG does not admit that it has the burden of proof and/or the burden of persuasion with respect to any of these matters.

## FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

Plaintiffs have been misjoined.

### THIRD AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, by the applicable statutes of limitation or repose.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, by the doctrine of laches.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, by the doctrines of merger, bar, collateral estoppel, res judicata, discharge, and accord and satisfaction.

### SIXTH AFFIRMATIVE DEFENSE

Knauf Gips KG did not make any express or implied warranties to plaintiffs nor did Knauf Gips KG breach any express or implied warranties.

### SEVENTH AFFIRMATIVE DEFENSE

Plaintiffs cannot recover on their claims for breach of warranty to the extent that they failed to follow warranty procedures and satisfy conditions precedent, including the failure to provide notice of any alleged breach to Knauf Gips KG.

### EIGHTH AFFIRMATIVE DEFENSE

To the extent plaintiffs allege claims based upon oral warranties or representations, plaintiffs' claims are barred, in whole or in part, by the applicable statute of frauds.

### NINTH AFFIRMATIVE DEFENSE

Plaintiffs cannot recover on their claims for breach of warranty because plaintiffs lack privity with Knauf Gips KG.

4815-2558-5005 v2
2930673-000008 08/24/2018

## TENTH AFFIRMATIVE DEFENSE

Plaintiffs cannot recover on their claims under any Consumer Protection Statute based on transactions that occurred outside of the state of such statute on the grounds that, under applicable choice-of-law rules, the law of the state in which the transaction occurred applies.

## ELEVENTH AFFIRMATIVE DEFENSE

Plaintiffs cannot recover on their claims under the Mississippi Consumer Protection Statute because, under Miss. Code Ann. § 75-4-15(2), to bring a private action, a plaintiff must first have attempted to resolve the matter through an informal dispute resolution program approved by the Attorney General, which plaintiffs have not done.

## TWELFTH AFFIRMATIVE DEFENSE

Plaintiffs cannot recover on their claims under the Louisiana and Mississippi Consumer Protection Statutes because, under La. Rev. Stat. Ann. § 1409 and Miss. Code Ann. § 75-24-15(4), plaintiffs may not bring a private action for actual damages in a representative capacity.

## THIRTEENTH AFFIRMATIVE DEFENSE

Plaintiffs cannot recover on their claims under the Alabama Consumer Protection Statute, because class actions for money damages are prohibited under Ala. Code § 8-19-10(f).

## FOURTEENTH AFFIRMATIVE DEFENSE

Plaintiffs cannot recover on their claims under the Alabama Consumer Protection Statute because venue is proper only in the county where the causes of action for residents of that state accrued and/or where the defendant has a principal place of business or conducts business.

4815-2558-5005 v2
2930673-000008 08/24/2018

## FIFTEENTH AFFIRMATIVE DEFENSE

Plaintiffs cannot recover on their claims under the Consumer Protection Statute of Louisiana because Knauf Gips KG did not use any "unfair or deceptive method, act or practice" as required by La. Rev. Stat. Ann. § 1409.

## SIXTEENTH AFFIRMATIVE DEFENSE

Plaintiffs cannot recover on their claims under the Consumer Protection Statute of Texas because they failed to provide written notice to Knauf Gips KG as required by Tex. Bus. & Comm. Code § 17.505.

## SEVENTEENTH AFFIRMATIVE DEFENSE

Plaintiffs cannot recover on their claims under the Consumer Protection Statute of Texas because Knauf Gips KG did act with the "intent to deceive," as required by Tex. Bus. & Com. Code § 17.46.

## EIGHTEENTH AFFIRMATIVE DEFENSE

Plaintiffs cannot recover on their claims under the Consumer Protection Statute of Texas because Knauf Gips KG did not engage in any form of unfair, unconscionable or deceptive acts or practices to induce plaintiffs, or any other person, to purchase drywall, as required by Tex. Bus. & Com. Code § 17.46.

## NINETEENTH AFFIRMATIVE DEFENSE

Plaintiffs cannot recover on their claims under the Consumer Protection Statute of Alabama because Knauf Gips KG did not act "knowingly," as required by Ala. Code. §§ 8-19-3(4), -13.

4815-2558-5005 v2
2930673-000008 08/24/2018

## TWENTIETH AFFIRMATIVE DEFENSE

Knauf Gips KG did not engage in any intentional or negligent misconduct.  However, to the extent that plaintiffs assert claims for negligence, plaintiffs cannot recover on their claims under the Consumer Protection Statutes of Florida, Fla. Stat. Ann. § 501.207(4) and Texas, Tex. Bus. & Com. Code § 17.506, which provide that if the alleged conduct was the result of bona fide error, liability under the statutes is precluded completely or damages limited.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

Plaintiffs cannot recover on their claims because the methods, standards and techniques used by Knauf Gips KG in designing and formulating drywall and in issuing warnings and instructions about its use conformed to the generally recognized, reasonably available, and reliable state of knowledge in the field at the time that the drywall was manufactured.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

Plaintiffs cannot recover on their claims because the benefits of the design of Knauf Gips KG's drywall outweigh the risk of danger, if any, inherent in the design, in light of all relevant factors.

