# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047<br><br>SECTION "L" |
| **This document relates to:**<br><br>*Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al*<br><br>**Case No. 14:cv-2722** | JUDGE ELDON FALLON<br><br>MAGISTRATE JOSEPH WILKINSON, JR. |

### GEBR. KNAUF KG F/K/A GEBR. KNAUF VERWALTUNGSGESELLSCHAFT KG'S MOTION FOR SUMMARY JUDGMENT

**NOW INTO COURT,** through undersigned counsel, comes defendant, Gebr. Knauf KG f/k/a Gebr. Knauf Verwaltungsgesellschaft KG ("GKV"), who files this Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 56 as to the claims asserted against it in Plaintiffs' Fifth Amended Class Action Complaint.[1]  For the reasons set forth more fully in the attached Memorandum in Support, Gebr. Knauf KG f/k/a Gebr. Knauf Verwaltungsgesellschaft KG's Motion for Summary Judgment should be granted.

---

[1] By filing this motion, Gebr. Knauf KG f/k/a Gebr. Knauf Verwaltungsgesellschaft KG does not waive and specifically reserves all rights and defenses, including but not limited to its pending 12(b)(2) Motion to Dismiss for Lack of Personal Jurisdiction.

Respectfully submitted,

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC**

/s/ *Kerry J. Miller*
**KERRY J. MILLER (#24562), T.A.
DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170
Phone: 504.566.8646
Fax:    504.585.6946
Email: kjmiller@bakerdonelson.com
***Counsel for Defendant,***
***Gebr. Knauf KG F/K/A***
***Gebr. Knauf Verwaltungsgesellschaft KG***

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, individually to pro se claimants by U.S. Mail, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this **27th** day of **August**, **2018**.

/s/ *Kerry J. Miller*
**KERRY J. MILLER**