# EXHIBIT A

Confidential - Subject to Further Confidentiality Review

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


_____

§ MDL NO. 2047
IN RE:                  §
CHINESE-                § SECTION: L
MANUFACTURED            §
DRYWALL PRODUCTS        § JUDGE FALLON
LIABILITY               §
LITIGATION              § MAGISTRATE
                        § JUDGE WILKINSON


-------------------------------------------
   CROSS-NOTICED IN VARIOUS OTHER ACTIONS
-------------------------------------------


                -   -   -


           September 13, 2011


                -   -   -


     CONFIDENTIAL - SUBJECT TO FURTHER
         CONFIDENTIALITY REVIEW
                -   -   -
        Videotaped deposition of DAVID N.
GREGORY, held at the offices of Kaye
Scholer LLP, 140 Aldersgate Street,
London, commencing at 9:01 a.m., on the
above date, before Ann Marie Mitchell,
Certified Court Reporter, Registered
Diplomate Reporter, Certified Realtime
Reporter and Notary Public.


                -   -   -


        GOLKOW TECHNOLOGIES, INC.
    877.370.3377 ph | 917.591.5672 fax
           deps@golkow.com

Confidential - Subject to Further Confidentiality Review

Page 176

 1   statements, clearly the statements --

 2   some of the statements there are, shall

 3   we say, marketing hype.

 4            Q.    They're false?

 5            A.    It's talked up.

 6            Q.    They're false?

 7            A.    Not 100 percent false, but

 8   it's talked up, you know.  Yes, there is

 9   an element of German machinery in all the

10   plants, some greater than others.  So,

11   yes, you could argue there's German

12   technology for sure, you know.  But as

13   for the bit of the quality issue, we make

14   to local standards wherever we are.

15            Q.    And Knauf marketed, and

16   particularly in China, it's German

17   quality.  Right?

18            A.    In China, certainly -- I

19   would rephrase it a different way.  I

20   would say that we lent on German

21   heritage, just the same as if BMW or

22   Mercedes are selling a car in China, they

23   don't have advertise it as made in China.

24   They're selling people an image of German

Confidential - Subject to Further Confidentiality Review

Page 247

```
 1          Q.    Now, do you know when they
 2   first started pulling raw materials out
 3   of the Luneng mine that was given to
 4   Knauf Tianjin to make drywall out of
 5   approximately?  I don't need the exact
 6   date.
 7          A.    I think what I said to you
 8   before is that basically that supply was
 9   inherited when the company was taken over
10   by KPT.
11          Q.    And that was approximately
12   when?
13          A.    I believe it was something
14   like 2001.
15          Q.    So 2001 when Knauf Tianjin
16   took over this plant, they already had a
17   supply of raw material from the Luneng
18   mine?
19          A.    I believe so.
20          Q.    And did they begin to use
21   that raw material from the Luneng mine to
22   make Knauf Tianjin drywall at that time?
23          A.    Again, it's before my time,
24   but I believe so.
```

Confidential - Subject to Further Confidentiality Review

Page 248

```
 1          Q.    And then from approximately

 2   2001 -- again, this is just based on your

 3   best recollection.  I know you weren't

 4   working for that company at the time.

 5   But basically based on your knowledge

 6   now, when did they stop using the raw

 7   material from the Luneng mine to make

 8   drywall from Knauf Tianjin?

 9          A.    End of 2006.  Well, let's

10   say around the end of 2006.

11          Q.    Around the end of 2006?

12          A.    Uh-huh.

13          Q.    And they stopped using the

14   raw material from Luneng mine in

15   approximately around the end of 2006

16   because why?

17          A.    Again, I can't remember

18   exactly where the source or how the

19   source of the information came to us, but

20   my understanding was that there had been

21   a connection made or potential connection

22   between the source of natural gypsum and

23   this issue of boards reportedly smelling.

24          Q.    Okay.
```

