# EXHIBIT C

| 828 | | 830 | |
|---|---|---|---|
| 1 | UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA | 1 | APPEARANCES (cont.'d): |
| 2 | | 2 | |
| 3 | § MDL NO. 2047 IN RE: § | 3 | WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC |
| 4 | CHINESE- § SECTION: L MANUFACTURED § | 4 | BY: MICHAEL A. SEXTON, ESQUIRE 3344 Peachtree Road |
| 5 | DRYWALL PRODUCTS § JUDGE FALLON LIABILITY § | 5 | Suite 2400 Atlanta, Georgia 30326 |
| 6 | LITIGATION § MAGISTRATE § JUDGE WILKINSON | 6 | Msexton@wwhgd.com (404) 875-2700 |
| 7 | ---------------------------------------- | 7 | Representing Various Banner Defendants |
| 8 | CROSS-NOTICED IN VARIOUS OTHER ACTIONS ---------------------------------------- | 8 | |
| 9 | | 9 | |
| 10 | - - - | 10 | OFFICE OF THE ATTORNEY GENERAL, STATE OF LOUISIANA |
| 11 | August 10, 2011 | 11 | BY: DAVID CALDWELL, ESQUIRE 1885 North 3rd Street |
| 12 | - - - | 12 | Baton Rouge, Louisiana 70802 (225) 326-6300 |
| 13 | CONFIDENTIAL - SUBJECT TO FURTHER CONFIDENTIALITY REVIEW | 13 | Representing the State of Louisiana |
| 14 | - - - | 14 | |
| 15 | Continued videotaped deposition of MARK PATRICK NORRIS, held at the offices | 15 | QUINN EMANUEL URQUHART & SULLIVAN, LLP BY: RICHARD VAGAS, ESQUIRE |
| 16 | of Baker & McKenzie, 23rd Floor, One Pacific Place, 88 Queensway, Hong Kong | 16 | 51 Madison Avenue, 22nd Floor New York, New York 10010 |
| 17 | SAR, China, commencing at 9:04 a.m., on the above date, before Ann Marie | 17 | (212) 849-7000 richardvagas@quinnemanuel.com |
| 18 | Mitchell, Certified Court Reporter, Registered Diplomate Reporter, Certified | 18 | Representing Chartis Select Insurance Company and Related Chartis Insurers |
| 19 | Realtime Reporter and Notary Public. | 19 | |
| 20 | - - - | 20 | THOMPSON COE COUSINS & IRONS, L.L.P. |
| 21 | | 21 | BY: KEVIN F. RISLEY, ESQUIRE One Riverway, Suite 1600 |
| 22 | GOLKOW TECHNOLOGIES, INC. 877.370.3377 ph | 917.591.5672 fax | 22 | Houston, Texas 77056 (713) 403-8210 |
| 23 | deps@golkow.com | 23 | krisley@thompsoncoe.com Representing The North River |
| 24 | | 24 | Insurance Company |

| 829 | | 831 | |
|---|---|---|---|
| 1 | APPEARANCES: | 1 | APPEARANCES VIA TELEPHONE: |
| 2 | COLSON HICKS EIDSON | 2 | SHUTTS & BOWEN LLP |
| 3 | BY: ERVIN A. GONZALEZ, ESQUIRE 255 Alhambra Circle | 3 | BY: AMANDA G. SIMMONS, ESQUIRE 300 South Orange Avenue |
| 4 | Penthouse Coral Gables, Florida 33134 | 4 | Suite 1000 Orlando, Florida 32801 |
| 5 | (305) 476-7400 ervin@colson.com | 5 | (407) 423-3200 ASimmons@shutts.com |
| 6 | Representing the Plaintiffs' Steering Committee | 6 | Representing Pulte Home Corp. |
| 7 | | 7 | |
| 8 | LUMPKIN REEVES & MESTAYER | 8 | HAYNSWORTH SINKLER BOYD, P.A. BY: CHRISTOPHER B. MAJOR, ESQUIRE |
| 9 | BY: JAMES R. REEVES, JR., ESQUIRE 160 Main Street | 9 | 75 Beattie Place - 11th Floor Greenville, South Carolina 29601 |
| 10 | Biloxi, Mississippi 39530 (877) 377-5152 | 10 | (864) 240-3200 cmajor@hsblawfirm.com |
| 11 | Jrr@lumpkinreeves.com Representing the Plaintiffs' | 11 | Representing USG Corporation, L&W Supply Corporation |
| 12 | Steering Committee | 12 | |
| 13 | | 13 | |
| 14 | KAYE SCHOLER LLP BY: JAY P. MAYESH, ESQUIRE | 14 | JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE LLP |
| 15 | BY: KARIN E. GARVEY, ESQUIRE 425 Park Avenue | 15 | BY: MEGAN E. DONOHUE, ESQUIRE 600 Jefferson Street, Suite 1600 |
| 16 | New York, New York 10022 (212) 836-8000 | 16 | Lafayette, Louisiana 70501 (337) 262-9062 |
| 17 | jmayesh@kayescholer.com kgarvey@kayescholer.com | 17 | mdonohue@joneswalker.com Representing Fireman's Fund Insurance Company |
| 18 | Representing Various Knauf Defendants and the Witness, | 18 | |
| 19 | Mark Patrick Norris | 19 | |
| 20 | | 20 | RUMBERGER, KIRK & CALDWELL, P.A. BY: GENNY A. CASTELLANOS, ESQUIRE |
| 21 | | 21 | Brickell Bayview Centre, Suite 3000 80 Southwest 8th Street |
| 22 | | 22 | Miami, Florida 33130 (305) 358-5577 |
| 23 | | 23 | gcastellanos@rumberger.com Representing several defendants and |
| 24 | | 24 | Defendants' Liaison Counsel for Installers |

