# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: **CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL 2047**<br><br>**SECTION "L"** |
| **This document relates to:**<br><br>*Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al*<br><br>**Case No. 14:cv-2722** | **JUDGE ELDON FALLON**<br><br>**MAGISTRATE JOSEPH WILKINSON, JR.** |

## PROPOSED ORDER

Considering defendant, Gebr. Knauf KG f/k/a Gebr. Knauf Verwaltungsgesellschaft KG's Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 56;

**IT IS HEREBY ORDERED** that defendant, Gebr. Knauf KG f/k/a Gebr. Knauf Verwaltungsgesellschaft KG's Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 56 is GRANTED and the plaintiffs' claims against it are hereby dismissed with prejudice.

New Orleans, Louisiana, this _____ day of _____, 2018.

_____
Honorable Eldon E. Fallon
United States District Judge