# EXHIBIT H

## DECLARATION OF JÖRG SCHANOW

Pursuant to 28 U.S.C. § 1746, I, Jörg Schanow, declare under penalty of perjury as follows:

1. My name is Jörg Schanow and I am of the age of majority and a resident of the Federal Republic of Germany. I make this declaration under the penalty of perjury based upon my personal knowledge.

2. I am General Counsel for Knauf International GmbH.

3. In my role as General Counsel, I have personal knowledge and familiarity regarding the corporate formation and operations of various Knauf entities, including Knauf International GmbH.

4. Knauf International GmbH is a German limited liability company with its principal place of business in Iphofen, Germany. The members of Knauf International GmbH are Gebr. Knauf KG and Isogranulat GmbH.

5. Knauf International GmbH does not and has never had any partners based in Texas, Louisiana, Mississippi, Alabama or Florida.

6. Knauf International GmbH has never held any members or board of directors meetings in Texas, Louisiana, Mississippi, Alabama or Florida.

7. None of Knauf International GmbH's employees reside in Texas, Louisiana, Mississippi, Alabama or Florida.

8. Knauf International GmbH has never obtained loans or any other financing from banks, or any other source of financing, in the United States.

9. Knauf International GmbH has never owned or leased any assets or property in Texas, Louisiana, Mississippi, Alabama or Florida, and has never held a mortgage or lien on any real property within those states.

10. Knauf International GmbH does not host any of its corporate documents or records in the United States.

11. Knauf International GmbH has never been licensed or registered to conduct business in Texas, Louisiana, Mississippi, Alabama or Florida, has never sued anyone in those states, and has never contracted to obtain insurance in those states.

12. Knauf International GmbH has never paid taxes in Texas, Louisiana, Mississippi, Alabama or Florida.

13. Knauf International GmbH is a holding company. It does not design, manufacture, market, sell, or distribute any products in any countries.

14. Knauf International GmbH did not design, manufacture, market, sell, or distribute any gypsum-based products to the United States between 2005 and 2007.

15. Knauf International GmbH does not design, manufacture, market, sell, or distribute any gypsum-based drywall products.

16. Knauf International GmbH does not conduct any operations regarding the design, manufacture, marketing, distribution or sale of any products.

17. Knauf International GmbH does not conduct any operations in the United States or China.

18. Knauf International GmbH did not and does not control the chain of supply or exert operational control over Knauf Plasterboard (Tianjin) Co., Ltd..

19. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 20th day of August, 2018.

_____
Jörg Schanow