# EXHIBIT B

**In Re:**

*Chinese Drywall Litigation*

---

*Martin Stuermer*

*Vol. III*

*October 15, 2010*

*Confidential – Subject to Further Confidentiality Review*

---

*GOLKOW TECHNOLOGIES, INC.*

*Excellence In Court Reporting For Over 20 Years*

*877.370.3377*

*deps@golkow.com*

Original File ms101510.txt

**Min-U-Script®**

Martin Stuermer - Vol. III
Confidential – Subject to Further Confidentiality Review

712

1          companies earning money creating

2          or generating a positive cash

3          flow, which are in the position to

4          make a cash dividend or to grant a

5          loan, transfer further money to

6          the holding company, and the

7          holding company invested the money

8          in further investments.

9     BY MR. MAYESH:

10         Q.    Okay.

11              Let me ask you some other

12    questions, please, about the structure of

13    the companies that make up The Knauf

14    Group of companies.  I believe you

15    testified just a moment ago that each

16    company is a separate corporation; is

17    that right?

18         A.    That's right.

19              MR. HERMAN:  IMPCRO,

20         objection.

21              MR. MAYESH:  What does he

22         mean by "IMPCRO"?

23    BY MR. MAYESH:

24         Q.    Why?  Why is the structure

Martin Stuermer - Vol. III
Confidential – Subject to Further Confidentiality Review

727

1    for each of the companies within the

2    group?

3            A.    Yes, of course.

4            Q.    These are separate bank

5    accounts?

6            A.    Also bank accounts.

7            Q.    What other types of separate

8    accounts are kept?

9            A.    Well, the accounts within

10   the accounting department saying, well,

11   customers' accounts or supplier accounts

12   or shareholders' equity accounts, every

13   company has to keep their own accounts.

14           Q.    Have you ever commingled the

15   accounts of any of The Knauf Group of

16   companies?

17                 MR. HERMAN:  Objection.

18                 THE WITNESS:  No.

19   BY MR. MAYESH:

20           Q.    Has it ever happened, to

21   your knowledge, that any of The Knauf

22   Group of companies have commingled their

23   accounts?

24                 MR. HERMAN:  Objection.

Martin Stuermer - Vol. III
Confidential – Subject to Further Confidentiality Review

809

```
 1              C E R T I F I C A T E

 2

 3              I, LINDA L. GOLKOW, a
        Registered Diplomate Reporter, Certified
 4      Court Reporter and Notary Public, do
        hereby certify that, pursuant to notice,
 5      the deposition of MARTIN STUERMER was
        duly taken on October 15, 2010 at 9:21
 6      a.m. before me.

 7

                The said MARTIN STUERMER was
 8      duly sworn by me according to law to tell
        the truth, the whole truth and nothing
 9      but the truth and thereupon did testify
        as set forth in the above transcript of
10      testimony.  The testimony was taken down
        stenographically by me.

11

12              I do further certify that
        the above deposition is full, complete
13      and a true record of all the testimony
        given by the said witness.

14

15

16

17

18      Linda L. Golkow
        Registered Diplomate Reporter
19      Certified Realtime Reporter

20

21              (The foregoing certification
        of this transcript does not apply to any
22      reproduction of the same by any means,
        unless under the direct control and/or
23      supervision of the certifying reporter.)

24
```

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377