# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : MDL No. 2047<br>: Section L<br>: |
| This Document Relates to<br>Case No. 09-4119 | : JUDGE FALLON<br>: MAG. JUDGE WILKINSON |

## DEFENDANT MANUFACTURERS' PROFILE FORM

All Defendant Drywall Manufacturers must complete and submit this Defendant Manufacturers' Profile Form. Each Defendant Drywall Manufacturer must complete and sign a Defendant Manufacturers' Profile Form for all shipments or deliveries of Chinese Drywall into, or for importation into, the US from 2001 through 2009. Each Defendant Drywall Manufacturer must complete and sign a separate Exhibit A for any individual named Plaintiff with an action pending in Federal Court. If additional knowledge becomes known after completion, this Defendant Manufacturers' Profile Form must be supplemented. If additional space is needed to answer any questions or complete your responses, additional pages may be attached. In addition, if any attachments or documents are provided in response to any question, please identify the specific question within this Defendant Manufacturers' Profile Form that relates to the specific attachment or document.

The questions contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law. Please print legibly or type your responses in English.

I. **CONTACT INFORMATION OF DEFENDANT MANUFACTURER COMPLETING THIS PROFILE FORM**

    A. Manufacturer Name  Knauf Plasterboard (Tianjin) Co., Ltd. ("KPT")[1]

    B. Address  North Yinhe Bridge, East Jingin Road, Beichen District, Tianjin, 300400, P.R. China

    C. Phone number  +86 22-2697-2777

    D. Email address  info@mail.knauf.com.cn

    E. Web site  N/A

    F. President or CEO  David Gregory, Chief Executive Officer

    G. Headquarters if Foreign  Tianjin, China

---

[1] Knauf Plasterboard (Tianjin) Co., Ltd. is responding to Defendant Manufacturers' Profile Form voluntarily and in the spirit of cooperation in these multidistrict proceedings but without waiving any of its rights to object, in these or in any other proceedings, to: (i) the sufficiency of process or the service of process upon it; (ii) the jurisdiction of this or any other court over it; and/or (iii) any discovery and that may be served upon it on any grounds including, without limitation, that such discovery violates the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters.

H. Address of USA Headquarters _None_

I. Name of supervisor at USA Headquarters _None_

J. Principal Place of Business in USA _None_

K. List of all offices or locations in USA where entity has done business at any time in 2001 through 2009 _None_

L. Name of Manager at each office or location identified in I(J) above _None_

(If you have identified more than one entity in I(A) above separately answer I(B)-I(L) for each entity.)

II. **COUNSEL INFORMATION OF DEFENDANT MANUFACTURER**

A. Name: _Doug Sanders, Baker & McKenzie LLP; Don Hayden, Baker & McKenzie LLP_

B. Address: _130 E. Randolph Dr., One Prudential Plaza, Chicago IL 60657;_
_Mellon Financial Center, 1111 Brickell Avenue, Suite 1700, Miami FL 33131_

C. Phone Number: _+1 312 861-8075; +1 305 789-8966_

D. Fax Number: _+1 312 698-2375; +1 305 789-8953_

E. E-Mail: _douglas.b.sanders@bakernet.com; donald.j.hayden@bakernet.com_

III. **CHINESE DRYWALL PRODUCT IDENTIFICATION AND CHAIN OF DISTRIBUTION**

1. Product Identification:

Name of Manufacturer(s)' drywall product:

Identify any markings on the drywall product (e.g. lot number, batch number, serial number, color markings, UPC codes, etc.): _Knauf-Tianjin China-ASTM C36 [date code/time code]_

List all trademarks applicable to the product: : _"Knauf" is a registered trademark in China._

Is the drywall that is the subject of this litigation known or referred to, either by the public or only internally within your company, by any other names, brand names, titles, or designations? Provide a detailed list of all names, brand names, titles, and designations by which this drywall is known: _No._

Is the drywall that is the subject of this litigation manufactured in any other types or versions? Please describe such other types and how they may be identified: _Standard drywall can be manufactured in different sizes, but all standard drywall for sale to U.S. was manufactured as 12.7mm x 1220mm x 3660mm._

