# EXHIBIT H

| | |
|---|---|
| **ELIZABETH BENNETT, et al.,** individually and on behalf of all others similarly situated, | CIVIL ACTION NO. 14-cv-2722 |
| Plaintiffs, | SECTION "L", MAG. 2 |
| vs. | JUDGE ELDON E. FALLON |
| **GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG; KNAUF INTERNATIONAL GMBH; KNAUF INSULATION GMBH; KNAUF UK GMBH; KNAUF AMF GMBH & CO., KG; KNAUF DO BRASIL LTD.; PT KNAUF GYPSUM INDONESIA; KNAUF GIPS KG; KNAUF PLASTERBOARD TIANJIN CO., LTD.; KNAUF PLASTERBOARD WUHU, CO., LTD; GUANGDONG KNAUF NEW BUILDING MATERIAL PRODUCTS CO., LTD.,** | MAGISTRATE JOSEPH C. WILKINSON, JR. |
| | JURY TRIAL DEMANDED |
| Defendants. | |

## DECLARATION OF KARL WENIG

## DECLARATION OF KARL WENIG

Pursuant to 28 U.S.C. § 1746, I, Karl Wenig declare under penalty of perjury as follows:

1. My name is Karl Wenig and I am of the age of majority and a resident of Germany. I make this declaration under the penalty of perjury based upon my personal knowledge.

2. I am Geschäftsführer / Managing Director for Knauf AMF GmbH & Co. KG.

3. In my role as Geschäftsführer / Managing Director of Knauf AMF Verwaltungsgesellschaft GmbH, I have personal knowledge and familiarity regarding the corporate formation and operations of Knauf AMF GmbH & Co. KG

4. Knauf AMF GmbH & Co. KG is a German limited partnership with a limited liability company (Knauf AMF Verwaltungsgesellschaft GmbH) as general partner. Its principal place of business is Grafenau, Germany.

5. Knauf AMF GmbH & Co. KG does not and has never had any U.S. based members, partners, or directors and has never received any equity contribution from U.S. entities or individuals.

6. Knauf AMF GmbH & Co. KG has never held any members, partners, or board of directors meetings in Texas, Louisiana, Mississippi, Alabama or Florida.

7. None of Knauf AMF GmbH & Co. KG's employees resides in Texas, Louisiana, Mississippi, Alabama or Florida.

8. Knauf AMF GmbH & Co. KG has never obtained loans or any other financing from banks, or any other source of financing, in the United States.

9. Knauf AMF GmbH & Co. KG has never owned or leased any assets or property in Texas, Louisiana, Mississippi, Alabama or Florida, and has never held a mortgage or lien on any real property within those states.

10. Knauf AMF GmbH & Co. KG does not host any of its corporate documents or records in the United States.

11. Knauf AMF GmbH & Co. KG has never been licensed or registered to conduct business in Texas, Louisiana, Mississippi, Alabama or Florida, has never sued anyone in those states, and has never contracted to obtain insurance in those states.

12. Knauf AMF GmbH & Co. KG has never paid taxes in Texas, Louisiana, Mississippi, Alabama or Florida.

13. Knauf AMF GmbH & Co. KG does not conduct any operations or business in the United States.

14. Knauf AMF GmbH & Co. KG is a manufacturer and distributor of ceiling tiles and ceiling grids for modular ceiling solutions.

15. Knauf AMF GmbH & Co. KG conducts all manufacturing in Germany, France, Great Britain, Belgium, and Austria. It does not manufacture any products in China.

16. Knauf AMF GmbH & Co. KG did not design, manufacture, market, sell, or distribute any gypsum-based products to the United States between 2005 and 2007.

17. Knauf AMF GmbH & Co. KG does not design, manufacture, market, sell, or distribute any gypsum-based drywall products.

18. Knauf AMF GmbH & Co. KG does not source any gypsum from China in the manufacture of any of its products.

19. Knauf AMF GmbH & Co. KG did not and does not control the chain of supply or exert operational control over Knauf Plasterboard (Tianjin) Co., Ltd.

20. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 2nd day of August 2018.

_____
Karl Wenig