UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| In Re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047 SECTION "L" |
|---|---|
| This document relates to: *Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al* Case No. 14-cv-2722 | JUDGE ELDON FALLON MAGISTRATE JOSEPH WILKINSON, JR. |

**STATEMENT OF UNCONTESTED MATERIAL FACTS**

**NOW INTO COURT**, through undersigned counsel, comes defendant, Knauf AMF GmbH & Co. KG ("AMF") who submits this Statement of Uncontested Material Facts in support of its Motion for Summary Judgment:

1. AMF does not conduct any operations or business in the United States or in China.[1]

2. AMF is a manufacturer and distributor of ceiling tiles and ceiling grids for modular ceiling solutions.[2]

3. AMF conducts all manufacturing in Germany, France, Great Britain, Belgium, and Austria.[3] It does not manufacture any products in China.

4. AMF did not design, manufacture, market, sell, or distribute any gypsum-based products to the United States between 2005 and 2007.[4]

---

[1] Declaration of Karl Wenig, attached as Exhibit H to Memorandum in Support.
[2] *Id*.
[3] *Id*.
[4] *Id*.

1

5. AMF does not design, manufacture, market, sell, or distribute any gypsum-based drywall products.[5] AMF does not source any gypsum from China in the manufacture of any of its products.

6. AMF did not and does not control the chain of supply or exert operational control over Knauf Plasterboard Tianjin Co., Ltd ("KPT").[6]

7. AMF is a German limited liability company with a German limited liability company as general partner.[7]

8. AMF's principal place of business is Grafenau, Germany.[8]

9. AMF does not and has never had any U.S. based partners or members and has never received any equity contribution from U.S. entities or individuals.[9]

10. AMF has never held any partnership, member, or board of directors meetings in Texas, Louisiana, Mississippi, Alabama or Florida.[10]

11. None of AMF's employees reside in Texas, Louisiana, Mississippi, Alabama or Florida.[11]

12. AMF has never obtained loans or any other financing from banks, or any other source of financing, in the United States.

13. AMF has never owned or leased any assets or property in Texas, Louisiana, Mississippi, Alabama or Florida, and has never held a mortgage or lien on any real property within those states.[12]

14. AMF does not host any of its corporate documents or records in the United States.[13]

---

[5] *Id.*
[6] *Id.*
[7] *Id.*
[8] *Id.*
[9] *Id.*
[10] *Id.*
[11] *Id.*
[12] *Id.*
[13] *Id.*

15. AMF has never been licensed or registered to conduct business in Texas, Louisiana, Mississippi, Alabama, or Florida, has never sued anyone in those states, and has never contracted to obtain insurance in those states.[14]

16. AMF has never paid taxes in Texas, Louisiana, Mississippi, Alabama or Florida.[15]

17. The Knauf entities are separate legal entities,[16] and only KPT produced the defective Chinese drywall at issue.

18. The problem with the defective drywall stemmed from the raw material (*i.e.*, gypsum) used to manufacture the drywall boards that was collected from the Luneng Mine in China.[17]

19. KPT used this gypsum to manufacture the drywall boards.[18]

20. Each shipment of KPT drywall was shipped directly from China to the United States by KPT arranged by their Director of Sales, Mark Norris, who directly marketed, negotiated, and transacted with the United States suppliers and/or third-party brokers.[19]

21. KPT had only three customers in the United States that received KPT drywall shipments: L&W Supply Company ("L&W"), Rothchilt International Limited (which

---

[14] *Id.*

[15] *Id.*

[16] *See* Exhibit "I" to Memorandum in Support, Deposition of Manfred Grundke ("Grundke Depo."), at p. 225 (Knauf entities are independent legal entities); Exhibit "B", Deposition of Martin Stuermer, at p. 712 (each Knauf entity is separate corporation) & p. 727 (each Knauf entity maintains separate bank account).

[17] Exhibit "A" to Memorandum in Support, Deposition of David N. Gregory ("Gregory Depo."), at p. 682 & pp. 247–48 (KPT used raw materials from Luneng mine to make KPT drywall from 2001 to end of 2006 but stopped sourcing raw materials from Luneng mine because of a "potential connection between the source of natural gypsum and this issue of boards reportedly smelling.").

[18] Exhibit "I" to Memorandum in Support, Grundke Depo., at p. 261 (KPT was ultimate authority with respect to Chinese drywall issue); *see* CDW Indicia Guide, Exhibit C-1, R. Doc. No. 12061-10, p. 3.

[19] Exhibit "A" to Memorandum in Support, Gregory Depo., at pp. 254-55 (Norris was in charge of sales, marketing, customer services and technical services for the Knauf East Asia entities).

3

was sold to Banner Supply Company in Florida), and Interior Exterior Supply ("INEX").[20]

22. AMF does not sell or manufacture KPT drywall nor does Knauf AMF supervise or impose standards on the manufacture of the drywall by KPT or otherwise.[21]

23. AMF did not design, manufacture, market, sell, or distribute any gypsum-based products, including KPT Chinese drywall, to the United States between 2005 and 2007.[22]

> Respectfully submitted,
>
> **BAKER, DONELSON, BEARMAN,**
> **CALDWELL & BERKOWITZ, PC**
>
> /s/ *Kerry J. Miller*
> **KERRY J. MILLER (#24562), T.A.**
> **DANIEL J. DYSART (#33812)**
> 201 St. Charles Avenue, Suite 3600
> New Orleans, LA 70170
> Phone: 504.566.8646
> Fax:    504.585.6946
> Email: kjmiller@bakerdonelson.com
> ***Counsel for Defendant,***
> ***Knauf AMF GmbH & Co. KG***

---

[20] Exhibit "C" to Memorandum in Support, Deposition of Mark P. Norris, Vol. III ("Norris Depo. Vol. III"), at p. 876; *see* Exhibit "D", KPT Defense Profile Form, at ¶ 4.

[21] *See* Exhibit "A" to Memorandum in Support, Gregory Depo., at p. 263-66 (Knauf East Asia had a separate quality control department); pp. 545-546 (German engineers did not control quality at facility and did not train personnel); p. 548 (KPT had professional lab to test raw materials and quality); p. 507–08 (KPT was responsible for testing incoming gypsum); and p. 176 (some German machinery is used in Knauf plants in China but standards are controlled locally); Declaration of Karl Wenig, attached as Exhibit H to Memorandum in Support.

[22] Declaration of Karl Wenig, attached as Exhibit H to Memorandum in Support.

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, individually to pro se claimants by U.S. Mail, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 27th day of August, 2018.

        /s/ *Kerry J. Miller*
        **KERRY J. MILLER**