# EXHIBIT C

Norris, Mark P.  8/10/2011  12:00:00 PM

828

```
 1    UNITED STATES DISTRICT COURT
      EASTERN DISTRICT OF LOUISIANA
 2
      _____
 3             § MDL NO. 2047
      IN RE:   §
 4    CHINESE-      § SECTION: L
      MANUFACTURED  §
 5    DRYWALL PRODUCTS  § JUDGE FALLON
      LIABILITY    §
 6    LITIGATION   § MAGISTRATE
               § JUDGE WILKINSON
 7
      ----------------------------------------
 8    CROSS-NOTICED IN VARIOUS OTHER ACTIONS
      ----------------------------------------
 9
                - - -
10
              August 10, 2011
11
                - - -
12
      CONFIDENTIAL - SUBJECT TO FURTHER
13       CONFIDENTIALITY REVIEW
                - - -
14
15       Continued videotaped deposition of
      MARK PATRICK NORRIS, held at the offices
16    of Baker & McKenzie, 23rd Floor, One
      Pacific Place, 88 Queensway, Hong Kong
17    SAR, China, commencing at 9:04 a.m., on
      the above date, before Ann Marie
18    Mitchell, Certified Court Reporter,
      Registered Diplomate Reporter, Certified
19    Realtime Reporter and Notary Public.
20
                - - -
21
22       GOLKOW TECHNOLOGIES, INC.
      877.370.3377 ph | 917.591.5672 fax
23       deps@golkow.com
24
```

829

```
 1    APPEARANCES:
 2
      COLSON HICKS EIDSON
 3    BY:  ERVIN A. GONZALEZ, ESQUIRE
      255 Alhambra Circle
 4    Penthouse
      Coral Gables, Florida 33134
 5    (305) 476-7400
      ervin@colson.com
 6    Representing the Plaintiffs'
      Steering Committee
 7
 8    LUMPKIN REEVES & MESTAYER
 9    BY:  JAMES R. REEVES, JR., ESQUIRE
      160 Main Street
10    Biloxi, Mississippi 39530
      (877) 377-5152
11    Jrr@lumpkinreeves.com
      Representing the Plaintiffs'
12    Steering Committee
13
14    KAYE SCHOLER LLP
      BY:  JAY P. MAYESH, ESQUIRE
15    BY:  KARIN E. GARVEY, ESQUIRE
      425 Park Avenue
16    New York, New York 10022
      (212) 836-8000
17    jmayesh@kayescholer.com
      kgarvey@kayescholer.com
18    Representing Various Knauf
      Defendants and the Witness,
19    Mark Patrick Norris
20
21
22
23
24
```

830

```
 1    APPEARANCES (cont.'d):
 2
 3    WEINBERG, WHEELER, HUDGINS, GUNN &
      DIAL, LLC
 4    BY: MICHAEL A. SEXTON, ESQUIRE
      3344 Peachtree Road
 5    Suite 2400
      Atlanta, Georgia 30326
 6    Msexton@wwhgd.com
      (404) 875-2700
 7    Representing Various Banner
      Defendants
 8
 9
      OFFICE OF THE ATTORNEY GENERAL,
10    STATE OF LOUISIANA
      BY:  DAVID CALDWELL, ESQUIRE
11    1885 North 3rd Street
      Baton Rouge, Louisiana 70802
12    (225) 326-6300
      Representing the State of Louisiana
13
14
15    QUINN EMANUEL URQUHART & SULLIVAN, LLP
      BY:  RICHARD VAGAS, ESQUIRE
16    51 Madison Avenue, 22nd Floor
      New York, New York 10010
17    (212) 849-7000
      richardvagas@quinnemanuel.com
18    Representing Chartis Select Insurance
      Company and Related Chartis Insurers
19
20
      THOMPSON COE COUSINS & IRONS, L.L.P.
21    BY:  KEVIN F. RISLEY, ESQUIRE
      One Riverway, Suite 1600
22    Houston, Texas 77056
      (713) 403-8210
23    krisley@thompsoncoe.com
      Representing The North River
24    Insurance Company
```

