UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| In Re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047 |
|---|---|
| | SECTION "L" |
| This document relates to: *Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al* Case No. 14-cv-2722 | JUDGE ELDON FALLON MAGISTRATE JOSEPH WILKINSON, JR. |

**STATEMENT OF UNCONTESTED MATERIAL FACTS**

**NOW INTO COURT**, through undersigned counsel, comes defendant, Knauf UK GmbH ("KNAUF UK"), who submits this Statement of Uncontested Material Facts in support of its Motion for Summary Judgment:

1. KNAUF UK does not conduct any operations or business in the United States or in China.[1]

2. KNAUF UK is a manufacturer and distributor of gypsum-based construction materials, including drywall, among other things.[2]

3. KNAUF UK performs all manufacturing at its principal of business in Sittingbourne, United Kingdom.[3] KNAUF UK's products are manufactured and sold within the United Kingdom.

---

[1] Declaration of Ian Dean, attached as Exhibit H to Memorandum in Support.
[2] *Id.*
[3] *Id.*

1

4. It does not conduct any operations or business or manufacture any products in China. KNAUF UK does not source any gypsum from China in the manufacture of its gypsum-based products.[4]

5. KNAUF UK did not design, manufacture, market, sell, or distribute any gypsum-based products to the United States between 2005 and 2007.[5]

6. KNAUF UK did not manufacture, market, sell, or distribute any gypsum-based drywall between 2005 and 2007 with the expectation that it would be purchased by consumers in the United States.[6]

7. KNAUF UK did not and does not control the chain of supply or exert operational control over Knauf Plasterboard (Tianjin) Co., Ltd.[7]

8. KNAUF UK is a German limited liability company with its principal place of business in Sittingbourne, United Kingdom.[8]

9. KNAUF UK's sole member is a German limited liability company and its ultimate owners are comprised of individual German and Belgian citizens, German trusts, German limited liability companies, and German limited partnerships.[9]

10. KNAUF UK does not and has never had any U.S. based members and has never received any equity contribution from U.S. entities or individuals.[10]

11. KNAUF UK has never held any member or board of directors meetings in Texas, Louisiana, Mississippi, Alabama or Florida.[11]

---

[4] *Id.*
[5] *Id.*
[6] *Id.*
[7] *Id.*
[8] *Id.*
[9] *Id.*
[10] *Id.*

12. None of KNAUF UK'S employees reside in Texas, Louisiana, Mississippi, Alabama, or Florida.[12]

13. KNAUF UK has never obtained loans or any other financing from banks, or any other source of financing, in the United States.[13]

14. KNAUF UK has never owned or leased any assets or property in Texas, Louisiana, Mississippi, Alabama or Florida, and has never held a mortgage or lien on any real property within those states.[14]

15. KNAUF UK does not host any of its corporate documents or records in the United States.[15]

16. KNAUF UK has never been licensed or registered to conduct business in Texas, Louisiana, Mississippi, Alabama, or Florida, has never sued anyone in those states, and has never contracted to obtain insurance in those states.[16]

17. KNAUF UK has never paid taxes in Texas, Louisiana, Mississippi, Alabama, or Florida.[17]

18. The Knauf entities are separate legal entities,[18] and only KPT produced the defective Chinese drywall at issue.

---

[11] *Id.*
[12] *Id.*
[13] *Id.*
[14] *Id.*
[15] *Id.*
[16] *Id.*
[17] *Id.*
[18] *See* Exhibit "I" to Memorandum in Support, Deposition of Manfred Grundke ("Grundke Depo."), at p. 225 (Knauf entities are independent legal entities); Exhibit "B" to Memorandum in Support, Deposition of Martin Stuermer, at p. 712 (each Knauf entity is separate corporation) & p. 727 (each Knauf entity maintains separate bank account).

19. The problem with the defective drywall stemmed from the raw material (*i.e.*, gypsum) used to manufacture the drywall boards that was collected from the Luneng Mine in China.[19]

20. KPT used this gypsum to manufacture the drywall boards.[20]

21. Each shipment of KPT drywall was shipped directly from China to the United States by KPT arranged by their Director of Sales, Mark Norris, who directly marketed, negotiated, and transacted with the United States suppliers and/or third-party brokers.[21]

22. KPT had only three customers in the United States that received KPT drywall shipments: L&W Supply Company ("L&W"), Rothchilt International Limited (which was sold to Banner Supply Company in Florida), and Interior Exterior Supply ("INEX").[22]

23. Knauf UK, had no part in the chain of supply or control over the entities producing the KPT drywall.[23]

24. Knauf UK does not sell or manufacture KPT drywall nor did Knauf UK design, manufacture, market, sell, or distribute any gypsum-based products, including

---

[19] Exhibit "A" to Memorandum in Support, Deposition of David N. Gregory ("Gregory Depo."), at p. 682 & pp. 247–48 (KPT used raw materials from Luneng mine to make KPT drywall from 2001 to end of 2006 but stopped sourcing raw materials from Luneng mine because of a "potential connection between the source of natural gypsum and this issue of boards reportedly smelling.").

[20] Exhibit "I" to Memorandum in Support, Grundke Depo., at p. 261 (KPT was ultimate authority with respect to Chinese drywall issue); *see* CDW Indicia Guide, Exhibit C-1, R. Doc. No. 12061-10, p. 3.

[21] Exhibit "A" to Memorandum in Support, Gregory Depo., at pp. 254-55 (Norris was in charge of sales, marketing, customer services and technical services for the Knauf East Asia entities).

[22] Exhibit "C" to Memorandum in Support, Deposition of Mark P. Norris, Vol. III ("Norris Depo. Vol. III"), at p. 876; *see* Exhibit "D" to Memorandum in Support, KPT Defense Profile Form, at ¶ 4.

[23] *See* Exhibit "A" to Memorandum in Support, to Memorandum in Support, Gregory Depo., at p. 263-66 (Knauf East Asia had a separate quality control department); pp. 545-546 (German engineers did not control quality at facility and did not train personnel); p. 548 (KPT had professional lab to test raw materials and quality); p. 507–08 (KPT was responsible for testing incoming gypsum); and p. 176 (some German machinery is used in Knauf plants in China but standards are controlled locally); Declaration of Ian Dean, attached as Exhibit H to Memorandum in Support.

KPT Chinese drywall, to the United States (or with the expectation that it would be purchased by consumers in the United States) between 2005 and 2007.[24]

Respectfully submitted,

**BAKER, DONELSON, BEARMAN,**
**CALDWELL & BERKOWITZ, PC**

/s/ *Kerry J. Miller*
**KERRY J. MILLER (#24562), T.A.**
**DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170
Phone: 504.566.8646
Fax:    504.585.6946
Email: kjmiller@bakerdonelson.com
***Counsel for Defendant,***
***Knauf (UK) GmbH***

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, individually to pro se claimants by U.S. Mail, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 27th day of August, 2018.

/s/ *Kerry J. Miller*
**KERRY J. MILLER**

---

[24] Declaration of Ian Dean, attached as Exhibit H to Memorandum in Support.

5