# EXHIBIT C

Norris, Mark P.  8/10/2011  12:00:00 PM

828

```
 1        UNITED STATES DISTRICT COURT
          EASTERN DISTRICT OF LOUISIANA
 2
          _____
 3                           § MDL NO. 2047
          IN RE:             §
 4        CHINESE-           § SECTION: L
          MANUFACTURED       §
 5        DRYWALL PRODUCTS   § JUDGE FALLON
          LIABILITY          §
 6        LITIGATION         § MAGISTRATE
                             § JUDGE WILKINSON
 7        -----------------------------------
 8        CROSS-NOTICED IN VARIOUS OTHER ACTIONS
          -----------------------------------
 9
                        - - -
10
                  August 10, 2011
11
                        - - -
12
               CONFIDENTIAL - SUBJECT TO FURTHER
13                 CONFIDENTIALITY REVIEW
14                       - - -
15          Continued videotaped deposition of
          MARK PATRICK NORRIS, held at the offices
16        of Baker & McKenzie, 23rd Floor, One
          Pacific Place, 88 Queensway, Hong Kong
17        SAR, China, commencing at 9:04 a.m., on
          the above date, before Ann Marie
18        Mitchell, Certified Court Reporter,
          Registered Diplomate Reporter, Certified
19        Realtime Reporter and Notary Public.
20
                        - - -
21
22             GOLKOW TECHNOLOGIES, INC.
          877.370.3377 ph | 917.591.5672 fax
23               deps@golkow.com
24
```

829

```
 1        APPEARANCES:
 2
          COLSON HICKS EIDSON
 3        BY:  ERVIN A. GONZALEZ, ESQUIRE
          255 Alhambra Circle
 4        Penthouse
          Coral Gables, Florida 33134
 5        (305) 476-7400
          ervin@colson.com
 6        Representing the Plaintiffs'
          Steering Committee
 7
 8
          LUMPKIN REEVES & MESTAYER
 9        BY:  JAMES R. REEVES, JR., ESQUIRE
          160 Main Street
10        Biloxi, Mississippi 39530
          (877) 377-5152
11        Jrr@lumpkinreeves.com
          Representing the Plaintiffs'
12        Steering Committee
13
14        KAYE SCHOLER LLP
          BY:  JAY P. MAYESH, ESQUIRE
15        BY:  KARIN E. GARVEY, ESQUIRE
          425 Park Avenue
16        New York, New York 10022
          (212) 836-8000
17        jmayesh@kayescholer.com
          kgarvey@kayescholer.com
18        Representing Various Knauf
          Defendants and the Witness,
19        Mark Patrick Norris
20
21
22
23
24
```

830

```
 1        APPEARANCES (cont.'d):
 2
 3        WEINBERG, WHEELER, HUDGINS, GUNN &
          DIAL, LLC
 4        BY: MICHAEL A. SEXTON, ESQUIRE
          3344 Peachtree Road
 5        Suite 2400
          Atlanta, Georgia 30326
 6        Msexton@wwhgd.com
          (404) 875-2700
 7        Representing Various Banner
          Defendants
 8
 9
          OFFICE OF THE ATTORNEY GENERAL,
10        STATE OF LOUISIANA
          BY:  DAVID CALDWELL, ESQUIRE
11        1885 North 3rd Street
          Baton Rouge, Louisiana 70802
12        (225) 326-6300
          Representing the State of Louisiana
13
14
15        QUINN EMANUEL URQUHART & SULLIVAN, LLP
          BY:  RICHARD VAGAS, ESQUIRE
16        51 Madison Avenue, 22nd Floor
          New York, New York 10010
17        (212) 849-7000
          richardvagas@quinnemanuel.com
18        Representing Chartis Select Insurance
          Company and Related Chartis Insurers
19
20
          THOMPSON COE COUSINS & IRONS, L.L.P.
21        BY:  KEVIN F. RISLEY, ESQUIRE
          One Riverway, Suite 1600
22        Houston, Texas 77056
          (713) 403-8210
23        krisley@thompsoncoe.com
          Representing The North River
24        Insurance Company
```

