# EXHIBIT F

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : MDL No. 2047 |
| | : Section L |
| | : |
| This Document Relates to | : JUDGE FALLON |
| ALL CASES | : MAG. JUDGE WILKINSON |

---

**REVISED EXPORTER, IMPORTER, OR BROKER DEFENDANT PROFILE FORM**

     All Defendant Drywall Exporters, Importers, or Brokers (hereinafter, "Responding Party") must complete and submit this Revised Defendant Exporter, Importer, or Broker Profile Form. Additionally, each Responding Party must sign and date Exhibit A to the Profile Form for each property owned, rented or occupied by persons who are named Plaintiffs in suits pending in the MDL. If additional knowledge becomes known after completion, this Defendant Exporter, Importer, or Broker Profile Form must be supplemented. If additional space is needed to answer any questions or complete your responses, additional pages may be attached. In addition, if any attachments or documents are provided in response to any question, please identify the specific question within this Defendant Distributors' Profile Form that relates to the specific attachment or document. Please print legibly or type your responses in English.

## I.    IDENTIFICATION AND CONTACT INFORMATION

A.    Defendant's Name:    LA SUPREMA ENTERPRISE, INC.*

B.    Defendant's U.S. Address:    c/o ROSENTHAL ROSENTHAL RASCO KAPLAN, LLC

             20900 N.E. 30TH AVENUE, SUITE 600, AVENTURA, FL 33180

C.    Phone number: c/o EDUARDO I. RASCO, ESQ. - 305-937-0300

D.    Email address: c/o EDUARDO I. RASCO, ESQ. – eir@rrrklaw.com

E.    Web site: NONE

F.    Name of supervisor at U.S. Address: *LA SUPREMA ENTERPRISE IS NO LONGER IN BUSINESS

G.    Principal Place of Business in the U.S.: N/A

H.    Address of Headquarters if Foreign: N/A

I.    Has Defendant operated under any other names from 2001 to 2009? If so, please list and explain for each different locale.

NO

1

J.      Describe your involvement in the exportation/importation of Chinese drywall into the United States:

Exporter _____      Importer _____      Broker ___X_____      Other _____

If other, please describe:

_____

_____

_____

## II.     COUNSEL INFORMATION OF DEFENDANT EXPORTER, IMPORTER, OR BROKER

A.      Name: EDUARDO I. RASCO, ESQ., ROSENTHAL ROSENTHAL RASCO KAPLAN, LLC

B.      Address: 20900 N.E. 30TH AVENUE, SUITE 600, AVENTURA, FL 33180

C.      Phone Number: 305-937-0300

D.      Fax Number: 305-937-1311

E.      E-Mail: eir@rrrklaw.com

## III.    EXPORTER/IMPORTER/BROKER'S TRANSACTIONS INVOLVING CHINESE DRYWALL

As to an exemplar transaction in which you were involved concerning the exportation/importation/brokering of Chinese Drywall for import/export to the United States between 2001 and 2009 (including but not limited to purchases, sales, consignments, shipments, transfers, deliveries, receipts, or distributions), which exemplar transaction is representative of each transaction with which you were involved throughout the relevant time period, please provide the following information. Attach additional sheets as necessary. Responding Party understands that providing information with respect to an exemplar transaction shall not relieve Responding Party from providing documentation as to all relevant transactions in response to discovery requests which have been or will be propounded upon Responding Party. Furthermore, Responding Party may provide relevant documentation responsive to the following inquiries in lieu of written responses thereto, so long as such documentation contains sufficient information to adequately address each inquiry.

1.      Type of transaction (e.g., purchase, sale, delivery) DOCUMENTS PRODUCED BATES STAMP NUMBERS 0001 – 0003414

2.      Dates of Relevant Transaction(s) DECEMBER 2005 TO SEPTEMBER 2006

3.      Volume of Chinese Drywall involved in the transaction  SEE 1 ABOVE

4.      Name of Drywall Product  SEE 1 ABOVE

5.      During the course of this transaction, did you receive, store, or handle the Chinese Drywall?

Yes _____  No _____  OCCASIONALLY – SEE RESPONSE TO 11(a)

Explain your role in the transaction  PREPAID ORDERS RECEIVED FROM BUYER; REQUEST PRODUCT FROM CHINESE BROKER, ROTHCHILT; ARRANGE FOR SHIPPING FROM CHINA TO US AND DELIVERY FROM PORT TO BUYER THROUGH MAERSK.

2

6.    Identify any markings on the Chinese Drywall product (e.g., lot number, batch number, serial number, color markings, UPC codes, etc.) involved in this transaction:

       KNAUF GIPS (TIANJIN), "MADE IN CHINA" OR NONE

7.    List all trademarks of the product: SEE 6 ABOVE

8.    Identify any markings or means of identification employed by you to track or identify the Chinese Drywall

       NONE

9.    Name and Address of Entity that supplied you with Chinese Drywall

       ROTHCHILT INTERNATIONAL LIMITED

       a. Type of Entity (e.g., manufacturer, exporter, broker) BROKER

       b. Did the supplier provide you with any warranties, product specifications, or instructions for use or storage of the Chinese Drywall?

