# EXHIBIT H

## DECLARATION OF ROBERT CLAXTON

Pursuant to 28 U.S.C. § 1746, I, Robert Claxton, declare under penalty of perjury as follows:

1. My name is Robert Claxton and I am of the age of majority and a resident of Shelbyville, Ind. Shelby County. I make this declaration under the penalty of perjury based upon my personal knowledge.

2. Between 1976 and 2011, I was employed by Knauf Insulation GmbH. At Knauf Insulation GbmH, I held positions as CEO, CFO, as well as various positions in Operations Management and Finance.

3. Between 2005 and 2008, I was CFO for Knauf Insulation GmbH. In my role as CFO, I have personal knowledge and familiarity regarding the corporate formation and operations of Knauf Insulation GmbH.

4. Knauf Insulation GmbH is a German limited liability company. Its principal place of business is Iphofen, Germany.

5. Between 2005 and 2008, Knauf Insulation GmbH did not conduct any operations or business in China.

6. Knauf Insulation GmbH is a manufacturer and distributor of insulation products among other things.

7. Between 2005 and 2008 Knauf Insulation GmbH conducted all manufacturing in the United States. It does not manufacture any products in China.

8. Between 2005 and 2008, Knauf Insulation GmbH did not source any gypsum from China in the manufacture of any of its products.

9. Between 2005 and 2008, Knauf Insulation GmbH did not design, manufacture, market, sell, or distribute any gypsum-based drywall products, including but not limited to Chinese drywall.

10. Knauf Insulation GmbH did not design, manufacture, market, sell, or distribute any gypsum-based products to the United States between 2005 and 2008.

11. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 30 day of July, 2018.

*/s/ Robert Claxton*
ROBERT CLAXTON