UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047<br><br>SECTION "L" |
| **This document relates to:**<br><br>*Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al*<br><br>**Case No. 14-cv-2722** | JUDGE ELDON FALLON<br><br>MAGISTRATE JOSEPH WILKINSON, JR. |

**STATEMENT OF UNCONTESTED MATERIAL FACTS**

**NOW INTO COURT**, through undersigned counsel, comes defendant, Knauf Insulation GmbH ("Knauf Insulation"), who submits this Statement of Uncontested Material Facts in support of its Motion for Summary Judgment:

1. The Knauf entities are separate legal entities,[1] and only KPT produced the defective Chinese drywall at issue.

2. The problem with the defective drywall stemmed from the raw material (*i.e.*, gypsum) used to manufacture the drywall boards that was collected from the Luneng Mine in China, the same mine that produced the Taishan drywall.[2]

3. KPT used this gypsum to manufacture the drywall boards.[3]

---

[1] *See* Exhibit "I" to Memorandum in Support, Deposition of Manfred Grundke ("Grundke Depo."), at p. 225 (Knauf entities are independent legal entities); Exhibit "B" to Memorandum in Support, Deposition of Martin Stuermer, at p. 712 (each Knauf entity is separate corporation) & p. 727 (each Knauf entity maintains separate bank account).

[2] Exhibit "A" to Memorandum in Support, Deposition of David N. Gregory ("Gregory Depo."), at p. 682 & pp. 247–48 (KPT used raw materials from Luneng mine to make KPT drywall from 2001 to end of 2006 but stopped sourcing raw materials from Luneng mine because of a "potential connection between the source of natural gypsum and this issue of boards reportedly smelling.").

1

4. Each shipment of KPT drywall was shipped directly from China to the United States by KPT arranged by their Director of Sales, Mark Norris, who directly marketed, negotiated, and transacted with the United States suppliers and/or third party brokers.[4]

5. KPT had only three customers in the United States that received KPT drywall shipments: L&W Supply Company ("L&W"), Rothchilt International Limited (which was sold to Banner Supply Company in Florida), and Interior Exterior Building Supply, L.P. ("INEX").[5]

6. Knauf Insulation had no part in the chain of supply or control over the entities producing the KPT drywall.

7. Knauf Insulation does not sell KPT drywall nor does Knauf Insulation supervise or impose standards on the manufacture of the drywall by KPT or otherwise.[6]

8. Knauf Insulation is a limited liability company with its principal place of business in Iphofen, Germany.[7]

9. It is a manufacturer and distributor of insulation products, among other things.[8]

10. It conducted all manufacturing operations between 2005 and 2007 in the United States, and it did not conduct any operations or manufacture any products in China between 2005 and 2007.[9]

---

[3] Exhibit "I" to Memorandum in Support, Grundke Depo., at p. 261 (KPT was ultimate authority with respect to Chinese drywall issue); *see* CDW Indicia Guide, Exhibit C-1, R. Doc. No. 12061-10, p. 3.
[4] Exhibit "A" to Memorandum in Support, Gregory Depo., at pp. 254-55 (Norris was in charge of sales, marketing, customer services and technical services for the Knauf East Asia entities).
[5] Exhibit "C" to Memorandum in Support, Deposition of Mark P. Norris, Vol. III ("Norris Depo. Vol. III"), at p. 876; *see* Exhibit "D" to Memorandum in Support, KPT Defense Profile Form, at ¶ 4.
[6] *See* Exhibit "A" to Memorandum in Support, Gregory Depo., at p. 263-66 (Knauf East Asia had a separate quality control department); pp. 545-546 (German engineers did not control quality at facility and did not train personnel); p. 548 (KPT had professional lab to test raw materials and quality); p. 507–08 (KPT was responsible for testing incoming gypsum); and p. 176 (some German machinery is used in Knauf plants in China but standards are controlled locally).
[7] Declaration of Robert Claxton (Claxton Decl.), attached hereto as Exhibit "H" to Memorandum in Support.
[8] *See id.*

11. It also did not source any gypsum from China in the manufacture of any of its products nor did it design, manufacture, market, sell, or distribute any gypsum-based drywall products, including Chinese drywall.[10]

12. Knauf Insulation did not manufacture, market, sell, or distribute any gypsum-based products to the United States between 2005 and 2007.[11]

Respectfully submitted,

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC**

/s/ *Kerry J. Miller*
**KERRY J. MILLER (#24562), T.A.
DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170
Phone: 504.566.8646
Fax:    504.585.6946
Email: kjmiller@bakerdonelson.com
***Counsel for Defendant,
Knauf Insulation GmbH***

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, individually to pro se claimants by U.S. Mail, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 27th day of August, 2018.

/s/ *Kerry J. Miller*
**KERRY J. MILLER**

---

[9] *See id.*
[10] *See id.*
[11] *See id.*