**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047
SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*Amorin, et al. v. Taishan Gypsum Co., Ltd., et al.*,
    Case No. 11-cv-1395
*Brooke, et al. v. State-Owned Assets Supervision and
Administration Commission of the State Council, et al.*,
    Case No. 15-cv-4127

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS' STEERING COMMITTEE'S NOTICE OF CLARIFICATION
REGARDING THE COMPOSITION OF THE *AMORIN* CLASS**

The Plaintiffs' Steering Committee ("PSC") hereby files this Notice of Clarification regarding the composition of the *Amorin* Class. On September 26, 2014, the Court certified *Amorin* as follows:

> All owners of real properties in the United States, who are named Plaintiffs on the complaints in *Amorin*, *Germano*, *Gross*, and/or *Wiltz* (*i.e.*, not an absent class member), asserting claims for remediated damages arising from, or otherwise related to Chinese Drywall manufactured, sold, distributed, supplied, marketed, inspected, imported or delivered by the Taishan Defendants.

*See In re Chinese-Manufactured Drywall Prod. Liab. Litig.*, 2014 WL 4809520, *16 (E.D. La. Sept. 26, 2014). Both the Class Notice and Supplemental Class Notice made clear that the *Amorin* Class "includes all current *and* former owners of properties in the United States containing drywall manufactured by [the Taishan] defendants …." Rec. Doc. 18028-1 at fn. 2 (emphasis added); Rec. Doc. 18086-18 at fn. 2 (emphasis added).

At the hearing before the Court on August 15, 2018, regarding a trial plan for *Amorin* and *Brooke* Plaintiffs with properties in Louisiana, the Court asked Plaintiffs' Lead Counsel whether the *Amorin* Class includes both current and former owners.  *See* Transcript of Proceedings dated 8/15/2018 (attached hereto as Exhibit "A"), at 32:3-5.  Mr. Levin responded that "it included current owners at the time, yes.  But you can take [the Court's] findings and apply them to everybody else." *See id*. at 32:6-8.  In answering the Court's question, Mr. Levin was referring to the Court's Class Damages Order approving a formula to assess class-wide remediation damages for current owners, *In re Chinese-Manufactured Drywall Prod. Liab. Litig.*, 2017 WL 1421627, *14 (E.D. La. Apr. 21, 2017), which Plaintiffs contend applies equally to former owners in the Class.  In any event, the PSC seeks to clarify that the *Amorin* Class includes *both* current and former owners of properties containing drywall manufactured by the Taishan Defendants.

Dated:  August 28, 2018						Respectfully Submitted,


									By: */s/ Russ M. Herman*
									Russ M. Herman (La Bar No. 6819) (on the brief)
									Leonard A. Davis (La Bar No. 14190) (on the brief)
									Stephen J. Herman (La Bar No. 23129)(on the brief)
									Robert S. Peck (on the brief)
									Herman, Herman & Katz, LLC
									820 O'Keefe Avenue
									New Orleans, LA 70113
									Phone: (504) 581-4892
									Fax: (504) 561-6024
									RHerman@hhklawfim.com
									*Plaintiffs' Liaison Counsel MDL 2047*

									Arnold Levin (on the brief)
									Fred S. Longer (on the brief)
									Sandra L. Duggan (on the brief)
									Keith Verrier (on the brief)
									Levin Sedran & Berman LLP
									510 Walnut Street, Suite 500
									Philadelphia, PA 19106
									Phone: (215) 592-1500
									Fax: (215) 592-4663
									alevin@lfsblaw.com
									*Plaintiffs' Lead Counsel MDL 2047*

**PLAINTIFFS' STEERING COMMITTEE**

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Robert M. Becnel
Law Office of Robert M. Becnel
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 359-6101
Fax: (985) 651-6101
robbecnel@aol.com

Salvadore Christina, Jr.
Becnel Law Firm, LLC
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 536-1186
Fax: (985) 536-6445
schristina@becnellaw.com

Peter Prieto
Podhurst Orseck, PA
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
pprieto@podhurst.com

Bruce William Steckler
Steckler Gresham Cochran
12720 Hillcrest Road, Suite 1045
Dallas, TX 75230
Phone: (972) 387-4040
Fax: (972) 387-4041
bruce@stecklerlaw.com

Patrick Montoya
Colson, Hicks, Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
patrick@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
Echsner & Proctor, PA
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
The Lambert Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com

Pete Albanis
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Myers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
palbanis@forthepeople.com

James R. Reeves, Jr.
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@rmlawcall.com

Christopher A. Seeger
Seeger Weiss, LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ  07660
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5002
dan@wbmllp.com

Richard J. Serpe
Law Offices of Richard J. Serpe
Crown Center, Suite 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Victor M. Diaz, Jr.
V.M. Diaz and Partners, LLC
119 Washington Ave., Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

Anthony D. Irpino (on the brief)
Pearl A. Robertson (on the brief)
IRPINO AVIN HAWKINS LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

Gerald E. Meunier (on the brief)
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2800
Phone:  (504) 522-2304
Fax:  (504) 528-9973
gmeunier@gainsben.com

3

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W., Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, which will serve a notice of the uploading in accordance with the procedures established in MDL 2047, on this 28th day of August, 2018.

                          <u>/s/ Leonard A. Davis</u>
                          Leonard A. Davis
                          HERMAN, HERMAN & KATZ, LLC
                          820 O'Keefe Avenue
                          New Orleans, Louisiana 70113
                          Phone: (504) 581-4892
                          Fax: (504) 561-6024
                          Ldavis@hhklawfirm.com
                          Plaintiffs' Liaison Counsel
                          MDL 2047

                          *Co-Counsel for Plaintiffs*