UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2047 SECTION: L JUDGE FALLON |
| THIS DOCUMENT RELATED TO: ALL CASES | ) ) ) ) | MAG.JUDGE WILKINSON |

## JOINT MOTION TO DEPOSIT KNAUF MILESTONE FOUR FUNDS IN THE COURT REGISTRY

COMES NOW, Claimant, GEORGE TORAN, by and through the law firm of Parker Waichman LLP, and the Knauf Defendants, by and through their undersigned counsel, and hereby file this Joint Motion to Deposit Knauf Milestone Four Funds in the Court Registry and as grounds therein would state as follows:

1. Claimant, George Toran, elected Option Two-Self Remediation, as provided under the Settlement Agreement regarding Claims Against Knauf Defendants in MDL No. 2047, Doc. 16570 (hereinafter "Settlement Agreement").

2. Mr. Toran has completed three of the milestone requirements and is actively working with the contractor to complete the fourth milestone and more time has been requested.

3. Knauf Defendants have filed a Motion to Extinguish Mr. Toran's claim, Doc. 21190.  An Objection and Response was filed on behalf of Mr. Toran, Doc. 21237.

4. Brown Greer, the Court Appointed Settlement Administration firm, has indicated that $9,915.87 is the amount remaining for the Milestone four payment on Mr. Toran's property.

5. In the interest of fairness and expediency, the parties have agreed that the remaining funds be deposited in the Court registry and that any future distribution to Mr. Toran and/or his contractor be overseen by this Court pursuant to Local Rule 67.2 and 67.3.

6. Subject to this Honorable Court's approval, the following conditions for future distribution to the respective Claimant and/or his designated contractor:

   a. Claimant and/or his designated contractor shall submit proof acceptable that the remediation of the KPT Property has been completed according to the Remediation Protocol, which may be in the form of a Certificate of Occupancy. See Section 4.3.2.2 from the Knauf Class Settlement Agreement (Doc. 16407-3).

   b. Claimant and/or his designated contractor shall provide a final release/indemnity of lien or liens, or other such sufficient evidence, demonstrating that any actual or potential liens filed in relation to the remediation work have been either released or bonded off such that title to the KPT Property is clear or all liens related to the remediation work. *Id*.

WHEREFORE Claimant, GEORGE TORAN, and Knauf Defendants respectfully request that this Joint Motion to Deposit Knauf Milestone Four Funds in the Court Registry be Granted and that the funds in the amount of $9,915.87 held by the Settlement Administrator be deposited in the Court Registry until further Order by the Court.

Dated: August 28, 2018

                                              Respectfully submitted,

| BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC | PARKER WAICHMAN LLP |
|---|---|
| /s/   Kerry  J.  Miller<br>KERRY J. MILLER (#24562) T.A.<br>DANIEL J. DYSART (#33812)<br>201 St. Charles Avenue, Suite 3600<br>New Orleans, LA 70170<br>Telephone:   504.566.8646<br>Facsimile:    504.585.6946<br>Email:         kjmiller@bakerdonelson.com<br>Counsel for the Knauf Defendants | /s/  Francisco A. Albites<br>Francisco A. Albites, Esq.<br>Florida Bar No. 78046<br>27300 Riverview Center Blvd., Suite 103<br>Bonita Springs, FL 34134<br>Phone: (239) 390-8612<br>Fax:    (239) 390-0055<br>Email: PWFLPleadings@yourlawyer.com<br>Counsel for Claimant, George Toran |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Motion has been provided to Plaintiff's Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by email and upon all parties by electronically uploading the same to File & Serve Xpress f/k/a LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 28th day of August, 2018.

| BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC | PARKER WAICHMAN LLP |
|---|---|
| /s/   Kerry  J.  Miller<br>KERRY J. MILLER (#24562) T.A.<br>DANIEL J. DYSART (#33812)<br>201 St. Charles Avenue, Suite 3600<br>New Orleans, LA 70170<br>Telephone:   504.566.8646<br>Facsimile:    504.585.6946<br>Email:         kjmiller@bakerdonelson.com<br>Counsel for the Knauf Defendants | /s/  Francisco A. Albites<br>Francisco A. Albites, Esq.<br>Florida Bar No. 78046<br>27300 Riverview Center Blvd., Suite 103<br>Bonita Springs, FL 34134<br>Phone: (239) 390-8612<br>Fax:    (239) 390-0055<br>Email: PWFLPleadings@yourlawyer.com<br>Counsel for Claimant, George Toran |