UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | )<br>)<br>) | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON |
| | ) | MAG.JUDGE WILKINSON |
| THIS DOCUMENT RELATED TO: | )<br>)<br>) | |
| ALL CASES | ) | |

### ORDER REGARDING THE JOINT MOTION TO DEPOSIT KNAUF MILESTONE FOUR FUNDS IN THE COURT REGISTRY

Considering the Joint Motion to Deposit Knauf Milestone Four Funds in the Court Registry on behalf of George Toran, through his attorneys at Parker Waichman LLP, and the Knauf Defendants, the Court finds that good grounds exist to grant same, accordingly,

IT IS ORDERED that the Joint Motion to Deposit Knauf Milestone Four Funds in the Court Registry on behalf of George Toran be GRANTED.  The Settlement Administrator shall deposit $9,915.87 in the Court Registry.  Future distribution to George Toran and/or his designated contractor shall be upon future Order of this Court.

New Orleans, Louisiana, this ____day of August, 2018.

_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE