# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION  MDL NO. 2047

SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*ALL CASES*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PROPOSED ORDER

Considering the Plaintiffs' Steering Committee's ("PSC") Amended Motion for Suggestion of Remand,

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that this Court shall issue a Suggestion of Remand to the Judicial Panel of Multidistrict Litigation to remand Civil Action No. 2:15-cv-06632-EEF-JCW to the Eastern District of Virginia.

IT IS FURTHER ORDERED that this Court shall issue a Suggestion of Remand to the Judicial Panel of Multidistrict Litigation to remand Civil Action No. 2:15-cv-06631-EEF-JCW to the Southern District of Florida.

IT IS FURTHER ORDERED that the parties are directed to meet and confer to arrive at an appropriate Final Pretrial Order of the Transferee Court.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2018.

_____
Eldon E. Fallon
United States District Court Judge