IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO.: 2047 |
| | : | SECTION: L |
| **This Document Relates To:** | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |
| **Braxton H. Collins, et al. vs. Bass Homes, Inc., et al.; S.D. Mississippi, C.A. No. 1:13-00297** | : : | Case No.: 13-6652 |

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO.: 2047 |
| | : | SECTION: L |
| **This Document Relates To:** | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |
| **Jason S. Herrington, et al. vs. Bass Homes, Inc., et al.; S.D. Mississippi, C.A. No. 1:13-00297** | : : | Case No.: 13-6653 |

## NOTICE OF FILED OPPOSITION

COMES NOW, Defendant/Third-Party Plaintiff Ace Home Center, Inc. ("AHC"), by and through counsel, and, pursuant to Rule 10.2(b) of the *Rules for Multidistrict Litigation Under 28 U.S.C. § 1407*, hereby files its Notice of Filed Opposition to this Honorable Court's Suggestion of Remand (Doc. 21718) and Order (Doc. 21706). Pursuant to Rule 10.2(e), AHC intends to file a Motion to Vacate the Order (Doc. 21706) and brief in support.

Respectfully submitted,

*/ s / Danny J. Collier, Jr.*
_____
Danny J. Collier, Jr., Esq. (MBN 103494)
*Attorney for Ace Home Center, Inc.*

**OF COUNSEL:**

LUTHER, COLLIER, HODGES & CASH LLP
Post Office Box 1002
Mobile, Alabama 36633
(251) 694-9393 Office
(251) 694-9392 Fax
dcollier@lchclaw.com

**CERTIFICATE OF SERVICE**

  I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand-delivery upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 29th day of August, 2018.

| | |
|---|---|
| Stephen W. Mullins, Esq.<br>Luckey & Mullins, PLLC<br>Post Office Box 990<br>Ocean Springs, MS 39566<br>smullins@luckeyandmullins.com | David C. Coons, Esq.<br>Christopher A. D'Amour, Esq.<br>Justin Boron, Esq.<br>Adams and Reese LLP<br>4500 One Shell Square<br>New Orleans, LA 70139<br>david.coons@arlaw.com<br>chris.damour@arlaw.com<br>justin.boron@arlaw.com |
| Heather M. Houston, Esq.<br>Caroline Pryor, Esq.<br>Carr Allison<br>6251 Monroe Street<br>Suite 200<br>Daphne, Alabama 36526<br>hhouston@carrallison.com<br>cpryor@carrallison.com | William W. Watts, Esq.<br>HELMSING, LEACH, HERLONG<br> NEWMAN & ROUSE, P.C.<br>P. O. Box 2767<br>Mobile, Alabama  36652<br>www@helmsinglaw.com |

| | |
|---|---|
| Gary J. Russo, Esq. | Bernard Taylor, Esq. |
| Jones Walker LLP | Matthew D. Lawson, Esq. |
| 600 Jefferson Street | Christy Hull Eikhoff, Esq. |
| Suite 1600 | Alston & Bird, LLP |
| Lafayette, LA 70501 | One Atlantic Center |
| grusso@joneswalker.com | 1201 West Peachtree Street |
| | Atlanta, Georgia 30309-3424 |
| | bernard.taylor@alston.com |
| | matt.lawson@alston.com |
| | Christy.Eikhoff@alston.com |

*/ s / Danny J. Collier, Jr*
_____
OF COUNSEL