

# 山东泰和东新股份有限公司章程

HERMAN AFFIDAVIT

**EXHIBIT**

**132**

**FSIA**

**EXHIBIT**

**32**

TG 0020686

Jia Def 1/9/12

EXHIBIT NO. 11

L. GOLKOW

# 目　录

第一章　总　则 ………………………………………… 1

第二章　经营宗旨和范围 ……………………………… 1

第三章　股　份 ………………………………………… 2

第四章　股东和股东大会 ……………………………… 3

第五章　董事会 ………………………………………… 10

第六章　经　理 ………………………………………… 14

第七章　监事会 ………………………………………… 15

第八章　财务会议制度、利润分配和审计 …………… 17

第九章　合并、分立、解散和清算 …………………… 18

第十章　修改章程 ……………………………………… 21

第十一章　附　则 ……………………………………… 21

TG 0020687

本章程于二〇〇五年四月二十五日由公司二〇〇五年第一次临时股东大会以特别决议通过，于二〇〇六年八月八日修订。

## 第一章　总则

第一条　为维护公司、股东和债权人的合法权益，规范公司的组织和行为，根据《中华人民共和国公司法》（以下简称《公司法》）和其他有关规定，制订本章程。

第二条　山东泰和东新股份有限公司系依照《公司法》和其他有关规定成立的股份有限公司（以下简称"公司"）。

公司经山东省经济体制改革委员会《关于同意设立山东泰和东新股份有限公司的函》（鲁体改函字[1998]第49号）批准，以发起方式设立，发起人为：山东泰和泰山纸面石膏板总厂（集团）、泰安市华南企业（集团）总公司、泰安市大汶口建筑安装工程公司、山东肥城香泰新型建材总厂、山东泰和集团职工持股者协会；并在山东省工商行政管理局注册登记，取得营业执照。

第三条　公司注册名称：山东泰和东新股份有限公司

第四条　公司住所：山东省泰安市岱岳区大汶口镇。邮政编码 271026

第五条　公司注册资本为人民币贰亿伍仟伍佰陆拾贰万位千元。

第六条　公司为永久存续的股份有限公司。

第七条　董事长为公司的法定代表人。

第八条　　公司全部资产分为等额股份，股东以其所持股份为限对公司承担责任，公司以其全部资产对公司的债务承担责任。

第九条　本公司章程自生效之日起，即成为规范公司的组织与行为、公司与股东、股东与股东之间权利义务关系的、具有法律约束力的文件。股东可以依据公司章程起诉公司；公司可以依据公司章程起诉股东、董事、监事、经理（包括：总经理、副总经理，以下合称经理人员、经理）和其他高级管理人员；股东可以依据公司章程起诉股东；股东可以依据公司章程起诉公司的董事、监事、经理和其他高级管理人员。

第十条　本章程所称其他高级管理人员是指公司的董事会秘书、财务负责人、总工程师、总经济师、总会计师。

## 第二章　经营宗旨和范围

第十一条　公司的经营宗旨：建立高效的经营管理机制，使企业稳健的

发展，使股东获得满意的经济回报，为社会繁荣和人类进步尽企业的责任。

第十二条　经公司登记机关核准，公司经营范围是：纸面石膏板、石膏制品、石膏板护面纸、石材、轻钢龙骨、建筑材料、装饰材料及新型建筑材料的生产、销售；腐蚀品（磷酸）、磷酸副产品磷石膏、建筑五金、陶瓷制品、机电产品、家具、家用电器、日用百货、矿山机械配件销售；汽车配件零售；废纸、废纸箱收购、销售；玉石雕刻；装饰装修；许可证范围内普通货运（限分支机构经营）；备案范围进出口业务。

## 第三章　股　份

### 第一节　股份发行

第十三条　公司的股份采取股票的形式。

第十四条　公司发行的所有股份均为普通股。

第十五条　公司股份的发行，实行公开、公平、公正的原则，同股同权，同股同利。

第十六条　公司发行的股票，以人民币标明面值。

第十七条　公司的总股本为15562.5万股。其中：

1、北新集团建材股份有限公司持有6536.25万股，占公司总股本的42%；

2、泰安市东联投资贸易有限公司持有3579.375万股，占公司总股本的23%；

3、泰安市国有资产经营有限公司持有2490万股，占公司总股本的16%；

4、泰安市安信投资贸易有限公司持有2178.75万股，占公司总股本的14%；

5、贾同安持有778.125万股，占公司总股本的5%。

### 第二节　股份增减和回购

第十八条　公司根据经营和发展的需要，依照法律、法规的规定，经股东大会分别作出决议，可以采用下列方式增加资本：

（一）向现有股东配售股份；

（二）向现有股东派送红股；

（三）以公积金转增股本；

（四）法律、行政法规规定批准的其他方式。

公司增加股份时，北新集团建材股份有限公司在同等条件下对新增加的股份有优先认购权。

第十九条　根据公司章程的规定，公司可以减少注册资本。公司减少注册资本，按照《公司法》以及其他有关规定和公司章程规定的程序办理。

### 第三节　股份转让

第二十条　股东持有的股份可以依法转让。公司其他股东转让所持公司股份时，北新集团建材股份有限公司在同等条件下有优先购买权。

第二十一条　发起人持有的公司股票，自公司成立之日起三年以内不得转让。

### 第四章　股东和股东大会

### 第一节　股　东

第二十二条　公司股东为依法持有公司股份的人。

股东按其所持有股份的种类享有权利，承担义务；持有同一种类股份的股东，享有同等权利，承担同种义务。

第二十三条　股东名册是证明股东持有公司股份的充分证据。公司应建立股东名册。

第二十四条　公司股东享有下列权利：

（一）依照其所持有的股份份额获得股利和其他形式的利益分配；

（二）参加或者委派股东代理人参加股东会议；

（三）依照其所持有的股份份额使用表决权；

（四）对公司的经营行为进行监督，提出建议或者质询；

（五）依照法律、行政法规及公司章程的规定转让、赠与或质押其所持有的股份；

（六）依照法律、公司章程的规定获得有关信息，包括查阅公司章程和文件；

（七）公司终止或者清算时，按其所持有的股份份额参加公司剩余财产的分配；

TG 0020690

（八）法律、行政法规及公司章程所赋予的其他权利。

第十九条　股东大会、董事会的决议违反法律、行政法规，侵犯股东合法权益的，股东有权向人民法院提起要求停止该违法行为和侵害行为的诉讼。

第二十条　公司股东承担下列义务：

（一）遵守公司章程；

（二）依其所认购的股份和入股方式缴纳股金；

（三）除法律、法规规定的情形外，不得退股；

（四）法律、行政法规及公司章程规定应当承担的其他义务。

第二十一条　股东将其持有的股份进行质押的，需由公司股东会以特别决议审批通过后方可进行。

## 第二节　股东大会

第二十二条　股东大会是公司的最高权力机构，依法行使下列职权：

（一）决定公司经营方针和投资计划；

（二）选举和更换董事，决定有关董事的报酬事项；

（三）选举和更换由股东代表出任的监事，决定有关监事的报酬事项；

（四）审议批准董事会的报告；

（五）审议批准监事会的报告；

（六）审议批准公司的年度财务预算方案、决算方案；

（七）审议批准公司的利润分配方案和弥补亏损方案；

（八）对公司增加或者减少注册资本作出决议；

（九）对发行公司债券作出决议；

（十）对公司合并、分立、解散和清算等事项作出决议；

（十一）修改公司章程；

（十二）对股东将其所持公司股份进行质押作出决议；

（十三）审议法律、法规和公司章程规定应当由股东大会决定的其他事项。

第二十三条　股东大会分为股东年会和临时股东大会。股东年会每年召开一次，并应于上一个会计年度完结之后的六个月之内举行。

第二十四条　有下列情形之一的，公司在此实发生之日起两个月以内召开临时股东大会：

（一）董事人数不足《公司法》规定的法定最低人数，或者少于章程所定人数的2/3时；

（二）公司未弥补的亏损达股本总额的1/3时；

（三）单独或者合并持有公司有表决权股份总数10%（不含投票代理权）以上的股东书面请求时；

（四）董事会认为必要时；

（五）监事会提议召开时；

（六）公司章程规定的其他情形。

第二十五条　　临时股东大会只对通知中列明的事项作出决议。

第二十六条　　股东大会会议由董事会依法召集，由董事长主持。董事长因故不能履行职务时，由董事长指定的其它董事主持；董事长不能出席会议，也未指定人选的，由董事会指定一名董事主持会议；董事会未指定会议主持人的，由出席会议的股东共同推举一名股东主持会议。

第二十七条　　公司召开股东大会，董事会应当在会议召开30日以前以书面方式（传真有效）通知公司股东。经公司全体股东同意，上述30日通知时限可以豁免或适当缩短。

第二十八条　　股东可以亲自出席股东大会，也可以委托代理人代为出席和表决。股东应当以书面形式委托代理人，由委托人签署或者由其以书面形式委托的代理人签署；委托人为法人的，应当加盖法人印章或者由其正式委任的代理人签署。

第二十九条　　股东出具的委托他人出席股东大会的授权委托书应当载明下列内容：

（一）代理人的姓名；

（二）是否具有表决权；

（三）分别对列入股东大会议程的每一审议事项投赞成、反对或弃权票的指示；

（四）对可能纳入股东大会议程的临时提案是否有表决权，如果有表决权应行使何种表决权的具体指示；

（五）委托书签发日期和有效期限；

（六）委托人签名（或盖章）。委托人为法人股东的，应加盖法人单位印签。

委托书应当注明如果股东不作具体指示，股东代理人是否可以按自己的意思表决。

第三十条　出席会议人员的签名册由公司负责制作。签名册载明少加会议人员姓名（或单位名称）、身份证号码、住所地址、持有或者代表有表决权的股份数额、被代理人姓名（或单位名称）等事项。

第三十一条　　监事会或者股东要求召集临时股东大会的，应当按照下列程序办理：

（一）签署一份或者数份同样格式内容的书面要求，提请董事会召集临时股东大会，并阐明会议议题。董事会在收到前述书面要求后，应当尽快发出召集临时股东大会的通知。

（二）如果董事会在收到前述书面要求后三十日内没有发出召集会议的通知，提出召集会议的监事会或者股东可以在董事会收到该要求后三个月内自行召集临时股东大会。召集的程序应当尽可能与董事会召集股东会议的程序相同。监事会或者股东因董事会未应前述要求举行会议而自行召集并举行会议的，由公司给予监事会或者股东必要协助，并承担会议费用。

