## BNBM Group 2004 Annual General Meeting of Shareholders

Time: 14:00, Apr 8, 2004
Venue: 3/F, Conference Room, West Hall, Office Building
Chaired by: Mr. Cao Jianglin
Attendees: (1) Shareholders and authorized representatives of the shareholders of the company;
(2) Members of the third session of the board of directors:
(3) Witness lawyers hired by the company
(2) Members of the board of supervisors and senior executives of the company attended the meeting

Minutes:
I. Deliberated on "2004 Annual work report of the board of directors"
   (I) Operation situation; (II) Investment situation; (III) Company finance situation; for details please see the motion
II. Deliberated on 2004 Annual work report of the board of supervisors;
III. Deliberated on 2004 Annual finance report;
   (I) The change in the combined scope;
   (II) The change in the combined profit and loss;
      1. The main business income
      2. Profit from main business
      3. Expenses during the merger
      4. The combined investment costs
      5. Consolidated net profit

   (III) Financial status:
      1. Comparison in the changes in assets, liabilities and equity

   (IV) Investment status:
      1. New holding company
      2. New joint stock company
      3. Transfer of ownership

   (V) Other main items
      1. BNBM Group and the acquisition of "Dragon" trademark ownership; completed in June 2004;
      2. Signed the "Asset and liability transfer agreement" and "Asset swap agreement" with BNBM Group;
      3. Bearing debt buyouts for BNBM Group hardware and radiator project;

IV. Deliberated on "2004 Profit distribution plan"

V. Deliberated on "Motion on reappointment of Beijing Xinghua Certified Public Accountants as



FSIA EXHIBIT 34

BNBMPLC0006280

company 2005 annual audit institution and audit fee plan"

VI. Deliberated on "Motion on the expectation on company2005 daily related transactions
    (I) Introduction of related parties and related transactions
    (II) Forecast the related transactions this year
    (III) Macroeconomic policy and macroeconomic basis
    (IV) Trading objective and influence of transaction on the listed companies
    (V) Review process
    (VI) Agreement signing status

VII. Deliberated on "Motion on asset replacement of related party transactions"
    (I) Transaction Overview
    (II) Related transaction introduction
    (III) Trading target basic situation
        1. Replacement assets: the assessed value of 55.6567 milllon yuan
        2. Replacement assets: the assessed value of 44.0833 milllon yuan
    (IV) macroeconomic policy: the main content and mode of payment
        1. The placement of assets: the assessed value of 51.7607 milllon yuan
        2. Disposed Assets: the assessed value of 43.8933 milllon yuan
    (V) Other arrangements related to this transaction
        1. Related transactions
        2. Competition in the same industry
        3. Independence
    (VI) The purpose of this transaction and the impact on the Company
    (VII) Independent directors comment
    (VIII) Other issues

Discussion:
Shi Wei: 1. 2004 Financial discount
       2. China United Cement made profit in 2005.

Mr. Hu: Financial discount projects, one-off, nothing to do with 2005, also strive for other items;

Mr. Cao: China United Cement profit & loss in 2005, it is expected to be good, which I'll present later.

Voting, scrutineer, vote counting

Shareholders: Yang Yanjun, Liang Baowei

X. Mr. Liang    Voting result
        All motions were unanimously passed.

XI. Passed the meeting resolution

Mr. Cao: Firstly I'd like to introduce to the public shareholders China Building Materials Group. China Building Materials Group, BNBM Group, China Building Materials Import and Export, Cinda Asset Management Corporation initiated the establishment of China Building Material Public Limited Company, the four business segments, five companies.

New building materials, conducted by the Beijing New Building Materials
China composites materials
China United Cement glass technology development and design China Triumph

Replacement of assets is the basis for the development of listed companies, to reduce related party transactions, which was the work done last year.

The second is strategic adjustment, with both ideas and actions:
1. Stresses specialization gypsum board, mineral wool board and ancillary products, scale up, costs down
2. The steady development of diversified, the first principle is to find profitable; the second is located in the high-end market; Beijing, Tianjin, the Yangtze River Delta, Pearl River Delta, the limited diversification

Great progress has been make in specialization, following the reporting period and now there are two things:By the end of November last year, the acquisition of Suzhou Tianfeng, our mineral wool board production capacity to 15 million square meters, becoming No. 1 in China. Low-cost acquisitions, and entered the international market. Effectively and quickly entered the East China market, cost, technical efforts will produce good results.
1.
2. Acquisition of Shandong Taihe Dongxin Co., Ltd.42% equity, becoming the largest shareholder, the majority of the directors, you can open the table, there are pre-emptive rights.

Taihe used to make a small gypsum board, BNBM boss brand, market, technology, and after the acquisition of high-end, we reached 350 million square meters, accounting for 60% of China market. Last year we sold 4100 square meters, Taihe 120 million square meters, this year Taihe will achieve 170 million square meters. now we came in second, exciting acquisitions in Asia, but also great sense than building materials listed China, Mr. Song highly.

Taihe has advantage in the low-end market
Future strategic action will bring good results

Thirdly, the organization established divisions (profit center) in accordance with the product category; technology, customer service, procurement focus, front end service train.

Fourthly, a clear philosophy for BNBM brand, BNBM quality, service, integrity, none (agents), a

state-owned enterprise around BNBM only survive, mainly by the dealer network.

Fifth, the management procedures
To be light cost killer from top down, the use of road lab and utilization o paper
Fine management of profit

Sixth, Focus on culture, performance culture
Strict control of capital expenditure vote
Profit targets supporting the assessment, past award has much less punish, fair reward and punishment in the future.

Confidence in the future, will be made of blue chip stocks BNBM
Governance practices, effective operation, excellent performance.

Public shareholders Mr. Chen: I have always supported BNBM, poor stock market environment, comparatively speaking, BNBM is good. Now grab the Main, efficiency increased significantly, we took confidence, and major shareholders support inseparable, related party transactions after norms conducive operating independently listed company, which is a hundred years.
1. Independent Directors better perspective of the public shareholders to help development of listed companies.
To strengthen financial controls
The company must operate independently
2. To highlight the acquisition of Taihe BNBM
    Regular publicity BNBM
3. To seize operating profit
    To manage the level and scale of operation to adapt

Mr. Cao: The two acquisitions really lack propaganda, which needs to strengthen

Shi Wei: To promote the good propaganda for the rcompany to become a good investment product.

Director Attendees Signature:
Lu jinshan
*UNRECOGNIZABLE*
Zhang *UNRECOGNIZABLE*
Wang junsheng
Zheng jiayuan