


Translation of Enterprise Public Information on Taishi Rock Wool Co., Ltd.

Information downloaded from:

http://218.57.139.24/pub/gsgsdetail/1152/374f95a2146616e7862c28ae20f2d13764b76397a89841a166c150b0cc281942

National Enterprise Credit Information Publication System

Taishi Rock Wool Co., Ltd.    Registration No. 370900200027430

**Registered Information**

| Basic Information | | | | |
|---|---|---|---|---|
| **Registration number** | 370900200027430 | | **Enterprise name** | Taishi Rock Wool Co., Ltd. |
| **Type** | Limited liability company (sole proprietorship by the legal person, which is invested or controlled by natural persons) | | **Legal representative** | Liu, Huizhen |
| **Registered capital** | RMB 100 million yuan | | **Date of formation** | September 30, 2011 |
| **Address** | Shangquan Village, Manzhuang Town, Daiyue District, Tai'an City | | | |
| **Business term started from** | September 30, 2011 | | **Business term will expire on** | |
| **Business scope** | Sales of rock wool, rock wool waste, glass wool insulation materials and products; production of rock wool; sales of hardware accessories; research, development, production and sales of building energy saving products; import and export business (not including the import and export business for goods subject to state-run trade management). (For the projects subject to licensing, business can be engaged in upon licensing) (For the projects subject to approval according to law, business activities may be conducted upon approval by the competent | | | |

|  | authority.) |  |  |
|---|---|---|---|
| **Registration agency** | Tai'an City Administration for Industry and Commerce | **Date of verification and approval** | April 03, 2014 |
| **Registered status** | Operating (in operation) enterprise |  |  |

| Information on Shareholders ||||| 
|---|---|---|---|---|
| The information on shareholders' capital contributions is up to February 28, 2014. After February 28, 2014, the industrial and commercial information only has the names of shareholders, and other information on capital contributions will be published by the enterprise on a voluntary basis. |||||
| **Type of shareholder** | **Shareholder** | **Type of license / certificate** | **Number of license / certificate** | **Details** |
| Enterprise legal person | Shandong Taihe Building Materials Co., Ltd. | Enterprise legal person business license (corporation) | 370924228005083 | Details |
|  |  |  |  | << 1 >> |

| Information on Changes ||||
|---|---|---|---|
| **Matter of change** | **Before the change** | **After the change** | **Date of the change** |
| Registration of Director | Name: Lv, Wenyang; type of ID: identify card of the People's Republic of China; position: board chairman & general manager, ID # more | Name: Lv, Wenyang; type of ID: identify card of the People's Republic of China; position: director, ID #: 3709 more | April 02, 2014 |
| Change of name | SHAN DONG TAI SHI JIE NENG BAO WEN CAI L more | TAI SHI YAN MIAN YOU XIAN GONG SI | April 02, 2014 |
| Change of name | Shandong Taishi Insulation Materials Co., Ltd. | Taishi Rock Wool Co., Ltd. | April 02, 2014 |
| Change of legal | Name: Lv, Wenyang | Name: Liu, Huizhen | April 02, 2014 |

2

| | | | |
|---|---|---|---|
| representative | Phone: 8812008<br>Position: board chairman & general manager<br>Appointing and dismissal agency: shareholder<br>identitymore | Phone: 5052776<br>Position: board chairman<br>Appointing and dismissal agency: shareholder<br>Type of IDmore | |
| | | | << 1 >> |

Copyright @ Shandong Provincial Administration for Industry and Commerce
Address: 43 Yanzi Shan Rd., Jinan City      Zip code: 250014
Phone for business (technology) consulting
Business hours: 09:00 – 12:00 & 13:30 – 17:00 Monday through Friday

泰石岩棉有限公司　　　注册号：370900200027430

| 登记信息 | 备案信息 | 动产抵押登记信息 | 股权出质登记信息 | 行政处罚信息 | 经营异常信息 | 严重违法信息 | 抽查检查信息 |

工商公示信息

### 基本信息

| | | | |
|---|---|---|---|
| 注册号 | 370900200027430 | 名称 | 泰石岩棉有限公司 |
| 类型 | 有限责任公司(自然人投资或控股的法人独资) | 法定代表人 | 刘会珍 |
| 注册资本 | 10000万元人民币 | 成立日期 | 2011年09月30日 |
| 住所 | 泰安市岱岳区满庄镇上泉村 | | |
| 营业期限自 | 2011年09月30日 | 营业期限至 | |
| 经营范围 | 岩棉、矿渣棉、玻璃棉节能保温材料及制品的销售；岩矿棉生产；五金配件的销售；建筑节能产品的研发、生产、销售；进出口业务（不含出口国营贸易管理货物进出口业务）。（需许可经营的，须凭许可证经营）（依法须经批准的项目，经相关部门批准后方可开展经营活动）。| | |
| 登记机关 | 泰安市工商行政管理局 | 核准日期 | 2014年04月03日 |
| 登记状态 | 在营（开业）企业 | | |

