


About CNBM  |  News Center  |  Business Platform  |  CNBM worldwide  |  Social Responsibility  |  Contact us

We aim to be a universal building materials group with international competitiveness

- Ultra-thin glass 0.33 mm, No. 1 in China
- Megawatt rotor blades annual capacity 15,000, No. 1 in China
- Refractory annual capacity 40,000 tons, No. 1 worldwide
- Fiberglass annual capacity 1 million tons, No. 1 worldwide
- **Gypsum plasterboards exceeds 1.65 billion m2, No. 1 worldwide**
- Ready-mixed concrete annual capacity 410 million m3, No. 1 worldwide
- Cement annual capacity 400 million tons, No. 1 worldwide
- Ultra-thin glass 0.33 mm, No. 1 in China
- Megawatt rotor blades annual capacity 15,000, No. 1 in China
- Refractory annual capacity 40,000 tons, No. 1 worldwide
- Fiberglass annual capacity 1 million tons, No. 1 worldwide
- Gypsum plasterboards exceeds 1.65 billion m2, No. 1 worldwide
- Ready-mixed concrete annual capacity 410 million m3, No. 1 worldwide
- Cement annual capacity 400 million tons, No. 1 worldwide

**Listed companies**

As of the end of 2013, CNBM has 1,113 holding member companies, dominates 6 listed companies, 2 of which are overseas listed.

CNBM Ltd.  (03323.HK)   2015-3-30



**All CNBM Group Websites**

— Subsidiaries —

   

**FINANCIAL PERFORMANCE**    From year 2009 to 2013

Total assets increased 3.2 times with an annual compound growth rate of 33.92%
Revenue increased 3.1 times with an annual compound growth rate of 32.63%
Profit increased 2.9 times with an annual compound growth rate of 31.04%

 




Copyright©2003 China National Building Material Group Corporation

FSIA EXHIBIT 38