United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | *e*Business | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Oct 27 03:20:50 EDT 2015*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST]
[NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout]  Please logout when you are done to release system resources allocated for you.

[Start]  List At: [    ]  OR  [Jump]  to record: [    ]   **Record 2 out of 2**

---

[TSDR] [ASSIGN Status] [TTAB Status]   *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | CNBM |
| **Goods and Services** | (CANCELLED) IC 035. US 100 101 102. G & S: General business merchandising services, namely, marketing, goods import-export agencies, and wholesale ordering services and distributorships in the field of building materials. FIRST USE: 19841231. FIRST USE IN COMMERCE: 20050610 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 01.01.05 - Stars - one or more stars with seven or more points<br>26.15.21 - Polygons that are completely or partially shaded |
| **Trademark Search Facility Classification Code** | LETTER-3-OR-MORE CNBM Combination of three or more letters as part of the mark<br>SHAPES-ASTRO Astronomical shapes consisting of celestial bodies, globes and geographical maps<br>SHAPES-GEOMETRIC Geometric figures and solids including squares, rectangles, quadrilaterals and polygons<br>SHAPES-MISC Miscellaneous shaped designs |
| **Serial Number** | 77192192 |
| **Filing Date** | May 29, 2007 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | June 24, 2008 |
| **Registration Number** | 3497824 |



| | |
|---|---|
| **Registration Date** | September 9, 2008 |
| **Owner** | (REGISTRANT) China National Building Material Group Corporation CORPORATION CHINA No. 2 Zizhuyuan South Road Beijing CHINA 100044 |
| **Attorney of Record** | Bin Li |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of a stylized lettering "CNBM" under an octangle inside a octagon. |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | DEAD |
| **Cancellation Date** | April 10, 2015 |

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY


United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Oct 27 03:20:50 EDT 2015*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST]
[NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start]  List At: [     ]  OR  [Jump]  to record: [     ]   **Record 1 out of 2**

[TSDR] [ASSIGN Status] [TTAB Status]   *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | CNBM |
| **Goods and Services** | (CANCELLED) IC 035. US 100 101 102. G & S: General business merchandising services, namely, marketing, goods import-export agencies, and wholesale ordering services and distributorships in the field of building materials. FIRST USE: 19841231. FIRST USE IN COMMERCE: 20050610 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 01.01.05 - Stars - one or more stars with seven or more points<br>26.07.01 - Diamonds with plain multiple line border; Diamonds with plain single line border<br>26.09.02 - Plain single line squares; Squares, plain single line<br>26.15.21 - Polygons that are completely or partially shaded |
| **Trademark Search Facility Classification Code** | LETTER-3-OR-MORE CNBM Combination of three or more letters as part of the mark<br>SHAPES-ASTRO Astronomical shapes consisting of celestial bodies, globes and geographical maps<br>SHAPES-GEOMETRIC Geometric figures and solids including squares, rectangles, quadrilaterals and polygons |
| **Serial Number** | 77192203 |
| **Filing Date** | May 29, 2007 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | June 24, 2008 |
| **Registration Number** | 3497825 |

| | |
|---|---|
| **Registration Date** | September 9, 2008 |
| **Owner** | (REGISTRANT) China National Building Material Group Corporation CORPORATION CHINA No. 2 Zizhuyuan South Road Beijing CHINA 100044 |
| **Attorney of Record** | Bin Li |
| **Description of Mark** | Color is not claimed as a feature of the mark. |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | DEAD |
| **Cancellation Date** | April 10, 2015 |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP   PREV LIST   CURR LIST
NEXT LIST   FIRST DOC   PREV DOC   NEXT DOC   LAST DOC

| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY