<u>Translation of CNBMGRP00006793 - 6795</u>

**China National Building Material Group Corporation Sample Document**

...

Company Profile

...

China National Building Material Group implements a parent-subsidiary company management system. It is one of pilot enterprises which firstly implemented the board of director as a wholly state-owned company, and it is a national-level innovation pilot enterprise. Acting as the strategic center, decision making center, resource center, policy and culture center, the Group Corporation exercises the contributor's rights . Subsidiary groups, as business platforms, focus on their core specialties and main businesses, and create profit centers on the basis of their brand awareness and market occupancy.

...

CG: 6/16/15-6/18/15

Exhibit 75

FSIA
EXHIBIT
44

ï»¿Chinese building material Group sample draft

Chairman speech company idea

Company profile operative activity

International cooperation cultural reconstruction

Four big service tectonic plate <> business platform industry tectonic plate

Technical tectonic plate outfit tectonic plate

Physical distribution trade tectonic plate chairman gave a speech

As the state-level building materials industrial group, the Chinese building materials group will uphold the scientific development concept, give full play to central enterprise's controlling force, influence and drive force, eagerly anticipates our country building materials profession the resources conformity and structural adjustment, saves and environment friendly for the development resource the new building materials industry , to promote the China's socialist modernization to pour into the fervor, to offer with all one's strength.
For many years, the Chinese building materials group actively has initiated and practices to cooperate diligently with the spirit that wins, obtained the widespread approval of the global partner and customer, the enterprise has realized the leap frog development. In future development process, the Chinese building materials group as always, will take the new step unceasingly, with outstanding achievement repayment investor and repayment society.
The company idea China building materials group receives Ã¢â‚¬Å"makes good use of the resources and service constructionÃ¢â‚¬Â as the core idea, takes the scientific innovation as the forerunner, carries on the optimized conformity to the profession and social resource, insisted that the cyclical economy path, vigorously advancement cement, glass and other industrial the joint reorganizations, the structural adjustments and energy conservation and emission reduction, vigorously the development new building materials, the new energy conservation house, the new energy material and leading technology and outfit, provide the high-quality product and service for the city and countryside development and urbanization construction and energy conservation province building and national key project construction, constructs the innovation achievements diligently, the resource conservation, environment friendly and community responsibility enterprise, becomes to have internationalCompetitive power profession platoon guide, is profession and society's sustainable development contribution strength.

Company profile

The Chinese building material Group Company limited (i.e. China building materials group, English was called CNBM) in 1984 to authorize to set up by the State Council, in 2003 became the central enterprise that the State Council state asset regulatory commission case managed.
The Chinese building materials group takes Ã¢â‚¬Å"makes good use of resources and service constructionÃ¢â‚¬Â as the core idea, vigorously implementation Ã¢â‚¬Å"scientific innovationÃ¢â ‚¬Â and Ã¢â‚¬Å"big building materials internationalizationÃ¢â‚¬Â and Ã¢â‚¬Å"talented person strong businessÃ¢â‚¬Â strategy, is the collection scientific research, manufacture and circulation as one, has the industrial, technical, the outfit and physical distribution trade four big service

tectonic plates' Chinese maximum comprehensive building materials industrial groups. By the end of 2010, group asset total amount over 140 billion Yuan, the staff total is over 100,000, direct management capitalization and holding enterprise 20, holding listed company 6, overseas listed company 2.

The Chinese building materials group practices mother and child company management system, first implements the enterprise and state-level innovation in experimental enterprise state-owned sole ownership company board of directors experiment site. Group takes the strategic center, the decision-making center, the resource center and policy cultural center, exercises the member right. The sub-group as the management platform, the prominent core specialty and main business service, takes the brand and market share as the foundation structure profit center. Operative activity construction country, profession and consortium technology innovation platform

As our country building materials industry science and technology research and development and promoted main force, takes the Chinese building material scientific research main hospital as the core, takes the national level enterprise technical center as the foundation, the construction country, profession and consortium technology innovation platform, advances the structural adjustment and industrial upgrading of Chinese building materials industry. Ã¢â‚¬Å"During 25Ã¢â‚¬Â, obtains state-level to reward 4 items, the province departmental level rewards 289 items, holds the number of patents to be over 1000 and systems, to revise the national and profession standard about 400 items.

Founds building materials market health new pattern implementation Ã¢â‚¬Å"big building materialsÃ¢â‚¬Â strategy, seizes the strategic period of opportunities of building materials industry structure adjustment, rapid promotion joint reorganization under the strong support of capital market, buys in one batch of central committee and places has the resources, to have the enterprises in market. And speeds up the regional development of cement service, in consolidating Huai Hai economic zone leader status foundation, sets up the broad in scale in the southeast economic zone the southern cement limited company, sets up to have the northern cement limited company of strength in the northeast region, realizes the cement service to be bigger and stronger. Meanwhile and other important province governments establishes the stable strategic cooperation relationship with Hunan, Zhejiang, Guangdong, Jiangxi, Shandong, Sichuan, Heilongjiang.

The construction group multi-channel financing system strengthening capital operation, develops the financing channel, speeds up development to provide the tremendous support for the joint reorganization. Holding Ã¢â‚¬Å"the Chinese building materialsÃ¢â‚¬Â and Ã¢â‚¬Å"the northern new building materialsÃ¢â‚¬Â and Ã¢â‚¬Å"Chinese Bolivia filamentÃ¢â‚¬Â and Ã¢â‚¬Å"the Ruitai science and technologyÃ¢â‚¬Â and Ã¢â‚¬Å"the Luoyang glassÃ¢â‚¬Â and Ã¢â‚¬Å"side is popular science and technologyÃ¢â‚¬Â 6 H stocks and A stock listed companies, forms an active listed company group. Group and shareholding system and bank and other organizations established the partnership of strategic cooperation that the long-term cooperation and good faith win.

Quickens the internationalization pace of development

Optimizes the building materials product import and export structure, enlarges the export dynamics of the technology suite and equipment, the international visibility and influence expand unceasingly. Has cultivated one batch of import and export volume over hundred million US dollars leadership trade products, and actively develops the Association of Southeast Asian Nations, Middle East, Southeast Asia, Commonwealth of Independent States, African and Latin American six big markets, has completed one batch of cement, glass, new wall material and beer

drink canned, papermaking and other complete set engineering technologies, the equipment exports and international contract engineering with high quality, becomes to the building materials comprehensive service provider in world.

