Partial Translation of CNBMGRP0001329OI   13347

CNBMGRP00013290

Confidential No.

**China National Building Material Group Corporation**

**Year of 2015 – 2017**

**Development Strategy and Plan**

**(Draft to be reviewed by leadership)**

**CNBM**

**April**

**2015**

CNBMGRP00013297-13298

…

1.1.3 Organization Structure

The China National Building Material Group Corporation implements a management model of the Parent-subsidiary company strategic control.  The Group Corporation is the strategy center, decision making center, resource center, policy and culture center of the Group. It exercises the fund contributor's power in compliance with the relevant regulations of the "Company Law", i.e. the power of decision-making on major issues, the power of appointment and dismissal of managers, and the power of receiving profit from investments.

The Group Corporation mainly manages its subsidiaries in 4 aspects:  First, Strategy Management, The Group Corporation guides all subsidiaries to strictly adhere to the Group Corporation's determined strategy on business activities, to ensure the realization of the Group Corporation's strategic goals. Second, Decision-Making Management: according to the modern enterprise system, and in compliance with relevant rules of the Group Corporation, the Group exercises the decision making power as the fund contributor on major issues such as its subsidiaries' investment and financing, restructuring, etc. Third, Resource Management: The Group Corporation coordinates and integrates various domestic and overseas resources, which purports to the reasonable utilization of resources among the various subsidiaries. Forth, Culture Management: the Group Corporation guides all subsidiaries to commence establishing enterprise culture, allowing the spreading and cultivation of the Group Corporation's culture among all subsidiaries, and forming a set of unified enterprise culture values within the Group Corporation. Through refining and formulating various rules, the Group Corporation standardizes and institutionalizes its management.

CG: 6/16/15-6/18/15

Exhibit 91

FSIA
EXHIBIT
45

The subsidiaries' daily operations are in the charge of various operation and management teams appointed or recommended by the Group Corporation. Under the Group Corporation's uniform strategic planning and guidance, normative governance structure and management system is to be established, to carry out scientific production, operation and management, to create economic and social benefit, and to undertake the responsibility of maintaining and increasing the value of State-owned assets.

...

Secret No.
The Chinese building material Group Company limited in 2015 ~2017 years sends the exhibition to fight slightly with the gauge delimits (leadership scrutinization manuscript)

In April, 2015

Plan establishment explanation and explanation

First, plan establishment showed 1. The plan "about Conscientiously Completed Central enterprise 2015-2017 Years Trundle Plan Preparation's" Notice according to SAC (national capital hall plans the (2015)39 number) and "about Printing and distributing < Central enterprise Developmental strategy And Plan Establishment Program (Revision Manuscript) > Notice" (national capital hall sends to plan the (2006)26 number) the request as well as the strategic arrangement of Group board of directors, and so on conducted the research in the foundation to establish to the domestic and foreign political situation and industry growth environment and market competition situation.
2. Originally plan development objective in summary group 2014 - 2016 the trundle plan completes the situation in the foundation, unifies the group medium and long-term goal and recent actual state of operation, the financial budget engagement is consistent with 2015, and refers to second-level enterprise and 2015 of important child enterprise reporting - 2017 plans the development objective to draw up.
3. Originally plan essential data is provided by various Group functional departments, the second-level enterprises and important child enterprise.
4. In the plan 2014 annual financial statement data was mainly from the group finance bulletin number.
5. Besides special indicates, in plan the amount referred to the cur is the Renminbi.
Second, explanation:
1. State Council SAC - refers to the State Council state asset regulatory commission 2. Gongxinbu - refers to the industry and informationization department 3. Chinese building materials group or group - refers to the Chinese building material Group Company limited whole, including this and subordinate enterprise 4. Group - refers to Chinese building material Group Company limited 5. Chinese building materials stock - refers to the Chinese building materials limited liability company 6. Chinese building materials main hospital - refers to the Chinese building material scientific research main hospital 7. Beixinjituan - refers to the northern new building materials Group Company limited 8. Building materials import and export - refers to the building materials group import-export company 9. Zhonglian investment - refers to the building materials jointly investing limited company 10 China jointly to equip - refers to the Chinese jointly equipment group limited company 11. Triumphant abundant science and technology - refers to the triumphant abundant technology group limited company 12. Chinese new house - Chinese new house Group Company limited 13. Asset management corporation - refers to the building materials asset management corporation 14. Zhejiang three lions - refers to the Zhejiang three lion Group Company limited 15. Zhonglian cement - refers to the Chinese union cement Group Company limited 16. Southern cement - refers to the southern cement limited company 17. Northern cement - refers to the northern cement limited company 18. Southwest cement - refers to the southwest cement limited company 19. Northern new building materials - refers to the Beixinjituan building materials limited liability company 20. Chinese duplicate material - refers to the Chinese compound materials Group Company limited 21. Chinese building materials project - refers to the Chinese building materials international construction project Group Company limited 22. Chinese megalith - refers to the Chinese megalith limited liability company 23. Building materials investment - refers to the building materials investment limited company 24. Ruitai science and technology - refers to the Ruitai science and technology limited liability company 25. Bengbu courtyard - refers to Bengbu glass industry Design Research institute 26. Luobo Group - refers to the Luoyang float glass group limited liability company 27. Luobo stock - refers to the Luoyang glass limited liability company 28. The side is popular science and technology - refers to the Anhui side being popular a technical limited liability company item of record

TOC \o â€œ1-3â€ the \h \z \u first chapter of group development present situation 1 1.1 group basic situations outlined 1 1.1.1 historical evolution 1 1.1.2 current development 1 1.1.3 organizations and agencies 2 1.1.4 legal entity management structure 5 1.1.5 subsidiary enterprise basic situation 6 1.2 groups the major economic indicator 6 1.3 group principal work to constitute the 8 second chapter of enterprise development environmental analysis 11 2.1 macroeconomic environments to analyze 11 2.1.1 international environments to analyze 11 2.1.2 domestic environments in recent years to analyze the 11 2.2 building materials industry growth present situation 12 third chapter of enterprise development superior inferiority to analyze 13 3.1 domestic and foreign to analyze 13 3.1.1 13 3.1.2 to be in the lead the building materials with the world famous building materials enterprise contrastive analysis with the home to the signEnterprise's contrastive analysis 14 3.2 core competitiveness analyze the subject matter 17 fourth chapter of developmental strategy and guiding principle that 18 4.1 plan development guiding principle 18 4.2 strategic orientations and strategies 19 4.2.1 strategic orientation 19 4.2.2 strategies to describe the 19 fifth chapter of group development plan goal 23 5.1 major economic indicator development objective 23 5.2 principal work and product development objective 25 5.2.1 product tectonic plate plan development objective 26 5.2.2 scientific research and engineering service tectonic plate plan development objective 29 5.2.3 equipment manufacture tectonic plate plan development objective 30 5.2.4 physical distribution and trade tectonic plate plan development objective 30 5.2.5 new house tectonic plate plan development objective 31 5.3 new service cultivation goal 31 5.4 main productsProduces to be able (output) and service constitution table the implementation and safeguard mechanism of 37 6.1 standard investment managements 32 5.5 scientific innovation development objective 33 5.6 internationalization development objective 34 5.7 human resources plan goal 35 5.8 investment risk control objective 36 5.8.1 property ratio of debt to net worth control objective 36 5.8.2 non-principal work investment control goal 37 sixth chapter of plans, controls the investment scale 37 6.2 to intensify the capital operation dynamics strictly, develops the financing channel 39 6.3 to consummate the management structure, advances â€œdouble experiment siteâ€ to reform 40 6.4 to speed up two fusions, the advancement intelligence makes 41 6.5 solid foundation management, the strengthening falls this efficiency 42 6.6 consummations to control from the inside mechanism, strengthens the risk to control 42 6.7 to fulfill the societyThe responsibility, provides the green environment 43 6.8 to pay special attention to the party building, brings honor to the enterprise culture 43 first chapter of group development present situation 1 group basic situations to outline 1.1 group basic situations to outline 1.1.1 historical evolution China building material Group Company limited (to hereafter refer to as â€œChinese building materials groupâ€ or â€œgroupâ€) predecessor for Chinese new building material Group, in January, 1984 authorized officially to establish by State Council, in 1987 implemented the national plan single row, in 1991 included the first batch of national pilot enterprise group, in 1999 separated into the central ascending

pipe enterprise with the national building materials bureau, in 2003 included the State Council SAC direct management the central enterprise, same year April changes the name as Chinese building material Group, in 2005 by State CouncilSAC determined that for the state-owned sole ownership company board of directors experimental enterprise, in November, 2005 Group board of directors established. In 2008 the group was determined for the second batch of state-level innovation experimental enterprises. In October, 2009, authorizes by the State Council SAC, changes the name officially as the Chinese building material Group Company limited.

1.1.2 the current development China building materials group is the collection scientific research, manufacture and circulation as one, has the industrial, technical, the outfits, the physical distribution trades and new house five big service tectonic plates' large-scale comprehensive building materials industrial group. Direct management capitalization and holding enterprise 17, holding listed company 6, overseas listed company 2.

In recent years, under the leadership of State Council SAC, the Chinese building materials group took â€œmakes good use of the resources and service constructionâ€  as the core idea, took the resources reorganization and standard government as the support, implemented â€œscientific innovationâ€  and â€œbig building materials internationalizationâ€  and â€œtalented person strong businessâ€  strategy, vigorously advancement cement and glass and so on structural adjustment, joint reorganization and energy conservation and emission reduction traditional building materials industry, vigorously development new building materials, new house and new energy material and so on â€œthree newâ€  industry, main business service rapid and healthy development. The group cement and business mix, the Bolivian filament and gypsum board to produce to leap to the world first, the wind power leaf blade, carbon fiber and casting fire-proof material produce to wish luck on moving to a new home the nation first, becomes our country maximum comprehensive building materials industrial group and to world the building materials synthesis supplier, advances to Fortune world 500 consecutively for four years, is our country building materials profession first and is only at present world 500 strong enterprises, and consecutively for six years evaluation for the State Council SAC operational performance assessment A level enterprise. In 2014, under the economical new habit environment, the Chinese building materials group actively deals with economic slowdown and demand insufficient, to produce to be able surplus, price downward and other challenges, regarding â€œconformity optimization and efficiency fall debtâ€  work mission, intensifies the basic management, advancement reforming promotes, conscientiously improves the development quality and benefit, has obtained the good achievement. The group asset total amount amounts to 4,106 hundred million Yuan, the whole year completes the business income 2,525 hundred million Yuan, the gross profit 13.1 billion Yuan, comprehensively completes â€œhas guaranteed growthâ€  the target task.

1.1.3 the organizations and agencies China building materials group implements mother and child corporate strategy control the administrative mode. Group is the strategic center, decision-making center, resource center and policy cultural center group, exercises the member authority according to "Law of corporation" concerned requirements to various subsidiary companies, namely the significant event decision-making power and operator appoint and dismiss Quan He to invest the usufruct.

Group antithetical couplet company's management mainly includes four aspects: First, strategic management, guides various subsidiary company strict deference group established strategy development operative activities, guarantees the group strategy goal realization; Second, policy-making management, according to the modern enterprise system, according to various group system requests, throws financing, reorganization and so on significant event to exercise the member decision-making power to various subsidiary companies; Third, resource management, the coordinated and various conformity group internal and external item of resources, realize the resources in various subsidiary companies mixes reasonably and coordinates; Fourth, cultural management, guides various subsidiary company development buildings of enterprise culture, causes the culture for the masses knot individ to disseminate and infix in various subsidiary companies, forms the group unified enterprise culture values. Through improving and formulating various rules and regulations, causes the group to manage the standardization and institution.

The daily management of subsidiary company is detailed or various enterprise manager teams of recommendation by Group is responsible, under Group unified strategic plan instruction, establishes the standard the management structure and control system system, implements the production operation of science and manages, creates the economy and social efficiency, shoulders the state-owned assets responsibility.

By December 31, 2014, the group organizational structure as shown in Figure 1-1:

Figure 1-1 Group organizes the structure drawing 1.1.4 legal entity management structures to act according to "Law of corporation", Group takes the state-owned sole ownership company, does not suppose the shareholder meeting, exercises the member responsibility on behalf of the country by the State Council SAC, accepts the professional guidance and management of state council departments concerned.

Group board of directors forms of 10 trustees, non-exterior trustee 3 (chairman 1, vice-chairman 1), exterior trustee 6, staff trustee 1. The board of directors is responsible for the State Council SAC, exercises the significant event decision-making power that to Group "China Building material Group Company limited Regulation" stipulated.

Group board of supervisors accredits on behalf of the State Council by the State Council SAC, the board of supervisors members are 8 people, is composed of the State Council SAC assignment supervisor and staff representative, staff representative 2, are elected by the staff democracy. The board of supervisors supposes president 1, is assigned by the State Council SAC. The board of supervisors, "State-owned business Board of supervisors Temporary regulation" and other stipulations carried out the supervisory duty according to "Law of corporation". Group corporate management structure drawing as shown in Figure 1-2:

Figure 1-2 the Group corporate management structure drawing 1.1.5 subsidiary enterprise basic situations at present, the Chinese building materials group altogether has 10 second-level child enterprises. The sub-enterprise takes Group's management platform, the prominent core specialty and main business service, take the brand and market share as the foundation structure profit center.

Table 1-1 in 2014 the second-level enterprise (company) basic situation table sub-property rights of enterprises condition gross asset net assets business income gross profit active staff area name attribute proportion (ten thousand Yuan) (ten thousand Yuan) (ten thousand Yuan) (ten thousand Yuan) Chinese building materials stock controls stock in 44.11% 31,632,146 6,699,622 12,396,237 1,155,301 145,589 Beijing China building materials main hospital capitalization 100% 1,114,573 513,244 706,210 78,517 10,254 Beijing the building materials import and export capitalization 100% 3,852,200 510,533 9,848,265 64,142 1,954 Beijing Zhonglian to invest the capitalization 100% 120,024 52,938 12,326 -6,693 – The Beijing Beixinjituan capitalization 100% 1,425,729 1,029,572 1,032,379 154,836 729 Beijing China jointly equip the capitalization 100% 367,600 83,821 251,216 3,282 4,446 Beijing triumphant abundant science and technology capitalization 100% 1,453,082 429,626 387,896 27,569 16,055 Beijing China new house capitalization 100% 419,876 96,470 53,232 10,512 700 Beijing asset management corporation capitalization 100% 116,968 -60,721 22,137 -7,723 628 Beijing Zhejiang three lion capitalization 100% 113,585 23,140 77,222 1,568 405 Hangzhou notes: 1. the Chinese building materials

group sum total has the Chinese building materials stock 44.11%, has 12.35% directly, has 31.76% (Beixinjituan to hold 27.52%, building materials imports and exports to hold 4.22% to hold 0.02% indirectly with Chinese building materials main hospital).
2. the above financial data is from the group financial settlement number, staff originates from the second-level business finance bulletin.
1.2 the groups in recent years the major economic indicator China building materials group near three years major economic data as shown in Table 1-2:

Table 1-2 in 2012 ~2014 years group major economic data (merge) year in 2012 in 2013 in 2014 business income (hundred million Yuan) 2,174 2,523 2,504 gross profits (hundred million Yuan) 112 115 130 net profits (hundred million Yuan) 86 88 97 gross assets (hundred million Yuan) 3,006 3,644 4,069 total liabilities (hundred million Yuan) 2,464 2,984 3,260 net assets (hundred million Yuan) 543 660 809 ownerships in parent company ownership interest (hundred million Yuan) 188 218 248 cost total amounts (hundred million Yuan) 2,112 2,436 2,420 labor costs (hundred million Yuan) 81 113 125 in hillock staff (ten thousand people) 15 17.3 18 total assets return rates (%) 7.89 6.92 6.90 net rate of return (%) 17.18 14.65 13.19 property ratios of debt to net worth (%) 81.95 81.89 80.12 state asset store of value value-added rates (%) 118.31 115.99 113.24 gross fixed asset formations (hundred million Yuan) 81 101 112.7 technological activities funds gross expenditures (hundred million Yuan) 49.7 53 52.1 technical investment ratios (%) 2.2 2.1 2.1 notes: In this table 2012-2013 years data originates from the group report of audit; In 2014 data from group financial settlement number and subsidiary enterprise plan number.
Figure 1-2 in 2012 ~2014 years group major economic data (merge) statistical chart Chart1 3006 3644 4069 Sheet1 gross profits (hundred million Yuan) 2012 3006 2013 3644 2014 4069 Chart1 2174 2523 2504 Sheet1 business incomes (hundred million Yuan) 2012 2174 2013 2523 2014 2504

Chart1 112 115 130 Sheet1 gross profits (hundred million Yuan) 2012 112 2013 115 2014 130 Chart1 49.7 53 52.1 Sheet1 technological activities funds gross expenditures (hundred million Yuan) 2012 49.7 2013 53 2014 52.1

1.3 the group principal work constitution group present three principal work are, (1) building materials product and equipment manufacture and related engineering technology research and service; (2) building materials trade and physical distribution; (3) the research and development, design, manufacture and construction industrialization house. Because the cement, glass and so on main building materials produce market tended to be saturated, to seek the new benefit point of growth, forms the principal work risk hedge, the need that the union next step group reform, development and reforming promote, the group will expand further existing industry chain, plans to carry on to comb and adjust to presently three big principal work, enlarges in the outfit manufacture, new house development and new energy material application and other aspect in the development dynamics, actively will cultivate health retirement, modern agriculture, cultural service and other industries, will form the group sustainable healthy development the driving influence. The existing service plans to apply to adjust the principal work building materials product and equipment manufacture and related engineering technology to SAC studies and serves the building material and new material research and development, design, manufacture and the research design, manufacture and the research and development, design, manufacture and research of construction new energy conservation house engineering service industrialization house physical distribution trade building materials trade and physical distribution outfit designs, makes and develops the research design, manufacture and the management and development group of five big service tectonic plates application development health retirement, the modern agriculture and cultural service new energy material at present for the automotive market tectonic plate and center tectonic plate, the outfit tectonic plate and physical distribution trade tectonic plate and new house tectonic plate five big service tectonic plates.
(1) automotive market tectonic plate takes the Chinese building materials stock and triumphant abundant science and technology as the main body, develops the strategic resource conformity and structural adjustment, by the new technical transformation traditional industry, by the increase investment development advanced productive forces, constructs powerful the cement, glass, light quality building materials, glass fiber, compound materials, fire-proof material and other building materials industry platforms.
(2) center tectonic plate takes the Chinese building materials main hospital and respective courtyard, the Chinese building materials project, building materials international equipment and other enterprises as the main body, develops the scientific research, the technology development, the achievement popularization, the standard making and examination authentication building materials product and equipment , to continue the domestic and foreign engineering design, contract, consultation and overseeing service; Develops â€œthree newâ€ the technical research and development and transformation of industrial and strategic emergent industry, advances our country building materials and technological innovation, the structural adjustment and the industrial upgrading light Industry.
(3) outfit tectonic plate takes China jointly to equip, the Hefei courtyard and triumphant Sheng Zhonggong and others the related equipment manufacturing firm as the main body, coordinates the consortium technology tectonic plate and physical distribution trade tectonic plate, constructed the covering extensive fields and technological advance and well equipped and exquisite workmanship and necessary complete equipment industry service platform in building materials, light industry, mine, environmental protection and other professions.
(4) physical distribution trade tectonic plate takes the building materials import and export and Beixinjituan, the building materials investment as the main body, relies on the group in the technical the powerful advantage in research and development, the product and outfit, launches the import-export trade and domestic bulk commodity physical distribution trade and commercial circulation service, formed had the international visibility and proprietary intellectual property rights product and service brand, became to the building materials comprehensive service provider in world.
(5) new house tectonic plate takes the Chinese new house, Beixinjituan, the northern new stock house service tectonic plate as well as the Chinese building materials main hospital cement science and new building material research institute and so on as the main body. Has the light steel structure and new energy conservation of PC structure with the Canadian energy new house system. Internally, and builds new energy conservation house demonstration Garden with the government cooperation promotion new energy conservation house, with the aid of production base's construction layout national market; Actively develops the foreign market, the domestic building in participation developing country and area constructs. In 2014 group principal work constitution as shown in Table 1-3:
Table 1-3 in 2014 group service constitution table unit: Hundred million Yuan service category name property main business income gross profit active staff quantity (ten thousand Yuan) proportion (%) quantity (ten thousand Yuan) proportion (%) quantity (ten thousand Yuan) proportion (%) automotive market 31,049,830 76.8% 12,045,615 46.09% 1,201,422 78.52% 135,131 center 3,918,278 9.69%

2,215,724 8.48% 222,641 14.55% 12,955 outfit 752,595 1.86% 856,198 3.28% 39,028 2.55% 5,852 physical distribution trade 4,068,244 10.06% 10,941,500 41.86% 54,667 3.57% 2,560 new houses 644,877 1.59% 78,355 0.3% 12,293 0.8% 700 equals 40,433,824 100% 26,137,392 100% 1,530,051 100% 157,198 notes: In this table the data after the service tectonic plate subdivides compiles the induction to obtain by various subsidiary enterprise development projects, non-consolidated financial statement number.

