

FSIA
EXHIBIT
47

<u>Partial Translation of CNBMGRP00371516-371562</u>

<u>CNBMGRP00371516</u>

Taishan Gypsum Company Limited

Comprehensive Risk Management Report for the Year 2011

## I. Review of Taishan Gypsum's Comprehensive Risk Management Work for the Year 2010

### (I) Information on the comprehensive risk management work of Taishan Gypsum for the year 2010

1. According to the requirements by CNBM Co., Ltd. in the "*Notice on the Work Arrangement of the Comprehensive Risk Management of China National Building Material Company Limited for the Year 2010*" (CNBM Co., Ltd. Issuance [2010] No. 86) and that by BNBM PLC in the "*Notice on the Work Arrangement of the Comprehensive Risk Management for the Year 2010,*" Taishan Gypsum Company Limited (abbreviated as "Taishan Gypsum") started the construction of the comprehensive risk management system in 2010. To ensure that the Company's construction of comprehensive risk management system is implemented smoothly and that the work is fully and effectively initiated, the Company's leaders paid high attention to the work on comprehensive risk management, established organizations and institutions for the construction of comprehensive risk management system, and established a comprehensive risk management leadership group whose chief is Tongchun Jia, the Company's general manager, and a work group whose chief is Weimin Mi, the Company's chief accountant. The leadership group is responsible for organizing, leading, promoting the general work on comprehensive risk management, and guiding the work of comprehensive risk management to progress steadily; the work group is responsible for organizing the implementation of the project, including organizing and initiating the preliminary information collection, organization and analysis, and assessment of risk management and drafting the comprehensive risk management report, establishing the strategies and solution plans for managing significant and important risks, and refining the risk management system. The Finance

Department is the functional department of the Company's comprehensive risk management, and is responsible for the daily work of the Company's comprehensive risk management under the instructions of the comprehensive risk management work group.

…

**CNBMGRP00371518**

…

**(II) Information on the significant risk management of Taishan Gypsum for the year 2010**

By collecting, identifying, analyzing, and assessing the information on risk management and by filtering and making judgments comprehensively, Taishan Gypsum finally assessed and confirmed 10 important risks in March 2010, and no significant risks was identified.

**CNBMGRP00371519**

However, in May 2010, the United States gypsum board event, a legal dispute risk, arose. This was an unexpected risk. After conducting analysis and assessment on this risk event, the risk was controlled within the limit that the company could bear by taking active response measures.

**1. The cause of the event**

At the end of 2008, some press in the United States began to report that the metal parts and the air conditioning systems in many resident houses in the United States turned black and were corroded because gypsum boards produced by a German gypsum board company's factory in Tianjin, China were used. The corrosion not only caused damages to the house, but also created health problems. The government of the United States instructed the U.S. Consumer Product Safety Commission (abbreviated below as the "CPSC") to work together with relevant government departments and establish a research institute to conduct scientific investigations on this event. Afterwards, similar complaints and reports involved

almost all gypsum boards produced by factories from mainland China, including the enterprises of the European companies stationed in China and local Chinese joint stock enterprises and private enterprises. CPSC has received about 3,000 related complaints from more than 30 states. Taishan Gypsum Company Limited and its branches and subsidiaries have received summons of 8 cases successively.

## 2. The impact on the enterprise after the risk occurred

Taishan Gypsum has spent a large amount of labor, material, and financial resources to respond to this event since its occurrence. First, the company spent a huge amount of money to hire internationally well-known law firms; second, the company appointed specialists to organize and collect relevant materials, and established work groups to respond to this event. Generally speaking, the occurrence of this event has consumed a huge amount of money and efforts from Taishan Gypsum. It is difficult for us to understand and accept the cumbersome legal procedures in the United States and the expensive litigation fees. In addition, according to the legal procedures in the United States, going through the whole litigation procedure would be a lengthy process.

## 3. Solution plan

We will actively cooperate with the investigation by each level of the relevant government department and the CPSC and strive to give the public a plain and objective truth of the event as soon as possible. We will actively cooperate with our attorneys and strive to request the court in the United States to withdraw the default judgment on the ground of lacking "jurisdiction" and to dismiss the plaintiffs' action.

## 4. Responding measures

**CNBMGRP00371520**

First, exit from the whirlpool of the lengthy international lawsuit as soon as possible by taking legal measures, and concentrate on doing our own job; second, recover the damage that this "abusive litigation" brought to the Company's reputation, and correct the good names of the Company and our products.

…

## II. Relevant Information on the Comprehensive Risk Management Work of Taishan Gypsum for the Year 2011

…

### (I) The work plan for the comprehensive risk management in 2011

### 1. The requirements put forward by the board of directors (the executive meeting of the general manager's office) on the comprehensive risk management work of Taishan Gypsum for the year 2010

(1) To improve the operational management level and the ability to prevent risk, and to promote the sustainable development of the enterprise, the Company's shareholders, board of directors, and the management tier of operation have attached great importance to internal controls across the years, especially after BNBM PLC became the controlling shareholder of Taishan Gypsum and included Taishan Gypsum into the system of the publicly listed company, internal control has been further improved and refined in the production and operation of Taishan Gypsum. …

<u>**CNBMGRP00371521**</u>

…

### 2. The plan of the comprehensive risk management work by Taishan Gypsum in 2011

This plan is made according to the requirements in the "*Opinions on the Work Arrangement of the Comprehensive Risk Management for the Year 2011*" (CNBM Issuance [2011] No. 45) issued by China National Building Materials Group Corporation and is adjusted according to the actual situation of Taishan Gypsum. The comprehensive risk management work is included in the annual work plan of operation and management to achieve the integration of risk management with daily operational management.

**(1) Establish and refine the organizations and institutions for comprehensive risk management**

**CNBMGRP00371522**

To effectively promote the development of the Company's comprehensive risk management work, the Company established a comprehensive risk management leadership group whose chief is Tongchun Jia, the Company's general manager, and a work group whose chief is Weimin Mi, the Company's chief accountant. The leadership group is responsible for organizing, leading, and promoting the general work of comprehensive risk management, and instructing the planning and promotion of the comprehensive risk management work; the work group is responsible for organizing the implementation of the project, including formulating the implementation plans, organizing the collection, identification, analysis, and assessment of preliminary risk information, and formulating the "*Report on the Comprehensive Risk Management of Taishan Gypsum for the Year 2011*." The Finance Department is the functional department of the Company's comprehensive risk management, has established the framework, overall plan, and implementation plan for the Company's construction of the comprehensive risk management system, and is responsible for organizing and coordinating the daily work of the Company's risk management. Each entity shall appoint a fixed person to be specifically responsible for coordinating this work.

…

**CNBMGRP00371527**

**Levels of the severity of the risk**

| Level | Severity | Implication |
|-------|----------|-------------|
| Low | Extremely low | … |
| | Low | … |
| | Medium | … |
| High | High | Relatively large losses, affect the enterprise's profit or have negative impacts on the enterprise, and have moderate impact on the operational goals of the |

| | | enterprise. This type of risks will bring relatively large economic loss or relatively large negative impact to the enterprise. |
| | Extremely high | … |

**Levels of the probability of occurrence of the risk**

| Level | Probability of occurrence | Implication |
|---|---|---|
| Low | Extremely low | … |
| | Low | Events that rarely happen and that affect the achievement of operational targets, but the probability of the occurrence of such events cannot be excluded. |
| | Medium | Events that occur occasionally that affect the achievement of operational targets. |
| High | High | Events that occur often that affect the achievement of operational targets. |
| | Extremely high | … |

**CNBMGRP00371529**

…

Note:

Significance of the risk: "extremely low"-A, "low"-B, "medium"-C, "high"-D, "extremely high"-E.

Impact of the risk on achieving the goal: "extremely low"-1, "low"-2, "medium"-3, "high"-4, "extremely high"-5.

**(III) Information on the management of Taishan Gypsum's significant and important risks**

**1. Description of significant risks**

(1) The United States gypsum board event, a legal dispute risk

Type of the risk: legal risk

Level of the risk: C4

Cause of the risk's occurrence:

① At the end of 2008, some press in the United States began to report that the metal parts and the air conditioning systems in many resident houses in the United States turned black and were corroded because gypsum boards produced by a German gypsum board company's factory in Tianjin, China were used. The corrosion not only caused damage to the house, but also created health problems;

② The government of the United States instructed the U.S. Consumer Product Safety Commission (abbreviated below as the "CPSC") to work together with relevant government departments and establish a research institute and conduct scientific investigations on this event. Afterwards, similar complaints and reports involved almost all gypsum boards produced by factories from mainland China, including the enterprises of the European companies stationed in China and local Chinese joint stock enterprises and private enterprises;

③ CPSC has received about 3,000 related complaints from more than 30 states. Taishan Gypsum Company Limited and its branches and subsidiaries have received summons of 8 cases successively asking Taishan Gypsum to compensate relevant damages;

④ The eruption of the financial crisis in the United States has become the excuse for some U.S. households to shift the burdens of their crisis.

Departments mainly involved: sales companies, Department of Finance, Department of Supply, Department of Safeguarding Rights, and some branches and subsidiaries.

Management and operation procedures involved: production and sales, quality control, product circulation, corporate governance structure, financial management, and etc.

CNBMGRP00371530

The impact that the risk might bring to the enterprise after its occurrence:

① After the event occurred, Taishan Gypsum spent a huge amount of money to hire internationally well-known law firms. Such hiring affected the Company's economic benefits;

② The company appointed specialists to organize and collect relevant materials, and established work groups to respond to this event. Certain senior managers of the Company needed to expend extra effort to deal with the progress of this event and spent a lot of energy;

③ Certain newspaper and media reported untruthfully and brought some negative impact to the Company's reputation;

④ The occurrence of this event has consumed a huge amount of money and efforts from Taishan Gypsum. It is difficult for us to understand and accept the cumbersome legal procedures in the United States and the expensive litigation fees. In addition, according to the legal procedures in the United States, going through the whole litigation procedure would be a lengthy process. Thus, it has certain impacts on the Company's operation and development.

## 2. The management strategy and solution plan of the significant risk

(1) The management strategy of the significant risk

Based on the current development and progress of the litigation and focusing on the enterprise's development strategy, Taishan Gypsum determined the degree of risk tolerance and adopted the general strategy of risk avoidance, risk shifting, and risk undertaking.

(2) The solution plan of the significant risk

① The Company will actively cooperate with the investigation of each level of the relevant government department and the CPSC, and strive to give the public a plain and objective truth of the event as soon as possible.

Since January 2011, the claim that "gypsum boards manufactured in China are toxic" has been proved unfounded. Not only did the research reports published by the relevant Chinese scientific research institutes prove that gypsum boards manufactured in China were non-toxic, the U.S. Consumer Product Safety Commission, CPSC, also published investigation reports showing that the product quality of the gypsum boards manufactured in China was unrelated to the deaths of 11 people reported by the press in the United States, and that the gypsum boards would not affect health. The publication of this authoritative report further proved that gypsum boards manufactured in China have no quality and environmental problems;

② The Company will actively cooperate with the attorneys hired, strive to request the court in the United States to withdraw the default judgment on the ground of lacking "jurisdiction" and to dismiss the plaintiffs' action, and exit from the whirlpool of the lengthy international litigation as soon as possible;

**CNBMGRP00371531**

③ The Company will, by taking legal measures, recover the damages that this "abusive litigation" brought to our reputation, and correct the good names of the Company and our products.

