

FSIA EXHIBIT 49

Partial Translation of BNBMPLC-E-0001156-1172

## China National Building Material Group Corporation
## Interim Measure on Fully Implementing the Decision-Making Rules for the "Three Significant Issues and One Large Operation"

### Chapter One  General Provisions

**Article 1 Purpose and Foundation**

The goal is to promote the corruption-free conduct and professional ethics of the leadership in China National Building Material Group Corporation (the Group Corporation), regulate decision-making behaviors, increase decision-making level, and prevent decision-making risks ......

......

**BNBMPLC-E-0001157**

......

**Article 4 Scope of Application**

This interim measure applies to the Headquarters of the Group Corporation.

### Chapter Two Scope of the "Three Significant Issues and One Large Operation"

**Article 5 Content of the "Three Significant Issues and One Large Operation"**

The "Three Significant Issues and One Large Operation" refers to the Group Corporation's significant business decisions, significant personnel appointments and removals, significant project arrangements, and large amount capital operation issues.

**Article 6 Scope of significant business decisions**

**BNBMPLC-E-0001158-1159**

Significant business decisions refer to the issues that, according to "the Opinion," "the Company Law" and relevant laws and regulations, regulations of the Communist Party, and regulations in the "Articles of Incorporation" and in the "Rules of Procedures on the Board of Directors," are determined by the State-owned Asset Supervision and Administration Commission, the Party (standing) committees, the board of directors, the general manager executive meeting, and the staff representative assembly. The issues mainly include (but not limited to):

1. The Group Corporation's direction of development, operational guidelines, development strategies, mid- to long-term development plans, and other significant strategic decisions and their implementation methods;
2. The Group Corporation's drafted articles of incorporation and the revisions of the articles;

3. The Group Corporation's annual budget plan, annual financial final account, and the objectives of operational performances evaluation;

4. The Group Corporation's profit distribution plans and loss recovery plans;

5. The Group Corporation's plans on increasing or decreasing registered capital and plans on issuing corporate bonds;

6. The Group Corporation's plans on mergers, split-up, dissolutions, or change of incorporation form;

7. The Group Corporation's establishment of internal management agencies, and adjustment of functions and establishment of branch offices;

8. The Group Corporation's risk management system program, including risk evaluation, financial control, internal audit, legal risk control, and etc.;

9. The Group Corporation's significant programs on income distribution, including budget and final account of the total amount of the enterprise's salaries, the enterprise's annuity program, and other significant distributions of interest that involve the employees' income distribution and affect their immediate interests;

10. Significant reform and restructure issues within the Group Corporation, which include optimizing and integrating the Group Corporation's internal resources; adjusting the structure of internal businesses (including stripping and re-organizing non-main business assets); disposing of non-efficient, useless assets, assets that do not serve a main business clearly, and other bad assets; reforming labor, human resource, distribution system; reforming shareholding system; re-structuring the secondary lines of business; separating the social institutions established by the Group Corporation, and etc..

11. Issues that involve exercising stockholders' rights and obligations of the Group Corporation relating to its  invested companies and its directly owned enterprises according to the law;

……

23. Significant issues that must be reported to the higher leadership.

……

**BNBMPLC-E-0001160-1161**

**Article 8 Scope of Significant Project Arrangement**

Significant Project Arrangement refers to the establishment and arrangement of projects that have an important impact on the Group Corporation's and its affiliates' and subsidiaries' size of assets, capital structure, profitability, conditions of manufacturing equipment, technology positions, and etc. The issues mainly include (but not limited to):

1. The formulation of the basic rules on the Group Corporation's investment management, financing management, and guarantee management;

2. The establishment and adjustment of the Group Corporation's annual investment plan;

3. The Group Corporation's significant financing projects that are more than 100 million RMB; the Group Corporation's foreign investment projects (including equity investment) that are more than 50 million RMB; the Group Corporation's investments on fixed assets within the border that are more than 50 million RMB; asset collaterals and guarantees that are more than 80 million RMB; internal guarantee projects that are more than 80 million RMB or exceed the total amount of guarantee control;

4. Foreign fixed asset investment projects that are more than 30 million US dollars; foreign equity investment projects that are more than 4 million US dollars; foreign investment projects that are more than 2 million US dollars.

……

## Chapter Three Decision-Making Procedures

**BNBMPLC-E-0001162**

**Article 10 Decision-Making by Meetings**

The "Three Significant Issues and One Large Operation" issues should be determined collectively, in forms of holding the board of directors meetings, the Party (standing) committee meetings, the general manager executive meeting, and the staff representative assembly, and these meetings should decide within their authority on the "Three Significant Issues and One Large Operation" issues. No decisions should be made by asking for individual opinions or by other means. However, interim board of directors meetings that are held according to the "Rules of Procedures on Board of Directors" and are communicated by written votes are not bound by this limitation.

……

**BNBMPLC-E-0001164-1165**

**Article 13 The Decision-Making Procedures for Significant Decisions**

See the attachment two for decision-making procedures.

1. For any significant issues on the Group Corporation's strategic plan, articles amendment, enterprise stability, significant interest distributions that involve the employees, and other matters that the Party committee think are necessary to be discussed at a Party standing committee's meeting, firstly, the general manager executive meeting shall deliberate and pass it, then the Group Corporation's Party (standing) committee shall deliberate it and form a relevant opinion, and then the secretary of the Party committee shall submit the opinion to the board of directors for deliberation and decision. Amongst the above, laid-off employee redirecting program in an enterprise re-structure and other four types of significant issues that involve the employees' immediate interests should be submitted to the staff representative assembly for deliberation and approval.

……

<u>**BNBMPLC-E-0001169-1170**</u>

**Chapter Five Supplementary Provisions**

……

**Article 23**

Subsidiaries that belong to the Group Corporation should, by reference to this interim measure, formulate their own measures on fully implementing the decision-making rules for the "Three Significant Issues and One Large Operation," report them to the Group Corporation for examination and approval, and then implement them.

……

BNBMPLC-E-0001171

Attachment one

**Decision-Making Procedures for Significant Personnel Appointment and Removal**

| | Type \ Procedure | | Recommendation | Nomination | Communication | Investigation | Solicitation of opinions | Deliberation and approval | Deliberation and decision | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | **Leadership appointment and removal decided by the board of directors** | **Vice President, Chief Accountant, and Secretary of the Board** | …… | …… | …… | …… | …… | …… | …… | Currently, the deputy general manager is nominated by the State-owned Asset Supervision and Administration Commission, and the secretary of the board is nominated by the chairman of board of directors |
| 2 | | **The appointment and removal of the chief executive officers, and the appointment, removal, and recommendation of the board, supervisors of second-tier enterprises** | …… | …… | …… | …… | …… | …… | …… | ----------------------- |
| 3 | | **Decision on chief executive officers of important third-tier subsidiaries** | …… | …… | …… | …… | …… | …… | …… | ----------------------- |
| 4 | **Appointment and removal of chief officers in administrative departments and other leadership decisions that need to be determined by the general manager executive meeting** | | …… | …… | …… | …… | …… | …… | …… | Deputies in administrative departments of the Group Corporation's headquarters, administrative deputies of the second-tier enterprises, and administrative deputies of the |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | important third-tier subsidiaries |
| 5 | **Appointment and removal of leadership that are determined by the Party standing committee** | ...... | ...... | ...... | ...... | ...... | ...... | ...... | Chiefs and deputies in the Party-masses department of the Group Corporation's headquarters, chiefs and deputies in the Party committee of the second-tier enterprises, chiefs and deputies in the Party committee of the important third-tier subsidiaries |
| 6 | **Leadership elected by the staff representative assembly (trade union committee)** | ...... | ...... | ...... | ...... | ...... | ...... | ...... | Staff director, staff supervisor, and chairman of the trade union |

BNBMPLC-E-0001172

Attachment Two

**Decision-Making Procedures for Significant Decisions, Significant Project Arrangements, and Large Amount Capital Operation Issues**

| | Type | | Procedure | Research, investigation, and proposal | Sufficient communications and opinion solicitation | Audit and evaluation | Analysis and demonstration | Due diligence investigation | Legal review | Deliberation and approval | Presentation of opinions | Deliberation and decision | Monitoring | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Significant Decisions | Significant Issues that must be deliberated by the Party standing committee | Issues on corporate strategy plans, articles amendments, employees' immediate interests, corporate stability (including but not limited to) | ...... | ...... | ...... | ...... | ...... | ...... | ...... | ...... | ...... | ...... | 1. Some significant decisions need to be reported to the State-owned Asset Supervision and Administration Commission for audit and approval or filing.

