<u>Translation of BNBM(Group)-E-0000444-446</u>
<u>Translation of BNBM(Group)-E-0000444</u>

Message

From: Zhu, Hui [zhuhui@bnbmg.com.cn]

Sent: July 14, 2014 06:10:51

To: Zhang, Yi [bxzy@bnbmg.com.cn]; Chen, Lingying [cly0922@bnbmg.com.cn]; Lu, Kailong [lkl@bnbmg.com.cn]; Li, Lin [lilin@bnbmg.com.cn]; Sun, Yao [sunyao@bnbmg.com.cn]; Zhao, Jie [zhaojie@bnbmg.com.cn]

Subject: About the meeting in the morning

Attachments: International business risk prevention 20140711.docx


Everyone, please help to take a look at the material at the meeting this morning, and see if you have something to add. Please reply to me this afternoon as soon as possible. Thanks!


-------------

Zhu, Hui

Enterprise Management Department

Beijing New Building Material (Group) Co., Ltd.

9/F, Building 4, Interwest Business Center, No.9, South Road

Shouti, Haidian District, Beijing 100048, China

Tel: +86-10-68799695

Fax: +86-10-68799891

http://www.bnbmg.com.cn

FSIA EXHIBIT 50

BG: 7/15/15-7/18/15
Exhibit 215

<u>Translation of BNBM(Group)-E-0000445-446</u>

## The Statement on Implementing the Requirements from the Group Corporation's Meeting of International Business Risk Prevention

Leaders of the company:

China National Building Material Group Corporation held a meeting of international business risk prevention in the morning of July 11, 2014. The meeting mainly introduced the international situations and existing risks the Group Corporation would face in the process of implementing the "Going Global" strategy. The meeting also reported the progress of the US customers' lawsuit about the gypsum boards exported from China. The meeting required the enterprises attending the meeting to carefully review the operation of their own international businesses and give feedback to the Group Corporation.

After the meeting, led by Enterprise Management Department and International Business Department, Investment Organization Department, Finance Department, and the General Manager Office sorted out the company's current situations according to the Group Corporation's requirements. The information is now reported as follows:

| No. | Group Corporation's Requirement | Company's Current Situation | Suggestions |
|-----|--------------------------------|-----------------------------|-------------|
| 1 | Sort out the enterprises invested. It is required to avoid establishing project companies for overseas projects to the best of the company's ability. Overseas establishments should exist in the form of project departments, and should be withdrawn in time when the project completes. | The company's only overseas enterprise is the Tanzania Company. There are no overseas enterprises established because of construction projects. | Future construction projects, if any, will be established in the form of project department to the best of the company's ability and will be withdrawn in time. |
| 2 | Review fund accounts. It is required to manage funds on a centralized mode, and to avoid depositing funds in banks that have branches in the State of New York, United States. | The company has accounts in all the big four banks. The Tanzania Company has accounts in Standard Chartered Bank and the local CRBD bank. | Adjustments to the deposited funds will be made according to the Group Corporation's further requirement, if it is indeed necessary. |
| 3 | Sort out the corporate governance structure of overseas enterprises. It is required to prevent the top management of the upper level enterprise from holding the position of overseas enterprise legal person. | The legal representatives and directors of the Tanzania Company are both our company's top management. | The company should consider whether to make adjustments based on needs. |
| 4 | Sort out the contracts on overseas projects. It is required to regulate the disclaimer clauses and the places of arbitration. Ask local lawyers to offer advice, when necessary. | There are disclaimer clauses in all the company's international trade contracts. Mainland China is chosen as the place of arbitration to the best of the company's ability. The second choices are Hong Kong, | The legal department continues to pay close attention to relevant terms. |

