<u>**Translation of TG-0073103-0073111**</u>

<u>**TG-0073103**</u>

<u>Message</u>

**From**: Jingjing Lv [ljj@bnbm.com.cn]
**Sent**: June 29th, 2011  00:29:05
**To**: <u>thbmjtc@163.com</u>
**Subject**: Notice on Matters Relevant to CNBM Group's Training in 2011 for Leaders at Middle and Senior Levels
Attachments:  Notice on Matters Relevant to CNBM Group's Training Class in 2011 for Leaders at Middle and Senior Levels.pdf; Registration Form for the 2011 Training Class Held for Leaders  at Middle and Senior Levels (3).doc

Chief Jia,

I have received the detailed arrangements from the Group Corporation about the first training session for enterprise leaders at middle and senior levels today, and I am forwarding them to you. Please make arrangements in advance. Please directly inform Yijuan Deng of CNBM Co., Ltd. at 8808 2361 after the flight or train number is confirmed.

Single rooms will be provided for accommodation, and BNBM PLC has given notifications  and made arrangements in a unified manner.

June 28th, 2011

Haoya Chen

**From**: dengyijuan [mailto:dyj@cnbm.com.cn]
**Sent**: June 24th, 2011  16:04
**To**: Lihua Gao; Fei Li; Lei Wang; Rui Wang; Xiaofei Wang; Haoru Yang; Yanhui Yang; Fengbo Guo(gfb)
**Cc**: Changcheng Zhu; Yongli Deng; Xiaohong Liu; Yan Chen; Qiming Huang; Wen Lv; Xueqiong Wu

FSIA
EXHIBIT
51

**Subject**: Notice on Matters Relevant to CNBM Group's Training Class in 2011 for Leaders at Middle and Senior Levels

All leaders and colleagues,

Forwarded is the *"Notice on Matters Relevant to CNBM Group's Training Class in 2011 for Leaders at Middle and Senior Levels."*

Matters described below have been confirmed with the Group:

1. If you need a pickup from the airport/station, please have the contact person of your entity contact Xi'an University of Architecture and Technology.

2. Training fees do not include accommodation.

3. Generally, standard rooms will be provided for accommodation. If you have special requirements on accommodation, please specify and have your entity inform us in advance.

Best regards,

Yijuan Deng

Department of Administration and Human Resources, China National Building Material Co., Ltd.

17/F, China Building Material Plaza, A-11 San Li He Road, Haidian District, Beijing, China (100037)

Tel.: +86 10 8808 2361

Fax: +86 10 8808 2383

E-mail: dyj@cnbm.com.cn

**TG-0073104**

**Document of the Office of China National Building Material Group Corporation**

CNBM Office Issuance HR [2011] No.75

---

### Notice on Matters Relevant to CNBM Group's Training Class in 2011 for Leaders at Middle and Senior Levels

All departments and offices of the Group Corporation, subsidiary (group) companies, scientific research and design Institutes, and relevant enterprises:

According to the Group Corporation's training plan and arrangements in 2011, matters relevant to the Group Corporation's first training session for leaders at middle and senior levels are now officially notified as follows:

**I. Participants:**

The people in charge of a functional department in the headquarters of the Group Corporation and the people of a higher level, and the personnel who come from a subsidiary (group) company or a research institute but are managed by the Group Corporation or are subject to the pre-placement archival management (refer to Attachment 1).

Employees who have registered to attend according to the Pre-notification on the Training Class (HR Letter [2011] No.58) please make good arrangement of the work and attend on time.

**II. Content of the Training**

**TG-0073105**

1. Enhancement of Leading Cadre's Cultivation

2. Officialdom

3. Social Management

4. The Science and Art of Leadership

5. Organizational Behavior (Management Psychology)

## III. Location and Time of the Training

1. Location of the Training: Xi'an University of Architecture and Technology

2. Time of the Training: training will last for 3 days from July 7th to July 9th; participants check in on 6th.

3. Check-in location: Xi'an Tianyu Gloria Grand Hotel (address: No. 15 North Yanta Rd,  Xi'an; hotel switchboard: 029-87868855);

4. Please contact Xi'an University of Architecture and Technology if you need pickup.

Contact person: Hongtao Wang

Contact phone: 13002962707

## V. Training Fees

1. The accommodation of all participants will be arranged in a unified manner; participants should take care of accommodation fees themselves; please specify any special requirements on accommodation in the registration form.

2. Due to adjustments on course hours, the training fee is 3980 yuan per person.

## VI. Registration Requirements

All entities should send the training fees for their participants to the account of Xi'an University of Architecture and Technology by July 5th. Fees can also be paid by check or cash on the registration day.

