

## Partial Translation of the Stock Listing Rules of the Shenzhen Stock Exchange (2014 Revision)

**Source**: the official website of Shenzhen Stock Exchange (where BNBM is listed)

**Link**:

http://www.szse.cn/main/files/2014/11/28/%E6%B7%B1%E5%9C%B3%E8%AF%81%E5%88%B8%E4%BA%A4%E6%98%93%E6%89%80%E8%82%A1%E7%A5%A8%E4%B8%8A%E5%B8%82%E8%A7%84%E5%88%99%EF%BC%882014%E5%B9%B4%E4%BF%AE%E8%AE%A2%EF%BC%89.pdf

<u>**Page 1**</u>

## Stock Listing Rules of the Shenzhen Stock Exchange (2014 Revision)

## SZSE (2014) No.378

…

<u>**Page 103**</u>

…

Chapter XVIII  Definitions

18.1 The following terms in these Rules shall have the meanings as below:

…

(5) Controlling Shareholder: refers to the shareholder whose equity shares account for more than 50% of the Company's total stock; or the shareholder who holds less than 50% of equity shares, but still has major influence on the resolutions made by the general meeting of shareholders because of the voting rights entitled to the equity shares thereof ;

(6) Actual Controller: refers to any natural person, legal person or other organization that is capable of dominating and actually dominating the conducts of

the Company by virtue of investment relationship, agreement or any other arrangement.

(7) Control: refers to the right to decide the finance and business policy of an enterprise, and based thereon, to obtain interests from the business activities of this enterprise. Any of the following circumstances will be regarded as having the controlling right to a listed company:

1. Being the controlling shareholder that holds more than 50% of the listed company's equity shares;

2. Being capable of actually dominating more than 30% of the voting rights entitled to the listed company's equity shares;

3. Being capable of deciding the appointment and selection of more than half of members to the board of directors of the Company by virtue of actually dominating the voting rights entitled to the listed company's equity shares;

4. Because of the voting rights entitled to the listed company's equity shares it actually dominates, it is enough to have major influence on the resolutions made by the general meeting of shareholders;

5. Any other circumstance recognized by the China Securities Regulatory Commission or this Stock Exchange.

…

# 《深圳证券交易所股票上市规则（2014年修订）》

深证上〔2014〕378号

（1998年1月实施　2000年5月第一次修订　2001年6月第二次修订　2002年2月第三次修订　2004年12月第四次修订　2006年5月第五次修订　2008年9月第六次修订　2012年7月第七次修订　2014年10月第八次修订）

目　录

第一章　总　则 .................................................................................. 3
第二章　信息披露的基本原则及一般规定 ............................................ 3
第三章　董事、监事和高级管理人员 .................................................... 7
　　第一节　董事、监事和高级管理人员声明与承诺 ........................ 7
　　第二节　董事会秘书 ...................................................................... 9
第四章　保荐人 .................................................................................... 13
第五章　股票和可转换公司债券上市 ................................................ 15
　　第一节　首次公开发行的股票上市 ............................................ 15
　　第二节　上市公司新股和可转换公司债券的发行与上市 ........ 18
　　第三节　有限售条件的股份上市流通 ........................................ 21
第六章　定期报告 ................................................................................ 22
第七章　临时报告的一般规定 ............................................................ 25
第八章　董事会、监事会和股东大会决议 ........................................ 27
　　第一节　董事会和监事会决议 .................................................... 27
　　第二节　股东大会决议 ................................................................ 29
第九章　应披露的交易 ........................................................................ 30
第十章　关联交易 ................................................................................ 35
　　第一节　关联交易及关联人 ........................................................ 35
　　第二节　关联交易的程序与披露 ................................................ 37
第十一章　其他重大事件 .................................................................... 42
　　第一节　重大诉讼和仲裁 ............................................................ 42
　　第二节　变更募集资金投资项目 ................................................ 43

## 第十八章　释　义

**18.1**　本规则下列用语具有如下含义：

（一）披露：指上市公司或者相关信息披露义务人按法律、行政法规、部门规章、规范性文件、本规则和本所其他有关规定在指定媒体上公告信息。

（二）重大事件：指对上市公司股票及其衍生品种交易价格可能产生较大影响的事项。

（三）及时：指自起算日起或者触及本规则披露时点的两个交易日内。

（四）高级管理人员：指公司经理、副经理、董事会秘书、财务负责人及公司章程规定的其他人员。

（五）控股股东：指其持有的股份占公司股本总额50%以上的股东；或者持有股份的比例虽然不足50%，但依其持有的股份所享有的表决权已足以对股东大会的决议产生重大影响的股东。

（六）实际控制人：指通过投资关系、协议或者其他安排，能够支配、实际支配公司行为的自然人、法人或者其他组织。

（七）控制：指有权决定一个企业的财务和经营政策，并能据以从该企业的经营活动中获取利益。有下列情形之一的，为拥有上市公司控制权：

1. 为上市公司持股 50%以上的控股股东；

2. 可以实际支配上市公司股份表决权超过 30%；

3. 通过实际支配上市公司股份表决权能够决定公司董事会半数以上成员选任；

4. 依其可实际支配的上市公司股份表决权足以对公司股东大会的决议产生重大影响；

5. 中国证监会或者本所认定的其他情形。

（八）内部职工股：指原定向募集股份有限公司的内部职工认购的股票。

（九）上市公司控股子公司：指上市公司持有其50%以上股份，或者能够决定其董事会半数以上成员组成，或者通过协议或其他安排能够实际控制的公司。