<u>Translation of **CNBMGRP00000564**</u>

**Title:** Reply on Beijing New Building Material (Group) Co., Ltd.'s 2013 annual loan and guarantee plan

To Beijing New Building Material (Group) Co., Ltd.:

Your group's 2013 annual loan and guarantee plan was received. According to "China National Building Material Group Corporation's Measures for Management of Loans and Guarantees," "China National Building Material Group Corporation's Interim Measures for Comprehensive Budgetary Management," the "Notice on Strengthening Bank Loan Management of Subsidiaries" (China National Building Material Group Corporation Financial Department Releases (2011) No. 170), and related documents, and after having been approved by the General Manager Executive Meeting and the Board of Directors of the Group Corporation, we hereby give you a reply as follows:

I. The ceiling of your company's 2013 annual loans (including bonds) quota is confirmed to be 1.75 billion yuan.

II. The ceiling of credit guarantee that will be provided to your company by the Group Corporation in the year 2013 is 3 billion yuan.

III. The Group Corporation will enforce controls over loans borrowed by your company in the year 2013 that exceed the quota ceiling. Any amount exceeding the quota ceiling will be scrutinized according to the Group Corporation's management policy, and can only be implemented upon approval.

Your company should pay great attention to debt risk management, closely monitor the amount of new borrowings, actively control debt risks, and make sure that the company maintains steady and sustainable development.

Official reply is hereby given.

China National Building Material Group Corporation

March 5, 2013

**CG 6/16/15-6/18/15:
Exhibit 86**



FSIA EXHIBIT 54

About the northern new building materials Group Company limited 2013 year reply of loan and guarantee plan

Northern new building materials Group Company limited:
2013 year loan and guarantee plan that your company reported received. "Loans And Guarantee Policing method according to China Building material Group Company limited", "China Building material Group Company limited Overall budget Management Tentative method", "about Strengthening Subsidiary enterprise Bank loan Management Notice" (building materials sends the financial (2011)170 number) and other document spirits, by reporting Group general manager workshop and board of directors authorizes, presently replies as follows:
First, checked that your company 2013 year loan (including bond) plan specified amount upper limit is 1.75 billion Yuan.
Second, the Group 2013 year provides the guarantee plan specified amount upper limit for your company bank credit is 3 billion Yuan.
Third, Group loans to implement the approval to your company 2013 year ultra plan, your company in 2013 the ultra plan loans should strictly according to Group administrative provisions, after reporting Group to examine and approve, only then implements.
Your company should attach great importance to the debt risk management work, Yan Kong increases the loan, guards against the debt risk earnestly and ensure the enterprise continues the moderate development.
Specially reply.
Chinese building material Group Company limited on March 5, 2013


 --- Summary Information ---
1: 936 PID_TITLE:
PID_SUBJECT:
PID_AUTHOR: wx PID_KEYWORDS:
PID_TEMPLATE: Normal.dotm PID_LASTAUTHOR: User PID_REVNUMBER: 28 PID_APPNAME: Microsoft Office Word PID_EDITTIME: Mon Jan 01 13:20: 00 CST 1601 PID_LASTPRINTED: Tue Feb 26 17:38: 00 CST 2013 PID_CREATE_DTM: Fri Jun 10 09:27: 00 CST 2011 PID_LASTSAVE_DTM: Tue Mar 05 14:41: 00 CST 2013 PID_PAGECOUNT: 1 PID_WORDCOUNT: 60 PID_CHARCOUNT: 343 PID_SECURITY: 0

 --- Document Summary Information ---
PID_CODEPAGE: 936 PID_COMPANY: LENOVO (Chinese) limited PID_LINECOUNT: 2
PID_PARCOUNT: 1 17: 402 23: 917504 PID_SCALE: false PID_LINKSDIRTY: false 19: false 22: false

关于北新建材集团有限公司 2013 年度借款
及担保计划的批复

北新建材集团有限公司：

你公司上报的 2013 年度借款及担保计划已收悉。根据《中国建筑材料集团有限公司借款及担保管理办法》、《中国建筑材料集团有限公司全面预算管理暂行办法》、《关于加强所属企业银行借款管理的通知》（中建材发财务〔2011〕170号）等文件精神，经报请集团公司总经理办公会及董事会批准，现批复如下：

一、核定你公司 2013 年度借款（含债券）计划额度上限为 <u>17.50</u> 亿元。

二、集团公司 2013 年度为你公司银行授信提供担保计划额度上限为 <u>30</u> 亿元。

三、集团公司对你公司 2013 年度超计划借款实行审批管理，你公司 2013 年超计划借款应严格按照集团公司管理规定，报集团公司审批后方可实施。

你公司应高度重视债务风险管理工作，严控新增借款，切实防范债务风险，确保企业持续稳健发展。

特此批复。

中国建筑材料集团有限公司

2013 年 3 月 5 日

CNBMGRP00000564