**BNBM Guarantees to and Investments in Taishan Gypsum- FRE 1006 Summary Chart**

| Date | Document/Description | Exhibit/Bates |
|------|----------------------|---------------|
| 6/26/2005 | **Resolution of the 4th Extraordinary General Meeting of Shareholders for the Year of 2005 of Shandong Taihe Dongxin Co. Ltd.**<br><br>-Approval for investment in gypsum production line<br><br>-10,000,000 Yuan project, of which 80% is from Taihe and 20% is from BNBM | TG0020682-685 & Translation **(Attachment G)** |
| 12/31/2005 | RMB247,600,000 total secured loan of Shandong Taihe Dongxin Co. Ltd. [per footnote to "Guaranteed loan" section of "Short-term borrowings" table] | Exhibit 136/136A (2005 Annual Report); BNBMPLC0000288; 352 (English) BNBMPLC0000193; 260-261 (Chinese) **(Attachment A)** |
| 1/24/2006 | **Announcement of the Final Decision of the 15th Temporary Meeting of the Third Session of Board of Directors**<br><br>Approval of proposal to provide guarantees for general credit limit for Shandong Taihe Dongxin Co. Ltd. (total guarantees of 388,600,000 Yuan):<br><br>-115,000,000 Yuan (Agricultural Bank of China Taian Branch)<br><br>-90,000,000 Yuan (Bank of China Taian Branch)<br><br>-33,600,000 Yuan (Industrial and Commercial Bank of China Taian Branch)<br><br>-10,000,000 Yuan (China Construction Bank Taian Qingnianlu Sub-branch)<br><br>-60,000,000 Yuan (Bank of Communications Taian Branch)<br><br>-30,000,000 Yuan (China Citic Bank Jinan Branch)<br><br>-20,000,000 Yuan (Industrial Bank Jinan Branch)<br><br>-30,000,000 Yuan (Shanghai Pudong Development Bank Jinan Branch) | Exhibit 101/101R; BNBMPLC0004415-4417 (English) BNBMPLC0004415R-4417R BNBMPLC0004413-4414 (Chinese) **(Attachment D)** |

**Exhibit 162-1**

**FSIA EXHIBIT 57**

**BNBM Guarantees to and Investments in Taishan Gypsum– FRE 1006 Summary Chart**

| | | |
|---|---|---|
| 2/9/2006 | **Maximum Amount Guarantee Contract**<br><br>Guarantor: Beijing New Building Materials Public Limited Company<br><br>Creditor: Jinan Branch of China CITIC Bank<br><br>Debtor: Shandong Taihe Dongxin Co. Ltd.<br><br>Principal: RMB30,000,000 | BNBMPLC0006468-6475 (English)<br>BNBMPLC0006461-6467 (Chinese)<br>**(Attachment H)**<br><br>Exhibit 136/136A (2005 Annual Report):<br>BNBMPLC0000288; 378-379 (English)<br>BNBMPLC0000193; 285-286 (Chinese)<br>**(Attachment A)**<br><br>Exhibit 14/14A (2006 Annual Report):<br>BNBMPLC0000489; 592-593 (English)<br>BNBMPLC0000381; 475-477 (Chinese)<br>**(Attachment B)** |
| 2/10/2006 | **Maximum Amount Guarantee Contract** (No. Xing Yin JiBaoZi 2005-124B)<br><br>Guarantor: Beijing New Building Materials Public Limited Company<br><br>Creditor: Industrial Bank Co., Ltd. Jinan Branch<br><br>Debtor: Shandong Taihe Dongxin Co. Ltd.<br><br>Principal: RMB20,000,000 | BNBMPLC0006492-6499 (English)<br>BNBMPLC0006486-6491 (Chinese)<br>**(Attachment I)**<br><br>Exhibit 136/136A (2005 Annual Report):<br>BNBMPLC0000288; 378-379 (English)<br>BNBMPLC0000193; 285-286 (Chinese)<br>**(Attachment A)**<br><br>Exhibit 14/14A (2006 Annual Report):<br>BNBMPLC0000489; 592-593 (English)<br>BNBMPLC0000381; 475-477 (Chinese)<br>**(Attachment B)** |

| BNBM Guarantees to and Investments in Taishan Gypsum– FRE 1006 Summary Chart | | |
|---|---|---|
| 2/10/2006 | **Maximum Amount Guarantee Contract** (2006 T.Z.B.Z No. 060110) | BNBMPLC0006480-6485 (English) |
| | Guarantor: Beijing New Building Materials Public Limited Company | BNBMPLC0006476-6479 (Chinese) |
| | Creditor: Tai'an Branch of Bank of China Limited | **(Attachment J)** |
| | Debtor: Shandong Taihe Dongxin Co. Ltd. | Exhibit 136/136A (2005 Annual Report) |
| | Principal: RMB90,000,000 | BNBMPLC0000288; 378-379 (English) |
| | Credit: RMB73,400,000 | BNBMPLC0000193; 285-286 (Chinese) |
| | L/C opening credit: RMB16,600,000 (USD2,000,000) | **(Attachment A)** |
| 2/10/2006 | **Maximum Amount Guarantee Contract** (2006 Ning Yang No. 005) | BNBMPLC0006507-6513 (English) |
| | Guarantor: Beijing New Building Materials Public Limited Company | BNBMPLC0006500-6506 (Chinese) |
| | Creditor: ICBN Ningyang Sub-branch | **(Attachment K)** |
| | Borrower: Shandong Taihe Dongxin Co. Ltd. | Exhibit 136/136A (2005 Annual Report) |
| | Principal: RMB33,600,000 | BNBMPLC0000288; 378-379 (English) |
| | | BNBMPLC0000193; 285-286 (Chinese) |
| | | **(Attachment A)** |
| 2/11/2006 | **Maximum Amount Guarantee Contract** (No. 3791002006A100000300) | BNBMPLC0006521-6528 (English) |
| | | BNBMPLC0006514-6520 (Chinese) |
| | Guarantor: Beijing New Building Materials Public Limited Company | **(Attachment L)** |
| | Creditor: Bank of Communications Co., Ltd. Tai'an Branch | Exhibit 136/136A (2005 Annual Report) |
| | Debtor: Shandong Taihe Dongxin Co. Ltd. | BNBMPLC0000288; 378-379 (English) |
| | Principal: RMB60,000,000 | BNBMPLC0000193; 285-286 (Chinese) |
| | | **(Attachment A)** |

**BNBM Guarantees to and Investments in Taishan Gypsum– FRE 1006 Summary Chart**

| | | |
|---|---|---|
| 2/11/2006 | **Maximum-amount Guarantee Contract**<br><br>Guarantor: BNBM PLC<br><br>Creditor: Industrial Bank Jinan Branch<br><br>Debtor: Shandong Taihe Dongxin Co. Ltd.<br><br>Guarantee type: joint and several<br><br>Maximum loan: RMB60,000,000 | <u>Exhibit 14/14A (2006 Annual Report)</u>:<br>BNBMPLC0000489; 592-593 (English)<br>BNBMPLC0000381; 475-477 (Chinese)<br>**(Attachment B)** |
| 2/19/2006 | **Maximum Amount Guarantee Contract** (No. 3790520060000000061)<br><br>Guarantor: Beijing New Building Materials Public Limited Company<br><br>Creditor: Agricultural Bank of China Tai'an Longze Branch<br><br>Debtor: Shandong Taihe Dongxin Co. Ltd.<br><br>Principal: RMB115,000,000 | BNBMPLC0006534-6540 (English)<br>BNBMPLC0006529-6533 (Chinese)<br>**(Attachment M)**<br><br>TG0025560-0025563 & Translation<br>**(Attachment N)**<br><br><u>Exhibit 136/136A (2005 Annual Report)</u>:<br>BNBMPLC0000288; 378-379 (English)<br>BNBMPLC0000193; 285-286 (Chinese)<br>**(Attachment A)**<br><br><u>Exhibit 14/14A (2006 Annual Report)</u>:<br>BNBMPLC0000489; 592-593 (English)<br>BNBMPLC0000381; 475-477 (Chinese)<br>**(Attachment B)** |

| BNBM Guarantees to and Investments in Taishan Gypsum- FRE 1006 Summary Chart | | |
|---|---|---|
| 2/23/2006 | **Short-Term Loan Guarantee Contract** (No. 7401200628052)<br><br>Guarantor: Beijing New Building Materials Public Limited Company<br><br>Lender: Jinan Branch of Shanghai Pudong Development Bank<br><br>Debtor: Shandong Taihe Dongxin Co. Ltd.<br><br>Principal: RMB30,000,000 | <u>BNBMPLC0006546-6551 (English)</u><br>BNBMPLC0006541-6545 (Chinese)<br>**(Attachment O)**<br><br><u>Exhibit 136/136A (2005 Annual Report):</u><br>BNBMPLC0000288; 378-379 (English)<br>BNBMPLC0000193; 285-286 (Chinese)<br>**(Attachment A)**<br><br><u>Exhibit 14/14A (2006 Annual Report):</u><br>BNBMPLC0004489; 592-593 (English)<br>BNBMPLC0000381; 475-477 (Chinese)<br>**(Attachment B)** |
| 2/24/2006 | **Minutes of 2006 1ˢᵗ Extraordinary Shareholder's Meeting**<br><br>Deliberate Proposal on Offering Security for Shandong Taihe Dongxin Co., Ltd.: "Mr. Jia firstly introduces Mr. Wang's authority delegated by China National Building Materials Company Limited. Mr. Wang introduces company development to shareholders and the reason to offer security for Shandon Taihe Dongxin Co., Ltd. Mr. Jia reads out the proposal." | <u>Exhibit 104:</u><br>BNBMPLC0006294 (English)<br>BNBMPLC0006292-6293 (Chinese)<br>**(Attachment F)** |
| 2/24/2006 | **Announcement on the Resolution of the 2006 1ˢᵗ Interim Shareholders Meeting**<br><br>Approved Proposal on Offering Security for Shandong Taihe Dongxin Co. Ltd. (no amount specified) | <u>Exhibit 102:</u><br>BNBMPLC0005024-5025 (English)<br>BNBMPLC0005022-5023 (Chinese)<br>**(Attachment E)** |
| 5/11/2006 | **Minutes of 2006 Annual Shareholder's Meeting**<br><br>Deliberate Proposal on Offering Security for Shandong Taihe Dongxin Co., Ltd. (no amount specified) | <u>Exhibit 104:</u><br>BNBMPLC0006306 (English)<br>BNBMPLC0006304-6305 (Chinese)<br>**(Attachment F)** |

| BNBM Guarantees to and Investments in Taishan Gypsum- FRE 1006 Summary Chart | | |
|---|---|---|
| 7/6/2006 | **Announcement of Final Decision of the 18th (Temporary) Meeting of the Third Session of Board of Directors** | Exhibit 101/101R:<br>BNBMPLC0004435-4442 (English)<br>BNBMPLC000443R-4442R<br>BNBMPLC0004431-4434 (Chinese)<br>**(Attachment D)** |
| | Approved proposal of providing guarantees to Shandong Taihe Dongxin Co. Ltd. (total guarantees of 100,000,000 Yuan): | |
| | -General credit limit of 90,000,000 Yuan in China Construction Bank Taian Qingnianlu Sub-branch | |
| | -Working capital loan of 10,000,000 Yuan in Industrial and Commercial Bank of China Sub-branch | |
| 7/24/2006 | **Minutes of 2006 2nd Extraordinary Shareholder's Meeting** | Exhibit 104:<br>BNBMPLC0006300 (English)<br>BNBMPLC0006298-6299 (Chinese)<br>**(Attachment F)** |
| | Deliberate Proposal on Offering Security for Shandong Taihe Dongxin Co., Ltd. (no amount specified) | |
| 7/24/2006 | **Announcement on the Resolutions of the 2006 2nd Extraordinary Shareholders Meeting** | Exhibit 102:<br>BNBMPLC0005044-5045 (English)<br>BNBMPLC0005042-5043 (Chinese)<br>**(Attachment E)** |
| | Approved Proposal on Offering Security for Shandong Taihe Dongxin Co. Ltd. (no amount specified) | |
| 8/8/2006 | **Equity Transfer Agreement** | BNBMPLC0006205-6212 (English)<br>BNBMPLC0006195-6204 (Chinese)<br>**(Attachment P)** |
| | BNBM Transfer of assets from Tai'an Donglian Investment Trade Co. (previously Donglian owned 23% of Shandong Taihe) | |

| | BNBM Guarantees to and Investments in Taishan Gypsum- FRE 1006 Summary Chart | |
|---|---|---|
| 8/28/2006 | **Connected Transaction: Acquisition of the Entire Equity Interest in Taian Donglian Investment Trading Company Limited**<br><br>BNBM purchases 100% of Taian Donglian Investment Trading Company (which owned 23% of Shandong Taihe), thus, giving BNBM 65% ownership of Shandong Taihe [TG].  "BNBM has gained long term control of Taihe's board of directors..."  "**Reasons for entering into the Share Transfer Agreement** [purchase of Donglian] - "... the Acquisition will enable CNBM Group to further enhance its competitiveness and consolidate its leading position in the PRC gypsum board market as it will participate more actively in the daily operations and management of Taihe [TG] with a view to improving its profitability." | Q000010-12: Plaintiffs' Ex. 24 to Jia 1/9/12 depo<br><br>**(Attachment Q)** |
| 8/28/2006 | **Connected Transaction: Provision of Financial Assistance to Taian State Owned Assets Management Company**<br><br>BNBM agrees to loan RMB50 million to Taian State Owned Assets Management Company (TSOAMC), which owned 16% of TG.  TSOAMC put up its 16% ownership in TG as collateral.  "**Conditions of the Loan Agreement** - ... obtaining approvals from the directors and the shareholders of BNBM (if necessary) and the Company [CNBM Group]."  "Reasons for entering into the Loan Agreement - ... As State Owned Company [TSOAMC] does not presently intend to sell their equity stake in Taihe, the Company [CNBM Group] and State Owned Company decided to enter into the Loan Agreement in which State Owned Company is prohibited from selling its 16% equity interest to any other third parties during the term of the Loan Agreement." | Q000010-12: Plaintiffs' Ex. 24 to Jia 1/9/12 depo<br><br>**(Attachment Q)** |

| BNBM Guarantees to and Investments in Taishan Gypsum– FRE 1006 Summary Chart | | |
| --- | --- | --- |
| 8/28/2006 | **Independent opinion of the Directors of BNBMPLC about Company's Equity Acquisition:**<br><br>"The said equity acquisition conforms to the Company's development strategy and is conducive to further enhancing the market competitiveness of the Company's principal business, strengthening the combination and collaboration between the Company and Shandong Taihe, consolidating and developing the Company's leadership in the plasterboard industry and to a greater extent, sharing the good benefits of Shandong Taihe." | BNBMPLC0006214 (English)<br>BNBMPLC0006213 (Chinese)<br>**(Attachment R)** |
| 8/28/2006 | **Public Announcement of the Acquisition of Taian Donglian Investment & Trade Co., Ltd.** | BNBMPLC0006218-6220 (English)<br>BNBMPLC0006215-6217 (Chinese)<br>**(Attachment S)** |
| 12/31/2006 | RMB253,500,000 guaranteed borrowings of Shandong Taihe Dongxin Co. Ltd. [per footnote to "Guaranteed loan" section of "Short-term borrowings" table] | Exhibit 14/14A (2006 Annual Report):<br>BNBMPLC0000489; 569 (English)<br>BNBMPLC0000381; 453-454 (Chinese)<br>**(Attachment B)** |
| 2/9/2007 | **Announcement of Final Decision of the 21st (Temporary) Meeting of the Third Session of Board of Directors**<br><br>Total guarantees to Shandong Taihe of 578,600,000 Yuan<br><br>-Renewal of Shandong Taihe general credit limit and working capital loan of 378,600,000 Yuan; BNBM PLC agreed to continued guarantees as production and operation requirements<br><br>-Additional amount needed for actual operating expenses.  Increase in the Shandong Taihe general credit limit of 200,000,000 Yuan<br><br>-Guarantees not documented elsewhere:<br><br>• General credit limit: 20,000,000 Yuan (Industrial Bank Jinan Branch)<br><br>• Working capital loan: 30,000,000 Yuan (Shanghai Pudong Development Bank Jinan Branch) | Exhibit 101/101R:<br>BNBMPLC0004454-4456 (English)<br>BNBMPLC0004454R-4456R<br>BNBMPLC0004452-4453 (Chinese)<br><br>BNBMPLC0004460-4462 (English)<br>BNBMPLC0004460R-4463R<br>BNBMPLC0004457-4459 (Chinese)<br>**(Attachment D)** |

| BNBM Guarantees to and Investments in Taishan Gypsum– FRE 1006 Summary Chart | | |
|---|---|---|
| 3/9/2007 | **Maximum Amount Guarantee Contract** (No. 3790520070000165)<br><br>Guarantor: BNBM PLC<br><br>Creditor: Taian Branch of Agricultural Bank of China<br><br>Debtor: Taishan Gypsum Co. Ltd.<br><br>Guarantee type: joint and several<br><br>Maximum loan: RMB175,000,000 | Exhibit 15/15A (2007 Annual Report):<br>BNBMPLC0000722; 832-834 (English)<br>BNBMPLC0000606; 713-714 (Chinese)<br>**(Attachment C)**<br><br>Exhibit 101/101R:<br>BNBMPLC0004454-4456 (English)<br>BNBMPLC0004454R-4456R<br>BNBMPLC0004452-4453 (Chinese)<br><br>BNBMPLC0004460-4462 (English)<br>BNBMPLC0004460R-4463R<br>BNBMPLC0004457-4459 (Chinese)<br>**(Attachment D)** |
| 3/15/2007 | **Maximum Amount Guarantee Contract** (No. 3791002007AM00000400)<br><br>Guarantor: BNBM PLC<br><br>Creditor: Taian Branch of Bank of Communications Limited<br><br>Debtor: Taishan Gypsum Co. Ltd.<br><br>Guarantee type: joint and several<br><br>Maximum loan: RMB58,500,000*<br><br>*per the 2/9/2007 Board of Directors Announcement, this general credit limit was 78,500,000 Yuan | Exhibit 15/15A (2007 Annual Report):<br>BNBMPLC0000722; 832-834 (English)<br>BNBMPLC0000606; 713-714 (Chinese)<br>**(Attachment C)**<br><br>Exhibit 101/101R:<br>BNBMPLC0004454-4456 (English)<br>BNBMPLC0004454R-4456R<br>BNBMPLC0004452-4453 (Chinese)<br><br>BNBMPLC0004460-4462 (English)<br>BNBMPLC0004460R-4463R<br>BNBMPLC0004457-4459 (Chinese)<br>**(Attachment D)** |

**BNBM Guarantees to and Investments in Taishan Gypsum– FRE 1006 Summary Chart**

| Date | | |
|---|---|---|
| 4/20/2007 | **Maximum Amount Guarantee Contract** (2007 Nian Tai Zhong Yin Bao Zi No. 0420)<br><br>Guarantor: BNBM PLC<br><br>Creditor: Taian Branch of Bank of China Limited<br><br>Debtor: Taishan Gypsum Co. Ltd.<br><br>Guarantee type: joint and several<br><br>Maximum loan: RMB174,000,000 | Exhibit 15/15A (2007 Annual Report):<br>BNBMPLC0000722; 832-834 (English)<br>BNBMPLC0000606; 713-714 (Chinese)<br>**(Attachment C)** |
| 5/11/2007 | **Announcement on the Resolutions of 2006 Annual General Meeting**<br><br>Approved proposal on offering security for Shandong Taihe Dongxin Co. Ltd. (no amount specified) | Exhibit 102:<br>BNBMPLC0005052-5053 (English)<br>BNBMPLC0005050-5051 (Chinese)<br>**(Attachment E)** |
| 6/15/2007 | **Announcement of Final Resolution of the 25th Interim Meeting of the 3rd Session of Board of Directors**<br><br>Joint liability guarantee for 41,000,000 Yuan loan from Commercial Bank of China Limited Ningyang Branch  in order for BNBM and Shandong Taihe for "technological transformation of the original gypsum board production line". | Exhibit 101/101R:<br>BNBMPLC0004480-4482 (English)<br>BNBMPLC0004480R-4482R<br>BNBMPLC0004478-4479 (Chinese)<br>**(Attachment D)** |
| 7/9/2007 | **Announcement on the Resolutions of the 2007 2nd Extraordinary Shareholders Meeting**<br><br>Approved Proposal on Offering Security for Shandong Taihe Dongxin Co. Ltd. (no amount specified) | Exhibit 102:<br>BNBMPLC0005059-5060 (English)<br>BNBMPLC0005057-5058 (Chinese)<br>**(Attachment E)** |

| | BNBM Guarantees to and Investments in Taishan Gypsum– FRE 1006 Summary Chart | |
|---|---|---|
| 8/7/2007 | **Maximum Amount Guarantee Contract** (2007 Nian Ning Yang (Bao) Zi No. 008)<br><br>Guarantor: BNBM PLC<br><br>Creditor: Ningyang Sub-branch of Industrial and Commercial Bank of China<br><br>Debtor:  Taishan Gypsum Co. Ltd.<br><br>Guarantee type: joint and several<br><br>Maximum loan: RMB71,000,000*<br><br><br>*per the 2/9/2007 Board of Directors Announcement, this general credit limit was 71,100,000 Yuan | Exhibit 15/15A (2007 Annual Report):<br>BNBMPLC0000722; 832-834 (English)<br>BNBMPLC0000606; 713-714 (Chinese)<br>**(Attachment C)** |
| 8/24/2007 | **Maximum Amount Guarantee Contract** (No. 7698-07-6-134D)<br><br>Guarantor: BNBM PLC<br><br>Creditor: Ji'nan Branch of China Everbright Bank Co. Ltd.<br><br>Debtor:  Taishan Gypsum Co. Ltd.<br><br>Guarantee type: joint and several<br><br>Principal maximum comprehensive credit line: RMB30,000,000 (per Comprehensive Credit Grant Agreement No. 7698-07-6-134) | Exhibit 15/15A (2007 Annual Report):<br>BNBMPLC0000722; 832-834 (English)<br>BNBMPLC0000606; 713-714 (Chinese)<br>**(Attachment C)**<br><br>Exhibit 101/101R:<br>BNBMPLC0004454-4456 (English)<br>BNBMPLC0004454R-4456R<br>BNBMPLC0004452-4453 (Chinese)<br><br>BNBMPLC0004460-4462 (English)<br>BNBMPLC0004460R-4463R<br>BNBMPLC0004457-4459 (Chinese)<br>**(Attachment D)** |

| BNBM Guarantees to and Investments in Taishan Gypsum–FRE 1006 Summary Chart | | |
|---|---|---|
| 8/28/2007 | **Guarantee Contract** (2007 Nian (Bao) Zi No. 000031)<br><br>Guarantor: BNBM PLC<br><br>Creditor: Ningyang Sub-branch of Industrial and Commercial Bank of China<br><br>Debtor:  Taishan Gypsum Co. Ltd.<br><br>Guarantee type: joint and several<br><br>Loan amount: RMB41,000,000 loan (under Loan Contract 2007 Nian (Ning Yang) Zi No. 0032) | Exhibit 15/15A (2007 Annual Report):<br>BNBMPLC0000722; 832-834 (English)<br>BNBMPLC0000606; 713-714 (Chinese)<br>**(Attachment C)** |
| 10/19/2007 | **Letters**<br><br>BNBM PLC confirmed continuance of the guarantees of debts of Taishan Gypsum Co. Ltd., formerly Shandong Taihe Dongxin Co. Ltd., regarding:<br><br>-Bank of China Company Limited Tai'an Branch (2007 Nian Tai Zhong Yin Bao Zi No. 0420)<br><br>-Agricultural Bank of China Tai'an Branch (No. 37905200700000165)<br><br>-Industrial and Commercial Bank of China Limited Ning Yang Branch (2007 Nian (Bao) Zi No. 000031)<br><br>-Industrial and Commercial Bank of China Limited Ning Yang Branch (2007 Ning Yang (Guarantee) No. 0008) | BNBMPLC-E-0007475 & Translation<br>**(Attachment T)**<br>BNBMPLC-E-0007476 & Translation<br>**(Attachment U)**<br>BNBMPLC-E-0007477 & Translation<br>**(Attachment V)**<br>BNBMPLC-E-0007478 & Translation<br>**(Attachment W)** |
| 11/27/2007 | **Agreement**<br><br>BNBM PLC loaned RMB20,000,000 to Taishan Gypsum Co. Ltd., to be repaid prior to December 27, 2007 | BNBMPLC0007598-7599 (English)<br>BNBMPLC0007597 (Chinese)<br>**(Attachment X)** |

| BNBM Guarantees to and Investments in Taishan Gypsum- FRE 1006 Summary Chart | | |
|---|---|---|
| 12/27/2007 | **Announcement of Resolution of the 3rd Sessions of the 31th [sic] meeting of the Board of Directors**<br><br>-Taishan Gypsum Co. Ltd.'s amount of 175,000,000 Yuan comprehensive credit set to expire from Agricultural Bank of China Tai'an Branch<br><br>-BNBM PLC provided guarantee for Taishan Gypsum of 265,000,000 Yuan in Agricultural Bank of China Ltd. Tai'an Branch Bank | <u>Exhibit 101/101R:</u><br>BNBMPLC0004515-4516 (English)<br>BNBMPLC0004515R-4516R<br>BNBMPLC0004513-4514 (Chinese)<br>**(Attachment D)** |
| 12/31/2007 | RMB336,000,000 short-term borrowings of Taishan Gypsum Co. Ltd. [per footnote to "Guaranteed loan" section of "Short-term borrowings" table]<br><br>-RMB45,000,000 balance from Taian Branch of Bank of Communications Limited<br><br>-RMB37,000,000 balance from Ningyang Sub-branch of Industrial and Commercial Bank of China<br><br>-RMB160,000,000 balance from Taian Branch of Agricultural Bank of China<br><br>-RMB64,000,000 balance from Taian Branch of Bank of China Limited<br><br>-RMB30,000,000 balance from Ji'nan Branch of China Everbright Bank Co. Ltd.<br><br>RMB30,000,000 borrowed by Taishan Gypsum Co. Ltd, which was jointly and severally guaranteed by BNBM PLC [per footnote to "Long-term borrowings" table]<br><br>-RMB30,000,000 balance from Ningyang Sub-branch of Industrial and Commercial Bank of China | <u>Exhibit 15/15A (2007 Annual Report):</u><br>BNBMPLC0000722; 807-808; 811-812; 832-834 (English)<br>BNBMPLC0000606; 689-690; 693-694; 713-714 (Chinese)<br>**(Attachment C)**<br><br>CNBMC00143339-143423 & Translation<br>**(Attachment Y)** |

| | BNBM Guarantees to and Investments in Taishan Gypsum- FRE 1006 Summary Chart | |
|---|---|---|
| 4/6/2008 | **Minutes of 2007 Annual Shareholder's Meeting**<br><br>-Deliberate Proposal on Offering Security for Taishan Gypsum Co. Ltd.<br>-Deliberate Proposal on Offering Security for Owned Subsidiary Taishan Gypsum Co. Ltd. | Exhibit 104:<br>BNBMPLC0006326-6327 (English)<br>BNBMPLC0006324-6325 (Chinese)<br>**(Attachment F)** |
| 4/16/2008 | **Announcement on the Resolutions of 2007 Annual General Meeting**<br><br>Approved proposals on offering security for Taishan Gypsum Co. Ltd. and on offering security for Owned Subsidiary Taishan Gypsum Co. Ltd. (no amounts specified) | Exhibit 102:<br>BNBMPLC0005073-5074 (English)<br>BNBMPLC0005071-5072 (Chinese)<br>**(Attachment E)** |

# ATTACHMENT "A"

## TO EXHIBIT 162-1

BNBM Annual Report 2005



# Beijing New Building Materials Public Limited Company

## Annual Report 2005



**Board of Directors**

**Beijing New Building Materials Public Limited Company**

**April 13, 2006**

B: 7/8/15-7/11/15
Exhibit 136

BNBMPLC0000288

1

# BNBM Annual Report 2005

| | | | | | | |
|---|---|---|---|---|---|---|
| Organization expenses (Jiangyin Taishan) | 1,659,422.44 | 1,659,422.44 | | | 1,659,422.44 | Unamortized *1 |
| Interest expense (Jiangyin Taishan) | 346,522.97 | 346,522.97 | | | 346,522.97 | Unamortized *2 |
| Right to use Zhengzhou business premises | 738,021.24 | 738,021.24 | | 40,439.52 | 697,581.72 | 17 years and 2 months |
| Total | 22,208,756.51 | 10,800,285.39 | 4,419,522.80 | 2,540,627.91 | 9,829,576.23 | 12,379,180.28 |

* 1 Since a controlled sub-subsidiary of the Company, Jiangyin Taishan Gypsum Building Materials Co., Ltd. is still at the preparation stage and has not formally opened for business, the organization expenses incurred have not been written off and will be transferred to the current profit and loss in a lump sum when the sub-subsidiary opens.

* 2 Interest expenses of uncapitalized special loans of the 3,000 square meter gypsum plaster board production line newly built by Jiangyin Taishan Gypsum Building Materials Co., Ltd., a controlled sub-subsidiary of the Company. Since the 3,000 square meter gypsum plaster board production line newly built by Jiangyin Taishan Gypsum Building Materials Co., Ltd. is still under construction, according to the relevant provisions of the current Accounting System for Business Enterprises, the interest expenses will be included into the profit and loss of the month in which the production and operation commences.

## 16. Short-term borrowings

| Loan type | Dec. 31, 2005 | Dec. 31, 2004 |
|---|---|---|
| Guaranteed loan *1 | 739,240,400.00 | 242,053,000.00 |
| Credit borrowing | 461,000,000.00 | 209,200,000.00 |
| Pledged loans *2 | 37,290,525.22 | |
| Mortgage borrowings *3 | 65,000,000.00 | |
| Total | 1,302,530,925.22 | 451,253,000.00 |

*1. Of the secured loans: the secured loan of the parent company is RMB100,000,000, and the controlling shareholder of the Company, China National Building Material Company Limited provides a joint and several liability guarantee for this loan; the secured loan of a controlled subsidiary of the Company, BNBM Logistics Co., Ltd. is RMB366,640,400, wherein, the Company provides a joint and several liability guarantee for RMB266,640,400, while the controlling shareholder of the Company, China National Building Material Company Limited, provides a joint and several liability guarantee for RMB100,000,000 of the loan; the secured loan of a controlled subsidiary of the Company, Suzhou Tianfeng New Building Material is RMB10,000,000, and the Company provides a joint and several liability loan for this entire loan; the secured loan of a controlled subsidiary of the Company, Shandong Taihe Dongxin Co., Ltd., is RMB247,600,000, wherein, RMB135,000,000 is covered by the joint and several liability guarantee provided by Zaozhuang Huarun Paper Co., Ltd., RMB82,600,000 is covered by the joint and several liability guarantee provided by Tai'an Fiberglass Co., Ltd., and RMB30,000,000 is covered by the joint and several liability guarantee provided by Tai'an Jinjiao Investment Guarantee Co., Ltd.; the secured loan of a controlled sub-subsidiary of the Company, Qinhuangdao Taishan Building Materials Co., Ltd. is RMB15,000,000, which is covered by the joint and several liability guarantee provided by Shandong Taihe Dongxin Co., Ltd.

*2. For details about the loans incurred by Shenzhen BNBM Trade Co., Ltd., a controlled sub-subsidiary of the Company, and the pledge for the loans, please refer to Sub-item (6) of Paragraph 3 of Item 8 of the Notes entitled "Contingencies and Commitments".

*3. The secured loans are completely borrowed by a controlled subsidiary of the Company, Shandong Taihe Dongxin Co., Ltd., wherein, two parcels of land located in Dawenkou Town, Daiyue District, Tai'an (land title certificates are numbered "Tai Tu Guo Yong (2004) No.D-0062" and "Tai Tu Guo Yong (2004) No. D-0061") are respectively evaluated at prices of RMB5,713,000 and RMB8,702,000 to borrow RMB10,000; a total of 18 sets of equipment including lifting machines at 201 Gypsum Board Production Line located in Dawenkou Production Area, Tai'an is evaluated at a price of RMB26,213,700, and certain equipment of the 201 Gypsum Board Production Line located in Dawenkou Production Area, Tai'an is evaluated at a price of RMB93,346,000 to be used as collaterals for borrowing RMB55,000,000.

BNBMPLC0000352

BNBM Annual Report 2005

Logistics (Shenzhen) Central Distribution Center (Phase II), 4008 North Bao'an Road, Luohu District, Shenzhen to Jinjiang Metro, at a monthly rent of RMB45/square meter and for a lease term of 20 years.

(8) As specified in the Property Leasing Contract dated May 9, 2004 between a controlled subsidiary of the Company – BNBM Logistics Co., Ltd. and Shenzhen HOBA, BNBM Logistics will lease a property with an area of 17,809.85 square meters located at BNBM Logistics (Shenzhen) Central Distribution Center (Phase II), 4008 North Bao'an Road, Luohu District, Shenzhen to Shenzhen HOBA, at a monthly rent of RMB52.50/square meter and for a lease term of 20 years

(9) As specified in the Housing Lease Agreement dated September 1, 2005 between the Company and BNBM Plastic Pipe Co., Ltd., the Company will lease to BNBM Plastic Pipe Co., Ltd. the premises with a building area of 3,187 square meters located within the power mineral wool coating workshop located at 16 Xisanqi Jiancaicheng West Road, Haidian District, Beijing (the housing property ownership certificate is numbered "Jing Fang Quan Zheng Hai Guo Geng Zi No. 02288"), for a lease term extending from September 1, 2005 to August 31, 2007 and at an annual rent of RMB1,046,930.00.

5. The Company has no other material contingencies that need explanations, nor does it have any other commitments that need special explanations.

### IX. Events occurring after the balance sheet date

1. On February 28, 2006, a controlled subsidiary of the Company – Shandong Taihe Dongxin Co., Ltd. received a Letter Regarding the Cancellation of Maximum Guarantee Contract from Tai'an Branch of Bank of China Limited. On April 30, 2005, Shandong Taihe provided a guarantee for the loan of RMB19,500,000 borrowed by Taishan Group Co., Ltd. from the said bank, but since Taishan Group Co., Ltd. has repaid the loan, the guarantee liability otherwise assumed by Shandong Taihe was released on February 20, 2006.

2. On March 20, 2006, a controlled subsidiary of the Company – Shandong Taihe Dongxin Co., Ltd. received a Letter Regarding Cancellation of Guarantee Contract from Shanting Banking Office of Zangzhuang Branch of Bank of China Limited, indicating the bank agrees to release the guarantee provided by Shandong Taihe for the loan of USD10,190,000 and the loan of RMB15,000,000 borrowed by Zaozhuang Huarun Paper Co., Ltd. from the said bank on August 5, 2005, so the guarantee liability of Shandong Taihe was released on March 20, 2006.

3. As specified in the Maximum Guarantee Contract dated February 10, 2006 between the Company and Jinan Branch of Industrial Bank, the Company will provide a joint and several liability guarantee for the loan of RMB20,000,000 borrowed by a controlled subsidiary of the Company, Shandong Taihe Dongxin Co., Ltd. from Jinan Branch of industrial Bank, and the term will expire two years after the date of expiration of the performance period of each debt under this contract.

4. As specified in the Maximum Guarantee Contract dated February 10, 2006 between the Company and Ningyang Sub-branch of Industrial and Commercial Bank of China, the Company will provide a surety guarantee for the loan of RMB33,600,000 borrowed by a controlled subsidiary of the Company – Shandong Taihe Dongxin Co., Ltd. from Ningyang Sub-branch of Industrial and Commercial Bank of China, and the term will expire two years from the date next to expiration date of the performance period of each debt under this contract.

5. As specified in the Maximum Guarantee Contract dated February 10, 2006 between the Company and Tai'an Branch of Bank of China Limited, the Company will provide a guarantee for the loan of no more than RMB90,000,000 (credit line of RMB73,400,000 and issuance of L/C of USD2,000,000) borrowed by a controlled subsidiary of the Company – Shandong Taihe Dongxin Co., Ltd., and the term will commence from the effective date of the master contract and expire two years from the expiration date of the performance period of the last installment of repayment.

6. As specified in the Maximum Guarantee Contract dated February 9, 2006 between the Company and Jinan Branch of China CITIC Bank, the Company will provide a guarantee for the loan of RMB30,000,000 borrowed by a controlled subsidiary of the Company – Shandong Taihe Dongxin Co., Ltd., and the term will be two years from the expiration date of the performance

91

BNBMPLC0000378

BNBM Annual Report 2005

period of each debt under this Contract.

7. As specified in the Maximum Guarantee Contract dated February 11, 2006 between the Company and Tai'an Branch of Bank of Communications, the Company will provide a maximum surety guarantee for the loan of RMB60,000,000 borrowed by a controlled subsidiary of the Company – Shandong Taihe Dongxin Co., Ltd. from the Tai'an Branch of Bank of Communications, and the term will commence from the effective date of the master contract and will expire two years from the expiration date of the performance period of the last installment of repayment.

8. As specified in the Maximum Guarantee Contract dated February 15, 2006 between the Company and Tao'an Branch of Agricultural Bank of China, the Company will provide a surety guarantee for the loan of RMB115,000,000 borrowed by a controlled subsidiary of the Company – Shandong Taihe Dongxin Co., Ltd. from Tai'an Branch of ABC, and the term will be two years from the expiration date of the performance period specified for the debtor in the master contract.

9. As specified in the Short-term Loan Guarantee Contract dated February 23, 2006 between the Company and Jinan Branch of Shanghai Pudong Development Bank, the Company will provide a surety guarantee for the loan of RMB30,000,000 borrowed by a controlled subsidiary of the Company – Shandong Taihe Dongxin Co., Ltd. from Jinan Branch of Shanghai Pudong Development Bank, and the term will extend from February 23, 2006 to February 23, 2007.

10. The Company has no other significant adjustment matters after the balance sheet date.

**X. Other significant matters**

1. As specified in the Agreement on the Transfer of Equity and Assets of Shenzhen E-home Business Chain Co., Ltd. dated July 22, 2005 between a controlled subsidiary of the Company – BNBM Logistics Co., Ltd. and its controlled subsidiary – Shenzhen BNBM Decoration Design Engineering Co., Ltd. and GOME Electrical Appliances Co., Ltd., BNBM Logistics Co., Ltd. and its controlled subsidiary - Shenzhen BNBM Decoration Design Engineering Co., Ltd. will respectively transfer their shareholdings in Shenzhen E-home Business Chain Co., Ltd., accounting for 75% and 25% respectively, to GOME Electrical Appliances Co., Ltd., and at the same time, GOME Electrical Appliances Co., Ltd. will assume all debts owed by Shenzhen E-home Business Chain Co., Ltd. Relevant share transfer procedures are being processed.

2. As specified in the Share Subscription Agreement of Shandong Taihe Dongxin Co., Ltd. jointly executed by the Company and the original shareholders of Shandong Taihe Dongxin Co., Ltd. or their representatives on March 28, 2005, the Company will directionally subscribe for 65,362,500 shares of Shandong Taihe Dongxin Co., Ltd. at a price of RMB1.80/share. The subscription matters have been completed in the current year.

3. As specified in the Share Transfer Agreement dated February 25, 2005 between the Company and natural persons Mr. Yan Yu and Zhang Zhonghua: the Company will contribute RMB22,000,000 to purchase 50% and 25% of equity in Suzhou Tianfeng New Building Material Co., Ltd. respectively held by the said Mr. Yan Yu and Zhang Zhonghua, and the share purchase has been completed in the current year.

4. The Company's nonrecurring profit and loss items are listed below:

| Items | 2005 | 2004 |
|---|---|---|
| Income from investments in stocks and funds | -41,151.32 | 692,233.75 |
| Income from investment in bonds | | -2,333,806.59 |
| Income from investment in debts | | 1,059,722.22 |
| Amortization of equity investment difference | -6,824,014.45 | -865,533.39 |
| Income from transfer of long-term equity investments | 721,284.58 | -99,921.33 |
| Impairment provisions made for long- and short-term investments | -575,579.06 | |
| Reversals of impairment provisions made | 2,308,406.59 | 4,204,444.46 |
| Net non-operating receipts and expenses | -66,313.60 | -2,454,696.39 |
| Fund occupation cost collected | | 4,793,462.02 |
| Income from fiscal discount | 5,715,494.71 | 34,809,678.85 |
| Inventory profit/loss of current assets | 773,057.05 | 320,080.18 |

92

BNBMPLC0000379

北新集团建材股份有限公司 2005 年年度报告



北新集团建材股份有限公司

**Beijing New Building Materials Public Limited Company**

**2005 年年度报告**



北新集团建材股份有限公司董事会

**2006 年 4 月 13 日**

B: 7/8/15-7/11/15
Exhibit 136-A

BNBMPLC0000193

北新集团建材股份有限公司 2005 年度报告

| 种类 | 取得方式 | 摊销年限 | 原值 | 累计摊销 | 净值 | 剩余摊销年限 |
|---|---|---|---|---|---|---|
| 泰山大街住宅用地 | 股东投入 | 70年 | 3,251,954.00 | 104,526.99 | 3,147,427.01 | 67年9个月 |
| 大汶口工业用地 | 股东投入 | 50年 | 1,875,744.88 | 78,286.50 | 1,797,458.38 | 47年10个月 |
| 大汶口工业用地 | 股东投入 | 50年 | 2,857,570.13 | 119,264.25 | 2,738,305.88 | 47年10个月 |
| 商标使用权 | 自创 | 5年 | 40,800.00 | 22,826.70 | 17,973.30 | 2年3个月 |
| 商标使用权 | 购买 | 10年 | 11,164,000.00 | 1,674,599.94 | 9,489,400.06 | 8年6个月 |
| 合　计 | | | 116,281,991.29 | 11,006,710.20 | 105,275,281.09 | |

（3）无形资产本年末余额较上年末增加 27,521,506.83 元，增加的主要原因系本年度会计报表合并范围增加了控股子公司—山东泰和东新股份有限公司及其控股子公司的无形资产所致。

（4）截至2005年12月31日，公司无形资产项目中未发现有减值之事项发生，故本计提无形资产不减值准备。

15、长期待摊费用

| 种类 | 原值 2004.12.31 | 本年增加 | 本年摊销 | 累计摊销金额 | 2005.12.31 | 剩余摊销年限 |
|---|---|---|---|---|---|---|
| 网络技术开发费 | 1,387,633.59 | | 416,290.35 | 1,387,633.59 | 0.00 | 摊销完毕 |
| 石膏板二线用电增容费 | 4,239,000.00 | | 423,900.00 | 3,143,925.00 | 1,095,075.00 | 2年7个月 |
| 矿棉板用电增容费 | 6,355,644.00 | | 635,564.40 | 3,813,386.40 | 2,542,257.60 | 8年 |
| TSW技术培训费 | 4,296,919.06 | 3,877,160.98 | 430,795.68 | 850,553.76 | 3,446,365.30 | 4年1个月 |
| 商品策划费 | 2,042,313.50 | 1,810,037.06 | 371,298.42 | 371,298.42 | 1,671,015.08 | 尚未摊销 |
| 模具 | 920,940.17 | | 232,276.44 | 920,940.17 | 920,940.17 | 摊销完毕 |
| 开办费(湖北泰山) | 222,339.54 | 222,339.54 | | 222,339.54 | | 摊销完毕 *1 |
| 开办费(江阴泰山) | 1,659,422.44 | 1,659,422.44 | | | 1,659,422.44 | 未摊销 *1 |
| 利息支出(江阴泰山) | 346,522.97 | 346,522.97 | | | 346,522.97 | 未摊销 *2 |
| 郑州营业用房屋租赁权 | 738,021.24 | 738,021.24 | 40,439.52 | 40,439.52 | 697,581.72 | 17年2个月 |
| 合　计 | 22,208,756.51 | 10,800,285.39 | 4,119,522.80 | 9,829,576.23 | 12,379,180.28 | |

*1 由于公司的控股孙子公司—江阴泰山石膏建材有限公司尚处于筹建阶段，未正式营业，故所发生的开办费尚未转销。待该公司营业时将一次性转入当期损益。

*2 系公司的控股孙子公司—江阴泰山石膏建材有限公司新建3000平米的纸面石膏板生产线未资本化的专项借款利息支出。由于江阴泰山石膏建材有限公司新建的3000平米的纸面石膏板生产线尚处于建设阶段，根据现行《企业会计制度》的相关规定，该利息支出即将待其生产经营时一次性计入开始生产经营当月的损益。

16、短期借款

| 借款类别 | 2005.12.31 | 2004.12.31 |
|---|---|---|
| 担保借款 *1 | 739,240,400.00 | 242,053,000.00 |
| 信用借款 | 461,000,000.00 | 209,200,000.00 |
| 质押借款 *2 | 37,290,525.22 | |
| 抵押借款 *3 | 65,000,000.00 | |
| 合　计 | 1,302,530,925.22 | 451,253,000.00 |

*1、担保借款中：母公司间担保借款为 10,000 万元，系由公司的控股股东—中国建材股份有限公司提供连带责任担保；公司控股子公司—北新物流有限公司的担保借款为 36,664.04 万元，由本公司提供连带责任担保，其借款担保为 26,664.04 万元，由本公司的控股股东—中国建材股份有限公司提供连带责任担保的借款为 10,000 万元；公司控股子公司—苏州天丰新型建材有限责任公司的担保借款为 1,000 万元，全部由本公司提供连带责任担保，系由公司的控股股东—山东泰和东新股份有限公司提供连带责任担保

- 68 -

BNBMPLC0000260

BNBMPLC0000261

北新集团建材股份有限公司 2005 年度报告

款为 24,760 万元，其中由枣庄华润纸业有限公司提供13,500万元借款连带责任担保，由泰安玻璃纤维股份有限公司提供8,260万元连带责任担保，由泰安市金桥技资担保有限公司提供3,000万元连带责任担保；公司控股的孙子公司秦皇岛泰山建材有限公司的担保借款为1,500万元，系由山东泰和新股份有限公司提供连带责任担保。

\* 2、质押借款系本公司的孙子公司—深圳北新贸易有限公司发生的借款，发生借款时的质押物情况详见本附注五第八项"或有事项和承诺事项"中的第3款第（6）项。

\* 3、抵押借款全部系公司控股子公司—山东泰和新股份有限公司借入，其中以位于泰安市岱岳区大汶口的两宗土地（土地权属证书及编号为"泰土国用（2004）第D-0061号"和"泰土国用（2004）第D-0062号"以位于泰安市大汶口生产区201石膏板生产线、提升机等设备共计18台（套）作价为 2,621.37 万元和位于泰安市大汶口生产区201石膏板生产线的部分设备作价为9,334.6万元作为抵押物质借款5,500万元。

## 17、应付票据

（1）组成情况如下：

| 票据种类 | 数量 | 2005.12.31 | 2004.12.31 |
|---|---|---|---|
| 银行承兑汇票 | 150张 | 279,433,275.40 | 69,512,107.09 |
| 合　计 | | 279,433,275.40 | 69,512,107.09 |

（2）应付票据年末余额中，无应收持有本公司5%（含5%）以上股份的股东单位的票据，亦无质押的应付票据。

（3）应付票据年末余额较上年末增加 209,921,168.31 元，增加的比例为 301.99%，增加的主要原因：一是本年度合并报表范围增加了控股子公司—山东泰和新股份有限公司及其控股子公司的应付票据；二是公司及公司控股子公司—北新物流有限公司本年度采用银行承兑汇票兑现款的方式结算货贷款的比例增加所致。

## 18、应付账款

（1）账龄分析如下：

| 账　龄 | 2005.12.31 金　额 | 比　例 | 2004.12.31 金　额 | 比　例 |
|---|---|---|---|---|
| 一年以内 | 175,663,019.98 | 93.07% | 141,640,871.83 | 89.74% |
| 一年至二年 | 10,844,072.43 | 5.79% | 8,957,327.63 | 5.67% |
| 二年至三年 | 1,274,465.48 | 0.68% | 3,348,548.19 | 2.12% |
| 三年以上 | 866,560.47 | 0.46% | 3,896,191.04 | 2.47% |
| 合　计 | 188,648,118.36 | 100.00% | 157,842,938.69 | 100.00% |

（2）应付账款年末余额中，无应付持有本公司5%（含5%）以上股份的股东单位的款项。

（3）应付账款年末余额中，前五名大款户的金额合计及占应付账款总额的比例如下：

## 19、预收账款

（1）账龄分析如下：

| 账　龄 | 2005.12.31 金额 | 比例 | 2004.12.31 金额 | 比例 |
|---|---|---|---|---|
| 一年以内 | 17,149,262.94 | 9.16% | 27,057,448.93 | 17.14% |

A栋）面积约1,050.93平方米的房产，租赁给深圳市深嘉信实业发展有限公司，月租金为人民币40,000元。租赁期自2004年10月25日起至2007年10月24日止。

（6）根据本公司控股的子公司-北新物流有限公司签订的协议书规定，深圳易好家商业连锁有限公司将上海申新（集团）有限公司所拥有的位于上海市宝山区大华商厦、大华三路南侧建筑面积约5500平米的物业转租给北新物流，月租金为人民币 33元/平方米，租赁期限为20年。

根据本公司控股的子公司-北新物流有限公司于2005年10月15日与上海锐尔经贸有限公司签订的《上海市房地产租赁合同》的规定，北新物流将上述位于上海市宝山区真华路850号面积为 6,113平方米的承租房房转租给上海锐尔经贸有限公司，月租金为人民币 251,433.87 元。租赁期自2005年8月1日起至2025年6月20日止。

（7）根据本公司控股的子公司-北新物流有限公司于2005年11月5日与锦江德懋龙现购自运有限公司签订的《物业租赁合同》的规定，北新物将位于深圳市罗湖区保安北路4008号北新物流（深圳）中央配送中心（二期）面积为10,981.47平方米的房产租赁给该公司，月租金为人民币45元/平方米，租赁期为20年。

（8）根据本公司控股的子公司-北新物流有限公司于2004年5月9日与深圳市好百年家具有限公司签订的《物业租赁合同》的规定，北新物流将位于深圳市罗湖区保安北路4008号北新物流（深圳）中央配送中心（二期）面积为 17,809.85 平方米的房产租赁给该公司，月租金为人民币 52.50元/平方米，租赁期为20年。

（9）根据2005年9月1日本公司与北新塑管有限公司签订的《房屋租赁协议》规定，本公司将位于北京市海淀区西三旗建材城南西路16号的办公用房和库房等《稻涂料并同建筑面积为3,187平米的房屋，"京房权证海园更字第02288号"房屋所有权证》租赁给北新塑管有限公司使用，租赁期限为2005年9月1日至2007年8月31日止。房屋年租金为 1,046,930.00 元。

5、本公司无需说明的其他重大的或有事项，亦无其他需说明的重大承诺事项。

## 九、资产负债表日后事项

1、2006年2月28日，本公司控股的子公司-山东泰和东新股份有限公司收到中国银行股份有限公司泰安分行《关于解除最高额保证合同的函告》，山东泰和于2005年4月30日为泰山集团股份有限公司在该行的借款人民币1,950万元提供的担保，由于泰山集团股份有限公司业已归还。山东泰和承担的担保责任于2006年2月20日已解除。

2、2006年3月20日，本公司控股的子公司-山东泰和东新股份有限公司收到中国银行股份有限公司枣庄分行山亭分理处《解除保证合同协议》，同意解除山东泰和于2005年8月5日为枣庄华新航空有限公司在该行的债务提供担保，山东泰和承担的担保责任于2006年3月20日已解除。

3、根据2006年2月10日本公司与兴业银行济南分行签订的《最高额保证合同》规定，本公司为控股子公司-山东泰和东新股份有限公司与兴业银行济南分行约2,000万元人民币借款提供连带保证责任，期限为本合同项下每笔债务履行期限届满之日起二年止。

4、根据2006年2月10日本公司与中国工商银行宁阳支行签订的《最高额保证合同》规定，本公司为控股子公司-山东泰和东新股份有限公司与中国工商银行股份有限公司宁阳支行约人民币3,360万元人民币借款提供连带担保，期限为本合同项下每笔债务履行期限届满次日起二年止。

5、根据2006年2月10日本公司与中国银行股份有限公司泰安分行签订的《最高额保证合同》规定，本公司为控股子公司-山东泰和东新股份有限公司与中国银行股份有限公司泰安分行约的本金金额不超

BNBMPLC0000285

北新集团建材股份有限公司 2005 年年度报告

过9,000万元（人民币最高7,340万元，授信开证200万美元）的借款提供担保，期限为主合同生效之日开始到最后一期还款履行期届满之日起二年。

6、根据2006年2月19日本公司与国美电器有限公司及其控股子公司——深圳市新装饰设计工程有限公司共同签订的《最高额保证合同》规定，本公司为控股子公司-山东泰和东新股份有限公司与中信银行济南分行的3,000万元人民币借款提供保证，期限为本合同项下每笔债务履行期限届满之日起二年止。

7、根据2006年2月11日本公司与交通银行泰安分行签订的《最高额保证合同》规定，本公司为控股子公司-山东泰和东新股份有限公司与交通银行泰安分行的6,000万元人民币借款提供最高额保证担保，期限为主合同生效之日开始到最后一期还款到期履行期届满之日起二年。

8、根据2006年2月15日本公司与中国农业银行泰安市分行签订的《最高额保证合同》规定，本公司为控股子公司-山东泰和东新股份有限公司与中国农业银行泰安市分行的11,500万元人民币借款提供保证担保，期限为主合同约定的债务人履行债务期限届满之日起二年。

9、根据2006年2月23日本公司与上海浦东发展银行济南分行签订的《短期流款保证合同》规定，本公司为控股子公司-山东泰和东新股份有限公司与上海浦东发展银行济南分行的3,000万元人民币借款提供保证担保，期限为2006年2月23日至2007年2月23日。

10、本公司无其他重大的资产负债表日后调整事项。

十、其他重要事项

1、根据2005年7月22日本公司的控股子公司—北新物流有限公司及其控股子公司—北新物资有限公司与国美电器有限公司及其控股子公司及本公司及其控股子公司共同签订的《深圳市好家商业连锁有限公司股权转让工程有限公司—深圳市北新装饰设计工程有限公司分别将所持有的深圳市好家商业连锁有限公司25%和25%的股权转让给国美电器有限公司，同时由国美电器有限公司承接深圳易好家商业连锁有限公司所有的债务，相关的股权转让手续正在办理的过程之中。

2、根据2005年3月28日本公司与山东泰和东新股份有限公司原股东代表共同签署《山东泰和东新股份有限公司股权认购协议书》规定，本公司定向认购山东泰和东新股份有限公司股份6,536.25万股，认购价格为1.80元/股。该股权认购事项已于本年度完成。

3、根据2005年2月25日本公司与自然人严煜先生和张志华先生生签订的《股权转让协议》规定：本公司出资2,200万收购严煜先生和张志华先生分别持有的苏州天丰新型建筑材料有限责任公司50%和25%的股权。该股权收购事宜已于本年度完成。

4、公司非经常性损益项目列示如下：

| 明细项目 | 2005 年度 | 2004 年度 |
| --- | --- | --- |
| 股票、基金投资收益 | -41,151.32 | 692,233.75 |
| 债券投资收益 | | -2,333,806.59 |
| 债权投资收益 | | 1,059,722.22 |
| 股权投资差额摊销 | -6,824,014.45 | -865,533.39 |
| 长期股权投资转让收益 | 721,284.58 | -99,921.33 |
| 长、短期投资减值准备计提额 | -575,579.06 | |
| 计提各项减值准备转回额 | 2,308,406.59 | 4,204,444.46 |
| 营业外收支净额 | -66,313.60 | -2,454,696.39 |
| 收成的资金占用费 | | -4,793,462.02 |
| 财政贴息收入 | 5,715,494.71 | 34,809,678.85 |
| 流动资产盘盈、盘亏 | 773,057.05 | 320,080.18 |
| 享受的企业所得税优惠、国产设备投资抵免所得税 | 7,025,575.83 | 156,311.54 |

- 94 -

BNBMPLC0000286

# ATTACHMENT "B"

## TO EXHIBIT 162-1

BNBM Annual Report 2006



# Beijing New Building Materials Public Limited Company

## Annual Report 2006



**Board of Directros**

**Beijing New Building Materials Public Limited Company**

**April 9, 2007**

B:7/8/15-7/11/15
Exhibit 14

BNBMPLC0000489

BNBM Annual Report 2006

"2. Because the Company-owned grandson companies Jiangjin Taishan Gypsum Building Materials Co., Ltd., Hebei Taishan Huaao Building Materials Co., Ltd., and the Company's wholly-owned subsidiaries Zhejiang Wenzhou Taishan Gypsum Building Materials Co., Ltd. and Buxin Taishan Gypsum Building Materials Co., Ltd. are still in the preparation stage and have not operated officially, the organization expenses incurred have not been written off yet. Such costs will be transferred in a lump sum to gains and losses for the current period when these companies start operation.

## 16. Short-term borrowings

| Loan type | December 31, 2006 | December 31, 2005 |
|---|---|---|
| Guaranteed loan * 1 | 530,303,942.69 | 739,240,400.00 |
| Credit borrowing | 281,000,000.00 | 461,000,000.00 |
| Pledged loans * 2 | 2,897,627.56 | 37,290,525.22 |
| Mortgage borrowings * 3 | 133,700,000.00 | 65,000,000.00 |
| **Total** | **947,901,570.25** | **1,302,530,925.22** |

"1. Among the guarantee borrowings as listed above, the parent company's guarantee borrowings are RMB70mn, for which, the Company's controlling shareholder China National Building Material Company Limited provides a joint and several guarantee; the guarantee borrowings of the Company-owned subsidiary Shandong Taihe Dongxin Co., Ltd. are RMB253.5mn, which includes RMB244mn, for which, the Company provides a joint and several guarantee and RMB9.5mn, for which, Weifang Aotai Gypsum Co., Ltd., the subsidiary owned by Shandong Taihe Dongxin Co., Ltd., provides a joint and several guarantee; the guarantee borrowings of the Company-owned grandson company Qinghuangdao Taishan Building Materials Co., Ltd. are RMB15mn, for which, Shandong Taihe Dongxin Co., Ltd. provides a joint and several guarantee; the guarantee borrowings of Jiangyin Taishan Gypsum Building Materials Co., Ltd., the grandson company owned by the Company, are RMB20mn, for which, Shandong Taihe Dongxin Co., Ltd. provides a joint and several guarantee; the guarantee borrowings of Beijing New Building Materials Logistics Co., Ltd., the subsidiary owned by the Company are RMB150mn, for which, the Company provides a joint and several guarantee; the guarantee borrowings of BND Trading Co., Ltd., the grandson company owned by the Company, are RMB5mn, for which, the Company and the Company-owned subsidiary Beijing New Logistics Co., Ltd. provide a joint and several guarantee; the guarantee borrowings of Suzhou Tianfeng New Building Materials Co., Ltd., the subsidiary owned by the Company, are RMB14mn, for which, the Company provides a joint and several guarantee.

"2. The Company's pledge borrowings as listed above amount to USD371.07682mn (RMB2.89762756mn). This money was borrowed by BND Trading Co., Ltd., the grandson company owned by the Company. Refer to paragraph 3 (13) of note 8 "contingencies and commitments" for detailed information on pledge borrowings.

"3. Mortgage borrowings as listed above were all applied and received by the Company-owned subsidiary Shandong Taihe Dongxin Co., Ltd. A mortgage is raised on the machinery and equipment of Shandong Taihe Dongxin Co., Ltd. located at Dawenkou, Tai'an City for RMB83.7mn borrowed and a mortgage is raised on the real estate and land use right of Hubei Taishan Building Materials Co., Ltd. for RMB50mn borrowed. Refer to paragraph (1)-(10) of note 8 "contingencies and commitments" for detailed information on mortgages.

## 17. Notes payable

(1) The composition is detailed below:

| Note type | Quantity | December 31, 2006 | December 31, 2005 |
|---|---|---|---|
| Bank acceptance bill | 153 pcs | 392,480,241.57 | 279,433,275.40 |
| Total | | 392,480,241.57 | 279,433,275.40 |

(2) The ending balance of notes payable has no notes payable to a shareholder with 5% or more equity of the Company, nor notes payable under pledge.

(3) The ending balance of notes payable is RMB113,046,966.17 more than the figure of the previous year or up 40.46% YoY, which is mainly attributable to the fact that the Company and

BNBMPLC0000569

BNBM Annual Report 2006

Ltd., Shenzhen Branch, Zhonghai Sub-branch on May 22, 2006, Guangdong Development Co., Ltd., Shenzhen Branch, Zhonghai Sub-branch shall provide maximum integrated financing credit of RMB150mn to the Company in a period of one year.

(12) According to the Comprehensive Credit Limit Contract signed between the Company-owned subsidiary Beijing New Building Materials Logistics Co., Ltd. and Shenzhen City Commercial Bank, Fuxing Sub-branch on June 2, 2006, Shenzhen City Commercial Bank, Fuxing Sub-branch shall provide maximum integrated financing credit of RMB160mn to the Company in a period of one year.

2. As of December 31, 2006, information about guarantee of the Company is as follows:

(1) According to the Integrated Financing Credit Guarantee Contract signed between the Company and China Construction Bank Co., Ltd., Shenzhen Branch on May 11, 2006, the Company shall provide a joint and several guarantee for the maximum loan of RMB200mn agreed upon under the Comprehensive Financing Limit Contract(B 2006 Z 0337058R) concluded between the Company-owned subsidiary Beijing New Logistics Co., Ltd. and China Construction Bank Co., Ltd., Shenzhen Branch. The guarantee term runs from the start date of financing business through two years following expiry of debt performance period for the financing business.

(2) According to the Maximum-amount Guarantee Contract signed between the Company and Guangdong Development Bank Co., Ltd., Shenzhen Branch, Zhonghai Sub-branch on May 22, 2006, the Company shall provide a joint and several guarantee for the maximum loan of RMB70mn agreed upon under the Comprehensive Credit Limit Contract (No.10207206009) concluded between the Company-owned subsidiary Beijing New Logistics Co., Ltd. and Guangdong Development Bank Co., Ltd., Shenzhen Branch, Zhonghai Sub-branch. The guarantee term runs for two years starting from expiry of debt performance period.

(3) As specified in the Maximum Guarantee Contract dated June 2, 2006 between the Company and Fuxing Sub-branch of Shenzhen Commercial Bank, the Company will assume joint and several guarantee liability for the loan of no more than RMB160,000,000 as agreed between a controlled subsidiary of the Company – BNBM Logistics Co., Ltd. and Fuxing Sub-branch of Shenzhen Commercial Bank (the comprehensive credit granting contract is numbered "Shen Shang Yin (Fuxing) Shou Xin Zi (2006) No. A11037060009"), and the term of guarantee will be two years after the expiration of the term of the financing contract with the latest maturity date among all the financing contracts. The credit under the Comprehensive Credit Limit Contract shall be used jointly by Beijing New Logistics Co., Ltd. and BND Trading Co., Ltd. The credit of BND Trading Co., Ltd. shall not exceed RMB30mn, for which, Beijing New Building Materials Public Limited Company and Beijing New Building Materials Logistics Co., Ltd. provide a joint and several guarantee.

(4) According to the Maximum-amount Guarantee Contract signed between the Company and Agricultural Bank of China, Shenzhen Branch on April 12, 2006, the Company shall provide a joint and several guarantee for the maximum loan of RMB60mn agreed upon by the Company-owned subsidiary Beijing New Logistics Co., Ltd. and Agricultural Bank of China, Shenzhen Branch (contract number is 81900200600000001). The guarantee term runs for two years starting from expiry of debt performance period. The credit under the Maximum-amount Comprehensive Credit Limit Contract shall be used jointly by Beijing New Logistics Co., Ltd. and BND Trading Co., Ltd. The credit of BND Trading Co., Ltd. shall not exceed RMB30mn. The Company and the Company-owned subsidiary Beijing New Building Materials Logistics Co., Ltd. shall provide a joint and several guarantee for the liabilities under the credit.

(5) According to the Maximum-amount Guarantee Contract signed between the Company and Agricultural Bank of China, Suzhou Hi-tech Industrial Development Zone Sub-branch on July 16, 2006, the Company shall provide a joint and several guarantee for the loan of RMB14mn received by the Company-owned subsidiary Suzhou Tianfeng New Building Materials Co., Ltd. from Agricultural Bank of China, Suzhou Hi-tech Industrial Development Zone Sub-branch. The guarantee term runs for two years starting from expiry of debt performance period.

(6) According to the Maximum-amount Guarantee Contract signed between the Company and Bank of Communications, Tai'an Branch on February 11, 2006, the Company shall provide a joint and several guarantee for the maximum loan of RMB60mn agreed upon by the Company-owned subsidiary Shandong Taihe Dongxin Co., Ltd. and Bank of Communications, Tai'an Branch. The

BNBMPLC0000592

BNBM Annual Report 2006

guarantee term runs for two years starting from expiry of debt performance period.

(7) According to the Maximum-amount Guarantee Contract signed between the Company and Industrial Bank, Jinan Branch on February 11, 2006, the Company shall provide a joint and several guarantee for the maximum loan of RMB60mn agreed upon by the Company-owned subsidiary Shandong Taihe Dongxin Co., Ltd. and Industrial Bank, Jinan Branch. The guarantee term runs for two years starting from expiry of debt performance period.

(8) According to the Maximum-amount Guarantee Contract signed between the Company and Industrial and Commercial Bank of China, Ningyang Sub-branch on February 10, 2006, the Company shall provide a joint and several guarantee for the maximum loan of RMB33.6mn agreed upon by the Company-owned subsidiary Shandong Taihe Dongxin Co., Ltd. and Industrial and Commercial Bank of China, Ningyang Sub-branch. The guarantee term runs for two years starting from the following day upon maturity of each borrowing set out under the contract.

(9) According to the Maximum-amount Guarantee Contract signed between the Company and China CITIC Bank, Jinan Branch on February 9, 2006, the Company shall provide a joint and several guarantee for the maximum loan of RMB30mn agreed upon by the Company-owned subsidiary Shandong Taihe Dongxin Co., Ltd. and China CITIC Bank, Jinan Branch, Ningyang Sub-branch. The guarantee term runs for two years starting from expiry of time limit for debtor to pay debts.

(10) According to the Maximum-amount Guarantee Contract signed between the Company and Agricultural Bank of China, Tai'an Branch on February 15, 2006, the Company shall provide a joint and several guarantee for the maximum loan of RMB115mn agreed upon by the Company-owned subsidiary Shandong Taihe Dongxin Co., Ltd. and Agricultural Bank of China, Tai'an Branch. The guarantee term runs for two years starting from expiry of time limit for debtor to pay debts.

(11) According to the Maximum-amount Guarantee Contract signed between the Company and Bank of China Co., Ltd., Tai'an Branch on February 10, 2006, the Company shall provide a joint and several guarantee for the maximum loan of RMB90mn agreed upon by the Company-owned subsidiary Shandong Taihe Dongxin Co., Ltd. and Bank of China Co., Ltd., Tai'an Branch. The guarantee term runs for two years starting from expiry of time limit for debtor to pay debts.

(12) According to the Guarantee Contract for Short-term Loans signed between the Company and SPD Bank, Jinan Branch on February 23, 2006, the Company shall provide a joint and several guarantee for the maximum loan of RMB30mn agreed upon by the Company-owned subsidiary Shandong Taihe Dongxin Co., Ltd. and SPD Bank, Jinan Branch. The guarantee term runs for two years starting from expiry of time limit for debtor to pay debts.

(13) According to the Guarantee Contract ((10235) NYBZ (2005) No.0042) signed between the Company-owned subsidiary Shandong Taihe Dongxin Co., Ltd. and Agricultural Bank of China, Jiangyin Sub-branch on September 12, 2005, Shandong Taihe Dongxin Co., Ltd. shall provide a joint and several guarantee for the medium-term fixed asset loan of RMB10mn applied and received by its owned subsidiary Jiangyin Taishan Gypsum Building Materials Co., Ltd. from this bank. The guarantee term runs for two years starting from expiry of time limit for debtor to pay debts.

(14) According to the Guarantee Contract ((10235) NYBZ (2005) No.0043) signed between the Company-owned subsidiary Shandong Taihe Dongxin Co., Ltd. and Agricultural Bank of China, Jiangyin Sub-branch on September 12, 2005, Shandong Taihe Dongxin Co., Ltd. shall provide a joint and several guarantee for the medium-term fixed asset loan of RMB15.55mn applied and received by its owned subsidiary Jiangyin Taishan Gypsum Building Materials Co., Ltd. from this bank. The guarantee term runs for two years starting from expiry of time limit for debtor to pay debts.

(15) According to the Guarantee Contract (2006) SDZ No.0309 signed between the Company-owned subsidiary Shandong Taihe Dongxin Co., Ltd. and Bank of China Co., Ltd., Jiangyin Branch, Shengang Sub-branch on March 30, 2006, Shandong Taihe Dongxin Co., Ltd. shall provide a joint and several guarantee for the working capital loan of RMB20mn applied and received by its owned subsidiary Jiangyin Taishan Gypsum Building Materials Co., Ltd. from this bank. The guarantee term runs for two years starting from expiry of time limit for debtor to pay

BNBMPLC0000593

BNBMPLC0000381

北新集团建材股份有限公司 2006 年年度报告



北新集团建材股份有限公司

**Beijing New Building Materials Public Limited Company**

**2006 年年度报告**



北新集团建材股份有限公司董事会

**2007 年 4 月 9 日**

第 1 页 共 108 页

B: 7/8/15-7/11/15
Exhibit 14-A

北新集团建材股份有限公司 2006 年度报告

（2）其他相关资料如下：

| 种类 | 取得方式 | 摊销期限 | 原值 | 累计摊销金额 | 2006.12.31 | 剩余摊销年限 |
|---|---|---|---|---|---|---|
| 国家建材局泡沫中心相关资产 | 股东投入 | 30年 | 5,400,000.00 | 1,095,000.00 | 4,305,000.00 | 23年11个月 |
| 软件系统 | 市场购买 | 5年 | 30,000.00 | 30,000.00 | | 摊销完毕 |
| 软件系统 | 市场购买 | 5年 | 30,000.00 | 2,500.00 | 27,500.00 | 4年7个月 |
| 软件系统 | 市场购买 | 5年 | 26,880.00 | 8,512.00 | 18,368.00 | 3年5个月 |
| 软件系统 | 市场购买 | 2年 | 14,800.00 | 10,483.40 | 4,316.60 | 7个月 |
| 软件系统 | 市场购买 | 3年 | 34,500.00 | 13,416.64 | 21,083.36 | 1年10个月 |
| 软件系统 | 市场购买 | 5年 | 281,900.00 | 281,900.00 | | 摊销完毕 |
| 软件系统 | 市场购买 | 3年 | 140,000.00 | 72,333.25 | 67,666.75 | 1年10个月 |
| 用友软件 | 市场购买 | 5年 | 171,656.00 | 90,000.00 | 81,656.00 | 2年6个月 |
| CAD软件 | 市场购买 | 5年 | 74,000.00 | 25,900.14 | 48,099.86 | 3年4个月 |
| 涂料技术 | 市场购买 | 8年 | 1,351,498.35 | 816,530.48 | 534,967.87 | 3年2个月 |
| 调色系统 | 市场购买 | 8年 | 80,000.00 | 51,999.87 | 28,000.13 | 3年2个月 |
| KC型轻钢结构房屋技术 | 市场购买 | 10年 | 3,096,121.64 | 1,070,271.08 | 2,025,850.56 | 6年7个月 |
| 土地使用权（巴新公司） | 购买 | 95年9个月 | 1,824,400.58 | 189,817.17 | 1,634,583.41 | 85年5个月 |
| 土地使用权（巴新公司） | 购买 | 99年 | 6,061,565.83 | 180,403.55 | 5,881,162.28 | 96年 |
| 土地使用权（北新物流） | 购买 | 50年 | 5,046,539.01 | 38,231.28 | 5,008,307.73 | 98年4个月 |
| 土地使用权（涿州） | 购买 | 50年 | 36,293,111.00 | 4,113,219.36 | 32,179,891.64 | 44年10个月 |
| 土地使用权（下花园） | 市场购买 | 48年 | 13,856,960.00 | 1,200,936.44 | 12,656,023.56 | 47年7个月 |
| 土地使用权（涿州） | 购买 | 50年 | 220,800.00 | 9,199.92 | 211,600.08 | 46年 |
| 土地使用权（纳米港） | 购买 | 50年 | 2,143,168.00 | 103,586.47 | 2,039,581.53 | 47年7个月 |
| 土地使用权（枣庄公司） | 购买 | 45年9个月 | 5,904,729.00 | 5,904,729.00 | | 转出 |
| 土地使用权（江阴泰山） | 购买 | 48年1个月 | 5,698,900.70 | 138,755.82 | 5,560,144.88 | 46年11个月 |
| 土地使用权（江阴泰山） | 购买 | 50年 | 7,994,403.00 | 344,260.03 | 7,650,142.97 | 47年9个月 |
| 土地使用权（潍坊奥泰） | 购买 | 50年 | 5,489,777.00 | 36,598.51 | 5,453,178.49 | 49年8个月 |
| 土地使用权（潍坊奥泰） | 购买 | 50年 | 2,266,859.80 | 52,893.40 | 2,213,966.40 | 48年10个月 |
| 土地使用权（湖北泰山） | 购买 | 50年 | 2,953,408.22 | 154,835.61 | 2,798,572.61 | 47年5个月 |
| 土地使用权（徐州法斯特） | 购买 | 50年 | 4,220,000.00 | 267,266.92 | 3,952,733.08 | 46年10个月 |
| 泰山大街商业服务用用地 | 股东投入 | 40年 | 2,547,032.56 | 224,234.76 | 2,322,797.80 | 36年6个月 |
| 泰山大街住宅用用地 | 股东投入 | 70年 | 3,251,954.00 | 150,983.43 | 3,100,970.57 | 66年9个月 |
| 大众口工业用地 | 购买 | 50年 | 1,875,744.88 | 115,864.02 | 1,759,880.86 | 46年10个月 |
| 大众口工业用地 | 购买 | 50年 | 2,857,570.13 | 176,511.09 | 2,681,059.04 | 46年10个月 |
| 商标使用权 | 自创 | 5年 | 73,200.00 | 73,200.00 | | 摊销完毕 |
| 商标使用权 | 购买 | 10年 | 11,164,000.00 | 2,790,999.90 | 8,373,000.10 | 7年6个月 |
| 商标使用权 | 购买 | 10年 | 2,103,166.75 | 303,526.90 | 1,799,639.85 | 9年 |
| 合　计 | | | 134,578,646.45 | 20,138,900.44 | 114,439,746.01 | |

（3）截至2006年12月31日，公司无形资产项目中未发现有减值之事项发生，故未计提无形资产减值准备。

15、长期待摊费用

| 种类 | 原值 | 2005.12.31 | 本年增加 | 本年摊销 | 累计摊销金额 | 2006.12.31 | 剩余摊销年限 |
|---|---|---|---|---|---|---|---|
| 石膏板三线使用增容费 | 4,239,000.00 | 1,095,075.00 | 423,900.00 | 423,900.00 | 3,567,825.00 | 671,175.00 | 1年7个月 |
| 矿棉板用电增容费 | 6,355,644.00 | 2,542,257.60 | | 635,564.40 | 4,448,950.80 | 1,906,693.20 | 3年 |
| TSW技术培训费 | 4,296,919.06 | 3,446,365.30 | | 430,795.68 | 1,281,349.44 | 3,015,569.62 | 7年 |

BNBMPLC0000453

北新集团建材股份有限公司 2006 年年度报告

| 项目 | 合 计 | | | | | | | | 摊销年限 |
|---|---|---|---|---|---|---|---|---|---|
| 商品策划费 | 2,042,313.50 | 1,671,015.08 | | | 417,753.72 | | 789,052.14 | 1,253,261.36 | 3年1个月 |
| 模具 | 920,940.17 | 920,940.17 | | | 92,094.02 | | 92,094.02 | 828,846.15 | 9年 |
| 21世纪加盟费 | 4,500,000.00 | 3,600,000.00 | | | 225,000.00 | | 1,125,000.00 | 3,375,000.00 | 15年 |
| 咨询费 | 100,000.00 | 77,499.82 | | | 5,000.04 | | 27,500.22 | 72,499.78 | 14年6个月 |
| 郑州业务房使用费 | 738,021.24 | 697,581.72 | | | 40,439.52 | | 80,879.04 | 657,142.20 | 16年2个月 |
| 开办费(江阴泰山) | 1,953,368.68 | 1,659,422.44 | 293,946.24 | 1,953,368.68 | | | | | *1 |
| 利息支出(江阴泰山) | 346,522.97 | 346,522.97 | | 346,522.97 | | | | | *1 |
| 开办费(江津泰山) | 798,892.66 | 236,117.01 | 562,775.65 | | 798,892.66 | | | | *2 |
| 开办费(衡水泰山) | 731,960.04 | 178,202.78 | 553,757.26 | 731,960.04 | | | | | *2 |
| 开办费(阜新泰山) | 115.62 | | 115.62 | | 115.62 | | | | *2 |
| 开办费(温州泰山) | 155,916.92 | | 155,916.92 | | 155,916.92 | | | | *2 |
| 开办费(河北泰山) | 326,318.02 | | 326,318.02 | | 326,318.02 | | | | *2 |
| 合 计 | 27,505,932.88 | 16,470,999.89 | 1,892,829.71 | 5,302,399.07 | | 14,444,502.35 | | 13,061,430.53 | |

* 1、由于本公司控股的孙公司—江阴泰山石膏建材有限公司，河北泰山石膏建材有限公司，本公司的全资子公司—浙江温州泰山石膏建材有限公司，阜新泰山石膏建材有限公司尚处于募建阶段，未正式营业，故所发生的开办费尚未转销，待该公司营业时一次性转入当期损益。

* 2、由于本公司控股的孙公司—江津泰山石膏建材有限公司，衡水泰山石膏建材有限公司已于2006年3月挂帐产，根据现行《企业会计制度》的相关规定，将发生的开办费和本年资本化的利息支出一次性计入本期损益。

## 16、短期借款

| 借款类别 | | 2006.12.31 | 2005.12.31 |
|---|---|---|---|
| 担保借款 | * 1 | 530,303,942.69 | 739,240,400.00 |
| 信用借款 | | 281,000,000.00 | 461,000,000.00 |
| 质押借款 | * 2 | 2,897,627.56 | 37,290,525.22 |
| 抵押借款 | * 3 | 133,700,000.00 | 65,000,000.00 |
| 合 计 | | 947,901,570.25 | 1,302,530,925.22 |

* 1、上表所列示的担保借款中，母公司的担保借款为7,000万元，系由公司控股股东—中国建材股份有限公司提供担保责任担保；公司控股的子公司—山东泰和东新股份有限公司的担保借款为25,350万元，其中：24,400万元系泰安市大汶口的部分机器设备作为抵押物，950万元借款系由山东泰和东新股份有限公司的子公司—潍坊奥泰石膏有限公司提供连带责任担保。公司控股的孙公司—秦皇岛泰山建材有限公司的担保借款为1,500万元，系由山东泰和东新股份有限公司提供连带责任担保。公司控股的子公司—江阴泰山石膏建材有限公司的担保借款为2,000万元，系由山东泰和东新股份有限公司提供连带责任担保。公司控股的子公司—北新物流有限公司的担保借款为15,000万元，系由本公司提供连带责任担保。公司控股的子公司—深圳北新贸易有限公司提供连带责任担保；公司控股的子公司—苏州天丰新型建材有限责任公司的担保借款为1,400万元，系由本公司提供连带责任担保。

* 2、上表所列公司的质押借款为371,076.82美元（折合人民币为2,897,627.56元）系公司控股的孙公司—深圳北新贸易有限公司借入，质押借款情况详见本附注第八项"或有事项和承诺事项"中的第3款第（13）项。

* 3、上表所列抵押借款全部系公司控股的子公司—山东泰和东新股份有限公司借入，其中：8,370万元借款由山东泰和东新股份有限公司的子公司—泰安市大汶口的部分机器设备作为抵押物，5,000万元借款由山东泰和东新股份有限公司的子公司—湖北泰山建材有限公司所属的房产和土地使用权作为抵押物。抵押借款情况详见本附注第八项"或有事项和承诺事项"的第3款第（1）至第（10）项。

BNBMPLC0000454

BNBMPLC0000475

17日期间向本公司提供总额为人民币 5,000 万元的贷款额度。截至2006年12月31日，在该额度贷款合同下本公司无贷款余额。

（8）根据本公司与中信实业银行营业部于2006年7月17日签订的《银行承兑汇票额度协议》

（"（2006）信联营承字第0075号"）规定，中信实业银行总行营业部在2006年7月17日至2007年7月17日期间向本公司提供总额为人民币 3,000 万元的授信额度。专门用于本公司申请开立银行承兑汇票。截至2006年12月31日，在该额度贷款合同下本公司无贷款余额。

（9）根据本公司控股的子公司—北新物流有限公司与中国农业银行深圳市分行于2006年4月12日签订的《最高额综合授信合同》规定，中国农业银行深圳市分行为其提供最高额不超过人民币 6,000 万元的综合融资额度。期限为一年。

（10）根据本公司控股的子公司—北新物流有限公司与中国建设银行股份有限公司深圳市分行于2006年5月11日签订的《综合融资额度合同》规定，中国建设银行股份有限公司深圳市分行为其提供最高额不超过人民币 25,000 万元的综合融资额度。期限为一年。

（11）根据本公司控股的子公司—北新物流有限公司与广东发展银行股份有限公司广东发展银行深圳中海支行于2006年5月22日签订的《综合授信额度合同》规定，广东发展银行股份有限公司广东发展银行深圳中海支行为其提供最高额不超过人民币 15,000 万元的综合融资额度。期限为一年。

（12）根据本公司控股的子公司—北新物流有限公司与深圳市商业银行福星支行于2006年6月2日签订的《综合授信额度合同》规定，深圳市商业银行福星支行为其提供最高额不超过人民币 16,000万元的综合融资额度。期限为一年。

2、截至2006年12月31日，公司担保情况如下：

（1）根据本公司与中国建设银行股份有限公司深圳市分行于2006年5月11日签订的《综合融资额度保证合同》规定，本公司为控股子公司—北新物流有限公司与中国建设银行股份有限公司深圳市分行签订的"保2006综033705SR"《综合融资额度合同》中约定的最高额不超过 20,000 万元人民币借款提供连带保证责任。担保的期限为自借款合同生效起到借款合同期限届满之日止。

（2）根据本公司与广东发展银行深圳中海支行于2006年5月22日签订的《最高额保证合同》规定，本公司为控股子公司—北新物流有限公司与广东发展银行股份有限公司深圳中海支行签订的"1020720609"《综合授信额度合同》中约定的最高额 7,500 万元人民币借款提供保证责任，担保的期限为该债务履行期届满之日起两年。

（3）根据本公司与深圳市商业银行福星支行于2006年6月2日签订约定的《最高额保证合同》规定，本公司为控股子公司—北新物流有限公司与深圳市商业银行福星支行约定的最高额为"深商银（福星）授信字（2006）年第A11037060009号"，《综合授信额度合同》项下的授信额度由北新贸易有限公司与深圳北新贸易易有限公司使用。其中，深圳北新贸易易有限公司可使用额度不超过人民币 3000 万元，由北新集团建材股份有限公司和北新物流有限公司提供连带保证责任。

（4）根据本公司与中国农业银行深圳市分行于2006年4月12日签订的《最高额保证合同》规定，本公司为控股子公司—北新物流有限公司与中国农业银行深圳市分行约定的最高余额 6,000 万元人民币借款提供连带保证责任（最高额综合授信合同为"81900200600000001"），期限为该债务履行期满之...

BNBMPLC0000476

北新集团建材股份有限公司 2006 年年度报告

日起二年。《最高额综合授信合同》项下的授信额度由北新物流有限公司与深圳市新贸易有限公司共同使用。其中，深圳北新贸易有限公司使用额度不超过人民币 3000 万元，本公司和本公司控股的子公司-北新物流有限公司对深圳北新贸易有限公司使用额度项下的债务承担连带保证责任。

（5）根据本公司与中国农业银行苏州分行发汶支行于2006年7月16日签订的《最高额保证合同》规定，本公司为控股子公司-苏州天丰新型建筑材料有限责任公司在中国农业银行苏州高新技术产业开发区支行支行的人民币 1,400 万元借款提供连带责任担保，担保的期限为该债务履行期满之日起二年。

（6）根据本公司与交通银行泰安分行于2006年2月11日签订的《最高额保证合同》规定，本公司为控股子公司-山东泰和东新股份有限公司与交通银行泰安分行约定的最高额人民币 6,000 万元借款提供连带保证责任，担保的期限为该债务履行期届满之日后两年止。

（7）根据本公司与兴业银行济南分行于2006年2月10日签订的《最高额保证合同》规定，本公司为控股子公司-山东泰和东新股份有限公司与兴业银行济南分行约定的最高额人民币 2,000 万元借款提供连带保证责任，担保的期限为该债务履行期限届满之日起二年。

（8）根据本公司与中国工商银行股份有限公司宁阳支行于2006年2月10日签订的《最高额保证合同》规定，本公司为控股子公司-山东泰和东新股份有限公司与中国工商银行股份有限公司宁阳支行约定的最高额人民币 3,360 万元借款提供连带保证责任，担保的期限为每笔借款从合同确定的借款到期之次日起两年。

（9）根据本公司与中信银行济南分行于2006年2月9日签订的《最高额保证合同》规定，本公司为控股子公司-山东泰和东新股份有限公司与中信银行济南分行约定的最高额人民币 3,000 万元借款提供连带保证责任，担保的期限为该债务履行期届满之日起两年。

（10）根据本公司与中国农业银行泰安分行于2006年2月15日签订的《最高额保证合同》规定，本公司为控股子公司-山东泰和东新股份有限公司与中国农业银行泰安分行约定的最高额不超过人民币 11,500 万元借款提供连带保证责任，担保的期限为债务履行期限届满之日起二年。

（11）根据本公司与中国银行股份有限公司泰安分行于2006年2月10日签订的《最高额保证合同》规定，本公司为控股子公司-山东泰和东新股份有限公司与中国银行股份有限公司泰安分行约定的最高额不超过 9,000 万元人民币借款提供连带保证责任，担保的期限从借款合同生效之日开始到借款后一期还款合同履行届满之日起经过两年。

（12）根据本公司与上海浦东发展银行济南分行于2006年2月23日签订的《短期贷款保证合同》规定，本公司为控股子公司-山东泰和东新股份有限公司与上海浦东发展银行济南分行约定的3,000 万元人民币借款提供连带保证责任，担保的期限为债务履行期届满之日起两年。

（13）根据本公司与中国农业银行江阴市支行于2005年9月12日签订的"（10235）农银保字（2005）第0042号"《保证合同》规定，山东泰和新股份有限公司为其所属的控股子公司-江阴泰山石膏建材有限公司在该银行的 1,000 万元中期固定资产贷款提供连带责任担保，保证的期限为从该银行人履行期限届满之日起二年。

（14）根据本公司控股的子公司-山东泰和东新股份有限公司与中国农业银行江阴市支行于2005年9月12日签订的"（10235）农银保字（2005）第0043号"《保证合同》规定，山东泰和东新股份有限公司为所属的控股子公司-江阴泰山石膏建材有限公司在该银行的 1,555 万元中期固定资产贷款提供连带责任担保，保证的期限为债务人履行期限届满之日起二年。

（15）根据公司控股的子公司-山东泰和东新股份有限公司与中国银行股份有限公司江阴申连支行于2006年3月30日签订的"（2006）申贷字0309号"《保证合同》规定，山东泰和东新股份有限公司为其所属的控股子公司-江阴泰山石膏建材有限公司在该银行的 2,000 万元流动资金贷款提供连带责任担保，保证的期限为债务人履行期限届满之日起二年。

（16）根据公司控股的子公司-山东泰和东新股份有限公司与交通银行青岛分行于2006年3月27日签订的"2006最保字009号"《最高额保证合同》规定，山东泰和东新股份有限公司为其所属的控股子公司-秦皇岛泰山建材有限公司在该行的人民币贷款 1,500 万元提供连带责任担保。担保期限为该债务履行期限届满之日后两年（秦皇岛泰山建材有限公司与交通银行秦皇岛分行签订的最高额借款合同授信期限为2006年3月27日至2007年1月26日）。

（17）根据公司控股的子公司-山东泰和东新股份有限公司与中国建设银行淄博市分行于2006年3月17日签订的"保证字1270（2006）201"《保证合同》规定，山东泰和东新股份有限公司为其所属的控股子公司-江津泰山石膏建材有限公司在该行的人民币贷款 3,000 万元提供连带责任担保，担保期限为该债务履行期限届满之日后两年止。

（18）根据公司控股的子公司-北新物流有限公司与中国农业银行深圳市分行于2006年4月12日签订的《最高额保证合同》规定，北新物流有限公司为其所属的控股子公司-深圳北新贸易有限公司与该行在2006年4月12日起至2007年4月11日止办理约定的各类业务所实际形成的债务余额折合人民币 3,000万元提供连带保证责任，其中所担保的流动资金贷款业务不超过人民币 1000 万元。在上述期间发生的每笔业务，其到期日不得超过2007年10月11日。

3、截至2006年12月31日，本公司发生抵押或质押情况如下：

（1）根据本公司控股的子公司-山东泰和东新股份有限公司与中国工商银行宁阳县支行于2006年1月26日签订的"2006年（宁抵）字第000001号"《抵押合同》规定，山东泰和东新股份有限公司将位于泰安市本公司的部分机器设备抵押给该行，作为其在该行 1,300 万元人民币贷款的保证，抵押期限截至2007年1月25日止。

（2）根据本公司控股的子公司-山东泰和东新股份有限公司与中国工商银行深圳市支行于2006年3月31日签订的"2006年（抵）字第000012号"《抵押合同》规定，山东泰和东新股份有限公司将其合法拥有的机器设备抵押给该行，作为其在该行 930 万元人民币贷款的保证，抵押期限截至2007年3月28日止。

（3）根据本公司控股的子公司-山东泰和东新股份有限公司与中国工商银行宁阳县支行于2006年6月30日签订的"2006年（抵）字第000019号"《抵押合同》规定，山东泰和东新股份有限公司将其合法拥有的机器设备抵押给该行，作为其在该行 1200 万元人民币贷款的保证，抵押期限截至2007年6月18日止。

（4）根据本公司控股的子公司-山东泰和东新股份有限公司与中国工商银行宁阳县支行于2006年10月23日签订的"2006年（抵）字第000034号"《抵押合同》规定，山东泰和东新股份有限公司将其合法拥有的机器设备抵押给该行，作为其在该行 840 万元人民币贷款的保证，抵押期限截至2007年10月19日止。

（5）根据本公司控股的子公司-山东泰和东新股份有限公司与中国工商银行宁阳县支行于2006年10月27日签订的"2006年（抵）字第000037号"《抵押合同》规定，山东泰和东新股份有限公司将位于泰安市本公司的机器设备抵押给该行，作为其在该行 1,500 万元人民币贷款的保证，抵押期限截至

BNBMPLC0000477

# ATTACHMENT "C"

## TO EXHIBIT 162-1

BNBMPLC Annual Report 2007



# Beijing New Building Materials Public Limited Company

# Annual Report 2007



**Board of Directors**

**Beijing New Building Materials Public Limited Company**

**March 24, 2008**

B: 7/8/15-7/11/15
Exhibit 15

BNBMPLC0000722

BNBMPLC Annual Report 2007

| Total | 33,437,870.22 | | 6,153,831.66 | 27,284,038.56 |
|---|---|---|---|---|

## 19. Provisions for impairments of assets

| Item | 12/31/2006 | Current allocation | Reduction this year | | 12/31/2007 |
|---|---|---|---|---|---|
| | | | Reversal | Write-offs | |
| I. Allocation for bad debts | 24,699,144.18 | 23,125,604.68 | | 11,050,445.94 | 36,774,302.92 |
| II. Reserves for inventory falling prices | 3,927,251.37 | | 2,450,000.00 | 102,984.59 | 1,374,266.78 |
| III. Provisions for financial assets available for sale | | | | | |
| IV. Provisions for impairments of investments held to maturity | | | | | |
| V. Provision for Impairment of Long-term Equity Investment | 2,583,963.58 | 3,325,452.57 | | | 5,909,416.15 |
| VI. Provisions for impairments of real estate investments | | | | | |
| VII. Impairment provision for fixed assets | 6,789,376.16 | | 93,911.88 | | 6,695,464.28 |
| VIII. Provisions for impairments of engineering materials | | | | | |
| IX. Impairment provision for construction in progress | | | | | |
| X. Provisions for impairments of productive biological assets | | | | | |
| XI. Provisions for impairments of oil & gas assets | | | | | |
| XII. Provisions for impairments of intangible assets | | | | | |
| XIII. Provision for impairment o goodwill | 51,074.44 | 612,070.09 | | | 663,144.53 |
| XIV Others | | | | | |
| Total | 38,050,809.73 | 27,063,127.34 | 2,450,000.00 | 11,247,342.41 | 51,416,594.66 |

## 20. Assets with limited ownership

| Asset categories with limited use rights | 12/31/2006 | Addition this year | Reduction this year | 12/31/2007 |
|---|---|---|---|---|
| I. Assets used for mortgages and guarantees | 480,443,375.15 | 101,405,661.41 | 44,784,182.13 | 537,064,854.43 |
| 1. Houses and buildings | 257,456,446.94 | 47,829,367.52 | 6,265,200.41 | 299,020,614.05 |
| 2. Land use rights | 47,174,469.45 | 8,017,993.87 | 725,862.24 | 54,466,601.08 |
| 3. Machinery equipment | 152,715,548.76 | 38,911,992.98 | 27,296,363.08 | 164,331,178.66 |
| 4. Transportation equipment | 9,491,507.71 | 1,832,573.00 | 6,293,941.71 | 5,030,139.00 |
| 5. Other equipment | 10,645,402.29 | 1,140,497.44 | 1,242,814.69 | 10,543,085.04 |
| 6. Term deposits | 2,960,000.00 | 3,673,236.60 | 2,960,000.00 | 3,673,236.60 |
| II. Assets with limited ownership due to other reasons | | | | |
| Total | 480,443,375.15 | 101,405,661.41 | 44,784,182.13 | 537,064,854.43 |

For details of the Company's assets with limited ownership, please see Paragraph 3 of "Contingencies and commitments" in Annotation VIII to this Financial Statement.

## 21. Short-term borrowings

| Loan type | | 12/31/2007 | 12/31/2006 |
|---|---|---|---|
| Credit borrowing | | | 281,000,000.00 |
| Guaranteed loan | *1 | 530,000,000.00 | 530,303,942.69 |
| Pledged loans | *2 | 606,000,000.00 | 2,897,627.56 |
| Mortgage borrowings | *3 | 3,550,035.60 | 133,700,000.00 |
| Entrusted borrowings | *4 | 75,200,000.00 | |
| Guaranteed/mortgaged borrowings | *5 | 292,060,000.00 | |
| | | 30,000,000.00 | |
| Total | | 1,536,810,035.60 | 947,901,570.25 |

*1. Among the guaranteed borrowings listed in the above table, the amount of guaranteed borrowings by CNBM Investment Company Limited, a controlled subsidiary of the Company, is RMB 235 million for which the Company provides joint and several guarantee; the amount of guaranteed borrowings by Taishan Gypsum Co., Ltd., a controlled subsidiary of the Company, is

BNBMPLC0000807

BNBMPLC Annual Report 2007

RMB 336 million for which the Company provides joint and several guarantee; the amount of guaranteed borrowings by Qinhuangdao Taishan Building Materials Co., Ltd., a controlled subsidiary of subsidiary of the Company, from Qinhuangdao Branch of Bank of Communications Limited is RMB 15 million for which Taishan Gypsum Co., Ltd. provides joint and several guarantee; the amount of guaranteed borrowings by BNBM Suzhou Mineral Fiber Ceiling Company, a controlled subsidiary of the Company, is RMB 20 million for which the Company provides joint and several guarantee.

"2. The pledged borrowing listed in the above table is foreign currency borrowing. Its amount in original currency is USD486,000 (RMB 3,550,035.60) and was borrowed by Shenzhen BNBM Trade Co., Ltd., a controlled subsidiary of subsidiary of the Company. For details of pledged borrowings, please see Item (12) in Paragraph 3 of "Contingencies and commitments" in Annotation VIII to this Financial Statement.

"3. Among the mortgaged borrowings listed in the above table, the amount of mortgaged borrowings by Taishan Gypsum Co., Ltd., a controlled subsidiary of the Company, is RMB 55.70 million, all of which are borrowed from Ningyang Sub-branch of Industrial and Commercial Bank of China Limited and were pledged against some of the machinery & equipment of Taishan Gypsum Co., Ltd. in Taian City; the amount of mortgaged borrowings by Weifang Aotai Gypsum Co., Ltd., a controlled subsidiary of subsidiary of the Company, from Anqiu Sub-branch of Industrial and Commercial Bank of China Limited, is RMB 19.50 million, all of which are pledged against the land use rights, some real estates and machinery & equipment of Weifang Aotai Gypsum Co., Ltd. For details of mortgaged borrowings, please see Items (1) to (5) and Item (10) in Paragraph 3 of "Contingencies and commitments" in Annotation VIII to this Financial Statement.

"4. The entrusted borrowings listed in the above table were borrowed by the parent company. The creditor that authorized the releases of such entrusted borrowings is China National Building Material Company Limited, the controlling shareholder of the Company, and the bank that was authorized to release such borrowings is Beijing Xinyuan Sub-branch of China Everbright Bank Company Limited

"5. The guaranteed/mortgaged borrowings listed in the above table were borrowed by Jiangyin Taishan Plaster Building Materials Co., Ltd., a controlled subsidiary of subsidiary of the Company, including a loan of RMB 10,000,000 from Jiangyin Sub-branch of the Agricultural Bank of China, for which the joint and several liability guarantee was provided by Taishan Gypsum (Jiangyin) Co., Ltd., and the real estate of Jiangyin Taishan Gypsum Building Materials Co., Ltd. (Land Use Certificate numbered "C.T.G.Y.(2004) No.012794" and Property Ownership Certificate numbered "F.Q.Z.C.Z.No. fsg0002181") was mortgaged to the Bank; a loan of RMB 20,000,000 borrowed from Jiangyin Shengang-branch of Bank of China Limited, for which the joint and several liability guarantee was provided by Taishan Gypsum Co., Ltd., and the real estate of Jiangyin Taishan Gypsum Building Materials Co., Ltd. (Land Use Certificate numbered "C.T.G.Y.(2006) No.008534") was mortgaged to the Bank. For details of mortgages, please see Items (8) and (9) in Paragraph 3 of "Contingencies and commitments" in Annotation VIII to this Financial Statement.

22. Notes payable:

(1) Components of notes payable are as follows:

| Note type | Quantity | 12/31/2007 | 12/31/2006 |
|---|---|---|---|
| Bank acceptance bill | 193 pcs | 219,651,445.16 | 392,480,241.57 |
| Total | | 219,651,445.16 | 392,480,241.57 |

(2) EOY balance of notes payable is RMB 172,828,796.41 (44.04%) less than that of the previous year mainly due to the smaller proportion of accounts settled by China National Building Material Company Limited, a controlled subsidiary of the Company, through bank acceptance bills.

(3) The ending balance of notes payable has no notes payable to a shareholder with 5% or more equity of the Company, nor notes payable under pledge.

23. Accounts payable

(1) Analysis on aging is as follows:

| Aging | 12/31/2007 | 12/31/2006 |
|---|---|---|

BNBMPLC0000808

# BNBMPLC Annual Report 2007

|  | 12/31/2007 | | 12/31/2006 | |
| --- | --- | --- | --- | --- |
|  | Amount | Ratio | Amount | Ratio |
| Within one year | 23,674,363.04 | 21.45% | 373,252,661.91 | 84.13% |
| Three to four years | 5,875,240.61 | 5.32% | 10,576,391.28 | 2.38% |
| 4-5 years | 8,259,128.88 | 7.48% | 1,990,214.94 | 0.45% |
| Above 5 years | 1,990,951.54 | 1.80% | 91,869.78 | 0.02% |
| Total | 110,383,338.69 | 100.00% | 443,637,965.64 | 100.00% |

(2) EOY balance of other accounts payable is RMB 333,254,626.95 (75.12%) less than that of the previous year mainly due to the working capital repaid by the Company and CNBM Investment Company Limited, a controlled subsidiary of the Company, to China National Building Material Company Limited, the parent company of the Company.

(3) In the ending balance of other payables, there are no payables to a shareholder with 5% or more equity of the Company.

(4) Of the year-end balance of other payables, the total amount owed by the top five debtors and the proportion of this total amount in the total of other payables are as follows:

## 29. Long-term liabilities that will mature within one year

| Lender | 12/31/2007 | 12/31/2006 | Loan Term | Annual interest rate | Condition of loan |
| --- | --- | --- | --- | --- | --- |
| Xisanqi Office of Beijing Branch, Bank of China | 23,000,000.00 | 221,983.62 | 2003.11.14-2008.11.14 | 5.832% | Credit borrowing |
| Jiangyin Sub-branch of Agricultural Bank of China | 15,550,000.00 | | 2005.09.12-2008.03.30 | 7.20% | Guaranteed loan |
| Total | 38,550,000.00 | 508,313.46 | | | |

The guaranteed loan listed in the above table was borrowed by Jiangyin Taishan Plaster Building Materials Co., Ltd., a controlled subsidiary of subsidiary of the Company and jointly and severally guaranteed by Taishan Gypsum Co. Ltd., a controlled subsidiary of the Company.

## 30. Other current liabilities

(1) Components of other current liabilities are as follows:

| Item | 12/31/2007 | 12/31/2006 |
| --- | --- | --- |
| Deferred incomes | 9,570,000.00 | |
| Site rental fees | 157,500.00 | |
| Water, electricity and gas bills | 191,666.71 | |
| Processing charges | 46,068.78 | |
| Others | 48,594.35 | |
| Total | 9,727,500.00 | |

(2) Details of deferred incomes are as follows:

| Appropriator | Doc. No. or Contract No. | Nature of appropriation | 12/31/2007 | 12/31/2006 Closing balance |
| --- | --- | --- | --- | --- |
| Taian Municipal Bureau of Finance | Tai Cai Jian Zhi [2007] No.43 | Government-subsidized basic construction expenditures - technical renovation project for comprehensive utilization of desulfurized plaster for production of paper-backed plaster boards | | 3,400,000.00 |
| Taian Municipal Bureau of Finance | Tai Cai Jian Zhi [2007] No.108 | Governmental financial incentive for energy-saving technical renovation - utilization of residual steam heat exhausted from plaster board drying machines | | 3,770,000.00 |
| Taian Municipal Bureau of Finance | Tai Cai Jian Zhi [2007] No.95 | Government-subsidized basic construction expenditures - comprehensive utilization of the contaminants of the surface-protection paper project | | 2,400,000.00 |
| Total | | | | 9,570,000.00 |

## 31. Long-term borrowings

BNBMPLC0000811

# BNBMPLC Annual Report 2007

| Lender | 12/31/2007 | Loan Term | Annual interest rate (%) | Condition of loan |
|---|---|---|---|---|
| China Construction Bank Beitaipingzhuang Sub-branch | 150,000,000.00 | 2004.12.24-2009.12.23 | 6.966% | Credit borrowing |
| China Construction Bank Beitaipingzhuang Sub-branch | 100,000,000.00 | 2006.12.21-2009.12.20 | 6.804% | Credit borrowing |
| SPB Bank, Beijing Branch, Huangsi Sub-branch | 27,000,000.00 | 2006.12.20-2009.12.19 | 5.670% | Credit borrowing |
| Beijing Tian | 127,000,000.00 | 2007.09.11-2010.06.11 | 6.723% | Credit borrowing |
| Beijing Tian | 50,000,000.00 | 2004.09.24-2009.09.24 | 5.022% | Guaranteed loan *1 |
| Beijing Tian | 70,000,000.00 | 2004.09.24-2009.09.24 | 5.265% | Guaranteed loan *1 |
| China Construction Bank, Jianjin Sub-branch, | 29,000,000.00 | 2006.03.17-2011.03.16 | 7.120% | Guaranteed loan *2 |
| China Construction Bank, Jianjin Sub-branch, | 6,000,000.00 | 2007.01.22-2010.01.21 | 5.250% | Guaranteed loan *2 |
| Ningyang Sub-branch of Industrial and Commercial Bank of China | 10,000,000.00 | 2007.08.29-2009.08.20 | 7.200% | Guaranteed loan *3 |
| Ningyang Sub-branch of Industrial and Commercial Bank of China | 10,000,000.00 | 2007.08.29-2010.08.20 | 7.200% | Guaranteed loan *3 |
| Ningyang Sub-branch of Industrial and Commercial Bank of China | 10,000,000.00 | 2007.08.29-2011.08.19 | 7.380% | Guaranteed loan *3 |
| Suzhou Branch of Shanghai Pudong Development Bank | 30,000,000.00 | 2007.11.02-2012.11.02 | 6.885% | Guaranteed loan *3 |
| Bank of China, Taishan Branch | 26,000,000.00 | 2006.07.25-2009.07.20 | 7.020% | Mortgage borrowings *4 |
| Tai'an Branch of Agricultural Bank of China | 10,000,000.00 | 2007.01.04-2009.12.23 | 6.844% | Mortgage borrowings *5 |
| Agricultural Bank of China, Shenzhen Branch, Shennan Sub-branch | 144,500,000.00 | 2006.06.02-2016.06.01 | 5.751% | Mortgage borrowings *6 |
| Total | 799,500,000.00 | | | |

*1. The loan is borrowed by the parent company and is covered by the joint and several liability guarantee provided by the controlling shareholder of the Company — China National Building Material Company Limited.

*2. The money was borrowed by the Company-owned grandson company Jiangyin Taishan Gypsum Building Materials Co., Ltd., for which, the Company-owned subsidiary Taishan Gypsum Co., Ltd. provides a joint and several guarantee.

*3. Including: RMB 30 million borrowed by Taishan Gypsum Co. Ltd., a controlled subsidiary of the Company, from Ningyang Sub-branch of Industrial and Commercial Bank of China, and jointly and severally guaranteed by the Company; RMB 30 million borrowed by Taicang BNBM Co., Ltd., a wholly-owned subsidiary of the Company, from Suzhou Branch of Shanghai Pudong Development Bank, and jointly and severally guaranteed by the Company.

*4. Borrowed by Taishan Gypsum Co., Ltd., a controlled subsidiary of the Company, including RMB 20 million mortgaged against some of its real estates in Taian City, and RMB 6 million mortgaged against some of its land use rights in Taian City. Refer to paragraph 3 (6) of Note VIII "contingencies and commitments" for detailed information on mortgages.

*5. Borrowed by Taishan Gypsum Co., Ltd., a controlled subsidiary of the Company, and mortgaged against the real estate (real estate certificate no. "Tai Fang Quan Zheng Qai Zi No.112903", land use right certificate no. "Tai Tu Guo Yong (2003) No.0341") and land use right (land use right certificate no. "Tai Tu Guo Yong (2003) No.0341") of Taishan Gypsum Co., Ltd. in Taian City. For details of mortgages, please see Item (7) in Paragraph 3 of "Contingencies and commitments" in Annotation VIII to this Financial Statement.

*6. Borrowed by CNBM Investment Company Limited, a controlled subsidiary of the Company, and

BNBMPLC0000812

BNBMPLC Annual Report 2007

2. As of Monday, December 31, 2007, information about guarantee of the Company is as follows:

(1) Pursuant to the Comprehensive Credit Line Guarantee Contract signed by and between the Company and Shenzhen Branch of China Construction Bank Corporation on June 13th 2007, the Company provided joint and several guarantee for the borrowings by CNBM Investment Company Limited, a controlled subsidiary of the Company, under the RMB 200 million comprehensive credit line granted by Shenzhen Branch of China Construction Bank Corporation for a period of two years after expiry of the period for performing the obligations under the Comprehensive Credit Line Contract (Jie 2007 Zong 0483058R) signed by and between CNBM Investment Company Limited and Shenzhen Branch of China Construction Bank Corporation. As of December 31st 2007, the balance of borrowings under this Contract is RMB 145 million.

(2) Pursuant to the Maximum Amount Guarantee Contract signed by the Company and Shenzhen Branch of Agricultural Bank of China on August 15th 2007, the Company provided joint and several guarantee for the borrowings by CNBM Investment Company Limited, a controlled subsidiary of the Company, under the under the comprehensive credit line of RMB 100 million granted by Shenzhen Branch of Agricultural Bank of China for a period of two years after expiry of the period for performing the obligations under the Maximum Comprehensive Credit Grant Contract (No.81905200700000000006) signed by and between CNBM Investment Company Limited and Shenzhen Branch of Agricultural Bank of China. At the same time, pursuant to the Maximum Amount Guarantee Contract signed by CNBM Investment Company Limited and Shenzhen Branch of Agricultural Bank of China, CNBM Investment Company Limited provided joint and several guarantee for the a maximum of RMB 30 million in debt by Shenzhen BNBM Trade Co., Ltd., a subsidiary of CNBM Investment Company Limited, from Shenzhen Branch of Agricultural Bank of China within the above-said comprehensive credit line for a period of two years after expiry of the period for performing the obligations. As of December 31st 2007, there was no balance of borrowings under this Comprehensive Credit Line Agreement.

(3) Pursuant to the Guarantee Contract signed by and between the Company and Shenzhen Fuxing Sub-branch of Shenzhen Pingan Bank Co., Ltd. on August 20th 2007, the Company provided joint and several guarantee for the RMB 160 million borrowed by CNBM Investment Company Limited from Shenzhen Fuxing Sub-branch of Shenzhen Pingan Bank Co., Ltd. for a period of two years after expiry of the period for performing the obligations under the Comprehensive Credit Line Contract ("Shen Shang Yin (Ying) Shou Xin Zi (2007) No.(A11037070019)") signed by CNBM Investment Company Limited with Shenzhen Fuxing Sub-branch of Shenzhen Pingan Bank Co., Ltd. As of December 31st 2007, the balance of borrowings under this Contract was RMB 90 million.

(4) Pursuant to the Guarantee Contract (No.YB890120072801801) signed by and between the Company and Suzhou Branch of Shanghai Pudong Development Bank on November 2nd 2007, the Company provided joint and several guarantee for the RMB 120 million medium- and long-term loans borrowed by Taicang BNBM Co., Ltd., a wholly-owned subsidiary of the Company, from Suzhou Branch of Shanghai Pudong Development Bank, for a period of two years after expiry of the period for performing obligations. As of December 31st 2007, the balance of long-term borrowings by Taicang BNBM Co., Ltd. From Suzhou Branch of Shanghai Pudong Development Bank was RMB 30 million.

(5) Pursuant to the Maximum Amount Guarantee Contract signed by and between CNBM Investment Company Limited, a controlled subsidiary of the Company, and Shenzhen Hongbao Sub-branch of Shenzhen Development Bank, CNBM Investment Company Limited provided joint and several guarantee for a maximum of RMB 20 million under the Comprehensive Credit Line Contract (Shen Fa Hong Bao E Bao Zi No.20070323067) signed by and between Shenzhen BNBM Trade Co., Ltd., a subsidiary of CNBM Investment Company Limited, and Shenzhen Hongbao Sub-branch of Shenzhen Development Bank, for a period of two years after expiry of the period for performing obligations. At the same time, according to the provisions of the Maximum Amount Guarantee Contract signed by and between CNBM Investment Company Limited and Shenzhen Hongbao Sub-branch of Shenzhen Development Bank, CNBM Investment Company Limited provided joint and several guarantee for a maximum amount of RMB 30 million for Shenzhen BNBM Trade Co., Ltd., a subsidiary of CNBM Investment Company Limited under the above-mentioned comprehensive credit line for a period of two years after expiry of the period for performing obligations. As of December 31st 2007, there was no balance of borrowings under this

111/120

BNBMPLC0000832

BNBMPLC Annual Report 2007

Comprehensive Credit Line Agreement.

(6) According to the Maximum-amount Guarantee Contract signed between the Company and Agricultural Bank of China, Suzhou Hi-tech Industrial Development Zone Sub-branch on August 29, 2007, the Company shall provide a joint and several guarantee for the loan of RMB 20mn received by the Company-owned subsidiary BNBM Suzhou Mineral Fiber Ceiling Company from Agricultural Bank of China, Suzhou Hi-tech Industrial Development Zone Sub-branch. The guarantee term runs for two years starting from expiry of debt performance period.

(7) Pursuant to the Maximum Amount Guarantee Contract (No.3791002007AM00000400) signed by and between the Company and Taian Branch of Bank of Communications Limited on March 15th 2007, the Company provided joint and several guarantee for a maximum of RMB 58.50 million as agreed between Taishan Gypsum Co., Ltd., a controlled subsidiary of the Company, and Taian Branch of Bank of Communications Limited, for a period of two years after expiry of the period for performing obligations. As of December 31st 2007, the balance of short-term borrowings by Taishan Gypsum Co., Ltd. from Taian Branch of Bank of Communications Limited was RMB 45 million.

(8) Pursuant to the Maximum Amount Guarantee Contract (2007 Nian Ning Yang (Bao) Zi No.008) signed by and between the Company and Ningyang Sub-branch of Industrial and Commercial Bank of China on August 30th 2007, the Company provided joint and several guarantee for a maximum of RMB 71.10 million in borrowings by Taishan Gypsum Co., Ltd., a controlled subsidiary of the Company, from Ningyang Sub-branch of Industrial and Commercial Bank of China for a period of two years on and from the expiry date of each borrowing as confirmed in the corresponding loan contract. As of December 31st 2007, the balance of short-term borrowings by Taishan Gypsum Co., Ltd. from Ningyang Sub-branch of Industrial and Commercial Bank of China was RMB 37 million.

(9) Pursuant to the Maximum Amount Guarantee Contract (No.37905200700000165) signed by and between the Company and Taian Branch of Agricultural Bank of China on March 9th 2007, the Company provided joint and several guarantee for a maximum of 175 million in borrowings by Taishan Gypsum Co., Ltd., a controlled subsidiary of the Company, from Taian Branch of Agricultural Bank of China for a period of two years after expiry of the period for performing obligations. As of December 31st 2007, the balance of short-term borrowings by Taishan Gypsum Co., Ltd. from Taian Branch of Agricultural Bank of China was RMB 160 million.

(10) Pursuant to the Maximum Amount Guarantee Contract (2007 Nian Tai Zhong Yin Bao Zi No.0420) signed by and between the Company and Taian Branch of Bank of China Limited on April 20th 2007, the Company provided joint and several guarantee for a maximum of 174 million in borrowings by Taishan Gypsum Co., Ltd., a controlled subsidiary of the Company, from Taian Branch of Bank of China Limited for a period from the effectiveness date of the corresponding loan contract to two years after expiry of the repayment period for the last installment. As of December 31st 2007, the balance of short-term borrowings by Taishan Gypsum Co., Ltd. from Taian Branch of Bank of China Limited was RMB 64 million.

(11) Pursuant to the Maximum Amount Guarantee Contract (No. 7698-07-6-134D) signed by and between the Company and Ji'nan Branch of China Everbright Bank Co., Ltd. on August 24th 2007, the Company provided joint and several guarantee for the principal of a maximum comprehensive credit line of 30 million as agreed in the Comprehensive Credit Grant Agreement (No.7698-07-6-134) signed by Taishan Gypsum Co., Ltd., a controlled subsidiary of the Company, and Ji'nan Branch of China Everbright Bank Co., Ltd. for a period of two years after expiry of the period for performing obligations. As of December 31st 2007, the balance of short-term borrowings by Taishan Gypsum Co., Ltd. from Ji'nan Branch of China Everbright Bank Co., Ltd. was RMB 30 million.

(12) Pursuant to the Guarantee Contract (2007 Nian (Bao) Zi No.000031) signed by and between the Company and Ningyang Sub-branch of Industrial and Commercial Bank of China on August 28th 2007, the provided joint and several guarantee for the RMB 41 million loan under the Loan Contract (2007 Nian (Ning Yang) Zi No.0032) signed by Taishan Gypsum Co., Ltd., a controlled subsidiary of the Company, and Ningyang Sub-branch of Industrial and Commercial Bank of China for a period of two years after the the loan expiry date as confirmed in the master contract. As of December 31st 2007, the balance of long-term borrowings by Taishan Gypsum Co., Ltd. from

BNBMPLC0000833

BNBMPLC Annual Report 2007

Ningyang Sub-branch of Industrial and Commercial Bank of China was RMB 30 million.

(13) Pursuant to the Guarantee Contract (No.3290120070002421S) signed by and between Taishan Gypsum Co., Ltd., a controlled subsidiary of the Company, and Jiangyin Sub-branch of Agricultural Bank of China on December 24th 2007, Taishan Gypsum Co., Ltd. provided joint and several guarantee for the RMB 10 million short-term working capital loan by Jiangyin Taishan Plaster Building Materials Co., Ltd., a controlled subsidiary of Taishan Gypsum Co., Ltd., from Jiangyin Sub-branch of Agricultural Bank of China, for period of two years after expiry of the period for performing obligations.

(14) Pursuant to the Guarantee Contract (No.G-208-85-D-2007-022) signed by and between Taishan Gypsum Co., Ltd., a controlled subsidiary of the Company, and Jiangyin Shen'gang Sub-branch of Bank of China Limited on November 28th 2007, Taishan Gypsum Co., Ltd. provided joint and several guarantee for the RMB 20 million loan by Jiangyin Taishan Plaster Building Materials Co., Ltd., a controlled subsidiary of Taishan Gypsum Co., Ltd., from Jiangyin Shen'gang Sub-branch of Bank of China Limited, for period of two years after expiry of the period for performing obligations.

(15) Pursuant to the Guarantee Contract ((10235) Nong Yin Bao Zi (2005) No.0043) signed by and between Taishan Gypsum Co., Ltd., a controlled subsidiary of the Company, and Jiangyin Sub-branch of Agricultural Bank of China on September 12th 2005, Taishan Gypsum Co., Ltd. provided joint and several guarantee for the RMB 15.55 million medium-term fixed assets loan by Jiangyin Taishan Plaster Building Materials Co., Ltd., a controlled subsidiary of Taishan Gypsum Co., Ltd., from Jiangyin Sub-branch of Agricultural Bank of China, for period of two years after expiry of the period for performing obligations.

(16) Pursuant to the Maximum Amount Guarantee Contract (2007 Zui Bao Zi No.011) signed by and between Taishan Gypsum Co., Ltd., a controlled subsidiary of the Company, and Qinhuangdao Branch of Bank of Communications Limited on March 23rd 2007, Taishan Gypsum Co., Ltd. provided joint and several guarantee for the RMB 15 million loan by Qinhuangdao Taishan Building Materials Co., Ltd., a controlled subsidiary of Taishan Gypsum Co., Ltd., from Qinhuangdao Branch of Bank of Communications Limited, for period of two years after expiry of the period for performing obligations (the credit grant period under the maximum amount loan contract signed by Qinhuangdao Taishan Building Materials Co., Ltd. and Qinhuangdao Branch of Bank of Communications Limited is from March 23rd 2007 to January 24th 2008).

(17) Pursuant to the Guarantee Contract (Bao 1270 (2006) 201) signed by and between Taishan Gypsum Co., Ltd., a controlled subsidiary of the Company, and Jiangjin Sub-branch of China Construction Bank Corporation on March 17th 2006, Taishan Gypsum Co., Ltd. provided joint and several guarantee for the RMB 29 million loan by Jiangjin Taishan Plaster Building Materials Co., Ltd., a controlled subsidiary of Taishan Gypsum Co., Ltd., from Jiangjin Sub-branch of China Construction Bank Corporation, for period of two years after expiry of the period for performing obligations.

(18) Pursuant to the Guarantee Contract (Bao 1230 (2007) 201) signed by and between Taishan Gypsum Co., Ltd., a controlled subsidiary of the Company, and Jiangjin Sub-branch of China Construction Bank Corporation on January 22nd 2007, Taishan Gypsum Co., Ltd. provided joint and several guarantee for the RMB 6 million loan by Jiangjin Taishan Plaster Building Materials Co., Ltd., a controlled subsidiary of Taishan Gypsum Co., Ltd., from Jiangjin Sub-branch of China Construction Bank Corporation, for period of two years after expiry of the period for performing obligations.

3. As at Monday, December 31, 2007, the Company has incurred the following mortgages or pledges:

(1) Pursuant to the Mortgage Contract (2007 Nian Ning Yang (Di) Zi No.0052) signed by and between Taishan Gypsum Co., Ltd., a controlled subsidiary of the Company, and Ningyang Sub-branch of Industrial and Commercial Bank of China on October 24th 2007, Taishan Gypsum Co., Ltd. mortgaged 31 sets of machinery/equipment in Taian City to Ningyang Sub-branch of Industrial and Commercial Bank of China as guarantee for the RMB 8.40 million borrowed by Taishan Gypsum Co., Ltd. from Ningyang Sub-branch of Industrial and Commercial Bank of China, for a mortgage term ending on October 22nd 2008.

BNBMPLC0000834

北新集团建材股份有限公司 2007 年年度报告



北新集团建材股份有限公司

Beijing New Building Materials Public Limited Company

# 2007 年年度报告



北新集团建材股份有限公司董事会

## 2008 年 3 月 24 日

B:7/8/15-7/11/15
Exhibit 15-A

BNBMPLC0000606

北新集团建材股份有限公司 2007 年年度报告

*1、该资产系公司于2006年度收购泰安市东联投资贸易有限公司100%的股权时，按照评估公允价值确定公允价格高于股权取得时该公司账面净资产份额的差额，由于评估公允价值采用的方法为收益法，不能按组别划分所产生的差额，故在编制合并财务报表时将该资产归入本项目反映。

*2、该资产系公司所属子公司—泰安市东联投资贸易有限公司购买泰安市泰山首期净资产份额的差额。泰安市东联投资贸易有限公司对该股权采用权益法核算，在确认相关的投资收益时将原账面剩余期限摊销该股权投资差额。本公司在合并泰安东联时采用非流动资产组别划分所产生的差额，故在编制合并财务报表时将其归入本项目反映。

（2）与其他非流动资产相关的信息简列如下：

| 种 类 | 摊销期限 | 原值 | 本年计提 | 累计摊销金额 | 2007.12.31 | 剩余摊销年限 |
|---|---|---|---|---|---|---|
| 企业合并产生的不可辨识资产 *1 | 10年 | 23,682,283.71 | | 3,552,342.56 | 20,129,941.15 | 8年6个月 |
| 企业合并产生的不可辨识资产 *2 | 10年 | 9,755,586.51 | | 2,601,489.10 | 7,154,097.41 | 7年5个月 |
| 合 计 | | 33,437,870.22 | | 6,153,831.66 | 27,284,038.56 | |

## 19、资产减值准备

| 项 目 | 2006.12.31 | 本年计提 | 本年减少 转回 | 本年减少 转销 | 2007.12.31 |
|---|---|---|---|---|---|
| 一、坏账准备 | 24,699,144.18 | 23,125,604.68 | | 11,050,445.94 | 36,774,302.92 |
| 二、存货跌价准备 | 3,927,251.37 | | 2,450,000.00 | 102,984.59 | 1,374,266.78 |
| 三、可供出售金融资产减值准备 | | | | | |
| 四、持有至到期投资减值准备 | | | | | |
| 五、长期股权投资减值准备 | 2,583,963.58 | 3,325,452.57 | | | 5,909,416.15 |
| 六、投资性房地产减值准备 | | | | | |
| 七、固定资产减值准备 | 6,789,376.16 | | | 93,911.88 | 6,695,464.28 |
| 八、工程物资减值准备 | | | | | |
| 九、在建工程减值准备 | | | | | |
| 十、生产性生物资产减值准备 | | | | | |
| 十一、油气资产减值准备 | | | | | |
| 十二、无形资产减值准备 | | | | | |
| 十三、商誉减值准备 | 51,074.44 | 612,070.09 | | | 663,144.53 |
| 十四、其他 | | | | | |
| 合 计 | 38,050,809.73 | 27,063,127.34 | 2,450,000.00 | 11,247,342.41 | 51,416,594.66 |

## 20、所有权受到限制的资产

| 使用所有权受到限制的资产类别 | 2006.12.31 | 本年增加 | 本年减少 | 2007.12.31 |
|---|---|---|---|---|
| 一、用于抵押担保的资产 | 480,443,375.15 | 101,405,661.41 | 44,784,182.13 | 537,064,854.43 |
| 1. 房屋建筑物 | 257,456,446.94 | 47,829,367.52 | 6,265,200.41 | 299,020,614.05 |
| 2. 土地使用权 | 47,174,469.45 | 8,017,993.87 | 725,862.24 | 54,466,601.08 |
| 3. 机器设备 | 152,715,548.76 | 38,911,992.98 | 27,296,363.08 | 164,331,178.66 |
| 4. 运输设备 | 9,491,507.71 | 1,832,573.00 | 6,293,941.71 | 5,030,139.00 |
| 5. 其他设备 | 10,645,402.29 | 1,140,497.44 | 1,242,814.69 | 10,543,085.04 |
| 6. 定期存单 | 2,960,000.00 | 3,673,236.60 | 2,960,000.00 | 3,673,236.60 |
| 二、其他原因造成所有权受到限制的资产 | | | | |
| 合 计 | 480,443,375.15 | 101,405,661.41 | 44,784,182.13 | 537,064,854.43 |

公司所有权受到限制的资产的具体情况详见本财务报表附注八"或有事项及承诺事项"第3款的有关相

BNBMPLC0000689

北新集团建材股份有限公司 2007 年年度报告

关内容。

## 21、短期借款

| 借款类别 | | 2007.12.31 | 2006.12.31 |
|---|---|---|---|
| 信用借款 | | 530,000,000.00 | 281,000,000.00 |
| 担保借款 | * 1 | 606,000,000.00 | 530,303,942.69 |
| 质押借款 | * 2 | 3,550,035.60 | 2,897,627.56 |
| 抵押借款 | * 3 | 75,200,000.00 | 133,700,000.00 |
| 委托借款 | * 4 | 292,060,000.00 | |
| 担保/抵押借款 | * 5 | 30,000,000.00 | |
| 合　计 | | 1,536,810,035.60 | 947,901,570.25 |

*1、上表列示的担保借款中：公司的控股股子公司－中建材投资有限公司的担保借款为 23,500 万元，系由本公司提供连带责任担保；公司的控股孙子公司－泰山石膏股份有限公司的担保借款为 33,600 万元，系由本公司提供连带责任担保；公司的控股孙子公司－秦皇岛泰山建材有限公司提供连带责任担保，公司的控股股子公司－苏州北新苏明矿棉板有限公司的担保借款为 2,000 万元，系由本公司提供连带责任担保。

*2、上表列示的质押借款为外币借款，原币金额为 486,000 美元（折合人民币为 3,550,035.60元），系由公司的控股孙子公司－深圳北新贸易有限公司借入。质押借款情况详见本附注五项"或有事项及承诺事项"中的第3款第（12）项。

*3、上表列示的抵押借款中：公司的控股子公司－宁阳支付的借款，泰山石膏股份有限公司以位于泰安市公司所属的部分机器设备作为抵押物，作为其借款保证；公司的控股孙子公司－潍坊泰和有限公司在中国工商银行股份有限公司安庄支行的抵押借款为1,950万元，以潍坊泰和有限公司所属的土地使用权、部分房产及机器设备作为抵押物，作为其借款保证。抵押物情况详见本附注五项"或有事项及承诺事项"中第3款第（1）至（5）项及第（10）项。

*4、上表列示的委托借款系母公司借入，委托放款的债权人为本公司的控股股东－中国建材股份有限公司，受托放款银行为中国光大银行股份有限公司北京新源支行。

*5、上表列示的抵保/抵押借款系公司的控股孙子公司－江阴泰山石膏建材有限公司借入，其中：在中国农业银行江阴市支行的借款1,000万元，由泰山石膏股份有限公司提供连带责任担保，并且将江阴泰山石膏建材有限公司的房地产"（土地使用权证为"港土国用（2004）第012794 号"，房产证为"房权证证第字sg0002181 号"）抵押给该行；在中国银行江阴支行的借款2,000万元，由泰山石膏有限公司提供连带责任担保，并且将江阴泰山石膏建材有限公司的土地使用权（土地使用权证为"港土国用（2006）第008534 号"）抵押给该行。抵押物情况详见本附注五项"或有事项及承诺事项"的第3款第（8）至（9）项。

## 22、应付票据

（1）应付票据构成情况如下：

| 票据种类 | 数量 | 2007.12.31 | 2006.12.31 |
|---|---|---|---|
| 银行承兑汇票 | 193张 | 219,651,445.16 | 392,480,241.57 |
| 合　计 | | 219,651,445.16 | 392,480,241.57 |

（2）应付票据年末余额较上年末减少172,828,796.41 元，减少的比例为 44.04%，减少的主要原因系公司应付票据年末余额与本年度采用银行承兑汇票方式结算货款的比例减少所致。

（3）应付票据年末余额中，无应付持有本公司5%（含5%）以上股份的股东单位的应付票据，亦无质押的应付票据。

BNBMPLC0000690

北新集团建材股份有限公司 2007 年年度报告

| | 2007.12.31 | | 2006.12.31 | |
| --- | --- | --- | --- | --- |
| | 金额 | 比例 | 金额 | 比例 |
| 二年至三年 | 22,971,036.10 | 20.81% | 20,136,014.83 | 4.54% |
| 三年至四年 | 5,875,240.61 | 5.32% | 10,576,391.28 | 2.38% |
| 四年至五年 | 8,259,128.88 | 7.48% | 1,990,214.94 | 0.45% |
| 五年以上 | 1,990,951.54 | 1.80% | 91,869.78 | 0.02% |
| 合　计 | 110,383,338.69 | 100.00% | 443,637,965.64 | 100.00% |

(2) 其他应付款年末余额较上年末减少 333,254,626.95 元，减少的比例为 75.12%，减少的主要因素系公司向本公司控股股东的子公司-中建材投资有限公司向本公司的母公司-中国建材股份有限公司归还流动资金所致。

(3) 其他应付款年末余额中，无应付持有本公司 5% 以上股份的股东单位的款项。

(4) 其他应付款年末余额中，前五名欠款户的金额合计及占其他应付款总额的比例如下：

| | 2007.12.31 | | 2006.12.31 | |
| --- | --- | --- | --- | --- |
| | 金额 | 比例 | 金额 | 比例 |
| 合　计 | 373,252,661.91 | 84.13% | 23,674,363.04 | 21.45% |

### 29、一年内到期的长期负债

| 借款单位 | 2007.12.31 | 借款期限 | 年利率 | 借款条件 |
| --- | --- | --- | --- | --- |
| 中国银行北京市分行西三旗分理处 | 23,000,000.00 | 2003.11.14-2008.11.14 | 5.832% | 信用借款 |
| 中国农业银行江阴市支行 | 15,550,000.00 | 2005.09.12-2008.03.30 | 7.20% | 担保借款 |
| 合　计 | 38,550,000.00 | | | |

上表列示的担保借款系公司的控股孙子公司-江阴泰山石膏建材有限公司借入，该担保借款由公司的控股子公司-泰山石膏股份有限公司提供连带责任担保。

### 30、其他流动负债

(1) 其他流动负债组成情况如下：

| 项　目 | 2007.12.31 | 2006.12.31 |
| --- | --- | --- |
| 递延收益 | 9,570,000.00 | |
| 场地租赁费 | 157,500.00 | 221,983.62 |
| 水电气费 | | 191,666.71 |
| 加工费 | | 46,068.78 |
| 其他 | | 48,594.35 |
| 合　计 | 9,727,500.00 | 508,313.46 |

(2) 递延收益明细项目如下：

| 拨款单位 | 文号或合同号 | 2007.12.31 | 款项性质 | 期末余额 |
| --- | --- | --- | --- | --- |
| 泰安市财政局 | 泰财建指[2007]43号 | 150,000,000.00 | 国家补助系本建设支出-综合利用脱硫石膏生产纸面石膏板技术改造项目 | 3,400,000.00 |
| 泰安市财政局 | 泰财建指[2007]108号 | 100,000,000.00 | 节能技术改造财政资助资金-石膏板干燥废气余热利用项目 | 3,770,000.00 |
| 上海泰永发展有限公司 | | 27,000,000.00 | 节能技术改造财政支出-石膏板干燥废余热利用工程 | 2,400,000.00 |
| 泰安市财政局 | 泰财建指[2007]195号 | 50,000,000.00 | 国家补助系本建设支出-护面纸须国h污染物综合利用工程 | 9,570,000.00 |

### 31、长期借款

| 借款单位 | 2007.12.31 | 借款期限 | 年利率% | 借款条件 |
| --- | --- | --- | --- | --- |
| 中国建设银行北京太平庄支行 | 150,000,000.00 | 2004.12.24-2009.12.23 | 6.966% | 信用借款 |
| 中国建设银行北京太平庄支行 | 100,000,000.00 | 2006.12.21-2009.12.20 | 6.804% | 信用借款 |
| 上海建东发展银行北京黄寺支行 | 27,000,000.00 | 2006.12.20-2009.12.19 | 5.670% | 信用借款 |
| 交通银行北京天坛支行 | 127,000,000.00 | 2007.09.11-2010.06.11 | 6.723% | 信用借款 |
| 交通银行北京天坛支行 | 50,000,000.00 | 2004.09.24-2009.09.24 | 5.022% | 担保借款 *1 |

BNBMPLC0000693

北新集团建材股份有限公司 2007 年年度报告

| 银行 | 金额 | 起止日期 | 利率 | 类别 |
|---|---|---|---|---|
| 交通银行北京天坛支行 | 70,000,000.00 | 2004.09.24-2009.09.24 | 5.265% | 担保借款 *1 |
| 中国建设银行江津支行 | 29,000,000.00 | 2006.03.17-2011.03.16 | 7.120% | 担保借款 *2 |
| 中国建设银行江津支行 | 6,000,000.00 | 2007.01.22-2010.01.21 | 5.250% | 担保借款 *2 |
| 中国工商银行宁阳支行 | 10,000,000.00 | 2007.08.29-2009.08.20 | 7.200% | 担保借款 *3 |
| 中国工商银行宁阳支行 | 10,000,000.00 | 2007.08.29-2010.08.20 | 7.200% | 担保借款 *3 |
| 中国工商银行宁阳支行 | 10,000,000.00 | 2007.08.29-2011.08.19 | 7.380% | 担保借款 *3 |
| 上海浦东发展银行苏州分行 | 30,000,000.00 | 2007.11.02-2012.11.02 | 6.885% | 担保借款 *3 |
| 中国银行泰山分行 | 26,000,000.00 | 2006.07.25-2009.07.20 | 7.020% | 抵押借款 *4 |
| 中国农业银行泰安分行 | 10,000,000.00 | 2007.01.04-2009.12.23 | 6.844% | 抵押借款 *5 |
| 中国农业银行深南支行 | 144,500,000.00 | 2006.06.02-2016.06.01 | 5.751% | 抵押借款 *6 |
| 合 计 | 799,500,000.00 | | | |

* 1、系母公司借入，由公司的控股股东-中国建材股份有限公司提供连带责任担保。

* 2、由公司控股的孙子公司-江津泰山石膏建材有限公司借入，由公司的控股子公司-泰山石膏股份有限公司提供连带责任担保。

* 3、其中：中国工商银行宁阳支行的借款 3,000 万元系由公司控股的子公司-泰山石膏股份有限公司借入，由本公司提供连带责任担保；上海浦东发展银行苏州分行的借款 3,000 万元系由公司控股的全资子公司-太仓北新建材有限公司借入，由本公司提供连带责任担保。

* 4、由公司控股的子公司-泰山石膏股份有限公司借入，其中 2,000 万元借款以其位于泰安市的部分房产作为抵押物，另外 600 万元借款以其位于泰安市部分土地使用权作为抵押物。抵押物情况详见本附注第八项"或有事项及承诺事项"中的第3款第（6）项的相关内容。

* 5、由公司控股的子公司-泰山石膏股份有限公司借入，以泰山石膏股份有限公司位于泰安市房地产（房产证号"泰房权证泰字第112903号"，土地使用证号"泰土国用（2003）第0341号"），土地使用权（土地使用证号"泰土国用（2003）第0341号"）作为抵押物。抵押物情况详见本附注第八项"或有事项及承诺事项"中的第3款第（7）项的相关内容。

* 6、由公司控股的子公司-中建材投资有限公司借入，以中建材投资有限公司北新家居中心1、2、3栋房产作为抵押物。抵押物担保情况详见本附注第八项"或有事项和承诺事项"中的第3款第（11）项的相关内容。

### 32、长期应付款

| 项目名称 | 应付原因 | 2007.12.31 | 2006.12.31 |
|---|---|---|---|
| 提留费用 | 改制预留* | 14,691,333.07 | 15,215,046.00 |
| 一次性房补贴 | 改制预留 | 7,877,312.07 | 7,877,312.07 |
| 职工住房维修基金 | 尚未结算 | 418,681.50 | 418,681.50 |
| 职工房改款 | 尚未结算 | 907,409.30 | 907,409.30 |
| 五年期住房公积金贷款 | 尚未结算 | | 594,510.90 |
| 合 计 | | 23,894,735.94 | 25,012,959.77 |

* 上述长期应付款款系根据泰安市国有资产经营有限公司于2002年7月2日下发的《关于山东泰和泰山面石膏板总厂（集团）人员提留费用的请示》并报经泰安市劳动和社会保障局同意，提取的应付泰山面石膏板总厂（集团）改制中解决劳动离退休、工伤、职业病、内退等人员尚未支付的相关费用。

BNBMPLC0000694

BNBMPLC0000713

（19）根据公司的控股子公司-中建材投资有限公司与深圳平安银行股份有限公司深圳福星支行于2007年8月21日签订的《综合授信额度合同》（深罗银（福星）授信字（2007）第（A1103707000019）号）规定，深圳平安银行福星支行为其提供最高额不超过人民币壹亿陆仟万元的综合授信额度，期限为一年。本额度覆盖一年期综合授信额度合同项下贷余额。中建材投资有限公司于2006年6月2日与深圳平安银行福星支行签订的《综合授信额度合同》综合授信额度合同项下的共同使用人，使用额度不超过人民币叁仟万元。截至2007年12月31日，该合同项下的借款余额为 9,000 万元。

（20）根据公司控股的子公司-泰山石膏股份有限公司与中国光大银行济南分行于2007年8月24日签订的《综合授信协议》规定，中国光大银行济南分行在2007年8月24日至2008年8月23日期间向泰山石膏股份有限公司提供人民币 3,000 万元的授信额度。截至2007年12月31日，在该授信协议项下借款余额为 3,000 万元。

2、截至2007年12月31日，公司担保情况如下：

（1）根据公司与中国建设银行股份有限公司深圳市分行于2007年6月13日签订的《综合融资额度保证合同》，本公司为公司的控股子公司-中建材投资有限公司在中国建设银行股份有限公司深圳市分行的叁亿陆仟万元授信额度提供连带保证责任。期限为中建材投资有限公司与该行签订的"借2007综04830588R"《综合融资额度合同》债务履行期限届满之日后两年止。截至2007年12月31日，该合同项下的借款余额为 14,500 万元。

（2）根据公司与中国农业银行深圳分行于2007年8月15日签订的《最高额保证合同》，本公司为公司的控股子公司-中建材投资有限公司在中国农业银行深圳市分行的贰亿元人民币综合授信项下的借款提供连带保证责任。期限为中建材投资有限公司与该行签订的"81905207000000000006号"《最高额综合授信合同》债务履行期限届满之日后两年止。同时，根据中建材投资有限公司与中国农业银行深圳市分行签订的《最高额保证合同》规定，中建材投资有限公司为其所属子公司-深圳红土新贸易有限公司在该行上述综合授信项下的债务提供连带保证责任。期限为债务履行期限届满之日起二年止。截至2007年12月31日，该综合授信额度合同项下无借款余额。

（3）根据公司与深圳平安银行深圳福星支行于2007年8月20日签订的《保证合同》规定，公司为中建材投资有限公司在深圳平安银行深圳福星支行的壹亿陆仟万元人民币综合授信额度提供连带保证责任。期限为中建材投资有限公司与该行签订的"深商银（营）授信字（2007）第（A1103707000019）号"《综合授信额度合同》债务履行期限届满之日后两年止。截至2007年12月31日，该合同项下的借款余额为 9,000 万元。

（4）根据公司与上海浦东发展银行苏州分行于2007年11月2日签订的"YB90120072801890l"《保证合同》规定，本公司为公司的全资子公司-太仓北新建材有限公司在该行的人民币中长期授额1.2亿元提供连带责任担保。保证期限为债务履行期限届满之日后两年止。截至2007年12月31日，太仓北新建材有限公司在该行的长期借款金额为 3,000 万元。

（5）根据公司的控股子公司-中建材投资有限公司与深圳发展银行深圳红土支行签订《最高额保证担保合同》。根据公司与深圳红土支行于2007年11月2日签订的《综合授信额度合同》（深发红宝综保字第2007032306号）最高额不超过人民币贰仟万元。同时，根据中建材投资有限公司与深圳红土支行签订的《最高额保证合同》规定，中建材投资有限公司为其所属子公司-深圳红土新贸易有限公司在该行上述综合授信额度内最高额不超过人民币贰仟万元的债务提供连带责任担保。期限为履行债务期限届满之日起二年止。截至2007年12月31日，该综合授信

BNBMPLC0000714

额度合同项下无借款余额。

（6）根据公司与中国农业银行苏州高新技术产业开发区支行于2007年8月29日签订的《最高额保证合同》规定，本公司为控股子公司—苏州北新彩钢板有限公司在中国农业银行苏州高新技术产业开发区支行的人民币 2,000 万元借款提供连带责任担保，担保期限及该债务履行期满之日起二年。

（7）根据公司与交通银行泰安分行于2007年3月15日签订的"37910022007AM00000400号"《最高额保证合同》规定，本公司为公司控股子公司—泰山石膏股份有限公司与交通银行泰安分行约定的最高额人民币5,850万元银行信贷业务提供连带保证责任。担保的期限及债务履行期限届满之日后两年止。截至2007年12月31日，泰山石膏股份有限公司与交行的短期借款金额为人民币 4,500 万元。

（8）根据公司与中国工商银行宁阳支行于2007年8月30日签订的"2007年宁阴（保）字0008号"《最高额保证合同》规定，本公司为公司的控股子公司—泰山石膏股份有限公司与中国工商银行股份有限公司宁阳支行约定的最高额人民币7,110万元借款提供连带保证责任。担保的期限及每笔借款合同确定的借款到期之次日起两年。截至2007年12月31日，泰山石膏股份有限公司在该行的短期借款金额为人民币 3,700 万元。

（9）根据公司与中国银行泰安市分行于2007年3月9日签订的"3790520070000165号"《最高额保证合同》规定，本公司为公司的控股子公司—泰山石膏股份有限公司与中国银行泰安市分行约定的最高额不超过人民币17,500万元银行信贷业务提供连带保证责任。担保的期限从借款合同生效之日开始到最后一期还款履行期届满之日起两年。截至2007年12月31日，泰山石膏股份有限公司在该行的短期借款金额为人民币 6,400 万元。

（10）根据公司与中国银行股份有限公司于2007年4月20日签订的"2007年泰中银保字第0420号"《最高额保证合同》规定，本公司为公司的控股子公司—泰山石膏股份有限公司与中国银行股份有限公司贷款约定的最高额不超过17,400万元银行信贷业务提供连带保证责任。担保的期限从借款合同生效之日开始到最后一期还款履行期届满之日起两年。截至2007年12月31日，泰山石膏股份有限公司在该行的短期借款金额为人民币 16,000 万元。

（11）根据公司与中国光大银行济南分行于2007年8月24日签订的"7698-07-6-134D号"《最高额保证合同》规定，本公司为公司的控股子公司—泰山石膏股份有限公司与中国光大银行济南分行签订的第"7698-07-6-134"号《综合授信协议》约定的综合授信额度最高本金余额人民币3,000万元提供连带责任担保。担保的期限及债务履行期届满之日起二年。截至2007年12月31日，泰山石膏股份有限公司在该行的短期借款金额为人民币 3,000 万元。

（12）根据公司与中国工商银行股份有限公司于2007年8月28日签订的"2007年（保）字000031号"《保证合同》规定，本公司为公司的控股子公司—泰山石膏股份有限公司与中国工商银行股份有限公司宁阳支行签订的"2007年（宁阳）字0032号"金额为 4,100 万元的借款合同提供连带责任担保。担保的期限及借款到期次之次日起两年。截至2007年12月31日，泰山石膏股份有限公司在该行的长期借款金额为人民币 3,000 万元。

（13）根据公司的控股子公司—泰山石膏股份有限公司《保证合同》规定，泰山石膏股份有限公司与中国农业银行江阴市支行于2007年12月24日签订的"329012007000024215号"《保证合同》规定，泰山石膏股份有限公司为其控股子公司—江阴泰山石膏建材有限公司在该银行的1,000万元短期流动资金贷款提供连带保证责任担保。保证的期限为债务人履行期限届满之日起二年。

（14）根据公司的控股子公司—泰山石膏股份有限公司与中国中港支行于2007年11月28日签订的"G-208-85-D-2007-022号"《保证合同》规定，泰山石膏股份有限公司为其控股子公司—江阴泰山石膏建材有限公司在该银行贷款2,000万元贷款的人民币贷款提供连带保证责任担保，保证

# ATTACHMENT "D"

## TO EXHIBIT 162-1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED
DRYWALL
PRODUCTS LIABILITY
LITIGATION

*
*
*
*
*

MDL NO. 2047

SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

**************************************************

# BNBM PLC Announcements of
# Temporary and Interim Meetings of the
# Board of Directors (2005–March 2015)

## BNBMPLC0004391-4958

B: 7/8/15-7/11/15
Exhibit 101

Announcement of Final Decision of the 15th (Temporary)
Meeting of the Third Session of Board of Directors
2006-01-24 06:48

Stock abbreviation: BNBMPLC; stock code: 000786; announcement number: 2006-001

Beijing New Building Materials
Public Limited Company

Announcement of Final Decision of the 15th (Temporary) Meeting of the Third Session of Board of Directors

All members of Board of Directors guarantee that report is faithful, accurate and complete, without false representation, misleading statement or major omission.

BNBMPLC distributed the notice about holding the 15th Interim Meeting of the Third Board of Directors on Jan.13, 2006 by email, and the vote was performed by fax (include direct service) on Jan.23, 2006 on the premise that the members of the Board of Directors have a strong understanding of the events to be resolved, nine directors taken a vote, in accordance with relevant provisions of the Company Law and Articles of Association. It was resolved that

I. Proposal of employing and dismissing senior executives.

As the nominating of the general manager Wang Bing, Zhang Chengong is employed as the vice general manager and the term will be the same as the current Board of Directors. (Assume of Zhang Chengong sees Annex)

Tao Yong is agreed to resign from the vice general manager due to the change on job.

The independent directors made independent opinions for this proposal and agreed with that the employing the senior executives will benefit the company governance and construction and promote the company development, and the qualification of the employed people is legal. The employing and dismissing procedures met relevant provisions of the Company Law and the Articles of Association, and the reviewing and voting procedures for senior executive employing and dismissing are legal and valid.

It was resolved with nine concurring votes, zero dissenting vote and zero abstention.

II. Proposal of providing guarantees for Shandong Taihe Dongxin Co., Ltd.

The company held 42% stocks of Shandong Taihe Dongxin Co.,

BNBMPLC0004415

BNBMPLC0004416

Ltd. and held the most seats in its Board of Directors. In accordance with the Articles of Association of Shandong Taihe Dongxin Co., Ltd., the company can combine the accounting statements of Shandong Taihe Dongxin Co., Ltd. and become the holding stockholder of Shandong Taihe Dongxin Co., Ltd.    Shandong Taihe Dongxin Co., Ltd. exchanged guarantees for the loan in bank with the local enterprises. As capital increase in Shandong Taihe Dongxin Co., Ltd., the operation quality of Shandong Taihe Dongxin Co., Ltd. obviously increased, thus the mutual guarantee risk can be effectively controlled. With negotiation with the lending bank and the enterprises providing mutual guarantees, Shandong Taihe Dongxin Co., Ltd. is proposed to terminate all mutual guarantees with the third party. Herein, the guarantees provided by the local enterprise for the bank loan of Shandong Taihe Dongxin Co., Ltd. will be proposed to be provided by the company. In light of the original loan of Shandong Taihe Dongxin Co., Ltd., the company proposed to provide the following guarantees:

1. Guarantees for general credit limit of one hundred and fifteen million Yuan for Shandong Taihe Dongxin Co., Ltd. in Agricultural Bank of China Taian Branch and the term is one year;

2. Guarantees for general credit limit of ninety million Yuan for Shandong Taihe Dongxin Co., Ltd. in Bank of China Taian Branch and the term is one year;

3. Guarantees for general credit limit of thirty-three million six hundred thousand Yuan for Shandong Taihe Dongxin Co., Ltd. in Industrial and Commercial Bank of China Taian Branch and the term is one year;

4. Guarantees for general credit limit of ten million Yuan for Shandong Taihe Dongxin Co., Ltd. in China Construction Bank Taian Qingnianlu Sub-branch and the term is one year;

5. Guarantees for general credit limit of sixty million Yuan for Shandong Taihe Dongxin Co., Ltd. in Bank of Communications Taian Branch and the term is one year;

6. Guarantees for general credit limit of thirty million Yuan for Shandong Taihe Dongxin Co., Ltd. in China Citic Bank Jinan Branch and the term is one year;

7. Guarantees for general credit limit of twenty million Yuan for Shandong Taihe Dongxin Co., Ltd. in Industrial Bank Jinan Branch and the term is one year;

8. Guarantees for general credit limit of thirty million Yuan for Shandong Taihe Dongxin Co., Ltd. in Shanghai Pudong Development Bank Jinan Branch and the term is one year;

The amount of guarantees above is three hundred and eighty-eight million six hundred thousand Yuan Only.

By the end of Jan.22, 2006, the amount of guarantees reached 520

million Yuan, the product of the amount of external guarantees and the held stocks is 152.48 million Yuan, and thus the total external guarantees of the company and the subsidiary reached 672.48 million Yuan, accounting for 48.8% of the net assets in the audited combined accounting statement by the end of Dec.31, 2004. The amount of the guarantees to the subsidiary reached 520 million Yuan, accounting for 37.7% of the audited combined accounting statement by the end of Dec.31, 2004.

It was resolved with nine concurring votes, zero dissenting vote and zero abstention.

Such distribution plan is subject to review by Annual General Meeting of 2012.

Notice of Hosting the First Temporary Shareholder's Meeting of 2012

In light that the 15th interim meeting of the Third Board of Directors resolved the proposal of providing guarantees to Shandong Taihe Dongxin Co., Ltd., it is decided that the 2006s first extraordinary general meeting will be held on Feb.24, 2006 for resolving this proposal.

It was resolved with nine concurring votes, zero dissenting vote and zero abstention.

It is hereby announced.

Beijing New Building Materials

Public Limited Company

FORMCHECKBOX   Boards

23 Jan 2006

Enclosed:

Assumes of new senior executives

Zhang Chengong, male, born in 1972, probationary party member, master of business administration, international business operator General manager assistant and general manager of heating and pipeline system business department of BNBMPLC, chairman of BNBM Plastic Pipes Co., Ltd.

BNBMPLC0004417

**Announcement of Final Decision of the 15th (Temporary)**
**Meeting of the Third Session of Board of Directors**
2006-01-24 06:48

Stock abbreviation: BNBMPLC; stock code: 000786; announcement number: 2006-001

Beijing New Building Materials Public Limited Company

Announcement of Final Decision of the 15th (Temporary) Meeting of the Third Session of Board of Directors

All members of Board of Directors guarantee that report is faithful, accurate and complete, without false representation, misleading statement or major omission.

BNBMPLC distributed the notice about holding the 15th Interim Meeting of the Third Board of Directors on Jan.13, 2006 by email, and the vote was performed by fax (include direct service) on Jan.23, 2006 on the premise that the members of the Board of Directors have a strong understanding of the events to be resolved, nine directors taken a vote, in accordance with relevant provisions of the Company Law and Articles of Association. It was resolved that

I. Proposal of employing and dismissing senior executives.

As the nominating of by the general manager Wang Bing, Zhang Chengong is employed as the vice general manager and the term will be the same as the current Board of Directors. (Assume Resume of Zhang Chengong sees Annex)

Tao Yong is agreed to resign from the vice general manager due to the change on job.

The independent directors made independent opinions for this proposal and agreed with that the employing the senior executives will benefit the company governance and construction and promote the company development, and the qualification of the employed people is legal. The employing and dismissing procedures met relevant provisions of the Company Law and the Articles of Association, and the reviewing and voting procedures for senior executive employing and dismissing are legal and valid.

It was resolved with nine concurring votes, zero dissenting vote and zero abstention.

II. Proposal of providing guarantees for Shandong Taihe Dongxin Co., Ltd.

The company held 42% stocks of Shandong Taihe Dongxin Co., Ltd. and held the most seats in its Board of Directors. In accordance with the Articles of

BNBMPLC00004415-B

Association of Shandong Taihe Dongxin Co., Ltd., the company can ~~combine~~should consolidate the accounting statements of Shandong Taihe Dongxin Co., Ltd. and become the ~~holding stockholder~~controlling shareholder of Shandong Taihe Dongxin Co., Ltd. Shandong Taihe Dongxin Co., Ltd. exchanged guarantees for the loan in bank with the local enterprises. As capital increase in Shandong Taihe Dongxin Co., Ltd., the operation quality of Shandong Taihe Dongxin Co., Ltd. obviously increased, thus the mutual guarantee risk can be effectively controlled. With negotiation with the lending bank and the enterprises providing mutual guarantees, Shandong Taihe Dongxin Co., Ltd. is proposed to terminate all mutual guarantees with the third party. Herein, the guarantees provided by the local enterprise for the bank loan of Shandong Taihe Dongxin Co., Ltd. will be proposed to be provided by the company. In light of the original loan of Shandong Taihe Dongxin Co., Ltd., the company proposed to provide the following guarantees:

1. Guarantees for general credit limit of one hundred and fifteen million Yuan for Shandong Taihe Dongxin Co., Ltd. in Agricultural Bank of China Taian Branch and the term is one year;

2. Guarantees for general credit limit of ninety million Yuan for Shandong Taihe Dongxin Co., Ltd. in Bank of China Taian Branch and the term is one year;

3. Guarantees for general credit limit of thirty-three million six hundred thousand Yuan for Shandong Taihe Dongxin Co., Ltd. in Industrial and Commercial Bank of China Taian Branch and the term is one year;

4. Guarantees for general credit limit of ten million Yuan for Shandong Taihe Dongxin Co., Ltd. in China Construction Bank Taian Qingnianlu Sub-branch and the term is one year;

5. Guarantees for general credit limit of sixty million Yuan for Shandong Taihe Dongxin Co., Ltd. in Bank of Communications Taian Branch and the term is one year;

6. Guarantees for general credit limit of thirty million Yuan for Shandong Taihe Dongxin Co., Ltd. in China Citic Bank Jinan Branch and the term is one year;

7. Guarantees for general credit limit of twenty million Yuan for Shandong Taihe Dongxin Co., Ltd. in Industrial Bank Jinan Branch and the term is one year;

8. Guarantees for general credit limit of thirty million Yuan for Shandong Taihe Dongxin Co., Ltd. in Shanghai Pudong Development Bank Jinan Branch and the term is one year;

The amount of guarantees above is three hundred and eighty-eight million six hundred thousand Yuan Only.

By the end of Jan.22, 2006, the amount of guarantees reached 520 million Yuan, the product of the amount of external guarantees and the held stocks is

BNBMPLC00044416.E

152.48 million Yuan, and thus the total external guarantees of the company and the controlled subsidiary reached 672.48 million Yuan, accounting for 48.8% of the net assets in the audited combined consolidated accounting statement by the end of Dec.31, 2004.  The amount of the guarantees to the subsidiary reached 520 million Yuan, accounting for 37.7% of the audited combined consolidated accounting statement by the end of Dec.31, 2004.

It was resolved with nine concurring votes, zero dissenting vote and zero abstention.

Such distribution plan This proposal is subject to review by Annual General Meeting of 2012 2006.

Notice of Hosting the First Temporary Shareholder's Meeting of 2012 2006

In light that the 15th interim meeting of the Third Board of Directors resolved the proposal of providing guarantees to Shandong Taihe Dongxin Co., Ltd., it is decided that the 2006s first extraordinary general meeting will be held on Feb.24, 2006 for resolving this proposal.

It was resolved with nine concurring votes, zero dissenting vote and zero abstention.

It is hereby announced.

Beijing New Building Materials

Public Limited Company

FORMCHECKBOX Boards

23 Jan 2006

Enclosed:

Assume Resumes of new senior executives

Zhang Chengong, male, born in 1972, probationary party member, master of business administration, international business operator General manager assistant and general manager of heating and pipeline system business department of BNBMPLC, chairman of BNBM Plastic Pipes Co., Ltd.

BNBMPLC0000417.R

BNBMPLC0004413

股票简称：北新建材　股票代码：000786　公告编号：2006-001

2006-01-24 06:48

北新集团建材股份有限公司
第三届董事会第十五次临时会议决议公告

本公司及董事会全体成员保证公告内容的真实、准确和完整，没有虚假记载、误导性陈述或者重大遗漏。

北新集团建材股份有限公司（以下简称公司）董事会于2006年1月13日以电子邮件形式发出关于召开公司第三届董事会第十五次临时会议的通知，在公司董事会成员充分了解所审议事项的前提下，本次会议于2006年1月23日采用传真方式（包括直接送达）进行表决，全体9名董事参加了表决，符合《公司法》和《公司章程》的有关规定。会议经过审议、表决通过以下决议。

一、审议通过了《关于聘任及解聘高管的议案》。
经总经理王先生先生提名，聘任张宸省先生为公司副总经理，任期与本届董事会一致。（张宸省先生简历见附件）
同意陶勇先生因工作变动辞去公司副总经理职务。
公司独立董事就本项议案发表了独立意见，认为公司上述高级管理人员的聘任和聘聘程序符合《公司法》和《公司章程》有关的规定。本次聘任和解聘程序合法有效。
该议案以9票同意、0票反对、0票弃权表决通过。

二、审议通过了《关于为山东泰和东新股份有限公司提供担保的议案》。
公司持有山东泰和东新股份有限公司（以下简称泰和）42％的股份，占有泰和董事会的过半数的席位，根据泰和章程的规定。公司合并报表将泰和的会计报表、为泰和的控股股东。
泰和现采用公司贷款融资保风险。经与贷款银行及五保企业提供的担保，现据由公司提供担保。泰和经营质量明显提升，为有效地控制互保风险。经与贷款银行的贷款，现据由公司提供担保。
根据泰和授款情况，公司拟提出以下担保：

1、为泰和在中国农业银行泰安市分行的叁亿壹仟万元综合授信额度提供保证担保，期限一年；

2、为泰和在中国银行股份有限公司泰安分行的玖仟万元综合授信额度提供保证担保，期限一年；

3、为泰和在中国工商银行泰安市分行的叁佰陆拾万元流动资金借款提供保证担保，期限一年；

4、为泰和在中国建设银行股份有限公司泰安青年路分行的壹仟万元流动资金借款提供保证担保，期限一年；

5、为泰和在交通银行泰安分行的陆仟万元综合授信额度提供保证担保，期限一年；

6、为泰和在济南分行济南分行的壹仟伍佰万元流动资金借款提供保证担保，期限一年；

7、为泰和兴业银行济南分行的贰仟万元流动资金借款提供保证担保，期限一年；

8、为泰和在上海浦东发展银行济南分行的叁仟万元流动资金借款提供保证担保，期限一年；

以上担保金额合计为人民币叁亿贰仟肆佰捌拾陆万元整。
截止到2006年1月22日，本公司对外担保余额为52,000万元，控股子公司对外担保金额累计以公司其实控股投资额为15,248万元，以上两项合计后本公司对外担保总额为67,248万元，占公司2004年12月31日经审计的合并会计报表净资产的48.8％，本公司对控股子公司的担保总额为52,000万元，占公司2004年12月31日经审计的合并净资产的37.7％。

该议案以9票同意、0票反对、0票弃权表决通过。
本项议案需提交公司2006年第一次临时股东大会审议。

三、审议通过了《关于召开公司第十五次临时会议决议通过了《关于为山东泰和东新股份有限公司提供担保的议案》，现决定于2006年2月24日召开2006年第一次临时股东大会，审议该项议案。

该议案以9票同意，0票反对，0票弃权获得通过。

特此公告。

附：
新聘高管人员简历
张宸宫，男，1972年生，中共预备党员，工商管理硕士，国际商务师。曾任北新集团建材股份有限公司总经理助理、采暖及管道系统事业部总经理、北新塑管有限公司董事长。

北新集团建材股份有限公司
董　事　会
2006年1月23日

BNBMPLC0004414

Stock abbreviation: BNBMPLC; stock code: 000786;

announcement number: 2006-023

Beijing New Building Materials Public Limited Company

Announcement of Final Decision of the 18th （Temporary）

Meeting of the Third Session of Board of Directors

All members of Board of Directors guarantee that report is

faithful, accurate and complete, without false representation,

misleading statement or major omission.

BNBMPLC distributed the notice about holding the 18th Interim

Meeting of the Third Board of Directors on Jul.3, 2006 by email,

and the vote was performed by fax (include direct service) on Jul.6,

2006 on the premise that the members of the Board of Directors

have a strong understanding of the events to be resolved, nine

directors taken a vote, in accordance with relevant provisions of the

Company Law and Articles of Association. The meeting passed the

following resolutions through voting:

I. Proposal of providing guarantees to Suzhou Tianfeng New

Building Material Co. Ltd.

Suzhou Tianfeng New Building Material Co. Ltd. is our

subsidiary. As the requirement of production operation of Suzhou

BNBMPLC0004435

Tianfeng New Building Material Co. Ltd., the company agreed to provide guarantee for current fund loan of 4 million Yuan to Suzhou Tianfeng New Building Material Co. Ltd. in Agricultural Bank of China Suzhou National Hi-Tech Industry Development Zone Sub-branch and the term is one year.

By the end of Jul.5, 2006, all the external guarantees were the guarantees for the subsidiary, the amount of external guarantees reached 883.6 million Yuan, accounting for 60.04% of the net assets as described in the audited combined accounting statement by the end of Dec.31, 2005, and the amount of guarantees to the subsidiary reached 91.55 million Yuan.

It was resolved with nine concurring votes, zero dissenting vote and zero abstention.

II. Proposal of providing guarantees to Shandong Taihe Dongxin Co., Ltd.

Shandong Taihe Dongxin Co., Ltd. is our subsidiary. As the requirement of production operation of Shandong Taihe Dongxin Co., Ltd., the company agreed to provide the following guarantees:

1. Guarantees for general credit limit loan of 90 million Yuan to Shandong Taihe Dongxin Co., Ltd. in China Construction Bank Taian Qingnianlu Sub-branch and the term is one year;

2. Guarantees for working capital loan of 10  million Yuan to

BNBMPLC0004438

Shandong Taihe Dongxin Co., Ltd. in Industrial and Commercial Bank of China Sub-branch and the term is one year.

The amount of guarantees above is one hundred million Yuan Only.

By the end of Jul.5, 2006, all the external guarantees were the guarantees for the subsidiary, the amount of external guarantees reached 883.6 million Yuan, accounting for 60.04% of the net assets as described in the audited combined accounting statement by the end of Dec.31, 2005, and the amount of guarantees to the subsidiary reached 91.55 million Yuan.

It was resolved with nine concurring votes, zero dissenting vote and zero abstention.

III. Proposal of reelecting members of strategy, auditing, nominating, and remuneration and assessment committees of the Board of Directors;

Members of strategy committee: Cao Jianglin, Wang Bing, Zhang Nailing, Wang Junsheng (independent director) and Liu Wenhu (independent director), Cao Jianglin holds the post of director of the committee.

Members of auditing committee: Liu Wenhu (independent director), Wang Junsheng (independent director) and Wang Bing, Liu Wenhu holds the post of director of the committee.

BNBMPLC0000437

Members of nominating committee: Zheng Jiayun (independent director), Wang Junsheng (independent director) and Cao Jianglin, Zheng Jiayun holds the post of director of the committee.

Members of remuneration and assessment committee: Wang Junsheng (independent director), Liu Wenhu (independent director) and Cao Jianglin, Wang Junsheng holds the post of director of the committee.

It was resolved with nine concurring votes, zero dissenting vote and zero abstention.

IV.  The "Proposal on Issuance of Corporate Bonds";

Original Article 13 After the registration in accordance with the law, the company's business scopes include technical development, technical service, technical consulting, technical training and manufacturing of novel building material, novel wall material, chemicals (exclude dangerous chemicals and 1st catalogue precursor chemical), water heating pipe fitting, decorative material, energy technology and product, building material machinery and electrical equipment and housing of novel building material, offered and developed product (except project without special permission), metal material, building material, decorative material, chemicals, wood, mineral product, hardware and electrical equipment, water

BNBMPLC0004438

heating pipe fitting, chemical light industrial material, building mechanisms, development and utilization of environmental protection and energy conservation products, export business of independently-developed product and related technology, import business of raw and auxiliary materials, mechanical equipment, instrument, spare parts and related technology for production and research, incoming material processing and "three-processing and one compensation". The business prohibited by the laws, administrative regulations, decisions of the State Council shall not be operated. The business that shall be approved by the laws, administrative regulations and decisions of the State Council shall be operated with approval of the approval authority and registration in administrative departments for industry and commerce. Those activities which have not prescribed by laws, administrative provisions and regulations of the State Council shall be chosen to operate.

It is revised as:

Article 13 After the registration in accordance with the law, the company's business scopes include technical development, technical service, technical consulting, technical training and manufacturing of novel building material, novel wall material, chemicals (exclude dangerous chemicals and 1st catalogue

BNBMPLC0004439

precursor chemical), water heating pipe fitting, decorative material, energy technology and product, building material machinery and electrical equipment and housing of novel building material, offered and developed product (except project without special permission), metal material, building material, decorative material, chemicals, wood, mineral product, hardware and electrical equipment, water heating pipe fitting, chemical light industrial material, building mechanisms, development and utilization of environmental protection and energy conservation products, export business of independently-developed product and related technology, import business of raw and auxiliary materials, mechanical equipment, instrument, spare parts and related technology for production and research, incoming material processing and "three-processing and one compensation", agency on export and import business of various products and technologies, except the goods and technologies which are limited to operate or prohibited to export and import by the State. The business prohibited by the laws, administrative regulations, decisions of the State Council shall not be operated. The business that shall be approved by the laws, administrative regulations and decisions of the State Council shall be operated with approval of the approval authority and registration in administrative departments for industry and commerce. Those

BNBMPLC0004440

activities which have not prescribed by laws, administrative provisions and regulations of the State Council shall be chosen to operate.

It was resolved with nine concurring votes, zero dissenting vote and zero abstention.

5. Notice of Hosting the Second Temporary Shareholder's Meeting of 2006 In light that the 17th Interim Meeting of the 3rd Board of Directors resolved the Proposal of providing guarantees to BNBM Logistics Co., Ltd., and the 18th Interim Meeting of the 3rd Board of Directors resolved the proposal of providing guarantees to Suzhou Tianfeng New Building Material Co. Ltd., Proposal of providing guarantees to Shandong Taihe Dongxin Co., Ltd. and the Proposal of modifying the Articles of Association, it is decided to hold 2006 Second Extraordinary General Meeting on Jul.24, 2006 for resolving the proposals above.

It was resolved with nine concurring votes, zero dissenting vote and zero abstention.

It is hereby announced.

Beijing New Building Materials Public Limited Company

BNBMPLC0004441

Board of Directors

July 6, 2006

BNBMPLC0004442

Stock abbreviation:  BNBMPLC; stock code:  000786;

announcement number:  2006-023

**Beijing New Building Materials Public Limited Company**

**Announcement of Final Decision of the 18th (Temporary)**

**Meeting of the Third Session of Board of Directors**

**All members of Board of Directors guarantee that report is**

**faithful, accurate and complete, without false representation,**

**misleading statement or major omission.**

BNBMPLC distributed the notice about holding the 18th Interim

Meeting of the Third Board of Directors on Jul.3, 2006 by email, and the

vote was performed by fax (include direct service) on Jul.6, 2006 on the

premise that the members of the Board of Directors have a strong

understanding of the events to be resolved, nine directors taken a vote, in

accordance with relevant provisions of the Company Law and Articles of

Association.  The meeting passed the following resolutions through voting:

I.  Proposal of providing guarantees to Suzhou Tianfeng New Building

Material Co. Ltd.

BNBMPLC0000435_R

1

Suzhou Tianfeng New Building Material Co. Ltd. is ~~our subsidiary~~is the controlled subsidiary of the Company. As the requirement of production operation of Suzhou Tianfeng New Building Material Co. Ltd., the company agreed to provide guarantee for current fund loan of 4 million Yuan to Suzhou Tianfeng New Building Material Co. Ltd. in Agricultural Bank of China Suzhou National Hi-Tech Industry Development Zone Sub-branch and the term is one year.

By the end of Jul.5, 2006, all the external guarantees were the guarantees for the controlled subsidiary, the amount of external guarantees reached 883.6 million Yuan, accounting for 60.04% of the net assets as described in the audited ~~combined~~ consolidated accounting statement by the end of Dec.31, 2005, and the amount of guarantees to the subsidiary reached 91.55 million Yuan.

It was resolved with nine concurring votes, zero dissenting vote and zero abstention.

II. Proposal of providing guarantees to Shandong Taihe Dongxin Co., Ltd.

Shandong Taihe Dongxin Co., Ltd. is ~~our~~ the controlled subsidiary of the Company. As the requirement of production operation of Shandong

BNBMPLC0004436-B

Taihe Dongxin Co., Ltd., the company agreed to provide the following guarantees:

1. Guarantees for general credit limit loan of 90 million Yuan to Shandong Taihe Dongxin Co., Ltd. in China Construction Bank Taian Qingnianlu Sub-branch and the term is one year;

2. Guarantees for working capital loan of 10 million Yuan to Shandong Taihe Dongxin Co., Ltd. in Industrial and Commercial Bank of China Sub-branch and the term is one year.

The amount of guarantees above is one hundred million Yuan Only.

By the end of Jul.5, 2006, all the external guarantees were the guarantees for the controlled subsidiary, the amount of external guarantees reached 883.6 million Yuan, accounting for 60.04% of the net assets as described in the audited combined consolidated accounting statement by the end of Dec.31, 2005, and the amount of guarantees to the subsidiary reached 91.55 million Yuan.

It was resolved with nine concurring votes, zero dissenting vote and zero abstention.

III. Proposal of reelecting members of strategy, auditing, nominating, and remuneration and assessment committees of the Board of Directors;

BNBMPLC0004487_R

Members of strategy committee: Cao Jianglin, Wang Bing, Zhang Nailing, Wang Junsheng (independent director) and Liu Wenhu (independent director), Cao Jianglin holds the post of director of the committee.

Members of auditing committee: Liu Wenhu (independent director), Wang Junsheng (independent director) and Wang Bing, Liu Wenhu holds the post of director of the committee.

Members of nominating committee: Zheng Jiayun (independent director), Wang Junsheng (independent director) and Cao Jianglin, Zheng Jiayun holds the post of director of the committee.

Members of remuneration and assessment committee: Wang Junsheng (independent director), Liu Wenhu (independent director) and Cao Jianglin, Wang Junsheng holds the post of director of the committee.

It was resolved with nine concurring votes, zero dissenting vote and zero abstention.

IV.  The "Proposal on Issuance of Corporate Bonds" Proposal on the amendment of the Articles of Associations of BNBM PLC

Original Article 13 After the registration in accordance with the law, the company's business scopes include technical development, technical service, technical consulting, technical training and manufacturing of novel

BNBMPLC0000443B-E1

building material, novel wall material, chemicals (exclude dangerous chemicals and 1st catalogue precursor chemical), water heating pipe fitting, decorative material, energy technology and product, building material machinery and electrical equipment and housing of novel building material, offered and developed product (except project without special permission), metal material, building material, decorative material, chemicals, wood, mineral product, hardware and electrical equipment, water heating pipe fitting, chemical light industrial material, building mechanisms, development and utilization of environmental protection and energy conservation products, export business of independently-developed product and related technology, import business of raw and auxiliary materials, mechanical equipment, instrument, spare parts and related technology for production and research, incoming material processing and "three-processing and one compensation". The business prohibited by the laws, administrative regulations, decisions of the State Council shall not be operated. The business that shall be approved by the laws, administrative regulations and decisions of the State Council shall be operated with approval of the approval authority and registration in administrative departments for industry and commerce. Those activities which have not prescribed by

BNBMPLC0004439-R

laws, administrative provisions and regulations of the State Council shall be chosen to operate.

It is revised as:

Article 13 After the registration in accordance with the law, the company's business scopes include technical development, technical service, technical consulting, technical training and manufacturing of novel building material, novel wall material, chemicals (exclude dangerous chemicals and 1st catalogue precursor chemical), water heating pipe fitting, decorative material, energy technology and product, building material machinery and electrical equipment and housing of novel building material, offered and developed product (except project without special permission), metal material, building material, decorative material, chemicals, wood, mineral product, hardware and electrical equipment, water heating pipe fitting, chemical light industrial material, building mechanisms, development and utilization of environmental protection and energy conservation products, export business of independently-developed product and related technology, import business of raw and auxiliary materials, mechanical equipment, instrument, spare parts and related technology for production and research, incoming material processing and "three-processing and one compensation"; agency on export and import business of various products

BNBMPLC0004440

and technologies, except the goods and technologies which are limited to operate or prohibited to export and import by the State. The business prohibited by the laws, administrative regulations, decisions of the State Council shall not be operated. The business that shall be approved by the laws, administrative regulations and decisions of the State Council shall be operated with approval of the approval authority and registration in administrative departments for industry and commerce. Those activities which have not prescribed by laws, administrative provisions and regulations of the State Council shall be chosen to operate.

It was resolved with nine concurring votes, zero dissenting vote and zero abstention.

5.  Notice of Hosting the Second Temporary Shareholder's Meeting of 2006 In light that the 17th Interim Meeting of the 3rd Board of Directors resolved the Proposal of providing guarantees to BNBM Logistics Co., Ltd., and the 18th Interim Meeting of the 3rd Board of Directors resolved the proposal of providing guarantees to Suzhou Tianfeng New Building Material Co. Ltd., Proposal of providing guarantees to Shandong Taihe Dongxin Co., Ltd. and the Proposal of modifying the Articles of Association, it is decided to hold 2006 Second Extraordinary General Meeting on Jul.24, 2006 for resolving the proposals above.

BNBMPLC0004441

It was resolved with nine concurring votes, zero dissenting vote and zero abstention.

It is hereby announced.

Beijing New Building Materials Public

Limited Company

Board of Directors

July 6, 2006

BNBMPLC0000442_E

股票简称:北新建材    股票代码:000786    公告编号:2006-023

北新集团建材股份有限公司

第三届董事会第十八次临时会议决议公告

本公司及董事会全体成员保证公告内容的真实、准确和完整，没有虚假记载、误导性陈述或者重大遗漏。

北新集团建材股份有限公司（以下简称公司）董事会于 2006 年 7 月 3 日以电子邮件形式发出关于召开公司第三届董事会第十八次临时会议的通知，在公司董事会成员充分了解所审议事项的前提下，本次会议于 2006 年 7 月 6 日采用传真方式（包括直接送达）进行表决，全体 9 名董事参加了表决，符合《公司法》和《公司章程》的有关规定。会议经过审议，表决通过了以下决议：

一、审议通过了《关于为苏州天丰新型建材有限责任公司提供担保的议案》；

苏州天丰新型建材有限责任公司（以下简称 "苏州天丰"）是我公司的控股子公司。根据苏州天丰生产经营的需要，公司同意为苏州天丰在中国农业银行苏州市国家高新技术产业开发区支行的 400 万元流动资金借款提供保证担保，期限一年。

截止到 2006 年 7 月 5 日，公司对担保全部为对控股子公司的担保，公司对控股子公司的担保总额为 88,360 万元，占公司 2005 年 12 月 31 日经审计的合并会计报表净资产的 60.04 %，公司控股子公司对其控股子公司的担保总额为 9,155 万元。

该议案以 9 票同意，0 票反对，0 票弃权表决得以通过。

二、审议通过了《关于为山东泰和东新股份有限公司提供担保的议案》；

BNBMPLC0000431

BNBMPLC0004432

山东泰和东新股份有限公司（以下简称泰和）是我公司的控股子公司。根据泰和生产经营的需要，公司同意为泰和提供以下担保：

1、为泰和在中国建设银行股份有限公司泰安青年路支行的 9,000 万元综合授信额度贷款提供担保，期限一年；

2、为泰和在中国工商银行股份有限公司宁阳支行的 1,000 万元流动资金借款提供担保，期限一年。

以上担保金额合计为人民币壹亿元整。

截止到 2006 年 7 月 5 日，公司对外担保全部为对控股子公司的担保，公司对控股子公司的担保总额为 88,360 万元，占公司 2005 年 12 月 31 日经审计的合并会计报表净资产的 60.04 %，公司控股子公司对其控股子公司的担保总额为 9,155 万元。

该议案以 9 票同意，0 票反对，0 票弃权获得通过。

三、《关于公司董事会战略、审计、提名、薪酬与考核委员会成员改选的议案》；

战略委员会成员：曹江林、王兵、张乃岭、王军生（独立董事）、刘文湖（独立董事），主任委员由曹江林先生担任。

审计委员会成员：刘文湖（独立董事）、王军生（独立董事）、王兵，主任委员由刘文湖先生担任。

提名委员会成员：郑家运（独立董事）、王军生（独立董事）、曹江林，主任委员由郑家运先生担任。

薪酬与考核委员会成员：王军生（独立董事）、刘文湖（独立董事）、曹江林，主任委员由王军生先生担任。

该议案以 9 票同意，0 票反对，0 票弃权获得通过。

四、审议通过了《关于修改公司章程的议案》；

原第十三条　经依法登记，公司经营范围是：新型建筑材料、新型墙体材料、化工产品（不含危险化学品及一类易制毒化学品）、水暖管件、装饰材料、能源技术及产品、建材机械电气设备、新型建筑材料的房屋建筑的技术开发、技术服务、技术咨询、技术培训、制造、销售开发后的产品（未

BNBMPLC0004433

经专项许可的项目除外）、金属材料、建筑材料、装饰材料、化工产品、木材、矿产品、五金交电、水暖管件、化工轻工材料、建筑机械、环保节能产品的开发利用；经营本企业自产产品及相关技术的出口业务；经营本企业生产、科研所需的原辅材料、机械设备、仪器仪表、零配件及相关技术的进口业务；经营本企业的进料加工和"三来一补"业务；法律、行政法规、国务院决定禁止的，不得经营；法律、行政法规、国务院决定规定应经许可的，经审批机关批准并经工商行政管理机关登记注册后方可经营；法律、行政法规、国务院决定未规定许可的，自主选择经营项目开展经营活动。

现修改为：

第十三条 经依法登记，公司经营范围是：新型建筑材料、新型墙体材料、化工产品（不含危险化学品及一类易制毒化学品）、水暖管件、装饰材料、能源技术及产品、建材机械电气设备、新型建筑材料的房室目的技术开发、技术服务、技术咨询、技术培训、制造；销售开发后的产品（未经专项许可的项目除外）、金属材料、建筑材料、建筑机械、环保节能产品、矿产品、五金交电、水暖管件、化工轻工材料、装饰材料、化工产品、木材、矿产品及相关技术的出口业务、零配件及相关技术的进口业务；经营本企业的进料加工和"三来一补"业务；代理各类商品及技术的进出口业务、但国家限定公司经营或禁止进出口的商品及技术除外；法律、行政法规、国务院决定禁止的，不得经营；法律、行政法规、国务院决定应经许可的，经审批机关批准并经工商行政管理机关登记注册后方可经营；法律、行政法规、国务院决定未规定许可的，自主选择经营项目开展经营活动。

该议案以9票同意，0票反对，0票弃权获得通过。

五、审议通过了《关于召开2006年第二次临时股东大会的议案》。

鉴于第三届董事会第十七次临时会议审议通过了《关于为北新物流有限公司提供担保的议案》，第三届董事会第十八次临时会议审议通过了《关

于为苏州天丰新型建材有限责任公司提供担保的议案》、《关于为山东泰和东新股份有限公司提供担保的议案》、《关于修改公司章程的议案》，现决定于2006年7月24日召开2006年第二次临时股东大会，审议上述议案。

该议案以9票同意，0票反对，0票弃权获得通过。

特此公告。

北新集团建材股份有限公司
董事会
2006年7月6日

BNBMPLC0004434

Stock abbreviation: BNBMPLC; stock code: 000786;
announcement number: 2007-001

Beijing New Building Materials Public Limited Company

Announcement of Final Decision of the 21st （Temporary）
Meeting of the Third Session of Board of Directors

All members of Board of Directors guarantee that report is faithful,
accurate and complete, without false representation, misleading
statement or major omission.

BNBMPLC distributed the notice about holding the 21st Interim
Meeting of the Third Board of Directors on Feb.6, 2007 by email, and
the vote was performed by fax (include direct service) on Feb.9, 2007
on the premise that the members of the Board of Directors have a
strong understanding of the events to be resolved, nine directors taken
a vote, in accordance with relevant provisions of the Company Law and
Articles of Association. It was resolved that

Proposal of providing guarantees to Shandong Taihe Dongxin Co.,
Ltd.

Shandong Taihe Dongxin Co., Ltd. is our subsidiary. The general
credit limit and working capital loan, amounting to 378.6 million Yuan of
Shandong Taihe Dongxin Co., Ltd. in Agricultural Bank of China Taian
Branch and other six banks were about to expire, the company agreed
to continue the guarantees for the general credit limit and working
capital loan of 378.6 million Yuan to Shandong Taihe Dongxin Co., Ltd.
as the production and operation requirements. In light of the actual
demand of Shandong Taihe Dongxin Co., Ltd. on further expanding the
production scale, the company agreed to provide guarantees for the

BNBMPLC004454

added general credit limit of 200 million Yuan to Shandong Taihe Dongxin Co., Ltd. In conclusion, the company agreed to provide guarantee for the general credit limit and working capital loan of 578.6 million Yuan to Shandong Taihe Dongxin Co., Ltd., as follows:

1. Guarantees for general credit limit of one hundred and seventy-five million Yuan to Shandong Taihe Dongxin Co., Ltd. in Agricultural Bank of China Taian Branch,

The term is one year;

2. Guarantees for general credit limit of one hundred and seventy-four million Yuan to Shandong Taihe Dongxin Co., Ltd. in Bank of China Taian Branch and the term is one year;

3. Guarantees for general credit limit of seventy-one million one hundred thousand Yuan to Shandong Taihe Dongxin Co., Ltd. in Industrial and Commercial Bank of China Ningyang Sub-branch and the term is one year;

4. Guarantees for general credit limit of seventy-eight million five hundred thousand Yuan to Shandong Taihe Dongxin Co., Ltd. in Bank of Communications Taian Branch and the term is one year;

5. Guarantees for general credit limit of twenty million Yuan to Shandong Taihe Dongxin Co., Ltd. in Industrial Bank Jinan Branch and the term is one year;

6. Guarantees for working capital of thirty million Yuan to Shandong Taihe Dongxin Co., Ltd. in Shanghai Pudong Development Bank Jinan Branch and the term is one year;

7. Guarantees for working capital of thirty million Yuan to Shandong Taihe Dongxin Co., Ltd. in China Everbright Bank Jinan Branch,

BNBMPLC0004455

The term is one year.

The amount of guarantees above is five hundred and seventy-eight million six hundred thousand Yuan Only.

By the end of Feb.8, 2007, all the external guarantees were the guarantees for the subsidiary, the amount of external guarantees reached 887.6 million Yuan, accounting for 60.32% of the net assets as described in the audited combined accounting statement by the end of Dec.31, 2005.

It was resolved with nine concurring votes, zero dissenting vote and zero abstention.

This proposal will be resolved by general meeting of stockholders, and notice of the general meeting of stockholders will be announced.

It is hereby announced.

Beijing New Building Materials

Public Limited Company

Board of Directors

February 9, 2007

BNBMPLC0004456

Stock abbreviation: BNBMPLC; stock code: 000786;

announcement number: 2007-001

## Beijing New Building Materials Public Limited Company

## Announcement of Final Decision of the 21st (Temporary)

## Meeting of the Third Session of Board of Directors

**All members of Board of Directors guarantee that report is faithful, accurate and complete, without false representation, misleading statement or major omission.**

BNBMPLC distributed the notice about holding the 21st Interim Meeting of the Third Board of Directors on Feb.6, 2007 by email, and the vote was performed by fax (include direct service) on Feb.9, 2007 on the premise that the members of the Board of Directors have a strong understanding of the events to be resolved, nine directors taken a vote, in accordance with relevant provisions of the Company Law and Articles of Association. It was resolved that

Proposal of providing guarantees to Shandong Taihe Dongxin Co., Ltd.

Shandong Taihe Dongxin Co., Ltd. is the controlledur subsidiary of the Company. The general credit limit and working capital loan, amounting to 378.6 million Yuan of Shandong Taihe Dongxin Co., Ltd. in Agricultural Bank of China Taian Branch and other six banks were about to expire, the company agreed to continue the guarantees for the general credit limit and working capital loan of 378.6 million Yuan to Shandong Taihe Dongxin Co., Ltd., as the production and operation requirements. In light of the actual demand of Shandong Taihe Dongxin Co., Ltd. on further expanding the production scale, the company agreed to provide guarantees for the added general

BNBMPLC0000454-R

credit limit of 200 million Yuan to Shandong Taihe Dongxin Co., Ltd. In conclusion, the company agreed to provide guarantee for the general credit limit and working capital loan of 578.6 million Yuan to Shandong Taihe Dongxin Co., Ltd., as follows:

1. Guarantees for general credit limit of one hundred and seventy-five million Yuan to Shandong Taihe Dongxin Co., Ltd. in Agricultural Bank of China Taian Branch,

The term is one year;

2. Guarantees for general credit limit of one hundred and seventy-four million Yuan to Shandong Taihe Dongxin Co., Ltd. in Bank of China Taian Branch and the term is one year;

3. Guarantees for general credit limit of seventy-one million one hundred thousand Yuan to Shandong Taihe Dongxin Co., Ltd. in Industrial and Commercial Bank of China Ningyang Sub-branch and the term is one year;

4. Guarantees for general credit limit of seventy-eight million five hundred thousand Yuan to Shandong Taihe Dongxin Co., Ltd. in Bank of Communications Taian Branch and the term is one year;

5. Guarantees for general credit limit of twenty million Yuan to Shandong Taihe Dongxin Co., Ltd. in Industrial Bank Jinan Branch and the term is one year;

6. Guarantees for working capital of thirty million Yuan to Shandong Taihe Dongxin Co., Ltd. in Shanghai Pudong Development Bank Jinan Branch and the term is one year;

7. Guarantees for working capital of thirty million Yuan to Shandong Taihe Dongxin Co., Ltd. in China Everbright Bank Jinan Branch,

The term is one year.

BNBMPLC0004455-R

1

The amount of guarantees above is five hundred and seventy-eight million six hundred thousand Yuan Only.

By the end of Feb.8, 2007, all the external guarantees were the guarantees for the subsidiary controlled subsidiaries, the amount of external guarantees reached 887.6 million Yuan, accounting for 60.32% of the net assets as described in the audited combined consolidated accounting statement by the end of Dec.31, 2005.

It was resolved with nine concurring votes, zero dissenting vote and zero abstention.

This proposal will be resolved by general meeting of stockholders, and notice of the general meeting of stockholders will be announced.

It is hereby announced.

Beijing New Building Materials

Public Limited Company

Board of Directors

February 9, 2007

BNBMPLC0000456-R

股票简称：北新建材　股票代码：000786　公告编号：2007-001

北新集团建材股份有限公司

第三届董事会第二十一次临时会议决议

本公司及董事会全体成员保证公告内容的真实、准确和完整，没有虚假记载、误导性陈述或者重大遗漏。

北新集团建材股份有限公司（以下简称公司）董事会于 2007 年 2 月 6 日以电子邮件形式发出关于召开公司第三届董事会第二十一次临时会议的通知，在公司董事会成员充分了解所审议事项的前提下，本次会议于 2007 年 2 月 9 日采用传真方式（包括直接送达）进行表决，全体 9 名董事参加了表决，符合《公司法》和《公司章程》的有关规定。会议经过审议，表决通过以下决议：

审议通过了《关于为山东泰和新股份有限公司提供担保的议案》。

山东泰和新股份有限公司（以下简称泰和）是我公司控股子公司。泰和在中国农业银行泰安市分行等七家银行有合计 37,860 万元的综合授信额度及流动资金借款即将到期，根据其生产经营需要，公司同意继续为泰和提供综合授信额度及流动资金借款担保 37,860 万元。同时，根据泰和进一步扩大生产规模的实际需要，公司同意为泰和新增的 20,000 万元综合授信额度提供保证担保。综合以上两项，公司同意为泰和提供综合授信额度及流动资金借款担保 57,860 万元，具体如下：

1、为泰和在中国农业银行泰安市分行的壹亿叁仟伍佰万元综合授

BNBMPLC0004452

信额度提供保证担保，担保期限一年；

2、为泰和在中国银行股份有限公司泰安行行的壹亿柒仟肆万元综合授信额度提供保证担保，担保期限一年；

3、为泰和在中国工商银行股份有限公司宁阳支行的柒仟壹拾万元综合授信额度提供保证担保，担保期限一年；

4、为泰和在交通银行泰安分行的柒仟捌佰伍拾柒万元综合授信额度提供保证担保，担保期限一年；

5、为泰和在济南分行的贰仟万元综合授信额度提供保证担保，担保期限一年；

6、为泰和在上海浦东发展银行济南分行的叁仟万元流动资金借款提供保证担保，担保期限一年；

7、为泰和在中国光大银行济南分行的叁仟万元流动资金借款提供保证担保，担保期限一年；

以上担保金额合计为人民币伍亿贰仟柒佰陆拾万元整。

截止到 2007 年 2 月 8 日，公司对外担保全部为对控股子公司的担保，公司对控股子公司的担保总额为 88,760 万元，占公司 2005 年 12 月 31 日经审计的合并会计报表净资产的 60.32 %。

该议案以 9 票同意，0 票反对，0 票弃权获得通过。

该议案需经股东大会审议通过，股东大会通知另行公告。

特此公告。

北新集团建材股份有限公司

董事会

2007 年 2 月 9 日

BNBMPLC0004453

Stock abbreviation: BNBMPLC; stock code: 000786; announcement number: 2007-002

**Beijing New Building Materials Public Limited Company**

**Announcement on the Final Decision of the 13th Meeting of the Third Board of Directors**

**All members of Board of Directors guarantee that report is faithful, accurate and complete, without false representation, misleading statement or major omission.**

The 13th Interim Meeting of the Third Board of Directors of BNBMPLC was held in meeting room of the company in the morning of Apr.9, 2007, the meeting notice was sent by email on Mar.30, 2007, 9 directors shall participate in the meeting, and 9 directors participated in the meeting, in accordance with relevant provisions of the Company Law and the Articles of Association. The chairman Cao Jianglin held the meeting, and the supervisors and the senior executives attended the meeting. The meeting passed the following resolutions through voting:

I. 2006s Annual Report and 2006s Annual Report Summary with nine concurring votes, zero dissenting vote and zero abstention.

II. 2006s Annual Work Report of Board of Directors with nine concurring votes, zero dissenting vote and zero abstention.

III. 2006s Annual Work Report of General Manager with nine concurring votes, zero dissenting vote and zero abstention.

IV. 2006S Annual Final Account Report with nine concurring votes, zero dissenting vote and zero abstention.

V. Annual Profit Distribution Plan of 2012

In accordance with the audit of Beijing Xinghua Accounting Firm Co., Ltd, the gross profits of the company in 2006 were 146,155,608.99 Yuan, the beginning retained earnings were 157,153,746.03 Yuan, the cash dividends of 40,260,500.00 Yuan distributed in 2005 were withdrawn. In accordance with the

BNBMPLC0004460

provisions of Articles of Association, 10% was withdrawn as legal accumulation fund, amounting to 28,317,106.81 Yuan, and the distributive profit was 234,731,748.21 Yuan. The profit distribution plan of this year is that 0.8 Yuan by cash (tax included) per 10 stocks will be distributed as cash bonus based on the total stocks of 575,150,000 stocks at the end of Dec.31, 2006 as the base number, and the total profits divided were 46,012,000.00 Yuan.

There will be no profit distribution or capital reserve transfer increase in the medium term of 2006.

It was resolved with nine concurring votes, zero dissenting vote and zero abstention.

VI. Proposal of determining 2006s annual auditing expenses and employing Beijing Xinghua Accounting Firm Co., Ltd. as the auditing organization in 2007;

The Company employed Beijing Xinghua Accounting Firm Co., Ltd. as auditing organization in 2006, the Company paid 700,000 Yuan to Beijing Xinghua Accounting Firm Co., Ltd. as the auditing cost in 2006, the travel expense, hotel expense and other expenses were paid by the Company.

Beijing Xinghua Accounting Firm Co., Ltd. has continuously served the Company for 5 years. The Board of Directors proposed to change the auditing organization for 2007 according to the provisions of relevant national departments. The company is employing auditing organization for 2007 and will submit to the Board of Directors and general meeting of stockholders for resolving quickly after employing. It was resolved with nine concurring votes, zero dissenting vote and zero abstention.

VII. Proposal of daily related transaction in 2007;

More details see Announcement of daily related transaction in 2007.

Related directors avoided the voting for this proposal according to relevant provisions of Rules on Stock Listing of Shenzhen Stock Exchange. Three independent directors published prior approval letter for this case and made the independent opinions for agreeing.

This proposal was resolved with five concurring votes, zero dissenting vote and zero abstention.

VIII. Proposal of 2006s annual remuneration assessment for senior executives;

It was resolved with nine concurring votes, zero dissenting vote and zero

BNBMPLC0004461

abstention.

IX. Proposal of holding 2006s annual general meeting of stockholders;

In light that the 13th Meeting of the Third Board of Directors resolved 2006s annual work report of the board of directors, 2006s annual final account report, 2006s annual profit distribution plan, proposal of determining 2006s annual auditing expenses and employing Beijing Xinghua Accounting Firm Co., Ltd. as the auditing organization in 2007, and the proposal of daily related transaction in 2007, the 20th Interim Meeting of the Third Board of Directors and the 21st Interim Meeting of the Third Board of Directors resolved Proposal of providing guarantees for Suzhou Tianfeng New Building Material Co. Ltd. and Proposal of providing guarantees to Shandong Taihe Dongxin Co., Ltd. and the 11th Meeting of the Third Board of Supervisors resolved 2006s Annual Work Report of Board of Supervisors, it is decided to hold 2006s annual general meeting of stockholders on May 11, 2007 for resolving the proposal above.

It was resolved with nine concurring votes, zero dissenting vote and zero abstention.

It is hereby announced.

Beijing New Building Materials

Public Limited Company

Board of Directors

Apr.9, 2007

BNBMPI.C0004462

Stock abbreviation:  BNBMPLC; stock code:  000786;
announcement number:  2007-002

## Beijing New Building Materials Public Limited Company
## Announcement on the Final Decision of the 13th Meeting of the
## Third Board of Directors

**All members of Board of Directors guarantee that report is faithful, accurate and complete, without false representation, misleading statement or major omission.**

The 13th Interim Meeting of the Third Board of Directors of BNBMPLC was held in meeting room of the company in the morning of Apr.9, 2007, the meeting notice was sent by email on Mar.30, 2007, 9 directors shall participate in the meeting, and 9 directors participated in the meeting, in accordance with relevant provisions of the Company Law and the Articles of Association.  The chairman Cao Jianglin held the meeting, and the supervisors and the senior executives attended the meeting.  The meeting passed the following resolutions through voting:

I.  2006s Annual Report and 2006s Annual Report Summary with nine concurring votes, zero dissenting vote and zero abstention.

II.  2006s Annual Work Report of Board of Directors with nine concurring votes, zero dissenting vote and zero abstention.

III.  2006s Annual Work Report of General Manager with nine concurring votes, zero dissenting vote and zero abstention.

IV.  2006S Annual Final Account Report with nine concurring votes, zero dissenting vote and zero abstention.

V.  Annual Profit Distribution Plan of 2006

In accordance with the audit of Beijing Xinghua Accounting Firm Co., Ltd, the gross profits of the company in 2006 were 146,155,608.99 Yuan, the beginning retained earnings were 157,153,746.03 Yuan, the cash dividends

BNBMPLC000446028

of 40,260,500.00 Yuan distributed in 2005 were withdrawn.  In accordance with the provisions of Articles of Association, 10% was withdrawn as legal accumulation fund, amounting to 28,317,106.81 Yuan, and the distributive profit was 234,731,748.21 Yuan.  The profit distribution plan of this year is that 0.8 Yuan by cash (tax included) per 10 stocks will be distributed as cash bonus based on the total stocks of 575,150,000 stocks at the end of Dec.31, 2006 as the base number, and the total profits divided were 46,012,000.00 Yuan.

There will be no profit distribution or capital reserve transfer increase in the medium term of 2006No capital reserve will be convered into share capital in 2006.

It was resolved with nine concurring votes, zero dissenting vote and zero abstention.

VI. Proposal of determining 2006s annual auditing expenses and employing Beijing Xinghua Accounting Firm Co., Ltd. as the auditing organization in 2007;

The Company employed Beijing Xinghua Accounting Firm Co., Ltd. as auditing organization in 2006, the Company paid 700,000 Yuan to Beijing Xinghua Accounting Firm Co., Ltd. as the auditing cost in 2006, the travel expense, hotel expense and other expenses were paid by the Company.

Beijing Xinghua Accounting Firm Co., Ltd. has continuously served the Company for 5 years.  The Board of Directors proposed to change the auditing organization for 2007 according to the provisions of relevant national departments.  The company is employing auditing organization for 2007 and will submit to the Board of Directors and general meeting of stockholders for resolving quickly after employing.  It was resolved with nine concurring votes, zero dissenting vote and zero abstention.

VII. Proposal of daily related party transaction in 2007;

More details see Announcement of daily related transactionrelated party transaction in 2007.

BNBMPLC0000446108

Related directors avoided the voting for this proposal according to relevant provisions of Rules on Stock Listing of Shenzhen Stock Exchange. Three independent directors published prior approval letter for this case and made the independent opinions for agreeing.

This proposal was resolved with five concurring votes, zero dissenting vote and zero abstention.

VIII.  Proposal of 2006s annual remuneration assessment for senior executives;

It was resolved with nine concurring votes, zero dissenting vote and zero abstention.

IX.  Proposal of holding 2006s annual general meeting of stockholders;

In light that the 13th Meeting of the Third Board of Directors resolved 2006s annual work report of the board of directors, 2006s annual final account report, 2006s annual profit distribution plan, proposal of determining 2006s annual auditing expenses and employing Beijing Xinghua Accounting Firm Co., Ltd. as the auditing organization in 2007, and the proposal of daily ~~related transaction~~ related party transaction in 2007, the 20th Interim Meeting of the Third Board of Directors and the 21st Interim Meeting of the Third Board of Directors resolved Proposal of providing guarantees for Suzhou Tianfeng New Building Material Co. Ltd. and Proposal of providing guarantees to Shandong Taihe Dongxin Co., Ltd. and the 11th Meeting of the Third Board of Supervisors resolved 2006s Annual Work Report of  Board of Supervisors, it is decided to hold 2006s annual general meeting of stockholders on May 11, 2007 for resolving the proposal above.

It was resolved with nine concurring votes, zero dissenting vote and zero abstention.

It is hereby announced.

Beijing New Building Materials
Public Limited Company
Board of Directors

BNBMPLC0004462-B

BNBMPLC0004463_R

Apr. 9, 2007

BNBMPLC0004457

股票简称：北新建材　　股票代码：000786　　公告编号：2007-002

北新集团建材股份有限公司

第三届董事会第十三次会议决议公告

本公司及董事会全体成员保证公告内容的真实、准确和完整，没有虚假记载、误导性陈述或者重大遗漏。

北新集团建材股份有限公司第三届董事会第十三次会议于2007年4月9日上午在公司会议室召开，会议通知于2007年3月30日以电子邮件方式发出，出席会议的董事应到9人，实到9人，符合《公司法》和《公司章程》的有关规定。会议由董事长曹江林先生主持，公司监事和高管人员列席了会议。会议经过审议，表决通过了以下决议：

一、审议通过了《2006年年度报告及2006年年度报告摘要》；

该议案以9票同意，0票反对，0票弃权获得通过。

二、审议通过了《2006年度董事会工作报告》；

该议案以9票同意，0票反对，0票弃权获得通过。

三、审议通过了《2006年度总经理工作报告》；

该议案以9票同意，0票反对，0票弃权获得通过。

四、审议通过了《2006年度财务决算报告》；

该议案以9票同意，0票反对，0票弃权获得通过。

五、审议通过了《2006年度利润分配预案》；

经北京兴华会计师事务所有限责任公司审计，公司2006年度实现净利润146,155,608.99元，加上年初未分配利润157,153,746.03元，减去已分配2005年现金股利40,260,500.00元，根据《公司章程》规定，提取10%法定公积金28,317,106.81元，可供股东分配利润为234,731,748.21元。本年度利润分配预案为：以2006年12月31日的股份总额575,150,000股为基数，按每10股派发现金红利0.8元(含税)，本分配预案共分配利润46,012,000.00

BNBMPLC0004458

元。

公司 2006 年度不进行资本公积金转增股本。

该议案以 9 票同意，0 票反对，0 票弃权获得通过。

六、审议通过了《关于确定公司 2006 年度审计费用及选聘公司 2007 年度审计机构的议案》；

公司聘请北京兴华会计师事务所有限责任公司为公司 2006 年度审计机构，公司预计支付该公司的 2006 年度审计费为 70 万元，差旅、住宿等费用由公司支付。

该公司已为公司连续提供服务超过 5 年，根据国家有关部门的规定，公司董事会拟更换公司 2007 年度审计机构。目前，公司正在选聘公司 2007 年度审计机构，待选聘完成后，将尽快提交董事会及股东大会审议。

该议案以 9 票同意，0 票反对，0 票弃权获得通过。

七、审议通过了《关于公司 2007 年日常关联交易的议案》。

具体内容见《公司 2007 年日常关联交易公告》。

根据《深圳证券交易所股票上市规则》的有关规定，关联董事回避了对该项议案的表决。公司三名独立董事对该项董事宜发表了事前认可函，并发表了同意的独立意见。

该议案以 5 票同意，0 票反对，0 票弃权获得通过。

八、审议通过了《关于公司高管人员 2006 年度薪酬考评的议案》；

该议案以 9 票同意，0 票反对，0 票弃权获得通过。

九、审议通过了《关于召开 2006 年度股东大会的议案》。

鉴于第三届董事会第十三次会议审议通过了《2006 年度董事会工作报告》、《2006 年度财务决算报告》、《2006 年度利润分配预案》、《关于确定公司 2006 年度审计费用及选聘公司 2007 年度审计机构的议案》、《关于公司 2007 年日常关联交易的议案》，第三届董事会第二十次临时会议审议和第三届董事会第二十一次临时会议分别审议通过了《关于为苏州天丰新型建材有限责任公司提供担保的议案》和《关于为山东泰和东新股份有限公司提供担保的议案》，第三届监事会第十一次会议审议通过了《2006 年度监事会工作报告》，现决定于 2007 年 5 月 11 日召开 2006 年度股东大会，审议上述议案。

该议案以 9 票同意，0 票反对，0 票弃权获得通过。

特此公告。

北新集团建材股份有限公司

董事会

2007 年 4 月 9 日

BNBMPLC0004459

Stock Abbreviation: BNBM    Stock Code: 000786 Announcement

No.: 2007-013

Beijing New Building Materials Public Limited Company

Announcement of Final Resolution of the 25th Interim Meeting of the
3rd Session of Board of Directors

**The company and all members of Board of Directors guarantee that report is faithful, accurate and complete, without false representation, misleading statement or major omission.**

Board of directors of Beijing New Building Materials Public Limited Company (hereinafter referred to as the Company) has notified to hold the 25th Interim Meeting of the 3rd Session of Board of Directors on June 12, 2007 in the form of e-mail, in the condition that all members of Board of directors have fully understood the deliberations of the conference, the meeting has been held on June 15, 2007, voting through fax (including direct delivery), all 9 board of directors, in accordance with the relevant provisions of the "Company Law" and "Articles of Association", have participated in the voting. Upon review, the meeting has passed the following resolutions:

I. Reviewed and approved the "Resolution on Corporate Self-examination and Rectification plan Report ".

See details of the resolution in "resolution on Corporate Self-examination and Rectification plan Report "published in cninfo website on June 16, 2007

The resolution was approved with 9 votes in favor, 0 votes against, and 0 abstentions.

II. Reviewed and approved the "Resolution on Providing Guarantee for Shandong Taihe Dongxin Co., Ltd."

Shandong Taihe Dongxin Co., Ltd. (Hereinafter referred to as "Taihe") is a Subsidiary Company of the company. In order to better take full use of advantages and lower the cost, Taihe intends to carry out technological

BNBMPLC0004480

transformation of the original gypsum board production line. Upon transformation, we will replace natural gypsum plaster board with industrial waste gypsum. Recently, the program has been approved by the NDRC to be the State bond discount Program. According to the actual needs for construction of the Taihe project, the company agrees to provide joint liability guarantee for a four-year 41,000,000 Yuan loan of Commercial Bank of China Limited Ningyang branch.

By the end of June 14, 2007, the company's all external guarantees are provided for its subsidiaries, and the total amount of guarantees reached 907,500,000 Yuan, which share 57.64% of net assets of consolidated accounting statements that audited by the company on December 31, 2006 .

The resolution was approved with 9 votes in favor, 0 votes against, and 0 abstentions.

III. Reviewed and approved the "Resolution on Investing in Constructing 30000000 square meters of gypsum board production in Wuhan City, Hubei Province and Tieling City, Liaoning Province.

See details of the resolution on "Investing in Constructing 30,000,000 square meters of gypsum board production in Wuhan City, Hubei Province and Tieling City, Liaoning Province "published in "China Securities News", "Shanghai Securities News", "Securities Times", the "Securities Daily" and cninfo website on June 16, 2007.

The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

D. Reviewed and approved the "Resolution on Convening the 2nd interim Shareholder Meeting of 2007" Whereas the 25th Interim Meeting of the 3rd Session of the Board of Directors Reviewed and approved the "Resolution on providing security for Shandong Taihe Dongxin Co., Ltd.", we hereby decide to convene the 2nd interim General Meeting of year 2007 on July 9,

BNBMPLC0004481

2007 to review the above resolution.

The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

We hereby make the announcement.

Beijing New Building Materials Public Limited Company

Board of Directors

Jun. 15, 2007

BNBMPLC0004482

Stock Abbreviation: BNBM    Stock Code: 000786

Announcement No.: 2007-013

**Beijing New Building Materials Public Limited Company**

**Announcement of Final Resolution of the 25th Interim Meeting of the 3rd Session of Board of Directors**

**The company and all members of Board of Directors guarantee that report is faithful, accurate and complete, without false representation, misleading statement or major omission.**

Board of directors of Beijing New Building Materials Public Limited Company (hereinafter referred to as the Company) has notified to hold the 25th Interim Meeting of the 3rd Session of Board of Directors on June 12, 2007 in the form of e-mail, in the condition that all members of Board of directors have fully understood the deliberations of the conference, the meeting has been held on June 15, 2007, voting through fax (including direct delivery), all 9 board of directors, in accordance with the relevant provisions of the "Company Law" and "Articles of Association", have participated in the voting.  Upon review, the meeting has passed the following resolutions:

I.  Reviewed and approved the "Resolution Proposal on Corporate Self-examination and Rectification plan Report ".

See details of the resolution in "resolution on Corporate Self-examination and Rectification plan Report "published in cninfo website on June 16, 2007

BNBMPLC0004480-R

The resolution was approved with 9 votes in favor, 0 votes against, and 0 abstentions.

II.   Reviewed and approved the "Resolution on Providing Guarantee for Shandong Taihe Dongxin Co., Ltd."

Shandong Taihe Dongxin Co., Ltd. (Hereinafter referred to as "Taihe") is a ~~controlled S~~subsidiary ~~Company~~ of the company.  In order to better take full use of advantages and lower the cost, Taihe intends to carry out technological transformation of the original gypsum board production line.  Upon transformation, ~~we will replace natural gypsum plaster board with industrial waste gypsum~~Taihe will fully use the desulfurization gypsum (industrial waste material) instead of natural gypsum to manufacture the gypsum plasterboard.  Recently, the program has been approved by the NDRC to be the State bond discount Program.  According to the actual needs for construction of the Taihe project, the company agrees to provide joint liability guarantee for a four-year 41,000,000 Yuan loan of Commercial Bank of China Limited Ningyang branch.

By the end of June 14, 2007, the company's all external guarantees are provided for its controlled subsidiaries, and the total amount of guarantees reached 907,500,000 Yuan, which share 57.64% of Company's net assets ~~of~~ in the audited consolidated accounting statements ~~that audited by the company~~ on December 31, 2006.

The resolution was approved with 9 votes in favor, 0 votes against, and 0 abstentions.

III.   Reviewed and approved the "Resolution on Investing in Constructing 30000000 square meters of gypsum board production in Wuhan City, Hubei Province and Tieling City, Liaoning Province.

BNBMPLC0000481-R

See details of the resolution on "Investing in Constructing 30,000,000 square meters of gypsum board production in Wuhan City, Hubei Province and Tieling City, Liaoning Province "published in "China Securities News", "Shanghai Securities News", "Securities Times", the "Securities Daily" and cninfo website on June 16, 2007.

The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

D. Reviewed and approved the "Resolution on Convening the 2nd interim Shareholder Meeting of 2007" Whereas the 25th Interim Meeting of the 3rd Session of the Board of Directors Reviewed and approved the "Resolution on providing security guarantees for Shandong Taihe Dongxin Co., Ltd.", we hereby decide to convene the 2nd interim General Meeting of year 2007 on July 9, 2007 to review the above resolution.

The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

We hereby make the announcement.

Beijing New Building Materials

Public Limited Company

Board of Directors

Jun. 15, 2007

BNBMPLC0000448202R

股票简称：北新建材　股票代码：000786　公告编号：2007-013

## 北新集团建材股份有限公司

## 第三届董事会第二十五次临时会议决议公告

本公司及董事会全体成员保证公告内容的真实、准确和完整、没有虚假记载、误导性陈述或者重大遗漏。

北新集团建材股份有限公司（以下简称公司）董事会于2007年6月12日以电子邮件形式发出关于召开公司第三届董事会第二十五次临时会议的通知，在公司董事会成员充分了解所审议事项的前提下，本次会议于2007年6月15日采用传真方式（包括直接送达）进行表决，全体9名董事参加了表决，符合《公司法》和《公司章程》的有关规定。会议经过审议，表决通过了以下决议：

一、审议通过了《公司治理自查报告和整改计划》。

该议案内容详见2007年6月16日刊登在巨潮资讯网站的《公司治理自查报告和整改计划》。

该议案以9票同意，0票反对，0票弃权获得通过。

二、审议通过了《关于为山东泰和新股份有限公司提供担保的议案》。

山东泰和新股份有限公司（以下简称泰和）是我公司的控股子公司。为更好地发挥优势、降低成本，泰和拟对原有纸面石膏板生产线进行技术改造、改造后将全部采用工业废弃物脱硫石膏替代天然石膏生产纸面石膏板。目前，该项目已被国家发改委批准列入国债贴息项目。根据泰和项目建设的实际需要，公司同意为泰和在中国工商银行股份有限公司宁阳支行的期限为四年的4,100万元借款提供连带责任保证担保。

截止到2007年6月14日，公司对外担保全部为对控股子公司的担保，公司对控股子公司的担保总额为90,750万元，占公司2006年12月31日经

审计的合并会计报表净资产的 57.64%。

二、审议通过了《关于在湖北省武汉市、辽宁省铁岭市投资建设火电脱硫综合利用年产3,000万平米纸面石膏板生产线项目的议案》。

该议案内容详见2007年6月16日刊登在《中国证券报》、《上海证券报》、《证券时报》、《证券日报》和巨潮资讯网站的《关于在湖北省武汉市、辽宁省铁岭市投资建设火电脱硫综合利用年产3,000万平米纸面石膏板生产线项目的公告》。

该议案以 9 票同意，0 票反对，0 票弃权获得通过。

三、审议通过了《关于召开 2007 年第二次临时股东大会的议案》。

鉴于第三届董事会提供担保的《关于为山东泰和东新股份有限公司提供担保的议案》，现决定于 2007 年 7 月 9 日召开 2007 年第二次临时股东大会，审议上述议案。

该议案以 9 票同意，0 票反对，0 票弃权获得通过。

特此公告。

北新集团建材股份有限公司董事会

2007 年 6 月 15 日

BNBMPLC0004479

Stock Abbreviation: BNBM    Stock Code: 000786 Announcement No.: 2007-034

## Beijing New Building Materials Public Limited Company

## Announcement of Resolution of the 3rd Session of the 31th meeting of the Board of Directors

**The company and all members of Board of Directors guarantee that report is faithful, accurate and complete, without false representation, misleading statement or major omission.**

Board of directors of Beijing New Building Materials Public Limited Company (hereinafter referred to as the Company) has notified to hold the 31th interim Meeting of the 3rd Session of Board of Directors in December 24, 2007 in the form of e-mail, in the condition that all members of Board of directors have fully understand the deliberations of the conference, the meeting has been held in December 27 2007, voting through fax (including direct delivery), all 9 board of directors in accordance with the relevant provisions of the "Company Law" and "Articles of Association", have participated in the voting. Upon review, the meeting has reached the The resolution on Providing Guarantee for Taishan Gypsum Co. Ltd.

Taishan Gypsum Co. Ltd. (hereinafter referred to as "Taishan Gypsum") is a Subsidiary company of our company. Taishan Gypsum's amount of 175,000,000 Yuan comprehensive credit in Agricultural Bank of Tai'an branch is about to expire. In order to meet the needs of production and operation, The Company Agree Taishan Gypsum to provide a guarantee of 265,000,000 for Taishan Gypsum in Agricultural Bank of China Ltd. Tai'an Branch Bank, and the warranty period is one year;

BNBMPLC0004515

By the end of December 27, 2007, the company's   total amount of guarantees for its wholly holding company and subsidiary company reached 114,960,000,000 Yuan, which   share 73.02% of net assets of consolidated accounting statements that   audited by the company December 31, 2006 .

The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

The resolution shall be approved by the shareholders meeting, and the notification of Shareholder's meeting will be announced in other day.

We hereby make the announcement.

Beijing New Building Materials Public Limited Company

Board of Directors

December 27 , 2007

BNBMPLC0004516

Stock Abbreviation:  BNBM   Stock Code:  000786  Announcement No.: 2007-034

**Beijing New Building Materials Public Limited Company**

**Announcement of Resolution of the 3rd Session of the 31th meeting of the Board of Directors**

**The company and all members of Board of Directors guarantee that report is faithful, accurate and complete, without false representation, misleading statement or major omission.**

Board of directors of Beijing New Building Materials Public Limited Company (hereinafter referred to as the Company) has notified to hold the 31th interim Meeting of the 3rd Session of Board of Directors in December 24, 2007 in the form of e-mail, in the condition that all members of Board of directors have fully understand the deliberations of the conference, the meeting has been held in December 27 2007, voting through fax (including direct delivery), all 9 board of directors in accordance with the relevant provisions of the "Company Law" and "Articles of Association", have participated in the voting.  Upon review, the meeting has reached the The resolution on Providing Guarantee for Taishan Gypsum Co. Ltd.

Taishan Gypsum Co. Ltd. (hereinafter referred to as "Taishan Gypsum") is a controlled Ssubsidiary company of our company.  Taishan Gypsum's amount of 175,000,000 Yuan comprehensive credit in Agricultural Bank of Tai'an branch is about to expire.  In order to meet the

BNBMPLC0004515-R

needs of production and operation, The Company Agree Taishan Gypsum to provide a guarantee of 265,000,000 for Taishan Gypsum in Agricultural Bank of China Ltd. Tai'an Branch Bank, and the warranty period is one year;

By the end of December 27, 2007, the company's total amount of guarantees for its wholly ~~holding company~~ owned subsidiaries and ~~controlled subsidiary~~ies ~~company~~ reached 1,14,9,60,0,00,000 Yuan, which share 73.02% of net assets of consolidated accounting statements that audited by the company December 31, 2006.

The resolution was approved with 9 votes in favor, 0 against, and 0 abstentions.

The resolution shall be approved by the shareholders meeting, and the notification of Shareholder's meeting will be announced in other day.

We hereby make the announcement.

Beijing New Building Materials

Public Limited Company

Board of Directors

December 27, 2007

BNBMPLC0004516-E

BNBMPLC0004513

股票简称：北新建材　股票代码：000786　公告编号：2007-034

北新集团建材股份有限公司
第三届董事会第三十一次临时会议决议公告

**本公司及董事会全体成员保证公告内容的真实、准确和完整，没有虚假记载、误导性陈述或者重大遗漏。**

北新集团建材股份有限公司（以下简称公司）董事会于 2007 年 12 月 24 日以电子邮件形式发出关于召开公司第三届董事会第三十一次临时会议的通知，在公司董事会成员充分了解所审议事项的前提下，本次会议于 2007 年 12 月 27 日采用传真方式（包括直接送达）进行表决，全体 9 名董事参加了表决，符合《公司法》和《公司章程》的有关规定。会议经过审议，表决通过了《关于为泰山石膏股份有限公司提供担保的议案》。

泰山石膏股份有限公司（以下简称"泰山石膏"）是我公司控股子公司。泰山石膏在中国农业银行泰安市分行的 17,500 万元综合授信额度即将到期。根据其生产经营需要，公司同意为泰山石膏在中国农业银行泰安市分行的人民币贰亿陆仟伍佰万元银行信贷业务提供保证担保，担保期限一年。

截止 2007 年 12 月 27 日，公司对外担保全部为对全资子公司和控股子公司的担保，担保总额为 114,960 万元，占公司 2006 年 12 月 31 日经审计的合并会计报表净资产的 73.02%。

该议案以 9 票同意，0 票反对，0 票弃权获得通过。
该议案需经股东大会审议通过，股东大会通知另行公告。

特此公告。

北新集团建材股份有限公司

董事会

2007 年 12 月 27 日

BNBMPLC0004514

# ATTACHMENT "E"

## TO EXHIBIT 162-1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED    *    MDL NO. 2047
DRYWALL                         *
PRODUCTS LIABILITY              *    SECTION: L
LITIGATION                      *
                                *    JUDGE FALLON
                                *    MAG. JUDGE WILKINSON
*******************************************************

# BNBM PLC Announcements on the Resolutions from Interim and Regular Meetings of Shareholders (2005-2014)

# BNBMPLC0005014-5207

B: 7/8/15-7/11/15
Exhibit 102

**Stock Code: 000786 Stock Abbreviation: BNBMPLC**

**Announcement No.: 2006-003**

**Beijing New Building Materials Public Limited Company**

**Announcement on the Resolution of the 2006 1st Interim Shareholders Meeting**

All members of Board of Directors guarantee that the Announcement is faithful, accurate and complete, without false representation, misleading statement or major omission.

**I. Important Notice**

No proposal was added, rejected or altered during the annual general meeting.

**II. Basic Information**

1. Time: 10: 00 a.m., Feb 24, 2006
2. Venue: West Conference Hall, 5th Floor of Company Office Building, No. 16 West Jiancaicheng Road, Xisanqi, Haidian District, Beijing
3. Way of Voting: On-site voting
4. Convened by: Company Board
5. Held by: Company Director and General Manager Wang Bing
6. The meeting was in accordance with regulations of Company Law, Stock Listing Rules and Articles of Association.

**III. Attendance**

1. Attendance
6 shareholders (agents) were present, representing 347,200,400 shares, accounting for 60.37% of total corporate shares.
2. Attendance of social public shareholders:
5 social public shareholders (agents) were present, representing 200,400 shares, accounting for 0.09% of total social public shares of company.

**IV. Proposal Deliberation and Voting**

The meeting reviewed and approved Proposal on Offering Security for Shandong Taihe Dongxin Co., Ltd.

1. General voting information:
347,200,400 shares agreed, accounting for 100% of shares held by voting shareholders attending the meeting, 0 share against, and 0 share abstention.
2. Voting of social public shareholders:
200,400 shares agreed, accounting for 100% of shares held by voting social public shareholders attending the meeting, 0 share against, and 0 share abstention.

**V. Lawyer's legal Opinions**

BNBMPLC0005024

1. Name of Law Office: Beijing Jingtian & Gongcheng Law Office
2. Name of Lawyer: Yan Guozhe
3. Concluding Results: The convening procedure, qualifications of personnel attending and voting procedure of this shareholders meeting meet the stipulations of Company Law, Regulatory Opinions, Articles of Association and relevant laws and regulations, and the resolutions passed in this shareholders meeting are legal and valid.

Beijing New Building Materials

Public Limited Company

Board of Directors

February 24th,2006

BNBMPLC0005025

证券代码：**000786**  证券简称：北新建材   公告编号：**2006-003**

北新集团建材股份有限公司

2006 年第一次临时股东大会决议公告

本公司及董事会全体成员保证信息披露的内容真实、准确、完整，没有虚假记载、误导性陈述或重大遗漏。

| |
|---|
| 一、重要提示 |
| 本次股东大会未在会议召开期间增加、否决或变更提案。 |
| 二、会议召开的情况 |
| 1. 召开时间：2006 年 2 月 24 日 上午 10:00； |
| 2. 召开地点：北京市海淀区西三旗建材城西路 16 号公司办公大楼五层会议西厅； |
| 3. 召开方式：现场投票表决； |
| 4. 召 集 人：公司董事会； |
| 5. 主 持 人：公司董事、总经理王兵； |
| 6. 会议的召开符合《公司法》、《股票上市规则》及《公司章程》的规定。 |
| 三、会议的出席情况 |
| 1. 出席的总体情况： |
| 股东（代理人）6 人，代表股份 347,200,400 股，占公司总股份的 60.37%。 |
| 2. 社会公众股股东出席情况： |
| 社会公众股股东（代理人）5 人，代表股份 200,400 股，占公司社会公众股股东股份总数的 0.09%。 |
| 四、提案审议和表决情况 |
| 审议通过了《关于为山东泰和东新股份有限公司提供担保的议案》。 |
| 1. 总的表决情况： |
| 同意 347,200,400 股，占出席会议所有股东所持表决权 100%；反对 0 股，弃权 0 股。 |

BNBMPLC005022

BNBMPLC0005023

2、社会公众股股东的表决情况：

同意 200,400 股，占出席会议社会公众股股东所持表决权 100%；反对 0 股，弃权 0 股。

五、律师出具的法律意见

1.律师事务所名称：北京市竞天公诚律师事务所

2.律师姓名：吴国哲

3.结论性意见：本次股东大会的召集和召开程序、出席本次股东大会人员的资格以及表决程序均符合法律、法规、规范性文件及《公司章程》的有关规定，本次股东大会通过的决议合法有效。

北新集团建材股份有限公司

董事会

2006 年 2 月 24 日

Stock Code: 000786 Stock Abbreviation: BNBMPLC Announcement No.:

2006-025

Beijing New Building Materials Public Limited Company

Announcement on the Resolutions of the 2006 2nd Extraordinary

Shareholders Meeting

All members of Board of Directors guarantee that the Announcement is faithful, accurate and complete, without false representation, misleading statement or major omission.

I. Important Notice

No proposal was added, rejected or altered during the annual general meeting.

II. Basic Information

1. Time: 10: 00 a.m., Jul 24, 2006
2. Venue: West Conference Hall, 5th Floor of Company Office Building, No. 16 West Jiancaicheng Road, Xisanqi, Haidian District, Beijing
3. Way of Voting: On-site voting
4. Convened by: Company Board
5. Held by: Company Chairman Cao Jianglin
6. The meeting was in accordance with regulations of Company Law, Stock Listing Rules and Articles of Association.

III. Attendance

A total of 7 shareholders (agents) attended the meeting, representing 301,534,340 shares, accounting for 52.43% of total corporate voting shares.

IV. Proposal Deliberation and Voting

I. The meeting reviewed and approved Proposal on Offering Security for BNBM Logistics Co., Ltd.
Voting Results: 301,534,340 shares agreed, accounting for 100% of shares held by voting shareholders attending the meeting, 0 share against, and 0 share abstention.
II. The meeting reviewed and approved Proposal on Offering Security for Suzhou Tianfeng New Building Material Co. Ltd.
Voting Results: 301,534,340 shares agreed, accounting for 100% of shares held by voting shareholders attending the meeting, 0 share against, and 0 share abstention.
III. The meeting reviewed and approved Proposal on Offering Security for Shandong Taihe Dongxin Co., Ltd.
Voting Results: 301,534,340 shares agreed, accounting for 100% of shares held by voting shareholders attending the meeting, 0 share against, and 0 share abstention.
IV. The meeting reviewed and approved Proposal on Amending of Articles of Association.
Voting Results: 301,534,340 shares agreed, accounting for 100% of shares held by voting shareholders attending the meeting, 0 share against, and 0 share abstention.

V. Lawyer's legal Opinions

BNBMPLC0005044

1. Name of Law Office: Beijing Jingtian & Gongcheng Law Office
2. Name of Lawyer: Yan Guozhe
3. Concluding Results: The convening procedure, qualifications of personnel attending and voting procedure of this shareholders meeting meet the stipulations of Company Law, Regulatory Opinions, Articles of Association and relevant laws and regulations, and the resolutions passed in this shareholders meeting are legal and valid.

Beijing New Building Materials Public Limited
Company
Board of Directors
July 24, 2006

BNBMPLC0005045

证券代码：000786   证券简称：北新建材   公告编号：2006-025

北新集团建材股份有限公司

2006年第二次临时股东大会决议公告

本公司及董事会全体成员保证信息披露的内容真实、准确、完整，没有虚假记载、误导性陈述或重大遗漏。

一、重要提示

本次股东大会未在会议召开期间增加、否决或变更提案。

二、会议召开的情况

1. 召开时间：2006年7月24日 上午10:00；

2. 召开地点：北京市海淀区西三旗建材城西路16号公司办公楼五层会议西厅；

3. 召开方式：现场投票表决；

4. 召 集 人：公司董事会；

5. 主 持 人：公司董事长曹江林；

6. 会议的召开符合《公司法》、《股票上市规则》及《公司章程》的规定。

三、会议的出席情况

出席会议的股东（代理人）共7人，代表股份301,534,340股，占公司有表决权股份总数的52.43%。

四、提案审议和表决情况

一、审议通过了《关于为北新物流公司提供担保的议案》。表决情况：同意301,534,340股，占出席会议所有股东所持有股东所持表决权100%；反对0股，弃权0股。

二、审议通过了《关于为苏州天丰新型建材有限责任公司提供担保的议案》。表决情况：同意301,534,340股，占出席会议所有股东所持有股东所持表决权100%；反对0股，弃权0股。

三、审议通过了《关于为山东泰和东新股份有限公司提供担保的议案》。

BNBMPLC0005042

BNBMPLC0005043

表决情况：同意 301、534、340 股，占出席会议所有股东所持表决权 100%；反对 0 股，弃权 0 股。

四、审议通过了《关于修改公司章程的议案》。

表决情况：同意 301、534、340 股，占出席会议所有股东所持表决权 100%；反对 0 股，弃权 0 股。

| 五、律师出具的法律意见 |
| --- |

1. 律师事务所名称：北京市竞天公诚律师事务所

2. 律师姓名：晏国哲

3. 结论性意见：本次股东大会的召集和召开程序、出席本次股东大会人员的资格以及表决程序均符合法律、法规、规范性文件及《公司章程》的有关规定，本次股东大会通过的决议合法有效。

北新集团建材股份有限公司

董事会

2006 年 7 月 24 日

Stock Code: 000786 Stock Abbreviation: BNBMPLC Announcement

No.: 2007-009

Beijing New Building Materials Public Limited Company

Announcement on the Resolutions of 2006 Annual General Meeting

All members of Board of Directors guarantee that the Announcement is faithful, accurate and complete, without false representation, misleading statement or major omission.

| I. Important Notice |
| --- |
| No proposal was added, rejected or altered during the annual general meeting. |
| II. Basic Information |
| 1. Time: 13: 30 p.m., May 11, 2007<br>2. Venue: Company Meeting Room<br>3. Way of Voting: On-site voting<br>4. Convened by: Company Board<br>5. Held by: Company Chairman Cao Jianglin 6. The meeting was in accordance with the regulations of Company Law, Stock Listing Rules and Articles of Association. |
| III. Attendance |
| A total of 12 shareholders (agents) attended the meeting, representing 301,613,793 shares, accounting for 52.43% of total corporate voting shares. |
| IV. Proposal Deliberation and Voting |
| I. The meeting reviewed and approved 2006 Work Report by Board of Directors.<br>Voting Results: 301,613,793 shares agreed, accounting for 100% of shares held by voting shareholders attending the meeting, 0 share against, and 0 share abstention.<br>II. The meeting reviewed and approved 2006 Work Report by Board of Supervisors.<br>Voting Results: 301,613,793 shares agreed, accounting for 100% of shares held by voting shareholders attending the meeting, 0 share against, and 0 share abstention.<br>III. The meeting reviewed and approved 2006 Final Account Report.<br>Voting Results: 301,613,793 shares agreed, accounting for 100% of shares held by voting shareholders attending the meeting, 0 share against, and 0 share abstention.<br>IV. The meeting reviewed and approved 2006 Profit Distribution Plan.<br>Voting Results: 301,603,720 shares agreed, accounting for 100% of shares held by voting shareholders attending the meeting, 10,073 shares disagreed, and 0 share abstention.<br>V. The meeting reviewed and approved Proposal on Determining Audit Fees of |

BNBMPLC0005052

2006 and Hiring Audit Institution for 2007.

Voting Results: 301,613,793 shares agreed, accounting for 100% of shares held by voting shareholders attending the meeting, 0 share against, and 0 share abstention.

VI. The meeting reviewed and approved Proposal on Routine Related Transactions of Company in 2007.

Voting Results: 301,613,793 shares agreed, accounting for 100% of shares held by voting shareholders attending the meeting, 0 share against, and 0 share abstention.

VII. The meeting reviewed and approved Proposal on Offering Security for Suzhou Tianfeng New Building Material Co. Ltd.

Voting Results: 301,613,793 shares agreed, accounting for 100% of shares held by voting shareholders attending the meeting, 0 share against, and 0 share abstention.

VIII. The meeting reviewed and approved Proposal on Offering Security for Shandong Taihe Dongxin Co., Ltd.

Voting Results: 301,613,793 shares agreed, accounting for 100% of shares held by voting shareholders attending the meeting, 0 share against, and 0 share abstention.

V. Lawyer's legal Opinions

1. Name of Law Office: Beijing Jingtian & Gongcheng Law Office

2. Name of Lawyer: Peng Guangya

3. Concluding Results: The convening procedure, qualifications of personnel attending and voting procedure of this shareholders meeting meet the stipulations of Company Law, Regulatory Opinions, Articles of Association and relevant laws and regulations, and the resolutions passed in this shareholders meeting are legal and valid.

Beijing New Building Materials

Public Limited Company

Board of Directors

May 11, 2007

BNBMPLC0005053

证券代码：000786  证券简称：北新建材  公告编号：2007-009

北新集团建材股份有限公司

2006 年度股东大会决议公告

本公司及董事会全体成员保证信息披露的内容真实、准确、完整，没有虚假记载、误导性陈述或者重大遗漏。

| 一、重要提示 |
| --- |
| 本次股东大会未在会议召开期间增加、否决或变更提案。 |
| 二、会议召开的情况 |
| 1. 召开时间：2007 年 5 月 11 日 下午 13:30； |
| 2. 召开地点：公司会议室； |
| 3. 召开方式：现场投票表决； |
| 4. 召 集 人：公司董事会； |
| 5. 主 持 人：公司董事长曹江林。 |
| 6. 会议的召开符合《公司法》、《股票上市规则》及《公司章程》的规定。 |
| 三、会议的出席情况 |
| 出席会议的股东（代理人）共 12 人，代表股份 301,613,793 股，占公司有表决权股份总数的 52.44%。 |
| 四、提案审议和表决情况 |
| 一、审议通过了《2006 年度董事会工作报告》 |
| 表决情况：同意 301,613,793 股，占出席会议所有股东所持表决权 100%； |
| 反对 0 股，弃权 0 股。 |
| 二、审议通过了《2006 年度监事会工作报告》。 |
| 表决情况：同意 301,613,793 股，占出席会议所有股东所持表决权 100%； |
| 反对 0 股，弃权 0 股。 |
| 三、审议通过了《2006 年度财务决算报告》。 |

BNMPLC0005050

BNBMPLC0005051

表决情况：同意 301,613,793 股，占出席会议所有股东所持表决权 100%；反对 0 股，弃权 0 股。

四、审议通过了《2006 年度利润分配预案》。

表决情况：同意 301,603,720 股，占出席会议所有股东所持表决权 99.99%；反对 0 股，弃权 10,073 股。

五、审议通过了《关于确定公司 2006 年度审计费用及选聘公司 2007 年度审计机构的议案》。

表决情况：同意 301,613,793 股，占出席会议所有股东所持表决权 100%；反对 0 股，弃权 0 股。

六、审议通过了《关于公司 2007 年日常关联交易的议案》。

表决情况：同意 301,613,793 股，占出席会议所有股东所持表决权 100%；反对 0 股，弃权 0 股。

七、审议通过了《关于为苏州天丰新型建材有限责任公司提供担保的议案》。

表决情况：同意 301,613,793 股，占出席会议所有股东所持表决权 100%；反对 0 股，弃权 0 股。

八、审议通过了《关于为山东泰和东新股份有限公司提供担保的议案》。

表决情况：同意 301,613,793 股，占出席会议所有股东所持表决权 100%；反对 0 股，弃权 0 股。

五、律师出具的法律意见

1. 律师事务所名称：北京市竞天公诚律师事务所

2. 律师姓名：彭光亚

3. 结论性意见：本次股东大会的召集和召开程序，出席本次股东大会人员的资格以及表决程序均符合法律、法规、规范性文件及《公司章程》的有关规定，本次股东大会通过的决议合法有效。

北新集团建材股份有限公司

董事会

2007 年 5 月 11 日

Stock Code: 000786 Stock Abbreviation: BNBMPLC

Announcement No.: 2007-021

Beijing New Building Materials Public Limited Company

Announcement on the Resolutions of the 2007 2nd

Extraordinary Shareholders Meeting

| All members of Board of Directors guarantee that the Announcement is faithful, accurate and complete, without false representation, misleading statement or major omission. |
| --- |

**I. Important Notice**

No proposal was added, rejected or altered during the annual general meeting.

**II. Basic Information**

1. Time: 10: 00 a.m, Jul 9, 2007
2. Venue: Company Meeting Room
3. Way of Voting: On-site voting
4. Convened by: Company Board
5. Held by: Company Chairman Cao Jianglin 6. The meeting was in accordance with the regulations of Company Law, Stock Listing Rules and Articles of Association.

**III. Attendance**

A total of 8 shareholders (agents) attended the meeting, representing 301,553,720 shares, accounting for 52.43% of total corporate voting shares.

**IV. Proposal Deliberation and Voting**

I. The meeting reviewed and approved Proposal on Offering Security for Shandong Taihe Dongxin Co., Ltd.
Voting Results: 301,553,720 shares in favor, accounting for 100% of shares held by voting shareholders attending the meeting, 0 share against, and 0 share abstention.

II. The meeting reviewed and approved Proposal on Offering Security for Taicang Beijing New Building Material Co., Ltd.
Voting Results: 301,553,720 shares in favor, accounting for 100% of shares held by voting shareholders attending the meeting, 0 share against, and 0 share abstention.

III. The meeting reviewed and approved Proposal on Offering Security for Ningbo Beijing New Building Material Co., Ltd.
Voting Results: 301,553,720 shares in favor, accounting for 100% of shares held by voting shareholders attending the meeting, 0 share against, and 0 share abstention.

**V. Lawyer's legal Opinions**

BNBMPLC0005059

1. Name of Law Office: Beijing Jingtian & Gongcheng Law Office
2. Name of Lawyer: Yan Guozhe
3. Concluding Results: The convening procedure, qualifications of personnel attending and voting procedure of this shareholders meeting meet the stipulations of Company Law, Regulatory Opinions, Articles of Association and relevant laws and regulations, and the resolutions passed in this shareholders meeting are legal and valid.

Beijing New Building
Materials Public Limited
Company
Board of Directors
July 9, 2007

BNBMPLC0005060

证券代码：000786  证券简称：北新建材  公告编号：2007-021

**北新集团建材股份有限公司**

**2007 年第二次临时股东大会决议公告**

本公司及董事会全体成员保证信息披露的内容真实、准确、完整，没有虚假记载、误导性陈述或者重大遗漏。

**一、重要提示**

本次股东大会未在会议召开期间增加、否决或变更提案。

**二、会议召开的情况**

1. 召开时间：2007 年 7 月 9 日 上午 10:00；

2. 召开地点：公司会议室；

3. 召开方式：现场投票表决；

4. 召集人：公司董事会；

5. 主持人：公司董事长曹江林；

6. 会议的召开符合《公司法》、《股票上市规则》及《公司章程》的规定。

**三、会议的出席情况**

出席会议的股东（代理人）共 8 人，代表股份 301,553,720 股，占公司有表决权股份总数的 52.43%。

**四、提案审议和表决情况**

一、审议通过了《关于为山东泰和东新股份有限公司提供担保的议案》；

表决情况：同意 301,553,720 股，占出席会议所有股东所持表决权 100%；

反对 0 股，弃权 0 股。

二、审议通过了《关于为太仓北新建材有限公司提供担保的议案》；

表决情况：同意 301,553,720 股，占出席会议所有股东所持表决权 100%；

反对 0 股，弃权 0 股。

三、审议通过了《关于为宁波北新建材有限公司提供担保的议案》。

BNBMPLC0005057

表决情况：同意 301,553,720 股，占出席会议所有股东所持表决权 100%；反对 0 股，弃权 0 股。

**五、律师出具的法律意见**

1. 律师事务所名称：北京市竞天公诚律师事务所

2. 律师姓名：晏国皙

3. 结论性意见：本次股东大会的召集和召开程序、出席本次股东大会人员的资格以及表决程序均符合法律、法规、规范性文件及《公司章程》的有关规定，本次股东大会通过的决议合法有效。

北新集团建材股份有限公司

董事会

2007 年 7 月 9 日

BNBMPLC0005058

Stock Code: 000786 Stock Abbreviation: BNBMPLC Announcement

No.: 2008-012

Beijing New Building Materials Public Limited Company

Announcement on the Resolutions of 2007 Annual General Meeting

All members of Board of Directors guarantee that the Announcement is faithful, accurate and complete, without false representation, misleading statement or major omission.

**I. Important Notice**

No proposal was added, rejected or altered during the annual general meeting.

**II. Basic Information**

1. Time: 10: 00 a.m., Apr 16, 2008
2. Venue: 17 Floor Meeting Room, China Construction & Material Building, No. 11-1 Sanlihe Road, Haidian District, Beijing
3. Way of Voting: On-site voting
4. Convened by: Company Board
5. Held by: Company Chairman Cao Jianglin
6. The meeting was in accordance with regulations of Company Law, Stock Listing Rules and Articles of Association.

**III. Attendance**

A total of 9 shareholders and authorized representatives attended the meeting, representing 301,535,102 shares, accounting for 52.43% of total corporate shares, namely 575,150,000.

**IV. Proposal Deliberation and Voting**

I. The meeting reviewed and approved 2007 Work Report by Board of Directors.
Voting Results: 301,535,102 shares agreed, accounting for 100% of shares held by voting shareholders attending the meeting, 0 share against, and 0 share abstention.
II. The meeting reviewed and approved 2007 Work Report by Board of Supervisors.
Voting Results: 301,535,102 shares agreed, accounting for 100% of shares held by voting shareholders attending the meeting, 0 share against, and 0 share abstention.
III. The meeting reviewed and approved 2007 Final Account Report.
Voting Results: 301,535,102 shares agreed, accounting for 100% of shares held by voting shareholders attending the meeting, 0 share against, and 0 share abstention.
IV. The meeting reviewed and approved 2007 Profit Distribution Plan.
Voting Results: 301,527,102 shares agreed, accounting for 100% of shares held by voting shareholders attending the meeting, 8,000 share against, and 0 share abstention.
V. The meeting reviewed and approved Proposal on Determining Audit Fees of

BNBMPLC0005073

Company in 2007.

Voting Results: 301,535,102 shares agreed, accounting for 100% of shares held by voting shareholders attending the meeting, 0 share against, and 0 share abstention.

VI. The meeting reviewed and approved Proposal on Routine Related Transactions of Company in 2008.

Voting Results: Affiliated shareholders avoided the voting; 165,102 shares of non-affiliated shareholders agreed, accounting for 100% of those held by voting shareholders attending the meeting, 0 share against, and 0 share abstention.

VII. The meeting reviewed and approved Proposal on Offering Security for Taishan Gypsum Co., Ltd.

Voting Results: 301,535,102 shares agreed, accounting for 100% of shares held by voting shareholders attending the meeting, 0 share against, and 0 share abstention.

VIII. The meeting reviewed and approved Proposal on Offering Security for Guang'an Beijing New Building Material Co., Ltd.

Voting Results: 301,535,102 shares agreed, accounting for 100% of shares held by voting shareholders attending the meeting, 0 share against, and 0 share abstention.

IX. The meeting reviewed and approved Proposal on Offering Security for Owned Subsidiary Taishan Gypsum Co., Ltd.

Voting Results: 301,535,102 shares agreed, accounting for 100% of shares held by voting shareholders attending the meeting, 0 share against, and 0 share abstention.

V. Lawyer's legal Opinions

1. Name of Law Office: Beijing Jiayuan Law Firm
2. Name of Lawyer: Yan Guozhe
3. Concluding Results: The convening procedure of the shareholders meeting meets the relevant regulations of laws, administrative regulations and Articles of Association; personnel attending the shareholders meeting have legal and valid qualifications; the voting procedure and results of the shareholders meeting are legal and valid.

Beijing New Building Materials Public Limited Company
Board of Directors
April 16, 2008

BNBMPLC0005074

证券代码：000786   证券简称：北新建材   公告编号：2008-012

北新集团建材股份有限公司

2007 年度股东大会决议公告

本公司及董事会全体成员保证信息披露的内容真实、准确、完整，没有虚假记载、误导性陈述或者重大遗漏。

一、重要提示

本次股东大会未在会议召开期间增加、否决或变更提案。

二、会议召开的情况

1. 召开时间：2008 年 4 月 16 日上午 10:00；

2. 召开地点：北京市海淀区三里河路甲 11 号中国建材大厦 17 层会议室；

3. 召开方式：现场投票表决；

4. 召集人：公司董事会；

5. 主持人：公司董事长曹江林；

6. 会议的召开符合《公司法》、《股票上市规则》及《公司章程》的规定。

三、会议的出席情况

出席会议的股东及授权代表 9 人，共代表股份 301,535,102 股，占公司总股份 575,150,000 股的 52.43%。

四、提案审议和表决情况

一、审议通过了《2007 年度董事会工作报告》；

表决情况：同意 301,535,102 股，占出席会议所有股东所持表决权 100%；

反对 0 股，弃权 0 股。

二、审议通过了《2007 年度监事会工作报告》；

表决情况：同意 301,535,102 股，占出席会议所有股东所持表决权 100%；

反对 0 股，弃权 0 股。

三、审议通过了《2007 年度财务决算报告》；

表决情况：同意 301,535,102 股，占出席会议所有股东所持表决权 100%；

BNBMPLC0005071

反对 0 股、弃权 0 股。

四、审议通过了《2007 年度利润分配预案》；

表决情况：同意 301,527,102 股，占出席会议所有股东所持表决权 99.99%；反对 0 股、弃权 8,000 股。

五、审议通过了《关于确定公司 2007 年度审计费用的议案》；

表决情况：同意 301,535,102 股，占出席会议所有股东所持表决权 100%；反对 0 股、弃权 0 股。

六、审议通过了《关于公司 2008 年日常关联交易的议案》；

表决情况：关联股东回避了表决，非关联股东同意 165,102 股，占出席会议股东参与表决股份的 100%；反对 0 股、弃权 0 股。

七、审议通过了《关于为泰山石膏股份有限公司提供担保的议案》；

表决情况：同意 301,535,102 股，占出席会议所有股东所持表决权 100%；反对 0 股、弃权 0 股。

八、审议通过了《关于为广安北新建材有限公司提供担保的议案》；

表决情况：同意 301,535,102 股，占出席会议所有股东所持表决权 100%；反对 0 股、弃权 0 股。

九、审议通过了《关于公司控股子公司泰山石膏股份有限公司为控股子公司提供担保的议案》。

表决情况：同意 301,535,102 股，占出席会议所有股东所持表决权 100%；反对 0 股、弃权 0 股。

**五、律师出具的法律意见**

1. 律师事务所名称：北京市嘉源律师事务所

2. 律师姓名：吴国哲

3. 结论性意见：本次股东大会的召集和召开程序符合法律、行政法规及《公司章程》的有关规定，出席本次股东大会人员的资格合法有效，本次股东大会的表决程序和表决结果合法有效。

北新集团建材股份有限公司
董事会
2008 年 4 月 16 日

BNBMPLC0005072

# ATTACHMENT "F"

## TO EXHIBIT 162-1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED     *     MDL NO. 2047
DRYWALL                          *
PRODUCTS LIABILITY               *     SECTION: L
LITIGATION                       *
                                 *     JUDGE FALLON
                                 *     MAG. JUDGE WILKINSON

*********************************************************

# BNBM PLC Extraordinary, Annual, and Interim Shareholder Meetings (2005-2015)

## BNBMPLC0006284-6428

B: 7/8/15-7/11/15
Exhibit 104

BNBMPLC0006294

2006 1st Extraordinary Shareholder's Meeting

Time: 10:00 a.m., Feb 24, 2006

Venue: 5th Floor West Meeting Room, Company Office Building

Chairperson: Wang Bing

Attendees:

(1) Company shareholders and authorized representatives

Shareholders attending the meeting hold 347,200,400 voting shares, accounting for 60.37% of company's total shares.

(2) Members of the company's 3rd Board of Directors

(3) Members of the company's 3rd Board of Supervisors

(4) Senior executives

(5) Witnessing lawyer appointed by the Board of Directors

Meeting Contents:

I. Deliberate Proposal on Offering Security for Shandong Taihe Dongxin Co., Ltd.

Mr. Jia firstly introduces Mr. Wang's authority delegated by China National Building Material Company Limited. Mr. Wang introduces company development to shareholders and the reason to offer security for Shandong Taihe Dongxin Co., Ltd. Mr. Jia reads out the proposal.

II. Board Secretary announces chief scrutator, scrutator and counter (Hu Jinyu, Zhou Jiming and Zhou Huan) upon approval of the meeting.

III. Voting

IV. Chief Scrutator announces the voting results.

V. The meeting adopts a resolution.

VI. Witnessing Lawyer Yan Guozhe delivers his legal opinions.

VII. Mr. Wang declares conclusion of the meeting.

Signature of Directors:

Wang Bing

Zhang Nailing

Lu Jinshan

Zheng Jiayun

BNBMPLC0006292

2006年第一次临时股东大会

时间：2006年3月24日上午10:00
地点：公司办公楼C区会议室四万
主持人：王英
参加人：(1)公司股东及授权代表及公司股份
依据本次股东大股东大会参表决权，两股份数为34720400股，占公司总股份的60.37%。
(2)公司第三届董事会成员。
(3)公司第三届监事会成员。
(4)公司其他高级管理人员。
(5)公司董事会聘请的律师。

会议内容：
一、确认《关于对公司系承承新股份有限公司进行收购而议案》。
同意我们公司中国美的对公司系阳美股，及同股系个公司总股份31，要易置换议案。
主阳个股句公司系委表建收按购两限司，要易置换议案。
二、董事备选董监事人、监事人、记事人、股系表决通正现配五，阳阻互，阳逮收，阻逼。
三、议案。
四、阳股监事人，呈仲权某结果。
五、盈正各承表股系大会议议。
六、阳证律师是阳阳权长法律系机。
七、王英阳币大会修承。

BNBMPLC0006293

2006 2nd Extraordinary Shareholder's Meeting

Time: 10:00 a.m., Jul 24, 2006

Venue: 5th Floor West Meeting Room, Company Office Building

Chairperson: Cao Jianglin

Attendees:

(1) Company shareholders and authorized representatives

7 shareholders and authorized representatives attend the meeting, holding 301,534,340 voting shares, accounting for 52.43% of company's total shares.

(2) Members of the company's 3rd Board of Directors

Cao Jianglin, Lu Jinshan, Wang Bing, Cui Lijun, Wang Junsheng, Zheng Jiayun

(3) Members of the company's 3rd Board of Supervisors

Bao Wenchun, Zhou Jiming

(4) Other senior executives

Zhou Huan, Jia Jianjun, He Jingjing, Liang Baowei

(5) Witnessing lawyer appointed by the Board of Directors

Yan Guozhe

Meeting Contents:

1. Deliberate Proposal on Offering Security for BNBM Logistics Co., Ltd.

2. Deliberate Proposal on Offering Security for Suzhou Tianfeng New Building Material Co. Ltd.

3. Deliberate Proposal on Offering Security for Shandong Taihe Dongxin Co., Ltd.

4. Deliberate Proposal on the Amendment of Articles of Association (supporting service, instead of international trade, is involved in import and export).

5. Board Secretary Mr. Jia announces chief scrutator, scrutator and counter (Bao Wenchun, Zhou Jiming and Zhou Huan) to the meeting for approval.

6. Voting

7. Chief Scrutator Mr. Bao announces the voting results.

All proposals are passed with 301,534,340 shares agreeing, accounting for 100% of total shares held by shareholders attending the meeting.

8. The meeting adopts a resolution.

9. Witnessing Lawyer Yan Guozhe from Beijing Jingtian & Gongcheng Law Office delivers legal opinions on the extraordinary shareholder's meeting.

10. Chairperson declares conclusion of the meeting.

Signature of Directors:

Cao Jianglin

Lu Jinshan

Cui Lijun

Wang Junsheng

Wang Bing

Zheng Jiayun

BNBMPLC0006300

BNBMPLC0006298

2006年第二次临时股东大会

时间: 2006年 7月24日 10:00

主持人：董江妹

组长：欣可功决策之队会议而召

参加人：13 欣可成东及代表其代表及次东、代表股东东及股份的20, 13,434股, 占总股份的13,434之总工人.

(2) 欣可董事：陆金金武及及、蜀江珠、李勤小、王永、康新尧、王锋生、将修远.

(3) 欣可监事：陆监视公武及及、吕文泰、周德松.

(4) 欣可其他管理人员、周福、瞬董事、他的与来水卫.

(5) 欣可董事会聘请的律师、提因领.

会议内容:

一、审议《关于对抵押收购流程及担保而决策》.

二、审议《关于对勒什夫于建设担保的决策》.

三、审议《关于对小东参币建设担保而决策》、相低负复现起.

四、审议《关于修改欣可董事提而决案》进组织、破股后、不欣大吸.

五、欣可董事神覆易贺波易监东人、监东人、监东人起身、建筑大公通过派欣东同签收、用因.

六、投票.

七、品监东人员的复币及投保果、所而决案的以引、134、340被回慰, 以修审议阳100#.

八、通过2006年第二次炎面时股东大会议.

九、此东开复天公派律币布到的以证审币建因要被东大公发装收庫各机.

BNBMPLC0006299

2006 Annual Shareholder's Meeting

Time: 13:00 p.m., May 11, 2006

Venue: Company Meeting Room

Chairperson: Cao Jianglin

Attendees:

(1) Company shareholders and authorized representatives

12 shareholders and authorized representatives attend the meeting, holding 301,613,793 shares, accounting for 52.44% of company's total shares.

(2) Members of the company's 3rd Board of Directors

Cao Jianglin, Wang Bing, Cui Lijun, Guang Zhaoyu, Wang Junsheng, Zheng Jiayun

(3) Members of the company's 3rd Board of Supervisors

Bao Wenchun, Hu Jinyu, Zhou Jiming

(4) Other senior executives

Zhou Huan, He Jingjing, Jia Jianjun, Yang Yanjun, Zhang Jiaguan

(5) Witnessing lawyer appointed by the Board of Directors

Xie Chao

Meeting Contents:

1. Deliberate 2006 Work Report by the Board of Directors.

2. Deliberate 2006 Work Report by the Board of Supervisors.

3. Deliberate 2006 Final Account Report.

4. Deliberate 2006 Profit Distribution Plan (10 shares will be paid by RMB 0.8).

5. Deliberate Proposal on Determining Audit Fees of Company in 2006 and Inviting Audit Agency of Company in 2007.

6. Deliberate Proposal on Routine Related Transactions of Company in 2007.

7. Deliberate Proposal on Offering Security for Suzhou Tianfeng New Building Material Co. Ltd.

8. Deliberate Proposal on Offering Security for Shandong Taihe Dongxin Co., Ltd.

9. Board Secretary Mr. Jian announces chief scrutator, scrutator and counter to the meeting for approval.

Hu Jinyu, Zhang Jiaguan, Zhou Jiming

10. Voting

11. Chief Scrutator announces the voting results.

All proposals are passed.

12. The meeting adopts a resolution.

13. Witnessing Lawyer Xie Chao from Beijing Jingtian & Gongcheng Law Office delivers legal opinions on the meeting.

14. Chairperson declares conclusion of the meeting.

Signature of Directors:

Cao Jianglin

Cui Lijun

Wang Bing

Guang Zhaoyu

Wang Junsheng

Zheng Jiayun

BNBMPLC0006306

BNBMPLC0006304

2006年度股东大会

时间：2007年5月11日下午13:30
地点：公司会议室
主持人：董事长
参加人：(1)公司股东及董事代表出席，代表201,612,738股，占公司总股份的1140%。
(2)公司董事、监事、高级管理人员。
(3)公司第三届董事会全体成员、监事会全体成员、聘任会计师、律师等。
(4)公司司法部分经营管理人员、有关部门负责人、新闻媒体记者。
(5)公司董事会聘请的见证律师。

会议内容：

一、审议《2006年度董事会工作报告》。

二、审议《2006年度监事会工作报告》。

三、审议《2006年度财务决算报告》。

四、审议《2006年度利润分配方案》，每10股送0.8元。

五、审议《关于公司2006年度审计机构及聘请公司2007年度审计机构的议案》。

六、审议《关于公司2007年担保及贷款额度的议案》。

七、审议《关于修改公司章程的议案》。

八、审议《关于对外投资暨联营组建合资公司的议案》。

九、集中听取股东大会对监事、监事人、证券人员、应聘人会计、审计及律师对公司议案的意见。

BNBMPLC0006305

BNBMPLC0006326

2007 Annual Shareholder's Meeting

Time: 10:00 a.m., Apr 6, 2008

Venue: 17th Floor Meeting Room, China Construction & Material Building

Chairperson: Cao Jianglin

Attendees:

(1) Company shareholders and authorized representatives

9 shareholders and authorized representatives attend the meeting, holding 301,535,102 voting shares, accounting for 60.36% of company's total shares.

(2) Members of the company's 3rd Board of Directors

Cao Jianglin, Wang Bing, Cui Lijun, Zheng Jiayun

(3) Members of the company's 3rd Board of Supervisors

Bao Wenchun, Hu Jinyu, Zhou Jiming

(4) Other senior executives

Jia Jianjun, Yang Yanjun

(5) Witnessing lawyer appointed by the Board of Directors

Yan Guozhe

Meeting Contents:

1. Deliberate 2007 Work Report by the Board of Directors.

2. Deliberate 2007 Work Report by the Board of Supervisors.

3. Deliberate 2007 Final Account Report.

4. Deliberate 2007 Profit Distribution Plan

Based on 575,150,000 shares on Dec 31, 2007, 10 shares will be paid by RMB 0.35 of cash bonus (tax inclusive), thus total profits of RMB 20,130,250 will be distributed according to the plan.

5. Deliberate Proposal on Determining Audit Fees of Company in 2007.

Total audit fees to be paid to Zhonghe Zhengxin Accounting Firm Co., Ltd. are RMB 700,000 as estimated.

6. Deliberate Proposal on Routine Related Transactions of Company in 2008.

7. Deliberate Proposal on Offering Security for Taishan Gypsum Co. Ltd.

8. Deliberate Proposal on Offering Security for Guang'an BNBM Building Materials Co. Ltd.

9. Deliberate Proposal on Offering Security for Owned Subsidiary Taishan Gypsum Co. Ltd.

10. Board Secretary Jian Jianjun announces chief scrutator, scrutator and counter.

Bao Wenchun, Hu Jinyu, Zhou Jiming

Agreed by a show of hands

11. Voting

12. Chief Scrutator Bao Wenchun announces the voting results.

All proposals are passed.

13. The meeting adopts a resolution.

14. Witnessing Lawyer Yan Guozhe from Beijing Jiayuan Law Office delivers legal opinions on the annual shareholder's meeting.

15. Chairperson declares conclusion of the meeting.

Signature of Directors:

Cao Jianglin

Wang Bing

BNBMPLC0006327

Cui Lijun

Zheng Jiayun

Signature of Supervisors:

Bao Wenchun

Hu Jinyu

Zhou Jiming

Signature of Board Secretary:

Jia Jianjun

BNBMPLC0006324

2007年度股东大会记录

时间：2008年4月6日上午10:00
地区：中国建材大厦17层会议室
主持人：蜀江铭

参加人：(1) 公司股东及股权代表共7人，所持股份及股份所代表201,135,102股，占
　　　　公司股份总数的比例[约]为81.43%。
　　(2) 公司第三届董事会成员、董事[监]事，监事会监事、经理层。
　　(3) 公司第三届监事会成员，董事会秘书、副总经理、财经[总监]监。
　　(4) 公司聘请北京岳成律师事务所律师、见证本大会、的律师。
　　(5) 公司董事会办公室准备的相关资料、图图图。

会议内容：
一、审议《2007年度董事会工作报告》。

二、审议《2007年度监事会工作报告》。

三、审议《2007年度财务决算报告》。

四、审议《2007年度利润分配预案》。
　　以2007年12月31日股本总股本531,500,000股为基数，按每10股派现金人民币0.45元（含
　　税），共派现金人民币20,130,250.～元。

五、审议《关于公司2007年度审计费用的议案》。
　　聘请北京中正天审会计师事务所有限公司审计费为70万元。

六、审议《关于续聘会计师事务所的议案》。

七、审议《关于公司2008年日常关联交易的议案》。

八、审议《关于包括北京新型建材股份有限公司股票质押保证的议案》。

BNBMPLC0006325

# ATTACHMENT "G"

## TO EXHIBIT 162-1

Translation of TG 0020682

# Resolution of the 4th Extraordinary General Meeting of Shareholders for the Year of 2005 of Shandong Taihe Dongxin Co., Ltd.

On June 26, 2005, Shandong Taihe Dongxin Co., Ltd. (hereinafter referred to as the "Company" or "Taihe") held the 4th Extraordinary General Meeting of Shareholders for the year of 2005 at the BNBM conference room. All the shareholders sent representatives to attend the meeting, representing 155.625 million shares, which is 100% of the total stock, complies with the provisions in the "Company Law" and the "Articles of Association" of the Company, and the resolutions are valid and effective. The meeting was presided by the Company's Chairman Jia Tongchun. After thorough discussion by the participating shareholders, the entire shareholders present at the meeting unanimously agreed to and voted for the following proposals:

I.   Proposal for Changing the Company's Supervisor

Agreed that ███████ s resignation of supervisor of the Company, and elected ███████ as the supervisor of the Company in accordance with the relevant provisions in the "Articles of Association" of the Company.

II.   Proposal for the Company's Outbound Investments in Construction of Production Lines

The main contents of this Proposal are as follows:

1.   To construct the annual 10 million square meters plasterboard production project in Tianping Town, Anming City, Yunnan Province, and to move the 202 line. To primarily use the desulfurized gypsum (auxiliary phosphogypsum) of power plants, build new gypsum powder workshops with the productivity of 120,000 tons / year; to change the 6-layer drying machine into the 8-layer drying machine; annual plasterboard productivity: 10 million square meters, with the maximum of 12 million square meters; product markets: Yunnan, Guizhou; acquisition of 65 *mu* land; the planned investment for the project: RMB 12 million yuan; the RMB 10 million yuan of registered capital: Taihe will account for 80% and BNBM will account for 20%.

2.   To construct the annual 12 million square meters plasterboard production project in Chongqing City, and to move the 204 line. To use the desulfurized gypsum of Chongqing Power Plant and Luohuang Power Plant, build new gypsum powder workshops with the productivity of 150,000 tons / year; change the conducting oil drying into the natural gas drying; annual plasterboard productivity: 12 million square meters, with the maximum of 15 million square meters; product markets: Chongqing, Sichuan; acquisition of 100 *mu* land; the planned investment for the project: RMB 25 million yuan; the RMB 15 million yuan of registered capital: Taihe will account for 80% and BNBM will account for 20%.

TRANSLATION PROVIDED BY QUESTIONERS - FINAL

Translation of TG 0020683

3.  To construct the annual 20 million square meters plasterboard production project in Yuetang District, Xiangtan City, Hunan Province. To use the desulfurized gypsum of Xiangtan Power Plant, build new gypsum powder workshops with the productivity of 200,000 tons / year; 10-layer drying machine; product markets: South Central of China; the cooperator Xiangtan Power Plant will lease 100 *mu* land to the joint venture; the planned investment for the project: RMB 30 million yuan; the RMB 15 million yuan of registered capital: Taihe will account for 70% and Xiangtan Power Plant will account for 30%.

4.  To construct the annual 150,000 tons gypsum powder in Hengshui City, Hebei Province. Use the desulfurized gypsum of Hengshui Power Plant; product markets: local enterprises around Hebei; the planned investment for the project: RMB 5 million yuan; the RMB 5 million yuan of registered capital: Taihe will account for 80% and BNBM will account for 20%.

III.  Proposal for the Working Capital Loans of the Company and the Authorization of Outside Guarantees

For the loans that have been approved by the Board of Directors of the Company, the withdrawal of these loans by batches or the use of them in circle within the quota may be subject to consent of the Board Chairman; for the loans newly added by the Company, communications with all the directors shall be conducted at first, and then the Board of Directors may deliberate and vote for these new loans via fax.

The loan guarantees between the Company and the three enterprises: Taishan Glass Fiber Co., Ltd., Taishan Group Co., Ltd. and the plasterboard surface paper provider Zaozhuang Huarun Paper Industry Co., Ltd. shall be gradually removed; if the loan guarantee can not be removed recently, the power to remove can be authorized to the Board Chairman within the quota of mutual guarantee. Except for the above mentioned mutual guarantees, the Company shall not add new guarantee to the outside; if the Company needs guarantee for loans, the Company can find a guarantee company or use the mortgage, etc.

IV.  Proposal for Equity Structure of Subsidiaries

1.  For all the existing subsidiaries, the shares held by shareholders other than the Company (except strategic partners) shall be purchased back by the Company. If any subsidiary must have more than two shareholders, BNBM will purchase 5% of equity shares.

TRANSLATION PROVIDED BY QUESTIONERS - FINAL

TRANSLATION PROVIDED BY QUESTIONERS - FINAL

Translation of TG 0020684

2. For any subsidiary to be established in the future, if the subsidiary must have more than two shareholders, BNBM will hold 20% of equity shares.

June 26, 2005

It is hereby resolved.

TRANSLATION PROVIDED BY QUESTIONERS - FINAL

Translation of TG 0020685

(This page does not contain any text, and is for the signatures of shareholders present at the 4th Extraordinary General Meeting of Shareholders for the year of 2005.)

Signatures of Shareholders:

Beijing New Building Materials Co., Ltd.
Beijing New Building Materials Co., Ltd. (seal)
Signature of the Representative: Cao Jianglin

Taian State-owned Assets Management Co., Ltd.
Taian State-owned Assets Management Co., Ltd. (seal)
Signature of the Representative: (illegible)

Taian Anxin Investment & Trade Co., Ltd.
Taian Anxin Investment & Trade Co., Ltd. (seal)
Signature of the Representative: Jia Tongchun

Taian Donglian Investment & Trade Co., Ltd.
Taian Donglian Investment & Trade Co., Ltd. (seal)
Signature of the Representative: (illegible)

Signature of Jia Tongchun: Jia Tongchun

TG 0020682

# 山东泰和东新股份有限公司

## 2005年第四次临时股东大会决议

2005年6月26日，山东泰和东新股份有限公司（以下简称"公司"，或"泰和"）在北新建材会议室召开了2005年第四次临时股东大会。公司全体股东均派代表出席会议，代表股份15562.5万股，占总股本的100%。符合《公司法》和《公司章程》有关规定，形成的决议合法有效。会议由公司董事长贾同春主持，经过与会股东充分讨论，出席会议的全体股东一致同意，表决通过了以下议案：

一、《关于更换公司监事的议案》

同意 ▉▉▉ 辞去公司监事职务，根据《公司章程》的有关规定，选举 ▉▉▉ 担任公司监事。

二、《关于公司对外投资建设生产线的议案》。

该议案主要内容如下：

1、在云南省安宁市天平镇建设年产1000万平方米石膏板项目，搬迁202线。主要利用电厂脱硫石膏（辅助磷石膏），新建12万吨/年石膏粉车间；改6层干燥机为8层干燥机；年产石膏板1000万平方米，最大1200万平方米；产品市场；云南、贵州。征地65亩；项目计划投资1200万元，注册资本1000万元，泰和占80%，北新建材占20%。

2、在重庆市建设年产1200万平方米石膏板项目，搬迁204线。利用重庆电厂和络黄电厂脱硫石膏，新建15万吨/年石膏粉车间；改导热油烘干为天然气烘干；年产石膏板1200万平方米，最大1500万

平方米，产品市场：重庆、四川。征地 100 亩，投资 2500
万元；注册资本 1500 万元，泰和占 80%，北新建材占 20%。

3、在湖南省湘潭市岳塘区建设 3000 万平方米石膏板项目。利用
湘钢电厂脱硫石膏，新建 20 万吨/年石膏粉车间；10 层干燥机；产品
市场：中南地区，由合资方湘钢电厂提供土地 100 亩，合资公司租用；
项目计划投资 3000 万元，注册资本 1500 万元，泰和占 70%，湘潭电
厂占 30%。

4、在河北省衡水市建设年产 15 万吨石膏粉厂。利用衡水发电厂
脱硫石膏；产品市场：河北当地企业，计划投资 500 万元，注册资本
500 万元，泰和占 80%，北新建材占 20%。

三、《关于公司流动资金贷款和对外担保授权事宜的议案》

公司董事会已批准的贷款，在额度内或分次拨被授循环使用的，
由董事长同意即可办理；公司新增贷款，应事先与各位董事沟通，董
事会可采用传文表决的方式进行审议通过。

公司与泰山玻璃纤维股份有限公司、泰山集团股份有限公司以及
护面纸供应商枣庄华润纸业有限公司等三家企业的贷款担保要逐步解
除，近期不能解除的，在已互保额度内，授权董事长办理。除上述互
保外、公司不拨加部的对外担保，公司贷款需要担保可采用担保公司
担保、抵押等方式。

四、《关于子公司股权处理的议案》

1、对于现有的全部子公司，公司以外的其他股东（除战略合作
伙伴之外）所持有的股权应由公司全部收回。对于必须有两名以上股东
存在的子公司，北新建材可购持有 5%的股权。

TG 0020684

2、对于今后新设的子公司，如必须有两名以上股东存在，北新

建材持有 20%的股权。

特此决议

二〇〇五年六月二十六日

TG 0020685

（此页无正文，为公司 2005 年第四次临时股东大会的股东承签字页）



股东签字：

北新建材集团投资有限公司

代表人签字：

泰安市国有资产经营有限公司

代表人签字：

泰安市岱岳资产经营有限公司

代表人签字：

泰安市泰成投资经营有限公司

代表人签字：

贾同春签字：

# ATTACHMENT "H"

## TO EXHIBIT 162-1

BNBMPLC0006468

# Maximum-amount Guarantee Contract

Guarantor: Beijing New Building Materials Public Limited Company (hereinafter referred to as **Party A**)

Address: No.11A, Sanlihe Road, Haidian District, Beijing

Zip code: 100037

Tel:

Fax:

Legal representative: Cao Jianglin

Opening bank and account:

Creditor: Jinan Branch of China CITIC Bank (hereinafter referred to as **Party B**)

Address: 150#, Luoyuan Street, Jinan City, Shandong Province

Zip code: 250011

Tel:

Fax:

Legal representative / responsible person: Xu Weidong

Opening bank and account:

Debtor: Shandong TaiheDongxin Co., Ltd.

Address: Dawenkou Town, Daiyue District, Tai'an City

Zip code: 271026

Tel:

Fax:

Legal representative: JiaTongchun

Opening bank and account: China CITIC Bank,

Place of signing: Shandong

Date of signing: February 9, 2006

1

BNBMPLC0006469

To guarantee the realization of the claim of Party B, Party A is willing to provide the maximum guarantee for theClaims formed between Party B and the Debtor. For this purpose, Party A and Party B hereby enter into this Contract after equal negotiations according to the *Contract Law*, the *Guarantee Law* and other related laws and regulations.

## Article 1 Definition

Maximum guarantee means that the Creditor and the Guarantor determine a maximum amount for the successive debts of the Creditor during a certain period, within which the Guarantor provides guarantee of the Debtor's fulfilling the debts to the Creditor. The maximum amount refers to the total balance of the Debtor's debts (including contingent liability) with Party B.

## Article 2 Guaranteed principalclaims

The guaranteed principal claims refer to a series of claims formed due to Party B's credit granting to the Debtor from February 9, 2006 to February 9, 2007, of which the maximum amount is SAY RMB THIRTY MILLION YUAN ONLY. If Party A performs the guarantee obligation according to this Contract, the maximum amount guaranteed will be decreased accordingly based on the amount that has been performed.

Within the above time limit and maximum amount, the contracts, agreements and other legal documents entered into by and between Party B and the Debtor for the purpose of forming the debtor-creditor relationship serve as the Master Contracts of this Contract.

## Article 3 Form of guarantee

Party A provides the joint liability guarantee. If the time limit for performance of a single debt under the Master Contracts expires while the Debtor does not perform all or part of its debts, Party B has the right to demand Party A to assume the guarantee liability.

If the Debtor fails to fulfill its debts pursuant to the agreement in the Master Contracts, Party B is entitled to require Party A to assume the guarantee liability within the scope of its guarantee no matter whether Party B has other guarantees (including but not limited to warranty, mortgage, pledge, letter of guarantee, standby letter of credit and other ways of guarantee) with respect to the claim under the Master Contracts or not.

## Article 4 Guarantee period

2

BNBMPLC0006470

1. The guarantee period of Party A's assuming the guarantee liability is 2 years, i.e. 2 years as of the expiry day of the Debtor's debt performance time limit under a concrete business contract. The guarantee period under each concrete business contract will count separately.

2. If the contractual debts become due ahead of schedule according to laws and regulations or concrete business contracts, or are announced due ahead of schedule by Party B pursuant to this Contract, the day of early expiry is the day of expiry of debt performance period.

Article 5 Scope of guarantee

The scope of the guarantee include the principal, interest, default interest, compound interest, default fine, damages and expenses arising from the realization of the claims under the Master Contracts (including but not limited to legal fee, attorney fee, travel expense etc.).

Article 6 Party A's representations and warranties

1. Party A is a lawfully established legal person or organization, has the capacity for civil rights and acts necessary for concluding and performing this Contract and is capable of assuming civil liability independently.

2. Party A is willing to provide guarantee for the Debtor of the Master Contracts and all its will and intention hereunder is true.

3. All documents, statements and representations provided by Party A relating to the loans under the Master Contracts are legal, true, accurate and complete. Except the matters disclosed to Party B in writing, Party A has no other major liability (including contingent liability), major breach of contract, major lawsuits or major arbitrations that may affect the performance of this Contract or other major matters that may affect its assets that are not disclosed to Party B.

Article 7 Party A's rights and obligations

1. Party A shall provide Party B with legal documents that can prove Party A's legal identity actually and validly.

2. During the validity term hereof, if Party A changes its address, name, telephone and fax number, it shall notify Party B in writing within 15 calendar days after the change; if Party A replaces its legal representative, it shall notify Party B in writing 7 calendar days after the change.

3

BNBMPLC0006471

3. Party A shall provide Party B with statements and other documents that actually reflect Party A's comprehensive financialsituation on a regular basis or at Party B's request at any time.

4. During the validity term hereof, if Party A undergoes share transfer, reorganization, merger, separation, shareholding reform, joint venture, cooperation, joint operation, contracting, leasing, change of business scope and registered capital, major asset transfer etc., it shall notify Party B 30 calendar days in advance.

5. If Party A suffers closure, stoppage, bankruptcy, dissolution, cancellation of businesslicense, revocation, deteriorated financial status or major economic disputes, it shall notify Party B in writing within 7 calendar days after the occurrence.

6. During the validity term hereof, if Party A provide other guarantee in any form to a third party, Party B's interests shall not be impaired.

7. During the validity term hereof, if the circumstances as specified in Article 4 and 5 occur to Party A, Party A shall guarantee to implement all guarantee liabilities hereunder.

8. If the Debtor of Master Contracts fail to pay off all or part of the debts under the Master Contracts (including early maturity of the debts as specified in the Master Contracts) and Party B demands Party A to assume the guarantee liability, Party A shall pay off the debts under the Master Contracts to Party B by the notified amount and way after receiving Party B's written notice.

9. If Party A does not perform its obligations pursuant to Article 8 hereof, Party A authorizes Party B to deduct the money from any account of Party A opened with Party B directly or dispose of Party A's assets or property rights occupied or management by Party B according to law for the purpose of paying off the debts under the Master Contracts.

10. Unless otherwise specified in this Contract, Party A shall pay off any amounts payable to Party B to perform its guarantee liability in the following order: (1)total expenses for realizing the claim; (2)damages; (3)default fine; (4)compound interest of the principal claim; (5)overdue default interest of the principalclaim;(6)interest of the principal claim; (7) principal of the principal claim.

11. During the guarantee period, Party B and the Debtor of the Master Contracts may agree to change related provisions in the Master Contractswithout Party A's consent. However, if the changes in the Master Contracts made by Party B and the Debtor of the Master Contracts significantly increase the debts of the Debtors, Party A's consent shall be obtained, otherwise Party A will not assume the guarantee liability for the part of increased debts to the Debtor of the Master Contracts; if the Debtor's debts increase due to the adjustment of the interest rate by the People's Bank of China, Party A shall assume the jointly guarantee liability for the increased debts caused thereby.

4

BNBMPLC0006472

Article 8 Party B's rights and obligations

1. If Party B transfers all its claims under the Master Contracts to a third party, it shall notify Party A in writing within 15 banking days after the contract for transfer of claim is signed.

2. During the performance period of this Contract, if the People's Bank of China adjusts the loan interest rate, the interest rate under the Master Contracts will be adjusted accordingly in accordance with the regulations of the People's Bank of China, which shall not be deemed as modification of the Master Contracts and this Contract, therefore Party B needn't notify Party A and Party A shall continue to assume the guarantee liability.

3. Party B may enter into concrete business contracts with the Debtor with respect to specific credit granting matters under the Master Contracts without notifying Party A.

4. If the Debtor of the Master Contracts does not fulfill all or part of the debts as specified in the Master Contracts (including the early maturity of the debts under the Master Contracts as specified in the Master Contracts), Party B is entitled to require Party A to assume the guarantee liability as specified in this Contract.

5. Party B shall keep the documents, materials and information relating to and provided by Party A confidential, except that laws and regulations provide that such documents, materials and information shall be queried.

Article 9 Liability for breach of contract

1. After this Contract comes into force, both Party A and Party B shall perform their obligations under this Contract. If any party does not perform its obligations hereunder, it shall assume corresponding liability for breach of contract and compensate the other party for the losses caused thereby.

2. If the statement and guarantee made by Party A in Article 6 hereof is untrue, inaccurate, incomplete or misleading, causing losses to Party B, Party A shall make compensation.

3. If this Contract becomes invalid due to Party A's default, Party A shall compensate Party B for all losses within the scope of guarantee.

4. If any of the following situations occur during the validity term hereof, Party B is entitled to announce that all the Master Contracts become due and require the Guarantor to assume the guarantee liability.

(1) Any debt under the Master Contract becomes due while Party B is not paid;

5

BNBMPLC0006473

(2) The Master Contracts become due ahead of schedule as specified by the Master Contracts;

(3) Party A suffers closure, stoppage, application for bankruptcy, being announced bankruptcy, dissolution, cancelation of business license or revocation;

(4) Other events that endanger and impair or may endanger and impair Party B's rights and interests.

## Article 10 Accumulation of rights and obligations

1. Party B's rights hereunder are accumulative and do not affect or preclude any other right that Party B may enjoy from Party A according to laws and other contract. Party B's failure to exercise, partial exercising and / or delay in exercising its any right does not constitute a waiver or partial waiver of such right, nor affect, stop or impede Party B's continual exercising of such right or exercising any other right, unless otherwise indicated by Party B in writing.

2. Party A's obligations and liability hereunder are accumulative, and do not affect or preclude any other obligation and liability that Party A shall assume to Party B according to laws and other contracts. Party B shall not assume any liability for Party A's obligations and liability to be performed according to laws or agreements, unless otherwisemandatorily provided by laws or consented or approved by Party B in writing.

## Article 11 Continuity of obligations

All of Party A's obligations and joint liability hereunder are continuous, and they have absolute binding on Party A's successors, agents, receivers, assignees and the subjects after merger, reconstruction and name change. Such obligations and joint liability will not be affected by any disputes, claims and legal procedures and any order given by superior units as well as any contract or document signed by and between the Debtor of the Master Contract and any natural person or legal person, nor will they be changed due to the Debtor's bankruptcy, insolvency, loss of enterprise qualifications, modification of articles of association and any changed in nature.

## Article 12 Notarization and voluntariness of enforcement

1. If any party hereto makes a notarization request, this Contract shall be notarized by a notary organ acknowledged by the state.

2. Party A agrees that Party B may apply to a notary organ to issue a notary certificate with enforceability on the strength of this Contract. If the Debtor cannot pay off the credit amount, interest and related fees within the repayment time limit as specified in the Master Contract, Party B may apply for enforcement with a

people's court of jurisdiction on the strength of the notary certificate, and Party B will waive all rights of defense and all the rights that may be used to refuse to assume the guarantee liability to Party B.

Article 13 Force majeure

If Party A cannot fulfill its obligations according to this Contract due to force majeure, it shall notify Party B within 10 legal working days as of the date of force majeure, and submit written documents issued by the local notary authorities to prove the force majeure.

Article 14 Other agreed matters

_____

_____

_____

Article 15 Applicable laws

This Contract is governed by the laws of the People's Republic of China and is binding on both Party A and Party B.

Article 16 Resolution of disputes

Any dispute due to and relating to this Contract shall be resolved by Party A and Party B through negotiations; failing which both parties agree to resolve it by the following 2 way:

1. To apply for arbitration to _____ Arbitration Commission;

2. To bring a lawsuit before the people's court of the place where Party B is located.

During the period of lawsuit or arbitration, the provisions hereof not involved in the disputes still shall be performed.

Article 17 Validity of this Contract

1. This Contract is independent of the Master Contracts. If the Master Contracts become invalid for any reason, the efficacy of this Contract will not be affected and this Contract will continue to be valid. Party A's joint guarantee liability hereunder extends to the Creditor's legal liability after the Master Contracts become invalid (including but not limited to the return and loss compensation).

7

BNBMPLC0006474

BNBMPLC0006475

2. If an article or part of an article hereof becomes or will become invalid in future, the invalid article or the invalid part of an article will not affect the efficacy of other articles hereof or other content of the article.

## Article 18 Effectiveness, change and rescission

1. This Contract comes into force as of the day when Party A's legal representative or entrusted agent and Party B's legal representative or accountable person or entrusted agent have signed their names and affixed their seals on it.

2. After this Contract becomes effective, no party shall modify or rescind this Contract without authorization unless otherwise specified by this Contract. If this Contract needs not be modified or rescinded, Party A and Party B shall reach an agreement after negotiations.

## Article 19 Other matters

1. For any matters not covered in this Contract, Party A and Party B may enter into another written contract as an annex hereto. Any annex, modification or supplement to this Contract constitutes an integral part hereof and has the same legal effect as this Contract.

2. Any notice, requirement or other communication given by Party B to Party A with respect to this Contract, including but not limited to telex, telegram and fax, shall be deemed to be sent to Party A after they are given; post letters shall be deemed to be sent to Party A on the third day after the day of posting by registered letter; if sent by hand, on the day when the receiver signs in the letter.

3. This Contract is executed in three counterparts with Party A, Party B and the notary organ (if this Contract is notarized) holding one counterpart.

**Party A: Beijing New Building Materials Public Limited Company (seal)**

Legal representative:

(or entrusted agent)

Seal:



**Party B: Jinan Branch of China CITIC Bank (seal)**

Legal representative:

(or entrusted agent)

Seal:



8

BNBMPLC0006461

# 最高额保证合同

保证人（以下简称甲方）

住所：北京市海淀区█████████甲11号

邮政编码：100037

电话：

传真：

法定代表人：霍江林

开户行及帐户：

债权人：中信银行北京分行█████（以下简称乙方）

住所：██████████████████

邮政编码：

电话：

传真：

法定代表人/负责人：刘█，

开户行及帐户：

债务人：██████████████████████

住所：██████████████████

邮政编码：

电话：

传真：

法定代表人：晁同君

开户行及帐户：

合同签订地点：████

合同签订日期：2006年 月 日

为保障乙方债权的实现，甲方愿意为乙方与债务人所形成的一系列债权提供最高额

保证。为此，依据《合同法》、《担保法》以及其他有关法律、法规，甲方和乙方经平等

协商一致，订立本合同。

第一条：定义

最高额保证，是指债权人与保证人之间就债务人在一定期间内连续发生的多管债务，

确定一个最高额度，由保证人在此最高额度内对债务人履行债务向债权人提供保证的协

议。该最高额度是指债务人在乙方的各项债务（含或有负债）的总余额。

第二条：被保证的主债权

被保证的主债权是指自 2005年 2月 9日至 2010年 3月 9日期间因乙方向债

务人授信而形成的一系列债权，其最高额度为人民币金额（大写）叁仟 万元。如甲

方根据本合同履行担保义务的，按履行的金额对其担保的最高额度作相应递减。

在上述约定的期限和最高额度内，乙方与债务人形成债权债务关系所签订的一系列

合同、协议及其他法律性文件为本合同的主合同。

第三条：保证方式

甲方提供连带责任保证。如主合同项下单笔债务履行期届满，债务人没有履行完成

奇没有全部履行其债务，乙方均有权直接要求甲方承担保证责任。

当债务人未按主合同约定履行其债务时，无论乙方对主合同项下的债权是否拥有其

他担保（包括但不限于保证、抵押、质押、保函、备用信用证等担保方式），乙方均有权

直接要求甲方在其保证范围内承担保证责任。

第四条：保证期间

1、甲方承担保证责任的保证期间均为两年，即自债务人依具体业务合同约定的债务

履行期限届满之日起两年。每一具体业务合同项下的保证期间单独计算。

2、若发生法律法规或具体业务合同约定债务提前到期，或依本合同约定乙方宣

布债务提前到期的，其提前到期日即为债务人履行债务期限届满之日。

2

BNBMPLC0006462

第五条：保证范围

本保证担保的范围包括主合同项下的债务本金、利息、罚息、复利、违约金、损害赔偿金和为实现债权而发生的费用（包括但不限于诉讼费、律师费、差旅费等）。

第六条：甲方声明与保证

1、甲方是依法成立的法人或其他组织，具有签订和履行本合同所必须的民事权利能力和行为能力，能独立承担民事责任。

2、甲方自愿为主合同债务人提供担保，其在本合同项下的全部意思表示是真实的。

3、甲方提供的与主合同项下贷款有关的一切文件、报表及陈述均是合法、真实、准确、完整的。除已向乙方书面披露的情形外，甲方没有任何可能影响本合同履行的其他任何重大负债（包括或有负债）、重大违约行为、重大诉讼、重大仲裁事项或其他影响其资产的重大事宜未向乙方披露。

第七条：甲方的权利与义务

1、甲方应向乙方提供真实有效的能够证明其合法身份的法律文件。

2、在本合同有效期内，如甲方变更住所、名称、电话、传真，应于变更后十五个日历日内书面通知乙方；如甲方变换法定代表人，应在变换后七个日历日内书面通知乙方。

3、甲方定期或随时应乙方要求，向乙方提供真实反映其综合财务状况的报表及其它文件。

4、在本合同有效期内，如甲方发生转股、改组、合并、分立、股份制改造、合资、合作、联营、承包、租赁、经营范围和注册资本变更、重大资产转让等，应提前三个日历日书面通知乙方。

5、甲方停业、歇业、被宣告破产、解散、被吊销营业执照、被撤销、财务状况恶化或涉及重大经济纠纷应在发生之日起七个日历日内书面通知乙方。

6、在本合同有效期内，甲方如再向第三方提供任何形式的担保，均不得损害乙方的利益。

7、在本合同有效期内，甲方如出现本条第四款、第五款约定的情况，保证要督促实

BNBMPLC0006463

3

BNBMPLC0006464

本合同项下全部保证责任。

8. 主合同债务人未按约定清偿主合同项下的全部或部分债务（包括主合同约定主合同债务提前到期的情形），乙方要求甲方承担保证责任的，甲方在接到乙方书面通知之日起立即按通知的金额，方式向乙方支付，代为清偿主合同项下债务。

9. 如甲方未按本条第八款的约定履行义务的，甲方授权乙方直接从甲方在乙方开立的任何帐户中扣收和/或对乙方合法占有和管理的甲方财产或财产权利行使处分权利，以用于清偿主合同项下债务。

10. 除非本合同另有约定，对于甲方为履行保证责任而向乙方支付的任何款项按下列顺序清偿：（1）实现债权之费利；（2）损害赔偿金；（3）违约金；（4）主债权之复利；（5）主债权之逾期罚息；（6）主债权之利息；（7）主债权之本金。

11. 保证期间内，乙方与主合同债务人可以协议变更主合同有关条款，而不必取得甲方同意，但乙方与主合同债务人变更主合同而明显加重债务人债务的，应征得甲方同意，否则乙方对主合同项下债务人加重的部分不承担保证责任，但因中国人民银行利率调整而加重主合同项下债务人债务的，甲方应对由此加重的债务承担连带保证责任。

第八条：乙方的权利和义务

1. 乙方将主合同项下的全部债权转让第三人时，应在债权转让合同签订后十五个银行工作日内书面通知甲方。

2. 在本合同履行期间，如遇中国人民银行调整贷款利率，主合同项下利率按中国人民银行的规定作相应调整，此调整不视为对本合同及本合同的修改，乙方无须通知甲方，甲方继续承担保证责任。

3. 乙方与债务人就主合同项下的具体授信业务签订具体业务合同时无须再通知甲方。

4. 主合同债务人未按主合同约定清偿全部或部分债务的（包括主合同约定主合同债务提前到期的情形），乙方有权要求甲方按本合同约定承担保证责任。

5. 乙方应对甲方提供的有关甲方的资料、文件、信息保密，但法律、法规规定应当予以查询的除外。

4

BNBMPLC0006465

第九条：违约责任

1、本合同生效后，甲乙双方均应履行本合同约定的义务，任何一方不履行或不完全履行本合同约定义务的，应当承担相应的违约责任，并赔偿由此给对方造成的损失。

2、甲方在本合同第六条中所作声明与保证不真实、不准确、不完整或故意使人误解，给乙方造成损失的，应予赔偿。

3、如因甲方过错造成本合同无效的，甲方应在保证范围内赔偿乙方全部损失。

4、在本合同有效期内，发生下列情形之一的，乙方均有权宣布所有主合同全部到期并直接要求保证人承担保证责任。

   (1) 任一主合同债务履行期限届满而乙方未受清偿的；

   (2) 按主合同约定主合同应提前到期的；

   (3) 甲方停业、歇业、申请破产、被宣告破产、解散、被吊销营业执照、被撤销的；

   (4) 甲方发生危及、损害或可能危及、损害乙方权益的其他事件。

第十条：权利义务的累加性

1、乙方在本合同项下的权利是累加的，并不影响和排除乙方根据法律和其它合同对甲方所有以享有的任何权利。除甲乙方书面表示、乙方对其任何权利的不行使、部分行使和/或迟延行使，均不构成或对该权利的继续行使或对任何其它权利的放弃，也不影响、阻止和妨碍乙方对该权利的继续行使或对任何其它权利的行使。

2、甲方在本合同项下的义务和责任是累加的，并不影响和排除甲方根据法律以及其它合同对乙方所应承担的任何义务和责任。除非法律另有强制性规定或乙方另行书面同意或认可，乙方对甲方依法或依约履行的第三方应履行的义务和责任，不负任何责任。

第十一条：义务的连续性

本合同项下甲方所有的一切义务和连续性义务和责任均具有连续性，对其继承人、代理人、接管人、受让人及其合并、改组、改制、更改名称等后的主体均具有完全有效的约束力，不受任何争议、索赔和法律程序及上级单位任何指令和甲方债务人与任何自然人签订的任何合同、文件的影响，也不因债务人破产、无力偿还债款、丧失企业资格、更改组织章程以及发生任何其它的变更而有任何改变。

5

BNBMPLC0006466

第十二条：公证与自愿接受强制执行

1、如本合同的任何一方提出公证要求，本合同应在国家规定的公证机关办理公证。

2、甲方同意乙方持本合同向公证机关申请出具有强制执行效力的公证书。如借务人不能在主合同规定的还款期限内清偿抵偿金额、利息及相关费用，乙方可持该公证书向有管辖权的人民法院申请强制执行。甲方将放弃一切抗辩权，放弃一切可以对乙方拒绝承担保责任的权利。

第十三条：不可抗力条款

如因不可抗力而导致甲方无法依本合同履行其义务时，甲方应于不可抗力发生之日起十5日定工作日内通知乙方，并提交由当地公证部门出具的有关不可抗力的书面证明。

第十四条：其它约定事项

_____

_____

_____

第十五条：适用法律

本合同受中华人民共和国法律管辖，对甲乙双方均有约束力。

第十六条：争议的解决

凡因本合同发生的及与本合同有关的任何争议，甲乙双方应协商解决。协商不成的，双方均同意采取以下第 乙 种方式解决：

1、向 / 仲裁委员会申请仲裁；

2、向乙方住所地人民法院提起诉讼。

在诉讼或仲裁期间，本合同不涉及争议部分的条款仍须履行。

第十七条：本合同的效力

6

BNBMPLC0006467

1、本合同独立于主合同，主合同由于任何原因而无效，不影响本合同的效力，本合同仍然有效，甲方在本合同项下的连带保证责任延及主合同债务人在主合同无效后的法律责任（包括但不限于返还及赔偿损失）。

2、如本合同的某条款或某条款的部分内容在现在是或将来成为无效、该无效条款或该无效部分并不影响本合同及本合同其它条款或该条款或该条款其它内容的有效性。

第十八条：合同的生效、变更与解除

1、本合同经甲方法定代表人或法定代表人和乙方法定代表人或负责人或委托代理人签字（或盖章）并加盖公章之日起生效。

2、本合同生效后，除本合同已有约定的外，甲乙任何一方均不得擅自变更或解除本合同，如确需变更或解除本合同，应经甲乙双方协商一致，并达成书面协议。

第十九条：其它

1、本合同未尽事宜，甲乙双方另行协商书面协议，作为本合同附件，本合同的任何附件、修改或补充均构成本合同不可分割的组成部分，与本合同具有同等法律效力。

2、凡乙方依本合同给予甲方的任何通知、要求或其它通信，包括但不限于电传、电报、传真等函件，一经发出即被视为已送达甲方；邮政信函于挂号邮寄之日起第三日即被视为已递交给甲方；若属人专程送达，则为收件人签收日送达甲方。

3、本合同正本一式 贰 份、甲、乙各执 壹 份；如办理了合同公证的，公证机关留存一份。



甲方：

法定代表人：

（或委托代理人）

盖章

乙方：

法定代表人负责人：

（或委托代理人） ２０ ）

盖章



7

# ATTACHMENT "J"

## TO EXHIBIT 162-1

BNBMPLC0006492

# Maximum Amount Guarantee Contract

of Industrial Bank Co., Ltd Jinan Branch

(Applicable to non-credit granting financing business)

No.: Xing Yin JiBaoZi 2005-124B

Creditor: Industrial Bank Co., Ltd Jinan Branch

Person in charge:

Domicile: No. 71, Jingqi Road, Jinan

Zip code: 250031    Telex:

Contact phone:                Fax:

Guarantor: Beijing New Building Materials Public Limited Company

Legal representative: Cao Jianglin

Domicile: No.11A,Sanlihe Road,HaidianDistrict,Beijing

Zip code: 100037    Telex:

Contact phone:                Fax:

Place: Jinan

BNBMPLC0006493

With a view to ensuring the liquidation of the debts successively incurred between the Creditor and Shandong TaiheDongxin Co., Ltd (the "**Debtor**") during certain period, the Guarantor, on its own initiative, provide a joint and several guarantee for the debts incurred between the Debtor and the Creditor. The two parties executed this Contract in accordance with related laws and regulations of the PRC for the purpose of specifying their obligations hereunder and keeping good faith. This Contract will be binding upon both the parties.

**Article 1 Definitions and Interpretations**

Unless otherwise agreed in this Contract,

1. "The claims incurred between the Creditor and the Debtor" include the claims (including principal, interests, penalty interests, liquidated damages, damages, and the costs for the Creditor to realize claims) arising from such financing business as domestic or foreign currency loan, inter-bank lending, trade financing (establishment of L/C, trust receipt, packing loan, export bill purchase, export collection bill purchase and import bill advance), acceptance, discounting and bill repurchase, and guarantee.

2. "Term of Validity of Guaranteed Amount" refers to a continuing period agreed by the parties hereto for the purpose of specifying the scope of the claims guaranteed under this Contract. As to claims incurred during the period, the Guarantor shall undertake joint and several guarantee liability for all the claims within the scope of its maximum amount, whether the term for the Debtor to repay any single debt is expired or not.

3. "Principal" refers to the principal of the debts incurred to the Debtor after a loan is granted, which includes but without limitation to such principal payable by the Debtor as the principal of domestic and foreign loan, the principal of trade financing, payment under bank acceptance bill, payment for discount of bills, advance payment for L/C, and the portion of principal for which the Creditor undertakes guarantee liability on behalf of the Debtor.

4. "Maximum Guarantee Amount for Principal" refers to the maximum principal amount agreed by the parties hereto for the purpose of specifying the scope of the claims guaranteed under this Contract. Within the scope of the maximum principal amount, the Guarantor shall undertake joint and several guarantee liability for all the claims within the scope of the Maximum Guarantee Amount for Principal (including principal, interests, penalty interests, liquidated damages, damages, and the costs for the Creditor to realize claims), irrespective of the frequency and amount of claims incurred between the Creditor and the Debtor.

5. "The costs for the Creditor to realize claims" include but without limitation to court costs, property preservation costs, enforcement application fees, attorney's fees, case handling fees, appraisal fees, action and realization fees, etc.

6. The Creditor will control the Debtor's claims based on balance. The balance refers to the total amount of the claims which shall be repaid by the Debtor to the Creditor, including immature balance and mature but unpaid balance

   (1) Immature balance refers to the balance of various debts to be paid which incurred at the time

the term for the performance of the debts has not expired.

(2) Mature but unpaid balance refers to the balance of various debts for which the repayment obligations have not been fulfilled by the Creditor and the Guarantor under the circumstances that the term for the fulfillment of the debts has expired.

7. "Master Contract" refers to the contract executed by the Creditor and the Debtor for the purpose of specifying the amount and term of fulfillment of each sum of debts and other rights and obligations of the Creditor and the Debtor within the term of validity of the guaranteed amount.

**Article 2 The claims guaranteed**

The claims guaranteed under this Contract are all the claims incurred between the Creditor and the Debtor within the term of the validity of the guaranteed amount to the extent such amount is within the Maximum Guarantee Amount for Principal.

**Article 3 Term of validity of guaranteed amount**

3.1 The term of validity commences from February 10, 2006 and ends on February 10, 2007.

3.2 The date of occurrence of the debts under this Contract must fall within the term of validity of the amount guaranteed hereunder; nevertheless the maturity date of each debt may fall out of the expiry date of the guaranteed amount. The Guarantor shall take joint and several guarantee liability for all the guaranteed claims, whether the maturity date of each single debt of the Debtor falls within the term of validity of the guaranteed amount.

**Article 4 Maximum Guarantee Amount for Principal**

4.1 The Maximum Guarantee Amount for Principal shall be denominated in RMB with the amount of RMB20mn (in words: twenty million) yuan.

4.2 Within the scope of the Maximum Guarantee Amount for Principal, the Guarantor shall undertake joint and several guarantee liability for all the claims under the Maximum Guarantee Amount for Principal (including principal, interests, penalty interests, liquidated damages, damages, and the costs for the Creditor to realize claims), irrespective of the frequency and amount of claims incurred between the Creditor and the Debtor.

**Article 5 Form of guarantee**

The Guarantor shall undertake joint and several guarantee liability under this Contract. Where the Debtor fails to fulfill its obligations to repay the debts due under the Master Contract, whatever the reason is (including the debts reclaimed in advance by the Creditor in case of a breach by the Debtor or the Guarantor), the Guarantor shall perform its joint and several guarantee liability pursuant to this Contract.

BNBMPLC0006494

**Article 6 Scope of guarantee**

The scope of guarantee under this Contract includes all the balance of claims incurred within the term of validity of the guaranteed amount and under the Maximum Guarantee Amount for Principal, including principal, interests (penalty interests), liquidated damages, damages, the costs for the Creditor to realize the claims, etc.

**Article 7 Term of guarantee**

7.1 The term of guarantee for each debt under this Contract shall be two years, commencing from the date of the expiry of the term for the fulfillment of each debt.

7.2 If any single financing determined by the Master Contract will be mature in batch, the term of guarantee for each batch of debt shall be two years, commencing from the date of the expiry of the term for the fulfillment of each batch of such debt.

7.3 Where the Creditor reclaims debts in advance, it will be deemed that the term for the performance of principal claims will expire in advance, and the term of guarantee for the debts will be brought forward correspondingly.

**Article 8 Payment on demand**

All the debts guaranteed by the Guarantor under this Contract shall be subject to payment on demand, i.e., the Guarantor shall immediately fulfill its obligations to liquidate the debts upon its receipt of the debts call notice stating the number of guaranteed contract and the amount of the debts submitted by the Creditor to the Guarantor.

**Article 9 Representations and warranties**

9.1 The Guarantor represents that:

(1) The guarantee commitment made by the Guarantor under this Contract shall be applicable to all the debts within the term of validity of guaranteed amount and within the scope of the Maximum Guarantee Amount for Principal. Unless required by the Creditor, the Guarantor will not go through the guarantee formalities item by item.

(2) The Guarantor hereby irrevocably authorizes the Creditor to deduct corresponding amount from any account opened by the Guarantor with any business branch of the Creditor to liquidate the debts and other fees to be undertaken by the Guarantor.

(3) The Guarantor does not withhold the information with regard to any of the following events which has happened or will happen and which will cause the Creditor not to recognize the Guarantor as a guarantor.

1) Major disciplinary offence, violation of laws or claim in relation to the Guarantor or its major

BNBMPLC0006495

leaders;

2) Any suspending action or arbitration;

3) Various debts or contingent liabilities undertaken by the Guarantor or guarantee or pledge (mortgage) guarantee provided by the Guarantor to a third party;

4) Event of breach on the part of the Guarantor under any contract; or

5) Any other circumstances affecting the financial status or guarantee ability of the Guarantor.

(4) The documents, data, statement and vouchers provided by the Guarantor to the Creditor are true and effective.

**(5) The Guarantor clearly understands the Creditor's business scope and limit of authority.**

**(6) The Guarantor has fully read all the clauses of this Contract and paid special attention to the provisions hereof in bold type. Upon request of the Guarantor, the Creditor has made corresponding explanations about the provisions of this Contract. The Guarantor is aware of and has a full understanding of the meaning of the provisions hereof and the legal consequences of the provisions.**

**(7) The Guarantor has the right to execute this Contract.**

9.2 The Guarantor further warrants that:

(1) During the term of validity of this Contract, the Guarantor will not transfer any assets, waive or inactively exercise any claims by any means within the term of validity of this Contract, or take any other measures to cause damage to the Creditor's interests or avoid debts.

(2) If the Guarantor recovers any amount from the Debtor and at the same time the Debtor is required to make payment by the Creditor pursuant to the Master Contract, the Guarantor agrees that the Debtor shall first repay its debts owed to the Creditor.

(3) If the Debtor and the Creditor have or will execute any counter-guarantee contract with regard to the guarantee obligations under this Contract, such counter-guarantee contract shall not,legally or actually, prejudice against any rights of the Creditor under this guarantee contract.

(4) Prior to the full performance of all the obligations under this Contract, if the Guarantor makes any change to property rights or adjusts its operation method (including but not limited to execution of joint venture or operation agreement with investors from overseas countries or Hong Kong, Macao or Taiwan regions; deregistration, close-down, suspension of production, product transformation, change; division, consolidation, merger, acquisition; restructuring, organization or transformation into a company limited by shares, investment company; equity participation or investment into any company limited by shares with such fixed assets as plant, machinery and equipment, or such intangible assets as trademark, patent, know-how, rights to use land; transacting property rights or right of management through lease, contracting, joint operation or trusteeship; making any other institutional change or operation nature), it shall give the Creditor a prior written notice.

(5) If the Creditor requires the addition or change of forms of guarantee or guarantors prior to the full

BNBMPLC0006496

performance of the Guarantor's obligations under this Contract, the Guarantor shall ensure that it will recognize the forms of guarantee and guarantors acceptable by the Creditors.

(6) As to any event of default occurred under this Contract, or any contract, guarantee contract or any other contract executed by and between the Guarantor and any department or organization of the Debtor, any other bank, non-banking institution or entity, it warrants that it will immediately notify the Creditor in writing.

(7) If the Guarantor goes through any formalities regarding establishment, change or deregistration with competent commerce and industry department or any other competent department, it shall notify the Creditor in advance, and deliver copies of related registration documents to the Creditor after the registration.

## Article 10 Change to the guaranteed Master Contract

**The Guarantor acknowledges that if the Creditor and the Debtor agree to change the Master Contract, it shall be deemed that the Guarantor's prior consent has been obtained in advance. In the case, it is not required to notify the Guarantor of such change and the guarantee liability of the Guarantor will not be mitigated.**

## Article 11 Liability for breach of contract

11.1 Under any of the following circumstances, the Guarantor will be deemed to have breached contract:

(1) The Guarantor fails to perform the representations and warranties it made in Article 9 hereof;

(2) The credit status of the Guarantor deteriorates; or

(3) The Guarantor contravenes any other obligations agreed under this Contract.

11.2 If the Guarantor breaches contract, the Creditor has the right to take any or many of the following measures:

(1) Rectify the breach within specified term;

(2) Declare that the term for the performance of the principal claim expires in advance and require the Guarantor to liquidate the debts on its behalf;

(3) Requires the Guarantor to pay a sum of liquidated damages at a rate of no less than 30%;

(4) Requires the Guarantor to provide new, adequate and effective guarantee; or

(5) Requires the Guarantor to indemnify related loss.

## Article 12 Independence of the validity of the Contract

**The validity of this Contract is independent of the Master Contract. The invalidity of the Master Contract in whole or in part will not affect the validity of this Contract. If the Master Contract is held to be invalid, the Guarantor shall also undertake the joint and several guarantee liability for the debts arising out of the Debtor's return of property or indemnification of loss.**

BNBMPLC0006497

**Article 13 Notice**

13.1 Any notice or communications under this Contract shall be made in writing and sent to the other party based on the address, telephone number or other contact means specified on the cover of this Contract.

13.2 In case of any change to the contact information of any party to this Contract, such party shall notify the other party immediately.

13.3 Upon the delivery of any notice or communications to the foregoing address (in case of any change to the address, the changed address shall control), such notice or communications shall be deemed to have been sent on the following date:

(1) If by letter, five working days after a registered mail is sent;

(2) If by telex, the date on which the acknowledgement receipt of the other party is received;

(3) If by a courier, the date the addressee signs the notice for confirmation.

**Article 14 Dispute resolution**

The formation, effectiveness, construction, performance or dispute resolution of this Contract shall be governed by the People's Republic of China.

Any dispute arising from the performance of this Contract shall be settled based on consultations. Should such consultations fail, the dispute shall be settled based on the method set forth in the following Section (1):

(1) File an action before the people's court where the Creditor is domicile.

(2) Submit the dispute to ____ Arbitration Commission for arbitration at ____ (place of arbitration) pursuant to the arbitration rules for the time being in force at the time the arbitration application is submitted. The arbitral award is final and will be binding upon both the parties.

During the action or arbitration, the other provisions of this Contract which are not involved in the dispute shall be performed.

**Article 15 Effectiveness of the Contract**

15.1 This Contract shall take effect after the legal representative or agent of the Creditor and that of the Guarantor set their hands and seal hereto.

15.2 After the effectiveness of this Contract, the Guarantor is not required to determine any Master Contract signed by and between the Creditor and the Debtor.

**Article 16 Counterparts**

This Contract shall be executed in ____. Both the Creditor and the Guarantor shall hold one original

BNBMPLC0006498

respectively and the Debtor will hold one duplicate. The number of duplicates may be increased upon request. Each party shall properly keep any copies of this Contract.

## Article 17 Miscellaneous

During the period agreed in Article 3.1 herein, as to a series of contracts, agreements or other legal instruments executed by and between the Creditor and the Debtor, Shandong TaiheDongxin Co., Ltd., for the establishment of claim-debt relationship, if any of them is not guaranteed under this Contract, it shall be otherwise specified in related contracts, agreements or other legal instruments.

## Article 18 Supplementary provisions

The Maximum Guarantee Amount for Principal guaranteed by the Guarantor shall be RMB twenty million yuan, including the debts in the amount of RMB twenty million yuan under the Short-Term Loan Contract (Xing Yin JiJie 2005 No. 124) entered into by and between the Debtor and the Creditor.

Person in charge or agent (Seal):
Li Yubo



Date: February 10, 2006

Creditor (Common Seal)
Industrial Bank Co., Ltd Jinan Branch

Legal representative or agent (Signature):

Cao Jiangling



Date: February 10, 2006

Guarantor (Seal)
Beijing New Building Materials
Public Limited Company

BNBMPLC0006499



BNBMPLC0006486

# 兴业银行济南分行

## 最高额保证合同

（适用于非授信融资业务）

编号：兴银济保字2007-1448号

供 权 人：兴业银行济南分行
负 责 人：王新升
住 所 地：济南市泺源大街7号
邮政编码：25003?
联系电话：
电传：
传真：

保 证 人：北京利尔高温材料股份有限公司
法定代表人：
住 所 地：北京市海淀区西门头甲1号
邮政编码：1000?2
电传：
联系电话：
传真：

签订地点：济南市

为担保债权人与债务人……信用额度限内有权……

为续发生的债务的担保，保证人自愿为债权人与债务人发生的债务提供连带责任保证。为明确发生的债务的担保，恪守信用，立约双方根据国家有关法律、法规，签订本合同，以达共同遵守。

第一条　定义与解释

除本合同另有约定外，则：

（一）"债权人与债务人发生的债权"包括债权人与债务人因本外币借款、拆借、贸易融资（信用证开证、信托收据、打包贷款、出口押汇、出口托收押汇和进口押汇）、承兑、贴现、票据回购、担保等融资业务而形成的债权（含本金、利息、罚息、违约金、损害赔偿金、债权人实现债权的费用等）。

（二）"保证额度有效期"是指为了明确本合同确本合同内发生的债权的范围而由立约双方明确约定的一个不中断的连续期间，在该期间内发生的债权，不论债务人单笔债务的履行期限是否超过该期间，保证人对其保证证最高限额额项下所有债权余额都应承担连带保证责任。

（三）"本金"指受信人办理业务时所产生的债务本金，包括但不限于债务人应偿还的本外币借款本金、贸易融资本金、银行承兑汇票票据款、票据贴现款项、信用证项下发生的垫款、债权人为债务人担保而承担担保责任的债务本金部分等。

（四）"保证最高本金限额"是指为了明确本合同确本合同被保证的债权的范围而由立约双方明确约定的最高本金限额，在该本金限额项下，不论债权人与债务人发生债权的次数和每次的金额，保证人对该保证最高本金限额项下所有债权余额（含本金、利息、罚息、违约金、损害赔偿金、债权人实现债权的费用等）承担连带保证责任。

（五）"债权人实现债权的费用"包括但不限于诉讼费用、财产保全费、评估费、申请执行费、律师代理费、办案费用、公告费、评估费、拍卖费、变卖费等。

（六）债权人对债务人的债权之和，包括未到期余额和已到期余额控制。该余额指保证额度有效期内发生的、债权人对债务人的债权余额之和，包括未到期期限尚未届满所形成的各项待清偿余额。

1、未到期余额是指债务履行期限尚未届满债务人和保证人仍未履行清偿义务的各项债务余额。

2、已到期未清偿余额是指债务履行期限届满债务人和保证人在保证额度有效期内发生的各项债务余额。

（七）"主合同"是指在保证额度有效期内，债权人与债务人签订的具体约定每笔约定债务合同。

第二条　被保证担保的债权

本合同项下被保证担保的债权为债权人与债务人在保证额度有效期内发生的各项最高本金限额项下的所有债权。

第三条　保证额度有效期

保证额度有效期项目自……年……月……日至……日止。

1

BNBMPLC0006487

BNBMPLC0006488

二、本合同项下保证的债务的发生日必须在保证有效额度有效期内，每笔债务到期日可以超过保证额度有效期的到期日，即不论债务人单笔债务的到期日是否超过保证额度有效期的到期日，保证人对被保证的债权都应承担连带保证责任。

第四条  保证最高本金限额

二、本合同项下的保证最高本金限额为币种 _____人民币____ 金额（大写） 贰佰玖拾 。

二、在该最高本金限额内，不论债权人与债务人发生债权的次数和每次的金额，保证人对该最高本金限额项下的所有债权余额（含本金、利息、罚息、违约金、损害赔偿金、债权人实现债权的费用等）承担连带保证责任。

第五条  保证责任方式

保证人在本合同项下承担连带保证责任。债务人无论何种原因未按主合同约定履行到期应付的债务（包括债权人因债务人违约而要求提前收回的债务），保证人都应按照本合同约定履行连带保证责任。

第六条  保证范围

本合同项下的保证范围为保证额度有效期内发生的在保证最高本金限额项下的所有债权余额，包括本金、利息、罚息）、违约金、损害赔偿金、债权人实现债权的费用等。

第七条  保证期间

1、本合同项下每笔债务的保证期间均为两年，自每笔债务履行期限届满之日起计。

2、如单笔主合同确定的融资分批到期的，每批债务的保证期间均为两年，自每批主债务履行期限届满之日起计。

3、债权人提前收回债务时，则视主债务履行期提前届满，该项债务的保证期间同相应提前。

第八条  见索即付

保证人在本合同项下的债务均为见索即付，即只要债权人向保证人提交列明保证合同号与债务余额的债务催收通知文书，保证人收到后应立即履行清偿责任。

第九条  声明与保证

一、保证人声明：

（一）保证人在本合同中的保证承诺对在保证额度有效期和最高本金限额内的所有债务有效，除主债权人要求、保证人不再逐笔办理保证手续。

（二）保证人在此未可撤销地授权债权人有权扣划保证人在债权人任一营业机构的任何帐户上的款项用以清偿保证人应承担的债务及其他费用。

（三）保证人未隐瞒任何已发生或即将发生的有可能使债权人不接受其为保证人的下列事件：

1、与保证人或其主要领导人有牵连的重大违纪、违法或被索赔事件；

BNBMPLC0006489

2、未结束的诉讼、仲裁事件；

3、保证人承担的各类债务，或者负债向第三人提供的保证、抵(质)押担保；

4、保证人在其他合同项下所发生的违约事件；

5、其他影响保证人财务状况或担保能力的情况。

(四)保证人向债权人提供的文件、资料、报表和凭证等是真实、有效的。

(五)保证人清楚地知悉债权人的经营范围、授权权限。

(六)保证人已充分阅读本合同的所有条款，并特别注意了本合同字体加黑的条款，应保证人要求，债权人已经就本合同做了相应的条款说明。保证人对本合同条款的含义及相应的法律后果已全部通晓并充分理解。

(七)保证人有权签署本合同。

二、保证人保证：

(一)在本合同有效期内，不以任何方式转移资产，放弃或消极行使债权及其他任何方式达到损害债权人利益或逃避债务的目的。

(二)如果债务人同时面临保证人的追偿和债权人在本合同项下的任何支付要求，保证人同意债务人优先偿付其对债权人的债务。

(三)如果债务人与保证人已经或将要就本合同项下的担保义务签订反担保合同，则该反担保合同不得生法律效或事实上损害债权人在本保证合同项下享有的任何权利。

(四)在本合同项下全部义务履行完毕之前，保证人如进行任何产权变动或经营方式调整(包括但不限于与境外商、港澳台合资、合作合同、撤销、关闭、停产、转产、变更、分立、合并、兼并、被兼并；重组、组建或改建为股份制公司、投资公司，以房屋、机器、设备等固定资产或商标、专利、专有技术、土地使用权等无形资产入股或投资于股份公司，以租赁、承包、联营、托管等方式进行产权、经营权的交易、经营权的变更或变改变经营性质)，将事先书面通知债权人。

(五)在本合同项下义务履行完毕前，如债权人要求追加或更换担保方式和主体，保证人保证为债权人所接受的新的担保方式和主体。

(六)保证人对在本合同项下及与债权人任何部门或机构，其他银行、非银行金融机构或单位签订的合同，拒保合同或其他合同项下所发生的违约事件，保证立即以书面形式通知债权人。

(七)保证人如在国家工商行政管理部门或国家其他有关部门进行任何设立、变更或注销登记，将于申请前通知债权人，登记后立即通知有关登记副本送达债权人。

第十条 被保证的主合同的变更

保证人确认，债权人与债务人协议变更主合同，均视为已征得保证人事先同意，无需通知保证人，保证人保证责任不因此而减免。

第十一条 违约责任

BNBMPLC0006490

一、下列任一情形均构成保证人违约：

（一）保证人未履行本合同第九条所作的声明与保证；

（二）保证人资信状况恶化；

（三）保证人违反本合同所约定的其他义务。

二、保证人违约，债权人即有权采取以下一项或多项措施：

（一）限期补正违约；

（二）宣布主债务履行期提前届满，要求保证人立即代为清偿债务；

（三）要求保证人支付总额不超过 30% 的违约金；

（四）要求保证人提供新的足额、有效的担保；

（五）要求保证人赔偿损失。

**第十二条　合同效力的独立性**

本合同的效力独立于主合同，主合同全部或部分无效并不影响本合同的效力。如主合同被确认无效，则保证人对于债务人因返还财产或赔偿损失而形成的债务也承担连带保证责任。

**第十三条　通知**

一、本保证合同项下的任何通知或者各种通讯联系均应以书面形式按本合同封面记载的地址、电传号或其他联系方法送达对方。

二、如本合同任何一方的上述联系方法发生变化，应立即通知对方。

三、任何通知或各种通讯联系只要按照上述地址（地址变更的，则按变更后的地址）发送，即应视作于下列日期做送达：

（一）如果是信函，则为投邮发出后 5 个工作日；

（二）如果是电传、电传，则为收到对方确认回号之日；

（三）如果派人专程送达，则为收件人签收之日。

**第十四条　争议的解决方式**

本合同的订立、效力、解释、履行及争议、履行及争议的解决均适用中华人民共和国法律。

在合同履行过程中发生争议，可以通过协商解决；协商不成，按以下第 一 种方式解决：

（一）向债权人所在地人民法院起诉。

（二）提交 ／ 仲裁委员会（仲裁地点为 ／ ），按照申请仲裁时该会现行有效的仲裁规定进行仲裁。仲裁裁决是终局的，对双方均有约束力。

在诉讼或仲裁期间，本合同不涉及争议部分的条款仍须履行。

**第十五条　合同的生效**

一、本合同经债权人法定代表人或代理人或代理人签字或盖章及保证人法定代表人或代理人签字或盖章后生效。

二、本合同生效后，债权人与上述债务人所签署的主合同，保证人无须再逐笔确认。

4

BNBMPLC0006491

第十六条 文本

本合同正本壹式____份，债权人、保证人各执壹份，债务人持副本壹份，副本根据需要增订，各方应妥善保管所持合同文本。

第十七条 其它

在本合同第三条第一款约定的期间内，债权人与债务人以及本债务人认可的债权分配机构(或代理人)所签订的一系列合同、协议以及其他法律性文件中予以明确。

形成债权债务关系所签订的一系列合同、协议以及其他法律性文件，应在有关合同、协议以及其他法律性文件中予以明确。

第十八条 补充条款

担保人担保的是本全同项下之债务人所欠银行开元祥修券/与债权

人整订的绵为为支银行管2006(2保定期的捧签合向随工试件

乃乞债务。



债权人(公章)：济南分行

负责人或代理人(签章)：

2006 年 2 月 10 日

保证人(公章)：

法定代表人或代理人(签章)：

2006 年 2 月 10 日

5

# ATTACHMENT "J"

## TO EXHIBIT 162-1

20064012

# Maximum Amount Guarantee Contract

No.2006 T.Z.B.Z.No.060110

Guarantor: Beijing New Building Materials Public Limited Company

Enterprise business license No.: 110001510134

Legal representative or person in charge: Cao Jianglin

Opening financial institution and account No.:

Address: No.11A, Sanlihe Road, Haidian District, Beijing

Tel:

Creditor: Tai'an Branch of Bank of China Limited

Legal representative or person in charge: Qin Ruiming

Address: No.48 Dongyue Street, Tai'an City

Tel:

To guarantee that the Debtor's obligations are feasibly fulfilled under several Master Contracts that have been signed or to be signed by and between the Debtor Shandong TaiheDongxin Co., Ltd. and the Creditor Tai'an Branch of Bank of China Limited from February 10, 2006 to February 10, 2007, the Guarantor is willing to provide guarantee warranty to the Creditor. Both parties enter into this Contract after equal negotiations.

**Article 1 Representations and undertakings**

The Guarantee states and undertakes as follows:

(1) The Guarantor has the qualifications as a guarantor according to laws of China and the Guarantor has the capability of assume the guarantee liability.

(2) The Guarantor fully understands the content of the Master Contracts, and its providing guarantee for the Debtor is voluntary out of its true intention. The legal representative or the authorizedsignatory's signing is duly authorized.

(3) All the documents, materials, statements and credentials provided by the Guarantor to the Creditor are accurate, true, complete and valid.

1

BNBMPLC0006480

(4) The Guarantor shall notify the Creditor of any change in property right or business practice that may occur during the guarantee period in advance; and the Guarantor will not be excused from its guarantee liability due to changes in the property right or business practice.

(5) The Guarantor's registration establishment, change and cancellation with the state administration of industry and commerce shall be notified to the Creditor and the registration copies shall be sent to the Creditor.

## Article 2 Relationship between the Guarantee Contract and the Master Contracts

This Contract is an independent guarantee contract. If the Master Contracts become invalid and revocable for any reason, the Guarantee Contract's efficacy will not be affected. The Guarantee Contract is still valid and the Guarantor still shall assume guarantee liability to the Creditor. Master Contracts refer to the credit agreements relating to this Guarantee Contract and the loan contracts signed during the period specified by this Contract.

If the parties to the Master Contracts rescind the Master Contracts or make the Master Contracts expire early, the Guarantee Contract is still valid and the Guarantor still shall assume guarantee liability for the losses caused by the Debtor to the Creditor.

If the parties to the Master Contracts agree to modify the content of the Master Contracts, the Guarantor's consent is not required and the Guarantor still shall assume the guarantee liability within the guarantee scope after the modification, except for renewal and increase of loan amount. If the Master Contracts are renewed without the Guarantor's consent, the Guarantor still assumes the guarantee liability during the original guarantee period. If the parties to the Master Contracts increase the loan amount without the Guarantor's consent, the Guarantor still assumes the guarantee liability within the original loan amount limit.

The Creditor may transfer its claim under the Master Contracts to a third party without the Guarantor's consent, and the Guarantor still assumes the guarantee liability within the original scope of guarantee.

## Article 3 Scope of guarantee

The claim under this Guarantee Contract refers to all the debts incurred between the Creditor and the Debtor from February 10, 2006 to February 10, 2007. The principal is not more than RMB90,000,000, of which RMB credit is RMB73,400,000 and L/C opening credit is USD200,000 (converted into RMB16,600,000).

This Contract's guarantee scope includes the loan principal, interest (including legal interest, agreed interest, compound interest and penalty interest), default fine, compensation, expenses to realize the claim (including legal cost, attorney's fee,

2

BNBMPLC0006481

BNBMPLC0006482

notary fee, enforcement fee etc.), losses caused to the Creditor due to the Debtor's breach of contract and other payables.

**Article 4 Way of guarantee**

The way of guarantee under this Guarantee Contract is joint liability guarantee.

If the Debtor's any debt under the Master Contracts is not paid to the Creditor on any normal repayment day or early Guarantor's consent pursuant to thecontractual agreement, the Guarantor shall fulfil its guarantee obligations. The Creditor specially states that the so-called normal repayment day in this provision refers to the interest payment day specified in the Master Contracts, the principal repayment day in the repayment plan or the receipt of debt or any day on which the Debtor shall pay any amount to the Creditor pursuant to the contractualagreement. The so-called early repayment day in this provision refers to the early repayment day proposed by the Debtor and agreed by the Creditor as well as the date that the Creditor requires the Debtor to repay the loan ahead of schedule according to the contractual agreement.

If the Debtor does not repay the loan according to the contractual agreement as specified in Article 1, the Guarantor shall, within 10 days after the Creditor sends a notice to it, pay the required amount in the notice to the account specified by the Creditor. The Creditor's notice shall be made in writing and sent by any of the following ways:

1. Registered letter;

2. Express mail;

3. Personal service;

4. Fax.

After receiving the foresaid notice, the Guarantor shall pay the amount specified in the notice in time and shall not ask for exemption from payment or late payment.

**Article 5 Guarantee period**

The guarantee period hereof is from the day when the first loan contract becomes effective to 2 years after the last repayment fulfilment term expires (or from the day when the first loan contract becomes effective to 2 years after the fulfilment term of the last loan in all loan contracts expires).

**Article 6 Breaching liability**

The Guarantor will breach this Contract if:

(1) The Guarantor makes false statement or violates its undertaking in violation of

3

BNBMPLC0006483

Article 1 hereof;

(2) The Guarantor does not pay off the Debtor's debts in time pursuant to Article 4 hereof;

(3) This Contract becomes invalid for the Guarantor's reason and the Guarantor shall assume all liability within in the guarantee scope hereunder.

If the Guarantor breaches the Contract, the Creditor is entitle to take one or more of the following measures:

(1) To rescind the loan contracts and other credit contracts with the Guarantor or announce that the above contracts expire early;

(2) To require the Guarantor to compensate the Creditor for all direct or indirect losses (including but not limited to the losses of loan principal, interest and expenses suffered by the Creditor under the Master Contracts) due to its breach of contract;

(3) To offset the guaranteed claim with the Guarantor's funds at the Creditor and other organizations of the Bank of China or any claim enjoyed by the Guarantor to the Creditor and other organizations of the Bank of China.

## Article 7 Offset and right reservation

Under this Contract, the Guarantor shall pay the debts within the guarantee scope in full and shall not propose to offset them, except as agreed by the Creditor.

Any allowance, grace period, preference or delay in performing the rights hereunder granted by the Creditor to the Guarantor shall not affect, impair or restrict all the rights enjoyed by the Creditor according to this Contract and laws. It shall not be deemed to waive the Claims and interests hereunder, nor relieve the Guarantor of its obligations to be assumed hereunder.

The Guarantor hereby undertakes that it will not perform its guarantee liability on the premise of the Creditor's first exercising its guaranteed real right under the Master Contract.

## Article 8 Contract modification, rescission and interpretation

This Contract may be modified, supplemented or rescinded with the written consent of both parties; any modification and supplement to this Contract constitute an integral part hereof.

Any matter not covered in this Contract shall be interpreted or handled pursuant to related provisions of the Master Contracts relating to this Contract.

The invalidity of any provision hereof does not affect the efficacy of other provision.

4

BNBMPLC0006484

**Article 9 Applicable law, dispute resolution and governance**

This Contract applies to the laws of the People's Republic of China.

Any dispute arising out of performance of this Contract shall be resolved by both parties through negotiations; failing which both parties agree to resolve it by (1):

(1) To bring a lawsuit before the people's court of the place where the Creditor is located to resolve the dispute through judicial procedures.

(2) To have the dispute to be arbitrated by the _____ Arbitration Committee.

All expenses relating to lawsuit or arbitration include but not limited to the legal cost, enforcement fee, attorney's fee shall be borne by the Guarantor, unless otherwise judged by the courts or ruled by the arbitration committee.

**Article 10 Effectiveness of the Contract**

This Guarantee Contract comes into force after both parties have signed it and affixed their seals.

This Contract is executed in three counterparts with each contracting party and the Debtor holding one counterpart. All the counterparts have the same legal effect.

5

BNBMPLC0006485

Guarantor: Beijing New Building Materials Public Limited Company (official seal)



Signature of legal representative or authorized signatory: _____



February 10, 2006

Creditor: Tai'an Branch of Bank of China Limited (official seal)



Signature of legal representative or authorized signatory: _____



February 10, 2006

6

BNBMPLC0006476

# 最高额保证合同

编号：200f/泰中银保字第06 0110号

保证人：

企业法人或负责人：北新集团建材股份有限公司

法定代表人营业执照号码：1100001510134

开户金融机构及账号：曹江林

住所：北京市海淀区三里河路甲11号

联系方式：

债权人：中国银行股份有限公司泰安分行

法定代表人或负责人：姜锐明

住所：泰安市东岳大街48号

联系方式：

为了确保债务人 山东泰和东新股份有限公司 与本合同债权人 中国银行泰安分行 在本合同债权人 中国银行泰安分行 于自 200f 年 2 月 10 日至 20f0 年 2 月 10 日之间已经签订或将要签订的多个主合同项下债务人义务得到切实履行，保证人愿意向债权人提供保证担保。双方经平等协商订立本合同。

第一条  声明与承诺

保证人声明并承诺如下：

（一）保证人依据中国法律具有保证人资格，保证人有能力承担保证责任。

（二）保证人完全了解主合同的内容，为债务人提供保证完全出于自愿。全部意思表示真实。法定代表人或被授权签字人的签字经过合法的授权。

（三）保证人向债权人提供的所有文件、资料、报表和凭证均是准确、真实、完整和有效的。

（四）保证人应向债权人预先通知在保证期间内发生的任何形式的产权变动或经营方式改变；保证人不因上述产权变动或经营方式改变而免除保证责任。

（五）保证人在国家工商行政管理部门进行的任何设立、变更、注销登记，应立即通知并将有关变更登记副本送交债权人。

BNBMPLC0006477

## 第二条　保证合同与主合同的关系

本保证合同为独立性担保。主合同因任何原因而发生的无效，可撤销均不影响保证合同的效力。保证合同仍旧有效。保证人仍应对债权人承担保证责任。主合同为本保证合同针对的授信协议或使本合同规定的期间内发生的借款合同。

主合同双方解除主合同或使主合同提前到期的，保证人仍然有效，保证人对于债务人给债权人造成的损失承担保证责任。

主合同双方协议变更主合同的内容，除展期及增加借款金额外，无需征保证人同意。保证人仍应对变更后的保证范围内承担保证责任。主合同未经保证人同意而展期的、保证人仍在原保证期间内承担保证责任。主合同双方未经保证人同意而增加借款金额的、保证人仍在原借款金额内承担保证责任。

无需征保证人同意，债权人可将主合同债权转让给第三人，保证人仍在原保证范围内承担保证责任。

## 第三条　保证范围

本合同所担保的债权为自 2006 年 2月 10日起至 2007年 2月 10日止债权人与债务人之间所产生的全部债务、本金额不超过 9000 万元人民币，其中：人民币经信 7340 万元，授信开证 200 万美元，折合人民币 1660 万元。

本合同担保的范围包括因主合同而产生的债务本金、利息（包括法定利息、约定利息、复利、罚息、违约金、赔偿金、实现债权的费用（包括诉讼费用、律师费用、公证费用、执行费用等）。因债务人违约而给债权人造成的损失和其他所有应付费用。

## 第四条　保证方式

本保证合同担保方式为连带责任担保。

如果债务人在主合同项下的任何一正常还款日或逾期还款日未按合同约定向债权人进行支付，保证人须履行保证义务。债权人特别提示本款指债务的正常还款日为主合同中所规定的利息支付日。还款计划或借据中的债务人依据合同规定应向债权人支付任何款项的日子。本款所指的提前还款日为债务人提出的经债权人同意的提前还款日以及债权人依据合同规定向债务人要求提前收回贷款的日期。

如发生了本条第一款规定的债务人未按合同规定还款的事件、保证人在债权人向其发出通知后 10 日内、将通知中所要求支付到债权人指定的账户中。债权人的通知须以书面形式作出，并可以下述任何一种方式发送：

1、挂号信：

BNBMPLC0006478

2、特快专递；

3、专人送达；

4、传真。

保证人在收到前述通知后，须及时支付通知所要求的款项，而不以任何理由要求免于支付或退还支付。

第五条　保证期间

本合同的保证期间从主合同生效之日开始到最后一期还款履行期届满之日起经过两年（或从第一笔借款合同生效之日起至全部全部借款的履行期届满之日起经过两年）。

第六条　违约责任

以下情况构成保证人在本合同项下的违约：

（一）保证人违反本合同第一条的规定，作出虚假声明或违反承诺的；

（二）保证人未按本保证法合同第四条的规定及时清偿债务人的债务；

（三）因保证人的原因造成本合同无效的，保证人应在本合同保证范围内承担全部责任。

保证人违约的，债权人有权采取以下一项或多项措施：

（一）解除与保证人之间的借款合同，其他授信合同或宣布上述合同提前到期；

（二）要求保证人赔偿因其违约而给债权人造成的一切直接或间接损失（包括但不限于债权人遭受的主合同项下贷款本金、利息和费用的损失）；

（三）仅需通知，将保证人以及中国银行其他银行机构处帐户内的资金或对债权人以及中国银行其他机构享有的任何债权与担保债权相抵销。

第七条　抵销与权利保留

在本合同项下，保证人应当全额支付保证范围内的债务，不得提出抵销的主张。但债权人同意的除外。

债权人给予保证人的任何宽容、宽限、优惠或延缓行使本合同项下的权利，均不影响、损害或限制债权人依据本合同和法律而享有的一切权利。不应视为债权人对本合同项下的权利、权益的放弃，也不免除保证人在本合同项下应承担的任何义务。

保证人在此承诺：不以债权人首先实现主合同项下的担保物权作为其履行保证责任的

3




BNBMPLC0006479

前提。

**第八条　合同变更、解除与解释**

本合同经双方书面同意，可以修改、补充或解除；本合同的任何修改和补充均构成本合同不可分割的一部分。

本合同的未尽事宜，应根据本合同所担保的主合同的有关条款予以解释或处理。

本合同任何条款的无效均不影响其他条款的效力。

**第九条　法律适用、争议解决与管辖**

本合同适用中华人民共和国法律。

凡因履行本合同而产生的纠纷，双方应通过协商解决。在协商不成时，双方同意采用下述第（一　）种方式解决：

（一）向债权人所在地人民法院起诉，通过司法程序解决。

（二）由　　　　　仲裁委员会进行仲裁。

与诉讼或仲裁有关的所有费用包括但不限于诉讼费、执行费、律师代理费等费用均由保证人承担，但法院判决或仲裁委员会裁决另有规定的除外。

**第十条　合同生效**

本保证合同在双方签字并盖章后生效。

本合同一式　叁　份，缔约双方及债务人各执　壹　份，具有同等的法律效力。

保证人：

法定代表人或授权代表人：

2006年2月10日

债权人：
法定代表人或授权代表人：
2006年2月10日

# ATTACHMENT "K"

## TO EXHIBIT 162-1

BNBMPLC0006507

Contract No.: 2006 Ning Yang No. 005

# Maximum Amount Guarantee Contract

Guarantor (Party A): Beijing New Building Materials Public Limited Company

Domicile (address):

Legal representative:

Creditor (Party B): ICBC NingyangSub-branch

Business Address:No. 004 Chengnan Street, Ningyang County

Legal representative (person in charge): Chen Fuwu

BNBMPLC0006508

# Contents

Article 1 Party A's representations and warranties

Article 2 Type and amount of guaranteed principal claims

Article 3 Term for the borrower of the Master Contract to repay debts

Article 4 Form of guarantee

Article 5 Scope of guarantee

Article 6 Guarantee period

Article 7 Party A's rights and obligations

Article 8 Party B's rights and obligations

Article 9 Liability for breach of contract

Article 10   Effectiveness, change, rescission and termination of Contract

Article 11   Dispute resolution

Article 12   Other matters agreed by the two parties

Article 13   Supplementary provisions

With a view to ensuring the practical performance of all the obligations of the Shandong TaiheDongxin Co., Ltd (the "**Borrower**") under all the loan contracts ("**Master Contract**") executed by and between the Borrower and the Party B to this Contract within the upper limit of the maximum loan amount ofRMB thirty three point six million yuan for the period from February 10, 2006 to February 9, 2007, Party A is willing to provide Party B with a guarantee. For the purpose of specifying the rights and obligations of the two parties, Party A and Party B executed this Contract based on their consultations and consensus and in accordance with the *Contract Law of the People's Republic of China*, the *Guarantee Law of the People's Republic of China*, and other laws, rules and regulations.

**Article 1Party A's representations and warranties**

1.1  It is qualified to act as Guarantor in accordance with the laws of PRC to provide guarantees for external parties.

1.2  It has the full capacity to undertake guarantee liabilities and its liabilities will not be mitigated or exempted as a result of any order, change to financial standing, or the execution of any agreement with any entity.

1.3  It has a full understanding of the purpose of the loan borrowed by the Borrower under the Master Contract and provides the Borrower with guarantee on its own initiative. All the intentions it expresses under this Contract are true and genuine.

1.4  If the Borrower fails to fulfill its obligations to repay the principal, interests and corresponding expenses under the Master Contract, Party B may directly claim the same against Party A. In the case, Party A authorizes Party B to deduct the same amount from any account opened by Party A with Party B.

**Article 2Type and amount of guaranteed principal claims**

2.1  The principal claims guaranteed under this Contract are the total amount of RMB loan granted by Party B pursuant to the Master Contract to the extent that such amount falls within the period set forth herein and is up to the maximum loan amount specified herein.

**Article 3Term for the borrower of the Master Contract to repay debts**

3.1  It will be agreed respectively pursuant to the Master Contract.

**Article 4Form of guarantee**

4.1  The guarantee under this Contract is in the form of joint and several liability guarantees.

1

BNBMPLC0006509

**Article 5Scope of guarantee**

5.1  The  scope  guaranteed  under  this  Contract  include  all  the  principal,  interests,  compound interests, penalty interests, liquidated damages, damages , the costs for realizing claims and all the other fees payable under the Master Contract.

**Article 6Guarantee period**

6.1  The guarantee period for each sum of loans guaranteed under this Contract shall be calculated independently and shall be two years commencing from the date immediately after the expiry of the loan term determined by each loan contract;

6.2  If the loans determined by a single loan contract will expire in batch, the guarantee period for each batch of the loans shall be two years commencing from the date immediately after the expiry of each batch of the loans.

6.3  If Party B reclaims the loan in advance pursuant to the Master Contract, the guarantee period shall be two years commencing from the date immediately after the date on which Party B notifies the Borrower of the requirement for repayment of such loan.

**Article 7Party A's rights and obligations**

7.1  Party A shall provide related materials upon the request of Party B and ensure that the materials it provides are true and valid.

7.2  Party A is obligated to sign any call letter or any other similar documents issued by Party B for confirmation and send back the receipt within three days thereafter.

7.3  Where Party A is under any of the following circumstances, it shall notify Party B in time:

7.3.1    There is any change to the operating system of Party A such as contracting, lease, joint operation, consolidation, merger, division, shareholding system transformation and establishment of a joint venture with foreign investors, etc.;

7.3.2    There is any change to its business scope and registered capital;

7.3.3    Its financial status deteriorates or it is involved in material economic dispute;

7.3.4    Party A involves bankruptcy, close-down, dissolution, suspension of business for internal rectification, revocation of business license, or deregistration;

7.4  Under the circumstances set forth in Articles 7.3.1 and 7.3.2, Party A shall notify Party B thirty (30) days in advance; under any other circumstances set forth in the preceding section, Party A shall notify Party B five (5) days subsequent to the occurrence of such circumstances.

2

BNBMPLC0006510

7.5 If Part B and the Borrower reach an agreement to change the Master Contract, Party A's consent is not required except for renewal of contract or increase of the amount of loan, and Party A shall undertake joint and several liabilities within the scope of the original guarantee.

7.6 If Party B transfers the principal claim to any third party within the term of validity of this Contract, Party A shall undertake joint and several liabilities within the scope of the original guarantee.

7.7 If Party A provides any third party with further guarantees in any form during the term of validity of this Contract, Party A shall not damage Party B's interests.

7.8 If Party A is involved in division, consolidation, shareholding system transformation or any other events during the term of validity of this Contract, Party A shall ensure that all the guarantee liabilities under this Contract will be properly performed.

7.9 Upon the Borrower's repayment of all of its debts under the Master Contract, Party A will no longer take guarantee liabilities.

## Article 8 Party B's rights and obligations

8.1 Party B has the right to require Party A to provide related documents which may prove Party A's legal identity.

8.2 Party B has the right to require Party A to provide the financial reports and other data which may reflect its credit status.

8.3 If Party B's claims are not liquidated in whole or in part after the term for the performance of the principal expires, it has the right to require Party A to undertake guarantee liability pursuant to this Contract.

8.4 As to any of the following circumstances, Party B has the right to notify Party A in writing to undertake guarantee liability in advance, and Party A shall perform its guarantee liability within 10 days of the receipt of the foregoing notice:

8.4.1   Party B legally rescinds the Master Contract in accordance with the provisions thereof;

8.4.2   Party B reclaims loan in advance under any other circumstances agreed in the Master Contract.

8.5 If Party B transfers the principal claim to any third party according to law during the term of validity of this Contract, it shall notify Party A in advance.

## Article 9 Liability for breach of contract

9.1 If Party A makes any false representations or warranties in Article 1 herein, which causes Party B to sustain any loss, Party A shall make compensations.

9.2 Upon the effectiveness of this Contract, both Party A and Party B shall fully perform their obligations under this Contract. Any party who refuses to perform or fails to fully perform the obligations will take corresponding liabilities for breach of contract and indemnify the other party

3

BNBMPLC0006511

against any loss thereby caused.

9.3  If this Contract is invalidated due to any fault on the part of Party A, Party A shall indemnify Party B against all the losses within the guarantee scope.

## Article 10    Effectiveness, change, rescission and termination of Contract

10.1    This Contract shall take effect as of the date both Party A and Party B set their hands and seals hereto and will terminate on the date the principal, interests, compound interests, penalty interests, liquidated damages, indemnifications, the costs for realizing claims and all the other fees payable of the Borrower under the Master Contract have been repaid.

10.2    This Contract will be independent of the Master Contract and its validity will not be affected by the invalidity of the Master Contract. If the Master Contract is invalid, Party A shall still undertake related responsibilities pursuant to this Contract.

10.3    Neither party may change or rescind this Contract after it takes effective. If such change or rescission is indeed required, the two parties shall reach a consensus and conclude a written agreement. Before the execution of the written agreement, this Contract shall continue to be effective.

## Article 11    Dispute resolution

11.1 Any dispute arising from the performance of this Contract by the two parties shall first be settled by the two parties based on consultations. Should such consultation fail, such dispute shall be settled based on the means set forth in the following Article 11.1.2:

11.1.1 Arbitration by _____ Arbitration Commission;

11.1.2 Filing an action before the court where Party B is domiciled.

## Article 12    Other matters agreed by the two parties

This Contract will also provide guarantee for the immature debts under the working capital loan contracts executed by and between the Creditor and the Debtor with the number of 2005 Ningyang No.0015, 2005 Ningyang No.0017, 2005 Ningyang No.0030, and 2005 Ningyang No.0031; provided that the amount of the foregoing Master Contract must be covered by the total amount to be guaranteed by the Maximum Amount Guarantee Contract, i.e., the total amount to be guaranteed by the Maximum Amount Guarantee Contract is only limited to the maximum amount guaranteed by the Maximum Amount Guarantee Contract. The contents supplemented in this Article constitute an effective part of the Maximum Amount Guarantee Contract and will have the same legal force as any other provisions hereof.

4

BNBMPLC0006512

BNBMPLC0006513

## Article 13   Supplementary provisions

13.1    This Contract shall be executed in triplicate. Party A, Party B and the Borrower will respectively hold one copy, and each copy will have the same legal force.



Party A: (Common seal):

Bejing New Building Materials Public Limited Company



Legal/authorized representative:

February 10, 2006



Party B: (Common Seal):

ICBC NingyangSub-branch



Legal/authorized representative:

February 10, 2006

5

BNBMPLC0006500

合同编号：2006 年（字阳）字第 0001 号

# 最高额保证合同

保证人（甲方）：沈阳和美盛装饰材料有限公司

住所（地址）：

法定代表人：

债权人（乙方）：中国工商银行沈阳市和平区分行营业部

住所（地址）：

法定代表人（负责人）：降福五

BNBMPLC0006501

# 目　录

第一条　甲方陈述与保证

第二条　被保证的主债权种类及数额

第三条　主合同借款人履行债务的期限

第四条　保证方式

第五条　保证范围

第六条　保证期间

第七条　甲方的权利和义务

第八条　乙方的权利和义务

第九条　违约责任

第十条　合同的生效、变更、解除和终止

第十一条　争议的解决

第十二条　双方约定的其他事项

第十三条　附则

BNBMPLC0006502

为了确保 2006 年 2 月 10 日至 2007 年 2 月 9 （大写）昊竹建筑陶瓷招 万元最高贷款余额内与本合同乙方签订的所有借款合同（以下简称主合同）项下借款人义务得到切实履行，甲方愿意向乙方提供保证担保。为明确双方权利义务，依据《合同法》、《担保法》及其他有关法律法规规定，甲乙双方经协商一致，订立本合同。

第一条　甲方陈述与保证

1.1 依据中国法律具有保证人主体资格，可以对外提供保证担保。

1.2 有足够的能力承担保证责任，并不因任何指令、财力状况的改变，与任何单位签订的任何协议而减轻或免除所承担的保证责任。

1.3 完全了解主合同借款人的借款用途，为主合同借款人提供保证担保完全出于自愿，其在本合同项下的全部意思表示真实。

1.4 如借款人未按主合同约定履行偿付借款本息和相应费用的义务，乙方可直接向甲方追索，甲方授权乙方从甲方在乙方开立的帐户上划收。

第二条　被保证的主债权种类及数额

2.1 本合同所担保的主债权为在本合同规定的期间和最高贷款余额内，乙方依据主合同发放的所有人民币贷款。

第三条　主合同借款人履行债务的期限

3.1 依主合同之分别约定。

1

BNBMPLC0006503

第四条　保证方式

4.1　本合同保证方式为连带责任保证。

第五条　保证范围

5.1　本保证合同担保的范围包括所有主合同项下的全部本金、利息、复利、罚息、违约金、赔偿金、实现债权的费用和所有其他应付费用。

第六条　保证期间

6.1　本合同担保的每笔借款的保证期间为保证期间单独计算，自每笔借款合同确定的借款到期之次日起两年；

6.2　如单笔借款合同确定的借款分批到期的，则每批借款的保证期间自每批借款款到期之次日起两年。

6.3　如乙方根据主合同之约定提前收回贷款的，则保证期间为自乙方向借款人通知还款日之次日起两年。

第七条　甲方的权利和义务

7.1　根据乙方要求提供相关资料，并保证所提供资料的真实性、合法性。

7.2　对乙方发出的催收函或其他催收文件，甲方有义务签收并在签收后3日内寄出回执。

7.3　甲方发生下列情况之一，应及时通知乙方：

7.3.1　经营机制发生变化，如实行承包、租赁、联营、合并、兼并、分立、股份制改造、与外商合资合作等；

7.3.2　经营范围和注册资金发生变更、股权变动；

7.3.3　财务状况恶化或涉及重大经济纠纷；

7.3.4 破产、歇业、解散、被停业整顿、被吊销营业执照、被撤销；

7.3.5 住所、电话、法定代表人发生变更。

7.4 发生 7.3.1 或 7.3.2 条情形的，甲方应提前 30 日通知乙方；发生其他情形的，应在事后 5 日内通知乙方。

7.5 乙方与借款人协议变更主合同的，除展期或增加贷款金额外，无须经甲方同意，甲方仍在原保证范围内承担连带保证责任。

7.6 在本合同有效期内乙方将主债权转让给第三人的，甲方仍在原保证范围内继续承担连带保证责任。

7.7 在本合同有效期内，甲方如有再向第三方提供任何形式的担保，均不得损害乙方的利益。

7.8 在本合同有效期内，甲方如发生分立、合并、股份制改造或其他事件时，保证安善偿实本合同项下全部保证责任。

7.9 借款人偿清其在主合同项下全部债务后，甲方不再承担保证责任。

**第八条　乙方权利和义务**

8.1 有权要求甲方提供能够证明其合法身份的有关文件。

8.2 有权要求甲方提供能够反映其资信情况的财务报告及其他资料。

8.3 主债权履行期届满，乙方债权全部或部分未受清偿的，有权要求甲方按照本合同承担保证责任。

8.4 对下列情形之一，乙方有权书面通知甲方提前承担保证责任，甲方应在接到上述通知之日起 10 日内履行保证责任：

8.4.1 乙方依主合同约定依法解除主合同的；

8.4.2 乙方依主合同约定的其他情形提前收回贷款的。

3

BNBMPLC0006505

8.5 在本合同有效期内，乙方依法将主债权转让给第三人的，应及时通知甲方。

**第九条 违约责任**

9.1 甲方在本合同第一条中作虚假陈述与声明，给乙方造成损失的，应予赔偿。

9.2 本合同生效后，甲、乙双方应全面履行本合同约定的义务。任何一方不履行或不完全履行约定义务，应当承担相应的违约责任，并赔偿由此给对方造成的损失。

9.3 因甲方过错造成本合同无效的，甲方应在保证范围内赔偿乙方全部损失。

**第十条 合同的生效、变更、解除和终止**

10.1 本合同经甲、乙双方签字并盖章并章后生效，至主合同借款人在主合同项下的借款本金、利息、罚息、违约金、赔偿金、实现债权的费用和所有其他应付费用全部偿清之日终止。

10.2 本合同独立于主合同，不因主合同的无效而无效。如主合同无效，甲方仍应按本合同承担责任。

10.3 本合同生效或解除后，任何一方都不得擅自变更或解除。如确需变更或解除，应经双方协商一致并达成书面协议。书面协议达成之前，本合同继续有效。

**第十一条 争议的解决**

11.1 甲、乙双方在履行本合同过程中发生的争议，首先由甲、乙双方协商解决；协商不成的，则采用下述第 II.1.2 种方式解决：

11.1.1 由 _____ 仲裁委员会进行仲裁；

BNBMPLC0006506

11.1.2　在乙方所在地法院通过诉讼方式解决。

第十二条　双方约定的其他事项

12.1　甲方应支付给乙方的货款，以乙方向甲方送货时，乙方所开的发票为准。

12.2　本协议，乙方有权根据经营状况变更本协议条款内容，并协商新的条款进行修改。

12.3　在履约、用人方面发生的纠纷或索赔，由双方协商解决，协商不成的，可向当地人民法院起诉。本协议如与乙方正式的书面协议发生冲突，以书面协议为准，未尽事宜以双方协商为准，并作为本协议的补充条款，具有同等法律效力。（红章）

第十三条　附则

13.1　本合同正本一式__二__份，甲方、乙方、____各执一份，具有同等法律效力。
债权人　

甲方（公章）：

乙方（公章）：

法定代表人：
（或委托代理人）

法定代表人（负责人）：
（或委托代理人）

200_6_ 年 2 月 _10_ 日

200_6_ 年 2 月 _10_ 日

# ATTACHMENT "L"

## TO EXHIBIT 162-1

BNBMPLC0006521

No.: 379|00206A|00000300

# Maximum-Amount Guarantee Contract

(applicable to the guarantee under non-limit contract and the guarantor which is a legal person or other entity)

Bank of Communications.

No.: _____

# Maximum-Amount Guarantee Contract

## IMPORTANT

> **The Guarantor is advised to read carefully the entire text of this Contract, especially those provisions marked with ▲▲. Please do not hesitate to contact the Creditor for explanation to any questions that arise.**

Guarantor: Beijing New Building Materials Public Limited Company

Legal Representative (Responsible Person): Cao Jianglin

Lega Address: No.11A, SanliheRoad,Haidian District, Beijing

Correspondence Address: _____

Tel: 010-82982241

Creditor: Bank of Communications Co., Ltd. Tai'anBranch

Responsible Person: GaoGuobin

Correspondence Address: Middle Section, Dongyue Street, Tai'an City

WHEREAS, the Creditor have provided or is about to provide a series of credit for Shandong TaiheDongxin Co., Ltd. (hereinafter referred to as "**Debtor**").In order to guarantee the realization of the Creditor's claims, the Guarantor agrees to provide the maximum-amount guarantee over the claims that the Creditor may have against the Debtor based on such credit.

This Contract is entered into between the Guarantor and the Creditor after negotiation to clarify their respective rights and obligations.

**Article 1 Principal Claims**

1.1 The Guarantor shall provide the maximum-amount guarantee for all main contracts to be signed by and between the Creditor and the Debtor within the period from Feb 11, 2006 to Feb 11, 2007.

1

BNBMPLC0006522

BNBMPLC0006523

"Main Contracts" in the foregoing paragraph mean credit contracts concluded by and between the Creditor and the Debtor for _____. The currency type, principal amount and interest rate of the claims of the Creditor and debt maturities of the Debtor shall be governed by the relevant provisions of Main Contracts.

1.2 The maximum amount of claims guaranteed by the Guarantor (currency and amount expressed in words) shall be RMB SIXTY MILLION YUAN ONLY.

1.3 The principal claims guaranteed under this Contract shall be determined on the date of occurrence of the last principal claim under all Main Contract ("Date of Determination of Principal Claims").

Principal claims incurred on and before the Date of Determination of Principal Claims, interest incurred during the Guarantor undertaking the liabilities (including compound interest, penalty interest for arrearage and misappropriation), the costs of realization of claims by the Creditor under Article 2.2 hereof and other associated expenses all fall within the scope of guarantee in this Contract.

The occurrence of principal claims means granting of loans and financing funds or issue of bank acceptance bills, letters of credit, letters of guarantees or standby letters of credit by the Creditor.

**Article 2 Guarantee Liability**

2.1 The guarantee under this Contract represents a joint and several liability.

2.2 The scope of the guarantee covers the principal, interest, compound interest, penalty interest, default penalty, damages and expenses involved in exercising the claim under the Main Contract. The expenses for exercising the claim include but are not limited to collection expenses, litigation fee (or arbitration fee), preservation fee, notice charge, execution fee, attorney's fee, travel expenses and other expenses.

2.3 The period of guarantee shall be separately calculated in accordance with the debt performance period as stipulated in each Main Contract (under the issue of bank acceptance bill/letter of credit/letter of guarantee/standby letter of credit, based on the date of advance payment by the Creditor, the same below).The guarantee period under each Main Contract starts from the expiry date of the debt performance period agreed in the relevant Main Contract (or the date of advance payment by the Creditor) and ends two years following the expiry date of the debt performance period (or the date of advance payment by the Creditor) agreed in the latest Main Contract of all Main Contracts.

Where any Main Contract agrees that the Debtor may perform its debt in installments, the guarantee period of each installment of the debt under such Main Contract shall be separately calculated. The guarantee period for each installment of debt shall start from the expiry date of the performance period of the relevant installment of debt (or the date of advance payment by the Creditor) and end two years following the expiry date of the performance period of the latest installment of debt (or the date of advance payment by the Creditor) under the relevant Contract.

BNBMPLC0006524

The expiry date of the fulfilment term of the debts under the contracts for issuing bank acceptance bill, L/C and letter of guarantee shall be the date of advance payment by the Creditor.

If the Creditor announces an acceleration of the maturity of the debt under any Main Contract, the early maturity date prescribed by the Creditor shall be the expiry date of the debt performance period.

▲▲2.4 In accordance with Article 5 of the Security Law of the People's Republic of China, both parties to this Contract especially agrees as follows: the effectiveness of this Contract shall be independent from that of the Main Contract, and the invalidity of the Main Contract or its related provision(s) shall not affect the validity of this Contract. The Guarantor shall undertake a joint and several liability for repayment or indemnity when Main Contract becomes invalid.

## ▲▲Article 3 Representations and Warranties by the Guarantor

3.1 The Guarantor is an independent civil subject organized and validly existing under laws, has all the required right capacities and is able to perform its obligations hereunder and bear civil liability in its own name.

3.2 It is the true will of the Guarantor to sign and perform this Contract, and the Guarantor has obtained all the required consent, approval and authorization. There should not be any legal defect.

3.3 All the documents, materials and information provided by the Guarantor to the Creditor in the course of execution and performance of this Contract are authentic, accurate, complete and valid.

## ▲▲Article 4 Obligations of the Guarantor

4.1 If the Debtor fails to repay the principal and interest of the loan or import bill advance, export bill advance, export collection financing, export invoice financing, pack loan and otherfinancing sums under each Master Contract or the advance payment by the Creditor as a result of its issuance of bank acceptance bill, letter of credit or letter of guarantee, the Guarantor shall unconditionally and immediately pay the Creditor all the overdue amounts for the Debtor.

4.2 The Guarantor shall assist the Creditor in the supervision and inspection of the former's operation and financial conditions; it shall also provide, upon request by the Creditor, all the financial statements, other materials and information and ensure that the documents, materials and information provided are authentic, complete and accurate.

4.3 The Guarantor shall give the Creditor a written notice thirty days in advance in case of any of the following circumstances, and shall not take the following actions before the claim under the Main Contract is totally enforced unless otherwise consented in writing by the Creditor:

(1) Sale, disposal as a gift, lease, loan, transfer, mortgage, hypothecation or disposal in some other manner of the major property, or all or most of the property;

3

BNBMPLC0006525

(2) Major change in the business operation or the corporate structure, including but not limited to contracting, leasing, joint venture, incorporation reform, shareholding reform, sale of enterprise, merger (acquisition), joint operation (cooperation), divestiture, subsidiary formation, equity transfer, and capital reduction.

4.4 The Guarantor shall give a written notice to the Creditor within seven days when any of the followings occurs:

(1) Amendment to Articles of Association; changes in business registration such as name of enterprise, legal representative, location, correspondence address or business scope; or decisions which greatly affect financial affairs or human resources;

(2) Intention to apply for bankruptcy, or that the Creditor may or has applied for bankruptcy of the Debtor;

(3) Being involved in major legal action, arbitration or administrative measures, or that property preservation or other coercive judicial measures have been taken on major assets;

(4) The Debtor provides guarantee for a third party, thus materially and adversely affecting his economic conditions, financial standing or his ability to perform his obligations under this Contract;

(5) Entering into a contract that is of a material impact on his business operation and financial status;

(6) Cessation of production, going out of business, dissolution of business, suspension of business for regulatory measures, deregistration or revocation of business license;

(7) Involvement of the legal representative (responsible person) or major managerial staff in illegal activities;

(8) Serious difficulties in business, deterioration of financial situation or any other events that adversely affect the Guarantor in his normal business operation, financial status or repayment ability.

(9) Significant change to the Guarantor's work or income or change to his contact information including domicile (if the Guarantor is a natural person).

4.5 Before the Debtor has fulfilled all of its obligations to repay the Creditor as specified in the Main Contract, the Guarantor shall not exercise his right of recourse on the Debtor or any other guarantors granted by this Contract.

## ▲ ▲Article 5 Agreement on Deduction

5.1 If the Debtor or the Guarantor has any debt due and payable, the Guarantor may authorize the Creditor to deduct from the balance in any of his deposit accounts at the Bank of Communications the overdue amount for repayment.

5.2 After deduction, the Creditor shall inform the Guarantor of the account number and contract number involved in such deduction, the amount deducted, and the balance of debt.

4

5.3 If the deducted amount is found to be insufficient to repay all the debts, it shall be used first to repay the overdue fees. If the principal and interest is less than 90 days overdue, the balance following repayment of fees shall be first used to repay interest, penalty interest or compound interest due but not paid and then used to repay the principal due but not paid; if the principal and interest is 90 days overdue, the balance following repayment of fees shall be first used to repay the principal due but not paid and then used to repay interest, penalty interest or compound interest due but not paid.

5.4 Should the currency of the amount deducted be different from that of the debt to be repaid, the exchange rate as promulgated by the Bank of Communications upon the date of deduction shall form the basis of conversion.

## Article 6 Dispute Resolution

Any dispute arising from this Contract should be resolved by the means as stated in Paragraph (1) below:

(1) Bring a lawsuit before the competent court in the place where the Creditor is located;

(2) Submit the dispute to _____ Arbitration Commission for arbitration in accordance with its arbitration rules then in effect at the time of applying for arbitration. The arbitral award shall be final and binding upon the Parties.

## Article 7 Miscellaneous

7.1 The Creditor shall not undertake any obligation of providing any credit for the Debtor due to this Contract.

▲▲ 7.2 The Creditor shall have the right to report to the relevant authority and make it public in the mass media if the Guarantor dodges the supervision by the Creditor, delays repayment of debt under guarantee, or intentionally evades the debt.

7.3 This Contract shall come into effect upon execution or sealing by the legal representatives (responsible persons) or authorized representatives of the Parties and being affixed with their respective company seals.

7.4 This Contract is executed in four original counterparts. Each of the Guarantor, the Creditor and the Debtor shall hold one counterpart.

## Article 8 Other Agreed Items

Whereas, under the original guarantee contracts (No.3796002005A10000300/3796002005A10000400200/3796002005A10000300/3796002005A10 0003400) between the Creditor Bank of Communications Taian Branch and the original guarantor, Shandong TaiheDongxin Co., Ltd. had entered into the following four master contracts with Bank of

5

BNBMPLC0006526

Communications Taian Branch, i.e. 1)contract for issuing bank acceptance bill numbered 3796002005M40012200 dated October 12, 2005; 2)_ contract for issuing bank acceptance bill numbered 3796002005M400112500 dated October 28, 2005; 3) contract for issuing bank acceptance bill numbered 3796002005M40012700 dated December 14, 2005; 4) contract for issuing bank acceptance bill numbered 3796002006M400000000 dated January 5, 2006, the Guarantor hereby undertakes that from the signing date of this maximum amount guarantee contract, it will bear the joint and several liabilities for the said four master contracts. The Guarantor's obligations for the said master contracts are consistent with those under this maximum amount guaranteecontract, but the amounts under the said four master contracts must be within the total amount guarantee by this maximum amount guarantee contract, i.e. the total guarantee amount committed by the Guarantor is only limited to RMB60mn at any time within the valid term of this maximum amount guarantee contract. The supplemental provisions contained in this Article shall be an integral part of this Maximum-Amount Guarantee Contract and have the same legal effect as all other provisions of this Maximum-Amount Guarantee Contract.

(Remainder of this page is intentionally left blank)



The Guarantor has read all the above provisions; the Creditor has made the corresponding explanations in response to the request by the Guarantor; and the Guarantor has no objection to all the particulars of this Contract.

6

BNBMPLC0006527

BNBMPLC0006528

Creditor (Seal)

Bank of Communications Co., Ltd. Tai'an Branch



Responsible Person or

Authorized Representative



Date Signed: Feb 11, 2006

Guarantor (Seal)

Beijing New Building Materials Public Limited Company



Legal Representative

(Responsible Person) or

Authorized Representative

Date Signed: Feb 11, 2006

7

BNBMPLC00006514

编号：379100220b6A100000300

最高额保证合同

（适用于非额度合同的担保证人为法人或其他组织）

交通银行

— 3 —

BNBMPLC0006515

编号：

# 最高额保证合同

重要提示

请保证人认真阅读本合同全文，尤其是带有 ▲
▲标记的条款。如有疑义，请及时提请债权人
予以说明。

保证人：北新保圆国建村候份有限公司

法定代表人（负责人）：曹江林

法定地址：北京朝阳区三里河路11号

通讯地址：

债权人：交通银行 泰兴 分（支）行

负责人：陶员斌

通讯地址：泰兴巾泰昌大街147号

鉴于：债权人已经或将要向 以收秦和哮新材件有限公司 （以
下称"债务人"）提供一系列授信，为保障债权人债权的实现，保
证人愿意为债务人基于该等授信对债权人享有的债权提供最高额
保证担保。

为明确双方权利义务，保证人与债权人经协商一致，特订立
本合同。

— 4 —

第一条　主债权

1.1 保证人为债权人与债务人在 2006 年 2 月 11 日至 2007 年 2 月 11 日期间签订的全部主合同提供最高额保证担保。前款所称主合同指：债权人与债务人因

而订立的授信业务合同。债权人债权的币种、本金金额、利率、债务人的债务履行期限等以主合同的约定为准。

1.2 保证人担保的最高债权额为（币种及大写金额）

人民币 陆佰伍万元

第二条　保证责任

2.1 本合同项下的保证为连带责任保证。

2.2 保证的范围包括各主合同项下本金及利息、复利、罚息、违约金、损害赔偿金和实现债权的费用。实现债权的费用包括但不限于催收费用、诉讼费（或仲裁费）、保全费、公告费、执行费、律师费、差旅费及其它费用。

2.3 保证期间根据各主合同约定的债务履行期限分别计算。每一主合同项下的保证期间为，自该主合同约定的债务履行期限届满之日起，计至全部主合同中最后到期的主合同约定的债务履行期限届满之日后满两年止。

任一主合同中约定债务人可分期履行债务的，该主合同项下各期债务的保证期间分别计算，每期债务的保证期间为该期债务履行期限届满之日起，计至该合同项下最后一期债务履行期限届满之日后满两年止。

开立银行承兑汇票、开立信用证、开立担保函下的债务履行期限届满之日为债权人垫付款项之日。

BNBMPLC0006516

BNBMPLC0006517

债权人宣布任一主合同项下债务提前到期的，以其宣布的提前到期日为债务履行期限届满日。

▲ 2.4 根据《中华人民共和国担保法》第五条的规定，本合同双方特别约定如下：本合同效力独立于各主合同，任一主合同或其有关条款无效时均不影响本合同的效力。对债务人在相应的主合同无效后应承担的返还责任或赔偿责任，保证人应承担连带责任。

▲▲ 第三条　保证人的陈述与保证

3.1 保证人是依法设立并合法存续的独立民事主体，具备所有必要的权利能力，能以自身名义履行本合同的义务并承担民事责任。

3.2 签署和履行本合同是保证人真实的意思表示，并经过所有必须的同意、批准及授权，不存在任何法律上的瑕疵。

3.3 保证人在签署和履行本合同过程中向债权人提供的全部文件、资料及信息是真实、准确、完整和有效的。

▲▲ 第四条　保证人的义务

4.1 债务人未按时足额偿还任一主合同项下贷款或进口押汇、出口押汇、出口托收融资、出口发票融资、打包贷款等融资款本金及利息或因开立银行承兑汇票、开立信用证、开立担保函而垫付的款项时，保证人应无条件地向债权人立即支付债务人的全部到期到期付款项。

4.2 保证人应配合债权人对其经营和财务状况的监督、检查，及时提供债权人要求的一切财务报表、其他资料及信息，并保证所提供的文件、资料和信息是真实、完整和准确的。

4.3 保证人有下列任一事项时，应当至少提前三十天书面通

— 6 —

知债权人，并且全部主合同项下债权得到全部清偿前，除非得到债权人书面同意，不应采取下列行动：

（1）出售、赠与、出租、出借、转移、抵押、质押或以其他方式处分重要资产，资产的全部或大部分；

（2）经营体制或产权组织形式发生重大变化，包括但不限于实施承包、租赁、联营、公司制改造、股份合作制改造、企业出售、合并(兼并)、合资(合作)、分立、设立子公司、产权转让、减资等。

4.4 保证人应当在下列事项发生或可能发生之日起七日内书面通知债权人：

（1）修改章程，变更企业名称、法定代表人、住所、通讯地址或营业范围等工商登记事项，作出对财务、人事有重大影响的决定；

（2）拟申请破产或可能已被债权人申请破产；

（3）涉及重大诉讼或仲裁案件，或主要资产被采取了财产保全等强制措施；

（4）为第三方提供保证，并因此而对其财务状况或履行本合同项下义务的能力产生重大不利影响；

（5）签署对其经营和财务状况有重大影响的合同；

（6）停产、歇业、解散、停业整顿、被撤销或营业执照被吊销；

（7）法定代表人（负责人）或主要管理人员涉及违法活动；

（8）经营出现严重困难，财务状况恶化，或发生对保证人经营、财务状况或偿债能力有负面影响的其他事件。

4.5 在债务人向债权人清偿全部主合同项下所有债务之前，

— 7 —

BNBMPLC0006518

BNBMPLC0006519

保证人不向债务人或其他担保人行使因履行本合同所享有的追偿权。

**▲▲第五条 扣划约定**

5.1 保证人有到期应付的债务时，授权债权人扣划保证人在交通银行开立的任一账户中的资金用于清偿。

5.2 扣划后，债权人应将扣划所涉账号、合同号、扣划金额、债务余额等通知保证人。

5.3 扣划所得款项不足以清偿保证人全部债务时，应首先用于抵偿到期未付的费用。本金及利息逾期不足 90 天的、抵偿费用后的余额先用于抵偿到期未付的利息或罚息，复利，抵偿费用后的余额先用于抵偿到期未付的本金；本金或利息逾期 90 天的，再用于抵偿到期未付的本金，再用于抵偿到期未付的利息或罚息、复利。

5.4 扣划所得款项与需抵偿的债务币种不一致的，按交通银行在扣划日公布的汇率折算抵偿债务的金额。

**第六条 争议解决**

本合同项下争议依下列第 （1） 种方式解决。争议期间，各方仍应继续履行未涉争议的条款。

（1）向债权人所在地有管辖权的法院起诉；

（2）由＿＿＿＿＿仲裁委员会依申请仲裁时该会现行有效的仲裁规则仲裁，仲裁裁决是终局的，对双方均有约束力。

**第七条 其他条款**

7.1 债权人不因本合同而承担向债务人提供授信的任何义务。

▲▲7.2 保证人有逃避债权人监督、拖欠保证债务、恶意逃

BNBMPLC0006520

废债等行为时，债权人有权将该种行为向有关单位通报，并在新闻媒体上公告。

7.3 本合同经双方法定代表人（负责人）或授权代表签字（或盖章）并加盖公章后生效。

7.4 本合同正本一式_贰_份，保证人、债权人、债务人各执一份。

第八条 其他约定事项

（本页以下无正文）

保证人已通读上述条款，债权人已应保证人的要求作了相应说明，保证人对所有内容答无异议。

保证人（公章）

法定代表人（负责人）或授权代表
（签字或盖章）

签署日：200/年 2月 11日



债权人（公章）

负责人或授权代表
（签字或盖章）

签署日：2006年 2月 11日

— 9 —

# ATTACHMENT "M"

## TO EXHIBIT 162-1

BNBMPLC0006534

# Maximum-amount Guarantee Contract



中国农业银行
AGRICULTURAL BANK OF CHINA

# Maximum-amount Guarantee Contract

Contract No.: 3790520060000061

Creditor (full name):      Agricultural Bank of China TaianLongzeBranch

Guarantor (full name):   (1)  Beijing New Building Materials Public Limited Company

(2)  _____

(3)  _____

WHEREAS, the Creditor and Shandong TaiheDongxin Co., Ltd., (the "Debtor") have entered into a series of claim & debt contracts (each "**Master Contract**") in respect of the period and maximum amount as set forth in Article 1 of this Contract and the Guarantor(together with the Creditor, the "**Parties**" and each, a "**Party**") agrees to provide a suretyshipguarantee for the Creditor with respect to the debts under the Master Contracts, the Parties, through negotiations, have entered into this Contract (this "Contract") in accordance with relevant laws and regulations of China.

**Article 1** Principal Claims Guaranteed and Maximum Amount

1.1 The Guarantor agrees to provide the Debtor with a guarantee with respect to the maximum balance of (in words: RMB One Hundred And Fifteen Million)of the actual debts formed by the agreed types of business between the Creditor and the Debtor for the period starting on February 15, 2006 and ending on February 14, 2007.

The foreign currency shall be converted into RMB at the selling rate of the date of the business. The due date of each business within the said period shall not exceed February 14, 2008. The types of business include: (marked with"√")

☑ Loan in RMB/foreign currency                ☑ L/C Issuance Finance         ☑ Packing Loan for Export

☒ Discounting of Commercial Bill of Exchange   ☑ Import Bill Advance          ☑ Bank Guarantee

☒ Acceptance of Commercial Bill of Exchange    ☒ Export Bill Purchase

☒ Other business:

1.2 Within the period and maximum balance agreed herein, the Debtor may apply to use the said bank credits on revolving basis. The start date, due date, interest rate and amount of each transaction is subject to the loan voucher under the Master Contract or relevant claim voucher.

1

BNBMPLC0006535

BNBMPLC0006536

1.3 When, during the period agreed in this Contract, the Creditor releases any loan agreed herein or grants any other bank credit to the extent not exceeding the maximum amount, no additional procedures of guarantee need to be went through with respect to each such loan or bank credit.

1.4 The Guarantor shall assume the guarantee liabilities in the original currency with respect to the business in whatever currency conducted during the period agreed in this Contract to the extent of the maximum amount.

**Article 2** Scope of Guarantee

The scope of the guarantee shall include the principal of principal claims as well as the interests, penalty interests, compound interests, damages for breach of the contract and indemnifications and any and all costs and expenses occurring to the Creditor in realizing its claims, including with limitation those from litigation (arbitration) and legal counsel.

The Guarantor agrees to assume guarantee liabilities with respect to the amount exceeding the maximum amount due to the fluctuation of exchange rate.

**Article 3** Form of Guarantee

This Contract is a joint and several liability guarantee contract. In the event that there is more than one guarantor under this Contract, each guarantor shall assume joint and several liabilities to the Creditor.

**Article 4** Guarantee Period

4.1 The guarantee period for the Guarantor shall be two years commencing from the expiration date of the term for performing the obligations stipulated in the Master Contract.

4.2 The guarantee period for the acceptance of commercial bill of exchange, the L/C issuance finance and the letter of guarantee shall be two years commencing from the date the Creditor advances relevant payment.

4.3 The guarantee period for the discounting of commercial bill of exchange shall be two years commencing from the maturity date of the bill of exchange discounted.

4.4 If the Creditor and the Debtor reach an agreement for extension of the performance term of the obligations under the Master Contract, the Guarantor shall continue to assume guarantee liabilities and the guarantee period shall be two years commencing from the expiration date of the performance term of the obligations stipulated in such extension agreement.

4.5 If, due to any event stipulated by laws and regulations or agreed in the Master Contract, the claims under the Master Contract is declared by the Creditor immediately due and payable ahead of the agreed time, the guarantee period shall be

2

BNBMPLC0006537

two years commencing from the due date of the claims under the Master Contract so declared by the Creditor.

**Article 5**Undertakings of the Guarantor

5.1 The Guarantor shall provide true, complete and valid financial statements and other relevant data and information.

5.2The Guarantor agrees to perform the guarantee liabilities if the Debtor fails to perform its obligations in accordance with the provisions of the Master Contract.

5.3If the Guarantor fails to perform the guarantee liabilities in accordance with this Contract, the Creditor shall be entitled to deduct relevant amount directly from the account opened by the Guarantor with the Creditor.

5.4The Guarantor shall promptly notify the Creditor in writing of the occurrence of the following events:

(1)the change of its subordination relationship and senior officials as well as the amendment of its articles of association and the adjustment of its organization structure;

(2) shutdown, stoppage, winding up or being applied to bankrupt or restructure, etc.

(3)worsening of its financial condition, being into serious difficulties in its production and business operation, involving into material litigation or arbitration;

(4) the change of its name, domicile, legal representative, contact information and other particulars;

(5)Any circumstance occurs that is adverse to the realization of the Creditor's claims.

5.5The Guarantor shall notify the Creditor in writing and obtain its written consent fifteen days prior to the conducting of any of the following activities:

(1)The Guarantor changes its capital structure or operation system, including without limitation contracting, leasing, shareholding reform, joint operation, consolidation, merger, division, joint venture, transfer of assets application for suspending business operation for rectification, application for dissolution and application for bankruptcy.

(2)The Guarantor provides guarantee with respect to the liabilities of any third party or mortgage or pledge its main assets to provide guarantee with respect to the liabilities of its own or any third party and might affect the performance of its guarantee liabilities hereunder.

5.6 If the Debtor provides the property guarantee, the Guarantor agrees to perform the guarantee liabilities superior to the property guarantee in respect of all guaranteed debts.

BNBMPLC0006538

5.7 If the Debtor and the Guarantor violate the Master Contract or the obligations thereunder, the Creditor has the right to declare that all the debts guaranteed by this Contract are due ahead of schedule and the Guarantor shall perform its joint and several guarantee liability according to the provisions of this Contract.

**Article 6Breaching Liability**

Following the effectiveness of this Contract, the Creditor and the Guarantor shall perform the obligations hereunder. If any Party fails to perform its obligations hereunder, it shall bear the corresponding breachingliability and compensate the other Party for the losses thus incurred.

**Article 7Dispute Resolution**

Any dispute arising out of the performance of this Contract may be settled through consultation or through the following method (1):

(1)Litigation, shall be governed by the people's court at the domicile of the Creditor.

(2)Arbitration. A request may be filed with _____(full name of the arbitration institution) for arbitration in accordance with the then effective arbitration rules.

The performance of the remaining provisions herein not involving the dispute shall continue during arbitration or litigation.

**Article 8Miscellaneous**

8.1The Guarantor shall actively be aware of the operation of the Debtor and the occurrence and conduction of the business hereunder. The Master Contract in relation to the business hereunder and relevant legal documents or certificates is not to be delivered to the Guarantor.

8.2 The extension of the debts guaranteed hereunder shall be subject to the writtenconsent of the Guarantor.

8.3 The unexpired debts under the Loan Contracts (No. TaiNongYinjieZi 2002 No. 138, 37101200400013662, 37101200500000225, 37101200500009174, 37101200500011620, 37101200500012351, 37101200500012980, 37101200600000037, 37101200600000039.), the Bank Acceptance Bill Acceptance Contract (No.TaiNongYinChengZi 372012005000031348) and the L/C Issue Finance Contracts (No. TaiNongYinJianBaoZi 373022005000002733 and No. 373022005000003408) between the Creditor and the Debtor are also guaranteed by this Maximum-amount Guarantee Contract. The balance of each Master Contract above must be within the total amount guaranteed by this Maximum-amount Guarantee Contract, i.e. the total guarantee amountcommitted by the Guarantor is only limited to the maximum guarantee amount under this Maximum-amount Guarantee Contract. The supplementary contents in this clause are an integral part of

4

this Maximum-amount Guarantee Contract and have the same legal effect as the other clauses of this Maximum-amount Guarantee Contract.

**Article 9** Effectiveness of the Contract

This Contract shall come into effect when duly signed or sealed by the Parties.

**Article 10** This Contract is made in four (4) counterparts with equal validity. Each Party shall hold one counterpart.

**Article 11** Notice

THE CREDITOR HAS CAUSED THE GUARANTOR TO THOROUGHLY AND ACCURATELY UNDERSTAND THE PROVISIONS PRINTED HEREIN AND HAS EXPLAINED THE PROVISIONS UPON THE REQUEST OF THE GUARANTOR. THE PARTIES HAVE THE SAME UNDERSTANDING OF THE MEANING OF THIS CONTRACT.

**Creditor (signature and seal)**

Agricultural Bank of China Taian Branch



Responsible Person

or Authorized Representative:



**Guarantor (signature and seal)**

Beijing New Building Materials Public Limited Company



Responsible Person

or Authorized Representative:



**Guarantor (signature and seal)**

Legal Representative

or Authorized Representative:

Signing date: Feb 19, 2006

**Guarantor (signature and seal)**

Legal Representative

or Authorized Representative:

5

BNBMPLC0006539

BNBMPLC0006540

Place of signing: Taian

9

BNBMPLC0006529

# 最高额保证合同

中国农业银行
AGRICULTURAL BANK OF CHINA

BNBMPLC0006530

# 最高额保证合同

合同编号：No 379st 2006 000 01

（　一　）农银高保字（一）第　一号

债权人（全称）：中国农业银行　基建乡支行

保证人（全称）：(1) 北新集团建材股份有限公司

(2) ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

(3) ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

鉴于 以下、基本小新 股份有限公司 ＿＿＿＿＿＿（下称债权人）与债权人按本合同第一条约定的期间及最高额鉴订一系列债权债务合同（下称主合同），人保证人愿为债务人依上述主合同与债权人形成的债务提供保证担保。根据国家有关法律法规，当事人各方经协商一致，订立本合同。

**第一条** 被担保的主债权及最高额

1、保证人自愿为债务人自 2006 年 2 月 15 日起至 2007 年 2 月 16 日止，在债权人处办理约定的各类业务，所实际形成的债务的最高余额折合人民币（大写）壹亿叁仟肆佰肆拾柒万叁仟元整 提供担保。

外币业务，按业务发生当日卖出价折算。在上述期间内发生的业务，其到期日不得超过 2008 年 2 月 16 日。上述各类业务具体包括：（以划 "√" 的为准）

☑ 人民币/外币贷款　　　☑ 减免保证金开证　　☑ 出口打包放款

☑ 商业汇票贴现　　　　☑ 进口押汇　　　　　☑ 银行保函

☑ 商业汇票承兑　　　　☑ 出口押汇

☑ 其他业务：＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿。

2、在本合同约定的期间和最高余额内，债务人可申请循环使用上述银行信用。每笔业务的起始日、到期日，利率及金额以主合同的借款凭证或相关债权凭证为准。

- 1 -

BNBMPLC0006531

3、在本合同约定的期间和最高余额内，债权人发放本合同约定的贷款和提供其他银行信用时无须逐笔办理担保手续。

4、在本合同约定的期间和最高余额内发生的业务，币种不限，保证人对原币币种债务承担担保责任。

第二条　保证担保的范围

保证担保的范围包括债务人依本合同与债权人发生的全部债务本金、利息、罚息、复利、违约金、损害赔偿金以及诉讼费、律师费等债权人实现债权的一切费用。因汇率变化而实际超出最高余额的部分，保证人自愿承担连带责任。

第三条　保证方式

本合同保证方式为连带责任保证。本合同项下有多个保证人的，各保证人共同对债权人承担连带责任。

第四条　保证期间

1、保证人的保证期间为主合同约定的债务人履行债务期限届满之日起二年。

2、商业汇票票据兑、减免保证金开证和采函项下的保证期间为债权人垫付款项之日起二年。

3、商业汇票贴现的保证期间为贴现票据到期日起二年。

4、债权人与债务人就主合同债务履行期限达成展期协议的，保证人继续承担保证责任，保证期间自展期协议约定的债务履行期限届满之日起二年。

5、若发生法律、法规规定或主合同约定的事项，导致主合同债务被债权人宣布提前到期的，保证期间自债权人确定的主合同债务提前到期日之日起二年。

第五条　保证人承诺

1、提供真实、完整、有效的财务报表及其它相关资料、信息。

2、债务人未按主合同约定履行债务的，保证人自愿履行保证责任。

3、保证人不按本合同约定履行保证责任的，债权人有权直接从保证人的任何账户中划收相关款项。

4、发生以下事项时，保证人应于事项始发5日内书面通知债权人：

（1）保证人发生隶属关系变更、高层人事变动、公司章程修改以及组织结构调 

— 2 —

BNBMPLC0006532

整。

（2）保证人停产、歇业、注销登记、被吊销营业执照。

（3）保证人财务状况恶化、生产经营发生严重困难或发生重大诉讼、仲裁事件。

（4）保证人变更名称、住所地、法定代表人、联系方式等事项。

（5）保证人发生其他不利于债权实现的事项。

5、保证人实施以下行为，应提前 15 日书面通知债权人并征得债权人书面同意：

（1）保证人改变资本结构或经营体制，包括但不限于承包、租赁、股份制改造、联营、合并、兼并、分立、合资、资产转让、申请停业整顿、申请解散、申请破产。

（2）保证人为第三人债务提供保证担保或以其主要资产为自身或第三人债务设定抵押、质押担保，可能影响其履行本合同项下保证责任的。

6、债务人提供了物的担保的，保证人愿就所担保的全部债务先于物的担保履行保证责任。

7、债务人和保证人违反主合同或本合同项下义务，债权人有权宣布本合同所担保债务全部提前到期，保证人须按本合同约定履行连带保证责任。

第六条　违约责任

本合同生效后，债权人和保证人均应履行本合同约定的义务，任何一方不履行约定义务的，应当承担相应的违约责任，并赔偿由此给对方造成的损失。

第七条　争议的解决

本合同履行中发生争议，可由各方协商解决，也可按以下第 1 种方式解决：

1、诉讼。由债权人住所地人民法院管辖。

2、仲裁。提交 _____（仲裁机构全称）

按其仲裁规则进行仲裁。

在诉讼或仲裁期间，本合同不涉及争议的条款仍须履行。

第八条　其他事项

1、保证人应主动了解债务人的经营状况及本合同项下各类业务的发生、履行情况。本合同项下发生的类业务的主合同，借款凭证或相关凭证无须再送达保证人。

－ 3 －

BNBMPLC0006533

2、本合同项下担保的债务办理展期须经保证人书面同意。

3、债权人与债务人签订的编号为泰农根借字 2002 第 138 号、371012004000013662 号、37101200500000225 号、371012005000012980、No 371012005000009174 号、No 371012005000011620、No 371012005000012351、No 371012006000000037、No37101200600000039 的借款合同、编号为泰农根承兑字 372012005000031348 号的银行承兑承兑汇票承兑合同、编号为泰农根减保字 37302200500002733 号和No37302200500003408 的减免保证合同承诺担保的总金额之到期的债务也由本保证合同提供担保，但是上述主合同的金额必须包含在本最高额保证合同所承担担保的总额之内，即：保证人承诺的担保总额以额次限于本最高额保证合同的最高担保限额。本条款对无约定的内容要以本最高额保证合同有效组成部分，与本最高额保证合同其他条款具有同等法律效力。

第九条 合同的生效与附件

本合同自各方签字或盖章之日起生效。

第十条 本合同一式 _5_ 份，各方各持一份，_____份，效力相同。

第十一条 提示

债权人已提请保证人注意对本合同各印款条款作全面、准确的理解。签约各方对本合同含义认识一致。

人的要求做了相应的条款说明。

债权人（盖章）
负责人
或授权代理人

保证人（签章）
法定代表人
或授权代理人

保证人（签章）
法定代表人
或授权代理人

保证人（签章）
法定代表人
或授权代理人

签约日期：2006 年 2 月 14 日
签约地点：泰安市

— 4 —

# ATTACHMENT "N"

## TO EXHIBIT 162-1

Translation of TG 0025560

TRANSLATION PROVIDED BY QUESTIONERS - FINAL

# MAXIMUM AMOUNT GUARANTEE AGREEMENT

Contract No.: 37905200600000061

(-)Agricultural Bank of China Maximum Amount Guarantee No. (-)

**Creditor** (full name):   Agricultural Bank of China <u>Taian City Branch</u>

**Guarantor** (full name):

(1) <u>Beijing New Building Materials Limited Company</u>

(2) _____

(3) _____

Whereas <u>Shandong Taihe Dongxin Co., Ltd.</u> (the "Debtor") and the Creditor have entered into a series of business contracts (the "Master Contract") in accordance with the time periods and the maximum amount as set forth in Article 1 of this Agreement, and the Guarantor agrees to provide guarantee for the Debtor with respect to the debts formed between the Creditor under the above Master Contract. The Parties, through negotiations and consultations, have entered into this Agreement in accordance with relevant laws and regulations of China.

## Article I   Principal Guaranteed and Maximum Amount

1.  The Guarantor agrees to provide guarantee for the debts actually formed between <u>February 15,</u> <u>2006</u> to <u>February 14, 2007</u> by the Debtor with respect to the agreed types of business at the Creditor, the maximum amount of which is RMB _____ (in words).
   The foreign currency shall be converted into RMB at the selling rate of the date of the business. The expiration dates of businesses incurred during the above time period shall not exceed <u>February 14,</u> <u>2008.</u> The above types of business specifically include: (marked with "√")

☑Loan in RMB/foreign currency ☒L/C Issuance Finance ☐Packing Loan for Exportation
☒Discounting of Commercial Bill of Exchange ☒Import Bill Advance ☐Bank Guarantee
☑Acceptance of Commercial Bill of Exchange      ☑Export Bill Purchase
☒Other Business  _____

2.  During the period and to the extent of the maximum amount agreed in this Agreement, the Debtor can apply for the above bank credits in cycle. The starting date, expiration date, interest rate and amount concerning each business shall be based on the loan vouchers or relevant creditor's right voucher of the Master Contract.

TRANSLATION PROVIDED BY QUESTIONERS - FINAL

Translation of TG 0025561

3.  When, during the period agreed in this Agreement, the Creditor releases any loan agreed herein or grant any other bank credit to the extent not exceeding the maximum amount, no additional procedures of guarantee need to be gone through with respect to each such loan or bank credit.

4.  The Guarantor shall assume the guarantee liabilities in the original currency with respect to the business in whatever currency conducted during the period agreed in this Agreement to the extent of the maximum amount.

**Article II  Scope of Guarantee**

The scope of the guarantee shall include the principal amount as well as the interests, penalty interests, compound interests, damages for breach of the contract and indemnifications and any and all costs and expenses occurring to the Creditor in realizing its creditor's right, including with limitation those from litigation (arbitration) and legal counsel.

The Guarantor agrees to assume guarantee liabilities with respect to the amount exceeding the maximum amount due to the fluctuation of exchange rate.

**Article III  Form of Guarantee**

The Agreement is a joint and several liability guarantee agreement. In the event that there is more than one guarantor under this Agreement, each guarantor shall assume joint and several liabilities to the Creditor.

**Article IV  Guarantee Period**

1.  The guarantee period for the Guarantors shall be two years commencing from the expiration date of the term for performing the obligations stipulated in the Master Contract.

2.  The guarantee period for the acceptance of commercial bill of exchange, the L/C issuance finance and the letter of guarantee shall be two years commencing from the date the Creditor advances relevant payment.

3.  The guarantee period for the discounting of commercial bill of exchange shall be two years commencing from the maturity date of the bill of exchange discounted.

4.  If the Creditor and the Debtor reach an agreement for extension of the performance term of the obligations under the Master Contract, the Guarantor shall continue to assume guarantee liabilities and the guarantee period shall be two years commencing from the expiration date of the performance term of the obligations stipulated in such extension agreement.

5.  If, due to any event stipulated by laws and regulations or agreed in the Master Contract, the creditor's right under the Master Contract is declared by the Creditor immediately due and payable ahead of the agreed time, the guarantee period shall be two years commencing from the due date of the creditor's right under the Master Contract so declared by the Creditor.

**Article V  Undertakings of the Guarantor**

1.  The Guarantor shall submit to the Creditor the truthful, integral and valid financial statements and other relevant materials and information.

2.  The Guarantor agrees to perform the guarantee liabilities if the Debtor fails to perform its obligations in accordance with the provisions of the Master Contract.

3.  If the Guarantor fails to perform the guarantee liabilities in accordance with this Agreement, the Creditor shall be entitled to deduct relevant amount directly from the account opened by the Guarantor.

4.  The Guarantor shall notify the Creditor in writing within 5 days of the occurrence of the following events:

(1)  the change of its subordination relationship and senior officials as well as the amendment of its articles of association and the adjustment of its organization structure;

Translation of TG 0025562

(2) shutdown, stoppage, write-off registration or revocation of its business license;

(3) worsening of its financial status, being into serious difficulties in its production and business operation, involving into material litigation or arbitration;

(4) the change of its name, domicile, legal representative, contact information and other particulars;

(5) any other events occurring to the Guarantor which would adversely affect the Creditor realizing of its creditor's right.

**5.** The Guarantor shall notify the Creditor in writing and obtain its written consent fifteen days prior to the conducting of any of the following activities:

(1) The Guarantor changes its capital structure or operation system, including without limitation contracting, leasing, shareholding reform, joint operation, consolidation, division, joint venture, reduction of capital, transfer of assets as well as application for restructuring, settlement or bankruptcy;

(2) The Guarantor provides guarantee with respect to the liabilities of any third party or mortgage or pledge its assets to provide guarantee with respect to the liabilities of its own or any third party and might affect the performance of its guarantee liabilities hereunder.

**6.** If the creditor's right guaranteed hereunder is guaranteed by the Guarantor and the property of the Debtor simultaneously, the Creditor shall have the right to request the Guarantor to assume the guarantee liabilities in priority over the guarantee by the property.

**7.** If the Debtor fails to perform its obligations under the Master Contract or the Guarantor fails to perform its obligations hereunder, the Creditor shall have the right to declare the early expiration of the creditor's right determination period.

## Article VI  Liabilities for Breach of the Agreement

After this Agreement takes effect, both the Creditor and the Guarantor shall perform the obligations agreed in this Agreement, if either party fails to perform the agreed obligations, it shall undertake the liabilities for breach of the Agreement and indemnify the other party from any losses arisen therefrom.

## Article VII  Dispute Resolution

Any dispute arising out of the performance of this Agreement may be settled through consultation or through the following method (1):

1. Litigation, shall be governed by the people's court at the domicile of the Creditor.

2. Arbitration. A request may be filed with _____ (full name of the arbitration institution) for arbitration in accordance with its arbitration rules.

The performance of the remaining provisions herein not involving the dispute shall continue during arbitration or litigation.

## Article VIII  Miscellaneous

**1.** The Guarantor shall actively be aware of the operation of the Debtor and the occurrence and conduction of the business hereunder. The Master Contract in relation to the business hereunder and relevant legal documents or certificates is not to be delivered to the Guarantor.

- 3 -

Translation of TG 0025563

**2.**   The extension of debts guaranteed under this Agreement shall be subject to the written consent of the Guarantor.

**3.**   The loan contracts entered into by and between the Creditor and the Debtor have the following serial numbers: Agricultural Bank of China Loan No.2002 [138], No.37101200400013662, No.37101200500000225,   No.37101200500009174,   No.37101200500011620, No.37101200500012351,   No.37101200500012980,   No.37101200600000037, No.37101200600000039,   the   Agricultural   Bank   of   China   Acceptance   Contract No.37201200500031348; the undue debts under the Agricultural Bank of China L/C Issuance Finance No.373022005000002733 and No. 373022005000003408 shall be also guaranteed by this Agreement, but the amount of the above Master Contract shall not exceed the total guarantee amount under this Maximum Amount Guarantee Contract, namely, the total guarantee amount promised by the Guarantor shall be only limited to the maximum guarantee amount under this Maximum Amount Guarantee Agreement. This supplemental article is a valid part of this Maximum Amount Guarantee Agreement, and has the same legal force as other articles in this Maximum Amount Guarantee Agreement.

(seal of Agricultural Bank of China Taian City Branch)

(seal of Beijing New Building Materials Public Limited Company)

**Article IX** Effectiveness of the Agreement

This Agreement shall come into effect when duly signed or sealed by the Parties.

**Article X**   This Agreement is made in quadruplicate. Each party has two copies,_____ copy, with equal validity.

**Article XI  Notice**

The Creditor has caused the Guarantors to thoroughly and accurately understand the provisions printed herein and has explained the provisions upon the request of the Guarantors. The Parties have the same understanding on the meaning of this Agreement.

**Creditor** (seal)                         **Guarantor** (seal)

Agricultural Bank of China               Beijing New Building Materials Public Limited Company

Taian City Branch

Responsible Person:                      Legal Representative: Wang Bing

or Authorized Representative:            or Authorized Representative:
Hu Jianguo

**Guarantor** (seal)                         **Guarantor** (seal)
Legal Representative:                    Legal Representative:

or Authorized Representative:            or Authorized Representative:

Dated this 18th of February 2006
At Agricultural Bank of China Taian City Branch

- 4 -

TRANSLATION PROVIDED BY QUESTIONERS - FINAL

TG 0025560

# 最高额保证合同

合同编号：No 3794 2006（000 06）

（ ）农银高保字（ 一 ）第 号

债权人（全称）：中国农业银行 泰安市分行

保证人（全称）：（1）山东泰山玻璃纤维股份有限公司

（2）_____

（3）_____

鉴于 山东泰山玻璃纤维股份有限公司 （下称债务人）与债权人按本合同第一条约定的期间及最高额签订一系列债权债务合同（下称主合同），保证人愿为债务人依上述主合同与债权人形成的债务提供保证担保。根据国家有关法律法规，当事人各方经协商一致，订立本合同。

第一条 被担保的主债权及最高额

1、保证人自愿为债务人自 2006 年 2 月 1 日起至 2007 年 2 月 1 日止，在债权人处办理约定的各类业务，所实际形成的债务的最高余额折合人民币（大写）_____ 提供担保。

外币业务，按业务发生当日卖出价折算。在上述期间内发生的业务，其到期日不得超过 2008 年 2 月 1 日。上述各类业务具体包括：（以别"√"的为准）

☑ 人民币/外币贷款 ☑ 减免保证金开证 ☑ 出口打包放款

☑ 商业汇票贴现 ☑ 进口押汇 ☑ 银行保函

☑ 商业证票承兑 ☑ 出口押汇

☑ 其他业务：

2、在本合同约定的期间和最高余额内，债务人可申请循环使用上述银行信用。到期日，到期日、利率及金额以主合同的债款证或相关债权凭证为准，每笔业务的起始日、到期日、利率及金额以主合同的债款证或相关债权凭证为准。

— 1 —

TG 0025561

3. 在本合同约定的期间和最高余额内，债权人发放本合同约定的贷款和提供其他银行信用时无须逐笔办理担保手续。

4. 在本合同约定的期间和最高余额内发生的业务，币种不限，保证人对原币种债务承担担保责任。

第二条 保证担保的范围

保证担保的范围包括债务人依法律主合同与债权人发生的全部债务本金、利息、罚息、复利、违约金、损害赔偿金以及诉讼费、律师费等债权人实现债权的一切费用。因汇率变化而实际偿还出最高余额的部分，保证人自愿承担连带责任。

第三条 保证方式

本合同保证方式为连带责任保证。本合同项下有多个保证人的，各保证人共同对债权人承担连带责任。

第四条 保证期间

1、保证人的保证期间为主合同约定的债务人履行债务期限届满之日起二年。

2、商业汇票贴现，减免保证金开证和保函项下的保证期间为债权人垫付款项之日起二年。

3、商业汇票贴现的保证期间的保证期间为垫款实现期到期之日起二年。

4、债权人与债务人就主合同债务履行期限协议达成展期协议的，保证人继续承担保证责任。保证期间自展期协议约定的债务参履行期限届满之日起二年。

5、若发生法律、法规规定或主合同约定的事项，导致主合同债务被债权人宣布提前到期的，保证期间自债权人确定的主合同债务提前到期之日起二年。

第五条 保证人承诺

1、提供真实、完整、有效的财务报表及其它相关资料、信息。

2、债务人未按主合同约定履行债务的，保证人自愿履行保证责任。

3、保证人不放弃本合同约定履行保证责任的，债权人有权直接从保证人的任何账户中划收相关款项。

（1）发生以下事项时，保证人应于事项发生后5日内书面通知债权人：公司章程修改以及组织结构调

TG 0025562

整。

（2）保证人停产、歇业、注销登记、被吊销营业执照。

（3）保证人财务状况恶化、生产经营发生严重困难难以生重大诉讼、仲裁事件。

（4）保证人变更名称、住所地、法定代表人、联系方式等事项。

（5）保证人发生其他不利于债权人债权实现的事项。

5、保证人实施以下行为，应提前 15 日书面通知债权人并征得债权人书面同意：

（1）保证人改变资本结构或经济体制，包括但不限于承包、租赁、股份制改造、联营、合并、兼并、分立、合资、资产转让、申请停业整顿、申请解散、申请破产。

（2）保证人为第三人债务提供担保或以其主要资产为自身或第三人债务设定抵押、质押担保，可能影响其履行本合同所下保证责任的。

6、债务人提供了物的担保的，保证人愿就所担保的全部债务先于物的担保履行保证责任。

7、债权人和保证人违反本合同政本合同约定的义务，债权人有权要求本合同所担保债务全部提前到期，保证人须按本合同约定履行连带保证责任。

第六条　违约责任

本合同生效后，债权人、债务人和保证人均应履行本合同约定的义务，任何一方不履行约定义务的，应当承担相应的违约责任，并赔偿由此给对方造成的损失。

第七条　争议的解决

本合同履行中发生争议，可由各方协商解决，也可按以下第 　1　 种方式解决：

1、诉讼，由债权人住所地人民法院管辖。

2、仲裁，提交 　　　　　　　　　　（仲裁机构全称）
按其仲裁规则进行仲裁。

在诉讼或仲裁期间，本合同不涉及争议的条款仍须履行。

第八条　其他事项

1、保证人应主动了解债务人的经营状况及本合同项下各类业务的发生、履行情况。本合同项下发生的各类业务的主合同，借款凭证或其相关凭据均构成本种法达保证人。

— 3 —

TG 0025563



— 4 —

ATTACHMENT "O"

TO EXHIBIT 162-1

BNBMPLC0006546

20069012

**Shanghai Pudong Development Bank**

Short-Term Loan Guarantee Contract

**Shanghai Pudong Development Bank**

# Short-Term Loan Guarantee Contract

## Shanghai Pudong Development Bank

No.:7401200628O052

**Guarantor: Beijing New Building Materials Public Limited Company**

**Legal address:**

**Mailing address:**

**Lender: Jinan Branch of Shanghai Pudong Development Bank**

**Address: No.165-1 Jiefang Road, Jinan City**

In consideration of the loan contract [No.:7401200628O052] signed by and between Shandong TaiheDongxin Co., Ltd. (hereinafter referred to as the "**Borrower**") and the Lender on February 23, 2006 (hereinafter referred to the "**Loan Contract**"), to guarantee the realization of the Lender's claim(as a precondition of the Borrower's money withdrawal under the Loan Contract), both parties hereby enter into this Contract for mutual observance after negotiations in the principle of equity according to related laws and regulations of the People's Republic of China.

1. The principal claim hereunder is the loan principal of SAY RMB Thirty Million Yuan ONLY (in words), and the Guarantor hereby acknowledges that the accounting voucher issued by the Lender according to the business operating practice is a valid proof of the Borrower's debts; the loan will become due on February 23, 2007 and the so-called "due (expire)" herein includes the early maturity of the loan announced by the Lender.

2. The Guarantor's guarantee scope hereunder include the loan principal and interest, default fine, compensation, attorney's fee and legal cost to realize the claim and other related expenses that are due and payable under the Loan Contract.

BNBMPLC0006547

BNBMPLC0006548

3. The so-called guarantee herein is joint liability guarantee, i.e. the Guarantor will assume joint liability for the Borrower within the guarantee scope of the debts owed by the Borrower. For all the Borrower's debts that are due and payable, the Guarantor shall pay off such debts for the Borrower unconditionally as the first debtor, and hereby authorizes the Lender to directly deduct the amount from the Guarantor's deposit account opened in the business institutions of Shanghai Pudong Development Bank or from other related accounts opened by the Guarantor in other financial institutions.

4. The guarantee hereunder is independent, irrevocable and continuous. This Guarantee Loan is not affected by the efficacy of the Master Contract, nor become invalid and revocable when the Loan Contract becomes invalid and revocable. The Guarantor's guarantee liability will not be changed due to the Lender's agreeing about the loan extension and reconstruction or the Lender and the Borrower's agreeing to modify the Loan Contract as well as the Lender and the Borrower's any act of changing their own business or management systems. If the Lender and the Borrower's agreeing to alter the Loan Contract or agreeing about the loan extension and reconstruction or the Borrower's changing its own business or management system is not approved by the Guarantor in writing, the Guarantor shall also assume the guarantee liability.

5. The Guarantor's guarantee period hereunder is 2 years as of the expiry day of the performance term of the principal debts. The debts' being announced to become due early is deemed as expiry of the performance term of the principal debts, and the Lender may require the Guarantor to assume the guarantee liability at any time within the guarantee period and the Guarantor shall assume the guarantee liability. For the loans that the Lender agrees to be extended and reconstructed, the Guarantor's guarantee period is 2 years as of the expiry day of the performance term of the principal debts newly specified.

The Guarantor shall assume the guarantee liability during the guarantee period hereunder. If the Borrower does not perform its debts pursuant to the Loan Contract, the Lender may require the Guarantor to assume the guarantee liability during the guarantee period. If the Lender does not require the Guarantor to perform the debts during the guarantee period, the Guarantor will be relieved of the grantee liability.

6. During the guarantee period, if the Lender transfers its principal claim to a third party according to law, the Guarantor shall continue to assume the guarantee liability within the original guarantee scope. During the guarantee period, the Borrower shall not transfer its debts without the written consent of the Lender and the Guarantor.

BNBMPLC0006549

7. The Guarantor makes the following representations and warranties to the Lender, which shall become valid after it is signed and will maintain valid during the validity term hereof.

(1) The Guarantor is an enterprise legal person or other economic organization incorporatedaccording to laws of the PRC, has full power of all its assets and full capacity for civil conduct and assumes independent civil liability.

(2)The Guarantor has authorized a representative to sign this Contract. All the provisions herein are the true intention of the Guarantor and legally binding on the Guarantor.

(3)The Guarantor's signing and performance of this Contract does not violate the laws, regulations, rules, judgment, ruling and orders that the Guarantor shall observe nor conflict with the Guarantor's articles of association, any contract signed by it or any other obligations assumed by it.

(4)The Guarantor guarantees that all the financial statements issued by it are in conformity with related laws and regulations of the RPC and the statements actually and fairly indicate the Guarantor's financial status; all documents and materials involved in this Contract are authentic, effective, complete and accurate without any concealing.

(5)The Guarantor does not conceal any exiting or pending lawsuit, arbitration, administrative procedure, property conservation measure, enforcement procedure that affect or may affect its signing or performing this Contract or may materially and adversely affect the its operations and financial status or other matters having material adverse impact.

8. The Guarantor further undertakes to the Lender that during the guarantee period:

(1) It will operate according to law, coordinate actively with the Lender's supervision and inspection against its operating conditions and provide financial statements and other related materials to the Lender in time based on the Lender's requirements.

(2)Without the Lender's written consent, it will not make major changes to its articles of association and business scope or sell, lease, transfer or dispose of all or part of its assets otherwise; nor alter its own management or operation system or commit other acts that affect the Lender's rights and interests even have material adverse impact on its financial status or its performance of the obligations hereunder.

(3)Its obligations hereunder are at least not lower than other obligations for which it does not provide the property right guarantee and it will not sign any contract or agreement that will make its guarantee obligations hereunder become

subordinate.

(4) It will notify the Lender in writing within 3 days once it is aware of any fact that has or may have material adverse impact on its financial status or its capacity of performing its obligations hereunder.

(5) If it needs to replace its legal representative, authorizedrepresentative, change its address, enterprise name or undergoes materials changes in finance or human affairs, it shall notify the Lender in writing 10 days in advance.

(6) It will pay all payables in time and perform its obligations hereunder.

9.   After this Contract comes into force, if it goes against related laws, regulations and rules promulgated by the State, the contracting parties shall enter into a supplementary contract in time on the condition that the safety and effectiveness Lender's loans are guaranteed.

10. This Contract remains effective from the day when both parties have affixed their official seals and their legal representatives or authorized representatives have signed their names or affixed their seals, to the day when all the Borrower's debts under the Loan Contract are paid off, provided that:

(1) If the signing date hereof is prior to that of the Master Contracts, then this Contract becomes effective on the signing date of the Master Contracts.

(2) If the Borrower repays all the loans ahead of schedule, this Contract shall be extended to 6 months after the advance repayment day, unless otherwise agreed by the contracting parties. If the Borrower does not repay all the loans ahead of schedule, the Guarantor shall still assume the guaranteeliability for the debts not paid by the Borrower.

11. This Contract applies to the laws of the People's Republic of China and any dispute relating to this Contract shall be governed by the people's court of the place where the Lender's main business is located.

12. This Contract is executed in duplicate with each contracting party holding one original. There are also several copies for future reference.

BNBMPLC0006550

While signing this Contract, both parties have no objections to all the provisions hereof and have accurate understanding of the legal meaning of the provisions on both parties' rights, obligations and liability.

Guarantor (official seal): Beijing New Building Materials Public Limited Company

Legal representative or authorized representative (signature or seal): 

Opening bank and account No.:

Date of signing: February 23, 2006

Lender (official seal): Special Seal for Contract of Jinan Branch of Shanghai Pudong Development Bank

Legal representative or authorized representative (signature or seal): 

BNBMPLC0006551



上海浦东发展银行

短期贷款保证合同

SHANGHAI PUDONG DEVELOPMENT BANK

BNBMPLC0006541

SHANGHAI PUDONG DEVELOPMENT BANK

BNBMPLC0006542

# 上海浦东发展银行短期贷款保证合同

编号：Yuolsmo6s8oo6ts

保 证 人：北钋集司建材服份有股公司
法定地址：
通讯地址：

贷 款 人：上海浦东发展银行前有分行
地　　址：济南市珍珠路16z-18号

鉴于北钋集和手利懵销服（下略为"借款人"）与贷款人于 2014年 2 月 23 日
签署的贷款合同【编号：Yuolsmo68oo▲▼下略为"贷款合同"），为保障贷款人债权的实
现，并作为借款人在贷款合同项下提款的一项先决条件，现根据中华人民共和国有关法
律、法规，在遵循公平原则的基础上，经双方当事人协商一致，特订立本合同，以资遵
守。

一、本合同项下被保证的主债权为根据贷款合同由贷款人向借款人提供的人民币
（币种）叁仟万 元整（大写金额）的贷款本金，保证人在此承认借款人所欠债务
的有效凭证据以贷款人按业务操作规定出具的计凭证为准；贷款到期日为2007年 上月
23日。本合同所称"到期（届满）"包括贷款人宣布贷款提前到期的情形。

二、本合同项下保证人的担保范围为借款人在贷款合同项下全部到期应付而未付货
款本金及利息、违约金、赔偿金、实现债权的律师费、诉讼费及其它相关费用。

三、本合同所称保证为连带责任保证，保证人对借款人所欠债务在担保范围内与借
款人承担连带责任。借款人到期应付未付的全部债务，保证人应无条件地作为第一偿务
人向贷款人清偿，同时在此授权贷款人从保证人在上海浦东发展银行各营业机构开立的
存款帐户中直接划收，或从其在其他金融机构开立的有关帐户中依法划收。

四、本合同项下保证是独立的、不可撤销的、持续的担保。本保证合同不受主合
同效力的影响。不因贷款合同无效、可撤销而无效。保证人的保证责任不因贷款
款人同意贷款展期、重组、或改贷款人与借款人协议变更贷款合同而有所改变，也不因借

1

款人和保证人任何变更自身经营或管理体制的行为而有所改变。贷款人与借款人协议变更贷款合同或者贷款展期、重组、或者借款人变更自身经营或管理体制，未取得保证人的书面同意，保证人也应当承担保证责任。

五、保证人在本合同项下的保证期间，为主债务履行期届满之日起两年。贷款被宣布提前到期视为主债务履行期届满，贷款人可以在保证期间内随时要求保证人承担保证责任，保证人应当承担保证责任。经贷款人同意展期、重组的贷款，保证人的保证期间自新约定的主债务履行期届满之日起两年。

保证人在本合同项下的保证期间内承担保证责任。借款人没有依照贷款合同规定履行债务的，在保证期间内，贷款人可以要求保证人承担保证责任。保证期间贷款人未要求保证人履行债务的，保证人免除保证责任。

六、保证期间，贷款人依法将主债权转让给第三人的，保证人在原保证担保的范围内继续承担保证责任。保证期间内，未经贷款人和保证人书面同意，借款人不得转让债务。

七、保证人向贷款人作出如下陈述与保证，该陈述与保证于签约时作出，并在本合同有效期间内持续有效。

（1）保证人是根据中国法律注册成立的企业法人或其他经济组织，对其全部资产拥有充分权利，具有完全民事行为能力，对外独立承担民事责任。

（2）保证人已授权代表签署本合同，本合同的各条款均是保证人的真实意思表示，对保证人具有法律约束力。

（3）保证人签署和履行本合同不违反保证人所应遵守的法律、法规、规章、判决、裁决及命令，也不与保证人的章程或其签署的任何合同、协议或承担的任何其他义务相抵触。

（4）保证人保证其出具的所有财务报表是符合中国有关法律法规的，报表真实、公正地表明了保证人的财务状况；本合同所涉及的所有文件和资料均是真实、有效、完整、准确而无任何隐瞒的。

（5）保证人没有隐瞒已经发生或将要发生的任何可能影响或可能影响其签署或履行本合同、或可能对其营业及财务状况产生重大不利影响的诉讼案件、仲裁案件、行政程序、财产保全措施、强制执行程序或其他重大不利影响的事件。

2

SHANGHAI PUDONG DEVELOPMENT BANK

BNBMPLC0006543

八、在保证期间，保证人向贷款人进一步承诺如下：

（1）保证依法经营，并积极配合贷款人对其经营情况进行监督检查，根据贷款人的要求及时向贷款人提供财务报表及其它相关资料。

（2）保证未经贷款人的书面同意，不擅自对章程和营业范围进行重大变动，不擅自出售、出租、转移或以其他方式处分其资产的全部或大部分；也不擅自变更自身企业管理或经营体制及进行其他影响贷款人权益的行为，以致足以对其财务状况或其履行本合同项下的义务的能力产生重大不利影响。

（3）保证其在本合同项下的义务的地位至少不低于其未来提供物权担保的其他义务，且现在和将来不签署任何致使本合同项下的保证义务义务处于从属地位的合同或协议。

（4）保证一旦得知已经或可能发生对其财务状况或其履行本合同项下的义务的能力产生重大不利影响的事实时，在三天内书面通知贷款人。

（5）保证人如需更换法定代表人、授权代表、变更通讯地址、企业名称、或在财务、人事方面发生重大变化的，应提前十天书面通知贷款人。

（6）及时支付所有应付款项，并履行本合同项下的义务。

九、本合同生效后，若与国家所颁布的有关法律、法规、规章相抵牾时，在保证贷款人贷款安全和权益的前提下，签约双方应及时的有关本合同予以完善。

十、本合同自双方当事人加盖公章及各法定代表人或授权签字盖章后生效，至借款人在贷款合同项下的债务全部清偿后终止。但是：

（1）如果本合同的签署日期先于主合同的签署日期，则本合同于主合同签署的日期届至时生效。

（2）借款人提前还全部贷款的，则本合同应延长至提前还款日六个月后终止。除非本合同当事人另行约定。借款人提前归还全部贷款的，对借款人未偿还的债务、保证人仍应承担保证责任。

十一、本合同适用中华人民共和国法律，任何有关本合同的争议均受贷款人主营业所所在地人民法院管辖。

十二、本合同正本一式两份，签约双方各执一份，副本数份备查。

3

SHANGHAI PUDONG DEVELOPMENT BANK

BNBMPLC0006544

BNBMPLC0006545

在签署本合同时，双方当事人对合同的所有条款均无疑义并对当事人有关权利、义务和责任的条款的法律含义有准确无误的理解。

保证人（公章）

贷款人（公章）

法定代表人或授权代表（签字或盖章）

法定代表人或授权代表（签字或盖章）

开户银行及帐号：

签署日：2008年2月23日

SHANGHAI PUDONG DEVELOPMENT BANK

# ATTACHMENT "P"

## TO EXHIBIT 162-1

BNBMPLC0006206

Liu Huan and Jiao Wenbo

and

Beijing New Building Materials Public Limited Company

# Equity Transfer Agreement

in respect of

TaianDonglian Investment Trade Co., Ltd.

# Equity Transfer Agreement

THIS EQUITY TRANSFER AGREEMENT (this "**Agreement**") is made by Liu Huan ("Transferor 1"), Jiao Wenbo ("Transferor 2") and Beijing New Building Materials Public Limited Company ("**Transferee**") in Beijing, the People's Republic of China on August 28, 2006 (Transferor 1 and Transferor 2 are referred to collectively as the "**Transferors**"; Transferor 1, Transferor 2 and the Transferee are referred to individually as a "**Party**" and collectively as the "**Parties**").

## PREAMBLE

WHEREAS,

(a)    TaianDonglian Investment Trade Co., Ltd. ("**Donglian Company**") is a limited liability company registered in Taian on March 18, 2004, in accordance with the laws and regulations of the People's Republic of China. The registration number of its Business License of Legal Entity is 3709242800355; its registered address is MingtianGuangcai Industry Park Management Center, Gaoxin District, Taian. Donglian Company's shareholders are Transferor 1 and Transferor 2.

(b)    Donglian Company has a registered capital of RMB35.79375mn. Transferor 1 holds 80.13%equity and Transferor 2 holds 19.87% equity.

(c)    Donglian Company lawfully holds 23% equity (35.79375mn shares in total) in Shandong TaiheDongxin Co., Ltd. ("Shandong Taihe").

(d)    Transferor 1 and Transferor 2 intend to transfer their respective 80.13% and 19.87% equity in Donglian Company as well as shareholder rights related thereto (hereinafter referred to as the "**Transferred Equity**"), and the Transferee accepts such transfer.

NOW, THEREFORE,adhering to the principle of mutual benefit and after friendly negotiations, the Parties have entered into this Agreement in accordance with the Company Law of the People's Republic of China, the Contract Law of the People's Republic of China as well as other related laws and regulations:

## Article 1 Definitions and Interpretation

1.01    Thefollowing terms used herein shall have the meanings as ascribed to them below:

(a)    "Asset    Appraisal    Report"    means    the    Asset    Appraisal    Report (ZhongShangPingBaoZi [2006] No.1059) issued by Zhongshang Asset Appraisal Co., Ltd. with June 30, 2006 as the reference date.

(b)    "Auditor's Report" means the Auditor's Report ((2006 JingKuiXingShenZi No.I-496) issued by Beijing Xinghua Certified Public Accountants Co., Ltd. with June 30, 2006 as the reference date.

(c)    "Equity Transfer Date" means the date when the administration for industry and commerce changes the registration of equity holding by transferors to the equity holding by the Transferee.

(d)    "Third Party"means any corporate person, natural person or economic entity

2

BNBMPLC0000206

having the right to execute the related legal documents other than Parties hereto.

1.02 The clause numbers and headings contained herein are inserted for convenience of reference only and shall not affect the interpretation or construction of this Agreement.

## Article 2 Parties to this Agreement

2.01 The Parties to this Agreement are:

(a) Transferor 1: Liu Huan

ID card number: 37018119820910343

Address: Dawenkou Town, Daiyue District, Taian City, Shandong Province

(b) Transferor 2: Jiao Wenbo

ID card number: 37088119770830114

Address: Dawenkou Town, Daiyue District, Taian City, Shandong Province

(c) Transferee: Beijing New Building Materials Public Limited Company

Legal representative: Cao Jianglin    Title: Board Chairman

Registered address: No.11A, Sanlihe Road, Haidian District, Beijing

## Article 3 Equity Transfer and Acceptance of Transfer

3.01 Transferor 1 agrees to transfer to the Transferee its 80.13% equity in Donglian Company, Transferor 2 agrees to transfer to the Transferee its 19.87% equity in Donglian Company and the Transferee agrees to accept such transfers, upon the terms and subject to the conditions as set forth below.

Following the effectiveness of this Agreement, the Transferors cease to hold any equity in Donglian Company and the Transferee will lawfully hold the 100% equity in Donglian Company.

The Parties unanimously undertake that once this Agreement becomes effective, the shareholder interests on such equity during the period from June 30, 2006 (the reference date of audit and appraisal) until the effective date of this Agreement shall be attributable to the Transferee, unless otherwise provided for herein.

3.02 Within seven (7) working days after the Transferee pays the full equity transfer price to the Transferors according to the provisions of Article 4, the Transferors and the Transferee shall jointly assist Donglian Company in completing the AIC change registration procedures in accordance with law.

## Article 4 Equity Transfer Price and Method of Payment

4.01 The Parties unanimously agree that the appraisal result reflected in the Asset Appraisal Report is used as the reference for determining the price of this transaction. The net appraised value of the Transferred Equity is RMB107.74mn. Plus the newly increased investment of RMB5.6mn by the original shareholders

3

BNBMPLC0006207

from June 30, 2006 until the issuance of the Asset Appraisal Report, the net asset value of Donglian Company is RMB113.34mn. The Parties unanimously agree that the total transfer price of the Transferred Equity is RMB one hundred and fourteen million fifty-four thousand (in figures: RMB114,540,000) ("Equity Transfer Price"), including RMB ninety-one million seven hundred and eighty thousand (in figures: RMB91,780,000.00) for the 80.13% equity held by Transferor 1 in Donglian Company and RMB twenty-two million seven hundred and sixty thousand (in figures: RMB22,760,000.00) for the 19.87% equity held by Transferor 2 in Donglian Company.

4.02   Within seven (7) working days following the effectiveness of this Agreement, the Transferee shall pay the Equity Transfer Price in lump sum to the bank accounts designated by the Transferors.

The Transferors agree that when the Transferee pays the Equity Transfer Price, the Transferee withholds and remits the relevant personal income tax in accordance with the related Chinese tax laws and regulations. The Transferors shall provide the Transferee with the relevant vouchers required by the taxation authority for calculating personal income tax.

**Article 5 Representations, Warranties and Undertakings**

5.01   Transferor 1 and Transferor 2 jointly and severally make the following representations, warranties and undertakings to the Transferee that:

(a)   The Transferors will transfer the Transferred Equity to the Transferee according to terms and conditions of this Agreement.

(b)   The execution and performance of this Agreement will not violate any law, regulation or rule or result in their violation of any contract, agreement or other legal document binding them.

(c)   The Transferors are free and clear of any dispute, lawsuit, arbitration, judicial or administrative proceedings or governmentinvestigations on the Transferred Equity that are pending or any such threatened circumstance or risk.

(d)   The Transferors have fully performed their respective capital contribution obligations to DonglianCompany and have no outstanding obligations to Donglian Company.

(e)   The Transferred Equity is free of any dispute. They have the full and complete ownership over the Transferred Equity. The Transferred Equity has not been created with any mortgage, pledge, lien, security, right of first refusal, third-party interest, any other form of limitation or security interest, and any other form of priority arrangement. Upon transfer of the Transferred Equity, the Transferee will have the full and complete ownership over the Transferred Equity in accordance with law.

(f)   All the material facts concerning the transfer of the Transferred Equity have been disclosed to the Transferee and all the information, documents, materials or documentary evidences provided to the Transferee by or on behalf of the Transferors before or during the negotiations for the purpose of this Agreement are in every material respect true, complete and accurate and in any respect not misleading.

(g)   As of the effective date of this Agreement, Donglian Company only holds 23% equity in Shandong Taihe. The other assets (including claims, monetary funds, etc.) and/or liabilities (including dividends payable) of Donglian Company prior to

4

BNBMPLC0006208

(h) the effective date of this Agreement shall be enjoyed and/or assumed by the Transferors. The Transferors shall, prior to the effective date of this Agreement, dispose of the other assets (including claims, monetary funds, etc.) and/or liabilities (including dividends payable) mentioned in this clause. The Transferors warrant that on the effective date of this Agreement, Donglian Company has no other assets (including claims, monetary funds, etc.) or liabilities (including dividends payable) other than 23% equity in Shandong Taihe.

(i) Except for the debts, obligations and responsibilities as stated in the Auditor's Report, as of the effective date of this Agreement, Donglian Company has no other debts, obligations and responsibilities that shall be performed and assumed. If any such debts, obligations and responsibilities exist, the Transferors shall bear the same and/or indemnify and hold harmless the Transferee and/or Donglian Company.

(i) The ownership and use right of Donglian Company over all its assets (including, without limitation, machine, equipment, real estate, intellectual property rights, outside investments, etc.) have no defect in both legitimacy and legal validity and no mortgage, pledge, lien, security, right of first refusal, third-party interests, any other form of limitation or security interest or any other form of priority arrangement has been created on any such asset.Donglian Company's assets have no defect in use function, technical effect and other related aspects.

(j) Since its founding, DonglianCompany has not violated Chinese laws and regulations and has no legal proceedings and/or responsibilities that shall be performed but not and is free of any dispute, lawsuit, arbitration, judicial or administrative proceedings or governmentinvestigations on the Transferred Equity that are pending or any such threatened circumstance or risk.

(k) From the appraisal reference date until the Equity Transfer Date, the assets of Donglian Company had no material changes. Except with the prior written consent of the Transferee, Donglian Company shall not conduct any asset disposal or do such act as may bind Donglian Company to any debt, obligation or responsibility. The Transferors shall ensure that Donglian Company conforms to any such undertaking.

(l) Following the completion of equity transfer, in principle, all the existing employees of Donglian Company will not be employed again. The liabilitiesincurred after Donglian Company terminates or rescinds the employment relationship with its existing employees (including, but not limited to, paying economic compensation to employees) shall be borne by the Transferors and the Transferee is responsible for employee placement.

5.02 The Transferee makes the following representations, warranties and undertakings to the Transferors that:

(a) The Transferee shall pay the Equity Transfer Price to the Transferors according to the terms and conditions of this Agreement;

(b) The execution and performance of this Agreement will not violate any provision of its articles of association or any law, regulation or rule or result in their violation of any contract, agreement or other document binding them.

(c) The Transferee is free and clear of any dispute, lawsuit, arbitration, judicial or administrative proceedings or governmentinvestigations on the Transferred Equity that are pending or any such threatened circumstance or risk that affects its ability to execute or perform this Agreement.

(d) After the Transferred Equity is transferred to the Transferee, the Transferee will exercise and perform its shareholder rights and obligations in accordance with the Chinese laws and regulations.

5

BNBMPLC0008209

(e)     The tax refunds, fiscal subsidies and other interests received by Donglian Company after the reference date of asset appraisal shall still be attributable to the Transferors if such interests arise out of the taxes of Donglian Company prior to the effective date of this Agreement.

## Article 6 Confidentiality

6.01    Except otherwise specifically provided herein or agreed by the Parties, any Party shall use all the information provided by the other Parties according to this Agreement and the contents of this Agreement ("Information") only for the purpose of this Agreement. Without the prior written consent of the other Parties, any Party shall not at any time use or permit others to use or disclose to any third party the Information for its own purpose.

6.02The provisions of this article shall survive the termination of this Agreement.

6.03    The Transferors agree that the information disclosure of equity transfer by the Transferee in accordance with the listing rules of the securities regulatory and relevant stock exchange is not limited by the said provision and the Transferors shall actively cooperate with the Transferee to comply with the requirements of the securities regulatory body and related stock exchange.

## Article 7 Validity, Amendment and Termination of this Agreement

7.01    This Agreement shall become effective upon fulfillment of the following conditions:

(a)   The Parties have entered into this Agreement;

(b)   Pursuant to the Transferee's articles of association and the listing rules of relevant stock exchange, the authorizes of the Transferee and its controlling shareholder (including board of directors and shareholders' meeting (if necessary)) approve the Transferee to accept the Transferred Equity.

7.02    This Agreement may be supplemented, amended and modified with the unanimous consent of the Parties and subject to a written agreement.

7.03    This Agreement may be terminated with the unanimous written consent of the Parties.

## Article 8 BreachingLiability and Force Majeure

8.01    If this Agreement cannot be performed in whole in part for any reason other than force majeure, such act shall constitute a breach. The breaching Party shall compensate the non-breaching Party for all the losses incurred as a result of such breach and the non-breaching Party shall have the right to terminate this Agreement and/or demand the breaching Party to undertake the breaching liability.

8.02    "Force Majeure" means all the events preventing this Agreement from being performed in whole or in part that are unforeseeable, unavoidable and insurmountable for the Parties, including earthquake, typhoon, flood, fire, war, international or domestic transport system failure, epidemics, civil riot, strike as well as any other event that is unforeseeable, unpreventable or uncontrollable (including those events customarily deemed as force majeure).

6

BNBMPLC0008210

The Party claiming force majeure shall forthwith inform the other Party in writing and within five (5) working days thereafter, provide the sufficient evidence about the occurrence of such event and its expected lasting time. If force majeure event disappears, the relevant Party shall continue to perform its obligations.

## Article 9 Dispute Resolution

9.01   Any dispute arising from or out of the interpretation or performance of this Agreement shall first be resolved by the Parties through friendly negotiations. If efforts to negotiate have failed, any Party may file a lawsuit before the competent court.

## Article 10 Miscellaneous

10.01   The expenses incurred by the Parties in connection with the prudent investigations related to the transfer of the Transferred Equity, preparation of this Agreement and relevant transaction documents as well as negotiations and the taxes as may be incurred by the Parties in connection with the equity transferhereunder shall be borne by the Parties respectively.

10. 02   This Agreement is executed in five (5) originals, one for each Party and others for possible use. Each original shall have the same legal effect.

7

BNBMPLC0008211

IN WITNESS WHEREOF, this Agreement has been signed by the duly authorized representatives of the Parties as of the date first above written.

**Transferor 1:**

By (signature): Liu Huan

**Transferor 2:**

By (signature): Jiao Wenbo

**Beijing New Building Materials Public Limited Company**

Authorized representative:

By (signature):

8

BNBMPLC0006212

刘环和焦文波

与

北新集团建材股份有限公司

关于

泰安市东联投资贸易有限公司

股权转让协议

BNBMPLC0006195

BNBMPLC0006186

# 股权转让协议

本股权转让协议（以下简称"本协议"）于 2006 年 8 月 28 日由对环（"转让方一"）和集文波（"转让方二"）与北新集团建材股份有限公司（"转让方"）（转让方一与转让方二以下合称"转让方"，转让方一、转让方二，受让方以下亦单称"一方"，合称"各方"）在中华人民共和国北京市签订。

## 前言

鉴于：

(a) 泰安市东联投资贸易有限公司（以下简称"东联公司"）是根据中华人民共和国法律法规于 2004 年 3 月 18 日在泰安市注册成立的一家有限责任公司，其法人营业执照号码为 3709242800355；注册地址为泰安高新区明天光彩工业园管理中心；东联公司的股东为转让方一和转让方二。

(b) 东联公司的注册资本为人民币 3579.375 万元，其中转让方一持有东联公司百分之八十点一三（80.13%）的股权，转让方二持有东联公司百分之十九点八七（19.87%）的股权。

(c) 东联公司合法持有山东泰和东新股份有限公司（以下简称"山东泰和"）23%的股份（共计 3579.375 万股）；

(d) 转让方一和转让方二拟分别将其持有的东联公司百分之八十点一三（80.13%）的股权和百分之十九点八七（19.87%）的股权及相应的股东权利（以下简称"该等股权"）转让于受让方，受让方亦拟接受该等股权转让。

基于上述，各方本着互利的原则，经过友好协商，按照《中华人民共和国公司法》、《中华人民共和国合同法》以及其他有关法律和法规，达成本协议如下：

BNBMPLC0006187

第一条 一 定义和释义

1.01 本协议所用的以下词语应具有下列含义:

(a) "《资产评估报告》"指由中商资产评估有限责任公司出具的以 2006 年 6 月 30 日为基准日的《资产评估报告》(中商评估报字[2006]第 1059 号)。

(b) "《审计报告》"指由北京兴华会计师事务所有限责任公司出具的以 2006 年 6 月 30 日为基准日的《审计报告》((2006)京会兴审字第 1-496 号)。

(c) "股权过户日"指工商机关将该等股权由转让方持有变更登记为受让方持有之日。

(d) "第三方"指本协议各方以外的任何企业法人、自然人或有权签署相关法律文件的经济实体。

1.02 本协议的条号和标题仅为方便参阅而设,不影响本协议的释义或解释。

第二条 一 本协议各方

2.01 本协议各方为:

(a) 转让方一:刘环
身份证号码:37018119820910344 3
住所:山东省泰安市岱岳区大汶口镇

(b) 转让方二:焦文波
身份证号码:37088119770830111 4
住所:山东省泰安市岱岳区大汶口镇

3

BNBMPLC0009198

(c)  受让方：北新集团建材股份有限公司

法定代表人：曹江林

职务：董事长

注册地址：北京市海淀区三里河路甲 11 号

## 第三条 — 股权转让及受让

3.01  转让方一同意按本协议所列条款和条件向受让方转让东联公司 80.13% 的股权，转让方二同意按本协议所列条款和条件向受让方转让东联公司 19.87% 的股权；受让方同意按本协议所列条款和条件受让该等股权。

本协议生效后，转让方不再拥有东联公司的任何股权，受让方合法拥有东联公司 100% 股权。

各方一致承诺本协议一经生效，自审计和评估基准日 2006 年 6 月 30 日至协议生效日期间该等股权的股东权益除本协议另有约定的外由受让方享有。

3.02  在受让方按照本协议第四条规定向转让方支付全部股权转让价款之日起七个工作日，转让方与受让方共同协助东联公司依法办理工商变更登记手续。

## 第四条 — 股权转让价款及其支付方式

4.01  各方一致同意以《资产评估报告》所反映的评估结果作为确定本次交易价格的参考依据，该等股权对应的评估净值为 10,774 万元，加上 2006 年 6 月 30 日后至《资产评估报告》出具前原股东新增加投资 560 万元，东联评估净资产价值合计为 11,334 万元。各方经协商一致同意，该等股权转让的价款总额为人民币壹亿壹仟肆佰伍拾肆万元（小写：RMB114,540,000 元）（以下简称 "股权转让价款"），其中受让方受让转让方一持有的 80.13% 东联公司股权的价款为人民币玖仟壹佰柒拾捌万元（小写：RMB91,780,000.00 元），受让方

4

BNBMPLC0009109

受让转让方二持有的 19.87%东联公司股权的价款为人民币贰仟贰佰柒拾陆万元（小写：RMB22,760,000.00 元）。

4.02 受让方应自本协议生效日起七个工作日内将股权转让价款一次性支付至转让方指定的银行帐户。

转让方同意，在支付股权转让价款之时，受让方根据中国相关税务法律法规的规定代缴相关个人所得税。转让方应向受让方提供税务机关所要求的计算个人所得税的相关凭证。

## 第五条 — 陈述、保证与承诺

5.01 转让方一和转让方二分别及共同对受让方作出如下陈述、保证与承诺：

(a) 转让方按照本协议规定的条款和条件向受让方转让该股权。

(b) 本协议的签订和履行不会违反任何法律、法规、规章的规定、不会导致其违反对其有约束力的任何合同、协议或其他法律文件。

(c) 转让方不存在任何针对该该股权的悬而未决的争议、诉讼、仲裁、司法或其行政程序或政府调查，也不存在发生将要对其提起诉讼、仲裁、司法或其行政程序或政府调查的任何情形或者风险。

(d) 转让方已全部履行了对东联公司的出资义务，对东联公司没有任何尚未履行的义务。

(e) 该等股权不存在任何争议、其对该等股权拥有完整的所有权，在该等股权上并未设置任何抵押、质押、留置、担保、优先权、第三方权益、任何其他形式的限制或担保权益、及其他任何形式的优先安排。该等股权转让后，受让方将依法对该等股权拥有全部的、完整的所有权。

5

BNBMPLC0006200

(f) 有关该等股权转让的的全部重要事实已披露给受让方，且在为本协议而进行的协商之前或之中由转让方或代表转让方提供给受让方的全部信息、各项文件、资料或证明材料在所有重要方面是真实的、完整的、准确的且在任何方面不存在误导。

(g) 截止本协议生效日，东联公司仅拥有山东泰和 23%的股份，截止本协议生效日之前东联公司的其它资产（包括债权和货币资金等）和/或债务（包括应付股利）均由转让方享有和/或承担，转让方应在本协议生效日之前将本款所提及的其它资产（包括债权和货币资金等）和/或债务（包括应付股利）处理完毕，转让方保证在本协议生效日东联公司除拥有山东泰和 23%的股份外不享有任何其它资产（包括债权和货币资金等）亦不负担任何债务（包括应付股利）。

(h) 除《审计报告》所载明的债务、义务、责任外，截止本协议生效日，东联公司不存在任何其他应履行的债务、义务和责任，应承担的债务、义务和责任。如果存在这样的债务、义务和责任，则转让方应予以承担和/或赔偿并使东联公司和/或东联公司不因此受到损害。

(i) 东联公司对其所有资产（包括但不限于机器、设备、房地产、知识产权、各项对外投资等）的所有权和使用权在合法性和法律效力方面不存在任何瑕疵，并未设置任何抵押、质押、留置、担保、优先权、第三方权益、任何其他形式的限制或担保权益，及其他任何形式的优先安排；并且东联公司的资产在使用功能和技术效果及其他有关方面均不存在任何瑕疵。

(j) 东联公司自成立以来没有任何违反中国法律法规的行为，不存在任何应履行而未履行的法律程序或政府责任，不存在任何感而未被的争议、诉讼、仲裁，司法或行政程序或政府调查，也不存在发生将要对东联公司提起诉讼、仲裁、司法或行政程序或政府调查的任何情形或者风险。

6

BNBMPLC0006201

(k) 自评估基准日至股权过户日期间，东联公司的资产状况不发生任何不利变化。未经受让方事先书面同意，东联公司不得进行任何资产处置，也不得有任何能使东联公司承担债务、义务、责任的行为，转让方应确保东联公司符合该等承诺。

(l) 本次股权转让完成后，东联公司的现有全部员工原则上不再聘用，东联公司与其现有员工终止或解除劳动关系后产生的责任（包括但不限于向员工支付经济补偿金）由转让方承担，转让方负责安置员工。

5.02 受让方对转让方作出以下陈述、保证与承诺：

(a) 按照本协议规定的条款和条件向转让方支付股权转让价款；

(b) 本协议的签订和履行不会违反其公司章程的任何规定或任何法律、法规、规则的规定，不会导致其违反其有约束力的任何合同、协议或其他文件。

(c) 不存在影响其签署或履行本协议项下义务的能力的任何悬而未决的争议、诉讼、仲裁，司法或行政程序或政府调查，也不存在将会发生对其要求其提起诉讼、仲裁、司法或行政程序或政府调查的任何情形或者风险。

(d) 其受让该等股权后，将依照中国法律法规行使和履行相应的股东权利和义务。

(e) 东联公司在资产评估基准日以后收到的税收返还、财政补贴等权益，如果该权益是由东联公司在本协议生效日以前形成的税款所产生，则该等权益仍由转让方享有。

7

BNBMPLC0006202

**第六条 — 保密条款**

6.01 除本协议或者协议各方另有明确约定外，本协议任何一方，只能为实现本协议项下议的目的使用由协议他方根据本协议的规定提供的全部信息及本协议之内容（以下简称"信息"）。事先没有得到协议他方的书面同意，协议任何一方在任何时候不得为自身目的的使用或许可他人使用或向第三方披露该等信息。

6.02 本协议终止后，本条的规定仍应持续有效。

6.03 转让方同意，受让方按照证券监管部门、相关证券交易所的上市规则的要求，进行股权转让的信息披露不受上述规定的限制，并且转让方应积极配合受让方履行证券监管部门、相关证券交易所的要求。

**第七条 — 本协议的效力、修改与解除**

7.01 本协议在下列条件成就之时生效：

(a) 各方签署本协议；

(b) 根据受让方公司章程以及相关证券交易所有关上市规则的规定，受让方及其控股股东的有权机构[包括董事会和股东大会（如需要）]批准受让方受让该等股权。

7.02 本协议经各方一致同意，并形成书面协议后，方能补充、修改和变更。

7.03 本协议可经各方一致书面同意解除。

**第八条 — 违约责任与不可抗力**

BNBMPLC0006203

8.01  如在本协议任何一方因不可抗力以外的其他任何原因而使本协议不能履行或不能全部履行，应构成违约，违约方应向守约方赔偿因其违约所造成的全部损失，守约方有权解除本协议或/和要求违约方承担违约责任。

8.02  "不可抗力"指妨碍一方履行或部分履行本协议的所有事件，而且该等事件是本协议双方所不能预见、不能避免且不能克服的。上述事件应包括地震、台风、水灾、火灾、战争、国际或国内运输系统故障、传染病、民众骚乱、罢工，及无法预见、不能防止或不能控制的任何其他事件，包括一般惯例认可为不可抗力的事件。

主张发生不可抗力的一方应迅速以书面形式通知其他方，并在其后的五个工作日内提供此种不可抗力发生及其预期持续时间的足够证据。如不可抗力事件消失，则义务方应立即恢复履行其义务。

## 第九条 — 争议的解决

9.01  如果就本协议的解释或履行产生任何争议，争议双方应首先通过友好协商的方式解决。协商不成的，任何一方均有权向有管辖权的法院提起诉讼。

## 第十条 — 其他

10.01  各方因该股权转让而发生的各自进行审慎调查活动、准备本协议和有关交易文件及谈判的相关费用和各方自身因依照本协议转让股权而可能被征收的税费由各方自行承担。

10.02  本协议正本一式五份，各方各执一份，其余备用，每份正本具有同等法律效力。

9

BNBMPLC0006204



本协议由各方正式授权的代表于本协议首部写明的日期签署，谨此为证。

转让方一：
签署：

转让方二：
签署：



北新集团建材股份有限公司
授权代表：
签署：

10

ATTACHMENT "Q"

TO EXHIBIT 162-1

*The Stock Exchange of Hong Kong Limited takes no responsibility for the contents of this announcement, makes no representation as to its accuracy or completeness and expressly disclaims any liability whatsoever for any loss howsoever arising from or in reliance upon the whole or any part of the contents of this announcement.*



# CNBM

# China National Building Material Company Limited*

# 中 國 建 材 股 份 有 限 公 司

*(a joint stock limited company incorporated in the People's Republic of China with limited liability)*

(Stock code: 3323)

## CONNECTED TRANSACTION
## ACQUISITION OF THE ENTIRE EQUITY INTEREST IN
## TAIAN DONGLIAN INVESTMENT TRADING COMPANY LIMITED

## CONNECTED TRANSACTION
## PROVISION OF FINANCIAL ASSISTANCE TO
## TAIAN STATE OWNED ASSETS MANAGEMENT COMPANY

Financial Adviser

# ANGLO CHINESE
CORPORATE FINANCE, LIMITED

On 28 August, 2006, the board of directors of the Company announced that BNBM, a 52.4% owned subsidiary of the Company, entered into the following transactions:

## I.   ACQUISITION OF THE ENTIRE EQUITY INTEREST IN DONGLIAN

On 28 August, 2006, BNBM, Liu Huan and Jiao Wen Bo entered into the Share Transfer Agreement whereby BNBM proposes to acquire all the equity interest in Donglian, which holds 23% of the equity interest in Taihe, for a consideration of Rmb114,540,000. Liu Huan is the vendor of 80.13% of equity interest in Donglian whereas Jiao Wen Bo is the vendor of 19.87% of equity interest in Donglian.

## II.   PROVISION OF FINANCIAL ASSISTANCE TO STATE OWNED COMPANY

On 28 August, 2006, BNBM and State Owned Company entered into the Loan Agreement whereby BNBM agreed to grant a loan of Rmb.50 million to State Owned Company for a period of one year. It is a condition of the Loan Agreement that State Owned Company shall pledge the 16% of equity interest in Taihe, a subsidiary of BNBM, that it owns as collateral for the Loan. State Owned Company undertakes to BNBM that the equity interest pledged by it is free from encumbrances.

The Acquisition and the provision of the Loan are independent transactions not conditional on each other.

Each of the Acquisition and the provision of the Loan constitutes a connected transaction of the Company under Chapter 14A of the Listing Rules. As each of the percentage ratios (other than the profits ratio) is on an annual basis is less than 2.5%, the Acquisition and the provision of the Loan are only subject to the reporting requirements and is exempt from the independent shareholders' approval requirements under Rule 14A.34 of the Listing Rules. The Acquisition is subject to reporting and announcement requirements under the Listing Rules and the approval of the independent shareholders of the Company.

No shareholder of the Company is required to abstain from voting if the Company were to convene a special general meeting for the purpose of approving the Acquisition, because no substantial shareholders of the Company has an interest that is different from that of other shareholders in relation to the Acquisition. A written approval on the Acquisition will be obtained from China National Building Material (Group) Corporation, the parent company and a substantial shareholder of the Company, and the three wholly owned subsidiaries of China National Building Material Group Corporation, namely Beijing New Building Material (Group) Company Limited, China National Building Material Import and Export Company and China Building Materials Academy, which collectively hold approximately 60.34% of the issued shares in the Company as at the date of this announcement. The Company will apply for a waiver under Rule 14A.43 of the Listing Rules to The Stock Exchange of Hong Kong Limited from convening the extraordinary general meeting to approve the Acquisition. A circular containing, among other things, details of the Acquisition, a letter of advice from each of the independent board committee of the Company and the independent financial adviser on the Acquisition will be despatched to the shareholders of the Company as soon as practicable.

## I.   ACQUISITION OF THE ENTIRE EQUITY INTEREST IN DONGLIAN

The board of directors of the Company announces that BNBM proposes to acquire all the equity interest in Donglian on and subject to the terms of the Share Transfer Agreement.

**Date of the Share Transfer Agreement**

28 August, 2006

**Parties**

BNBM as the purchaser

Liu Huan as the vendor of 80.13% of equity interest in Donglian

Jiao Wen Bo as the vendor of 19.87% of equity interest in Donglian

**Assets to be acquired**

Subject to the fulfillment of the conditions of the Share Transfer Agreement, BNBM will acquire from Liu Huan and Jiao Wen Bo the entire equity interest in Donglian which in turn holds a 23% equity interest in Taihe. The equity interest to be acquired will be acquired free from encumbrances. After the completion of the Share Transfer Agreement, the effective shareholding of BNBM in Taihe will increase from 42% to 65%. BNBM has gained long term control of Taihe's board of directors in connection with the acquisition of the 42% equity interest in Taihe in April 2005. Therefore, Taihe is accounted for as a subsidiary of BNBM before and after the Acquisition.

**Consideration**

The consideration payable by BNBM for the equity interest in Donglian is Rmb114,540,000, which was determined after arm's length negotiations between BNBM and the vendors. The consideration will be financed partly from the internal resources and partly from the external borrowings of CNBM Group. Details of the financing have yet to be finalised as at the date of this announcement.

The consideration of Rmb114,540,000 represents a premium of 5.9% over the net asset value of Donglian of Rmb107,740,000 as at 30 June, 2006, based on the assessment of an independent professional valuer who adopted a replacement cost approach in valuing the assets and liabilities of Donglian.

## Conditions of the Share Transfer Agreement

Completion of the Share Transfer Agreement is subject to, inter alia, compliance with the articles of association of BNBM and the requirements under the listing rules of the (if necessary) relevant stock exchanges and obtaining approvals from the directors and the shareholders of BNBM and the Company. The conditions of the Share Transfer Agreement cannot be waived by the parties thereto.

## Completion of the Share Transfer Agreement

Completion of the Share Transfer Agreement is expected to take place immediately after all the conditions of the Share Transfer Agreement have been fulfilled.

## Reasons for the entering into the Share Transfer Agreement

Following BNBM's acquisition of the 42% equity interest of Taihe, the Company has become the largest producer of gypsum boards in the PRC. The Acquisition has also enhanced the Company's ability to serve a broader base of customers. The directors of the Company believe that the Acquisition will enable CNBM Group to further enhance its competitiveness and consolidate its leading position in the PRC gypsum board market as it will participate more actively in the daily operations and management of Taihe with a view to improving its profitability.

The board of directors (including the independent non-executive directors) of the Company considers that the terms of the Share Transfer Agreement to be fair and reasonable, on normal commercial terms and in the interest of the shareholders of the Company as a whole.

## Information on Donglian

Donglian is an investment holding company. Its principal activity is the investment in Taihe and its associated companies. Its major investment is a 23% equity interest in Taihe, a subsidiary of BNBM.

Based on the generally accepted accounting principles in the PRC, Donglian had an audited net asset value of approximately Rmb78.7 million as at 30 June, 2006. Its audited profit before tax for the two years ended 31 December, 2004 and 2005 and the six months ended 30 June, 2006 was nil, approximately Rmb15.7 million and Rmb6.5 million respectively. Its audited profit after tax for the two years ended 31 December, 2004 and 2005 and the six months ended 30 June, 2006 was nil, approximately Rmb14.6 million and Rmb6.5 million respectively.

Q000010

T'A
EXHIBIT NO. 24
1 - 7 - 12
L. GOLKOW



Q000011

*The Stock Exchange of Hong Kong Limited takes no responsibility for the contents of this announcement, makes no representation as to its accuracy or completeness and expressly disclaims any liability whatsoever for any loss howsoever arising from or in reliance upon the whole or any part of the contents of this announcement.*

# CNBM

# China National Building Material Company Limited*

中 國 建 材 股 份 有 限 公 司

*(a joint stock limited company incorporated in the People's Republic of China with limited liability)*

(Stock code: 3323)

## CONNECTED TRANSACTION
## ACQUISITION OF THE ENTIRE EQUITY INTEREST IN
## TAIAN DONGLIAN INVESTMENT TRADING COMPANY LIMITED

## CONNECTED TRANSACTION
## PROVISION OF FINANCIAL ASSISTANCE TO
## TAIAN STATE OWNED ASSETS MANAGEMENT COMPANY

### Financial Adviser

### ANGLO CHINESE
CORPORATE FINANCE, LIMITED

**Implications of the entering into the Share Transfer Agreement under the Listing Rules**

In relation to the Acquisition, Liu Huan, one of the vendors, is an associate of Donglian by virtue of this 80.13% equity interest in Donglian, which is a substantial shareholder of Taihe. Liu Huan is a connected person of the Company within the meaning of the Listing Rules. Therefore, the Acquisition constitutes a connected transaction of the Company under Chapter 14A of the Listing Rules and is subject to reporting and announcement requirements under the Listing Rules and the approval of the independent shareholders of the Company.

**PROVISION OF FINANCIAL ASSISTANCE TO STATE OWNED COMPANY**

The board of directors of the Company announces that BNBM, a 52.4% owned subsidiary of the Company, is proposing to grant the Loan to State Owned Company on and subject to the terms of the Loan Agreement.

**Date of the Loan Agreement**

28 August, 2006

**Lender**

BNBM

**Borrower**

State Owned Company

The shareholder of State Owned Company is Taian City State Owned Assets Management Committee, which is a state owned enterprise. State Owned Company is an investment holding company. It holds 16% of equity interest in Taihe, a subsidiary of BNBM. BNBM owns 42% of equity interest in Taihe. As explained above, Taihe became a subsidiary consolidated with BNBM since April 2005.

**Principal amount of the Loan**

Rmb 50 million.

**Term**

Subject to the fulfilment of the conditions of the Loan Agreement, BNBM will make available the Loan to State Owned Company within immediately after the conditions of the Loan Agreement have been fulfilled.

State Owned Company will repay the Loan within one year from the date the Loan is granted.

In the event that the Loan is not repaid in full when the Loan becomes due for repayment, a penalty payment calculated on a daily basis at 0.1% on the outstanding amount of the Loan is payable by State Owned Company to BNBM. If State Owned Company defaults on the repayment of the principal amount of the Loan and the interest fee payable thereon, BNBM has the right to foreclose the collateral pledged by State Owned Company with respect to the Loan as described below.

**Interest payable by State Owned Company**

Interest, which is payable by State Owned Company to BNBM bi-annually, is calculated on the basis of the benchmark one-year lending rate (which is 6.10% as at the date of this announcement) declared by the People's Bank of China from time to time plus a margin of 10% of such benchmark rate is payable by State Owned Company to BNBM bi-annually. Each instalment of the interest fee is payable 20 days before it falls due.

**Collateral**

State Owned Company will pledge the 16% of equity interest in Taihe that it owns as collateral for the Loan. State Owned Company undertakes to BNBM that the equity interest pledged by it is free from encumbrances. According to the Loan Agreement, the validity of the pledge is valid for a period of 24 months from the date State Owned Company is obliged to repay the Loan. If the Loan is not repaid within the 24 month period, in accordance with the PRC laws, the pledge will cease to be valid.

Taihe is engaged in production and sale of gypsum boards with broad market penetration in northern, eastern and central China. As at 30 June, 2006, Taihe had unaudited net asset value of approximately Rmb526.8 million. Based on the generally accepted accounting principles in the PRC, Taihe's audited profit before tax for the two years ended 31 December, 2004 and 2005 was approximately Rmb32.0 million and approximately Rmb64.3 million respectively. Its audited profit after tax for the two years ended 31 December, 2004 and 2005 was approximately Rmb17.9 million and approximately Rmb60.0 million respectively. It has unaudited profit before tax and profit after tax of approximately Rmb44.8 million approximately Rmb37.6 million for the six months ended 30 June, 2006.

Based on the unaudited net asset value of Taihe as at 30 June, 2006, the net asset value of Taihe attributable to the collateral is approximately Rmb82.3 million.

Based on the audited net profit of Taihe for the year ended 30 December, 2005, the net profit of Taihe attributable to the collateral is approximately Rmb9.6 million.

**Conditions of the Loan Agreement**

Completion of the Loan Agreement is subject to, inter alia, compliance with the articles of association of BNBM and the requirements under the listing rules of the relevant stock exchanges and obtaining approvals from the directors and the shareholders of BNBM (if necessary) and the Company. The conditions of the Loan Agreement cannot be waived by the parties thereto.

**Completion of the Loan Agreement**

Completion of the Loan Agreement is expected to take place immediately after all the conditions of the Loan Agreement have been fulfilled.

**Information on State Owned Company**

State Owned Company is an investment holding company. Its major investments include a 16% shareholding interest in Taihe. The shareholder of State Owned Company is Taian City State Owned Assets Management Committee which is in turn owned by the government of Taian City.

**Shareholding Structure**

The following is a graphical illustration of the shareholding relationships between the Company, State Owned Company, Taihe and its shareholders as at the date of this announcement:



The Stock Exchange of Hong Kong Limited takes no responsibility for the contents of this announcement, makes no representation as to its accuracy or completeness and expressly disclaims any liability whatsoever for any loss howsoever arising from or in reliance upon the whole or any part of the contents of this announcement.



**CNBM**

# China National Building Material Company Limited*

# 中 國 建 材 股 份 有 限 公 司

*(a joint stock limited company incorporated in the People's Republic of China with limited liability)*

(Stock code: 3323)

## CONNECTED TRANSACTION
## ACQUISITION OF THE ENTIRE EQUITY INTEREST IN
## TAIAN DONGLIAN INVESTMENT TRADING COMPANY LIMITED

## CONNECTED TRANSACTION
## PROVISION OF FINANCIAL ASSISTANCE TO
## TAIAN STATE OWNED ASSETS MANAGEMENT COMPANY

Financial Adviser

**ANGLO CHINESE**
CORPORATE FINANCE, LIMITED

### Reasons for the entering into the Loan Agreement

After the acquisition of the 42% equity interest in Taihe by BNBM in April 2005, CNBM Group had become the largest gypsum board producer in the PRC. BNBM acquired a 42% equity interest in Taihe with a view to enhancing the Group's presence in the gypsum board market in China. As State Owned Company does not presently intend to sell their equity stake in Taihe, the Company and State Owned Company decided to enter into the Loan Agreement, in which State Owned Company is prohibited from selling its 16% equity interest to any other third parties during the term of the Loan Agreement. The Company may consider making further investments in Taihe upon the expiry of the Loan Agreement.

For the reasons set out above and having considered that the fees payable on the Loan are comparable to the market lending rates in the PRC, the directors of the Company consider the granting of the Loan to be fair and reasonable, on normal commercial terms and in the interest of the Company and its shareholders as a whole.

### Implications of the entering into the Loan Agreement under the Listing Rules

State Owned Company is a substantial shareholder of Taihe, a subsidiary of BNBM and is accordingly a connected person of the Company within the meaning of the Listing Rules. The Loan constitutes financial assistance pursuant to Rule 14A.13(2) of the Listing Rules and the granting of the Loan constitutes a connected transaction of the Company under Chapter 14A of the Listing Rules and is subject to reporting and announcement requirements under the Listing Rules and the approval of the independent shareholders of the Company.

The Acquisition and the provision of the Loan are independent transactions not conditional on each other.

### INFORMATION ON THE COMPANY

The Company is a leading building materials company in China with significant operations in the cement, lightweight building materials, glass fiber and fiberglass reinforced plastic products and engineering services business segments.

### GENERAL

The Company will appoint an independent financial adviser to advise an independent committee of the board of directors of the Company and the independent shareholders of the Company on the fairness and reasonableness of the Acquisition.

No shareholder of the Company is required to abstain from voting if the Company were to convene a special general meeting for the purpose of approving the Acquisition because no substantial shareholder of the Company has an interest that is different from that of other shareholders in relation to the Acquisition. A written approval of the Acquisition has been obtained from China National Building Material Group Corporation, the parent company and a substantial shareholder of the Company, and the three wholly owned subsidiaries of China National Building Material Group Corporation, namely Beijing New Building Material (Group) Company Limited, China National Building Material Import and Export Company and China Building Materials Academy, which collectively hold approximately 60.34% of the issued shares in the capital of the Company as at the date of this announcement. The Company will apply for a waiver under Rule 14A.43 of the Listing Rules to The Stock Exchange of Hong Kong Limited from convening the special general meeting to approve the Acquisition. A circular containing, among other things, details of the Acquisition, a letter of advice from each of the independent board committee of the Company and the ...ependent financial adviser on the Acquisition will be despatched to the shareholders of the Company as soon as practicable.

### DEFINITIONS

"Acquisition"    the acquisition of the entire equity interest in Donglian by BNBM pursuant to the terms and conditions of the Share Transfer Agreement;

| | |
|---|---|
| "BNBM" | Beijing New Building Material Company Limited* (北新建築材料股份有限公司), a joint stock limited company incorporated under the laws of the PRC, and a 52.4% subsidiary of the Company whose A shares are listed on the Shenzhen Stock Exchange |
| "Company" | China National Building Material Company Limited* (中國建材股份有限公司), a joint stock limited company incorporated under the laws of the PRC |
| | the Company and its subsidiaries |
| "CNBM Group" | Taian Donglian Investment Trading Company Limited* (泰安市東聯投資貿易有限公司) |
| "Donglian" | |
| "Listing Rules" | The Rules Governing the Listing of Securities on The Stock Exchange of Hong Kong Limited |
| "Loan" | a loan of Rmb 50 million to be granted by BNBM to State Owned Company pursuant to terms and conditions of the Loan Agreement |
| "Loan Agreement" | the conditional agreement dated 28 August, 2006 entered into between the BNBM and State Owned Company in relation to the Loan |
| "PRC" | the People's Republic of China |
| "Share Transfer Agreement" | the conditional agreement dated 28 August, 2006 entered into among the BNBM, Liu Huan and Jiao Wen Bo in relation to the Acquisition |
| "State Owned Company" | Taian State Owned Assets Management Company* (泰安市國資資產經營公司) |
| "Taihe" | Shangdong Taihe Dongxin Company Limited* (山東泰和東新股份有限公司), a joint stock limited company incorporated under the laws of the PRC and a subsidiary of BNBM, in which BNBM has a 42% equity interest |
| "Rmb" | Renminbi yuan, the lawful currency of the PRC |

As at the date of this announcement, the board of directors of the Company comprises:

*Executive Directors:*
Song Zhiping
Cao Jianglin
Li Yimin
Peng Shou

*Non-Executive Directors:*
Cui Lijun
Huang Anzhong
Zuo Fenggao

*Independent Non-Executive Directors:*
Zhang Renwei
Zhou Daojiong
Chi Haibin
Lau Ko Yuen, Tom

By Order of the Board
Chang Zhangli
*Company Secretary*

Hong Kong, 28 August, 2006

*   For identification purposes only

*For identification only*

Q000012

# ATTACHMENT "R"

## TO EXHIBIT 162-1

## Independent Opinion of the Independent Directors of Beijing New Building Materials Public Limited Company about the Company's Equity Acquisition

The 10th interim meeting of the 3rd Board of Directors of the Company examined and passed the Proposal on Acquiring 100% Equity of Taian Donglian Investment Trade Co., Ltd. The Board of Directors of the Company had submitted the relevant materials on the said proposal to us. In accordance with the relevant requirements of the Guiding Opinion on Listing Company Setting up the Independent Director System, Criteria for the Corporate Governance of Listed Companies, Listing Rules of Shenzhen Stock Exchange and Articles of Association, we, as the independent directors of Beijing New Building Materials Public Limited Company, hereby express our independent opinion on the said equity acquisition:

1. The price of the said equity acquisition is based on the appraisal result as reflected in the ZhongshangPingBaoZi [2006] No.1059 Asset Appraisal Report issued by Zhongshang Asset Appraisal Co., Ltd. The pricing method is objective and impartial.

2. The said equity acquisition conforms to the Company's development strategy and is conducive to further enhancing the market competitiveness of the Company's principal business, strengthening the combination and collaboration between the Company and Shandong Taihe, consolidating and developing the Company's leadership in the plasterboard industry and to a greater extent, sharing the good benefits of Shandong Taihe.

Based on the said statement, we agree to the proposal on the Company acquiring the 100% equity in Taian Donglian Investment Trade Co., Ltd.

**Signatures of independent directors:**

Wang Junsheng _____ Liu Wenhu _____

Zheng Jiayun _____

August 28, 2006

BNBMPLC0006214

BNBMPLC0008213

# 北新集团建材股份有限公司独立董事

## 关于公司股权收购的独立意见

公司第三届董事会第十九次临时会议审议通过了《关于收购泰安市东联投资贸易有限公司 100%股权的议案》，公司董事会已向本人提交了上述议案的相关资料。根据《关于上市公司建立独立董事制度的指导意见》、《上市公司治理准则》、《深圳证券交易所上市规则》和《公司章程》的有关规定，作为北新集团建材股份有限公司的独立董事，就上述股权收购事项发表独立意见如下：

1、上述股权收购的价格以中商资产评估有限责任公司出具的中商评报字[2006]第 1059 号《资产评估报告书》所反映的评估结果作为定价依据，定价方法客观、公允。

2、上述股权收购，符合公司发展战略，有利于进一步增强公司主业的市场竞争力，加强公司与山东泰和的融合与协同，巩固和发展公司在石膏板行业的领军地位，更大程度地分享山东泰和的良好收益。

综上所述，同意公司收购泰安市东联投资贸易有限公司 100%股权的议案。

**独立董事签名：**

王军生 _____     刘文湖 _____

郑家运 _____

2006 年 8 月 28 日

# ATTACHMENT "S"

## TO EXHIBIT 162-1

Stock abbreviation: BNBMPLC        Stock Code: 000786

Announcement Number: 2006-027

# Public Announcement about the Equity Acquisition of Beijing New Building Materials Public Limited Company

> **The Company and all the members of the Board of Directors guarantee that the contents of this public announcement are true, accurate and complete and will be responsible for any misrepresentation, misleading statement or significant omissions in this announcement.**

I. Overview of the Transaction

The Company entered into the "equity transfer agreement about Taian Donglian Investment & Trade Co., Ltd." (**"Equity Transfer Agreement"**) with the existing shareholders of Taian Donglian Investment & Trade Co., Ltd. (**"Donglian Company"**), i.e. Liu Huan and Jiao Wenbo, in Beijing on August 28, 2006, pursuant to which the Company will acquire the 100% equity of Liu Huan and Jiao Wenbo in Donglian Company at a price of RMB114.54mn in cash (**"Equity Acquisition"**).

In accordance with the relevant requirements of the Stock Listing Rules of Shenzhen Stock Exchange, the Equity Acquisition does not constitute a related-party transaction.

The 19th interim meeting of the 3rd Board of Directors of the Company dated on August 28, 2006 examined and approved the Proposal about Acquiring the 100% Equity in Taian Donglian Investment & Trade Co., Ltd. The three independent directors of the Company expressed their independent affirmative opinion as to the Equity Acquisition.

II. Basic Information on the Transaction Target

The target of the Equity Acquisition is the 100% equity of Liu Huan and Jiao Wenbo in Donglian Company ("Transferred Equity"). The registered address of Donglian Company is Tomorrow Guangcai Industry Park Management Center, Gaoxin District, Taian City; its legal representative is Cao Zhiqiang; its registered capital is RMB35,793,750; Liu Huan holds 80.13% equity in Donglian Company and Jiao Wenbo holds 19.87% equity in Donglian Company. Donglian Company is mainly engaged in the investments in the enterprises in building materials industry and holds 23% equity in Shandong Taihe Dongxin Co., ltd. (**"Shandong Taihe"**).

Beijing Xinghua Public Certified Accountants Co., Ltd. with the securities business qualifications conducted an audit and issued the (2006) JingKuaiXingShenZi No.1-496 Auditor's Report. As of June 30, 2006, the audited total assets of Donglian Company were RMB88.0413mn and its audited net assets were RMB78.6857mn. Zhongshang Assets Appraisal Co., Ltd. with the securities business qualifications conducted an appraisal and issued the ZhongShangPingBaoZi (2006) No.1059 Asset Appraisal Report. With June 30, 2006 as the appraisal reference date, the appraised total assets of Donglian Company were RMB117.097mn and its appraised net assets were RMB107.7414mn.

BNBMPLC0000216

III. Main Contents and Pricing of the Transaction Contract

1. Liu Huan transfers its 80.13% equity in Donglian Company to the Company and Jiao Wenbo transfers its 19.87% equity in Donglian Company to the Company. Following the effectiveness of this Agreement, the Transferors cease to hold any equity in Donglian Company and the Company will lawfully hold the 100% equity in Donglian Company.

2. The appraisal result as reflected in the Asset Appraisal Report (ZhongShangPingBaoZi (2006) No.1059) issued by Zhongshan Assets Appraisal Co., Ltd. is used as the reference for determining the price of the Equity Acquisition. The net appraised value of the Transferred Equity is RMB107.7414mn. Plus the newly increased investment of RMB5.6mn by the original shareholders after June 30, 2006 and before the issuance of the Asset Appraisal Report, the net asset value of Donglian Company is RMB113.341mn. After negotiations, the Parties unanimously agree that the total transfer price of the Transferred Equity is RMB 114,540,000, including RMB91,780,000.00 for the 80.13% equity held by Liu Huan in Donglian Company and RMB22,760,000.00 for the 19.87% equity held by Jiao Wenbo in Donglian Company.

3. The effectiveness of the Equity Transfer Agreement is subject to the fulfillment of the following conditions:

(1) The Parties have entered into the Equity Transfer Agreement;

(2) Pursuant to the articles of association and the listing rules of relevant stock exchange, the authorities (including board of directors and shareholders' meeting (if necessary)) of the Company and its controlling shareholder have approved the Equity Acquisition.

IV. Purpose of the Equity Acquisition and its Effect on the Company

The Company already holds 42% equity in Shandong Taihe. Upon consummation of the Equity Acquisition, the Company will indirectly hold 23% equity in Shandong Taihe through Donglian Company. Thus, the Company will hold a total of 65% equity in Shandong Taihe. In 2005, the net profit recorded by Shandong Taihe is RMB57.63mn. It is predicted that the income for 2006 will see a larger growth. The Equity Acquisition conforms to the Company's development strategy and is conducive to further enhancing the market competitiveness of the Company's principal business, strengthening the combination and collaboration between the Company and Shandong Taihe, consolidating and developing the Company's leadership in the plasterboard industry and to a greater extent, sharing the good benefits of Shandong Taihe.

V. Documents available for inspection

1. Equity Tranfser Agreement;

2. Business License of Taian Donglian Investment & Trade Co., Ltd.

3. Auditor's Report ((2006) JingKuaiXingShenZi No.1-496) issued by Beijing Xinghua Public Certified Accountants Co., Ltd.

4. Asset Appraisal Report (ZhongShangPingBaoZi (2006) No.1059) issued by Zhongshan Assets Appraisal Co., Ltd.

5. Resolution of the 19th interim meeting of the 3rd Board of Directors

6. Independent opinion

2

BNBMPLC0000210

This public announcement is hereby made.

Board of Directors
Beijing New Building Materials Public Limited Company

August 28, 2006

3

BNBMPLC0008220

BNBMPLC0008215

股票简称：北新建材　股票代码：000786　公告编号：2006-027

北新集团建材股份有限公司股权收购公告

---

本公司及董事会全体成员保证公告内容真实、准确和完整，并对公告中的任何虚假记载、误导性陈述或者重大遗漏承担连带责任。

---

一、交易概述

公司于 2006 年 8 月 28 日与泰安市东联投资贸易有限公司（以下简称"东联公司"）现有股东刘环、焦文波在北京市签署关于泰安市东联投资贸易有限公司股权转让协议（以下简称"股权转让协议"）。根据股权转让协议，公司以现金人民币 11,454 万元收购刘环、焦文波持有的东联公司共计 100%股权（以下简称"本次股权收购"）。

根据《深圳证券交易所股票上市规则》的有关规定，本次股权收购不构成关联交易。

公司于 2006 年 8 月 28 日召开的第三届董事会第十九次临时会议审议通过了《关于收购泰安市东联投资贸易有限公司 100%股权的议案》，公司三名独立董事就本次股权收购发表了同意的独立意见。

二、交易标的基本情况

本次股权收购的标的为刘环、焦文波持有的东联公司共计 100%股权（以下简称"该等股权"）。东联公司注册地为山东省泰安市高新区明天光彩工业园管理中心，法定代表人为曹忠强，注册资本为人民币 3,579.375 万元，其中刘环持有 80.13%股权，焦文波持有 19.87%股权。东联公司主要从事对建材行业企业的投资，其持有山东泰和东

BNBMPLC0000216

新股份有限公司（以下简称"山东泰和"）23%的股份。

经具有从事证券业务资格的北京兴华会计师事务所有限责任公司审计，并出具（2006）京会兴审字第 1-496 号《审计报告》，截止 2006 年 6 月 30 日，东联公司经审计的总资产为 8,804.13 万元，净资产为 7,868.57 万元。经具有从事证券业务资格的中商产业评估有限责任公司评估，并出具中商评报字[2006]第 1059 号《资产评估报告》，以 2006 年 6 月 30 日为评估基准日，东联公司经评估的总资产为 11,709.70 万元，净资产为 10,774.14 万元。

三、交易合同的主要内容及定价情况

1、刘环向公司转让其持有的东联公司 80.13%股权，焦文波向公司转让持有的东联公司 19.87%股权。股权转让协议生效后，转让方不再拥有东联公司的任何股权，公司合法拥有东联公司 100%股权。

2、以中商产业评估有限责任公司出具的中商评报字[2006]第 1059 号《资产评估报告书》所反映的评估结果作为确定本次股权收购价格的参考依据，该等股权对应评估净值为 10,774.14 万元，2006 年 6 月 30 日后至《资产评估报告书》出具前原股东新增加投资 560 万元，以上评估净值与新增投资合计为 11,334.14 万元。各方经协商一致同意，该等股权转让的价款总额为人民币 11,454 万元，其中公司受让刘环持有的东联公司 80.13%股权的价款为人民币 9,178 万元，公司受让焦文波持有的东联公司 19.87%股权的价款为人民币 2,276 万元。

3、股权转让协议在下列条件作成就时生效：

（1）各方签署股权转让协议；

（2）根据公司章程以及其控股股东的有权机构{包括董事会和股东大会（如需要）}公司及其控股股东的有权机构以相关证券交易所上市规则的有关规定，批准本次股权收购。

四、股权收购的目的和对公司的影响

BNBMPLC0008217

公司原持有山东泰和 42%的股份，本次股权收购完成后，公司将通过东联公司间接持有山东泰和 23%的股份，合计持有山东泰和 65%的股份。2005 年，山东泰和实现净利润 5,763 万元，预计今年的效益还将会有大幅度的增长。本次股权收购，符合公司发展战略，有利于进一步增强公司主业的市场竞争力，加强公司与山东泰和的融合与协同，巩固和发展公司在石膏板行业的领军地位，更大程度地分享山东泰和的良好收益。

五、备查文件

1、《股权转让协议》；

2、泰安市东联投资贸易有限公司营业执照；

3、北京兴华会计师事务所有限责任公司出具的（2006）京会兴审字第 1-496 号《审计报告》；

4、中商资产评估有限责任公司出具的中商评报字[2006]第 1059 号《资产评估报告书》；

5、第三届董事会第十九次临时会议决议；

6、独立董事意见。

特此公告。

北新集团建材股份有限公司

董事会

2006 年 08 月 28 日

# ATTACHMENT "T"

## TO EXHIBIT 162-1

Translation of BNBMPLC-E-0007475

## Letter

Bank of China Company Limited Tai'an Branch:

Our Company signed the *Maximum Amount Guarantee Contract*, which was numbered as 2007 Tai Zhong Yin Bao No. 0420, with your respected bank on April 20, 2007. The contract stipulated to provide the maximum amount guarantees between April 20, 2007 and April 20, 2008 for Shandong Taihe Dongxin Company Limited for its RMB 174 million Yuan of bank debts, which were converted into RMB from domestic and foreign currencies and incurred as a result of all types of credit businesses at your bank.

Because Shandong Taihe Dongxin Company Limited changed its name to "Taishan Gypsum Company Limited" on September 6, 2007 upon the approval from the Shandong Provincial Administration for Industry and Commerce, to ensure the continuity of the guarantees of our Company for the debts of the former Shandong Taihe Dongxin Company Limited at your bank, our Company promises that:

Our Company will continue to provide joint liability guarantees according to terms and conditions in the *Maximum Amount Guarantee Contract*, which was numbered as 2007 Tai Zhong Yin Bao No. 0420 and signed between the Company and your bank on April 20, 2007, for the debts at your bank that were inherited by Taishan Gypsum Company Limited from Shandong Taihe Dongxin Company Limited.

It is hereby specially promised!

Beijing New Building Materials Public Limited Company

October 19, 2007

Letter

Bank of China limited liability company Tai'an Branch:
Our company signs the serial number with your firm in April 20, 2007 is in 2007 the Thai Bank of China guarantees character No. 0420 "Highest amount Guarantee Contract", in the contract will agree in 2007 April 20 till 2008 April 20, handled the bank debt that various credit operations formed to attend to fundamentals the foreign currency capital to convert into the Renminbi 174 million Yuan in your firm for the Shandong Taihe Dongxin limited liability company to provide the highest amount guarantee guarantee.

Because Shandong Taihe Dongxin limited liability company examined the authorization by the Shandong industrial and commercial administration bureau in September 6, 2007, the name change was â€œTaishan gypsum limited liability companyâ€. In order to guarantee our company to original Shandong Taihe Dongxin limited liability company in continuity of your firm security for loan, our company pledged:

Our company continues according to April 20, 2007 is in 2007 the Thai Bank of China guarantees character No. 0420 "Highest amount Guarantee Contract" with the serial number of your firm sign the article, continued Shandong the Taihe Dongxin limited liability company to provide the joint and several liability guarantee guarantee in your firm debt for the Taishan gypsum limited liability company.

Pledged specially!

Beixinjituan building materials limited liability company on October 19, 2007

--- Summary Information ---
1: 936 PID_TITLE: Letter PID_SUBJECT:
PID_AUTHOR: user PID_KEYWORDS:
PID_TEMPLATE: Normal PID_LASTAUTHOR: Du Xin PID_REVNUMBER: 2 PID_APPNAME: Microsoft Office Word PID_EDITTIME: Mon Jan 01 08:00: 00 CST 1601 PID_LASTPRINTED: Wed Oct 10 15:05: 00 CST 2007 PID_CREATE_DTM: Fri Oct 19 17:48: 00 CST 2007 PID_LASTSAVE_DTM: Fri Oct 19 17:48: 00 CST 2007 PID_PAGECOUNT: 1 PID_WORDCOUNT: 66 PID_CHARCOUNT: 382 PID_SECURITY: 0

--- Document Summary Information ---
PID_CODEPAGE: 936 PID_COMPANY:
PID_LINECOUNT: 3 PID_PARCOUNT: 1 17: 447 23: 727464 PID_SCALE: false
PID_LINKSDIRTY: false 19: false 22: false

BNBMPLC-E-0007475

# 函

中国银行股份有限公司泰安分行：

我公司于 2007 年 4 月 20 日与贵行签订了编号为 2007 年泰中银保字第 0420 号《最高额保证合同》，合同中约定于 2007 年 4 月 20 日起至 2008 年 4 月 20 日止，为山东泰和东新股份有限公司在贵行办理各类信贷业务所形成的银行债务本外币本金折合人民币壹亿柒仟肆佰万元提供最高额保证担保。

因山东泰和东新股份有限公司于 2007 年 9 月 6 日经山东省工商行政管理局审查批准，名称变更为"泰山石膏股份有限公司"。为保证我公司对原山东泰和东新股份有限公司在贵行债务担保的连续性，我公司承诺：

我公司继续按 2007 年 4 月 20 日贵行签订的编号为 2007 年泰中银保字第 0420 号《最高额保证合同》中的条款，为泰山石膏股份有限公司承接山东泰和东新股份有限公司在贵行的债务提供连带责任保证担保。

特此承诺！

北新集团建材股份有限公司

2007 年 10 月 19 日

# ATTACHMENT "U"

## TO EXHIBIT 162-1

Translation of BNBMPLC-E-0007476

**Letter**

Agriculture Bank of China Tai'an Branch:

Our Company signed the *Maximum Amount Guarantee Contract*, which was numbered as No. 3790520070000165 with your respected bank on March 9, 2007. The contract stipulated to provide maximum amount guarantees between March 9, 2007 and March 9, 2008 for Shandong Taihe Dongxin Company Limited for its RMB 175 million Yuan of bank debts, which were incurred as a result of all types of credit businesses at your bank. The expiration date for any of the credit businesses incurred within the above period shall not exceed March 8, 2009.

Because Shandong Taihe Dongxin Company Limited changed its name to "Taishan Gypsum Company Limited" on September 6, 2007 upon the approval from the Shandong Provincial Administration for Industry and Commerce, to ensure the continuity of the guarantees of our Company for the debts of the former Shandong Taihe Dongxin Company Limited at your bank, our Company promises that:

Our Company will continue to provide joint liability guarantees according to terms and conditions in the *Maximum Amount Guarantee Contract*, which was numbered as No. 3790520070000165 and signed between the Company and your bank on March 9, 2007, for the debts at your bank that were inherited by Taishan Gypsum Company Limited from Shandong Taihe Dongxin Company Limited.

It is hereby specially promised!

Beijing New Building Materials Public Limited Company

October 19, 2007

Letter

Agriculture Bank of China Tai'an Branch:
Our company signed the serial number with your firm in March 9, 2007 is
NO.37905200700000165 number "Highest amount Guarantee Contract", in the contract
will agree in March 9, 2007 till March 9, 2008, handled the highest remaining sum
that various credit operations formed to convert into the Renminbi 175 million Yuan
bank debt to provide the guarantee in your firm for the Shandong Taihe Dongxin
limited liability company, during above, the credit operation that had, its due
date do not over on March 8, 2009.

Because Shandong Taihe Dongxin limited liability company examined the authorization
by the Shandong industrial and commercial administration bureau in September 6,
2007, the name change was â€œTaishan gypsum limited liability companyâ€. In order
to guarantee our company to original Shandong Taihe Dongxin limited liability
company in continuity of your firm security for loan, our company pledged:

Our company continued according to March 9, 2007 with the serial number of your
firm sign is the NO.37905200700000165 number "Highest amount Guarantee Contract"
article, continued Shandong the Taihe Dongxin limited liability company to provide
the joint and several liability guarantee guarantee in your firm debt for the
Taishan gypsum limited liability company.

Pledged specially!

Beixinjituan building materials limited liability company on October 19, 2007

--- Summary Information ---
1: 936 PID_TITLE: Letter PID_SUBJECT:
PID_AUTHOR: user PID_KEYWORDS:
PID_TEMPLATE: Normal PID_LASTAUTHOR: Du Xin PID_REVNUMBER: 2 PID_APPNAME: Microsoft
Office Word PID_EDITTIME: Mon Jan 01 08:01: 00 CST 1601 PID_LASTPRINTED: Wed Oct 10
15:05: 00 CST 2007 PID_CREATE_DTM: Fri Oct 19 17:48: 00 CST 2007 PID_LASTSAVE_DTM:
Fri Oct 19 17:48: 00 CST 2007 PID_PAGECOUNT: 1 PID_WORDCOUNT: 70 PID_CHARCOUNT: 404
PID_SECURITY: 0

--- Document Summary Information ---
PID_CODEPAGE: 936 PID_COMPANY:
PID_LINECOUNT: 3 PID_PARCOUNT: 1 17: 473 23: 727464 PID_SCALE: false
PID_LINKSDIRTY: false 19: false 22: false

Page 1  BNBMPLC-E-0007476

BNBMPLC-E-0007476

函

中国农业银行泰安市分行：

我公司于 2007 年 3 月 9 日与贵行签订了编号为 NO.37905200700000165 号《最高额保证合同》，合同中约定于 2007 年 3 月 9 日起至 2008 年 3 月 9 日止，为山东泰和东新股份有限公司在贵行办理各类信贷业务所形成的最高余额折合人民币壹亿柒仟伍佰万元的银行债务提供担保，上述期同发生的信贷业务，其到期日不得超过 2009 年 3 月 8 日。

因山东泰和东新股份有限公司于 2007 年 9 月 6 日经山东省工商行政管理局审查批准，名称变更为"泰山石膏股份有限公司"。为保证我公司对原山东泰和东新股份有限公司在贵行债务担保的连续性，我公司承诺：

我公司继续按 2007 年 3 月 9 日与贵行签订的编号为 NO.37905200700000165 号《最高额保证合同》中的条款，为泰山石膏股份有限公司承接山东泰和东新股份有限公司在贵行债务提供连带责任保证担保。

特此承诺！

北新集团建材股份有限公司

2007 年 10 月 19 日

# ATTACHMENT "V"

## TO EXHIBIT 162-1

Translation of BNBMPLC-E-0007477

**Letter**

The Industrial and Commercial Bank of China Limited Ning Yang Branch:

Our Company signed the *Guarantee Contract* that was numbered as 2007 (Guarantee) No. 000031 with your respected bank on August 28, 2007. The contract stipulated that our Company provided the maximum amount guarantees for Shandong Taihe Dongxin Company Limited for its RMB 41 million Yuan of borrowings at your bank.

Because Shandong Taihe Dongxin Company Limited changed its name to "Taishan Gypsum Company Limited" on September 6, 2007 upon the approval from the Shandong Provincial Administration for Industry and Commerce, to ensure the continuity of the guarantees of our Company for the debts of the former Shandong Taihe Dongxin Company Limited at your bank, our Company promises that:

Our Company will continue to provide joint liability guarantees according to the terms and conditions in the *Guarantee Contract*, which was numbered as 2007 (Guarantee) No. 000031 and signed between the Company and your bank on August 28, 2007, for the debts at your bank that were inherited by Taishan Gypsum Company Limited from Shandong Taihe Dongxin Company Limited.

It is hereby specially promised!

Beijing New Building Materials Public Limited Company

October 19, 2007

Letter

China ICBC limited liability company Ningyang Sub-branch:
Our company signs the serial number with your firm in August 28, 2007 is in 2007
(Bulgaria) character 000031st "Guarantee Contract", in the contract agreed our
company to provide the highest amount guarantee guarantee in a Renminbi 41 million
Yuan loan that your firm handled for the Shandong Taihe Dongxin limited liability
company.

Because Shandong Taihe Dongxin limited liability company examined the authorization
by the Shandong industrial and commercial administration bureau in September 6,
2007, the name change was â€œTaishan gypsum limited liability companyâ€. In order
to guarantee our company to original Shandong Taihe Dongxin limited liability
company in continuity of your firm security for loan, our company pledged:

Our company continues according to August 28, 2007 with the serial number of your
firm sign is in 2007 (Bulgaria) the character 000031st "Guarantee Contract"
article, continued Shandong the Taihe Dongxin limited liability company to provide
the joint and several liability guarantee guarantee in your firm debt for the
Taishan gypsum limited liability company.

Pledged specially!

Beixinjituan building materials limited liability company on October 19, 2007

--- Summary Information ---
1: 936 PID_TITLE: Letter PID_SUBJECT:
PID_AUTHOR: user PID_KEYWORDS:
PID_TEMPLATE: Normal PID_LASTAUTHOR: Du Xin PID_REVNUMBER: 2 PID_APPNAME: Microsoft
Office Word PID_EDITTIME: Mon Jan 01 08:14: 00 CST 1601 PID_LASTPRINTED: Wed Oct 10
15:05: 00 CST 2007 PID_CREATE_DTM: Fri Oct 19 17:36: 00 CST 2007 PID_LASTSAVE_DTM:
Fri Oct 19 17:36: 00 CST 2007 PID_PAGECOUNT: 1 PID_WORDCOUNT: 60 PID_CHARCOUNT: 343
PID_SECURITY: 0

--- Document Summary Information ---
PID_CODEPAGE: 936 PID_COMPANY:
PID_LINECOUNT: 2 PID_PARCOUNT: 1 17: 402 23: 727464 PID_SCALE: false
PID_LINKSDIRTY: false 19: false 22: false

BNBMPLC-E-0007477

函



中国工商银行股份有限公司宁阳支行：

我公司于 2007 年 8 月 28 日与贵行签订了编号为 2007 年（保）字 000031 号《保证合同》，合同中约定我公司为山东泰和东新股份有限公司在贵行办理的人民币肆仟壹佰万元借款提供最高额保证担保。

因山东泰和东新股份有限公司于 2007 年 9 月 6 日经山东省工商行政管理局审查批准，名称变更为"泰山石膏股份有限公司"。为保证我公司对原山东泰和东新股份有限公司在贵行债务担保的连续性，我公司承诺：

我公司继续按 2007 年 8 月 28 日与贵行签订的编号为 2007 年（保）字 000031 号《保证合同》中的条款，为泰山石膏股份有限公司承接山东泰和东新股份有限公司在贵行的债务提供连带责任保证担保。

特此承诺！

北新集团建材股份有限公司

2007 年 10 月 19 日

# ATTACHMENT "W"

## TO EXHIBIT 162-1

BNBMPLC-E-0007478

Translation of

**Letter**

The Industrial and Commercial Bank of China Limited Ning Yang Branch:

Our Company signed the *Maximum Amount Guarantee Contract* that was numbered as 2007 Ning Yang (Guarantee) No. 0008 with your respected bank on August 30, 2007. The contract stipulated to provide the maximum amount guarantees between August 30, 2007 and August 29, 2008 for Shandong Taihe Dongxin Company Limited fort its RMB 71.1 million Yuan in bank debts, which were incurred as a result of all types of credit businesses at your bank.

Because Shandong Taihe Dongxin Company Limited changed its name to "Taishan Gypsum Company Limited" on September 6, 2007 upon the approval from the Shandong Provincial Administration for Industry and Commerce, to ensure the continuity of the guarantees of our Company for the debts of the former Shandong Taihe Dongxin Company Limited at your bank, our Company promises that:

Our Company will continue to provide joint liability guarantees according to the terms and conditions in the *Maximum Amount Guarantee Contract*, which was numbered as 2007 Ning Yang (Guarantee) No. 0008 and signed between the Company and your bank on August 30, 2007, for the debts at your bank that were inherited by Taishan Gypsum Company Limited from Shandong Taihe Dongxin Company Limited.

It is hereby specially promised!

Beijing New Building Materials Public Limited Company

October 19, 2007

Letter

China ICBC limited liability company Ningyang Sub-branch:
Our company signs the serial number with your firm in August 30, 2007 is in 2007
Ningyang (Bulgaria) character 0008th "Highest amount Guarantee Contract", in the
contract will agree in 2007 August 30 till 2008 August 29, handled the highest
remaining sum that the credit operation formed to convert into the Renminbi 71.1
million Yuan bank debt to provide the guarantee in your firm for the Shandong Taihe
Dongxin limited liability company.

Because Shandong Taihe Dongxin limited liability company examined the authorization
by the Shandong industrial and commercial administration bureau in September 6,
2007, the name change was â€œTaishan gypsum limited liability companyâ€. In order
to guarantee our company to original Shandong Taihe Dongxin limited liability
company in continuity of your firm security for loan, our company pledged:

Our company continues according to August 30, 2007 with the serial number of your
firm sign is in 2007 Ningyang (Bulgaria) the character 0008th "Highest amount
Guarantee Contract" article, continued Shandong the Taihe Dongxin limited liability
company to provide the joint and several liability guarantee guarantee in your firm
debt for the Taishan gypsum limited liability company.

Pledged specially!

Beixinjituan building materials limited liability company on October 19, 2007

--- Summary Information ---
1: 936 PID_TITLE: Letter PID_SUBJECT:
PID_AUTHOR: user PID_KEYWORDS:
PID_TEMPLATE: Normal PID_LASTAUTHOR: Du Xin PID_REVNUMBER: 2 PID_APPNAME: Microsoft
Office Word PID_EDITTIME: Mon Jan 01 08:06: 00 CST 1601 PID_CREATE_DTM: Mon Oct 22
08:58: 00 CST 2007 PID_LASTSAVE_DTM: Mon Oct 22 08:58: 00 CST 2007 PID_PAGECOUNT: 1
PID_WORDCOUNT: 65 PID_CHARCOUNT: 373 PID_SECURITY: 0

--- Document Summary Information ---
PID_CODEPAGE: 936 PID_COMPANY:
PID_LINECOUNT: 3 PID_PARCOUNT: 1 17: 437 23: 727464 PID_SCALE: false
PID_LINKSDIRTY: false 19: false 22: false

BNBMPLC-E-0007478



函

中国工商银行股份有限公司宁阳支行：

我公司于 2007 年 8 月 30 日与贵行签订了编号为 2007 年宁阳（保）字

0008 号《最高额保证合同》，合同中约定于 2007 年 8 月 30 日起至 2008 年

8 月 29 日止，为山东泰和东新股份有限公司在贵行办理信贷业务所形成的

最高余额折合人民币柒仟壹佰壹拾万元的银行债务提供担保。

因山东泰和东新股份有限公司于 2007 年 9 月 6 日经山东省工商行政管

理局审查批准，名称变更为"泰山石膏股份有限公司"。为保证我公司对原

山东泰和东新股份有限公司在贵行债务担保的连续性，我公司承诺：

我公司继续按 2007 年 8 月 30 日与贵行签订的编号为 2007 年宁阳（保）

字 0008 号《最高额保证合同》中的条款，为泰山石膏股份有限公司承接山

东泰和东新股份有限公司在贵行的债务提供连带责任保证担保。

特此承诺！

北新集团建材股份有限公司

2007 年 10 月 19 日

# ATTACHMENT "X"

## TO EXHIBIT 162-1

**Agreement**

Party A: Beijing New Building Materials Public Limited Company

Party B: Taishan Gypsum Co. Ltd.

This Agreement is made and entered into by and between Party A and Party B on November 27, 2007 based on friendly consultations, which will be binding upon the two parties.

**Article 1** Party A will lend RMB twenty (20) million yuan to Party B. Upon execution of this Agreement, this Agreement will be the evidence to prove Party B's receipt of the loan it borrowed, and it is not required to execute any other certificate of indebtedness under this Agreement.

**Article 2** Party B shall repay Party A in full amount the loan set forth in Article 1 as well as the fund possession cost for the period Party B possesses such loan prior to December 25, 2007. The fund possession cost shall be calculated based on the annual interest ratio for one-year loan issued by the People's Bank of China, which is applicable to the term of the loan.

**Article 3** If Party B fails to repayment the loan in time, it shall pay to Party A the liquidated damages for the delay of repayment for each delayed day in the amount of one thousandth of the loan unpaid. Party A may resort to legal means to demand the repayment. In addition to the liquidated damages, Party B shall also undertake any related fees thereby incurred, including but not limited to attorney's fees, travel expenses, court costs, etc.

**Article 4** In case of any dispute arising from the performance of this Agreement, the two parties shall settle such consultations based on consultations. Should such consultations fail, any of the parties has the right to bring an action before the people's court with competent jurisdiction.

**Article 5** This Agreement shall take effect on the date it is executed by the duly authorized representative of the two parties and the common seals of the two parties are affixed hereto.

**Article 6** This Agreement shall be executed in duplicate. Party A and Party B shall hold one copy respectively and each of the copies will have the same legal force.

Party A (Seal):   Beijing New Building Materials        Party B (Seal):   Taishan Gypsum Co. Ltd.

BNBMPLC0007698

BNBMPLC0007699



Representative:

(Signature):

Public Limited Company



Representative

(Signature):

BNBMPLC0007697

# 协 议 书

甲方：北新集团建材股份有限公司

乙方：泰山石膏股份有限公司

经甲乙双方友好协商，于2007年11月27日订立本协议，以昭信守。

第一条　甲方向乙方提供借款贰仟万元整（小写RMB20,000,000），本协议签订时即应作为乙方收到该借款的证据，毋需另行收据。

第二条　乙方应在2007年12月25日前向甲方全额归还第一条所约定借款，并由甲方支付该笔期间的资金占用费，资金占用费按照中国人民银行公布的适用的一年期贷款年利率计算。

第三条　乙方如逾期不偿还借款的，每逾期一天应按未偿还借款额的，向甲方支付迟延履行违约金。甲方有权以法律手段催偿债款，乙方应承担甲方催偿还全部还应承担此由此产生的所有相关费用，包括但不限于律师费、差旅费及诉讼费用等。

第四条　本协议履行过程中发生任何争议，由双方协商解决，不能协商解决的，任何一方均有权向有管辖权的人民法院提起诉讼。

第五条　本协议自甲乙双方有权代表签字并加盖双方公章之日起生效。

第六条　本协议一式两份，甲乙双方各执一份，每份具有同等法律效力。





乙方：

代表人：

甲方：

代表人：

ATTACHMENT "Y"

TO EXHIBIT 162-1

Partial Translation of CNBMCO00143339-143423

CNBMCO00143339

Appendix 1:

**The Due Diligence Investigation Report of the Bank of Communications and the China Everbright Bank on the Issuance of Short-term Financing Notes by China National Building Material Company Limited in the Year 2008**

May 2008          Beijing

CNBMCO00143396

…

VI. The Investigation of the Contingent Risks of the Issuer

(I) Internal and External Guarantees

As of December 31, 2007, the Company and its controlled subsidiaries have provided the following guarantees to other companies:

CNBMCO00143397

Unit: Yuan

1. Internal Guarantees:

| Company providing guarantees | Company receiving guarantees | Type of guarantees | Amount of guarantees |
|---|---|---|---|
| … | | | |
| China National Building Material | Beijing New Building Materials | Joint liability guarantee | 120,000,000 |

| Company Limited | Public Limited Company | | 366,000,000 |
|---|---|---|---|
| ... | | | |
| BNBM PLC | Taishan Gypsum Company Limited | Joint liability guarantee | |
| ... | | | |

CNBMCO00143339

Appendix 1:

Communications Bank and Chinese Everbright Bank about Chinese building materials limited liability company in 2008 short-term accommodation bill release fulfilling duty report two OO eight years in May Beijing

Sound Ming and Bulgarian card Communications Bank limited liability company (hereafter refers to as "Communications Bank") (to hereafter refer to as "Everbright Bank") (to hereafter refer to as "the Chinese building materials" as the Chinese building materials limited liability company with the Chinese Everbright Bank limited liability company and "company" or "publisher") in the national inter-bank bond market release short-term accommodation bill main credit corroborative, according to People's Bank of China "Inter-bank Bond market Non-Financial enterprise Debt Financing Tool management Means" and so on stipulation of related laws, follows fulfills responsibility assiduously, the honest credit principle, carried on to the publisher independently has fulfilled duty the investigation, and has implemented the essential verification and inquiry procedure. The Communications Bank and Everbright Bank after the financial audit report of audit write up this report according to the firsthand information, the written promises, commitments as well as 2005-2007 years that publisher provides, and shoulders the corresponding responsibility to this report.

Communications Bank: Investigates the human to sign:
Examines the human to sign:

Examines and approves the human to sign:
Everbright Bank: Investigates the human to sign:

Examines the human to sign:
Examines and approves the human to sign:

Item record 4 first part of publishers' basic situations

First, publisher survey 4 two, main history evolutions 4

Third, ownership structure and stockholder's rights change 5 four, profession situations and main business services 8

Fifth, main financial data 16 second part's investigation key 19 to publisher release

First, publisher company governs the situation to investigate 19 two, publisher management scope and main business investigations 40

Third, publisher near two years collection fund use repayment investigates 47 four, publisher risk factors to investigate 49

Fifth, the publisher credit capacity investigates 51 six, publishers or has the

Page 1

CNBMC00143339

risk to investigate 58

Seventh, publisher carries out accounting policy robustness to investigate 63 eight, other to need the matter of concern 69

The third part to the publisher the last opinion 83 first part of publishers' basic situations that applied to distribute

First, publisher survey publisher Chinese name:

Chinese building materials limited liability company publisher English name: China National Building Material Company Limited

Legal representative:

Song Zhiping

Registration address:

Beijing Haidian District Sanlihe Road A 11th

Registered capital:

Renminbi 2.208488 billion Yuan

Industry and commerce registration period:

On March 28, 2005

Industry and commerce registration number:

100000100349

Enterprise type:

Limited liability company

Management scope:

The technical research and development, production and sale new building material and product production, new house, cement and product, glass fiber and product, compound materials and product; Building material warehousing, allocation and retailing; The technical research and development, engineering design and project primary contractor cement and glass production line; The engineering design and project primary contractor of new building material; Provides the information service with the above service related technical advisory work. Contracts foreign building materials, building and project contractor, the engineering surveying, consultation, design and overseeing project light industry profession; Equipment

CNBMC00143339

and material export that the above foreign project needs; The foreign dispatch implements the workers who the above foreign project needs

Second, company history evolution and basic situation

The Chinese building materials limited liability company (next said that "the Chinese building materials" and "company") is according to the State Council state asset regulatory commission (next said "SAC") "(Plans) State-owned shares Management Related Question Reply about Chinese Building materials Limited liability company" (the national capital property rights[2005]206th) and "about Setting up Chinese Building materials Limited liability company's Reply" (national capital property rights[2005]282nd) the reply, by Chinese building material Group (next said that "building materials group" and "parent company", the northern new building materials LLC, the building materials group import-export company and China Cinda Asset Management Corporation and Chinese building material scientific research main hospital takes the initiator, takes the Chinese building material and equipment import-export company sets up as the main whole overhaul. Company member as of right artificial Song Zhiping, registers the address for Beijing Haidian District Sanlihe Road A 11th, the tenable date was on March 28, 2005, when the company set up the registered capital was 138,776 ten thousand Yuan.

"About Agreeing with Chinese Building materials Limited liability company Distributes Foreign Going on the market Foreign capital Stock" Reply according to China Securities Regulatory Commission (the card regent gathers the character[2006]2nd), on February 28, 2006, the company was allowed to issue 75,233.4 ten thousand H stock stocks, each issue price for the Hong Kong dollar 2.75 Yuan, collected the fund Renminbi 213,636.52 ten thousand Yuan. On March 23, 2006, company was listed (the stock symbol in the Stock Exchange of Adelaide Ltd. limited company: 3323), after the release, the company registered capital change is 207,170 ten thousand Yuan.

"About Agreeing with Chinese Building materials Limited liability company Issues additionally Foreign Going on the market Foreign capital Stock" Reply according to China Securities Regulatory Commission (the card regent gathers the character[2007]25th), on August 17, 2007, the company was allowed to issue additionally 14,974.92 ten thousand H stocks, each stock sold on ration the price for the Hong Kong dollar 17.80 Yuan, collected the fund Renminbi 256,957.62 ten thousand Yuan. After issuing additionally, company registered capital change is 220,848.80 ten thousand Yuan. The Chinese building materials limited liability company controls stock the Chinese union cement Group Company limited (next saying that "the Zhonglian cement"), the southern cement limited company (next said "south cement"), the Beixinjituan building materials limited liability company (next said "the northern new building materials", A stock listed company, code is 000786), the Chinese building materials international construction project limited company (next said "Chinese building materials project"), the Chinese compound materials Group Company limited (next said "the Chinese duplicate material") 5 subsidiary companies, hold share of the Chinese Bolivia filament limited liability company (next to say "Chinese Bolivia filament", A stock listed company, code is 600176).

Page 3

CNBMCO00143339

The Chinese building materials for the Chinese Bolivia filament first major stockholder, hold the power proportion are 36.15%.

The company mainly manages the cement, light quality building materials, glass fiber and glass fiber reinforced plastic product as well as the engineering service. At present on market niche, company:

Is the Huai Hai economic zone maximum cement producer;
Is the Chinese southeast economic zone maximum cement producer;

Is Chinese maximum gypsum board producer;
Is Chinese maximum 1.5 megawatts level wind-driven generator leaf blade manufacturer;
Was China provides the float glass production line and new method cement production line design and/either the project primary contractor service Engineers International Corp., the design and/or constructs China to surpass 50% float glass production lines.

The pooled enterprises China Bolivia filament is Asian maximum glass fiber producer; (Asked enterprise)

Third, ownership structure and stockholder's rights change

(1) When 2005 the company set up the stockholder's rights structure reformed [2005]282 number "about Setting up Chinese Building materials Limited liability company's Reply" according to the State Council state asset regulatory commission national capital, the Chinese building materials limited liability company registered being established in the bureau of industry and commerce in 2005 March 28. When sets up various initiator investment total amounts are 213,499.02 ten thousand Yuan, folds according to 65% derogation proportions for the registered capital 138,776 ten thousand Yuan. The Chinese building materials' stock nature and investment amount, own stocks the amount and proportion are as follows:

Shareholder name

Stock nature

Owns stocks the amount (ten thousand)

Ownership percentage

Northern new building materials LLC

State-owned legal persons share

82,029.00

59.11%

Page 4

CNBMCO00143339

Chinese building material Group

State-owned legal persons share

36,828.00

26.54%

Building materials group import-export company

State-owned legal persons share

12,574.00

9.06%

China Cinda Asset Management Corporation

The Country stock 7,280.00 5.24% China building material academy of science state-owned legal persons shares 65.00 0.05% equaled 138,776.00 100.00% (2) on March 23, 2006 the stockholder's rights structure after company Hong Kong first round according to China Securities Regulatory Commission "about Agreeing with Chinese Building materials Limited liability company Distributes Foreign Going on the market Foreign capital Stock Reply" (card regent about the character [2006]2 number) as well as the Chinese building materials in 2006 the second temporary general meeting of shareholders resolution, on 2006 February 28 the Chinese building materials limited liability company was allowed to sell on ration and Hong Kong by the world sells the way to issue 75,233.4 ten thousand H stock stocks (including exceeding the quota to beyond the border public figures publicly to allocate stock), each face value Renminbi 1 Yuan, each releaseThe price is the Hong Kong dollar 2.75 Yuan. After stock issue, the Chinese building materials total capital stock change is 207,170 ten thousand Yuan. The capital stock constitution is as follows:

Shareholder name stock nature owns stocks the number (ten thousand) ownership percentage % in the northern new building materials LLC state-owned legal persons share 77,986.23 37.65% China building material Group state-owned legal persons share 35,012.82 16.90% building materials group import-export company state-owned legal persons share 11,954.35 5.77% China Cinda Asset Management Corporation Country stocks

6,921.62

3.34%

Chinese building material academy of science

State-owned legal persons share

CNBMCO00143339

61.58

0.03%

Other foreign gang of shareholders

Foreign investor

75,233.40

36.31%

Sum total

207,170.00

100.00%

(3) After August, 2007 company Hong Kong issues additionally stockholder's rights structure

"About Agreeing with Chinese Building materials Limited liability company Issues additionally Foreign Going on the market Foreign capital Stock" Reply according to China Securities Regulatory Commission (card regent about the character [2007]25 number), 2006 year shareholder anniversary gen assy resolution and in 2007 that as well as the Chinese building materials on June 15, 2007 convened the first board of directors seventh temporary conference resolution, the Chinese building materials on 2007 August 17 will be allowed to sell on ration and Hong Kong by the world sell the way to issue additionally 149,749,187 H stock stocks to beyond the border public figures publicly, each stock sold on ration the price for the Hong Kong dollar 17.80 Yuan. After issuing additionally, the Chinese building materials total capital stock change is 220,848.8 ten thousand Yuan, the capital stock constitution is as follows:

Shareholder name

Stock nature

Owns stocks the number (ten thousand)

Ownership percentage %

Northern new building materials LLC

State-owned legal persons share

77,177.69

Page 6

CNBMC000143339

34.94%

Chinese building material Group

State-owned legal persons share

34,649.82

15.69%

Building materials group import-export company

State-owned legal persons share

11,830.41

5.36%

China Cinda Asset Management Corporation

Other Country stock 6,921.62 3.13% China building material academy of science state-owned legal persons share 60.94 0.03% foreign shareholder foreign investor 90,208.32 40.85% sum totals

220,848.80

100

Fourth, profession situation and main business service

The building materials profession belongs to one of national economy important basis industries, widely applies in building, war industry, environmental protection, high-tech industry and lives of the people and other domains. "National economy Industrial classification" that draws up according to the State Statistics Bureau, has the cement, gypsum board, the perlite, the glass fiber, glass, glass fiber reinforced plastic, the fire-proof material, bricks, the waterproofing material and heat insulation thermal insulation material, ceramics, carbon, mica about the approximate product category of building materials product and so on. The management scope of Chinese building materials basically involved the building materials profession especially new building materials profession majority of class product, the integral development and profession prospect of Chinese building materials is connected closely, therefore mainly involves the product in light of the Chinese building materials, as well as the trend of development analysis to our country building materials profession's whole operational aspect is as follows:

The building materials profession holds the important position in our country

CNBMC00143339

national economy. Our country is the building materials production power, the output of cement, plate glass and ceramic product already situated in the world first, the new building materials synchronously have also obtained the substantial growth with it. The building materials profession was affected by macroeconomic's periodicity is more remarkable, in recent years the persistent rapid growth of our country national economy, the infrastructure renewal transformation and property development profession growth was rapid, every year the increased range of this kind of profession investment activity went far beyond same time GDP increased range, led was exuberant to the building materials product demand growth. But the world economy environment has very big uncertainty, the domestic macroeconomic policy also takes "double guards" as the goal, our country economic growth rate possibly presents the top digit steadily to recede the situation. From investment in the fixed assets, the bank rate raises, the real estate industry adjustment to increase repeatedly forms the pressure that the investment in the fixed assets speed-up top digit recedes. On the other hand, the profit of enterprise fast growth, will actuate the investment in enterprise to continue maintains exuberant; Domestic transportation, water conservation water and electricity and other infrastructural investments still had the big scale; The local authority changes session will have great investment impulsion. The overall looked, although building materials profession will be facing the pressure of market demand decelerated growth in the future to a certain extent, but our country investment in the fixed assets total quantity will still maintain at the high level, the integral development of building materials profession still had a broader space.

"25" time are the crucial phases that in our country fully building a well-off society advancement carries on the task, the building materials profession takes the national economy the important basis raw and semifinished materials industries, will continue to play the vital role in "25" developing process, in the future the prospects for development will be good, concretely analyzes as follows:

1. the national economy growth movement has not changed continually, the building materials product total demand continues to increase according to the national economy and social development "25" plan summary, before 2010, GDP will maintain over 8% the rates of increment, the next 4 years will be our country industrialization and urbanization and new rural reconstruction rapid growth time, will be the building materials profession have the development opportunity the time. The architecture industry, transportation industry and other professions are the pillar industries of our country economy sustained development, will lead the development of building materials profession effectively.

2. the profession industry restructure dynamics increases, the substitution backwardness craft produces to be able the demand to be big

Is following the national energy conservation and emission reduction policy and further implementation of cyclical economy measure, during backwardness produces can be eliminated, has produced to substituting the new technology produces to be able the big demand. According to national "Cement industry Plan", to 2010, the cement industry anticipated output is 1.25 billion tons, the new method cement proportion achieves over 70%.

CNBMC00143339

3. forms the large-scale building materials enterprise group to become the profession mainstream present stage, our country building materials profession's prominent problem is the industrial concentration is somewhat low. Because lacks the large-scale building materials industrial group's leading role in market, in the small and medium-sized enterprises took the price war to be intense as the blind competition of leading form, has caused in the profession big scale quantity enterprise incapable implementation technology renewal, increased has eliminated backwardness produced to be able the execution pressure. Moreover, our country interprovincial difference is big, the regional development is not balanced, in the enterprises lacks the trans-regional overall plan coordination ability, caused the building redundant project to be serious in the great degree, the resources use efficiency was low, the energy consumed the big aspect.

Therefore, in a short time, cultivates one batch of all-round strength and competitive ability strong imperial scale building materials enterprise group, through the guidance and market mechanism's of policy tool resources deployment parallel way, is the solution present stage building materials profession industrial concentration road which must be taken. The present stage, the country has taken measure gradually in fund, policy and other aspects, inclines to the large-scale building materials enterprise, encourages the large-scale building materials enterprise to adopt the way of annexation and reorganization, enhances the industrial concentration, the optimize allocation of resources.

Chinese Building materials limited liability company Subordinate Company mainly involves the profession is: Cement, light quality building materials and Bolivian filament compound materials (air blower electricity generation leaf blade primarily), engineering service and glass fiber. The above profession is in the building materials profession the main child profession, has good prospects for development.

Cement

Our country is the cement production great nation, the domestic ultimate output has ranked the first in the world consecutively for 23 years from 1985. Under drawing that increase in the national macroeconomic growth and investment in the fixed assets steadily, our country cement output grows year by year, 2000-2007 years, the yearly average compound annual growth is 14.71%. In 2007, our country produces the cement 136,000 ten thousand tons, grows 9.96%,2008 at the beginning of the year, was frozen the disaster to affect by the south, the cement output 12,200 ten thousand tons, drop 4.35%. At present our country cement industry main feature may induce is: The price presents the rise and profit level gradually to rise, the mergers and reorganization step to speed up, backwardness to produce to speed up eliminating.

(The cement price trend analysis from the cement price trend, in the second half of 2006 stops the negative growth, domestic cement price by below 5% speed stable growths. South 2008 the first three months receive freeze the disaster to affect, the cement output drops therefore the price speed-up rapidly to increase quickly, in March the speed-up achieves 13.19% compared to the same period. Compares with

Page 9

CNBMC00143339

other countries, our country cement price was still in very low level. At present our country cement price is the American cement price one-fourth, Kazakhstan cement price one-fourth, Thai cement price 1/2, Egyptian cement price one-third, indicated that our country cement price will still have big rise space in the future. Along with the impetus of stable growth as well as cost rise of demand, in addition internally the cement enterprise region main item cost passes the burden in the situation that ability constantly strengthens, it is estimated that in the future the cement general price will maintain the trend of escalation.

Production cost, cement production cost mainly by coal, electric power, raw material and depreciation, other and other constitutions, the fuel and power cost account for the proportion to occupy over 80% in the product cost constitution, after using the new method craft produces, coal and electricity consumption proportion drop in production cost to 50-60%.

(Cement profitability analysis

Profession profitability, although the production cost continually rises, but for many years carrying out of large-scale technical transformation caused our country cement industry to digest the cost rise basically. Since 2006, along with the supply-demand relation improvement profession booming promotion, cement enterprise's profit level gradually has enhanced, in 2007 our country cement enterprise profit margin achieves 6%, we estimated that the cement industry profitability the trend of escalation will still continue in the future. From the above situation analysis, the cement industry prospects for development, the cement enterprise profit level will currently have big growth space.
(Cement mergers and reorganization but currently the cement industry mainly faces the industrial concentration not high difficult position. Because the cement was transported distance limit to be many, its product has certain sales radius, the characteristic of market regionalizing is obvious, but our country cement industry has formed the highly scattered characteristic at present. For better conformity resources, the national industry policy vigorously to promote the profession mergers and reorganization in recent years, announced 60 key support cement group name lists including 12 great nationwide domestic capital cement groups, by "prominent key, has holds to press and distinguish to treat" the policy, approves, land examination, credit delivery and other aspects first to support in the project to these enterprise investments and reorganization annexations. Urges the industrial concentration constantly to enhance the maximum characteristic that through the merger and acquisition into the recent years our country cement industry exhibited. By 2007, our country first 10 big cement group ultimate outputs achieve the national cement output 18.75%. But this concentration degree level was still lower than the world averages, compares with neighboring country India, at present the Indian first 5 big cement enterprises produce can account for its domestic total output to be able 55%, the concentration degree substantially is higher than our country.

(Backwardness produces to speed up eliminating

CNBMC00143339

In October, 2006, Development and Planning Commission "Cement industry Development Special Plan" stipulated that from 2006 to 2010 the nation must eliminate backwardness cement to produce to be able 25,000 ten thousand tons, backward cement output proportion from 2005 55% fall to 2010 30%. In 2007 the nation sets up the kiln and other backwardness cements to produce to be able through demolition production line cradle 5,200 ten thousand tons, by the end of 2007, our country new method cement produces to be able the proportion to achieve 55%. According to the elimination plan of Development and Planning Commission, in 2008 will eliminate 8,440 ten thousand tons backward cement production lines to produce energy, increases 62% compared with 2007.

Overall speaking, in 2006 our country cement industry started since the new round booming cycle, the profit of enterprise space started to expand, not only under impetus of national industry policy, the cement industry produced to be able rapidly to grow. Moreover the production technology level constantly improved, the industry restructure effect was obvious, the profession concentration degree rose fast, the cement industrial distribution further optimized. What needs to pay attention, at present the international economic situation variable increases, the domestic overall regulation to enlarge, has the adverse impact on the domestic investment investment in real estates particularly, the growth of cement demand receives certain pressure; Under the domestic monetary policy tending to be tight situation, the large-scale merger and acquisition will be restricted that tightness of money; At the same time, energy price continually rose has also extruded cement enterprise's profit space.

The gypsum board gypsum board takes the plaster of Paris to add the chemical additive and textile fiber as primary data makes, is the neutral good material in various building repair plates. The gypsum board main producers' goods are the natural plaster stone, our country gypsum quarry reserves are rich, but the output of gypsum ore is not high at present, will have huge potential to produce to be able in the future the potential. Moreover, the industry sideline product desulphurization gypsum of thermoelectricity generation may also be used in the gypsum board production. Our country burns coal the power plant to produce the massive desulphurization gypsum reject every year, in the future will provide the low in price supply stable raw material origin for our country gypsum board production, meanwhile meets the requirement of national resources comprehensive utilization, receives the policy support of government.

At present, our country gypsum board average per person consumption quantity and developed country compare are relatively low, the market absorption capacity is big, in the future the prospects for development will favor. Constructs the decoration finishing material association material to demonstrate according to China that it is estimated that in the next 3-5 years, the domestic gypsum board market's demand will continue to grow by 20%-30% speeds, in 2008 the gypsum board total output sales volume estimated that may amount to 1.5 billion square meters, the gypsum board market development is rapid, and space is broad.

At present, the domestic gypsum board profession's overall tendency concentrates the development large-scale production line. In 2004, national promulgation related laws, encouraged to construct to yearly produce over 4 million square meters the large-scale paper surface gypsum board production line. It is estimated that

CNBMC00143339

"during 25", eliminates along with the national compulsion consumes high, pollutes heavy, carrying out and large-scale industrial production line of processing technology backward industrial policy puts into production one after another, the gypsum board profession's structure will have the significant adjustment, looked for a long time is conducive to the development of large-scale gypsum board production enterprise.

The Bolivian filament compound materials tectonic plate in Bolivian filament compound materials tectonic plate China building materials service tectonic plate currently besides the original Bolivian filament compound materials and glass fiber reinforced plastic product, through the purchase to German NOI Corporation, mastered the air blower electricity generation leaf blade's key technologies, presently in this tectonic plate service the fan blade occupies is quite high, therefore carries on the summary analysis to its air blower electricity generation leaf blade profession in this.

The wind energy source is a new energy important branch, by its clean, safe and infinite characteristic, increasingly widely was paid attention. The wind power generation besides the hydraulic electrogenerating, now in the world in the renewable resources development the technology is maturest, the most large scale development and commercialization prospects for development power technology. Along with "Kyoto Protocol" with February 16, 2005 activation, caused the carbon platoon to release authority the commodity that into one kind has been possible to buy and sell earnestly, became huge actuation energy that promoted the electricity generation development.

The wind energy resources of our country potential use have 1 billion kW. And land 250 million kW, only have developed now less than 0.2%; The offshore area has 750 million kW, the wind energy resources are very rich. At present our country wind electricity installed capacity growth increases progressively year by year. The wind power generation leaf blade is one of anemometer key components, involves air operated and compound materials structure, craft and other domains. In the megawatt level wind electrical machinery, the leaf blade is the technical key. At present our country has certain disparity in the anemometer compound materials leaf blade design and technique of manufacture and overseas. In order to make the compound materials leaf blade realizes manufacture domestically, the relevant government departments are very heavyThe research and development of leaf blade, include the research project to support the leaf blade.

On February 28, 2005, the ten Standing Committee of the National People's Congress 14th conferences voted to pass "People's Republic of China Renewable energy source Law", symbolizes that our country new energy was in the period of rapid development. Near two years wind electricity profession obtained the blowout-like development, the prospect was clear. In 2020 of state development and reform commission formulation the wind electricity development objective is installed capacity 30 million kW, converts into 1.5MW wind electrical machinery 20000, namely needs 20000 sets of leaf blades, the yearly average needs 1300 sets of leaf blades. In "Renewable energy source Law" frame, has released a series of preferential policies: Over 5 million kilowatts power generation firm request has 5% new energy installing equipment, specially permits wind electric field project set localization rate not to be lower than 70%, the electrical network company must accept the wind electricity to enter the net electric quantity unconditionally,

CNBMC00143339

gives certain preferential policy in other electricity prices, tax revenues and aspects. The project market has reliable policy guarantee.

Engineering service project contractor is service business, is high to the human resources and specification, is the important component of international service export. In the cement, glass and so on traditional building materials profession, the design and construction ability of our country had certainly been affirmed, and cost labor force is low, is competitive in the international market.

What needs to pay attention, at present was still deficient as a result of this profession the explicit supervisory mechanism and industry specification, the market order relative confusion, once had the blind competition phenomenon, to industry in enterprise's management has certain influence; At the same time, we also pay attention to Renminbi revaluation's potential impact on this profession.

Glass fiber

The glass fiber is one inorganic nonmetallic new material, is in the modern industry applies the most widespread compound materials (Bolivian filament material to occupy compound materials ratio is 90%), its typical characteristic is: The intensity is high, the weight is light, the elasticity coefficient is high, the elongation ratio is low, meanwhile has the electric insulation, anti-corrosive and other merits. The glass fiber and product mainly apply in building, transportation, petrochemical, electronic electricity, ships, aviation, aerospace, wind power generation and other domains. After 2000, in the energy and under labor cost's pressure, the main European and American Enterprise basic stop scale expansion, changes the Bolivian filament intensive processing domain to carry on the development of new product, therefore the glass fiber industry shifts to China gradually. In recent years our country Bolivia filament good immovable property can maintain the yearly average 33% growth rates, same time the world produces to be able actually besides China to slide by 2% negative growths. By the end of 2007, the global Bolivia filament total output can amount to 3.75 million tons, our country glass fiber total output can amount to 1.63 million tons, approximately accounts for the world total output to be able 43.47%, became the world maximum glass fiber producer country.

At present the domestic Bolivian filament application is inferior overseas widespread, the Bolivian filament product is mainly primarily for exporting, near 5 years our country Bolivia filament profession volume of exports yearly rate surpasses 30%, the export proportion approximately is 60%. But in recent years the export tax rebate rate of our country Bolivia filament product declined unceasingly, by original 17% is dropped to 13%,2007 years in July largely to decline to 5%, has had the tremendous influence to the Bolivian Filament Enterprise's profit. Renminbi of revaluation Canada has also counter-balanced the part hundred million US dollars settlement selling profits, taking this into consideration domestic Bolivian Filament Enterprise starts to enlarge the cultivation and sales dynamics to domestic market. The profession supply and demand situation from 2007, the domestic Bolivian Filament enterprise product falls short of demand, the sales status is good.

Fifth, the main financial data in recent years, the company intensified the

Page 13

CNBMC000143339

profession conformity dynamics, various service sustained, rapid and healthy developments, the property scale expanded unceasingly, main business income and profit level maintained at the high level. By December 31, 2007, the company merged the total assets 30.087 billion Yuan, was always in debt 20.038 billion Yuan, the ownership interest 10.05 billion Yuan. In 2007, the company realizes the business income 10.866 billion Yuan, main business income 10.71 billion Yuan; Trading profit 973 million Yuan, gross profit 1.351 billion Yuan, net profit 1.126 billion Yuan. The company now the industry restructure tends to be reasonable, the profitability placed the good level, in the future the prospects for development will be good. Following financial data quoted from company in 2005, in 2006 and in 2007 after financial report of audit. From January 1, 2007, the company started to carry out Ministry of Finance (to hereafter refer to as "business accounting criterion" in the business accounting criterion that 2006 promulgated). 2007 annual account is company first according to the annual account of business accounting criterion establishment.

When establishing 2007 annual account, 2006 year related comparison numeral already during Ministry of Finance "Business accounting Criterion No. 38 - Carries out Business accounting Criterion For the first time" and relevant provision and China Securities Regulatory Commission "Public release Negotiable securities Company information Disclosed that Standard Question and answer No. 7 - New and old Accounting standards Transition Compares Establishment And the Disclosure request Financial inventory accounting Information" of makes the backward adjustment, all projects already according to business accounting criterion again list under.

(1) Merge balance sheet key data unit: Ten thousand Yuan item

In 2007

In 2006 adjusted the number

In 2005

Gross asset

3,008,742.71

1,426,046.11

1,419,689.82

997,140.31

Total liabilities

2,003,756.47

818,596.95

CNBMCO0143339

814,916.40

637,800.25

Minority interests

233,203.42

151,442.48

150,536.36

132,141.45

Ownership interest

1,004,986.24

607,449.17

454,237.07

227,198.61

(2) Merge profit report key data

Unit: Ten thousand Yuan item

In 2007

In 2006 adjusted the number

Project

In 2006

In 2005

Business income

1,086,609.73

678,666.56

Main business income

651,544.31

CNBMC00143339

476,773.63

Trading profit

97,346.42

60,232.00

Main business benefit

131,319.44

87,731.07

Gross profit

135,058.03

65,666.96

Gross profit

64,920.70

49,632.70

Net profit

88,737.65

40,552.42

Net profit

39,000.01

31,891.11

Note: In 2007 and in 2006 adjusted number are "the net profit of ownership parent company owner".

(3) Cash flow statement key data

Unit: Ten thousand Yuan item

In 2007

Page 16

CNBMC00143339

In 2006 adjusted the number

In 2006

In 2005

First, cash flow net amount that operative activity has

55,120.47

43,545.20

43,545.20

18,603.53

Cash inflow sub-total

1,182,255.56

765,238.60

765,238.60

485,056.16

Cash outflow sub-total

1,127,135.09

721,693.40

721,693.40

466,452.63

Second, cash flow net amount that investment activity has

-548,068.52

-183,801.08

-183,801.08

-72,494.04

Cash inflow sub-total

CNBMC00143339

41,974.57

29,346.88

29,346.88

35,253.97

Cash outflow sub-total

590,043.09

213,147.96

213,147.96

107,748.01

Third, cash flow net amount that investors recognize has

707,275.79

225,308.06

225,308.06

58,735.71

Cash inflow sub-total

2,067,818.35

782,239.56

782,239.56

425,059.50

Cash outflow sub-total

1,360,542.56

556,931.50

556,931.50

366,323.79

CNBMCO00143339

Fourth, cash and cash equivalent net gaining volume

211,957.08

84,481.99

84,481.99

4,689.73

(4) Main financial norm

In 2007 in 2006 in 2005 the current ratio 0.77 0.87 0.64 quick ratio 0.66 0.72 0.51 cash ratio 0.26 0.35 0.17 goods in stock cycling rate 7.05 6.64 6.21 stock turn number of days 51.77 54.96 58.81 account receivable cycling rate 6.76 6.92 6.92 Days Sales Outstanding 53.96 52.77 52.77 turnovers of payable 3.69 4.11 4.50 dealt with the fund turnover number of days 98.89 88.73 81.19 current assets cycling rate 1.31 1.56 1.61 property ratio of debt to net worth 66.60% 57.40% 63.96% total assets returns ratio 4.00% 3.23% 3.79% net rate of return 11.50% 8.59% 14.04% net profit rate 8.29% 5.99% 6.69% second parts to the investigation key point of publisher release

First, publisher company governs situation investigation

(1) The substantial control person in publisher stockholder's rights structure company for Chinese building material Group. Chinese building material Group to subordinate in the extra large building materials group of SAC, was founded in 1984, the predecessor for Chinese New building material group, in 2003 included the State Council SAC management the central enterprise, same year April changes the name as Chinese building material Group, in 2004 reorganized with the Chinese building material academy of science and Chinese Light industry Mechanical Corporation, in 2005 was determined by SAC for the state-owned sole ownership company board of directors experimental enterprise. Building materials group at present registered capital 3.723 billion Yuan, legal representative Song Zhiping.

(2) Publisher underlying tissues construction and respective subsidiary company situation

1. various organizational structure 2. department primary interests

Functional department administration human resources department organizes to establish and consummation various company department and subsidiary company job objective, management duty, administrative regulations and other aspect in the institutional frameworks.
The finance department formulates and carries out the corporate finance control system and assets management system, the antithetical couplet company's financial control work implementation instruction and supervision; Be responsible for the formulation of subsidiary business goal responsibility and completes the situation

CNBMC00143339

inspection.

Investment development division making company's developmental strategy and medium and long-term development project, and implements and adjustment; The organization and instruction subsidiary company making developmental strategy and medium and long-term development project and trade development plan, and is responsible for examining and approving, adjustment and supervision carries out.

The technical control division (project control division) establishes and carries out the company quality, security, environmental protection and so on related control system; The system certification, track and training work coordinate and instruction subsidiary company.

The legal department (Dong Miju) formulation company involves the legal management and board of directors to manage the rules and regulations in aspect, and implements; Processing company legal affairs, to safeguard shareholder's rights.

The ministry of audit drafts the management audit rules and regulations, drafts the management audit system, formulates the management audit job specification and guide; Be responsible for the company and subsidiary company the audit supervisions of other financial revenue and expenditures, financial pre-final accounts, asset qualities, management achievements and related economic activities.

3. respective subsidiary company situation business name

Business nature

Ownership percentage (%)

Registered capital (ten thousand Yuan)

Enterprise type

Beixinjituan building materials limited liability company

Light quality building materials production sale

52.40

57,515

Holding subsidiary company

Chinese union cement Group Company limited

Cement production sale

100.00

200,000

Wholly-owned

Page 20

CNBMC00143339

Chinese building materials international construction project limited company

Project construction, design and service

91.00

22,000

Holding subsidiary company

Chinese compound materials Group Company limited

Compound building materials production sale

100.00

35,000

Wholly-owned

Southern cement limited company

Cement production sale

75.00

350,000

Holding subsidiary company

(3) Corporate management structure

The company according to "Law of corporation", "Securities law" and the stipulation of national relevant law and laws, set up has conformed to the modern enterprise system request corporate management frame, has established perfect general meeting of shareholders, board of directors, board of supervisors and other systems. Had been established since the company, the shareholder congress, board of directors and board of supervisors can under the relevant law, laws and "Articles of incorporation" stipulation independent effective operation.

1st, the general meeting of shareholders general meeting of shareholders is company's capability mechanism, performs the authority according to law, the authority includes:

Decides company's operational policy and capital spending plan;
Elects and replaces the trustee, the decision concerned trustee's reward item;

The election and replacement by the supervisor who the shareholder representative

Page 21

CNBMC00143339

takes the post, the decision concerned supervisor's reward item;
The report of deliberation authorization board of directors;

The report of deliberation authorization board of supervisors;
Deliberation authorization company's annual financial statement budget formulation and final accounts plan;

Deliberation authorization company's appropriation of profit plan and makes up for the loss plan;
Increases or reduced registered capital to the company makes the resolution;

Merges to the company, establishes separately and dismisses and settlement and other items made the resolution;
Makes the resolution to the company issue debentures;

Hires, dismisses or no longer the extending employment on accounting firm to the company makes the resolution;
Revises the articles of incorporation;

Deliberation has the right to vote on behalf of the company stock over 5% (including 5%) the proposal of shareholder;
The law, the administrative rules and regulations and articles of incorporation stipulated that must make the resolution by the general meeting of shareholders other items.

The general meeting of shareholders may be authorized either entrusts board of directors handle the item that its authorization or the request handle.

2nd, board of directors board of directors is responsible for general meeting of shareholders, performs the following authority:

Be responsible for convening the general meeting of shareholders, and to general meeting of shareholders report;
Carries out general meeting of shareholders's resolution;

Decides the operation plan and investment project of company;
Formulation company's annual financial statement budget formulation and final accounts plan;

The formulation company's appropriation of profit plan (including distributing year's end dividend's plan) and makes up for the loss plan;
Formulation company's debt and financial policy and company increase or the reduced registered capital and other release debenture bonds or negotiable securities plans;

Draws up plan that the significant purchase or the sell plan of as well as the company company merge, establish separately and dismiss;
Decides the establishment of company internal management organization;

CNBMC00143339

Appoints or dismisses the general manager, according to the nomination of general manager, appoints or dismisses company deputy general manager and financial person in charge;

10) Formulation company's basic management system, including financial control and personnel management system;

11) Making articles of incorporation revision plan;

The board of directors makes the preceding clause resolution item, must vote the agreement by over two-thirds trustees besides the 6th, 7 and 11 items, other may vote the agreement by more than half trustees.

3rd, board of directors technical committee:

According to the need, the board of directors may set up the strategic decision, verification, salary, nomination and so on technical committee. Before the board of directors made the related resolution, to solicit the related technical committee's suggestions in anticipation. (Must verify) various technical committee members who under board of directors supposes are composed of the trustee completely, and is elected by the board of directors.

Various technical committees suppose the convener, is responsible for calling the technical committee conference. The compositions, responsibilities and the operational mechanism various technical committees should decide by the board of directors that and should conform to Chinese and stipulation and concerned requirements of Stock Exchange of Hong Kong the relevant law and laws of company share place.

4th, board of supervisors:

The board of supervisors is responsible to the general meeting of shareholders, and performs the following authority according to law:
Inspection company's finance;

Administrate the company officiate when to other directors of corporations, managers and higher managements violates the legal, the administrative rules and regulations or the articles of incorporation behavior monitors;
When other directors of corporations, general managers and higher managements' behavior harm company's interests, the request above personnel correct;

The checkup board of directors plans to submit the financial report of general meeting of shareholders, business report and appropriation of profit plan and other financial materials, discovered question may the company name request chartered accountant and disciple auditor help reexamine;
The proposition holds the temporary general meeting of shareholders;

Negotiate on behalf of the company and trustee or sue to the trustee;
Other authorities of this regulation stipulation.

CNBMC000143339

The board of supervisors may hire accounting firm to make the suggestion to the company, may when necessary separately entrust the accounting firm independent examination corporate finance by the company name, may directly to other State Council negotiable securities cognizant agencies and department concerned report. The exterior supervisor should and fulfills responsibility to the general meeting of shareholders independent report company higher managements' good faith assiduously the performance.

The supervisors may attend the board of directors conference.
5th, independent director system:

The company sets up independent director system, the independent director rests on the relevant law, the administrative rules and regulations, the articles of incorporation and board of directors procedure rule performs the authority, fulfills the duty.
The independent director should the independence in the company and shareholder.
The independent director do not hold the post in the company excluding independent director any other duties.

The independent director may directly to general meeting of shareholders and other national Securities Regulatory Management organizations and department concerned report.
(4) Boards of directors and higher managements

1. trustees, supervisors and higher managements basic situation name and post sex age tenure in office starting date Song Zhiping executive director and chairman male 51 in 2005 .10 months until now Cao Jianglin executive director and president male 41 in 2005 October until now Li Yimin executive director and vice president male 54 in 2005 March until now Pengshou executive director and vice president male 47 in 2005 October until now Cui Lijun non-executive director female 47 in 2003 June until now Huang An zhongfei executive director male 44 in 2005 March until now Zuo Fenggao non-executive director male 52 in 2005 March until now Zhang Renwei independent non-executive director male 67 in 2005 March until now Zhou Daojiong independent non-executive director male 74 2005Year in May Chi Haibin independent non-executive director male 76 in May, 2005 Liu Gaoyuan the independent non-executive director male 56 in January, 2006 Sin Ann the Qin board of supervisors presidents and parent company vice presidents male 58 in August, 1998 Zhou Guoping the supervisor and parent company assistant president female 48 in October, 2003 Bao Wen spring the supervisor male 54 in May, 2005 until now Cui Shuhong the supervisor female 40 in May, 2005 until now open the common people independent supervisor male 70 in May, 2005 Liu Chijin the independent supervisor male 45 in May, 2005 President Cui Xingtai vice male 46 in April, 2005 to open earnest money vice president until now until now until now until now until now until now until now male 50 in September, 2004 until now often President Zhang Li vice
Male 37 in March, 2005 Chen Xuean the chief financial officer male 43 in March, 2005 Pei Hongyan the finance department managers, gather the qualifications accountant female 34 2. trustees, supervisors and higher managements resume until

Page 24

CNBMC000143339

now until now:
Trustee

Executive director Song Zhiping, 51 years old, company executive director concurrently chairman, then became the chairman in parent company from October, 2005. Mr. Song then joined the building materials group from May, 1997, accumulated over 25 years service in the Chinese building materials profession and managerial experience. March, 2002 to October, 2005, Mr. Song became the president in parent company, March, 2003 to the chairman who April, 2005 took the post of the Zhonglian cement. By December, 1998 to March, 2002 and by October, 1995 to December, 1998, Mr. Song also separately was routine vice president and vice president in parent company. By May, 1997 to May, 2002, the chairman who Mr. Song held the post of the northern new building materials. By January, 1996 and in June, 1996, besides was the chairman and of the party committee secretaries northern new building materials LLC separately, Mr. Song from 1987 to 2002 also in northern new building materials LLC (after its overhaul and) held the post of many positions, including deputy plant chief, factory manager and president. Mr. Song attains the Wuhan industrial university (presently for the Wuhan University of Technology) to issue technology master's degree in July, 1995, and attained the Huazhong University of Science and Technology to issue the management science doctorate in June, 2002. Mr. Song is one about the qualifications senior engineer, at present is the national MBA degree educates the direction committee member. He is also the Chinese building material Federation vice-chairman and third session of Chinese physical distribution and purchase federation vice-chairman and capital entrepreneur club director. From 1993 to 2003, Mr. Song attained to award many award items in the skill in management and enterprise by reason of him, managed the character outstanding person prize and 2003 year China undertaking entrepreneur including the Chinese 500 enterprise pioneer and national excellent youth entrepreneur and eighth national excellent entrepreneur golden ball award. In 2007 Mr. Song Zhiping is selected in" China ten in a big way to merge character", and will award" Yuan Baohua business management gold medal" in 2008 March.

Cao Jianglin, 41 years old, executive director concurrently president in company. Mr. Cao then joined the building materials group from April, 1992, accumulated over 15 years service in the building materials profession and managerial experience. From March, 2002, Mr. Cao then took the post of the chairman of northern new physical distribution limited company and northern new technological progress limited company, the chairman and took the post of Chinese Bolivia filament from June, 2002 became the trustee in parent company by Octoberthat 2005, and by the chairman who October, 2004 held the post of the northern new building materials. From April, 1998 to October, 2005, Mr. Cao held the post of many duties in the parent company and company, including became the presidents and to take the post of the assistant president and vice president and takes the post of the assistant presidents, vice presidents and the president northern new building materials LLC from April, parent company 1998 from June, northern new physical distribution limited company 2002 to the general manager and from April, 2002 to Octoberthat 2005 March, 2005 took the post of Chinese Bolivia filament from December, 2000 to April, 2004 to March, 2005, and took the post of the Chinese building material and

CNBMC00143339

general manager in equipment import and export Pearl River Corporation from April, 1998 to March, 2002. Mr. Cao attained the Shanghai University of Finance and Economics to issue the economic bachelor's degree in July, 1990, and attained Qinghua University to issue the MBA in January, 2004. Mr. Cao is elected for the Chinese building material Federation vice-chairman and central enterprise youth federation committee member and Beijing listed company Association director and Shenzhen youth federation sixth session of board member and Shenzhen building materials industry association president and Chinese physical distribution and purchase federation vice-chairman.

Li Yimin, 54 years old, company executive trustee. Mr. Li then joined the building materials group from May, 1997, accumulated over 20 years service in the Chinese building materials profession and managerial experience. Mr. Li once became the chief engineer of building materials group from December, 2003 to March, 2005, the chairman who took the post of the northern new building materials from April, 2002 to February, 2004, and from May, 1997 to the general manager who April, 2002 took the post of the northern new building materials. From January, 1996 to December, 2003, Mr. Li became vice president, vice-chairman and the president northern new building materials LLC one after another. From September, 1985 to January, 1996, Mr. Li also took the post of the northern new building materials LLC (in it changed the system deputy plant chief before Beijing New building material Main plant). Mr. Li graduated from August, 1978 from the Shanghai Tongji University machine electrical system, and attains the Wuhan industrial university (presently for the Wuhan University of Technology) to issue technology master's degree in 1995. He is one about the qualifications professor level senior engineer, and for the enjoyment government's special allowance personnel who the State Council authorizes.

Pengshou, 47 years old, company executive trustee. Mr. Peng joined the building materials group in June, 2001, accumulated over 20 years service in the Chinese building materials profession and managerial experience. Mr. Peng is the expert in inorganic material research and development and engineering design and consultation. Mr. Peng then became the Chinese building materials project chairman from September, 2004, and became the Chinese building materials project general manager from May, 2002. From June, 2001 to May, 2002, he also became Chinese building materials project deputy general manager. Mr. Peng attains Wuhan building materials industry institute (presently for the Wuhan University of Technology) to issue the project bachelor's degree in December, 1982, and attains the Wuhan industrial university (presently for the Wuhan University of Technology) to issue to manage the master's degree in January, 2002. He is one about the qualifications professor level senior engineer, and for the enjoyment government' special allowance personnel who the State Council authorizes. From July, 2003, Mr. Peng took the post of the Chinese structural glass and technical glass association fourth session of council vice executive president.

Non-executive trustee

Cui Lijun, 47 years old, company non-executive trustee. Ms. Cui then joined the building materials group from September, 1998, accumulated over 20 years service in

Page 26

CNBMC00143339

the Chinese building materials profession and managerial experience. Trustee who Ms. Cui took the post of the northern new building materials from June, 2003. From August, 1997, she became the finance department manager and northern new building materials of northern new building materials LLC finance department manager one after another. Ms. Cui presently is northern new building materials LLC president concurrently vice-chairman. Ms. Cui graduated from November, 1998 from the Chinese Academy of Social Sciences graduate school investment management specialty.

In Huang An, 44 years old, company non-executive trustee. Mr. Huang then joined the building materials group from March, 2003, accumulated over 20 years service in the Chinese building materials profession and managerial experience. Mr. Huang became vice president of building materials group import-export company from April, 1996 to November, 2000, and took the post of the building materials group import and export from November, 2000 to February, 2005 maleThe president of department. Mr. Huang presently is the building materials group import-export company president.

Mr. Huang attained Nanjing Chemical industry Institute to issue technology bachelor's degree in July, 1985, and graduated from November, 1998 from the Chinese Academy of Social Sciences graduate school Enterprise management profession, in June, 2005 attained the Xiamen University to issue the higher managements MBA. Presently is the senior economist.

Zuo Fenggao, 52 years old, company non-executive trustee. Mr. Zuo joined up with the company in March, 2005, accumulated over 16 years service and managerial experience. Mr. Zuo then became the director of China Cinda Asset Management Corporation Beijing Office from May, 2004. Mr. Zuo also became the assistant director of China Cinda Asset Management Corporation Beijing Office from September, 1999 to May, 2004, became the China Construction Bank Beijing Xisi Sub-branch presidents from January, 1997 to September, 1999, and took the post of China Construction Bank Beijing to divide to have sexual intercourse the letter department general manager and China Construction Bank Beijing Qianmen Sub-branch vice president from June, 1989 to January, 1997. Mr. Zuo graduated from July, 1998 from the Chinese Academy of Social Sciences graduate school Finance and trade Economics department money and banking is specialized, presently is the economist.

Independent non-executive director Zhang Renwei, 67 years old, independent non-executive trustee. Mr. Zhang then joined up with the company from March, 2005, accumulated over 40 years service in the Chinese building materials profession and managerial experience. Mr. Zhang then became the independence non-executive trustee of Shanghai Yaohuapierjindu glass limited liability company from June, 2003. Takes the post of Chinese building materials industry Association (presently to change the name from February, 2001 for Chinese building material Federation) association president, and became the Chinese Silicate Academic society director from January, 2000. From January, 1994 to February, 2001, he also became the national building material industry bureau chief concurrently party group secretary, and became the assistant commissioner of this bureau from July, 1985 to January, 1994. Mr. Zhang graduates in 1963 from the East China chemical industry institute (presently for the China Science and Technology University) silicate research specialty. He is one gathers the qualifications professor level senior engineer.

Zhou Daojiong, 74 years old, independent non-executive trustee. He by June, 2003 was the independence non-executive trustee of Stock Exchange listed company Harbin

CNBMC00143339

power equipment limited liability company, was verifying and establishes the internal monitoring and risk management of measure and enterprise listed company governs and rules the aspect to be known as the experience. Mr. Zhou then joined up with the company from May, 2005, accumulated over 50 years to experience in the macroeconomic management and finance side. From March, 1998 to March, 2003, Mr. Zhou was the ninth National People's Congress standing committee and financial and economic committee member. From March, 1998 to August, 2000, Mr. Zhou also took the post of the State Council to investigate the special representative. He including supervising the business accountings and budget, scrutinization and inspector general financial budget China, participates to draw up the Chinese negotiable securities and stock development legal regulation and inspector general at National People's Congress and State Council's primary interest this and other implementations of legal regulation. From March, 1995 to June, 1997, Mr. Zhou simultaneously became China Securities Regulatory Commission president. Mr. Zhou including supervising the Chinese stock market, participates to draft the securities law and the financial reporting of scrutinization going on the market applicant and listed company in China Securities Regulatory Commission's primary interest to guarantee that they observe the related securities law and enterprise govern and rule the stipulation as well as business of monitoring listed company. From December, 1984 to August, 2000,

Mr. Zhou once took the post of the China Construction Bank many key posts, including China Construction Bank party group secretaries, presidents and board of supervisor's president. He also becomes the National Development Bank vice president, and becomes the State Council Negotiable securities chairman. before December, 1984, Mr. Zhou once successively was the department chief and secretary-general in the finance department of Anhui provincial government. Mr. Zhou incumbent Chinese urban economy Academic society association president and PECC China financial committee president and Chinese Tao Xingzhi Foundation association president and Chinese investment Promotion agency association president and Chinese Investment Academic society honorary chairman and capital entrepreneur club consultant. Mr. Zhou is also one gathers the qualifications senior economist. Mr. Zhou governs and rules the aspect to have the rich experience in the financial control and risk management of measure and enterprise public listed company.

Chi Haibin, 76 years old, independent non-executive trustee. The late gentleman from May, 2005 the alliance company, had the rich knowledge in Chinese accounting standards. The late gentleman became the Chinese Accountant Academic society association presidents and is also the China Institute of Certified Public Accountants vice-chairman by 1996 June from 1996 to 2004 November. The late gentleman is Chinese Accountant Academic society association president and China Institute of Certified Public Accountants vice-chairman's primary interest including provides the suggestion, research and investigation internal accounting criterion to the related cognizant agency on the accountant and financial in rule and regulation China, draws up the rule and rules of as well as monitors this and other rule and rules operational practice in China Chinese certified public accountant. The late gentleman is one about the qualifications senior economist, and accumulated for approximately 50 years to experience in macroeconomic

Page 28

CNBMC00143339

management. The late gentleman joined Ministry of Finance in 1954, from 1954 December to 1993 during April, held the post of many senior posts in Ministry of Finance, including economic development Assistant Deputy Office Chief Si and deputy head of the bureau and Deputy Minister of Finance. From April, 1993 to March, 2003, the late gentleman was elected for the eighth session of National People's Congress standing committee member and financial and economic committee vice-chairman, and was elected for the ninth National People's Congress standing committee and financial and economic committee member. The late gentleman and budgets including the monitoring corporate accounting in Ministry of Finance and National People's Congress's primary interest, verifies and supervises the Chinese fiscal budget, participate to draw up China's economical legal regulation and inspector general this and other legal regulation operational practices. The late gentleman from April, 2004 was also the independence non-executive trustee of Shanghai Stock Exchange listed company sail limited liability company, was scrutinizing and establishes the internal monitoring and risk management of measure and enterprise public listed company governs and rules the aspect to experience richly.

Liu Gaoyuan, 56 years old, independent non-executive trustee. Mr. Liu joined the building materials group in January, 2006, presently for Bulgarian China Group Company limited vice-president and managing director and Bulgarian China setting up a business Group Company limited vice-president. Mr. Liu has more than 30 years international business managerial experiences in the architecture industry.

Supervisors

Sin Ann Qin, 58 years old, company board of supervisors president. Mr. Shen then joined the building materials group from July, 1999, in holding the post of the supervisor and took the post of management position to accumulate over 15 years to experience. Mr. Shen was vice president in parent company from August, 1998, and became the chief accountant in parent company from September, 2003. From September, 1990 to August, 1998, Mr. Shen took the post of the national building materials bureau economical finance department to synthesize the department assistant deputy office chief and economical financial division department head one after another, and took the post of the financial and supervising state asset department deputy head of the bureau. Mr. Shen attains the northwest Telecommunications Engineering Institute (for Xidian University to issue technology bachelor's degree in April, 1982 now). He is one gathers the qualifications senior accountant.

Zhou Guoping, 48 years old, company supervisor. Ms. Zhou then joined the building materials group from July, 1999, in holding the post of the supervisor and took the post of management position to accumulate over 13 years to experience. Ms. Zhou then held the post of the assistant president in parent company from October, 2003, and was the finance department general manager in parent company from April, 2002. From March, 1992 to April, 2002, Ms. Zhou was the comprehensive planning department project department assistant deputy office chief and synthesis in planning department assistant director and plan finance department assistant directors, the plan finance department assistant managers and managers as well as the fund control division assistant manager parent company one after another. Ms. Zhou attains the Wuhan building materials technical institute (presently for the Wuhan University of

Page 29

CNBMC00143339

Technology) to issue technology bachelor's degree in July, 1982, and obtained the higher managements MBA that in December 22, 2006 the Xiamen University issued, was one gathers the qualifications senior engineer.

Bao Wenchun, 54 years old, company supervisor. Mr. Bao then joined the building materials group from May, 1997, in holding the post of the supervisor and took the post of management position to accumulate over 12 years to experience. From September, 2004, Mr. Bao was routine deputy general manager of Beixinjituan, was the trustee of Beixinjituan from April, 2002, and became the party committee secretary of northern new building materials LLC from August, 2004. Deputy general manager, general manager and chairman who from May, 1997 to September, 2004, Mr. Bao once one after another took the post of the northern new building materials. Mr. Bao also once became the northern northern new building materials LLC finance department manager from January, 1996 to August, 1997, and took the post of the northern new building materials LLC (to change the system financial division assistant deputy office chief before Beijing New building material Main plant) from February, 1993 to January, 1996. Mr. Bao graduated from July, 1987 from the Beijing chemical management Cadre Institute accounting department. He is a chartered accountant.

Cui Shuhong, 40 years old, company supervisor. Ms. Cui then joined the building materials group from October, 2001, in holding the post of the supervisor and took the post of management position to accumulate over 12 years to experience. Ms. Cui then became the company administration human resources department general manager from April, 2005. From April, 2002 to April, 2005, Ms. Cui once became the parent company general manager office assistant director, and became the northern new building materials human resource department assistant manager and general manager office assistant director from October, 2001 to April, 2002. From August, 1997 to October, 2001, Ms. Cui also became the northern new building materials LLC general manager office assistant director. Ms. Cui attained the Beijing economics institute to issue the economic bachelor's degree in July, 1990. She is one gathers the qualifications senior economist.

Opens the common people, 70 years old, independent supervisor. Mr. Zhang is also Beijing East petrochemical limited company expert consultant. Mr. Zhang then joined up with the company from May, 2005, in holding the post of the supervisor and took the post of management position to accumulate over 30 years to experience. From 2001 to 2002, he once one after another took the post of north Beijing to melt Group ethylene series factory debt to transfer shares of stock the preparatory group members, took the post of China Petroleum and Chemical Corporation Group to go on the market the work team to synthesize group vice-group leader from 1999 to 2001, and became Sinopec Beijing Yanhua petrochemical limited liability company board of directors secretary from 1997 to 2000. Mr. Zhang became Beijing Yanshan petrochemical limited company vice-chief economist concurrently project department heads from 1988 to 1993 one after another, became the chief economist in this company from 1993 to 1997, and became deputy general manager in this company from 1997 July to 1999 December. From 1983 to 1988, Mr. Zhang once took the post of the factory manager assistant and chief economist in East Is Red refinery. He is one gathers the qualifications senior economist.

Liu Chijin, 45 years old, independent supervisor. Mr. Liu then joined up with the company from May, 2005, in playing the supervisor role and taking the post of

Page 30

CNBMC00143339

management position accumulated over 20 years to experience. Mr. Liu then became pan-Pacific Ocean management study center chairman concurrently president from 2002, and became Beijing pan-Pacific Ocean management training limited company general manager concurrently chairman from 2004. Mr. Liu also took the post of Nokia from 1999 to 2001 (China) investment limited company vice president, took the post of Ericsson (China) limited company senior vice president the concurrently Ericsson China dean and to take the post of American McCarty in 1996 from 1997 to 1999 the consultant firm senior adviser, and became Dover industrial group vice president from 1993 to 1995. From 1985 to 1988, Mr. Liu once became the Shandong building materials technical institute assistant professor, at present is the Beijing Capital Entrepreneur Club assistant director and Harvard University Business school Beijing Alumni association president, the Xiamen University management college EMBA project joint director. Mr. Liu attained Fuess University to issue the physics master's degree in 1990, and attained Harvard University Business school to issue the MBA in 1997.

Higher managements Li Yimin, 54 years old, company vice president. The resume sees "executive director".

Pengshou, 47 years old, company vice president. The resume sees "executive director".

Cui Xingtai, 46 years old, company vice president. Mr. Cui then joined the building materials group from June, 1999, accumulated over 21 years service in the Chinese building materials profession and managerial experience. Mr. Cui from the party committee secretary who August, 2004 then takes the post of the Zhonglian cement, and from the chairman who April, 2005 takes the post of the Zhonglian cement. Mr. Cui became Zhonglian cement vice-chairman from August, 2004 to April, 2005, became the parent company deputy chief engineer from November, 2003 to March, 2005, became the Zhonglian cement chief engineer from July, 1999 to August, 2004, and became Zhonglian cement deputy general manager from April, 2002 to August, 2004. From June, 1997 to January, 1999, Mr. Cui became Shandong Lunan Cement plant factory manager. Mr. Cui attains the Wuhan industrial university (presently for the Wuhan University of Technology) to issue the project bachelor's degree in July, 1984, and graduated from July, 1998 from the Chinese Academy of Social Sciences graduate school Enterprise management profession, and will obtain the higher managements MBA that in January 17, 2008 Qinghua University issued. He is one gathers the qualifications senior engineer. Mr. Cui is the Chinese Cement Association vice-chairman from December, 2007.

Opens earnest money, 50 years old, company vice president. Mr. Zhang then joined the building materials group from August, 1999, accumulated over 20 years service in the Chinese building materials profession and managerial experience. Mr. Zhang then became the Chinese duplicate material chairman from September, 2004, and from the general manager who January, 2003 took the post of the Chinese duplicate material. From March, 2002 to January, 2003, he also became the Chinese Inorganic materials technology industrial group general manager, became Chinese Inorganic materials technology industrial group Company deputy general manager from January, 2001 to March, 2002, and became Beijing pan-China glass limited company general manager from August, 1999 to September, 2001. From February, 1997 to August, 1999,

CNBMC00143339

Mr. Zhang once became the Shandong technical ceramics Research Design institute vice-president. In August, 1982, Mr. Zhang attained Anshan Steel and iron Institute to issue the project specialized bachelor's degree. In June, 2005, he attained the Xiamen University to issue the higher managements MBA. Mr. Zhang is one about the qualifications professor level senior engineer, and for the enjoyment government's special allowance personnel who the State Council authorizes.

Often Zhang Li, 37 years old, company vice president. Mr. Chang joined the building materials group in August, 1997, in processing this company domestic listed company affairs matter accumulated over 8 years to experience, participates in the related company world selling and stock in all main matters concerned that Stock Exchange went on the market. From August, 1997 to March, 2005, Mr. Chang then took the post of the northern new building materials many key posts, including the northern new building materials negotiable securities department assistant managers and managers and northern new building materials management planning department manager, the board of directors secretaries and deputy general managers who and took the post of the northern new building materials. During this, besides the fulfillment northern new building materials' general company duty, Mr. Chang is also responsible for processing concerns all legal issues of northern new building materials, and actively participates in the reorganization and purchase items of northern new building materials and many within subordinate company. Mr. Chang graduates from July, 1994 from the Wuhan industrial university (presently for the Wuhan University of Technology), had technology bachelor's degree, and attained Qinghua University to issue the MBA in June, 2005. Mr. Chang at present is the company law department general manager, is the central enterprise youth federation committee member and Beijing listed company Association assistant deputy secretary-general.

Chen Xuean, 43 years old, corporate finance inspector general. Mr. Chen then joined up with the company from March, 2005, accumulated over 19 years experience in financial. Mr. Chen was appointed Ministry of Finance to count the appraisal department central committee department head from June, 2000 to January, 2004. Mr. Chen also took the post of Ministry of Finance to count the appraisal department monitor place department head from August, 1995, and took the post of Ministry of Finance to count the appraisal department property auditing assets place assistant deputy office chief and SAC Office Financial division assistant deputy office chief. Mr. Chen attained Beijing Institute of Technology to issue the management science master's degree in November, 1999, presently is the senior accountant.

About qualifications accountant

Pei Hongyan, 34 years old, company gathers the qualifications accountant. Ms. Pei joined the building materials group in May, 2001, accumulated over 6 years to experience in accountant. From November, 2003 to April, 2005, Ms. Pei then became the finance department senior accountant in parent company, and took the post of the general manager assistant of parent company finance department from November, 2002 to April, 2005. From March, 2002 to December, 2004, Ms. Pei was also the trustee of Kunming cement holding limited company, and from May, 2001 to the chief financial officer who October, 2004 held the post of the Chinese duplicate

CNBMC00143339

material. Ms. Pei attained the Dongbei University of Finance and Economics to issue to manage the master's degree in 1999, was British Association of Chartered Certified Accountants member. Ms. Pei is also the non-disciple member of China Institute of Certified Public Accountants, the present full-time employment works in the company.

Joint attendance company secretary often Zhang Li, 37 years old, the joint attendance company secretary in company. The resume sees "senior-level management".

Rwandan beautiful rosy clouds, 49 years old, the joint attendance company secretary in company. Rwandan woman at present is the enterprise service department trustee of outstanding good specialized commercial limited company, is Britain specially permits the secretaries and administrative personnel trade union and Hong Kong specially permits the senior member of secretary trade union. Rwandan woman accumulated over 20 years to experience in company secretary, she once was many provided the service in the company that Stock Exchange went on the market in the past. Besides the company, she now is the company secretaries or the joint attendance company secretaries of Stock Exchange four listed companies.

(5) Publisher internal control project company in the listed company of Stock Exchange of Hong Kong going on the market, to observe the related supervision request, improves the company internal control management, guarantees internal supervisory system steady properly moreover effective, the company established and improved has taken the financial management system and investment management system, technical and project management system and audit management system and administrative personnel management system and so on as the primary coverage perfect internal control system.

1. the financial management system publisher acted according to the stipulation of national peripheral area laws, the actual situation in union company, the formulation and has continually consummated "Loan And Guarantee Policing method", "Budget management Means", "Chief financial officer Delegates And Policing method", "Financial accounting report Policing method" and so on a series of financial control control system. The loan and guarantee behavior of effective standard company, subsidiary company and all levels of holding company; Has stipulated company budget management principle and budget management organizational system and budget drafting, implementation and control, feedback and examination and other operating processes in detail; Strengthened the financial supervision and centralized management of company antithetical couplet company and all levels of holding company; The financial inventory accounting information of standard company, subsidiary company and all levels of holding company provides, guarantees various financial inventory accounting information real complete and prompt accurate.

2. investment management system

The company has worked out "Strategic plan And Implementation Policing method", various standard companies and subsidiary companies' strategic decision and strategic implementation behavior, and administration authority to strategic plan's main body, implementation and appraisal has made the stipulation.
The company has formulated "Capital operation Policing method", the capital

Page 33

CNBMC000143339

operation activity of standard company and subsidiary company, rented and trust service to the enterprise to the merge and separation and the related assets appraisal and venture capital in service management and capital operation of limited liability company stockholder's rights transfer and sell and enterprise merger and acquisition, property rights and stockholder's rights, goes on the market and issues additional and other management of service to make has been clear about, the detailed stipulation.

3. technical and project management system

The company has formulated "Capital Investment plan Decision-making Public hearing Management Tentative method", "Project Construction management Means", improves the company investment decision management, realizes the scientific style, standardization and institution company investment decision, improves the investment decision quality, had stipulated in detail the organization of project decision-making public hearing convenes the procedure; Improves the company project construction process management, the standard administrative action, improves the project construction quality and investment return, in the company and subsidiary company respective the management duty to the project construction made had clearly stipulated.

In order to improve the labor protection work in various company service tectonic plate production and operating activities, the improvement work condition, protects worker's safety and healthy in production process, the company according to the relevant state departments about the laws and "China of labor protection Building materials Group Safety control Stipulation", has formulated "Production safety management Stipulation" in light of the company actual situation, the management structure and responsibility to the safety in production, inspected and reorganizes, reward and punishment measure and so on made has been clear about the detailed stipulation.

In addition, the company has also formulated "Items of basic construction Completion Approval Management Temporary provisions", "Quality control Means", "Information system Management Temporary provisions", "Science and technology Job management Means" and so on, had formed the more scientific and perfect technical job management system and project management system.

4. the audit management system company has formulated "Management audit Job management Tentative method", "Engineering project Audit Tentative method", "Economic accountability audit Tentative method" strengthens to the internal supervision and of the risk company, subsidiary company and all levels of holding company, the management audit work of standard company, subsidiary company and all levels of holding company, and so on made to the establishment, responsibility and the jurisdiction and audit work procedure and request, penal regulations management audit organization had clearly stipulated; The standard company, subsidiary company and all levels of holding company engineering project audit work, to engineering project the implementation, the auditing routine of, the work content audit work and so on made had clearly stipulated; Strengthens to company subordinate all levels of holding subsidiary company and business agency person in charge economic accountability audit work, and so on made to the job engineering and work of content, the working routine, the work result as well as the penal regulations

Page 34

CNBMC00143339

economic accountability audit had clearly stipulated.

5. administrative personnel management system

The publishers have formulated the more exhaustive administrative personnel management system, has made the clear description to various administrative departments' scopes of official duty.

Second, publisher management scope and main business investigation

(1) The main business service of publisher

Company after approving the management scope is: The technical research and development, production and sale new building material and product production, new house, cement and product, glass fiber and product, compound materials and product; Building material warehousing, allocation and retailing; The technical research and development, engineering design and project primary contractor cement and glass production line; The engineering design and project primary contractor of new building material; , Provides the information service with the above service related technical advisory work. Contracts foreign building materials, building and project contractor, the engineering surveying, consultation, design and overseeing project light industry profession; Equipment and material export that the above foreign project needs; The foreign dispatch implements the workers who the above foreign project needs.

Chinese building materials limited liability company department does not have the management, performs the supervisory control function, its main product came from the subordinate enterprise:

Cement (Chinese union cement Group Company limited and southern cement limited company

Light quality building materials (Beixinjituan building materials limited liability company (note: Mainly is the gypsum board and asbestos attracts sound board and light steel keel)

Glass fiber and glass fiber reinforced plastic product (Chinese compound materials Group Company limited (note: At present the fan blade occupies quite high)

What the engineering service (the Chinese building materials international construction project limited company needs to explain is the Chinese building materials pooled enterprises China Bolivia filament belongs to the glass fiber production enterprise, but because Chinese Bolivia filament has not been included in the Chinese building materials combined statements scope, therefore presently temporarily does not carry on the multianalysis to its service. The company at present and produces to expand along with the merger and acquisition, various tectonic plate services during 2005 - 2007 has the quick development, the concrete changing condition is as follows:

Cement tectonic plate

Page 35

CNBMCO0143339

In 2005

In 2006

In 2007

Zhonglian cement

Cement output (ten thousand tons)

542.95

951

1,368

Chamotte output (ten thousand tons)

599.66

994

1,564

Southern cement

Cement output (ten thousand tons)

-

-

298.8

Material output (ten thousand tons)

-

-

384.1

Gypsum board tectonic plate (northern new building materials)

In 2005 in 2006 in 2007 ultimate output (1 million square meters)

CNBMC00143339

164.1

246.1

306.1

Total sales volume (1 million square meters)

150.5

247.1

303

Northern new gypsum board average unit prices (Yuan/sm)

6.2

6.59

6.29

Taihe gypsum board average unit prices (Yuan/sm)

3.9

4.05

4.15

The asbestos attracts the sound board and light steel keel (northern new building materials)

In 2005 in 2006 in 2007 asbestos attracts the sound board output (1 million square meters) 11.6 13.98 9.76 asbestos to attract the sound board sales volume (1 million square meters) 11.8 13.62 10.41 light steel keel output (thousand tons) 26.1 29 35.1 light steel keel sales volumes (thousand tons) 25.7 30.3 38.2 glass fiber reinforced plastic products (Chinese duplicate material)

In 2005

In 2006

In 2007

Page 37

CNBMC00143339

Glass fiber reinforced plastic product output (thousand tons)

12.9

11.1

13

Glass fiber reinforced plastic product sales volume (thousand tons)

14.5

13.8

16.1

Glass fiber reinforced plastic product average selling price (Yuan/ton)

14,753.10

16,713.90

16,688.00

Bolivian filament thin felt output (1 million square meters)

43.9

44.4

79.7

Bolivian filament thin felt sales volume (1 million square meters)

43.9

45.2

77.4

Bolivian filament thin felt average selling price (Yuan/sm)

1.3

1.03

0.96

CNBMCO00143339

At present, the Chinese duplicate material in the retention original glass fiber reinforced plastic products business's foundation, starts the main development fan blade product, already became Chinese maximum 1.5MW fan blade manufacturer, by the end of 2007, the Chinese duplicate material has produced 1012 pieces of 1.5MW fan blades, 933 pieces have been available smoothly.

In engineering service, the Chinese building materials subordinate's Chinese building materials international construction project limited company the research and services areas grasps in float glass, new method cement and other product is having the proprietary intellectual property rights home and even the party core technologies, main business big-scale work design, construction, installment, debugging, service and project primary contractor service.

The overall analysis, the Chinese building materials limited liability company has certain competitive advantage in four big business areas, the profession status is high, is in our country building materials profession few in number, has the more perfect building materials product and weaponry R&D, production and sales system's enterprise. Company existing scale and technology will become will compete in the future the superiority, is helpful to maintains and further promotes the company industry in the status.

(2) The publisher sells the service operating condition

1. company 2005 - 2007 the main product main business income classification is detailed:

Unit: Ten thousand Yuan revenue item

In 2007

In 2006

In 2005

Amount

Accounts for the income proportion

Amount

Accounts for the income proportion

Amount

Accounts for the income proportion

Cement

CNBMC000143339

480,796

44.9%

223,048

33.8%

128,107

26.9%

Light quality building materials

308,825

28.8%

281,130

42.6%

233,371

48.9%

Glass fiber and glass fiber reinforced plastic product

78,510

7.3%

36,903

5.6%

32,437

6.8%

Engineering service

188,170

17.6%

118,308

CNBMC00143339

18.0%

82,859

17.4%

This

14,682

1.4%

0

0

0

0

Sum total

1,070,983

100%

659,389

100%

476,774

100%

Data origin: The company provides

From various company tectonic plate business income situation analyzes, currently various company tectonic plate business incomes have the great scope to grow, simultaneously the cement service tectonic plate business income proportion promotes year by year, already by 2005 26.9% rise to 2007 44.9%, surpass the light quality building materials tectonic plate to become the Chinese building materials income first big tectonic plate. Various holoscopic company overall situations and tectonic plate business income scales, the corporate business scale is big, overall strength, as the national large-scale building materials enterprise, the company has high market niche.

2. company 2005 - 2007 main product main business benefit classification detailed unit: Ten thousand Yuan

Page 41

CNBMC000143339

The revenue item in 2007 in 2006 in 2005 the amount accounted for the income proportion amount to account for the income proportion amount to occupy the income proportion cement 93,729 43.3% 52,375 36.8% 29,708 33.9% light quality building materials 63,350 29.3% 55,108 38.7% 33,778 38.5% glass fiber and glass fiber reinforced plastic product 20,720 9.6% 10,912 7.7% 9,693 11.0% engineering service 35,724 16.5% 23,921 16.8% 14,552 16.6% this departments 2,907 1.3% 0 0 0 equals 216,430 100% 142,316 100% 87,731 100% data origins: The company provides from various company tectonic plate business benefit situation analyzes, at present various company tectonic plate service main business benefit amounts present the great scope to grow, especially the cement tectonic plate growth rate is quick. At present the building materials profession especially cement industry has high profit space, the company while the service gradually expansion, use regional economies monopolistic advantage and economies of scale superiority and part material central buying cost control and partial product unification sale promotion price level and other superiority and methods, gradually promotion profitability.

(3) Publisher in the future the investigation of sustainable development ability

1. publisher in industry growth prospect

"25" time are the crucial phases that in our country fully building a well-off society advancement carries on the task, the building materials profession takes the national economy the important basis raw and semifinished materials industries, will continue to play the vital role in "25" developing process, in the future the prospects for development will be good, according to national economy and social development "25" plan summary, before 2010, GDP will maintain over 8% the rates of increment, the next 4 years will be our country industrialization and urbanization and new rural reconstruction rapid growth time, will be the building materials profession have the development opportunity the time. The architecture industry, transportation industry and other professions are the pillar industries of our country economy sustained development, will lead the development of building materials profession effectively.
2. competitive advantage (1) publisher's market niche superiority that the publisher has

The Chinese building materials limited liability company at present various tectonic plate services are in the leading position in the home and Asia, the partial product produce to be situated the national and even the Asian first place, the profession status obvious advantage, has certain right to speak. The concrete profession status is as follows:
Involves the tectonic plate

Involves the company

Major industry profession status

Cement tectonic plate

Page 42

CNBMC00143339

Zhonglian cement

Produces to leap to domestic cement industry second, is the Huai Hai economic zone as well as the south-eastern economic zone maximum cement producer.

Southern cement

Light quality building materials

Northern new building materials

Asian maximum gypsum board producer

Compound materials

Chinese duplicate material

Home maximum 1.5MW fan blade manufacturer

Engineering service

Chinese building materials project

Home maximum float glass project service provider

Glass fiber

Chinese Bolivia filament

Is maximum in Asia, the world second glass fiber producer

(Cement tectonic plate's superiority)

The cement is the important basis raw material of economic construction, at present domestic and foreign still did not have one material to be possible to substitute the cement the status. Was drawn influence by the national economy fast growth, the cement industry operational aspect is good.
The Chinese building materials limited liability company subordinate cement tectonic plate enterprise Zhonglian cement and southern cement are the new method cement enterprises, the new method cement original aqueous method kiln burns in original, fuel fully and uses, the promotion unit produce to be able, the energy conservation consumption, to reduce the emission and so on to have the big promotion. Simultaneously may also the part takes two times using the part virulent and toxic waste and town refuse the crude fuel, may reduce the social environment pressure.

The cement industry has market regionalizing characteristic to be obvious, was transported distance limit to be many, therefore in a region, if can form the

Page 43

CNBMC00143339

region to monopolize, then may obtain high right to speak in selling price and other stratification planes. But our country cement industry has formed the highly scattered characteristic, therefore the national industry policy vigorously promoted the profession mergers and reorganization in recent years, therefore the Chinese building materials limited liability company seizes this opportunity north our country by the Zhonglian cement, in the south takes the southern cement as the core, implements the merger and acquisition primarily and newly-built for the auxiliary policy, expands own market niche.

The Zhonglian cement at present is the Huai Hai economic zone maximum cement enterprise. Company staple market scope covers Shandong, Jiangsu, Anhui, Henan, Hebei and other provinces. In 2007 the Zhonglian cement and subsidiary company successfully acquired the Taishan cement Group Company limited 90% stockholder's rights and Rizhao port source cement limited company 100% stockholder's rights one after another, further expanded the building materials stock in the Huai Hai economic zone and peripheral market's market share and influence, has consolidated the company in the Huai Hai economic zone cement market's dominant position.

In 2007, the Zhonglian cement has further strengthened and has improved the central buying supervisory work, the advancement centralized procurement, enables in the subsidiary enterprises the information resource to obtain sharing, not only effectively cut various subsidiary enterprises' purchasing prices, overcame original, fire-wood to attend to effectively continues rises in prices the effect on the production cost, simultaneously further strengthened to the dynamics of subsidiary enterprise product price management, further stabilized and promotes the market price. From April 1, 2007, the product brand unifications of various Zhonglian cement subsidiary enterprises were "the CUCC Zhonglian", won the approval and praise of consumer, has realized the brand integration.

On August 17, 2007, the Chinese building materials and Zhejiang nation reached investment limited company and Jiangxi Japanese rhodea cement limited liability company, Hunan SAC and Zhejiang peak group limited liability company and Beijing Huachen century investment limited company work out the investment agreement, was established the southern cement limited company. The southern cement's market region covers Shanghai, Zhejiang, Jiangsu, liangxi, Hunan and other province cities. By the end of 2007, the south cement successfully acquired the Zhejiang cement limited company 100% stockholder's rights and Zhejiang Hushan Group Company limited 90% stockholder's rights and Changxing Xiao Pu audiences abundant cement limited company 95% stockholder's rights and in the Changxing Mt. Meishan audiences abundant building materials limited company 95% stockholder's rights and Zhejiang in one after another the Kaiyuan cement limited company 80% stockholder's rights and Zhejiang in the Xinyuan cement limited company 75% stockholder's rights and Anhui the Guangyuan cement limited company 80% stockholder's rights, and separately pooled capital to establish the Zhejiang south peak cement limited company, the southern Japanese rhodea cement limited company and Hunan south cement limited company with the Zhejiang peak group limited liability company and Jiangxi Japanese rhodea cement limited liability company and Hunan SAC, the joint reorganization progress was smooth. At present forms certain region superiority in the

CNBMC00143339

south-eastern economic region.

If according to planning to complete the purchase, the south cement will achieve an approximately 131 million tons name to produce at the end of 2008 energy, at the end of 2009 will achieve an approximately 144 million tons name to produce energy, will become Chinese maximum cement producer. It is estimated that south at the end of 2009 the cement will approximately account for 68% in the Zhejiang cement market share, will approximately account for 62% in the Shanghai cement market share, will approximately account for 47% in the Hunan cement market share, will approximately account for 45% in the Jiangxi cement market share.

(Light quality building materials

The gypsum board is in the world applies widely, one of amount of use maximum wall materials, developed country average per person gypsum board consumption quantity 4-10 square meters, but our country gypsum board average per person annual consumption is only 0.4 square meter. Since the 21st century, the gypsum board demand assumes the growth trend, every year increased range over 20%; According to 20% year growth rate, it is estimated that the market absorption capacity of our country gypsum board will amount to 1.4 billion square meters to 2010, the market growth space is very big.

The Chinese building materials limited liability company subordinate light quality building materials tectonic plate enterprise for the northern new building materials, the northern new building materials is A stock listed company, takes the paper surface gypsum board, the asbestos sound absorbing baffler, the light steel keel and so on new building material as the leading product. Through the purchase annexation and self-fast accumulation, the northern new building materials have promoted the synthesis competitive advantage and development potential. At present, company gypsum board has "Long" and "Taishan" two brands, the brand superiority is remarkable, the product quality was good, has realized the high production efficiency and low production cost. At present the northern new building materials are the domestic first big gypsum board enterprise.

In 2007, the northern new building materials with the aid of Beijing Olympic Games engineering constructions as well as regional urbanization construction's opportunities, enlarged to the key landmark project marketing dynamics, continuously China Central Television new Taiwan site project and Beijing first tall building - country trade these phases of projects, the staple product enters the landmark project comprehensively, expanded the brand and market appeal, has realized the sustained growth of main business customer, simultaneously has effectively promoted the brand image.

(The compound materials China building materials limited liability company subordinate's compound materials tectonic plate enterprise was mainly the Chinese duplicate material, Chinese Duplicate Material Company has constructed the home largest compound materials industry garden in Lianyungang. In glass steel pipe pot, company has the overseas introduction and indigenously develops and has the international advanced standard textile fiber winding glass steel pipe pot, air bottle and so on compound materials and product production line about 20, the annual production capacity approximately 20,000 tons, can produce at present our

CNBMC00143339

country maximum ten thousand tons compound materials accumulator tank, is the home largest glass steel pipe pot production base. At the same time, Chinese duplicate material's Bollvian filament Bo Zhanchan can also be the first place, and is national maximum Bolivia filament Bo Zhan the exporter. At present, the Chinese duplicate material became Chinese maximum 1.5MW fan blade manufacturer, by the end of 2007, the Chinese duplicate material has produced 1012 pieces of 1.5MW fan blades, 933 pieces have been available smoothly.

Third, publisher near two years collection fund use repayment investigation

(1) Publisher direct finance collected fund use and repayment on February 28, 2006, the company was allowed to sell on ration and Hong Kong by the world sells the way to distribute 75,233.4 ten thousand H stocks to beyond the border public figures publicly, and was listed officially in the Stock Exchange of Hong Kong in March 23, 2006, each issue price for the Hong Kong dollar 2.75 Yuan, altogether collected the fund Renminbi 213,636.52 ten thousand Yuan.

On April 8, 2007, the company inter-bank bond market issued 1 billion Yuan enterprise bond internally, the deadline was 10 years.

On August 17, 2007, company issued additionally new stock 14,974.92 ten thousand in Hong Kong, the issue price for the Hong Kong dollar 17.80 Yuan, altogether collected the fund Renminbi 256,957.62 ten thousand Yuan.
(2) Publisher near two years bank loan use and repayment

According to the letter forever the neutral accounting firm the serial number that writes up for the company is XYZH/2007A3020 number in 2007 the report of audit, at the end of 2007 China building materials in bank and non-bank financial institutions loan total amount 12.107 billion Yuan, the short money 7.756 billion Yuan, the proportion will be 64.06%; Long-term loan 565 million Yuan that in one year expires, proportion 4.67%; Long-term loan 3.786 billion Yuan, proportion 31.27%.
1.2007 the end of the year company has the rest maturity structure table unit: Hundred million Yuan

Debt type

On December 31, 2007 remaining sum

Proportion

Short money

77.56

64.06%

Non-current liability that in one year expires

Page 46

CNBMC00143339

5.65

4.67%

Long-term loan

37.86

31.27%

Sum total

121.07

100%

2.2007 the end of the year company has rest debt credit financing and guarantee financing structure table

Unit: Long-term loan long-term bond amount sub-total amount proportion amount proportion amount proportion credit loan that hundred million Yuan project short money long-term loan in one year expires 45.27 58.37% 14.04 37.09% 0.23 4.07% - 59.54 mortgage loans 4.07 5.25% 2.55 6.72% 1.44 25.49% - 8.06 pawn loans 2.40 3.09% - - 2.40 guaranteed loans 25.82 33.28% 21.27 56.19% 3.98 70.44% 9.92 60.99 equal 77.56 100.00% 37.86 100.00% 5.65 100.00% 9.92 130.99 3.2007 the end of the year companies to have the long-term loan interest rate that the rest debt interest rate deadline situation table project short money long-term loan in one year expires (%) loan deadline interest rate (%) loan deadline interest rate (%) loan deadline credit loan 5.02-7.29 6 months year 5.63-5.83 3-5 years 5.022 3.5 years mortgage loan 6.16-10.43 6 months year 6.48 3-6 years 6.039-6.93 2-5 years pawn Loan-six month year - guaranteed loan 4.86-10.86 6 months year 5.85-7.65 3-9 years 5.58-7.2 2-5 years (3) People's Bank credit consulting system inquiry result will cut off on April 30, 2008, indicated through the People's Bank of China credit consulting system inquiry that the company completely also Renminbi and foreign currency loan five levels of classifications have not been normal, exceeded the time limit, debit interest without the loan and other situations.

Fourth, the publisher risk factor investigates the debt of (1) financial risk company possibly to have the adverse impact on the corporate finance condition. The company increases the loan to deal with the working capital demand that the company increases unceasingly, as well as some capital outlays and purchase items of company, the debt condition in company causes the company to face certain fund pressure. When the company future fund reaches to debt maturity repays the condition in debt, primarily will be decided by the company whether to obtain enough cash inflow from the operative activity, and company whether to gain enough exterior financing to decide. The company future management can come under the

CNBMCO00143339

factor influences of many uncontrolled systems, including building materials market's demand and price fluctuations. Whether the company can gain exterior financing, will come under the influence of our country macroeconomic, this will affect the repayment of corporate debt.

(2) Operational risk

1st, brings the industry market competition that the venture that locates to intensify faced with the market competition, if the company cannot deal with the competitive condition effectively, possibly faces loses the market and profit margin drop and so on disadvantageous consequence.

2nd, the pressure company that the scale rapid expansion brings the scale expansion will be rapid in the near future, in the future will have the large-scale takeover plan, to in process of mergers and reorganization faced with certain risk. In addition, mergers and reorganization possibly causes to request to undertake is purchased company's relevant responsibility, this will give company's management to bring the influence. The company cannot guarantee that may from acquire in the service that and future must acquire to obtain the anticipated complete benefit. If the company cannot solve these risks, or cannot obtain these benefits, company's operating results will possibly come under the adverse impact.

3rd, burnt material cost rise possibly to have the adverse impact on the company

At present raw material and fuel price have rise the tendency, the company possibly receives the crude fuel rise in price influence, the ratio of margin faced with the pressure of drop.
(3) Regulatory risk

Service category of multiplication will possibly cause the company to manage the aspect to encounter the difficulty. The company in many building materials domain development services, the multiplication of service will probably obtain the management and resource constitution significant pressure to the company, including strengthening the existing service's managed capacity as well as introduces the control mechanism in new purchase the service of; Business integration that will purchase newly in ability management and so on to company existing service. If cannot realize the service multiplication management successfully, possibly has the significant adverse impact on the company.
(4) The policy risk 1, government policy change possibly has the adverse impact on the company cement service tectonic plate

As a result of company's cement service by the influence of government policy, possibly appeared the periodic fluctuation. The company provides the service for numerous professions and customers, it and service to the company cement the demand level of product, possibly presents the large fluctuation because of the change of government macroeconomic policy. Although our country gives priority to the market direction to cement industry's policy at present generally, but the government closely will still keep an eye on the development of cement industry, and possibly

Page 48

CNBMCO00143339

also through promulgating and implementing new policy standard profession, these will have the influence to the future development of company.

2nd, environmental protection laws' can produce the gas emission, waste water and solid waste to the adverse impact company cement, the light quality building materials and glass fiber and glass fiber reinforced plastic product that the company brings. At present, our country has taken the measure, the strict execution environment protection law and laws, and have used stricter environmental standard. If the company cannot abide by the law at present or future environmental protection and laws, the company is completing to design new production facilities to encounter the difficulty, or is compelled to adopt to correct the measure. The above any situation will bring the adverse impact on the company.

Fifth, publisher credit capacity investigation

(1) Company liability structure is reasonable, has strong credit capacity 1.
Property constitution analysis

2005 - 2007 assets structure situation table unit: Ten thousand Yuan

Project

In 2007

In 2006

In 2005

At the end of the year

Same time last year

Amount

Proportion

Amount

Amount

Amount

Current assets sum total

1,146,158.32

38.09%

491,419.66

CNBMC00143339

491,354.66

342,888.84 in which: Monetary fund

386,471.46

12.84%

197,478.89

197,478.89

92,875.32 notes receivable

48,957.62

1.63%

6,625.28

6,625.28

4,262.47 account receivable

214,667.28

7.13%

102,006.46

102,006.46

86,393.32 other should receive money

162,128.12

5.39%

25,371.30

22,605.05

48,370.51 imprest fund

142,374.11

4.73%

CNBMCO0143339

67,303.61

67,303.61

31,592.54 goods in stock

158,936.47

5.28%

83,456.73

83,456.73

72,226.16 nonliquid asset sum total

1,862,584.39

61.91%

934,626.46

And: Fixed asset

1,158,738.44

38.51%

534,294.46

552,999.67

386,974.14 construction in progress

123,112.37

4.09%

152,872.94

152,872.94

116,945.75 intangible asset

CNBMCO00143339

182,221.05

6.06%

40,817.48

35,382.78

29,432.84 goodwills

125,956.43

4.19%

36,809.89

The property amounts to 3,008,742.71 100.00% 1,426,046.11 1,419,689.82 997,140.31

From the property constitution analysis, by the end of 2007, the company current assets equals 11.462 billion Yuan, accounts for the gross asset 38.09%, increase 6.547 billion Yuan compared to the same period last year, the increased range is 133.23%. In the current assets the monetary fund is 3.865 billion Yuan, the proportion is 12.84%, compared to the same period last year increased 1.89 billion Yuan; In 2007 the company needs to increase some raw materials to stockpile according to the production, the goods in stock total amount is 1.589 billion Yuan, the proportion is 5.28%, compared to the same period last year increased 751 million Yuan; The account receivable net amount is 2.147 billion Yuan, the proportion is 7.13%, compared to the same period last year increased 1.127 billion Yuan, the growth of account receivable expands with the company combined statements scope, as well as the company in 2007 sells to grow quickly related. At the end of 2007 company asset total amount Central Africa current assets equal 18.626 billion Yuan, the proportion is 61.91%, compared to the same period last year increases 9.28 billion Yuan, the increased range is 99.29%, the fixed asset increased range is big, is mainly because in 2007 the company is the expanded production, newly-built or completes to construct many production lines. In 2007 the fixed asset the number grows 116.87% compared to the same period last year, grows to 11.587 billion Yuan.
2. property operation ability analysis property operation ability target table

Project

In 2007

In 2006

In 2005

CNBMC000143339

Account receivable cycling rate (time/year)

6.76

6.92 6.92

Days Sales Outstanding 53.96 52.77

52.77 goods in stock cycling rate (time/year)

7.05

6.64 6.21

Stock turn number of days 51.77 54.96

58.81 total assets cycling rate

0.48

0.54 0.57

Company near three years account receivable cycling rate placed over 6, is in the profession high level. The company has paid great attention the management to the account receivable, through, obtains the item received in advance and carries on to receive money management according to the degree of comparison to the customer by the cash transaction and other ways, effectively has controlled the account receivable total amount and account receivable cycling rate stability, reduced the account receivable depreciation risk.

The company goods in stock cycling rate promotes year by year, indicated that the company goods in stock capability to create liquidity is strong, the stock turn number of days is short, the fluidity is good.The total assets cycling rate small scale drops, but maintains basically at about 0.5, has the primary cause of slight fluctuation is the company in 2007 expands quickly is the result, but along with the conformity and profit level in company antithetical couplet company unceasing promotion, company's total assets cycling rate will maintain basic stable.
3. account receivable analysis account receivable situation table (in 2007)

Unit: Ten thousand Yuan account age on December 31, 2007 on December 31, 2006 the end of the year remaining sum proportion bad account preparation the remaining sum proportion bad account prepared for 1 year 190,807.40 84.55% 2,618.97 83,967.46 78.50% 930.47 1-2 years 19,862.17 8.80% 1,717.83 14,979.85 14.00% 898.30 2-3 years 8,141.82 3.61% 1,648.47 4,233.26 3.96% 931.76 3-4 years 2,331.96 1.03% 1,150.75 1,733.21 1.62% 690.84 4-5 years 1,708.16 0.76% 1,224.29 1,360.37 1.27% 864.97 over 5 years 2,814.84 1.25% 2,638.78 690.66 0.65% 642.02 to equal 225,666.36 at the end of the year 100.00% 10,999.08 106,964.82 100.00% 4,958.35 at the end of 2007, the account receivable remaining sum is 2.257 billion Yuan, has counted to propose the bad account to prepare 110 million Yuan, is the account receivable 4.87%, indicated

CNBMCO00143339

that the account receivable depreciation risk is low. The account receivable net amount accounts for the gross asset 7.13%. The growth of account receivable is mainly the enterprise sales size expansion is the result, the company sells the increased range is 60.11%.

4. inventory analysis in 2007 goods in stock detailed list

Unit: Ten thousand Yuan project on December 31, 2007 on December 31, 2006 the book balance fell in price the preparation book balance to fall in price the preparation raw material 71,101.76 75.44 32,516.37 69.92 self-restraint half-finished products and in the product 33,139.83 13.46 15,113.11 0.00 commodity stocks 51,454.84 233.17 34,234.07 499.51 turnover materials (packing material, low value expendable items and so on) 2,633.90 1,504.15 0.00 other 928.20 658.46 0.00 equal 159,258.54 322.06 84,026.16 569.43 companies in 2007 the goods in stock amount is 1.589 billion Yuan, the proportion was 5.28%, compared to the same period last year increased 750 million Yuan, in 2007 some company raw materials implement the unification purchase, to avoid the raw materials price rose, the cost increased, the company increased to the reserves of some raw materials.

5. other should receive money to analyze other should the collection situation table (in 2007)

Unit: Ten thousand Yuan account age on December 31, 2007 on December 31, 2006 the end of the year remaining sum proportion bad account preparation the remaining sum proportion bad account prepared within at the end of the year for 1 year 156,102.47 93.96% 759.94 44,571.04

89.66%

372.59

1-2 years

4,086.45

2.46%

341.29

3,101.78 6.24% 128.78 2-3 years 2,394.16 1.44% 872.16 608.58

1.22%

130.99

3-4 years

2,635.84

1.59%

CNBMC00143339

1,246.38

774.68 1.56% 300.44 4-5 years 394.49 0.24% 265.51 312.62

0.63%

65.38

Over 5 years

519.09

0.31%

519.09

340.91 0.69% 340.91 equal 166,132.49 100.00% 4,004.37 49,709.61

100.00%

1,339.10

At the end of 2007, other should collection remaining sum be 1.661 billion Yuan, has counted to propose the bad account to prepare 0.40 Yuan, other should the collection net amount account for the gross asset 5.39%. Because company at the end of 2007 widens the combined statements scope, causes various end of the period account age other to receive money to increase.

6. debt analysis

2005 - 2007 liability structure situation table unit: Ten thousand Yuan

Project

In 2007

In 2006

In 2005

At the end of the year

Same time last year

Amount

Proportion

CNBMCO00143339

Amount

Amount

Amount

Current liability

1,490,241.43

74.37%

564,999.59

565,148.96

533,134.92

And: Short money

775,615.12

38.71%

321,974.86

321,974.86

271,396.67

Account payable 246,071.01 12.28% 102,430.69 102,228.62 84,948.50 advance receipt funds

69,065.38

3.45%

19,825.99

19,825.99

25,511.38

Other should pay money 216,623.26 10.81% 34,121.59 40,260.29 53,028.19 non-current liabilities to equal 513,515.04 25.63% 253,597.36 - -: Long-term loan 378,566.00 18.89% 246,851.00 246,851.00 100,461.00 bond payables

Page 56

CNBMC000143339

99,219.73

4.95%

-

-

-

Debt grand total

2,003,756.47

100.00%

818,596.95

814,916.40

637,800.25

From the debt constitution analysis, at the end of 2007 company current liability occupies in the company total liabilities is quite big, the current liability total amount is 14.902 billion Yuan, accounts for 74.37%, compared to the same period last year increases 9.252 billion Yuan that is always in debt, the increased range is 163.76%. Non-current liability total amount is 5.135 billion Yuan, accounts for 25.63%, compared to the same period last year, the non-current liability that is always in debt increases 2.599 billion Yuan, the increased range is 102.49%.

The current liability short and medium term loans 7.756 billion Yuan, compared to the same period last year increases 4.536 billion Yuan; Account payable 2.461 billion Yuan, increase 1.436 billion Yuan compared to the same period last year.

Non-current liability medium and long-term loans 3.786 billion Yuan, compared to the same period last year increases 1.317 billion Yuan; Bond payable 992 million Yuan, were mainly the company have distributed 10 years time enterprise bond 1 billion Yuan in April, 2007.

Current liability proportion rise increased the company short-term debt redemption pressure, but because the corporate finance channel is quite at present rich, the property ratio of debt to net worth is still permissible, at present company current liability increases conforms to its expanded scale of production and production operation characteristic, the risk is controllable.
Overall speaking, the financing channel in company has covered the bank loan, and advance receipt credit commercial credit financing including the account payable and going on the market collects as well as the release enterprise bond, has exhibited the characteristic of multiplication, and direct finance starts to

CNBMCO00143339

promote in the corporate finance gradually.

7. credit capacity analysis

Target in 2007 in 2006 in 2005 current ratio 0.77 0.87

0.64 quick ratio

0.66

0.72 0.51

Cash ratio 0.26 0.35

0.17 property ratio of debt to net worth

66.60%

57.40%

63.96%

Near three years company short-term debt redemption target small scale fluctuates, maintains basically at the stable level. The property ratio of debt to net worth assumes the small scale fluctuation tendency, in 2007 compared went up last year, but still maintained below 70%, was in the profession average levels basically. Indicated that the company along with the growth of operation scale, rationally controls the profit report scale and structure, the property use efficiency was high, has maintained the good long and short term credit capacity.

(2) The main business income growth, the profitability is strong

The company mainly gains the target unit: Ten thousand Yuan

Project in 2007 in 2006 at the end of 2005 same time last year business income 1,086,609.73 678,666.56 --: Main business income 1,070,983.31 659,389.11 651,544.31 476,773.63 trading profit 97,346.42 60,232.00 42,718.19 24,472.97 gross profit 135,058.03 65,666.96 64,920.70 49,632.70 net profit 88,737.65 40,552.42 39,000.01 31,891.11 net profits rate 8.29% - 5.99% 6.69% total assets returns ratios 4.00% - 3.23% 3.79% net rates of return 11.50% - 8.59% 14.04% notes: In 2007 and in 2006 adjust number are "the net profit of ownership parent company owner" in 2007 the company sell the business income are 10.71 billion Yuan, compared to the same period last year grew 4.116 billion Yuan, the increase rate was 62.42%. Although crude fuel, electric power and other prices rose, causes the cost to rise, but the trading profit still maintained the growth movement. In 2007 corporation profit total amount 1.351 billion Yuan, rise 694 million Yuan compared to the same period last year, the increased range 105.67%. In 2007 belongs to the parent company net profit is 887 million Yuan, compared to the same period last year grows

Page 58

CNBMC00143339

482 million Yuan, the increased range 118.82%.
In 2007 the net profit rate, the total assets returns ratio and net rate of return in 2006 had greatly enhance. 2005-2007 years net profit rate respectively is 6.69%, 5.99% and 8.29%, net rate of return by 2006 8.59% enhance to 2007 11.50%, manifest the company profitability to be strong.
Company's profitability is decided by the operating conditions in various subordinate tectonic plate companies, from occupying corporate business profit dominant position cement, light quality building materials and other profession situations, along with the rapid growth of our country economy, the building materials profession will have big growth space, will inevitably lead the enhancement of Chinese building materials overall profitability.
(3) The cash flow stable growth, the managerial net cash inflow was sufficient 2005 - 2007 cash flow situation table unit: Ten thousand Yuan item

In 2007

In 2006

In 2005

At the end of the year

Same time last year

First, cash flow net amount that operative activity has

55,120.47

43,545.20

43,545.20

18,603.53

Cash inflow sub-total

1,182,255.56

765,238.60

765,238.60

485,056.16

Cash outflow sub-total

Page 59

CNBMC00143339

1,127,135.09

721,693.40

721,693.40

466,452.63

Second, cash flow net amount that investment activity has

-548,068.52

-183,801.08

-183,801.08

-72,494.04

Cash inflow sub-total

41,974.57

29,346.88

29,346.88

35,253.97

Cash outflow sub-total

590,043.09

213,147.96

213,147.96

107,748.01

Third, cash flow net amount that investors recognize has

707,275.79

225,308.06

225,308.06

58,735.71

Page 60

CNBMCO00143339

Cash inflow sub-total

2,067,818.35

782,239.56

782,239.56

425,059.50

Cash outflow sub-total

1,360,542.56

556,931.50

556,931.50

366,323.79

Fourth, cash and cash equivalent net gaining volume

211,957.08

84,481.99

84,481.99

4,689.73

In 2007 company cash and cash equivalent grows 2.12 billion Yuan, the net cash
inflow that the operative activity has is 551 million Yuan, the growth originates
from selling the commodity, provides the cash that the service receives, indicated
that the company sells the service to be prominent, the cash inflow is quite
sufficient; Net cash inflow that the investment activity has is - 5.481 billion
Yuan, the cash of investment payment and pays other to grow 397 million Yuan and
2.14 billion Yuan in the investment activity related cash respectively compared to
the same period last year, is mainly because the company produces to expand and
merges the enterprise be the result; For demand that to satisfy the company expands
unceasingly, the cash net current that the company in 2007 the investors recognize
produces enters is 7.073 billion Yuan, the growth originates from the company in
2007 issues additionally 14,974.92 ten thousand H stocks and other financing. The
company in 2007 obtains the cash that the loan receives is 16.404 billion Yuan,
compared to the same period last year grows 10.533 billion Yuan, the production
operation property gap as well as the enterprise that after the enterprise the
primary cause that the corporate loans grow to make up produces can expand produces
in the part non-investment debt demand that in the merger and acquisition process

CNBMC00143339

possibly has.

(4) Indirect financing ability is strong

Chinese building materials limited liability company credit status is good, and
many other banks has established the long-term stable credit operation relations
with the Communications Bank, the Minsheng Bank, Shanghai Pudong Development Bank,
has strong indirect financing ability.
By December 31, 2007, the bank gave the credit specified amount of company
department is 9.82 billion Yuan.

Lender full title

Cur

Credit amount

(Hundred million Yuan)

Has used the credit amount (hundred million Yuan)

Not with loan amount (hundred million Yuan)

Communications Bank Beijing Temple of Heaven Sub-branch

Renminbi

83.00

35.72

47.28

Beijing Bank Wanshou Road Sub-branch

Renminbi

3.00

2.00

1.00

China Construction Bank Haidian Sub-branch

Renminbi

5.20

Page 62

CNBMC00143339

1.00

4.20

Everbright Bank Beijing Xinyuan Sub-branch

Renminbi

2.00

1.20

0.80

China CITIC Bank Zhichun Road Sub-branch

Renminbi

3.00

3.00

0

Merchant banking Beijing Branch Sales office

Renminbi

2.00,

2.00

0

Sum total

98.20

44.92

53.28

The company may momentarily borrow the fund to be used to make up the debt
redemption unmet need from the credit bank.

The company near three years loan rate of redemption and interest reimbursing rate
are 100%, does not exist to exceed the time limit debt that but has not repaid. The

Page 63

CNBMC00143339

company good repaying record as well as the high degree of comparison indicated that the company has strong indirect financing ability.

Overall, company's main business service maintained has continued the stable development, the company overall cash flow structure is stable, the main mobile sex ratio was good, the arrangement of fluid property and debt was quite reasonable, the managerial cash inflow was sufficient, has strong credit capacity.

Sixth, publisher or has the risk to investigate (1) internal and foreign guarantee

By December 31, 2007, the company and respective holding subsidiary company provided guarantee are as follows for other units:

1st, internal guarantee:
Unit: Yuan

Provides the guarantee unit

Was guaranteed the unit

Guarantee type

Guarantee amount

Chinese building materials limited liability company

Qingzhou Zhonglian cement limited company

Joint and several liability guarantee

220 million

Chinese building materials limited liability company

Chinese union cement Group Company limited Nanyang subsidiary company

Joint and several liability guarantee

159 million

Chinese building materials limited liability company

Chinese union cement Group Company limited

Joint and several liability guarantee

1.02 billion

Chinese building materials limited liability company

CNBMCO00143339

Beixinjituan building materials limited liability company

Joint and several liability guarantee

120 million

Chinese building materials limited liability company

Chinese building materials international construction project limited company

Joint and several liability guarantee

200 million

Chinese building materials limited liability company

Chinese compound materials Group Company limited

Joint and several liability guarantee

115 million

Sub-total

1.834 billion

Chinese building materials project

Bengbu triumphant abundant engineering technology limited company

Joint and several liability guarantee

23 million

Sub-total

23 million

Zhonglian cement

Huai Hai Zhonglian cement limited company

CNBMC000143339

Joint and several liability guarantee

581.5 million

Zhonglian cement

Qingzhou Zhonglian cement limited company

Joint and several liability guarantee

365.45 million

Zhonglian cement

Xuzhou Zhonglian cement limited company

Joint and several liability guarantee

385 million

Zhonglian cement

Fuyang Zhonglian cement limited company

Joint and several liability guarantee

27.45 million

Zhonglian cement

Suqian Zhonglian cement limited company

Joint and several liability guarantee

50 million

Zhonglian cement

Lunan Zhonglian cement limited company

Joint and several liability guarantee

253 million

Zhonglian cement

Chinese compound materials Group Company limited

CNBMCO00143339

Joint and several liability guarantee

50 million

Sub-total

1.7124 billion

Chinese duplicate material

In Lianyungang compound switching audiences compound materials Group Company limited

Joint and several liability guarantee

188.5 million

Chinese duplicate material

Chinese union cement limited company

Joint and several liability guarantee

100 million

Sub-total

288.5 million

In Lianyungang compound switching audiences compound materials Group Company limited

Chinese compound materials Group Company limited

Joint and several liability guarantee

139 million

Sub-total

CNBMC00143339

139 million

Northern new building materials

Building materials investment limited company

Association guarantee responsibility

235 million

Northern new building materials

Taicang northern new building materials limited company

Association guarantee responsibility

30 million

Northern new building materials

Suzhou northern new asbestos board limited company

Association guarantee responsibility

20 million

Northern new building materials

Taishan gypsum limited liability company

Association guarantee responsibility

366 million

Sub-total

651 million

Taishan gypsum limited liability company

Qinhuangdao Taishan building materials limited company

Joint and several liability guarantee

CNBMCO00143339

15 million

Taishan gypsum limited liability company

Jiangyin Taishan gypsum building materials limited company

Joint and several liability guarantee

45.55 million

Taishan gypsum limited liability company

Jiangjin Taishan gypsum building materials limited company

Joint and several liability guarantee

35 million

Sub-total

95.55 million

Zhejiang cement limited company

In Zhejiang Xinyuan cement

Joint and several liability guarantee

10 million

Zhejiang cement limited company

In Zhejiang Xinyuan cement

Joint and several liability guarantee

20 million

Zhejiang Hushan Group Company limited

Zhejiang landscape cement limited liability company

Joint and several liability guarantee

110 million

CNBMCO0143339

Zhejiang Hushan Group Company limited

Quzhou Hushan concrete limited company

Joint and several liability guarantee

9.44 million

Zhejiang landscape cement limited liability company

Zhejiang Hushan Group Company limited

Joint and several liability guarantee

84.9 million

In Zhejiang Kaiyuan cement limited company

In Zhejiang Xinyuan cement limited company

Joint and several liability guarantee

19 million

In Zhejiang Xinyuan cement limited company

In Zhejiang Kaiyuan cement limited company

Joint and several liability guarantee

15 million

In Zhejiang Xinyuan cement limited company

In Zhejiang Kaiyuan cement limited company

Joint and several liability guarantee

30 million

Sub-total

298.34 million

CNBMC000143339

Grand total

5.04179 billion

2nd, foreign guarantee:

Unit: The Yuan provides  the guarantee unit

Was guaranteed the unit

Guarantee type

Guarantee amount

Rizhao Zhonglian cement limited company

Sunshine date broad property development limited company

Joint and several liability guarantee

60 million Rizhao Zhonglian cement limited company

Sunshine valuable Jinan business limited company

Joint and several liability guarantee

90 million Rizhao Zhonglian cement limited company

Rizhao Port leaps the trade limited company

Joint and several liability guarantee

10 million Rizhao Zhonglian cement limited company

Rizhao Chinese businessman trade limited company

Joint and several liability guarantee

5 million Zhonglian cement sub-total

165 million

Zhejiang cement limited company

Zhejiang Vinh Long industry limited liability company

CNBMCO00143339

The joint and several liability guarantees 50 million

Zhejiang cement limited company Zhejiang Hongxing spinning and weaving limited company joint and several liability guarantee

95 million Zhejiang cement limited company

Zhejiang Hongxing sha US elegant clothing limited company

The joint and several liability guarantees 10 million

In Zhejiang cement limited company Zhejiang becomes the construction work Group Company limited joint and several liability guarantee

30 million Zhejiang cement limited company

Shaoxing County prosperous family spinning and weaving limited company

The joint and several liability guarantees 30 million

Zhejiang cement limited company Zhejiang world innovation synthetic fiber limited company joint and several liability guarantee

110 million

Zhejiang cement limited company Shaanxi Fuping cement limited company joint and several liability guarantee

300 million

Zhejiang cement limited company light space Group Company limited joint and several liability guarantee

87.36 million Zhejiang cement limited company

Zhejiang creates abundant construction project limited company

The joint and several liability guarantees 53.29 million

Zhejiang cement limited company Zhejiang glass limited liability company joint and several liability guarantee

50 million Zhejiang cement limited company

Qinghai alkali industry limited company

The joint and several liability guarantees 100 million Zhejiang Hushan Group

Page 72

CNBMC00143339

Company limited

Zhejiang national glory technology group limited company joint and several liability guarantee

30 million Zhejiang Hushan Group Company limited

Zhejiang landscape transformer limited company joint and several liability guarantee

20 million Zhejiang Hushan Group Company limited

Landscape chemical industry main plant joint and several liability guarantee

20 million Zhejiang Hushan Group Company limited

The Zhejiang red lion controls the cement limited liability company joint and several liability guarantee

60 million Zhejiang Hushan Group Company limited

Red lion holdings group limited company joint and several liability guarantee

50 million Zhejiang Hushan Group Company limited

Jinhua navigation great commodity limited company joint and several liability guarantee

6 million Zhejiang Hushan Group Company limited

Jiangshan Switchgear plant limited company joint and several liability guarantee

5 million Zhejiang Hushan Group Company limited

The Jiangshan river opens the electric appliance limited company joint and several liability guarantee

10 million Zhejiang landscape cement limited liability company

Landscape chemical industry main plant joint and several liability guarantee

30 million Zhejiang landscape cement limited liability company

Zhejiang national glory technology group limited company joint and several liability guarantee

20 million Zhejiang landscape cement limited liability company

CNBMC00143339

Zhejiang cherry Hangzhou air conditioning project limited company joint and several liability guarantee

15 million Zhejiang landscape cement limited liability company

Juhua Group joint and several liability guarantee

50 million Changxing Xiao Pu audiences abundant cement limited company

Zhejiang Shanying building materials Group Company limited

Generally guarantee

5 million

Changxing Mt. Meishan audiences abundant building materials limited company

Zhejiang Shanying building materials Group Company limited

Generally guarantee

10 million

In Zhejiang Kaiyuan cement limited company

Zhejiang Hsin fat limited liability company

Joint and several liability guarantee

50 million

In Zhejiang Kaiyuan cement limited company

East Zhejiang sets up the holding limited company

Joint and several liability guarantee

4 million

In Zhejiang Kaiyuan cement limited company

Zhejiang green source science and technology limited liability company

Joint and several liability guarantee

3 million

In Zhejiang Xinyuan cement limited company

CNBMCO00143339

Zhejiang Hsin fat limited liability company

Joint and several liability guarantee

20 million

In Zhejiang Xinyuan cement limited company

Electricity science and technology Qinghua sparkling stone electron limited company

Joint and several liability guarantee

25 million

In Zhejiang Xinyuan cement limited company

Zhejiang northern Zhejiang pharmaceutical industry limited company

Joint and several liability guarantee

4 million

Southern cement sub-total

1.35265 billion

Grand total

1.51765 billion

By December 31, 2007, south the holding of subsidiary company company the cement and subordinate subsidiary company guaranteed the amount sum total to the group are: 31,834 ten thousand Yuan: Before the southern cement set up the date, the guarantee 28,834 ten thousand Yuan that formed because of purchase, after setting up the date, formed guaranteed 3,000 ten thousand Yuan internally; Guarantees the amount to equal 135,265.00 ten thousand Yuan to the group outside: Before setting up the date, the guarantee 127,165 ten thousand Yuan that formed, after setting up the date, guarantee 8,100 ten thousand Yuan that formed. The southern cement respective subsidiary company guarantees outward formed majority of before setting up the date, and in the related tender offers agreement to this and other agreements of guarantee item was: Because this and other guarantee caused the company to undertake the guarantee lawsuit, claim, loss, harm, compensation and reasonable expense disbursement, is shouldered the corresponding liability of compensation by the sell stockholder's rights side, therefore, the south cement has not confirmed the estimate debt to this and other guarantee items. By 2007 report of audit signing and issuing date, outside south cement above group guaranteed is guaranteed the side to return 76,000 ten thousand Yuan

Page 75

CNBMC00143339

(2) The property mortgages and pawns, other guarantee and limit use arrangements

By December 31, 2007, the property rights were restricted the property:

Unit: Yuan

The property rights are restricted the property remaining sum to receive the limit reason monetary assets 98,349,076.95 327,994,071.06 to contain the honoring an agreement letter of guarantee and tender guarantee earnest money at the end of the year at the beginning of the year are 43,878,052.28 Yuan, before the letter of guarantee expires, this part of deposits cannot use passively, for pawning the deposit 30,000,000.00 Yuan of loan, for drawing up the bank acceptance earnest money is 20,797,788.07 Yuan, the certificate of deposit 3,673,236.60 are used to pawn the loan notes receivable 207,911,200.00 - pawns the loan fixed asset 1,615,931,651.89 632,344,055.74 1,606,375,698.02 Yuan to use the mortgage loan, 9,555,953.87 Yuan use to draw up the honoring an agreement letter of guarantee intangible asset 219,483,032.36 - mortgage loan equals 2,141,674,961.20 960,338,126.80 - (3) pending action and commitment item by December 31, 2007, company's pending action and arbitration form the situation are as follows:
The of jointly operated company China Bolivia filament company (asked that company) for Beijing west (make the gummy packing material company was hereafter referred to as "west Beijing make rubber") loan provides the guarantee, after loan due, Beijing west make the rubber not to be repaid, Chinese Bolivia filament replaces to repay 19,926,142.75 Yuan. To preserve to the court application associated property, Chinese Bolivia filament has paid 20,065,376.67 Yuan earnest money to the Beijing Second Intermediate People's Court.

On March 1, 2002, Beijing Cheng Juye the curtain wall finishing materials limited liability company (hereafter referred to as "Cheng Juye the company"), on Chinese Bolivia filament for Beijing west make the rubber 2,055 ten thousand Yuan bank loan guarantee, was provided to Chinese Bolivia filament with its complete property the counter-guarantee, simultaneously west Beijing did with the real asset to Chinese Bolivia filament make the rubber completely the mortgage; On the same day, the Guangzhou white clouds chemical industry limited company (hereafter refers to as "the Guangzhou white clouds") to write up "Letter of undertaking" to Chinese Bolivia filament, pledged that the Guangzhou white clouds supervise Cheng Juye the company to fulfill the counter-obligation of warranty, if west Beijing cannot repay due debt to cause Chinese Bolivia filament to fulfill to the bank make the rubber the obligation of warranty, after Cheng Juye west the company and Beijing was not fulfilled make the rubber or fulfilled the counter-obligation of warranty, cannot redeem Chinese Bolivia filament to the bank to reimburse the fund by the Guangzhou white clouds to repay.

In September, 2006, Chinese Bolivia filament requested west Beijing the company and Guangzhou white clouds to be undertaken make the rubber and Cheng Juye to the Beijing Second Intermediate People's Court prosecution the related repayments responsibility. In December, 2007, Chinese Bolivia filament applies to enforce west

CNBMC00143339

to the Beijing Municipal First Intermediate People's Court Beijing and is accepted make the rubber, Chinese Bolivia filament and Cheng Juye the company and Guangzhou white clouds ensure the responsibility dispute document was still continued to try by the Beijing Second Intermediate People's Court. Judges the probability that Chinese Bolivia filament wins to be very big according to Chinese Bolivia filament invitation Beijing Chinese Zhuo law office attorney, at present the court accepted Chinese Bolivia filament the property to preserve the application, has frozen or has sealed up the above three company some properties, the fund returnability is strong. 2007 year takes back 5,328,680.37 Yuan. By December 31, 2007, above-mentioned plan still in trying process.

(4) Other or have the item

By December 31, 2007, or has debt that other company items formed is:
On May 12, 2004, Fuyang land resources Bureau south the cement to the holding of subsidiary company company in the third-level subsidiary company Zhejiang Fuyang cement limited company of this issue new purchase went through the land for construction formalities without the examination, issued the rich earth to punish [2004] No. 003 "Land Illegal Case Administrative sanction Written decision", ordered to return takes the land 237.3 mu that illegally, by a set time demolished on the land that took illegally other newly-built buildings and facilities, restored the land original condition, and imposed to fine 9.716 million Yuan. On September 23, 2004, the Zhejiang Fuyang cement limited company applied to the Fuyang people's government, requests to solve the Fuyang cement project agriculture to guarantee the target and land for construction and relieves the administrative sanction, the Fuyang concerned leaders makes written comments "agriculture to guarantee the adjustment and constructionRequests authorization, asks the Lushan street to request authorization according to the procedure, the liability of fault is positive and progressive to strive to reply as soon as possible, the land for construction punishment asked the liability of fault to act at one's discretion".
By December 31, 2007, the Zhejiang Fuyang cement limited company has paid the land-levying compensation 1.3 million Yuan, has not obtained the land employment right card, and has not signed the land sale contract. The fine that has not paid in view of the fact that the above reason has not made estimate debt processing.
After the investigation, the above or has risk's management not significant finance effect on the Chinese building materials.
Seventh, the business accounting criterion and "Business accounting who System" before publisher carries out accounting policy robustness to investigate (1) recent significant accounting policy change company to defer to 2006, promulgates (below is called "original accounting standards and system") establishment financial reporting. From January 1, 2007, the company started to carry out Ministry of Finance (to hereafter refer to as "business accounting criterion" in the business accounting criterion that 2006 promulgated). 2007 annual account is company first according to the annual account of business accounting criterion establishment.

When establishing 2007 annual account, 2006 year related comparison numeral already during Ministry of Finance "Business accounting Criterion No. 38 - Carries out Business accounting Criterion For the first time" and relevant provision and China

Page 77

CNBMC00143339

Securities Regulatory Commission "Public release Negotiable securities Company
information Disclosed that Standard Question and answer No. 7 - New and old
Accounting standards Transition Compares Establishment And the Disclosure request
Financial inventory accounting Information" of makes the backward adjustment, all
projects already according to business accounting criterion again list under.
(2) The accounting policy steady situation China building materials were clear
after the audit financial accounting report in had disclosed the main accounting
policy and accountant who was suitable for estimated the method.

1. receivable fund bad account preparation

(1) confirmation standard that the bad account loses:
1) debt unit abolished, went bankrupt and is unable to pay debts with their assets,
the cash flow seriously insufficient, to have the serious natural disaster and so
on cause the production suspension, but is unable to reimburse the debt in the
foreseeable future and so on; 2) debt unit exceeds the time limit has not fulfilled
the debt redemption duty to surpass for 3 years; 3) other unambiguous evidences
indicated that truly is unable to take back the possibility that or take back not
to be big.
(2) calculation method that the bad account loses: The company uses the allowance
law calculation to bad account loses that likely has, the end of the period uses to
the receivable fund recognized individually the law and account age analysis law
unifies the idea to raise the bad account preparation, with has raised the bad
account preparation the difference to include the working as time profit and loss.
Regarding having the unambiguous evidence indicated the receivable fund that truly
is unable to take back, authorizes the rear rank to make the bad account to lose by
the board of directors or the general meeting of shareholders, reverses the bad
account preparation of extraction.
(3) the idea of bad account preparation proposes method: The company the single
item amount great receivable fund, regards as the significant receivable fund, when
has the objective evidence to indicate when is unable according to the receivable
fund's original provision takes back all funds, according to its future cash flow
current value is lower than its book value the difference, carries on the
depreciation to test alone, the idea raises the bad account preparation. Regarding
the single item amount non-significant receivable fund, with has not pressed the
credit risks characteristic to divide after independent tests depreciation's
receivable fund it together into certain combinations, same or similar, had similar
credit risks characteristic the actual loss factor of account receivable
combination with it according to the previous year is the foundation, in light of
the present situation determined that various this year combination ideas raised
the bad account preparation the proportion, based on this computation this year
should count the bad account preparation that raised.
Prepares the idea to propose the proportion are as follows according to bad account
of account age division combination:
Account age

The idea proposes the proportion

CNBMC00143339

Within 1 year

1%

1-2 years

7%

2-3 years

20%

3-4 years

40%

4-5 years

70%

Over 5 years

100%

2. inventory loss preparation

(1) classification that stores goods: The goods in stock are divided into raw material, packing material, the low value expendable items, in the product, the commodity stocks and so on.

(2) the goods in stock obtain the valuation method that and sends out: The goods in stock implement perpetual inventory to make, buy and go into storage according to the actual cost valuation, leads with and sells raw material as well as the sales finished product uses the weighted mean method or the individual valuation law calculation.

(3) low value expendable items and packing material amortization: The value is small, is leading the time to use an amortization law; The value is big, besides having special stipulation uses 55 amortization law.

(4) the final inventory valuation principle and goods in stock fall in price to prepare to confirm that the standard and idea propose the method: Final inventory according to cost and net realizable value who low principle valuation; End of the period, in carries on comprehensive inventorying to the goods in stock in the foundation, because of suffering to damage, completely either some obsolete obsolete or the selling price regarding the goods in stock is lower than cost and other reasons, it is estimated that the part that its cost cannot be taken back, the extraction goods in stock fall in price the preparation. The finished product and large amount raw material's goods in stock fall in price the preparation to be higher than its net realizable value differential extraction according to the

CNBMC00143339

single goods in stock project cost; Other quantities are many, the unit price low material falls in price the preparation according to the category extraction goods in stock.

(5) storing goods net realizable value definite method: The commodity stocks, and so on for sell were used in the sell in the product and material directly the commodity goods in stock, its net realizable value subtracts the estimate according to the estimate selling price that should store goods amount determination after the selling expenses and related taxes and fees; For material inventory that producing to have, when its net realizable value presses the amount determination after the selling expenses and related taxes and fees of cost and estimate that produces the estimate selling price that of finished product to subtract to completion the estimate is going to have. For goods in stock that execution sales contract or work contract have, its net realizable value takes the contract price as the foundation computation; Quantity that the enterprise has storing goods is more than sales contract order quantity, surpasses the part the goods in stock net realizable value to take the general selling price as the foundation computation.

3. the non-monetary assets depreciation company conducted the inspection in each balance sheet date antithetical couplet long-term equity investment, fixed asset, construction in progress and service life definite intangible asset company, the joint enterprise and pooled enterprises and other projects, when has the depreciation sign, indicated that the property likely had the depreciation, the company will carry on the depreciation to test, and profiting age limit indefinite intangible asset to goodwill, whether regardless of has the depreciation sign, every year end carries on the depreciation to test. Is hard to the single item property may take back the amount to conduct the test, takes this property respective property group or the property group combines as the foundation test. After the depreciation tests, if this property's book value surpasses it to be possible to take back the amount, its difference reveals the depreciation to lose firmly, the above property depreciation loss passes through the confirmation, does not give to return during the later accountant. Property after may take back the amount is to refer to the property sound value subtracts the handling expense the net amount and property estimate in the future cash flow high between current value both.

4. monetary assets depreciation divides the sound value measurement, and its change includes the working as time profit and loss outside the monetary assets, the company conducted the inspection to other monetary assets' book values in the balance sheet date, if had the objective evidence to indicate that some monetary assets had the depreciation, the idea raised the depreciation to prepare.

5. fixed asset depreciation

(1) fixed asset confirmation standard: The fixed asset is to refer to simultaneously has the following characteristic, namely, provides the service, hiring or the management and operation for the product has, the service life surpasses for one year, the unit value high tangible asset.
(2) fixed asset classification: House and building and machinery equipment and transport vehicle and other.
(3) fixed asset valuation: When the fixed asset the actual cost according to

CNBMCO00143339

acquisition carries on the initial measurement, outsourcing the cost of fixed asset's including the purchase price, increment duty, the import tariff the related taxes and fees, before as well as to make the fixed asset achieves may belong to directly in the other disbursements that of this property predetermined may the running condition, occur; Voluntarily the construction fixed asset's cost, before constructing this property is achieved the essential disbursement constitution that predetermined may the running condition have; Fixed asset that the investors invest, according to investment contract or value of agreement agreement as depositing value, but the contract or the agreement commitment value not fair and just deposits according to the sound value; Fixed asset that leveraged lease rents into, according to renting to start the date lease asset sound value with rent the payment volume in lowly current value both the junior, as depositing value.
(4) fixed asset depreciation method: Eliminates already the fixed asset that proposed amortizes fully still continued to use, the company raised the depreciation to all fixed asset ideas. When the idea raises the depreciation uses the average age limit law, includes the related property according to the property use separately the cost or the working as time expense. The company fixed asset's estimate only remnant value rate is 5%, the group depreciation age limit and depreciation rate are as follows:
The kind leaves

Depreciation life span (year)

Year depreciation rate (%)

House building

40

2.38

Machinery equipment

10-18

9.5-5.28

Transport vehicle

10

9.50

Office equipment and other

8-10

11.88-9.5

Page 81

CNBMC00143339

(5) fixed asset following disbursement processing: Fixed asset's following disbursement mainly includes repair disbursement and renewal improvement disbursement and repair disbursement and other contents, in the related economic interest possibly flows in very much when its cost can measure reliably, includes the fixed asset cost, regarding the replaced part, terminates to confirm its book value; Other following disbursements in having the chronometer enter the working as time profit and loss.

(6) the company in every year finally, carried on to reexamine to fixed asset's estimate service life, the estimate only remnant value and depreciation method, if had the change, estimated change processing as the accountant.

(7) when the fixed asset was handled, or anticipated when through the use or handling cannot have the economic interest, terminates to confirm this fixed asset. The fixed asset sells the handling income that transfers, discards or damages to deduct amount after its book value and related taxes and fees includes the working as time profit and loss.

6. income recognition company's business income mainly includes the sales commodity income, to provide the service receipts and transfer property right of use income. Can flow in the company with the transaction related economic interest, the related income can measure reliably, and satisfies the following various operative activities the specific income recognition standard time, confirmed the related income.

(1) sales commodity income

In already and reward in the right to the ownership of goods main risk shifts to the purchasing merchandize side, the company no longer related continues the authority and actual domination with the property rights to this commodity implementation, can flow in the enterprise with the transaction related economic interest, when the related income and cost can measure reliably, realization of confirmation realization of goods income.

(2) provides the service receipts in the service that in same year starts and completes, when completing the service confirmed the income; The start of service and completes to belong to the different fiscal year, in situation that in providing service transaction's result can estimate reliably, in balance sheet date according to completion percentage law confirmation related service receipts.

(3) transfer property right of use income

When by can flow in the company with transaction related economic interest, the income amount can measure reliably, realization of confirmation transfer property right of use income. And: 1) interest return uses the company monetary fund according to other people the time and real interest rate calculates the determination. 2) working cost income according to related contract or charge time and method of determination agreement agreement. 3) management rents the income to confirm in the renting time according to straight line method.

CNBMC000143339

According to the above investigation, we think that the Chinese building materials the accounting policy conforms to the steady principle, can quite reflect enterprise's asset quality and profitability fairly and just.

(3) Chartered accountant's audit opinion 1. letter forever the neutral accounting firm to the publisher financial report will have audited the Chinese building materials December 31, 2005 merge balance sheet and 2005 year merge profit and profit distribution list and merge cash flow statement, and has written up the report of audit of XYZH/2005A3043 number standard non-reservations in April 21, 2006.

2. the letter forever the neutral accounting firm will have audited the Chinese building materials December 31, 2006 merge balance sheet and 2006 year merge profit and profit distribution list and merge cash flow statement, and has written up the report of audit of XYZH/2006A3042 number standard non-reservations in April 16, 2007.

3.
The letter forever the neutral accounting firm will have audited the Chinese building materials December 31, 2007 merge balance sheet and 2007 year merge profit and profit distribution list and merge cash flow statement, and has written up the report of audit of XYZH/2007A3020 number standard non-reservations in April 17, 2008.

(4) The publisher near three years accounting firm stable company hires the letter forever the neutral accounting firm for its auditing office. The company 2005-2007 annual audit report by this writes up.

Eighth, other need matter of concern (1) to the publisher independent investigation

1st, business operation independence

The Chinese building materials are the main management cement, the light quality building materials, the glass fiber and glass fiber reinforced plastic product as well as the engineering service large-scale production enterprise; The company has independent purchase, production, marketing and other systems, company's account executive and development are completely independent.
In the going on the market reorganization process, the building materials group has injected the building materials tectonic plate premium asset the company, including all related properties, equipment and personnel who the account executive needs. The company and parent company have to avoid trade or craft competition the agreement, to guarantee that the respective service development can have the clear boundary.
2nd, the financial autonomy company has the independent financial inventory accounting department, the financial inventory accounting personnel who hires the specialty, have established the independent accounting system and financial management system; The independence opens a bank account in the bank, the independent tax registration, pays taxes according to law independently; The independence makes the financial decision-making.

Page 83

CNBMC000143339

The company had settled account to owe all funds of parent company, in company H stocks before Stock Exchange goes on the market, parent company the guarantee that provides to the company has relieved. Looking from the financial angle, company's transport business independence in parent company.

3rd, company management and employee's independence

Director of corporations Mr. Song Zhiping and Mr. Cao Jianglin will continue to be the trustee in parent company. The trustee in parent company only participates in important strategy and policy matters concerned top level decided that the president and vice president in parent company is responsible for parent company's day-to-day business transport business. The other management in company do not hold the post of any senior post of parent company. In addition, when 2006 corporate restructuring, the building materials group changes over to almost all building materials service staff the company. The company has established the employee in human resources divisional management company, with all employee sign labor contracts.

4th, avoided the trade or craft competition agreement for the reduced the competition of company and parent company, the company and parent company works out in February 28, 2006 has avoided the trade or craft competition agreement. According to this agreement, the parent company agreed that and urges its subordinate company not to compete with the company in company's core business.

(2) The connection transaction to the investigation that the publisher affects

1. the connection side relates 1) parent company and controls the side finally

The parent company and controls the side finally

Business nature

With company relations

Ownership percentage

Registration address

Chinese building material Group

Building material and material wholesale, retail and so on

Finally controls the side

56.03%

Beijing Haidian District Zizhuyuan South No. 2

Northern new building materials LLC

Page 84

CNBMC00143339

New building material, finishing materials and complete set of products technology development manufacture and sale

Parent company

34.95%

Beijing Haidian District Sanlihe Road A 11th

2)Sub-enterprise

Sub-business name

Business nature

With company relations

Ownership percentage

Registration address

Beixinjituan building materials limited liability company

Light quality building materials production sale

Holding subsidiary company

52.40%

Beijing Haidian District Sanlihe Road A 11th

Chinese union cement Group Company limited

Cement production sale

Wholly-owned

100.00%

Beijing Haidian District Sanlihe Road A 11th

Chinese building materials international construction project limited company

Project construction, design and service

The holding subsidiary company 91.00% Shanghai Chungshan North No. 2000 intermediate stage building 27 China compound materials Group Company limited

Page 85

CNBMCO00143339

compound building materials productions sell the wholly-owned 100.00% Beijing
Haidian District Sanlihe Road A 11th south cement limited company cement production
sale holding subsidiary company 75.00% Pudong century main road No. 1600 20
building 07-13 room
3)Joint enterprise and pooled enterprises joint enterprise and pooled enterprises

Business nature

With company relations

Registration address

Registered capital

(Ten thousand Yuan)

Ownership percentage

Chinese Bolivia filament limited liability company

Glass fiber production and sale

Of pooled enterprises company

Beijing

42,739.20

36.15%

Daye peak cement limited company

Cement production and sale

Of pooled enterprises company

Hubei Daye

13,000.00

40.00%

Jiangxi Japanese rhodea cement limited company

Cement production and sale

Holding subsidiary company joint enterprise

CNBMC00143339

Jiangxi Nanchang

100,000.00

50.00%

Guarantees Trow triumphantly abundantly (Bengbu) glass machinery limited company

Engineering design installment

Holding subsidiary company joint enterprise

Anhui province Bengbu

2 million euros

50.00%

Beijing triumphant Sheng Jianyan building materials project limited liability company

Engineering design installment

Holding subsidiary company joint enterprise

Beijing

600.00

50.00% joint enterprise US 1 million US dollars American CTIEC-TECO US technology limited company engineering design installment holding subsidiary company 50.00% 4) other connection side connection side names

Incidence relation

Transaction primary coverage

Northern new business limited company

With receiving the parent company northern new building materials (group) control

The purchase cargo northern new homeland estate management limited company with receiving the parent company northern new building materials (group) control provides the service, accepts the comprehension service, accepts the service, to provide service Baoding to build the root green wood company with receiving the parent company northern new building materials (group) the control sell goods northern new Australia limited company with receiving the parent company northern new building materials (group) north control sell goods the new international

Page 87

CNBMC00143339

limited company with receiving the parent company northern new building materials
(group) the control sell goods building materials light machinery group northern
new machinery limited company with receiving the parent company northern new
building materials (group) the control purchase cargo Tianjin century northern new
building materials sales company with receiving the parent company northern new
building materials (group) control saleNorth the cargo models tube limited company
with be controlled by building materials group newly the assets lease, accepts the
comprehension service, accepts the service, to provide the service Beijing Ruitai
high-temperature material science and technology limited liability company with be
controlled the purchase cargo Beijing Ruitai high-temperature material science and
technology limited liability company Xiangtan subsidiary company with be controlled
purchase cargo Beijing triumphant Sheng Jianyan the building materials engineering
design limited liability company with be controlled by building materials group by
building materials group by building materials group the purchase cargo, accepts
service Bengbu glass industry Design Research institute with be controlled the sell
goods, to accept by building materials group the service and property to rent into,
the transfer of share rights triumphant abundant heavy industry machinery limited
company with by building materials group control of fund intercourse Luobo
GroupLuoyang Long the Hao glass limited company (engineering project headquarters)
with were controlled the sell goods Bengbu Huayu electromechanical device limited
company with be controlled the purchase cargo, to accept by building materials
group by building materials group service Bengbu glass industry Design Research
institute Shenzhen Branch with be controlled to accept by building materials group
the service Huahai minerals raw material new technology with be controlled the
purchase cargo Bengbu Chinese and foreign superfine powder new technology limited
liability company with be controlled the sell goods, to accept by building
materials group by building materials group the service Bengbu Supply engineering
construction to oversee the technical advisory work limited company with be
controlled to accept the service Bengbu petrochemical machinery to make by building
materials group the limited company with be controlled by building materials group
the purchase cargo Hua'an building materials industrial engineeringThe consultant
firm with was controlled to accept service Hefei Cement Research Design institute
with be controlled by building materials group the purchase cargo and purchase
property, to accept service Hefei Cement Research Design institute Feixi Energy
conservation Plant with be controlled by building materials group the purchase
cargo Hefei star with be controlled the purchase cargo and in the purchase property
the building materials group import-export company with be controlled about the
Chinese science and technology limited company by building materials group by
building materials group the sell goods, the purchase cargo and purchase property,
to accept the service Xingtai Xin rock pile building materials (group) limited
liability company with be controlled by building materials group the sell goods and
purchase cargo, to accept the service, to provide by building materials group the
service Shandong Lunan cement corporation with be controlled by building materials
group
The sell goods, the purchase cargo and property rented out the Shandong Geiser
industry limited company with be controlled by building materials group the sell
goods, accepted the service Zaozhuang Geiser plastic packing limited company with
be controlled the sell goods and purchase cargo Shandong Geiser mechanical and

Page 88

CNBMC00143339

electrical project limited company with be controlled by building materials group
the purchase cargo, to accept the service Zaozhuang Geiser dry kiln project limited
company with be controlled by building materials group the purchase cargo, to
accept the service Jiangsu big dragon group cement limited company with be
controlled by building materials group the sell goods, the purchase cargo and
property to rent out and provide service Henan Nanyang Aerospace Cement plant with
be controlled by building materials group the sell goods and property to rent into
by building materials group, the assets lease Henan Nanyang aerospaceCement plant
Nei Township Branch factory with was controlled sell goods China New Building
materials Industry Hangzhou Design institute with be controlled to accept by
building materials group by building materials group in service Beijing to
construct the Hengxin international trade limited company with be controlled the
sell goods Zaozhuang Geiser building materials physical distribution limited
company with be controlled by building materials group in the purchase cargo the
building materials Hefei celebrities cement technology project limited company with
be controlled to accept by building materials group by building materials group the
service Bengbu Huajin technology development limited liability company with be
controlled to accept the service Ningyang Taishan cement sales company to control
stock the grandson company key administrative personnel by building materials group
to control the sell goods Shandong peaceful mansion cement Group Company limited to
control stock the grandson company key administrative personnel to control the sell
goods and purchase cargo
The Tai'an golden Shield building materials limited company controls stock the
grandson company to purchase the cargo megalith Group Company limited to control
stock the grandson company to purchase the cargo megalith group Jiujiang limited
company to control stock the subsidiary company of sell goods megalith group
Chengdu limited company grandson company to control stock subsidiary company of
sell goods Beijing grandson company to melt two limited liability companies to
control stock the shareholder in grandson company to purchase in the cargo the
shareholder's fund intercourse Shandong permanent business limited companies in
compound switching audiences 14 natural person shareholder holding grandson
companies to control stock the grandson company's jointly operated company sell
goods and purchase cargo Changzhou white Fox Group Company limited to control stock
the grandson company other shareholder's fund allowing temporary credit and
purchase cargos, to accept the service Tai'an state asset management limited
company to control stock the grandson company other shareholder's fundsThe
intercourse Changzhou Li valuable Group Company limited controls stock the grandson
company other shareholders to provide service Shandong Western Port aquatic product
Group to control stock the grandson company other shareholder transfer of share
rights John Sman the Will international limited company to control stock the
grandson company other shareholder's funds to allow temporary credit the Shenyang
cocking new material limited company to control stock the grandson company other
shareholder properties to rent into the Shandong Austria valuable chemicals group
limited company to control stock the subsidiary company of grandson company
shareholder to purchase the cargo Qinhuangdao China to win the phosphoric acid
limited company to control stock the subsidiary company of grandson company
shareholder to purchase the cargo and assets lease northern new technological
progress limited company to hold share of subsidiary company sell goods Shenzhen

CNBMC00143339

hundred to live in the decoration building materials limited company to control stock the subsidiary company northern new building materials pooled enterprises sell goods,The warehousing service and assets lease Beijing hundred live in the decoration building materials limited company to control stock the subsidiary company northern new building materials pooled enterprises sell goods Yunnan Taishan gypsum building materials limited company to control stock the subsidiary company northern new building materials pooled enterprises sell goods and sell fixed asset Shaanxi Taishan gypsum building materials limited company to control stock north the subsidiary company newThe material pooled enterprises sell goods and south sell fixed asset Zhang Jianxing the cement second major stockholder's substantive control person transfers the Hushan group 65.9% stockholder's rights 2. connection side transaction sell goods to the south cement

Unit: Yuan connection side name this year last year number Bengbu glass industry Design Research institute 2,777,777.78 - Bengbu Chinese and foreign superfine powder new technology limited liability company 4,049,905.36 10,359,668.41 triumphant guarantee Trow abundantly (Bengbu) glass machinery limited company 2,296,183.76 18,071,764.80 Shandong peaceful mansion group cement limited company 8,144,679.49 3,428,117.95 Henan Nanyang Aerospace Cement plants 11,953,923.79

1,841,844.11

Henan Nanyang Aerospace Cement plant Nei Township Branch factory

-

1,411,861.70

Xingtai Xin rock pile building materials (group) limited liability company

592,813.90 1,205,906.75 Shandong permanent business limited company 40,644,469.13 49,187,910.74 Shandong Geiser industry limited companies - 2,041,915.95 Shandong Lunan cement limited company 12,162,972.24 10,506,700.83 Jiangsu big dragon cement Group Company limited 5,860,005.56

1,588,987.11

Building materials group import-export company

57,702,062.90

12,888,430.11

Ningyang Taishan cement sales company

26,923,997.39

Page 90

CNBMC00143339

-

In Beijing constructs the Hengxin international trade limited company

8,023,841.59

- Northern new building materials LLC 17,850,566.59 34,220,093.12 Beijing hundred live in decoration building materials limited company - 4,525,493.84 Shenzhen hundred live in the decoration building materials limited company 3,786,374.54

3,947,333.10

Northern new international limited company

-

7,893,185.07

Northern new Australia limited company

8,847,549.71 9,033,167.88 Baoding builds root green wood company 1,101,125.85

-

Shaanxi Taishan gypsum building materials limited company

3,147,463.38 - Yunnan Taishan gypsum building materials limited company
5,868,753.60

-

Sum total

221,734,466.56

172,152,381.47

The company fixes a price according to the market to the connection side sale commodity.

Purchase cargo unit: Yuan

Connection side name

This year number

Last year number

Page 91

CNBMC00143339

Beijing Ruitai high-temperature material science and technology limited liability company

15,303,418.80

10,024,153.85 Beijing triumphant Sheng Jianyan building materials engineering design limited liability company

68,989,230.78

-

The Bengbu petrochemical machinery makes the limited company

14,141,153.85

-

Huahai minerals raw material new technology

6,411,965.70 2,596,581.10

Shandong Geiser mechanical and electrical project limited company 958,218.58
373,405.13 Zaozhuang Geiser dry kiln project limited companies - 2,615,429.64

Guarantees Trow triumphantly abundantly (Bengbu) glass machinery limited company

-

7,799,179.40 Hefei Cement Research Design institute

15,797,437.61

11,990,340.06 the Hefei star gathers the Chinese science and technology limited company

15,320,000.00

-

Xingtai Xin rock pile building materials (group) limited liability company

10,572,634.19 15,059,589.22

Jiangsu big dragon cement Group Company limited 25,986,347.90

28,525,333.74 Zaozhuang Geiser plastic packing limited company

CNBMC000143339

39,466,467.96 22,273,055.24

Zaozhuang Geiser building materials physical distribution limited company 7,667,751.15 5,623,107.68

Shandong permanent business limited company 9,030,694.63

23,156,047.69 Shandong Lunan cement limited company

34,303,951.50

34,349,931.95 Shandong peaceful mansion group cement limited company

19,672,985.42 10,657,835.73

Building materials group import-export company 34,700,348.56 5,814,286.36

Megalith Group Company limited 17,134,935.17 7,545,842.70

Changzhou white fox Group Company limited

18,147,916.24

9,524,927.62 northern new business limited company 844,537.58

1,075,094.66 Tai'an golden Shield building materials limited company 47,702,071.15 25,787,594.19

Beijing melts two limited liability companies

-

26,912,444.64

Hefei Cement Research Design institute Feixi Energy conservation Plant

-

9,324,905.58

Building materials light machinery group northern new machinery limited company

-

7,443,380.00

Shandong Austria valuable chemicals group limited company

CNBMC00143339

-

2,754,039.50

Qinhuangdao China wins the phosphoric acid limited company

-

368,571.42

Sum total

402,152,066.77

271,595,077.10

The company from being connected side purchase commodity market fixes a price.

Provides the service unit: Yuan

Connection side name

This year number

Last year number

Jiangsu big dragon group cement limited company

3,653,554.59

-

Xingtai Xin rock pile building materials (group) limited liability company

-

611,896.75

Hefei Cement Research Design institute

6,844,000.00

-

Changzhou Li valuable Group Company limited

3,000,000.00

CNBMCO00143339

4,000,000.00

Shenzhen hundred live in decoration building materials limited company

11,320,583.40

-

North models the tube limited company newly

-

1,587,583.47

Beijing northern new homeland estate management limited company

-

587,798.87

Sum total

24,818,137.99

6,787,279.09

The company provides the service to fix a price according to the market to the connection side.

Accepts the service unit: Yuan

Connection side name

This year number

Last year number

Bengbu Supply engineering construction oversees the technical advisory work limited company

-

1,069,000.00

Bengbu glass industry Design Research institute

1,300,000.00

CNBMC000143339

3,655,759.63

Hua'an building materials industrial engineering consultant firm (in freshwater mussel)

–

904,400.00

Beijing triumphant Sheng Jianyan building materials engineering design limited liability company

10,451,951.50

–

Hefei Cement Research Design institute

543,000.00

3,017,000.00

Xingtai Xin rock pile building materials (group) limited liability company

2,462,118.33  1,285,400.85  Shandong Geiser mechanical and electrical project limited companies  3,562,944.34

6,668,391.41

Shandong Geiser industry limited company

–

6,102,888.20

Zaozhuang Geiser dry kiln project limited company

4,802,796.98

3,256,611.76

Northern new homeland estate management limited company

4,754,290.71

5,663,521.34

North models the tube limited company newly

CNBMC00143339

1,746,314.32

–

Chinese New Building materials Industry Hangzhou Design Research institute

2,800,000.00

520,000.00

Changzhou white fox Group Company limited

–

2,571,729.77

Bengbu glass industry Design Research institute Shenzhen Branch

–

1,200,000.00

Building materials group import-export company

–

524,495.67

Bengbu Chinese and foreign superfine powder new technology limited liability company

–

200,000.00

Sum total

32,423,416.18

36,639,198.63

The company accepts service that connection side provides to fix a price according to the market.

Sale other property units excluding commodity: Yuan

Connection side name

Page 97

CNBMC00143339

Transaction content

Fixed price principle

2007 year

2006 year

Yunnan Taishan gypsum building materials limited company

Sell fixed asset

The net worth sells 1,500,000.00

-

Shaanxi Taishan gypsum building materials limited company

Sell fixed asset

The net worth sells 3,648,442.41

-

Sum total

5,148,442.41

-

Purchase other properties excluding commodity

Unit: The Yuan connection side name transaction content fixed price principle 2007 year 2006 year building materials light machinery group northern new machinery limited company purchase equipment market fixed a price 3,981,560.00 7,293,800.00 properties to rent into the unit: Yuan

Connection side name

This year number

Last year number

Bengbu glass industry Design Research institute

2,455,544.18

Page 98

CNBMC000143339

-

Henan Nanyang Aerospace Cement plant

600,000.00

-

Shenyang cocking new material limited company

326,550.00

-

Sum total

3,382,094.18

-

Assets lease

Unit: Yuan connection side name this year the number last year the number triumphantly abundantly guaranteed Trow (Bengbu) glass machinery limited company 1,054,689.60 1,027,923.80 Jiangsu big dragon cement Group Company limited *1 4,320,000.00 4,320,000.00 Shandong Lunan cement limited company *2 6,600,000.00 3,000,000.00 north to model the tube limited company newly 1,046,930.00

1,046,930.00 Shenzhen hundred live in decoration building materials limited company - 11,182,485.45 Henan Nanyang Aerospace Cement plants - 600,000.00 Qinhuangdao China sea phosphoric acid limited companies - 538,992.00 equal subsidiary company of Huai Hai Zhonglian this issue and Jiangsu big dragon cement Group Company limited subsidiary company of Zhonglian cement 13,021,619.60 21,716,331.25 *1 Corporation signs the mine equipment lease agreement, Huai Hai Zhonglian rents the mine property to Jiangsu the big dragon cement Group Company limited, the yearly rent 4,320,000.00 Yuan, Huai Hai Zhonglian this issue received the complete rent. The subsidiary company of Lunan Zhonglian this issue and Shandong Lunan cement limited company subsidiary company of China union cement *2 Corporation signs the mine equipment lease agreement, Lunan Zhonglian rents the mine property to Shandong the Lunan cement limited company, the yearly rent 6,600,000.00 Yuan, Lunan Zhonglian this issue received the complete rent.
(9) fund allowing temporary credit unit: Yuan

Loans the funds unit

Loans received unit

Loan capital

CNBMC000143339

During the loan,

Lending rate

In 2007 pays the interest

Changzhou white fox Group

In Changzhou new white fox glass fiber product limited company

16,000,000.00

2007 year

6.03%

978,200.00

John Sman Will international limited company

In Changzhou new white fox glass fiber product limited company

18,261,500.00

2007 year

6.03%

1,116,462.46

Sum total

-

34,261,500.00

-

-

2,094,662.46

(10) accepts the comprehension service unit: Yuan

Connection side name

This year number

Page 100

CNBMC000143339

Last year number

Beijing northern new homeland estate management limited company

593,371.25

587,798.87

North models the tube limited company newly

1,687,054.72

1,520,803.47

Sum total

2,280,425.97

2,108,602.34

Including water supply, power supply, air feed and other services; Provides the comprehension service to take the market price to the connection side as the foundation.

(11) other trading units: Yuan

Connection side name

Connection side transaction content

Connection side transaction

Has not settled accounts the amount

Zhang Jianxing

Purchases the Hushan group 65.9% stockholder's rights

216,391,172.77

80,362,932.89

On September 26, 2007, company controlled stock south the subsidiary company the cement and Hushan Group Company limited original shareholder Zhang Jianxing, Zhou Feiji signs the transfer of share rights agreement: Zhang Jianxing its has the Hushan group 65.9% transfers of share rights to the south cement, this part of stockholder's rights may identify the net assets sound value is 168,840,265.62

Page 101

CNBMC000143339

Yuan, the agreement rate is 216,391,172.77 Yuan.

(3) The publisher collects the investigation of fund use

1st, collects the utilization of capital to plan (1) supplement short-term management floating capital

Company release short-term accommodation bill solicits the fund mainly to be used to supplement that company respective cement the tectonic plate, light quality building materials and Bolivian filament compound materials and engineering service and other service tectonic plate's the managerial floating capital needs, including cement, gypsum board and Bolivian filament compound materials and other products in the working capital demand that in the actual real production management process presents.
(2) repayment bank loan improvement financing structure company release short-term accommodation bill solicited the fund, if had surplus, was used in repaying the company existing bank loan the part, reduced the bank loan scale, raised the direct finance proportion, enabled in the company certain extent to get rid of main dependant short-term bank financing the aspect, improved and optimizes the corporate finance structure.
2nd, collects the fund use to continue the growth to provide certainly floating capital support for the corporate business to the corporate finance condition influence

In 2007, the company full assurance marketing strategy opportunity, through the development capital operation, has launched to cement and other profession the conformity, the Zhonglian cement through purchasing Xuzhou cement, Taishan cement and other companies realized in the Huai Hai economic zone's region superiority;
The Chinese building materials through setting up the southern cement, the conformity purchase the Zhejiang, Jiangxi, Hunan and other provinces and cities' the cement enterprises, realizes in southeast economic zone the region superiority, finally enabled the Chinese building materials to have certain control and right to speak in the above region. Can expand, the principal work development through the above capital operation and company own producing, in 2007 the company total assets have amounted to the Renminbi 30.087 billion Yuan, the business volume rapidly expands. The release of this issue short-term accommodation bill may provide certainly floating capital support for the business development, causes the company actively to deal with the crude fuel and electricity price rise and other factor the influences, maintains main business service continues the stable growth, the expanded product percentage, sharpens the company profitability.
The release of optimized financing structure short-term accommodation bill will help the company to further broaden the financing channel, raises the direct finance proportion, the optimized financing structure.

Helps to reduce the financing cost, saves the financial expenses

The company the short-term fund cost that obtains through the bank loan way relatively is before this high. Our country present stage implementation from tight

Page 102

CNBMC00143339

monetary policy, the bank loan interest rate has raised in 2007 repeatedly, aggravates the interest burden of company, this issue short-term accommodation bill has collected the fund plan part to be used to replace the bank loan, may achieve to reduce the financing cost, to raise the economic efficiency the goal.

(4) The publisher information disclosed that ability investigates publisher to pledge in short-term accommodation bill lasting time, according to "Inter-bank Bond market Non-Financial enterprise Debt Financing Tool Information Disclosed "negotiable securities that Rule", the Stock Exchange of Adelaide Ltd. limited company promulgates

And stock rule", "Security Rule", Hong Kong negotiable securities and stock business control commission promulgation "Stock price Sensitive information Disclosure Direction", unifies "China Building materials Limited liability company Information Disclosure system" and other relevant laws and laws stipulated that follows the honest credit the principle, fulfills the relevant information disclosure duty, and ensure disclosed the information does not have the false record, the misleading statement or the significant omission.

(5) The credit rating and credit status of China building materials publisher invited the Zhongchengxin external credit rating limited company to hold the post of this short-term accommodation bill release the credit rating organization. Synthesizes to evaluate after Zhongchengxin external credit rating limited company, the publisher short-term accommodation bill credit rank is A-1, indicated that the company repaying principal and interest ability is very strong, the security is very high. Company long-term credit rating is the AA level, indicated that the company repays the debt ability to be very strong, was been small by the influence of disadvantageous economic environment, the violation risk is very low.

(6) Publisher attorney's opino juris

The Chinese building materials the legal adviser who invited the Beijing fine source law office to hold the post of this short-term accommodation bill release. The publisher attorney believes that the release of company short-term accommodation bill still needed the general meeting of shareholders to consider the authorization, and awaits Chinese Inter-bank bond market Trader Association to distribute the registration, the publisher after the general meeting of shareholders authorizes and completes the release renewal procedure, then according to law carries out the distribution of this short-term accommodation bill. The third part of main credit corroboratives to publisher the last opinion that applied to distribute

Based on the above investigation, my line draws the following conclusion:

(1) The Chinese building materials act according to "Law of corporation", "Securities law" and the stipulation of national relevant law and laws, set up has conformed to the modern enterprise system request corporate management frame, established has conformed to the effective internal control system that the international capital market regulator requested.

(2) The Chinese building materials have strong competitive advantage, in recent

Page 103

CNBMCO00143339

years sold the service maintains has continued the stable development, the company development strategic objective is clear, in the future the industry and national economic development of key development will be close, the prospects for development were broad, have strong sustainable development ability.

(3) The Chinese building materials liability structure is reasonable, the property fluidity is strong, the main business income growth, in the recent three years gains continuously, and profitability constantly enhances, the managerial net cash inflow is sufficient, has strong due credit capacity to this issue short-term accommodation bill.

(4) The Chinese building materials have a clearer understanding to various operational risks that oneself faces, and has drawn up the concrete counter measures, can the great degree guard against various risks that and reduce will probably encounter in the future.

(5) The accounting policy of Chinese building materials conforms to the steady principle, can quite reflect company's asset quality and profitability fairly and just.

(6) Chinese building materials or has the risk the level that may withstand in the company, or has risk's management not significant finance effect on the company.
(7) The Chinese building materials credit status is good, in the recent two years have not appeared exceed the time limit have not repaid the situation that the bank loan and detention pay interests.

(8) The Chinese building materials and connection side transaction defers to the concerned requirements, the decision-making procedure gathers the gauge legitimately. The connection transaction takes the market price as the fixed price datum, just, has not harmed the company and shareholder's interests, management not significant finance effect on company.
(9) The Chinese building materials have introduced the related information disclosure mechanism, can according to "Inter-bank Bond market Non-Financial enterprise Debt Financing Tool Information Disclosure Rule" and so on request of concerned requirements, fulfills the relevant information disclosure duty.
(10) Passes through the Zhongchengxin external credit rating limited company to synthesize to evaluate, publisher's long-term credit rank is AA, indicated that the company repays the debt ability to be very strong, was been small by the influence of disadvantageous economic environment, the violation risk is low. This issue short-term accommodation bill credit rank is A-1, this bond is the highest-level short-term bond, its repaying principal and interest ability is very strong, the security is very high.

Main credit corroborative who distributes in 2008 as the Chinese building materials the short-term accommodation bill, my line fulfills duty in the foundation of investigation in the above, thinks that the Chinese building materials conform to People's Bank of China "Inter-bank Bond market Non-Financial enterprise Debt Financing Tool management Means" and other stipulations and related requests of laws, has in the inter-bank bond market release short-term accommodation bill condition. Reports specially.

CNBMC000143339

Two oo eight years on May 4

Appendix:

Various financial norms formula property ratios of debt to net worth = end of the period total liabilities/end of the period gross asset ×100%.

Current ratio = end of the period current assets total amount/end of the period current liability total amount ×100%

Quick ratio = (end of the period current assets total amount - goods in stock net amount)/end of the period current liability total amount ×100%

Cash ratio = monetary fund/current liability

Account receivable cycling rate = main business income/account receivable mean value

Days Sales Outstanding =365/account receivable cycling rate

Goods in stock cycling rate = main business operational cost/goods in stock mean value

Stock turn number of days =365/goods in stock cycling rate

The turnover of payable = main business operational cost/deals with the fund mean value (deals with fund including notes receivable and account payable)

Deals with the fund turnover number of days =365/turnover of payable current assets cycling rate = main business income/current assets mean value

Net profit rate = net profit/main business income ×100%

Net rate of return = ownership parent company net profit/end of the period parent company shareholder rights ×100%

Total assets returns ratio = net profit/average total assets ×100%

Main business service profit margin = main business benefit/main business income ×100%

Data source: The Chinese building materials provide, some originates from Chinese Building materials website (www.cnbmltd.com <http:> http:// appendix 2:

About Chinese building materials limited liability company

The application distributes in 2008 the short-term accommodation bill registration material the investigation opinion

Page 105

CNBMC000143339

Chinese interbank market Trader Association:

The Communications Bank limited liability company (hereafter refers to as "Communications Bank"), the Chinese Everbright Bank limited liability company (to hereafter refer to as "Everbright Bank") (to hereafter refer to as "the Chinese building materials" as the Chinese building materials limited liability company) the main credit corroborative who will distribute in 2008 in the national inter-bank bond market the short-term accommodation bill, according to the stipulation and expensive related request of People's Bank related laws, will apply to distribute the short-term accommodation bill registration material the authenticity, accuracy and integrity to carry on the full investigation to the Chinese building materials.

After the investigation, the Communications Bank and Everbright Bank believes that the Chinese building materials limited liability company applies to issue the short-term accommodation bill the registration material to conform to "Inter-bank Bond market Non-Financial enterprise Debt Financing Tool management Means" and so on stipulation and expensive related request of related laws, the content that involves real, accurate and complete, had not discovered that has the situation of false record, the misleading statement or significant omission.

The above is Communications Bank and Everbright Bank distributes in 2008 to the Chinese building materials application the short-term accommodation bill registration material the investigation opinion.

I herewith offer.

Two oo eight years on May 4 40.85% 15.69%

3.13% 0.03%

5.36% general meeting of shareholders

Board of directors national audit office

Salary committee board of directors secretary bureau

Various service tectonic plate various functional departments

Investment development division finance department

Administrative human resources department technical department

Legal department ministry of audit

Chinese union cement Group Company limited Beixinjituan building materials limited liability company

Chinese Bolivia filament limited liability company China building materials international construction project limited company

Page 106

CNBMC00143339

South Chinese compound materials Group Company limited cement limited company

Board of supervisors 34.94%

100% 100%

25%% 75%

Social public sector China Cinda Asset Management Corporation

In Chinese building material scientific research main hospital courtyard building materials group import-export company

Northern new building materials LLC China building materials limited liability company

Chinese building material Group PAGE PAGE 85

--- Summary Information ---
1: 936 PID_TITLE: Appendix 1:
PID_SUBJECT:
PID_AUTHOR: Zhang Fang to Netboy PID_KEYWORDS:
PID_COMMENTS:
PID_TEMPLATE: Normal PID_LASTAUTHOR: Chen positive PID_REVNUMBER: 3 PID_APPNAME:
Microsoft Office Word PID_EDITTIME: Mon Jan 01 08:04: 00 CST 1601 PID_CREATE_DTM:
Thu May 01 20:17: 00 CST 2008 PID_LASTSAVE_DTM: Thu May 01 20:21: 00 CST 2008
PID_PAGECOUNT: 1 PID_WORDCOUNT: 8705 PID_CHARCOUNT: 49624 PID_SECURITY: 0

--- Document Summary Information ---
PID_CODEPAGE: 936 PID_COMPANY: Fragrant to computer work room PID_LINECOUNT: 413
PID_PARCOUNT: 116 17: 58213 23: 726502 PID_SCALE: false PID_LINKSDIRTY: false 19:
false 22: false 1: 936

Page 107

CNBMCO00143339

附件 1：

# 交通银行和中国光大银行关于中国建材股份有限公司 2008 年短期融资券发行尽职调查报告

二OO八年五月　北京

1

## 声 明 与 保 证

交通银行股份有限公司（以下简称"交通银行"）和中国光大银行股份有限公司（以下简称"光大银行"）作为中国建材股份有限公司（以下简称"中国建材"、"公司"或"发行人"）在全国银行间债券市场发行短期融资券的主承销商，按照中国人民银行《银行间债券市场非金融企业债务融资工具管理办法》等有关法规的规定，遵循勤勉尽责、诚实信用的原则，独立地对发行人进行了尽职调查，并实施了必要的查证、询问程序。交通银行和光大银行根据发行人提供的原始资料，书面保证、承诺以及2005-2007 年度经审计的财务审计报告出具本报告，并对本报告承担相应的责任。

**交通银行：** 调查人签字：

审查人签字：

审定人签字：

**光大银行：** 调查人签字：

审查人签字：

审定人签字：

2

CNBMCO00143340

# 目　录

第一部分　发行人的基本情况............4

一、发行人概况............4

二、主要历史沿革............4

三、股本结构及股权变动情况............5

四、行业情况及主营业务............8

五、主要财务数据............16

第二部分　对发行人本次发行的调查重点............19

一、发行人公司治理情况调查............19

二、发行人经营范围和主营业务调查............40

三、发行人近两年筹集资金使用偿还情况调查............47

四、发行人风险因素调查............49

五、发行人偿债能力调查............51

六、发行人或有风险调查............58

七、发行人执行会计政策稳健性调查............63

八、其他需要关注的问题............69

第三部分　对发行人申请发行的结论性意见............83

CNBMCO00143341

CNBMC00143342

# 第一部分　发行人的基本情况

## 一、发行人概况

| | |
|---|---|
| 发行人中文名称： | 中国建材股份有限公司 |
| 发行人英文名称： | China National Building Material Company Limited |
| 法定代表人： | 宋志平 |
| 注册地址： | 北京市海淀区三里河路甲11号 |
| 注册资本： | 人民币贰拾贰亿零捌佰肆拾万捌仟元整 |
| 工商注册日期： | 2005年3月28日 |
| 工商登记号： | 1000001000349 |
| 企业类型： | 股份有限公司 |
| 经营范围： | 新型建筑材料及制品生产、新型房屋、水泥及制品、玻璃纤维及制品、复合材料及制品的技术研发、生产和销售；建筑材料的仓储、配送和分销；水泥、玻璃建筑材料的工程总承包；新型建筑材料的工程设计与工程总承包；与以上业务相关的技术咨询、提供信息服务。承包境外建材、建筑和轻纺行业的工程承包、工程勘测、咨询、设计和监理项目；上述境外工程所需的设备、材料出口；对外派遣实施上述境外工程所需的劳务人员 |

## 二、公司历史沿革和基本情况

中国建材股份有限公司（下称"中国建材"，"公司"）系根据国务院国有资产监督管理委员会（下称"国资委"）《关于中国建材股份有限公司（筹）国有股权管理有关问题的批复》（国资产权【2005】206号）及《关于中国建材股份有限公司的批复》（国资产权【2005】282号）的批复，由中国建筑材料集团公司（下称"中建材集团"，"母公司"），北新建材（集团）有限公司、中建材集团进出口公司、中国信达资产管理公司、中国建筑材料科学研究总院作为发起人，以中国建筑材料及设备进出口公司为主体整

CNBMCO00143343

体改制设立而成。公司法定代表人为宋志平，注册地址为北京市海淀区三里河路甲11号，成立日期为2005年3月28日，公司设立时注册资本为138,776万元。

根据中国证券监督管理委员会《关于同意中国建材股份有限公司发行境外上市外资股的批复》(证监国合字【2006】2号)，2006年2月28日，公司获准发行75,233.4万股H股股票，每股发行价格为港币2.75元，募集资金人民币213,636.52万元。2006年3月23日，公司在香港联合交易所有限公司挂牌上市(股票代码:3323)，发行后,公司注册资本变更为207,170万元。

根据中国证券监督管理委员会《关于同意中国建材股份有限公司增发境外上市外资股的批复》(证监国合字【2007】25号)，2007年8月17日，公司获准增发14,974.92万股H股，每股配售价格为港币17.80元，募集资金人民币256,957.62万元。增发后，公司注册资本变更为220,848.80万元。

中国建材股份有限公司控股中国联合水泥集团有限公司(下称"中联水泥")、南方水泥有限公司(下称"南方水泥")、北新集团建材股份有限公司(下称"北新建材"，A股上市公司，代码为000786)、中国建材国际工程有限公司(下称"中国建材工程")、中国复合材料集团有限公司(下称"中国复材")5家子公司，参股中国玻纤股份有限公司(下称"中国玻纤"，A股上市公司，代码为600176)。中国建材为中国玻纤第一大股东，持权比例为36.15%。

公司主要经营水泥、轻质建材、玻璃纤维及玻璃钢制品以及工程服务业务。目前就市场地位而言，公司:

CNBMCO00143344

- 是中国淮海经济区最大的水泥生产商；
- 是中国东南经济区最大的水泥生产商；
- 是中国最大的石膏板生产商；
- 是中国最大的 1.5 兆瓦级风力发电机叶片制造商；
- 是中国提供浮法玻璃生产线和新型干法水泥生产线设计及/或工程总承包服务的国际国际工程公司，设计及/或建造了中国超过 50% 的浮法玻璃生产线。
- 联营企业中国玻纤是亚洲最大的玻璃纤维生产商；（同企业）

## 三、股本结构及股权变动情况

（一）2005 年公司设立时的股权结构

根据国务院国有资产监督管理委员会国资改革[2005]282 号《关于设立中国建材股份有限公司的批复》，中国建材股份有限公司于 2005 年 3 月 28 日在工商局注册成立。设立时将发起人出资总额为 213,499.02 万元，按照 65% 的折股比例折为注册资本 138,776 万元。中国建材的股份性质、出资金额、持股数额及比例如下：

| 股东名称 | 股份性质 | 持股数额（万股） | 持股比例 |
| --- | --- | --- | --- |
| 北新建材（集团）有限公司 | 国有法人股 | 82,029.00 | 59.11% |
| 中国建筑材料集团公司 | 国有法人股 | 36,828.00 | 26.54% |
| 中建材集团进出口公司 | 国有法人股 | 12,574.00 | 9.06% |
| 中国信达资产管理公司 | 国家股 | 7,280.00 | 5.24% |
| 中国建筑材料科学研究院 | 国有法人股 | 65.00 | 0.05% |
| 合计 | | 138,776.00 | 100.00% |

（二）2006 年 3 月 23 日公司香港首发后的股权结构

根据中国证券监督管理委员会《关于同意中国建材股份有限公司发行

CNBMCO00143345

境外上市外资股股份的批复》（证监国合字[2006]2 号）以及中国建材 2006 年第二次临时股东大会决议，2006 年 2 月 28 日中国建材股份有限公司获准以全球配售及香港公开发售方式向境外公众人士发行 75,233.4 万股 H 股股票（含超额配发股份），每股面值人民币 1 元，每股发行价格为港币 2.75 元。股票发行后，中国建材总股本变更为 207,170 万元。股本构成如下：

| 股东名称 | 股份性质 | 持股数（万股） | 持股比例% |
|---|---|---|---|
| 北新建材（集团）有限公司 | 国有法人股 | 77,986.23 | 37.65% |
| 中国建筑材料集团公司 | 国有法人股 | 35,012.82 | 16.90% |
| 中建材集团进出口公司 | 国有法人股 | 11,954.35 | 5.77% |
| 中国信达资产管理公司 | 国家股 | 6,921.62 | 3.34% |
| 中国建筑材料科学研究院 | 国有法人股 | 61.58 | 0.03% |
| 其他境外股东 | 境外投资者 | 75,233.40 | 36.31% |
| 合计 | | 207,170.00 | 100.00% |

（三）2007 年 8 月公司香港增发后的股权结构

根据中国证券监督管理委员会《关于同意中国建材股份有限公司增发境外上市外资股的批复》（证监国合字[2007]25 号），以及中国建材 2007 年 6 月 15 日召开的二零零六年度股东周年大会决议及 2007 年第一届董事会第七次临时会议决议，中国建材 2007 年 8 月 17 日获准以全球配售及香港公开发行方式向境外公众人士增发 149,749,187 股 H 股股票，每股配售价格为港币 17.80 元。增发后，中国建材总股本变更为 220,848.8 万元，股本构成如下：

| 股东名称 | 股份性质 | 持股数（万股） | 持股比例% |
|---|---|---|---|
| 北新建材（集团）有限公司 | 国有法人股 | 77,177.69 | 34.91% |
| 中国建筑材料集团公司 | 国有法人股 | 34,649.82 | 15.69% |
| 中建材集团进出口公司 | 国有法人股 | 11,830.41 | 5.36% |
| 中国信达资产管理公司 | 国家股 | 6,921.62 | 3.13% |
| 中国建筑材料科学研究院 | 国有法人股 | 60.94 | 0.03% |

CNBMCO00143346

| 其他境外股东 | 90,208.32 | 40.85% |
|---|---|---|
| 合计 | 220,848.80 | 100 |

## 四、行业情况及主营业务

建材行业属于国民经济的重要基础产业之一，广泛应用于建筑、军工、环保、高新技术产业和人民生活等领域。根据国家统计局制订的《国民经济行业分类》，关于建材产品的大致分类别有水泥、石膏板、轻质建筑材料、玻璃纤维、玻璃、陶瓷、耐火材料、砖瓦、防水材料、隔热保温材料、陶瓷、炭素、云母等。中国建材的经营范围已经基本上涉及了建材行业特别是新型建材行业的大部分门类产品，中国建材的整体发展与行业前景紧密关联，因此结合中国建材主要涉及产品，对我国建材行业的整体运行情况以及发展趋势分析如下：

建材行业在我国国民经济中占有重要地位。我国是建材生产大国，水泥、平板玻璃及陶瓷产品的产量已居世界第一，新型建材也与其同步获取得了巨大发展。建材行业受宏观经济的周期性影响较为显著，近年来我国国民经济的持续快速发展，基础设施更新改造和房地产开发行业增长迅速，每年此类行业投资活动的增幅远远超过同期国内生产总值的增幅，带动了对建材产品需求增长旺盛。但目前世界经济环境存在很大不确定性，国内宏观经济政策亦以"双防"为目标，我国经济增速可能出现高位回落态势。从固定资产投资来看，银行利率多次上调，房地产行业调控力度增加形成固定资产产投资高位回落的压力。另一方面，企业利润高速增长，将驱动企业投资继续保持旺盛；国内交通、水利水电等基础设施投资仍有较大规模；地方政府换届也会有较大的投资冲动。总体上看，尽管未建材

8

CNBMCO00143347

行业在一定程度上面临着市场需求增长放缓的压力，但我国固定资产投资

总量仍将维持在较高的水平，建材行业的整体发展仍具有较为广阔的空间。

"十一五"时期是我国全面建设小康社会进程中承前启后的关键时期，

建材行业作为国民经济的重要基础原材料工业，在"十一五"发展过程中

将继续发挥重要的作用，未来发展前景较好，具体分析如下：

1. 国民经济持续增长趋势未改变，建材产品总需求继续增加

按照国民经济与社会发展"十一五"规划纲要，2010年以前国内生产

总值将保持8%以上的增长率，今后4年将是我国工业化和城镇化、新农

村建设快速发展时期，也是建材行业充满发展机遇的时期。建筑业、交通

运输业等行业是我国经济持续发展的支柱产业，也将有效地带动建材行业

的发展。

2. 行业产业结构调整力度加大，替代落后工艺能需求较大

伴随着国家节能减排政策、循环经济措施的进一步实施，在落后产能

被淘汰的同时，产生了对替代型新型技术产能的较大需求。根据国家《水

泥工业规划》，至2010年，水泥行业预期产量为12.5亿吨，新型干法水泥

比例达到70%以上。

3. 组建大规模建材企业集团将成为行业主流

现阶段，我国建材行业的突出问题是产业集中度偏低。由于缺乏大规

模建材企业集团在市场中的主导作用，中小企业间以价格战为主导形式的

恶性竞争激烈，导致了行业内较大规模数量企业无力实施技术更新换代，

增加了淘汰落后产能的执行压力。另外，我国省际差异大，区域间发展不

平衡，企业之间缺乏跨地区统筹协调能力，也在较大程度上造成了重复建

CNBMCO00143348

设严重，资源利用效率低，能源消耗大的局面。

故此，在较短的时间内，培育出一批综合实力、竞争能力较强的特大

规模建材企业集团，通过政策手段的引导和市场机制的资源配置并行的方

式，是解决现阶段建材行业产业集中度和市场的必经之路。现阶段，国家已经

步采取措施在资金、政策等方面，对大型建材企业予以倾斜，鼓励大规模

建材企业采取收购兼并、重组的方式，提高产业集中度，优化资源配置。

中国建材股份有限公司下属公司主要涉及行业为：水泥、轻质建材、

玻纤复合材料（风机发电叶片为主）、工程服务、玻璃纤维。上述行业均为

建材行业中主要子行业，有较好的发展前景。

## 水泥

我国一直是水泥生产大国，国内总产量从1985年起已连续23年居世

界第一位。在国家宏观经济快速增长、固定资产投资稳定增加的拉动下，

我国水泥产量逐年增长，2000-2007年，年均复合增长率为14.71%。2007

年，我国生产水泥136,000万吨，同比增长9.96%，2008年初，受南方冰

冻灾害影响，水泥产量12,200万吨，同比下降4.35%。目前我国水泥行业

主要特点可以归纳为：价格呈现上涨、盈利水平逐步上升，兼并重组步伐

加快、落后产能加快淘汰。

＞水泥价格走势分析

从水泥价格走势来看，自2006年下半年停止负增长后，国内水泥价格

以5%以下的速度平稳增长。2008年前三个月受到南方冰冻灾害影响，水泥

产量下降因而价格增速加快，3月份同比增速达到13.19%。与其他国

CNBMCO00143349

家相比，我国水泥价格仍处于很低水平。目前我国水泥价格是美国水泥价格的 1/4，哈萨克斯坦水泥价格的 1/2，埃及水泥价格的 1/3，表明我国水泥价格未来仍有较大上涨空间。随着需求的稳定增长以及成本上升的推动，加之在国内水泥企业区域龙头成本转嫁能力不断增强的情况下，预计未来一段时间内水泥价格总体将保持上升趋势。

生产成本方面，水泥生产成本主要由煤炭、电力、原料、折旧、其他等构成，其中燃料和动力成本在产品成本构成中所占比例占 80%以上，在采用新型干法工艺生产后，煤、电消耗在生产成本中的占比下降至 50-60%。

➢ 水泥盈利能力分析

行业盈利能力方面，尽管生产成本不断上升，但是多年来大规模技术改造的推行使我国水泥行业基本消化了成本的上涨。自 2006 年以来，随着供求关系改善行业景气度提升，水泥企业的盈利水平逐步提高，2007 年我国水泥企业利润率达到 6%，我们预计水泥行业盈利能力的上升趋势未来仍将继续。从上述情况分析，目前水泥行业发展前景，水泥企业盈利水平将有较大发展空间。

➢ 水泥兼并重组

但目前水泥行业主要面临产业集中度不高的困境。因水泥受运输距离限制较多，其产品存在一定的销售半径，市场区域化的特征明显，但我国水泥行业目前形成了高度分散的特点。为了更好整合资源，近年来国家产业政策大力推动行业兼并重组，公布了包括 12 大全国性内资水泥集团在内的 60 家重点扶持水泥集团名单，以"突出重点，区别对待"的

CNBMCO00143350

政策，对这些企业项目投资、重组兼并在项目核准、土地审批、信贷投放等方面优先支持。通过并购重组促使产业集中度不断提高成为近年我国水泥行业呈现出的最大特点。截止到 2007 年，我国前 10 大水泥集团总产量达到全国水泥产量的 18.75%。但这一集中度水平仍远低于世界平均水平，与邻国印度相比，目前印度前 5 大水泥企业产能占其国内总产能的 55%，集中度大大高于我国。

➤ 落后产能加快淘汰

2006 年 10 月，发改委《水泥工业发展专项规划》规定，2006 年至 2010 年全国要淘汰落后水泥产能 25,000 万吨，落后水泥产量比重将从 2005 年的 55%降到 2010 年的 30%。2007 年全国通过拆除生产线淘汰机立窑等落后水泥产能 5,200 多万吨，截至 2007 年底，我国新型干法水泥产能比重已达到 55%。根据发改委的淘汰计划，2008 年将淘汰 8,410 万吨落后水泥生产线产能，较 2007 年增加 62%。

整体来看，2006 年我国水泥行业开始进入新一轮景气周期，企业利润空间开始扩大，在国家产业政策的推动下，水泥行业不但产能迅速增长，而且生产技术水平不断提高，产业结构调整效果明显，行业集中度快速上升，水泥产业布局进一步优化。目前国际经济形势发生数增加，国内宏观调控力度加大，对国内投资尤其是房地产投资产生不利影响，水泥需求的快速增长受到一定压力；国内货币政策趋紧形势下，大规模的并购将受到资金不足的限制；同时，能源价格不断上升也将压了水泥企业的盈利空间。

CNBMCO00143351

## 石膏板

石膏板以熟石膏为主要原料搀入添加剂与纤维制成，在各类建筑装修板材中属中性偏较好材料。石膏板的主要生产原料是天然石膏，我国石膏石矿储量丰富，但目前石膏矿的产量并不高，在未来具有巨大的可开发的能潜力。另外，火力发电的工业副产品脱硫石膏也可被用于石膏板生产。我国燃煤电厂每年会产生大量的脱硫石膏废弃物，将来会为我国石膏板生产提供价格低廉供应稳定的原材料来源，同时还符合国家资源综合利用的要求，受到政府的政策支持。

目前，我国石膏板人均消费量与发达国家相比相对较低，市场容量较大，未来发展前景看好。根据中国建筑装饰装修材料协会资料显示，预计在未来 3—5 年的时间内，国内石膏板市场的需求量将持续以 20%—30% 的速度增长，2008 年石膏板总产销量预计可达 15 亿平方米，石膏板市场发展速度且空间广阔。

目前，国内石膏板行业的整体趋势是集中发展大型生产线。2004 年，国家颁布相关法规，鼓励建设年产 400 万平方米以上的大型纸面石膏板生产线。预计"十一五"期间，随着国家强制淘汰消耗高，污染重，工艺技术落后的产业政策的推行和大规模产业化生产线的陆续建成投产，石膏板行业的结构将发生重大调整，长期看有利于大型石膏板生产企业的发展。

## 玻纤复合材料板块

中国建材业务板块中的玻纤复合材料板块目前除原有的玻纤复合材料，玻璃钢制品外，通过对德国 NOI 公司的收购，掌握了风机发电叶片的关键技术，现该板块业务中风机叶片占比较高，故此在此对其风机发电叶

风能源是新能源的一个重要分支，以其清洁、安全、无限的特点，日益受到广泛的关注。风力发电是除水力发电之外，当今世界上可再生资源开发利用中技术最成熟、最具规模开发和商业化发展前景的发电技术。随着《京都议定书》与2005年2月16日的生效，使得碳排放权成为了一种可以切实买卖的商品，成为推动风电发展的巨大驱动能量。

我国可开发利用的风能资源有10亿kW，其中陆地2.5亿kW，现在仅开发了不到0.2%；近海地区有7.5亿kW，风能资源十分丰富。目前我国风电装机容量着增长速率逐年递增。风力发电叶片是风力机的关键部件之一，涉及气动、复合材料结构、工艺等领域。在兆瓦级风电机组中，叶片更是技术关键。目前我国在风力机复合材料叶片设计与制造技术方面与国外有一定的差距。为使复合材料叶片实现国产化，政府有关部门很重视叶片的研发，把叶片列入攻关项目予以支持。

2005年2月28日，十届全国人大常委会第十四次会议表决通过了《中华人民共和国可再生能源法》，标志着我国新能源进入了快速发展阶段。近两年风电行业得到了井喷式的发展，前景已经非常明朗。国家发改委制定的2020年风电发展目标是装机容量3000万kW，折合1.5MW的风机组20000台，即需要20000套叶片，年均需要1300套叶片。在《可再生能源法》的框架内，推出了一系列优惠政策：500万千瓦以上的发电企业要求拥有5%的新能源装机，特许风电场项目机组设备国产化率不得低于70%，电网公司要无条件接受风电入网电量，在电价、税收及其它方面给与一定的优惠政策。项目市场具有可靠的政策保障。

片行业进行简要分析。

14

CNBMCO00143352

CNBMCO00143353

## 工程服务

工程承包属服务性行业，对人力资源和技术要求高，是国际服务出口的重要组成部分。在水泥、玻璃等传统建材行业，我国的设计和建设能力已受到一定肯定，且劳动力成本低，在国际市场上具有竞争力。

需要关注的是，目前由于该行业尚缺乏明确的监管机制和行业规范，市场秩序相对混乱，曾出现恶性竞争现象，对业内企业的经营造成一定影响；同时，我们也关注人民币升值对该行业的潜在影响。

## 玻璃纤维

玻璃纤维是一种无机非金属新型材料，也是现代工业中应用最为广泛的复合材料（玻纤材料占复合材料比为90%），其典型特征为：强度高，重量轻、弹性模量高，伸长率低，同时还具有电绝缘、耐腐蚀等优点。玻璃纤维及其制品主要应用于建筑、交通、石化、电子电气、船舶、航空、航天、风力发电等领域。2000年以后，在能源和人工成本的压力下，主要欧美企业基本停止规模扩张，转向玻纤深加工领域进行新产品的开发，因此玻璃纤维产业逐渐向中国转移。近年来我国玻纤行业产能保持了年均33%的增长速度，同期全球除中国以外产能却以2%的负增长下滑。截至2007年底，全球玻纤总产能达到375万吨，我国玻璃纤维总产能达到163万吨，约占世界总产能的43.47%，已成为世界最大的玻璃纤维生产国。

目前国内玻璃纤维应用远不如国外广泛，玻纤产品主要以出口为主，近5年我国玻纤行业出口量年增长率超过30%，出口比重大约为60%。但近年来我国玻纤产品的出口退税率不断下调，由原来的17%降至13%，2007年7月又大幅下调至5%，对玻纤企业的利润产生了较大影响。加之人民币升值

CNBMCO00143354

亦抵消了部分美元结算的销售利润，有鉴于此国内玻纤企业开始加大对国内市场的培育和销售力度。从 2007 年行业供求情况看，国内玻纤企业产品供不应求，销售状况良好。

## 五、主要财务数据

近年来，公司加大行业整合力度，各项业务持续、快速、健康发展，资产规模不断扩大，主营业务收入和盈利水平保持在较高水平。截至 2007 年 12 月 31 日，公司合并总资产 300.87 亿元，总负债 200.38 亿元，所有者权益 100.50 亿元。2007 年，公司实现营业收入 108.66 亿元，其中主营业务收入 107.10 亿元；营业利润 9.73 亿元，利润总额 13.51 亿元，净利润 11.26 亿元。公司现在产业结构调整趋于合理，盈利能力保持在较好水平，未来发展前景较好。

以下财务数据引自公司 2005 年、2006 年和 2007 年经审计的财务报告。自 2007 年 1 月 1 日起，公司开始执行财政部于 2006 年颁布的企业会计准则（以下简称"企业会计准则"）。2007 年度财务报表为公司首份按照企业会计准则编制的年度财务报表。

在编制 2007 年度财务报表时，2006 年度的相关比较数字已按照财政部《企业会计准则第 38 号 - 首次执行企业会计准则》及其相关规定，中国证监会《公开发行证券的公司信息披露规范问答第 7 号 - 新旧会计准则过渡期间比较财务会计信息的编制和披露》的要求进行追溯调整，所有项目已按照企业会计准则重新列报。

（一）合并资产负债表主要数据

单位:万元

| 项 目 | 2007年 | 2006年调整数 | 2006年 | 2005年 |
|---|---|---|---|---|
| 资产总额 | 3,008,742.71 | 1,426,046.11 | 1,419,689.82 | 997,140.31 |
| 负债总额 | 2,003,756.47 | 818,596.95 | 814,916.40 | 637,800.25 |
| 少数股东权益 | 233,203.42 | 151,442.48 | 150,536.36 | 132,141.45 |
| 所有者权益 | 1,004,986.24 | 607,449.17 | 454,237.07 | 227,198.61 |

（二）合并利润表主要数据

单位:万元

| 项 目 | 2007年 | 2006年调整数 | 2006年 | 2005年 |
|---|---|---|---|---|
| 营业收入 | 1,086,609.73 | 678,666.56 | 651,544.31 | 476,773.63 |
| 营业利润 | 97,346.42 | 60,232.00 | 131,319.44 | 87,731.07 |
| 利润总额 | 135,058.03 | 65,666.96 | 64,920.70 | 49,632.70 |
| 净利润 | 88,737.65 | 40,552.42 | 39,000.01 | 31,891.11 |

注:2007年及2006年调整数载为"归属母公司所有者的净利润"。

（三）现金流量表主要数据

单位:万元

| 项 目 | 2007年 | 2006年调整数 | 2006年 | 2005年 |
|---|---|---|---|---|
| 一、经营活动产生的现金流量净额 | 55,120.47 | 43,545.20 | 43,545.20 | 18,603.53 |
| 现金流入小计 | 1,182,255.56 | 765,238.60 | 765,238.60 | 485,056.16 |
| 现金流出小计 | 1,127,135.09 | 721,693.40 | 721,693.40 | 466,452.63 |
| 二、投资活动产生的现金流量净额 | -548,068.52 | -183,801.08 | -183,801.08 | -72,494.04 |
| 现金流入小计 | 41,974.57 | 29,346.88 | 29,346.88 | 35,253.97 |
| 现金流出小计 | 590,043.09 | 213,147.96 | 213,147.96 | 107,748.01 |
| 三、筹资活动产生的现金流量净额 | 707,275.79 | 225,308.06 | 225,308.06 | 58,735.71 |
| 现金流入小计 | 2,067,818.35 | 782,239.56 | 782,239.56 | 425,059.50 |
| 现金流出小计 | 1,360,542.56 | 556,931.50 | 556,931.50 | 366,323.79 |
| 四、现金及现金等价物净增加额 | 211,957.08 | 84,481.99 | 84,481.99 | 4,689.73 |

（四）主要财务指标

| | 2007年 | 2006年 | 2005年 |
|---|---|---|---|
| 流动比率 | 0.77 | 0.87 | 0.64 |
| 速动比率 | 0.66 | 0.72 | 0.51 |
| 现金比率 | 0.26 | 0.35 | 0.17 |
| 存货周转率 | 7.05 | 6.64 | 6.21 |
| 存货周转天数 | 51.77 | 54.96 | 58.81 |

CNBMCO00143355

CNBMCO00143356

| | | | |
|---|---|---|---|
| 应收账款周转率 | 6.76 | 6.92 | 6.92 |
| 应收账款周转天数 | 53.96 | 52.77 | 52.77 |
| 应付款项周转率 | 3.69 | 4.11 | 4.50 |
| 应付款项周转天数 | 98.89 | 88.73 | 81.19 |
| 流动资产周转率 | 1.31 | 1.56 | 1.61 |
| 资产负债率 | 66.60% | 57.40% | 63.96% |
| 总资产收益率 | 4.00% | 3.23% | 3.79% |
| 净资产收益率 | 11.50% | 8.59% | 14.04% |
| 净利润率 | 8.29% | 5.99% | 6.69% |

18

# 第二部分 对发行人本次发行的调查重点

## 一、发行人公司治理情况调查

### （一）发行人股权结构

公司的实际控制人为中国建筑材料集团公司。中国建筑材料集团公司为隶属于国资委管理的特大型建材集团，成立于1984年，前身为中国新型建筑材料（集团）公司，2003年列入国务院国资委管理的中央企业，同年4月更名为中国建筑材料集团公司，2004年与中国建筑材料科学研究院、中国轻工业机械总公司重组，2005年被国资委确定为国有独资公司董事会试点企业。中建材集团目前注册资金37.23亿元，法定代表人宋志平。



### （二）发行人内部组织架构及所属子公司情况

#### 1. 组织架构

CNBMCO00143357

19

CNBMCO00143358



2. 各部门主要职责

| 职能部门 | 主要职能 |
| --- | --- |
| 行政人事部 | 组织建立和完善公司各部门及子公司工作目标、管理职责、管理规范等方面的制度体系。 |
| 财务部 | 制定并执行公司财务管理制度、资产管理制度，对子公司的财务管理工作实施指导与监督；负责子公司经营目标责任的 |

20

CNBMCO00143359

| 投资发展部 | 制订公司的发展战略和中长期发展规划，并组织实施和协调；组织、指导子公司制订发展战略、中长期发展规划及业务发展规划，并负责审定、调整和督促落实。 |
| --- | --- |
| 科技管理部（项目管理部） | 建立和落实公司质量、安全、环保等相关管理制度；配合和指导子公司的体系认证、跟踪与培训工作。 |
| 法律部（董秘局） | 制定公司涉及法律管理、董事会管理方面的规章制度，并组织实施；处理公司法律事务，以保障股东的权益。 |
| 审计部 | 起草内部审计规章、拟订内部审计制度，制定内部审计工作规范、指南；负责公司及子公司的财务收支、财务预决算、资产质量、经营绩效及其他有关经济活动的审计监督。 |

（制定和完成情况考核。）

### 3. 所属子公司情况

| 企业名称 | 业务性质 | 持股比例（%） | 注册资本（万元） | 企业类型 |
| --- | --- | --- | --- | --- |
| 北新集团建材股份有限公司 | 轻质建材生产销售 | 52.40 | 57,515 | 控股子公司 |
| 中国联合水泥集团有限公司 | 水泥生产销售 | 100.00 | 200,000 | 全资子公司 |
| 中国建材国际工程有限公司 | 工程施工、设计、服务 | 91.00 | 22,000 | 控股子公司 |
| 中国复合材料集团有限公司 | 复合建材生产销售 | 100.00 | 35,000 | 全资子公司 |
| 南方水泥有限公司 | 水泥生产销售 | 75.00 | 350,000 | 控股子公司 |

### （三）公司治理结构

公司根据《公司法》、《证券法》及国家有关法律、法规的规定，设立了符合现代企业制度要求的法人治理框架，建立了健全的股东大会、董事会、监事会等制度。

自公司成立以来，公司股东大会、董事会、监事会均能按照有关法律、法规和《公司章程》的规定规范独立有效运作。

### 1、股东大会

21

股东大会是公司的权力机构，依法行使职权，职权包括：

1) 决定公司的经营方针和投资计划；

2) 选举和更换董事，决定有关董事的报酬事项；

3) 选举和更换由股东代表出任的监事，决定有关监事的报酬事项；

4) 审议批准董事会的报告；

5) 审议批准董事会的报告；

6) 审议批准公司的年度财务预算方案、决算方案；

7) 审议批准公司的利润分配方案和弥补亏损方案；

8) 对公司增加或者减少注册资本作出决议；

9) 对公司合并、分立、解散和清算等事项作出决议；

10) 对公司发行债券作出决议；

11) 对公司聘用、解聘或者不再续聘会计师事务所作出决议；

12) 修改公司章程；

13) 审议代表公司有表决权的股份 5%以上（含 5%）的股东的提案；

14) 法律、行政法规及公司章程规定应当由股东大会作出决议的其他事项。

股东大会可以授权或委托董事会办理其授权或委托办理的事项。

## 2、董事会

董事会对股东大会负责，行使下列职权：

1) 负责召集股东大会，并向股东大会报告工作；

2) 执行股东大会的决议；

3) 决定公司的经营计划和投资方案；

CNBMCO00143360

CNBMCO00143361

4) 制定公司的年度财务预算方案、决算方案；

5) 制定公司的利润分配方案（包括派发年终股息的方案）和弥补亏损方案；

6) 制定公司的债务和财务政策、公司增加或者减少注册资本、发行公司债券或其他证券的方案；

7) 拟定公司的重大收购或出售方案以及公司合并、分立、解散的方案；

8) 决定公司内部管理机构的设置；

9) 聘任或者解聘公司总经理，根据总经理的提名，聘任或者解聘公司副总经理、财务负责人；

10) 制定公司的基本管理制度，包括财务管理和人事管理制度；

11) 制订公司章程修改方案；

董事会作出前款决议事项，除第 6、7、11 项须由三分之二以上的董事表决同意外，其余可由半数以上的董事表决同意。

## 3、董事会专门委员会：

根据需要，董事会可以设立战略决策、审核、薪酬、提名等专门委员会。董事会作出前关决议前应事前征求有关专门委员会的意见。（需核实）

董事会下设的各专门委员会成员全部由董事组成，并由董事会选举产生。

各专门委员会设召集人，负责召集专门委员会议。各专门委员会的组成、职责及运作机制由董事会决定，并应符合中国及公司股票上市地的有关法律、法规的规定及香港联交所的有关规定。

23

CNBMCO00143362

**4、监事会：**

监事会向股东大会负责，并依法行使下列职权：

1）检查公司的财务；

2）对公司董事、经理和其他高级管理人员执行公司职务时违反法律、行政法规或者公司章程的行为进行监督；

3）当公司董事、总经理和其他高级管理人员的行为损害公司的利益时，要求前述人员予以纠正；

4）核对董事会拟提交股东大会的财务报告、营业报告和利润分配方案等财务资料，发现疑问的可以公司名义委托注册会计师、执业审计师帮助复审；

5）提议召开临时股东大会；

6）代表公司与董事交涉或者对董事起诉；

7）本章程规定的其他职权。

监事会可对公司聘用会计师事务所发表建议，可在必要时以公司名义另行委托会计师事务所独立审查公司财务，可直接向国务院证券主管机构和其他有关部门报告情况。

外部监事应向股东大会独立报告公司高级管理人员的诚信及勤勉尽责表现。

监事可以列席董事会会议。

**5、独立董事制度：**

公司设立独立董事制度，独立董事依据相关法律、行政法规、公司章程和董事会议事规则行使职权，承担义务。

24

CNBMCO00143363

独立董事应独立于公司及其股东。独立董事不得在公司担任除独立董事外的其他任何职务。

独立董事可直接向股东大会、国家证券监督管理机构和其他有关部门报告情况。

(四) 董事会及高级管理人员

1. 董事、监事及高级管理人员基本情况

| 姓名 | 职务 | 性别 | 年龄 | 任期起始日期 |
| --- | --- | --- | --- | --- |
| 宋志平 | 执行董事、董事长 | 男 | 51 | 2005年10月至今 |
| 曹江林 | 执行董事、总裁 | 男 | 41 | 2005年10月至今 |
| 李谊民 | 执行董事、副总裁 | 男 | 54 | 2005年03月至今 |
| 彭寿 | 执行董事、副总裁 | 男 | 47 | 2005年10月至今 |
| 崔丽君 | 非执行董事 | 女 | 47 | 2003年06月至今 |
| 黄安中 | 非执行董事 | 男 | 44 | 2005年03月至今 |
| 左凤高 | 非执行董事 | 男 | 52 | 2005年03月至今 |
| 张人为 | 独立非执行董事 | 男 | 67 | 2005年03月至今 |
| 周道洄 | 独立非执行董事 | 男 | 74 | 2005年05月至今 |
| 迟海滨 | 独立非执行董事 | 男 | 76 | 2005年05月至今 |
| 刘南原 | 独立非执行董事 | 男 | 56 | 2006年01月至今 |
| 申安泰 | 监事会主席、母公司副总裁 | 男 | 58 | 1998年08月至今 |
| 周国萍 | 监事、母公司总裁助理 | 女 | 48 | 2003年10月至今 |
| 包文春 | 监事 | 男 | 54 | 2005年05月至今 |
| 崔淑红 | 监事 | 女 | 40 | 2005年05月至今 |
| 张兆民 | 独立监事 | 男 | 70 | 2005年05月至今 |
| 刘志全 | 独立监事 | 男 | 45 | 2005年05月至今 |
| 崔星大 | 副总裁 | 男 | 46 | 2005年04月至今 |
| 张定金 | 副总裁 | 男 | 50 | 2004年09月至今 |
| 常张利 | 副总裁 | 男 | 37 | 2005年03月至今 |
| 陈学安 | 财务总监 | 男 | 43 | 2005年03月至今 |
| 裴鸿雁 | 财务部经理、合资格会计师 | 女 | 34 | |

CNBMCO00143364

## 2. 董事、监事及高级管理人员简历：

### 董事

### 执行董事

宋志平，51 岁，公司执行董事兼董事长，自 2005 年 10 月起便出任母公司的董事长。宋先生自 1997 年 5 月起便加盟中建材集团，在中国建材行业累积了 25 年以上的业务及管理经验。2002 年 3 月至 2005 年 10 月，宋先生出任母公司的总裁，2003 年 3 月及 2005 年 4 月出任中联水泥的董事长。由 1998 年 12 月至 2002 年 3 月及由 1995 年 10 月至 1998 年 12 月，宋先生也分别担任母公司的常务副总裁及副总裁。由 1997 年 5 月至 2002 年 5 月，宋先生也担任北新建材的董事长。由 1996 年 1 月及 1996 年 6 月起，除了分别担任北新建材（集团）有限公司的董事长及党委书记外，宋先生由 1987年至 2002 年也在北新建材（集团）有限公司的（在其改制之前及之后）担任多个职位，包括副厂长、厂长及总裁。宋先生于 1995 年 7 月获武汉工业大学（现为武汉理工大学）颁发工学硕士学位，并于 2002 年 6 月获华中科技大学颁发管理学博士学位。宋先生是一名合资格高级工程师，目前是全国工商管理硕士教育指导委员会委员。他也是中国建筑材料联合会副会长及第三届中国物流与采购联合会副会长及首都企业家俱乐部部主任。自 1993年至 2003 年，宋先生凭着他在管理方面的技能而获颁赠多个奖项，包括中国 500 名企业创业者、全国优秀青年企业家、第八届全国优秀企业家金球奖、管理人物精英奖及 2003 年度中国创业企业家。2007 宋志平先生入选 " 中国十大并购人物 "，并于 2008 年 3 月获颁 " 袁宝华企业管理金奖 "。

26

CNBMCO00143365

曹江林，41 岁，公司的执行董事兼总裁。曹先生自 1992 年 4 月起便加盟中建材集团，在建材行业累积了 15 年以上的业务及管理经验。自 2002 年 3 月起，曹先生便出任北新物流有限公司及北新科技发展有限公司的董事长，自 2002 年 6 月起出任中国玻纤的董事长，由 2005 年 10 月起出任母公司的董事，及由 2004 年 10 月起担任北新建材的董事长。自 1998 年 4 月至 2005 年 10 月，曹先生在母公司及公司担任多个职务，包括自 2000 年 12 月至 2004 年 4 月出任北新建材有限公司的总裁，自 2002 年 6 月至 2005 年 3 月出任中国玻纤的总经理，自 1998 年 4 月至 2005 年 3 月出任北新建材（集团）有限公司的总裁助理、副总裁及总裁，并自 1998 年 4 月至 2002 年 3 月出任中国建筑材料及设备进出口珠江公司的总经理。曹先生于 1990 年 7 月获上海财经大学颁发经济学学士学位，并于 2004 年 1 月获清华大学颁发工商管理硕士学位。曹先生获选为中国建筑材料联合会副会长、中央企业青年联合会委员、北京市上市公司协会理事、深圳市青年联合会第六届委员会委员、深圳市建材行业协会会长及中国物流采购联合会副会长。

李谊民，54 岁，公司执行董事。李先生自 1997 年 5 月起便加盟中建材集团，在中国建材行业累积了 20 年以上的业务及管理经验。李先生自 2003 年 12 月至 2005 年 3 月曾出任中建材集团的总工程师，自 2002 年 4 月至 2004 年 2 月出任北新建材的董事，并自 1997 年 5 月至 2002 年 4 月出任北新建材的总经理。自 1996 年 1 月至 2003 年 12 月，李先生相继出任北新建材（集团）有限公司的副总裁，副董事长及总裁。自 1985 年 9 月至

CNBMC00143366

1996 年 1 月，李先生也曾出任北新建材（集团）有限公司（在其由北京新型建筑材料总厂改制前）副厂长。李先生于 1978 年 8 月毕业于上海同济大学机电系，并于 1995 年获武汉工业大学（现为武汉理工大学）颁发工学硕士学位。他是一位合资资格教授级高级工程师，并为国务院批准的享受政府特殊津贴人员。

彭寿，47 岁，公司执行董事。彭先生于 2001 年 6 月加盟中建材集团，在中国建材行业累积了 20 年以上的业务及管理经验。彭先生为无机材料研发及工程设计与咨询方面的专家。彭先生自 2004 年 9 月起便出任中国建材工程董事长，并自 2002 年 5 月出任中国建材工程总经理。自 2001 年 6 月至 2002 年 5 月，他也出任中国建材工程副总经理。彭先生于 1982 年 12 月获武汉建筑材料工业学院（现为武汉理工大学）颁发工程学士学位，并于 2002 年 1 月获武汉工业大学（现为武汉理工大学）颁发管理硕士学位。他是一位合资格的教授级高级工程师，并为国务院批准的享受政府特殊津贴人员。自 2003 年 7 月起，彭先生出任中国建筑玻璃及工业玻璃协会第四届理事会常务副会长。

非执行董事

崔丽君，47 岁，公司非执行董事。崔女士自 1998 年 9 月起便加盟中建材集团，在中国建材行业累积了 20 年以上的业务及管理经验。崔女士自 1997 年 8 月起，她相继出任北新建材（集团）有限公司的财务部总经理及北新新建材的财务部经理。自 2003 年 6 月起出任北新建材（集团）有限公司的财务部总经理及北新新建材的财务部经理。崔女士现

CNBMCO00143367

为北新建材（集团）有限公司总裁兼副董事长。崔女士于1998年11月毕业于中国社会科学院研究生院投资管理专业。

黄安中，44岁，公司非执行董事。黄先生自2003年3月起便加盟中建材集团，在中国建材行业积了20年以上的业务及管理经验。黄先生自1996年4月至2000年11月出任中建材集团进出口公司的副总裁，并自2000年11月至2005年2月出任中建材集团进出口公司的总裁。黄先生现为中建材集团进出口公司总裁。黄先生于1985年7月获南京化工学院颁发工学学士学位，并于1998年11月毕业于中国社会科学院研究生院企业管理专业，2005年6月获厦门大学颁发高级管理人员工商管理硕士学位。现为高级经济师。

左凤高，52岁，公司非执行董事。左先生于2005年3月加盟公司，累积了16年以上的业务及管理经验。左先生自2004年5月起便出任中国信达资产管理公司北京办事处的主任。左先生自1999年9月至2004年5月也出任中国信达资产管理公司北京办事处的副主任，自1997年1月至1999年9月出任中国建设银行北京西四支行行长，并自1989年6月至1997年1月出任中国建设银行北京分行房信部总经理及中国建设银行北京前门支行副行长。左先生于1998年7月毕业于中国社会科学院研究生院财贸经济系货币银行学专业，现为经济师。

独立非执行董事

CNBMCO00143368

张人为，67 岁，公司独立非执行董事。张先生自 2005 年 3 月起便便加盟公司，在中国建材行业累积了 40 年以上的业务及管理经验。张先生自 2003 年 6 月起便便出任上海耀华皮尔金顿玻璃股份有限公司的独立非执行董事。自 2001 年 2 月起出任中国建筑材料协会（现更名为中国建筑材料联合会）会长，并自 2000 年 1 月起出任中国硅酸盐学会理事长。自 1994 年 1 月至 2001 年 2 月，他也出任国家建筑材料工业局党组书记，并自 1985 年 7 月至 1994 年 1 月出任该局的副局长。张先生于 1963 年毕业于华东化工学院（现为华东理工大学）硅酸盐研究专业。他是一位合资格教授级高级工程师。

周道炯，74 岁，公司独立非执行董事。他由 2003 年 6 月起是联交所一家上市公司哈尔滨动力设备股份有限公司的独立非执行董事、在审核及一家上市公司的内部监控、风险管理措施及企业管治方面素有经验。周先生自 2005 年 5 月起便便加盟公司，在宏观经济管理及金融方面累积了 50 年以上经验。自 1998 年 3 月至 2003 年 3 月，周先生是第九届全国人大常务委员会及财经委员会委员。自 1998 年 3 月至 2000 年 8 月，周先生也出任国务院稽察特派员。他于全国人大及国务院的主要职责包括监察中国的企业会计及预算、审阅及监督财务预算、参与制订中国证券及期货发展法例及监督该等法例的实施。自 1995 年 3 月至 1997 年 6 月，周先生同时出任中国证监会主席。周先生于中国证监会的主要职责包括监督中国证券市场、参与草拟证券法、审阅上市申请人及上市公司的财务报表以确保彼等遵守相关的证券法及企业管治规定以及监控上市公司的买卖活动。自 1984 年

CNBMCO00143369

12 月至 2000 年 8 月，

周先生曾出任中国建设银行多个重要职位，包括中国建设银行党组书

记、行长及监事会主席。他也出任国家开发银行副行长，并出任国务院证

券委员会副主任。1984 年 12 月前，周先生曾先后任安徽省政府财政部

门任厅长及秘书长。周先生现任中国城市经济学会会长、PECC 中国金融委

员会主席、中国陶行知和基金会会长及中国投资发展促进会会长、中国投资

学会名誉会长及首都企业家俱乐部顾问。周先生也是一位合格的高级经济

师。周先生于公众上市公司的财务管理、风险管理措施及企业治治方面拥

有丰富经验。

迟海滨，76 岁，公司独立非执行董事。迟先生自 2005 年 5 月起加盟

公司，在中国会计准则方面具备丰富知识。迟先生自 1996 年起出任中国会

计学会会长及由 1996 年 6 月至 2004 年 11 月也担任中国注册会计师协会副

会长。迟先生担任中国会计学会会长及中国注册会计师协会副会长的主要

职责包括促进中国的会计及财务规则及规例向相关监督机构提供建议、研究

及调查内部会计准则、制订中国执业会计师的规则及守则以及于中国监控

该等规则及守则的执行情况。迟先生是一名合格高级经济师，并在宏观

经济管理方面累积了约 50 年经验。迟先生于 1954 年加入财政部，自 1954

年 12 月至 1993 年 4 月期间在财政部担任多个高级职位，包括经济建设司

副处长及副司长及财政部副部长。自 1993 年 4 月至 2003 年 3 月，迟先生

获选为第八届全国人大常务委员会委员及财经委员会副主任委员，及获选

为第九届全国人大常务委员会委员及财经委员会委员。迟先生于财政部及全国

Case 2:09-md-02047-EEF-MBN   Document 21750-57   Filed 08/31/18   Page 481 of 534

CNBMCO00143370

人大的主要职责包括监控公司会计及预算、审核及监督中国财政预算、参与制订中国的经济法例及监督该等法例的执行情况。迟先生自 2004 年 4 月起亦是上海证券交易所一家上市公司凤帆股份有限公司的独立非执行董事，在审阅及建立公众上市公司的内部监控、风险管理措施及企业管治方面经验丰富。

刘高原，56 岁，公司独立非执行董事。刘先生于 2006 年 1 月加盟中建材集团，现为保华集团有限公司副主席及总经理及董事华保华建业集团有限公司副主席。刘先生在建筑业具备 30 多年国际企业管理经验。

监事

申安泰，58 岁，公司监事会主席。申先生自 1999 年 7 月起便加盟中建材集团，在担任监事及出任管理职位方面累积了 15 年以上经验。申先生自 1998 年 8 月起便担任母公司的副总裁，并自 2003 年 9 月起出任母公司的总会计师。自 1990 年 9 月至 1998 年 8 月，申先生相继出任国家建材局经济财务司综合事业处副处长、经济财务处处长，并出任财务与国有资产监督司司长。申先生于 1982 年 4 月获西北电讯工程学院（今为西安电子科技大学）颁发工程学士学位。他是一位合格高级会计师。

周国萍，48 岁，公司监事。周女士自 1999 年 7 月起便加盟中建材集团，在担任监事及出任管理职位方面累积了 13 年以上经验。周女士自 2003 年 10 月起便担任母公司的总裁助理，并自 2002 年 4 月起担任母公司的财

务部总经理。自 1992 年 3 月至 2002 年 4 月，周女士相继担任母公司的综合计划部计划处副处长、综合计划部主任助理、计划财务部副经理及经理以及资金管理部部副经理。周女士于 1982 年 7 月获武汉建材工业学院（现为武汉理工大学）颁发工学学士学位，并于 2006 年 12 月 22 日获厦门大学颁发的高级管理人员工商管理硕士学位，是一位合资格高级工程师。

包文春，54 岁，公司监事。包先生自 1997 年 5 月起便加盟中建材集团，在担任监事及出任管理职位方面累积了 12 年以上经验。自 2004 年 9 月起，包先生便担任北新建材集团的常务副总经理。自 2002 年 8 月起担任北新建材（集团）有限公司的董事，并自 2004 年 8 月起出任北新建材（集团）有限公司的党委书记。自 1997 年 5 月至 2004 年 9 月，包先生曾相继出任北新建材的副总经理、总经理及董事长。包先生自 1996 年 1 月至 1997 年 8 月也曾出任北新建材（集团）有限公司财务部经理，并自 1993 年 2 月至 1996 年 1 月出任北新建材（集团）有限公司（在从北京新型建筑材料厂改制前）财务处副处长。包先生于 1987 年 7 月毕业于北京化工管理干部学院会计系。他是一位注册会计师。

崔淑红，40 岁，公司监事。崔女士自 2001 年 10 月起便加盟中建材集团，在担任监事及出任管理职位方面累积了 12 年以上经验。崔女士自 2005 年 4 月起便出任公司行政人事部总经理。自 2002 年 4 月至 2005 年 4 月，崔女士曾出任母公司总经理办公室副主任，并自 2001 年 10 月至 2002 年 4 月

33

CNBMCO00143371

CNBMCO00143372

月出任北新建材人力资源部经理副总经理及总经理办公室副主任。自 1997 年 8 月至 2001 年 10 月，崔女士亦出任北新建材（集团）有限公司总经理办公室副主任。崔女士于 1990 年 7 月获北京经济学院颁发经济学学士学位。她是一位合资格高级经济师。

张兆民，70 岁，公司独立监事。张先生也是北京市东方石油化工有限公司专家顾问。张先生自 2005 年 5 月起便加盟公司，在担任监事及出任管理职位方面累积了 30 年以上经验。自 2001 年至 2002 年，他曾相继出任北京市北化集团公司乙烯系列厂债务转股筹备组成员，自 1999 年至 2001 年出任中石化集团公司上市工作组综合组副组长，并自 1997 年至 2000 年出任中国石化北京燕化石油化工股份有限公司董事会秘书。张先生自 1988 年至 1993 年相继出任北京市燕山石油化工有限公司的总经济师，并自 1997 年 7 月至 1999 年 12 月出任该公司的副总经理。长，自 1993 年至 1997 年出任该公司的总经理。自 1983 年至 1988 年，张先生曾出任东方红炼油厂长助理及总经济师。他是一位合资格高级经济师。

刘持金，45 岁，公司独立监事。刘先生自 2005 年 5 月起便加盟公司，在担任监事角色及出任管理职位方面累积了 20 年以上经验。刘先生自 2002 年起便出任泛太平洋管理研究中心董事长兼总裁，并自 2004 年起出任北京泛太平洋管理培训有限公司总经理兼董事长。刘先生自 1999 年至 2001 年也出任诺基亚（中国）投资有限公司副总裁，自 1997 年至 1999 年出任爱立信（中国）有限公司高级副总裁兼爱立信中国学院院长，于 1996 年出任

CNBMCO00143373

美国麦肯锡咨询公司高级顾问，并自1993年至1995年出任美国多佛工业集团副总裁。自1985年至1988年，刘先生曾出任中国山东建材工业学院助理教授，目前是北京首都企业家俱乐部副主任，哈佛大学商学院北京校友会主席，厦门大学管理学院EMBA项目联合主任，刘先生于1990年获曼菲斯大学颁发物理学硕士学位，并于1997年获美国哈佛大学商学院颁发工商管理硕士学位。

高级管理人员

李谊民，54岁，公司副总裁。简历见"执行董事"一节。

彭寿，47岁，公司副总裁。简历见"执行董事"一节。

崔星太，46岁，公司副总裁。崔先生自1999年6月起便加盟中建材集团，在中国建材行业累积了21年以上的业务及管理经验。崔先生从2004年8月起便出任中联水泥的党委书记，并自2005年4月起出任中联水泥的董事长。崔先生自2004年8月至2005年4月出任中联水泥副董事长，自2003年11月至2005年3月出任母公司副总工程师，自1999年7月至2004年8月出任中联水泥总工程师，并自2002年4月至2004年8月出任中联水泥副总经理。自1997年6月至1999年1月，崔先生出任山东鲁南水泥厂厂长。崔先生于1984年7月获武汉工业大学（现为武汉理工大学）颁发工程学士学位，并于1998年7月毕业于中国社会科学院研究生院企业管理专业，并于2008年1月17日获清华大学颁发的高级管理人员工商管理硕

CNBMC00143374

土学位。他是一位合资格高级工程师。崔先生自 2007 年 12 月起任中国水泥协会副会长。

张定金，50 岁，公司副总裁。张先生自 1999 年 8 月起便加盟中建材集团，在中国建材行业累积了 20 年以上的业务及管理经验。张先生自 2004 年 9 月起便出任中国建材董事长，并自 2003 年 1 月起出任中国复材的总经理。自 2002 年 3 月至 2003 年 1 月，他也出任中国无机材料科技实业集团公司总经理，自 2001 年 1 月至 2002 年 3 月出任中国无机材料科技实业集团公司副总经理，并自 1999 年 8 月至 2001 年 9 月出任北京泛华玻璃有限公司总经理。自 1997 年 2 月至 1999 年 8 月，张先生曾出任山东工业陶瓷研究设计院副院长。于 1982 年 8 月，张先生获鞍山钢铁学院颁发工程专业学士学位。于 2005 年 6 月，他获厦门大学颁发高级管理人员工商管理硕士学位。张先生是一位合资格的数据级高级工程师，并为国务院批准他的享受政府特殊津贴人员。

常张利，37 岁，公司副总裁。常先生于 1997 年 8 月加盟中建材集团，在处理本公司境内上市公司事务方面累积了 8 年以上经验，参与了有关公司全球发售及股份在联交所上市的所有主要事宜。自 1997 年 8 月至 2005 年 3 月，常先生便出任北新建材多个重要职位，包括北新建材证券部副经理及经理、北新建材管理企划部经理、并出任北新建材的董事会秘书及副总经理。在这期间内，除了履行北新建材的一般公司职务外，常先生也负责处理有关北新建材的所有法律事宜，并积极参与北新建材及旗下多间附

CNBMCO00143375

属公司的重组及收购事项。常先生于1994年7月毕业于武汉工业大学（现为武汉理工大学），拥有工学学士学位，并于2005年6月获清华大学颁发工商管理硕士学位。常先生目前是公司法律部总经理，也是中央企业青年联合会委员，北京市上市公司协会副秘书长。

陈学安，43岁，公司财务总监。陈先生自2005年3月起便加盟公司，在财务方面累积了19年以上的经验。陈先生自2000年6月至2004年1月任财政部统计评价司中央处处长。陈先生自1995年8月起也出任财政部统计评价司监测处处长，并出任财政部统计评价司资产核资处副处长及国资委办公室财务处副处长。陈先生于1999年11月获北京理工大学管理学硕士学位，现为高级会计师。

合资格会计师

裴鸿雁，34岁，公司的合资格会计师。裴女士于2001年5月加盟中建材集团，在会计方面累积了6年以上经验。自2003年11月至2005年4月，裴女士便出任母公司的财务部高级会计师，并自2002年11月至2005年4月出任母公司财务部的总经理助理。自2002年3月至2004年12月，裴女士也担任昆明水泥控股有限公司的董事，并自2001年5月至2004年10月担任中国复材的财务总监。裴女士于1999年获东北财经大学颁发管理硕士学位，是英国特许公认会计师公会会员。裴女士也是中国注册会计师协会的非执业会员，现全职于公司工作。

联席公司秘书

CNBMCO00143376

常×利，37岁，公司的联席公司秘书。简历见"高级管理层"一节。

卢绮霞，49岁，公司的联席公司秘书。卢女士目前是卓佳专业商务有限公司的企业服务部董事，也是英国特许秘书及行政人员公会及香港特许秘书公会的资深会员。卢女士在本公司秘书方面累积了20年以上经验，她过去曾为多家在联交所上市的公司提供服务。除本公司外，她现时为联交所四家上市公司的联席公司秘书或联席公司秘书。

## （五）发行人内部控制体系建设

公司是于香港联交所上市的上市公司，为遵守相关监管要求，加强公司内部控制管理，确保内部监控系统稳健妥善而且有效，公司建立健全了以财务管理制度、投资管理制度、科技与项目管理制度，审计管理制度、行政人事管理制度等为主要内容的较完善的内部控制体系。

### 1. 财务管理制度

发行人根据国家相关政策法规的规定，结合公司的实际情况，制定并不断完善了《借款及担保管理办法》、《预算管理办法》、《财务总监委派及管理办法》、《财务会计报告管理办法》等一系列财务管理控制制度。有效规范公司、子公司及其各级控股公司的借款及担保行为；详细规定了公司预算管理原则、预算管理组织体系和预算编制、实施与控制、反馈与考评等操作过程；加强了公司对子公司及其各级控股公司的财务监督和集中管理，规范公司、子公司及其各级控股公司的财务会计信息提供，保证各类财务会计信息的真实完整和及时准确。

### 2. 投资管理制度

CNBMCO00143377

公司制定了《战略规划和实施管理办法》，规范公司和各子公司的战略决策和战略实施行为，对战略规划的主体及其管理权限、实施及评估作做出了规定。

公司制定了《资本运营管理办法》，规范公司和子公司的资本运营活动，对企业并购、产权及股权的转让与出售、企业的合并与分立、股份有限公司股权的管理，提高投资决策质量，资本运营中的有关资产评估与风险投资业务、租赁和托管业务、上市和增发等业务的管理做出了明确、详细的规定。

## 3. 科技与项目管理制度

公司制定了《资本投资项目决策听证会管理暂行办法》、《项目建设管理办法》，加强公司投资决策管理，实现公司投资决策的科学化、规范化。

制度化，提高投资决策质量，详细规定了项目决策听证会的组织召开程序；

加强公司项目建设过程管理，规范管理行为，提高项目建设质量和投资效益，对项目建设中公司与子公司各自的管理职责做出了明确规定。

为加强公司各业务板块生产经营活动中的劳动保护工作，改善劳动条件，保护劳动者在生产过程中的安全和健康，公司根据国家有关部门关于劳动保护的法规和《中国建材集团安全管理规定》，结合公司实际情况制定了《安全生产管理规定》，对安全生产的管理机构与职责、检查和整改、奖励与处罚措施等做出了明确、详细的规定。

此外，公司还制定了《建设项目竣工验收管理暂行规定》、《质量管理办法》、《信息系统管理暂行规定》、《科技工作管理办法》等，形成了较为科学、完善的科技工作管理体系与项目管理体系。

## 4. 审计管理制度

CNBMCO00143378

公司制定了《内部审计工作管理暂行办法》、

《经济责任审计暂行办法》，加强对公司、子公司及其各级控股公司的内部

监督和风险控制，规范公司、职责和权限，审计工作程和要求，罚则等做出

对内部审计机构的设置，规范公司、

了明确规定；规范公司、子公司及其各级控股公司工程项目审计工作，对

工程项目的审计工作的组织实施，审计程序、工作内容等做出了明确规定。

加强对公司下属各级控股子公司和业务部门负责人经济责任审计工作，对

经济责任审计工作的工作组织，工作程序、工作内容，工作结果以及罚则等都

做出了明确规定。

## 5. 行政人事管理制度

发行人制定了较为详尽的行政人事管理制度，对各行政部门的职责范

围做出了清晰的描述。

## 二、发行人经营范围和主营业务

### （一）发行人的主营业务

公司经核准的经营范围为：新型建筑材料及制品生产，新型房屋，水

泥及制品，玻璃纤维及制品，复合材料及制品的技术研发，生产和销售；

建筑材料的仓储，配送和分销；水泥，玻璃的技术研发，工程设计

与工程总承包；新型建筑材料的工程设计与工程总承包；与以上业务相关

的技术咨询，提供信息服务。承包境外建材，建筑和轻纺行业的工程承包，

工程勘测，咨询，设计和监理项目；上述境外工程所需的设备，材料出口；

对外派遣实施上述境外工程所需的劳务人员。

CNBMCO00143379

中国建材股份有限公司本部无经营，行使管理控制职能，其主要产品来自于下属企业：

水泥 ➡ 中国联合水泥集团有限公司和南方水泥有限公司

轻质建材 ➡ 北新集团建材股份有限公司
（注：主要是石膏板和矿棉吸音板及轻钢龙骨）

玻璃纤维及玻璃钢制品 ➡ 中国复合材料集团有限公司
（注：目前风机叶片占比较高）

工程服务 ➡ 中国建材国际工程有限公司

需要说明的是中国建材联合企业中国玻璃纤维属于玻璃纤维生产企业，但由于中国玻纤未纳入中国建材合并报表范围，因此现暂不对其业务进行详细分析。公司目前随着并购和产能扩张，各板块业务在2005年-2007年期间均有较快发展，具体变化情况如下：

水泥板块

| | 2005 年 | 2006 年 | 2007 年 |
| --- | --- | --- | --- |
| 中联水泥 | | | |
| 水泥产量（万吨） | 542.95 | 951 | 1,368 |
| 熟料产量（万吨） | 599.66 | 994 | 1,564 |
| 南方水泥 | | | |
| 水泥产量（万吨） | — | — | 298.8 |
| 熟料产量（万吨） | — | — | 384.1 |

石膏板块（北新建材）

| | 2005 年 | 2006 年 | 2007 年 |
| --- | --- | --- | --- |
| 总产量（百万平方米） | 164.1 | 246.1 | 306.1 |
| 总销量（百万平方米） | 150.5 | 247.1 | 303 |
| 北新石膏板平均单价（元/平方米） | 6.2 | 6.59 | 6.29 |
| 泰和石膏板平均单价（元/平方米） | 3.9 | 4.05 | 4.15 |

矿棉吸音板及轻钢龙骨（北新建材）

| | 2005 年 | 2006 年 | 2007 年 |
| --- | --- | --- | --- |
| 矿棉吸音板产量（百万平方米） | 11.6 | 13.98 | 9.76 |

CNBMCO00143380

| 矿棉吸音板销量(百万平方米) | 11.8 | 13.62 | 10.41 |
| 轻钢龙骨产量(千吨) | 26.1 | 29 | 35.1 |
| 轻钢龙骨销量(千吨) | 25.7 | 30.3 | 38.2 |

玻璃钢制品（中国复材）

| | 2005年 | 2006年 | 2007年 |
|---|---|---|---|
| 玻璃钢制品产量(千吨) | 12.9 | 11.1 | 13 |
| 玻璃钢制品销量(千吨) | 14.5 | 13.8 | 16.1 |
| 玻璃钢制品平均售价(元/吨) | 14,753.10 | 16,713.90 | 16,688.00 |
| 玻纤薄毡产量(百万平方米) | 43.9 | 44.4 | 79.7 |
| 玻纤薄毡销量(百万平方米) | 43.9 | 45.2 | 77.4 |
| 玻纤薄毡平均售价(元/平方米) | 1.3 | 1.03 | 0.96 |

目前，中国复材在保留原有玻璃钢制品业务的基础上，开始主力发展风机叶片产品，现已成为中国最大的1.5MW风机叶片制造商，截至2007年底，中国复材已生产1012片1.5MW风机叶片，其中933片已顺利交付使用。

在工程服务方面，中国建材下属的中国建材国际工程有限公司在浮法玻璃、新型干法水泥等产品的研究与服务领域掌握拥有自主知识产权的国内乃至国际先进的核心技术，主营大型工程设计、施工、安装、调试、服务和工程总承包业务。

整体分析，中国建材股份有限公司在四大业务领域中均有一定竞争优势，行业地位较高，是我国建材行业中为数不多的、有着较可完善的建材产品及装备研发、生产与销售体系的企业。公司现有的规模和技术都将成为日后竞争中的优势，有助于保持并进一步提升公司的业内地位。

(二)发行人主营业务经营情况

1. 公司2005年-2007年主要产品主营业务收入分类明细：

单位：万元

| 收入项目 | 2007年 | | 2006年 | | 2005年 | |
|---|---|---|---|---|---|---|
| | 金额 | 占收入 | 金额 | 占收入 | 金额 | 占收入 |

| | | 比例 | | 比例 | | 比例 |
|---|---|---|---|---|---|---|
| 水泥 | 480,796 | 44.9% | 223,048 | 33.8% | 128,107 | 26.9% |
| 轻质建材 | 308,825 | 28.8% | 281,130 | 42.6% | 233,371 | 48.9% |
| 玻璃纤维及玻璃钢制品 | 78,510 | 7.3% | 36,903 | 5.6% | 32,437 | 6.8% |
| 工程服务 | 188,170 | 17.6% | 118,308 | 18.0% | 82,859 | 17.4% |
| 本部 | 14,682 | 1.4% | 0 | 0 | 0 | 0 |
| 合计 | 1,070,983 | 100% | 659,389 | 100% | 476,774 | 100% |

数据来源：公司提供

从公司各板块业务收入情况分析，目前公司各板块业务收入均有较大幅度增长，同时水泥业务营业收入占比逐年提升，已由2005年的26.9%上升到2007年的44.9%，超过轻质建材板块成为中国建材收入第一大板块。纵观公司整体情况和各板块业务收入规模，公司业务规模大、整体实力强，作为全国大型建材企业，公司有较高的市场地位。

2. 公司2005年-2007年主要产品主营业务利润分类明细

单位：万元

| 收入项目 | 2007年 | | 2006年 | | 2005年 | |
|---|---|---|---|---|---|---|
| | 金额 | 占收入比例 | 金额 | 占收入比例 | 金额 | 占收入比例 |
| 水泥 | 93,729 | 43.3% | 52,375 | 36.8% | 29,708 | 33.9% |
| 轻质建材 | 63,350 | 29.3% | 55,108 | 38.7% | 33,778 | 38.5% |
| 玻璃纤维及玻璃钢制品 | 20,720 | 9.6% | 10,912 | 7.7% | 9,693 | 11.0% |
| 工程服务 | 35,724 | 16.5% | 23,921 | 16.8% | 14,552 | 16.6% |
| 本部 | 2,907 | 1.3% | 0 | 0 | 0 | 0 |
| 合计 | 216,430 | 100% | 142,316 | 100% | 87,731 | 100% |

数据来源：公司提供

从公司各板块业务利润情况分析，目前公司各板块业务主营业务利润金额均呈现较大幅度增长，特别是水泥板块增长幅度较快。目前建材行业特别是水泥行业有较高的盈利空间，公司在业务逐步扩张的同时，利用区域经济垄断优势、规模经济优势，部分材料集中采购控制成本，部分产品

43

CNBMCO00143381

CNBMCO00143382

统一销售提升价格水平等优势与手段，逐步提升盈利能力。

## （三）发行人所在未来可持续发展前景调查

### 1. 发行人所在行业发展前景

"十一五"时期是我国全面建设小康社会进程中承前启后的关键时期，建材行业作为国民经济的重要基础原材料工业，在"十一五"发展过程中将继续发挥重要的作用，未来发展前景较好，按照国民经济发展"十一五"规划纲要，2010年以前国内生产总值将保持8%以上的增长率，今后4年将是我国工业化和城镇化、新农村建设快速发展时期，也是建材行业充满发展机遇的时期。建筑业、交通运输业等行业是我国经济持续发展的支柱产业，也将有效地带动建材行业的发展。

### 2. 发行人所具备的竞争优势

#### （1）发行人的市场地位优势

中国建材股份有限公司目前各板块业务在国内和亚洲处于领先地位，部分产品产能位居全国乃至亚洲首位，行业地位优势明显，具备一定的话语权。具体行业地位如下：

| 业务板块 | 发展公司 | 主要产业行业地位 |
| --- | --- | --- |
| 水泥板块 | 中联水泥 | 产能已跃居国内水泥行业第二位，是淮海经济区 |
|  | 南方水泥 | 以及东南经济区最大的水泥生产商。 |
| 轻质建材 | 北新建材 | 亚洲最大的石膏板生产商。 |
| 复合材料 | 中国复材 | 国内最大的1.5MW风机叶片制造商 |
| 工程服务 | 中国建材工程 | 国内最大的浮法玻璃工程服务商 |
| 玻璃纤维 | 中国玻纤 | 在亚洲最大、世界第二的玻璃纤维生产商 |

➢水泥板块的优势

水泥是国民经济建设的重要基础原材料，目前国内外尚无一种材料可以替代水泥的地位。受国民经济高速增长拉动影响，水泥行业运行情况良

CNBMCO00143383

中国建材股份有限公司下属水泥板块企业中联水泥和南方水泥均是新型干法水泥企业，新型干法水泥较原有的湿法等在资在原，燃料无分燃烧及不利用，提升单位产能，节能降耗，降低排放等均有提升。同时还可以部分利用部分有毒，有害废弃物和城市垃圾作为二次原燃料，可以减轻社会环境压力。

水泥行业存在市场区域化的特征证明显，受运输距离制较多，因此在一区域内若能够形成区域垄断，则可以在销售价格等层面获得较高的话语权。而我国水泥行业形成了高度分散的特点，故此近年来国家产业政策大力推动行业兼并重组，故此中国建材股份有限公司抓住这一机遇在我国北方以中联水泥，在南方以南方水泥为核心，实行并购为主，新建为辅的方针，扩大自身市场地位。

中联水泥目前是淮海经济区最大的水泥企业。公司主要市场范围围涵盖山东、江苏、安徽、河南、河北等省。2007年中联水泥及其子公司相继成功收购了泰山水泥集团有限公司 90%的股权，日照市港源水泥有限公司100%的股权，进一步扩大了建材股份在淮海经济区及周边市场的市场份额和影响力，巩固了公司在淮海经济区水泥市场的主导地位。

2007年，中联水泥进一步强化和完善了集中采购管理工作，推进集中招标采购，使所属企业之间信息资源能够得到共享，不仅有效降低了各所属企业的采购价格，也有效克服了原、燃料料持续涨价对生产成本的影响，同时进一步加强了对所属企业产品价格管理的力度，进一步稳定并提升市场价格。自 2007 年 4 月 1 日起，中联水泥各所属企业均统一为

好。

CNBMCO00143384

「CUCC中联」，赢得了消费者的认可和赞誉，实现了品牌一体化。

2007年8月17日，中国建材与浙江邦达投资有限公司、江西车青水泥股份有限公司，湖南省国资委、浙江尖峰集团股份有限公司及北京华辰世纪投资有限公司订立出资协议，成立南方水泥有限公司。南方水泥的市场区域涵盖上海、浙江、江苏、江西、湖南等四省一市。截至2007年底，南方水泥相继成功收购了浙江水泥有限公司100%股权、浙江虎山集团国有限公司90%股权、长兴小浦众盛水泥有限公司95%股权、长兴煤山众盛建材有限公司95%股权、浙江中开源水泥有限公司80%股权、浙江中新源水泥有限公司75%股权和安徽中广源中广源水泥有限公司80%股权，并分别与浙江尖峰集团股份有限公司、江西万年青水泥股份有限公司和湖南国资委合资成立了浙江南方尖峰水泥有限公司、南方万年青水泥有限公司和湖南南方水泥有限公司，联合重组进展顺利。目前在东南经济区域内形成一定区域优势。

若按计划完成收购，南方水泥将在2008年底达到约1.31亿吨的名义产能，2009年底达到约1.44亿吨的名义产能，成为中国最大的水泥生产商。预计2009年底南方水泥在浙江省水泥市场份额将约占68%，在上海市水泥市场份额将约占62%，在湖南省水泥市场份额将约占47%，在江西省水泥市场份额将约占45%。

➤轻质建材

石膏板是世界上应用最为广泛、使用量最大的墙体材料之一，发达国家人均石膏板消费量4—10平方米，而我国石膏板人均消费量仅为0.4平方米。进入21世纪，石膏板需求呈快速增长态势，每年增幅均超过20%；

CNBMC00143385

按照 20%的年增长幅度，预计至 2010 年我国石膏板的市场容量将达到 14 亿平方米，市场发展空间很大。

中国建材股份有限公司下属轻质建材板块企业为北新建材，北新建材是 A 股上市公司，以纸面石膏板、矿棉吸声板、轻钢龙骨等新型建筑材料为主导产品。通过收购兼并和自我快速积累，北新建材提升了综合竞争优势和发展潜力。目前，公司石膏板拥有的"龙牌"、"泰山"两个品牌，品牌优势显著，产品品质良好，实现了高生产效率和低生产成本。目前北新建材为国内第一大石膏板企业。

2007 年，北新建材借助北京奥运工程建设以及各地城市化建设的时机，加大了对重点示范性工程的营销力度，连续中中国中央电视台新台址项目和北京第一高楼——国贸三期项目，主产品全面进入标志性工程，扩大了品牌知名度和市场号召力，实现了主营产品销售的持续增长，同时有效提升了品牌形象。

> 复合材料

中国建材股份有限公司下属的复合材料板块企业主要是中国复材，中国复材公司已经在连云港构建了国内规模最大的复合材料产业园。在玻璃钢管罐方面，公司拥有国外引进多条自行研制、具有国际领先水平的纤维缠绕玻璃钢管罐、气瓶等复合材料及制品生产线近 20 条，车产能力约 2 万吨，能够生产目前我国最大的万吨复合材料贮罐，是国内规模最大的玻璃钢管罐生产基地。同时，中国复材的玻纤薄毡产能亦居全国首位，并是全国最大的玻纤薄毡出口商。目前，中国复材已成为中国最大的 1.5MW 风机叶片制造商，截至 2007 年底，中国复材已生产 1012 片 1.5MW 风机叶片，其中

CNBMCO00143386

933 片已顺利交付使用。

## 三、发行人近两年募集资金使用偿还情况调查

（一）发行人直接融资资金募集、偿还情况

2006 年 2 月 28 日，公司获准以全球配售及香港公开发售方式向境外公众人士及境内...发行 75,233.4 万股 H 股，并于 2006 年 3 月 23 日正式在香港联交所挂牌上市，每股发行价格为港币 2.75 元，共募集资金人民币 213,636.52 万元。

2007 年 4 月 8 日，公司在国内银行间债券市场发行 10 亿元企业债券，期限为 10 年。

2007 年 8 月 17 日，公司在香港增发新股 14,974.92 万股，发行价格为港币 17.80 元，共募集资金人民币 256,957.62 万元。

（二）发行人近两年银行贷款使用、偿还情况

根据信永中和会计师事务所为公司出具的编号为 XYZH/2007A3020 号的 2007 年审计报告，2007 年末中国建材在银行及非银行金融机构借款总额 121.07 亿元，其中短期借款 77.56 亿元，占比为 64.06%；一年内到期的长期借款 5.65 亿元，占比 4.67%；长期借款 37.86 亿元，占比 31.27%。

1. 2007 年末公司有息负债期限结构表

单位：亿元

| 债务类型 | 2007年12月31日余额 | 占比 |
| --- | --- | --- |
| 短期借款 | 77.56 | 64.06% |
| 一年内到期的非流动负债 | 5.65 | 4.67% |
| 长期借款 | 37.86 | 31.27% |
| 合计 | 121.07 | 100% |

2. 2007 年末公司有息负债信用融资与担保融资结构表

CNBMCO00143387

单位：亿元

| 项目 | 短期借款 | | 长期借款 | | 一年内到期的长期借款 | | 长期债券 | 金额小计 |
|------|------|------|------|------|------|------|------|------|
| | 金额 | 占比 | 金额 | 占比 | 金额 | 占比 | | |
| 信用借款 | 45.27 | 58.37% | 14.04 | 37.09% | 0.23 | 4.07% | - | 59.54 |
| 抵押借款 | 4.07 | 5.25% | 2.55 | 6.72% | 1.44 | 25.49% | - | 8.06 |
| 质押借款 | 2.40 | 3.09% | - | - | - | - | | 2.40 |
| 保证借款 | 25.82 | 33.28% | 21.27 | 56.19% | 3.98 | 70.44% | 9.92 | 60.99 |
| 合计 | 77.56 | 100.00% | 37.86 | 100.00% | 5.65 | 100.00% | 9.92 | 130.99 |

3. 2007年末公司有息债务期限利率表

| 项目 | 短期借款 | | 长期借款 | | 一年内到期的长期借款 | |
|------|------|------|------|------|------|------|
| | 利率(%) | 借款期限 | 利率(%) | 借款期限 | 利率(%) | 借款期限 |
| 信用借款 | 5.02-7.29 | 6个月-1年 | 5.63-5.83 | 3-5年 | 5.022 | 3.5年 |
| 抵押借款 | 6.16-10.43 | 6个月-1年 | 6.48 | 3-6年 | 6.039-6.93 | 2-5年 |
| 质押借款 | - | 6个月-1年 | - | - | - | - |
| 保证借款 | 4.86-10.86 | 6个月-1年 | 5.85-7.65 | 3-9年 | 5.58-7.2 | 2-5年 |

（三）人民银行信贷咨询系统查询结果

截止2008年4月30日，通过中国人民银行信贷咨询系统查询表明，公司全部未还人民币及外币贷款五级分类均为正常，无贷款逾期、欠息等情况。

四、发行人风险因素调查

（一）财务风险

公司的负债可能对公司财务状况造成不利影响。公司增加借款未应对公司不断增加的营运资金需求，以及公司的一些资本支出及收购事项，公司的负债状况使得公司要面对一定的资金压力。公司未来的资金及于债务到期时偿还债务方面的状况，主要将取决于公司能否从经营活动中获得足够的现金流入，及公司能否获取足够的外部融资而定。公司未来的经营会

CNBMCO00143388

受到许多不可控制的因素影响，包括建材市场的需求量及价格波动等。公司能否获取外部融资，也将受到我国宏观经济的影响，这都将影响公司偿务的偿还。

## （二）经营风险

1、面临市场竞争所带来的风险

公司所处的行业市场竞争加剧，如果公司不能有效应对竞争形势，可能面临丧失市场、利润率下降等不利后果。

2、规模快速扩张带来的压力

公司近期规模扩张迅速，未来将有大规模收购计划，在对兼并重组的过程中面临一定风险。此外，兼并重组可能导致要求承担被收购公司的相关责任，这将给公司的经营带来影响。公司不能保证可以从已经收购及未来要收购的业务中获得预期的全部效益。如果公司不能解决这些风险，或不能获得这些效益，公司的经营业绩可能会受到不利影响。

3、原燃材料成本上升可能会对公司造成不利影响

目前原材料及燃料价格存在上涨的趋势，公司可能受原燃料价格上涨影响，毛利率面临下降的压力。

## （三）管理风险

多元化的业务范围可能会导致公司管理方面遇到困难。公司在多个建材领域开展业务，业务的多元化可能会对公司获得管理资源构成重大压力，包括加强现有业务的管理能力以及在新收购的业务中建立控制机制；将新收购的业务整合到公司现有业务中的能力等。如果未能成功实现业务多元化管理，可能对公司造成重大不利影响。

CNBMCO00143389

（四）政策风险

1. 政府政策改变可能对公司水泥业务板块造成不利影响

由于公司的水泥业务受政府政策的影响，可能出现周期性波动。公司为众多行业及客户提供服务，其对公司水泥产品及服务的需求水平，可能因政府宏观政策的改变而出现大幅波动。虽然我国目前对水泥行业的政策一般以市场导向为主，但政府仍然密切关注水泥行业的发展，并且可能还将通过颁布及实施新政策规范水泥行业，这些将对公司的未来发展造成影响。

2. 环保法规对公司带来的不利影响

公司的水泥、轻质建材及玻璃纤维及玻璃钢制会产生气体排放物、废水及固体废物。目前，我国已采取措施，严格执行环境保护法律及法规，并采用了更严格的环境标准。如果公司未能遵守目前或未来的环境保护法律及法规，公司在完成设计新生产设施方面会遇到困难，或被迫采取纠正措施。上述任何情况都会对公司带来不利影响。

五、发行人偿债能力调查

（一）公司负债结构较合理，具有较强的偿债能力

1. 资产构成分析

2005年—2007年资产结构情况表

单位：万元

| 项目 | 2007年 | | 上年同期 | 2006年 | 2005年 |
| | 年末 | | 金额 | 金额 | 金额 |
| | 金额 | 占比 | | | |
|---|---|---|---|---|---|
| 流动资产合计 | 1,146,158.32 | 38.09% | 491,419.66 | 491,354.66 | 342,888.84 |
| 其中：货币资金 | 386,471.46 | 12.84% | 197,478.89 | 197,478.89 | 92,875.32 |
| 应收票据 | 48,957.62 | 1.63% | 6,625.28 | 6,625.28 | 4,262.47 |
| 应收账款 | 214,667.28 | 7.13% | 102,006.46 | 102,006.46 | 86,393.32 |

CNBMCO00143390

| | | | | | |
|---|---|---|---|---|---|
| 其他应收款 | 162,128.12 | 5.39% | 25,371.30 | 22,605.05 | 48,370.51 |
| 预付款项 | 142,374.11 | 4.73% | 67,303.61 | 67,303.61 | 31,592.54 |
| 存货 | 158,936.47 | 5.28% | 83,456.73 | 83,456.73 | 72,226.16 |
| 非流动资产合计 | 1,862,584.39 | 61.91% | 934,626.46 | | |
| 其中：固定资产 | 1,158,738.44 | 38.51% | 534,294.46 | 552,999.67 | 386,974.14 |
| 在建工程 | 123,112.37 | 4.09% | 152,872.94 | 152,872.94 | 116,945.75 |
| 无形资产 | 182,221.05 | 6.06% | 40,817.48 | 35,382.78 | 29,432.84 |
| 商誉 | 125,956.43 | 4.19% | 36,809.89 | | |
| 资产总计 | 3,008,742.71 | 100.00% | 1,426,046.11 | 1,419,689.82 | 997,140.31 |

从资产构成分析，截至2007年末，公司流动资产合计114.62亿元，占资产总额的38.09%，与上年同期相比相增加65.47亿元，增幅为133.23%。流动资产中货币资金为38.65亿元，占比为12.84%，与上年同期相比增加了18.90亿元；2007年公司根据生产需要增加部分原材料储备，存货总额为15.89亿元，占比为5.28%，与上年同期相比增加了7.51亿元；应收账款净额为21.47亿元，占比为7.13%，与上年同期相比增加了11.27亿元，应收账款的增长与公司合并报表范围扩大，以及公司2007年销售增长较快相关。

2007年末公司资产总额中非流动资产合计186.26亿元，占比为61.91%，与上年同期相比增加92.8亿元，增幅为99.29%，其中固定资产增幅较大，主要是因为2007年公司为扩大生产，新建或完成建设多条生产线。2007年固定资产比上年同期数增长116.87%，增长至115.87亿元。

## 2. 资产运营能力分析

资产运营能力指标表

| 项目 | 2007年 | 2006年 | 2005年 |
|---|---|---|---|
| 应收账款周转率（次/年） | 6.76 | 6.92 | 6.92 |
| 应收账款周转天数 | 53.96 | 52.77 | 52.77 |
| 存货周转率（次/年） | 7.05 | 6.64 | 6.21 |
| 存货周转天数 | 51.77 | 54.96 | 58.81 |
| 总资产周转率 | 0.48 | 0.54 | 0.57 |

CNBMCO00143391

公司近三年应收账款周转率一直保持在 6 以上，处于行业较高水平。

公司一直注重对应收账款的管理，通过以现款交易、获得预收账款和对客户按照信用等级进行应收款管理等方式，有效地控制了应收账款总额及应收账款周转率的稳定性，减少了应收账款的减值风险。

公司存货周转率逐年提升，表明公司存货变现能力较强，存货周转天数短，流动性较好。总资产周转率小幅下降，但基本维持在 0.5 左右，产生细微波动的主要原因是公司 2007 年扩张较快所致，但随着公司对子公司的整合和盈利水平的不断提升，公司的总资产周转率将保持基本稳定。

## 3. 应收账款分析

### 应收账款情况表（2007 年）

单位：万元

| 账龄 | 2007 年 12 月 31 日 | | | 2006 年 12 月 31 日 | | |
| --- | --- | --- | --- | --- | --- | --- |
| | 年末余额 | 占比 | 坏账准备 | 年末余额 | 占比 | 坏账准备 |
| 1 年以内 | 190,807.40 | 84.55% | 2,618.97 | 83,967.46 | 78.50% | 930.47 |
| 1~2 年 | 19,862.17 | 8.80% | 1,717.83 | 14,979.85 | 14.00% | 898.30 |
| 2~3 年 | 8,141.82 | 3.61% | 1,648.47 | 4,233.26 | 3.96% | 931.76 |
| 3~4 年 | 2,331.96 | 1.03% | 1,150.75 | 1,733.21 | 1.62% | 690.84 |
| 4~5 年 | 1,708.16 | 0.76% | 1,224.29 | 1,360.37 | 1.27% | 864.97 |
| 5 年以上 | 2,814.84 | 1.25% | 2,638.78 | 690.66 | 0.65% | 642.02 |
| 合计 | 225,666.36 | 100.00% | 10,999.08 | 106,964.82 | 100.00% | 4,958.35 |

2007 年末，应收账款余额为 22.57 亿元，已计提坏账准备 1.10 亿元，为应收账款的 4.87%，表明应收账款减值风险较低。应收账款净额占资产总额的 7.13%。应收账款的增长主要是主要是企业销售规模扩大所致，公司销售增幅为 60.11%。

## 4. 存货分析

### 2007 年存货明细表

单位：万元

单位：万元

| 项目 | 2007年12月31日 | | 2006年12月31日 | |
|---|---|---|---|---|
| | 账面余额 | 跌价准备 | 账面余额 | 跌价准备 |
| 原材料 | 71,101.76 | 75.44 | 32,516.37 | 69.92 |
| 自制半成品及在产品 | 33,139.83 | 13.46 | 15,113.11 | 0.00 |
| 库存商品 | 51,454.84 | 233.17 | 34,234.07 | 499.51 |
| 周转材料（包装物、低值易耗品等） | 2,633.90 | | 1,504.15 | 0.00 |
| 其他 | 928.20 | | 658.46 | 0.00 |
| 合计 | 159,258.54 | 322.06 | 84,026.16 | 569.43 |

公司2007年存货金额为15.89亿元，占比为5.28%，与上年同期相比增加了7.5亿元，2007年公司部分原材料实行统一采购，为避免原材料价格上涨，成本增加，公司增加了对部分原材料的储备。

5. 其它应收款分析

其他应收款情况表（2007年）

单位：万元

| 账龄 | 2007年12月31日 | | | 2006年 | | |
|---|---|---|---|---|---|---|
| | 年末余额 | 占比 | 坏账准备 | 年末余额 | 占比 | 坏账准备 |
| 1年以内 | 156,102.47 | 93.96% | 759.94 | 44,571.04 | 89.66% | 372.59 |
| 1~2年 | 4,086.45 | 2.46% | 341.29 | 3,101.78 | 6.24% | 128.78 |
| 2~3年 | 2,394.16 | 1.44% | 872.16 | 608.58 | 1.22% | 130.99 |
| 3~4年 | 2,635.84 | 1.59% | 1,246.38 | 774.68 | 1.56% | 300.44 |
| 4~5年 | 394.49 | 0.24% | 265.51 | 312.62 | 0.63% | 65.38 |
| 5年以上 | 519.09 | 0.31% | 519.09 | 340.91 | 0.69% | 340.91 |
| 合计 | 166,132.49 | 100.00% | 4,004.37 | 49,709.61 | 100.00% | 1,339.10 |

2007年末，其他应收款余额为16.61亿元，已计提坏账准备0.40万元，其他应收款净额占资产总额的5.39%。由于公司2007年末扩大合并报表范围，导致期末各账龄其他应收款增加。

6. 负债分析

负债分析

2005年—2007年负债结构情况表

单位：万元

| 项目 | 2007年 | | 上年同期 | 2006年 | 2005年 |
|---|---|---|---|---|---|
| | 年末 | | 金额 | 金额 | 金额 |
| | 金额 | 占比 | | | |

54

CNBMCO00143392

| 流动负债 | 1,490,241.43 | 74.37% | 564,999.59 | 565,148.96 | 533,134.92 |
|---|---|---|---|---|---|
| 其中：短期借款 | 775,615.12 | 38.71% | 321,974.86 | 321,974.86 | 271,396.67 |
| 应付账款 | 246,071.01 | 12.28% | 102,430.69 | 102,228.62 | 84,948.50 |
| 预收款项 | 69,065.38 | 3.45% | 19,825.99 | 19,825.99 | 25,511.38 |
| 其他应付款 | 216,623.26 | 10.81% | 34,121.59 | 40,260.29 | 53,028.19 |
| 非流动负债合计 | 513,515.04 | 25.63% | 253,597.36 | - | - |
| 其中：长期借款 | 378,566.00 | 18.89% | 246,851.00 | 246,851.00 | 100,461.00 |
| 应付债券 | 99,219.73 | 4.95% | - | - | - |
| 负债总计 | 2,003,756.47 | 100.00% | 818,596.95 | 814,916.40 | 637,800.25 |

从负债构成分析，2007年末本公司流动负债在公司负债总额中占比较大，流动负债总额为149.02亿元，占总负债的74.37%，较上年同期增加92.52亿元，增幅为163.76%。非流动负债总额为51.35亿元，占总负债的25.63%，与上年同期相比，非流动负债增加25.99亿元，增幅为102.49%。

流动负债中短期借款77.56亿元，比上年同期增加45.36亿元；应付账款24.61亿元，比上年同期增加14.36亿元。

非流动负债中长期借款37.86亿元，比上年同期增加13.17亿元；应付债券9.92亿元，主要是公司于2007年4月发行了10年期的企业债券10亿元。

流动负债比例上升增加了公司短期偿债压力，但由于目前公司融资渠道比较丰富，资产负债率尚可，目前公司流动负债的增加符合其扩大生产规模和生产经营特点，风险可控。

整体来看，公司的融资渠道涵盖了银行借款，包括应付账款及预收账款在内的商业信用融资，上市募集以及发行企业债券，呈现了多元化的特点，且直接融资在公司融资中开始逐步提升。

7. 偿债能力分析

| 指标 | 2007年 | 2006年 | 2005年 |
|---|---|---|---|
| 流动比率 | 0.77 | 0.87 | 0.64 |
| 速动比率 | 0.66 | 0.72 | 0.51 |

CNBMCO00143393

CNBMCO00143394

| 现金比率 | 0.26 | 0.35 | 0.17 |
|---|---|---|---|
| 资产负债率 | 66.60% | 57.40% | 63.96% |

近三年公司短期偿债指标小幅波动，基本维持在较稳定的水平。资产负债率呈小幅波动趋势，2007年较上年有所上升，但仍保持在70%以下，基本处于行业平均水平。表明公司随着经营规模的快速增长，合理控制资产负债规模与结构，资产使用效率较高，维持了良好的长、短期偿债能力。

（二）主营业务收入快速增长，盈利能力较强

公司主要盈利指标

单位：万元

| 项目 | 2007年 | | 2006年 | 2005年 |
|---|---|---|---|---|
| | 年末 | 上年同期 | | |
| 营收入 | 1,086,609.73 | 678,666.56 | - | - |
| 其中：主营业务收入 | 1,070,983.31 | 659,389.11 | 651,544.31 | 476,773.63 |
| 营业利润 | 97,346.42 | 60,232.00 | 42,718.19 | 24,472.97 |
| 利润总额 | 135,058.03 | 65,666.96 | 64,920.70 | 49,632.70 |
| 净利润 | 88,737.65 | 40,552.42 | 39,000.01 | 31,891.11 |
| 净利润率 | 8.29% | — | 5.99% | 6.69% |
| 总资产收益率 | 4.00% | — | 3.23% | 3.79% |
| 净资产收益率 | 11.50% | — | 8.59% | 14.04% |

注：2007年及2006年调整数为"归属母公司所有者的净利润"

2007年公司主营业务收入为107.10亿元，比上年同期增长41.16亿元，上升幅度为62.42%。虽然原燃料、电力等价格上涨，导致成本上升，但营业利润仍保持增长趋势。2007年公司利润总额13.51亿元，较上年同期上涨6.94亿元，增幅105.67%。2007年归属母公司净利润为8.87亿元，比上年同期增长4.82亿元，增幅118.82%。

2007年公司净利润率、总资产收益率及净资产收益率2006年都有大幅提高。2005－2007年净利润率分别为6.69%、5.99%和8.29%，净资产收益率由2006年的8.59%提高到2007年的11.50%，体现出公司盈利能力较强。

公司的盈利能力取决于下属各板块公司的经营情况，从占公司业务利

润主导地位的水泥、轻质建材等行业情况来看，随着我国经济的高速发展，建材行业将有很大的发展空间，势必会带动中国建材总体盈利能力的提高。

## （三）现金流量稳定增长，经营性现金流入较充足

### 2005年—2007年现金流量情况表

单位：万元

| 项目 | 2007年 | | 2006年 | 2005年 |
|---|---|---|---|---|
| | 年末 | 上年同期 | | |
| 一、经营活动产生的现金流量净额 | 55,120.47 | 43,545.20 | 43,545.20 | 18,603.53 |
| 现金流入小计 | 1,182,255.56 | 765,238.60 | 765,238.60 | 485,056.16 |
| 现金流出小计 | 1,127,135.09 | 721,693.40 | 721,693.40 | 466,452.63 |
| 二、投资活动产生的现金流量净额 | -548,068.52 | -183,801.08 | -183,801.08 | -72,494.04 |
| 现金流入小计 | 41,974.57 | 29,346.88 | 29,346.88 | 35,253.97 |
| 现金流出小计 | 590,043.09 | 213,147.96 | 213,147.96 | 107,748.01 |
| 三、筹资活动产生的现金流量净额 | 707,275.79 | 225,308.06 | 225,308.06 | 58,735.71 |
| 现金流入小计 | 2,067,818.35 | 782,239.56 | 782,239.56 | 425,059.50 |
| 现金流出小计 | 1,360,542.56 | 556,931.50 | 556,931.50 | 366,323.79 |
| 四、现金及现金等价物净增加额 | 211,957.08 | 84,481.99 | 84,481.99 | 4,689.73 |

2007年公司现金及现金等价物增长21.20亿元，其中经营活动产生的净现金流入为5.51亿元，主要源于销售商品、提供劳务收到的现金。表明公司主营业务突出，现金流入量比较充足；投资活动产生的净现金流入为-54.81亿元，其中投资支付的现金和支付其他于投资活动有关的现金分别较上年同期增长3.97亿元和21.40亿元，主要是由于公司产能扩张和并购企业所致；为满足公司不断扩张的需求，公司2007年筹资活动产生的现金净流入为70.73亿元，增长来源于公司2007年增发14,974.92万股H股及其他融资活动。公司2007年取得借款受到的现金为164.04亿元，较上年同期增长105.33亿元，公司借款增长的主要原因对张补偿企业生产能扩张后所产生的生产经营资产缺口以及企业在并购过程中可能产生的部分

CNBMCO00143395

CNBMCO00143396

非投资性债务需求。

## （四）间接融资能力较强

中国建材股份有限公司资信状况良好，与交通银行、民生银行、浦发银行等多家银行均建立了长期稳定的信贷业务关系，具有较强的间接融资能力。

截至 2007 年 12 月 31 日，银行给予公司本部的授信额度为 98.2 亿元。

| 贷款人全称 | 币种 | 授信金额（亿元） | 已使用授信金额（亿元） | 未用贷款金额（亿元） |
|---|---|---|---|---|
| 交通银行北京天坛支行 | 人民币 | 83.00 | 35.72 | 47.28 |
| 北京银行万寿路支行 | 人民币 | 3.00 | 2.00 | 1.00 |
| 中国建设银行海淀支行 | 人民币 | 5.20 | 1.00 | 4.20 |
| 光大银行北京新源支行 | 人民币 | 2.00 | 1.20 | 0.80 |
| 中信银行知春路支行 | 人民币 | 3.00 | 3.00 | 0 |
| 招商银行北京分行营业部 | 人民币 | 2.00, | 2.00 | 0 |
| 合计 | | 98.20 | 44.92 | 53.28 |

公司可以随时从授信银行借入资金用于补充资金缺口。

公司近三年的贷款偿还率和利息偿付率均为 100%，不存在逾期而未偿还的债务。公司良好的还贷纪录以及高信用等级表明公司具有较强的间接融资能力。

总体而言，公司的主营业务保持了持续稳定的发展，公司整体现金流量结构稳定，主要流动性比率良好，流动性资产和负债的安排比较合理，经营性现金流入充足，具备较强的偿债能力。

## 六、发行人或有风险调查

### （一）对内、对外担保情况

截至 2007 年 12 月 31 日，公司及所属控股子公司为公司其他单位提供担保情况如下：

CNBMCO00143397

1、对内担保：

单位：元

| 提供担保单位 | 被担保单位 | 担保类型 | 担保金额 |
|---|---|---|---|
| 中国建材股份有限公司 | 青州中联水泥股份有限公司 | 连带责任保证 | 220,000,000 |
| 中国建材股份有限公司 | 中国联合水泥集团有限公司南阳分公司 | 连带责任保证 | 159,000,000 |
| 中国建材股份有限公司 | 中国联合水泥集团有限公司 | 连带责任保证 | 1,020,000,000 |
| 中国建材股份有限公司 | 北新集团建材股份有限公司 | 连带责任保证 | 120,000,000 |
| 中国建材股份有限公司 | 中国建材国际工程有限公司 | 连带责任保证 | 200,000,000 |
| 中国建材股份有限公司 | 中国复合材料集团有限公司 | 连带责任保证 | 115,000,000 |
| **小计** | | | **1,834,000,000** |
| 中国建材工程 | 蚌埠凯盛工程技术有限公司 | 连带责任保证 | 23,000,000 |
| **小计** | | | **23,000,000** |
| 中联水泥 | 港海中联水泥有限公司 | 连带责任保证 | 581,500,000 |
| 中联水泥 | 青州中联水泥有限公司 | 连带责任保证 | 365,450,000 |
| 中联水泥 | 徐州中联水泥有限公司 | 连带责任保证 | 385,000,000 |
| 中联水泥 | 阜阳中联水泥有限公司 | 连带责任保证 | 27,450,000 |
| 中联水泥 | 宿迁中联水泥有限公司 | 连带责任保证 | 50,000,000 |
| 中联水泥 | 鲁南中联水泥有限公司 | 连带责任保证 | 253,000,000 |
| 中联水泥 | 中国复合材料集团有限公司 | 连带责任保证 | 50,000,000 |
| **小计** | | | **1,712,400,000** |
| 中国复材 | 连云港中复连众复合材料集团有限公司 | 连带责任保证 | 188,500,000 |
| 中国复材 | 中国联合水泥有限公司 | 连带责任保证 | 100,000,000 |
| **小计** | | | **288,500,000** |
| 连云港中复连众复合材料集团有限公司 | 中国复合材料集团有限公司 | 连带责任保证 | 139,000,000 |
| **小计** | | | **139,000,000** |
| 北新建材 | 中建材投资有限公司 | 连带保证责任 | 235,000,000 |
| 北新建材 | 大仓北新建材有限公司 | 连带保证责任 | 30,000,000 |
| 北新建材 | 苏州北新矿产墙板有限公司 | 连带保证责任 | 20,000,000 |
| 北新建材 | 泰山石膏股份有限公司 | 连带保证连带责任 | 366,000,000 |
| **小计** | | | **651,000,000** |
| 泰山石膏股份有限公司 | 秦皇岛泰山石膏建材有限公司 | 连带责任保证 | 15,000,000 |
| 泰山石膏股份有限公司 | 江阴泰山石膏建材有限公司 | 连带责任保证 | 45,550,000 |
| 泰山石膏股份有限公司 | 江津泰山石膏建材有限公司 | 连带责任保证 | 35,000,000 |
| **小计** | | | **95,550,000** |
| 浙江水泥有限公司 | 浙江中新渠水泥 | 连带责任保证 | 10,000,000 |
| 浙江水泥有限公司 | 浙江中新源水泥 | 连带责任保证 | 20,000,000 |
| 浙江虎山集团有限公司 | 浙江江山水泥股份有限公司 | 连带责任保证 | 110,000,000 |

CNBMCO00143398

| 提供担保单位 | 被担保单位 | 担保类型 | 担保金额 |
|---|---|---|---|
| 浙江虎山集团有限公司 | 衢州虎山混凝土有限公司 | 连带责任保证 | 9,440,000 |
| 浙江虎山水泥股份有限公司 | 浙江虎山混凝土有限公司 | 连带责任保证 | 84,900,000 |
| 浙江中新源水泥有限公司 | 浙江济南贸易有限公司 | 连带责任保证 | 19,000,000 |
| 浙江中新源水泥有限公司 | 浙江中新源水泥有限公司 | 连带责任保证 | 15,000,000 |
| 浙江中新源水泥有限公司 | 浙江中新源水泥有限公司 | 连带责任保证 | 30,000,000 |
| **小计** | | | **298,340,000** |
| **总计** | | | **5,041,790,000** |

2、对外担保：

单位：元

| 提供担保单位 | 被担保单位 | 担保类型 | 担保金额 |
|---|---|---|---|
| 日照中联水泥有限公司 | 日照日广房地产开发有限公司 | 连带责任担保 | 60,000,000 |
| 日照中联水泥有限公司 | 日照宝济商贸有限公司 | 连带责任担保 | 90,000,000 |
| 日照中联水泥有限公司 | 日照中联水泥有限公司 | 连带责任担保 | 10,000,000 |
| 日照中联水泥有限公司 | 日照港腾贸易有限公司 | 连带责任担保 | 5,000,000 |
| 日照中联水泥有限公司 | 日照市华商贸易有限公司 | 连带责任担保 | 30,000,000 |
| **中联水泥小计** | | | **165,000,000** |
| 浙江水泥有限公司 | 浙江永隆实业股份有限公司 | 连带责任担保 | 50,000,000 |
| 浙江水泥有限公司 | 浙江宏兴纺织有限公司 | 连带责任担保 | 95,000,000 |
| 浙江水泥有限公司 | 浙江宏兴装饰装潢服饰有限公司 | 连带责任担保 | 10,000,000 |
| 浙江水泥有限公司 | 浙江中成建工集团有限公司 | 连带责任担保 | 30,000,000 |
| 浙江水泥有限公司 | 绍兴县巨星纺织有限公司 | 连带责任担保 | 30,000,000 |
| 浙江水泥有限公司 | 浙江世创新合纤有限公司 | 连带责任担保 | 110,000,000 |
| 浙江水泥有限公司 | 浙江富平水泥有限公司 | 连带责任担保 | 300,000,000 |
| 浙江水泥有限公司 | 陕西富平水泥有限公司 | 连带责任担保 | 87,360,000 |
| 浙江水泥有限公司 | 光宇集团有限公司 | 连带责任担保 | 53,290,000 |
| 浙江水泥有限公司 | 浙江创盛建设工程有限公司 | 连带责任担保 | 50,000,000 |
| 浙江水泥有限公司 | 浙江玻璃股份有限公司 | 连带责任担保 | 100,000,000 |
| 浙江水泥有限公司 | 青海碱业有限公司 | 连带责任担保 | 30,000,000 |
| 浙江虎山集团有限公司 | 浙江国光科技集团有限公司 | 连带责任担保 | 20,000,000 |
| 浙江虎山集团有限公司 | 浙江山中变压器有限公司 | 连带责任担保 | 20,000,000 |
| 浙江虎山集团有限公司 | 江山化工总厂 | 连带责任担保 | 60,000,000 |
| 浙江虎山集团有限公司 | 浙江红狮控水泥股份有限公司 | 连带责任担保 | 50,000,000 |
| 浙江虎山集团有限公司 | 红狮控股集团有限公司 | 连带责任担保 | 6,000,000 |
| 浙江虎山集团有限公司 | 金华市航宝物资有限公司 | 连带责任担保 | 5,000,000 |
| 浙江虎山集团有限公司 | 江山市方关厂有限公司 | 连带责任担保 | 10,000,000 |
| 浙江山山水泥股份有限公司 | 江山市江开电器有限公司 | 连带责任担保 | 30,000,000 |
| 浙江山山水泥股份有限公司 | 浙江国光科技股份有限公司 | 连带责任担保 | 20,000,000 |
| 浙江山山水泥股份有限公司 | 浙江嫩杭空调工程有限公司 | 连带责任担保 | 15,000,000 |
| 浙江山山水泥股份有限公司 | 巨化集团公司 | 连带责任担保 | 50,000,000 |
| 长兴小浦永盛水泥股份有限公司 | 浙江山鹰建材集团有限公司 | 一般保证 | 5,000,000 |

CNBMCO00143399

| | | |
|---|---|---|
| 长兴煤山众盛建材有限公司 | 一般保证 | 10,000,000 |
| 浙江山鹰建材集团有限公司 | 一般保证 | 50,000,000 |
| 浙江新市油脂股份有限公司 | 连带责任担保 | 4,000,000 |
| 浙江东立控股有限公司 | 连带责任担保 | 3,000,000 |
| 浙江绿源科技股份有限公司 | 连带责任担保 | 20,000,000 |
| 浙江中新源油脂股份有限公司 | 连带责任保证 | 25,000,000 |
| 浙江中新源水泥有限公司 | 连带责任保证 | 4,000,000 |
| 中电科技德清华莹电子有限公司 | 连带责任保证 | |
| 浙江浙北药业有限公司 | 连带责任保证 | |
| 南方水泥 小计 | | 1,352,650,000 |
| 总计 | | 1,517,650,000 |

截至 2007 年 12 月 31 日，公司之控股子公司南方水泥及其下属子公司对集团国内担保金额合计为：31,834 万元，其中：南方水泥设立日之前因因购并形成的担保 28,834 万元，设立日之后形成的对内担保 3,000 万元；对集团国外担保金额合计 135,265.00 万元，其中：设立日之前形成的担保 127,165 万元，设立日之后形成的担保 8,100 万元。南方水泥所属子公司对外担保大部分形成于设立之日之前，并且相关的股权收购协议中对该等担保事项的约定为：因该等担保导致公司承担担保诉讼、索赔、损失、赔偿、合理费用支出，由出售股权方承担相应的赔偿责任，因此，南方水泥对该南方水泥对上述等担保事项未确认预计负债。截至 2007 年审计报告签发日，南方水泥上述集团外担保中较切报方已归还 76,000 万元

**（二）资产抵押、质押、担保和其他限制用途安排**

截至 2007 年 12 月 31 日，所有权受到限制的资产：

单位：元

| 所有权受到限制的资产 | 年末余额 | 年初余额 | 受到限制原因 |
|---|---|---|---|
| 货币资产 | 98,349,076.95 | 327,994,071.06 | 含履约保函和投标保函保证金为 43,878,052.28 元，在保函到期前，该部分存款不能被动用，用于质押借款的存款 30,000,000.00 元，用于开具银行承兑汇票保证金为 20,797,788.07 元，定期存单 3,673,236.60 用于质押借款。 |

CNBMCO00143400

| 所有权或受到限制的资产 | 年末余额 | 年初余额 | 受到限制的原因 |
|---|---|---|---|
| 应收票据 | 207,911,200.00 | - | 质押借款 |
| 固定资产 | 1,615,931,651.89 | 632,344,055.74 | 1,606,375,698.02元用以抵押借款,9,555,953.87元用以开具履约保函 |
| 无形资产 | 219,483,032.36 | - | 抵押借款 |
| 合计 | 2,141,674,961.20 | 960,338,126.80 | - |

## (三) 未决诉讼和承诺事项

截至 2007 年 12 月 31 日,公司的未决诉讼、仲裁形成情况如下:

公司之联营公司中国玻纤(同下公司)原为北京西今胶粘密封材料公司(以下简称"北京西今胶")借款提供担保,借款到期后北京西今胶未予偿还,中国玻纤代为偿还 19,926,142.75 元。为向法院申请相关财产保全,中国玻纤向北京市第二中级人民法院支付了 20,065,376.67 元的保证金。

2002 年 3 月 1 日,北京成巨业幕墙装饰材料有限责任公司(以下简称"成巨业公司"),就中国玻纤为北京西今胶 2,055 万元银行借款担保,用其全部资产向中国玻纤提供反担保,同时北京西今胶用全部实物资产向中国玻纤作抵押;同日,广州白云化工实业有限公司(以下简称"广州白云")向中国玻纤出具《承诺书》,承诺广州白云督促成巨业公司履行反担保责任,如北京西今胶不能偿还到期债务致使中国玻纤对银行履行了担保责任,成巨业公司及北京西今胶不履行或履行反担保责任后仍不能抵偿中国玻纤向银行偿付之款项由广州白云予以偿还。

2006 年 9 月,中国玻纤向北京市第二中级人民法院起诉要求北京西今胶、成巨业公司,广州白云承担相关的还款责任。2007 年 12 月,中国玻纤向北京市第一中级人民法院申请强制执行北京西今胶并被受理,中国玻纤与成巨业公司、广州白云保证责任纠纷案仍由北京市第二中级人民法院

CNBMCO00143401

继续审理。根据中国玻纤聘请的北京市汉卓律师事务所律师判断中国玻纤胜诉的机率很大，目前法院已接受中国玻纤的财产保全申请，冻结或查封了上述三家公司部分资产，款项可收回性较强。2007 年度收回5,328,680.37 元。截至 2007 年 12 月 31 日止，该案仍在审理过程中。

## （四）其他或有事项

截至 2007 年 12 月 31 日，公司其它事项形成的或有负债情况为：

2004 年 5 月 12 日，富阳市国土资源局对公司之控股子公司南方水泥于本期新收购的三级子公司浙江富阳水泥有限公司未经审批办理建设用地手续，下达了富土刊[2004]第 003 号《土地违法案件行政处罚决定书》，责令退还非法占用的土地 237.3 亩，限期拆除在非法占用的土地上新建的建筑物和其他设施，恢复土地原状，并处以罚款 971.6 万元。2004 年 9 月 23 日，浙江富阳水泥有限公司向富阳市人民政府申请，要求解决富阳水泥项目农保指标和建设用地并免除行政处罚，富阳市有关领导批示"农保调整和建设用地报批，请鹿山街道按程序报批，国土局积极向上争取尽早批复，建设用地处罚请国土局酌情处理"。截至 2007 年 12 月 31 日，浙江富阳水泥有限公司已缴纳征地补偿费 130 万元，尚未取得土地使用权证，且未签订土地出让合同。尚未支付的罚款鉴于上述原因没有做预计负债处理。

经调查，以上或有风险对中国建材的经营无重大财务影响。

## 七、发行人执行会计政策稳健性调查

### （一）最近的重大会计政策变更情况

公司原按照 2006 年以前颁布的企业会计准则和《企业会计制度》（以

63

CNBMCO00143402

下合称"原会计准则和制度"）编制财务报表。自2007年1月1日起，公司开始执行财政部于2006年颁布的企业会计准则（以下简称"企业会计准则"）。2007年度财务报表为公司首份按照企业会计准则编制的年度财务报表。

在编制2007年度财务报表时，2006年度的相关比较数字已按照财政部《企业会计准则第38号－首次执行企业会计准则》及其相关规定、中国证监会《公开发行证券的公司信息披露规范问答第7号－新旧会计准则过渡期间比较财务会计信息的编制和披露》的要求进行追溯调整，所有项目已按照企业会计准则重新列报。

## (二)会计政策嬗键性情况

中国建材经审计财务会计报告中明确披露了所适用的主要会计政策和会计估计方法。

### 1.应收款项坏账准备

(1)坏账损失的确认标准：1)债务单位撤销、破产、资不抵债，现金流量严重不足，发生严重自然灾害等导致停产而在可预见的时间内无法偿付债务等；2)债务单位履行偿债义务超过3年；3)其他确凿证据表明确实无法收回或收回的可能性不大。

(2)坏账损失的核算方法：公司对可能发生的坏账损失采用备抵法核算，期末对应收款项采用个别认定法和账龄分析法相结合计提坏账准备，与已提坏账准备的差额计入当期损益。对于有确凿证据表明确实无法收回的应收款项，经董事会或股东大会批准后列作坏账损失，冲销提取的坏账准备。

CNBMCO00143403

（3）坏账准备的计提方法：公司将单项金额较大的应收款项，视为有重大应收款项，当有客观证据表明将无法按应收款项的原有条款收回所有款项，根据其未来现金流量现值低于其账面价值的差额，单独进行减值测试，计提坏账准备。对于单项金额非重大的应收款项，将其与经单独测试后未减值的应收款项一起按信用风险特征划分为若干组合，根据以前年度与之相同或相类似的，具有信用风险特征的应收账款组合的实际损失率为基础，结合现时情况确定本车年度各项组合计提坏账准备的比例，据此计算计提的坏账准备。

按账龄划分组合的坏账准备计提比例如下：

| 账龄 | 计提比例 |
|---|---|
| 1 年以内 | 1% |
| 1-2 年 | 7% |
| 2-3 年 | 20% |
| 3-4 年 | 40% |
| 4-5 年 | 70% |
| 5 年以上 | 100% |

## 2. 存货跌失准备

（1）存货的分类：存货分为原材料、包装物、低值易耗品、在产品、库存商品等。

（2）存货取得和发出的计价方法：存货实行永续盘存制，购入和入车按实际成本计价，领用和销售原材料以及销售产成品采用加权平均法或个别计价法核算。

（3）低值易耗品和包装物的摊销：价值较小的，在领用时采用一次摊销法；价值较大的，除有特殊规定的外采用五五摊销法。

（4）期末存货计价原则及存货跌价准备确认标准和计提方法：期末存货按成本与可变现净值孰低原则计价；期末，在对存货进行全面盘点的基础上，对于存货因遭受毁损、全部或部分陈旧过时或销售价格低于成本等原因，预计其成本不可收回的部分，提取存货跌价准备。产成品及大宗原材料的存货跌价准备按单个存货项目的成本高于其可变现净值的差额提取；其他数量繁多、单价较低的原辅材料按类别提取存货跌价准备。

（5）存货可变现净值确定方法：库存商品、在产品和用于出售的材料等直接用于出售的商品存货，其可变现净值按该存货的估计售价减去估计的销售费用和相关税费后的金额确定；用于生产而持有的材料存货，其可变现净值按所生产的产成品的估计售价减去至至工时估计将发生的成本、估计的销售费用和相关税费后的金额确定。为执行销售合同或者劳务合同而持有的存货，其可变现净值以合同价格为基础计算；企业持有存货的数量多于销售合同订购数量的，超出部分的存货可变现净值以一般销售价格为基础计算。

## 3. 非金融资产减值

公司于每一资产负债表日对子公司、合营企业和联营企业的长期股权投资、固定资产、在建工程、使用寿命确定的无形资产等项目进行检查，当存在减值迹象时、表明资产可能发生了减值，公司将进行减值测试，对商誉和受益年限不确定的无形资产，无论是否存在减值迹象，每年末均进行减值测试。难以对单项资产的可收回金额进行测试的，以该资产所属的资产组组合为基础测试。

经减值测试后，若该资产的账面价值面价值超过其可收回金额，其差额确认

CNBMCO00143405

为减值损失，上述资产的减值损失一经确认，在以后会计期间不予转回。

资产的可收回金额是指资产的公允价值减去处置费用后的净额与资产预计

未来现金流量的现值两者之间的较高者。

## 4. 金融资产减值

除以公允价值计量且其变动计入当期损益的金融资产外，公司于资产

负债表日对其他金融资产的账面价值进行检查，如果有客观证据表明某项

金融资产发生减值的，计提减值准备。

## 5. 固定资产折旧

（1）固定资产的确认标准：固定资产是指同时具有以下特征，即为生

产商品、提供劳务、出租或经营管理而持有的，使用年限超过一年，单位

价值较高的有形资产。

（2）固定资产的分类：房屋及建筑物、机器设备、运输设备和其他。

（3）固定资产的计价：固定资产按取得时的实际成本进行初始计量，

其中，外购的固定资产的成本包括买价、增值税、进口关税等相关税费，

以及为使固定资产达到预定可使用状态前所发生的可直接归属于该资产的

其他支出；自行建造固定资产的成本，由建造该项资产达到预定可使用状

态前所发生的必要支出构成；投资者投入的固定资产，按投资合同或协议

约定的价值作为入账价值，但合同或协议约定对价不公允的按公允价值计入

账；融资租赁租入的固定资产，按租赁资产开始日租赁资产公允价值与最低租

赁付款额的现值中较低者，作为入账价值。

（4）固定资产折旧方法：除已提足折旧仍继续使用的固定资产，公司

对所有固定资产计提折旧。计提折旧时采用年限平均年限法，根据资产用途分

CNBMCO00143406

别计入相关资产的成本或当期费用。公司固定资产的预计净残值率为 5%，

分类折旧年限、折旧率如下：

| 类  别 | 折旧年限（年） | 年折旧率（%） |
|---|---|---|
| 房屋建筑物 | 40 | 2.38 |
| 机器设备 | 10-18 | 9.5-5.28 |
| 运输设备 | 10 | 9.50 |
| 办公设备和其他 | 8-10 | 11.88-9.5 |

（5）固定资产后续支出的处理：固定资产的后续支出主要包括修理支出、更新改良支出及装修支出等内容，在相关经济利益很可能流入且其成本能够可靠的计量时，计入固定资产成本，对于被替换的部分，终止确认其账面价值；所有其他后续支出于发生时计入当期损益。

（6）公司于每年年度终了，对固定资产的预计使用寿命、预计净残值和折旧方法进行复核，如发生改变，则作为会计估计变更处理。

（7）当固定资产被处置，或者预期通过使用或处置不能产生经济利益时，终止确认该固定资产。固定资产出售、转让、报废或毁损的处置收入扣除其账面价值和相关税费后的金额计入当期损益。

## 6. 收入确认

公司的营业收入主要包括销售商品收入、提供劳务收入和让渡资产使用权收入。与交易相关的经济利益能够流入公司，相关的收入能够可靠计量且满足下列各项经营活动的特定收入确认标准时，确认相关的收入。

（1）销售商品收入

在已将商品所有权上的主要风险和报酬转移给购货方，公司不再对该商品实施与所有权相关的继续管理权和实际控制权，与交易相关的经济利

益能够流入企业，相关的收入和成本能够可靠地计量时，确认商品销售收入的实现。

（2）提供劳务收入

在同一年度内开始并完成的劳务，在完成劳务时确认收入；劳务的开始和完成分属不同的会计年度，在提供劳务交易的结果能够可靠估计的情况下，于资产负债表日按完工百分比法确认相关的劳务收入。

（3）让渡资产使用权收入

以与交易相关的经济利益能够流入公司，收入的金额能够可靠地计量时，确认让渡资产使用权收入的实现。其中：1）利息收入按照他人使用本公司货币资金的时间和实际利率计算确定。2）使用费收入按照有关合同或协议约定的收费时间和方法计算确定。3）经营租赁收入按照直线法在租赁期内确认。

根据上述核查，我们认为中国建材的会计政策符合稳健性原则，能够比较公允地反映企业的资产质量和盈利能力。

## （三）注册会计师对发行人财务报告的审计意见

1. 信永中和会计师事务所审计了中国建材2005年12月31日的合并资产负债表、2005年度合并利润及利润分配表和合并现金流量表，并于2006年4月21日出具了 XYZH/2005A3043 号标准无保留意见的审计报告。

2. 信永中和会计师事务所审计了中国建材2006年12月31日的合并资产负债表、2006年度合并利润及利润分配表和合并现金流量表，并于2007年4月16日出具了 XYZH/2006A3042 号标准无保留意见的审计报告。

3. 信永中和会计师事务所审计了中国建材2007年12月31日的合并资

69

CNBMCO00143407

CNBMCO00143408

产负债表，2007年度合并利润及利润分配表和合并现金流量表，并于2008

年4月17日出具了XYZH/2007A3020号标准无保留意见的审计报告。

### （四）发行人近三年会计师事务所稳定性

公司聘用信永中和会计师事务所为其审计机构。公司2005-2007年度

审计报告均由该所出具。

### 八、其他需要关注的问题

### （一）对发行人独立性的调查

### 1、业务运营的独立性

中国建材是主要经营水泥、轻质建材、玻璃纤维及玻璃钢制品以及工

程服务业务大型生产企业；公司拥有独立的采购、运营、生产、营销等体

系，公司的业务经营和发展完全独立。

上市重组过程中，中建材集团已将旗下建材板块优质资产注入公司，

包括业务经营所需的所有相关物业、设备及人员。公司与母公司订有避免

同业竞争的协议，以确保各自业务开展能够有清晰的界限。

### 2、财务独立方面

公司拥有独立的财务会计部门，聘有专职的财务会计人员，建立了独

立的会计核算体系和财务管理制度；独立在银行开户，单独税务登记，依

法独立纳税；独立做出财务决策。

公司已结清对大母公司的所有款项，在公司II股在联交所上市前，母

公司向公司提供的担保已解除。从财务角度看，公司的营运独立于母公司。

### 3、公司管理层及雇员的独立性

CNBMCO00143409

公司董事宋志平先生、曹江林先生将继续担任母公司的董事。母公司的董事只参与重要策略和政策宣告的高层决定，母公司的总裁和副总裁负责母公司的日常业务营运。此外，公司的其他高层管理人员不担任母公司的任何高层职位。2006年公司重组时，中建材集团将几乎所有建材业务员工转入公司。公司成立了人力资源部门管理公司的雇员，与所有雇员签订劳动合同。

4、避免同业竞争协议

为减少公司与母公司的竞争，公司与母公司于2006年2月28日订立了避免同业竞争协议。根据该协议，母公司同意，并促使其下属公司在公司的核心业务上不与公司竞争。

（二）关联交易对发行人影响的调查

1. 关联方关系

1）母公司及最终控制方

| 母公司及最终控制方 | 业务性质 | 与公司关系 | 持股比例 | 注册地址 |
| --- | --- | --- | --- | --- |
| 中国建筑材料集团公司 | 建筑材料及其原辅材料批发、零售 | 最终控制方 | 56.03% | 北京市海淀区紫竹院南路2号 |
| 北京建材（集团）有限公司 | 新型建筑材料、装饰材料及配套产品等的技术开发制造、销售 | 母公司 | 34.95% | 北京市海淀区三里河路甲11号 |

2）子企业

| 子企业名称 | 业务性质 | 与公司关系 | 持股比例 | 注册地址 |
| --- | --- | --- | --- | --- |
| 北新集团建材股份有限公司 | 轻质建材生产销售 | 控股子公司 | 52.40% | 北京市海淀区三里河路甲11号 |
| 中国联合水泥集团有限公司 | 水泥生产销售 | 全资子公司 | 100.00% | 北京市海淀区三里河路甲11号 |
| 中国建材国际工程有限公司 | 工程施工、设计、服务 | 控股子公司 | 91.00% | 上海市中山北路2000号中期大厦27层 |
| 中国复合材料集团有限公司 | 复合建材生产销售 | 全资子公司 | 100.00% | 北京市海淀区三里河路甲11号 |
| 南方水泥有限公司 | 水泥生产销售 | 控股子公司 | 75.00% | 浦东世纪大道1600号20楼07-13室 |

CNBMCO00143410

## 3) 合营企业及联营企业

| 合营企业及联营企业 | 业务性质 | 与公司关系 | 注册地址 | 注册资本(万元) | 持股比例 |
|---|---|---|---|---|---|
| 中国玻珐股份有限公司 | 玻璃纤维生产与销售 | 公司之联营企业 | 北京市 | 42,739.20 | 36.15% |
| 大冶冷辉木泥有限公司 | 水泥生产与销售 | 公司之联营企业 | 湖北省大冶市 | 13,000.00 | 40.00% |
| 江西万年青水泥有限公司 | 水泥生产与销售 | 控股子公司之合营企业 | 江西省南昌市 | 100,000.00 | 50.00% |
| 凯盛保科罗(蚌埠)玻璃制品有限公司 | 工程设计安装 | 控股子公司之合营企业 | 安徽省蚌埠市 | 200万欧元 | 50.00% |
| 北京凯盛建研院建材工程有限责任公司 | 工程设计安装 | 控股子公司之合营企业 | 北京市 | 600.00 | 50.00% |
| 美国CTIEC-TECO美国技术有限公司 | 工程设计安装 | 控股子公司之合营企业 | 美国 | 100万美元 | 50.00% |

## 4) 其他关联方

| 关联方名称 | 关联关系 | 交易主要内容 |
|---|---|---|
| 北京新贸有限公司 | 同受母公司北京中新建材(集团)控制 | 采购货物 |
| 北新集团物业管理有限公司 | 同受母公司北京中新建材(集团)控制 | 提供劳务,接受综合服务,提供劳务 |
| 保定天福新材公司 | 同受母公司北京中新建材(集团)控制 | 销售货物 |
| 北新澳大利亚有限公司 | 同受母公司北京中新建材(集团)控制 | 销售货物 |
| 北新国际有限公司 | 同受母公司北京中新建材(集团)控制 | 销售货物 |
| 建材控股集团公司新机械有限公司 | 同受母公司北京中新建材(集团)控制 | 采购货物 |
| 天津市世纪之源建材销售有限公司 | 同受母公司北京中新建材(集团)控制 | 销售货物 |
| 北新塑管有限公司 | 同受中建材集团控制 | 资产出租,接受综合服务,接受劳务,提供劳务 |
| 北京瑞泰高温新材料科技股份有限公司 | 同受中建材集团控制 | 采购货物 |
| 北京瑞泰高温新材料科技股份有限公司 | 同受中建材集团控制 | 采购货物 |
| 北京凯盛建研院建材工程设计有限公司 | 同受中建材集团控制 | 采购货物,接受劳务 |
| 蚌埠玻璃工业设计研究院 | 同受中建材集团控制 | 销售货物,接受劳务,资产租入,股权转让 |
| 凯盛重工机械有限公司 | 同受中建材集团控制 | 资金往来 |
| 洛阳集团洛阳龙昊玻璃有限公司 | 同受中建材集团控制 | 销售货物 |
| 蚌埠华纺纸包装备有限公司 | 同受中建材集团控制 | 采购物物,接受劳务 |
| 蚌埠玻璃工业设计研究院试制分 | 同受中建材集团控制 | 接受劳务 |
| 华海矿产原料新技术公司 | 同受中建材集团控制 | 采购劳务 |
| 蚌埠华洋超细粉体新技术有限公司 | 同受中建材集团控制 | 销售货物,接受劳务 |
| 蚌埠华诚工程建设监理技术咨询 | 同受中建材集团控制 | 接受劳务 |

CNBMCO00143411

| 公司名称 | 关系 | 交易类型 |
| --- | --- | --- |
| 蚌埠化工机械制造有限公司 | 同受中建材集团控制 | 采购货物 |
| 华宏建材工业工程咨询有限公司 | 同受中建材集团控制 | 接受劳务 |
| 合肥水泥研究设计院 | 同受中建材集团控制 | 采购货物，购置资产，接受劳务 |
| 合肥水泥研究设计院合肥节能设计院 | 同受中建材集团控制 | 采购货物 |
| 合肥显春华科技有限公司 | 同受中建材集团控制 | 采购货物，购置资产 |
| 中建材集团进出口公司 | 同受中建材集团控制 | 销售货物，采购货物 |
| 邢台鑫晶建材（集团）股份有限公司 | 同受中建材集团控制 | 销售货物，采购货物，接受劳务 |
| 山东鲁南水泥公司 | 同受中建材集团控制 | 销售货物，采购货物，接受劳务，资产借出 |
| 山东豪泽实业有限公司 | 同受中建材集团控制 | 销售货物，接受劳务 |
| 枣庄豪泽塑料包装有限公司 | 同受中建材集团控制 | 销售货物，采购货物 |
| 山东豪利机电工程有限公司 | 同受中建材集团控制 | 采购货物，接受劳务 |
| 枣庄豪泽窑业工程有限公司 | 同受中建材集团控制 | 接受劳务 |
| 江苏巨龙建材水泥有限公司 | 同受中建材集团控制 | 销售货物，采购货物，资产租出，提供劳务 |
| 河南阳阳新天水泥厂 | 同受中建材集团控制 | 销售货物，资产租入，资产出租 |
| 河南阳阳水天水泥厂 内乡分厂 | 同受中建材集团控制 | 销售货物 |
| 中国新型建材工业杭州设计研究院 | 同受中建材集团控制 | 接受劳务 |
| 北京中建信国际贸易有限公司 | 同受中建材集团控制 | 销售货物 |
| 枣庄豪泽建材物流有限公司 | 同受中建材集团控制 | 采购货物 |
| 中建材合肥金迈水泥科技木工程有限公司 | 同受中建材集团控制 | 接受劳务 |
| 蚌埠市华盛技术开发有限责任公 | 同受中建材集团控制 | 接受劳务 |
| 宁阳泰山水泥精科有限公司 | 总部药公司关键管理人员控制 | 销售货物 |
| 山东安蒙水泥集团有限公司 | 总部药公司关键管理人员控制 | 销售货物，采购货物 |
| 常州天马集团有限公司 | 总部药公司 | 采购货物 |
| 泰安市金盾电材有限公司 | 总部药公司 | 采购货物 |
| 巨石集团有限公司 | 总部药公司之子公司 | 销售货物 |
| 巨石集团九江有限公司 | 总部药公司之子公司 | 销售货物 |
| 巨石集团成都有限公司 | 总部药公司之子公司 | 采购货物 |
| 北京亿之联创有限公司 | 总部药公司的股东 | 提供劳务 |
| 中复连众个自然人股东 | 总部药公司的股东 | 股份转让 |
| 山东恒之久商贸有限公司 | 总部药公司的股东控制 | 销售货物，采购货物 |
| 泰安市国资产运营有限公司 | 总部药公司之共地股东 | 资金融通，采购货物，接受劳务 |
| 常州浙至新能源有限公司 | 总部药公司之共地股东 | 资金往来 |
| 山东西路水泥有限公司 | 总部药公司之共地股东 | 资金融通 |
| 扒翔昕曼威尔国际有限公司 | 总部药公司之共地股东 | 资产借出 |
| 沈阳科金新材料有限公司 | 总部药公司之共地股东 | 资产租入 |
| 山东美宝化工集团有限公司 | 总部药公司之子公司的股东 | 采购货物 |
| 秦皇岛华瑞玻璃钢有限公司 | 总部药公司之子公司的股东 | 采购货物，资产出租 |

| 关联方名称 | 参股子公司 | 销售货物 |
|---|---|---|
| 北新科技发展有限公司 | | |
| 深圳百安居装饰建材销售有限公司 | 控股子公司已办理建材销售企业 | 销售货物 |
| 北京百安居装饰建材有限公司 | 控股子公司已办理建材销售企业 | 销售货物 |
| 云南泰山百赛建材有限公司 | 控股子公司已办理建材销售企业 | 销售货物，出售固定资产 |
| 陕西泰山百赛建材有限公司 | 控股子公司已办理建材销售企业 | 销售货物，出售固定资产 |
| 张氏星 | 南方水泥第二大股东实际控制人 | 向南方水泥提供产品区域，购股权 |

## 2. 关联方交易

### （1）销售货物

单位：元

| 关联方名称 | 本年数 | 上年数 |
|---|---|---|
| 蚌埠玻璃工业设计研究院 | 2,777,777.78 | - |
| 蚌埠华洋超细粉体新技术有限责任公司 | 4,049,905.36 | 10,359,668.41 |
| 凯盛保禄罗（蚌埠）玻璃机械有限公司 | 2,296,183.76 | 18,071,764.80 |
| 山东安夏集团水泥有限公司 | 8,144,679.49 | 3,428,117.95 |
| 河南南阳航天水泥厂 | 11,953,923.79 | 1,841,844.11 |
| 河南航天水泥厂内乡分厂 | - | 1,411,861.70 |
| 邢台鑫磊建材(集团)股份有限公司 | 592,813.90 | 1,205,906.75 |
| 山东恒之久商贸有限公司 | 40,644,469.13 | 49,187,910.74 |
| 山东盖泽实业有限公司 | - | 2,041,915.95 |
| 山东鲁南水泥有限公司 | 12,162,972.24 | 10,506,700.83 |
| 江苏巨龙水泥集团有限公司 | 5,860,005.56 | 1,588,987.11 |
| 中材集团进出口有限公司 | 57,702,062.90 | 12,888,430.11 |
| 宁阳泰山水泥销售公司 | 26,923,997.39 | - |
| 北京中建信信国际贸易有限公司 | 8,023,841.59 | - |
| 北新建材(集团)有限公司 | 17,850,566.59 | 34,220,093.12 |
| 北京百安居装饰建材有限公司 | - | 4,525,493.84 |
| 深圳百安居装饰建材有限公司 | 3,786,374.54 | 3,947,333.10 |
| 北新国际有限公司 | - | 7,893,185.07 |
| 北新澳大利亚有限公司 | 8,847,549.71 | 9,033,167.88 |
| 保定泰森瑞新材公司 | 1,101,125.85 | - |
| 陕西泰山百赛建材有限公司 | 3,147,463.38 | - |

74

CNBMCO00143412

CNBMCO00143413

| 关联方名称 | 本年数 | 上年数 |
|---|---|---|
| 云南泰山石睿建材有限公司 | 5,868,753.60 | -- |
| 合计 | 221,734,466.56 | 172,152,381.47 |

公司向关联方销售商品按市场定价。

(2) 采购货物

单位：元

| 关联方名称 | 本年数 | 上年数 |
|---|---|---|
| 北京鹏泰南温材料科技股份有限公司 | 15,303,418.80 | 10,024,153.85 |
| 北京凯盛研建材工程设计有限责任公司 | 68,989,230.78 | -- |
| 蚌埠化工机械制造有限公司 | 14,141,153.85 | -- |
| 华海矿产原料新技术公司 | 6,411,965.70 | 2,596,581.10 |
| 山东壶泽机电工程有限公司 | 958,218.58 | 373,405.13 |
| 枣庄壶泽炉窑工程有限公司 | -- | 2,615,429.64 |
| 凯盛保利罗（蚌埠）玻璃机械有限公司 | -- | 7,799,179.40 |
| 合肥水泥研究设计院 | 15,797,437.61 | 11,990,340.06 |
| 合肥星合华科技有限公司 | 15,320,000.00 | -- |
| 邢台赛鑫建材(集团)股份有限公司 | 10,572,634.19 | 15,059,589.22 |
| 江苏巨龙水泥集团有限公司 | 25,986,347.90 | 28,525,333.74 |
| 枣庄壶泽塑料包装有限公司 | 39,466,467.96 | 22,273,055.24 |
| 枣庄壶泽建材物流有限公司 | 7,667,751.15 | 5,623,107.68 |
| 山东恒之久商贸有限公司 | 9,030,694.63 | 23,156,047.69 |
| 山东鲁南水泥有限公司 | 34,303,951.50 | 34,349,931.95 |
| 山东安夏集团水泥股份有限公司 | 19,672,985.42 | 10,657,835.73 |
| 中建材集团进出口公司 | 34,700,348.56 | 5,814,286.36 |
| 巨石集团有限公司 | 17,134,935.17 | 7,545,842.70 |
| 常州天马集团有限公司 | 18,147,916.24 | 9,524,927.62 |
| 北新商贸有限公司 | 844,537.58 | 1,075,094.66 |
| 泰安市金盾建材有限公司 | 47,702,071.15 | 25,787,594.19 |
| 北京化二股份有限公司 | -- | 26,912,444.64 |

CNBMCO00143414

| 关联方名称 | 本年数 | 上年数 |
|---|---|---|
| 合肥水泥研究设计院西节能设备厂 | - | 9,324,905.58 |
| 建材经机集团北新机械有限公司 | - | 7,443,380.00 |
| 山东英宝宝化工集团有限公司 | - | 2,754,039.50 |
| 秦皇岛华赢磷酸有限公司 | - | 368,571.42 |
| 合计 | 402,152,066.77 | 271,595,077.10 |

公司从关联方采购商品市场定价。

（3）提供劳务

单位：元

| 关联方名称 | 本年数 | 上年数 |
|---|---|---|
| 江苏巨龙集团水泥有限公司 | 3,653,554.59 | - |
| 邢台鑫磊建材(集团)股份有限公司 | - | 611,896.75 |
| 合肥水泥研究设计院 | 6,844,000.00 | - |
| 常州亚宝第集团有限公司 | 3,000,000.00 | 4,000,000.00 |
| 深圳百安居装饰建材有限公司 | 11,320,583.40 | - |
| 北新塑管有限公司 | - | 1,587,583.47 |
| 北京北新家园物业管理有限公司 | - | 587,798.87 |
| 合计 | 24,818,137.99 | 6,787,279.09 |

公司向关联方提供劳务按市场定价。

（4）接受劳务

单位：元

| 关联方名称 | 本年数 | 上年数 |
|---|---|---|
| 蚌埠华诚工程建设监理技术咨询有限公司 | - | 1,069,000.00 |
| 蚌埠玻璃工业设计研究院 | 1,300,000.00 | 3,655,759.63 |
| 华安建材工业工程咨询公司（监理） | - | 904,400.00 |
| 北京凯盛建研建材工程设计有限责任公司 | 10,451,951.50 | - |
| 合肥水泥研究设计院 | 543,000.00 | 3,017,000.00 |
| 邢台鑫磊建材(集团)股份有限公司 | 2,462,118.33 | 1,285,400.85 |

CNBMCO00143415

| 关联方名称 | 本年数 | 上年数 |
|---|---|---|
| 山东鲁泽机电工程有限公司 | 3,562,944.34 | 6,668,391.41 |
| 山东鲁泽实业有限公司 | - | 6,102,888.20 |
| 枣庄鲁泽炉窑工程有限公司 | 4,802,796.98 | 3,256,611.76 |
| 北新家园物业管理有限公司 | 4,754,290.71 | 5,663,521.34 |
| 北新塑管有限公司 | 1,746,314.32 | - |
| 中国新型建材工业杭州设计研究院 | 2,800,000.00 | 520,000.00 |
| 常州天马集团有限公司 | - | 2,571,729.77 |
| 蚌埠玻璃工业设计研究院深圳分院 | - | 1,200,000.00 |
| 中建材集团进出口有限公司 | - | 524,495.67 |
| 蚌埠华洋超细粉体新技术有限责任公司 | - | 200,000.00 |
| 合计 | 32,423,416.18 | 36,639,198.63 |

公司接受关联方提供的劳务是按市场定价。

（5） 销售商品以外的其他资产

单位：元

| 关联方名称 | 交易内容 | 定价原则 | 2007年度 | 2006年度 |
|---|---|---|---|---|
| 云南泰山古睿建材有限公司 | 出售固定资产 | 净值出售 | 1,500,000.00 | - |
| 陕西泰山石睿建材有限公司 | 出售固定资产 | 净值出售 | 3,648,442.41 | - |
| 合计 | | | 5,148,442.41 | - |

（6） 购买商品以外的其他资产

单位：元

| 关联方名称 | 交易内容 | 定价原则 | 2007年度 | 2006年度 |
|---|---|---|---|---|
| 建材轻机集团北新机械有限公司 | 购置设备 | 市场定价 | 3,981,560.00 | 7,293,800.00 |

（7） 资产租入

单位：元

| 关联方名称 | | 本年数 | 上年数 |
|---|---|---|---|
| 蚌埠玻璃工业设计研究院 | | 2,455,544.18 | - |
| 河南南阳航天水泥厂 | | 600,000.00 | - |
| 沈阳科金新材料有限公司 | | 326,550.00 | - |

CNBMCO00143416

| 合计 | 3,382,094.18 | - |
| --- | --- | --- |

## （8）资产出租

单位：元

| 关联方名称 | 本年数 | 上年数 |
| --- | --- | --- |
| 凯盛保特罗（蚌埠）玻璃机械有限公司 | 1,054,689.60 | 1,027,923.80 |
| 江苏巨龙水泥集团有限公司*1 | 4,320,000.00 | 4,320,000.00 |
| 山东鲁南水泥有限公司*2 | 6,600,000.00 | 3,000,000.00 |
| 北新墙督有限公司 | 1,046,930.00 | 1,046,930.00 |
| 深圳百安居装饰建材有限公司 | - | 11,182,485.45 |
| 河南南阳航天木泥厂 | - | 600,000.00 |
| 秦皇岛华骊碳板有限公司 | - | 538,992.00 |
| 合计 | 13,021,619.60 | 21,716,331.25 |

*1公司之子公司中联水泥之子公司淮海中联本期与江苏巨龙水泥集团有限公司签订矿山设备租赁协议，淮海中联将矿山资产租赁给江苏巨龙水泥集团有限公司，年租金4,320,000.00元，准海中联本期已收到全部租金。

*2公司之子公司中国联合水泥之子公司鲁南中联本期与山东鲁南水泥有限公司签订矿山设备租赁协议，鲁南中联将矿山资产租赁给山东鲁南水泥有限公司，年租金6,600,000.00元，鲁南中联本期已收到全部租金。

## （9）资金融通

单位：元

| 借出款单位 | 借入款单位 | 借款本金 | 借款期间 | 借款利率 | 2007年支付利息 |
| --- | --- | --- | --- | --- | --- |
| 常州天马集团公司 | 常州中新天马玻璃纤维制品有限公司 | 16,000,000.00 | 2007年度 | 6.03% | 978,200.00 |
| 约翰斯曼威尔国际有限公司 | 常州中新天马玻璃纤维制品有限公司 | 18,261,500.00 | 2007年度 | 6.03% | 1,116,462.46 |
| 合计 | - | 34,261,500.00 | - | - | 2,094,662.46 |

## （10）接受综合服务

单位：元

| 关联方名称 | 本年数 | 上年数 |
|---|---|---|
| 北京北新家园物业管理有限公司 | 593,371.25 | 587,798.87 |
| 北新塑管有限公司 | 1,687,054.72 | 1,520,803.47 |
| 合计 | 2,280,425.97 | 2,108,602.34 |

包括供水、供电、供气等服务；向关联方提供综合服务以市场价格为基础。

（11）其他交易

单位：元

| 关联方名称 | 关联方交易内容 | 关联方交易金额 | 未转募金额 |
|---|---|---|---|
| 张剑星 | 购买虎山集团 65.9%股权 | 216,391,172.77 | 80,362,932.89 |

2007年9月26日，公司控股子公司南方水泥与虎山集团有限公司原股东张剑星、周飞记签订股权转让协议，其中：张剑星将其持有虎山集团65.9%的股权转让给南方水泥，该部分股权的可辨认净资产公允价值为168,840,265.62元，协议成交价为216,391,172.77元。

（三）发行人募集资金用途的调查

1、募集资金运用计划

（1）补充短期经营性流动资金

公司本次发行短期融资券所募资金将主要用于补充公司所属水泥板块、轻质建材、玻纤复合材料、工程服务等业务板块的经营性流动资金需要，包括水泥、石膏板、玻纤复合材料等产品在实际实际生产经营过程中出现的营运资金需求。

（2）偿还银行贷款改善融资结构

公司本次发行短期融资券所募资金如有剩余，将部分用于偿还公司现

CNBMCO00143417

CNBMC00143418

有银行贷款，降低银行贷款规模，提高直接融资比例，使公司一定程度上摆脱主要依赖银行短期融资的局面，改善并优化公司融资结构。

## 2、募集资金用途对公司财务状况之影响

### （1）为公司业务持续快速增长提供一定流动资金支持

2007年，公司充分把握市场战略机遇，通过开展资本运作，展开了对水泥等行业的整合，其中中联水泥通过收购徐州水泥、泰山水泥等公司实现在淮海经济区的区域优势；中国建材通过组建南方水泥，整合收购浙江、江西、湖南等省市的水泥企业，实现在东南经济区内的区域优势，最终使得中国建材在上述区域之内具备了一定的控制能力和话语权。通过上述资本运作及公司自身的产能扩张，主业发展，2007年公司总资产达到了人民币300.87亿元，业务规模迅速扩大。本期短期融资券的发行可以为公司业务发展提供一定流动资金支持，使公司积极应对原燃料、电力价格上涨等因素的影响，保证主营业务持续稳定增长，扩大公司市场占有率，提高公司盈利能力。

### （2）优化融资结构

本次短期融资券的发行将有利于公司进一步拓宽融资渠道，提高直接融资比例，优化融资结构。

### （3）有利于降低融资成本、节省财务费用

公司此前通过银行贷款方式获得的短期融资成本相对较高。我国现阶段实施从紧货币政策，银行贷款利率已于2007年至今多次上调，加重了公司的利息负担，本期短期融资券募集资金计划部分用于置换银行借款，可达到降低融资成本、提高经济效益的目的。

发行人承诺在短期融资券存续期内，按照《银行间债券市场非金融企业债务融资工具信息披露规则》、香港联合交易所有限公司颁布的《证券及期货条例》、《证券上市规则》，香港证券及期货事务监察委员会颁布的《股价敏感资料披露指引》，结合《中国建材股份有限公司信息披露制度》及其他相关法律、法规规定，遵循诚实信用的原则，履行相关信息披露义务，并保证所披露信息不存在虚假记载、误导性陈述或重大遗漏。

## （五）发行人的信用评级和资信状况

中国建材聘请中诚信国际信用评级有限公司担任本次短期融资券发行的信用评级机构。经中诚信国际信用评级有限公司综合评定，发行人短期融资券信用级别为 A-1，表明公司还本付息能力很强，安全性很高。公司长期信用评级为 AA 级，表明公司偿证债务能力很强，受不利经济环境的影响较小，违约风险很低。

## （六）发行人律师的法律意见

中国建材聘请北京市嘉源律师事务所担任本次短期融资券发行的法律顾问。发行人律师认为，公司本次短期融资券的发行尚需股东大会审议批准，并尚待中国银行间债券市场交易商协会予以发行注册，发行人在股东大会批准及完成发行注册手续后，即可依法进行本次短期融资券的发行工作。

Case 2:09-md-02047-EEF-MBN   Document 21750-57   Filed 08/31/18   Page 530 of 534

## （四）发行人信息披露能力调查

发行人承诺在短期融资券存续期内，按照《银行间债券市场非金融企业债务融资工具信息披露规则》、香港联合交易所有限公司颁布的《证券及期货条例》、《证券上市规则》，香港证券及期货事务监察委员会颁布的《股价敏感资料披露指引》，结合《中国建材股份有限公司信息披露制度》及其他相关法律、法规规定，遵循诚实信用的原则，履行相关信息披露义务，并保证所披露信息不存在虚假记载、误导性陈述或重大遗漏。

## （五）发行人的信用评级和资信状况

中国建材聘请中诚信国际信用评级有限公司担任本次短期融资券发行的信用评级机构。经中诚信国际信用评级有限公司综合评定，发行人短期融资券信用级别为 A-1，表明公司还本付息能力很强，安全性很高。公司长期信用评级为 AA 级，表明公司偿证债务能力很强，受不利经济环境的影响较小，违约风险很低。

## （六）发行人律师的法律意见

中国建材聘请北京市嘉源律师事务所担任本次短期融资券发行的法律顾问。发行人律师认为，公司本次短期融资券的发行尚需股东大会审议批准，并尚待中国银行间债券市场交易商协会予以发行注册，发行人在股东大会批准及完成发行注册手续后，即可依法进行本次短期融资券的发行工作。

CNBMCO00143419

CNBMCO00143420

# 第三部分 主承销商对发行人申请发行的结论性意见

基于以上调查，我行得出以下结论：

（一）中国建材根据《公司法》、《证券法》及国家有关法律、法规的规定，设立了符合现代企业制度要求的法人治理框架，建立了符合国际资本市场监管机构要求的有效的内部控制体系。

（二）中国建材具备较强的竞争优势，近年来主营业务保持了持续稳定的发展，公司发展战略目标明确，未来重点发展的产业与国民经济发展密切相关，发展前景广阔，具有较强的可持续发展能力。

（三）中国建材负债结构较合理，资产流动性较强，主营业务收入快速增长，近三年连续盈利，且盈利能力不断提高，经营性净现金流入充足，对本期短期融资券具备较强的到期偿债能力。

（四）中国建材对自身面临的各种经营风险具有较为清晰的认识，并制定了具体的应对措施，能够较大程度地防范地和化解未来可能遇到的各种风险。

（五）中国建材的会计政策符合稳健性原则，能够比较公允地反映公司的资产质量和盈利能力。

（六）中国建材或有风险控制在公司可以承受的水平内，或有风险对公司的经营无重大财务影响。

（七）中国建材资信状况良好，近两年未出现逾期未偿还银行贷款及延迟付息情况。

CNBMCO00143421

（八）中国建材与关联方交易均按照有关规定进行，决策程序合法合规。关联交易以市场价格为定价基准，公平合理，没有损害公司及股东的利益，对公司的经营无重大财务影响。

（九）中国建材建立了相关的信息披露机制，能够按照《银行间债券市场非金融企业债务融资工具信息披露规则》等有关规定的要求，履行相关信息披露义务。

（十）经中诚信国际信用评级有限公司综合评定，发行人的长期信用级别为 AA，表明公司偿还债务能力很强，受不利经济环境的影响较小，违约风险较低。本期短期融资券信用级别为 A-1，该债券为最高级短期债券，其还本付息能力很强，安全性很高。

作为中国建材发行 2008 年短期融资券的主承销商，我行在以上尽职调查的基础上，认为中国建材符合中国人民银行《银行间债券市场非金融企业债务融资工具管理办法》等法规的规定及有关要求，具备在银行间债券市场发行短期融资券的条件。特此呈报。

二〇〇八年五月四日

83

CNBMCO00143422

附录：

各项财务指标的计算公式

1) 资产负债率＝期末负债总额/期末资产总额×100%。

2) 流动比率＝期末流动资产总额/期末流动负债总额×100%

3) 速动比率＝(期末流动资产总额－存货净额)/期末流动负债总额×100%

4) 现金比率＝货币资金/流动负债

5) 应收账款周转率＝主营业务收入/应收账款平均值

6) 应收账款周转天数＝365/应收账款周转率

7) 存货周转率＝主营业务成本/存货平均值

8) 存货周转天数=365/存货周转率

9) 应付款项周转率＝主营业务成本/应付款项平均值（应付款项包括应付票据和应付账款）

10) 应付款项周转天数 ＝365/应付款项周转率

11) 流动资产周转率 ＝主营业务收入/流动资产平均值

12) 净利润率＝净利润/主营业务收入×100%

13) 净资产收益率＝归属母公司净利润/期末母公司股东权益×100%

14) 总资产收益率＝净利润/平均总资产×100%

15) 主营业务利润率=主营业务利润/主营业务收入×100%

资料来源：中国建材提供，部分来源于中国建材网站（www.cnbmltd.com）

CNBMCO00143423

附件2:

# 关于中国建材股份有限公司
# 申请发行2008年短期融资券注册材料的核查意见

中国银行间市场交易商协会:

交通银行股份有限公司(以下简称"交通银行")、中国光大银行股份有限公司(以下简称"光大银行")作为中国建材股份有限公司(以下简称"中国建材")在全国银行间债券市场发行2008年短期融资券的主承销商,按照人民银行有关法规的规定及发会有关要求,对中国建材申请发行短期融资券注册材料的真实性、准确性、完整性进行了充分核查。

经核查,交通银行和光大银行认为,中国建材股份有限公司申请发行短期融资券的注册材料符合《银行间债券市场非金融企业债务融资工具管理办法》等有关法规的规定及发会有关要求,所涉及的内容真实、准确、完整,未发现存在虚假记载、误导性陈述或重大遗漏的情况。

以上为交通银行、光大银行对中国建材申请发行2008年短期融资券注册材料的核查意见。

此致。

二OO八年五月四日

85