**Partial Translation of BNBMPLC-E-0112095-0112112**

**BNBMPLC-E-0112095**

**Stock Abbreviation: BNBM Stock Code:000786** ~~Bulletin~~**Announcement** Number:2015- 【 】

**Beijing New Building Materials Public Limited Company**

**Public Announcement o n the External Guarantees for the Year 2015**

**The Company and all members of Board of Directors hereby ensure that the contents of the public announcement be true, accurate, and complete, without false record, misleading statement or major omission.**

I. **Overview of Guarantee I nformatio**

The sixth meeting of the fifth session of the board of directors of Beijing New Building Materials Public Limited Company (hereinafter referred to as "the Company") was held at the meeting room on the 6th floor of Building 2, Guohai Plaza, 17 Fuxing Road, Haidian District, Beijing in the morning on March 18, 2015. The notification of the meeting was sent out on March 6, 2015 via email. Nine board directors should attend the meeting, and nine actually attended the meeting, which was in compliance with the relevant provisions of *the Company Law* and *the Company's Articles of Association*. The meeting was hosted by the chairman of the board of directors, Mr. Bing Wang. The supervisors and senior officers of the Company were present at the meeting ~~as nonvoting delegates~~. ~~These were all in compliance with the relevant provisions of~~ *~~the Company Law~~* ~~and~~ *~~the Company's Articles of Association.~~* Upon deliberation, the meeting voted on and passed the following resolutions:

(I) ~~Reviewed~~ Deliberated and passed the *Proposal for the Company to Provide Guarantees* ~~to~~*for Taishan Gypsum Co., Ltd.* ~~Limited Company~~.

Taishan Gypsum is the controlled subsidiary of the Company, with good operating status and credit status. To satisfy the normal production and operational needs of Taishan Gypsum, the Company plans to provide guarantees

FSIA EXHIBIT 59

**WANG: Exhibit 322-R**

for Taishan Gypsum's comprehensive credit line and working capital loans ~~with the guarantees for~~ in the ~~total~~aggregate amount of no more than 1 billion Yuan of ~~comprehensive credit line and working capital loans~~, ~~for~~during the relevant period from the date that the general meeting of shareholders approves this proposal to the date when the 2015 annual general meeting of shareholders convenes, ...

**BNBMPLC-E-0112096**

...

This proposal was passed ~~by~~ with 9 affirmative votes ~~in favor~~, 0 dissenting vote ~~against~~, 0 abstained vote ~~abstained~~.

(II) Deliberated and passed the *Proposal for Taishan Gypsum ~~Limited Company Co., Ltd.,~~ the controlled subsidiary of the Company, to Provide Guarantees ~~to~~ for Its Wholly-Owned and Controlled Subsidiaries*

Taishan Gypsum wholly owns... ...

... 11 wholly-owned subsidiaries, ... ...

and controls the shares of ...

**BNBMPLC-E-0112097**

... 6 subsidiaries ... To satisfy the normal production and operational needs of these subsidiaries, ~~the Company~~ Taishan Gypsum plans to provide guarantees for these 17 subsidiaries' working capital loans ~~with the guarantees for~~ in the ~~total~~ aggregate amount of no more than 685 million Yuan ~~of comprehensive credit line and working capital loans~~, ~~for~~during the relevant period from the date

that the general meeting of shareholders approves this proposal to the date when the 2015 annual general meeting of shareholders convenes.

 ...

**BNBMPLC-E-0112099**

II. **Basic Information of the Guarantee~~d Recipient~~d Party**
 Company Name: Taishan Gypsum ~~Limited Company~~Co., Ltd.
 Date of Establishment: June 1998
 Registered Address: Dawen kou, Daiyue District, Tai'an
 Legal Representative: Tongchun Jia

 …

The related relationship with the Company: Taishan Gypsum is ~~the controlled~~ a subsidiary of the Company, and the Company ~~holds~~controls 65% shares in ~~of~~ Taishan Gypsum~~'s shares~~, among which, the Company directly holds 42% shares in~~of~~ Taishan Gypsum~~'s shares~~, and the Company's wholly-owned subsidiary, Beijing Donglian Investment ~~Limited~~ Company Limited, directly holds 23% shares in ~~of~~ Taishan Gypsum~~'s shares~~. Tai'an City Guotaimin'an Investment Group ~~Limited~~ Company Limited holds 16% ~~of~~ shares, Shandong Taihe Building Materials ~~Limited~~ Company Limited holds 14% ~~of~~ shares, and the natural person Tongchun Jia holds 5% ~~of~~ shares.

**BNBMPLC-E-0112100**

As of December 31st, 2014, ~~the total amount of assets~~ within the consolidation scope of Taishan Gypsum, the total amount of assets is ~~RMB~~ 7,113,648,100 Yuan aggregately,~~;~~ the total amount of liabilities is ~~RMB~~ 3,373,941,900 Yuan; the total amount involving the contingent matters is ~~RMB~~ 558,283,600 Yuan, the net assets attributable to the parent company are ~~RMB~~ 3,522,757,500 Yuan; in 2014, Taishan Gypsum's operating revenue is ~~RMB~~ 5,821,104,300 Yuan, the total amount of profits is ~~RMB~~ 1,184,353,500 Yuan, the amount of net profits attributable to the parent company is ~~RMB~~ 1,020,505,400 Yuan.

…

**BNBMPLC-E-0112109**

### IV. Opinions of the Board of Directors

The Board of Directors of the Company holds the opinion that: Taishan Gypsum is the controlled subsidiary of the Company. Its operating status and credit status are good. It has relatively strong capability to repay its debt. To provide guarantees for it ~~with guarantees~~ will not negatively impact the Company. In order to meet the normal production and operational needs of Taishan Gypsum, the Board of Directors of the Company agrees to provide guarantees for its bank credit loan business.

…

… When the guarantees are specifically ~~implemented~~ enforced, Taishan Gypsum will provide counter-guarantees to the Company using its company assets.

…

**BNBMPLC-E-0112112**

The Resolution of the Sixth Meeting of the Fifth Session of the Board of Directors The announcement is hereby published.

Beijing New Building Materials Public Limited Company

Board of Directors

March 18, 2015

Partial Translation of BNBMPLC-E-0112095-0112112

BNBMPLC-E-0112095

**Stock Abbreviation: BNBM   Stock Code:000786     Bulletin Number:2015-【 】**

**Beijing New Building Materials Public Limited Company**

**Public Announcement on the External Guarantees for the Year 2015**

**The Company and all members of Board of Directors hereby ensure that the contents of the public announcement be true, accurate, and complete, without false record, misleading statement or major omission.**

I.     **Overview of Guarantee Information**

The sixth meeting of the fifth session of the board of directors of Beijing New Building Materials Public Limited Company (hereinafter referred to as "the Company") was held at the meeting room on the 6th floor of Building 2, Guohai Plaza, 17 Fuxing Road, Haidian District, Beijing in the morning on March 18, 2015. The notification of the meeting was sent out on March 6, 2015 via email. Nine board directors should attend the meeting, and nine actually attended the meeting. The meeting was hosted by the chairman of the board, Mr. Bing Wang. The supervisors and senior officers of the Company were present at the meeting as nonvoting delegates. These were all in compliance with the relevant provisions of *the Company Law* and *the Company's Articles of Association*. Upon deliberation, the meeting voted on and passed the following resolutions:

(I)     Reviewed and passed the *Proposal for the Company to Provide Guarantees to Taishan Gypsum Limited Company.*

Taishan Gypsum is the controlled subsidiary of the Company, with good operating status and credit status. To satisfy the normal production and operational needs of Taishan Gypsum, the Company plans to provide

**WANG: Exhibit 322**

Taishan Gypsum with the guarantees for the total of no more than 1 billion Yuan of comprehensive credit line and working capital loans, for the relevant period from the date that the general meeting of shareholders approves this proposal to the date when the 2015 annual general meeting of shareholders convenes, …

**BNBMPLC-E-0112096**

…

This proposal was passed by 9 votes in favor, 0 vote against, 0 vote abstained.

(II)   Reviewed and passed the *Proposal for Taishan Gypsum Limited Company, the controlled subsidiary of the Company, to Provide Guarantees to Its Wholly-Owned and Controlled Subsidiaries*

Taishan Gypsum wholly owns…

…

… 11 wholly-owned  subsidiaries, …

… and controls the shares of …

**BNBMPLC-E-0112097**

… 6 subsidiaries …  To satisfy the normal production and operational needs of these subsidiaries, the Company plans to provide these 17 subsidiaries with the guarantees for the total of no more than 685 million

Yuan of comprehensive credit line and working capital loans, for the relevant period from the date that the general meeting of shareholders approves this proposal to the date when the 2015 annual general meeting of shareholders convenes.

…

**BNBMPLC-E-0112099**

…

II.  **Basic Information of the Guarantee Recipient**
Company Name: Taishan Gypsum Limited Company
Date of Establishment: June 1998
Registered Address: Dawenkou, Daiyue District, Tai'an
Legal Representative: Tongchun Jia

…

The related relationship with the Company: Taishan Gypsum is the controlled subsidiary of the Company, and the Company holds 65% of Taishan Gypsum's shares, among which, the Company directly holds 42% of Taishan Gypsum's shares, and the Company's wholly-owned subsidiary, Beijing Donglian Investment Limited Company, directly holds 23% of Taishan Gypsum's shares. Tai'an City Guotaimin'an Investment Group Limited Company holds 16% of shares, Shandong Taihe Building Materials Limited Company holds 14% of shares, and the natural person Tongchun Jia holds 5% of shares.

