

🏠 Home　中文 🔍　　🔍

About CNBM　|　News Center　|　Business Platform　|　CNBM worldwide　|　Social Responsibility　|　Contact us



Home > CNBM worldwide > Global presence

CNBM integrates such services as export of large-sized complete set of equipments and EPC, import and export of building materials and minerals, and resources development, etc., and operates worldwide. Till the end of 2010, CNBM had set up more than 38 branches and 8 offices worldwide involving 28 countries and regions located over five continents around the world, and established import and export business relations with more than 120 countries and regions. At present, the Group has more than 60 overseas building material production lines, including completed ones and those under construction.



### CNBM worldwide

**Global presence**
Overseas Projects
Okorder

**All CNBM Group Websites**

— Subsidiaries — ▼



**USA**
CTIEC-TECO American Technology Inc
CNBM International (USA)
CNBM Investment UNITED SUNTECH CRAFT INC

**Saudi Arabia**
CNBM International Logistics Company
CNBM International (Saudi Arabia) Company
CNBM Engineering Co., Ltd. (Middle-East)

**India**
Jushi Group India Composite Co., Ltd.
CNBM International (India) Corporation

**Italy**
Jushi Group Italy Co., Ltd.

**Korea**
Jushi Group Korea Co., Ltd.

**South Africa**
Jushi Group Huxia Composite Co., Ltd. (South Africa)
Jushi Group (South Africa) Huaxia Industry Co., Ltd.

**Hong Kong**
Jushi Group (Hong Kong)Composite Co., Ltd.
China National Building Material Import & Export Zhongcheng Co., Ltd.
CNBM Hong Kong Co., Ltd.

**Canada**



Jushi Canada Co., Ltd.

**Tanzania**
BNBM Group Tanzania Co., Ltd.

**Russia**
China National Building Material Import & Export (Russia)Jianhua Co., Ltd.
Hefei Cement Institute North-West Co., Ltd.

**Germany**
SINOI GmbH

**Papua New Guinea**
CNBM Investment PNG Co., Ltd.

**Jordan**
CNBM International (Jordan) Company

**Yemen**
CNBM International (Yemen) Company

**Libya**
CNBM International (Libya) Company

**Kazakhstan**
CNBM Engineering (Kazakhstan) Co., Ltd.

**Spain**
Jushi Spain Co., Ltd.

**Singapore**
Jushi Singapore Co., Ltd.

Copyright©2003China National Building Material Group Corporation