Taishan Gypsum Company Limited
Resolutions of the First Meeting of the 4th Board of Directors
The Board of Directors of Taishan Gypsum Company Limited (hereinafter referred to as "the company") held a meeting in the conference room of China Building Material Company Limited on May 20, 2008. The number of directors that should be present was five and five were actually present. The meeting was presided over by director Jia Tongchun, meeting the relevant requirements of *The Company Law* and articles of association of the company. Upon a careful review and unanimous consent by all directors, the meeting adopted the following resolutions by a vote: [illegible seal]

 1. Reviewed and adopted resolution on election of the chairman of the board of directors of the company;
 The meeting elected Jia Tongchun chairman of the board of directors and the legal representative of the company.
 The resolution was adopted with five yes votes, zero no votes and zero abstaining votes.
 2. Reviewed and adopted resolution on the hiring of the general manager of the company;
 Upon nomination by a director, the meeting decided to hire Jia Tongchun as general manager of the company.
 The resolution was adopted with five yes votes, zero no votes and zero abstaining votes.
 3. Reviewed and adopted resolution on the hiring of officers including the deputy general manager of the company;
 Upon nominations by the chairman of the board of directors and general managers, the meeting decided to hire:
 Deputy general managers: ███████████████████████████████
███████████████
 Chief accountant (finance officer): ██████
 Chief engineer: ██████
 Chief economist: ██████
 Secretary of the Board of Directors: ██████
 The resolution was adopted with five yes votes, zero no votes and zero abstaining votes.
 4. The meeting decided to set up a compensation committee
 The meeting decided to set up a compensation committee, comprising three persons including ██████, Wang Bing and Jia Tongchun, with ██████ in the director.
 Compensation of the general manager of the company shall be set by the compensation committee and compensation of other executives shall be set by the general manager and filed with the compensation committee for the records.

Confidential – subject to protective order         TG 0020787

FSIA
EXHIBIT
73

# 泰山石膏股份有限公司
## 第四届董事会第一次会议决议

泰山石膏股份有限公司（以下简称"公司"）董事会于2008年5月20日在中国建材股份有限公司会议室召开会议，应到董事5名，实到5名。会议由董事贾同春主持，符合《公司法》和《公司章程》有关规定。会议经过认真审议，全体董事一致同意，表决通过了以下议案：

一、 审议通过了《关于选举公司董事长的议案》；

会议选举贾同春担任公司董事长、法定代表人。

该议案以5票同意，0票反对，0票弃权获得通过。

二、 审议通过了《关于聘任公司总经理的议案》；

根据董事提名，会议决定聘任贾同春为公司总经理。

该议案以5票同意，0票反对，0票弃权获得通过。

三、审议通过了《关于聘任公司副总经理等高级管理人员的议案》；

根据董事长、总经理提名，会议决定聘任：

副总经理：█████████████████████

总会计师（财务负责人）：██████

总工程师：████

总经济师：████

董事会秘书：████

该议案以5票同意，0票反对，0票弃权获得通过。

四、 会议决定成立薪酬委员会

会议决定成立薪酬委员会，由████、王兵、贾同春三人组成，██为主任。

公司总经理薪酬由薪酬委员会决定，其他高管人员薪酬由总经理决定，报薪酬委员会备案。

TG 0020787