## TWENTY-THIRD AFFIRMATIVE DEFENSE

Plaintiffs cannot recover on their claims because plaintiffs' alleged damages, if any, were the result of intervening or superseding conduct of plaintiffs and/or third parties over whom Knauf Gips KG had no control.

## TWENTY-FOURTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, under the principle of assumption of the risk.

4815-2558-5005 v2
2930673-000008 08/24/2018

## TWENTY-FIFTH AFFIRMATIVE DEFENSE

Plaintiffs failed to mitigate their damages, if any.

## TWENTY-SIXTH AFFIRMATIVE DEFENSE

Plaintiffs cannot recover to the extent their damages are covered or reasonably likely to be covered by insurance or other collateral source, or in the alternative their damages should be offset or reduced by insurance or collateral source payments and benefits.

## TWENTY-SEVENTH AFFIRMATIVE DEFENSE

If plaintiffs have settled their claims for their alleged injuries with other parties, Knauf Gips KG is entitled to a credit and set-off in the amount of such settlements.

## TWENTY-EIGHTH AFFIRMATIVE DEFENSE

Knauf Gips KG breached no duty or obligation to Plaintiffs, whether arising by law, contract, or otherwise, on the premises of Plaintiffs' pleadings.

## TWENTY-NINTH AFFIRMATIVE DEFENSE

Knauf Gips KG denies, to the extent the actions alleged may have occurred, that any entity or individual engaging in the activities alleged was acting as the agent or servant of Knauf Gips KG, or at the instruction or subject to the control of Knauf Gips KG, and therefore Knauf Gips KG is not liable for any acts or omissions of such third parties as a matter of law.

## THIRTIETH AFFIRMATIVE DEFENSE

Knauf Gips KG did not participate in, authorize, ratify or benefit from any alleged wrongful acts that are asserted in the Complaint.

## THIRTY-FIRST AFFIRMATIVE DEFENSE

Plaintiffs' claims against Knauf Gips KG are barred to the extent that Knauf Gips KG did not manufacture or market the drywall installed in their properties.

4815-2558-5005 v2
2930673-000008 08/24/2018

## THIRTY-SECOND AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred to the extent that plaintiffs rely on evidence obtained contrary to the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters.

## THIRTY-THIRD AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred because class actions are not recognized under the laws of Knauf Gips KG's home jurisdiction and are contrary to the public policy of Knauf Gips KG's home jurisdiction.

## THIRTY-FOURTH AFFIRMATIVE DEFENSE

Knauf Gips KG's liability, if any, for damages is several rather than joint, and should be prorated.

## THIRTY-FIFTH AFFIRMATIVE DEFENSE

Plaintiffs cannot recover non-economic damages because non-economic damages are not recognized under the laws and are contrary to the public policy of Knauf Gips KG's home jurisdiction.

## THIRTY-SIXTH AFFIRMATIVE DEFENSE

Plaintiffs' claims for punitive damages fail to state a claim for relief.

## THIRTY-SEVENTH AFFIRMATIVE DEFENSE

Plaintiffs cannot recover punitive damages because punitive damages are not recognized under the laws of and contrary to the public policy of Knauf Gips KG's home jurisdiction.

## THIRTY-EIGHTH AFFIRMATIVE DEFENSE

Plaintiffs cannot recover punitive damages because such damages would violate the due process clauses of the Fifth and Fourteenth Amendments to the United States Constitution and

4815-2558-5005 v2
2930673-000008 08/24/2018

similar provisions of the Constitutions, laws, public policies and statutes of each State under whose laws plaintiffs seek relief.

## THIRTY-NINTH AFFIRMATIVE DEFENSE

Plaintiffs are not entitled to recover any costs of this proceeding, nor are they entitled to any compensatory damages, pre- or post-judgment interests, injunctive relief, statutory penalties, or attorneys' fees.

## FORTIETH AFFIRMATIVE DEFENSE

Knauf Gips KG engaged in no conduct and committed no act or omission, either directly or indirectly, that was or could have been the direct, legal, and/or proximate cause of any loss, damage, or injury to Plaintiffs or any of them.

## FORTY-FIRST AFFIRMATIVE DEFENSE

Knauf Gips KG fully, properly, and faithfully performed any and all such duties or obligations in good faith and in a manner otherwise consistent with the law; with any and all pertinent agreements, undertakings, and/or releases relevant to the transactions, circumstances, and/or occurrences at issue; and otherwise acted in accordance with all applicable custom and practice.