Confidential - Subject to Further Confidentiality Review

Page 254

```
 1          A.    Yes, I would.

 2          Q.    Now, I also want to get a

 3    little bit into this corporate structure.

 4    I think -- and I'm learning as we go, so

 5    bear with me.

 6                In China, I believe you've

 7    got one company called Knauf East Asia?

 8          A.    No, it's not a company.

 9    It's just a term that is attached to the

10    Knauf entities collectively that exists

11    in Asia, the geographic region.

12          Q.    I got you.  Okay.  That's

13    why I'm learning.  Okay.

14                Now, Knauf East Asia, the

15    term, it's not really a company, but it's

16    a term that's thrown around, that is made

17    up of Knauf Wuhu, Knauf Dongguan --

18                Did I pronounce that right?

19          A.    Yes.

20          Q.    -- and Knauf Tianjin?

21          A.    KPT, yes.

22          Q.    Now, those three companies,

23    they were all in China.  Correct?

24          A.    Yes.
```

Confidential - Subject to Further Confidentiality Review

Page 255

```
 1          Q.     Did they compete with each

 2    other for customers?

 3          A.     On the borders where they

 4    met, I guess they did, yeah.

 5          Q.     Did anybody have any type of

 6    agreement between Knauf Wuhu, Knauf

 7    Dongguan or Knauf Tianjin as to what

 8    areas they were supposed to sell in?

 9          A.     Well, I can't say what

10    happened before my tenure, but when I

11    took over as chief executive, I appointed

12    Mark Norris as commercial director.

13    Also, essentially he was in charge of

14    sales, marketing, customer services,

15    technical services, for each of the Knauf

16    entities.  So the commercial -- each of

17    those companies would have their own

18    commercial director who would report to

19    Mark.  So he would basically, between the

20    four of them, would organize the areas of

21    their, shall we say, capture.

22          Q.     And you said there was a

23    fourth one?

24          A.     That would be Knauf
```

Confidential - Subject to Further Confidentiality Review

Page 263

1    resigning from Knauf Wuhu.

2         Q.    Is there --

3              So there is a formal legal

4    entity known as Knauf North Asia Pacific?

5         A.    Nope.  Again, let's be

6    honest.  The title that's been on my name

7    card for the last 15 months, as I've said

8    before, it's a title of convenience,

9    because this is a transition period.

10        Q.    So really, you were the CEO

11   of the legal entity Knauf Wuhu?

12        A.    No.  I was CEO for the Knauf

13   entities in Asia, but my employer, in

14   other words, the person or the company

15   that pays my salary, is Knauf Wuhu.

16        Q.    I know I'm not getting this,

17   though.

18              You were CEO of a company.

19   Correct?

20        A.    No.  I was CEO for the Knauf

21   entities in East Asia.

22        Q.    Okay.

23              So you were on the board of

24   directors governing these three separate

Confidential - Subject to Further Confidentiality Review

Page 264

```
 1    companies?

 2          A.    Yes.

 3          Q.    I got you.

 4                Now, before you told me that

 5    the quality --

 6                Was there a quality control

 7    department other than your plant manager

 8    and your operations manager?  Was there a

 9    separate department for quality control?

10          A.    Yeah.  There's a QC

11    department.  Yes.

12          Q.    And who is in the quality --

13                Do you know who was in the

14    quality control department of Knauf

15    Tianjin back in 2005-2006, if you know?

16          A.    The name escapes me.

17          Q.    Was there a quality control

18    department in Knauf Tianjin in 2005-2006?

19          A.    When I was there in 2000 --

20    when I came back to China to take the

21    position of CEO, there was a QC

22    department there.  I guess there was one

23    before.

24          Q.    And what functions did the
```

Confidential - Subject to Further Confidentiality Review

Page 265

```
 1   quality control department perform when

 2   you got there?

 3        A.    Again, without going into

 4   details, in broad principle, as you said,

 5   checking raw materials, checking the

 6   finished products.

 7        Q.    So it wasn't just left up to

 8   the plant manager or the operations

 9   manager; there was also a separate,

10   distinct department that was supposed to

11   be in charge of making sure that the

12   products that they were creating were of

13   high quality and not defective?

14        A.    Well, they were -- let's

15   define high quality.

16             They were -- I'm just trying

17   to get my words clear.

18             You used the word "high

19   quality."  I would say that we were

20   producing plasterboard to a standard.

21   That's what we were doing.  And just to

22   be clear on this relationship between --

23   you're talking about the plant manager

24   and the QC department.  The QC department
```