876

| | |
|---|---|
| 1 | Q. Did you consider letting |
| 2 | INEX know, look, we had a problem with |
| 3 | Banner involving this drywall problem, do |
| 4 | you have similar problems? |
| 5 | A. No. We were only reacting |
| 6 | on complaints that were coming forth. |
| 7 | Q. So if someone didn't raise |
| 8 | it to you, you didn't voluntarily let |
| 9 | people know about the problem? |
| 10 | A. No, we didn't. We waited |
| 11 | for complaints to come forward to us. |
| 12 | Q. That's true for all the |
| 13 | other distributors as well? |
| 14 | A. We only had three customers |
| 15 | in the States, as you know. |
| 16 | Q. And which ones were those? |
| 17 | A. So it was INEX and Salomon |
| 18 | and L&W. |
| 19 | Q. So you didn't tell L&W about |
| 20 | the Banner settlement? |
| 21 | A. No, I didn't tell L&W. |
| 22 | MR. MAYESH: Wait one |
| 23 | second. |
| 24 | How long have we go gone, |

877

| | |
|---|---|
| 1 | please? |
| 2 | MR. GONZALEZ: Yes. |
| 3 | VIDEOTAPE TECHNICIAN: 32 |
| 4 | minutes. |
| 5 | MR. GONZALEZ: 32? Okay. |
| 6 | Thank you very much, sir. |
| 7 | MR. MAYESH: Thank you. |
| 8 | THE WITNESS: Thank you, |
| 9 | gentlemen. |
| 10 | MR. RISLEY: May I ask some |
| 11 | questions? We didn't ask many in |
| 12 | the deposition. I just want to |
| 13 | follow up on two points. |
| 14 | MR. MAYESH: No. |
| 15 | MR. RISLEY: We've noticed |
| 16 | the deposition. We cross-noticed. |
| 17 | We're here to ask questions. |
| 18 | MR. MAYESH: This is -- no. |
| 19 | This is nothing personal to the |
| 20 | client. |
| 21 | MR. RISLEY: Understood. |
| 22 | MR. MAYESH: But I am afraid |
| 23 | that if I exceed the judge's |
| 24 | order, I then open the door to |

878

| | |
|---|---|
| 1 | other people who say, well, I have |
| 2 | two more questions. Oh, I have |
| 3 | three follow-up questions. And |
| 4 | since we all went to a great deal |
| 5 | of trouble to get this order, I |
| 6 | think a position I must take is, I |
| 7 | stand on the order. So I'm sorry. |
| 8 | I apologize to you. |
| 9 | MR. RISLEY: I respect the |
| 10 | position. I do want to put on the |
| 11 | record, I am here, I have less |
| 12 | than five minutes of questions. I |
| 13 | will reserve the rights to visit |
| 14 | with the judge whether we get a |
| 15 | chance to ask them later. |
| 16 | MR. MAYESH: Fair enough. |
| 17 | MR. SEXTON: Banner makes |
| 18 | the same objection. It's not |
| 19 | limited in any way. There is |
| 20 | notice, there was no protective |
| 21 | order. It's unilaterally being |
| 22 | shut down by counsel for Knauf, |
| 23 | who believes this man doesn't have |
| 24 | important testimony, it appears. |