Is the drywall that is the subject of this litigation sold by any other party under its own name? If so, provide a list of all parties selling your drywall under their names, and the brand names under which the drywall is sold: _No._

2. Shipment Information (identify the following for each shipment to, or for importation to, the United States):

_See the attached table which KPT incorporates herein as its response to Question No. 2 and Section III generally._

Exporter Name:

Address of Exporter:

2

Date of Export: ___/___/_____ (Month / Day / Year)

Name of all ports through which shipment was in transit: _____

Name of final port where shipment was offloaded: _____

Date shipment was offloaded: ___/___/_____ (Month / Day / Year)

Amount of Drywall exported: _____

Name of shipper: _____

Address of shipper: _____

Mode of Shipment: _____

Name of vessel: _____

3. Importer Information (identify the following for each importer):

Importer Name: _____

Address of Importer: _____

Date of Import: ___/___/_____ (Month / Day / Year)

Amount of Drywall imported: _____

4. Distributor in USA:

To the extent you are aware of the distributor or drywall contractor/installer, for any shipments of your product to the USA, provide such information: KPT sold its products to three companies in the United States, Interior Exterior Supply, Rothchilt International and L&W Supply Company. KPT has learned that at least a portion of its drywall that was sold to Rothchilt International was sold to Banner Supply Company in Florida. KPT has no knowledge of the distribution chain of its plasterboard in the United States beyond that

5. Are you are of any brokers or intermediary agents involved in the supply chain who purchased or took possession of your product, either directly from you or from a successor in distribution? .

See attachment in response to Question No. 2.

6. If any of your Chinese drywall was stored at any time by or for you at any location, identify the following:

Name of entity providing storage: KPT stored drywall for a limited time period at its facility prior to shipment and then the drywall was transported to the ship where it was loaded immediately. KPT does not have any knowledge of

3

how its drywall is handled or stored in the regular course of business once the drywall is put on the ship at the port in China.

Address of entity providing storage: _____

_____

_____

Dates product was stored:

___/___/_____ (Month / Day / Year) to ___/___/_____ (Month / Day / Year)

Quantity of product stored: _____

Price paid for storage: _____

Name of contact person at storage facility: _____

Phone number: _____

Email address: _____

List any complaints made or received regarding storage of the product:

_____

7. Describe all agreements existing between the manufacturer and: exporters; importers; shippers; and distributors, relating to each shipment of Chinese drywall to, or for importation to, the United States.

   KPT has entered into agreements with three entities to sell plasterboard into the United States in 2005 and 2006. All of the agreements are single page agreements or purchase orders.

8. For all shipments or deliveries of Chinese Drywall into, or for importation into, the US from 2001-2009, please indicate whether you provided any of the following

   a. Express warranties: None

   b. Product specifications: Standard gypsum board; 12.7mm x 1220mm x 3660mm

   c. Product information and/or instructions for storage or use: None

## IV. INSURANCE

A. Identify all policies of insurance, including all CGL, Product Liability, Builder's Risk, D&O and Excess insurance policies relating to claims.

   KPT does not have insurance responsive to this request.

   1. For each policy, identify the following:

      Insurer: _____

      Dates policy in effect:

      ___/___/_____ (Month / Day / Year) to ___/___/_____ (Month / Day / Year)

      Policy Number: _____

Type of Policy: _____

Insurance Agent _____

Policy Coverage Limits _____

Produce a copy of the Declaration page, exclusions and policy of insurance.

B. Identify all claims you have made on any insurance policies relating to the manufacture or shipment of products identified in Section V above.

1. For each claim please provide the following:

Date: ___/___/_____ (Month / Day / Year)

Insurer: _____

Description of claim: _____

Insurer's response to claim: _____

If in litigation:

Caption of Case:_____

Name and address of attorneys involved:_____

_____

_____

Insurance carriers involved:_____

_____

## CERTIFICATION

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Defendant Manufacturers' Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration, to the extent that such documents are in my possession, custody or control.