831

```
 1    APPEARANCES VIA TELEPHONE:
 2
      SHUTTS & BOWEN LLP
 3    BY:  AMANDA G. SIMMONS, ESQUIRE
      300 South Orange Avenue
 4    Suite 1000
      Orlando, Florida 32801
 5    (407) 423-3200
      ASimmons@shutts.com
 6    Representing Pulte Home Corp.
 7
 8    HAYNSWORTH SINKLER BOYD, P.A.
      BY:  CHRISTOPHER B. MAJOR, ESQUIRE
 9    75 Beattie Place - 11th Floor
      Greenville, South Carolina 29601
10    (864) 240-3200
      cmajor@hsblawfirm.com
11    Representing USG Corporation, L&W
      Supply Corporation
12
13
      JONES, WALKER, WAECHTER, POITEVENT,
14    CARRERE & DENEGRE LLP
      BY:  MEGAN E. DONOHUE, ESQUIRE
15    600 Jefferson Street, Suite 1600
      Lafayette, Louisiana 70501
16    (337) 262-9062
      mdonohue@joneswalker.com
17    Representing Fireman's Fund Insurance
      Company
18
19
      RUMBERGER, KIRK & CALDWELL, P.A.
20    BY:  GENNY A. CASTELLANOS, ESQUIRE
      Brickell Bayview Centre, Suite 3000
21    80 Southwest 8th Street
      Miami, Florida 33130
22    (305) 358-5577
      gcastellanos@rumberger.com
23    Representing several defendants and
      Defendants' Liaison Counsel for
24    Installers
```

876

1    Q.   Did you consider letting
2  INEX know, look, we had a problem with
3  Banner involving this drywall problem, do
4  you have similar problems?
5    A.   No.  We were only reacting
6  on complaints that were coming forth.
7    Q.   So if someone didn't raise
8  it to you, you didn't voluntarily let
9  people know about the problem?
10    A.   No, we didn't.  We waited
11  for complaints to come forward to us.
12    Q.   That's true for all the
13  other distributors as well?
14    A.   We only had three customers
15  in the States, as you know.
16    Q.   And which ones were those?
17    A.   So it was INEX and Salomon
18  and L&W.
19    Q.   So you didn't tell L&W about
20  the Banner settlement?
21    A.   No, I didn't tell L&W.
22    MR. MAYESH:  Wait one
23  second.
24    How long have we go gone,

877

1  please?
2    MR. GONZALEZ:  Yes.
3    VIDEOTAPE TECHNICIAN:  32
4  minutes.
5    MR. GONZALEZ:  32?  Okay.
6  Thank you very much, sir.
7    MR. MAYESH:  Thank you.
8    THE WITNESS:  Thank you,
9  gentlemen.
10    MR. RISLEY:  May I ask some
11  questions?  We didn't ask many in
12  the deposition.  I just want to
13  follow up on two points.
14    MR. MAYESH:  No.
15    MR. RISLEY:  We've noticed
16  the deposition.  We cross-noticed.
17  We're here to ask questions.
18    MR. MAYESH:  This is -- no.
19  This is nothing personal to the
20  client.
21    MR. RISLEY:  Understood.
22    MR. MAYESH:  But I am afraid
23  that if I exceed the judge's
24  order, I then open the door to

878

1  other people who say, well, I have
2  two more questions.  Oh, I have
3  three follow-up questions.  And
4  since we all went to a great deal
5  of trouble to get this order, I
6  think a position I must take is, I
7  stand on the order.  So I'm sorry.
8  I apologize to you.
9    MR. RISLEY:  I respect the
10  position.  I do want to put on the
11  record, I am here, I have less
12  than five minutes of questions.  I
13  will reserve the rights to visit
14  with the judge whether we get a
15  chance to ask them later.
16    MR. MAYESH:  Fair enough.
17    MR. SEXTON:  Banner makes
18  the same objection.  It's not
19  limited in any way.  There is
20  notice, there was no protective
21  order.  It's unilaterally being
22  shut down by counsel for Knauf,
23  who believes this man doesn't have
24  important testimony, it appears.