831

```
 1        APPEARANCES VIA TELEPHONE:
 2
          SHUTTS & BOWEN LLP
 3        BY:  AMANDA G. SIMMONS, ESQUIRE
          300 South Orange Avenue
 4        Suite 1000
          Orlando, Florida 32801
 5        (407) 423-3200
          ASimmons@shutts.com
 6        Representing Pulte Home Corp.
 7
 8        HAYNSWORTH SINKLER BOYD, P.A.
          BY:  CHRISTOPHER B. MAJOR, ESQUIRE
 9        75 Beattie Place - 11th Floor
          Greenville, South Carolina 29601
10        (864) 240-3200
          cmajor@hsblawfirm.com
11        Representing USG Corporation, L&W
          Supply Corporation
12
13
          JONES, WALKER, WAECHTER, POITEVENT,
14        CARRERE & DENEGRE LLP
          BY:  MEGAN E. DONOHUE, ESQUIRE
15        600 Jefferson Street, Suite 1600
          Lafayette, Louisiana 70501
16        (337) 262-9062
          mdonohue@joneswalker.com
17        Representing Fireman's Fund Insurance
          Company
18
19
          RUMBERGER, KIRK & CALDWELL, P.A.
20        BY:  GENNY A. CASTELLANOS, ESQUIRE
          Brickell Bayview Centre, Suite 3000
21        80 Southwest 8th Street
          Miami, Florida 33130
22        (305) 358-5577
          gcastellanos@rumberger.com
23        Representing several defendants and
          Defendants' Liaison Counsel for
24        Installers
```

876

1    Q.   Did you consider letting
2  INEX know, look, we had a problem with
3  Banner involving this drywall problem, do
4  you have similar problems?
5    A.   No.  We were only reacting
6  on complaints that were coming forth.
7    Q.   So if someone didn't raise
8  it to you, you didn't voluntarily let
9  people know about the problem?
10    A.   No, we didn't.  We waited
11  for complaints to come forward to us.
12    Q.   That's true for all the
13  other distributors as well?
14    A.   We only had three customers
15  in the States, as you know.
16    Q.   And which ones were those?
17    A.   So it was INEX and Salomon
18  and L&W.
19    Q.   So you didn't tell L&W about
20  the Banner settlement?
21    A.   No, I didn't tell L&W.
22    MR. MAYESH:  Wait one
23  second.
24    How long have we go gone,

877

1  please?
2    MR. GONZALEZ:  Yes.
3    VIDEOTAPE TECHNICIAN:  32
4  minutes.
5    MR. GONZALEZ:  32?  Okay.
6  Thank you very much, sir.
7    MR. MAYESH:  Thank you.
8    THE WITNESS:  Thank you,
9  gentlemen.
10    MR. RISLEY:  May I ask some
11  questions?  We didn't ask many in
12  the deposition.  I just want to
13  follow up on two points.
14    MR. MAYESH:  No.
15    MR. RISLEY:  We've noticed
16  the deposition.  We cross-noticed.
17  We're here to ask questions.
18    MR. MAYESH:  This is -- no.
19  This is nothing personal to the
20  client.
21    MR. RISLEY:  Understood.
22    MR. MAYESH:  But I am afraid
23  that if I exceed the judge's
24  order, I then open the door to

878

1  other people who say, well, I have
2  two more questions.  Oh, I have
3  three follow-up questions.  And
4  since we all went to a great deal
5  of trouble to get this order, I
6  think a position I must take is, I
7  stand on the order.  So I'm sorry.
8  I apologize to you.
9    MR. RISLEY:  I respect the
10  position.  I do want to put on the
11  record, I am here, I have less
12  than five minutes of questions.  I
13  will reserve the rights to visit
14  with the judge whether we get a
15  chance to ask them later.
16    MR. MAYESH:  Fair enough.
17    MR. SEXTON:  Banner makes
18  the same objection.  It's not
19  limited in any way.  There is
20  notice, there was no protective
21  order.  It's unilaterally being
22  shut down by counsel for Knauf,
23  who believes this man doesn't have
24  important testimony, it appears.