       Yes _____ No __X____

       If so, please describe _____

       _____

       _____

10.   The name and address of any other entity, including manufacturers, importers, exporters, purchasing agents, distributors, or sales brokers involved in any way with supplying you the Chinese Drywall involved in this transaction:

       KNAUF PLATERBOARD (TIANJIN) CO. LTD; PINGYI BAIER BUILDING MATERIALS CO. LTD.; AND BEIJING BUILDING MATERIALS IMPORT AND EXPORT CORPORATION.

 11.   Upon your receipt of, acceptance, or taking possession of or title to the Chinese Drywall,  did you ever store the product:

       Yes __X___      No _____

       If Yes, please provide the following:

       a. Name of entity providing storage:          SEE DEMURRAGE DOCUMENTS BATES STAMP NUMBER "SUP EN 3415 – 3522" FOR RESPONSE TO 11(a) – 11(I)

       b. Address of entity providing storage:     _____

                                                   _____

                                                   _____

       c. Dates product was stored:

3

_____ / _____ / _____ (Month / Day / Year)  to  _____ / _____ / _____ (Month / Day / Year)

d. Quantity of product stored: _____

e. Price paid for storage: _____

f. Name of contact person at storage facility: _____

g. Phone number: _____

h. Email address: _____

i. List any complaints made or received regarding storage of the product:

_____

j. Name of contact person at storage facility: _____

k. Phone number: _____

l. Email address: _____

12. Name and Address of Entity to which you sold, transferred, shipped, or distributed the Chinese Drywall involved in this transaction:

SEE INVOICES PRODUCED BATES STAMP NUMBERS 0003147 – 0003414 AND 0004414 – 0004597

m. Type of Entity (e.g., importer, distributor, retailer, builder)  SUPPLIERS _____

n. Did you provide any warranties, product specifications, or instructions for use or storage of the Chinese Drywall to the purchaser, transferee, or recipient?

Yes _____  No ___X____

If so, please describe _____

_____

_____

13. The name and address of any other entity, including manufacturers, importers, exporters, purchasing agents, distributors, or sales brokers involved in any way with your sale, transfer, shipment, delivery, or distribution of Chinese Drywall:

SEE DOCUMENTS PRODUCED BATES STAMP NUMBERS 0001 – 0003930 AND 0004410 – 0004597.

14. Did you ever receive any complaints or notice of any defect about the Chinese Drywall?

Yes __X____  No _____

If yes, please describe SEE DOCUMENTS PRODUCED BATES STAMP NUMBERS 0003523 - 0003618

4

Please provide the name and address of any entities or persons from whom you received complaints or notice of defects about the Chinese Drywall:

SEE DOCUMENTS PRODUCED BATES STAMP NUMBERS 0003523 – 0003618.

15. Has any testing, inspection, or analysis been performed by you or on your behalf, at any time, to determine whether the Chinese drywall was within product specifications:

Yes _____ No __X__

a. If Yes, please describe the testing, inspection, or analysis performed:

_____

_____

_____

b. Identify what ASTM (or other ) standards you used in determining the quality and characteristics of the drywall products you used:

SEE DOCUMENTS PRODUCED BATES STAMP NUMBERS 0003597 – 0003618.

## IV.   EXPORTER/IMPORTER/BROKER'S ABILITY TO TRACK SHIPMENTS AND/OR RECEIPTS OF CHINESE DRYWALL

Please briefly describe Defendant's ability to track and document shipments and/or receipts into and out of its locations and to/from particular addresses, including a description of database accessibility of this information, if any.

NONE_____

_____

_____

_____

_____

_____

_____

## V.   INSURANCE

A.   Identify all policies of insurance, including all CGL, Product Liability, Builder's Risk, D&O and Excess insurance policies relating to claims.

1.   For each policy, identify the following:

Insurer:  NONE (OTHER THAN FRIEGHT INSURANCE AGAINST LOSS OR BREAKAGE IN TRANSIT)  SEE DOCUMENTS PRODUCED BATES STAMP NUMBERS 0003709 – 0003718.

5

Dates policy in effect:

_____/_____/_____ (Month / Day / Year)  to  _____/_____/_____ (Month / Day / Year)

Policy Number:                _____

Type of Policy:               _____

Insurance Agent               _____

Policy Coverage Limits        _____

Produce a copy of the Declaration page, exclusions and policy of insurance.

B.    Identify all claims you have made on any insurance policies relating to your sale, transfer, distribution or shipment of products identified herein.

    1.    For each claim please provide the following:

Date:        _____/_____/_____ (Month / Day / Year)

Insurer:     _____

Description of claim: _____

Insurer's response to claim: _____

If in litigation:

Caption of Case:_____

Name and address of attorneys involved:_____

_____

_____

Insurance carriers involved:_____

_____

## CERTIFICATION

    I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Distributor Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration, to the extent that such documents are in my possession, custody or control.

_____        SALOMON Abad;        10/14/08
Signature                               Print Name                Date

6