第三十二条　　股东大会召开的会议通知发出后，除有不可抗力或者其它意外事件等原因，董事会不得变更股东大会召开的时间。

第三十三条　　董事会人数不足《公司法》规定的法定最低人数，或者少于章程规定人数的三分之二，或者公司未弥补亏损额达到股本总额的三分之一，董事会未在规定期限内召集临时股东大会的，监事会或者股东可以按照本章程规定的程序自行召集临时股东大会。

### 第三节　股东大会提案

第三十四条　　公司召开股东大会，持有或者合并持有公司有表决权股份总数的百分之五以上的股东，有权向公司提出新的提案。

第三十五条　　股东大会提案应当符合下列条件：

（一）内容与法律、法规和章程的规定不相抵触，并且属于公司经营范围和股东大会职责范围；

（二）有明确议题和具体决议事项；

（三）以书面形式提交或送达董事会。

7

第三十六条　公司董事会应当以公司和股东的最大利益为行为准则，按照本节第四十四条的规定对股东大会提案进行审查。

第三十七条　董事会决定不将股东大会提案列入会议议程的，应当在该次股东大会上进行解释和说明。

### 第四节　股东大会决议

第三十八条　股东（包括股东代理人）以其所代表的有表决权的股份数额行使表决权，每一股份享有一项表决权。

第三十九条　股东大会决议分为普通决议和特别决议。

股东大会作出普通决议，应当由出席股东大会的股东（包括股东代理人）所持表决权的二分之一以上通过。

股东大会作出特别决议，应当由出席股东大会的股东（包括股东代理人）所持表决权的三分之二以上通过。

第四十条　下列事项由股东大会以普通决议通过：

（一）董事会和监事会的工作报告；

（二）公司年度预算方案、决算方案；

（三）公司年度报告；

（四）董事会拟定的利润分配方案和弥补亏损方案；

（五）董事会和监事会成员的任免及其报酬和支付方法；

（六）除法律、行政法规规定或者公司章程规定应当以特别决议通过以外的其他事项。

第四十一条　下列事项由股东大会以特别决议通过：

（一）公司增加或者减少注册资本；

（二）发行公司债券；

（三）公司的分立、合并、解散和清算；

（四）公司章程的修改；

（五）回购本公司股票；

（六）股东将其所持公司股份进行质押；

（七）公司章程规定和股东大会以普通决议认定会对公司产生重大影响的、需要以特别决议通过的其他事项。

第四十二条　非经股东大会以特别决议批准，公司不得与董事、经理和

其它高级管理人员以外的人订立将公司全部或者重要业务的管理交予该人负责的合同。

第四十三条　董事、监事候选人名单以提案的方式提请股东大会决议。董事会应当向股东提供候选董事、监事的简历和基本情况。

第四十四条　董事、股东代表担任的监事的提名及选举按以下程序进行：

（一）董事、股东代表担任的监事由股东按本章程第七十条和第一百零五条的规定提名，并经股东大会选举决定。

（二）董事、监事的提名人在提名前应当征得被提名人的同意。提名人应当充分了解被提名人职业、学历、职称、详细的工作经历、全部兼职等情况。

公司应在股东大会召开前披露董事、监事候选人的详细资料，保证股东在投票时对候选人有足够的了解。

（三）公司应和董事签订聘任合同，明确公司和董事之间的权利义务、董事的任期、董事违反法律法规和公司章程的责任以及公司因故提前解除合同的补偿等内容。

第四十五条　股东大会采取记名方式投票表决或举手表决，并由清点人代表当场公布表决结果。

第四十六条　会议主持人根据表决结果决定股东大会的决议是否通过，并应当在会上宣布表决结果。决议的表决结果载入会议记录。

第四十七条　会议主持人如果对提交表决的决议结果有任何怀疑，可以对所投票数进行点算。如果会议主持人未进行点票，出席会议的股东或者股东代理人对会议主持人宣布结果有异议的，有权在宣布表决结果后立即要求点票，会议主持人应当即时点票。

第四十八条　除涉及公司商业秘密不能在股东大会上公开外，董事会和监事会应当对股东的质询和建议作出答复或说明。

第四十九条　股东大会应有会议记录。会议记录记载以下内容：

（一）出席股东大会的有表决权的股份数，占公司总股份的比例；

（二）召开会议的日期、地点；

TG 0020695

（三）会议主持人姓名、会议议程；

（四）各发言人对每个审议事项的发言要点；

（五）每一表决事项的表决结果；

（六）股东的质询意见、建议及董事会、监事会的答复或说明等内容；

（七）股东大会认为和公司章程规定应当载入会议记录的其他内容。

第五十条　股东大会记录由出席会议的股东和记录员签名，并作为公司档案由董事会秘书保存。股东大会会议记录的保管期限为永久性保存。

第五十一条　股东大会到会人数、参会股东持有的股份数额、授权委托书、每一表决事项的表决结果、会议记录、会议程序的合法性等事项，可以进行公证。

### 第五章　董事会

#### 第一节　董事

第五十二条　公司董事为自然人。董事无需持有公司股份。

第五十三条　《公司法》第57条、第58条规定的人员不得担任公司的董事。

第五十四条　董事由股东大会选举或更换，任期三年。董事任期届满，可连选连任。董事在任期届满以前，股东大会不得无故解除其职务。

董事任期从股东大会决议通过之日起计算，至本届董事会任期届满时为止。

第五十五条　董事应当遵守法律、法规和公司章程的规定，忠实履行职责，维护公司利益。当其自身的利益与公司和股东的利益相冲突时，应当以公司和股东的最大利益为行为准则，并保证：

（一）在其职权范围内行使权利，不得越权；

（二）除经公司章程规定或者股东大会在知情的情况下批准，不得同本公司订立合同或者进行交易；

（三）不得利用内幕信息为自己或他人谋取利益；

（四）不得自营或者为他人经营与公司同类的营业或者从事损害本公司利益的活动；

（五）不得利用职权收受贿赂或者其他非法收入，不得侵占公司的财产；

10

（六）不得挪用资金或者将公司资金借贷给他人；

（七）不得利用职务便利为自己或他人侵占或者接受本应属于公司的商业机密；

（八）未经股东会在知情下批准，不得接受与公司交易有关的佣金；

（九）不得将公司资产以其个人名义或者以其他个人名义开立帐户储存；

（十）不得以公司资产为本公司的股东或者其他个人债务提供担保；

（十一）未经股东大会在知情下同意，不得泄漏在任职期间所获得的涉及本公司的机密信息；但在下列情形下，可以向法院或者其他政府主管机关披露该信息：

1、法律有规定；

2、公众利益有要求；

3、该董事本身的合法利益有要求；

第五十六条　董事应当谨慎、认真、勤勉地行使公司所赋予的权利，以保证：

（1）公司的商业行为符合国家的法律、行政法规以及国家各项经济政策的要求，商业活动不超越营业执照规定的业务范围；

（2）公平对待所有股东；

（3）认真阅读公司的各项商务、财务报告，及时了解公司业务经营管理状况；

（4）亲自行使被合法赋予的公司管理处置权，不得受他人操纵；非经法律、行政法规允许或者得到股东大会在知情的情况下批准，不得将其处置权转授他人行使；

（5）接受监事会对其履行职责的合法监督和合理建议。

第五十七条　董事可以在任期届满以前提出辞职。董事辞职应当向董事会提交书面辞职报告。

第五十八条　任职尚未结束的董事，对因其擅自离职使公司造成的损失，应当承担赔偿责任。

TG 0020697

第五十九条　本节有关董事义务的规定，适用于公司监事、经理和其他高级管理人员。

### 第二节　监事会

第六十条　公司设监事会，对股东大会负责。

第六十一条　监事会由七名董事组成，设监事长一人。其中，北新集团建材股份有限公司提名4名董事，泰安市国有资产经营有限公司提名1名董事，泰安市东联投资贸易有限公司、泰安市安信投资贸易有限公司及贺同春共同提名2名董事。

第六十二条　董事会行使下列职权：

（一）负责召集股东大会，并向大会报告工作；

（二）执行股东大会的决议；

（三）决定公司的经营计划和投资方案；

（四）制订公司的年度财务预算方案、决算方案；

（五）制订公司的利润分配方案和弥补亏损方案；

（六）制订公司增加或者减少注册资本、发行债券或其他证券及上市方案；

（七）拟订公司重大收购、回购本公司股票或者合并、分立和解散方案；

（八）在股东大会授权范围内，决定公司的风险投资、资产抵押及其他担保事项；

（九）决定公司内部管理机构的设置；

（十）聘任或者解聘公司经理、董事会秘书、公开招聘的财务负责人；根据经理的提名，聘任或者解聘公司副经理等高级管理人员；并决定上述人员的报酬事项和奖惩事项；

（十一）制订公司的基本管理制度；

（十二）制订公司章程的修改方案；

（十三）听取公司经理的工作汇报并检查经理的工作；

（十四）法律、法规或公司章程规定，以及股东大会授予的其他职权。

第六十三条　董事会制定董事会议事规则，以确保董事会的工作效率和科学决策。

第六十四条　董事长由公司董事担任，以全体董事中的过半数选举产

TG 0020698

生和罢免。

第六十五条　董事长行使下列职权：

（一）主持股东大会和召集、主持董事会会议；

（二）督促、检查董事会决议的执行；

（三）签署公司股票、公司债券及其他有价证券；

（四）签署董事会重要文件和其他应由公司法定代表人签署的其他文件；

（五）行使法定代表人的职权；

（六）在发生特大自然灾害等不可抗力的紧急情况下，对公司事务行使符合法律规定和公司利益的特别处置权，并在事后向公司董事会和股东大会报告；

（七）董事会授予的其他职权。

第六十六条　董事长不能履行职权时，董事长应当指定一名董事代行其职权。

第六十七条　董事会每年至少召开两次会议，由董事长召集，于会议召开十日以前书面通知全体董事。

第六十八条　有下列情形之一的，董事长应在十个工作日内召集临时董事会会议：

（一）董事长认为必要时；

（二）1/3 以上董事联名提议时；

（三）监事会提议时；

（四）经理提议时。

第六十九条　董事会召开临时董事会会议的通知方式可以为专人送出或传真通知，通知时限为会议召开七日前通知。

如有本章七十七条第（二）、（三）、（四）项规定的情形，董事长不能履行职责时，应当指定一名董事代其召集临时董事会会议；董事长无故不履行职责，亦未指定具体人员代其行使职责的，可由 1/2 以上的董事共同推举一名董事负责召集会议。