企业公示信息

### 股东信息

股东的出资信息截止2014年2月28日。2014年2月28日之后工商只公示股东姓名，其他出资信息由企业自行公示。

| 股东类型 | 股东 | 证照/证件类型 | 证照/证件号码 | 详情 |
|---|---|---|---|---|
| 法人股东 | 山东泰和建材有限责任公司 | 企业法人营业执照(公司) | 370924228005083 | 详情 |

<< 1 >>

### 变更信息

| 变更事项 | 变更前内容 | 变更后内容 | 变更日期 |
|---|---|---|---|
| 董事备案 | 姓名:吕文洋,证件类型:中华人民共和国居民身份证,职务:董事长兼总经理,身份证号更多 | 姓名:吕文洋,证件类型:中华人民共和国居民身份证,职务:董事,身份证号:3709更多 | 2014年04月02日 |
| 名称变更 | SHAN DONG TAI SHI JIE NENG BAO WEN CAI L更多 | TAI SHI YAN MIAN YOU XIAN GONG SI | 2014年04月02日 |
| 名称变更 | 山东泰石节能保温材料有限公司 | 泰石岩棉有限公司 | 2014年04月02日 |
| 法定代表人变更 | 姓名:吕文洋 联系电话:8812008 职务:董事长兼总经理 任免机构:股东 身更多 | 姓名:刘会珍 联系电话:5052776 职务:董事长 任免机构:股东 身份证件类更多 | 2014年04月02日 |

<< 1 >>

其他部门公示信息

司法协助公示

信
息

版权所有© 山东省工商行政管理局　　地址：济南市燕子山路43号　　邮政编码：250014

：业务（技术）咨询电话　　工作时间：周一至周五(09:00-12:00 13:30-17:00)

Translation of the webpage: http://218.57.139.24/pub/nb/detail/1130/0B820811D242E295E05012AC9E010483

National Enterprise Credit Information Publication System

Shandong Taihe Building Materials Co., Ltd.    Registration No. 370924228005083

| | | | |
|---|---|---|---|
| <td colspan="4" style="text-align:center;">**2014 Annual Report, the parts in red are the information that has been changed**</td> | | | |
| <td colspan="4" style="text-align:center;">**Enterprise Basic Information**</td> | | | |
| **Registration number** | 370924228005083 | **Enterprise name** | Shandong Taihe Building Materials Co., Ltd. |
| **Contact phone of the enterprise** | 8812919 | **Zip code** | 271026 |
| **Correspondence address of the enterprise** | Dawenkou Gypsum Industrial Park, Daiyue Distrit, Tai'an City | | |
| **Email** | thfgscwb@126.com | **Whether there occurred any equity transfer by the shareholder (promoter) in the limited liability company in the year** | Yes |
| **Operational status of the enterprise** | Open for business | **Number of employees** | The enterprise chose not to publish this information |
| <td colspan="4"> </td> | | | |
| <td colspan="4" style="text-align:center;">**Information on website or online shop**</td> | | | |
| **Type** | **Name** | **Website** | |

1

| Shareholders and the Information on Their Capital Contributions | | | | | | |
|---|---|---|---|---|---|---|
| Shareholder (promoter) | Amount of subscription of capital contributions (in 10,000 yuan) | Date of subscription of capital contributions | Method of subscription of capital contributions | Amount of paid-in capital contributions (in 10,000 yuan) | Date of capital contributions | Method of capital contributions |
| Zuoyi Li | 300,000 yuan | January 9, 2005 | Currency | 300,000 yuan | January 9, 2005 | Currency |
| Tinghuan Fu | 200,000 yuan | January 9, 2005 | Currency | 200,000 yuan | January 9, 2005 | Currency |
| Xulian Ren | 1,100, 000 yuan | January 9, 2005 | Currency | 1,100, 000 yuan | January 9, 2005 | Currency |
| Tongchun Jia | 17,683,750 yuan | January 9, 2005 | Currency | 17,683,750 yuan | January 9, 2005 | Currency |
| Wenyang Lv | 400,000 yuan | January 9, 2005 | Currency | 400,000 yuan | January 9, 2005 | Currency |

<< 1 2 3 4>>

| Information on External Investments | |
|---|---|
| Name of the enterprise being invested and established or the enterprise being purchased | Registration number |
| Taishan Gypsum Co., Ltd. | 370000018011595 |
| Taishan Rockwool Co., Ltd. | 370900200027430 |

<< 1 >>

| Information on the Enterprise's Asset Status | | | |
|---|---|---|---|
| Total assets | The enterprise chose not to publish this information | Total liabilities | The enterprise chose not to publish this |