The international cooperation China building materials group comprehensively starts foreign interflow and cooperation, has established the broad profound cooperation with many world famous enterprises. The group and subsidiary enterprise establish the office and company in many countries and regions, is the member of domestic and foreign main trade promotion organ. As Chinese building materials profession's important window, has led the international communication, cooperation and the development building materials and related profession.

The Chinese building materials group and world 500 strong enterprise Japan Mitsubishi and world maximum building materials enterprise France St. Gobain and world third big project consultation specialized company Holland splendor international group and so on multinational corporation establishes the comprehensive strategic cooperation and relations firmly, started the widespread substantive cooperation in building materials manufacture and technology platform construction, engineering design, physical distribution trade, retail and house and other domains. And so on large-scale international building materials enterprise is maintaining with the Mexican cement group and French Lafarge Group and South Korean Jingang building materials group the sound cooperation relations.

The Chinese building materials group extensively carries out the international exchange activity, expands the group member enterprise and product in international market's visibility. The Chinese international new building material exposition and Chinese that international compound materials industrial technology exposition and Chinese international construction waterproofing technology exposition and Chinese international house industry material and equipment exposition and Chinese international wall roofing technologies expo and international Bolivian filament annual meeting, the Sino-Japanese building materials and relevant industry exchange forum holds and so on are has the profession representation and enormous influence large-scale international exposition and meeting, promoted the development of building materials and relevant industry, has obtained the widespread social impact.

Cultural reconstruction

The Chinese building materials group receives Ã¢â‚¬Å"innovation, achievements, harmony and responsibilityÃ¢â‚¬Â cultural idea. The innovation, refers to insisting that innovates and studies , to promote the business transformation promotion; The achievements, refer to the pursue continuing the first-class achievements, strives for the home to be in the lead top with; Harmonious, refers to harmonious, and well-off society, and competitor harmonious, and staff is harmonious with the nature; The responsibility, refers to consciously fulfills the responsibility that central enterprise should take.

In the cultural reconstruction, the group establishes Ã¢â‚¬Å"has made good use of the resources and service constructionÃ¢â‚¬Â the core idea, advocates Ã¢â‚¬Å"good faith to be practical, unity is upwardÃ¢â‚¬Â the spirit of enterprise, initiates Ã¢â‚¬Å"three wide three strengthÃ¢â‚¬Â the ideological principle, namely treats people generous, handles matters tolerant, environment to be loose and centripetal force, affinity and cohesive force, have formed Ã¢â‚¬Å"building materials oneÃ¢â‚¬Â harmonious atmosphere.

Four big service tectonic plate China building materials groups take realizing the company value maximization and enhance the enterprise core competitiveness as the goal, takes the relevant

operation domain dominant enterprise as the main body, through the assets reorganization and business integration, constructs the formidable industrial, technical, the outfit and physical distribution trade four big service tectonic plates.

Industrial tectonic plate

The Chinese building materials group industry tectonic plate takes the Chinese building materials limited liability company and building materials glass company as the main body, develops the strategic resource conformity and structural adjustment, by the new technical transformation traditional industry, by the increase investment development advanced productive forces, constructs powerful the cement, glass, light quality building materials, glass fiber, compound materials, fire-proof material and other building materials industry platforms.
Cement scale: The annual production can over 200 million tons, be China first, world second.

Shareholding system: Chinese union cement Group Company limited, southern cement limited company and northern cement limited company

Industrial advantage: Has constructed the Huai Hai economic zone, the south-eastern economic zone and northern area three grand strategy regions, is in the region the profession conformity and development leader.
Development idea: Has the scale advantage through the joint reorganization, realizes energy conservation and emission reduction through the technology advancement, suppresses the blind competition through the market coordination, through the management conformity promotion profit level, manifests the value through the capital market.

Glass

Scale: Has about 20 modernized float glass production lines, annual production many kinds of tone and specification high-quality float glass 40 million weight boxes, the ITO conductive coating glass 16 million pieces. The year synthesis working capacity 10 million square meters, the product uses the glass, the structural glass, the ornamental glass including the vehicle.
Shareholding system: Luoyang float glass group limited liability company and Anhui Huaguang glass Group Company limited and Henan Zhonglian glass limited liability company industrial advantage: Has the home to have the production only 0.55Ã£Å½Å˜~25Ã£Å½Å˜ the ultra-thin and ultra plate glass enterprise, the home maximum ITO conductive coating glass base and mid-west area maximum comprehensive glass intensive processing base, is world one of three big float glass arts - Ã¢â‚¬Å˜Luoyang floatÃ¢â‚¬Â birthplace. Has the state-level R&D center and key laboratory, internally completes 600 tonners Ã¢â‚¬Å˜the second generation of enhancement float glass production linesÃ¢â‚¬Â, completes the domestic first ultra-thin electronic glass production line.
Has Bengbu glass industry Design Research institute and Qinhuangdao glass industry Research Design institute and Chinese New Building materials Industry Hangzhou Design Research institute and other Chinese building materials profession completely three big glass research design institutes, has made more than 50 advanced float glass production lines in the domestic and foreign designs.
Light quality building materials scale: The wall and suspended ceiling system and house department and building materials energy conservation system, the outer wall roofing and multistoried building three big business volumes occupy the profession to be in the lead. And

paper surface gypsum board annual production can amount to 1 billion square meters, occupies Asia first.

Shareholding system: Beixinjituan building materials limited liability company industrial advantage: Has to proliferate the link Bohai economic zone, the Yangtze Delta economic zone and Zhujiang Delta economic zone and Central China economic zone, the Chengdu-Chongqin economic zone and new building materials industrial base in old northeast industrial base, is the Chinese new building materials industry pathfinder and leader.

Glass fiber scale: The total output can amount to 1 million tons, situated in world first.

Shareholding system: Chinese Bolivia filament limited liability company industrial advantage: Has the home to be maximum, the equipment most advanced Bolivia filament R&D center and test chamber, grasps the world leading Bolivia filament Chi Yao design and construction technology, including the world largest annual production 140,000 tons non-alkali pond kiln production line, has 40,000 tons alkali pond kiln production line and 100% takes the waste silk as the raw material 3 10 thousand-ton non-alkali environmental protection pond kiln production lines.

Compound materials

Scale: The home is maximum, the global first three megawatt level fan blade manufacture producers, has Lianyungang, Shenyang, Jiuquan and Baotou leaf blade production base and German overseas R&D center, the total output can reach 10,000 pieces; Had to yearly produce 3200 tons polypropylene nitrile original silk, the productivity of 1220 tons T300 level carbon fiber, is at present the domestic T300-12K maximum supplier.