Figure 1-3 in 2014 the group service constitution diagram second chapter of enterprise development environmental analysis 2.1 macroeconomic environments analyze 2.1.1 international environments to analyze in 2014, the world economy still occupied in depth alignment procedure after the international financial crisis, the recovery is as before difficult. According to United Nations as well as the World Bank newest predict that in 2014 the world economy estimated that grows about 2.6%, the speed-up the small scale speeds up 0.1 percentage point compared to last year, is generally lower than anticipated. The developed economy economy differentiation intensifies, the American economy momentum of recovery is good, Eurozone and Japanese economy have the phenomenon that bogs down; In the development economy growth continues to slow down, in the different countries has the split up tendency once again, but the overall speed-up is still higher than the world averages.
2.1.2 the domestic environment analyzes in 2014, our country economy the overall under the new habit steady and steady has, to raise the nature steadily. Data that issued according to the State Statistics Bureau, in 2014 our country economic and social development overall is steady, GDP amounts to 63.6 trillion Yuan, compared to last year grows 7.4%, the economy is in the reasonable zone. But at the same time, macroeconomic downward pressure further increases, the resource environment essential factor restraint tends to be tight, the investment actuation is difficult to sustain, the market demand overall is weak, the financing bottleneck restraint highlights, the enterprise operation is still difficult, the economy environment still faced the complex situation that the multi-factors interweave. Forecasts in 2015, the domestic and foreign economic environments that our country faces were still intriguing, the economical downward pressure is also greater; But the new-style industrialization, informationization, urbanization and agriculture modernization advance continually, the development is day by day abundant, the infrastructural facilities order advances, the reform dividend is releasing, the overall has not changed to the good fundamental. It is estimated that in 2015 our country economic growth placed about 7%.
2.2 the building materials industry growth present situation in 2014, the building materials industry facing the austere situation that producing to be able serious surplus, the market demand not prosperous and downward pressure to enlarge, the overall maintained â €œsteady hadâ€ , the main product output and main business income speed-up became slower, but the economic efficiency continued to improve, the product price was basic. In 2014, the scale above building materials enterprise completes the main business income 7 trillion Yuan, grows 10.1%, the speed-up lowers 6.9 percentage points; Realizes the profit 4,770 hundred million Yuan, grows 4.8%. And, the cement output 2.48 billion tons, grow 1.8%, the speed-up falls 7.8 percentage points; Realizes the profit 78 billion Yuan, grows 1.4%, the Chinese building materials group still ranked the building materials industry first by 13.1 billion Yuan gross profit. But cement good immovable property can serious surplus still exist, produces to be able the use factor less than 70%, the cement industry the fast growth since reform and open policy entered â€œnew habitâ€ below platform time, next in 8-10, the domestic cement demand placed about 2.5 billion tons, the market demand substantial room for growth is limited, adjusts the probability to be small largely.
In plan time, building materials profession opportunity and challenge coexisting, but generally speaking the opportunity is bigger than the challenge. New â€œthe Four Modernizationsâ€ advance synchronously, the urbanization and industrialization positive interaction, â €œareaâ€ , the Beijing, Tianjin, Hebei integration and Yangtze River economic zone and so on important strategy implementation, the infrastructural facilities investment enlarges, has provided the sustained development space for the building materials profession. In the near future, real estate industry peripheral area has to relax, this forms certain micro stimulation to the building materials profession. Meanwhile, fully deepens the reform dividend to release unceasingly, will stimulate further structure, the stabilization of market anticipated, enhances enterprise's innovation vigor and competitive power, brings the powerful engine for the building materials industry structure adjustment and reforming promotion. The silk road fund preparation has brought the vitality to the infrastructural facilities with creation of Asian Investment bank, is good to the building materials profession's development advantage and financing benefits.
The third chapter enterprise development superior inferiority analyzes 3.1 domestic and foreign to analyze 3.1.1 to act according to various greatly international building materials enterprise issues with the world famous building materials enterprise contrastive analysis to the sign in 2014 the financial report, French St. Gobain Group continues to retain the international building materials enterprise first place by 41.05 billion euros sales revenue, Chinese building materials group by 2,525 hundred million Renminbi (about 30.84 billion euros) the sales revenue situated in the second position, Irish CRH group by 18.9 billion euros situated in third, Swiss Group (about 15.88 billion euros) is by 19.1 billion Swiss francs fourth, French Lafarge Group situated in fifth, the sales revenue is 12.8 billion euros. In April, 2014, and Lafarge Group has signed the joint reorganization agreement. At present during the joint reorganization is conducted, after it is estimated that completes the merge Lafarge Corporation places first in the cement, concrete and aggregate market world.

Table 3-1 international five big building materials enterprises in 2014 financial norm reference table unit: 1 million euros business name China building materials group St. Gobain the Lafarge CRH gross asset 54,686 44,804 33,004 34,804 22,017 ownership interest 10,572 18,418 16,727 17,289 10,198 sales revenue quantities 30,842 41,054 15,732 15,732 12,843 18,912 grow 0.1% -1.7% -3.1% -1.9% 4.9% net profit quantities 1260 953 1,333 274 584 to grow 17.1% 60.17% 1.4% -63.6% 298% sales net profit rate 4.1% 2.3% 8.5% 2.1% 3.1% net rate of return 14.17% 5.17% 8.35% 1.63% 5.87% total assets return rate 11.92% 6.19% 5.97% 4.17% 4.32% property ratio of debt to net worth 80.67% 58.89% 49.32% 50.32% 53.68% notes: 1. Chinese building materials group data from its in 2014 financial bulletin, other business data annual report from its announcement.
2. Lafarge and is merging during the reorganization at present, in 2014 the annual report data disclosure was still two companies, therefore still made the contrast according to two.
3. to avoid currency influence data commeasurability as far as possible, here uses the euro is the unified unit. When the conversion, the point in time number uses on December 31, 2014 the same day exchange rate: 1EUR=7.5358RMB =1.2024CHF; In this period the number used in 2014 the annual middle rates: 1EUR=8.1883RMB=1.2147CHF.
Compares with other international building materials enterprises, the Chinese building materials group industrial chain is complete, the principal work is more prominent, the product layout is widespread, the main product produces to be situated the world leader. But mainly stressed in the internationalization management group on the physical distribution trade and engineering service, the transnational index was only about 3%, was lower than the international colleague obviously, like St. Gobain 77.5%, Lafarge 79%. â €œAreaâ€ developmental strategy under country eagerly anticipates, the group must seize the opportunity, to enlarge the rate of

march, enhances the internationalization management and managed capacity.

3.1.2 is in the lead the contrastive analysis of building materials enterprise currently the domestic building materials profession leading enterprise to have the Chinese building materials group, the conch group and Chinese intermediate ability group, Beijing Jinyu Group and East Hebei development group with the home and so on, the following carries on the contrast by the cement service the cement of tectonic plate and conch group of group.

Considered that the Chinese building materials group and conch group have a difference in the business area, the following mainly carries on the Chinese building materials stock and conch cement's operating condition the contrast.

Table 3-2 in 2014 the cement tectonic plate operating condition reference table business name China building materials stock conch cement gross asset hundred million Yuan 3163.21 1022.5 net assets hundred million Yuan 669.96 692.2 sales revenue hundred million Yuan 1239.62 607.59 grow 3.70% 9.95% gross profit hundred million Yuan 115.53 148.83 to grow 8.96% 17.83% net profit hundred million Yuan 86.72 109.93 to grow 4.33% 17.19% property ratio of debt to net worth 78.82% 31.92% net profit rate 7.0% 18.1% net rate of return 12.94% 16.6% notes: In the table the data the Chinese building materials stock from 2014 according to foreign criterion's financial annual report, and uses its merge net profit total (non-ownership parent company number), the conch cement publishes the annual report data with its website.

3.2 core competitiveness analysis through with the contrast of domestic and foreign first-class building materials enterprise, as well as to own comprehensively profoundly analyzes, the Chinese building materials group's core competitiveness lies in:

First, clear developmental strategy. The Chinese building materials group seizes the building materials industry structure adjustment strategic opportunity, has formulated the clear strategy and goal, namely actuates through the capital operation and joint reorganization double round, vigorously the structural adjustment, the joint reorganization and energy conservation and emission reduction advancement cement and glass industry, vigorously the development new building materials, the new-style industrialization house and new energy material, construct into building materials enterprise group that has the international competitiveness. Facts showed that the Chinese building materials group's developmental strategy conforms to the building materials industry growth rule and characteristic, conforms to the logic of enterprise development, eagerly anticipated the group to obtain the leap frog development.

Second, effective management pattern. The Chinese building materials group explores "central enterprise city camp" the driving mechanism, according to the market discipline development business operation, fuses the state economy and private economy highly, constructs the powerful mix system of ownership industry platform, has formed one batch of typical mix system of ownership enterprises, enhanced enterprise's cohesive force, creativity and competitive power enormously. In the group control, insisted governs the standardization and function level, the business platform, management fine and cultural integration "five" and "check" control pattern, had guaranteed the good power smooth, marches in step, the management order. In the management conformity, utilizes in five centralism, the KPI management, the price principal and interest and zero that stock, in the management practice summarizes competes to gather "eight big labor law" to Biao Youhua, the instructor system and core profit area and market, had guaranteed the success of joint reorganization, has created the outstanding achievements.

Third, complete industrial chain and leading market niche. The Chinese building materials group as collection scientific research design and building materials product and outfit manufacture, the new factorization house and physical distribution trade as one comprehensive building materials enterprise group, has covered the building materials profession complete industry chain, overall obvious advantage. The group is in the leading position in new method cement, light quality building materials, glass fiber, compound materials, glass, fire-proof material and glass and cement engineering service and other domains, in domestic and foreign has the good company prestige and brand superiority, the market influence, controlling force and drive force are strong.

Fourth, rich technical resources and abundant research and development strength. The Chinese building materials group has China to be largest, the strength most abundant building materials and inorganic nonmetallic domain science and technology R&D institution, has 6 state-level technology centers and 13 A-grade design research institute institutes and more than 20 high technology and new technology companies, research area covering cement, glass, ceramics, new building materials and new material and other building materials profession mainstream services, the service passes through the basic research for application, the technology development and promoted, the standard formulation and examination authentication and scientific and technical payoffs industrial production, the engineering design and primary contractor and so on entire process, has provided the powerful support for the consummation group technological innovation system and promotion industrial technology level.

Fifth, outstanding enterprise culture. In the building of enterprise culture, the Chinese building materials group establishes "to make good use of the resources and service construction" and "innovation, achievements, harmony and responsibility" and "three wide three strength" and "to awe, feel grateful, courteous and appropriate" and so on to maintain in touch with the masses, to take closely fusing containing as the characteristic cultural idea, becomes the direction group cadre staff's core value. The comprehensive culture had reflected the harmonious values of group, simultaneously positively serve the enterprise strategy goal, has created the ideological foundation and good upholstery for the group the smooth advance of joint reorganization and management conformity, conforms to the logic of enterprise development, is one of enterprise true core competitiveness.

3.3 subject matter that has under complex international and domestic situation, the group takes the positive effective measure, has obtained the good operating results, maintained the rapid growth situation. But must see soberly that in the enterprise development process oneself also has some problems, has big promotion space in the breadth and depth of state capital investment.

First, industrial structure is imbalanced, the reforming promotion and structural adjustment duty is arduous, the group principal work structure waits for further adjusting and consummating. The core business of group main centralized in periodic strong building materials profession, especially the cement and glass two big staple product good immovable properties can serious surplus, market be saturated, the promotion space tends zero. "Three new" industry was still at the initial steps, the scale and benefit overall are small, needs to further increase the technical research and development and intensity of input, speeds up the market introduction and development dynamics, enhances group's overall core competitiveness. The especially outfit and new house service take one of principal work also relatively quite to be weak, should further intensify the development dynamics.

Second, property ratio of debt to net worth is high. In recent years the group has been at period of rapid development, but because the primitive capital in cash is insufficient, but the building materials profession also belongs to the heavy property profession, the enterprise development fund important source in exterior financing, the high quota bank loan causes the group asset ratio of debt to net worth to be high, the financial expenses stay at a high level, bring big financial risk.

Third, to manage the conformity and interior coordinate to wait for further consummating. The enterprise that in recent years the group main dependence joint reorganization expansion, merged required the time to integrate the culture for the masses knot individ. The

cultural conformity and service tectonic plate resources conformity and management level reduce the conformity, to produce the research union necessary conformity, becomes the group new time development the arduous task.

Fourth, internationalization level is low. Compares with the overseas large-scale building materials enterprise, the group international presence mainly takes the physical distribution trade and project primary contractor primarily, the transnational index is somewhat low, the internationalization management and operational capability wait for enhancing.

Fifth, old state-owned enterprise's historical burden still existed. The group makes brilliant achievements in reorganization overhaul, but after has not changed the system some old state-owned enterprises and premium assets go on the market, lasts "shell company" superfluous personnel and historical debt, "three to supply one industry" , factory office big collective and other historical burdens still to exist, urgently awaits through constantly to deepen reforms and obtains state-owned capital in cash subsidy and other ways to download the cloth wrapper, causes the group to have no ideological problems weighing on the mind, healthier high-quality development.

The fourth chapter the developmental strategy and guiding principle 4.1 plan development guiding principles comprehensively implemented the 18th CPC Congress as well as 18 sessions three, the Fourth Plenary Session and spirit of the central economic work meeting, carries out the Central Party Committee and SAC "striving for improvement" and "guaranteed growth" general demand, adapted to the new habit on own initiative, insisted to strive for improvement, "conformity optimization and efficiency fell debt" the work idea, took improving the development quality and benefit as the center, took deepening reforms and fuses the innovation as the power, displayed the scale, technology, management and machine-made superiority, sped up reforming to promote, tries to raise the nature efficiency, built the innovation driven, the quality efficiency and em and community responsibility "Four enterprises" , start the group development new ball game.

4.2 the strategic orientation and strategy described 4.2.1 strategic orientations to take "make good use of the resources and service construction" as the enterprise mission, sped up shifting the economical development method, vigorously advancement cement and glass and so on joint reorganization, structural adjustment and energy conservation and emission reduction traditional building materials profession, vigorously development new building materials, new house and new energy material and so on "three new" industry, sped up industrial structure reforming to promote, the construction was also also superior and has the international competitiveness world first-class building materials industrial group.

4.2.2 the strategies described one, to insist that "a mission" insisted "made good use of the resources and service construction" the enterprise mission, took the scientific innovation as the forerunner, carried on the optimized conformity to the profession and social resource, vigorously the development green building materials and leading technology and equipment, the development manufacture service industry, realized the industrial transformation to promote, for the national infrastructure facility and priority project and "area" strategic idea road building shop stone, takes the building materials profession service futures economy sustainable social development as the mission, opens will build the dream space in the future.

Second, utilization "two wheels" full display "innovation driven" and "capital operation" double round actuates the function. Takes "innovation as to eagerly anticipate, market for the guidance and industrial development for the main and technical support development" is the directive, takes the innovation driven as the most important engine, takes the technological innovation, the management innovation and institutional innovation as the support, attaches great importance to the top layer design of innovation driven development, conscientiously strengthens the technological innovation system construction, the creative development industry coordination innovation, integrates the global innovation network positively; Simultaneously gives full play to the capital operation, technology, management and financing superiority group, makes the increase transformation in the storage quantity foundation, builds stronger and bigger to do superiorly the enterprise.

Third, implementation "three grand strategies" (1) scientific innovation strategy - conformity science and technology resources, strengthen the scientific research development platform, the perfect technological innovative system, takes the technological innovation, the management innovation and institutional innovation as the support, energetically sharpens primitiveness innovation capabilities and integrated innovation capabilities and introduction digestion absorption again innovation capabilities, enlarges uses the dynamics of research and development, manufacture and investment the vanguard technology traditional industry and new product and new equipment; Increases the research and development and intellectual property rights of independent innovation protection; Intensifies the research and development intensity of input, strengthens the scientific research design and enterprise independent innovation unifies, effectively promotes the service structure and core competitive ability.

(2) Big building materials internationalization strategy - follows close on the national construction Silk Road and the 21st century maritime Silk Road "area" national strategy, displays the group in the building materials profession the superiority in technology, equipment, fund and management, speeds up group "to walk" the international development strategy, in energetically carries out the international building materials physical distribution trade and in the international construction project trade in services foundation, speeds up advancing the overseas industry to invest, forms own international management network, develops the growth space, comprehensively promotes group's in the international market influence and competitive power.

(3) Talented person strong business strategy - follows the scientific development concept, improves the human resources management the scientific nature and validity, takes the human resources task as the core, establishes the adaptation modern enterprise management structure the human resources management system and useful personnel system. In the group the talented person manages to realize overall disposition, classified regulation, resource sharing, survival of the fittest, unobstructed channel and so on elementary object, realizes effective and human resources the increment of that the talented person manages, to realize the group becomes the first-class building materials industrial group strategic target that has the international competitiveness provides the organization and talented person who is powerful guaranteed.

Fourth, realizes "four" transformation, builds "four" enterprise (1) to realize "four transformations" one is the group headquarters by mother and child industry administrative mode to the stockholder's rights investment management pattern transformation. With the modern corporation pattern, conducts the stockholder's rights management; Through holding and share-holding , to promote capital flowing; Takes investing as the release lever, regulates the industrial distribution, realizes the optimization and economic efficiency of group resources deployment maximization.

Second, subordinate enterprise by non-listed enterprise to listed company securitization transformation. The non-listed company group of group must through borrowing the shell goes on the market, the effective property complete capitalization and securitization, returns the invalid property gradually handling. Through the transformation of going on the market securitization, increases enterprise's power,

vigor and creation wealth ability; Must put in the enterprise under the sunlight, accepts the supervision of investor and people from various circles, realizes the owner to arrive, impels the construction of establishment and standard system of modern enterprise system. Third, investment region by stress home to "area" transformation. Cement, glass, new building materials and equipment manufacture and other service the expansion development change "area" market from the native market.

Fourth, management mechanism by traditional mode of administration to marketability mode of administration transformation. The deepened reform, is mainly works, human affairs, to assign three machine-made radical reforms, realizes the enterprise manager from the administrative directive to the full marketability.

(2) Builds "four enterprises" one is to build the innovation driven enterprise, solves the growth engine problem. The group must comprehensively implement the innovation driven developmental strategy, the advancement takes the scientific innovation as the full-fledged innovation of core , to promote the optimal industrial upgrade. Tries prominently "fusion innovation" , from the linear thinking to the netted thought that promotes the enterprise innovation with the populace innovation, the traditional industry and Internet industry, the state capital and private capital fusion, the construction concentric circle-like four big building materials cloud innovation platforms. The group headquarters and shareholding system constitute "core enterprise level" , after superimposing the capitalization and holding company, constitutes "member enterprise level" , after superimposing again holds share of the enterprise, constitutes "Chinese building materials department" , finally is formed by various benefit related side together participation "Chinese building materials cloud" . Through creating the multi-channel innovation platforms, causes the group maximum limit conformity dominant resource and innovative success is adopted by us.

Second, to build quality efficiency enterprise, service mode problem. Namely develops from extension to the endogenous type development, from taking seriously the development speed to attaching great importance to the development quality transforms, from pursue scale expansion to pursue benefit promotion transformation. In the consolidated scale advantage's foundation, deep cuts internal potential, the positive and domestic and foreign advanced enterprises to the sign, the strengthened dedicated, rigorous and practical management style, enhance the management intensification and fine level and ensure various target healths are sustainable.

Third, to build em enterprise, solution reforming direction question. The group stresses the new round global technological revolution importantly the historic opportunity, studies the German industry 4.0 strategies, takes the industrialization and informationization â€œtwoâ€ depth fusion as the gripping device, the development straddling of zones management, speeds up advancing the manufacturing industry digitization, network and intellectualized development, speeds up advancing the manufacturing industry to manufacture service industry reforming.

Fourth, to build community responsibility enterprise, solution value pursuit question. Must take the model to fulfill the community responsibility as the priority target of enterprise development. The building materials profession has certain dependence to the resources energy, we must make the enterprise according to the environment, security, quality, technical and cost sorting, "blue sky" as the enterprise's first responsibility, will reduce the haze contribution positive force for the anti-pollution.

Five. Advancement "five" management advancement "five" management, namely the advancement group control ", the business platform, the management digitization and cultural integration direction develops to government standardization and function level" . The government standardization, refers to Group all-around construction strategy achievements board of directors, strengthens the exterior trustee to affect, causes the board of directors to become Group success win the strategic force in the competition; The function level, refers to Group implements "decision-making center, profit center and cost centers" the level management, the key emphases and duties of various defined level units, safeguard the good power to be smooth, realize methodical of work; The business platform, refers to Group's subordinate subsidiary company becoming the cement, glass, new building materials and other specialized platforms , to promote it in the respective market's core competitiveness, then promotes Group's comprehensive competitive power level; The management digitization, refers to using the informationization technology development outward to the digitized management that the sign, optimizes internally, fixes targets the key to each basic unit unit and responsible person; The cultural integration, refers to Group comprehensive carrying out taking "harmony, achievements and responsibility" as the core value enterprise culture, and unceasingly advance enterprise culture fusion in development, expansion and progress.

The fifth chapter the group development plan goal 5.1 major economic indicator development objectives to 2017, the group realize the business income 2,550 hundred million Yuan, the gross profit 13.5 billion Yuan, the net profit 11 billion Yuan, the property ratio of debt to net worth 78.5%. Specifically economic indicator like Table 5-1:

The Table 5-1 2015-2017 years group major economic indicator years in 2015 in 2016 in 2017 sells the business income (hundred million Yuan) 2,200 2,350 2,550 gross profits (hundred million Yuan) 120 127 135 net profits (hundred million Yuan) 93 100 110 gross assets (hundred million Yuan) 4,491 4,843 5,242 total liabilities (hundred million Yuan) 3,574 3,826 4,115 ownership interests (hundred million Yuan) 917 1,017 1,127 cost total amounts (hundred million Yuan) 1,795 1,917 2,080 labor costs (hundred million Yuan) 137 150 165 in the hillock staff (ten thousand people) 18.29 19.08 19.4 total assets return rates (%) 6.0 6.1 6.2 net rates of return (%) 10.1 10.3 10.3 property ratios of debt to net worth (%) 79.5 79 78.5 state asset store of value value-added rates (%) 117 117 118 gross fixed asset formations (hundred million Yuan) 132 143 146 year science and technology gross expenditure (hundred million Yuan) 52.6 58.7 60.5 technical investment ratios (%) 2.39 2.49 2.37 notes: 1. in the table in 2015 the main financial data budgets the number for the group; 2016 and in 2017 main financial data for in foundation that in the subordinate business planning data compiles, scales down according to the steady principle suitably. And main business income according to 7% rate of increment determinations; Profit target according to 6% rate of increment determinations; The hypothesis property ratio of debt to net worth decreases progressively every year 0.5 percentage point.

2. the science and technology input and is the subordinate business planning data collects the total in hillock staff.

3. the gross fixed asset formation is the subordinate business planning collects the total in the foundation, appropriately considered that increases the service investment cost to add the total.

The Figure 5-1 2015-2017 years group major economic indicator diagram 5.2 principal work and product development objective group will take the innovation driven as to develop the engine, in the foundation of technological innovation and in integrated innovation , to continue vigorously to advance the product restructure and industrial transformation promotion. First, to realize group from traditional building materials manufacturer to reforming of new synthesis building materials integration provider; Second, to advance the cement, glass and so on traditional building materials industry goes out of "two high to remain" advances to the low-carbon green new habit development; Third, to speed up group from taking traditional building materials primarily to the Israeli high performance and high-

grade cement and upscale and high-tech glass as well as "three new" industry and other direction reforming, to continue to promote the sodium silicate and other fundamental raw material product the technology contents; Fourth, to realize import and export business from ordinary building materials import-export trade to high trade reforming of added value and resources; Fifth, in "big building materials internationalization" from the overseas EPC pattern to international industrial investment pattern reforming.

5.2.1 product tectonic plate plan development objective takes the market as the guidance, takes the performance of enterprises as the core, to industry chain's key link and high-end layout. Vigorously development traditional industry market, transformation promotion unceasingly extending industry chain; Simultaneously vigorously develops "three new" industry and cultivates the new service point of growth, constantly enhances the value good and competitive power, realizes the product mix optimization.

1. the cement and commodity concrete cement service "mixes and product direction to develop to high indexization, special and business" . Makes the fine cement service in the world maximum cement supplier's foundation, takes ramming the core profit area as the key point, in the advancement core profit area "making up" the joint reorganization of project , to continue to consolidate with steady steps in the respective region's leading enterprise status, consummates in various regional markets' strategic layouts, the order advancement technical innovation project. Extends and optimized industry chain, the perfect industrial structure, actively explores the commodity concrete and cement products business development model. Actively initiates to use Gao Biachao, the high performance cement, enhances the special cement the market share, the enhancement profitability and growth potential. The plan time intrinsic maintains the cement to produce to be able in 4.1 tons foundation, makes the cement output gradually to enhance to 310 million tons.