…

**CNBMGRP00371557**

…

4. Changes and the reasons for changes of significant and important risks in 2011 compared to that of 2010

(1) Changes of risks

After risk assessment Taishan Gypsum is facing a total of 12 risks in 2011, including 1 significant risk and 11 important risks. Compared to that of 2010, there is one more significant risk and one more important risk than that of 2010 (consult the table below for details).

**A Table Comparing the Significant and Important Risks of 2010 and 2011 that Taishan Gypsum Assessed and Confirmed**

| Results of 2009 risk assessment | | | Results of 2010 risk assessment | | |
|---|---|---|---|---|---|
| Number | Risk Name | Risk Level | Number | Risk Name | Risk Level |
| 1 | Investment risk | Important | 1 | Legal dispute risk | Significant |
| 2 | Intellectual property risk | Important | 2 | Investment risk | Important |
| 3 | Product quality risk | Important | 3 | Brand risk | Important |
| 4 | Human resource risk | Important | 4 | Product quality risk | Important |
| 5 | Environmental protection risk | Important | 5 | Human resource risk | Important |
| 6 | Raw material purchase risk | Important | 6 | Environmental protection risk | Important |
| 7 | Research and development risk | Important | 7 | Raw material purchase risk | Important |
| 8 | Accounts receivable risk | Important | 8 | Research and development risk | Important |
| 9 | Production safety control risk | Important | 9 | Accounts receivable risk | Important |
| 10 | Tax risk | Important | 10 | Production safety control risk | Important |
| 11 | | | 11 | Tax risk | Important |
| 12 | | | 12 | Intellectual property risk | Important |

…

<u>**CNBMGRP00371558**</u>

**(IV) Situations about completing the internal control system**

…

<u>**CNBMGRP00371559**</u>

(4) Financing and investment management

At the end of every year, according to the anticipated operational activities of the entire Group and the cash flow produced by the investment activities in the coming year, the main office of the Company would uniformly formulate financing plans which include financing amounts and guarantee methods, and submit them to BNBM PLC. All financing activities of the subsidiary companies must be  appraised by the main office of the Company and approved by the general shareholders'

meeting of the Company, and after that the financing amounts shall be reasonably arranged, the payment plans shall be formulated, the funds shall be reasonably allocated and used according to the needs of production and operation as well as the progress of project completion, to ensure the smooth flow of capital chain and the smooth progression of production, operation, and project construction.

As to investment, in order to ensure the safety of capital, the Company's main office and subsidiaries may not invest in any security or fund without authorization. As to project investment, the technology development center shall uniformly formulate project feasibility report and budget and investment plan, report to BNBM PLC for archiving, and implement it upon the approval from the board of directors and the general shareholders' meeting. The expenditure in an investment project shall strictly follow the approval system, after the investments are completed, relevant departments shall work together to conduct the project acceptance check and final accounting. This strengthened the management of the acceptance check of engineering projects, established a management system for the acceptance check of engineering projects, and standardized the management of the establishment of project, approval, contracting, construction, final accounting, acceptance check, and other segments of the engineering projects. This ensured the small investment, high quality and fast result of the projects, and made the management of project construction more systematic, standardized, and efficient.

…

# 泰山石膏股份有限公司
# 2011 年全面风险管理报告

## 一、2010 年度泰山石膏全面风险管理工作回顾

### （一）泰山石膏 2010 年全面风险管理工作情况

1. 泰山石膏股份有限公司（简称"泰山石膏"）根据中国建材股份《关于中国建材股份有限公司 2010 年全面风险管理工作安排的通知》（中建材股份科发[2010]86 号）及北新建材《2010 年全面风险管理工作安排的通知》的要求，2010 年启动全面风险管理体系的建设。为保证公司全面风险管理体系建设的顺利进行，扎实有效地开展工作，公司领导高度重视全面风险管理工作，建立了全面风险管理体系建设的组织机构，成立了以总经理贾同春为组长的全面风险管理领导小组和由总会计师米为民为组长的工作小组。领导小组负责组织领导和推进全面风险管理总体工作，指导全面风险管理工作稳步进行；工作小组负责组织项目实施，包括组织开展风险管理初始信息收集、整理分析、评估、编写全面风险管理报告，制定重大、重要风险管理策略及解决方案，完善风险管理体系。财务部是公司全面风险管理的职能部门，在全面风险管理工作小组的指导下，负责公司全面风险管理的日常工作。

2. 泰山石膏全面风险管理领导小组制定了公司全面风险管理体系建设的框架方案和总体计划，并依据《中央企业全面风险管理指引》的有关要求，在 2010 年 3 月完成了《泰山石膏股份有限公司 2010 年全面风险管理报告》的编制。通过对风险管理信息的收集、分析、评估，经过综合筛选、判断，最终确定公司不存在重大风险，并识别评价出 10 项重要风险：投资风险、知识产权风险、产品质量风险 、人力资源风险、环境保护风险、原材料采购风险、新产品、新工艺、新技术开发风险、应收账款风险、安全生产控制

CNBMGRP00371516

风险、税务风险。针对以上风险，公司制定了详细的控制措施，并严格实施，从而有效避免了这些风险的发生，较好的完成了年度计划，得到公司董事会及总经理办公会的赞扬。

3.董事会及总经理办公会一致认为：泰山石膏高度重视企业的风险管理，在企业的生产经营、发展壮大的过程中坚持科学决策、科学管理，严格分析风险与机遇的关系，加强对风险和收益的科学评估，建立和执行了比较完善的科学决策体系和运营管理体系，对战略决策、投资、财务、市场、法律等风险进行分析和控制，确保了风险可控、可承受性，积极应对和化解风险，确保了企业的持续健康发展。

4.2010 年全面风险管理工作取得的成效

(1)加强了技术创新和产品开发，对新建项目严格实施投资评估决策机制，健全项目建设的科学论证体系，完善投资预算，加大对固定资产投资项目概算审查、付款审批和施工建设的监管力度；加强项目建设期间的安全、质量、成本、进度的过程控制，进行科学的项目管理，优化设计方案，按时按质按量的完成项目建设，确保投资效益。

(2)利用建材市场大型广告、展览会、客户及消费者的递进传播等传播方式推广企业品牌，以提升品牌形象和商业信誉；及时跟踪服务；及时了解、搜集造假、售假单位的信息，利用司法和工商两种方式进行打假，净化市场竞争秩序；及时关注国家商标网，对于傍名牌的申请商标及时提出异议，并将代表公司产品特色的包装、装潢予以固定，申请外观设计专利，有效保护了公司的知识产权。

(3)进一步完善企业内部管理干部提升机制和绩效考核体系，为人才的储备和发展提供中长期职业规划和平台，并积极进行多渠道的人员招聘，保证了新建项目的人力资源需求。

2

CNBMGRP00371517

(4)严格按照 ISO9001、ISO14001 及安全标准化体系,规范质量、环境和安全生产管理。大力推行质量工程,提高质量意识。公司健全了质量管理制度和质量责任追究制度,提高了对生产和质量的科学管理控制水平,加大了对原辅材料、建筑石膏及产成品质量的监控力度。严格按照标准和生产工艺控制要求进行跟踪检验,对发现的不合格情况和存在的问题及时反馈、及时纠正和预防。通过实施质量工程,减少和避免了重大质量事故的发生,使公司的产品质量、工作质量、品牌价值都得到了很大的提升,确保了整个生产的有序开展。

(5)积极推广对标管理和对排放废物的检测,确保了各种污染物达标排放。严格落实各级安全生产责任制,通过安全标准的深入推行,职工安全意识逐步提高,规范操作,营造了安全生产的工作环境和氛围,保证了生产经营的正常进行。

(6)建立健全赊销审批制度,制定信用额度,严格控制应收账款规模;实施动态应收账款分析,通过账期的动态分析对应出正常应收款、非正常应收款、重点催收款、呆坏账等不同类型,以保证应收账款的及时收回。

(7)2010 年紧紧围绕"促销量,保平衡,争效益"这一目标,准确把握市场形势,精心策划,灵活应对,各项指标实现了历史性突破,实现了阶段性企业价值的最大化。

总之,2010 年通过全面风险管理的运行,公司全员的风险防御意识进一步加强,顺利完成了 2010 年的全面风险管理规划,保证了公司的稳定运营,保障了股东利益的最大化。

## (二)泰山石膏 2010 年重大风险管理情况

泰山石膏在 2010 年 3 月份通过对风险管理信息的收集、辨识、分析、评估,并经过综合筛选、判断,最终评估确定了 10 项重要风险,未评估出重

3

大风险。但在 2010 年 5 月份出现了美国石膏板事件法律纠纷风险，这是一件意想不到的风险，经过对该风险事件的分析、评估，通过采取积极的应对措施，将该风险控制在公司可承受范围内。

**1. 事件产生的原因**

2008 年底，美国一些媒体开始报道称不少美国居民房屋因使用一家德国石膏板公司在中国天津工厂制造的石膏板，造成金属物件以及空调系统变黑或者锈蚀，不仅损毁了房屋，而且带来了健康问题。美国政府责成美国消费品安全委员会(以下简称 CPSC) 会同相关政府部门组成研究机构对该事件进行科学调查。后来类似的投诉和报道涉及到几乎所有来自中国大陆工厂生产的石膏板，包括欧洲公司在华企业、中国本地的股份制企业和民营企业。CPSC 已收到 3000 多份相关投诉，分别来自于 30 多个州。泰山石膏股份有限公司及其分子公司先后收到 8 个案件的传票。

**2. 风险发生后给企业带来的影响**

事件发生后，泰山石膏花费了大量的人力、物力、财力应对此事件。一是聘请国际知名律师事务所，花费巨大；二是安排专人整理收集相关资料，成立工作小组以应对该事件。总的来说，此次事件的发生耗费了泰山石膏巨大的资金和人力，我们难以理解和接受繁琐的美国司法程序和高昂的诉讼费用，而且按照美国司法程序，完成整个诉讼程序将是一场漫长的过程。

**3. 解决方案**

我们积极配合各级政府相关部门及美国消费者安全委员会的检查，争取尽早还公众一个真实、客观的事件真相。我们积极配合所聘律师，争取尽早以"管辖权"为由申请美国法院撤销缺席判决以及驳回原告起诉。

**4. 应对措施**

CNBMGRP00371519

一是通过法律手段尽早退出漫长的国际官司的漩涡，集中精力做好本职工作；二是为公司挽回因"滥诉"带来的声誉损失，为公司及产品正名。

## 二、2011 年度泰山石膏全面风险管理工作有关情况

泰山石膏根据中国建筑材料集团有限公司《关于 2011 全面风险管理工作安排的意见》（中建材发办[2011]45 号）的要求，结合落实姚燕总经理在中国建材集团 2011 年全面风险管理工作电话会议上的讲话精神，为有效推进泰山石膏的全面风险管理体系建设，切实做好泰山石膏 2011 年全面风险管理工作，泰山石膏调整了全面风险管理的范围，将公司下属所有子公司全部纳入全面风险管理体系建设和管理范围。

泰山石膏全面风险管理涵盖各职能部门及各分、子公司，按照泰山石膏全面风险管理工作的具体要求开展各项工作，并统一编制泰山石膏 2011 年全面风险管理报告。在进行风险评估、制订重大风险管理策略及解决方案时，注重实效，将风险管理与日常经营管理融为一体，切实提升公司防范、控制风险的能力，确保企业持续稳定健康发展。