2. Issues involving major assets and equity rights should be audited and evaluated |
| 2 | | | Amongst, significant issues that involve the employees' immediate interests | ...... | ...... | ...... | ...... | ...... | ...... | ...... | ...... | ...... | ...... | |
| 3 | | Other significant issues | Studies and decisions on corporate re-structuring and operation management, significant issues on establishing important rules and | ...... | ...... | ...... | ...... | ...... | ...... | ...... | ...... | ...... | ...... | |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | regulations | | | | | | | | | | |
| 4 | | | Amongst, foreign investment, asset mergers, and other issues | …… | …… | …… | …… | …… | …… | …… | …… | …… | …… | |
| 5 | **Significant Project Arrangements** | | | …… | …… | …… | …… | …… | …… | …… | …… | …… | …… | ----------------- |
| 6 | **Large Amount Capital Operation Issues** | | | …… | …… | …… | …… | …… | …… | …… | …… | …… | …… | External donations off-budget and the external donations within budget but exceeding 1 (one) million RMB and should be reported to and filed with State-owned Asset Supervision and Administration Commission for approval. |

Note: Significant issues that involve the employees' immediate interests: employee placement plans in corporate re-restructuring, measures on employee rewards and penalties, and other important rules and regulations that involve the corporate employees' immediate interest; drafted contracts of the Group Corporation, the Group Corporation's annuity program, housing system reform programs, and other programs that are proposed after the discussion and consultation by the Group Corporation and the trade union.

ï»¿Chinese building material Group Company limited

Implements and realizes Ã¢â‚¬Å"tertiary one bigÃ¢â‚¬ decision-making system tentative method always

The first article the goal and basis to promote the Chinese building material Group Company limited (hereafter refer to as company) leadership personnel to be honest, the standard policy-making behavior, raises the level of decision, guards against the policy-making risk, (hereafter refers to as "Certain Stipulation") based on "State-owned business Leadership personnel Honest Employed Certain Stipulation", "about Further Advances State-owned business To implement and realize Ã¢â‚¬Å"Tertiary One BigÃ¢â‚¬ Decision-making system's Opinion" (manages the round of (2010)17 number, hereafter refers to as "Opinion") and "SAC Party committee about Implementing and realizing < about Further Advances State-owned business Implements and realizes Ã¢â‚¬Å"Tertiary One BigÃ¢â‚¬ Decision-making system's Opinion > Notice" (the national capital party committee disciplinary inspection [2010]177 number, belowIs called "Notice"), the union company reality, makes this tentative method.
The second article follows the principle

The policy-making principle complies with state laws and regulation, inner-party laws and relevant policies according to law and ensure the decision-making depends on

France gathers the gauge.

Collective decision-making principle company party committee, board of directors and manager organized group and other policy--makings organ should rest on the respective duty

The responsibility jurisdiction, the collective discussion decided that Ã¢â‚¬Å"tertiary one bigÃ¢â‚¬ item, prevents individual or the small number of people acts arbitrarily.

Scientific and leadership principle

Decision machine that the perfect staff participation, the expert consultant and collective decision-making unify

The system, fully carries forward democracy, extensively listens to the suggestions. Effective keeping in balance and highly effective decision-making unify the principle

Company party committee, board of directors, board of supervisors, manager organized group as well as employee's representative conference and other organizations performed its own functions, have own responsibility, practical highly effective.
The third article procedure rule

The company party committee (member) meeting, board of directors and general manager workshop acts according to the responsibility and jurisdiction that "Articles of incorporation" stipulated that, "Board of directors Procedure rule" and "General manager Work rule" concerned requirements discussion decides Ã¢â‚¬Å"tertiary one bigÃ¢â‚¬ item based on "Party committee Procedure rule"; The company employee's representative conference decides Ã¢â‚¬Å"tertiary one bigÃ¢â‚¬ item according to its responsibility, jurisdiction and related procedure rule collective discussion.

The fourth article applicable scope tentative method is suitable for Group headquarters.
Ã¢â‚¬Å"Tertiary one bigÃ¢â‚¬ scope

The fifth article Ã¢â‚¬Å"tertiary one bigÃ¢â‚¬ connotation Ã¢â‚¬Å"tertiary one bigÃ¢â‚¬ refers to the company major decision, important personnel appointing and dismissing, the major issue arrangement and great specified amount fund operation item.
The sixth article major decision item scope

The major decision item refers to the company according to "Opinion", "Law of corporation" and so on relevant laws and regulations and inner-party laws stipulation as well as "Articles of incorporation" and "Board of directors Procedure rule" stipulation, by item that SAC and party committee (member) meeting, board of directors, general manager workshop and employee's representative conference were decided. Mainly

including (including, but is not restricted in):

1. company development direction, operational policy, developmental strategy as well as medium and long-term development project and so on significant strategic decision and measures for implementing;

2. articles of incorporation draft and regulation revision plan;
3. company annual budget plan and annual financial statement final accounts plan and operational performance assessment goal;

4. company's appropriation of profit plan and makes up for the loss plan;

5. the company increases or the reduced registered capital plan as well as the release debenture bond plan;
6. the company merges, establishes separately and dismisses or the change corporate form plan;
7. the company internal management institutional setup, the function adjustment and branch office establish;
8. company risk management system plan, including risk assessment, fiscal control, management audit and legal risk and other plans;
9. the company significant division of income plan, as well as involves the employee salary assignment the vital interest other vital interests to mix the item including the enterprise total wages budget and final accounts plan and enterprise annuity plan;
10 companies related important reforms reorganization item, including optimized conformity company internal resource and adjustment internal operation structure (including non-principal work property peeling and reorganization) plan; Cleaning up handling low efficiency, invalid or principal work not clear and so on bad assets plan; Work, human affairs and reform of the income distribution system plan; Joint-stock reform plan; The secondary industry overhaul plan and separation company manage the structure of society plan and so on;
11. fulfills legally to the company the investment company and enterprise's shareholder authority, exercises item that the stockholder's right involves;
12. company's direct property rights transfer item;
13. the staff diverges the settlement plan;

14. company housing reform monetization plan;
15. company collective bargain;

16. company significant construction of personnel item;
17. company significant building of enterprise culture work item;

18. company basic management system and inner-party system;
19. The company carries out the important step of decision, resolution and instruction that the party and country's line, principles, and policies, the laws and regulations and higher authority organize;

20. The construction and safety and stability item of company significant party;
21. company party convention convenes with the party committee changing session item;

22. the company party member and leadership personnel violate regulations to put on record and investigate the item significantly, the cadre responsibility investigates the item;
23. must ask for instructions the report to the higher authority the significant event.