| | | | |
|---|---|---|---|
| | | Singapore, and etc. The Tanzania Company has lawyers locally for its business. | |
| 5 | Product liability insurances. It is required to purchase, to be best of the company's ability, insurance products that can be purchased. | All the company's businesses are trading businesses, and the subject matters are not our own products. Thus, only product quality liabilities are included in the contracts. | Besides what is agreed in the contract, business departments please also learn about relevant insurance products. The departments can purchase those insurances if necessary. |
| 6 | Sort out external publication materials. It is required that the descriptions of company introduction (include the English version) on the webpages limit to descriptions of equity relationships. Avoid using administrative levels as much as possible. Data quoted must be authentic. | According to the usual way of making statements, all descriptions have state-owned enterprise, central enterprise, supervised by Stated-owned Asset Supervision and Administration Commission, owned by China National Building Material Group Corporation, and etc. | The General Manager Office takes the lead to check the figures in the publication materials, and check with the Finance Department. Other text descriptions will be adjusted according the Group Corporation's further requirements. |
| 7 | It is required to strengthen the management of overseas personnel. When doing business, the overseas personnel should maintain independence, carry out business activities only in the name of their own legal person unit, and leave no comments on any issues of other companies; communications on overseas projects should be conducted by specially appointed people using special email accounts. The lawyers should provide protective guidance to the email communications. | The enterprise background and shareholder companies are often involved in external introduction. Basically, business communication can be conducted by special personnel, and business personnel use their own emails. If we set up uniform business email accounts, there will be some difficulties in management and communication. | When carrying out business, the positioning and introduction of the company should be kept independent as much as possible. Suggest the Group Corporation to issue relevant standards (including descriptions of publication materials). Document management specialists can be appointed to important projects, to provide special management to the email accounts. |

The Group Corporation's general requirement on international business risk prevention is to focus on legal risk prevention, and to extend it to all overseas companies, overseas projects, and other fields involved. The company will further strengthen legal management and prevent legal risks according to this requirement.