Contact Person: Bingfeng Zhan, Zeyu Xie

**TG-0073106**

Contact Phone: 010 – 68422214 (also the fax number)

Email: zbf@cnbm.com.cn, xzy@cnbm.com.cn

The above is hereby notified.

Attachments: 1. List of Enterprises Attending the Training

2. Training Course Schedule

3. Return Receipt for Training Registration

June 23rd, 2011 (Stamp of the Office of China National Building Material Group
Corporation)

**Key Words: Human Resource, Training, Notification**

Cc: Leaders of the Group Corporation, relevant entities of the Group
Corporation

Office of China National Building Material Group Corporation      Printed and
issued on June 23rd, 2011

Typed by: Titi Liu                          Proofread by: Bingfeng Zhan

**TG-0073107**

Attachment 1:

List of Enterprises Attending the Training

Headquarters of the Group Corporation

China National Building Material Company Limited (Headquarters)

China United Cement  Corporation

South Cement Company Limited

North Cement Company Limited

Beijing New Building Materials Public Limited Company

China Composites Group Corporation Limited

China Triumph International Engineering Company Limited

China Fiberglass Company Limited

CNBM Investment Company Limited

China Building Materials Academy (Headquarters)

Hefei Cement Research and Design Institute

Bengbu Glass Industrial Design and Research Institute

Harbin Fiberglass-Reinforced Plastics Research Institute

China New Building Material Industrial Hangzhou Design and Research Institute

Qinhuangdao Glass Industrial Research and Design Institute

Xi'An Wall Materials Research and Design Institute

Xianyang Ceramics Research and Design Institute

Light Industry Watch Research Institute

CNBM Waterproof Material Company

**TG-0073108**

Beijing New Building Material (Group) Company Limited

China National Building Materials & Equipment Import & Export Corporation

China United Equipment Corporation

CNBM Glass Company

      China Luoyang Float Glass Group Company Limited

      Henan China United Glass Company Limited

Zhejiang Sanshi Group Company Limited

CNBM Assets Management Company

TG-0073109

Attachment 2:

**Training Course Schedule**

| Course Name | Introduction of the Course's Main Content | Course Hours | Lecturer Name | Introduction of the Lecturer's Background |
|---|---|---|---|---|
| Enhancement of Leading Cadre's Cultivation (also the introduction speech) | | 2 Hours | Zhiping Song | Chairman of the Board of directors and Secretary of the Party Committee of China National Building Material Group Corporation, Chairman of the Board of directors of China National Building Material Company Limited, External Director and Chairman of the Board of directors of Sinopharm Group Company |
| Officialdom | From the development of Xi'An University of Architecture and Technology, apperceive the art of management and leadership, and interpret officialdom | 4 Hours | Delong Xu | Academician of the Chinese Academy of Engineering, President of Xi'An University of Architecture and Technology |
| Social Management | Interpret social management from several aspects of enterprise and social management, social management's basic tasks, purpose, and meaning | 4 Hours | Nan Shi | Adjunct professor of Xi'An University of Architecture and Technology, former Secretary General of Shanxi Provincial Party Committee |
| The Science and Art of Leadership | Introduce the principle of leadership, the system of leadership, qualities of leaders, leadership teams, responsibilities of leaders, authorities of leaders, methods of leadership, art of leadership, psychology of leaders, work style of leaders, supervision of leaders, performance of leaders, and etc.; conduct theoretical and empirical analysis on the above issues | 4 Hours | Zhongming Liang | Deputy Chief of the School of Public Administration at Northwestern University, professor and doctoral advisor, council member of Chinese Public Administration Society, standing council member of China Policy Science Research Council, and etc. Research interests: Chinese Marxism, political system and political ideology, administrative system, leadership and decision making, and etc. |

| Organizational Behavior (Management Psychology) | Organizational behavior studies the rules of people's mentality and behaviors in a certain organization, so as to improve the manager's ability to predict, guide, and control people's mentality and behaviors and to achieve the scientificity of organization goals. This course mainly introduces individual psychology and behaviors, including perception and cause attribution, emotions, relationships and management, attitude and work satisfaction, personality management, work pressure, and incentive theory; group psychology and behaviors, including basics of a group, communication and interpersonal relationship, team management, conflict and negotiation, and psychology and behaviors of leaders; organization psychology and behaviors, including organizational structure and design, organization culture, and organization change and development | 4 Hours | Anyun Zheng | Professor at the School of Public Administration of Northwestern University, graduate advisor. Research interest: organizational behavior |
|---|---|---|---|---|

**TG-0073110**

Attachment 2:

## Return Receipt for Training Registration (Session No. (blank))

Name of entity:

| No. | Name | Gender | Ethnic Group | Position | Office Telephone | Cell Phone | E-mail | Mailing Address | Postal Code | Whether need pickup | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | |
| 2 | | | | | | | | | | | |
| 3 | | | | | | | | | | | |
| 4 | | | | | | | | | | | |
| 5 | | | | | | | | | | | |

Contact:                                        Contact Number:

**TG-0073111**

Remarks:

1. Please specify any special requirements on diet and accommodation in the "Note" column;

2. To facilitate matters such as contacting participants and delivering materials, participants please carefully fill in phone numbers and e-mail addresses;

3. Please send the training fee of 3980 yuan to the account below (when sending the remittance, please make sure to clearly indicate the names of the entity and participants in the "Memo" section).

   Account Name: Xi'an University of Architecture and Technology

   Bank: Dayanta Sub-branch, Industrial and Commercial Bank of China

   Account Number: 3700023009014449679 303

4. Teacher Yang at the Finance Department: 029-82628211 (office)

                                    13088998955 (cell)

Jia Zong:


Now received Group in the first phase of enterprise the senior leadership about the concrete arrangement that trains, presently retransmits gives you, please ahead of time complete the arrangement, and please inform Chinese building materials stock Deng Yi after the determination flight or the coach number directly winsomely 8808 2361.

The lodging single room, the northern new building materials unified the notice to carry out.


2011-06-28

———— Chen Haoya


————


Addressers: dengyijuan [mailto:dyj@cnbm.com.cn] transmission time: On June 24, 2011 16:04 addressee: High Lihua; Li Fei; Wang Lei; Wang Rui; Wang Xiaofei; Yang Haoru; 'Yang Yanhui'; 'Guo Fengbo (gfb)' sends duplicate: Zhu Changcheng; Deng Yongli; Liu Xiaohong; Chen Yan; Huang Qiming; Lu Wen; Wu Xueqiong subject: In 2011 the notice of senior leadership personnel training class related item about Chinese building materials group


Fellow leaders and colleague,

Presently "In 2011 Notice the repeater of Senior leadership Personnel Training class Related Item about Chinese Building materials Group" will give everybody.

Confirmed the following matters concerned with the group, is specifically as follows:

1st, if needs the reception depot, needs various unit contact person and Xi'an construction scientific and technical university relation.
2nd, training fee does not contain lodging expense.

3rd, lodging generally is Biao Jian, the board and lodging, if there is peculiar requirement, asked various units to indicate ahead of time and inform.
Wished hello.


————


Deng Yijuan

Chinese Building materials limited liability company Administration Human resources department Beijing Haidian District Sanlihe Road A No. 11 C place China building materials building 17 (100037) telephone: +86 10 8808 2361

Facsimile: +86 10 8808 2383 mailboxes: dyj@cnbm.com.cn


Deng Yijuan China National Building Material Co. Ltd.

17/F, China Building Material Plaza, A-11 San Li He Road, Haidian District, Beijing, China(100037) Tel: +86 10 8808 2361

Fax:+86 10 8808 2383 E-mail: dyj@cnbm.com < mailto:lijie@cnbm.com.cn >.cn


Received: from bnbmmailserver.bnbm.com.cn (unknown [124.126.244.214]) by mx17 (Coremail) with SMTP id Q8CowJDrp9cmcwpOfkM5Ag--.14887S2;
      Wed, 29 Jun 2011 08:34: 53 +0800 (CST) MIME-Version: 1.0 Content-Type: multipart/mixed;
      boundary="----_=_NextPart_001_01CC35F3.8D4DF975" Content-class: urn:content-classes:message X-MimeOLE: Produced By Microsoft Exchange V6.5 Subject: =? gb2312? B?
udjT2tbQufq9qLLEvK/NxTIwMTHE6tbQuN+y48HstbzIy9SxxeDRtQ==? = =? gb2312? B?
09C52MrCz+61xM2o1qo=? = Date: Wed, 29 Jun 2011 08:29: 05 +0800 Message-ID: <
C4A271F01E241147A9AC9553BDB84635F8B23E@bnbmmailserver.bnbm.com.cn > X-MS-Has-Attach: yes X-MS-TNEF-Correlator:
Thread-Topic: =? gb2312? B? udjT2tbQufq9qLLEvK/NxTIwMTHE6tbQuN+y48HstbzIy9SxxeDRtQ==? = =?
gb2312? B? 09C52MrCz+61xM2o1qo=? = Thread-Index: Acw1hlN7sxoO7PeRS+m/LyCZDEILWAAba5Eg From:
=? gb2312? B? wsC+p76n? = < ljj@bnbm.com.cn > To: < thbmjtc@163.com > X-Coremail-Antispam:
1Uf129KBjvJXoW7XFWUtrWxJr13uw17Kw1UAwb_yoW8JF18pw
48t34rXw4FvrWUXr1ayFs2qasru39xW3s3Xw4rZ3WrZ3y5tFn3t3W7Aw1UXa95Cw10qw4f
Jas09a48ZrW7Kw7anT9S1TB71UUUUUUqnTZGkaVYY2UrUUUUjbIjqfuFe4nvWSU5nxnvy2
9KBjDUYxBIdaVFxhVjvjDU0xZFpf9x0zRiID7UUUUU=