**BNBMPLC-E-0112100**

As of December 31st, 2014, the total amount of assets within the consolidation scope of Taishan Gypsum is RMB 7,113,648,100 Yuan; the total amount of liabilities is RMB 3,373,941,900 Yuan; the total amount involving the contingent matters is RMB 558,283,600 Yuan, the net assets attributable to the parent company are RMB 3,522,757,500 Yuan; in 2014, Taishan Gypsum's operating revenue is RMB 5,821,104,300 Yuan, the total amount of profits is RMB

1,184,353,500 Yuan, the amount of net profits attributable to the parent company is RMB 1,020,505,400 Yuan.

…

**BNBMPLC-E-0112109**

### IV.  Opinions of the Board of Directors

The Board of Directors of the Company holds the opinion that: Taishan Gypsum is the controlled subsidiary of the Company. Its operating status and credit status are good. It has relatively strong capability to repay its debt. To provide it with guarantees will not negatively impact the Company. In order to meet the normal production and operational needs of Taishan Gypsum, the Board of Directors of the Company agrees to provide guarantees for its bank loan business.

…

… When the guarantees are specifically implemented, Taishan Gypsum will provide counter-guarantees to the Company using its company assets.

…

**BNBMPLC-E-0112112**

The Resolution of the Sixth Meeting of the Fifth Session of the Board of Directors

The announcement is hereby published.

Beijing New Building Materials Public Limited Company

Board of Directors

March 18, 2015

Stock abbreviation: Northern new building materials stock symbol: 000786
announcement serial numbers: 2015-[]
Beixinjituan building materials limited liability company in 2015 foreign guarantee
announcement

This companies and board of directors members guaranteed announcement content real,
accurate and complete, does not have the false record, the misleading statement or
the significant omission.

First, guarantee outlined the Beixinjituan building materials limited liability
company (to hereafter refer to as "company") the fifth board of directors sixth
conference morning to convene in Beijing Haidian District Fuxing Road No. 17
country sea square No. 2 building 6 conference rooms in March 18, 2015, the
conference informed to send out by the email way in March 6, 2015, the trustee who
attended the conference should to 9 people, the reality to 9 people, conformed to
"Law of corporation" and "Articles of incorporation" concerned requirements. The
conference is chaired by chairman Mr. Wang Bing, the company supervisors and
management personnel attend the conference. The conference after the deliberation,
the vote adopted the following resolution:
(1) Passed "Has provided Guarantee for Taishan Gypsum Limited liability company
about Company Bill".
The Taishan gypsum is company's holding subsidiary company, the state of operation
and credit status is good. In order to meet the Taishan gypsum normal production
needs, the company plans during the general meeting of shareholders authorized the
date of this bill related to 2015 AGM will convene up to the date, for the Taishan
gypsum provided not to amount to over 100,000 ten thousand Yuan comprehensive
credit specified amount guarantee and floating capital loan guarantee, was
specifically as follows:
1. provides the guarantee guarantee in the Bank of China limited liability company
Tai'an Branch's Renminbi 22,000 ten thousand Yuan comprehensive credit specified
amounts for the Taishan gypsum, the guarantee deadline one year;
2. provides the guarantee guarantee in the Agriculture Bank of China limited
liability company Thai Anlung Ze sub-branch's Renminbi 35,000 ten thousand Yuan
comprehensive credit specified amounts for the Taishan gypsum, the guarantee
deadline one year;
3. provides the guarantee guarantee in the China ICBC limited liability company
Ningyang Sub-branch's Renminbi 13,000 ten thousand Yuan comprehensive credit
specified amounts for the Taishan gypsum, the guarantee deadline one year;
4. provides the guarantee guarantee in the Communications Bank limited liability
company Tai'an Branch's Renminbi 7,300 ten thousand Yuan comprehensive credit
specified amounts for the Taishan gypsum, the guarantee deadline one year;
5. provides the guarantee guarantee in the Renminbi 2,700 ten thousand Yuan
floating capital loans of Chinese Everbright Bank limited liability company Jinan
Branch for the Taishan gypsum, the guarantee deadline one year;
6. provides the guarantee guarantee in the Renminbi 10,000 ten thousand Yuan
floating capital loans of China Construction Bank limited liability company Tai'an
Qingnian Road sub-branch for the Taishan gypsum, the guarantee deadline one year;
7. provides the guarantee guarantee in the Renminbi 10,000 ten thousand Yuan
floating capital loans of China Post savings bank limited liability company

Shandong Branch for the Taishan gypsum, the guarantee deadline one year. This bill agreed by 9 tickets that 0 dissenting votes, 0 abstentions obtain to pass.

(2) Passed "Has controlled stock Subsidiary company Taishan Gypsum Limited liability company To provide Guarantee for Its Capitalization And Holding Subsidiary company about Company Bill".

The Taishan gypsum capitalization has the Fuxin Taishan gypsum building materials limited company (to hereafter refer to as â€œFuxin Taishanâ€), the Taishan gypsum (Nantong) limited company (to hereafter refer to as â€œNantong Taishanâ€), the Taishan gypsum (Tongling) limited company (to hereafter refer to as â€œTongling Taishanâ€), the Taishan gypsum (Chaohu) limited company (to hereafter refer to as â€œChaohu Taishanâ€), the Taishan gypsum (Liaoning) limited company (to hereafter refer to as â€œLiaoning Taishanâ€), the Taishan gypsum (Shaanxi) limited company (to hereafter refer to as â€œShaanxi Taishanâ€), the Taishan gypsum (Chongqing) limited company (to hereafter refer to as â€œChongqing Taishanâ€), the Taishan gypsum (Henan)The limited company (hereafter refers to as â€œHenan Taishanâ€), the Taishan gypsum (Xuancheng) limited company (to hereafter refer to as â€œXuancheng Taishanâ€), the Taishan gypsum (Gansu) limited company (to hereafter refer to as â€œGansu Taishanâ€), the Taishan gypsum (Liaocheng) limited company (to hereafter refer to as â€œLiaocheng Taishanâ€), to wait for 11 wholly-owneds, and holding Taishan gypsum (Pingshan) limited company (hereafter refers to as â€œPingshan Taishanâ€), the Qinhuangdao Taishan building materials limited company (to hereafter refer to as â€œQinhuangdao Taishanâ€), the Taishan gypsum (Weihai) limited company (to hereafter refer to as â€œWeihai Taishanâ€), the Taishan gypsum (Fujian) limited company(Hereafter refers to as â€œFujian Taishanâ€), the Guizhou peaceful luck gypsum limited company (hereafter refers to as â€œGuizhou Taishanâ€), the Taishan gypsum (Jiyuan) limited company (to hereafter refer to as â€œJiyuan Taishanâ€), to wait for 6 subsidiary companies, this and other subsidiary business conditions and credit situations are good. In order to meet this and other subsidiary company normal production needs, is planned by the Taishan gypsum during the general meeting of shareholders authorized the date of this bill related to 2015 AGM will convene up to the date, for these 17 subsidiary companies provided not to amount to over 68,500 ten thousand Yuan floating capital loan guarantee, was specifically as follows:

1. agreed that the Taishan gypsum provides the guarantee guarantee in the Renminbi 2,000 ten thousand Yuan floating capital loans of Communications Bank limited liability company Hebei Branch for Pingshan Taishan, the guarantee deadline one year;

2. agreed that the Taishan gypsum provides the guarantee guarantee in the Renminbi 3,000 ten thousand Yuan floating capital loans of Agriculture Bank of China limited liability company Pingshan County Sub-branch for Pingshan Taishan, the guarantee deadline one year;

3. agreed that the Taishan gypsum provides the guarantee guarantee in the Renminbi 2,000 ten thousand Yuan floating capital loans of Communications Bank limited liability company Qinhuangdao Branch for Qinhuangdao Taishan, the guarantee deadline one year;

4. agreed that the Taishan gypsum provides the guarantee guarantee in the Renminbi 2,000 ten thousand Yuan floating capital loans of Agriculture Bank of China limited liability company Rushan Sub-branch for Weihai Taishan, the guarantee deadline one

year;

5. agreed that the Taishan gypsum provides the guarantee guarantee in the Bank of China limited liability company Rushan Sub-branch's Renminbi 3,000 ten thousand Yuan comprehensive credit specified amounts for Weihai Taishan, the guarantee deadline one year;

6. agreed that the Taishan gypsum provides the guarantee guarantee in the Agriculture Bank of China limited liability company Shanghang County Sub-branch's Renminbi 4,000 ten thousand Yuan comprehensive credit specified amounts for Fujian Taishan, the guarantee deadline one year;

7. agreed that the Taishan gypsum provides the guarantee guarantee in the China ICBC limited liability company Fuquan Sub-branch's Renminbi 3,000 ten thousand Yuan comprehensive credit specified amounts for Guizhou Taishan, the guarantee deadline one year;

8. agreed that the Taishan gypsum provides the guarantee guarantee in the Renminbi 5,000 ten thousand Yuan project loans of Chinese industry and commerce limited liability company bank Jiyuan Tiantan Road sub-branch for Jiyuan Taishan, the guarantee deadline three years;

9. agreed that the Taishan gypsum provides the guarantee guarantee in the Agriculture Bank of China limited liability company Fuxin Branch's Renminbi 3,000 ten thousand Yuan comprehensive credit specified amounts for Fuxin Taishan, the guarantee deadline one year;

10 agreed that the Taishan gypsum provides the guarantee guarantee in the Renminbi 6,000 ten thousand Yuan floating capital loans of Communications Bank limited liability company Nantong Branch for Nantong Taishan, the guarantee deadline one year;

11. agreed that the Taishan gypsum provides the guarantee guarantee in the Renminbi 3,000 ten thousand Yuan floating capital loans of Agriculture Bank of China limited liability company Tongling Branch for Tongling Taishan, the guarantee deadline one year;

12. agreed that the Taishan gypsum provides the guarantee guarantee in the Renminbi 3,000 ten thousand Yuan floating capital loans of Agriculture Bank of China limited liability company Chaohu Sub-branch for Chaohu Taishan, the guarantee deadline one year;