## FORTY-SECOND AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred by their own neglect and/or fault.

## FORTY-THIRD AFFIRMATIVE DEFENSE

Plaintiffs' alleged damages are the proximate and legal result of pre-existing health problems, conditions, and/or impairments and are not attributable to any intervening or supervening act, omission, or other conduct on the part of Knauf Gips KG or any other person or entity for which Knauf Gips KG is responsible.

4815-2558-5005 v2
2930673-000008 08/24/2018

**FORTY-FOURTH AFFIRMATIVE DEFENSE**

The claims and allegations of the Plaintiffs are barred, in whole or in part, to the extent that the damages alleged were caused by the contributing and/or comparative fault, negligence, strict liability, or other fault of the Plaintiffs or third parties for which Knauf Gips KG is not liable.

**FORTY-FIFTH AFFIRMATIVE DEFENSE**

Plaintiffs' alleged damages, if any, are speculative, uncertain, contingent, and/or premature.

**FORTY-SIXTH AFFIRMATIVE DEFENSE**

Plaintiffs' claims are limited by the respective state laws of Louisiana, Mississippi, Alabama, Texas, and Florida which prohibit Plaintiffs from bringing their claims as alleged.

**FORTY-SEVENTH AFFIRMATIVE DEFENSE**

Knauf Gips KG denies that Plaintiffs were injured by its conduct and/or any product manufactured, distributed, or supplied by it and calls for strict proof thereof.

**FORTY-EIGHTH AFFIRMATIVE DEFENSE**

Knauf Gips KG affirmatively alleges and avers that there was no causal connection between Knauf Gips KG and any product allegedly manufactured or sold by it to any alleged injuries sustained by Plaintiffs, such causal connection being remote, indefinite, and speculative, and as a result thereof, the Complaint should be dismissed as to Knauf Gips KG.

**FORTY-NINTH AFFIRMATIVE DEFENSE**

The claims and damages asserted by Plaintiffs are limited and/or barred by the Louisiana Products Liability Act (the "LPLA"), which provides the exclusive remedies available against Knauf Gips KG, if any.  La. R. S. § 9:2800.52, et. seq.

4815-2558-5005 v2
2930673-000008 08/24/2018

## FIFTIETH AFFIRMATIVE DEFENSE

Knauf Gips KG specifically pleads, to the extent applicable, all defenses available under the LPLA, including but not limited to Plaintiffs' failure to establish each element required by La. R.S. § 9:2800.54.  Knauf Gips KG specifically avers that Plaintiffs' damages, if any, were not proximately caused by a characteristic of the product that renders the product unreasonably dangerous, and that such damages, if any, did not arise from a reasonably anticipated use of the product by the claimant or another person or entity.  Knauf Gips KG further specifically pleads that no characteristic of the product at issue was unreasonably dangerous at the time the product left the control of Knauf Gips KG or results from a reasonably anticipated alteration or modification of the product.

## FIFTY-FIRST AFFIRMATIVE DEFENSE

Plaintiffs' claims may be barred, in whole or in part, due to the spoliation of evidence.

## FIFTY-SECOND AFFIRMATIVE DEFENSE

Knauf Gips KG affirmatively alleges and avers that it is not a manufacturer, seller, advertiser or distributer of KPT drywall.

## FIFTY-THIRD AFFIRMATIVE DEFENSE

Knauf Gips KG affirmatively alleges and avers that it is not the agent or apparent agent of any other Knauf Gips KG entity.

## FIFTY-FOURTH AFFIRMATIVE DEFENSE

Knauf Gips KG gives notice that it intends to rely upon such other defenses as may become available  or apparent during the course of discovery and reserve the right to amend this Answer to assert such defenses.

4815-2558-5005 v2
2930673-000008 08/24/2018

## FIFTY-FIFTH AFFIRMATIVE DEFENSE

Plaintiffs' claims should be dismissed and are barred for failure to fully comply with the Hague Convention on Service Abroad of Judicial and Extra-Judicial documents in Civil and Commercial Matters. Fed. R. Civ. P. 4; Fed. R. Civ. P. 12(b)(4)-(5).

**WHEREFORE**, Knauf Gips KG denies that plaintiffs are entitled to any of the relief requested in the Complaint. Accordingly, Knauf Gips KG requests that the Complaint be dismissed with prejudice, and that Knauf Gips KG be awarded costs and fees incurred in this action.

Respectfully submitted,

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC**

/s/ *Kerry J. Miller*
**KERRY J. MILLER (#24562), T.A.
DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170
Telephone:      (504) 566-8646
Facsimile:      (504) 585-6946
Email:          kjmiller@bakerdonelson.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, and to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this the 27th day of August, 2018.

/s/    *Kerry J. Miller*
**KERRY J. MILLER**

4815-2558-5005 v2
2930673-000008 08/24/2018