Confidential - Subject to Further Confidentiality Review

Page 266

```
 1    was a department that reported to the

 2    plant manager.

 3           Q.    Right.

 4                 But it was a separate

 5    department?

 6           A.    It was a department within

 7    his organization, yes.

 8           Q.    And what was the standard

 9    that they were trying to make to?  When

10    you say standard, what is that defined

11    as?

12           A.    In China, there is a

13    national standard for plasterboard.

14    That's what we would be making to if the

15    board was destined for China.

16           Q.    Now, what is the national

17    standard as you know it?

18           A.    It would cover various

19    things like mechanical properties, size,

20    thickness, type, et cetera, whether it's

21    moisture, fire resistant and so on.

22           Q.    Was there an issue of

23    elemental makeup, what the drywall was

24    actually made of, that was a standard?
```

Confidential - Subject to Further Confidentiality Review

```
 1

 2                        CERTIFICATE

 3

 4

 5              I HEREBY CERTIFY that the
      witness was duly sworn by me and that the
 6    deposition is a true record of the
      testimony given by the witness.
 7
              It was requested before
 8    completion of the deposition that the
      witness, DAVID N. GREGORY, have the
 9    opportunity to read and sign the
      deposition transcript.
10

11

12

13

14         _____
           ANN MARIE MITCHELL, a Federally
15         Approved Certified Realtime
           Reporter, Registered Diplomate
16         Reporter and Notary Public

17

18

19

20              (The foregoing certification
21    of this transcript does not apply to any
22    reproduction of the same by any means,
23    unless under the direct control and/or
24    supervision of the certifying reporter.)
```

Confidential - Subject to Further Confidentiality Review

Page 461

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


_____    § MDL NO. 2047
                            §
IN RE:                      §
CHINESE-                    § SECTION: L
MANUFACTURED                §
DRYWALL PRODUCTS            § JUDGE FALLON
LIABILITY                   §
LITIGATION                  § MAGISTRATE
                            § JUDGE WILKINSON


--------------------------------------------
  CROSS-NOTICED IN VARIOUS OTHER ACTIONS
--------------------------------------------


                   -   -   -


          September 14, 2011


                   -   -   -


     CONFIDENTIAL - SUBJECT TO FURTHER
         CONFIDENTIALITY REVIEW

                   -   -   -


        Continued videotaped deposition of
DAVID N. GREGORY, held at the offices of
Kaye Scholer LLP, 140 Aldersgate Street,
London, commencing at 9:05 a.m., on the
above date, before Ann Marie Mitchell,
Certified Court Reporter, Registered
Diplomate Reporter, Certified Realtime
Reporter and Notary Public.


                   -   -   -


        GOLKOW TECHNOLOGIES, INC.
    877.370.3377 ph | 917.591.5672 fax
            deps@golkow.com

Confidential - Subject to Further Confidentiality Review

Page 507

1              MR. MAYESH:  Objection.

2              You may answer.

3              THE WITNESS:  Frankly, no.

4        I mean, it's written from the

5        Knauf Indonesia address.  I can't

6        really speculate on what gypsum it

7        was talking about or what

8        procedures it was talking about,

9        no.

10   BY MS. BYRNE:

11        Q.    What procedures were there

12   for checking gypsum that you can recall

13   sitting here today in approximately late

14   2006/early 2007?

15        A.    Whereabouts?  In Knauf

16   Indonesia?

17        Q.    Sure.  Why not?

18        A.    Okay.  I think again we

19   discussed it briefly yesterday.  We --

20   there would be -- sorry.  There is a QC

21   department in the plant at Knauf

22   Indonesia, and they would have a set of

23   test procedures that way they would run

24   for incoming gypsum.

Confidential - Subject to Further Confidentiality Review

1          Q.    And what did they test for?

2          A.    Again, it's not my field,

3   but, for example, they would be looking

4   at issues like purity, moisture content

5   and such like.

6          Q.    And did KPT have the similar

7   ability to conduct those tests?

8          A.    Yes.

9          Q.    And who was in charge of

10  those tests at KPT?

11         A.    Well, the QC department

12  reported to the plant manager.  At that

13  time, it would be a gentleman called Chen

14  Jie.

15         Q.    Could you spell that name

16  for us?

17         A.    Yes.  C-H-E-N, J-I-E.

18         Q.    Thank you.

19               Sitting here today, do you

20  have anything to testify about the notes

21  that we've just marked as Exhibit 40?