879

| | |
|---|---|
| 1 | Thank you. |
| 2 | MR. MAYESH: Anybody |
| 3 | else with a statement? |
| 4 | MR. VAGAS: Chartis |
| 5 | Insurance has the same objection. |
| 6 | MR. MAYESH: Same. |
| 7 | Anybody else, Louisiana? |
| 8 | MR. CALDWELL: Same, in |
| 9 | light of the new production in the |
| 10 | documents. |
| 11 | MR. MAYESH: Thank you all |
| 12 | very much. |
| 13 | VIDEOTAPE TECHNICIAN: We |
| 14 | are going off the record. The |
| 15 | time is 9:36 a.m. This is the end |
| 16 | of Tape 1, the end of the |
| 17 | deposition. |
| 18 | - - - |
| 19 | (Deposition concluded at |
| 20 | 9:36 a.m.) |
| 21 | - - - |

```
                                                          880                                                                  882
 1           C E R T I F I C A T E                             1            - - - - - -
 2                                                             2            E R R A T A
 3       I, Ann Marie Mitchell, a                                           - - - - - -
     Registered Diplomate Reporter, Certified                  3   PAGE  LINE  CHANGE
 4   Court Reporter and Notary Public, do                      4   ____  ____  _____
     hereby certify that, pursuant to notice,                  5   REASON:  ___  _____
 5   the deposition of MARK PATRICK NORRIS was
     duly taken on August 10, 2011 at 9:04                     6   ____  ____  _____
 6   a.m. before me.                                           7   REASON:  ____  _____
 7
         The said MARK PATRICK NORRIS                          8   ____  ____  _____
 8   was duly sworn by me according to law to                  9   REASON:  _____  _____
     tell the truth, the whole truth and
 9   nothing but the truth and thereupon did                  10   ____  ____  _____
     testify as set forth in the above                        11   REASON:  _____  _____
10   transcript of testimony.  The testimony
     was taken down stenographically by me.                   12   ____  ____  _____
11                                                            13   REASON:  _____  _____
12       I do further certify that
     the above deposition is full, complete                   14   ____  ____  _____
13   and a true record of all the testimony                   15   REASON:  _____  _____
     given by the said witness.
14                                                            16   ____  ____  _____
15                                                            17   REASON:  _____  _____
16       Ann Marie Mitchell
         Registered Diplomate Reporter                        18   ____  ____  _____
17       Certified Realtime Reporter                          19   REASON:  _____  _____
18
19                                                            20   ____  ____  _____
20       (The foregoing certification                         21   REASON:  _____  _____
     of this transcript does not apply to any
21   reproduction of the same by any means,                   22   ____  ____  _____
     unless under the direct control and/or                   23   REASON:  _____  _____
22   supervision of the certifying reporter.)
23                                                            24
24

                                                          881                                                                  883
 1       INSTRUCTIONS TO WITNESS                               1
 2                                                             2       ACKNOWLEDGMENT OF DEPONENT
 3                                                             3
 4       Please read your deposition                                   I,_____, do
 5   over carefully and make any necessary                     4   hereby certify that I have read the
 6   corrections.  You should state the reason                     foregoing pages, 828-884, and that the
 7   in the appropriate space on the errata                    5   same is a correct transcription of the
 8   sheet for any corrections that are made.                      answers given by me to the questions
 9                                                             6   therein propounded, except for the
10       After doing so, please sign                               corrections or changes in form or
11   the errata sheet and date it.  It will be                 7   substance, if any, noted in the attached
12   attached to your deposition.                                  Errata Sheet.
13                                                             8
14       It is imperative that you                             9   _____
15   return the original errata sheet to the                       MARK PATRICK NORRIS         DATE
16   deposing attorney within thirty (30) days                10
17   of receipt of the deposition transcript                  11
18   by you.  If you fail to do so, the                       12
19   deposition transcript may be deemed to be                13
20   accurate and may be used in court.                       14
21                                                            15
22                                                            16   Subscribed and sworn
23                                                                 to before me this
24                                                            17   _____ day of _____, 20____.
                                                              18   My commission expires:_____
                                                              19
                                                                   _____
                                                              20   Notary Public
                                                              21
                                                              22
                                                              23
                                                              24
```