*/s/ Mark Norris*

| _____ | ___Mark Norris___ | ___2nd September 2009 |
| Signature | Print Name | Date |

5

| Purchaser | Purchaser Contact Information | Shipment Date | Volume (m2) | Ship | Port of Loading | Port of Delivery | Ship Arrival Date* | Other Export/Import Data |
|---|---|---|---|---|---|---|---|---|
| Interior Exterior Building Supply Co. | P.O. Box 4002, New Orleans, Louisiana, USA 70178 | 8 December 2005 | 446,654 | Mystras | Tianjin | New Orleans | 2006-1-16 | J.W. Allen & Co., Inc. 200 Crofton Road, Box 34, Kenner LA, 70062, USA |
| | | 23 December 2005 | 637,631 | HBC Toronto | Tianjin | New Orleans | 2006-2-2 | J.W. Allen & Co., Inc. 200 Crofton Road, Box 34, Kenner LA, 70062, USA |
| | | 4 March 2006 | 748,760 | Dual Confidence | Tianjin | New Orleans | 2006-4-14 | J.W. Allen & Co., Inc. 200 Crofton Road, Box 34, Kenner LA, 70062, USA |
| | sub-total | | 1,833,045 | | | | | |
| L&W Corporation** | 125 S. Franklin St, Chicago, IL 60606, +1 312 606-4515 | 11 April 2006 | 500,995 | M.V. Great Immensity | Xiangang | Tampa | 2006-5-19 | N/A |
| Rothchili International Limited | N-510 Chia Hsin Bldg Annex, 96 Chung Shan N. Rd. Sec. 2, Taipei Taiwan R.O.C. +886 02 2522458 | 16 January 2006 | 23,558 | [sic]endborg Maresk | Xiangang | Miami | February 2006 | La Suprema Enterprise, Inc. 20201 East Country Club Dr., Suite 501, Aventura, FL 33180 |
| | | 21 January 2006 | 33,757 | Clementine Maresk | Xiangang | Miami | February 2006 | La Suprema Enterprise, Inc. 20201 East Country Club Dr., Suite 501, Aventura, FL 33180 |
| | | 25 February 2006 | 84,392 | A.P. Moller | Xiangang | Miami | March 2006 | La Suprema Enterprise, Inc. 20201 East Country Club Dr., Suite 501, Aventura, FL 33180 |
| | | 4 March 2006 | 112,523 | SL Meteor | Xiangang | Miami | April 2006 | La Suprema Enterprise, Inc. 20201 East Country Club Dr., Suite 501, Aventura, FL 33180 |
| | | 9 March 2006 | 140,654 | E.R. Amsterdam | Xiangang | Miami | April 2006 | La Suprema Enterprise, Inc. 20201 East Country Club Dr., Suite 501, Aventura, FL 33180 |
| | | 17 March 2006 | 140,654 | E.R. Felixstowe | Xiangang | Miami | May 2006 | La Suprema Enterprise, Inc. 20201 East Country Club Dr., Suite 501, Aventura, FL 33180 |
| Knauf Plasterboard (Tianjin) Co., Ltd. | | 24 March 2006 | 168,785 | Nedlloyd Drake | Xiangang | Miami | May 2006 | La Suprema Enterprise, Inc. 20201 East Country Club Dr., Suite 501, Aventura, FL 33180 |
| | | 31 March 2006 | 168,785 | Nedlloyd Mercator | Xiangang | Miami | May 2006 | La Suprema Enterprise, Inc. 20201 East Country Club Dr., Suite 501, Aventura, FL 33180 |
| | | 7 April 2006 | 168,785 | E.R. London | Xiangang | Miami | May 2006 | La Suprema Enterprise, Inc. 20201 East Country Club Dr., Suite 501, Aventura, FL 33180 |
| | | 14 April 2006 | 126,588 | E.R. Amsterdam | Xiangang | Miami | May 2006 | La Suprema Enterprise, Inc. 20201 East Country Club Dr., Suite 501, Aventura, FL 33180 |
| | | 20 April 2006 | 98,458 | SL Illinois | Xiangang | Miami | May 2006 | La Suprema Enterprise, Inc. 20201 East Country Club Dr., Suite 501, Aventura, FL 33180 |
| | | 28 April 2006 | 98,458 | Nedlloyd Drake | Xiangang | Miami | May 2006 | La Suprema Enterprise, Inc. 20201 East Country Club Dr., Suite 501, Aventura, FL 33180 |
| | | 5 May 2006 | 98,458 | [sic] | Xiangang | Miami | June 2006 | La Suprema Enterprise, Inc. 20201 East Country Club Dr., Suite 501, Aventura, FL 33180 |
| | | 11 May 2006 | 98,458 | E.R. London | Xiangang | Miami | June 2006 | La Suprema Enterprise, Inc. 20201 East Country Club Dr., Suite 501, Aventura, FL 33180 |
| | | 18 May 2006 | 98,458 | E.R. Amsterdam | Xiangang | Miami | June 2006 | La Suprema Enterprise, Inc. 20201 East Country Club Dr., Suite 501, Aventura, FL 33180 |
| | | 25 May 2006 | 98,458 | E.R. Felixstowe | Xiangang | Miami | June 2006 | La Suprema Enterprise, Inc. 20201 East Country Club Dr., Suite 501, Aventura, FL 33180 |
| | | 2 June 2006 | 112,523 | Nedlloyd Drake | Xiangang | Miami | July 2006 | La Suprema Enterprise, Inc. 20201 East Country Club Dr., Suite 501, Aventura, FL 33180 |
| | | 9 June 2006 | 112,523 | Nedlloyd Mercator | Xiangang | Miami | July 2006 | La Suprema Enterprise, Inc. 20201 East Country Club Dr., Suite 501, Aventura, FL 33180 |