879

1  Thank you.
2    MR. MAYESH:  Anybody
3  else with a statement?
4    MR. VAGAS:  Chartis
5  Insurance has the same objection.
6    MR. MAYESH:  Same.
7    Anybody else, Louisiana?
8    MR. CALDWELL:  Same, in
9  light of the new production in the
10  documents.
11    MR. MAYESH:  Thank you all
12  very much.
13    VIDEOTAPE TECHNICIAN:  We
14  are going off the record.  The
15  time is 9:36 a.m.  This is the end
16  of Tape 1, the end of the
17  deposition.
18    - - -
19    (Deposition concluded at
20  9:36 a.m.)
21    - - -
22
23
24

Norris, Mark P.  8/10/2011  12:00:00 PM

880

```
1        C E R T I F I C A T E
2
3        I, Ann Marie Mitchell, a
   Registered Diplomate Reporter, Certified
4  Court Reporter and Notary Public, do
   hereby certify that, pursuant to notice,
5  the deposition of MARK PATRICK NORRIS was
   duly taken on August 10, 2011 at 9:04
6  a.m. before me.
7
         The said MARK PATRICK NORRIS
8  was duly sworn by me according to law to
   tell the truth, the whole truth and
9  nothing but the truth and thereupon did
   testify as set forth in the above
10 transcript of testimony.  The testimony
   was taken down stenographically by me.
11
12       I do further certify that
   the above deposition is full, complete
13 and a true record of all the testimony
   given by the said witness.
14
15
16    Ann Marie Mitchell
      Registered Diplomate Reporter
17    Certified Realtime Reporter
18
19
20       (The foregoing certification
   of this transcript does not apply to any
21 reproduction of the same by any means,
   unless under the direct control and/or
22 supervision of the certifying reporter.)
23
24
```

882

```
1        - - - - - -
         E R R A T A
2        - - - - - -
3  PAGE  LINE  CHANGE
4  ____ ____ _____
5    REASON: ___ _____
6  ____ ____ _____
7    REASON: ____ _____
8  ____ ____ _____
9    REASON: _____ _____
10 ____ ____ _____
11   REASON: _____ _____
12 ____ ____ _____
13   REASON: _____ _____
14 ____ ____ _____
15   REASON: _____ _____
16 ____ ____ _____
17   REASON: _____ _____
18 ____ ____ _____
19   REASON: _____ _____
20 ____ ____ _____
21   REASON: _____ _____
22 ____ ____ _____
23   REASON: _____ _____
24
```

881

```
1        INSTRUCTIONS TO WITNESS
2
3
4        Please read your deposition
5  over carefully and make any necessary
6  corrections.  You should state the reason
7  in the appropriate space on the errata
8  sheet for any corrections that are made.
9
10       After doing so, please sign
11 the errata sheet and date it.  It will be
12 attached to your deposition.
13
14       It is imperative that you
15 return the original errata sheet to the
16 deposing attorney within thirty (30) days
17 of receipt of the deposition transcript
18 by you.  If you fail to do so, the
19 deposition transcript may be deemed to be
20 accurate and may be used in court.
21
22
23
24
```

883

```
1
2        ACKNOWLEDGMENT OF DEPONENT
3
         I,_____, do
4  hereby certify that I have read the
   foregoing pages, 828-884, and that the
5  same is a correct transcription of the
   answers given by me to the questions
6  therein propounded, except for the
   corrections or changes in form or
7  substance, if any, noted in the attached
   Errata Sheet.
8
9  _____
   MARK PATRICK NORRIS          DATE
10
11
12
13
14
15
16 Subscribed and sworn
   to before me this
17 _____ day of _____, 20____.
18 My commission expires:_____
19
   _____
20 Notary Public
21
22
23
24
```