879

1  Thank you.
2    MR. MAYESH:  Anybody
3  else with a statement?
4    MR. VAGAS:  Chartis
5  Insurance has the same objection.
6    MR. MAYESH:  Same.
7  Anybody else, Louisiana?
8    MR. CALDWELL:  Same, in
9  light of the new production in the
10  documents.
11    MR. MAYESH:  Thank you all
12  very much.
13    VIDEOTAPE TECHNICIAN:  We
14  are going off the record.  The
15  time is 9:36 a.m.  This is the end
16  of Tape 1, the end of the
17  deposition.
18    - - -
19    (Deposition concluded at
20  9:36 a.m.)
21    - - -
22
23
24

880

```
 1          C E R T I F I C A T E
 2
 3          I, Ann Marie Mitchell, a
    Registered Diplomate Reporter, Certified
 4  Court Reporter and Notary Public, do
    hereby certify that, pursuant to notice,
 5  the deposition of MARK PATRICK NORRIS was
    duly taken on August 10, 2011 at 9:04
 6  a.m. before me.
 7
            The said MARK PATRICK NORRIS
 8  was duly sworn by me according to law to
    tell the truth, the whole truth and
 9  nothing but the truth and thereupon did
    testify as set forth in the above
10  transcript of testimony.  The testimony
    was taken down stenographically by me.
11
12          I do further certify that
    the above deposition is full, complete
13  and a true record of all the testimony
    given by the said witness.
14
15
16      Ann Marie Mitchell
        Registered Diplomate Reporter
17      Certified Realtime Reporter
18
19
20      (The foregoing certification
    of this transcript does not apply to any
21  reproduction of the same by any means,
    unless under the direct control and/or
22  supervision of the certifying reporter.)
23
24
```

881

```
 1      INSTRUCTIONS TO WITNESS
 2
 3
 4      Please read your deposition
 5  over carefully and make any necessary
 6  corrections.  You should state the reason
 7  in the appropriate space on the errata
 8  sheet for any corrections that are made.
 9
10      After doing so, please sign
11  the errata sheet and date it.  It will be
12  attached to your deposition.
13
14      It is imperative that you
15  return the original errata sheet to the
16  deposing attorney within thirty (30) days
17  of receipt of the deposition transcript
18  by you.  If you fail to do so, the
19  deposition transcript may be deemed to be
20  accurate and may be used in court.
21
22
23
24
```

882

```
 1      - - - - - -
        E R R A T A
 2      - - - - - -
 3  PAGE LINE CHANGE
 4  ____ ____ _____
 5      REASON: ____ _____
 6  ____ ____ _____
 7      REASON: ____ _____
 8  ____ ____ _____
 9      REASON: ____ _____
10  ____ ____ _____
11      REASON: _____ _____
12  ____ ____ _____
13      REASON: _____ _____
14  ____ ____ _____
15      REASON: _____ _____
16  ____ ____ _____
17      REASON: _____ _____
18  ____ ____ _____
19      REASON: _____ _____
20  ____ ____ _____
21      REASON: _____ _____
22  ____ ____ _____
23      REASON: _____ _____
24
```

883

```
 1
 2      ACKNOWLEDGMENT OF DEPONENT
 3
 4      I,_____, do
    hereby certify that I have read the
    foregoing pages, 828-884, and that the
 5  same is a correct transcription of the
    answers given by me to the questions
 6  therein propounded, except for the
    corrections or changes in form or
 7  substance, if any, noted in the attached
    Errata Sheet.
 8
 9  _____
    MARK PATRICK NORRIS          DATE
10
11
12
13
14
15
16  Subscribed and sworn
    to before me this
17  _____ day of _____, 20____.
18  My commission expires:_____
19
    _____
20  Notary Public
21
22
23
24
```