第七十条　董事会会议应当由 1/2 以上的董事出席方可举行。每一董事享有一票表决权。董事会作出决议，必须经全体董事的过半数通过。

第七十一条　董事会临时会议在保障董事充分表达意见的前提下，可

以用传真方式进行并作出决议，并由参会董事签字。

第七十二条　董事会会议应当由董事本人出席，董事因故不能出席的，可以书面委托其他董事代为出席。

第七十三条　委托书应当载明代理人的姓名，代理事项、权限和有效期限，并由委托人签名或盖章。

第七十四条　代为出席会议的董事应当在授权范围内行使董事的权利。董事未出席董事会会议，亦未委托代表出席的，视为放弃在该次会议上的投票权。

第七十五条　董事会决议表决方式为记名式投票表决。每名董事有一票表决权。

第七十六条　董事会会议应当有记录，出席会议的董事和记录人，应当在会议记录上签名。出席会议的董事有权要求在记录上对其在会议上的发言作出说明性记载。董事会会议记录作为公司档案由董事会秘书保存，董事会会议记录的保管期限为永久性保存。

第七十七条　董事会会议记录包括以下内容：

（一）会议召开的日期、地点和召集人姓名；

（二）出席董事的姓名以及受他人委托出席董事会的董事（代理人）姓名；

（三）会议议程；

（四）董事发言要点；

（五）每一决议事项的表决方式和结果（表决结果应载明赞成、反对或弃权的票数）。

第七十八条　董事应当在董事会会议上签字并对董事会的决议承担责任。董事会决议违反法律、法规或者章程，致使公司遭受损失的，参与决议的董事对公司负赔偿责任。但经证明在表决时曾表明异议并记载于会议记录的，该董事可以免除责任。

## 第三节　董事会秘书

第七十九条　董事会设董事会秘书。董事会秘书是公司高级管理人员，对董事会负责。

第八十条　董事会秘书应当具有必备的专业知识和经验，由董事会委

任。本章程第六十二条规定不得担任公司董事的情形适用于董事会秘书。

第八十一条  董事会秘书的主要职责是：

（一）准备和递交国家有关部门要求的董事会和股东大会出具的报告和文件；

（二）筹备董事会会议和股东大会，并负责会议的记录和会议文件，记录的保管；

（三）负责公司信息披露事务，保证公司信息披露的及时、准确、合法、真实和完整；

（四）保证有权得到公司有关记录和文件的人及时得到有关文件和记录。

第八十二条  董事或者其他高级管理人员可以兼任公司董事会秘书。

第八十三条  董事会秘书由董事长提名，经董事会聘任或者解聘。董事兼任董事会秘书的，如某一行为需由董事、董事会秘书分别作出时，则该兼任董事及公司董事会秘书的人不得以双重身份作出。

## 第六章  经  理

第八十四条  公司设经理一名，由董事会聘任或解聘。董事可受聘兼任经理、副经理或者其他高级管理人员。

第八十五条  《公司法》第57条、第58条规定的人员不得担任公司的经理。

第八十六条  经理每届任期三年，经理连聘可以连任。

第八十七条  经理对董事会负责，行使下列职权：

（一）主持公司的生产经营管理工作，并向董事会报告工作；

（二）组织实施董事会决议、公司年度计划和投资方案；

（三）拟订公司内部管理机构设置方案；

（四）拟订公司的基本管理制度；

（五）制订公司的具体规章；

（六）提请董事会聘任或者解聘公司副经理以及除财务负责人以外的其他高级管理人员；

（七）聘任或者解聘除应由董事会聘任或者解聘以外的管理人员；

（八）拟定公司职工的工资、福利、奖惩，决定公司职工的聘用和解聘；

TG 0020701

(九)提议召开董事会临时会议;

(十)公司章程或董事会授予的其他职权。

第八十八条  经理列席董事会会议,非董事经理在董事会上没有表决权。

第八十九条  经理应当根据董事会或者监事会的要求,向董事会或者监事会报告公司重大合同的签订、执行情况,资金运用情况和盈亏情况。经理必须保证该报告的真实性。

第九十条  经理拟定有关职工工资、福利、安全生产以及劳动保护、劳动保险、解聘(或开除)公司职工等涉及职工切身利益的问题时,应当事先听取工会和职代会的意见。

第九十一条  公司经理应当遵守法律、行政法规和公司章程的规定,履行诚信和勤勉的义务。

第九十二条  经理可以在任期届满以前提出辞职。有关经理辞职的具体程序和办法由经理与公司之间的劳务合同规定。

第九十三条  公司应当建立经理人员和其他高级管理人员的薪酬与公司绩效和个人业绩相联系的激励机制,以吸引人才,保持该等人员的稳定。

第九十四条  公司对经理人员和其他高级管理人员的绩效评价应成为确定该等人员薪酬以及其他激励方式的依据。

第九十五条  经理人员和其他高级管理人员违反法律、法规和公司章程规定,致使公司遭受损失的,公司董事会应积极采取措施追究其法律责任。

### 第七章  监事会

### 第一节  监事

第九十六条  监事由股东代表和公司职工代表担任。北新集团建材股份有限公司提名1名监事,其他股东共同提名1名监事,公司职工代表担任的监事1名。

第九十七条  《公司法》第57条、第58条规定的人员不得担任公司的监事。

董事、经理和财务负责人不得兼任监事。

监事应具有法律、会计等方面的专业知识或工作经验。监事会的人员和

TG 0020702

结构应确保监事会能够独立有效地行使对董事、经理人员和其他高级管理人员及公司财务的监督和检查。

第九十八条　监事每届任期三年。股东担任的监事由股东大会选举或更换，职工担任的监事由公司职工民主选举产生或更换，监事连选可以连任。

第九十九条　监事可以在任期届满以前提出辞职，章程第五章有关董事辞职的规定，适用于监事。

第一百条　监事应当遵守法律、行政法规和公司章程的规定，履行诚信和勤勉的义务。

## 第二节　监事会

第一百零一条　公司设监事会。监事会由三名监事组成，设监事会主席一名。监事会主席不能履行职权时，由监事会主席指定一名监事代行其职权。

第一百零二条　监事会行使下列职权：

（一）检查公司的财务；

（二）对董事、经理和其他高级管理人员执行公司职务时违反法律、法规或者章程的行为进行监督；

（三）当董事、经理和其他高级管理人员的行为损害公司的利益时，要求其予以纠正，必要时向股东大会或国家有关主管机关报告；

（四）提议召开临时股东大会；

（五）列席董事会会议；

（六）公司章程规定或股东大会授予的其他职权。

第一百零三条　监事会可要求公司董事、经理及其他高级管理人员、内部及外部审计人员出席监事会会议，回答所关注的问题。监事会发现董事、经理和其他高级管理人员存在违反法律、法规或公司章程的行为，可以向董事会、股东大会反映，也可以直接向有关部门报告。监事会行使职权时，必要时可以聘请律师事务所、会计师事务所等专业性机构给予帮助，由此发生的费用由公司承担。

第一百零四条　监事会每年至少召开二次会议。会议通知应当在会议召开十日以前书面送达全体监事。

## 第三节　监事会决议

第一百零五条　监事会会议应当由监事本人出席。监事会决议的表决方式采取记名方式投票表决。

第一百零六条　监事会的表决程序为：监事会会议应当由二分之一以上的监事出席方可举行。每一监事享有一票表决权。监事会作出决议，必须经全体监事的二分之一以上通过。

第一百零七条　监事会会议应有记录，出席会议的监事和记录人，应当在会议记录上签名。监事有权要求在记录上对其在会议上的发言作出某种说明性记载。监事会会议记录作为公司档案由监事会秘书保存。监事会会议纪录保管期限为永久性保存。

## 第八章　财务会议制度、利润分配和审计

### 第一节　财务会计制度

第一百零八条　公司依照法律、行政法规和国家有关部门的规定，建立公司的财务、会计制度。

第一百零九条　公司在每一会计年度终了时编制公司年度财务报告，并依法审查验证。

第一百一十条　公司年度财务报告，包括下列内容：

(1)资产负债表；

(2)利润表及利润分配表；

(3)现金流量表；

(4)会计报表附注；

第一百一十一条　年度财务报告按照有关法律、法规的规定进行编制。

第一百一十二条　公司除法定的会计帐册外，不另立会计帐册。公司的资产，不以任何个人名义开立账户存储。

第一百一十三条　公司交纳所得税后的利润，按下列顺序分配：

(1)弥补上一年度的亏损；

(2)提取法定公积金 10%；

(3) 提取任意公积金

(4) 支付股东股利。

公司法定公积金累计额为公司注册资本的 50% 以上的，可以不再提取。

TG 0020704

提取法定公积金后，是否提取任意公积金由股东大会决定。公司不在弥补公司亏损和提取法定公积金之前向股东分配利润。

第一百一十四条　股东大会决议将公积金转为股本时，按股东原有股份比例派送新股。但法定公积金转为股本时，所留存的该项公积金不得少于注册资本的 25%。

第一百一十五条　公司股东大会对利润分配方案作出决议后，公司董事会须在股东大会召开后两个月内完成股利（或股份）的派发事项。

第一百一十六条　公司可以采取现金或者股票方式分配股利。

### 第二节　内部审计

第一百一十七条　公司实行内部审计制度，配备专、兼职审计人员，对公司财务收支和经济活动进行内部审计监督。

第一百一十八条　公司内部审计制度和审计人员的职责，应当经董事会批准后实施。审计负责人向董事会负责并报告工作。

## 第九章　合并、分立、解散和清算
### 第一节　合并或分立

第一百一十九条　公司可以依法进行合并或者分立。公司合并可以采取吸收合并和新设合并两种形式。

第一百二十条　公司合并或者分立，按照下列程序办理：

（一）董事会拟订合并或者分立方案；

（二）股东大会依照章程的规定作出决议；

（三）各方当事人签订合并或者分立合同；

（四）依法办理有关审批手续；

（五）处理家权、债务等各项合并或者分立事宜；

（六）办理解散登记或者变更登记。

第一百二十一条　公司合并或者分立，合并或者分立各方应当编制资产负债表和财产清单。公司自股东大会作出合并或者分立决议之日起十日内通知债权人，并于三十日内在报纸上公告。

TG 0020705

第一百二十二条　债权人自接到通知书之日起三十日内，未接到通知书的自公告之日起四十五日内，有权要求公司清偿债务或者提供相应的担保。公司不能清偿债务或者提供相应担保的，不进行合并或者分立。