2

| | | | | information |
|---|---|---|---|---|
| **Total amount of sales** | The enterprise chose not to publish this information | **Total profits** | | The enterprise chose not to publish this information |
| **Income from main business in the total amount of sales** | The enterprise chose not to publish this information | **Net profits** | | The enterprise chose not to publish this information |
| **Total amount of taxes paid** | The enterprise chose not to publish this information | **Total amount of owner's rights and interests** | | The enterprise chose not to publish this information |

| Information on Providing External Guarantee | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Creditor** | **Debtor** | **Type of principal creditor's rights** | **Amount of principal creditor's rights** | **Term for performance of liabilities** | **Period of guarantee** | **Method of guarantee** | **Scope of guarantee** |
| | | | | | | | |

| Information on Equity Change | | | |
|---|---|---|---|
| **Shareholder (Promoter)** | **Percentage of equity before the change** | **Percentage of equity after the change** | **Date of equity change** |
| Tongchun Jia | 59.607% | 59.806% | December 30, 2014 |
| Xue Ren | 0% | 1.35% | December 30, 2014 |
| Xianhua Ren | 1.35% | 0% | December 30, 2014 |

<< 1 >>

| Record of changes | | | | |
|---|---|---|---|---|
| **Serial #** | **Matter of change** | **Before the change** | **After the change** | **Date of the change** |

3

|  |
|---|
|  |

Copyright @ Shandong Provincial Administration for Industry and Commerce
Address: 43 Yanzi Shan Rd., Jinan City     Zip code: 250014
Phone for business (technology) consulting
Business hours: 09:00 – 12:00 & 13:30 – 17:00 Monday through Friday

4

山东泰和建材有限责任公司　　　注册号：370924228005083

### 2014年度年度报告 红色为修改过的信息项

#### 企业基本信息

| | | | |
|---|---|---|---|
| 注册号 | 370924228005083 | 企业名称 | 山东泰和建材有限责任公司 |
| 企业联系电话 | 8812919 | 邮政编码 | 271026 |
| 企业通信地址 | 泰安市岱岳区大汶口石膏工业园 | | |
| 电子邮箱 | thfgscwb@126.com | 有限责任公司本年度是否发生股东（发起人）股权转让 | 有 |
| 企业经营状态 | 开业 | 是否有网站或网店 | 否 |
| 企业是否有对外投资设立企业信息 | 有 | 从业人数 | 企业选择不公示 |

#### 网站或网店信息

| 类型 | 名称 | 网址 |
|---|---|---|
| | | |

#### 股东及出资信息

| 股东（发起人） | 认缴出资额（万元） | 认缴出资时间 | 认缴出资方式 | 实缴出资额（万元） | 出资时间 | 出资方式 |
|---|---|---|---|---|---|---|
| 李作义 | 30万元 | 2005年01月09日 | 货币 | 30万元 | 2005年01月09日 | 货币 |
| 付廷环 | 20万元 | 2005年01月09日 | 货币 | 20万元 | 2005年01月09日 | 货币 |
| 任绪连 | 110万元 | 2005年01月09日 | 货币 | 110万元 | 2005年01月09日 | 货币 |
| 贾同春 | 1768.375万元 | 2005年01月09日 | 货币 | 1768.375万元 | 2005年01月09日 | 货币 |
| 吕文洋 | 40万元 | 2005年01月09日 | 货币 | 40万元 | 2005年01月09日 | 货币 |

<< 1 2 3 4 >>

#### 对外投资信息

| 投资设立企业或购买股权企业名称 | 注册号 |
|---|---|
| 泰山石膏股份有限公司 | 370000018011595 |
| 泰石岩棉有限公司 | 370900200027430 |

<< 1 >>

#### 企业资产状况信息

| | | | |
|---|---|---|---|
| 资产总额 | 企业选择不公示 | 负债总额 | 企业选择不公示 |

| | | | |
|---|---|---|---|
| 销售总额 | 企业选择个公示 | 利润总额 | 企业选择个公示 |
| 销售总额中主营业务收入 | 企业选择不公示 | 净利润 | 企业选择不公示 |
| 纳税总额 | 企业选择不公示 | 所有者权益合计 | 企业选择不公示 |

### 对外提供保证担保信息

| 债权人 | 债务人 | 主债权种类 | 主债权数额 | 履行债务的期限 | 保证的期间 | 保证的方式 | 保证担保的范围 |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

### 股权变更信息

| 股东（发起人） | 变更前股权比例 | 变更后股权比例 | 股权变更日期 |
|---|---|---|---|
| 贾同春 | 59.607% | 59.806% | 2014年12月30日 |
| 任雪 | 0% | 1.353% | 2014年12月30日 |
| 任显华 | 1.353% | 0% | 2014年12月30日 |

《《　1　》》

### 修改记录

| 序号 | 修改事项 | 修改前 | 修改后 | 修改日期 |
|---|---|---|---|---|
| | | | | |

版权所有© 山东省工商行政管理局　　地址：济南市燕子山路43号　　邮政编码：250014
　　　　　　：业务（技术）咨询电话　　工作时间：周一至周五(09:00-12:00 13:30-17:00)