Shareholding system: Chinese compound materials Group Company limited

Industrial advantage: Has global leading 3MW and 5MW marine fan blade production core technologies, is the Chinese megawatt level wind-driven generator leaf blade main manufacturer, is the domestic civil carbon fiber production technology pioneer, has Chinese first-class glass fiber Bo Zhan, the winding glass steel pipe pot and high-pressure bottle, new to spread out on the floor material, vessel and vehicle part and other product the production bases.

Compound materials - carbon fiber

Scale: Has at present home to be largest, the technical maturest kiloton carbon fiber production line, had to yearly produce 3200 tons polypropylene nitrile original silk, the productivity of 1220 tons T300 level carbon fiber, is at present the domestic T300-12K maximum supplier. Ten thousand tons carbon fiber two issues that constructed (2000 tons carbon fiber) project officially will also go into production in the second half of 2011, producing of T300 above carbon fiber serial products can at the appointed time over 3000 tons.

Shareholding system: In Chinese compound materials Group Company limited subordinates duplicate condor carbon fiber limited liability company.

Industrial advantage: Through insisting to research and develop independently, integrated innovation, formed had the proprietary intellectual property rights the design technique of

manufacture of polypropylene nitrile base carbon fiber project technology and key equipment, has realized the carbon fiber project production technology development and docking of production equipment research and development. Internally the carbon fiber domain, the technology and industrialization process have occupied the leading position, completely broke developed country's long-term monopolistic position to our country carbon fiber market.

Fire-proof material scale: Has the global maximum year productivity about 40,000 tons casting fire-proof material specialized production base, yearly produces 100,000 tons unshaped refractory automatic production line and country Ã¢â‚¬Å"863Ã¢â‚¬Â plan Ã¢â‚¬Å"cement kiln to use environment friendly basic refractoryÃ¢â‚¬Â industrial production base, Ã¢â‚¬Å"11.5Ã¢â‚¬Â national significant science and technology support project Ã¢â‚¬Å"the research development of especially superior silicon nature fire-proof materialÃ¢â‚¬Â industrialization base. Product covering casts the zirconium corundum and casting aluminum oxide series fire-proof material, the non-setting, alkalinity and aluminum silicon nature and silicon nature fire-proof material, all-round strength, the product quality and service level are the profession leading position.

Shareholding system: Ruitai science and technology limited liability company

Industrial advantage: Is the home has the casting alumina product proprietary intellectual property rights enterprise and first only takes the fire-proof material as the principal work listed company, casting ÃŽÂ±-ÃŽÂ² the aluminum oxide matches the sleeve brick product to break our country glass industry fire-proof material high tech product for a long time by the aspect that the overseas renown company monopolizes, is the domestic only independent production glass kiln uses completely the fire-proof material enterprise with three big main fire-proof materials and cement kilns.

TFT-LCD glass foundation plate scale: Has Chengdu, Hefei and other cities the domestic scale big TFT liquid crystal glass foundation plate industrial base, the design annual production liquid crystal glass foundation plate 6 million pieces. The home first 4.5 generations of non-arsenic TFT-LCD glass foundation plate production line product smooth winding that completes and pass the quality authentication. Through in forming building materials Hefei Photoelectricity Research institute, unceasingly to high generation TFT-LCD glass foundation plate product research and development and production development.

Shareholding system: Bengbu glass industry Design Research institute industrial advantage: Has created the domestic liquid crystal glass project construction period, the entire line penetration and first piece of nondefective winding time shortest new range pole, succeeds to explore the technology and project route that a liquid crystal glass foundation plate produces, optimized the plan of liquid crystal glass foundation plate large-scale industrial production.

Solar energy photovoltaic glass

Scale: Internally constructs or in constructing more than 20 solar cells with the ultra white pressed glass production line, has the monopolistic advantage in the solar energy photovoltaic glass techniques market. Completed domestic first to have the proprietary intellectual property rights annual production 1 million pieces of thin film solar cells with the TCO conductive coating glass foundation plate production line, internally had many new energy industry bases.

Shareholding system: Bengbu glass industry Design Research institute industrial advantage: Through researches and develops and industrial production continually, causes the solar energy photovoltaic glass to be in the international advanced level in the technology, scale and quality throughout, the product substitutes to import completely, meets the needs that our country solar

energy industry explosion grew and exports Europe and America and Japan massively.

Glass new material

Scale: Has to occupy a land area of more than 2000 mu state-level glass new material industrial bases - Chinese glass new materials technology industry garden, electricity melt zirconium oxide, superfine silicic acid zirconium, spheroidal quartz powder and country production Ã¢â‚¬Å"863Ã¢â ‚¬Â program - hollow glass filler production line, various product performances and technical specifications reaches the international advanced level.
Shareholding system: Bengbu glass industry Design Research institute industrial advantage: Becoming the national and even the global maximum electricity melts the zirconium producer and supplier, has seized over 90% color glazing markets and about 100% fire-proof material markets, in the international market by the high praise, was filled as the electronic products stopping's spheroidal quartz powder deeply the domestic gap.

ITO conductive coating glass

Scale: Has the home largest electric capacity touching screen with the ITO conductive coating glass production base, at present yearly produces the ITO conductive coating glass 20 million pieces, soon will begin to expand 4 conductive coating production lines again, builds Asian and even the world maximum conductive coating glass production base. The product scope involves upscale STN and touching screen, the colored light filters and many other variety and multi-specification ITO conductive coating glass.
Shareholding system: Bengbu glass industry Design Research institute respective Bengbu China profit conductive coating glass limited company industrial advantage: The system mastered the core technologies and key technologies of ITO conductive coating glass serial products research and development, stepped onto a product mix to be day by day reasonable, the scale of production gradually to expand, economic efficiency with steady steps increasing road of the benign development.
Technical tectonic plate China building materials consortium technology tectonic plate takes the Chinese building material scientific research main hospital as the main body, has the national level enterprise technical center and 13 building materials and light industry mechanical domain domestic first-class scientific research design institute institute and high-tech company, develops the scientific research, the technology development, the achievement popularization, the standard making and examination authentication building materials and light industrial products and equipment , to continue the domestic and foreign engineering design, contract, consultation and overseeing service, advances our country building materials and technological innovation, the structural adjustment and the industrial upgrading light Industry, has made the outstanding contributions for the development of national economy, the national defense development as well as high-tech.