2. the gypsum board continues vigorously to develop to take conserving energy the province, the green environmental protection as the characteristic paper surface gypsum board, the asbestos sound absorbing baffler and so on new building material product, further expands the scale of production, increases the new color and pattern variety according to the market requirement, optimizes the product mix, the enhancement market controlling force. The northern new building materials and Taishan gypsum will cooperate based on division of labor, unifies through newly-built, relocation, optimizes the national location of production, realizes in various provinces' strategic stationing, finally forms Long and Taishan lamination entire cover situation in each region. In the plan time the year total productivity of paper surface gypsum board expands to over 2.5 billion square meters, the total production line quantity increases to about 80.

3. the glass fiber and product continue maintain the world scale first, market share first, profit level first, the consolidated global glass fiber industry's leader status, implements "product high-end, industry cluster, layout internationalization and market globalization" developmental strategy. Quickens the high-end product research and development step, energetically the implementation structural adjustment, enhances the high-end product proportion, continually promotes the value good. At the same time, speeds up "walking" step, through puts up a factory in beyond the border, realizes company as soon as possible "outside for outside" goal. To 2017, realizes glass fiber to produce to be able 1.2 million tons, the Bolivian filament product 75,000 tons.

4. wind electricity leaf blade gives full play to the SINOI overseas wholly-owned and national level enterprise technical center technical force, the aiming international top technology, develops the 6MW above ultra-large type wind electricity leaf blade serial products, satisfies the high-end market demand, enhances the value good. The development upstream and downstream industry chain, the construction leaf blade uses other resins and raw material production bases. Through the leaf blade structure and technique of production improvement and so on, developed the light quality, Gao Qiang, the wind energy use factor to be high, life longer 3-10MW and 7-10MW ultra-large type wind piece. Simultaneously intensifies the leaf blade investment dynamics, to construct or merger and acquisition, realizes the leaf blade production base to proliferate the domestic main wind area's industrial distribution, the establishment domestic wind electricity leaf blade leading enterprise status. The plan time internal wind electricity leaf blade produces to maintain 15,000 pieces, raises the output and market share.

5. carbon fiber while stable high performance carbon fiber production, increases the development of this service high-end application domain market, the development of development its downstream application domain, releases to produce to be able vigorously unceasingly the pressure; Consummates the T700 level carbon fiber technique of production; Profoundly studies the development of industrial production and M40J contour module product of T800 level product; The industrial production development of perfect carbon fiber compound core wire, develops the vehicle to use and other developments of carbon fiber compound materials; To purchase or the investment pattern at the right moment, constructs the carbon fiber compound materials production base; Perfect carbon fiber compound core wire project; Strives to realize the vehicle to use the breakthrough of carbon fiber compound materials. In the plan time the carbon fiber and product produce to amount to 5,000 tons.

6. the fire-proof material and product key development fire-proof material excel lowly leads the new technology base fundamental research, the research and development high temperature industry general highly effective longevity insulating refractory and environment friendly basic refractory and so on new fire-proof material. Controls the expansion and investment scale and speed moderately, the strengthened management, makes the fine glass industry fire-proof material, makes the superior cement industry fire-proof material, makes the strong iron and steel industry fire-proof material, realizes the research and development, manufacture and total packet service coordinated development, becomes fire-proof material comprehensive service provider who diligently has the international competitiveness. In the plan time produces to amount to 420,000 tons.

7. glass glass business withdraws from the traditional ordinary float glass thoroughly, changes development "electronic glass, photovoltaic glass, intelligent glass and energy conservation highly effective glass" . Comprehensive conformity glass business, eliminates backwardness to produce through the joint reorganization and internal management conformity energy, the optimized promotion existing production line advances the glass industrial transformation to promote, and forms the related industrial production superiority. Vigorously development of electronics information demonstration glass: Ultra-thin electronic glass, TFT-LCD foundation plate glass, ITO conductive coating glass and so on. In the existing ITO conductive coating glass and electric capacity touching screen project, 4.5 generations of TFT-LCD foundation plate glass and in the foundation of 150t/d ultra-thin electronic glass project production, researches and develops 8.5 generations of TFT-LCD ultra-thin foundation plate glass and high aluminum excel touching screens with emphasis with the protective glass, the multipurpose ITO conductive coating glass and so on. In the plan time achieves upscale float glass to produce to amount to 1.16 million tons (including LOW-E glass 1,798 ten thousand square meters), ultra-thin glass (including high aluminum glass) 105,000 tons, electronic information glass 5,000 ten thousand pieces.

5.2.2 the scientific research and engineering service tectonic plate plan development objective science and technology researches and develops the enterprise to continue consolidated and enhancement and cement and so on the leading position of technical research and development in the glass and engineering design in traditional industry, the implementation building materials clean production technology, speeds up the development and low-carbon technology of demonstration related clean production new standard and new

craft vigorously, the promotion traditional industry reforming promotion. Simultaneously vigorously develops "three newly" industry, forms to take the low-carbon and energy conservation environmental protection as the characteristic building materials new craft, the new technology, the new equipment and new product, realizes the light thermophotovoltaic to use, carbon fiber, the low carbonized house and so on breakthrough of key technologies, advances "three newly" industrial coordination and integrated development.

The project and service enterprise must the innovation project EPC construction pattern, adopts to rent, cooperation, contract and so on multiple forms, the extension service surface, increases the added value. Must actively participate in national advancement "area" strategy, speeds up pushing forward the project always to include and other engineering constructions, leads the investment and overseas merger and acquisition of group by the superiority of engineering construction, actively implements the technical system and standards system walks the strategy, impels the group to examine the internationalization of examination, the safety in production and authentication system, leads our country has the international competition superiority cement, glass, ceramics, the wall material the technology, equipment and standard, to serve, builds the Chinese brand diligently.

5.2.3 equipment manufacture tectonic plate plan development objective takes the building materials, light industry, mine equipment that and other production technologies the group 13 scientific research institutes have as the basic point, takes various group existing equipment enterprises and courtyards to equip the industrialization base as the foundation, intensifies the industrial production dynamics, developed to the high performance of equipment, scale of production large scale, equipment highly effective, automated, intellectualized and production process clean as well as reject comprehensive utilization and other aspects. Further adjusts the product mix, strengthens the core competitiveness, placed building materials equipment, light industry equipment and other domain the leading positions. Through merger and acquisition large-scale equipment enterprise, enhancement equipment strength; Gives full play to the state capital budget funds, the sovereignty fund and so on, the conformity equipment resources, "walks" together, and implements the purchase of overseas equipment resources. Actively participates in country "area" the implementation of strategy, always includes and other technical services and interstate electronic commerce by the project leads the export of equipment. The plan end of the period, the group equips the tectonic plate business income to reach over 10 billion Yuan.

5.2.4 the physical distribution and trade tectonic plate plan development objective development physical distribution type of trading and structure, actively develop the value to rise in value, like electronic commerce and overseas physical distribution garden and production management and big data platform-based spare parts supply and production service of the comprehension service, establishes the bulk commodity integration supply system, the new energy and new house integration system and so on. Yi Danwang and overseas physical distribution garden construction close union, takes the electronic commerce as the method, takes the physical distribution garden as the support, builds the modern age to trade the platform , to promote the entity transaction, realizes online, perfect docking under line. Energetically sharpens the comprehension service ability, the innovation service pattern, as one transformed to the trade service, the delivery service, the information service, the financial backing and integrated solution's modern trade service from past traditional trade form, sharpened enterprise's core competitive ability continually. In the plan time, the trade tectonic plate business volume maintains about 90 billion Yuan.

5.2.5 new house tectonic plate plan development objective through group internal new house business integration and exterior new house enterprise's joint reorganization rapid being bigger and stronger new house service tectonic plate, "Adds energy" through the introduction overseas technology, the promotion saves the energy and solar energy use and kinetic energy system as one "adds energy" construction, the promotion house industrial production and new urbanization enterprise develops. Carries on the integrated innovation through the independent research and development as well as the introduction party technology, the development takes the cold bending thin wall light steel structure vigorously and prefabricates the new house system as well as the necessary new building materials that department part the steel mixes the component primarily, realizes the industrialization production of new house, and through the perfect supply chain management system and specialized physical distribution, construction and real estate development service, forms the new house construction the industry chain, provides the omni-directional house solution. Through participating in the construction and development of new rural, Xincheng Town and affordable housing and so on, vigorously promoted new house and advancement green small town project. The plan end of the period, new house business volume reaches 10 billion.

5.3 the cultivation of new service cultivation goal new service should take the group overall strategy as the direction, takes the market demand, to take the key project as the guidance as the point of application, seeks for the breakthrough point positively, according to the capitalization, specialization and industrial production principle, and so on multiple forms develops through the technical collaboration, the capital cooperation, the industrial investment safely. In the new energy material domain, makes a connection gradually from the solar energy glass and thin film solar cell coating, target material and module to the entire industry chain of power plant construction, strives into the international first-class and domestic leading new energy and new material industrial innovation integration provider; In the health retirement industry domain, takes the new building materials and new house development and construction as the breakthrough point, actively innovates the retirement industry pattern; In the cultural industry domain, has selectively the cultivation and constantly develops to have own characteristic relevant operation.

5.4 the main product produces to be able (output) and service constitution table table 5-2 2015-2017 years group main products produces to be able or the output product (service) unit in 2015 in 2016 in 2017 the cement (produces to be able/output) hundred million tons 4/2.9 4/3 4/3.1 commodity concretes (to produce to be able) hundred million m3 1.05 1.1 1.15 paper surface gypsum boards hundred million 瑷 17.5 20 22 glass fiber and product ten thousand tons 110 110 120 fan blade piece 15,000 15,000 15,000 carbon fiber and a product ton 3,000 4,000 5,000 fire-proof material and product ten thousand tons 27 34 42 upscale float glass ten thousand tons 85 120 116 low-E glass ten thousand square meters 200 975 1798 ultra-thin glasses (includingHigh aluminum) ten thousand tons 8 10.5 10.5 electronic information glasses (including ITO and TFT-LCD) ten thousand pieces of 4,260 4,260 5,000 scientific research and engineering service hundred million Yuan 138 213 226 equipment make hundred million Yuan 30 85 100 physical distribution trade hundred million Yuan 859 889 911 new house hundred million Yuan 22 50 100 new energy hundred million Yuan 10 30 60 healths to care for the aged hundred million Yuan 0.5 2 5 cultural industry hundred million Yuan 0.1 1 2 notes: The data obtains according to various subordinate enterprise trundle plan footing statistics.

Table 5-3 in 2017 the group principal work constitution table service tectonic plate gross asset main business income gross profit quantity proportion (%) quantity proportion quantity proportion (hundred million Yuan) (hundred million Yuan) (%) (hundred million Yuan) (%) automotive market 4214 80.38% 1304 51.12% 93 68.97% center 417 7.96% 235 9.20% 20 14.48% outfit 26 0.49% 31 1.20% 2 1.38% physical distribution trade 510 9.72% 816 32.00% 7 4.83% new house 27 0.51% 102 4.00% 9 6.90% new services 49 0.94% 63

CNBMGRP00013290.009

2.48% 5 3.45% equal 5242 100% 2550 100% 135 100% charts 5-2 in 2017 the group principal work constitution diagram

5.5 the scientific innovation development objective takes the enterprise significant demand and group's scientific innovation strategy as the pivot, takes the optimal allocation of technical resources as the foundation, takes the coordination of technical and industry as the way, the deepened and consummation technological innovative system and mechanism construction, establishes the talented person diligently first-class, equipment advanced and specialized necessary, the system perfect independent technological innovation system. Vigorously impels "three new" the technology development, the introduction absorption and the transformation industrial as well as strategic emergent industry, forms one batch to eagerly anticipate the industry growth and provide the key technologies or the product of support for the group sustained development, achieves diligently in the relevant area is in the lead one step, holds the profession scientific innovation commanding point. Continues maintains strengthens the primitive innovation and integrated innovation using the group existing state-level innovation platform, is enterprise "guarantees growth" to provide the technical support plan end to strive to realize four "three" : First, the group core patent inventory is over 3000 items, application international monopoly about 12 items; Second, to complete the new product, the new technical and new process development project is over 300 items; Third, to undertake various state-levels and province departmental level projects (topic) over 300 items; fourth, the science and technology input accounts for main business income the proportion to strive to achieve 3%, guarantees 2.5%.

5.6 internationalization development objective promotes internationalization reforming, enlarges takes the capital and technology as the link global resource conformity dynamics, positive opening "area" emerging market, in Latin America Ou in Xin the round initial cost flood tide, positively looks for the new business chance, purchases the developed country to have the brand and technical superiority high-end industry safely; Enhances the foreign investment cooperation, actively explores foreign industrial distribution, advances the service internationalization. Sets up the building materials physical distribution trade center and physical distribution garden in foreign mature area, starts to build the covering extensive fields and fruitful in resources building materials integration supply chain by the superiority business area gradually; While exports technology and equipment, extends to the technical transformation, the production management and investment field the international presence; Chooses the appropriate area and project, the attempt holding, share-holding, merger and acquisition and so on many kinds of investment models, strengthens the group overseas project domain international competition strength. Gradually fuses with the building materials technical equip export and export of capital the building materials products outlet. Strives to plan the end of the period internationalization index to achieve 5% 5.7 human resources plan goals comprehensively to implement "talented person strong business" strategy, the group as the development mixed economy and central enterprise carry out the board of directors authority "double experiment site" enterprise, must speed up the advancement of reform innovation. The innovator work establishment, the perfect human resources management system, establishes and improves the adaptation market economy demand, the active talent development mechanism and environment; Impels the developments, introductions and the raise various categories and various level talented people, fully optimizes the structure of talent, to strengthen the construction; Gradually establishes the adaptation group development the officer system, greatly sharpens the talented person innovation capabilities, improves the quality of talent. In order to realize validity and human capital of human resources management increment lays the foundation, realizes to provide the personnel support for the group general strategy goal. The key objective is:
First, to realize head of undertaking management system's breakthrough adaptation Group to the request that the state capital investment company pattern transforms, manages by the traditional leadership personnel to taking consummating the company governs as the core representative of investor manages the transformation. Unifies the professional managerial system, perfect cadre examination and appointing and dismissing means; Prominent operational performance assessment and coordination application of synthesis examination result, advances the full-scale reforms of three systems, speeds up establishing to be able go up or down, be ready for job transfer and can energize to fall the human resources management mechanism that.
Second, to assign the incentive mechanism reform wins initial success further strengthens the achievements guidance mechanism, consummates to take the operational performance assessment as the salary assignment and medium and long-term of incentive mechanism foundation; Formulation corresponding system and policing method, perfect total wages and benefit linkage mechanism; Actively explores under the mix system of ownership system to implement the multiple forms that the staff owns stocks, speeds up advancing the reform of the income distribution system.
Third, structure of talent obtains the optimization to insist that the high-end eagerly anticipates, the whole development, the overall plan advances the representative of investor and management talent, the party and masses worker, the scientists and technicians and skill personnel coordinated development. Raise "five have cadre" , the standard professional managerial management system, the advancement science and technology researches and develops the personnel and scientific innovation team vigorously constructs; Takes "five training" , really to teach the base as the platform, tries to raise a quantity to be sufficient, structure is reasonable, quality fine highly skilled personnel troop.

5.8 in the investment risk control objective 5.8.1 property ratio of debt to net worth control objective plan times, the group will continue defers to "conformity optimization and efficiency to fall debt" the request, takes controls the investment scale and promotion profitability and development financing channel and optimized debt structure and control debt scale strictly as the key point, improves the debt risk management. Continues to control the investment scale strictly, carries on the strict verification to all reorganization and newly-built projects, without authorizing all projects do not develop. Is tapping new resources and reducing expenses and falls this efficiency high and low greater time, the deepened management conformity and fine management, vigorously compression unproductive disbursement. Further expands the direct finance scale, gradually improves group's capital structure. Carries out the financing innovation safely, explores the new financing pattern , to continue to develop to continue forever the debt release and so on. Through the above measure, to plan end of the period property ratio of debt to net worth control in 77.5%. Under for details sees the chart:

5.8.2 in the non-principal work investment control target programming time the group does not carry on the non-principal work investment.
The sixth chapter the implementation and safeguard mechanism of 6.1 standard investment managements plan, control the investment scale to continue to display the investment the influential role strictly in group development. In the plan time, wants Yan Kongzi the investment scale, strict capital outlay. Pays great attention to the innovation investment model, realizes cement, glass, new building materials and equipment manufacture and other service the investment trends changes "area" the transformation of market from the native market primarily; The priority of investment and cultivates the transformation in new service to "three new" industry by the traditional industry. Mainly improves the patternizing management of investment plan decision-making, summarizes the induction

investment plan decision-making main point, and carried on the solidification to investment plan the decision-making process summary, resolution, reply and other documents, further safeguards the project decision-making the scientific nature, raises the managerial effectiveness.

Group through consummating the optimized and fulfiling exactly investment management system, effectively guards against various investment risks, realized in anticipation, in matter, afterward entire journey control process. In the practical work strengthens government investment procedure, material completeness and essence verification, Yan Kong does not conform to the investment of business finance bearing capacity.

2015-2017 years group investment scale estimate is 58.8 billion Yuan. And investment in the fixed assets 42.1 billion Yuan, equity investment 16.7 billion Yuan, extraterritorial investment 3.1 billion Yuan. Sees the next table table 6-1 2015-2017 years group significant investment project plans to collect the master list serial number project category plan time investment cost (ten thousand Yuan) to occupy the proportion 1 cement and concrete 2.593 million 44.10% 2 new glass 873,458 14.85% 3 new building materials and new material 859,325 14.61% 4 new energy 644,045 10.95% 5 equipment according to industrial tectonic plate classification makes 220,317 3.75% 6 physical distribution trade 126,567 2.15% 7 new house industry 222,500 3.78% 8 industry research and development manufacturing bases and matching facilities 161,058 2.74% 9 cultivates the new industry 180,000 3.06% to equal 5,880,270 100%, the investment in the fixed assets 42.1 billion Yuan, as follows (for details see appendix according to the industrial classification 1):
The Table 6-2 2015-2017 years significant investment in the fixed assets project plans collect the master list serial number project category plan time investment cost (ten thousand Yuan) to occupy the proportion 1 cement and concrete 1.793 million 42.60% 2 new glass 463,567 11.01% 3 new building materials and new material 759,325 18.04% 4 new energy 475,045 11.29% 5 equipment make 120,317 2.86% 6 physical distribution trade 54,317 1.29% 7 new house industry 202,500 4.81% 8 industry research and development manufacturing bases and matching facilities 161,058 3.83% 9 cultivate the new industry 180,000 4.28% to equal 4,209,129 100% equity investment 16.7 billion Yuan, as follows (for details sees appendix according to the industrial classification 2):

The Table 6-3 2015-2017 years significant joint reorganization project plans collect the master list serial number project category plan time investment cost (ten thousand Yuan) to occupy the proportion 1 cement and concrete 800,000 47.87% 2 new glass 409,891 24.53% 3 new building materials and new material 100,000 5.98% 4 new energy 169,000 10.11% 5 equipment make 100,000 5.98% 6 physical distribution trade 72,250 4.32% 7 new house industries 20,000 1.20% to equal 1,671,141 100% extraterritorial investment 3.1 billion Yuan, the concrete item sees with own eyes the appendix 3.
The complete investment plan divides the year capital spending plan following table:
Table 6-1 2015-2017 year capital spending plan table unit: Hundred million Yuan annual plan total investment is divided the principal work non-principal work innate fund to loan other investment in the fixed assets equity investments in 2015 210 210 0 123 76 11 132 78 in 2016 191 191 0 112 67 12 143 48 in 2017 187 187 0 109 61 16 146 41 extraterritorial investments 31 31 0 15 16 0 24 7 to equal 588 according to the source of funds minute according to the investment category according to the investment trends minute 588 0 344 205 39 421 167 6.2 to intensify the capital operation dynamics, develops the financing channel under the premise of guarantee profit growth with stability, from various stratification plane development financing channels, to satisfy investment plan call for fund. Intensifies the capital operation dynamics, in the national existing policy regulation scope, gives full play to the capital market, stimulates the state capital, gradually realizes the state capital securitization; Continues to advance the existing listed company to issue additionally, actively introduces the strategic investor; The development mix system of ownership, introduces the outstanding management and technology team participation restructuring of enterprise. Vigorously development financing channel, innovation financing way, continually optimized capital structure and debt structure. The advancement bond and trust, entrusted the loan and leveraged lease with steady steps and so on debt financing of multiple forms, reduced the fund cost diligently, reduced the financial expenses. Actively explores the release preference shares, to continue forever debt and so on new financing way. Improves the fund management, gradually realizes to take the minute level moderate centralized and safe highly effective revolution as the goal fund management system, the intensified management level of promotion fund, produces the fund conformity cooperative effect. Strives to plan the time to interpolate many IPO, completes three 5 billion (i.e. 5 billion groups to continue forever debts and 5 billion Chinese building materials stocks to continue forever debt, 5 billion to issue additionally going on the market rights financing).
6.3 consummates the management structure, will advance "double experiment site" reform to take SAC "double experiment site" enterprise, the group will develop actively to take the mix system of ownership reform exercises the reform pilot work of three authorities as the stockholder's rights multiplication reform and board of directors of key point.
First, mixed economy experiment site, must insist that "mixes fully, mixes the standard, mixes effect" the principle, insisted that the benefit first, vigor first, staff owns stocks first "three first" policy; Through the reform the market mechanism true introduction enterprise, namely lets the owner arrive truly, displays the entrepreneur to affect fully, establishes the operator and owner benefit and performance of enterprises related relations. Through the mix system of ownership reform, the perfect corporate legal person management structure and consummation professional managerial system and marketability work employment system, consummates the marketability drive and restraint mechanism, establishes the staff to own stocks the system and exploration to introduce the effective supervisory mechanism and establishes the party organization to play the core political role the operational mechanism.
Second, reforms the aspect in the board of directors, through the board of directors to the group higher managements selection, the performance assessment and salary pilot work, further consummates the legal entity management structure, strengthens board of directors's independence, authority and validity. Further defines clearly the member, board of directors and management level scope of authority, legally standard good power way and flow. Further establishes the high-level having control over personnel selection, the performance assessment and the salary administrative mechanism market direction, realizes board of directors's contract management to the management personnel. According to "gives priority to the tube capital", from capital repayment, value creation and sustainable development and other aspect explicit assessment criterias, development test appraisal. According to the enterprise state of operation and enterprise in the international and domestic market niche, is clear about the salary strategy and market value of management personnel, the salary level and post and individual achievement match, and establishes, establishes the inspection appraisal and pursues the responsibility mechanism.
6.4 speeds up two fusions, advances the intelligent manufacture to quicken two fusion steps, the intellectualization of key promotion crucial equipment and technical process, forms "cement + mouse" intelligent manufacture production model. Next three years, the group takes the platform construction and intelligent factory demonstration and dissemination of technology to popularize as the point of application, realizes the collection research and development design, the physical distribution purchase and production control, the

management and operation and marketing diligently as one flow industry entire chain link entire system intellectualization, vigorously impels the enterprise to the service system modeling transformation. By the end of 2017, realizes standard guidance, platform and demonstration to eagerly anticipate, the promoted popular enterprise two depth fusion advancement mechanism initially to form. Industrial control optimization, computer-aided design, analog simulation, electronic commerce, business intelligence and other application basic popularizations. The research and development design, the data analysis, the quality control and integration apply and coordinate the innovation and so on weak link obtain obvious enhancement. Two depths fuse into the new habit of the enterprise strategy decision-making and development innovation.