### （一）2011 年全面风险管理工作计划

### 1. 董事会（总经理办公会议）对泰山石膏 2010 年全面风险管理工作提出的要求

⑴为提高企业经营管理水平和风险防范能力，促进企业可持续发展，公司股东、董事会和经营管理层历年高度重视内部控制，特别是在北新建材成为泰山石膏的控股股东，将泰山石膏纳入上市公司体系后，内部控制在泰山石膏的生产经营中进一步得到改进和完善。董事会要求在执行内部控制时要本着"全面性、重要性、制衡性、适应性、成本效益"的原则，在内部环境、风险评估、控制活动、信息与沟通、内部监督等方面采用"不相容职务分离控制、授权审批控制、会计系统控制、财产保护控制、预算控制、运营分析

CNBMGRP00371520

控制和绩效考评"的控制措施，切实保证公司资产的安全以及信息披露的真实、准确、完整。公司目前已建立了符合现代企业制度要求的内部组织结构，完善了法人治理结构，形成了科学有效的决策、执行和监督机制，全面风险管理工作在公司得到了全面有效的实施。

目前，公司已形成完善的法人治理结构，公司股东大会、董事会、监事会及经理层形成了权责分明、各司其职、有效制衡、科学决策、协调运作的法人治理结构。股东大会是公司的权力机构；董事会对股东大会负责，决定公司的经营计划；经理层对董事会负责，负责公司的日常生产经营工作；监事会行使监督权。明确界定了各部门、岗位的目标、职责和权限，建立了相应的授权、检查和逐级问责机制，确保其在授权范围内履行职能，并对已获授权的部门和人员建立有效的评价和反馈机制，对已不适用的授权及时修改或取消授权。

⑵总经理办公会要求公司自上到下建立起全员风险防范、管理意识，在风险管理的制度、方法、技术、人才队伍等方面不断改进；要求完善风险管理制度，逐步培养一支高素质的风险管理队伍；要求全体管理者和基层员工充分领悟在不同生产经营时期，在生产经营的各个环节存在的风险和机会以及潜在的损失和收益；要求重视企业文化的建设，培育全面风险管理企业文化。

**2. 泰山石膏 2011 年全面风险管理工作计划**

根据中国建筑材料集团有限公司《关于 2011 全面风险管理工作安排的意见》（中建材发办[2011]45 号）的要求结合泰山石膏实际制定本计划。将全面风险管理年度工作纳入经营管理年度工作计划之中，做到风险管理与日常经营管理融为一体。

**⑴建立并完善全面风险管理工作的组织机构**

6

为有效推进公司全面风险管理工作的开展，成立了由公司总经理贾同春为组长的全面风险管理领导小组和由公司总会计师米为民为组长的工作小组。领导小组负责组织领导和推进全面风险管理总体工作，指导全面风险管理工作的规划与推进；工作小组负责组织项目的具体实施，包括制定实施方案，组织风险初始信息收集、辨识、分析、评估等工作，并编制《泰山石膏2011年全面风险管理报告》。财务部是公司风险管理的职能部门，制定了公司全面风险管理体系建设的框架方案、总体计划和实施方案，并负责组织协调公司风险管理的日常工作。各单位指定一名固定人员负责该项业务的联络工作。

**⑵公司2011年全面风险管理工作安排**

2011年3月：收集各单位风险管理初始信息，进行风险辨识、分析、评价，确定风险管理策略，制定风险管理解决方案，编报泰山石膏2011年全面风险管理报告。

2011年4月：编制泰山石膏2011——2013年全面风险管理三年规划。

2011年5月：进一步修订完善有关风险控制管理制度。

2011年6-9月：贯彻落实全面风险管理工作。

2011年10-12月：全面风险管理的监督改进。

**⑶公司全面风险管理体系建设项目分阶段稳步推进**

泰山石膏全面风险管理体系建设项目，按照"稳步有序推进、整体全面展开、务求内涵实效"的总体思路，在公司及下属子公司范围内全面开展，按照总体工作安排，分阶段实施，每个阶段结合实际，制定详细的实施方案，明确分工和要求，目标责任到人，加强督导和考核，进一步完善和规范管理细节，在计划时间内完成工作任务。切实提高防范和控制风险的能力，增强竞争力，实现资产保值增值，促进公司持续、快速、健康发展。

CNBMGRP00371522

2011 年公司将继续防范企业风险，加强过程控制，全面提高企业运行质量。公司坚持"和谐创新、报效社会"的企业文化，在加快发展提高经济效益的同时，注重社会效益，倡导"和谐"的企业文化，力求社会、企业和员工的共同和谐。2011 年通过全面风险管理的落实，公司将学习先进企业的理念和做法，统一思想，提高对风险防范和过程控制的认识，推进企业管理改革，以加强过程控制为切入点，突出重点，将全面风险管理结合实际、落在实处、抓出实效，促进集团全面风险管理水平的提升。

### （二）泰山石膏风险评估情况

为开展 2011 年泰山石膏全面风险管理工作，泰山石膏的决策层和管理层都十分重视企业风险的控制和管理，把该项工作作为"一把手"工程来抓，并将其确定为公司一项系统工程，围绕着这项系统工程积极进行信息收集、风险辨识、分析、评价、制定重大风险管理策略及解决方案等工作，编写全面风险管理报告，工作中重实注效，切实将风险管理与日常经营管理融为一体，确保企业的可持续性发展。

### 1. 风险管理初始信息的收集

(1)战略风险初始信息收集情况

由企业管理部、技术开发中心、销售公司、财务部、维权部、供应部及各分子公司收集信息。了解国家宏观经济政策、国家产业政策及本行业发展走向；对国家资源保护政策进行风险分析；对国家循环经济产业优惠政策进行学习和争取；分析国内外建材行业运行情况、本企业在市场竞争中所处的地位；新技术开发等对自然环境的影响。结合企业发展战略和规划、投融资计划、年度经营目标、经营战略，坚持经营战略与风险策略相一致的原则分析风险，确定编制依据和决策流程。

泰山石膏通过对战略风险的分析，确定了六大发展战略:抢占资源战略、

8

CNBMGRP00371523

同行业第一战略、人才发展战略、行业内外联合战略、有所牺牲战略和简易战略。以六大战略为主线，创造独具特色的企业，充分利用资源达到竞争成本最低，并以规模效益达到市场竞争的目标。

公司以突出主业和行业领先为发展战略，迅速实现规模化，壮大优势，促进快速发展。根据国家宏观经济政策和产业政策导向，及时进行战略调整，做好战略风险管理，争做中国一流的新型建材制造商，发展绿色建材、创建绿色企业。

(2)财务风险初始信息收集情况

由财务部、审计部、技术开发中心、销售公司及各分子公司收集世界经济变动趋势，经济结构调整，国家产业政策，财政金融政策，市场的变化以及对企业长期发展有重要影响的重大投资项目和投资方面的相关风险的信息；企业自身的优劣势以及企业的财务经营等资料信息，财务人员根据专业知识和经验去伪存真，去粗取精，整理分析，得出一个相对可靠的预测结果。把所有与财务风险有关的因素由强到弱进行排列，设定风险等级。在审查企业财务报表的基础上，通过财务报告过程中的风险评估与诊断，协助企业辨识和监控财务流程和信息披露过程，设定关键控制点和控制方法，确保企业财务信息满足监管机构、投资人以及债权人的要求。财务风险的控制点包括：财务报告流程梳理、财务报告流程内部控制、财务报告合规要求的整理、财务报告流程风险审计等。

(3)市场风险初始信息收集情况

由销售公司、供应部、财务部及各分子公司收集公司主要产品市场、销售、竞争对手、主要客户、供应商的信用等情况，收集主要原材料、能源的供需情况、价格变化趋势等情况。分析市场对本企业产品或服务的需求，把与市场有关的风险因素由强到弱进行排序，设定风险等级。提高企业现有市

CNBMGRP00371524

场风险管理水平，设置预警指标。

(4)运营风险初始信息收集情况

由企管部、销售公司、技术开发中心、质理保证部、安全部、办公室、审计部、人力资源部及各分子公司对质量控制、新产品研发、市场营销、企业组织效能、环境保护、节能减排、安全生产、职业卫生、客户服务、人力资源、基础设施等管理过程进行描述和风险分析；结合因企业内、外部人员的职业道德问题致使企业遭受损失或业务控制系统失灵历史事件，辨识存在的风险环节，对曾经发生的风险损失事件和失误进行分析总结；完善公司管理制度和业务流程；收集对现有业务流程和信息系统操作的监管、运行及持续改进能力信息；对辨识出的风险进行分析、评价、排序，评估确定风险等级。针对企业集团运营过程中的重大风险设计风险监控管理指标，制定运营风险解决方案。

(5)法律风险初始信息收集情况

由维权部牵头组织，收集国内外法律维权风险案例及与本企业相关的的政治、法律环境；最新的法律维权和规范性文件；相关行业与产业政策；企业重大协议和有关贸易合同；企业重大纠纷案件。结合本企业实际，在现有工作基础上，突出合同管理、知识产权管理和授权管理，梳理、规范有关工作内容，分类整理公司签订重大协议和合同，分析可能存在的风险并进行排序，设计风险监控管理指标。

各职能管理部门负责其职责范围内的行业信息和风险信息的收集、分析，并建立相应的风险事件库，结合当前经济形势对各项风险逐一进行分析、评估，确定 2011 年度重大、重要风险。

## 2．泰山石膏开展2011年度风险评估的范围、方式及参与人员等情况

(1)评估范围

CNBMGRP00371525

泰山石膏在去年试点的基础上，2011 年公司扩大了全面风险管理的范围，除了公司总部的各职能部门，还将各分公司、全资子公司和控股公司全部纳入到风险管理的范畴。公司召开了全面风险管理工作动员大会，由主管风险管理的总会计师亲自部署，各子公司、职能部室全部是一把手亲自主抓全部风险管理工作，并参与风险评估、信息收集和全面高风险管理报告的编制工作，保证了全面风险管理的有序进行。

(2)评估方式

在风险评估的具体实施过程中采用问卷调查、集体讨论、专家咨询、情景分析、政策分析、行业比较、管理层访谈、实际调研、案例及制度流程梳理等评估方式，并对核心业务、重要业务流程采用更为严密、细致的评估方式，保证了风险评估的及时性与有效性。

(3)参与人员

为有效推进公司全面风险管理工作，成立了由公司总经理贾同春为组长的全面风险管理领导小组，并成立了由公司总会计师米为民为组长、各相关单位、职能部室负责人为组员的工作小组。制定了详细的工作计划和实施方案，组织开展了风险管理初始信息收集、调研、分析评估等工作。在具体实施过程中采用了对公司高管、关键岗位员工、分子公司职工代表的专项交流访谈，最后组织高层管人员、工作小组成员及关键岗位人员对评估出的风险进行了讨论和综合评估，最终以投票的方式确定了与本公司相关的重大风险及重要风险。