The seventh article the important personnel appointments and dismissals' scope important personnel appointments and dismissals are other leadership personnel as well as management administrative personnel's who position adjustment items refers to the enterprise direct management. Mainly including (including, but is not restricted in):

1. appointing and dismissing of company management personnel, appoints or relieves the appointment;
2. company staff trustee and election of staff supervisor;

3. the election of company union president;
4. appointing and dismissing of base company middle managers, appoints and relieves the appointment;

5. second-level head of undertaking personnel who the company manages (including government leading body member, similarly hereinafter) appointing and dismissing, appoints and relieves the appointment; Important child enterprise appointing and dismissing that of leadership personnel authorizes third-level and board of directors recognized, appoints and relieves the appointment;

6. to controlling stock and holding share of the enterprise delegated or replaces the shareholder representative, recommended the board of directors and board of supervisors members and managers, the financial person in charge and others the senior operations management personnel;

7. the recommendation and determination of leading group reserve cadre;

8. party representative, Deputy to the National People's Congress and recommendation of commissar of the Chinese People's Political Consultative Conference candidate; Model labor and advanced group, advanced individual's recommendation or evaluation;

9. involves the headquarters functional department intermediate decks and above administrative personnel as well as the sub-enterprise body's important rewards and punishment that directly is managed by the companies;

10 appointing and dismissing of substitute management official;

11. cadre management other matters of strategy.

The eighth article major issue arrangement item scope

Major issue arrangement item refers to the company and subsidiary enterprise property scale, the capital structure, the profitability as well as the production equipment, the technical position and so on produced material effect establishment and arrangement of project. Mainly including (including, but is not restricted in):

1. company investment management, finances to manage and guarantee the formulation of management basic system;

2. formulation and adjustment of company year capital spending plan;

3. company over 100 million Yuan significant financing project; Company over 50 million Yuan foreign investment project (including equity investment); Company over 50 million Yuan within the boundaries investment in the fixed assets project;
Over 80 million Yuan property mortgages and pawns; Company over 80 million Yuan and surpass the guarantee control total the internal guarantee project;

4. Company over 30 million US dollars foreign investment in the fixed assets project; Over 4 million US dollars foreign equity investment project; Over 2 million US dollars foreign thing trade investment plan.

5. involves to use various federal aid fund projects the matter of strategy;

6. the company is engaged in the option, stock and other financial derivation services;

7. the introduction as well as internal and external purchase of company important core technologies and equipment;

8. company construction and project contractor project;

9. the company purchases the large amount commodity and purchase service and so on significant management project;

10 other company major issue arrangement items.

The ninth article the capital rationing fund reassignment and use that the great specified amount fund operation item's scope great specified amount fund operation item refers to surpassing by the State Council SAC or the company board of directors stipulate the commercial management personnel who is authorized to transfer and use. Mainly including (including, but is not restricted in):

1. company fund management and making of foreign donation management basic system;

2. company annual cost budgets and budgets the planted agent to consider the great specified amount fund reassignment and use of decision by the board of directors;

3. the company surpasses budgets 30% fund reassignments and uses;

4. in company extra-budgetary and budget over 1 million Yuan foreign donation;

5. other company great specified amount fund operation items.

Decision-making procedure

The tenth article conference decision Ã¢â‚¬Å"tertiary one bigÃ¢â‚¬Â item must respectively to hold the company board of directors and party committee (member) meeting and general manager workshop and employee's representative conference's form, to responsibility jurisdiction in Ã¢â‚¬Å"tertiary one bigÃ¢â‚¬Â item makes the collective decision-making, cannot solicit opinion and other ways to make the decision-making individually. But holds the board of directors temporary conference not to be limited by the communication written vote way by this according to "Board of directors Procedure rule".

The 11th article important personnel appointments and dismissals decision-making procedure

The policy-making flow sees the attached list one.

(1) Appointment and dismissal of cadre that the board of directors decided

1. the appointing and dismissing procedure of company management personnel "Selects the Instruction Opinion spirit that about Board of directors Experiment site Central enterprise Board of directors according to SAC Higher managements Work", the company management personnel are nominated by the general manager and chairman, after communicates with the company party committee concerned leaders unanimously reports SAC, after SAC agrees to nominate, the board of directors nomination committee handles jointly with the company party committee (member) to fulfill the inspection procedure, and forms the bill, the submission board of directors considers the decision and appointment.

Appointing and dismissing and recommendation procedure of appointing and dismissing and trustee and supervisor 2. pair of second-level child enterprise administration regular duty personnel

According to "Group Head of undertaking Man management Tentative method" stipulation, in the foundation of democratic recommendation, is nominated by the general manager, after with the company board of directors after the party committee concerned leaders communicate, fulfills the personnel to inspect the procedure, and solicits the company discipline inspection commission suggestions, by the party committee (member) can after the general manager workshop passes, the submission board of directors considers the decision.

3. pair of Group third-level important child enterprise trustee, supervisor and administrative regular duty's appointing and dismissing procedure acts according to "Group Head of undertaking Man management Tentative method" stipulation, acts according to the concerned requirements of this head of undertaking man management by the second-level enterprise, proposed that plans to choose a person to apply and suggest, is nominated by the general manager, after with the company board of directors after the party committee concerned leaders communicate, fulfills Group organization department and second-level enterprise organization and personnel department together inspects the procedure, and solicits the company discipline inspection commission suggestions, by the party committee (member) can after the general manager workshop passes, the submission board of directors considers the decision.

(2) Appointment and dismissal of cadre that the general manager workshop decided acts according to "Group Leadership personnel To manage the Tentative method" stipulation, to the base company functional department people in charge (regular duty) and must by the general manager workshop decide the cadre who appoints and dismisses, in the foundation of democratic recommendation, is nominated by the general manager, after with the company board of directors after the party committee concerned leaders communicate, fulfills the organization department to inspect the procedure, the questionnaire company discipline inspection commission opinion, passes after the party committee standing committee, submits the general manager workshop to consider the decision.

(3) Appointment and dismissal of cadre that the party committee standing committee decided

"Manages the Tentative method stipulation according to Group Leadership personnel", the party committee standing committee decided the cadre who appoints and dismisses, in the foundation of democratic recommendation, is nominated by the party committee

secretaries, after communicates after the company board of directors and manager level concerned leader, fulfills the organization department to inspect the procedure, the questionnaire company discipline inspection commission opinion, submits the party committee (member) joint hearing to resolve to decide.

(4) Passes through the employee's representative conference (or trade union member delegates' conference) the election cadre nominates by the party committee secretaries, after communicates after the company board of directors and manager level concerned leader, fulfills the organization department to inspect the procedure, the questionnaire company discipline inspection commission opinion, after the party committee (member) will pass, the staff trustee and supervisor submits the employee's representative conference, the trade union chairmens submits the trade union committee, according to related procedure election.


The 12th article before major decision item and major issue arrangement item and great specified amount fund operation item decision-making, preparatory work 1. investigation and study, proposed the plan. In charge to lead the organization by the company, the department concerned or the unit participates, when necessity may form the special investigation and study group, the investigation and study should form the report, proposed the policy-making alternative plan.

2. full communication, questionnaire opinion. The policy-making item must solicit unit concerned, department and leader's opinion beforehand, full consultation communication. Affected area broad, with staff benefit close related major decision item, must listens to staff's suggestions and suggestion through the labor union organization or the employee's representative conference form.