About writing material that the morning holds a meeting, asked everybody to help to look, whether also some supplements, and invited to reply to me this afternoon as soon as possible, thanks! ------------------Zhu Hui enterprise control division Enterprise Management Dept.
Northern new building materials Group Company limited Beijing New Building Material(Group) Co., Ltd.
Beijing Haidian District Shouti South No. 9 subject international No. 4 building 9 zip codes: 100048 9/F, Building 4, Interwest Business Center, No.9, South RoadShouti, Haidian District, Beijing 100048, China Tel: +86-10-68799695Fax: +86-10-68799891 http://www.bnbmg.com.cnX-QQ-SSF: 00410000000000F0
X-QQ-BUSINESS-ORIGIN: 2 X-Originating-IP: 115.100.39.44 X-QQ-STYLE:
X-QQ-mid: bizmail41t1405318251t8485763 From: â€œ=? utf-8? B? 5pyx5oWn? =â€ < zhuhui@bnbmg.com.cn > To: â€œ=? utf-8? B? 5byg5LiA? =â€ < bxzy@bnbmg.com.cn >, â€œ=? utf-8? B? 6ZmI54G16Iux? =â€ < cly0922@bnbmg.com.cn >, â€œ=? utf-8? B? 5Y2i5Yev6b6Z? =â€ < lkl@bnbmg.com.cn >, â€œ=? utf-8? B? 5p2O6bqf? =â€ < lilin@bnbmg.com.cn >, â€œ=? utf-8? B? 5a2Z5bCn? =â€ < sunyao@bnbmg.com.cn >, â€œ=? utf-8? B? 6LW15p2w? =â€ < zhaojie@bnbmg.com.cn > Subject: =? utf-8? B? 5YWz5LqO5LiK5Y2I55qE5Lya6K6u? = Mime-Version: 1.0 Content-Type: multipart/mixed;
        boundary=â€----=_NextPart_53C3746B_09729140_2FAD9255â€
Content-Transfer-Encoding: 8Bit Date: Mon, 14 Jul 2014 14:10: 51 +0800 X-Priority: 3 Message-ID: < tencent_65AA4A7F286246371063C57C@qq.com > X-QQ-MIME: TCMime 1.0 by Tencent X-Mailer: QQMail 2.x X-QQ-Mailer: QQMail 2.xPR_IMPORTANCE: 1
PR_MESSAGE_CLASS: IPM.Note PR_SUBJECT: About morning's conference
PR_CLIENT_SUBMIT_TIME: Mon Jul 14 14:10: 51 CST 2014
PR_SENT_REPRESENTING_SEARCH_KEY: {Data: 25 bytes} PR_RECEIVED_BY_ENTRY_ID: {Data: 53 bytes} PR_RECEIVED_BY_NAME: Rwandan Kai dragon PR_SENT_REPRESENTING_ENTRY_ID: {Data: 80 bytes} PR_SENT_REPRESENTING_NAME: Zhu Hui PR_RECEIVED_BY_SEARCH_KEY: {Data: 22 bytes} PR_SENT_REPRESENTING_ADDRESS_TYPE: SMTP
PR_SENT_REPRESENTING_EMAIL_ADDRESS: zhuhui@bnbmg.com.cn PR_CONVERSATION_TOPIC: About morning's conference PR_CONVERSATION_INDEX: {Data: 22 bytes}
PR_RECEIVED_BY_ADDRESS_TYPE: SMTP PR_RECEIVED_BY_EMAIL_ADDRESS: lkl@bnbmg.com.cn
PR_TRANSPORT_MESSAGE_HEADERS: X-QQ-SSF: 00410000000000F0 X-QQ-BUSINESS-ORIGIN: 2 X-Originating-IP: 115.100.39.44 X-QQ-STYLE:
    X-QQ-mid: bizmail41t1405318251t8485763 From: â€œ=? utf-8? B? 5pyx5oWn? =â€ < zhuhui@bnbmg.com.cn > To: â€œ=? utf-8? B? 5byg5LiA? =â€ < bxzy@bnbmg.com.cn >, â€œ=? utf-8? B? 6ZmI54G16Iux? =â€ < cly0922@bnbmg.com.cn >, â€œ=? utf-8? B? 5Y2i5Yev6b6Z? =â€ < lkl@bnbmg.com.cn >, â€œ=? utf-8? B? 5p2O6bqf? =â€ < lilin@bnbmg.com.cn >, â€œ=? utf-8? B? 5a2Z5bCn? =â€ < sunyao@bnbmg.com.cn >, â€œ=? utf-8? B? 6LW15p2w? =â€ < zhaojie@bnbmg.com.cn > Subject: =? utf-8? B? 5YWz5LqO5LiK5Y2I55qE5Lya6K6u? = Mime-Version: 1.0 Content-Type: multipart/mixed;
        boundary=â€----=_NextPart_53C3746B_09729140_2FAD9255â€
Content-Transfer-Encoding: 8Bit Date: Mon, 14 Jul 2014 14:10: 51 +0800 X-Priority: 3 Message-ID: < tencent_65AA4A7F286246371063C57C@qq.com > X-QQ-MIME: TCMime 1.0 by Tencent X-Mailer: QQMail 2.x X-QQ-Mailer: QQMail 2.x PR_SENDER_ENTRY_ID: {Data: 80 bytes} PR_SENDER_NAME: Zhu Hui PR_SENDER_SEARCH_KEY: {Data: 25 bytes}
PR_SENDER_ADDRESS_TYPE: SMTP PR_SENDER_EMAIL_ADDRESS: zhuhui@bnbmg.com.cn
PR_DISPLAY_TO: Opens one; Chen Lingying; Rwandan Kai dragon; Li Lin; Sun Yao; Zhao Jie PR_MESSAGE_DELIVERY_TIME: Mon Jul 14 14:10: 51 CST 2014 PR_MESSAGE_FLAGS: 65553 PR_MESSAGE_SIZE: 27872 0x0e28: 00000005lkl@bnbmg.com.cn Lu Kailong 0x0e29:

000000005lkl@bnbmg.com.cn Lu Kailong PR_BODY: About writing material that the morning holds a meeting, asked everybody to help to look, whether also some supplements, and invited to reply to me this afternoon as soon as possible, thanks! ------------------Zhu Hui enterprise control division Enterprise Management Dept. Northern new building materials Group Company limited Beijing New Building Material(Group) Co., Ltd. Beijing Haidian District Shouti South No. 9 subject international No. 4 building 9 zip codes: 1000489/F, Building 4, Interwest Business Center, No.9, South RoadShouti, Haidian District, Beijing 100048, ChinaTel: +86-10-68799695Fax: +86-10-68799891 http://www.bnbmg.com.cn PR_BODY_HTML: {Data: 3851 bytes} 0x1035: < tencent_65AA4A7F286246371063C57C@qq.com > PR_CREATION_TIME: Mon Jul 14 15:22: 06 CST 2014 PR_LAST_MODIFICATION_TIME: Mon Jul 14 15:48: 45 CST 2014 PR_SEARCH_KEY: {Data: 16 bytes} 0x3016: 1 PR_INTERNET_CPID: 65001 PR_PROFILE_AUTH_PACKAGE: About writing material that the morning holds a meeting, asked everybody to help to look, whether also some supplements, and invited to reply to me this afternoon as soon as possible, thanks! ------------------Zhu Hui enterprise control division Enterprise Management Dept. Northern new building materials Group Company limited Beijing New Building Material(Group) Co., Ltd. Beijing Haidian District Shouti South No. 9 subject international No. 4 building 9 zip codes: 1000489/F, Building--- Recipient 1 ---
0x67f2: 143503 0x67f3: 143505 0x0e0f: 0 PR_ADDRTYPE: SMTP PR_EMAIL_ADDRESS: bxzy@bnbmg.com.cn PR_ENTRYID: {Data: 76 bytes} PR_DISPLAY_NAME: Opens PR_RECIPIENT_TYPE: 1 PR_SEARCH_KEY: {Data: 23 bytes} 0x0ffe: 0 0x3900: 0 PR_SEND_RICH_INFO: 0 0x3905: 0 0x5fff: 0--- Recipient 2 ---
0x67f2: 143506 0x67f3: 143508 0x0e0f: 0 PR_ADDRTYPE: SMTP PR_EMAIL_ADDRESS: cly0922@bnbmg.com.cn PR_ENTRYID: {Data: 84 bytes} PR_DISPLAY_NAME: Chen Lingying PR_RECIPIENT_TYPE: 1 PR_SEARCH_KEY: {Data: 26 bytes} 0x0ffe: 0 0x3900: 0 PR_SEND_RICH_INFO: 0 0x3905: 0 0x5fff: 0--- Recipient 3 ---
0x67f2: 143509 0x67f3: 143511 0x0e0f: 0 PR_ADDRTYPE: SMTP PR_EMAIL_ADDRESS: lkl@bnbmg.com.cn PR_ENTRYID: {Data: 76 bytes} PR_DISPLAY_NAME: Rwandan Kai dragon PR_RECIPIENT_TYPE: 1 PR_SEARCH_KEY: {Data: 22 bytes} 0x0ffe: 0 0x3900: 0 PR_SEND_RICH_INFO: 0 0x3905: 0 0x5fff: 0--- Recipient 4 ---
0x67f2: 143512 0x67f3: 143514 0x0e0f: 0 PR_ADDRTYPE: SMTP PR_EMAIL_ADDRESS: lilin@bnbmg.com.cn PR_ENTRYID: {Data: 78 bytes} PR_DISPLAY_NAME: Li large male deer PR_RECIPIENT_TYPE: 1 PR_SEARCH_KEY: {Data: 24 bytes} 0x0ffe: 0 0x3900: 0 PR_SEND_RICH_INFO: 0 0x3905: 0 0x5fff: 0--- Recipient 5 ---
0x67f2: 143515 0x67f3: 143517 0x0e0f: 0 PR_ADDRTYPE: SMTP PR_EMAIL_ADDRESS: sunyao@bnbmg.com.cn PR_ENTRYID: {Data: 80 bytes} PR_DISPLAY_NAME: Sun Yao PR_RECIPIENT_TYPE: 1 PR_SEARCH_KEY: {Data: 25 bytes} 0x0ffe: 0 0x3900: 0 PR_SEND_RICH_INFO: 0 0x3905: 0 0x5fff: 0--- Recipient 6 ---
0x67f2: 143518 0x67f3: 143520 0x0e0f: 0 PR_ADDRTYPE: SMTP PR_EMAIL_ADDRESS: zhaojie@bnbmg.com.cn PR_ENTRYID: {Data: 82 bytes} PR_DISPLAY_NAME: Zhao Jie PR_RECIPIENT_TYPE: 1 PR_SEARCH_KEY: {Data: 26 bytes} 0x0ffe: 0 0x3900: 0 PR_SEND_RICH_INFO: 0 0x3905: 0 0x5fff: 0

About explanation that carrying out Group international presence risk prevention conference requests