Message
_____

**From:** 吕晶晶 [ljj@bnbm.com.cn]
**Sent:** 29/06/2011 00:29:05
**To:** thbmjtc@163.com
**Subject:** 关于中国建材集团2011年中高层领导人员培训有关事项的通知
**Attachments:** 关于中国建材集团2011年中高层领导人员培训 班有关事项的通知.pdf; 关于举办2011年中高层领导人员培训班的报名回执 (3).doc


贾总:

今已收到集团公司关于第一期企业中高层领导培训的具体安排,现转发给您,请提前做好安排,并请在确定航班或车次后直接通知中国建材股份邓怡娟 8808 2361。
住宿单间,北新建材已统一通知落实。

2011-06-28


陈家琪

_____

发件人: dengyijuan [mailto:dyj@cnbm.com.cn]
发送时间: 2011年6月24日 16:04
收件人: 高利华; 李飞; 王蕾; 王芮; 王小飞; 阳浩茹; '杨燕惠'; '郭丰波(gfb)'
抄送: 朱长城; 邓勇莉; 刘晓红; 陈燕; 黄启铭; 吕文 ; 邬雪琼
主题: 关于中国建材集团2011年中高层领导人员培训班有关事项的通知


各位领导和同事,

现将《关于中国建材集团2011年中高层领导人员培训班有关事项的通知》的转发给大家。
已和集团确认以下事宜,具体如下:
1、 如需接站,需要各单位联系人与西安建筑科技大学联系。
2、 培训费不含住宿费用。
3、 住宿一般是标间,食宿如有特殊要求,请各单位提前注明并告知。
祝大家好。


_____

邓怡娟
中国建材股份有限公司    行政人事部
北京市海淀区三里河路甲11号C座中国建材大厦17层（100037）
电话: +86 10 8808 2361
传真: +86 10 8808 2383
邮箱: dyj@cnbm.com.cn

Deng Yijuan
China National Building Material Co. Ltd.
17/F, China Building Material Plaza, A-11 San Li He Road, Haidian District, Beijing, China
（100037）
Tel：+86 10 8808 2361
Fax：+86 10 8808 2383
E-mail: dyj@cnbm.com.cn

# 中国建筑材料集团有限公司办公室文件

中建材办发人事〔2011〕75号

---

## 关于中国建材集团 2011 年中高层领导人员
## 培训班有关事项的通知

集团公司各部、室，各子（集团）公司、科研设计院（所）及有关企业：

根据集团公司 2011 年度培训计划安排，现将 2011 年第一期集团公司中高层领导人员培训班有关事项正式通知如下：

一、参加人员：

集团公司总部各职能部门负责人及以上人员、各子（集团）公司、科研院（所）由集团管理和任前备案管理的人员（见附件1）。

请根据培训班预通知（人事函〔2011〕58号）报名参加的人员做好工作安排，按时参加。

二、培训内容

—— 1 ——

TG-0073104

1.领导干部素养提升

2.官场学

3.社会管理

4.领导科学与艺术

5.组织行为学（管理心理学）

三、培训地点和时间

1.培训地点：西安建筑科技大学；

2.培训时间：7月7日至9日，为期3天，6日报到。

3.报到地点：西安天域凯莱大饭店（地址：西安市雁塔北路15号，酒店总机：029-87868855)；

4.需接站人员请提前与西安建筑科技大学联系。

联 系 人：王宏涛

联系电话：13002962707

五、培训费用

1.参加培训人员食宿统一安排，住宿费自理，食宿如有特殊要求请在报名表中注明；

2.因课时调整，培训费用为每人3980元。

六、报名要求

请各单位将参加培训人员培训费于7月5日前汇入西安建筑科技大学账号，报到当天也可缴纳支票或现金。

联 系 人：战冰峰　谢泽宇

— 2 —

TG-0073105

联系电话：010－68422214（兼传真）

邮　　箱：zbf@cnbm.com.cn　xzy@cnbm.com.cn

特此通知。

附件：1. 参加培训企业名单

2. 培训课程计划表

3. 参加培训回执



二〇一一年六月二十三日

主题词：人事　培训　通知

抄送：集团公司领导、集团各有关单位。

中国建筑材料集团有限公司办公室　　　　2011 年 6 月 23 日印发

录入：刘媞媞　　　　　　　　　　　　　　校对：战冰峰

— 3 —

TG-0073106

附件 1:

# 参加培训企业名单

集团公司总部
中国建材股份有限公司（本部）
　　　中国联合水泥集团有限公司
　　　南方水泥有限公司
　　　北方水泥有限公司
　　　北新集团建材股份有限公司
　　　中国复合材料集团有限公司
　　　中国建材国际工程集团有限公司
　　　中国玻纤股份有限公司
　　　中建材投资有限公司
中国建筑材料科学研究总院（本部）
　　　合肥水泥研究设计院
　　　蚌埠玻璃工业设计研究院
　　　哈尔滨玻璃钢研究院
　　　中国新型建材工业杭州设计研究院
　　　秦皇岛玻璃工业研究设计院
　　　西安墙体材料研究设计院
　　　咸阳陶瓷研究设计院
　　　轻工业钟表研究所
　　　中建材防水材料公司

TG-0073107

SEP-2-2009   23:43   FROM:   P.5

北新建材集团有限公司
中建材集团进出口公司
中国联合装备集团公司
中建材玻璃公司
      中国洛阳浮法玻璃集团有限责任公司
      河南中联玻璃有限公司
浙江三狮集团有限公司
中建材资产管理公司

TG-0073108

附件2：

# 培训课程计划表

| 课程名称 | 课程主要内容简介 | 课时 | 教师姓名 | 教师背景简介 |
|---|---|---|---|---|
| 管理学 | 领导干部素养提升（代开班学）从西安建筑科技大学理念发展感悟管理和领导艺术，解读官场学 | 2学时 | 宋志平 | 中国建筑材料集团公司董事长、党委书记，中国建材股份有限公司董事局主席，中国医药集团公司外部董事、董事长 |
| 社会管理 | 从企业与社会管理、社会管理的基本任务、目的、意义方面，解读社会管理 | 4学时 | 徐德龙 | 中国工程院院士，西安建筑科技大学校长 |
| 领导科学与艺术 | 介绍领导原理、领导体制、领导者的素质、领导班子、领导职责、领导权威、领导方法、领导艺术、领导心理、领导工作风、领导监督、领导绩效等，并对这些问题进行管理伦和实证分析 | 4学时 | 范 南 | 西安建筑科技大学客座教授，原山西省委秘书长 |
| | | 4学时 | 梁仲明 | 西北大学公共管理学院副院长、教授，博士生导师，兼任中国行政管理学会理事、中国政策科学研究会常务理事等，研究方向：马克思主义中国化，政治制度与政治体制，领导与决策学 |
| 组织行为学（专题讲座） | 组织行为学是研究一定组织中人的心理和行为的规律性，从而提高管理者预测、引导和控制人的心理和行为的能力，以实现组织目标的科学。主要介绍个体心理与行为，包括知觉与归因、精神情感与管理、态度与工作满意度、个性管理、工作压力、激励理论、群体心理基础，包括群体行为、沟通与人际关系、团队管理、冲突与谈判、领导心理与行为，组织心理与行为，包括组织结构与设计、组织文化和组织变革与发展 | 4学时 | 郑安云 | 西北大学公共管理学院教授，博士生导师，研究方向：组织行为学 |

6

TG-0073109

附件 2:

单位:

## 参加培训回执 (第　期)

| 序号 | 姓名 | 性别 | 民族 | 职务 | 办公电话 | 手机 | E-mail | 通讯地址 | 邮编 | 是否接站 | 备注 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | |
| 2 | | | | | | | | | | | |
| 3 | | | | | | | | | | | |
| 4 | | | | | | | | | | | |
| 5 | | | | | | | | | | | |

联系人:　　　　　　　　　　　　联系电话:

备注：

1. 饮食、住宿如有特殊要求请在备注中填写

2. 为便于联系并寄发资料等事宜，请参会人员认真填好手机和 E-mail

3. 请将培训费 3980 元汇入如下账号（汇款时请务必将培训单位及学员姓名在备注里标注清楚）：

开户名称：西安建筑科技大学

开 户 行：工行大雁塔支行

银行帐号：3700023009014449679 303

4. 财务杨老师：029—8262821 1（办）

1308998955（手机）

8

TG-0073111