13. agreed that the Taishan gypsum provides the guarantee guarantee in the Renminbi 3,000 ten thousand Yuan floating capital loans of China Construction Bank limited liability company Hulutao Branch for Liaoning Taishan, the guarantee deadline one year;

14. agreed that the Taishan gypsum provides the guarantee guarantee in the Renminbi 3,000 ten thousand Yuan floating capital loans of China Construction Bank limited liability company Weinan Branch for Shaanxi Taishan, the guarantee deadline one year;

15. agreed that the Taishan gypsum provides the guarantee guarantee in the Bank of China limited liability company Weinan Branch's Renminbi 2,000 ten thousand Yuan comprehensive credit specified amounts for Shaanxi Taishan, the guarantee deadline one year;

16. agreed that the Taishan gypsum provides the guarantee guarantee in the Bank of China limited liability company Guan County Sub-branch's Renminbi 1,000 ten thousand Yuan comprehensive credit specified amounts for Liaocheng Taishan, the guarantee deadline one year;

17. agreed that the Taishan gypsum provides the guarantee guarantee in the Renminbi 25 million Yuan floating capital loan of China ICBC limited liability company Chongqing Jiangjin Sub-branch for Chongqing Taishan, the guarantee deadline one year;

18. agreed that the Taishan gypsum provides the guarantee guarantee in the Renminbi 50 million Yuan floating capital loan of China ICBC limited liability company Yanshi Sub-branch for Henan Taishan, the guarantee deadline one year;

19. agreed that the Taishan gypsum provides the guarantee guarantee in the Renminbi 30 million Yuan floating capital loan of merchant banking limited liability company Luoyang Branch for Henan Taishan, the guarantee deadline one year;

20. agreed that the Taishan gypsum provides the guarantee guarantee in the Renminbi 40 million Yuan floating capital loan of Bank of China limited liability company Xuancheng Branch for Xuancheng Taishan, the guarantee deadline one year;

21. agreed that the Taishan gypsum provides the guarantee guarantee in the Bank of China limited liability company Baiyin Branch's Renminbi 6,000 ten thousand Yuan comprehensive credit specified amounts for Gansu Taishan, the project loans 50 million Yuan guarantee deadline for three years, other credit specified amount guarantee deadline one year.

This bill agreed by 9 tickets that 0 dissenting votes, 0 abstentions obtain to pass.

According to the concerned requirements of relevant laws and regulations and this articles of incorporation, this bill still needs to submit the shareholder congress to consider.

Second, by guarantor basic situation corporate name: Taishan gypsum limited liability company tenable date: In June, 1998 registered the place: Tai'an Daiyue District Dawenkou legal representative: Jia with spring registered capital: 15,562.5 ten thousand Yuan management scope: The paper surface gypsum board, the gypsum product and gypsum board protect the production and sale of facial tissue, stone material, the light steel keel, the building material, the finishing materials and new building material; Phosphoric acid sideline product phosphorus gypsum, hardware, ceramic article, mechanical and electrical products, furniture, domestic electric appliances, daily use articles and mining machinery fitting sale; Auto part retail; Scrap paper, orderly bin purchase and sale; Jade carving; Decoration repair; Setting up a file scope import and export business. In the permit scope the ordinary freight transportation (limits branch office management) and equity relation of company: The Taishan gypsum is the company controls stock 65% subsidiary companies. And, the company has the Taishan gypsum 42% stocks directly, the company wholly-owned Beijing East Union invests the limited company to have the Taishan gypsum 23% stocks directly, the Tai'an peaceful country and safe people investments group limited company has 16% stocks, Shandong Taihe building materials limited liability company has 14% stocks, natural person Jia has 5% stocks with the spring.

By December 31, 2014, in the Taishan gypsum merge scope the gross asset sum total was 7,113,648,100 Yuan, the total liabilities is 3,373,941,900 Yuan, or had the total amount that the item involved is 558,283,600 Yuan, belonged to the parent company net assets is 3,522,757,500 Yuan; 2014 year, Taishan gypsum business income is 5,821,104,300 Yuan, the gross profit is 1,184,353,500 Yuan, belongs to parent company's net profit is 1,020,505,400 Yuan.

2. Taishan gypsum (Pingshan) limited company tenable time: In June, 2006 registered

the place: Pingshan County Pingshan Town Power plant road legal representative: Jia with spring registered capital: 2,000 ten thousand Yuan management scopes: The production and sale of paper surface gypsum board, plaster of Paris, the gypsum artificial brick, the gypsum product and structural purpose metal product (need special examination without authorization do not management) and incidence relation of company: The company controls stock the subsidiary company Taishan gypsum to control stock 70% subsidiary company property rights and control relations: The company controls stock the subsidiary company Taishan gypsum to have 70% stockholder's rights, Shijiazhuang Huaao electric power limited liability company will have 30% stockholder's rights by December 31, 2014, Pingshan Taishan gross asset was 121.341 million Yuan, the total liabilities is 61,627,500 Yuan, or had the total amount that the item involved is 0.10 Yuan, the net assets were 59,713,500 Yuan; In 2014, Pingshan Taishan business income is 155,259,800 Yuan, the gross profit is 33,762,800 Yuan, belongs to parent company's net profit is 29,126,800 Yuan.

3. Qinhuangdao Taishan building materials limited company tenable time: In April, 2002 registered the place: Qinhuangdao economic development zone Hong Kong city avenue No. 69 legal representative: Jia with spring registered capital: 1,500 ten thousand Yuan management scopes: The incidence relation of production and company of paper surface gypsum board, plaster of Paris, gypsum artificial brick and gypsum product and structural purpose metal product: The company controls stock the subsidiary company Taishan gypsum to control stock 70% subsidiary company property rights and control relations: The company controls stock the subsidiary company Taishan gypsum to have 70% stockholder's rights, the Hebei beauty chemical industry limited liability company has 20% stockholder's rights, the Qinhuangdao China sea phosphoric acid limited company will have 10% stockholder's rights by December 31, 2014, Qinhuangdao Taishan gross asset was 72.123 million Yuan, the total liabilities is 30,991,200 Yuan, or had the total amount that the item involved is 0.10 Yuan, the net assets were 4,113.18 ten thousand Yuan; In 2014, Qinhuangdao Taishan business income is 112,131,300 Yuan, the gross profit is 17,481,500 Yuan, belongs to parent company's net profit is 15,844,500 Yuan.

4. Taishan gypsum (Weihai) limited company tenable time: In November, 2012 registers the place: Under Rushan beginning town station legal representative: Jia with spring registered capital: 2,000 ten thousand Yuan management scopes: Paper surface gypsum board, decoration gypsum board, plaster of Paris, gypsum product, light steel keel and building material production sale and incidence relation of hardware sale and company: The company controls stock the subsidiary company Taishan gypsum to control stock 70% subsidiary company property rights and control relations: The company controls stock the subsidiary company Taishan gypsum to have 70% stockholder's rights, the Weihai permanent nation chemical industry limited company will have 30% stockholder's rights by December 31, 2014, Weihai Taishan gross asset was 160,666,200 Yuan, the total liabilities is 113,047,200 Yuan, or had the total amount that the item involved is 0.10 Yuan, the net assets were 47,619,100 Yuan; In 2014, Weihai Taishan business income is 109,631,300 Yuan, the gross profit is 33,357,200 Yuan, belongs to parent company's net profit is 27,695,300 Yuan.

5. Taishan gypsum (Fujian) limited company tenable time: In June, 2012 registers the place: Fujian Longyan Shanghang County Jiaoyang Township level ground Pu Village legal representative: Jia with spring registered capital: 5,000 ten

thousand Yuan management scopes: The incidence relation of production sale and company of other other paper surface gypsum boards, plasters of Paris, gypsum artificial bricks, cement retarders and gypsum products, light steel keels and structural purpose metal products: The company controls stock the subsidiary company Taishan gypsum to control stock 60% subsidiary company property rights and control relations: The company controls stock the subsidiary company Taishan gypsum to have 60% stockholder's rights, Wengfu (group) limited liability company will have 40% stockholder's rights by December 31, 2014, Fujian Taishan gross asset was 157,737,100 Yuan, the total liabilities is 101,927,300 Yuan, or had the total amount that the item involved is 0.10 Yuan, the net assets were 55,809,700 Yuan; In 2014, Fujian Taishan business income is 961,700 Yuan, the gross profit is - 3,630,800 Yuan, belong to parent company's net profit are - 3,689,300 Yuan.
6. Guizhou peaceful luck gypsum limited company tenable time: In November, 2009 registers the place: Fuquan Machangping Office legal representative: Ren Xu links the registered capital: 5,000 ten thousand Yuan management scopes: Other paper surface gypsum boards, plasters of Paris, gypsum artificial bricks and gypsum products and structural purpose metal products (exception of national limit) the incidence relation of production and sales and company: The company controls stock the subsidiary company Taishan gypsum to control stock 60% subsidiary company property rights and control relations: The company controls stock the subsidiary company Taishan gypsum to have 60% stockholder's rights, Guizhou Wengfu (group) limited liability company will have 40% stockholder's rights by December 31, 2014, Guizhou Taishan gross asset was 121,747,200 Yuan, the total liabilities is 10,792,800 Yuan, or had the total amount that the item involved is 0.10 Yuan, the net assets were 110,954,400 Yuan; In 2014, Guizhou Taishan business income is 123,949,800 Yuan, the gross profit is 2,328.14 ten thousand Yuan, belongs to parent company's net profit is 21,643,900 Yuan.
7. Taishan gypsum (Jiyuan) limited company tenable time: In August, 2013 registers the place: Henan Jiyuan thinks of the ritual town Sili Village legal representative: Jia with spring registered capital: 3,000 ten thousand Yuan management scopes: The incidence relation of production, sales and company other paper surface gypsum board, plaster of Paris, gypsum artificial brick and gypsum product, light steel keel and finishing materials: The company controls stock the subsidiary company Taishan gypsum to control stock 85% subsidiary company property rights and control relations: The company controls stock the subsidiary company Taishan gypsum to have 85% stockholder's rights, the Jiyuan ten thousand oceans will smelt the LLC to have 15% stockholder's rights by December 31, 2014, Jiyuan Taishan gross asset was 85,535,200 Yuan, the total liabilities is 56,273,100 Yuan, or had the total amount that the item involved is 0.10 Yuan, the net assets were 29,262,100 Yuan; In 2014, Jiyuan Taishan business income is 10,000 Yuan, the gross profit is - 716,100 Yuan, belong to parent company's net profit are - 768,800 Yuan.
8. Fuxin Taishan gypsum building materials limited company tenable date: In September, 2006 registered the place: Fuxin Haizhou District setting campus North area legal representative: Jia with spring registered capital: 2,000 ten thousand Yuan management scopes: Paper surface gypsum board, gypsum product, light steel keel, new building material and the incidence relation of production, sales and company decoration finishing material: The company controls stock the subsidiary company Taishan gypsum wholly-owned property rights and control relations: The company controlled stock the subsidiary company Taishan gypsum to have 100%