22         A.    Nothing further.

23         Q.    So the tests that you just

24  described about purity and moisture, are

Confidential - Subject to Further Confidentiality Review

Page 545

1    "German engineers are responsible for

2    quality control at our production base."

3              Do you see that?

4         A.    Yes.

5         Q.    That's a true statement?

6         A.    That is not true.

7         Q.    What is true?

8         A.    Well, certainly in my

9    view -- you're talking about who was

10   controlling -- let me just go back to the

11   sentence, please.

12             Well, certainly my time back

13   in China as the CEO, we did not have

14   German engineers responsible for quality

15   control.  We had a quality control

16   department in KPT staffed with local

17   Chinese employees.

18        Q.    So the statement "German

19   engineers are responsible for quality

20   control at our production base" is false?

21        A.    I would say so.

22        Q.    The next statement says,

23   "All personnel are trained by the

24   Germans."

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

1                    Is that a true statement?

2          A.     Nope.

3          Q.     What percentage of the

4    personnel are trained by the Germans

5    at -- were trained by the Germans at KPT

6    in 2005?

7          A.     2005, I have no idea.

8          Q.     In 2006?

9          A.     I wouldn't know, because

10   I -- I wouldn't know.  I mean, at one

11   time, I think as we established, Martin

12   Halbach was actually based in Tianjin, so

13   he would have trained certainly some of

14   the lead managers there, or they would

15   have, shall we say, learned from his

16   experience as well as formal training.

17   How many of those people were there after

18   that day, I don't know.

19          Q.     It says then, "We have set

20   up a professional lab to test raw

21   materials and product" liability,

22   "forming a stringent quality control

23   system."

24          A.     Uh-huh.

Confidential - Subject to Further Confidentiality Review

Page 548

1    quality control system."

2              Do you see that?

3         A.    I do.

4         Q.    Is that a true statement?

5         A.    I would say, yes, it is, in

6    that there was certainly a lab there, set

7    up to test raw materials and product

8    quality.  And there was a quality control

9    system there.

10        Q.    And in your view, the lab at

11   Tianjin was a professional lab to test

12   raw materials and product quality?

13        A.    I think it was, yes.

14        Q.    And the quality control

15   procedures were stringent in your view;

16   is that right?

17        A.    Again, stringent, it's --

18   there was a set procedure that people

19   followed for quality control, yes.

20        Q.    And what was that procedure?

21        A.    That you would have to ask

22   somebody who works in QC or the

23   production department.

24        Q.    You have no knowledge as to

Confidential - Subject to Further Confidentiality Review

Page 682

1           A.    Yes.

2           Q.    What about your other

3    plants?  How do you make sure that those

4    other plants aren't producing the same

5    type of drywall, bad drywall, I guess?

6           A.    Because we say that, even at

7    the stage of late 2006, we'd identified

8    the connection between that source of

9    natural gypsum and, say, the reported

10   smell issue.  And that was -- at that

11   time, that was the only plant which was

12   taking gypsum from that particular

13   source.

14          Q.    And the source being the

15   Luneng mine?

16          A.    Again, I don't want to

17   comment too deeply on that, but it was

18   the only one taking source from that

19   particular place.

20          Q.    Well, you say that.  And I'm

21   going to show you what I am going to mark

22   as 52.

23                          -  -  -

24                (Deposition Exhibit No.

Confidential - Subject to Further Confidentiality Review

Page 769

```
 1

 2                         CERTIFICATE

 3

 4

 5              I HEREBY CERTIFY that the
    witness was duly sworn by me and that the
 6  deposition is a true record of the
    testimony given by the witness.
 7
                It was requested before
 8  completion of the deposition that the
    witness, DAVID N. GREGORY, have the
 9  opportunity to read and sign the
    deposition transcript.
10

11

12

13

14         _____
           ANN MARIE MITCHELL, a Federally
15         Approved Certified Realtime
           Reporter, Registered Diplomate
16         Reporter and Notary Public

17

18

19

20              (The foregoing certification

21  of this transcript does not apply to any

22  reproduction of the same by any means,

23  unless under the direct control and/or

24  supervision of the certifying reporter.)
```

Golkow Technologies, Inc. - 1.877.370.DEPS