| | | | | | |
|---|---|---|---|---|---|
| 12 June 2006 | 28,131 | SL Charger | Xiangang | Miami | July 2006 | La Suprema Enterprise, Inc. 20201 East Country Club Dr., Suite 501, Aventura, FL 33180 |
| 15 June 2006 | 56,262 | SL Endurance | Xiangang | Miami | July 2006 | La Suprema Enterprise, Inc. 20201 East Country Club Dr., Suite 501, Aventura, FL 33180 |
| 19 June 2006 | 84,392 | SL Meteor | Xiangang | Miami | July 2006 | La Suprema Enterprise, Inc. 20201 East Country Club Dr., Suite 501, Aventura, FL 33180 |
| 23 June 2006 | 56,262 | E.R. Amsterdam | Xiangang | Miami | July 2006 | La Suprema Enterprise, Inc. 20201 East Country Club Dr., Suite 501, Aventura, FL 33180 |
| 30 June 2006 | 140,654 | E.R. Felixstowe | Xiangang | Miami | August 2006 | La Suprema Enterprise, Inc. 20201 East Country Club Dr., Suite 501, Aventura, FL 33180 |
| 6 July 2006 | 140,654 | Nedlloyd Drake | Xiangang | Miami | August 2006 | La Suprema Enterprise, Inc. 20201 East Country Club Dr., Suite 501, Aventura, FL 33180 |
| 28 July 2006 | 135,028 | E.R. Amsterdam | Xiangang | Miami | September 2006 | La Suprema Enterprise, Inc. 20201 East Country Club Dr., Suite 501, Aventura, FL 33180 |
| 7 August 2006 | 101,271 | SL Lightening | Xiangang | Miami | September 2006 | La Suprema Enterprise, Inc. 20201 East Country Club Dr., Suite 501, Aventura, FL 33180 |
| 11 August 2006 | 84,392 | Nedlloyd Drake | Xiangang | Miami | September 2006 | La Suprema Enterprise, Inc. 20201 East Country Club Dr., Suite 501, Aventura, FL 33180 |
| 18 August 2006 | 140,654 | Nedlloyd Mercator | Xiangang | Miami | September 2006 | La Suprema Enterprise, Inc. 20201 East Country Club Dr., Suite 501, Aventura, FL 33180 |
| sub-total | 2,951,975 | | | | | |
| TOTAL | 5,286,015 | | | | | |

*Shipment arrival dates for sales to Rothchilt are approximate. Rothchilt and La Suprema used DSL Star Express as shipper. KPT could not track shipments directly to US once they left Chinese port because records of ships leaving China do not match completely with records of U.S. Customs. DSL Star Express address is: 8686 New Trails Drive, TX 77381 USA. DSL Star Express may have changed ships.

** Based on information received from L&W Supply Corporation, as much as 50% of this shipment was destroyed in transit.