第一百二十三条　公司合并或者分立时，公司董事会应当采取必要的措施保护反对公司合并或者分立的股东的合法权益。

第一百二十四条　公司合并或者分立各方的资产、债权、债务的处理，通过签订合同加以明确规定。

公司合并后，合并各方的债权、债务，由合并后存续的公司或者新设的公司承继。

公司分立前的债务按所达成的协议由分立后的公司承担。

第一百二十五条　公司合并或者分立，登记事项发生变更的，依法向公司登记机关办理变更登记；公司解散的，依法办理公司注销登记；设立新公司的，依法办理公司设立登记。

### 第二节　解散和清算

第一百二十六条　有下列情形之一的，公司应当解散并依法进行清算：

（一）营业期限届满；

（二）股东大会决议解散；

（三）因合并或者分立而解散；

（四）不能清偿到期债务依法宣告破产；

（五）违反法律、法规被依法吊令关闭。

第一百二十七条　公司因有本节前条第（一）、（二）项情形而解散的，应当在十五日内成立清算组。清算组成员由股东大会以特别决议的方式选定。

公司因有本节前条（三）项情形而解散的，清算工作由合并或者分立各方当事人依照合并或者分立时签订的合同办理。

公司因有本节前条（四）项情形而解散的，由人民法院依照有关法律的规定，组织股东、有关机关及专业人员成立清算组进行清算。

公司因有本节前条（五）项情形而解散的，由有关主管机关组织股东，有关机关及专业人员成立清算组进行清算。

TG 0020706

第一百二十八条　清算组成立后，董事会、经理的职权立即停止。清算期间，公司不得开展新的经营活动。

第一百二十九条　清算组在清算期间行使下列职权：

（一）通知或者公告债权人；

（二）清理公司财产、编制资产负债表和财产清单；

（三）处理公司未了结的业务；

（四）清缴所欠税款；

（五）清理债权、债务；

（六）处理公司清偿债务后的剩余财产；

（七）代表公司参与民事诉讼活动。

第一百三十条　清算组应当自成立之日起十日内通知债权人，并于六十日内公告三次。

第一百三十一条　债权人应当在章程规定的期限内向清算组申报其债权。债权人申报债权时，应当说明债权的有关事项，并提供证明材料。清算组应当对债权进行登记。

第一百三十二条　清算组在清理公司财产、编制资产负债表和财产清单后，应当制定清算方案，并报股东大会或者有关主管机关确认。

第一百三十三条　公司财产按下列顺序清偿：

（一）支付清算费用；

（二）支付公司职工工资和劳动保险费用；

（三）交纳所欠税款；

（四）清偿公司债务；

（五）按股东持有的股份比例进行分配。

公司财产未按前款第（一）至（四）项规定清偿前，不分配给股东。

第一百三十四条　清算组在清理公司财产、编制资产负债表和财产清单后，认为公司财产不足清偿债务的，应当向人民法院申请宣告破产。公司经人民法院宣告破产后，清算组应当将清算事务移交给人民法院。

第一百三十五条　清算结束后，清算组应当制作清算报告，以及清算期间收支报表和财务账册，报股东大会或者有关主管机关确认。

清算组应当自股东大会或者有关主管机关对清算报告确认之日起三十

日内，依法向公司登记机关办理注销公司登记，并公告公司终止。

第一百三十六条　清算组人员应当忠于职守，依法履行清算义务，不得利用职权收受贿赂或者其他非法收入，不得侵占公司财产。

清算组人员因故意或者重大过失给公司或者债权人造成损失的，应当承担赔偿责任。

## 第十章　修改章程

第一百三十七条　有下列情形之一的，公司应当修改章程：

（一）《公司法》或有关法律、行政法规修改后，章程规定的事项与修改后的法律、行政法规的规定相抵触；

（二）公司的情况发生变化，与章程记载的事项不一致；

（三）股东大会决定修改章程。

第一百三十八条　股东大会决议通过的章程修改事项应经主管机关审批的，须报原审批的主管机关批准；涉及公司登记事项的，依法办理变更登记。

第一百三十九条　董事会依照股东大会修改章程的决议和有关主管机关的审批意见修改公司章程。

## 第十一章　附　则

第一百四十条　董事会可依照章程的规定，制订章程细则。章程细则不得与章程的规定相抵触。

第一百四十一条　本章程以中文书写，其他任何语种或不同版本的章程与本章程有歧义时，以在山东省工商局最近一次核准登记后的中文版章程为准。

第一百四十二条　本章程所称"以上"、"以内"、"以下"，都含本数；"不满"、"以外"不含本数。

第一百四十三条　本章程由公司董事会负责解释。

（此页无正文，为山东泰和东新股份有限公司章程签字页）

法定代表人签字：

二〇〇六年八月八日
山东泰和东新股份有限公司

TG 0020709

HL Comments on

"TG 0020686 – TG 0020709 translation provided by questioners"

Dec 30, 2011



EXHIBIT NO. 11A

L. GOLKOW

Translation of TG 0020686

Shandong Administration for Industry & Commerce (seal)

# ARTICLES OF ASSOCIATION OF

# SHANDONG TAIHE DONGXIN CO., LTD.

Partial seal (illegible)

TRANSLATION PROVIDED BY QUESTIONERS

Translation of TG 0020687

# Contents

Chapter I General Principles···············································································1

Chapter II Purpose and Scope of Business········································· 1

Chapter III The Shares··································································· ··· 2

Chapter IV Shareholders and General Meeting······································· 3

Chapter V Board of Directors ··················································· 10

Chapter VI Manager··········································· ········ 14

Chapter VII Board of Supervisors················· *Accounting* ·················· 15

Chapter VIII Financial and ~~Meeting~~ Systems, Distribution of Profits and Auditing······· 17

Chapter IX Merger, Division, Dissolution and Liquidation ··························· 18

Chapter X Amendments to These Articles of Association··························· 21

Chapter XII Supplemental Provisions ··················································· 21

TRANSLATION PROVIDED BY QUESTIONERS

Translation of TG 0020688

These Articles of Association were adopted through a special resolution at the first extraordinary general meeting in 2005 of the Company on May 25, 2005 and amended hereby on August 8, 2006.

## Chapter I General Principles

Article 1 These Articles of Association are formulated pursuant to the *Company Law of the People's Republic China* (the "*Company Law*") and other relevant provisions for the purpose of protecting the legal interests of the Company, the Shareholders and the Creditors and regulating the organization and conduct of the Company.

Article 2 Shandong Taihe Dongxin Co., Ltd. (the "Company") is a company limited by shares incorporated pursuant to the *Company Law* and other relevant provisions.
The Company was incorporated by means of promoters as approved by Shandong Provincial Economic System Reform Commission by the Approval Letter of the Incorporation of Shandong Taihe Dongxin Co., Ltd. (Lu Ti Gai Han Zi [1998] No. 49). The promoters are: Shandong Taihe Taishan Plasterboard Main Factory (Group), Taian Huanan Enterprise (Group) Main Company, Taishan Dawenkou Construction & Installation Engineering Co., Ltd., Shandong Feicheng Lutai New Building Materials Main Factory, Shandong Taihe Group ESOP Association. The Company was registered with and obtained its business license from the Shandong Administration for Industry & Commerce.

Article 3 Registered name of the Company: Shandong Taihe Dongxin Co., Ltd.

Article 4 Domicile the Company: Dawenkou Township, Daiyue District, Tai'an City, Shandong Province. Postal Code: 271026

Article 5 The registered capital of the Company shall be RMB 155,625,000 yuan.

Article 6 The Company shall be a company limited by shares with its term of business being perpetual.

Article 7 Chairman shall be the legal representative of the Company.

Article 8 All capital of the Company shall be divided into equal shares. Each shareholder's liability to the Company shall be limited by the shares held by it. The Company shall be liable for its debts with all its debts.

Article 9 These Articles of Association shall constitute a document legally binding on the organization and conduct of the Company and the rights and obligations as between the Company and the Shareholders and among the Shareholders from its date of effectiveness. Pursuant to these Articles of Association, the Shareholders may sue the Company; the Company may sue its Shareholders, Directors, Supervisors, Managers (including the General Manager and deputy general managers, below "Managers") and other senior management personnel; the Shareholders may sue other Shareholders or the Directors, the Supervisors, the General Manager and other senior management personnel of the Company.

Article 10 For the purpose of these Articles, "other senior management personnel" shall mean the Deputy General Manager, the Board secretary, the financial principal, the chief engineer, the chief economic manager and the chief accountant of the Company.

## Chapter II Purpose and Scope of Business

Article 11 The purpose of the business of the Company shall be to establish efficient operation and management systems to facilitate steady development of the Company, to realize satisfactory economic return for the Shareholders and to discharge the Company's responsibilities to the prosperity of the society and the progress of mankind.

TRANSLATION PROVIDED BY QUESTIONERS

Translation of TG 0020689

Article 12 The business scope of the Company, as approved by its registry, shall include the manufacturing and sales of gypsum board, gypsum products, plaster board surface paper, stone materials, light weight metal studs, construction materials, decoration materials and new building materials; sales of (phosphoric acid) corrosives, phosphogypsum as a by-product of phosphoric acid, construction hardware, ceramics products, machinery and electrical products, furniture, home appliance, general merchandise and fitting parts for mining machinery; retailing of auto parts; recycling and sales of waste paper and waste carton; jade carving; decoration and improvement engineering; general cargo transportation within the licensed scope (may only be operated by the Company's branches); import and export businesses within the registration scope.

## Chapter III The Shares

Section One   ~~Issuing~~ Issuance of Shares

Article 13 The shares of the Company shall take the form of share certificates.

Article 14 All shares issued by the Company shall be common shares.

Article 15 Shares of the Company shall be issued on an open, fair and impartial manner with the same kind of shares bearing the same rights and benefits.

Article 16 The par value of the shares issued by the Company shall be represented in RMB.

Article 17 The total capital of the Company shall comprise 155,625,000 shares. Within such shares:
(1) Beijing New Building Materials Co., Ltd. holds 65,362,500 shares, representing 42% of the total capital of the Company;
(2) Tai'an Donglian Investment & Trading Co., Ltd. holds 35,793,750 shares, representing 23% of the total capital of the Company;
(3) Tai'an State-owned Assets Operation Co., Ltd. holds 24,900,000 shares, representing 16% of the total capital of the Company;
(4) Tai'an Anxin Investment & Trading Co., Ltd. holds 21,787,500 shares, representing 14% of the total capital of the Company;
(5) Jia Tongchun holds 7,781,250 shares, representing 5% of the total capital of the Company.