The Chinese building material scientific research main hospital is our country building material and inorganic nonmetallic material professional field is largest, the strength most abundant comprehensive scientific research development institution, gathered more than 5000 people of ranks of scientific and technological personnel that Ã¢â‚¬Å"new century 11 million professional development projectsÃ¢â‚¬Â various leaders in a scholarly field and kind of senior scientist personnel forms including the Academician of the Chinese Academy of Engineering, is the State Council Degree Committee first batch of authorization material study inorganic nonmetallic

material specialized master and doctorate awards, constructs the post-doctoral mobile research center. For dozens years, have developed including the national key basic research project, the national research project and country Ã¢â‚¬Å"863Ã¢â‚¬Â the high-tech project several thousand research assignments, the development develop large quantities of scientific and technical payoffs, have undertaken the massive domestic and foreign big-scale work design and project primary contractor service, are the promotion profession technological innovation and energy conservation and emission reduction, promote the industry restructure and optimization leading force.

The Chinese building material scientific research main hospital is the covering extensive fields building materials product quality testing examination certification agency and return unit and state-level building materials science and technology of periodical standardized technical committee organizing unit. Has 4 state-level and profession level key laboratories; 4 national and province departmental level engineering technology research center; 5 United Nations technologies and development centers, 1 state-level profession productive forces promotion center; 11 national standards technical committees, 30 national and profession quality testing examination certification agency, as well as Chinese building materials industry Federation and Chinese Silicate Academic society and so on respective national, place and profession more than 20 specialized branches.

Some core technologies and outfits

The ultra-thin float glass technology suite and high performance low heat Portland cement (Gao Beili special cement) preparation technology, concrete durability key technologies and satellite and have the Functional Materials production technology and Japan melting of anoin to measure 1100 tons float glass and daily production over 6000 tons new method cement, to yearly produce 1000 sets of megawatt level compound materials wind-driven generator leaf blades with the compound materials structural element technique of manufacture and upscale airplane wind shield glass technique of manufacture and antibacterial scavenging air, to yearly produce 140,000 tons entire oxygen combustion cell kiln wiredrawing glass fiber, to yearly produce 30 million square meters paper surface gypsum board, to yearly produce 100 million sign block pulverized coal ash gangue new wall materials, to yearly produce 3 million square meters ceramic wall floor tile, to yearly produce outside 3 million square meters cement the wall plates and 24000 bottles/Hour beer bottled production and so on technology suite and equipment.
The part is researching and developing and new technical daily production 10 thousand-ton new method cement production technology, the float glass highly effective energy conservation key technologies and the glass melt kiln entire oxygen combustion technology and high performance cement green technique of manufacture and high performance path cement concrete road surface key technologies and ceramic ceramic tile green manufacture key technologies, the energy conservation compound wall and structural material technique of manufacture and function environmental protection construction coating technique of manufacture and environmental protection decoration repair plate manufacture key technologies and green building material standard and appraisal technology promotion, yearly produces 50 million square meters paper surface gypsum board, the 10 thousand-ton high performance carbon fiber, the megawatt level carbon fiber compound materials wind-driven generator leaf blade and factorization energy conservation province house and environmental protection light industry machinery and so on technology suiteWith equipment.

Outfit tectonic plate

The Chinese building materials group outfit tectonic plate takes Chinese jointly Equipment Group Corporation and Hefei Cement Research Design institute, the triumphant abundant heavy industry limited company and so on as the shareholding system, takes more than 20 to equip the manufacturing firm as the production base, coordinates the consortium technology tectonic plate and physical distribution trade tectonic plate, constructs our country building materials profession and light industry mechanical profession and mine equipment, environmental protection equipment and other covering extensive fields and technological advance and well equipped and exquisite workmanship and necessary complete equipment industry service platform.

The outfit tectonic plate depends on the all-round strength in abundant equipment manufacture, the engineering design and service, has undertaken float the glass, new method cement, building sanitary earthen ware, new wall material, compound materials, glass fiber and other building materials profession large and middle scale project engineering designs, equipment manufactures, project contractor and other services. Provides the pulping papermaking, wine-making and drink canned, plastic and mine, washes the coal dressing, the electric wire electric cable and Japan to melt, weighing apparatus and so on special-purpose technology, the outfit and engineering design, service and contract service.

Chinese jointly Equipment Group Corporation enjoys the high reputation in our country light industry mechanical profession, takes in the Nanjing light machinery and Xi'the light machinery paper manufacturing machinery company and Wuhan light machinery and Hefei god Ma Keji, the northern new building materials machinery and light industry Hangzhou Mechanical and electrical Design Research institute and so on as the representative, the beer drink machinery and pulping paper manufacturing machinery and plastic machinery affects in the profession is big, the electric wire electric cable machinery, washes the coal dressing machinery and parking facility has the absolute competitive advantage in the relevant area, building materials machine manufacture and mine equipment service in industry in have the reputation. And melts the state-level research base that in the food machinery and pulping paper manufacturing machinery and Japan the machinery research and design domain establish a new school.

Hefei Cement Research Design institute numerous technical achievements was included the national major scientific and technological achievement promotion plan in cement weaponry R&D, engineering design, equipment complete set, project contractor and other domain, design manufacture the cement production line and new roller press cement union powder of promoted of application several hundred 6000t/d following different scales of production rubs the production system, to promote the development of cement industry has made the positive contribution.

The triumphant abundant heavy industry limited company devotes to constructing the party large-scale coal and building materials equipment manufacturing base, has the advanced processing check-out facility and method, product cover coal mine, building materials, electric power, chemical industry, metallurgy, municipal engineering and other professions, including series mechanical boring machine, belt conveyer, winch, electric motor, explosion-proof electric appliance, cement and glass production line equipment. Many products and have filled the gap for the domestic origination, has the home advanced standard, obtains the national and province departmental level quality prize and technological award.

The physical distribution trade tectonic plate China building materials group physical distribution trade tectonic plate takes the building materials group import-export company and northern new building materials Group Company limited, the building materials investment limited company as the main body, relies on the group in the technical the powerful advantage in research and development, the product and outfit, launches the import-export trade and commercial circulation

service, formed had the international visibility and proprietary intellectual property rights product and service brand, became to the building materials synthesis service provider in world, was listed as the key export support enterprise and key commercial circulation enterprise by the department of commercial affairs.