6.5 solid foundation management, the strengthening falls this efficiency to continue to complete to do to realize the management and operation of entity industry. First, to insist to conform to the market discipline management management concept, further strengthens "check control", carries out "price principal and interests", implements "eight big labor law", builds "six Singapore Enterprises". Second, to continue to develop depth management conformity, strengthens the achievements culture and digitized management, strengthens the lean manufacture, the fine management and management improvement, deepens " 35 " management, resolutely achieves "four to reduce", simplifies administration, reduces the superfluous personnel, vigorously promotes to tap new resources and reduce expenses and fall this efficiency, through the consummation cost management system, the compression controllable expense and optimized operation flow and other measures, actively develops profit space. Third, the strengthened key indicator accountability and strengthening "stable price, falls this, receives money, piled up in warehouse" work policy, consolidates and rams the core profit area steadfastly, further raises the market share, realizes the stable price to guarantee the price , to promote the profession value rational regression and healthy development. Adjusts the product mix promptly, the innovation marketing pattern, the expanded market share. Strengthens the cooperation with relevant area major industry, catches the big customer, the big project and big order form tightly. Four must establish to adapt to the new habit enterprise development way, stressed that develops from extension to the endogenous type development, from taking seriously the development speed to attaching great importance to the development quality transforms, from pursue scale expansion to pursue benefit promotion transformation. In the consolidated scale advantage's foundation, deep cuts internal potential, to the advanced enterprise to the sign, the strengthened dedicated rigorous practical management style, enhances the management intensification and fine level positively and ensure various target healths are sustainable.

6.6 the consummations control from the inside mechanism, strengthens the risk control to continue to strengthen controls from the inside the project, enlarges to controlling from the inside reorganizing and inspection of dynamics flaw, guarantees the effective execution. Continues to carry out the comprehensive risk management thoroughly, tries to realize the risk management with various business management organic fusions, controls the large amount commodity trade fund chain risk strictly. Strengthening "management, decision-making asked legally law" idea, continually improves the total legal advisory system and legal risk prevention mechanism. Further enhances to the audit work important understanding, in consummates examines the construction of work system, in the advancement examines the organization and in examines the construction, strengthens the audit supervision and instruction to important child enterprise, give full play to the function of management audit, achieves to examine to strict, responsibility probably investigate, causes the audit work truly to land on feet.

6.7 fulfills the community responsibility, provides the green environment to establish and improve the community responsibility management system, fulfills the market achievements, the scientific innovation, the energy conservation environmental protection and staff to show loving concern, the community responsibilities in corporate citizen five big aspects positively. Insisting that fulfills the community responsibility and promotion enterprise development unifies, the foothold enterprise reality, integrates the community responsibility idea the enterprise strategy and omni-directional and entire process of cover business management, the promotion enterprise is also good quickly to develop. Insisting that protects the blue sky is the enterprise's first responsibility, energy conservation and emission reduction will pass through with each link of production operation, insists on the green development, reduces the emission on own initiative, constructs the ecology industry, starts from oneself, starts from the enterprise, to restore blue sky, protection blue sky and sharing blue sky beautiful Chinese contribution strength.

6.8 pays special attention to the party building, develops the enterprise culture to pay special attention to the party building, must continuously strengthen the theoretical armament, enhances the party nature cultivation, insisted that "three strict three realities", the consolidated mass line educational and practice campaign achievement, realizes to grab with both hands diligently two promotions. Must strengthen the build leading body, strict inner-party political life. Must strictly firm up "two responsibilities", truly pays special attention to the conduct and ethical governance construction and anti-corruption work, carries out governs the party responsibility severely, strictly implements eight stipulation spirits, forms the work style building new habit.

Vigorously develops the outstanding enterprise culture, establishes the reliable ideal and belief, the determination believes and jointly observes with the firm maintenance group unified values and cultural system. Including "makes good use of the resources, service construction" enterprise mission, "innovation, achievements, harmony and responsibility" core value, "three wide three strength" the humanistic environment, "awes, feels grateful, courteous and appropriate" the cadre accomplishment. Must deeply understand that the group development strategy, the operation concept and cultural connotation, deeply understand and achieve mastery through a comprehensive study, run through it to insist. Must work hard to pay special attention to cultural integration construction, strengthens the bottom line thought that enlarges the culture to proclaim passes through dynamics, completely eliminates "collection, but does not roll" and "cultural isolated island" phenomenon. The cadres at all levels must remember central enterprise's mission and responsibility, remembers "two to", earnest study, makes "five to have", carries out "eight lectures" request, insisted that "four are not accurate" principle, is bold in making innovations, the wind fresh air is positive, condenses the energy, truly becomes leads the enterprise the pillar and new force who tackles to be difficult.

In the plan time, the Chinese building materials group will continue to implement and realize a series of major strategic disposition of Central Party Committee and State Council thoroughly, the solid work, goes all out, the explorations and innovation, speeds up the structural adjustment and reforming promotes, tries to raise the enterprise economic efficiency, the deepened business entity management structure, the perfect enterprise administrative mechanism, comprehensively promotes group's all-round strength, the core competitiveness and anti-risk ability, to construct into also to be also superior and have the group the international competitiveness world first-class building materials industrial group, eagerly anticipates our country building materials industry to be also good quickly to develop to make the new bigger contribution!

The appendix 1 2015-2017 years significant investment in the fixed assets project planning chart serial number program content plan total investment (ten thousand Yuan) in plan time the investment cost (ten thousand Yuan) beginning and end time 1 subsequenting

construction cement clinker production line 438,000 428,000 2015-2017 2 subsequenting construction cement flours rub the production line 79,000 69,000 2015-2017 3 cement kiln pure low temperature afterheat electricity generation items of basic construction 10,000 10,000 2015-2017 4 limestone mine resources conformity 328,000 328,000 2015-2017 5 to unite other investors to purchase quarry 100,000 100,000 2015-2017 6 construction aggregate production line 19,000 19,000 2015-2017 7 construction concrete stirring to stand 1,000 1,000 2015-2017 8 to construct 2 million cubic stirring to stand 6,000 6,000 2015-2017 9 to purchase 1 million cubic stirring to stand 2 8,000 8,000 2015-2017 10 chamotte line technological transformation and powder rubbing station transformation,The limestone mine and transmission transform and conserve energy environmental protection technological transformation and other project 464,000 304,000 2015-2017 11 sludge treatments, trash burning down and other environmental project 23,000 23,000 2015-2017 12 physical distributions, wharves and so on matching facilities construct 212,000 197,000 2015-2017 13 investments to lead the project always to wrap and equip the export item 300,000 300,000 cements and concretes equal 1.988 million 1.793 million 14 newly-built 50t/d touching screens in a photoelectricity TFT-LCD glass foundation plate postprocessing necessary consummation project 9,549 9,549 2015.1-2015.12 16 Chengdu a photoelectricity phase of project before ultra-thin high aluminum tap glass production line 65,688 65,688 2015.1-2016.6 15 Chengdu to repair in 14,158 14,158 2015.1-2015.12 17 Chengdu photoelectricity liquid crystal glass foundation plate phase of extension projects 78,872 78,872 2015.1-2015.12 18 constructions to yearly produce 1.2 million pieces coldly8.5 generations of TFT-LCD ultra-thin foundation plate glass production line 100,000 70,000 2016.12-2018.8 19 newly-built 10 TFT-LCD attenuation production lines 15,000 13,000 2014.7-2015.12 20 yearly produce 10 million ㎡ the aluminum back board glass project 50,000 50,000 2016.1-2017.10 21 Luobo 600t/d online Low-E coating glass production line project two issues (the online Low-E part) 14,329 14,329 2015-2016.12 22 Henan Zhonglian glass limited liability company 600t/d online Low-E high-quality float glass production line technological transformation project 33,758 3,780 2013.7-2015.5 23 Henan Zhonglian glass limited liability company float glass production line haze afterheat power project 7,191 5,791 2014.4-2015 24 glass intensive processing phase of project 14,300 14,300 2014.1-2017.12 25 glass intensive processing two phases of project 14,800 14,800 2016.5-2017.12 26 Henan Zhonglian glass limited liability company float desulphurization denitrate projects 3,400 3,400 2015.1-2015.6 27 Henan Zhonglian glass limited liability company float three technological transformation project 7,000 7,000 2015.3-2015.7 28 float two and three whole relocation innovation projects 58,700 58,700 2017.2-2017.12 29 are popular the branch glass limited company factory district to move 13,000 9,000 2013.4-2015.5 30 Huaguang this department to move 25,000 25,000 2015.1-2015.12 31 Neijiang Corporation big area multipurpose coating glass complete set of equipment and relevant product demonstration production line project 19,540 4,200 2013.1-2015.1 32 Hua Yi constructs G+F electric capacity screen project production line project 2,000 2,000 2015.1-2015.6 new glasses to equal 546,285 463,567 33 carbon fiber and product production line items of basic construction 102,000 72,100 2015-2017 34 glass fiber and glass fiber cloth production line items of basic construction 297,000 163,000 2015-2017 35 graphite production processing projects and graphite industrial parksConstructs 230,000 160,000 2015-2019 36 anti-penetration seawater desalination membrane and high performance aviation resin, the hull material and air blower electricity generation engine room covers and so on compound materials production project 32,000 32,000 2015-2017 37 revertex floor and volume material floor and plastic building materials production line project 32,000 18,000 2015-2017 38 to create the electron to yearly produce in 2000 tons barium titanate project 4,995 4,995 2015.1-2016.1 39 permanent new material high pure zirconium oxide projects 30,313 23,500 2013.2-2017 40 to yearly produce 20,000 tons high pure oxygen zirconium chloride project 30,000 18,000 2016.2-2017.6 41 high pure quartz raw material intensive processing projects 25,000 5,000 2017.4-2018.6 42 to yearly produce 100 tons ITO target material production line 45,000 45,000 2016.1-2017.12 43 to yearly produce 3000 tons hollow glass filler production line 7,000 3,000 2017.5-2018.8 44 gypsum board, dalle and high-strength plaster of Paris aqueous method production linesThe items of basic construction 181,000 181,000 2015-2017 45 newly-built and subsequenting construction keel production line project 4,000 4,000 2015-2017 46 sides are popular the photoelectricity to yearly produce 800,000 ㎡ electric capacity touching screen flexible coating production line 10,030 10,030 2015.1-2016.1 47 China profit conductive coating OGS project 5,000 3,200 2014.4-2015.2 48 China profit conductive coating Chizhou project 2,000 1,500 2014.6-2015.2 49 production line relocation transformations - China benefits 5,000 5,000 2015.1-2015.6 50 Chizhou Photoelectricity base project 10,000 10,000 2010.5-2016.12 new building materials and new materials to equal 1,052,338 759,325 51 megawatts level fan blade production line items of basic construction, the development new mold 50,000 50,000 2015-2017 52 Bengbu courtyards yearly produces 100 megawatts copper indium gallium selenium thin film solar cell production line project 80,000 80,000 2015.3-2016.9 53 Anhui Tienchu green new energy photovoltaic tiles and photovoltaicln module production line 8,000 8,000 2015.1-2016.5 54 Chengdu the building materials 80 megawatts cadmium telluride thin film solar energy production line 59,926 52,800 2014.4-2018 55 Tongcheng new energy ultra white pressed glass production line end in the intensive processing project base 30,000 6,000 2010.12-2015.12 56 building materials dredge Xintai Country Company to construct the 100MW photovoltaic cell and in module production line 13,000 13,000 2015.1-2015-12 57 Anhui prosperous times new energy materials technology limited company 6 megawatts distributional photovoltaic generation project 5,171 5,171 2015-1-2015-12 58 Anhui Huaguang photoelectric material technology group limited company 3 megawatts distributional photovoltaic generation project 2,601 2,601 2015-1-2015-12 59 building materials Bengbu in the permanent new materials technology limited liability company 2 megawatts distributional photovoltaic generation project 1,670 1,670 2015-1-2015-12 60 building materials Bengbu triumphant abundant technology project limited liability companies 2Megawatt distributional photovoltaic generation project 1,867 1,867 2015-1-2015-12 61 Bengbu was popular in the branch glass limited company 4 megawatts distributional photovoltaic generation project 3,458 3,458 2015-1-2015-12 62 building materials to dredge in the Xin science and technology limited liability company Jiangyin Lingang 1.7 megawatts distributional photovoltaic generation project 1,445 1,445 2015-1-2015-12 63 building materials to dredge in the Xin science and technology limited liability company Qingyang industry garden 5 megawatts distributional photovoltaic generation project 4,271 4,271 2015-1-2015-12 64 building materials to dredge in the Xin science and technology limited liability company Jiangyin bonded logistics center 5 megawatts distributional photovoltaic generation project 4,271 4,271 2015-1-2015-12 65 building materials to dredge Xin science and technology limited liability company Hai'an high and new zone 10 megawatts distributional photovoltaic generation project 8,628 8,628 2015-1-2015-12 66 Yengisar County still to examine 20 megawatts photovoltaic generating electricity in combined network project 19,021 19,021 2015-1-2015-12 67 In the Yengisar County Baode 20 megawatts photovoltaic generating electricity in combined network project 19,021 19,021 2015-1-2015-12 68 building materials Aqsu Kalpin 20 megawatts photovoltaic generating electricity in combined network project 19,021 19,021 2015-1-2015-12 69 building materials dredge the Xin production line technical transformation project 7,800 7,800 2015-1-2015-12 70 engineering construction and new energy development 273,000 167,000 2015-2018 new energy to equal 612,171 475,045 71 Hefei god horse large-scale energy conservation environmental protection electric wire electric cable equipment manufacturing base technical transformation project 35,798 11,000 2011-2015 72 northern new machinery new building materials weaponry R&D manufacturing base 20,000 8,800 2012-2015 73 light industry Hangzhou Mechanical and electrical Design

CNBMGRP00013290.013

Research institute project 27,330 18,000 2013-2015 74 Nanjing light machinery polyester bottled juice drink aseptic package production line industrial production 45,000 10,100 2012-2016 75 Hefei god Malaysia oceanographic engineering outfit and functional control serial production base project 23,271 10,530 2014-2015 76 triumphant abundant heavy industry draw back city to enter garden 62,000 23,000 2011.1-2015.12 77 triumphant abundant heavy industry Anhui triumphant Sheng Zhu blacksmith industry garden project 35,000 15,500 2014.2-2019 78 Bengbu to melt machine other moving innovation project 8,387 8,387 2015.3-2016.4 79 individual items 15,000 15,000 2015-2017 equipment manufactures to equal 271,786 120,317 80 Nagong physical distribution industry garden projects 8,802 1,800 in January, 2011 - the December, 2015 81 overseas construct building materials shop 55,000 52,002 2015-2017 82 Yi Danwang the information system three issues of 115 115 2015 83 message center data security protection hardware 100 100 2015 84 recent information system software expense 300 300 2015 physical distribution trades to equal 64,317 54,317 85 new energy house module productions and demonstrations (house industrial production) project 200,000 80,000 2016.1-2018.12 86 Chengdu yearly produces 2 million ǎŽ¡ the house production base project 17,100 2,300 in December, 2009 - the June, 2015 87 Lianyungang yearly produces 2 million newly ǎŽ¡ the house production base project 21,390 6,800 in January, 2012 - the December, 2015 88 Hainan yearly produces 2 million ǎŽ¡ the house production base project 14,535 5,200 in February, 2012 - the December, 2015 89 Mudanjiang yearly produces 2 million ǎŽ¡ the new house manufacturing base project 19,989 7,800 in January, 2013 - December, 2015 90 Hainan house demonstration Garden projects 23,600 3,500 2012 - 2017 91 Yuncheng house demonstration Garden projects 232,000 2,000 2015 - 2025 92 Mianyang house demonstration Garden projects 561,000 300 2015 - 2030 93 Sanming housesDemonstration garden project 50,000 400 2015 - 2020 94 Nanping house demonstration Garden projects 50,000 400 2015 - 2020 95 Anji house demonstration Garden projects 50,000 2,000 2016 - 2018 96 Anji house production base project 15,000 2,000 2016 - 2018 97 Leshan Hua Gou and Zhejiang Base 150,000 89,800 2015-2020 new house industry 1,404,614 202,500 98 Kazakh Bolivia courtyard compound materials industrialization base items of basic construction 25,268 9,800 in 2015 99 main hospital 25 and XX project production line technical innovation projects 1,430 1,430 in 2015 100 main hospital 35 and XX project productivity items of basic construction 1,710 1,710 2017 101 main hospital small projects 15,291 15,291 2014-2017 102 northwest (Shaanxi) project base constructionProject 10,322 8,120 2013-2017 103 South China (Guangzhou) base construction project 11,752 9,730 2013-2017 104 East China (Shanghai) base construction project 19,281 16,000 2012-2017 105 North China (Beijing) in base construction project 29,095 26,800 2012-2017 106 Suzhou base construction project 5,500 2,000 2013-2015 107 Hefei the mechanical company production equipment upgrades the project 1,000 1,000 2015.1 108 Hefei Solid Thai Automation Company industry garden two issues of construction project 850 850 2015.1 109 Hefei Central Asia building materials equipment limited company production equipment to transform in 400 400 2015.1 110 building materials mechanical and electrical company laboratory construction and updating equipment project 130 130 2015.1 111 Qinhuangdao courtyard float glass progressive melting and surface modification technical equip research and development and demonstration base 14,526 7,400 2013-2015 112 Xianyang courtyard Tao Cizhuan conserves energy the method short flow craft and crucial equipment research and development and demonstration base 23,000 7,100 2011-2016 113 desulphurization denitrate integration technology and weaponry R&D center 14,700 10,200 2024-2015 114 Huafeng buildings purchases 19,800 19,800 2014-2015 115 Luobo "three to supply one industry" transformation to turn over to the engineering project 15,297 15,297 2015-2017.12 116 China triumphant abundant science and technology garden fourth phase (new energy equipment property) project) 25,000 8,000 2012-3-2016-1 117 individual enterprise whole different relocation extension projects 30,000 18,000 2015-2017 industry research and development manufacturing bases and matching facilities equals 234,352 161,058 118 retirement industrial bases to construct 200,000 80,000 2016-2020 119 cultural industries and so on other to cultivate the new industrial project 200,000 100,000 2016-2020 to cultivate the new industrial project 400,000 180,000 sum totals 6,573,862 4,209,129 appendix 2 2015-2017 years equity investment project planning chart serial number project name plan total investments (ten thousand Yuan) plan time total investment (ten thousand Yuan) beginning and end time 1 joint reorganization cement and business mix, the mining enterprise 800,000 800,000 2015-2017 2 joint reorganization gypsum board enterprise 50,000 50,000 2015-2017 3 joint reorganization fan blade enterprise 40,000 40,000 2015-2017 4 joint reorganization carbon fiber enterprise 10,000 10,000 2015-2017 5 joint reorganization glass fiber upstream and downstream enterprise 40,000 40,000 2015-2017 6 joint reorganization building materials home supermarket enterprises 70,000 57,000 2015-2019 7 to set up the large amount network science and technology limited company 4,250 4,250 2015 8 to set up the building materials Shanghai FTA supply chain service limited company 5,000 5,000 2015 9 to set up prepare the net 6,000 6,000 2016-2017 10 to increase funding superiorlyThe German Ngawang Sith limited company 18,000 18,000 2015 11 merge Bengbu architectural design Research institute 30,000 20,000 2015-2020 12 to merge the Mt. Huangshan Hengyuan quartz material limited company 2,436 2,436 2015-2016 13 to merge the Anhui prosperous times new energy materials technology limited company 4,550 4,550 2015-2017 14 sides to be popular the science and technology to purchase the Shenzhen country to reveal the technical holding power 52,905 52,905 2015 15 China building materials project equity investment project 10,175 36,000 2015-2020 16 triumphant abundant science and technology glass and other new energy merger and acquisition project 200,000 75,000 2015-2020 17 triumphant abundant science and technology merger and acquisition project 350,000 350,000 2015-2017 18 equipment enterprises merges 200,000 100,000 2015-2020 to equal 1,893,316 1,671,141 - appendix 3 2015-2017 years significant extraterritorial investment project planning chart serial number program content plan total investments (ten thousand Yuan) beginning and end time 1 The joint-stock company and purchases the Chinese scenery stop stockholder's rights 52,000 2015-2017 2 China megaliths to set up megalith Nanka Corporation through the Hong Kong subsidiary company or BVI and constructs to yearly produce 80,000 tons pond kiln wiredrawing production line project 118,000 2015-2017 3 megalith Egypt Corporation to expand yearly produces in 80,000 tons pond kiln wiredrawing production line project 75,000 2015-2017 fours building materials to dredge Xintai Country Company to construct the 100MW photovoltaic cell and in the module production line 8,000 2015-2017 five building materials investments bids in the Macao Cement plant stockholder's rights 16,000 2015-2017 six building materials investments to purchase the WILCO Corporation stockholder's rights 4,000 2015-2017 7 Port Moresby second building materials Hsintien 2,000 2015-2017 8 Laicheng second building materials Hsintien 1,000 2015-2017 9 Zimbabwe Building materials Home Shop 2,000 2015-2017 10 Zambia Building materials Home Shop 2,000 2015-2017 11 Papua-New GuineaThe native building materials metal products shop (5) outside 8,000 2015-2017 12 Papua-New Guinea South Pacific Area Chain store (3) 5,000 2015-2017 13 Africa and South American Area Chain store (10) 16,000 2015-2017 14 Chinese Building materials International Singapore Corporation 3,000 2015 15 China Building materials International Brazil Corporation 610 2015 16 China Building materials International Chile Corporation 61 2015 17 China Building materials International Burma Corporation 31 2015 18 China Building materials International Aman Corporation 61 2015 19 China Building materials International Bahrain Corporation 61 2015 20 China Building materials international trade Qatar Corporation 61 2015 21 China Building materials International Kuwait Corporation 61 2015 22 China Building materials International Saudi Arabia Corporation 61 2015 23 import-export companies set up other overseas companies 1,200 2016-2017 to equal 314,207 newly –

Chinese building material Group Company limited manager level group subsidiary enterprise State Council state asset regulatory commission China building material Group Company limited board of directors (10 people) in which: Non-exterior trustee 3 people (chairman) exterior trustee: 6 people of staff trustees: 1 person of State Council large key state-owned enterprise Board of supervisors (6 people) in which: President 6th head of chancery and assistant director full-time supervisor 2 person and staff

Staff supervisor: 2 people

Various Group functional departments

Four big specialized committees: Strategic and investment committee, salary and inspection committee, nomination committee, audit and risk management committee

--- Summary Information ---
1: 936 PID_TITLE:
PID_SUBJECT:
PID_AUTHOR: admin PID_KEYWORDS:
PID_TEMPLATE: Normal.dotm PID_LASTAUTHOR: Opens Chinese PID_REVNUMBER: 4 PID_APPNAME: Microsoft Office Word
PID_EDITTIME: Mon Jan 01 08:38: 00 CST 1601 PID_LASTPRINTED: Tue Apr 07 18:13: 00 CST 2015 PID_CREATE_DTM: Wed Apr
15 16:45: 00 CST 2015 PID_LASTSAVE_DTM: Wed Apr 15 17:26: 00 CST 2015 PID_PAGECOUNT: 58 PID_WORDCOUNT: 5714
PID_CHARCOUNT: 32574 PID_SECURITY: 0

--- Document Summary Information ---
PID_CODEPAGE: 936 PID_COMPANY:
PID_LINECOUNT: 271 PID_PARCOUNT: 76 17: 38212 23: 983040 PID_SCALE: false PID_LINKSDIRTY: false 19: false 22: false 1:
936

CNBMGRP00013290.015

机密　No.