**3. 分析风险事件所采用的评估标准**

依据风险对经营目标的影响程度来判断、标识风险分级，依据风险发生影响的可能性加以判断风险发生的概率，两者共同构成泰山石膏风险判断标准。

CNBMGRP00371526

## 风险的严重程度分级

| 等级 | 严重程度 | 含 义 |
|---|---|---|
| 低 | 极低 | 轻微损失，可以通过正常生产经营予以弥补，对企业无不良影响，不需采取特别措施，即该类风险可以忽略。 |
| | 低 | 较小损失，可通过采取简单的措施弥补，对经营目标不造成影响，对企业无不良影响。该类风险不影响企业的正常经营。 |
| 高 | 中等 | 中等损失，影响企业的效益或对企业有轻微负面影响，通过采取措施，企业仍然能实现经营目标。该类风险对企业造成轻微的经济损失或轻微的负面影响。 |
| | 高 | 较大损失，影响企业的效益或对企业有负面影响，对企业经营目标有轻微影响。该类风险对企业将造成较大的经济损失或较大负面影响。 |
| | 极高 | 巨大损失，发生各类重大事故，严重影响生产经营，造成经营目标不能实现，甚至影响战略目标的实现。该类风险对企业将造成巨大的经济损失或严重的负面影响。 |

## 风险发生的概率分级

| 等级 | 发生的概率 | 含 义 |
|---|---|---|
| 低 | 极低 | 不太可能发生影响经营目标的事件。 |
| | 低 | 极少发生影响经营目标的事件，但不排除发生的可能性。 |
| 高 | 中等 | 偶然发生影响经营目标的事件。 |
| | 高 | 经常发生影响经营目标的事件。 |
| | 极高 | 影响经营目标的事件很可能重复发生。 |

12

CNBMGRP00371527

### 4. 泰山石膏 2011 年度风险评估的结果

经过严谨细致的风险评估，泰山石膏2011年共面临12个风险，其中1个重大风险，11个重要风险。（详见下表）

| 风险程度 | 战略风险 | 财务风险 | 市场风险 | 运营风险 | 法律风险 | 合计 |
|---|---|---|---|---|---|---|
| 重大风险 | | | | | 1 | 1 |
| 重要风险 | 2 | 0 | 1 | 7 | 1 | 11 |
| 总计 | 2 | 0 | 1 | 7 | 2 | 12 |

### 5、泰山石膏对重大风险及其关键成因进行量化分析的情况

泰山石膏在对重大风险的分析上，目前主要采用定性分析，在量化分析方面未建立系统全面的分析、预测模型。公司将逐步实现分析从定性到量化的转变。在重大风险关键成因方面，目前主要采用因果图、关联图、概率统计、坐标图等方法。

### 6、泰山石膏 2011 年度风险坐标图

通过对各风险的分析评估，泰山石膏2011年度面临风险总数为12个，其中重大风险为1个，重要风险为11个。依据风险发生的严重程度及发生的概率，绘制以下重大、重要风险坐标图：

#### 泰山石膏股份有限公司 2011 年风险坐标图



CNBMGRP00371528



表示轻微风险

表示重要风险

表示重大风险

附注：
风险发生的概率："极低"—A、"低"—B、"中等"—C、"高"—D、"极高"—E
风险对目标的影响程度："极低"—1、"低"—2、"中等"—3、"高"—4、"极高"—5

## （三）泰山石膏重大、重要风险管理情况

### 1. 重大风险描述

⑴美国石膏板事件法律纠纷风险

风险类型：法律风险

风险级别：C4

风险产生原因：

①2008年底，美国一些媒体开始报道称不少美国居民房屋因使用一家德国石膏板公司在中国天津工厂制造的石膏板，造成金属物件以及空调系统变黑或者锈蚀，不仅损毁了房屋，而且带来了健康问题；

②美国政府责成美国消费品安全委员会（以下简称 CPSC）会同相关政府部门组成研究机构对该事件进行科学调查。后来类似的投诉和报道涉及到几乎所有来自中国大陆工厂生产的石膏板，包括欧洲公司在华企业、中国本地的股份制企业和民营企业；

③CPSC 已收到 3000 多份相关投诉，分别来自于 30 多个州。泰山石膏股份有限公司及其分子公司先后收到 8 个案件的传票，要求泰山石膏赔偿相关损失；

④美国金融危机的爆发，成了美国部分住户转稼危机的借口。

涉及的主要部门：销售公司、财务部、供应部、维权部、部分分子公司。

涉及的管理及业务流程：生产销售、质量控制、产品流通、公司结构治

14

CNBMGRP00371529

理、财务管理等。

风险发生后可能给企业带来的影响：

①事件发生后，泰山石膏聘请了国际知名律师事务所，花费巨大，影响了公司的经济效益；

②安排专人整理收集相关资料，成立工作小组以应对该事件，公司的个别高管需拿出专门精力来应对案件的进展，花费了大量精力；

③个别报刊、媒体的不真实报导，对公司的声誉有一定的负面影响；

④此次事件的发生耗费了泰山石膏巨大的资金和人力，我们难以理解和接受繁琐的美国司法程序和高昂的诉讼费用，而且按照美国司法程序，完成整个诉讼程序将是一场漫长的过程，故对公司的经营发展有一定的影响。

**2. 重大风险管理策略和解决方案**

⑴重大风险管理策略

泰山石膏根据目前讼诉案件的发展进度，围绕企业发展战略，确定了风险承受度，采取了风险规避、风险转移及风险承担的总体策略。

⑵重大风险解决方案

①公司积极配合各级政府相关部门及美国消费者安全委员会的检查，争取尽早还公众一个真实、客观的事件真相。

2011 年 1 月，"中国产石膏板有毒"一说就已经被证实为子虚乌有。不仅中国有关科研机构对外发布研究报告证明中国产石膏板无毒，美国消费产品安全委员会 CPSC 也公布调查报告显示，中国产石膏板的产品质量与美国媒体报道的 11 人死亡事件无关，石膏板不会对健康产生影响。这份权威性报告的发布，更加证明了中国产石膏板在质量和环保上没有问题；

②公司积极配合所聘律师，争取尽早以"管辖权"为由申请美国法院撤销缺席判决以及驳回原告起诉，尽早退出漫长的国际官司的漩涡；

15

CNBMGRP00371530

③通过法律手段为公司挽回因"滥诉"带来的声誉损失，为公司及产品正名。

### 3. 重要风险描述

### (2)投资风险

风险类型：战略风险

风险级别：B4

风险产生原因：

①因洪水、雨雪、冰冻、地震等自然灾害或不可抗力，建设或投资项目不能如期投产，或虽投产但因某种原因处于停滞或亏损状态；因资源和市场条件变化导致项目盈利水平发生变化，投资利润率低于现实银行存款的利息率，或低于目前企业或行业平均的资金利润率水平，降低了企业盈利能力；当地现有自然环境条件，如气温变化等对于生产造成停产、降速等不利影响；

②企业的稳定与发展对公司战略布局提出新的要求，公司新建项目投资、扩大固定资产规模及设备更新改造需求大幅增加，增加了投资项目的风险；

③全球经济变化，国外宏观经济政策对于行业或者企业带来的影响；

④国家产业政策调整和宏观经济调控，造成投资项目的失误；当地政策的变动，政府官员执政方针以及政治导向，行政议程以及新的法律维权等；

⑤投资当地资本以及物价成本水平、价格变动因素变迁；

⑥投资决策的前期市场调研、可行性研究论证、项目评估等前期环节缺乏深入分析与调查研究，造成投资效果远低于预期目标；

⑦公司新建项目增加设备更新改造需求大幅增加的风险；

⑧新项目建设期间，需投入大量人、财、物资源，投资效益短期内很难见效；建设项目实施中缺乏有效监督，投资管理力度不够；建设实际投资超

16

CNBMGRP00371531

概预算，或者新项目的建设时间过长、造成投资在短时间内难以收回，严重影响了投资效果；企业对投资项目控制不力，造成投资风险；新建项目的建设周期、投资规模、试车调试、投资回报率等诸多因素发生变化；

⑨企业为追求高风险收益，冒险从事股票证券、基金以及类似的投资；

⑩跨行业的投资风险，或者新的投资方向与领域选择的投资风险。

涉及的主要部门：技术开发中心、机电分厂、建安公司、财务部、审计部、供应部、销售公司、维权部、企管部、项目建设领导小组、分子公司等。

涉及的管理及业务流程：战略规划管理、投资管理、建设项目管理、物资采购管理、合同管理、财务管理等。

风险发生后可能给企业带来的影响：

①不可抗力等因素。引起厂房、设备的严重破坏以及人员伤亡。随着企业投资项目的增加，如有的生产地点冰冻期长，冬季处于零下 20℃，或者常年缺水状态，或者处于夏季多雨、雷电高发区，这样无形之中会增加建设投资及生产成本；

②国际金融、投资环境的变化。国际金融危机以及局部地区金融危机都会影响国内投资与消费指数的波动，虽然我们公司现有出口业务占有比重低，但是未来如果进入国际市场，如果出现这样类似的情况，将会带来产品销售额减少，降低利润；

③国家宏观调控政策的变化给企业带来风险。国家宏观经济的调控，如果国家在长期内对于新型建筑材料的政策支持在某一局部领域进行了变动，或者即将在某一时间进行变动，将会对石膏板市场的需求以及税收优惠等政策带来较大的影响；

④在不同的国家、省份或地区，物价、人工会存在明显的差异。在建设时期内物价会随着市场表现出明显波动，如果当地人工工资水平或者原材料

17

水平增加将会出现投资成本加大，相反投资成本降低；

⑤项目未进行深入调研与论证，造成投资效果差。企业投资未达到预期的效益，项目投资金额超出预算、建设周期过长或无法达到设计产能，给公司生产经营及财务状况带来不利影响；

⑥追求规模增加、效益增加同时，未考虑资金、销售市场承受能力，以及是否有新的竞争对手的出现，是否有替代产品的出现的风险因素。造成资金短缺，流动资金周转困难、以及新产品替代现有新建项目、技术改造投资项目生产的产品；

⑦项目管理缺乏有效性。造成投资回收期延长，占用大量资金，影响了资金周转，难以保证资本运营的高效与利润更大化，降低了企业的竞争力，给企业带来的不同程度的社会形象影响；

⑧追求高风险的利润收益。经济体系中宏观经济指标的变动给企业带来风险，当经济形式、股票市场发生不利因素后，证券投资公允价值大幅下降，影响股东权益，给企业带来投资损失，或者短时间内资金难以回笼；

⑨投资前对新领域项目，缺乏正确的、全面的、客观的预测。内外部环境的不确定性可能造成投资风险，如生产成本的变化、原料供应、市场需求、价格变化、生产成本变化、替代产品的出现等不确定因素带来的投资风险；或者投资后经营管理不善，实际投资后难以实现预期效果，造成亏损。

风险解决方案：

①投资时考察当地自然环境，以及历年来自然环境状况，避免在此类地区进行投资建设，已经建设的项目可以通过财产保险等方式进行风险规避；

②广泛收集有关投资决策的各方面信息，相关产业政策、国内外市场竞争状况、行业发展状况，及时调整企业投资战略。进行项目建设选址时，尽可能避开风险地区，以及进行工艺技术调整完善，使得这些风险降到最低；

CNBMGRP00371533

③通过收集的信息资料及有关数据进行投资项目的比较，建立分析与预警机制，判定投资项目运行状态，构建风险防范预警措施，一旦出现风险及时采取措施，使企业的投资活动始终处于被监控的状态。跟踪市场形势变化，以利于投资决策者或高层管理人员及时采取合理策略，制定措施，及时应对调整企业投资战略；

④正确分析当地市场、价格走势，采取适当方式确定合理的价格进行原材料采购，以及合理的人工生产成本。在充分认识面临风险的基础上有目的、有意识地通过计划、组织、实施、控制等管理活动对风险进行处理，以求用最小的代价谋取最大的经济利益的过程；