3. proof appraisal. Involves the significant investment project and stockholder's rights, property purchase, guarantee and so on major decision item, must organize the expert to carry on the feasible and risk assessment proof; And was proposed the opinion by expert and audit, finance, investment, management and operation and other departments based on the different situation, for conference decision reference.

4. legal examination. Major decision item and major issue arrangement item and great specified amount fund operation item before submitting conference decision, should carry on the legal examination beforehand. Mainly examines whether gathers the gauge legitimately as well as whether there is the legal risk. Without legal examination or after legal examination not legitimate about gauge's item, do not submit the conference decision.

5. material preparation. The conference material, proves the assessment report, the legal opinion including the policy-making alternative plan and explanation material and feasibility study report, should (member) meeting and general manager workshop convene previous 7 days in the board of directors and party committee, the delivery attended and attended the personnel of conference.

The 13th article major decision item decision-making procedure

The policy-making flow sees the attached list two.


(1) Stabilizes as well as involves staff's vital interests assignment and other party committees about the corporate strategy plan, the regulation revision and enterprise to think that has the necessity to convene the significant event that the party committees hold a meeting to study, after the general manager workshop passes, before the submission board of directors conference considers the decision, (member) will consider by the company party committee, forms the related opinion to submit the board of directors by the party committee secretaries. And, staff in the restructuring of enterprise diverges the plan and so on to involve the staff vital interest four kinds of significant events to submit the employee's representative conference to pass.


(2) Other company major decision items, after the general manager workshop passes, submits the party committee standing committee to verify, and forms the related opinion, for board of directors decision-making reference. And, involves the staff vital interest the item should beforehand solicits the staff suggestions through the employee's representative conference or the trade union.


The 14th article major issue arrangement item and great specified amount fund operation item decision-making procedure company major issue arrangement item and great specified amount fund operation item's decision-making procedure refers to 13th second (other company major decision items policy-making flows) concerned requirements. The policy-making flow sees the attached list two.

The 15th article temporary decision-making

In having the force majeure or presents significant crisis, is unable to hold in conference's emergency case promptly, may decide the relevant matter by the party committee secretaries, chairmen and general manager temporarily, but should in be prompt afterward to the party committee (member) meeting, board of directors and general manager workshop reported. Decided temporarily the human must be responsible for policy-making situation, the party committee (member) meeting, board of directors and general manager workshop must in fulfill the deliberation and decision-making procedure according to the stipulation of this tentative method afterward.
The 16th article the other requests of policy-making tertiary big item conference

(1) The conference must conform to the party committee (member) meeting, board of directors or general manager workshop stipulated that the population only then convenes, the participants must fully discuss and express the opinion separately, the conference director express the last opinion generally finally. The conference decided when many items, should study the decision item by item. If there is serious difference, may postpone to make the decision.

(2) The conference must to discuss official business a decision to make the council book. The council book must including the dates, places, the director names and attendance personnel who name, the summit agenda, subject, the speech main point and resolution vote way and result the conference convenes (number of votes and voter name of agreement, opposition or forfeit) and other contents.

The board of directors attended the trustee of conference to in the council book or the conference summary signs, the council book and conference summary must file away taking care. And, the party committee (member) meets the conference to record by the conference convener signature, the general manager workshop conference records by the general manager signs.

(3) The conference thinks that needs to further study or make the significant revision the bill, should after the bill makes the revision and consummation reconsider, the time and way of reconsideration were decided by the conference convener.

The 17th article when the evasion principle participation decision-making's personnel have the situation that must avoid, must implement the evasion according to the company concerned requirements and ensure carries out the responsibility fairly.
When to being connected transaction item vote, has the stake relevant personnel to belong to one of following conditions, the above-mentioned person may attend the conference and expresses the opinion, but does not include the quorum, does not participate in the vote.

(1) When its direct or indirect or plan the contract with company existing, transaction and arrangement has the incidence relation;
(2) It holds the post of the legal representative, trustee, manager and financial person in charge, when or by form direct either indirect operation's other enterprises, direct or indirect or plan the contract with company existing, transaction and arrangement has the incidence relation;

(3) His spouses and children hold the post of the legal representative, trustee, manager and financial person in charge, when or by form direct either indirect operation's other enterprises, direct or indirect or plan the contract with company existing, transaction and arrangement has the incidence relation;
(4) The law, laws and "Articles of incorporation" stipulated when must avoid promptly. When on the significant personnel appointment and dismissal item votes, according to regulation of company party committee related evasion vote.

The implementation, the policy-making inspector general and responsibility investigate the 18th implementation

(1) After the decision-making makes, should prompt report the related policy-making situation to the higher authority department concerned according to the SAC concerned requirements. The chairman and party committee secretaries and general managers must implement according to the division of labor, and carries out the department and responsible person explicitly. Participation decision-making person to collective decision-making, if there is dissenting views, may retain or reported to the higher

authority, but before has not made the new decision-making, do not change arbitrarily
or refuse carry out. When the peculiar circumstance must to policy-making content makes
the significant adjustment, must act according to the regulations to fulfill the
decision-making procedure. The board of directors secretaries carry on the track and
supervision to the board of directors resolution's operational practice according to
the concerned requirements.
(2) Enters the board of directors and manager level party committee member, must
according to requesting to implement party organization's opinion and decision.
(3) The company party committee must unite to lead the entire party member and general
employee masses , to promote the implementation of decision-making, and to with the
party and national that general and specific policies and laws and regulations in
implementing discovered incompatible or is separated from the actual situation to give
the comment, if cannot obtain to correct, must reflect to the higher-level party
committee.
The 19th article policy-making supervision

Besides the state laws and regulation stipulation's security item and business secret,
Ã¢â‚¬Å"tertiary one bigÃ¢â‚¬Â decision-making and operational practice must publicize
to the staff at the right moment, listen to the suggestions and suggestion, accepts the
employee masses to supervise.

The company board of directors, party committee and manager level is the formulation
carries out Ã¢â‚¬Å"tertiary one bigÃ¢â‚¬Â decision-making system's primary
responsibility body, the company discipline inspection commission should strengthen
right Ã¢â‚¬Å"tertiary one bigÃ¢â‚¬Â the decision-making system operational practice
supervision.
(1) The management must carry on one time to the collective decision-making, the macro-
scientific policy-making and leadership system operational practice every year the
self-examination, implementing and realizing the collective decision-making system
situation stated as the party member leading cadre democratic life meeting and members
of leadership team discusses inexpensive and content of making factory affairs public
inexpensively, accepted the supervision and democratic discussion.

(2) After establishing and improving the decision-making, assessment mechanism and
error correction correction system. , Tracks to feed back and appraise reexamination
through the sample investigation and other methods, discovers and corrects the problem
that in the policy-making formulation and execution has promptly, adjusts and perfect
decision-making at the right moment.

(3) The company discipline inspection commission monitors through potency supervision,
special inspection, management audit, cadre inspection and other ways to the decision-
making system operational practice on organization disciplinary inspection,
supervision, audit, human affairs, law and other functional departments.
The 20th article the responsibility investigated

To violating this tentative method, should carries on the responsibility to investigate
based on "Certain Stipulation" related articles.

(1) The company discipline inspection commission fulfills Ã¢â‚¬Å"tertiary one bigÃ¢â‚¬Â
the responsibility investigates the work function.
(2) The decision-making men violate this tentative method to stipulate that the
decision-making procedure has not caused the property losses, regards the seriousness,
gives criticism and caution talk processing separately.