Commercial management:
Chinese building material Group morning held the international presence risk prevention conference in July 11, 2014, the conference mainly introduced the risk that Group implemented "to walk" in the strategic process to face the international situation that and has, and sued China to export the progress of gypsum board case to make the notification to the American consumers, the conference requested the participating enterprise to comb this enterprise international presence development earnestly, and made the feedback to Group.
After the meeting, in view of the request that Group set, the business management department and international business coordinate, the organization invested the department, finance department as well as the general manager office has carried on combing to the company present situation, presently reports as follows:
About the international presence risk prevention, the Group total request is to pay great attention to the legal risk prevention, will extend it to all out-of-country enterprise, foreign project and so on each domain that involved, the company will defer to this to request to further improve the legal management, will guard against the legal risk.
Serial number Group requests the company present situation to suggest that 1 combs the investing enterprise, requests foreign project not to establish the project company as far as possible, beyond the border organization exists in the project department form, the project ended withdraws from company out-of-country enterprise only Tanzania Corporation promptly, not because of engineering construction project tenable out-of-country enterprise if from now on will have the engineering project as far as possible and withdraws 2 to comb the capital account by the project department form construction promptly, the request fund centralized management, will not lie in New York State having branch's bank to have the deposit company to have the account as far as possible when four great lines, Tanzanian Corporation in Chartered Bank and local CRBD bank will have the account like will really have to need, according to the Group further request to the deposit makes to adjust 3 to combThe out-of-country enterprise legal entity management structure, requests the higher authority company management to avoid holding the post of the out-of-country enterprise legal person Tanzania corporate legal person to represent and trustee holds the post of the company to rest on the need to consider that by the company management whether adjusts 4 to comb foreign project contract, when requests to the disclosure and arbitration formulation carries on the standard, the necessity hires the local lawyer to provide in the opinion company international trade contract to have the disclosure, the arbitration place also as far as possible assigns the mainland arbitration facilities, next Hong Kong, Singapore and other cities; The Tanzanian company affairs invited the attorney law department to take seriously the relevant provision 5 product liabilities to be safe in the locality continually, the request took out insurance the insurance product corporate business that as far as possible some may take out insurance is the trade-type service, the subject matter was not own product, therefore carried on the agreement to the product liability in the contract while the contract agreement, asked the business agency also to understand the related insurance product, if had the need to be possible to take out insurance 6 to comb the foreign propaganda material, the request website company

introduced that (including English edition) described regarding the company limited to the description of equity links, avoided the name in administrative rank as far as possible, and quotation data must have the state-owned enterprise, central enterprise and SAC to supervise according to the consistent caliber really, Chinese building materials group subordinates and other descriptions by are always managed coordinate the numeral that in the checkup publicity material involves, carries on the checkup with the finance department. The descriptions in other writing are conducted to adjust 7 requests to improve foreign man managements according to the further request of Group, when beyond the border personnel are engaged in the service must maintain the independence, by the name development operational activities of this impersonal entity, does not only express any comment to other company any items; Foreign project carries on the communication by the specialist and special mailbox, when to the mail intercourse will carry on the protection instruction foreign introduction usually will involve the enterprise background and shareholder company by the attorney. The service communication may achieve the specialist basically, uses the clerk mailbox, if sets up the unified service mailbox when managing and communication has difficultly develops certainly the service the localization and introduction to the company as far as possible maintains the independence, suggested that Group promulgates the related standard (including the indication of publicity materials). The major issue may set up special documents to manage the special commissioner to conduct the management to the special mailbox

Created: Mon Jul 14 13:24: 00 CST 2014 Creator: Zhu Hui Modified: Mon Jul 14 14:09: 00 CST 2014 Revision: 2

--- Extended properties ---
Application: Microsoft Office Word AppVersion: 14.0000 Characters: 1024 CharactersWithSpaces: 1201 Company:
DocSecurity: 0 Lines: 8 Pages: 2 Paragraphs: 2 Templatev: Normal TotalTime: 45 Words: 179

--- Custom properties ---

Message

| | |
|---|---|
| **From**: | 朱慧 [zhuhui@bnbmg.com.cn] |
| **Sent**: | 14/07/2014 06:10:51 |
| **To**: | 张一 [bxzy@bnbmg.com.cn]; 陈灵英 [cly0922@bnbmg.com.cn]; 卢凯龙 [lkl@bnbmg.com.cn]; 李麟 [lilin@bnbmg.com.cn]; 孙尧 [sunyao@bnbmg.com.cn]; 赵杰 [zhaojie@bnbmg.com.cn] |
| **Subject**: | 关于上午的会议 |
| **Attachments**: | 国际业务风险防范20140711.docx |

关于上午开会的文字材料，请大家帮忙看一下，是否还有补充，并请今天下午尽快给我回复，谢谢！


………………………

朱 慧

企业管理部

Enterprise Management Dept。

北新建材集团有限公司

Beijing New Building Material(Group) Co., Ltd.