stockholder's rights by December 31, 2014, Fuxin Taishan gross asset was 147,283,300 Yuan, the total liabilities is 21,800,900 Yuan, or had the total amount that the item involved is 0.10 Yuan, the net assets were 125,482,400 Yuan; In 2014, Fuxin Taishan business income is 161,741,600 Yuan, the gross profit is 30,749,600 Yuan, belongs to parent company's net profit is 27,030,800 Yuan.

9. Taishan gypsum (Nantong) limited company tenable date: In November, 2009 registers the place: Haimen Town liberation east road television Tadong legal representative: Jia with spring registered capital: 10,000 ten thousand Yuan management scopes: The incidence relation of production sale and company of other other paper surface gypsum boards, plasters of Paris, gypsum artificial bricks and gypsum products, light steel keels and structural purpose metal products: The company controls stock the subsidiary company Taishan gypsum wholly-owned property rights and control relations: The company controls stock the subsidiary company Taishan gypsum to have 70% stockholder's rights, the Tai'an golden Shield building materials limited company (Taishan gypsum wholly-owned) will have 30% stockholder's rights by December 31, 2014, Nantong Taishan gross asset was 279,747,300 Yuan, the total liabilities is 81.787 million Yuan, or had the total amount that the item involved is 0.10 Yuan, the net assets were 197,960,300 Yuan; In 2014, Nantong Taishan business income is 314,402,100 Yuan, the gross profit is 39,982,600 Yuan, belongs to parent company's net profit is 37,492,600 Yuan.

10 Taishan gypsum (Tongling) limited company tenable time: In April, 2008 registers the place: Tongling Jinqiao industrial park legal representative: Jia with spring registered capital: 1,000 ten thousand Yuan management scopes: The incidence relation of production, sales and company paper surface gypsum board, gypsum product, light steel keel, new building material and finishing materials: The company controls stock the subsidiary company Taishan gypsum wholly-owned property rights and control relations: The company controlled stock the subsidiary company Taishan gypsum to have 100% stockholder's rights by December 31, 2014, Tongling Taishan gross asset was 15,130.35 ten thousand Yuan, the total liabilities is 70,039,400 Yuan, or had the total amount that the item involved is 0.10 Yuan, the net assets were 81,264,100 Yuan; In 2014, Tongling Taishan business income is 178,159,500 Yuan, the gross profit is 21,058,400 Yuan, belongs to parent company's net profit is 20,194,900 Yuan.

11. Taishan gypsum (Chaohu) limited company tenable time: In January, 2011 registers the place: Chaohu Juchao District çƒ" yang town concentration of industries area legal representative: Jia with spring registered capital: 3,000 ten thousand Yuan management scopes: Paper surface gypsum board, plaster of Paris, gypsum artificial brick, gypsum product, light steel keel and incidence relation of structural purpose metal product processing, sales and company: The company controls stock the subsidiary company Taishan gypsum wholly-owned property rights and control relations: The company controlled stock the subsidiary company Taishan gypsum to have 100% stockholder's rights by December 31, 2014, Chaohu Taishan gross asset was 226,017,800 Yuan, the total liabilities is 16,135.43 ten thousand Yuan, or had the total amount that the item involved is 0.10 Yuan, the net assets were 64,663,500 Yuan; In 2014, Chaohu Taishan business income is 217,478,200 Yuan, the gross profit is 31,648,200 Yuan, belongs to parent company's net profit is 30,187,700 Yuan.

12. Taishan gypsum (Liaoning) limited company tenable time: In November, 2010 registers the place: Suizhong County Binhai economic zone 25th 1-42 legal

representatives: Jia with spring registered capital: 3,000 ten thousand Yuan management scopes: The incidence relation of production, sales and company other other paper surface gypsum boards, plasters of Paris, gypsum artificial bricks and gypsum products, light steel keels and structural purpose metal products: The company controls stock the subsidiary company Taishan gypsum wholly-owned property rights and control relations: The company controlled stock the subsidiary company Taishan gypsum to have 100% stockholder's rights by December 31, 2014, Liaoning Taishan gross asset was 303,550,200 Yuan, the total liabilities is 219,720,500 Yuan, or had the total amount that the item involved is 0.10 Yuan, the net assets were 83,829,700 Yuan; In 2014, Liaoning Taishan business income is 206,406,800 Yuan, the gross profit is 54,655,700 Yuan, belongs to parent company's net profit is 46,065,900 Yuan.

13. Taishan gypsum (Shaanxi) limited company tenable time: In July, 2006 registered the place: Weinan Linwei District North Shensi industry garden legal representative: Jia with spring registered capital: 2,000 ten thousand Yuan management scopes: The production and sale of paper surface gypsum board, gypsum product, light steel keel, new building material and finishing materials. Incidence relation with company: The company controls stock the subsidiary company Taishan gypsum wholly-owned property rights and control relations: The company controlled stock the subsidiary company Taishan gypsum to have 100% stockholder's rights by December 31, 2014, Shaanxi Taishan gross asset was 185,250,600 Yuan, the total liabilities is 48,278,500 Yuan, or had the total amount that the item involved is 0.10 Yuan, the net assets were 136,972,200 Yuan; In 2014, Shaanxi Taishan business income is 171,685,700 Yuan, the gross profit is 50,869,900 Yuan, belongs to parent company's net profit is 45,768,600 Yuan.

14. Taishan gypsum (Liaocheng) limited company tenable time: In July, 2011 registers the place: Liaocheng Guan County Dingyuan stronghold township legal representative: Jia with spring registered capital: 3,000 ten thousand Yuan management scopes: Paper surface gypsum board production and sale; The plaster of Paris, the gypsum artificial brick, the gypsum product, the light steel keel, building materials and metal product (country exception that forbids or definition company manages) sale.
Incidence relation with company: The company controls stock the subsidiary company Taishan gypsum wholly-owned property rights and control relations: The company controlled stock the subsidiary company Taishan gypsum to have 100% stockholder's rights by December 31, 2014, Liaocheng Taishan gross asset was 164.831 million Yuan, the total liabilities is 9,211.64 ten thousand Yuan, or had the total amount that the item involved is 0.10 Yuan, the net assets were 7,271.46 ten thousand Yuan; In 2014, Liaocheng Taishan business income is 196,100,600 Yuan, the gross profit is 44,344,400 Yuan, belongs to parent company's net profit is 37.962 million Yuan.

15. Taishan gypsum (Chongqing) limited company tenable time: In September, 2005 registered the place: Jiangjin Luohuang industrial park A area legal representative: Jia with spring registered capital: 2,875 ten thousand Yuan management scopes: Production and sale: Paper surface gypsum board, gypsum product, light steel keel, new building material and decoration finishing material. Incidence relation with company: The company controls stock the subsidiary company Taishan gypsum wholly-owned property rights and controlsSystem relations: The company controlled stock the subsidiary company Taishan gypsum to have 100%

stockholder's rights by December 31, 2014, Chongqing Taishan gross asset was 113,142,100 Yuan, the total liabilities is 27.201 million Yuan, or had the total amount that the item involved is 0.10 Yuan, the net assets were 85,941,100 Yuan; In 2014, Chongqing Taishan business income is 234,347,700 Yuan, the gross profit is 38,999,800 Yuan, belongs to parent company's net profit is 36.357 million Yuan.

16. Taishan gypsum (Henan) limited company tenable time: In July, 2007 registers the place: Yanshi Shouyangshan Town north ring northern legal representative: Jia with spring registered capital: 3,000 ten thousand Yuan management scopes: The incidence relation of production sale and company of paper surface gypsum board, gypsum product, light steel keel, new building material and finishing materials: The company controls stock the subsidiary company Taishan gypsum wholly-owned property rights and control relations: The company controlled stock the subsidiary company Taishan gypsum to have 100% stockholder's rights by December 31, 2014, Henan Taishan gross asset was 282,871,400 Yuan, the total liabilities is 45,190,100 Yuan, or had the total amount that the item involved is 0.10 Yuan, the net assets were 237,681,300 Yuan; In 2014, Henan Taishan business income is 363,284,100 Yuan, the gross profit is 102,389,900 Yuan, belongs to parent company's net profit is 85,765,200 Yuan.