Section Two   Increase and Reduction of Shares and Repurchase

Article 18 As required by its operation and development, the Company may increase its capital in the following ways by separate special resolutions of the General Meeting pursuant to provisions of the laws and regulations:
(1) allotment of shares to existing shareholders;
(2) allotment of dividend shares to existing shareholders;
(3) converting reserve funds into share capital;
(4) other ways provided or permitted under provisions of laws and regulations.

TRANSLATION PROVIDED BY QUESTIONERS

Translation of TG 0020690

When the Company increases the shares, Beijing New Building Materials Co., Ltd. shall have preemptive right to subscribe the newly issued shares on equal terms.

Article 19 The Company may reduce its registered capital pursuant to the provisions of these Articles of Association. Reduction of shares by the Company shall be carried out pursuant to *the Company Law* and other relevant provisions and the procedures provided by these Articles of Association of the Company.

Section Three     Transfer of Shares

Article 20 Shares held by shareholders may be legally transferred. Beijing New Building Materials Co., Ltd. shall have preemptive right to purchase on equal terms for the shares transferred by the other shareholders of the Company.

Article 21 Shares in the Company held by the promoters may not be transferred within three years as of the date of incorporation of the Company.

**Chapter IV Shareholders and General Meetings**
Section One    Shareholders

Article 22 Shareholders shall be the legal owners of the shares of the Company.
The shareholders shall be entitled to rights and undertake obligations pursuant to the kind of shares held by them. Shareholders of the same kind of shares shall be entitled to the same rights and undertake the same obligations.

Article 23 Shareholder Register shall be sufficient evidence of shareholders' ownership of shares in the Company. The Company shall establish a Shareholder Register.

Article 24 The shareholders of the Company shall be entitled to the following rights:
(1) receiving dividends and other distribution of benefits in proportion to their shareholding ratios;
(1) attending general meetings in person or by shareholder proxy;
(3) exercising voting rights in proportion to their shareholding ratio;
(4) supervising the operation activities of the Company and making proposals or inquiries;
(5) transferring, endowing or pledging the shares held by them pursuant to provisions of laws, regulations and these Articles of Association;
(6) obtaining relevant information pursuant to provisions of the law and these Articles of Association, including access to these Articles of Association and other documents of the Company;
(7) participating in the distribution of equity in proportion to its shareholding ratio upon termination or liquidation of the Company;

TRANSLATION PROVIDED BY QUESTIONERS

Translation of TG 0020691

(8) other rights vested by laws, regulations and these Articles of Association.

Article 19 If any resolution of the General Meeting or the Board of Directors violates laws and regulations or legal interests of the shareholders, the shareholders may bring a lawsuit with people's court for an injunction to stop such illegal activity or tort.

Article 20 The shareholders of the Company shall undertake the following obligations:
(1) observing these Articles of Association of the Company;
(2) paying the subscription price pursuant to the number of shares subscribed and the payment mode provided;
(3) refraining from requesting redemption of shares except for under the circumstances provided by laws and regulations;
(8) other obligations imposed by laws, regulations and these Articles of Association.

Article 21 If the Shareholders pledge their own shares, they shall first get approval by the special resolution of the General Meeting of the Company.

Section Two    General Meeting

Article 22 The General Meeting shall be the organ of the highest authority of the Company and shall exercise the following powers:
(1) determining the operation policy and investment plans of the Company;
(2) electing and replacing Directors, and determining the remuneration of the Directors;
(3) electing and replacing the supervisors from Shareholder Representatives, and determining the remuneration of the Supervisors;
(4) deliberating and determining the approval of reports of the Board of Directors;
(5) deliberating and determining the approval of reports of the Board of Supervisors;
(6) deliberating and determining the approval of annual financial budget and final accounting plans of the Company;
(7) deliberating and determining the approval of the profit distribution and loss covering plans of the Company;
(8) adopting resolutions of registered capital increase or reduction of the Company;
(9) adopting resolutions of issuing corporate bonds;
(10) adopting resolutions of merger, division, dissolution, liquidation or change of corporate form of the Company;
(11) amending these Articles of Association of the Company;
(12) adopting resolutions on the pledge of the Company's shares by the Shareholders;
(13) other matters to be determined by the General Meeting pursuant to laws, regulations and these Articles of Association of the Company.

Article 23 Meetings of the General Meeting shall be classified into annual general meetings and extraordinary general meetings. In each year, one annual general meeting shall be convened within six months of the end of the previous financial year.

Article 24 Under any of the following events, the Company shall convene an extraordinary general meeting within two months of the date of occurrence of such event:

TRANSLATION PROVIDED BY QUESTIONERS

Translation of TG 0020692

(1) the number of Directors being less than the statutory minimum number provided in the *Company Law* or the 2/3 of the number provided in these Articles of Association;
(2) the uncovered losses of the Company amounting to 1/3 or more of the total capital;
(3) written request by shareholders holding, individually or collectively, shares representing no less than 10% of the voting rights (not including voting rights held as proxy) of the Company;
(4) the Board of Directors considering such meeting necessary;
(4) the Board of Supervisors proposing the convening of such meeting;
(6) other circumstances provided by these Articles of Association of the Company.

Article 25 Extraordinary general meetings may adopt resolutions only in connection with the matters set out in the notice of such meeting.

Article 26 General meetings shall be legally convened by the Board of Directors and presided over by the Chairman. Where the Chairman fails to perform its responsibilities for cause, the meeting shall be presided over by a Director designated by the Chairman; where the Chairman is not able to attend the meeting and also fails to designate other director, the meeting will be presided over by a director designated by the Board of Directors; where the Board of Directors fails to designate a director to preside over the meeting, the shareholders attending the meeting shall collectively recommend a shareholder to preside over the meeting.

Article 27 For the Company to convene any general meeting, the Board of Directors shall give a written notice (fax shall be valid) at least thirty days in advance of the meeting to the shareholders. With the consent of all the shareholders, the aforesaid notice period may be exempted or appropriately shortened.

Article 28 The shareholders may attend meetings of the General Meeting in person or through their authorized proxies. Shareholders shall authorize their proxies by written power of attorney, which shall be signed by the authorizing shareholders or their agents in fact authorized in writing. If the authorizing shareholder is a legal entity, the power of attorney shall be stamped the seal of such shareholder or be signed by its officially appointed agent.

Article 29 The power of attorney authorizing another person to attend the any general meeting issued by shareholder shall specify the following items:
(1) name of the proxy;
(2) whether the exercise of voting power is granted;
(3) instructions of the casting affirmative, dissenting or abstention vote in connection with each considered matter listed in the agenda of the general meeting;
(4) date and duration of the power of attorney;
(5) signature (or seal) of the authorizing shareholder. If the authorizing shareholder is a legal entity, the seal of such legal entity shall also be affixed.

TRANSLATION PROVIDED BY QUESTIONERS

Translation of TG 0020693

The power of attorney shall specify whether the proxy may vote according to his own intention absenting the shareholder's specific instruction.

Article 30 The Company shall be responsible for preparing a signature register for all the attendees of the meeting. The signature register shall specify items of the attendees such as name (or entity name), ID number, domicile and address, number of voting shares held or represented and the authorizing shareholder's name (entity name).

Article 31 The following procedures shall apply to interim shareholder meetings convened upon requests of the Board of Supervisors or the shareholders:
(1) One or several counterparts of a written request in the same substance and form shall be signed for the purpose of requesting the Board of Directors to convene an extraordinary general meeting, stating the subjects of such meeting. The Board shall, upon its receipt of the aforesaid written request, give a notice for convening the extraordinary general meeting as soon as possible.
(2) If the Board fails to give the notice of convening such meeting within thirty days of its receipt of the aforesaid written request, the Board of Supervisors or the shareholders proposing such meeting may directly convene such extraordinary general meeting within three months of the Board of Director's receipt of such request. The process of convening such meeting shall be as identical as possible to the procedures applying to the Board of Directors' convening of meetings of the General Meeting. Where the Board of Directors or the shareholders directly convene and hold a meeting due to the Board of Directors' failure to hold such meeting upon the aforesaid request, the Company shall provide the Board of Supervisors or the shareholders necessary assistance and bear the costs of such meeting.

Article 32 After the notice of a general meeting is sent, the Board of Directors shall not change the time of such meeting unless there occurs some reason such as force majeure or any other accident.

Article 33 If the Board of Directors fails to convene an extraordinary general meeting within the provided time limit when the number of members of the Board of Directors is less than the minimum statutory number under *the Company Law* or less than 2/3 of the number provided in these Articles of Association, or the uncovered losses of the Company amount to 1/3 or more of the total capital, the Board of Supervisors or the shareholders may directly convene an extraordinary general meeting pursuant to the procedures provided in these Articles of Association.

Section Three    Proposals to the General Meeting

Article 34 For any general meeting, shareholders holding, individually or collectively, 5% or more shares of the Company may raise new proposals.

Article 35 Each proposal to the General Meeting shall meet the following requirements:
(1) the contents of such proposal shall not contravene with provisions of the laws, regulations and these Articles of Association and fall into the business scope of the Company and the scope of responsibilities of the General Meeting;
(2) the proposal shall have explicit subjects and specific matters to be resolved.
(3) the proposal shall be submitted or sent to the Board of Directors in writing.

TRANSLATION PROVIDED BY QUESTIONERS

Translation of TG 0020694

Article 36 It shall be the principle of the Board of Directors to conduct itself in the best interests of the Company and the shareholders. The Board of Directors shall review proposals to the General Meeting pursuant to Article 44 of this Section.

Article 37 If the Board of Directors determines not to include any proposal to the General Meeting in the agenda of the meeting, it shall explain and illustrate such determination at such general meeting.

Section Four      Resolutions at the General Meetings

Article 38 The shareholders (including their proxies) shall exercise their voting rights in proportion to the number of voting shares represented by them, each share bearing one vote.

Article 39 Resolutions at the General Meetings shall be classified into common resolutions and special resolutions.
For the General Meeting to adopt any common resolution, affirmative votes cast by 1/2 or more of the voting rights held by all attending shareholders (including shareholder proxies) of the General Meeting are required.
For the General Meeting to adopt any special resolution, affirmative votes cast by 2/3 or more of the voting rights held by all attending shareholders (including shareholder proxies) of the General Meeting are required.

Article 40 The following matters shall be passed by commons resolutions at a general meeting:
(1) operational reports of the Board of Directors or the Board of Supervisors;
(2) annual budget and final accounting plans of the Company;
(3) annual reports of the Company;
(4) profit distribution and loss covering plans prepared by the Board of Directors;
(5) appointment, dismissal, and compensation and the payment thereof of members of the Board of Directors and the Board of Supervisors;
(6) other matters except for those the passing of which requires special resolutions pursuant to provisions of the laws, regulations or these Articles of Association.