Import-export trade

The collection large-scale outfit export and project primary contractor, building materials and minerals import and export, the resource development and so on comprehension service as one, various services spreads the Five Continents, is Chinese foreign trade 500.
Large-scale outfit export and project primary contractor: Takes the core technologies as the support, has the powerful advantage in the building materials the international construction project contract and outfit export of profession and light Industry. The float glass, the new method cement, the new wall material and powder rubbing station and pulping papermaking and packing container formation and other production lines exported South Asia, Association of Southeast Asian Nations, Middle East, Commonwealth of Independent States and Africa and other developing countries and medium developed countries, and in many national development project primary contractor services.

Building materials products outlet: New building materials, new house, cement, glass fiber, compound materials, pulverized coal ash brick, fire-proof material and other building materials and product, nonmetalliferous ore and inorganic nonmetallic product's import and export business has the prominent superiority that the technology, industry and trade unifies, gypsum board, glass fiber and other products outlet nations has been among the best.

The resource commodity imports: Sells iron ore, copper-concentrated ore, nickel ore and coal and other imports of resource commodity, has the stable widespread client base and good trade and social prestige.

The commercial circulation pools capital to cooperate: With hundred lived in contentment in Shenzhen and Beijing pools capital to construct 10 ultra-large decoration building materials supermarket chains, cooperated with Metro in Shenzhen start purchases for cash the ship by oneself general merchandize supermarket, with St. Gobain cooperation and development chain operation. The group and subsidiary enterprise became these transnational retail giants in the Chinese service mainstream supplier.

Has the management: Is equipped with the building materials and electrical appliances supermarket chain and Chinese building materials distribution center in Papua New Guinea, Australia, US, Hong Kong and other countries and regions, becomes the locality to have one of strength distributers. Wished luck on moving to a new home this country profession first place in Papua New Guinea's building materials and electrical appliances chain-like service many years, obtained the visit the approval and applause of our country leader, the national department of commercial affairs and local government.

--- Summary Information ---
1: 1200 PID_TITLE: Chinese building material Group sample draft PID_SUBJECT:
PID_AUTHOR:
PID_KEYWORDS:

PID_COMMENTS:
PID_TEMPLATE:
PID_LASTAUTHOR:
PID_REVNUMBER:
PID_EDITTIME: Sat Dec 30 08:00: 00 CST 1899 PID_CREATE_DTM: Tue Apr 12 17:25: 24 CST
2011 PID_LASTSAVE_DTM: Sat Dec 30 08:00: 00 CST 1899 PID_LASTPRINTED: Sat Dec 30
08:00: 00 CST 1899 PID_PAGECOUNT: 0 PID_WORDCOUNT: 0 PID_CHARCOUNT: 0
PID_APPNAME:
PID_SECURITY: 0

--- Document Summary Information ---
PID_CODEPAGE: 1200 PID_COMPANY:
PID_CATEGORY:
PID_MANAGER:
PID_PARCOUNT: 0 PID_LINECOUNT: 0 17: 0 PID_PRESFORMAT:
PID_BYTECOUNT: 0 PID_SLIDECOUNT: 0 PID_NOTECOUNT: 0 PID_HIDDENCOUNT: 0
PID_MMCLIPCOUNT: 0 PID_SCALE: false PID_LINKSDIRTY: false 1: 1200 KSOProductBuildVer:
2052-6.6.0.2699

# 中国建筑材料集团公司样本文稿

- ■ 董事长致辞
- ■ 公司理念
- ■ 公司概况
- ■ 经营活动
- ■ 国际合作
- ■ 文化建设
- ■ 四大业务板块

  产业板块

  科技板块

  成套装备板块

  物流贸易板块

CNBMGRP00006793

## 董事长致辞

作为国家级建材产业集团，中国建材集团将坚持科学发展观，充分发挥中央企业的控制力、影响力和带动力，引领我国建材行业的资源整合和结构调整，为发展资源节约型和环境友好型的新型建材工业，推动我国社会主义现代化建设倾注激情、奉献全力。

多年来，中国建材集团积极倡导并努力实践合作与共赢的精神，得到了全球合作伙伴与客户的广泛认同，企业实现了跨越式发展。在未来的发展历程中，中国建材集团将一如继往，不断迈出新的步伐，用优异的业绩回报投资人、回报社会。

## 公司理念

中国建材集团秉承"善用资源、服务建设"的核心理念，以科技创新为先导，对行业和社会资源进行优化整合，坚持循环经济道路，大力推进水泥、玻璃等产业的联合重组、结构调整与节能减排，大力发展新型建材、新型节能房屋、新能源材料和领先的技术和成套装备，为城乡发展与城镇化建设、节能省地型建筑和国家重点工程建设提供优质的产品和服务，努力建设创新绩效型、资源节约型、环境友好型、社会责任型企业，成为有国际竞争力的行业排头兵，为行业和社会的可持续发展贡献力量。

## 公司概况

中国建筑材料集团有限公司（简称中国建材集团，英文简称 CNBM）1984 年经国务院批准设立，2003 年成为国务院国有资产监督管理委员会直接监督管理的中央企业。

CNBMGRP00006794

中国建材集团以"善用资源、服务建设"为核心理念，大力实施"科技创新"、"大建材国际化"和"人才强企"战略，是集科研、制造、流通为一体，拥有产业、科技、成套装备、物流贸易四大业务板块的中国最大的综合性建材产业集团。截至 2010 年底，集团资产总额逾 1400 亿元，员工总数超过 10 万名，直接管理的全资、控股企业20 家，控股上市公司 6 家，其中海外上市公司 2 家。

中国建材集团实行母子公司管理体制，是较先实行国有独资公司董事会试点的企业和国家级创新型试点企业。集团公司作为战略中心、决策中心、资源中心、政策文化中心，行使出资人权利。子集团作为经营平台，突出核心专长和主营业务，以品牌知名度和市场占有率为基础构造利润中心。

## 经营活动

### 建设国家、行业和集团科技创新平台

作为我国建材工业科技研发和推广的主体力量，以中国建筑材料科学研究总院为核心，以国家级企业技术中心为基础，建设国家、行业和集团科技创新的平台，推进中国建材工业的结构调整与产业升级。"十一五"期间，获得国家级奖励 4 项，省部级奖励 289 项，保有专利数超过 1000 个、制、修定国家和行业标准近 400 项。

### 开创建材市场健康新格局

实施"大建材"战略，抓住建材行业结构调整的战略机遇期，在资本市场的强力支持下快速推进联合重组，吸纳一批中央和地方有资源、有市场的大中型企业。并加快水泥业务的区域性发展，在稳固淮

海经济区领导者地位的基础上，在东南经济区设立规模宏大的南方水泥有限公司，在东北地区设立颇具实力的北方水泥有限公司，实现水泥业务做大做强。同时与湖南、浙江、广东、江西、山东、四川、黑龙江等数十个重要省市地方政府建立稳定的战略合作关系。