# 中国建筑材料集团有限公司

## 2015 年~2017 年

# 发 展 战 略 与 规 划

（领导审阅稿）



**CNBM**

二零一五年四月

CNBMGRP00013290

# 规划编制说明与释义

## 一、规划编制说明

1. 本规划按照国资委《关于认真做好中央企业 2015－2017 年滚动规划编制工作的通知》（国资厅规划〔2015〕39 号）和《关于印发〈中央企业发展战略与规划编制大纲（修订稿）〉的通知》（国资厅发规划〔2006〕26 号）的要求以及集团公司董事会的战略安排，在对国内外政治经济形势、行业发展环境和市场竞争态势等进行研究的基础上编制而成。

2. 本规划发展目标是在总结集团 2014 年-2016 年滚动规划完成情况的基础上，将集团中、长期奋斗目标与近期实际经营状况相结合，与 2015 年财务预算衔接一致，并参考二级企业及重要子企业上报的 2015 年-2017 年规划发展目标而拟定。

3. 本规划基础数据由集团公司各职能部门、二级企业及重要子企业提供。

4. 本规划中 2014 年度财务数据主要取自集团财务快报数。

5. 除特别注明外，本规划中金额所指币种均为人民币。

## 二、释义：

1. 国务院国资委——指国务院国有资产监督管理委员会

2. 工信部——指工业和信息化部

CNBMGRP00013291

3. 中国建材集团或集团——指中国建筑材料集团有限公司整体，包括本部及下属企业

4. 集团公司——指中国建筑材料集团有限公司本部

5. 中国建材股份——指中国建材股份有限公司

6. 中国建材总院——指中国建筑材料科学研究总院

7. 北新集团——指北新建材集团有限公司

8. 中建材进出口——指中建材集团进出口公司

9. 中联投资——指中建材联合投资有限公司

10. 中国联合装备——指中国联合装备集团有限公司

11. 凯盛科技——指凯盛科技集团有限公司

12. 中国新型房屋——中国新型房屋集团有限公司

13. 资产管理公司——指中建材资产管理公司

14. 浙江三狮——指浙江三狮集团有限公司

15. 中联水泥——指中国联合水泥集团有限公司

16. 南方水泥——指南方水泥有限公司

17. 北方水泥——指北方水泥有限公司

18. 西南水泥——指西南水泥有限公司

19. 北新建材——指北新集团建材股份有限公司

20. 中国复材——指中国复合材料集团有限公司

21. 中国建材工程——指中国建材国际工程集团有限公司

22. 中国巨石——指中国巨石股份有限公司

CNBMGRP00013292

23. 中建材投资——指中建材投资有限公司

24. 瑞泰科技——指瑞泰科技股份有限公司

25. 蚌埠院——指蚌埠玻璃工业设计研究院

26. 洛玻集团——指中国洛阳浮法玻璃集团有限责任公司

27. 洛玻股份——指洛阳玻璃股份有限公司

28. 方兴科技——指安徽方兴科技股份有限公司

CNBMGRP00013293

# 目　录

第一章 集团发展现状 ................................ 1

　1.1 集团基本情况概述 ........................... 1

　　1.1.1 历史沿革 .............................. 1

　　1.1.2 发展现状 .............................. 1

　　1.1.3 组织机构 .............................. 2

　　1.1.4 法人治理结构 .......................... 5

　　1.1.5 所属企业基本情况 ...................... 6

　1.2 集团近年主要经济指标 ...................... 6

　1.3 集团主业构成 .............................. 8

第二章 企业发展环境分析 .......................... 11

　2.1 宏观经济环境分析 ......................... 11

　　2.1.1 国际环境分析 ......................... 11

　　2.1.2 国内环境分析 ......................... 11

　2.2 建材行业发展现状 ......................... 12

第三章 企业发展优劣势分析 ........................ 13

　3.1 国内外对标分析 ........................... 13

　　3.1.1 与国际知名建材企业的对比分析 .......... 13

　　3.1.2 与国内领先建材企业的对比分析 .......... 14

　3.2 核心竞争力分析 ........................... 15

　3.3 存在的主要问题 ........................... 17

第四章 发展战略与指导思想 ........................ 18

　4.1 规划发展指导思想 ......................... 18

　4.2 战略定位与战略描述 ....................... 19

　　4.2.1 战略定位 ............................. 19

　　4.2.2 战略描述 ............................. 19

第五章 集团发展规划目标 .......................... 23

5.1 主要经济指标发展目标 ........................ 23
5.2 主业及产品发展目标 ......................... 25
　5.2.1 产品制造板块规划发展目标 ............... 26
　5.2.2 科研及工程服务板块规划发展目标 ......... 29
　5.2.3 装备制造板块规划发展目标 ............... 30
　5.2.4 物流与贸易板块规划发展目标 ............. 30
　5.2.5 新型房屋板块规划发展目标 ............... 31
5.3 新业务培育目标 ........................... 31
5.4 主要产品产能（产量）及业务构成表 ........... 32
5.5 科技创新发展目标 .......................... 33
5.6 国际化发展目标 ........................... 34
5.7 人力资源规划目标 .......................... 35
5.8 投资风险控制目标 .......................... 36
　5.8.1 资产负债率控制目标 ...................... 36
　5.8.2 非主业投资控制目标 ...................... 37
**第六章 规划的实施及保障措施 ....................... 37**
6.1 规范投资管理，严控投资规模 ................. 37
6.2 加大资本运作力度，拓展融资渠道 ............. 39
6.3 完善治理结构，推进"双试点"改革 ........... 40
6.4 加快两化融合，推进智能制造 ................. 41
6.5 夯实基础管理，强化降本增效 ................. 42
6.6 完善内控机制，加强风险管控 ................. 42
6.7 履行社会责任，营造绿色环境 ................. 43
6.8 抓好党建工作，弘扬企业文化 ................. 43

# 第一章 集团发展现状

## 1.1 集团基本情况概述

### 1.1.1 历史沿革

中国建筑材料集团有限公司（以下简称"中国建材集团"或"集团"）前身为中国新型建筑材料集团公司，1984 年 1 月经国务院批准正式成立，1987 年实行国家计划单列，1991 年列入首批国家试点企业集团，1999 年与国家建材局脱钩成为中央直管企业，2003 年列入国务院国资委直接管理的中央企业，同年 4 月更名为中国建筑材料集团公司，2005 年被国务院国资委确定为国有独资公司董事会试点企业，2005 年 11 月集团公司董事会成立。2008 年集团被确定为第二批国家级创新型试点企业。2009 年 10 月，经国务院国资委批准，正式更名为中国建筑材料集团有限公司。

### 1.1.2 发展现状

中国建材集团是集科研、制造、流通为一体，拥有产业、科技、成套装备、物流贸易、新型房屋五大业务板块的大型综合性建材产业集团。直接管理的全资、控股企业 17 家，控股上市公司 6 家，其中海外上市公司 2 家。

近年来，在国务院国资委的领导下，中国建材集团以"善用资源、服务建设"为核心理念，以资源重组和规范治理为支撑，实施"科技创新"、"大建材国际化"和"人才强企"战略，大力推进水泥和玻璃等传统建材产业的结构调整、联合重组和节能

1

CNBMGRP00013296

减排，大力发展新型建材、新型房屋和新能源材料等"三新"产业，主营业务快速健康发展。集团水泥、商混、玻纤、石膏板产能跃居全球第一，风力叶片、碳纤维、熔铸耐火材料产能稳居全国第一，成为我国最大的综合性建材产业集团和面向全球的建材综合供应商，连续四年进入《财富》世界五百强，是我国建材行业第一家和目前唯一一家世界五百强企业，并连续六年评定为国务院国资委经营业绩考核 A 级企业。2014 年，在经济新常态大环境下，中国建材集团积极应对经济放缓、需求不足、产能过剩、价格下行等挑战，围绕"整合优化、增效降债"的工作任务，强化基础管理，推进转型升级，切实提高发展质量和效益，取得了良好的业绩。集团资产总额达到 4,106 亿元，全年完成营业收入 2,525 亿元，利润总额 131 亿元，全面完成了"保增长"的目标任务。

### 1.1.3 组织机构

中国建材集团实行母子公司战略管控的管理模式。集团公司是集团的战略中心、决策中心、资源中心、政策文化中心，对各子公司按照《公司法》的有关规定行使出资人权力，即重大事项决策权、经营者任免权和投资收益权。

集团公司对子公司的管理主要包括四个方面：一是战略管理，指导各子公司严格遵照集团既定战略开展经营活动，确保集团战略目标的实现；二是决策管理，按照现代企业制度，依照集团各项制度要求，对各子公司投融资、重组等重大事项行使出资人决策权；三是资源管理，协调、整合集团内外部各项资源，实现资

2

CNBMGRP00013297

源在各子公司间的合理调配和协同；四是文化管理，指导各子公司开展企业文化建设，使集团文化在各子公司中传播、深植，形成集团统一的企业文化价值观。通过完善和制定各项规章制度，使集团管理规范化、制度化。

子公司的日常经营由集团公司选派或推荐的各企业经营管理团队负责，在集团公司统一的战略规划指导下，建立规范的治理结构和管理制度体系，实施科学的生产经营和管理，创造经济和社会效益，承担国有资产保值增值责任。

截至 2014 年 12 月 31 日，集团组织结构如图 1-1 所示：

### 图 1-1　集团公司组织结构图



## 1.1.4 法人治理结构

根据《公司法》，集团公司作为国有独资公司，不设股东会，

3

CNBMGRP00013298

由国务院国资委代表国家行使出资人职责，接受国务院有关部门的业务指导和管理。

集团公司董事会由 10 名董事组成，其中非外部董事 3 名（其中董事长 1 名，副董事长 1 名），外部董事 6 名，职工董事 1 名。董事会对国务院国资委负责，对集团公司行使《中国建筑材料集团有限公司章程》规定的重大事项决策权。

集团公司监事会由国务院国资委代表国务院派驻，监事会成员为 8 人，由国务院国资委委派的监事和职工代表组成，其中职工代表 2 名，由职工民主选举产生。监事会设主席 1 名，由国务院国资委指定。监事会依照《公司法》、《国有企业监事会暂行条例》等规定履行监督职责。集团公司法人治理结构图如图 1-2 所示：

**图 1-2   集团公司法人治理结构图**

CNBMGRP00013299

## 1.1.5 所属企业基本情况

目前，中国建材集团共有 10 家二级子企业。子企业作为集团公司的经营平台，突出核心专长和主营业务，以品牌知名度和市场占有率为基础构造利润中心。

### 表 1-1    2014 年二级企业（公司）基本情况表

| 子企业 | 产权状况 | | 资产总额 | 净资产 | 营业收入 | 利润总额 | 在职职工 | 所在地区 |
|---|---|---|---|---|---|---|---|---|
| 名称 | 属性 | 比重 | （万元） | （万元） | （万元） | （万元） | （人） | |
| 中国建材股份 | 控股 | 44.11% | 31,632,146 | 6,699,622 | 12,396,237 | 1,155,301 | 145,589 | 北京 |
| 中国建材总院 | 全资 | 100% | 1,114,573 | 513,244 | 706,210 | 78,517 | 10,254 | 北京 |
| 中建材进出口 | 全资 | 100% | 3,852,200 | 510,533 | 9,848,265 | 64,142 | 1,954 | 北京 |
| 中联投资 | 全资 | 100% | 120,024 | 52,938 | 12,326 | -6,693 | -- | 北京 |
| 北新集团 | 全资 | 100% | 1,425,729 | 1,029,572 | 1,032,379 | 154,836 | 729 | 北京 |
| 中国联合装备 | 全资 | 100% | 367,600 | 83,821 | 251,216 | 3,282 | 4,446 | 北京 |
| 凯盛科技 | 全资 | 100% | 1,453,082 | 429,626 | 387,896 | 27,569 | 16,055 | 北京 |
| 中国新型房屋 | 全资 | 100% | 419,876 | 96,470 | 53,232 | 10,512 | 700 | 北京 |
| 资产管理公司 | 全资 | 100% | 116,968 | -60,721 | 22,137 | -7,723 | 628 | 北京 |
| 浙江三鹿 | 全资 | 100% | 113,585 | 23,140 | 77,222 | 1,568 | 405 | 杭州 |

注：1.中国建材集团合计持有中国建材股份 44.11%，其中直接持有 12.35%，间接持有 31.76%（北新集团持 27.52%、中建材进出口持 4.22% 和中国建材总院持 0.02%）。

2.上述财务数据取自集团财务决算数，职工人数来源于二级企业财务快报。

## 1.2 集团近年主要经济指标

中国建材集团近三年主要经济数据如表 1-2 所示：

CNBMGRP00013300

### 表 1-2    2012 年～2014 年集团主要经济数据（合并）

| 年度 | 2012 年 | 2013 年 | 2014 年 |
|---|---|---|---|
| 营业收入（亿元） | 2,174 | 2,523 | 2,504 |
| 利润总额（亿元） | 112 | 115 | 130 |
| 净利润（亿元） | 86 | 88 | 97 |
| 资产总额（亿元） | 3,006 | 3,644 | 4,069 |
| 负债总额（亿元） | 2,464 | 2,984 | 3,260 |
| 净资产（亿元） | 543 | 660 | 809 |
| 归属于母公司所有者权益（亿元） | 188 | 218 | 248 |
| 成本费用总额（亿元） | 2,112 | 2,436 | 2,420 |
| 人工成本（亿元） | 81 | 113 | 125 |
| 在岗职工（万人） | 15 | 17.3 | 18 |
| 总资产报酬率（%） | 7.89 | 6.92 | 6.90 |
| 净资产收益率（%） | 17.18 | 14.65 | 13.19 |
| 资产负债率（%） | 81.95 | 81.89 | 80.12 |
| 国有资产保值增值率（%） | 118.31 | 115.99 | 113.24 |
| 固定资产投资总额（亿元） | 81 | 101 | 112.7 |
| 科技活动经费支出总额（亿元） | 49.7 | 53 | 52.1 |
| 技术投入比率（%） | 2.2 | 2.1 | 2.1 |

注：本表中 2012-2013 年数据来源于集团审计报告；2014 年数据来自集团财务决算数及所属企业规划数。

### 图 1-2    2012 年～2014 年集团主要经济数据（合并）统计图





CNBMGRP00013301




## 1.3 集团主业构成

集团目前的三项主业为，（1）建材产品及装备制造、相关工程技术研究与服务；（2）建材贸易与物流；（3）工业化房屋的研发、设计、制造与建设。由于水泥、玻璃等主要建材产品市场已趋于饱和，为寻求新的效益增长点，形成主业风险对冲，结合下一步集团改革、发展和转型升级的需要，集团将进一步扩展现有产业链，拟对现三大主业进行梳理和调整，加大在成套装备制造、新型房屋开发、新能源材料应用等方面的发展力度，积极培育健康养老、现代农业、文化服务等产业，形成集团可持续健康发展的驱动力。

| 现有业务 | 拟向国资委申请调整主业 |
| --- | --- |
| 建材产品及装备制造、相关工程技术研究与服务 | 建筑材料和新材料研发、设计、制造和物流贸易 |
| 建材贸易与物流 | 成套装备的研究设计、制造和工程服务 |
| 工业化房屋的研发、设计、制造与建设 | 新型节能房屋的研究设计、制造和开发 |
| | 新能源材料的研究设计、制造和应用开发 |
| | 健康养老、现代农业、文化服务的经营与发展 |

集团五大业务板块目前为产业制造板块、科技服务板块、成

CNBMGRP00013302

套装备板块、物流贸易板块及新型房屋板块五大业务板块。

（1）产业制造板块

以中国建材股份、凯盛科技为主体，开展战略性资源整合和结构调整，以新技术改造传统产业，以增量投入发展先进生产力，构建起实力雄厚的水泥、玻璃、轻质建材、玻璃纤维、复合材料、耐火材料等建材产业平台。

（2）科技服务板块

以中国建材总院及所属院所、中国建材工程、中建材国际装备等企业为主体，开展建材产品及装备的科学研究、技术开发、成果推广、标准制订与检验认证，承接国内外工程设计、承包、咨询、监理业务；开展"三新"产业及战略性新兴产业的技术研发和成果转化，推进我国建材和轻工行业的技术创新、结构调整和产业升级。

（3）成套装备板块

以中国联合装备、合肥院、凯盛重工等相关装备制造企业为主体，协同集团科技板块、物流贸易板块，在建材、轻工、矿山、环保等行业构建起门类齐全、技术先进、装备优良、工艺精湛、配套齐全的装备产业服务平台。

（4）物流贸易板块

以中建材进出口、北新集团、中建材投资为主体，凭借集团

8

CNBMGRP00013303

在科技研发、产品制造与成套装备方面的强大优势，开展进出口贸易、国内大宗商品物流贸易和商业流通业务，形成了拥有国际知名度和自主知识产权的产品与服务品牌，成为面向全球的建材综合服务商。

（5）新型房屋板块

以中国新型房屋、北新集团、北新股份房屋业务板块以及中国建材总院水泥科学与新型建筑材料研究院等为主体。拥有轻钢结构和 PC 结构的新型节能和加能源新型房屋体系。在国内，与政府合作推广新型节能房屋并建立新型节能房屋示范园，借助生产基地的建设布局全国市场；积极拓展国外市场，参与发展中国家和地区的住宅房屋建设。2014 年集团主业构成情况如表 1-3 所示：

### 表 1-3　2014 年集团业务构成表

单位：亿元

| 业务分类名称 | 资产 | | 主营业务收入 | | 利润总额 | | 在职职工（人） |
|---|---|---|---|---|---|---|---|
| | 数量（万元） | 比重（%） | 数量（万元） | 比重（%） | 数量（万元） | 比重（%） | |
| 产业制造 | 31,049,830 | 76.8% | 12,045,615 | 46.09% | 1,201,422 | 78.52% | 135,131 |
| 科技服务 | 3,918,278 | 9.69% | 2,215,724 | 8.48% | 222,641 | 14.55% | 12,955 |
| 成套装备 | 752,595 | 1.86% | 856,198 | 3.28% | 39,028 | 2.55% | 5,852 |
| 物流贸易 | 4,068,244 | 10.06% | 10,941,500 | 41.86% | 54,667 | 3.57% | 2,560 |
| 新型房屋 | 644,877 | 1.59% | 78,355 | 0.3% | 12,293 | 0.8% | 700 |
| 合计 | 40,433,824 | 100% | 26,137,392 | 100% | 1,530,051 | 100% | 157,198 |

注：此表中数据由各所属企业发展规划中按业务板块细分后汇总归纳得到，非合并财务报表数。

9

CNBMGRP00013304

图 1-3    2014 年集团业务构成图



## 第二章 企业发展环境分析

### 2.1 宏观经济环境分析

#### 2.1.1 国际环境分析

2014 年,世界经济仍处在国际金融危机后的深度调整过程中,复苏依旧艰难曲折。根据联合国以及世界银行最新预测,2014 年世界经济预计增长 2.6%左右,增速比上年小幅加快 0.1 个百分点,普遍低于预期。发达经济体经济运行分化加剧,其中美国经济复苏势头较好,欧元区和日本经济则出现停滞不前的现象;发展中经济体增长继续放缓,不同国家之间再度出现分化趋势,但整体增速依然高于世界平均水平。

#### 2.1.2 国内环境分析

2014 年,我国经济运行在新常态下总体平稳、稳中有进、稳中提质。根据国家统计局发布的数据,2014 年我国经济社会发展总体平稳,国内生产总值达到 63.6 万亿元,比上年增长 7.4%,经

CNBMGRP00013305

济运行处于合理区间。但与此同时，宏观经济下行压力进一步增大，资源环境要素约束趋紧，投资驱动难以为继，市场需求总体偏弱，融资瓶颈约束凸显，企业经营依然困难，经济运行环境仍面临多因素交织的复杂局面。

展望 2015 年，我国面临的国内外经济环境仍然错综复杂，经济下行压力还在加大；但新型工业化、信息化、城镇化、农业现代化持续推进，发展基础日益雄厚，基础设施建设有序推进，改革红利正在释放，总体向好的基本面没有改变。预计 2015 年我国经济增长将保持在 7 %左右。

## 2.2 建材行业发展现状

2014 年，建材工业面对产能严重过剩、市场需求不旺、下行压力加大的严峻形势，总体保持了"稳中有进"，主要产品产量和主营业务收入增速趋缓，但经济效益继续提高，产品价格基本稳定。2014 年，规模以上建材企业完成主营业务收入 7 万亿元，同比增长 10.1%，增速同比降低 6.9 个百分点；实现利润 4,770 亿元，同比增长 4.8%。其中，水泥产量 24.8 亿吨，同比增长 1.8%，增速同比回落 7.8 个百分点；实现利润 780 亿元，同比增长 1.4%，中国建材集团以 131 亿元的利润总额仍居建材行业之首。但水泥行业产能严重过剩仍然存在，产能利用率不足 70%，水泥行业已从改革开放以来的高速增长进入到"新常态"下的平台期，未来 8-10 年内，国内水泥需求量将保持在 25 亿吨左右，市场需求增长空间有限，大幅调整概率较小。

CNBMGRP00013306

规划期内，建材行业机遇与挑战并存，但总体来说机遇大于挑战。新"四化"同步推进，城镇化和工业化良性互动，"一带一路"、京津冀一体化、长江经济带等重大战略实施，基础设施建设投入加大，为建材行业提供了持续发展空间。近期，房地产业的相关政策有所放松，这对建材行业又形成一定的微刺激。与此同时，全面深化改革的红利不断释放，将进一步激发市场活力、稳定市场预期，提高企业的创新活力和竞争力，为建材行业结构调整和转型升级带来强大动力。丝路基金的筹划和亚投行的组建对基础设施建设又带来了生机，也是对建材行业的发展利好和融资利好。