⑤科学分析企业自身所处国内外行业中的位置，正确预测企业未来发展规模、市场、产品趋势，做出合理选择与判断。健全项目建设的科学论证体系，完善投资预算，加大对固定资产投资项目概算审查、付款审批和施工建设中的监管力度；

⑥建立严格的投资评估决策机制，严格执行投资管理制度，在经过科学的可行性论证、分析后方可开工建设；扩大经营领域首先要详细分析该行业发展趋势、市场优势等状况，分析其投资利润率、投资回收期等经济指标，然后分析自己从事该行业的优势，包括人员、资金、技术等因素，确定最佳投资方案；

⑦加强项目建设期间的安全、质量、成本、进度的过程控制，进行科学项目管理，优化设计方案，按时、按质、按量完成项目建设；健全项目建设的科学论证体系，完善投资预算，加大对固定资产投资项目概算审查、付款审批和施工过程管理的监管力度；

⑧以制度形式规定不得从事任何证券、基金类的投资，以保证资金的安全；构建风险防范预警机制，一旦出现风险及时采取措施，时刻监控投资建

CNBMGRP00371534

设过程中的风险因素；

⑨做好固定资产的维护与检修，提高固定资产使用率，保证资产设备更新改造。

**(3)品牌风险**

**风险类型**：运营风险

风险级别：C2

产生原因：

① 产品质量不合格，影响了品牌；

② 品牌定位不明确；

③ 产品的包装、装潢的设计风格不固定，变动较大；

③品牌传播、售后服务缺乏策划、跟综管理；

④当企业品牌延伸到与主导产品相配套的辅助产品时，会产生衍生风险；

⑤品牌侵权风险：社会上、市场中一些不法分子利用假冒、傍名牌等手段来造假、售假。

涉及的主要部门：销售公司、维权部、质量保证部、各分子公司等。

涉及的管理及业务流程：生产销售、质量控制、知识产权保护、注册商标管理等流程。

风险发生后可能给企业带来的影响：

①质量是企业的生命，当产品质量不稳定会给企业带来致命的风险；

②品牌定位的不清晰将会使市场消费者混淆，形成品牌之间相互对抗，在导致市场购买力下降的风险同时也将会吞噬企业利润；

③由于企业品牌的传播和售后服务是随着产品的销售在进行，同时潜在风险也无时无刻的伴随着，一旦出现传播不当或因售后服务不及时、不全面

20

CNBMGRP00371535

等原因而频频出现负面影响时，潜在风险将会转化为真正风险，严重影响企业的商誉和品牌；

④公司在将品牌延伸到配套辅助产品时，会因辅助产品的价格，渠道、宣传等原因而产生匹配风险；

⑤不法分子利用造假、傍名牌来销售质次价低的产品，侵噬着我公司的客户及市场，会混淆消费者的认知，损害我公司品牌的公众形象，导致产品市场占有率降低。

风险解决方案：

①全员参与质量管理，加强市场信息反馈；

②对品牌进行精细化、差异化定位，实施错位营销；

③在品牌传播的整体规划下，利用建材市场大型广告、展览会、客户及消费者的递进传播等传播方式和真诚、及时、完善的售后服务将品牌加以推广，提升品牌形象和商业信誉，提高市场占有率；

④及时跟踪，保证辅助配套产品的价格、渠道、质量等与品牌产品匹配跟进；

⑤及时了解、搜集造假、售假单位的信息，利用司法和工商两种方式进行打假，净化市场竞争秩序；及时关注国家商标网，对于傍名牌的申请商标及时提出异议，同时注册防御性的商标来对品牌商标进行保护，争取将已经申请注册的"泰山"近似商标消灭在申请、异议阶段。

**(4)产品质量风险**

风险类型：运营风险

风险级别：C2

产生原因：

①部分员工及基层管理人员的质量意识不强，存在重数量轻质量的错误

21

观点，个别新员工操作技能不熟练；

②部分设备装备水平低、设备易出故障，造成产品不合格；

③原材料质量不稳定，导致产品质量产生较大波动；

④工艺控制、过程控制失效，导致产品质量事故；

⑤工作环境、基础设施不能满足产品要求及设备故障，造成产品不合格潜在影响；

⑥产品质量检验过程的错检、漏检及抽样风险；抽样检验方法不科学、不合理，造成抽样风险；

⑦国家有关环保、职业卫生以及产品标准等法定要求的提高；

⑧搬运、贮存、包装、运输过程造成质量缺陷；

⑨售后服务不能满足消费者的期望；

⑩客户要求的变化及多样性不能跟进或满足。

涉及的主要部门：各分子公司、销售公司、供应部、企管部、质量保证部等。

涉及的管理及业务流程：采购、生产、贮存、销售、运输等。

风险发生后可能给企业带来的影响：

①给企业带来直接的经济损失；

②损害企业的信誉、品牌的声誉；

③影响产品的销售及市场占有率；

④给客户造成损失，失去了部分客户的信任，导致客户流失。

风险解决方案：

①提高全员质量管理意识，推行全面质量管理，贯彻质量是企业的基石、是企业的生命这一理论，强化、提高员工的操作技能，使员工从行动中体现注重质量的价值；

CNBMGRP00371537

②全面推动质量工程，从原材料进厂，严格执行原材料进厂验收制度，在源头上避免使用不合格原料生产的产品流入市场的可能。生产过程中贯彻执行三检制度，加强检查检验力度。出现异常时，加密检验频次，降低抽样风险，提高产品内在及外观质量；

③建立《产品质量责任追究制度》，以制度作为产品质量的保障，并严格实施；

④确保 ISO9001 质量管理体系有效运行，并持续改进。提高原料的质量稳定性，加强料性研究，完善和严格工艺纪律，保持对过程的可控性；

⑤针对顾客的要求做全面了解，及时满足顾客关于产品和服务的要求；

⑥严格按照国家标准及企业标准组织成品检验，加强监督抽查力度和不合格产品的管理，严格执行"三检"制度；

⑦定期校核监视测量设备，保证设备在有效校准状态，逐步提高设备装备水平，改善、完善工作环境和基础设施，提高过程的保障能力；

⑧加强产品应用技术的研究，加大产品研发力度，改善产品的性能，为客户提供整体解决方案，通过满足顾客的要求，增强顾客满意；

⑨加强企业标准化工作，提高标准化水平，积极采用国内外先进标准，制定严于国家标准、行业标准或地方标准的企业内控标准，严格按照产品标准组织生产；

⑩风险发生时，应积极面对事故发生状况，确认事故产生原因，在最短时间内同客户沟通交流，积极应对，同时杜绝不合格产品继续流向市场，避免事态进一步扩大，同时采取纠正预防措施，对具体事件进行分析，并举一反三，避免相关风险的再次发生。

**(5)人力资源风险**

人力资源管理风险是企业管理的主要风险之一，人力资源管理的风险来

CNBMGRP00371538

自于人力资源管理各个工作环节和阶段，具体包括人事风险、招聘风险、培训风险、劳动关系风险、人才流失风险、企业文化效应风险、绩效管理风险、薪酬管理风险、职业道德缺失风险等。现代企业的生存从根本上讲依赖于人力资本，无论是决策风险、人员流动风险，还是道德风险，都有可能给企业带来重大损失。

风险类型：运营风险

风险级别：C2

产生原因：

① 人力资源流动性大，尤其是近几年刚刚参加工作的大学生流动较快；

根据信息的收集，确定了员工离职的几种可能性，如下表：

| 序号 | 风险类别 | 风险分析内容 |
|---|---|---|
| 1 | 工作、生活环境 | 感觉日常工作和生活单调乏味 |
| 2 | 归属感 | 基层管理不到位，车间管理者素质不高，工作中找不到归属感 |
| 3 | 关心 | 工作和生活当中得不到公司和同事的关心 |
| 4 | 关系 | 工作中无法与其他同志保持良好的人际关系 |
| 5 | 信心 | 对公司的发展和个人在公司的发展前途没有足够的信心 |
| 6 | 待遇 | 对自己的待遇不满意 |
| 7 | 认同 | 不习惯公司的管理方式、企业文化和发展战略 |
| 8 | 公平 | 感到自己与别人不公平，总感觉自己最辛苦或自己在公司的地位与自己的付出不成正比 |
| 9 | 其他 | 因考研、考公务员或自主创业等其他原因离职 |

②由于企业发展迅速，对人才尤其是中高层、技术类、管理类人才的需求日渐增强，但企业在个别方面不能合理运用人才；

③企业的内部培养体系尚不健全，中、高层管理人员和重要专业技术人员的知识水平、专业经验还有待提高；

24

CNBMGRP00371539

④企业的工作环境、人文环境、管理机制、职业操守、职工行为准则等企业文化、机制还须进一步改进和完善；

⑤企业下属分子公司的不断增多，引起各类劳动纠纷案件发生的可能性，如不同省份和地域的法律、劳动维权、政策等存在一定程度上的差异；

⑥随着公司生产规模的扩大和企业知名度的提高，不同地区的文化差异引发了企业内、外部少数人员职业道德的缺失。

涉及的主要部门：人力资源部、各职能部室、分子公司

涉及的管理流程：人力资源管理

风险发生后可能给企业带来的影响：

①当今社会人力资源流动性大，必然会给企业带来相当大的人才招聘成本，还会从一定程度上影响到企业内部人才培养的连续性；

②员工对企业的工作环境、人文环境、管理机制、职业操守、职工行为准则等在内的企业文化的认知度和执行方向上的偏差都会影响到整个企业的生产管理运营；

③对外地分子公司当地法律维权、劳动政策理解和执行的偏差都会引发不必要的劳动纠纷，进而影响到分子公司的正常生产运营；

④部分企业内外部人员职泄露企业商业机密或侵犯我公司商标权等不法现象，进而影响公司的声誉和知名度，给企业造成一定经济损失。

风险解决方案：

①根据企业的发展战略制定合理的人力资源战略规划；

②建立健全企业内部人才培养机制，将管理人员和专业技术人员专业知识培训纳入每年培训计划；

③制定并实施完善的企业内部管理干部提升机制，为人才的储备和发展提供中长期职业规划和平台；

CNBMGRP00371540

④建立并持续改善企业的绩效考核体系，通过考核促进员工的行为与企业发展的目标相一致；

⑤统一与员工签订《公司商业保密协议》，进一步将《协议》的内容进行修改和完善，并将保密协议的条款编入员工劳动合同文本，从而能有效保护公司的商业秘密；

⑥深入研究企业以人为本、互相团结、沟通交流等因素在内的企业文化，以特色的用人管理方法和合理的待遇吸引和留住可用之才，彻底摆脱短时间内"用工荒"的困境，增强员工归属感。

## (6)环境保护风险

风险类型：运营风险

风险级别：B3

产生原因：

①在低碳经济时代，国家将会在环境保护方面实行更为严格的法律维权及要求；

②国家对新扩建项目和技改项目实行更严格的环境风险评价和审批 ；

③员工违规操作导致环境污染事件发生；

④老厂环保设施陈旧及环保设备设施检修维护不到位引发的环境污染事件；

⑤煤炭资源日渐减少，低硫煤采购供应不能满足需求，原煤等燃料采购不合格产生的二氧化硫污染；

⑥自然灾害诱发的事故造成的环境污染事件。

涉及的主要部门：各生产分子公司、供应部、技术开发中心、安全部、企业管理部等。

涉及的管理及业务流程：环境保护管理制度、操作规程、安全生产管理

26

制度、设备管理制度、消防管理制度、物资采购管理制度等。

风险发生后可能给企业带来的影响：

①国家对环境保护要求的提高加大企业环保基础设施建设的投入，增加公司运营难度及成本；

②建设项目竣工环境保护验收标准的提高，影响项目建设进度、增加项目建设成本；

③社会对公司运营中的环境保护实施的舆论监督和投诉，影响公司正常生产；

④政府管理部门对企业的经济和行政处罚，以及对受影响人民群众的经济赔偿等；

⑤各种因素造成的环境污染事件对公司社会形象的影响。

风险解决方案：

①落实科学的发展观，严格执行国家有关环境保护的法律维权，切实增强对环境保护工作的认识，加强对环境风险的深入研究，建立健全环境风险监督管理体制，构建有效的企业环境风险管理的体系，建设环境友好型企业；