(3) The decision-making men violate this tentative method stipulation decision-making
procedure, causes the property losses, regards the seriousness to give to transfer the
post, to demote and remove from office separately processing, and may make economic
compensation processing according to the stipulation.
(4) The elases violate this tentative method, by SAC discipline supervision
Organization according to related means and program processing; The manager level
member violates this tentative method, by the company board of directors according to
the related means and program processing, simultaneously reported SAC discipline
supervision Organization and company discipline inspection commission; The party
committee standing committee members violate this tentative method, reports the higher-
level party committee and discipline supervision organization processes.
(5) In communist party member regarding the above personnel, regards the seriousness,

imposes the corresponding party disciplinary measure according to "CPC regulations on disciplinary measures" by the company party committee.
(6) The decision-making men seriously violate decision-making procedure, causes the significant property to lose or embezzle the state asset suspected crime, transfers the judicial organ to process legally.

The fifth chapter attaches 21st important personnel the appointments and dismissals cadre plan, cadre exchange, overall plan coordination and other matters concerned outside to be responsible for by the company party committee, its work flow basis inner-party laws and "Articles of incorporation" formulate. Ã¢â‚¬Â"Tertiary one bigÃ¢â‚¬Â the company operating decisions item outside item scope is responsible for by the general manager, its work flow acts according to "Articles of incorporation" and "General manager Work rule" carries out.
The 22nd article Ã¢â‚¬Â"tertiary one bigÃ¢â‚¬Â concrete operations and implementation in decision-making process according to the relevant provision execution of company rules and regulations.

The 23rd article company respective child enterprise should refer to this tentative method to formulate this enterprise to implement and realize Ã¢â‚¬Â"tertiary one bigÃ¢â‚¬Â decision-making system's measures for implementing, after reporting the company to examine the authorization, carried out.
The 24th article this tentative method is responsible for explaining by the company.

The 25th article this tentative method after the State Council SAC examines the authorization issues the implementation.
Attached list one

Wants person matter Ren Mianshi the item to decide the plan to flow Cheng Biaoliu seriously the regulation

The kind do not push

Recommends to propose the name

Ditch

Passes tests to observe

Drafts asks Italy to see

Examines to discuss has passed

Examines to discuss decides definitely

Preparing

Cadre who the note 1 board of directors decided

Appoints and dismisses deputy general manager, the chief accountant and board of directors secretary democratic recommendation

General manager or chairman

Party committee concerned leader

Nomination committee

With company party committee group discipline inspection commission party committee standing committee

Board of directors

Present stage deputy general manager is nominated by SAC, the board of directors secretaries are nominated by the chairman.

2

Appointing and dismissing and recommendation of appointing and dismissing and trustee and supervisor second-level enterprise administration regular duty

Democracy

Recommends the general manager board of directors with the party committee concerned leader human resource department party and masses service department

Group discipline inspection commission

Party committee

Standing committee Board of directors-three third-level important child enterprise administration regular duty's decision second-level enterprise general manager board of directors with the party committee concerned leader human resource department and party and masses service department, handles jointly with second-level enterprise organization and personnel department group discipline inspection commission party committee standing committee Board of directors-four company administrative department regular duty and so on must by the appointment and dismissal of cadre democratic recommendation that the general manager workshop was decided

General manager

Board of directors with party committee concerned leader

Human resource department party and masses service department

Group discipline inspection commission

Party committee

Standing committee general manager workshop

Group headquarters administrative department deputy and respective second-level enterprise administration deputy, third-level important child enterprise administration deputy

5

Appointment and dismissal of cadre that the party committee standing committee decided

Democracy

Recommends the party committee secretary

Board of directors and manager level concerned leader

Human resource department

Party and masses service department group discipline inspection commission - party committee standing committee

Group headquarters party and masses department deputies and respective second-level enterprise party committee deputies, third-level important child enterprise party committee deputy

6

Employee's representative conference (trade union committee) election cadre

Democracy

Recommends the party committee secretary

Board of directors and manager level concerned leader

Human resource department

Party and masses service department group discipline inspection commission party committee standing committee

The employee's representative conference or trade union members represent the congress

Staff trustee, staff supervisor, trade union chairmen

Attached list two

Major decision item and major issue arrangement item and great specified amount fund operation item decision-making flow sheet class regulation

Kind investigation and study

Proposed the plan

Full communication

Questionnaire opinion audit appraisal

Analysis proof

Fulfills duty the investigation

Law

Examination shenyitongguo

Proposed

Opinion deliberation decision

Jail

Supervises to prepare the note

1

Heavy

Decides greatly

Plan matter

Significant event that the item must party committee standing committee consider about corporate strategy plan, regulation revision, staff vital interest and enterprise stable and so on (including, but is not restricted in) is in charge of the leadership sponsor department

Concerned leader department concerned

-

Department concerned

- Law matter office general manager workshop party committee standing committee

-

Board of directors

Board of supervisors

1. part of major decision items must report SAC to examine and approve or set up a file.
2. involves the significant property and stockholder's rights class item to carry on the audit appraisal.
2 in, involve staff vital interest the significant event to be in charge of the leadership sponsor department

Concerned leader department concerned

-

Department concerned

- Law matter office general manager workshop party committee standing committee

Employee's representative conference - board of directors

Board of supervisors

3

Other

Significant event

The research decided that the company changes the system as well as the major issue and formulation important in rules and regulations management and operation and so on significant event

In charge of the leadership

Sponsor department concerned leader department concerned - department concerned - law matter office general manager workshop party committee conference

Board of directors

Board of supervisors

4

And, extraterritorial investment, property purchase and other items

In charge of the leadership

Sponsor department concerned leader department concerned concerned expert

Auditing office

Department concerned;

Expert facilitating agency law matter office general manager workshop party committee conference

Board of directors

Board of supervisors

5

Major issue arrangement item

In charge of the leadership

Sponsor department concerned leader department concerned concerned expert auditing office department concerned;

Experts

–

Law matter office

General manager workshop

Party committee conference board of directors Board of supervisors-six large quantity fund use item is in charge of the leadership sponsor department

Concerned leader department concerned

–

Department concerned

–

Law matter office

General manager workshop

The party committee conference board of directors board of supervisors extra-budgetary as well as in over 1 million Yuan budget donates outward, must report SAC to set up a file the agreement.
Note: Involves the staff vital interest significant event: Labor settlement plan, staff rewards and punishment means and enterprise the restructuring of enterprise involve the staff vital interest the important rules and regulations; Consulted the group contract draft and enterprise annuity that plan and housing system reform plan after the enterprise and trade union proposed and so on.
PAGE PAGE 1

--- Summary Information ---
1: 936 PID_TITLE: Chinese coal science and industry Group Company limited PID_SUBJECT:
PID_AUTHOR: Du Xiaojun (1) PID_KEYWORDS:
PID_TEMPLATE: Normal PID_LASTAUTHOR: zdf PID_REVNUMBER: 6 PID_APPNAME: Microsoft Office
Word PID_EDITTIME: Mon Jan 01 08:06: 00 CST 1601 PID_LASTPRINTED: Fri Jul 29 15:18: 00
CST 2011 PID_CREATE_DTM: Thu Aug 25 14:55: 00 CST 2011 PID_LASTSAVE_DTM: Thu Aug 25
15:04: 00 CST 2011 PID_PAGECOUNT: 1 PID_WORDCOUNT: 1258 PID_CHARCOUNT: 7175
PID_SECURITY: 0

--- Document Summary Information ---
PID_CODEPAGE: 936 PID_COMPANY:
PID_LINECOUNT: 59 PID_PARCOUNT: 16 17: 8417 23: 730895 PID_SCALE: false PID_LINKSDIRTY:
false 19: false 22: false