北京市海淀区首体南路9号主语国际4号楼9层

邮编：100048

9/F, Building 4, Interwest Business Center, No.9, South Road

Shouti, Haidian District, Beijing 100048, China

Tel: +86-10-68799695

Fax: +86-10-68799891

http://www.bnbmg.com.cn

BNBM(Group)-E-0000444

## 关于落实集团公司国际业务风险防范会议要求的说明

公司领导：

中国建筑材料集团公司于 2014 年 7 月 11 日上午召开国际业务风险防范会议，会议主要介绍了集团公司实施"走出去"战略的过程中面临的国际形势和存在的风险，并对美国消费者诉中国出口石膏板一案的进展做了通报，会议要求参会企业认真梳理本企业国际业务开展情况，并向集团公司做出反馈。

会后，针对集团公司提出的要求，企管部和国际业务部牵头，组织投资部、财务部以及总经理办公室对公司现状进行了梳理，现汇报如下：

| 序号 | 集团公司要求 | 公司现状 | 建议 |
| --- | --- | --- | --- |
| 1 | 梳理投资企业，要求境外项目尽量不成立项目公司，境外机构以项目部形式存在，项目结束及时撤出 | 公司境外企业仅坦桑公司，没有因工程建设项目成立的境外企业 | 今后如有工程项目尽量以项目部形式建设并及时撤出 |
| 2 | 梳理资金账户，要求资金集中管理，尽量不在于美国纽约州有分行的银行有存款 | 公司在四大行均有账户，坦桑公司在渣打银行及当地 CRBD 银行有账户 | 如确有需要时，按照集团公司进一步的要求对存款做出调整 |
| 3 | 梳理境外企业法人治理结构，要求上级公司高管避免担任境外企业法人 | 坦桑公司法人代表及董事均由公司高管担任 | 公司依据需要考虑是否调整 |
| 4 | 梳理境外项目合同，要求对免责条 | 公司国际贸易合同中均有免责条款，仲裁地 | 法务部门持续重视相关条款 |

| | | | |
|---|---|---|---|
| | 款和仲裁地制定进行规范，必要时请当地律师提供意见 | 点也尽量指定大陆仲裁机构，其次香港、新加坡等；坦桑公司事务在当地聘请了律师 | |
| 5 | 产品责任保险，要求尽量投保一些可以投保的保险产品 | 公司业务均为贸易型业务，标的物并非自己的产品，因此只是在合同中对产品质量责任进行约定 | 在合同约定的同时，请业务部门也了解相关保险产品，如有需要可以投保 |
| 6 | 梳理对外宣传材料，要求网站公司介绍（包括英文版）对于公司描述限于股权关系的描述，尽量避免行政级别上的称呼，且引用数据必须真实 | 按照一贯的口径均有国企、央企、国资委监管、中国建材集团所属等描述 | 由总经办牵头核对宣传资料中涉及的数字，与财务部进行核对。其他文字方面的描述按照集团公司的进一步要求进行调整 |
| 7 | 要求加强境外人员管理，境外人员从事业务时要保持独立性，仅以本法人单位的名义开展业务活动，对其他公司任何事项不发表任何意见；境外项目由专人、专门邮箱进行沟通，并由律师对邮件往来进行保护性指导 | 对外介绍时通常会涉及企业背景和股东公司。业务沟通基本可以做到专人，使用业务员本人邮箱，如果设立统一的业务邮箱在管理和沟通上有一定困难 | 开展业务时对公司的定位和介绍尽量保持独立，建议集团公司颁布相关标准（包括宣传材料的表述）。重大项目可以设立专门的文档管理专员对专门的邮箱进行管理 |

关于国际业务风险防范，集团公司总的要求是注重法律风险防范，将其延伸至所有境外企业、境外项目等涉及的各个领域，公司将按照此要求进一步加强法务管理，防范法律风险。