17. Taishan gypsum (Xuancheng) limited company tenable time: In October, 2012 registers the place: South Xuancheng Xuan prefecture economic development zone north ring circuit legal representative: Jia with spring registered capital: 1,000 ten thousand Yuan management scopes: The incidence relation of production, sales and company other other paper surface gypsum board, plaster of Paris, gypsum artificial brick and gypsum product, light steel keel and structural purpose metal product, new building material and finishing materials: The company controls stock the subsidiary company Taishan gypsum wholly-owned property rights and control relations: The company controlled stock the subsidiary company Taishan gypsum to have 100% stockholder's rights by December 31, 2014, Xuancheng Taishan gross asset was 158,486,200 Yuan, the total liabilities is 128.776 million Yuan, or had the total amount that the item involved is 0.10 Yuan, the net assets were 29,710,300 Yuan; In 2014, Xuancheng Taishan business income is 74,710,600 Yuan, the gross profit is 27.01 million Yuan, belongs to parent company's net profit is 20,402,400 Yuan.

18. Taishan gypsum (Gansu) limited company tenable time: In August, 2013 registers the place: Gansu Baiyin Baiyin District tech industrial development zone undertaking building legal representative: Jia with spring registered capital: 3,000 ten thousand Yuan management scopes: The incidence relation of production sale and company of other other paper surface gypsum boards, plasters of Paris, gypsum artificial bricks and gypsum products, light steel keels and structural purpose metal products: The company controls stock the subsidiary company Taishan gypsum wholly-owned property rights and control relations: The company controlled stock the subsidiary company Taishan gypsum to have 100% stockholder's rights by December 31, 2014, Gansu Taishan gross asset was 33,986,600 Yuan, the total liabilities is 4,311,400 Yuan, or had the total amount that the item involved is 0.10 Yuan, the net assets were 29,675,200 Yuan; In 2014, Gansu Taishan business income is 10,000 Yuan, the gross profit is - 441,600 Yuan, belong to parent company's net profit are - 475,800 Yuan.

Third, the primary coverage of security agreement plans to sign the security agreement the primary coverage to see â€œone, guarantee outlineâ€.

Fourth, the board of directors opinion company board of directors thinks: The Taishan gypsum is company's holding subsidiary company, the operating condition is good, the credit status is good, has strong repayment of debt ability, provides the guarantee unable to the company to have the adverse impact on it, to meet the Taishan gypsum normal production needs, the company board of directors agreed that the company provides the guarantee for its bank credit service.

Pingshan Taishan, Qinhuangdao Taishan, Weihai Taishan, Fujian Taishan, Guizhou Taishan, Jiyuan Taishan, Fuxin Taishan, Nantong Taishan, Tongling Taishan, Chaohu Taishan, Liaoning Taishan, Shaanxi Taishan, Liaocheng Taishan, Chongqing Taishan, Henan Taishan, Xuancheng Taishan and Gansu Taishan control stock the subsidiary company Taishan gypsum capitalization for the company and holding subsidiary company. These 17 company operating conditions are good, the credit status is good, has strong repayment of debt ability, provides the guarantee unable to the Taishan gypsum as well as the company has the adverse impact.

Had the Taishan gypsum 16% stockholder's rights shareholder Tai'an state asset management limited companies, to have the Taishan gypsum 14% stockholder's rights shareholder Shandong Taihe building materials limited liability companies and has Taishan gypsum 5% stockholder's rights shareholder Jia the Taishan gypsum to the above guarantee item that provided to the company to write up the load letter of guarantee (to take guarantee risk according to the respective ownership percentage) with the spring for the company. When guarantee item concrete implementation, the Taishan gypsum will provide the counter-guarantee to the company by the company asset.

Pingshan Taishan is the Taishan gypsum holding subsidiary company, has Pingshan Taishan 30% stockholder's rights shareholder Shijiazhuang Huaao electric power limited liability companies to act according to the Taishan gypsum agrees with "Investment agreement" that it signs according to the investment cost fixed proportion obtains the income, does not enjoy the shareholder rights by the equity ratio, real production management by Taishan gypsum operation, therefore has not provided the corresponding guarantee or the counter-guarantee to the guarantee item that Pingshan Taishan provides to the Taishan gypsum. When guarantee item concrete implementation, Pingshan Taishan will provide the counter-guarantee to the Taishan gypsum by the company asset.

Qinhuangdao Taishan is the Taishan gypsum holding subsidiary company, will have the Qinhuangdao Taishan 20% stockholder's rights shareholder Hebei beauty chemical industry limited liability companies as well as has the Qinhuangdao Taishan 10% stockholder's rights shareholder Qinhuangdao China sea phosphoric acid limited companies to act according to the Taishan gypsum with it in April 17, 2010 signature shareholder meeting resolution, agreed obtains the income according to the sales paper surface gypsum board fixed price, did not enjoy the shareholder rights by the equity ratio, real production management by Taishan gypsum operation, therefore the guarantee item that provided to Qinhuangdao Taishan has not provided the corresponding guarantee or the counter-guarantee to the Taishan gypsum. When guarantee item concrete implementation, Qinhuangdao Taishan will provide the counter-guarantee to the Taishan gypsum by the company asset.

Weihai Taishan is the Taishan gypsum holding subsidiary company, has the Weihai Taishan 30% stockholder's rights' shareholder Weihai permanent nation chemical industry limited companies act according to the Taishan gypsum with its signature "Agreement" agrees according to it provides the gypsum the quantity to obtain the

income, does not enjoy the shareholder rights by the equity ratio, real production management by Taishan gypsum operation, therefore the guarantee item that provides to Weihai Taishan has not provided the corresponding guarantee or the counter-guarantee to the Taishan gypsum. When guarantee item concrete implementation, Weihai Taishan will provide the counter-guarantee to the Taishan gypsum by the company asset.

Fujian Taishan is the Taishan gypsum holding subsidiary company, has Fujian Taishan 40% stockholder's rights shareholder Wengfu (group) limited liability company to act according to the Taishan gypsum agrees with "Investment agreement" that it signs according to the investment cost fixed proportion obtains the income, does not enjoy the shareholder rights by the equity ratio, real production management by Taishan gypsum operation, therefore the guarantee item that provides to Fujian Taishan has not provided the corresponding guarantee or the counter-guarantee to the Taishan gypsum. When guarantee item concrete implementation, Fujian Taishan will provide the counter-guarantee to the Taishan gypsum by the company asset.

Guizhou Taishan is the Taishan gypsum holding subsidiary company, has Guizhou Taishan 40% stockholder's rights' shareholder Wengfu (group) limited liability company acts according to the Taishan gypsum with its signature "Agreement" agrees according to the investment cost fixed proportion obtains the income, does not enjoy the shareholder rights by the equity ratio, real production management by Taishan gypsum operation, therefore the guarantee item that provides to Guizhou Taishan has not provided the corresponding guarantee or the counter-guarantee to the Taishan gypsum. When guarantee item concrete implementation, Guizhou Taishan will provide the counter-guarantee to the Taishan gypsum by the company asset.

Jiyuan Taishan is the Taishan gypsum holding subsidiary company, has the Guizhou Taishan 15% stockholder's rights' shareholder Jiyuan ten thousand oceans smelt the LLC according to the Taishan gypsum with its signature "Joint capital Agreement" agrees according to the investment cost fixed proportion obtains the income, does not enjoy the shareholder rights by the equity ratio, real production management by Taishan gypsum operation, therefore the guarantee item that provides to Jiyuan Taishan has not provided the corresponding guarantee or the counter-guarantee to the Taishan gypsum. When guarantee item concrete implementation, Jiyuan Taishan will provide the counter-guarantee to the Taishan gypsum by the company asset.

Fuxin Taishan, Nantong Taishan, Tongling Taishan, Chaohu Taishan, Liaoning Taishan, Shaanxi Taishan, Liaocheng Taishan, Chongqing Taishan, Henan Taishan, Xuancheng Taishan and Gansu Taishan are the company control stock the subsidiary company Taishan gypsum wholly-owned, has not provided the counter-guarantee to the guarantee item that the above 11 companies provide to the Taishan gypsum.

Fifth, the foreign guarantee quantity and exceeded the time limit the quantity of guarantee by March 17, 2015, the company to the guarantee total amount that the subordinate company provided is[]Ten thousand Yuan, occupied the company on December 31, 2014 after the merge fiscal statement ownership of audit in the parent company net assets[]Ten thousand Yuan[]%. The above complete guarantee is controls stock the guarantee that to the company the subsidiary company provides.

Sixth, after other guarantee announcements disclose for the first time, the company will disclose other deliberations and progress of foreign guarantee promptly.

Seventh, the reference document fifth board of directors sixth conference resolution hereby specially announced.