Article 41 The following matters shall be passed by special resolutions of the General Meeting:
(1) increase or reduction of registered capital of the Company;
(1) issuing of corporate bonds of the Company;
(3) division, merger, dissolution and liquidation of the Company;
(4) amending these Articles of Association of the Company;
(5) redemption of shares of the Company;
(6) other matters provided in these Articles of Association or determined by common resolutions of the General Meeting as having material effect on the Company and requiring special resolutions.

Article 42 Unless approved by the General Meeting by a special resolution, the Company may not enter into any contract with any person other than the directors, managers and other senior management personnel for the purpose of entrusting the management of all or major businesses of the Company to such person.

TRANSLATION PROVIDED BY QUESTIONERS

Translation of TG 0020695

Article 43 The name list of both director and supervisor candidates shall be submitted to the general meeting for a resolution in the form of proposal.
The Board of Directors shall provide the Shareholders with the resumes and basic information of both director and supervisor candidates.

Article 44 The nomination and election of a supervisor acting by director or shareholder representative shall be carried out according to the following procedures:
(1) Supervisor acting by director or shareholder representative shall be nominated by Shareholders pursuant to the provisions in Articles 70 and 105 of these Articles of Association, and elected upon decision at the General Meeting;
(2) The nominator of director or supervisor shall get consent of the nominee before nomination. The nominator shall be fully aware of the nominee's job, education, detailed work experience, all full-time and current positions, etc.
Before the holding of General Meeting, the Company shall disclose the detailed materials on the director and supervisor candidates, and ensure that the Shareholders be fully aware of the candidates at the time of voting.
(3) The Company shall sign an employment contract with the director to specify the rights and duties between the Company and the director, the term of the director, the liabilities if the director violates any law, regulation or the Company's Articles of Association, and the compensation to be made by the Company in the case of cancelling the contract in advance.

Article 45 Voting by open ballot shall be used at general meetings and the votes shall be casted either by ballot or by show of hands. The representative of ballot counters shall announce the voting results on spot.

Article 46 The presider of the meeting shall determine whether any resolution of the general meeting is passed pursuant to the voting results and shall announce the voting results at such meeting. The voting results of the resolutions shall be included in the minutes of the general meetings.

Article 47 If the presider has any doubt relating to the voting results of any resolution submitted for voting, he/she may tally the votes casted. If the presider of the meeting fails to tally the votes and the attending shareholders or shareholder proxies have objections against the results announced by the presider, they shall have the right to immediately request the tally of votes after the announcement of the voting results, upon which the presider shall tally the votes seasonably.

Article 48 Except for those relating to business secret of the Company and not able to be disclosed at general meetings, the Board of Directors and the Board of Supervisors shall give reply or explanation to shareholders' inquires and suggestions.

Article 49 Minutes of the general meetings shall be prepared. The following items shall be included in the minutes of general meetings:
(1) the number of voting shares the holders of which are present at the meeting and the ratio they account for total shares;
(2) the date and place of such meeting;

TRANSLATION PROVIDED BY QUESTIONERS

Translation of TG 0020696

(3) name of the presider and agenda of the meeting;
(4) key points of each speaker on each matter being considered;
(5) voting results of each matter subject to voting;
(6) inquiry opinions, suggestions of the shareholders, reply or explanation of the Board of Directors and the Board of Supervisors and other contents;
(7) other contents that should be included in the meeting minutes pursuant to the general meeting's opinions or the provisions of these Articles of Association.

Article 50 Minutes of the general meetings shall be signed by the attending shareholders, Directors and the presider shall be kept as the Company's record by the Board Secretary. Minutes of the general meetings shall be kept for perpetuity.

Article 51 The number of attendees, number of shares held by attending shareholders, powers of attorney, voting results of each matter subject to voting, the meeting minutes, the legality of the procedure and other matters of general meetings may be certified by a notary public.

**Chapter V    Board of Directors**
Section One    Directors

Article 52 The Directors of the Company shall be individuals. An individual does not have to hold any shares of the Company to be a Director.

Article 53 Persons listed in Articles 57 and 58 of *the Company Law* may not act as the Directors of the Company.

Article 54 Directors shall be elected or replaced by the General Meeting for three-year tenures. Directors may be re-appointed at the expiration of each tenure. The General Meeting shall not discharge any Director without cause prior to the expiration of its tenure. The tenure of each Director shall begin to run at the date of such Director's appointment by the General Meeting by a resolution and shall end at the expiration of the tenure of the current Board of Directors.

Article 55 Each Director shall abide by laws, regulations and the Company's Articles of Association, faithfully perform responsibilities, and protect the Company's interests. When his own interests are in conflict with the interests of the Company or the Shareholders, he shall act for the maximum interests of the Company or the Shareholders, and ensure that:
(1) he shall exercise rights within the scope of responsibility, and not go beyond the scope of powers;
(2) unless it is otherwise prescribed in the Company's Articles of Association or approved by the informed General Meeting, he shall not conclude a contract or engage in a transaction with the Company;
(3) he shall not seek interests for himself or any other people by using inside information;
(4) he shall not operate by himself or for any other people any same businesses as the Company, or engage in any activities damaging the Company's interests;
(5) he shall not accept bribery or other illegal income by taking advantage of his authority, and not encroach on the Company's property;

TRANSLATION PROVIDED BY QUESTIONERS

Translation of TG 0020697

(6) he shall not misappropriate funds or loan the Company's money to any other people;

(7) he shall not take advantage of authority to usurp or accept the business opportunity, for himself or any other people, that should belong to the Company;

(8) unless it is approved by the informed General Meeting, he shall not accept the commission resulting from the transaction with the Company;

(9) he shall not use the Company's assets to open an account in the name of himself or any other people;

(10) he shall not provide guarantee for the Company's shareholder or other personal debts by using the Company's assets;

(11) without consent of the informed General Meeting, he shall not divulge the confidential information he has access to during the period of employment; however, under any of the following circumstances, he may divulge the said information to the court or any other government agency:

1. where the law stipulates to do so;

2. where the public interest requires to do so;

3. the legitimate interests of the director himself require to do so.

Article 56 Each Director shall exercise its rights vested by the Company prudently, earnestly and diligently to ensure that:

(1) the business activities of the Company comply with the requirements of the laws, regulations and the various economic policies of the government and do not go beyond the business scope stated in the business license;

(2) all shareholders are treated fairly;

(3) he shall carefully read the various business and financial reports of the Company and timely learn the operation and management status of the business of the Company;

(4) he shall personally exercise his granted discretion relating to the management of the Company and shall not be manipulated by any other person; and that he shall not re-delegate its discretion to be exercised by any other person unless permitted under the laws and administrative regulations or approved by an informed general meeting;

(5) he shall accept the legal supervision and reasonable suggestions of the Board of Supervisors concerning his performance of responsibilities.

Article 57 Each Director may resign from his office prior to the expiration of its tenure. The resigning Director shall submit a written resignation report to the Board of Directors for such resignation.

Article 58 Any incumbent Director who has caused losses to the Company due to its departure from office without approval shall be liable for indemnifying the Company.

TRANSLATION PROVIDED BY QUESTIONERS

Translation of TG 0020698

Article 59 The provisions in this Section relating to the duties of Directors shall be applicable to the supervisors, managers and other senior management personnel of the Company.

Section Two   The Board of Directors

Article 60 The Company shall have a Board of Directors, which shall be accountable to the General Meeting.

Article 61 The Board of Directors shall be ~~constituted~~ *Composed* of seven Directors and shall have one Chairman. Of these seven Directors, Beijing New Building Materials Co., Ltd will nominate 4 Directors, Taian State-owned Assets Management Co., Ltd shall nominate one Director, Taian Donglian Investment & Trading Co., Ltd, Tai'an Anxin Investment & Trading Co., Ltd and Jia Tongchun shall jointly nominate 2 Directors.

Article 62 The Board of Directors shall exercise the following powers:
(1) convening general meetings and reporting its work to the same;
(2) implementing resolutions of the General Meeting;
(3) determining the operation plan and investment projects of the Company;
(4) formulating annual financial budgets and final accounting plans of the Company;
(5) formulating the profit distribution and loss covering plans of the Company;
(6) formulating plans for registered capital increase or reduction, issuing of corporate bonds or other securities and listing of the Company's securities;
(7) formulating plans of major acquisition, redemption of shares, merger, division or dissolution of the Company;
(8) determining the venture investments and mortgage and other guarantees created on the assets of the Company within the authority vested in it by the General Meeting;
(9) determining the establishment of internal management organs of the Company;
(10) hiring or dismissing General Manager, Board Secretary and the openly recruited financial principal of the Company; hiring and dismissing Deputy General Manager and other senior management personnel of the Company based on nomination by General Manager and determining remuneration and rewards and punishment matters of such personnel;
(11) formulating basic management systems of the Company;
(12) drafting amendments to these Articles of Association of the Company;
(13) listening to operation reports of the General Manager and inspecting its performance;
(14) other powers provided by laws, regulations and these Articles of Association of the Company or vested in it by the General Meeting.

Article 63 The Board of Directors shall formulate rules for discussion of matters by it to ensure its performance efficiency and sound decision-making.

Article 64 Chairman shall be a Director and shall be elected and removed by no less than half of all the Directors.

TRANSLATION PROVIDED BY QUESTIONERS

Translation of TG 0020699

Article 65 Chairman shall exercise the following powers:
(1) presiding over general meetings and convening and presiding over Board meetings;
(2) supervising and inspecting the implementation of Board resolutions;
(3) signing shares, corporate bonds and other securities of value of the Company;
(4) signing important documents of the Board and other documents that should be signed by legal representative of the Company;
(5) exercising the powers of legal representative;
(6) exercising special discretion in conformity to legal provisions and in the interests of the Company in relation to matters of the Company under urgent situations of a force majeure nature such as extreme natural disasters and reporting to the Board and the General Meeting afterwards;
(7) other powers vested by the Board.

Article 66 When the Chairman can not exercise powers, he shall designate a director to exercise powers on his behalf.

Article 67 The Board of Directors shall have at least two meetings in each year, which shall be convened by Chairman and of which written notice shall be given to all Directors ten days in advance of the meeting.