## 构建集团多渠道融资体系

强化资本运营，开拓融资渠道，为联合重组、加快发展提供有力支持。控股"中国建材"、"北新建材"、"中国玻纤"、"瑞泰科技"、"洛阳玻璃"、"方兴科技"6家H股和A股上市公司，形成一个活跃的上市公司群。集团及骨干企业与银行等机构建立起长期合作、诚信共赢的战略合作伙伴关系。

## 加快国际化发展步伐

优化建材产品进出口结构，加大成套技术和装备的出口力度，国际知名度与影响力不断扩大。培育了一批进出口额过亿美元的主导贸易产品，并积极开拓东盟、中东、东南亚、独联体、非洲和拉丁美洲六大市场，高质量地完成了一批水泥、玻璃、新型墙体材料、啤酒饮料灌装、造纸等成套工程技术、装备出口和国际承包工程，成为面向全球的建材综合服务商。

## 国际合作

中国建材集团全面展开对外交流与合作，与诸多国际知名企业建立了广泛深远的合作关系。集团及所属企业在多个国家和地区设有办事处和公司，是国内外主要贸易促进机构的成员。作为中国建材行业的重要窗口，带动了建材及相关行业的国际交流、合作与发展。

CNBMGRP00006796

中国建材集团与世界500强企业日本三菱集团、世界最大的建材企业法国圣戈班、世界第三大工程咨询专业公司荷兰辉固国际集团等跨国公司建立全面战略合作关系，在建材制造、技术平台建设、工程设计、物流贸易、零售及住宅等领域展开广泛的实质性合作。与墨西哥水泥集团、法国拉法基集团、韩国金刚建材集团等大型国际建材企业均保持着良好合作关系。

中国建材集团广泛开展国际交流活动，扩大集团成员企业及产品在国际市场的知名度。举办的中国国际新型建筑材料展览会、中国国际复合材料工业技术展览会、中国国际建筑防水技术展览会、中国国际住宅产业材料及设备展览会、中国国际墙体屋面材料技术博览会、国际玻纤年会、中日建材及相关产业交流研讨会等都是具有行业代表性和巨大影响力的大型国际性展览会和交流会，促进了建材及相关产业的发展，取得了广泛的社会影响。

## 文化建设

中国建材集团秉承"创新、绩效、和谐、责任"的文化理念。创新，指坚持创新与学习，推动企业转型升级；绩效，指追求持续一流的绩效，争取国内领先和顶尖；和谐，指与自然和谐、与社会和谐、与竞争者和谐、与员工和谐；责任，指自觉地履行央企应负的责任。

在文化建设上，集团确立了"善用资源、服务建设"的核心理念，崇尚"诚信务实、团结向上"的企业精神，倡导"三宽三力"的思想原则，即待人宽厚、处事宽容、环境宽松及向心力、亲和力、

CNBMGRP00006797

凝聚力，形成了"中建材一家"的和谐氛围。

### 四大业务板块

中国建材集团以实现公司价值最大化和提高企业核心竞争力为目标，以相关业务领域的优势企业为主体，通过资产重组和业务整合，构建起强大的产业、科技、成套装备、物流贸易四大业务板块。

### 产业板块

中国建材集团产业板块以中国建材股份有限公司和中建材玻璃公司为主体，开展战略性资源整合和结构调整，以新技术改造传统产业，以增量投入发展先进生产力，构建起实力雄厚的水泥、玻璃、轻质建材、玻璃纤维、复合材料、耐火材料等建材产业平台。

**水泥**

规模：年产能超过 2 亿吨，位列中国第一，世界第二。

骨干企业：中国联合水泥集团有限公司、南方水泥有限公司、北方水泥有限公司

产业优势：构建了淮海经济区、东南经济区和北方地区三大战略区域，是区域内行业整合与发展的领导者。

发展思路：通过联合重组取得规模优势，通过技术进步实现节能减排，通过市场协同抑制恶性竞争，通过管理整合提升盈利水平，通过资本市场体现价值。

**玻璃**

CNBMGRP00006798

规模：拥有近 20 条现代化浮法玻璃生产线，年产多种色调和规格的优质浮法玻璃 4000 多万重量箱，ITO 导电膜玻璃 1600 万片。年综合加工能力 1000 万平方米，产品包括车用玻璃、建筑玻璃、装饰玻璃等。

骨干企业：中国洛阳浮法玻璃集团有限责任公司、安徽华光玻璃集团有限公司、河南省中联玻璃有限责任公司

产业优势：拥有国内唯一具备生产 0.55 ㎜～25 ㎜超薄、超厚玻璃企业，国内最大的 ITO 导电膜玻璃基地和中西部地区最大的综合性玻璃深加工基地，是世界三大浮法玻璃工艺之一 ——"洛阳浮法"的诞生地。拥有国家级研发中心和重点实验室，在国内率先建成 600 吨级"第二代提高型浮法玻璃生产线"，建成国内第一条超薄电子玻璃生产线。

拥有蚌埠玻璃工业设计研究院、秦皇岛玻璃工业研究设计院、中国新型建材工业杭州设计研究院等中国建材行业全部三大玻璃研究设计院，已在国内外设计建造了五十余条先进的浮法玻璃生产线。

## 轻质建材

规模：墙体及吊顶系统、住宅部品及建材节能系统、外墙屋面及多层房屋三大业务规模均居行业领先。其中纸面石膏板年产能已达 10 亿平方米，居亚洲第一。

骨干企业：北新集团建材股份有限公司

产业优势：拥有遍布环渤海经济带、长三角经济区、珠三角经济区、华中经济带、成渝经济带和东北老工业基地的新型建材产业基地，

CNBMGRP00006799

是中国新型建材工业的开创者和领导者。

### 玻璃纤维

规模:总产能已达 100 万吨，位居世界第一。

骨干企业：中国玻纤股份有限公司

产业优势：拥有国内最大、设备最先进的玻纤研发中心和试验室，掌握世界领先的玻纤池窑的设计与建造技术，包括世界规模最大的年产 14 万吨无碱池窑生产线，拥有 4 万吨中碱池窑生产线和 100%以废丝为原料的 3 万吨级无碱环保池窑生产线。

### 复合材料

规模：国内最大、全球前三的兆瓦级风机叶片制造生产商，拥有连云港、沈阳、酒泉、包头叶片生产基地和德国海外研发中心，总产能达 1 万片；已具备年产 3200 吨聚丙烯腈原丝、1220 吨 T300 级碳纤维的生产能力，是目前国内 T300-12K 最大的供应商。