## 第三章 企业发展优劣势分析

### 3.1 国内外对标分析

#### 3.1.1 与国际知名建材企业的对比分析

根据各大国际建材企业发布的 2014 年财务报告，法国圣戈班集团以 410.5 亿欧元的销售收入继续蝉联国际建材企业榜首，中国建材集团以 2,525 亿人民币（约合 308.4 亿欧元）的销售收入位居第二的位置，爱尔兰 CRH 集团以 189 亿欧元位居第三位，瑞士豪瑞集团以 191 亿瑞士法郎（约合 158.8 亿欧元）名列第四，法国拉法基集团位居第五，销售收入为 128 亿欧元。

2014 年 4 月，豪瑞和拉法基集团签订了联合重组协议。目前联合重组正在进行当中，预计完成合并后的拉法基豪瑞公司将在水泥、混凝土和骨料市场全球排名第一。

12

CNBMGRP00013307

### 表 3-1   国际五大建材企业 2014 年财务指标对比表

单位：百万欧元

| 企业名称 | | 中国建材集团 | 圣戈班 | 豪瑞 | 拉法基 | CRH |
|---|---|---|---|---|---|---|
| 资产总额 | | 54,686 | 44,804 | 33,004 | 34,804 | 22,017 |
| 所有者权益 | | 10,572 | 18,418 | 16,727 | 17,289 | 10,198 |
| 销售收入 | 数量 | 30,842 | 41,054 | 15,732 | 12,843 | 18,912 |
| | 同比增长 | 0.1% | -1.7% | -3.1% | -1.9% | 4.9% |
| 净利润 | 数量 | 1260 | 953 | 1,333 | 274 | 584 |
| | 同比增长 | 17.1% | 60.17% | 1.4% | -63.6% | 298% |
| 销售净利润率 | | 4.1% | 2.3% | 8.5% | 2.1% | 3.1% |
| 净资产收益率 | | 14.17% | 5.17% | 8.35% | 1.63% | 5.87% |
| 总资产报酬率 | | 11.92% | 6.19% | 5.97% | 4.17% | 4.32% |
| 资产负债率 | | 80.67% | 58.89% | 49.32% | 50.32% | 53.68% |

注：1.中国建材集团数据来自其 2014 年财务快报，其余企业数据来自其公布的年
　　度报告。

2.拉法基、豪瑞目前正在合并重组之中，2014 年年报数据披露仍为两家公司，
　因此仍按两家来做对比。

3.为尽可能避免汇率因素影响数据的可比性，此处采用欧元为统一单位。在换
　算时，时点数采用 2014 年 12 月 31 日当天汇率：1EUR=7.5358RMB
　=1.2024CHF；期间数采用 2014 年全年平均汇率：
　1EUR=8.1883RMB=1.2147CHF。

　　同其它国际建材企业相比，中国建材集团产业链条完整，主
业较为突出，产品布局广泛，主要产品产能位居世界前列。但在
国际化经营方面集团主要侧重于物流贸易和工程服务，跨国指数
仅为 3%左右，明显低于国际同行，如圣戈班 77.5%、拉法基 79%。
在国家"一带一路"发展战略引领下，集团还需抓住机遇、加大
步速，提高国际化经营和管理能力。

13

CNBMGRP00013308

### 3.1.2 与国内领先建材企业的对比分析

目前国内建材行业领先的企业有中国建材集团、海螺集团、中国中材集团、北京金隅集团和冀东发展集团等，以下以集团的水泥业务板块和海螺集团的水泥进行对比。

考虑到中国建材集团和海螺集团在业务领域上有所差异，以下主要将中国建材股份与海螺水泥的经营情况进行对比。

**表 3-2   2014 年水泥板块经营情况对比表**

| 企业名称 | | 中国建材股份 | 海螺水泥 |
|---|---|---|---|
| 资产总额 | 亿元 | 3163.21 | 1022.5 |
| 净资产 | 亿元 | 669.96 | 692.2 |
| 销售收入 | 亿元 | 1239.62 | 607.59 |
| | 同比增长 | 3.70% | 9.95% |
| 利润总额 | 亿元 | 115.53 | 148.83 |
| | 同比增长 | 8.96% | 17.83% |
| 净利润 | 亿元 | 86.72 | 109.93 |
| | 同比增长 | 4.33% | 17.19% |
| 资产负债率 | | 78.82% | 31.92% |
| 净利率 | | 7.0% | 18.1% |
| 净资产收益率 | | 12.94% | 16.6% |

注：表中数据来自 2014 年中国建材股份依境外准则的财务年报，并使用其合并净利润总数（非归属母公司数），海螺水泥用其网站公布年报数据。

### 3.2 核心竞争力分析

通过与国内外一流建材企业的对比，以及对自身全面深入地分析，中国建材集团的核心竞争力在于：

一是清晰的发展战略。中国建材集团抓住建材行业结构调整

CNBMGRP00013309

的战略性机遇，制定了清晰的战略和目标，即通过资本运营和联合重组双轮驱动，大力推进水泥和玻璃工业的结构调整、联合重组和节能减排，大力发展新型建材、新型工业化房屋和新能源材料，建设成为具有国际竞争力的建材企业集团。事实证明，中国建材集团的发展战略符合建材行业发展规律和特点，符合企业发展的逻辑，引领集团取得了跨越式发展。

二是行之有效的经营管理模式。中国建材集团探索出"央企市营"的动力机制，依照市场规律开展企业运营，将国有经济和民营经济高度融合，构筑起实力雄厚的混合所有制产业平台，形成了一批典型的混合所有制企业，极大地提高了企业的凝聚力、创造力和竞争力。在集团管控上，坚持治理规范化、职能层级化、业务平台化、管理精细化、文化一体化的"五化"及"格子化"管控模式，确保了行权顺畅、步调一致、经营有序。在管理整合上，运用在管理实践中总结出的五集中、KPI 管理、价本利、零库存、对标优化、辅导员制、核心利润区、市场竞合"八大工法"，确保了联合重组的成功，创造了优异的绩效。

三是完整的产业链条和领先的市场地位。中国建材集团作为集科研设计、建材产品及成套装备制造、新型工厂化房屋、物流贸易于一体的综合性建材企业集团，涵盖了建材行业的完整产业链，整体优势明显。集团在新型干法水泥、轻质建材、玻璃纤维、复合材料、玻璃、耐火材料及玻璃和水泥工程服务等领域均占据领先地位，在国内外拥有良好的公司信誉和品牌优势，市场影响

15

CNBMGRP00013310

力、控制力和带动力较强。

四是丰富的科技资源和雄厚的研发实力。中国建材集团拥有中国规模最大、实力最雄厚的建材与无机非金属领域科技研发机构，拥有 6 个国家级技术中心和 13 家甲级设计研究院所及 20 余家高新技术公司，研究领域涵盖水泥、玻璃、陶瓷、新型建材与新材料等建材行业主流业务，业务贯穿应用基础研究、技术开发与推广、标准制定与检验认证、科技成果产业化、工程设计与总承包等全过程，为完善集团技术创新体系、提升产业技术水平提供了有力支撑。

五是优秀的企业文化。在企业文化建设上，中国建材集团建立起"善用资源、服务建设"、"创新、绩效、和谐、责任"、"三宽三力"、"敬畏、感恩、谦恭、得体"等密切联系群众、以融合包容为特点的文化理念，成为指引集团干部员工的价值核心。包容性文化反映了集团的和谐价值观，同时积极服务于企业战略目标，为集团联合重组和管理整合的顺利推进创造了思想基础和良好的铺垫，符合企业发展的逻辑，是企业真正的核心竞争力之一。

## 3.3 存在的主要问题

在复杂的国际、国内形势下，集团采取积极有效的措施，取得了良好的经营业绩，保持了快速发展的态势。但也要清醒地看到，企业发展过程中自身还存在着一些问题，在国有资本投资的

16

CNBMGRP00013311

广度和深度方面还有较大的提升空间。

　　一是产业结构不均衡，转型升级和结构调整任务艰巨，集团主业结构有待进一步调整和完善。集团的核心业务主要集中在周期性较强的建材行业，特别是水泥、玻璃两大主产品行业产能严重过剩、市场已经饱和，提升空间趋于零。"三新"产业仍处于起步阶段，规模和效益总体偏小，需要进一步加大技术研发和投入力度，加快市场推广和开拓力度，提高集团的整体核心竞争力。特别是成套装备、新型房屋业务作为主业之一都还相对比较薄弱，应进一步加大发展力度。

　　二是资产负债率较高。近年来集团一直处于快速发展阶段，但由于原始资本金不足，而建材行业又属于重资产行业，企业发展资金主要来源于外部融资，高额银行贷款造成集团资产负债率偏高，财务费用居高不下，带来较大的财务风险。

　　三是管理整合和内部协同有待进一步完善。近年来集团主要依靠联合重组扩大规模，并购进来的企业需要时间融入集团文化。文化整合、业务板块资源整合、管理层级削减整合、产研结合配套整合，都成为集团新时期发展的艰巨任务。

　　四是国际化水平较低。与国外大型建材企业相比，集团国际业务主要以物流贸易和工程总承包为主，跨国指数偏低，国际化经营与运作能力有待提高。

　　五是老国企的历史包袱仍然存在。集团在重组改制方面成绩

17

CNBMGRP00013312

斐然，但未改制老国企、部分优质资产上市后存续的"壳公司"中的冗员、历史债务、"三供一业"、厂办大集体等历史包袱仍然存在，亟待通过不断深化改革、获得国有资本金补贴等方式卸掉包袱，使集团轻装上阵，更加健康优质发展。

## 第四章 发展战略与指导思想

### 4.1 规划发展指导思想

全面贯彻党的十八大以及十八届三中、四中全会和中央经济工作会议精神，落实党中央和国资委"稳中求进"和"保增长"的总体要求，主动适应新常态，坚持稳中求进，"整合优化、增效降债"的工作思路，以提高发展质量和效益为中心，以深化改革和融合创新为动力，发挥规模、技术、管理、机制优势，加快转型升级，着力提质增效，打造创新驱动型、质量效益型、制造服务型、社会责任型的"四型企业"，开创集团发展新局面。

### 4.2 战略定位与战略描述

#### 4.2.1 战略定位

以"善用资源、服务建设"为企业使命，加快转变经济发展方式，大力推进水泥和玻璃等传统建材行业的联合重组、结构调整和节能减排，大力发展新型建材、新型房屋与新能源材料等"三新"产业，加快产业结构转型升级，建设又强又优、具有国际竞

18

CNBMGRP00013313

争力的世界一流建材产业集团。

### 4.2.2 战略描述

**一、坚持"一个使命"**

坚持"善用资源、服务建设"的企业使命，以科技创新为先导，对行业和社会资源进行优化整合，大力发展绿色建材和领先的技术与装备，发展制造服务业，实现产业转型升级，为国家基础设施、重点工程和"一带一路"战略构想筑路铺石，以建材行业服务未来经济社会可持续发展为使命，打开未来筑梦空间。

**二、运用"两个轮子"**

充分发挥"创新驱动"和"资本运营"双轮驱动作用。以"创新为引领、市场为导向、产业发展为主体、科技支撑发展"为指导方针，以创新驱动为首要引擎，以技术创新、管理创新和体制创新为支撑，高度重视创新驱动发展的顶层设计，切实加强技术创新体系建设，创造性的开展产业协同创新，积极融入全球创新网络；同时充分利用集团的资本运营、技术、管理和融资优势，在存量基础上进行增量改造，将企业做强做大做优。

**三、实施"三大战略"**

（一）科技创新战略——整合科技资源，加强科研开发平台，完善科技创新体系，以技术创新、管理创新和体制创新为支撑，大力提高原始性创新能力、集成创新能力和引进消化吸收再创新

19

CNBMGRP00013314

能力，加大采用先进技术改造传统产业及新产品、新装备的研发、制造与投资的力度；加大自主创新的研发和知识产权的保护力度；加大研发投入力度，加强科研设计与企业自主创新相结合，有效提升业务结构和核心竞争能力。

（二）大建材国际化战略——紧跟国家建设丝绸之路和 21 世纪海上丝绸之路的"一带一路"国家战略，发挥集团在建材行业的技术、装备、资金和管理方面的优势，加快集团"走出去"的国际发展战略，在大力开展国际建材物流贸易和国际工程服务贸易的基础上，加快推进海外实业投资，形成自己的国际经营网络，拓展发展空间，全面提升集团在国际市场的影响力和竞争力。

（三）人才强企战略——遵循科学发展观，加强人力资源管理的科学性和有效性，以人才资源能力建设为核心，建立起适应现代企业治理结构的人力资源管理体系和人才工作体系。集团内人才管理实现总体配置、分类调控、资源共享、优势互补、渠道畅通等基本目标，实现人才管理的有效化和人才资源的增值化，为实现集团成为具有国际竞争力的一流建材产业集团战略目标提供强有力的组织和人才保证。

**四、实现"四个"转变，打造"四型"企业**

（一）实现"四个转变"

一是集团总部由母子型产业管理模式向股权型投资管理模式转变。用现代公司化模式，进行股权式管理；通过控股、参股，

CNBMGRP00013315

促进资本的流动；以投资为杠杆，调控产业布局，实现集团资源配置的最优化和经济效益的最大化。

二是下属企业由非上市企业向上市公司证券化转变。集团的非上市公司群要通过借壳上市，逐步把有效资产全部资本化、证券化，把无效资产清退处置。通过上市证券化的改造，增加企业的动力、活力、创造财富的能力；要把企业置于阳光下，接受投资者和社会各界的监督，实现所有者到位，推动现代企业制度的建立和规范制度的建设。

三是投资区域由侧重国内向"一带一路"转变。水泥、玻璃、新型建材及装备制造等业务的扩充发展从本土市场转向"一带一路"市场。

四是经营机制由传统的管理方式向市场化管理方式转变。深化改革，主要是劳动、人事、分配三项机制的彻底改革，实现企业经营管理从行政指令化到充分市场化。

## （二）打造"四型企业"

一是打造创新驱动型企业，解决增长动力问题。集团要全面实施创新驱动发展战略，推进以科技创新为核心的全面创新，推动产业优化升级。着力突出"融合性创新"，从线性思维到网状思维，推动企业创新与大众创新、传统产业和互联网行业、国有资本与民营资本的融合，构建同心圆式的四层大建材云创新平台。集团总部和骨干企业构成"核心企业层"，叠加全资和控股公司后

21

CNBMGRP00013316

构成"成员企业层"，再叠加参股企业后构成"中国建材系"，最后形成由各利益相关方共同参与的"中国建材云"。通过打造多渠道创新平台，使集团最大限度地整合优势资源和创新成果为我所用。

二是打造质量效益型企业，解决发展方式问题。即从外延式发展向内生式发展转变，从重视发展速度向重视发展质量转变，从追求规模扩张向追求效益提升转变。在巩固规模优势的基础上，深挖内部潜力，积极与国内外先进企业对标，强化专注、严谨、务实的管理风格，提高管理集约化和精细化水平，确保各项指标健康可持续。

三是打造制造服务型企业，解决转型方向问题。集团要紧抓新一轮全球科技革命的历史机遇，学习德国工业4.0战略，以工业化和信息化"两化"深度融合为抓手，开展跨界经营，加快推进制造业数字化、网络化、智能化发展，加快推进制造业向制造服务业转型。

四是打造社会责任型企业，解决价值追求问题。要把模范履行社会责任作为企业发展的首要目标。建材行业对资源能源有一定依赖，我们要按照环境、安全、质量、技术、成本的排序做企业，将"蓝天"作为企业的第一责任，为治污减霾贡献积极力量。

## 五. 推进"五化"管理

推进"五化"管理，即推进集团管控向"治理规范化、职能层级化、业务平台化、管理数字化、文化一体化"方向发展。治理

22

CNBMGRP00013317

规范化，是指集团公司全面建设战略绩效型董事会，强化外部董事作用，使董事会成为集团公司在竞争中成功取胜的战略性力量；职能层级化，是指集团公司实行"决策中心、利润中心、成本中心"的层级化管理，明晰各层级单位的重点工作和任务，保障行权顺畅，实现工作的有条不紊；业务平台化，是指集团公司的下属子公司成为水泥、玻璃、新型建材等专业化平台，提升其在各自市场的核心竞争力，进而提升集团公司的综合竞争力水平；管理数字化，是指运用信息化技术开展对外对标、对内优化的数字化管理，把关键指标落实到每个基层单元和责任人；文化一体化，指集团公司全面推行以"和谐、绩效、责任"为价值核心的企业文化，并在发展中不断推进企业文化融合、扩展和进步。

## 第五章  集团发展规划目标

### 5.1  主要经济指标发展目标

至 2017 年，集团实现营业收入 2,550 亿元，利润总额 135 亿元，净利润 110 亿元，资产负债率 78.5%。具体经济指标如表 5-1：

CNBMGRP00013318

## 表 5-1　2015-2017 年集团主要经济指标

| 年度 | 2015 年 | 2016 年 | 2017 年 |
|---|---|---|---|
| 主营业务收入（亿元） | 2,200 | 2,350 | 2,550 |
| 利润总额（亿元） | 120 | 127 | 135 |
| 净利润（亿元） | 93 | 100 | 110 |
| 资产总额（亿元） | 4,491 | 4,843 | 5,242 |
| 负债总额（亿元） | 3,574 | 3,826 | 4,115 |
| 所有者权益（亿元） | 917 | 1,017 | 1,127 |
| 成本费用总额（亿元） | 1,795 | 1,917 | 2,080 |
| 人工成本（亿元） | 137 | 150 | 165 |
| 在岗职工（万人） | 18.29 | 19.08 | 19.4 |
| 总资产报酬率（%） | 6.0 | 6.1 | 6.2 |
| 净资产收益率（%） | 10.1 | 10.3 | 10.3 |
| 资产负债率（%） | 79.5 | 79 | 78.5 |
| 国有资产保值增值率（%） | 117 | 117 | 118 |
| 固定资产投资总额（亿元） | 132 | 143 | 146 |
| 年度科技支出总额（亿元） | 52.6 | 58.7 | 60.5 |
| 技术投入比率（%） | 2.39 | 2.49 | 2.37 |

注：1. 表中 2015 年主要财务数据为集团预算数；2016、2017 年主要财务数据为在下属企业规划数据汇总的基础上，按照稳健性原则适当调减。其中主营业务收入按 7%增长率确定；利润指标按 6%增长率确定；设定资产负债率每年递减 0.5 个百分点。

2. 科技投入和在岗职工人数为下属企业规划数据汇总数。

3. 固定资产投资总额为下属企业规划汇总数的基础上，适当考虑新增业务投资额加总数。

CNBMGRP00013319

图 5-1   2015-2017 年集团主要经济指标图



## 5.2 主业及产品发展目标

集团将以创新驱动为发展引擎，在技术创新、集成创新的基础上，继续大力推进产品结构调整和产业转型升级。**一是**实现集团从传统建材制造商向新型综合建材集成供应商的转型；**二是**推进水泥、玻璃等传统建材产业走出"两高一剩"迈向低碳绿色的新常态发展；**三是**加快集团从以传统建材为主向以高性能、高标号水泥和高档、高科技玻璃以及"三新"产业等方向转型，继续提升水玻璃等基础原材料产品的科技含量；**四是**实现进出口业务从普通建材进出口贸易向高附加值和资源型的贸易转型；**五是**在"大建材国际化"中从海外 EPC 模式向国际产业投资模式转型。

## 5.2.1 产品制造板块规划发展目标

以市场为导向，以企业效益为核心，向产业链的关键环节和

25

CNBMGRP00013320

高端布局。大力开拓传统产业市场，改造提升不断延伸产业链；同时大力发展"三新"产业和培育新的业务增长点，不断提高产品附加值和竞争力，实现产品结构优化升级。

## 1. 水泥及商品混凝土

水泥业务向"高标号化、特种化、商混化、制品化"方向发展。在全世界最大的水泥供应商的基础上做精水泥业务，以夯实核心利润区为重点，稳步推进核心利润区内"填平补齐"项目的联合重组，继续巩固在各自区域的龙头企业地位，完善在各区域市场的战略布局，有序推进技术改造项目。延伸和优化产业链，完善产业结构，积极探索商品混凝土和水泥制品业务发展模式。积极倡导使用高标号、高性能水泥，提高特种水泥的市场占有率，增强盈利能力和发展后劲。规划期内在维持水泥产能 4.0 亿吨的基础上，使水泥产量逐步提高到 3.1 亿吨。

## 2. 石膏板

继续大力发展以节能省地、绿色环保为特征的纸面石膏板、矿棉吸声板等新型建筑材料产品，进一步扩大生产规模，依市场需要增加新的花色品种，优化产品结构，增强市场控制力。北新建材和泰山石膏将分工协作，通过新建、搬迁相结合，优化全国生产布局，实现在全国各省的战略布点，最终在各地形成龙牌和泰山牌分层全覆盖的态势。规划期内将纸面石膏板的年总生产能力扩大到 25 亿平方米以上，总生产线数量增加到 80 条左右。

CNBMGRP00013321

### 3. 玻璃纤维及制品

继续保持全球规模第一、市场占有率第一、盈利水平第一，巩固全球玻璃纤维工业的领军者地位，实施"产品高端化、产业集群化、布局国际化、市场全球化"发展战略。加快高端产品研发步伐，大力实施结构调整，提高中高端产品比重，不断提升产品附加值。同时，加快"走出去"步伐，通过在境外建厂，尽快实现公司"以外供外"的目标。到 2017 年，实现玻璃纤维产能 120 万吨，玻纤制品 7.5 万吨。

### 4. 风电叶片

充分利用 SINOI 海外全资子公司和国家级企业技术中心的技术力量，瞄准国际顶尖技术，开发 6MW 以上超大型风电叶片系列产品，满足高端市场需求，提高产品附加值。拓展上下游产业链，建设叶片用树脂及其他原材料生产基地。通过叶片结构和生产工艺改进等，开发出轻质、高强、风能利用率高、寿命更长的 3-10MW、7-10MW 超大型风片。同时加大叶片项目投资力度，以建设或并购方式，实现叶片生产基地遍布国内主要风区的产业布局，确立国内风电叶片龙头企业地位。规划期内风电叶片产能维持 1.5 万片，提高产量和市场占有率。

### 5. 碳纤维

在稳定高性能碳纤维生产的同时，加大该业务高端应用领域市场的开拓，大力拓展其下游应用领域的发展，不断释放产能压

27

CNBMGRP00013322

力；完善 T700 级碳纤维的生产工艺；深入研究 T800 级产品的产业化和 M40J 等高模量产品的开发；完善碳纤维复合芯导线的产业化发展，拓展车用等碳纤维复合材料的开发；适时以收购或投资方式，建设碳纤维复合材料生产基地；完善碳纤维复合芯线项目；力争实现车用碳纤维复合材料的突破。规划期内碳纤维及制品产能达到 5,000 吨。