②分层控制不同程度和类型的环境风险，提高各级管理者的环保意识，加强对员工环境保护知识培训，提高员工环境保护意识和防范水平；

③通过技术改进，采用更先进的生产工艺、技术和设备，提高生产的稳定性和安全性，同时提高风险管理水平，以消除或减少环境风险；

④严格执行环保三同时制度，在建设时期配套建设先进的环保污染治理设施，及时跟踪企业外部环境监测信息；

⑤公司加大相应法律维权制度学习，加强环保事故预防和演练，提高员工应对能力，保证环保事故发生率为零，降低环境保护风险；

⑥针对环保设施运行异常这类重大风险，严格落实责任制，加大环保设

CNBMGRP00371542

施检修和保养力度，保证环保设施的长期有效运转，使环保事故防患于未然；

⑦确保 ISO14001 环境管理体系的有效运行。

## (7)原材料采购风险

风险类型：运营风险

风险级别：B3

风险产生的原因：

①随着对资源产品保护力度的不断加大以及安全、环保要求的提高，导致市场需求大于供给，存在原材料供货风险。我公司燃料主要以原煤为主，有时国家会优先保障电煤以及国家大型企业用煤，这样就可能造成我公司生产用煤紧张。国家对进口美废政策的调整会造成美废供应不及时不足量的现象，从而造成我公司护面纸供应的紧张。另一方面国家造纸行业的政策变化也可能影响到我公司护面纸的供应况状；

②受铁路运力不足、不均衡以及国家垄断的影响，供应保证能力大幅降低，有时存在供应不及时的风险，采用汽运的方式会大大增加货物风险和运输成本，这种现象更多的时候出现在每年的春运期间；

③受上游垄断行业供应商的影响，存在原材料断货风险。脱硫石膏存在上游电厂不按国家规定脱硫或南方在丰水季节水力发电大于火力发电的影响不能保证及时、足量的供应。煤炭受国家政策影响很大，冬季采暖期为保证电煤可能减少或限量供应；

④公司生产经营用汽柴油受国际、国内原油市场变化的影响较大，会导致生产及运输用汽柴油某段时期紧张，特别是柴油每年麦收前后都有季节性的供应紧张局面出现，这时就不能及时保证生产用油的需求；

⑤国内市场的信用环境及供应商的信用程度不高，在市场发生变化时供应商不按合同约定履行合同，导致企业存在原材料断货或者不能完全足量保

CNBMGRP00371543

证供应的风险。上述情况在市场上涨时最为明显，在市场下降时供应商又可能超额完成合同相对的就增加了采购成本。

涉及的主要部门有，供应部，企管部，生产分子公司等，需要各相关部门联动控制管理。

涉及的管理及业务流程：原燃材料采购管理流程及制度、需求计划的执行流程、采购合同管理流程度、物资验收及质量处理制度、合格分承包商选择评价管理流程、驻外分、子公司原燃材料供应管理及制度。

风险发生后可能给企业带来的影响：

①煤、油、电、原材料等价格的波动，存在很大的价格及供应的稳定性、充足性风险，使企业生产成本增加，利润缩水，从而影响公司盈利能力；

②原材料的品质不稳定影响产品的质量，进而影响到企业的声誉以及市场拓展，给以后的生产经营造成困难；

③主要化工原料价格随国际原油价格的波动，铁路运力的紧张等原因使运输费用上涨，从而导致生产成本的增加；

④由于企业对脱硫石膏的刚性需求，上游电厂不能稳定供应，直接会影响生产；跨地区调拨会增加公司的生产成本；

⑤各种不可抗力（例如地震、洪水等自然灾害）造成原材料断供，影响生产，甚至影响供货，造成经济和信誉以及市场占有的损失。

风险解决方案：

①对供应商进行筛选和评级，培养一批长期稳定、信誉好的供应商，淘汰产品质量差、供货不及时的供应商，并进行监督和管理；要与主要供应商建立长期友好的战略合作关系，及时把握市场变化的规律；

②对无信誉的供应商要采取法律手段维护公司利益，对供应商要有取舍，保留一批有实力、有信誉的供应商，但是每种原材物料、备品备件都不

CNBMGRP00371544

能让一家供应商独占，要引入竞争和比价采购、招标采购制度；

③及时充分了解市场变化，合理安排购销，做到决策果断、反应迅速、执行到位，存货适度，分析预测市场变化以及潜在风险，及时有效的规避、转移风险或将风险降至企业可承受之内，从而保证在市场发生变化时能第一时间作出反应，要把握好煤炭、护面纸、美废、国废季节性价格变化时机，为公司创造机会利润；

④根据企业特点，对大宗原材料、备品备件、工具采取统一采购，降低采购价格、保证采购质量、获取最好的售后服务；

⑤完善风险控制体系，充分运用供应链条优化供应和需求，以保证公司正常的生产经营为第一原则，把风险降低到我们的可控范围之内；

⑥加强过程跟踪和控制，及时掌握合同的执行情况，发现问题及时采取措施处理，以降低采购风险，为生产经营做好供应保障。

### (8)研究开发风险

风险类型：运营风险

风险级别：B3

风险产生原因：

①国家推动技术进步、节能减排、清洁生产等宏观政策、经济环境的变化对新产品、新工艺、新技术研发提出更高的要求；

②受信息、技术储备和发展水平的限制，导致研发项目的决策失误；

③新工艺、新技术和新产品研发周期较长，中间变数较大，掌控难度较大；受技术水平、资源配置、信息应用技术的限制，导致研发项目的失败；

④技术成果不能及时转化为有市场竞争力的产品，或者新工艺新技术不能够及时实施，或者实施投产后不能够达到预期的效果，竞争对手抢先占领技术或者产品市场；

CNBMGRP00371545

⑤新产品开发市场定位不准，销路不畅，新工艺、新技术设计中出现计算等设计失误；

⑥研发投入不足，人力资源不足，建设项目周期过长等原因，如导致新产品错过最佳上市时机，或导致新工艺、新技术已经过时或淘汰；

⑦人才的不确定性，在企业进行技术创新过程中，有时会出现由于创新项目的主持者或主要参加者调离企业而使创新项目难以为继的情况；

⑧辅助性技术缺少的风险，有些创意和设计，本身技术上没有什么问题，然而它的成功实施还取决于一些其他辅助性技术的发展，由于准备或者研究不充分，造成主要研究技术不能够顺利实施；

⑨技术效果风险，技术创新的成果由于特殊原因达不到设想的效果，甚至出现了意想不到的副作用，降低甚至抹杀技术创新的收益；

⑩知识产权不能及时保护，自主知识产权具有优先权，不及时保护有可能别的竞争对手申请该技术保护；研发设计前未进行专利查询，该研发成果应用后发现别人已经申请专利；竞争对手通过专利查询了解企业研发方向。

涉及的主要部门：技术中心、财务部、审计部、供应部、销售公司、维权部、人力资源部、企管部等。

涉及的管理及业务流程：研发立项制度、研发管理制度、技术改造管理制度、财务管理制度、人才激励制度、企业技术保密制度、技术人员培训管理、对外合作项目管理、新产品研发流程、项目验收流程等。

风险发生后可能给企业带来的影响：

①因政策变动导致市场变化，在研的新产品、新工艺、新技术开发只能终止，对企业造成损失；因市场变化需要，改变新产品开发方向，重新设计与实施新工艺、新技术，甚至终止开发项目，可能对企业造成损失；

②管理流程不适宜，使开发所需要的资源整合不恰当，使得开发活动无

31

法顺利进行，导致整个开发过程充满风险；成果推广执行力不足或管理者思想上没有引起足够重视，使先进的技术成果不能够及时转换成生产力，为竞争对手创造了竞争机会；资金短缺、技术人员缺乏，新产品试验或生产由于资金、管理、手续等原因，造成周期过长，错过最佳投入市场机会；

③缺乏科学管理体系，使开发所需要的资源整合不恰当，使得开发活动无法顺利进行；研发的不确定性，造成直接或者间接的经济损失；预先确定的技术研究方向不切实际，开发人员技术能力不足，研究设施配备不到位，延长了新技术、新工艺、新产品研发周期，延缓了企业技术创新过程，为企业造成投资损失；

④建设项目不能及时投入使用，导致新工艺、新技术不能够及时实现转化，新产品不能够及时批量生产；新产品市场信息反馈错误，研究市场定位未进行切实调查或者科学合理决策；研发人员责任心不强、计算程序、审核过程不严格等原因造成设计缺陷，造成新产品无法投入市场，或者投入市场后引起消费者不满或投诉；

⑤试生产过程中有关因素及其变化的可能性，导致新工艺、新技术、新产品创利能力达不到预期效果；有些创意和设计由于辅助性技术准备或者研究不充分，造成主要研究技术不能够顺利实施，造成主要技术达不到预期效果，甚至无法实施；

⑥研发的应用对环境造成影响，加大了推广应用的风险，限制了产业提升；

⑦研发支出的大量投入，对财务资金的流动性造成了一定的影响，资金短缺或不到位；

⑧辅助性技术缺少的风险，造成主要技术达不到预期效果，甚至无法实施；

CNBMGRP00371547

⑨人为或管理缺失等不确定性带来技术扩散风险，企业内部需要的调动以及人才流动的不确定性，未将知识产权保护和企业生产经营的相连接，导致研发项目延长周期或者根本无法运行。

⑩知识产权不能及时有效保护，自主知识产权不能作为自己的研究成果，从而消弱核心竞争力；造成已经生产的产品不能够继续生产，或者已经开发的工艺技术不能够继续实施，或者引起知识产权纠纷；对于不需要保密的自主知识产权，未进行及时保护，有可能被竞争对手申请而丧失该技术保护；对于前沿技术申请专利，造成竞争对手了解我们研发方向；国际专利（PCT）业务申请，还未进行，但国外建厂的需求，造成公司自主知识产权被国外公司申请。

风险解决方案：

技术中心、财务部、审计部、供应部、销售公司、维权部、人力资源部、企管部等的内部协作和沟通，控制风险发生概率和消除风险带来的影响。

①贯彻满足社会需要的原则，坚持低碳经济、可持续发展战略，开发满足国家经济建设需要、满足消费者和用户需要、符合国家鼓励政策的新产品、新工艺与新技术，储备以节能减排、符合可持续发展为目标的企业核心技术；

②加强研发新政策的决策和过程管理，避免或减少决策失误，提供研发所需要的充足资源；科学合理的确定研发内容与方向；加强资金投入力度；加强技术人员培训，不断提高现有技术人员素质，增强研发人员能力与水平；加强技术研发软硬件设施建设，实现具备更好的研发能力；