# 中国建筑材料集团有限公司
# 贯彻落实"三重一大"决策制度暂行办法

## 第一章　总　则

### 第一条　目的和依据

为促进中国建筑材料集团有限公司（以下简称公司）领导人员廉洁从业，规范决策行为，提高决策水平，防范决策风险，依据《国有企业领导人员廉洁从业若干规定》（以下简称《若干规定》)、《关于进一步推进国有企业贯彻落实"三重一大"决策制度的意见》（中办发〔2010〕17 号，以下简称《意见》）和《国资委党委关于贯彻落实〈关于进一步推进国有企业贯彻落实"三重一大"决策制度的意见〉的通知》（国资党委纪检[2010]177 号，以下简称《通知》），结合公司实际，制定本暂行办法。

### 第二条　遵循原则

（一）　依法决策原则

遵守国家法律法规、党内法规和有关政策，保证决策依法合规。

（二）　集体决策原则

公司党委、董事会、经理班子等决策机构应依据各自职责权限，集体讨论决定"三重一大"事项，防止个人或少数人专断。

1

BNBMPLC-E-0001156

（三） 科学、民主决策原则

完善职工参与、专家咨询和集体决策相结合的决策机制，充分发扬民主，广泛听取意见。

（四） 有效制衡与高效决策相结合原则

公司党委、董事会、监事会、经理班子以及职代会等机构各司其职，各负其责，务实高效。

## 第三条  议事规则

公司党委（常委）会、董事会、总经理办公会根据《公司章程》规定的职责、权限，依据《党委会议事规则》、《董事会议事规则》和《总经理工作规则》有关规定讨论决定"三重一大"事项；公司职代会按照其职责、权限和有关议事规则集体讨论决定"三重一大"事项。

## 第四条  适用范围

本暂行办法适用于集团公司总部。

# 第二章  "三重一大"范围

## 第五条  "三重一大"的内涵

"三重一大"是指公司重大决策、重要人事任免、重大项目安排和大额度资金运作事项。

## 第六条  重大决策事项的范围

BNBMPLC-E-0001157

重大决策事项是指公司依照《意见》、《公司法》等有关法律法规、党内法规规定以及《公司章程》和《董事会议事规则》的规定，由国资委、党委(常委)会、董事会、总经理办公会、职代会决定的事项。主要包括(包括但不限于)：

1．公司发展方向、经营方针、发展战略以及中长期发展规划等重大战略决策及其实施办法；

2．公司章程草案和章程的修改方案；

3．公司年度预算方案、年度财务决算方案和经营业绩考核目标；

4．公司的利润分配方案和弥补亏损方案；

5．公司增加或者减少注册资本的方案以及发行公司债券的方案；

6．公司合并、分立、解散或者变更公司形式的方案；

7．公司内部管理机构设置、职能调整及其分支机构设置；

8．公司风险管理体制方案，包括风险评估、财务控制、内部审计、法律风险控制等方案；

9．公司重大收入分配方案，包括企业工资总额预算与决算方案、企业年金方案以及涉及职工收入分配等切身利益的其他重大利益调配事项；

10．公司内部有关重大改革重组事项，包括优化整合公司内部资源、调整内部业务结构（包括非主业资产剥离、重组）的方案；清理处置低效、无效或主业不清晰等不良资产

3

BNBMPLC-E-0001158

的方案；劳动、人事、分配制度改革方案；股份制改革方案；辅业改制方案和分离公司办社会机构方案等；

11．依法履行对公司所投资公司、直属企业的股东职权，行使股东权利所涉及的事项；

12．公司的直接产权转让事项；

13．职工分流安置方案；

14．公司住房改革货币化方案；

15．公司集体合同；

16．公司重大人才队伍建设事项；

17．公司重大企业文化建设工作事项；

18．公司基本管理制度和党内制度；

19．公司贯彻执行党和国家的路线方针政策、法律法规和上级组织的决定、决议、指示的重大措施；

20．公司重大党的建设和安全稳定事项；

21．公司党代会召开与党委换届事项；

22．公司党员、领导人员重大违纪立案及查处事项，党政领导干部责任追究事项；

23．须向上级请示报告的重大事项。

## 第七条　重要人事任免事项的范围

重要人事任免事项是指企业直接管理的领导人员以及其他经营管理人员的职务调整事项。主要包括（包括但不限于）：

1．公司高管人员的任免、聘任或者解除聘任；

4

BNBMPLC-E-0001159

2．公司职工董事、职工监事的选举产生；

3．公司工会主席的选举产生；

4．公司总部中层管理人员的任免、聘任、解除聘任；

5．公司管理的二级企业领导人员（包括党政领导班子成员，下同）的任免、聘任、解除聘任；批准三级和董事会认定的重要子企业的领导人员的任免、聘任、解除聘任；

6．向控股和参股企业委派或更换股东代表，推荐董事会、监事会成员和经理、财务负责人等高级经营管理人员；

7．企业领导班子后备干部的推荐、确定；

8．党代表、人大代表和政协委员候选人的推荐；劳动模范、先进集体、先进个人的推荐或评选；

9．涉及总部职能部门中层及以上管理人员以及由公司直接管理的子企业班子成员的重要奖惩；

10．代管单位负责人的任免；

11．其他干部管理的重要事项。

## 第八条　重大项目安排事项的范围

重大项目安排事项是指对公司及所属企业资产规模、资本结构、盈利能力以及生产装备、技术状况等产生重要影响的项目的设立和安排。主要包括（包括但不限于）：

1．公司投资管理、融资管理、担保管理基本制度的制定；

2．公司年度投资计划的制定与调整；

3．公司1亿元以上的重大融资项目；公司5000万元以上的对外投资项目（含股权投资）；公司 5000 万元以上的

BNBMPLC-E-0001160

境内固定资产投资项目； 8000万元以上的资产抵押、质押；
公司8000万元以上和超过担保控制总额的对内担保项目；

4．公司 3000 万美元以上境外固定资产投资项目；400
万美元以上境外股权投资项目；200 万美元以上境外物贸投
资项目。

5．涉及使用各类国家补助资金项目的重要事项；

6．公司从事期权、期货等金融衍生业务；

7．公司重要核心技术和设备的引进以及境内外采购；

8．公司重大工程建设和工程承包项目；

9．公司采购大宗物资和购买服务等重大经营项目；

10.公司其他重大项目安排事项。

### 第九条  大额度资金运作事项的范围

大额度资金运作事项是指超过由国务院国资委或公司董
事会所规定的公司领导人员有权调动、使用的资金限额的资
金调动和使用。主要包括(包括但不限于)：

1．公司资金管理、对外捐赠管理基本制度的制订；

2．公司年度费用预算及预算内应由董事会审议决定的
大额度资金调动和使用；

3．公司超预算30%的资金调动和使用；

4．公司预算外和预算内超过100万元的对外捐赠；

5．公司其他大额度资金运作事项。

### 第三章    决策程序

6

BNBMPLC-E-0001161

### 第十条   会议决策

"三重一大"事项应当分别以召开公司董事会、党委(常委)会、总经理办公会、职代会的形式,对职责权限内的"三重一大"事项作出集体决策,不得以个别征求意见等方式作出决策。但根据《董事会议事规则》召开董事会临时会议以通讯书面表决方式不受此限。