Beixinjituan Building materials limited liability company Board of directors on

March 18, 2015

PAGE

1


 --- Summary Information ---
1: 936 PID_TITLE: Stock abbreviation: Northern new building materials stock symbol:
000786 announcement serial numbers: 2006-028 PID_SUBJECT:
PID_AUTHOR: Du Xin PID_KEYWORDS:
PID_TEMPLATE: Normal PID_LASTAUTHOR: yanfenjuan PID_REVNUMBER: 17 PID_APPNAME:
Microsoft Office Word PID_EDITTIME: Mon Jan 01 08:45: 00 CST 1601 PID_LASTPRINTED:
Mon Mar 18 15:01: 00 CST 2013 PID_CREATE_DTM: Tue Jan 27 16:12: 00 CST 2015
PID_LASTSAVE_DTM: Sun Mar 08 21:35: 00 CST 2015 PID_PAGECOUNT: 18 PID_WORDCOUNT:
1617 PID_CHARCOUNT: 9217 PID_SECURITY: 0

 --- Document Summary Information ---
PID_CODEPAGE: 936 PID_COMPANY: bnbm PID_LINECOUNT: 76 PID_PARCOUNT: 21 17: 10813
23: 917504 PID_SCALE: false PID_LINKSDIRTY: false 19: false 22: false

股票简称:北新建材　　　　　股票代码:000786　　　　　公告编号:2015-【 】

## 北新集团建材股份有限公司

## 2015 年对外担保公告

**本公司及董事会全体成员保证公告内容的真实、准确和完整，没有虚假记载、误导性陈述或者重大遗漏。**

### 一、担保情况概述

北新集团建材股份有限公司（以下简称"公司"）第五届董事会第六次会议于 2015 年 3 月 18 日上午在北京市海淀区复兴路 17 号国海广场 2 号楼 6 层会议室召开，会议通知于 2015 年 3 月 6 日以电子邮件方式发出，出席会议的董事应到 9 人，实到 9 人，符合《公司法》和《公司章程》的有关规定。会议由董事长王兵先生主持，公司监事和高管人员列席会议。会议经过审议，表决通过了以下决议：

（一）审议通过了《关于公司为泰山石膏股份有限公司提供担保的议案》。

泰山石膏是公司的控股子公司，经营状况和资信状况良好。为满足泰山石膏正常生产经营需要，公司拟在股东大会批准本议案之日起至 2015 年度股东大会召开之日止的相关期间内，为泰山石膏提供总计不超过 100,000 万元的综合授信额度担保和流动资金借款担保，具体如下：

1．为泰山石膏在中国银行股份有限公司泰安分行的人民币 22,000 万元综合授信额度提供保证担保，担保期限壹年；

2．为泰山石膏在中国农业银行股份有限公司泰安龙泽支行的人民币 35,000 万元综合授信额度提供保证担保，担保期限壹年；

1

BNBMPLC-E-0112095

3. 为泰山石膏在中国工商银行股份有限公司宁阳支行的人民币 13,000 万元综合授信额度提供保证担保，担保期限壹年；

4. 为泰山石膏在交通银行股份有限公司泰安分行的人民币 7,300 万元综合授信额度提供保证担保，担保期限壹年；

5. 为泰山石膏在中国光大银行股份有限公司济南分行的人民币 2,700 万元流动资金借款提供保证担保，担保期限壹年；

6. 为泰山石膏在中国建设银行股份有限公司泰安青年路支行的人民币 10,000 万元流动资金借款提供保证担保，担保期限壹年；

7. 为泰山石膏在中国邮政储蓄银行股份有限公司山东省分行的人民币 10,000 万元流动资金借款提供保证担保，担保期限壹年。

该议案以9票同意，0票反对，0票弃权获得通过。

（二）审议通过了《关于公司控股子公司泰山石膏股份有限公司为其全资、控股子公司提供担保的议案》。

泰山石膏全资拥有阜新泰山石膏建材有限公司（以下简称"阜新泰山"）、泰山石膏（南通）有限公司（以下简称"南通泰山"）、 泰山石膏（铜陵）有限公司（以下简称"铜陵泰山"）、泰山石膏（巢湖）有限公司（以下简称"巢湖泰山"）、泰山石膏（辽宁）有限公司（以下简称"辽宁泰山"）、泰山石膏（陕西）有限公司（以下简称"陕西泰山"）、泰山石膏（重庆）有限公司（以下简称"重庆泰山"）、泰山石膏（河南）有限公司（以下简称"河南泰山"）、泰山石膏（宣城）有限公司（以下简称"宣城泰山"）、泰山石膏（甘肃）有限公司（以下简称"甘肃泰山"）、泰山石膏（聊城）有限公司（以下简称"聊城泰山"）、等11家全资子公司，并控股泰山石膏（平山）有限公司（以下简称"平山泰山"）、秦皇岛泰山建材有限公司（以下简称"秦皇岛泰山"）、泰山石膏（威海）有

2

BNBMPLC-E-0112096

限公司（以下简称"威海泰山"）、泰山石膏（福建）有限公司（以下简称"福建泰山"）、贵州泰福石膏有限公司（以下简称"贵州泰山"）、泰山石膏（济源）有限公司（以下简称"济源泰山"）、<mark>等6家子公司</mark>，该等子公司经营状况和资信情况良好。<mark>为满足该等子公司正常生产经营需要，拟由泰山石膏在股东大会批准本议案之日起至2015年度股东大会召开之日止的相关期间内，为该17家子公司提供总计不超过68,500万元的流动资金借款担保，</mark>具体如下：

1. 同意泰山石膏为平山泰山在交通银行股份有限公司河北省分行的人民币2,000万元流动资金借款提供保证担保，担保期限壹年；

2. 同意泰山石膏为平山泰山在中国农业银行股份有限公司平山县支行的人民币3,000万元流动资金借款提供保证担保，担保期限壹年；

3. 同意泰山石膏为秦皇岛泰山在交通银行股份有限公司秦皇岛分行的人民币2,000万元流动资金借款提供保证担保，担保期限壹年；

4. 同意泰山石膏为威海泰山在中国农业银行股份有限公司乳山市支行的人民币2,000万元流动资金借款提供保证担保，担保期限壹年；

5. 同意泰山石膏为威海泰山在中国银行股份有限公司乳山支行的人民币3,000万元综合授信额度提供保证担保，担保期限壹年；

6. 同意泰山石膏为福建泰山在中国农业银行股份有限公司上杭县支行的人民币4,000万元综合授信额度提供保证担保，担保期限壹年；

7. 同意泰山石膏为贵州泰山在中国工商银行股份有限公司福泉支行的人民币3,000万元综合授信额度提供保证担保，担保期限壹年；

8. 同意泰山石膏为济源泰山在中国工商股份有限公司银行济源天坛路

3

BNBMPLC-E-0112097

支行的人民币5,000万元项目借款提供保证担保，担保期限叁年；

9．同意泰山石膏为阜新泰山在中国农业银行股份有限公司阜新分行的人民币3,000万元综合授信额度提供保证担保，担保期限壹年；

10．同意泰山石膏为南通泰山在交通银行股份有限公司南通分行的人民币6,000万元流动资金借款提供保证担保，担保期限壹年；

11．同意泰山石膏为铜陵泰山在中国农业银行股份有限公司铜陵分行的人民币3,000万元流动资金借款提供保证担保，担保期限壹年；

12．同意泰山石膏为巢湖泰山在中国农业银行股份有限公司巢湖市支行的人民币3,000万元流动资金借款提供保证担保，担保期限壹年；

13．同意泰山石膏为辽宁泰山在中国建设银行股份有限公司葫芦岛分行的人民币3,000万元流动资金借款提供保证担保，担保期限壹年；

14．同意泰山石膏为陕西泰山在中国建设银行股份有限公司渭南分行的人民币3,000万元流动资金借款提供保证担保，担保期限壹年；

15．同意泰山石膏为陕西泰山在中国银行股份有限公司渭南分行的人民币2,000万元综合授信额度提供保证担保，担保期限壹年；

16．同意泰山石膏为聊城泰山在中国银行股份有限公司冠县支行的人民币1,000万元综合授信额度提供保证担保，担保期限壹年；

17．同意泰山石膏为重庆泰山在中国工商银行股份有限公司重庆江津支行的人民币2500万元流动资金借款提供保证担保，担保期限壹年；

18．同意泰山石膏为河南泰山在中国工商银行股份有限公司偃师支行的人民币5000万元流动资金借款提供保证担保，担保期限壹年；

19．同意泰山石膏为河南泰山在招商银行股份有限公司洛阳分行的人

4

BNBMPLC-E-0112098

民币3000万元流动资金借款提供保证担保，担保期限壹年；

20．同意泰山石膏为宣城泰山在中国银行股份有限公司宣城分行的人民币4000万元流动资金借款提供保证担保，担保期限壹年；

21．同意泰山石膏为甘肃泰山在中国银行股份有限公司白银分行的人民币6,000万元综合授信额度提供保证担保，其中项目借款5000万元担保期限叁年，其他授信额度担保期限壹年。

该议案以9票同意，0票反对，0票弃权获得通过。

根据有关法律法规及本公司章程的有关规定，此议案还须提交公司股东大会审议。

**二、被担保人基本情况**

公司名称：泰山石膏股份有限公司

成立日期：1998 年 6 月

注册地点：泰安市岱岳区大汶口

法定代表人：贾同春

注册资本：15,562.5 万元人民币

经营范围：纸面石膏板、石膏制品、石膏板护面纸、石材、轻钢龙骨、建筑材料、装饰材料及新型建筑材料的生产、销售；磷酸副产品磷石膏、建筑五金、陶瓷制品、机电产品、家具、家用电器、日用百货、矿山机械配件销售；汽车配件零售；废纸、废纸箱收购、销售；玉石雕刻；装饰装修；备案范围进出口业务。许可证范围内普通货运（限分支机构经营）

与公司的关联关系：泰山石膏是公司控股65%的子公司。其中，公司直接持有泰山石膏42%股份，公司全资子公司北京东联投资有限公司直接持有泰山石膏23%股份，泰安市国泰民安投资集团有限公司持有16%股份，山东泰和建材有限责任公司持有14%股份，自然人贾同春持有5%股份。

5

BNBMPLC-E-0112099

截至 2014 年 12 月 31 日，泰山石膏合并范围内资产总额合计为 711364.81 万元，负债总额为 337394.19 万元，或有事项涉及的总额为 55828.36 万元，归属于母公司净资产为 352275.75 万元；2014 年度，泰山石膏营业收入为 582110.43 万元，利润总额为 118435.35 万元，归属于母公司的净利润为 102050.54 万元。

2．泰山石膏（平山）有限公司

成立时间：2006 年 6 月

注册地点：平山县平山镇电厂路

法定代表人：贾同春

注册资本：2,000 万元人民币

经营范围：纸面石膏板、石膏粉、石膏砌块、石膏制品、建筑用金属制品的生产、销售（需专项审批的未经批准不得经营）

与公司的关联关系：公司控股子公司泰山石膏控股 70%的子公司

产权及控制关系：公司控股子公司泰山石膏持有 70%股权，石家庄华澳电力有限责任公司持有 30%股权

截至 2014 年 12 月 31 日，平山泰山资产总额为 12134.1 万元，负债总额为 6162.75 万元，或有事项涉及的总额为 0.00 万元，净资产为 5971.35 万元；2014 年，平山泰山营业收入为 15525.98 万元，利润总额为 3376.28 万元，归属于母公司的净利润为 2912.68 万元。