Article 68 Under any of the following circumstances, Chairman shall convene an interim Board meeting within ten business days:
(1) The Chairman deeming such meeting necessary;
(2) 1/3 or more Directors jointly proposing such meeting;
(3) the Board of Supervisors proposing the convening of such meeting;
(4) Managers proposing the convening of such meeting.

Article 69 Notice of interim Board meeting may be served by the Board by personal delivery or fax seven days in advance of the meeting.
Where Chairman is not able to perform responsibilities under the circumstances prescribed in Item (2), (3) or (4) of Article 77 of this Chapter, he shall designate a director to convene the interim Board meeting on his behalf; where the Chairman is unable not perform responsibilities not for cause and also did not designate a specific person to perform responsibilities on his behalf, no less than half the Directors shall jointly elect one Director to convene the meeting.

Article 70 To constitute a quorum at any Board meeting, no less than 1/2 of the Directors must present themselves. Each Director shall have one vote. To adopt any resolution, no less than half of all the Directors shall vote affirmatively.

Article 71 At interim Board meetings, resolutions may be adopted by fax signed by all attending Directors provided that Directors' opportunity to fully express their opinions shall be secured.

TRANSLATION PROVIDED BY QUESTIONERS

Translation of TG 0020700

Article 72 Directors shall attend Board meetings in person. Where a Director is unable to attend any Board meeting for cause, he/she may authorize another Director in writing to attend such meeting.

Article 73 The power of attorney shall specify the name of the agent and matters, power, and validity period of such agency and shall be signed or sealed by the authorizing Director.

Article 74 The Director acting as an agent shall exercise the rights of the authorizing Director within the powers vested. Any Director neither presenting himself/herself in person nor authorizing an agent to attend any meeting shall be deemed as having waived its voting right at such meeting.

Article 75 For voting Board resolutions, open ballot voting shall be applied. Each Director shall have one vote.

Article 76 Minutes of Board meetings shall be prepared. Directors and the clerk attending the meeting shall sign the meeting minutes. Each attending Director shall have the right to request the making of explanatory notes concerning his speaking at the meeting. Board meeting minutes shall be kept by Board Secretary as records of the Company. Board meeting minutes shall be kept for perpetuity.

Article 77 Minutes of Board meetings shall include the following contents:
(1) the date, place and the name of the convening person of such meeting;
(2) names of the attending Directors and Directors (agents) attending under the authorization of other Directors;
(3) agenda of the meeting;
(4) key points of the statements of Directors;
(5) voting manner and results (including the numbers respectively of affirmative votes, dissenting votes and abstention votes) of each voted matter.

Article 78 Directors shall sign and be responsible for Board resolutions. If any Board resolution violates laws, regulations or these Articles of Association and has caused losses to the Company, Directors having participated in the adoption of such resolution shall be responsible for indemnifying the Company. However, where it is established that any Director has indicated its objection to such resolution, which objection has been recorded in the meeting minutes, such Director shall be released from such liability.

Section Three    Board Secretary

Article 79 The Board of Directors shall have one Board Secretary. Board Secretary shall be a senior management personnel of the Company accountable to the Board of Directors.

Article 80 Board Secretary shall have necessary expertise and experience and shall be appointed by the Board of Directors. The provisions in Article 62 of this Chapter concerning the circumstances in which one shall not act as the Director shall be applicable to the Board Secretary.

TRANSLATION PROVIDED BY QUESTIONERS

Translation of TG 0020701

Article 81 The primary responsibilities of Board Secretary shall be as follows:
(1) preparing and submitting reports and documents to be issued by the Board and the General Meeting as required by relevant government authority;
(2) making arrangements for Board meetings and general meetings and being responsible for preparing meeting minutes and keeping the documents and minutes of such meetings;
(3) being responsible for information disclosure by the Company to ensure the timeliness, accuracy, legality and completeness of such disclosure;
(4) ensuring that persons entitled to receiving relevant records and documents of the Company receive the same on time.

Article 82 Board Secretary may be a Director or other senior management personnel of the Company.

Article 83 Board Secretary shall be nominated by Chairman and hired or dismissed by the Board. Where a Director is also Board Secretary, he/she may not, in both of such capacities at the same time, take any activity that needs to be taken by the Directors and Board Secretary respectively.

## Chapter VI General Manager

Article 84 The Company shall have one General Manager which shall be hired or dismissed by the Board of Directors. If hired, the Directors may hold the office of General Manager or other senior management position at the same time.

Article 85 The persons prescribed in Articles 57 and 58 of *the Company Law* may not act as the General Manager of the Company.

Article 86 Each tenure of General Manager shall be three years, renewable upon re-appointment.

Article 87 General Manager shall be accountable to the Board of Directors and shall exercise the following powers:
(1) directing the management of production and operation of the Company and report to the Board of Directors;
(2) coordinating the implementation of Board resolutions and annual plans and investment projects of the Company;
(3) preparing plans for establishing internal management organs of the Company;
(4) preparing the basic management systems of the Company;
(5) formulating specific rules of the Company;
(6) submitting its proposals of hiring or dismissing senior management personnel other than the financial principal for the Board's determination;
(7) hiring or dismissing management personnel other than those that should be hired or dismissed by the Board;
(8) preparing plans of employee's wages, benefits and rewards and punishments and determining the hiring and dismissing of employees of the Company;

TRANSLATION PROVIDED BY QUESTIONERS

Translation of TG 0020702

(9) proposing the convening of interim Board meetings;
(10) other powers vested by these Articles of Association or the Board of the Company.

Article 88 General Manager shall attend the Board meetings, and non-director General Manager shall not have the voting right at the Board meetings.

Article 89 General Manager shall, upon request by the Board of Directors or the Board of Supervisors, report to the Board of Directors or the Board of Supervisors status of matters of the Company such as execution and performance of major contracts, use of funds and profits and losses. General Manager shall ensure the truthfulness of such reports.

Article 90 In preparing plans for issues affecting the vital interests of the employees such as employees' wages, benefits, safe production and labor protection, labor insurance and dismissal or firing of employees, General Manager shall consult with the opinions of the trade union or the employee congress beforehand.

Article 91 General Manager of the Company shall observe provisions of laws, administrative regulations, these Articles of Association and the duties of good faith and diligence.

Article 92 General Manager may resign from its office prior to the expiration of its tenure. Specific procedures and rules applying to General Manager's resignation shall be governed by the employment contract between the Company and General Manager.

Article 93 The Company shall establish an incentive mechanism which represents a correlation between compensation of General Manager and other senior management personnel and the performance of the Company and such individuals to attract talents and maintain a stable team of such personnel.

Article 94 The Company's assessment of the performance of General Manager and other senior management personnel shall be the basis on which such personnel's compensation and other incentive payments should be ascertained.

Article 95 If there is any violation of laws, regulations and these Articles of Association on the part of General Manager or other senior management personnel that has caused losses to the Company, the Board of Directors shall take active measures to hold such personnel legally liable.

### Chapter VII Board of Supervisors
#### Section One The Supervisors

Article 96 Supervisors shall consist of shareholder representatives and employee representatives. Beijing New Building Materials Co., Ltd. shall nominate one Supervisor, the other shareholders shall jointly nominate one Supervisor and the other Supervisor shall be a representative of the employees.

Article 97 The persons prescribed in Articles 57 and 58 of *the Company Law* may not act as the General Manager of the Company.
None of the Directors, the General Manager and other senior management personnel shall hold the office of Supervisor concurrently.
Supervisors shall have expertise or experience in areas such as law and accounting. The composition and structure of the Board of Directors shall ensure that the Board of Directors is able to carry out supervision and inspection in connection with the Directors, the General Manager and other senior management personnel independently and effectively.

Translation of TG 0020703

Article 98 Each tenure of the Supervisors shall last for three years. Shareholder Supervisors shall be elected or replaced by the General Meeting and employee Supervisors shall be elected or replaced by the employees of the Company democratically. The tenure of each Supervisor may be renewed upon re-appointment.

Section 99 Each Supervisor may resign prior to the expiration of his/her tenure. Provisions in Chapter V of these Articles of Association concerning Directors' resignation shall apply to Supervisors.

Article 100 Supervisors shall ~~observe provisions of~~ *Comply with* laws, administrative regulations, these Articles of Association and the duties of good faith and diligence. *& Carrying out*

Section Two   The Board of Supervisors

Article 101 The Company shall have a Board of Supervisors. The Board of Supervisors shall have three members, among which one member shall be the Chairman of the Board of Supervisors. Where Chairman of the Board of Supervisors is not able to perform its responsibilities, he shall designate another supervisor to exercise powers on his behalf.

Article 102 The Board of Supervisors shall exercise the following powers:
(1) inspecting the financial matters of the Company;
(2) supervising the Directors, the General Manager and other senior management personnel in their performance of duties with the Company and proposing the removal of any of the Directors, the General Manager and other senior management personnel who has violated any provision of the laws, administrative regulations or these Articles or the resolutions of the Board;
(3) Where any activity of the Directors, the General Manager or other senior management personnel ~~violates~~ *acts against* the interests of the Company, requesting correction of such personnel and, if necessary, reporting such activity to the General Meeting or relevant government authority;
(4) proposing the convening of extraordinary general meetings;
(5) *Observing* ~~attend~~ the Board meetings ~~as nonvoting delegates~~;
(6) other powers vested by these Articles of Association or the General Meeting.

Article 103 The Board of Supervisors may request the Directors, the General Manager and other senior management personnel and internal or external auditors of the Company to attend its meetings and respond to questions of concern. Where the Board of Supervisors identify any activity of the Directors, the General Manager or other senior management personnel that violates the laws, regulations or these Articles of Association of the Company, it may report such activity to the Board of Directors or the General Meeting or directly inform relevant authority the same. In its exercise of official powers, the Board of Supervisors may retain professional agencies such as law firms and accounting firms to offer help if necessary, whereof the costs incurred shall be borne by the Company.

Article 104 The Board of Supervisors shall have at least two meetings in each year. Notice of Supervisors' meetings shall be served to all Supervisors ten days in advance of each meeting in writing.

Section Three Supervisors' Meetings

TRANSLATION PROVIDED BY QUESTIONERS

Translation of TG 0020704

Article 105 Supervisors shall attend Supervisors' meetings in person. When the Supervisors' meetings vote any resolution, open ballot voting shall be applied.

Article 106 Voting procedures of Supervisors' meetings shall be as follows: to constitute a quorum at any Supervisors' meeting, no less than 1/2 of the Supervisors must present themselves; each Supervisor shall have one vote; and to adopt any resolution, no less than half of all the Supervisors shall vote affirmatively.