骨干企业：中国复合材料集团有限公司

产业优势：拥有全球领先的 3MW 和 5MW 海上风机叶片生产核心技术，是中国兆瓦级风力发电机叶片主要制造商，是国内民用碳纤维生产技术的领先者，拥有中国一流的玻璃纤维薄毡、缠绕玻璃钢管罐、高压气瓶、新型铺地材料、船艇和汽车部件等产品的生产基地。

CNBMGRP00006800

### 复合材料——碳纤维

规模：拥有目前国内规模最大、技术最成熟的千吨级碳纤维生产线，已具备年产 3200 吨聚丙烯腈原丝、1220 吨 T300 级碳纤维的生产能力，是目前国内 T300-12K 最大的供应商。在建的万吨碳纤维二期（2000 吨碳纤维）项目也将于 2011 年下半年正式投产，T300 以上碳纤维系列产品的产能届时将超过 3000 吨。

骨干企业：中国复合材料集团有限公司所属中复神鹰碳纤维有限责任公司。

产业优势：通过坚持自主研发，集成创新，形成了具有自主知识产权的聚丙烯腈基碳纤维工程化技术和关键设备的设计制造技术，实现了碳纤维工程化生产技术开发与生产设备研发的对接。在国内碳纤维领域，技术和产业化进程均处在了领先的位置，彻底打破了发达国家对我国碳纤维市场的长期垄断地位。

### 耐火材料

规模：拥有全球最大的年生产能力近 4 万吨熔铸耐火材料专业生产基地，年产 10 万吨不定形耐火材料自动化生产线、国家"863"计划"水泥窑用环境友好碱性耐火材料"产业化生产基地、"十一·五"国家重大科技支撑项目"特优硅质耐火材料的研究开发"产业化基地。产品涵盖熔铸锆刚玉和熔铸氧化铝系列耐火材料，不定形、碱性、铝硅质及硅质耐火材料，综合实力、产品质量及服务水平均居行业领先地位。

骨干企业：瑞泰科技股份有限公司

CNBMGRP00006801

产业优势：是国内唯一拥有熔铸氧化铝产品自主知识产权的企业和首家以耐火材料为主业的上市公司，熔铸 α-β 氧化铝配套砖制品打破我国玻璃产业耐火材料高科技产品长期被国外知名公司垄断的局面，是国内唯一自主生产玻璃窑用三大主要耐火材料及水泥窑用全部耐火材料的企业。

## TFT-LCD 玻璃基板

规模：拥有成都、合肥等国内规模较大的 TFT 液晶玻璃基板产业基地，设计年产液晶玻璃基板 600 万片。建成的国内首条 4.5 代无砷 TFT-LCD 玻璃基板生产线产品顺利下线并通过质量认证。通过组建中建材合肥光电研究院，不断向高世代 TFT-LCD 玻璃基板产品研发和生产拓展。

骨干企业：蚌埠玻璃工业设计研究院

产业优势：创造了国内液晶玻璃项目建设工期、全线贯通和第一片良品下线时间最短的新标杆，成功探索出一条液晶玻璃基板生产的技术和工程路线，优化了液晶玻璃基板大规模产业化的方案。

## 太阳能光伏玻璃

规模：在国内建设或在建 20 多条太阳电池用超白压延玻璃生产线，在太阳能光伏玻璃技术市场上具有垄断优势。建成了国内首条具有自主知识产权的年产 100 万片薄膜太阳能电池用 TCO 导电膜玻璃基板生产线，在国内拥有多个新能源产业基地。

骨干企业：蚌埠玻璃工业设计研究院

CNBMGRP00006802

产业优势：通过持续研发和产业化，使太阳能光伏玻璃在技术、规模、质量上始终处于国际先进水平，产品完全替代进口，满足了我国太阳能产业爆炸式增长的需要并大量出口欧美和日本。

## 玻璃新材料

规模：拥有占地 2000 多亩的国家级玻璃新材料产业基地——中国玻璃新材料科技产业园，投产的电熔氧化锆、超细硅酸锆、球型石英粉和国家"863"计划项目——空心玻璃微珠生产线，产品性能和各项技术指标达到国际先进水平。

骨干企业：蚌埠玻璃工业设计研究院

产业优势：成为全国乃至全球最大的电熔锆生产商和供应商，占领了90%以上的色釉料市场和近100%的耐火材料市场，在国际市场深受好评，作为电子产品填充料的球型石英粉填补国内空白。

## ITO 导电膜玻璃

规模：拥有国内规模最大的电容式触摸屏用 ITO 导电膜玻璃生产基地，目前年产 ITO 导电膜玻璃 2000 万片，即将开工再扩建 4 条导电膜生产线，打造成亚洲乃至世界最大的导电膜玻璃生产基地。产品范围涉及高档 STN、触摸屏、彩色滤光片型等多品种、多规格的 ITO 导电膜玻璃。

骨干企业：蚌埠玻璃工业设计研究院所属蚌埠华益导电膜玻璃有限公司

产业优势：系统掌握了 ITO 导电膜玻璃系列产品研发的核心技术

CNBMGRP00006803

和关键技术，走上了一条产品结构日趋合理、生产规模逐渐扩大、经济效益稳步递增的良性发展之路。

## 科技板块

中国建材集团科技板块以中国建筑材料科学研究总院为主体，拥有国家级企业技术中心和 13 家建材、轻工机械领域国内一流的科研设计院所和高科技公司，开展建材和轻工产品及装备的科学研究、技术开发、成果推广、标准制订与检验认证，承接国内外工程设计、承包、咨询、监理业务，推进我国建材和轻工行业的技术创新、结构调整和产业升级，为国民经济、国防建设以及高技术的发展做出了突出贡献。

中国建筑材料科学研究总院是我国建筑材料与无机非金属材料专业领域规模最大、实力最雄厚的综合性科研开发机构，聚集了包括中国工程院院士、"新世纪百千万人才工程"学术带头人和各类高层次科技人员组成的 5000 余人的科技人才队伍，是国务院学位委员会首批批准的材料学无机非金属材料专业硕士、博士学位授予点，建有博士后科研流动站。几十年来，开展了包括国家重点基础研究项目、国家攻关项目和国家"863"高技术项目在内的数千项研究任务，研制开发出大批科技成果，承担了大量国内外大型工程设计和工程总承包业务，是促进行业技术创新、节能减排、推动产业结构调整和优化升级的主导力量。