### 6. 耐火材料及制品

重点开展耐火材料高强低导新技术基础理论研究，研发高温工业通用高效长寿隔热耐火材料及环境友好碱性耐火材料等新型耐火材料。适度控制扩张与投资规模、速度，强化管理，做精玻璃工业耐火材料，做优水泥工业耐火材料，做强钢铁工业耐火材料，实现研发、制造、总包服务协调发展，努力成为具有国际竞争力的耐火材料综合服务商。规划期内产能达到 42 万吨。

### 7. 玻璃

玻璃业务彻底退出传统普通浮法玻璃，转向发展"电子玻璃、光伏玻璃、智能玻璃、节能高效玻璃"。全面整合玻璃业务，通过联合重组和内部管理整合淘汰落后产能，优化提升现有生产线推进玻璃产业转型升级，并形成相关产业化优势。大力发展电子信息显示玻璃：如超薄电子玻璃、TFT-LCD 基板玻璃、ITO 导电膜玻璃等。在现有的 ITO 导电膜玻璃、电容式触摸屏项目、4.5 代 TFT-LCD 基板玻璃、150t/d 超薄电子玻璃项目投产的基础上，重

28

CNBMGRP00013323

点研发 8.5 代 TFT-LCD 超薄基板玻璃、高铝高强触摸屏用保护玻璃、多功能 ITO 导电膜玻璃等。规划期内达到高档浮法玻璃产能达 116 万吨（含 LOW-E 玻璃 1,798 万平米），超薄玻璃（含高铝玻璃）10.5 万吨，电子信息玻璃 5,000 万片。

### 5.2.2 科研及工程服务板块规划发展目标

科技研发企业要继续巩固和提高在玻璃和水泥等传统产业中的技术研发、工程设计的领先地位，大力实施建材清洁生产技术，加快相关清洁生产新标准、新工艺的开发和低碳技术示范，促进传统产业转型升级。同时大力发展"三新"产业，形成以低碳、节能环保为特色的建材新工艺、新技术、新装备及新产品，实现光热光伏利用、碳纤维、低碳化房屋等关键技术的突破，推进"三新"产业协同化、集成化发展。

工程与服务企业要创新工程 EPC 建设模式，采取租赁、合作、承包等多种形式，拓展服务面、增加附加值。要积极参与国家推进"一带一路"战略，加快推进工程总包等工程建设，以工程建设的优势带动集团的投资及海外并购，积极实施技术体系和标准体系走出去战略，推动集团检验检测、安全生产及认证体系的国际化，带动我国具有国际竞争优势的水泥、玻璃、陶瓷、墙体材料等的技术、装备、标准、服务走出去，努力打造中国品牌。

### 5.2.3 装备制造板块规划发展目标

以集团 13 家科研院所拥有的建材、轻工、矿山装备等生产技

29

CNBMGRP00013324

术为基点，以集团现有的装备企业、各院所装备产业化基地为基础，加大产业化力度，向装备的高性能化、生产规模大型化、装备高效化、自动化、智能化、生产过程清洁化以及废弃物综合利用等方面发展。进一步调整产品结构，增强核心竞争力，保持在建材装备、轻工装备等领域的领先地位。通过并购大型装备企业，增强装备实力；充分利用国有资本预算资金、主权基金等，整合装备资源，共同"走出去"，并实施海外装备资源的收购。积极参与国家"一带一路"战略的实施，以工程总包等技术服务和跨境电子商务带动装备的出口。规划期末，集团装备板块营业收入达100亿元以上。

### 5.2.4 物流与贸易板块规划发展目标

拓展物流贸易方式和结构，积极开展价值增值，如电子商务、海外物流园、生产管理、基于大数据平台的零配件供应和生产维修等的综合服务，建立大宗商品集成供应体系、新能源和新型房屋集成体系等。易单网和海外物流园建设紧密结合，以电子商务为手段，以物流园为支撑，打造现代交易平台，促进实体交易，实现线上、线下的完美对接。大力提高综合服务能力，创新服务模式，从过去的传统贸易形式向贸易服务、物流服务、信息服务、金融支持和综合解决方案于一体的现代贸易服务转变，持续提高企业的核心竞争能力。规划期内，贸易板块业务规模维持900亿元左右。

CNBMGRP00013325

### 5.2.5 新型房屋板块规划发展目标

通过集团内部新型房屋业务整合和外部新型房屋企业的联合重组迅速做大做强新型房屋业务板块。通过引进国外"加能源"技术，推广节约能源和太阳能利用与动能系统为一体的"加能源"建筑，促进住宅产业化和新型城镇化事业发展。通过自主研发以及引进国际先进技术进行集成创新，大力发展以冷弯薄壁轻钢结构和预制钢混构件为主的新型房屋体系以及配套的新型建材部品部件，实现新型房屋的工业化生产，并通过完善的供应链管理系统及专业的物流、施工、地产开发服务，形成新型房屋建设的产业链，提供全方位房屋解决方案。通过参与新农村、新城镇、经济适用房的建设与开发等，大力推广新型房屋和推进绿色小镇项目。规划期末，新型房屋业务规模达 100 亿。

### 5.3  新业务培育目标

新业务的培育应以集团整体战略为指引，以市场需求为导向、以重点项目为着力点，积极寻找突破点，按照资本化、专业化、产业化原则，通过技术合作、资本合作、产业投资等多种形式稳妥开拓。在新能源材料领域，逐步**打通从太阳能玻璃、薄膜太阳能电池镀膜、靶材和组件到电站建设的全产业链，力争成为国际一流、国内领先的新能源、新材料产业创新型集成供应商；在健康养老产业领域**，以新型建材、新型房屋开发建设为切入点，积极创新养老产业模式；在文化产业领域，有选择性地培育并不断拓展

CNBMGRP00013326

具有自身特色的相关业务。

## 5.4 主要产品产能（产量）及业务构成表

### 表5-2    2015-2017年集团主要产品产能或产量

| 产品（业务） | 单位 | 2015年 | 2016年 | 2017年 |
|---|---|---|---|---|
| 水泥（产能／产量） | 亿吨 | 4／2.9 | 4／3 | 4／3.1 |
| 商品混凝土(产能) | 亿㎥ | 1.05 | 1.1 | 1.15 |
| 纸面石膏板 | 亿㎡ | 17.5 | 20 | 22 |
| 玻璃纤维及制品 | 万吨 | 110 | 110 | 120 |
| 风机叶片 | 片 | 15,000 | 15,000 | 15,000 |
| 碳纤维及制品 | 吨 | 3,000 | 4,000 | 5,000 |
| 耐火材料及其制品 | 万吨 | 27 | 34 | 42 |
| 高档浮法玻璃 | 万吨 | 85 | 120 | 116 |
| low-E玻璃 | 万平米 | 200 | 975 | 1798 |
| 超薄玻璃（含高铝） | 万吨 | 8 | 10.5 | 10.5 |
| 电子信息玻璃（含ITO和TFT-LCD） | 万片 | 4,260 | 4,260 | 5,000 |
| 科研及工程服务 | 亿元 | 138 | 213 | 226 |
| 装备制造 | 亿元 | 30 | 85 | 100 |
| 物流贸易 | 亿元 | 859 | 889 | 911 |
| 新型房屋 | 亿元 | 22 | 50 | 100 |
| 新能源 | 亿元 | 10 | 30 | 60 |
| 健康养老 | 亿元 | 0.5 | 2 | 5 |
| 文化产业 | 亿元 | 0.1 | 1 | 2 |

注：数据按各下属企业滚动规划加总统计获得。

### 表5-3    2017年集团主业构成表

| 业务板块 | 资产总额 | | 主营业务收入 | | 利润总额 | |
|---|---|---|---|---|---|---|
| | 数量 | 比重（%） | 数量 | 比重 | 数量 | 比重 |

CNBMGRP00013327

| | （亿元） | | （亿元） | （%） | （亿元） | （%） |
|---|---|---|---|---|---|---|
| 产业制造 | 4214 | 80.38% | 1304 | 51.12% | 93 | 68.97% |
| 科技服务 | 417 | 7.96% | 235 | 9.20% | 20 | 14.48% |
| 成套装备 | 26 | 0.49% | 31 | 1.20% | 2 | 1.38% |
| 物流贸易 | 510 | 9.72% | 816 | 32.00% | 7 | 4.83% |
| 新型房屋 | 27 | 0.51% | 102 | 4.00% | 9 | 6.90% |
| 新业务 | 49 | 0.94% | 63 | 2.48% | 5 | 3.45% |
| 合计 | 5242 | 100% | 2550 | 100% | 135 | 100% |

图 5-2　2017 年集团主业构成图



## 5.5 科技创新发展目标

以企业重大需求和集团的科技创新战略为支点，以科技资源的优化配置为基础，以科技与产业的协同为途径，深化、完善科技创新体系与机制建设，努力建立起人才一流、设备先进、专业配套、制度健全的自主技术创新体系。大力推动 "三新" 产业以及战略性新兴产业的技术开发、引进吸收和成果转化，形成一批能引领行业发展并为集团持续发展提供支撑的关键技术或产品，努力做到在相关领域领先一步，占据行业科技创新的制高点。持续保持利用集团现有国家级创新平台加强原始创新和集成创新，为企业 "保增长" 提供技术支撑

33

CNBMGRP00013328

规划末力争实现四个"三"：**一是**集团核心专利保有量超过 3000 项，申请国际专利 12 项左右；**二是**完成新产品、新技术、新工艺开发项目超过 300 项；**三是**承担各类国家级及省部级项目（课题）超过 300 项，**四是**科技投入占主营业务收入的比重力争达到 **3%**，确保 2.5%。

## 5.6 国际化发展目标

推动国际化转型，加大以资本、技术为纽带的全球资源整合力度，积极开辟"一带一路"新兴市场，在亚非拉美欧新一轮基建投资大潮中，积极寻找新业务机会，稳妥收购发达国家具有品牌和技术优势的高端产业；加强对外投资合作，积极探索境外产业布局，推进业务国际化。在境外成熟地区建立建材物流贸易中心和物流园，以优势业务领域入手逐步打造门类齐全、资源丰富的建材集成供应链；在出口技术与装备的同时，将国际业务向技术改造、生产管理、投资领域延伸；选择合适的地区与项目，尝试控股、参股、并购等多种投资模式，加强集团海外工程领域国际竞争实力。将建材产品出口逐步与建材技术装备出口和资本输出相融合。力争规划期末国际化指数达到 5%

## 5.7 人力资源规划目标

全面贯彻"人才强企"战略，集团作为发展混合所有制经济和中央企业落实董事会职权的"双试点"企业，要加快推进改革创新。创新人才工作体制机制，完善人力资源管理制度，建立健全适应

34

CNBMGRP00013329

市场经济要求、具有活力的人才发展机制和环境；推动各类别、各层次人才的开发、引进和培养，全面优化人才结构、加强队伍建设；逐步建立适应集团发展的教育培训体系，大幅提高人才创新能力，提高人才素质。为实现人力资源管理的有效性和人力资本的增值化奠定基础，为集团总体战略目标实现提供人才保障。重点目标为：

一是实现企业领导管理体制的突破

适应集团公司向国有资本投资公司模式转变的要求，由传统的领导人员管理向以完善公司治理为核心的出资人代表管理转变。结合职业经理人制度，完善干部考核与任免办法；突出经营业绩考核、综合考评结果的协同应用，推进三项制度的全面改革，加快建立能上能下、能进能出、能增能降的人力资源管理机制。

二是分配激励机制改革初见成效

进一步强化绩效导向机制，完善以经营业绩考核为基础的薪酬分配和中长期激励机制；制定相应的制度和管理办法，完善工资总额与效益联动机制；积极探索混合所有制体制下实施员工持股的多种形式，加快推进分配制度改革。

三是人才结构得到优化

坚持高端引领、整体开发，统筹推进出资人代表、经营管理人才、党群工作者、科技人才和技能人才队伍协调发展。培养"五有干部"，规范职业经理人管理体系，大力推进科技研发人才队伍

35

CNBMGRP00013330

和科技创新团队建设；以"五个培训"、实训基地为平台，着力培养一支数量充足、结构合理、素质优良的高技能人才队伍。

## 5.8 投资风险控制目标

### 5.8.1 资产负债率控制目标

规划期内，集团将继续按照"整合优化、增效降债"的要求，以严控投资规模、提升盈利能力、拓展融资渠道、优化债务结构、控制债务规模为重点，加强债务风险管理。继续严控投资规模，对所有重组和新建项目进行严格审核，未经批准所有项目不得开展。在开源节流、降本增效上下更大功夫，深化管理整合和精细管理，大力压缩非生产性支出。进一步扩大直接融资规模，逐步改善集团的资本结构。稳妥开展融资创新，探索新的融资模式，继续开展永续债的发行等。通过以上措施，到规划期末将资产负债率控制在 77.5%以内。详见下图：



### 5.8.2 非主业投资控制目标

规划期内集团不进行非主业投资。

36

CNBMGRP00013331

## 第六章 规划的实施及保障措施

### 6.1 规范投资管理，严控投资规模

继续发挥投资在集团发展中的重要作用。规划期内，要严控资投资规模，严格资本支出。注重创新投资模式，实现水泥、玻璃、新型建材及装备制造等业务的投资方向从本土市场为主转向"一带一路"市场的转变；投资重点由传统产业向"三新"产业和培育新业务方面的转变。重点加强投资项目决策的模式化管理，总结归纳投资项目决策要点，并对投资项目决策过程中的纪要、决议、批复等文件进行固化，进一步保障项目决策的科学性，提高管理效率。

集团公司通过完善优化和严格执行投资管理制度，有效地防范各类投资风险，实现事前、事中、事后的全程管控过程。实际工作中加强投资审批程序、资料完备性与实质内容审核，严控不符合企业财务承受能力的投资。

2015—2017 年集团投资规模预计为 588 亿元。其中固定资产投资 421 亿元，股权投资 167 亿元，境外投资 31 亿元。按产业板块分类情况见下表

### 表6-1   2015-2017年集团重大投资项目计划汇总表

| 序号 | 项目类别 | 规划期投资额<br>（万元） | 所占比重 |
|------|----------|------------------------|----------|
| 1 | 水泥及混凝土 | 2,593,000 | 44.10% |

37

CNBMGRP00013332

| 2 | 新玻璃 | 873,458 | 14.85% |
| 3 | 新型建材、新材料 | 859,325 | 14.61% |
| 4 | 新能源 | 644,045 | 10.95% |
| 5 | 装备制造 | 220,317 | 3.75% |
| 6 | 物流贸易 | 126,567 | 2.15% |
| 7 | 新型房屋产业 | 222,500 | 3.78% |
| 8 | 产业研发制造基地及配套设施 | 161,058 | 2.74% |
| 9 | 培育新产业 | 180,000 | 3.06% |
| 合计 | | 5,880,270 | 100% |

其中，固定资产投资 421 亿元，按产业分类如下（详见附件 1）：

### 表6-2 2015-2017 年重大固定资产投资项目计划汇总表

| 序号 | 项目类别 | 规划期投资额<br>（万元） | 所占比重 |
|---|---|---|---|
| 1 | 水泥及混凝土 | 1,793,000 | 42.60% |
| 2 | 新玻璃 | 463,567 | 11.01% |
| 3 | 新型建材、新材料 | 759,325 | 18.04% |
| 4 | 新能源 | 475,045 | 11.29% |
| 5 | 装备制造 | 120,317 | 2.86% |
| 6 | 物流贸易 | 54,317 | 1.29% |
| 7 | 新型房屋产业 | 202,500 | 4.81% |
| 8 | 产业研发制造基地及配套设施 | 161,058 | 3.83% |
| 9 | 培育新产业 | 180,000 | 4.28% |
| 合计 | | 4,209,129 | 100% |

股权投资 167 亿元，按产业分类如下（详见附件 2）：

### 表6-3　2015-2017 年重大联合重组项目计划汇总表

| 序号 | 项目类别 | 规划期投资额<br>（万元） | 所占比重 |
|---|---|---|---|
| 1 | 水泥及混凝土 | 800,000 | 47.87% |

CNBMGRP00013333

| 2 | 新玻璃 | 409,891 | 24.53% |
| 3 | 新型建材、新材料 | 100,000 | 5.98% |
| 4 | 新能源 | 169,000 | 10.11% |
| 5 | 装备制造 | 100,000 | 5.98% |
| 6 | 物流贸易 | 72,250 | 4.32% |
| 7 | 新型房屋产业 | 20,000 | 1.20% |
| 合计 | | 1,671,141 | 100% |

境外投资 31 亿元，具体项目见附件 3。

全部投资项目分年度投资计划情况如下表：

### 表 6-1   2015-2017 年度投资计划情况表

单位：亿元

| 年度 | 计划总投资 | 按投资方向分 | | 按资金来源分 | | | 按投资类别分 | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | 主业 | 非主业 | 自有资金 | 贷款 | 其他 | 固定资产投资 | 股权投资 |
| 2015 年 | 210 | 210 | 0 | 123 | 76 | 11 | 132 | 78 |
| 2016 年 | 191 | 191 | 0 | 112 | 67 | 12 | 143 | 48 |
| 2017 年 | 187 | 187 | 0 | 109 | 61 | 16 | 146 | 41 |
| 其中境外投资 | 31 | 31 | 0 | 15 | 16 | 0 | 24 | 7 |
| 合计 | 588 | 588 | 0 | 344 | 205 | 39 | 421 | 167 |

### 6.2 加大资本运作力度，拓展融资渠道

在保证利润稳步增长的前提下，从各层面拓展融资渠道，以满足投资项目的资金需求。加大资本运作力度，在国家现有政策规定范围内，充分利用资本市场，搞活国有资本，逐步实现国有资本的证券化；继续推进现有上市公司增发，积极引进战略投资者；发展混合所有制，引入优秀的高管和技术团队参与企业改制。大力拓展融资渠道，创新融资方式，持续优化资本结构和债务结构。稳步推进发债、信托、委托贷款、融资租赁等多种形式的债

CNBMGRP00013334

务融资，努力降低资金成本，减少财务费用。积极探索发行优先
股、永续债等新的融资方式。加强资金管理，逐步实现以分层级
适度集中、安全高效运转为目标的资金管理体系，提升资金的集
约化管理水平，发挥资金整合协同效应。力争规划期内推进多个
IPO，完成三个 50 亿（即 50 亿集团永续债、50 亿中国建材股份
永续债、50 亿增发上市权益融资）。

## 6.3  完善治理结构，推进"双试点"改革

作为国资委"双试点"企业，集团将积极开展以混合所有制
改革为重点的股权多元化改革和董事会行使三项职权的改革试点
工作。

一是混合所有制经济试点方面，要坚持"混得充分、混得规范、
混出效果"的原则，坚持效益优先、活力优先、员工持股优先的"三
优先"方针；通过改革把市场机制真正引入企业，即让所有者真正
到位，充分发挥企业家作用，建立经营者和所有者利益、企业效
益正相关的关系。通过混合所有制改革，健全公司法人治理结构、
完善职业经理人制度和市场化劳动用工制度、完善市场化激励和
约束机制、建立员工持股制度、探索建立有效监管机制及建立党
组织发挥政治核心作用的有效机制。

二是在董事会改革方面，通过董事会对集团高级管理人员选
聘、业绩考核和薪酬试点工作，进一步完善法人治理结构，增强
董事会的独立性、权威性和有效性。进一步厘清出资人、董事会

CNBMGRP00013335

和经营层的权限范围，依法规范行权的方式及流程。进一步建立市场导向的高级经管人员选聘、业绩考核和薪酬管理机制，实现董事会对高管人员的契约化管理。按照"以管资本为主"，从资本回报、价值创造和可持续发展等方面明确考核标准，开展测试评价。根据企业经营状况和企业在国际国内市场地位，明确薪酬策略和高管人员的市场价值，薪酬水平和岗位、个人业绩相匹配，并建立，建立考核评价和追责机制。

### 6.4 加快两化融合，推进智能制造

加快两化融合步伐，重点促进关键装备、工艺流程的智能化，形成"水泥+鼠标"的智能制造生产模式。未来三年，集团以平台建设、智能工厂示范、技术推广普及为着力点，努力实现集研发设计、物流采购、生产控制、经营管理、市场营销为一体的流程工业全链条全系统智能化，大力推动企业向服务制造型转变。到2017年底，实现标准引导、平台服务、示范引领、推广普及的企业两化深度融合推进机制初步形成。生产过程控制优化、计算机辅助设计、模拟仿真、电子商务、商业智能等应用基本普及。研发设计、数据分析、质量控制、集成应用、协同创新等薄弱环节得到明显加强。两化深度融合成为企业战略决策、创新发展的新常态。

### 6.5 夯实基础管理，强化降本增效

继续做好做实现有实体产业的经营管理。**一是**坚持符合市场规律的经营管理理念，进一步强化"格子化管控"，推行"价本利"，实施"八大工法"，打造"六星企业"。**二是**继续开展深度管理整合，强

41

化绩效文化和数字化管理，强化精益生产、精细管理和管理改进，深化"三五"管理，坚决做到"四减"，精简机构，减少冗员，狠抓开源节流、降本增效，通过完善成本管理制度，压缩可控费用、优化业务流程等措施，积极拓展盈利空间。**三是**强化关键指标问责、强化"稳价、降本、收款、压库"工作方针，坚定不移地巩固和夯实核心利润区，进一步提高市场占有率，实现稳价保价，促进行业价值合理回归和健康发展。及时调整产品结构，创新营销模式，扩大市场份额。加强与相关领域大型企业的合作，紧抓大客户、大项目、大订单。**四要**建立适应新常态的企业发展方式，强调从外延式发展向内生式发展转变，从重视发展速度向重视发展质量转变，从追求规模扩张向追求效益提升转变。在巩固规模优势的基础上，深挖内部潜力，积极向先进企业对标，强化专注严谨务实的管理风格，提高管理集约化和精细化水平，确保各项指标健康可持续。

## 6.6 完善内控机制，加强风险管控

继续强化内控体系建设，加大对内控缺陷的整改和考核力度，确保有效执行。继续深入开展全面风险管理，着力实现风险管理与各项业务管理活动的有机融合，严控大宗物资贸易资金链风险。强化"经营依法、决策问法"理念，不断完善总法律顾问制度和法律风险防范机制。进一步提高对审计工作重要性的认识，完善内审工作体系的建设，推进内审机构和内审队伍建设，加强对重要子企业的审计监督和指导，充分发挥内部审计的作用，做到审必

CNBMGRP00013337

严、责必究，使审计工作真正落到实处。

## 6.7 履行社会责任，营造绿色环境

建立健全社会责任管理体系，积极践行市场绩效、科技创新、节能环保、员工关爱、企业公民五大方面的社会责任。坚持履行社会责任与促进企业发展相结合，立足企业实际，将社会责任理念融入企业战略、覆盖企业管理的全方位、全过程，促进企业又好又快发展。坚持守护蓝天是企业的第一责任，将节能减排贯穿与生产经营的每一个环节，坚持绿色发展，主动减少排放，建设生态工业，从自己做起、从企业做起，为恢复蓝天、守护蓝天、共享蓝天的美丽中国贡献力量。