③工艺、技术、产品研发与标准研发同步进行，确保其及时实现转化；确定科学的管理体系，如：专利信息查询制度、项目研发立项制度、项目研发管理制度、对外合作项目管理制度，同时加强技术人力培训以及资源的合理配置，实行项目研发制度化、科学化、有效化；

33

④加强项目建设的管理，确保研发技术及时推广应用和新产品及时投入批量生产；确定研发周期，在资金、技术、人员、管理等方面构建最佳方案，实现研发项目以及建设项目最快实现与运行；

⑤完善工艺、技术、产品策划与管理流程的每一环节，使技术研究与项目建设、生产准备、市场推广等工作协调进行，确保新产品及时投放市场，实现预期的效果和收益；建立新工艺、新技术、新产品推广应用制度，鼓励在生产线上实验应用；如果不是技术保密的知识产权成果，可以及时申请自主知识产权保护；如果作为技术秘密，应该进行相关人员进行相关培训，了解并高度重视该项成果对于本企业技术创新的意义，并组成保密体系进行实施应用；

⑥及时对研发项目以及建设项目进行验收评价，总结经验；制定新产品研发制度，制定销售市场新产品信息反馈制度，以及技术研发设计与审核制度；按照市场发展趋势、客户需求，合理定位新产品研发种类；对销售人员进行合理培训，使他们了解该产品的具体功能与市场定位；加强研发人员责任心，加强研发过程审核，保证研发过程不出现失误；

⑦建立人才激励与约束机制，实现人力资源价值的不断提升；制定合理的项目管理制度，以及人才激励制度与技术保密各种防范措施，实现项目主要技术人员的稳定性，保证企业技术秘密的不可泄露性；

⑧完善技术开发辅助设计制度，系统考虑由于该技术研发涉及的所有辅助技术；

⑨做好前期预测与详细规划，规避技术风险；

⑩建立知识产权保护制度，对创新技术与研究成果及时申请专利保护。在实施一项技术研究或者新产品开发之前，一定首先进行专利信息查询，别人已经有的不再绕弯路进行研究，或者在别人研究的基础上继续进行实质性

34

CNBMGRP00371549

创新与突破，实现自己产品与技术的更高水平；建立知识产权保护制度，对应该申请专利保护的创新技术与研究成果，应该及时申请专利保护；实施专利申请战略性保护，在保护企业自主核心知识产权的同时，适当时申请专利种类，形成专利保护群、虚假专利保护群、使竞争对手无法下手；利用国内PCT业务进行申请，或者直接到国外进行当地专利申请。

### (9)应收账款风险

风险类型：市场风险

风险级别：　B2

产生原因：

①商业竞争；

②货款授信营销方式等应收账款管理规定方面；

③现有客户经营业绩跟踪不及时或新开发客户资信等信息了解不充分；

④个别新业务员存在重销售轻回款的侥幸心理；

⑤企业产品质量因素。

涉及的主要部门：销售公司、各生产单位、质量保证部、审计部、财务部等。

涉及的管理及业务流程：销售公司发货、回款制度、定单审批流程、市场开发、客户管理流程等。

风险发生后可能给企业带来的影响：

① 授信营销方式导致资金占压，资金周转率低；

② 资信程度低的客户形成呆、坏帐，降低企业经济效益；

③ 减少现金流，影响公司的资金周转速度及项目资金的需求；

④ 虚增经营成果，增加经营风险，影响企业形象；

⑤通过法律手段进行清收欠款时，影响精力和财力，尤其是增加收款成

CNBMGRP00371550

本。

风险解决方案：

①减少货款授信额度，所有与工程或建材超市单独签订的供货合同必须坚持先打款后发货的原则；所有新开发的客户要先付款后发货，或经过考核资金实力、信誉良好的也可以循环发货；对于老客户的原则是循环发货但每月余额不要超过本月货款发生额的 15%；

②完善销售业务内部分工，明确岗位职责，可操作性强的应收款管理规定，从源头上来强化经办人的应收款风险意识，建立有效的应收款回收考核评定体系，加强对客户的资信的跟踪评价与管理，确定客户的信用标准；

③实施动态应收账款分析，通过账期的动态分析对应出正常应收款、非正常应收款、重点催收款、呆坏账等来进行一一分类，以有利于掌握催收；

④建立健全赊销审批制度，制定信用额度，严格控制应收账款规模；

⑤出现产品质量问题，迅速由公司售后服务处进行处理，及时拿出处理意见，不拖延，不推脱，马上解决，不留后遗症；保证应收款的安全回收；

⑥及时搜集信息，拿起法律武器进行催收欠款。

**⑽安全生产控制风险**

风险类型：运营风险

风险级别：B2

风险产生原因：

①项目建设和试产过程中，管理人员、技术人员和岗位工人新手较多，缺乏安全管理经验，操作技能不熟练；

②对新建项目的新工艺、新技术、新设备、新材料的危险辨识不全面，危险评价不确切，安全措施不充分；

③技术改造后，没有重新识别新的危险因素；

36

④设备使用、维护不当，设备带病运转或超负荷运转；

⑤对各种临时作业、生产故障处理过程和重要环节的危险辨识、危险评价不深入不全面，相应的安全措施不完善；

⑥进入大量新员工、农民工及外来承包工程的作业人员，他们安全意识较差。部分员工有时出现违章作业、违章指挥、违反劳动纪律现象；

⑦安全管理制度、安全操作规程没有及时修订，落实不到位；

⑧有时对生产现场、设备设施和人员操作情况监督检查不到位，或者隐患整改不及时不彻底；

⑨安全设施、安全防护用品等存在缺陷。

涉及的主要部门：各分子公司、安全生产部、保卫部、供应部、技术开发中心、建安公司、动力机电分厂、企管部、人力资源部、销售公司等部门。

涉及的管理及业务流程：采购、安装、生产、搬运、储存、包装、运输、安全管理、设备管理、消防管理、员工培训管理、现场管理等业务流程。

风险发生后可能给企业带来的影响：

①风险发生后，可能发生人身伤害事故、设备事故及火灾事故，给公司造成一定的直接经济损失；

②安全生产事故将会对公司形象造成一定的负面影响，同时可能对招聘职工带来一定障碍，对在岗职工造成一定的心理恐惧，可能会影响职工情绪和工作质量；

③事故发生造成停工停产，处理事故耗费大量的人力物力，因经济处罚和事故赔偿等将会给公司造成大量的经济损失；

④可能降低公司商业优势和竞争力。

风险解决方案：

①强化分子公司安全管理主体责任，严格责任追究，认真落实安全生产

CNBMGRP00371552

目标考核，加强安全生产责任制落实；

②加强安全管理队伍建设，提高整体安全监管水平。新建项目单位配置相对较熟练的安全管理人员，或者组织专门培训，尽快提高他们的业务水平；

③对新建与技改项目加强危险辨识管理，完善各种安全设施，落实各项安全管理措施；

④加强设备管理，及时组织设备检查和维护维修，确保设备正常运转。一旦发现有较大设备隐患，立即启动有关事故应急救援预案；

⑤加大全员安全培训教育力度，提高安全素质，提高职工识别危险和防范事故能力。有针对性组织违章人员教育、新员工三级教育、农民工及外包人员教育等；

⑥深入开展安全标准化工作，积累经验，不断修订和完善标准。通过安全标准化达标和复审工作的开展，修订各种安全管理制度、安全操作规程和应急救援预案。加强现场安全检查，不断改善作业环境，完善和规范设备安全防护设施，加强各项基础管理，提高人员和设备的本质安全；

⑦加强安全设施和安全防护用品质量监督管理，从采购、保管、使用、维护等各环节把好关；

⑧加强防范自然灾害的能力。根据季节特点，制定和完善各类预防自然灾害的事故应急救援预案，并组织演练和评审，配备必要的救援物资；

⑨加强安全生产风险意识文化建设，通过各种会议、安全活动、安全竞赛等宣传形式，在公司营造安全生产风险文化氛围，提高全体员工的安全意识和风险防范能力；

⑩随着公司的快速发展和新项目建设，对安全生产风险实行动态管理，及时组织风险评估，补充和完善必要的风险管理方案。

**⑾税收政策风险**

CNBMGRP00371553

风险类型：战略风险

风险级别：A4

产生原因：

①国家出台新的税收政策带来的风险。国家颁布并执行新的税收法律维权，涉及到对公司行业、产品有关的税收政策变化，如果公司不及时了解、把握政策变化，调整涉税业务处理，将带来税务风险；

②运用税收优惠政策的风险。税收优惠政策是对特定的行业、课税对象、纳税人或地区给予的税收照顾，要符合税收优惠的条件且要在规定的时限内，按规定的程序申报，获得批准，才能享受；

③税收行政执法的弹性风险。税务机关与纳税人的权利义务的不对等性，税务机关拥有"决定罚款多少"、"认定情节轻重"等"自由"裁量权，从而使纳税人的税务风险增加；

④企业办税人员自身的专业素质导致的风险。办税员对于税法的认识与运用，如对有关税收维权的精神把握不准，没有按照有关税收规定去操作带来即成事实上的漏税，给企业带来税务风险。

涉及的主要部门：财务部、供应部、销售公司、技术开发中心等。

涉及的管理及业务流程：税务政策的收集和下达、办税人员的业务培训、与主管税务部门的咨询沟通、采购与销售合同评审，目标确定、风险识别、风险评估、风险处理、评价和修正。

风险发生后可能给企业带来的影响：

①影响企业的纳税准确性，使企业所多交或少交税；

②因涉税行为而承担了相应的法律责任；

③税收罚款带来的经济损失和社会影响。

风险解决方案：

CNBMGRP00371554

①完善企业内部管理制度的建设，约束、监管企业整个业务过程来控制企业运营中的税务风险；

②密切关注财税政策的变化，建立税收信息资源库，对适用的政策进行归类、整理、学习掌握，并跟踪政策变化，灵活运用；

③针对可能出现的税务风险所涉及的管理职责和业务流程，制定覆盖各个环节的全流程控制措施；

④参与企业战略规划和重大经营决策的制定，并跟踪和监控相关税务风险；

⑤注重内部队伍的人才选拔和培养，企业自身须拥有一定数量精通税法、财务的办税人员；

⑥积极与税务人员沟通、协调，发现税务工作中的问题并及时采取处理措施，以降低税务风险；

⑦加强税收自查和纳税评估工作。

## ⑿知识产权风险

风险类型：法律风险

风险级别：D2

产生原因：

①泰山石膏主导商标——第 1063238 号"泰山及图"商标中"泰山"二字占据该商标的比重太小，商标自身显著性不强，极易被仿冒进行注册申请，如泰山龙、泰恒山等；

②泰山石膏作为国内最大的纸面石膏板生产厂家，"泰山牌纸面石膏板"被评为"中国名牌产品"，"泰山"牌商标被认定为"中国驰名商标"，"泰山"品牌在全国建立起极高的知名度；各地小石膏板厂将"泰山"作为仿冒对象；

CNBMGRP00371555

③专利技术的申请需要专利申请人详细阐述专利涉及的技术信息，公司竞争对手可以通过细致、严密、综合、相关的分析，从专利文献中得到大量有用信息，或通过偷窃、剽袭而非法使用专利，使我公司的技术为竞争对手所用，从而实现其特有的经济价值；