### 第十一条   重要人事任免事项决策程序

决策流程见附表一。

**(一)董事会决定的干部任免**

1. 公司高管人员的任免程序

根据国资委《关于董事会试点中央企业董事会选聘高级管理人员工作的指导意见》精神,公司高管人员由总经理、董事长提名,经与公司党委有关领导沟通一致上报国资委,国资委同意提名后,董事会提名委员会会同公司党委(常委)会履行考察程序,并形成议案,提交董事会审议决定和聘任。

2. 对二级子企业行政正职人员的任免及董事、监事的任免、推荐程序

根据《集团公司企业领导人员管理暂行办法》的规定,在民主推荐的基础上,由总经理提名,经与公司董事会和党委有关领导沟通后,履行人事部门考察程序,并征求公司纪委意见,由党委(常委)会和总经理办公会审议通过后,提交董事会审议决定。

3. 对集团公司三级重要子企业董事、监事及行政正职

BNBMPLC-E-0001162

的任免程序

　　根据《集团公司企业领导人员管理暂行办法》的规定，由二级企业根据本企业领导人员管理的有关规定，提出拟用人申请及建议，由总经理提名，经与公司董事会和党委有关领导沟通后，履行集团公司组织部门与二级企业组织人事部门共同考察程序，并征求公司纪委意见，由党委（常委）会和总经理办公会审议通过后，提交董事会审议决定。

**（二）总经理办公会决定的干部任免**

　　根据《集团公司领导人员管理暂行办法》的规定，对公司总部职能部门负责人（正职）及须由总经理办公会决定任免的干部，在民主推荐的基础上，由总经理提名，经与公司董事会和党委有关领导沟通后，履行组织部门考察程序，征求公司纪委意见，经党委常委会审议通过，提交总经理办公会审议决定。

**（三）党委常委会决定的干部任免**

　　根据《集团公司领导人员管理暂行办法》的规定，党委常委会决定任免的干部，在民主推荐的基础上，由党委书记提名，经与公司董事会和经理层有关领导沟通后，履行组织部门考察程序，征求公司纪委意见，提交党委（常委）会审议决定。

**（四）经职代会（或工会会员代表会）选举产生的干部**

　　由党委书记提名，经与公司董事会和经理层有关领导沟通后，履行组织部门考察程序，征求公司纪委意见，经党委（常委）会审议通过后，职工董事、监事提交职代会，工会

8

BNBMPLC-E-0001163

主席提交工会委员会，根据有关程序选举产生。

**第十二条　重大决策事项、重大项目安排事项、大额度资金运作事项决策前准备工作**

1．调查研究，提出方案。由公司分管领导组织，有关部门或单位参与，必要时可成立专门调研小组，调研应形成报告，提出决策备选方案。

2．充分沟通，征求意见。决策事项应当事先征求有关单位、部门和领导的意见，充分协商沟通。涉及面广、与职工利益密切相关的重大决策事项，应当通过工会组织或职代会形式听取职工的意见和建议。

3．论证评估。涉及重大投资项目和股权、资产收购、担保等重大决策事项，应当组织专家进行可行性及风险评估论证；并依据不同情况由专家和审计、财务、投资、经营管理等部门提出审查意见，供会议决策参考。

4．法律审查。重大决策事项、重大项目安排事项、大额度资金运作事项在提交会议决策前，应事先进行法律审查。主要审查是否合法合规以及有无法律风险。未经法律审查或经法律审查不合法合规的事项，不得提交会议决策。

5．材料准备。会议材料包括决策备选方案及说明材料、可行性研究报告、论证评估报告、法律意见书等，应于董事会、党委（常委）会、总经理办公会召开前7天，送达出席和列席会议的人员。

**第十三条　重大决策事项决策程序**

9

决策流程见附表二。

（一）关于公司战略规划、章程修订、企业稳定以及涉及职工的重大利益分配等党委认为有必要召开党委常委开会研究的重大事项，经总经理办公会审议通过后，提交董事会会议审议决定前，由公司党委（常委）会审议，形成有关意见由党委书记提交董事会。其中，企业改制中的职工分流方案等涉及职工切身利益的四类重大事项应提交职代会审议通过。

（二）公司其它重大决策事项，经总经理办公会审议通过后，提交党委常委会审核，并形成有关意见，供董事会决策参考。其中，涉及职工切身利益的事项应事先通过职代会或工会征求职工意见。

**第十四条　重大项目安排事项和大额度资金运作事项决策程序**

公司重大项目安排事项和大额度资金运作事项的决策程序参照第十三条第二款（公司其它重大决策事项的决策流程）有关规定。决策流程见附表二。

**第十五条　临时决策**

在发生不可抗力或者出现重大危机，无法及时召开会议的紧急情况下，可由党委书记、董事长、总经理临时决定相关事项，但应在事后及时向党委（常委）会、董事会、总经理办公会报告。临时决定人应当对决策情况负责，党委（常委）会、董事会、总经理办公会应当在事后按本暂行办法的规定履行审议和决策程序。

10

BNBMPLC-E-0001165

## 第十六条   决策三重一大事项会议的其它要求

（一）会议应当符合党委（常委）会、董事会或总经理办公会规定人数方可召开，与会人员要充分讨论并分别发表意见，会议主持人一般最后发表结论性意见。会议决定多个事项时，应逐项研究决定。若存在严重分歧，可推迟作出决定。

（二）会议应当对所议事项的决定作出会议记录。会议记录应当包括会议召开的日期、地点、主持人姓名、出席人员姓名、会议议程、议题、发言要点、决议的表决方式和结果（同意、反对或者弃权的票数及投票人姓名）等内容。

董事会出席会议的董事应当在会议记录或会议纪要上签名，会议记录、会议纪要应当归档保管。其中，党委（常委）会会议记录由会议召集人签名，总经理办公会会议记录由总经理签名。

（三）会议认为需要进一步研究或作重大修改的议案，应在对议案进行修改、完善后复议，复议的时间和方式由会议召集人决定。

## 第十七条   回避原则

参与决策的人员有须要回避的情形时，应当按照公司有关规定实行回避，确保公正履行职责。

对关联交易事项表决时，有利害关系的相关人员属于下列情形之一的，该人员可以出席会议并发表意见，但不计入法定人数，亦不参与表决。

11

BNBMPLC-E-0001166

（一）其直接或间接与公司已有的或者计划中的合同、交易、安排有关联关系时；

（二）其担任法定代表人、董事、经理、财务负责人，或者以其他形式直接或间接控制的企业，直接或间接与公司已有的或者计划中的合同、交易、安排有关联关系时；

（三）其配偶、子女担任法定代表人、董事、经理、财务负责人，或者以其他形式直接或间接控制的企业，直接或间接与公司已有的或者计划中的合同、交易、安排有关联关系时；

（四）法律、法规及《公司章程》规定应当及时回避时。

对重大人事任免事项进行表决时，按照公司党委有关回避表决的规定执行。

## 第四章　组织实施、决策监督与责任追究

### 第十八条　组织实施

（一）决策作出后，应按国资委有关规定及时向上级有关部门报告有关决策情况。董事长、党委书记、总经理应当按照分工组织实施，并明确落实部门和责任人。参与决策的个人对集体决策如有不同意见，可以保留或者向上级反映，但在没有作出新的决策前，不得擅自变更或者拒绝执行。如遇特殊情况需对决策内容作重大调整时，应当重新按规定履行决策程序。董事会秘书按照有关规定对董事会决议的执行情况进行跟踪、监督。

BNBMPLC-E-0001167

（二）进入董事会、经理层的党委成员，应当按要求贯彻党组织的意见和决定。

（三）公司党委要团结带领全体党员和广大职工群众，推动决策的实施，并对实施中发现的与党和国家方针政策、法律法规不符或脱离实际的情况提出意见，如得不到纠正，应当向上级党委反映。