3．秦皇岛泰山建材有限公司

成立时间：2002 年 4 月

注册地点：秦皇岛市经济技术开发区港城大街 69 号

法定代表人：贾同春

注册资本：1,500 万元人民币

经营范围：纸面石膏板、石膏粉、石膏砌块及石膏制品、建筑用金属

6

BNBMPLC-E-0112100

制品的生产

与公司的关联关系：公司控股子公司泰山石膏控股 70%的子公司

产权及控制关系：公司控股子公司泰山石膏持有 70%股权，河北天人化工股份有限公司持有 20%股权，秦皇岛华瀛磷酸有限公司持有 10%股权

截至 2014 年 12 月 31 日，秦皇岛泰山资产总额为 7212.3 万元，负债总额为 3099.12 万元，或有事项涉及的总额为 0.00 万元，净资产为 4,113.18 万元；2014 年，秦皇岛泰山营业收入为 11213.13 万元，利润总额为 1748.15 万元，归属于母公司的净利润为 1584.45 万元。

4．泰山石膏（威海）有限公司

成立时间：2012 年 11 月

注册地点：乳山市下初镇驻地

法定代表人：贾同春

注册资本：2,000 万元人民币

经营范围：纸面石膏板、装饰石膏板、石膏粉、石膏制品、轻钢龙骨、建筑材料生产销售、建筑五金销售

与公司的关联关系：公司控股子公司泰山石膏控股 70%的子公司

产权及控制关系：公司控股子公司泰山石膏持有 70%股权，威海恒邦化工有限公司持有 30%股权

截至 2014 年 12 月 31 日，威海泰山资产总额为 16066.62 万元，负债总额为 11304.72 万元，或有事项涉及的总额为 0.00 万元，净资产为 4761.91 万元；2014 年，威海泰山营业收入为 10963.13 万元，利润总额为 3335.72 万元，归属于母公司的净利润为 2769.53 万元。

5．泰山石膏（福建）有限公司

成立时间：2012 年 6 月

注册地点：福建省龙岩市上杭县蛟洋乡坪埔村

7

BNBMPLC-E-0112101

法定代表人：贾同春

注册资本：5,000 万元人民币

经营范围：纸面石膏板、石膏粉、石膏砌块、水泥缓凝剂及其他石膏制品、轻钢龙骨及其他建筑用金属制品的生产销售

与公司的关联关系：公司控股子公司泰山石膏控股 60%的子公司

产权及控制关系：公司控股子公司泰山石膏持有 60%股权，瓮福（集团）有限责任公司持有 40%股权

截至 2014 年 12 月 31 日，福建泰山资产总额为 15773.71 万元，负债总额为 10192.73 万元，或有事项涉及的总额为 0.00 万元，净资产为 5580.97 万元；2014 年，福建泰山营业收入为 96.17 万元，利润总额为-363.08 万元，归属于母公司的净利润为-368.93 万元。

6. 贵州泰福石膏有限公司

成立时间：2009 年 11 月

注册地点：福泉市马场坪办事处

法定代表人：任绪连

注册资本：5,000 万元人民币

经营范围： 纸面石膏板、石膏粉、石膏砌块及其它石膏制品、建筑用金属制品（国家限制的除外）的生产与销售

与公司的关联关系：公司控股子公司泰山石膏控股 60%的子公司

产权及控制关系:公司控股子公司泰山石膏持有 60%股权,贵州瓮福(集团)有限责任公司持有 40%股权

截至 2014 年 12 月 31 日，贵州泰山资产总额为 12174.72 万元，负债总额为 1079.28 万元，或有事项涉及的总额为 0.00 万元,净资产为 11095.44 万元；2014 年，贵州泰山营业收入为 12394.98 万元，利润总额为 2,328.14 万元，归属于母公司的净利润为 2164.39 万元。

BNBMPLC-E-0112102

7．泰山石膏（济源）有限公司

成立时间：2013 年 8 月

注册地点：河南省济源市思礼镇思礼村

法定代表人：贾同春

注册资本：3,000 万元人民币

经营范围：纸面石膏板、石膏粉、石膏砌块及其他石膏制品、轻钢龙骨、装饰材料的生产、销售

与公司的关联关系：公司控股子公司泰山石膏控股 85%的子公司

产权及控制关系：公司控股子公司泰山石膏持有 85%股权，济源市万洋冶炼（集团）有限公司持有 15%股权

截至 2014 年 12 月 31 日，济源泰山资产总额为 8553.52 万元，负债总额为 5627.31 万元，或有事项涉及的总额为 0.00 万元，净资产为 2926.21 万元；2014 年，济源泰山营业收入为 0 万元，利润总额为-71.61 万元，归属于母公司的净利润为-76.88 万元。

8．阜新泰山石膏建材有限公司

成立日期：2006 年 9 月

注册地点：阜新市海州区平西园区北区

法定代表人：贾同春

注册资本：2,000 万元人民币

经营范围：纸面石膏板、石膏制品、轻钢龙骨、新型建筑材料、装饰装修材料的生产、销售

与公司的关联关系：公司控股子公司泰山石膏的全资子公司

产权及控制关系：公司控股子公司泰山石膏持有 100%股权

截至 2014 年 12 月 31 日，阜新泰山资产总额为 14728.33 万元，负债总额为 2180.09 万元，或有事项涉及的总额为 0.00 万元，净资产为 12548.24

9

BNBMPLC-E-0112103

万元；2014 年，阜新泰山营业收入为 16174.16 万元，利润总额为 3074.96 万元，归属于母公司的净利润为 2703.08 万元。

9．泰山石膏（南通）有限公司

成立日期：2009 年 11 月

注册地点：海门镇解放东路电视塔东

法定代表人：贾同春

注册资本：10,000 万元人民币

经营范围：纸面石膏板、石膏粉、石膏砌块及其它石膏制品、轻钢龙骨及其他建筑用金属制品的生产销售

与公司的关联关系：公司控股子公司泰山石膏的全资子公司

产权及控制关系：公司控股子公司泰山石膏持有 70%股权，泰安市金盾建材有限公司（泰山石膏全资子公司）持有 30%股权

截至 2014 年 12 月 31 日，南通泰山资产总额为 27974.73 万元，负债总额为 8178.7 万元，或有事项涉及的总额为 0.00 万元，净资产为 19796.03 万元；2014 年，南通泰山营业收入为 31440.21 万元，利润总额为 3998.26 万元，归属于母公司的净利润为 3749.26 万元。

10．泰山石膏（铜陵）有限公司

成立时间：2008 年 4 月

注册地点：铜陵金桥工业园区

法定代表人：贾同春

注册资本：1,000 万元人民币

经营范围：纸面石膏板、石膏制品、轻钢龙骨、新型建筑材料、装饰材料的生产、销售

与公司的关联关系：公司控股子公司泰山石膏的全资子公司

产权及控制关系：公司控股子公司泰山石膏持有 100%股权

10

截至 2014 年 12 月 31 日，铜陵泰山资产总额为 15,130.35 万元，负债总额为 7003.94 万元，或有事项涉及的总额为 0.00 万元，净资产为 8126.41 万元；2014 年，铜陵泰山营业收入为 17815.95 万元，利润总额为 2105.84 万元，归属于母公司的净利润为 2019.49 万元。

11．泰山石膏（巢湖）有限公司

成立时间：2011 年 1 月

注册地点：巢湖市居巢区烔炀镇工业集中区

法定代表人：贾同春

注册资本：3,000 万元人民币

经营范围：纸面石膏板、石膏粉、石膏砌块、石膏制品、轻钢龙骨、建筑用金属制品加工、销售

与公司的关联关系：公司控股子公司泰山石膏的全资子公司

产权及控制关系：公司控股子公司泰山石膏持有 100%股权

截至 2014 年 12 月 31 日，巢湖泰山资产总额为 22601.78 万元，负债总额为 16,135.43 万元，或有事项涉及的总额为 0.00 万元，净资产为 6466.35 万元；2014 年，巢湖泰山营业收入为 21747.82 万元，利润总额为 3164.82 万元，归属于母公司的净利润为 3018.77 万元。

12．泰山石膏（辽宁）有限公司

成立时间：2010 年 11 月

注册地点：绥中县滨海经济区 25 号 1—42

法定代表人：贾同春

注册资本：3,000 万元人民币

经营范围：纸面石膏板、石膏粉、石膏砌块及其它石膏制品、轻钢龙骨及其它建筑用金属制品的生产、销售

与公司的关联关系：公司控股子公司泰山石膏的全资子公司

11

BNBMPLC-E-0112105

产权及控制关系：公司控股子公司泰山石膏持有 100%股权

截至 2014 年 12 月 31 日，辽宁泰山资产总额为 30355.02 万元，负债总额为 21972.05 万元，或有事项涉及的总额为 0.00 万元，净资产为 8382.97 万元；2014 年，辽宁泰山营业收入为 20640.68 万元，利润总额为 5465.57 万元，归属于母公司的净利润为 4606.59 万元。

13．泰山石膏（陕西）有限公司

成立时间：2006 年 7 月

注册地点：渭南市临渭区渭北工业园

法定代表人：贾同春

注册资本：2,000 万元人民币

经营范围：纸面石膏板、石膏制品、轻钢龙骨、新型建筑材料、装饰材料的生产、销售。

与公司的关联关系：公司控股子公司泰山石膏的全资子公司

产权及控制关系：公司控股子公司泰山石膏持有 100%股权

截至 2014 年 12 月 31 日，陕西泰山资产总额为 18525.06 万元，负债总额为 4827.85 万元，或有事项涉及的总额为 0.00 万元，净资产为 13697.22 万元；2014 年，陕西泰山营业收入为 17168.57 万元，利润总额为 5086.99 万元，归属于母公司的净利润为 4576.86 万元。