Article 107 Minutes shall be kept for Supervisors' meetings, which all Supervisors and the clerk attending the meeting shall sign. Each attending Supervisor shall have the right to request the making of certain explanatory notes concerning his speaking at the meeting. Supervisors' meeting minutes shall be kept by Board Secretary as records of the Company. Supervisors' meeting minutes shall be kept for perpetuity.

### Chapter VIII Financial and Accounting Systems, Distribution of Profits and Auditing
Section One Financial and Accounting Systems

Article 108 The Company shall establish its financial and accounting systems pursuant to the provisions of laws, administrative regulations and relevant government authorities.

Article 109 The Company shall prepare its annual financial report at the end of each financial year, which shall be legally audited and verified.

Article 110 The annual financial report shall include the following items:
(1) the balance sheet;
(2) the income statement and the statement of profit distribution;
(3) the cash flow statement;
(4) notes of financial statement.

Article 111 The annual financial report shall be prepared pursuant to relevant provisions of laws and regulations.

Article 112 Except for the statutory account book, the Company shall not set up any other account book. The assets of the Company shall not be deposited in any account under the name of any individual.

Article 113 The after tax income of the Company shall be distributed according to the following priorities:
(1) covering the losses of the previous year;
(2) allocation to statutory reserve fund (10%);
(3) allocation to optional reserve fund;
(4) paying dividend to shareholders.
Where the cumulative balance of the statutory reserve fund of the Company is no less than 50% of its registered capital, the Company may cease the allocation of net income to such fund. After allocations to statutory reserve fund and public welfare fund are made, it shall be determined by the General Meeting whether to make allocation to optional reserve fund. The Company shall not make any distribution of profit to the shareholders before covering its losses and making allocations to statutory reserve fund and public welfare reserve fund.

TRANSLATION PROVIDED BY QUESTIONERS

Translation of TG 0020705

Article 114 Where the General Meeting adopts a resolution to convert reserve fund into capital, new shares shall be allotted to shareholders in proportion to their existing shareholding ratios. However, where statutory reserve fund is converted to capital, retained balance of such reserve fund shall not be less than 25% of the registered capital.

Article 115 After the general meeting adopts a resolution concerning the profit distribution plan, the Board of Directors of the Company shall complete the payment or allotment of dividend or shares within two months of the general meeting.

Article 116 The Company may make distribution of dividends in cash or in stock.

Section Two    Internal Auditing

Article 117 The Company shall apply an internal auditing system, allocating full-time and part-time auditors to perform internal auditing in relation to the financial incomes and expenses and economic activities of the Company.

Article 118 The Company's internal auditing system and the responsibilities of the auditors shall be implemented after being approved by the Board of Directors. The person in charge of auditing shall be accountable and report to the Board of Directors.

Chapter X    Merger, Division, Dissolution and Liquidation
Section One    Merger or Division

Article 119 The Company may legally carry out merger or division.
Merger of the Company may take either of the following two forms: merger by absorption or merger by incorporation.

Article 120 The following procedures shall apply to merger and division of the Company:
(1) the Board of Directors preparing a plan for the merger or division;
(2) the General Meeting adopting a resolution pursuant to these Articles of Association;
(3) the parties signing the merger or division contract;
(4) legally completing relevant approval formalities;
(5) dealing with the various matters involved in merger or division such as claims and debts;
(6) completing registration of dissolution or change.

Article 121 In the course of merger or division of the Company, the parties to such merger or division shall prepare their respective balance sheets and schedules of assets. The Company shall notify its creditors within ten days of the date when the General Meeting adopts the resolution of merger or division and shall make an announcement in newspaper within thirty days.

Translation of TG 0020706

Article 122 The creditors may request the Company to repay the debts or provide corresponding security within thirty days of receipt of notice or, if no notice is received, within forty five days of the date of the first announcement. If the Company is not able to repay the debts nor provide corresponding security, it shall not proceed with the merger or division.

Article 123 In the course of merger of division of the Company, the Company shall take necessary measures to protect the legal interests of the shareholders objecting to the merger or division of the Company.

Article 124 Disposal of assets, debts and claims of the parties to the merger or division of the Company shall be explicitly provided for by entering into a contract.
After the merger of the Company, the claims and liabilities of the parties to such merger shall be succeeded by the surviving or newly incorporated company after such merger.
The pre-division debts of the Company shall be assumed by the companies existing after such division pursuant to the agreement entered into between the parties.

Article 125 If any change to any matter subject to registration occurs in the course of merger or division of the Company, such change shall be registered with the company registry. If the Company is dissolved, cancellation registration of the Company shall be completed. For the new company legally incorporated, incorporation registration shall be completed.

### Section Two   Dissolution and Liquidation

Article 126 If any of the following situations occur, the Company shall be dissolved and legally liquidated:
(1) the business term of the Company expires;
(2) the General Meeting adopts a resolution to dissolve the Company;
(3) the Company is dissolved due to merger or division;
(4) the Company is legally declared bankrupt due to inability to repay due debts;
(5) the Company is legally ordered to shut down due to violation of laws and regulations.

Article 127 Where the Company is dissolved under the situations set out in sub-paragraph (1) and (2) of the foregoing Article 126 of this Section, it shall constitute a liquidation group within fifteen days. The members of the liquidation group shall be elected by the General Meeting by a special resolution.
Where the Company is dissolved under the situation described in sub-paragraph (3) of the foregoing Article 126 of this Section, the liquidation matters shall be completed by the parties to the merger or division pursuant to the contract entered into at the time of such merger or division.
Where the Company is dissolved under the situation described in sub-paragraph (4) of the foregoing Article 126 of this Section, liquidation shall be completed by a liquidation group comprising shareholders, relevant authorities and professionals as coordinated by the people's court pursuant to the provisions of relevant laws.
Where the Company is dissolved under the situation described in sub-paragraph (5) of the foregoing Article 126 of this Section, liquidation shall be completed by a liquidation group comprising relevant authorities and professionals as coordinated by the authority in charge.

TRANSLATION PROVIDED BY QUESTIONERS

Translation of TG 0020707

Article 128 The official powers of the Board of Directors and the General Manager shall cease immediately upon the constitution of the liquidation group. During the liquidation period, the Company shall not conduct any new operation.

Article 129 The liquidation group shall exercise the following official powers during the liquidation period:
(1) notifying or making announcement to creditors;
(2) liquidating the assets of the Company, preparing balance sheet and schedule of assets;
(3) dealing with pending businesses of the Company;
(4) liquidating overdue tax payments;
(5) liquidating clams and debts;
(6) disposing the equity of the Company after liquidating its debts;
(7) representing the Company in civil litigation activities.

Article 130 The liquidation group shall notify the creditors within ten days of its constitution and shall make an announcement in newspaper within sixty days.

Article 131 The creditors shall declare their claims within the time limit provided in these Articles of Association. The creditors shall specify relevant matters of their claims and provide supporting documents thereof when declaring their claims. The liquidation group shall register the claims.

Article 132 The liquidation group shall formulate a liquidation plan and submit the same to the General Meeting or relevant authority in charge for its affirmation after liquidating assets of the Company and preparing the balance sheet and the schedule of assets.

Article 133 The assets of the company shall be used for repaying of the following priorities:
(1) payment of liquidation costs;
(2) payment of wages and social security contributions of the employees of the Company;
(3) payment of overdue taxes;
(4) repayment of the debts of the Company;
(5) distribution to the shareholders in proportion to their shareholding ratio.
No distribution to shareholders shall be made before the assets of the Company have been used to make payments or repayments under sub-paragraph (1)-(4) of the foregoing paragraph.

Article 134 Where the liquidation group believes that the assets of the Company are not sufficient to repay its debts after it has liquidated the assets of the Company and prepared the balance sheet and the schedule of assets, it shall petition declaration of bankruptcy with the people's court and shall hand over the liquidation matters to the people's court upon declaration of bankruptcy by the people's court.

Article 135 On completion of liquidation, the liquidation group shall prepare a liquidation report and the statement of incomes and expenses and the account book in connection with the liquidation period and submit the same to the General Meeting or relevant authority in charge for its affirmation.
The liquidation group shall legally complete registration of cancellation for the Company with the company registry and announce the termination of the Company within thirty days of the date of affirmation of the liquidation report by the General Meeting or relevant authority in charge.

Translation of TG 0020708

Article 136 Members of the liquidation group shall be faithful to their responsibilities, legally perform their duties in connection with liquidation and shall not receive bribe or other illegal incomes by exploiting their official powers or convert the Company's property.

Where the willful conduct or gross negligence of any member of the liquidation group causes any loss to the Company or its creditors, such member shall be liable for indemnifying the Company or the creditors against such loss.

## Chapter XI   Amendments to These Articles of Association

Article 137 If any of the following situations occurs, the Company shall amend these Articles of Association:

(1) any provision of these Articles of Association becomes inconsistent with any provision of any law or administrative regulation as amended after the amending the *Company Law* or relevant law or administrative regulation.

(2) any change occurs to the Company which makes the actual situation different from the content of these Articles of Association;

(3) the General Meeting adopts a resolution to amend these Articles of Association.

Article 138 If any matter in these Articles of Association amended pursuant to a resolution of the General Meeting is subject to approval by the authority in charge, such amendment shall be submitted to the original approval authority for its approval. If any matter in these Articles of Association amended pursuant to a resolution of the General Meeting is subject to registration, registration for change shall be legally completed.

Article 139 The Board of Directors shall amend these Articles of Association pursuant to the resolution of the General Meeting and the approval opinions of relevant authority in charge.

## Chapter XII     Miscellaneous

Article 140 The Board of Directors may formulate by-laws of these Articles of Association, provided that none of such by-laws shall contravene with these Articles of Association.

Article 141 The text of these Articles shall be in Chinese. Where any text in other languages or of other versions is divergent from these Articles of Association, the Chinese version as last approved and registered with the Administration of Industry and Commerce of Shandong Province shall control.

Article 142 For the purpose of these Articles of Association, "no less than", "within" or "no more than" shall include the number following it and "less than" or "beyond" shall not include the number following it.

Article 143 These Articles of Association shall be interpreted by the Board of Directors of the Company.

TRANSLATION PROVIDED BY QUESTIONERS

Translation of TG 0020709

(page for signing of these Articles of Association of Shandong Taihe Dongxin Co., Ltd, no text hereunder)

Signature of Legal Representative: Jia Tongchun

August 8, 2006
Shandong Taihe Dongxin Co., Ltd.
Shandong Taihe Dongxin Co., Ltd. (seal)

TRANSLATION PROVIDED BY QUESTIONERS