中国建筑材料科学研究总院是门类齐全的建材产品质量检验检测认证机构、标准化技术委员会的归口单位和国家级建材科技期刊的

CNBMGRP00006804

主办单位。拥有 4 个国家级和行业级重点实验室；4 个国家和省部级工程技术研究中心；5 个联合国技术与发展中心，1 个国家级行业生产力促进中心；11 个国家标准技术委员会，30 个国家及行业质检检测认证机构，以及中国建筑材料工业联合会和中国硅酸盐学会等所属的国家、地方和行业的 20 余个专业分会。

### 部分核心技术与成套装备

超薄浮法玻璃成套技术、高性能低热硅酸盐水泥（高贝利特水泥）制备技术、混凝土耐久性关键技术、卫星用复合材料结构件制造技术、高档飞机风挡玻璃制造技术、抗菌净化空气及产生负离子的功能材料生产技术、日熔化量 1100 吨浮法玻璃、日产 6000 吨以上新型干法水泥、年产 1000 套兆瓦级复合材料风力发电机叶片、年产 14 万吨全氧燃烧池窑拉丝玻璃纤维、年产 3000 万平方米纸面石膏板、年产 1 亿标块粉煤灰煤矸石新型墙体材料、年产 300 万平方米陶瓷墙地砖、年产 300 万平方米水泥外墙板、24000 瓶/小时啤酒瓶装生产等成套技术和装备。

### 部分正在研发和推广的新技术

日产万吨级新型干法水泥生产技术、浮法玻璃高效节能关键技术、玻璃熔窑全氧燃烧技术、高性能水泥绿色制造技术、高性能道路水泥混凝土路面关键技术、陶瓷砖绿色制造关键技术、节能型复合墙体与结构材料制造技术、功能型环保建筑涂料制造技术、环保型装饰装修板材制造关键技术、绿色建筑材料标准和评价技术、年产 5000 万平方米纸面石膏板、万吨级高性能碳纤维、兆瓦级碳纤维复合材料风力发电机叶片、工厂化节能省地型房屋和环保型轻工机械等成套技

CNBMGRP00006805

术和装备。

## 成套装备板块

中国建材集团成套装备板块是以中国联合装备集团公司、合肥水泥研究设计院、凯盛重工有限公司等为骨干企业，以 20 余家装备制造企业为生产基地，协同集团科技板块、物流贸易板块，构建起我国建材行业与轻工机械行业及矿山装备、环保装备等门类齐全、技术先进、装备优良、工艺精湛、配套齐全的装备产业服务平台。

成套装备板块依托雄厚的装备制造、工程设计和服务方面的综合实力，承担了浮法玻璃、新型干法水泥、建筑卫生陶瓷、新型墙体材料、复合材料、玻璃纤维等建材行业大中型工程的工程设计、装备制造、工程承包等业务。提供制浆造纸、酿酒和饮料灌装、塑料、矿山、洗选煤、电线电缆、日化、衡器等专用技术、成套装备及工程设计、服务与承包业务。

中国联合装备集团公司在我国轻工机械行业享有盛誉，以南京轻机、西安中轻机造纸机械公司、武汉轻机、合肥神马科技、北新建材机械、轻工业杭州机电设计研究院等为代表，啤酒饮料机械、制浆造纸机械和塑料机械在行业中影响较大，电线电缆机械、洗选煤机械和停车设备在相关领域具有绝对竞争优势，建材机械制造及矿山装备业务在业内拥有良好声誉。并在食品机械、制浆造纸机械、日化机械研究与设计领域独树一帜的国家级研究基地。

合肥水泥研究设计院在水泥装备研发、工程设计、设备成套、工程承包等领域的众多技术成果被列入国家重大科技成果推广计划，设

CNBMGRP00006806

计制造的数百条6000t/d以下不同生产规模的水泥生产线和推广应用的新型的辊压机水泥联合粉磨生产系统，为促进水泥行业的发展做出了积极贡献。

凯盛重工有限公司致力于建设国际先进的大型煤矿和建材装备制造基地，拥有先进的加工检测设备和手段，产品覆盖煤矿、建材、电力、化工、冶金、市政工程等行业，包括系列掘进机、带式输送机、绞车、电动机、防爆电器、水泥及玻璃生产线设备。多种产品为国内首创并填补了空白，具国内领先水平，获得国家、省部级质量奖和科技进步奖。

### 物流贸易板块

中国建材集团物流贸易板块以中建材集团进出口公司、北新建材集团有限公司、中建材投资有限公司为主体，凭借集团在科技研发、产品制造与成套装备方面的强大优势，开展进出口贸易和商业流通业务，形成了拥有国际知名度和自主知识产权的产品与服务品牌，成为面向全球的建材综合服务商，被商务部列为重点出口支持企业和重点商业流通企业。

**进出口贸易**

集大型成套装备出口及工程总承包、建材及矿产品进出口、资源开发等综合服务于一体，各类业务遍及五大洲，名列中国外贸500强。

大型成套装备出口与工程总承包：以核心技术为支撑，在建材行业和轻工行业的国际工程承包和成套装备出口方面具有强大优势。浮法玻璃、新型干法水泥、新型墙体材料、粉磨站、制浆造纸及包装容

CNBMGRP00006807

器成型等生产线出口南亚、东盟、中东、独联体和非洲等发展中国家和中等发达国家，并在多个国家开展工程总承包服务。

建材产品出口：新型建材、新型房屋、水泥、玻璃纤维、复合材料、粉煤灰砖、耐火材料等建材及产品、非金属矿、无机非金属产品的进出口业务具有技工贸相结合的突出优势，石膏板、玻璃纤维等产品出口一直全国名列前茅。

资源性商品进口：主营铁矿、铜精矿、镍矿和煤炭等资源性商品的进口，具有稳定广泛的客户群和良好的商业与社会信誉。

## 商业流通

合资合作：与百安居在深圳和北京合资建设了 10 家超大型装饰建材连锁超市，与麦德龙合作在深圳开设现购自运式百货超市，与圣戈班合作发展连锁经营。集团及所属企业已经成为这些跨国零售巨头在中国业务的主流供应商。

自有经营：在巴布亚新几内亚、澳大利亚、美国、香港等国家和地区设有建材与家电连锁超市及中国建材分拨中心，成为当地有实力的分销商之一。在巴布亚新几内亚的建材与家电连锁业务多年稳居该国行业首位，得到到访的我国领导人、国家商务部和当地政府的认同和赞许。

CNBMGRP00006808