## 6.8 抓好党建工作，弘扬企业文化

抓好党建工作，要不断强化理论武装，提高党性修养，坚持"三严三实"，巩固群众路线教育实践活动成果，努力实现两手抓两促进。要加强领导班子建设，严格党内政治生活。要严格落实"两个责任"，切实抓好党风廉政建设和反腐败工作，落实从严治党责任，严格贯彻八项规定精神，形成作风建设新常态。

大力弘扬优秀的企业文化，树立牢固的理想信念，自觉信奉、共同遵守和坚决维护集团统一的价值观和文化体系。包括"善用资源，服务建设"的企业使命，"创新、绩效、和谐、责任"的核心价值观，"三宽三力"的人文环境，"敬畏、感恩、谦恭、得体"的干部素养等。要深刻理解集团发展战略、经营理

CNBMGRP00013338

念、文化内涵，深刻理解、融会贯通，一以贯之地坚持下去。要下大力气抓好文化一体化建设，强化底线思维，加大文化宣贯力度，彻底消除"集而不团"和"文化孤岛"现象。各级领导干部要牢记央企的使命和责任，牢记"两个务必"，认真学习，做"五有"，落实"八讲"要求，坚持"四不准"原则，勇于创新，风清气正，凝聚正能量，真正成为带领企业攻坚克难的主心骨和生力军。

在本规划期内，中国建材集团将继续深入贯彻落实党中央、国务院的一系列重大战略部署，扎实工作，锐意进取，开拓创新，加快调整结构和转型升级，着力提高企业经济效益，深化企业法人治理结构，完善企业管理机制，全面提升集团的综合实力、核心竞争力和抗风险能力，为将集团建设成为又强又优、具有国际竞争力的世界一流建材产业集团，引领我国建材工业又好又快发展做出新的更大的贡献！

CNBMGRP00013339

附件 1

## 2015-2017 年重大固定资产投资项目计划表

| 编号 | 项目内容 | 计划总投资（万元） | 规划期内投资额（万元） | 起止时间 |
|---|---|---|---|---|
| 1 | 续建水泥熟料生产线 | 438,000 | 428,000 | 2015-2017 |
| 2 | 续建水泥粉磨生产线 | 79,000 | 69,000 | 2015-2017 |
| 3 | 水泥窑纯低温余热发电建设项目 | 10,000 | 10,000 | 2015-2017 |
| 4 | 石灰石矿山资源整合 | 328,000 | 328,000 | 2015-2017 |
| 5 | 联合其他投资者收购一家石矿 | 100,000 | 100,000 | 2015-2017 |
| 6 | 建设骨料生产线 | 19,000 | 19,000 | 2015-2017 |
| 7 | 建设混凝土搅拌站 | 1,000 | 1,000 | 2015-2017 |
| 8 | 建 200 万立方搅拌站 | 6,000 | 6,000 | 2015-2017 |
| 9 | 收购 100 万立方搅拌站 2 家 | 8,000 | 8,000 | 2015-2017 |
| 10 | 熟料线技改、粉磨站改造、石灰石矿山及传输改造、节能环保技改等项目 | 464,000 | 304,000 | 2015-2017 |
| 11 | 污泥处理、垃圾焚烧等环保项目 | 23,000 | 23,000 | 2015-2017 |
| 12 | 物流、码头等配套设施建设 | 212,000 | 197,000 | 2015-2017 |
| 13 | 投资带动工程总包及装备出口项目 | 300,000 | 300,000 | |
| | 水泥及混凝土合计 | 1,988,000 | 1,793,000 | |
| 14 | 新建 50t/d 触换屏用超薄高铝盖板玻璃生产线 | 65,688 | 65,688 | 2015.1-2016.6 |
| 15 | 成都中光电 TFT-LCD 玻璃基板一线后加工配套完善工程 | 9,549 | 9,549 | 2015.1-2015.12 |
| 16 | 成都中光电一期一线前工程冷修 | 14,158 | 14,158 | 2015.1-2015.12 |
| 17 | 成都中光电液晶玻璃基板一期扩建项目 | 78,872 | 78,872 | 2015.1-2015.12 |
| 18 | 建设年产 120 万片 8.5 代 TFT-LCD 超薄基板玻璃生产线 | 100,000 | 70,000 | 2016.12-2018.8 |
| 19 | 新建 10 条 TFT-LCD 减薄生产线 | 15,000 | 13,000 | 2014.7-2015.12 |
| 20 | 年产 1000 万㎡中铝背板玻璃项目 | 50,000 | 50,000 | 2016.1-2017.10 |

45

CNBMGRP00013340

| 编号 | 项目内容 | 计划总投资（万元） | 规划期内投资额（万元） | 起止时间 |
|---|---|---|---|---|
| 21 | 洛玻600t/d在线Low-E镀膜玻璃生产线项目二期（在线Low-E部分） | 14,329 | 14,329 | 2015-2016.12 |
| 22 | 河南省中联玻璃有限责任公司600t/d在线Low-E优质浮法玻璃生产线技术改造工程 | 33,758 | 3,780 | 2013.7-2015.5 |
| 23 | 河南省中联玻璃有限责任公司浮法玻璃生产线烟气余热发电项目 | 7,191 | 5,791 | 2014.4-2015 |
| 24 | 玻璃深加工一期项目 | 14,300 | 14,300 | 2014.1-2017.12 |
| 25 | 玻璃深加工二期项目 | 14,800 | 14,800 | 2016.5-2017.12 |
| 26 | 河南省中联玻璃有限责任公司浮法一线脱硫脱硝工程 | 3,400 | 3,400 | 2015.1-2015.6 |
| 27 | 河南省中联玻璃有限责任公司浮法三线技改工程 | 7,000 | 7,000 | 2015.3-2015.7 |
| 28 | 浮法二线、三线整体搬迁改造项目 | 58,700 | 58,700 | 2017.2-2017.12 |
| 29 | 兴科玻璃有限公司厂区搬迁 | 13,000 | 9,000 | 2013.4-2015.5 |
| 30 | 华光本部搬迁 | 25,000 | 25,000 | 2015.1-2015.12 |
| 31 | 内江公司大面积多功能镀膜玻璃成套设备及相关产品示范生产线项目 | 19,540 | 4,200 | 2013.1-2015.1 |
| 32 | 华益建设一条G+F电容屏项目生产线 | 2,000 | 2,000 | 2015.1-2015.6 |
|  | 新玻璃合计 | 546,285 | 463,567 |  |
| 33 | 碳纤维及制品生产线建设项目 | 102,000 | 72,100 | 2015-2017 |
| 34 | 玻璃纤维、玻璃纤维布生产线建设项目 | 297,000 | 163,000 | 2015-2017 |
| 35 | 石墨生产加工项目、石墨产业园区建设 | 230,000 | 160,000 | 2015-2019 |
| 36 | 反渗透海水淡化膜、高性能航空树脂、艇体材料及风机发电机舱罩等复合材料生产项目 | 32,000 | 32,000 | 2015-2017 |
| 37 | 塑胶地板、卷材地板、塑料建材生产线项目 | 32,000 | 18,000 | 2015-2017 |
| 38 | 中创电子年产2000吨钛酸钡项目 | 4,995 | 4,995 | 2015.1-2016.1 |
| 39 | 中恒新材料高纯氧化锆项目 | 30,313 | 23,500 | 2013.2-2017 |
| 40 | 年产2万吨高纯氧化锆项目 | 30,000 | 18,000 | 2016.2-2017.6 |
| 41 | 高纯石英原料深加工项目 | 25,000 | 5,000 | 2017.4-2018.6 |

CNBMGRP00013341

| 编号 | 项目内容 | 计划总投资（万元） | 规划期内投资额（万元） | 起止时间 |
|---|---|---|---|---|
| 42 | 年产 100 吨 ITO 靶材生产线 | 45,000 | 45,000 | 2016.1-2017.12 |
| 43 | 年产 3000 吨空心玻璃微珠生产线 | 7,000 | 3,000 | 2017.5-2018.8 |
| 44 | 石膏板、装饰板、高强度石膏粉湿法生产线建设项目 | 181,000 | 181,000 | 2015-2017 |
| 45 | 新建及续建龙骨生产线项目 | 4,000 | 4,000 | 2015-2017 |
| 46 | 方兴光电年产 80 万㎡电容式触摸屏柔性镀膜生产线 | 10,030 | 10,030 | 2015.1-2016.1 |
| 47 | 华益导电膜 OGS 项目 | 5,000 | 3,200 | 2014.4-2015.2 |
| 48 | 华益导电膜池州项目 | 2,000 | 1,500 | 2014.6-2015.2 |
| 49 | 生产线搬迁改造-华益 | 5,000 | 5,000 | 2015.1-2015.6 |
| 50 | 池州光电基地项目 | 10,000 | 10,000 | 2010.5-2016.12 |
|  | 新型建材、新材料合计 | 1,052,338 | 759,325 |  |
| 51 | 兆瓦级风机叶片生产线建设项目，研制开发新型模具 | 50,000 | 50,000 | 2015-2017 |
| 52 | 蚌埠院年产 100 兆瓦铜铟镓硒薄膜太阳能电池生产线项目 | 80,000 | 80,000 | 2015.3-2016.9 |
| 53 | 安徽天柱绿色新能源光伏瓦、光伏组件生产线 | 8,000 | 8,000 | 2015.1-2016.5 |
| 54 | 成都中建材 80 兆瓦碲化镉薄膜太阳能生产线 | 59,926 | 52,800 | 2014.4-2018 |
| 55 | 桐城新能源超白压延玻璃生产线及深加工项目基地 | 30,000 | 6,000 | 2010.12-2015.12 |
| 56 | 中建材浚鑫泰国公司建设 100MW 光伏电池及组件生产线 | 13,000 | 13,000 | 2015-1-2015-12 |
| 57 | 安徽盛世新能源材料科技有限公司 6 兆瓦分布式光伏发电项目 | 5,171 | 5,171 | 2015-1-2015-12 |
| 58 | 安徽华光光电材料科技集团有限公司 3 兆瓦分布式光伏发电项目 | 2,601 | 2,601 | 2015-1-2015-12 |
| 59 | 中建材蚌埠中恒新材料科技有限责任公司 2 兆瓦分布式光伏发电项目 | 1,670 | 1,670 | 2015-1-2015-12 |
| 60 | 中建材蚌埠凯盛技术工程有限责任公司 2 兆瓦分布式光伏发电项目 | 1,867 | 1,867 | 2015-1-2015-12 |
| 61 | 蚌埠兴科玻璃有限公司 4 兆瓦分布式光伏发电项目 | 3,458 | 3,458 | 2015-1-2015-12 |
| 62 | 中建材浚鑫科技股份有限公司江阴临港 1.7 兆瓦分布式光伏发电项目 | 1,445 | 1,445 | 2015-1-2015-12 |

CNBMGRP00013342

| 编号 | 项目内容 | 计划总投资（万元） | 规划期内投资额（万元） | 起止时间 |
|---|---|---|---|---|
| 63 | 中建材浚鑫科技股份有限公司青阳工业园5兆瓦分布式光伏发电项目 | 4,271 | 4,271 | 2015-1-2015-12 |
| 64 | 中建材浚鑫科技股份有限公司江阴保税物流中心5兆瓦分布式光伏发电项目 | 4,271 | 4,271 | 2015-1-2015-12 |
| 65 | 中建材浚鑫科技股份有限公司海安高新区10兆瓦分布式光伏发电项目 | 8,628 | 8,628 | 2015-1-2015-12 |
| 66 | 英吉沙县尚检20兆瓦光伏并网发电项目 | 19,021 | 19,021 | 2015-1-2015-12 |
| 67 | 英吉沙县保德20兆瓦光伏并网发电项目 | 19,021 | 19,021 | 2015-1-2015-12 |
| 68 | 中建材阿克苏柯坪20兆瓦光伏并网发电项目 | 19,021 | 19,021 | 2015-1-2015-12 |
| 69 | 中建材浚鑫生产线技改项目 | 7,800 | 7,800 | 2015-1-2015-12 |
| 70 | 工程建设、新能源开发 | 273,000 | 167,000 | 2015-2018 |
|  | 新能源合计 | 612,171 | 475,045 | |
| 71 | 合肥神马大型节能环保电线电缆装备制造基地技改项目 | 35,798 | 11,000 | 2011—2015 |
| 72 | 北新机械新型建材装备研发制造基地 | 20,000 | 8,800 | 2012—2015 |
| 73 | 轻工业杭州机电设计研究院项目 | 27,330 | 18,000 | 2013—2015 |
| 74 | 南京轻机聚酯瓶装果汁饮料无菌包装生产线产业化 | 45,000 | 10,100 | 2012—2016 |
| 75 | 合肥神马海洋工程成套装备及职能控制系统生产基地项目 | 23,271 | 10,530 | 2014—2015 |
| 76 | 凯盛重工退市进园 | 62,000 | 23,000 | 2011.1-2015.12 |
| 77 | 凯盛重工安徽凯盛铸锻工业园项目 | 35,000 | 15,500 | 2014.2-2019 |
| 78 | 蚌埠化机搬迁改造项目 | 8,387 | 8,387 | 2015.3-2016.4 |
| 79 | 其他单项工程 | 15,000 | 15,000 | 2015—2017 |
|  | 装备制造合计 | 271,786 | 120,317 | |
| 80 | 南宫物流产业园项目 | 8,802 | 1,800 | 2011年1月-2015年12月 |
| 81 | 海外建设建材店 | 55,000 | 52,002 | 2015-2017 |
| 82 | 易单网信息系统三期 | 115 | 115 | 2015 |
| 83 | 信息中心数据安全防护硬件 | 100 | 100 | 2015 |
| 84 | 新信息系统软件费用 | 300 | 300 | 2015 |
|  | 物流贸易合计 | 64,317 | 54,317 | |

CNBMGRP00013343

| 编号 | 项目内容 | 计划总投资（万元） | 规划期内投资额（万元） | 起止时间 |
|---|---|---|---|---|
| 85 | 新能源房屋组件生产及示范（住宅产业化）项目 | 200,000 | 80,000 | 2016.1-2018.12 |
| 86 | 成都年产200万㎡房屋生产基地项目 | 17,100 | 2,300 | 2009年12月-2015年6月 |
| 87 | 连云港新年产200万㎡型房屋生产基地项目 | 21,390 | 6,800 | 2012年1月-2015年12月 |
| 88 | 海南年产200万㎡房屋生产基地项目 | 14,535 | 5,200 | 2012年2月-2015年12月 |
| 89 | 牡丹江年产200万㎡新型房屋制造基地项目 | 19,989 | 7,800 | 2013年1月-2015年12月 |
| 90 | 海南房屋示范园项目 | 23,600 | 3,500 | 2012年-2017年 |
| 91 | 运城房屋示范园项目 | 232,000 | 2,000 | 2015年-2025年 |
| 92 | 绵阳房屋示范园项目 | 561,000 | 300 | 2015年-2030年 |
| 93 | 三明房屋示范园项目 | 50,000 | 400 | 2015年-2020年 |
| 94 | 南平房屋示范园项目 | 50,000 | 400 | 2015年-2020年 |
| 95 | 安吉房屋示范园项目 | 50,000 | 2,000 | 2016年-2018年 |
| 96 | 安吉房屋生产基地项目 | 15,000 | 2,000 | 2016年-2018年 |
| 97 | 乐山华构及浙江基地 | 150,000 | 89,800 | 2015—2020 |
|  | 新型房屋产业 | 1,404,614 | 202,500 |  |
| 98 | 哈玻院复合材料产业化基地建设项目 | 25,268 | 9,800 | 2015年 |
| 99 | 总院十一五、XX工程生产线技术改造项目 | 1,430 | 1,430 | 2015年 |
| 100 | 总院十二五、XX工程生产能力建设项目 | 1,710 | 1,710 | 2017 |
| 101 | 总院多小项目 | 15,291 | 15,291 | 2014-2017 |
| 102 | 西北（陕西）基地建设项目 | 10,322 | 8,120 | 2013-2017 |
| 103 | 华南（广州）基地建设项目 | 11,752 | 9,730 | 2013-2017 |
| 104 | 华东（上海）基地建设项目 | 19,281 | 16,000 | 2012-2017 |
| 105 | 华北（北京）基地建设项目 | 29,095 | 26,800 | 2012-2017 |
| 106 | 苏州基地建设项目 | 5,500 | 2,000 | 2013-2015 |
| 107 | 合肥中都机械公司生产设备更新项目 | 1,000 | 1,000 | 2015.1 |
| 108 | 合肥固泰自动化公司产业园二期建设工程 | 850 | 850 | 2015.1 |

CNBMGRP00013344

| 编号 | 项目内容 | 计划总投资（万元） | 规划期内投资额（万元） | 起止时间 |
|---|---|---|---|---|
| 109 | 合肥中亚建材装备有限公司生产设备改造 | 400 | 400 | 2015.1 |
| 110 | 中建材机电公司实验室建设及设备更新项目 | 130 | 130 | 2015.1 |
| 111 | 秦皇岛院浮法玻璃逐级熔化及表面改性技术装备研发与示范基地 | 14,526 | 7,400 | 2013—2015 |
| 112 | 咸阳院陶瓷砖节能干法短流程工艺及关键装备研发与示范基地 | 23,000 | 7,100 | 2011—2016 |
| 113 | 脱硫脱硝一体化技术及装备研发中心 | 14,700 | 10,200 | 2024—2015 |
| 114 | 华丰大厦购置 | 19,800 | 19,800 | 2014—2015 |
| 115 | 洛玻"三供一业"改造移交工程项目 | 15,297 | 15,297 | 2015-2017.12 |
| 116 | 中国凯盛科技园四期工程（新能源装备项目） | 25,000 | 8,000 | 2012-3-2016-1 |
| 117 | 个别企业整体异地搬迁扩建项目 | 30,000 | 18,000 | 2015-2017 |
|  | 产业研发制造基地及配套设施合计 | 234,352 | 161,058 |  |
| 118 | 养老产业基地建设 | 200,000 | 80,000 | 2016—2020 |
| 119 | 文化产业等其他培育新产业项目 | 200,000 | 100,000 | 2016—2020 |
|  | 培育新产业项目 | 400,000 | 180,000 |  |
| 合计 |  | 6,573,862 | 4,209,129 |  |

CNBMGRP00013345

附件 2

## 2015-2017 年股权投资项目计划表

| 序号 | 项目名称 | 计划总投资（万元） | 规划期总投资（万元） | 起止时间 |
|---|---|---|---|---|
| 1 | 联合重组水泥、商混、矿山企业 | 800,000 | 800,000 | 2015-2017 |
| 2 | 联合重组石膏板企业 | 50,000 | 50,000 | 2015-2017 |
| 3 | 联合重组风机叶片企业 | 40,000 | 40,000 | 2015-2017 |
| 4 | 联合重组碳纤维企业 | 10,000 | 10,000 | 2015-2017 |
| 5 | 联合重组玻璃纤维上下游企业 | 40,000 | 40,000 | 2015-2017 |
| 6 | 联合重组建材家居超市企业 | 70,000 | 57,000 | 2015-2019 |
| 7 | 设立大宗网科技有限公司 | 4,250 | 4,250 | 2015 |
| 8 | 设立中建材上海自贸区供应链服务有限公司 | 5,000 | 5,000 | 2015 |
| 9 | 设立优备网 | 6,000 | 6,000 | 2016-2017 |
| 10 | 增资德国阿旺西斯有限公司 | 18,000 | 18,000 | 2015 |
| 11 | 并购蚌埠市建筑设计研究院 | 30,000 | 20,000 | 2015-2020 |
| 12 | 并购黄山恒源石英材料有限公司 | 2,436 | 2,436 | 2015-2016 |
| 13 | 并购安徽盛世新能源材料科技有限公司 | 4,550 | 4,550 | 2015-2017 |
| 14 | 方兴科技购买深圳国显科技控股权 | 52,905 | 52,905 | 2015 |
| 15 | 中国建材工程股权投资项目 | 10,175 | 36,000 | 2015-2020 |
| 16 | 凯盛科技玻璃及新能源并购项目 | 200,000 | 75,000 | 2015-2020 |
| 17 | 凯盛科技其他并购项目 | 350,000 | 350,000 | 2015-2017 |
| 18 | 装备企业并购 | 200,000 | 100,000 | 2015-2020 |
| 合计 | | 1,893,316 | 1,671,141 | - |

CNBMGRP00013346

附件 3

## 2015-2017 年重大境外投资项目计划表

| 编号 | 项目内容 | 计划总投资（万元） | 起止时间 |
|---|---|---|---|
| 1 | 股份公司通过香港子公司或 BVI 并收购中国山水集团股权 | 52,000 | 2015-2017 |
| 2 | 中国巨石设立巨石美国南卡公司并建设年产 8 万吨池窑拉丝生产线项目 | 118,000 | 2015-2017 |
| 3 | 巨石埃及公司扩建年产 8 万吨池窑拉丝生产线项目 | 75,000 | 2015-2017 |
| 4 | 中建材浚鑫泰国公司建设 100MW 光伏电池及组件生产线 | 8,000 | 2015-2017 |
| 5 | 中建材投资竞买澳门水泥厂股权 | 16,000 | 2015-2017 |
| 6 | 中建材投资收购 WILCO 公司股权 | 4,000 | 2015-2017 |
| 7 | 莫尔兹比港第二家建材新店 | 2,000 | 2015-2017 |
| 8 | 莱城第二家建材新店 | 1,000 | 2015-2017 |
| 9 | 津巴布韦建材家居店 | 2,000 | 2015-2017 |
| 10 | 赞比亚建材家居店 | 2,000 | 2015-2017 |
| 11 | 巴新本土建材家具店（5 家） | 8,000 | 2015-2017 |
| 12 | 巴新外南太地区连锁店（3 家） | 5,000 | 2015-2017 |
| 13 | 非洲及中南美地区连锁店（10 家） | 16,000 | 2015-2017 |
| 14 | 中国建材国际新加坡公司 | 3,000 | 2015 |
| 15 | 中国建材国际巴西公司 | 610 | 2015 |
| 16 | 中国建材国际智利公司 | 61 | 2015 |
| 17 | 中国建材国际缅甸公司 | 31 | 2015 |
| 18 | 中国建材国际阿曼公司 | 61 | 2015 |
| 19 | 中国建材国际巴林公司 | 61 | 2015 |
| 20 | 中国建材国际贸易卡塔尔公司 | 61 | 2015 |
| 21 | 中国建材国际科威特公司 | 61 | 2015 |
| 22 | 中国建材国际沙特公司 | 61 | 2015 |
| 23 | 进出口公司新设其他海外公司 | 1,200 | 2016-2017 |
| 合计 | | 314,207 | - |

CNBMGRP00013347