④产品的外包装装潢的设计风格不固定，变动较大。

涉及的主要部门：维权部、销售公司、技术开发中心等。

涉及的管理及业务流程：知识产权保护、注册商标管理等流程。

风险发生后可能给企业带来的影响：

①不法分子利用造假、傍名牌来销售质次价低的产品，侵噬着我公司的客户及市场，会混淆消费者的认知，损害我公司的公众形象和信誉，导致产品市场占有率降低；

②各类商标侵权及不正当竞争行为发生后，将会导致严重的市场秩序紊乱、产品销售困难及无形资产价值的严重流失；

③自主知识产权不能作为自己的研究成果，而被非法商户使用，削弱了公司的核心竞争力。

风险解决方案：

①商标申请注册，将同"泰山及图"商标近似的商标如"泰山XX"、"XX泰山"、"泰X山"等给予保护性注册；

②提请商标异议，防止近似商标的注册成功；

③设计新颖、独特的产品外包装，并申请外观设计专利，将代表公司产品特色的包装、装潢予以固定，新颖、独特、反映公司特色，并申请外观设计专利；

④及时了解、搜集造假、售假单位的信息，利用司法和工商两种方式进行打假，净化市场竞争秩序；及时关注国家商标网，对于傍名牌的申请商标

41

CNBMGRP00371556

及时提出异议，同时注册防御性的商标来对品牌商标进行保护，争取将已经申请注册的"泰山"近似商标消灭在申请、异议阶段；

⑤知识产权宣传，通过市场采取各种途径，加强对我公司"泰山"品牌的宣传介绍，使得相关公众对我公司产品能够有详细的了解和认知；

⑥实施专利申请战略性保护，在保护企业自主核心知识产权的同时，适当时申请专利种类，形成专利保护群、虚假专利保护群、使竞争对手无法下手。

**4. 2011 年度重大、重要风险同 2010 年度相比的变动情况及原因**

**(1)风险变动情况**

经风险评估，泰山石膏 2011 年面临风险总数为 12 个，其中重大风险为 1 个，重要风险为 11 个。与 2010 年度相比，重大风险及重要风险分别比 2010 年度各多 1 个（详见下表）。

**泰山石膏 2011 年度评估确定的重大、重要风险与 2010 年度对比明细表**

| 2009 年度风险评估的结果 | | | 2010 年度风险评估的结果 | | |
|---|---|---|---|---|---|
| 序号 | 风险名称 | 风险级别 | 序号 | 风险名称 | 风险级别 |
| 1 | 投资风险 | 重要风险 | 1 | 法律纠纷风险 | 重大风险 |
| 2 | 知识产权风险 | 重要风险 | 2 | 投资风险 | 重要风险 |
| 3 | 产品质量风险 | 重要风险 | 3 | 品牌风险 | 重要风险 |
| 4 | 人力资源风险 | 重要风险 | 4 | 产品质量风险 | 重要风险 |
| 5 | 环境保护风险 | 重要风险 | 5 | 人力资源风险 | 重要风险 |
| 6 | 原材料采购风险 | 重要风险 | 6 | 环境保护风险 | 重要风险 |
| 7 | 研究开发风险 | 重要风险 | 7 | 原材料采购风险 | 重要风险 |
| 8 | 应收账款风险 | 重要风险 | 8 | 研究开发风险 | 重要风险 |
| 9 | 安全生产控制风险 | 重要风险 | 9 | 应收账款风险 | 重要风险 |
| 10 | 税务风险 | 重要风险 | 10 | 安全生产控制风险 | 重要风险 |
| 11 | | | 11 | 税收政策风险 | 重要风险 |
| 12 | | | 12 | 知识产权风险 | 重要风险 |

(2)风险变动原因

泰山石膏的决策层和管理层都十分重视企业风险的控制和管理，把该项工作作为"一把手"工程来抓。围绕着这项系统工程认真开展相关风险信息

CNBMGRP00371557

的收集，并将收集的信息从横向、纵向等方面进行了深入细致的辨识、分析及评价，工作中重实注效，切实将风险管理与日常经营管理融为一体，根据泰山石膏的实际情况，经过全面深入的剖析， 2011年度确定了12项风险，其中重大及重要风险各比2010年度多一个。

## (四) 健全内部控制系统情况

为了更好的遵守国家法律、维权和其他要求，提高公司的经济效益的社会效益，保障公司的资产的安全完整，确保公司信息披露的真实、准确、完整和公允，公司根据自身的经营特点和发展需要，建立了内部控制机制，并在执行过程中结合公司发展规模不断修订、补充和完善。

公司控股股东、董事会和管理层非常重视内部控制建设，不断完善各项制度和内控运行机制。公司明确界定了各部门、各岗位的目标、职责、权限，确保其在授权范围内履行职责，并对已获授权的部门和人员建立了有效地评价、考核和监督反馈机制。目前，公司已建立起适应公司发展、符合现代化企业制度要求的内部组织结构和科学的决策、执行、监督机制，形成了权责分明、各司其职、有效制衡、协调运作的法人治理结构。

公司在全面风险管理体系的基础上，本着务求实效的原则，根据企业的实际情况，进一步细化和完善了市场预测、产品质量、生产环境、资源管理、资金筹集、税收政策等方面的内部控制，对企业的各个控制流程和管理制度进行了梳理、优化和完善，加强了事前预测、计划，事中跟踪、分析，事后监督、考核，保障公司的发展更加规范、健康、安全。

(1)公司始终坚持"统一领导、集中经营"的管理方针，对所属的分公司、控股子公司实行统一经营，统一管理模式，即统一政策管理、统一人员管理、统一财务管理、统一营销管理、统一采购管理，保障了公司的监督管理控制力度，促进了公司的健康、有序的快速发展。

CNBMGRP00371558

(2)以财务管理为中心制定了一系列适合企业发展的管理制度和流程，并根据公司的发展需要对制度不断进行完善和修订，细化了财务管理制度，规范了业务签批程序，强化了财务核算、监督、管理、控制职能，有力的保障了公司经济的稳健运行。

(3)全面、深入的开展小金库专项治理工作，通过专项治理的自查和重点抽查，找出企业管理存在的薄弱环节，建立健全内部控制制度，从制度源头铲除"小金库"滋生的土壤，建立了 "小金库"治理的长效机制。

(4)融资与投资管理

泰山石膏每年度末根据整个集团下年度预计经营活动、投资活动产生的现金流量，由公司总部统一制定包括融资金额、担保方式在内的融资方案，并上报北新建材。所有下属子公司的融资必须经公司总部审核，并经该公司股东会批准后根据生产经营需要与项目建设进度完成情况，合理的安排融资额度，制定资金支付计划，合理调配使用资金，保证资金链条的畅通，确保生产经营与项目建设的顺利进行。

在投资方面，公司总部及下属子公司未经批准，不得从事任何证券、基金类的投资，以保证资金的安全。项目投资方面，由技术开发中心统一编制项目可研报告、预算方案和投资计划，并上报北新建材备案，经董事会、股东大会批准后实施。投资项目的支出严格执行审批制度，投资完成后相关部门联合进行项目验收决算，加强了对工程项目验收的管理，建立了工程项目验收管理制度，规范了工程项目的立项、审批、合同、施工、决算、验收等环节的管理，确保项目投资少、质量高、见效快，使项目建设管理更加制度化、规范化、效益化。

(5)在生产、质量管理方面，认证并通过了 GB/T 19001-2008 质量管理体系、GB/T 24001-2004 环境管理体系、环境/T223-2005 环境标志产品保障

CNBMGRP00371559

体系，并对公司三体系运行情况进行了管理评审，并作为科学化、规范化、标准化管理活动的平台。

公司建立并实施了"能源管理体系"，制定了"节能降耗、发展低碳经济"的管理方针，不断的改进工艺、技术，坚持每月"生产对标"的有效管理办法，找出了与集团公司内部、同行业先进单位之间存在的差距，形成了比、学、赶、帮、超的良好工作氛围，降低了资源的消耗，优化了工作环境，提高了经济效益。

(6)在公司运营方面，实施计划预测、目标控制、例会分析、年度考核等管理控制措施，按照年度目标与所有下属分、子公司签订年度目标责任书，按月分解并下达生产、经营工作计划，实行目标成本控制考核办法，定期召开例会分析，实行年度绩效考评，保障了公司生产、经营秩序的良好运行。

(7)在安全环境控制方面，加强了 "6s 管理"及"安全标准化"的达标验收管理，加强员工的安全教育培训，与各单位负责人签订《安全生产目标责任书》，与外来施工单位签订了《安全管理协议书》，强化了安全管理责任，有效地控制了安全生产风险。

(8)审计监督方面，加大了审计监督管理力度，对所属分、子公司发生的经济业务事项进行审计监督，对公司内控制度的建设、运行情况进行检查和评价，掌握了子公司生产经营、物资管理、会计核算及内部控制执行情况，针对发现的问题提出审计意见及改进措施，督促子公司及时改进完善，确保了核算及财务管理的规范化，防范了公司的舞弊风险，起到了事后监督的效能。

**(五)风险管理信息系统建设情况**

泰山石膏积极开展风险管理信息知识的学习活动，培育风险管理意识，创造良好的风险管理文化，逐步建立公司风险信息库，并对风险信息库的信

CNBMGRP00371560

息实行动态管理；逐步建立起以实现总体发展战略为目标，以风险管理策略、组织管理体系、内部控制系统、业务管理流程等环节为主要内容的风险管理信息系统，包括相关风险信息的收集、存储、加工、分析、测试、传递、报告、披露。

公司目前正在对实施 ERP 综合管理系统进行实际调研，建立综合风险信息管理平台。实现风险信息在各职能部门、业务单位之间的集成与共享，既能满足单项业务风险管理的要求，也能满足企业整体和跨职能部门、业务单位的风险管理综合要求。

### (六)重大风险管理策略和解决方案的监督改进机制

通过本次对公司风险的全面收集、分析、评估，发现了企业在发展过程中存在的不同类型的风险，找到了企业的病源、痛根，可以说是一次超越式的"自我剖析"。但这并不能代表已发现了企业存在的所有风险，也不能代表将发现的所有风险进行了彻底的清除。

公司将结合未来发展的实际情况，建立贯穿于整个风险管理基本流程，以重大风险、重大事件、重大决策、重要管理及业务流程为重点，对风险管理初始信息、风险评估、风险管理策略、关键控制活动及风险管理解决方案的实施情况进行监督，并建立全面风险管理监督体系，完善企业信息管理体系、规范法人治理结构、完善管理制度，采用风险控制等自我评估等方法对风险管理的有效性进行检验，根据变化情况和存在的缺陷及时加以改进。通过公司全面风险管理工作的有效开展和内部控制机制的增进、完善，并充分发挥监事会等不同层次的监督作用，使公司的风险管理成为一种长效机制，使风险管理管理体系得到持续改进、完善。

### 三、全面风险管理有关意见和建议

CNBMGRP00371561

（一）全面风险管理是一项系统工程，目前我国国有企业特别一些地方国有企业管理水平参差不齐，有些企业尚未建立健全法人治理结构，没有制定全面的战略发展规划，内部控制制度流于形式，更谈不上管理流程的梳理与改造。针对这一现象及状况，建议将全面风险管理推广到地方国有企业，纳入到地方国有企业的管理实践中，建立风险模型，将风险量化；成立风险管理部门，落实风险管理的组织职能；提高全员的风险管理意识，培育企业风险管理文化，逐步建立健全全面风险管理体系。

（二）建议国资委不定期组织全面风险管理的理论培训与实践交流，从中吸取其他企业的先进管理经验，发现自己的不足之处，达到全面风险管理在企业间的互动交流。

CNBMGRP00371562