## 第十九条 决策监督

除国家法律法规规定的保密事项和公司商业秘密外，"三重一大"决策及其执行情况应当适时向职工公开，听取意见和建议，接受职工群众监督。

公司董事会、党委和经理层是制定落实"三重一大"决策制度的主要责任体，公司纪委应加强对"三重一大"决策制度执行情况的监督。

（一）领导班子每年应当对集体决策、科学决策、民主决策制度执行情况进行一次自查，把贯彻落实集体决策制度情况作为党员领导干部民主生活会、领导班子成员述廉议廉和厂务公开的内容，接受监督和民主评议。

（二）建立健全决策后评估机制和纠错改正制度。通过抽样调查、跟踪反馈、评估复查等方法，及时发现并纠正决策制定和执行中存在的问题，适时调整和完善决策。

（三）公司纪委应组织纪检、监察、审计、人事、法律等职能部门通过效能监察、专项检查、内部审计、干部考察等方式对决策制度执行情况进行监督。

13

BNBMPLC-E-0001168

### 第二十条   责任追究

对违反本暂行办法的，应依据《若干规定》的有关条款进行责任追究。

（一）公司纪委履行"三重一大"的责任追究工作职能。

（二）决策人员违反本暂行办法规定决策程序而未造成资产损失的，视情节轻重，分别给予批评、警示谈话处理。

（三）决策人员违反本暂行办法规定决策程序，造成资产损失的，视情节轻重分别给予调离岗位、降职、免职处理，并可按规定作出经济赔偿处理。

（四）董事会成员违反本暂行办法的，由国资委纪检监察机构按有关办法和程序处理；经理层成员违反本暂行办法的，由公司董事会按照有关办法和程序处理，同时报国资委纪检监察机构和公司纪委；党委常委会成员违反本暂行办法的，呈报上级党委和纪检监察机构处理。

（五）对于上述人员中共产党员，视情节轻重，由公司党委依照《中国共产党纪律处分条例》给予相应的党纪处分。

（六）决策人员严重违反决策程序，造成重大资产损失或者侵吞国有资产涉嫌犯罪的，依法移送司法机关处理。

## 第五章   附   则

14

BNBMPLC-E-0001169

第二十一条　重要人事任免事项以外的干部规划、干部交流、统筹协调等事宜由公司党委负责，其工作流程根据党内法规和《公司章程》制定。"三重一大"事项范围外的公司经营决策事项由总经理负责，其工作流程根据《公司章程》和《总经理工作规则》执行。

第二十二条　"三重一大"决策过程中的具体操作和实施按照公司规章制度的相关规定执行。

第二十三条　公司所属子企业应参照本暂行办法制定本企业贯彻落实"三重一大"决策制度的实施办法，报公司审查批准后执行。

第二十四条　本暂行办法由公司负责解释。

第二十五条　本暂行办法经国务院国资委审查批准后发布实施。

BNBMPLC-E-0001170

# 重 要 人 事 任 免 事 项 决 策 流 程 表

| 类别 | 流程 | 推荐 | 提名 | 沟通 | 考察 | 征求意见 | 审议通过 | 审议决定 | 备注 |
|---|---|---|---|---|---|---|---|---|---|
| **1** 董事会决定的干部任免 | 副总经理、总会计师、董事会秘书 | 民主推荐 | 总经理或董事长 | 党委有关领导 | 提名委员会与公司党委 | 集团纪委 | 党委常委会 | 董事会 | 现阶段副总经理由国资委提名，董事会秘书由董事长提名。 |
| **2** | 二级企业行政正职的任免及董事、监事的任免及推荐 | 民主推荐 | 总经理 | 董事会和党委有关领导 | 人力资源部党群工作部 | 集团纪委 | 党委常委会 | 董事会 | — |
| **3** | 三级重要子企业行政正职的决定 | 二级企业 | 总经理 | 董事会和党委有关领导 | 人力资源部、党群工作部，会同二级企业组织人事部门 | 集团纪委 | 党委常委会 | 董事会 | — |
| **4** | 公司行政部门正职等需由总经理办公会决定的干部任免 | 民主推荐 | 总经理 | 董事会和党委有关领导 | 人力资源部党群工作部 | 集团纪委 | 党委常委会 | 总经理办公会 | 集团总部行政部门副职、所属二级企业行政副职，三级重要子企业行政副职 |
| **5** | 党委常委会决定的干部任免 | 民主推荐 | 党委书记 | 董事会和经理层有关领导 | 人力资源部党群工作部 | 集团纪委 | — | 党委常委会 | 集团总部党群部门正副职、所属二级企业党委正副职，三级重要子企业党委正副职 |
| **6** | 职代会（工会委员会）选举产生的干部 | 民主推荐 | 党委书记 | 董事会和经理层有关领导 | 人力资源部党群工作部 | 集团纪委 | 党委常委会 | 职代会或工会会员代表大会 | 职工董事，职工监事，工会主席 |

16

BNBMPLC-E-0001171

## 重大决策事项、重大项目安排事项、大额度资金运作事项决策流程表

| | 类别 | 流程 | 调查研究提出方案 | 充分沟通征求意见 | 审计评估 | 分析论证 | 尽职调查 | 法律审查 | 审议通过 | 提出意见 | 审议决定 | 监督 | 备注 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 重大决策事项 / 须党委常委会审议的重大事项 | 关于公司战略规划、章程修订、职工切身利益、企业稳定等（包括但不限于） | 分管领导 主办部门 | 有关领导 有关部门 | — | 有关部门 | — | 法律事务办公室 | 总经理办公会 党委常委会 | — | 董事会 | 监事会 | 1．部分重大决策事项需上报国资委审批或备案。 2．涉及重大资产、股权类事项需进行审计评估。 |
| 2 | | 其中，涉及职工切身利益的重大事项 | 分管领导 主办部门 | 有关领导 有关部门 | — | 有关部门 | — | 法律事务办公室 | 总经理办公会 党委常委会 职代会 | — | 董事会 | 监事会 | |
| 3 | 其它重大事项 | 研究决定公司改制以及经营管理方面的重大问题、制定重要规章制度等重大事项 | 分管领导 主办部门 | 有关领导 有关部门 | — | 有关部门 | — | 法律事务办公室 | 总经理办公会 | 党委常委会议 | 董事会 | 监事会 | |
| 4 | | 其中，境外投资、资产收购等事项 | 分管领导 主办部门 | 有关领导 有关部门 有关专家 | 审计机构 | 有关部门；专家 | 中介机构 | 法律事务办公室 | 总经理办公会 | 党委常委会议 | 董事会 | 监事会 | |
| 5 | 重大项目安排事项 | | 分管领导 主办部门 | 有关领导 有关部门 有关专家 | 审计机构 | 有关部门；专家 | — | 法律事务办公室 | 总经理办公会 | 党委常委会议 | 董事会 | 监事会 | — |
| 6 | 大额资金使用事项 | | 分管领导 主办部门 | 有关领导 有关部门 | — | 有关部门 | — | 法律事务办公室 | 总经理办公会 | 党委常委会议 | 董事会 | 监事会 | 预算外以及超过100万元的预算内对外捐赠，需报国资委备案同意。 |

备注：涉及职工切身利益的重大事项：企业改制中的职工安置方案、职工奖惩办法及企业涉及职工切身利益的重要规章制度；经企业和工会协商提出的集团合同草案、企业年金方案、住房制度改革方案等。

BNBMPLC-E-0001172