14．泰山石膏（聊城）有限公司

成立时间：2011 年 7 月

注册地点：聊城市冠县定远寨乡

法定代表人：贾同春

注册资本：3,000 万元人民币

经营范围：纸面石膏板生产、销售；石膏粉、石膏砌块、石膏制品、轻钢龙骨、建材、金属制品（国家禁止或限定公司经营的除外）销售。

BNBMPLC-E-0112106

与公司的关联关系：公司控股子公司泰山石膏的全资子公司

产权及控制关系：公司控股子公司泰山石膏持有 100%股权

截至 2014 年 12 月 31 日，聊城泰山资产总额为 16483.1 万元，负债总额为 9,211.64 万元，或有事项涉及的总额为 0.00 万元，净资产为 7,271.46 万元；2014 年，聊城泰山营业收入为 19610.06 万元，利润总额为 4434.44 万元，归属于母公司的净利润为 3796.2 万元。

15. 泰山石膏（重庆）有限公司

成立时间：2005 年 9 月

注册地点：江津市珞璜工业园区 A 区

法定代表人：贾同春

注册资本：2,875 万元人民币

经营范围：生产、销售：纸面石膏板、石膏制品、轻钢龙骨、新型建筑材料、装饰装修材料。

与公司的关联关系：公司控股子公司泰山石膏的全资子公司

产权及控制关系：公司控股子公司泰山石膏持有 100%股权

截至 2014 年 12 月 31 日，重庆泰山资产总额为 11314.21 万元，负债总额为 2720.1 万元，或有事项涉及的总额为 0.00 万元，净资产为 8594.11 万元；2014 年，重庆泰山营业收入为 23434.77 万元，利润总额为 3899.98 万元，归属于母公司的净利润为 3635.7 万元。

16. 泰山石膏（河南）有限公司

成立时间：2007 年 7 月

注册地点：偃师市首阳山镇北环路北

法定代表人：贾同春

注册资本：3,000 万元人民币

经营范围：纸面石膏板、石膏制品、轻钢龙骨、新型建筑材料、装饰

13

BNBMPLC-E-0112107

材料的生产销售

与公司的关联关系：公司控股子公司泰山石膏的全资子公司

产权及控制关系：公司控股子公司泰山石膏持有 100%股权

截至 2014 年 12 月 31 日，河南泰山资产总额为 28287.14 万元，负债总额为 4519.01 万元，或有事项涉及的总额为 0.00 万元,净资产为 23768.13 万元；2014 年，河南泰山营业收入为 36328.41 万元，利润总额为 10238.99 万元，归属于母公司的净利润为 8576.52 万元。

17．泰山石膏（宣城）有限公司

成立时间：2012 年 10 月

注册地点：宣城市宣州经济开发区南环路以北

法定代表人：贾同春

注册资本：1,000 万元人民币

经营范围：纸面石膏板、石膏粉、石膏砌块及其他石膏制品、轻钢龙骨及其他建筑用金属制品、新型建筑材料、装饰材料的生产、销售

与公司的关联关系：公司控股子公司泰山石膏的全资子公司

产权及控制关系：公司控股子公司泰山石膏持有 100%股权

截至 2014 年 12 月 31 日，宣城泰山资产总额为 15848.62 万元，负债总额为 12877.6 万元，或有事项涉及的总额为 0.00 万元,净资产为 2971.03 万元；2014 年，宣城泰山营业收入为 7471.06 万元，利润总额为 2701 万元，归属于母公司的净利润为 2040.24 万元。

18．泰山石膏（甘肃）有限公司

成立时间：2013 年 8 月

注册地点：甘肃省白银市白银区高新技术产业开发区创业大厦

法定代表人：贾同春

注册资本：3,000 万元人民币

BNBMPLC-E-0112108

经营范围：纸面石膏板、石膏粉、石膏砌块及其他石膏制品、轻钢龙骨及其它建筑用金属制品的生产销售

与公司的关联关系：公司控股子公司泰山石膏的全资子公司

产权及控制关系：公司控股子公司泰山石膏持有 100%股权

截至 2014 年 12 月 31 日，甘肃泰山资产总额为 3398.66 万元，负债总额为 431.14 万元，或有事项涉及的总额为 0.00 万元，净资产为 2967.52 万元；2014 年，甘肃泰山营业收入为 0 万元，利润总额为-44.16 万元，归属于母公司的净利润为-47.58 万元。

**三、担保协议的主要内容**

拟签订担保协议的主要内容见"一、担保情况概述"。

**四、董事会意见**

公司董事会认为：泰山石膏是公司的控股子公司，经营情况良好，资信状况良好，有较强的偿还债务能力，对其提供担保不会对公司产生不利影响，为满足泰山石膏正常生产经营需要，公司董事会同意公司为其银行信贷业务提供担保。

平山泰山、秦皇岛泰山、威海泰山、福建泰山、贵州泰山、济源泰山、阜新泰山、南通泰山、铜陵泰山、巢湖泰山、辽宁泰山、陕西泰山、聊城泰山、重庆泰山、河南泰山、宣城泰山、甘肃泰山为公司控股子公司泰山石膏的全资及控股子公司。这 17 家公司经营情况良好，资信状况良好，有较强的偿还债务能力，对其提供担保不会对泰山石膏以及公司产生不利影响。

持有泰山石膏 16%股权的股东泰安市国有资产经营有限公司、持有泰山石膏 14%股权的股东山东泰和建材有限责任公司和持有泰山石膏 5%股权的股东贾同春为公司对泰山石膏提供的上述担保事项向公司出具了担保函（按各自持股比例承担担保风险）。待担保事项具体实施时，泰山石膏将以

15

BNBMPLC-E-0112109

公司资产向公司提供反担保。

平山泰山是泰山石膏的控股子公司,持有平山泰山 30%股权的股东石家庄华澳电力有限责任公司根据泰山石膏与其签署的《投资协议》约定按照投资额的固定比例取得收益,不以股权比例享受股东权益,实际生产经营由泰山石膏运作,故对泰山石膏向平山泰山提供的担保事项未提供相应担保或反担保。待担保事项具体实施时,平山泰山将以公司资产向泰山石膏提供反担保。

秦皇岛泰山是泰山石膏的控股子公司,持有秦皇岛泰山 20%股权的股东河北天人化工股份有限公司以及持有秦皇岛泰山 10%股权的股东秦皇岛华瀛磷酸有限公司根据泰山石膏与其于 2010 年 4 月 17 日的签署的股东会决议,约定按照销售纸面石膏板的固定价格取得收益,不以股权比例享受股东权益,实际生产经营由泰山石膏运作,故对泰山石膏向秦皇岛泰山提供的担保事项未提供相应担保或反担保。待担保事项具体实施时,秦皇岛泰山将以公司资产向泰山石膏提供反担保。

威海泰山是泰山石膏的控股子公司,持有威海泰山 30%股权的股东威海恒邦化工有限公司根据泰山石膏与其签署的《协议书》约定按照其提供石膏的数量取得收益,不以股权比例享受股东权益,实际生产经营由泰山石膏运作,故对泰山石膏向威海泰山提供的担保事项未提供相应担保或反担保。待担保事项具体实施时,威海泰山将以公司资产向泰山石膏提供反担保。

福建泰山是泰山石膏的控股子公司,持有福建泰山 40%股权的股东瓮福(集团)有限责任公司根据泰山石膏与其签署的《投资协议》约定按照投资额的固定比例享受股东权益,实际生产经营由泰山石膏运作,故对泰山石膏向福建泰山提供的担保事项未提供相应担保或反担保。待担保事项具体实施时,福建泰山将以公司资产向泰山石膏提

16

BNBMPLC-E-0112110

供反担保。

贵州泰山是泰山石膏的控股子公司，持有贵州泰山 40%股权的股东瓮福（集团）有限责任公司根据泰山石膏与其签署的《协议书》约定按照投资额的固定比例取得收益，不以股权比例享受股东权益，实际生产经营由泰山石膏运作，故对泰山石膏向贵州泰山提供的担保事项未提供相应担保或反担保。待担保事项具体实施时，贵州泰山将以公司资产向泰山石膏提供反担保。

济源泰山是泰山石膏的控股子公司，持有贵州泰山 15%股权的股东济源市万洋冶炼（集团）有限公司根据泰山石膏与其签署的《合资协议书》约定按照投资额的固定比例取得收益，不以股权比例享受股东权益，实际生产经营由泰山石膏运作，故对泰山石膏向济源泰山提供的担保事项未提供相应担保或反担保。待担保事项具体实施时，济源泰山将以公司资产向泰山石膏提供反担保。

阜新泰山、南通泰山、铜陵泰山、巢湖泰山、辽宁泰山、陕西泰山、聊城泰山、重庆泰山、河南泰山、宣城泰山、甘肃泰山是公司控股子公司泰山石膏的全资子公司，对泰山石膏向上述 11 家公司提供的担保事项未提供反担保。

**五、累计对外担保数量及逾期担保的数量**

截至 2015 年 3 月 17 日，公司对下属公司提供的担保总额为【 】万元，占公司 2014 年 12 月 31 日经审计的合并会计报表归属于母公司净资产【 】万元的【 】%。前述全部担保系对公司控股子公司提供的担保。

**六、其他**

担保公告首次披露后，公司将及时披露对外担保的审议和其他进展情况。

**七、备查文件**

BNBMPLC-E-0112111

第五届董事会第六次会议决议

特此公告。

北新集团建材股份有限公司

董事会

2015 年 3 月 18 日

BNBMPLC-E-0112112