Translation of BNBMPLC-E-0010163

## Main Issues in State-owned Asset Supervision and Administration Commission's Audit of Economic Responsibility

---- ---- Beijing New Building Material Public Limited Company

1. **Issue of Investment Management**
(1) **Audit Opinion**: Issues on some subsidiaries' ~~people in-charge~~ *Responsible personnel* violating regulations on share-holding and dividend distribution. BNBM should improve relevant management regulations, *earnestly* ~~seriously~~ clean up ~~wrong behaviors~~, and make ~~adjustments and changes~~ *rectification* according to the relevant requirements of the State-owned Asset Supervision and Administration Commission.

**Description of the issue**: Some management of the enterprise holds the shares of the subsidiaries and participates in dividend distribution. Tongchun Jia, Chairman of Board of Directors and General Manager of Taishan Gypsum Company Limited (Taishan Gypsum), a fourth tier enterprise, had maintained 5% share of Taishan Gypsum since he ~~was appointed~~ *took the position* as the Deputy General Manager of the upper tier enterprise Beijing New Building Material Public Limited Company (BNBM) in August 2005. This situation was not ~~cleaned up nor changed~~ *rectified* according to the relevant regulations of the State-owned Asset Supervision and Administration Commission. Tongchun Jia ~~did not~~ resign *as of* ~~until June 2012~~ *from June 2012* the position of BNBM's Deputy General Manager, after this audit work started.

**Financial audit report**: Tongchun Jia, Chairman of Board of Directors and General Manager of Taishan Gypsum Company Limited, a fourth tier enterprise, had maintained 5% share of Taishan Gypsum since he ~~was appointed~~ *took the position* as the Deputy General Manager of the upper tier enterprise Beijing New Building Material Public Limited Company (BNBM) in August 2005. This situation was not ~~cleaned up nor changed~~ *rectified* according to the relevant regulations of the State-owned Asset Supervision and Administration Commission. Tongchun Jia ~~did not~~ resign *as from* the position of BNBM's ~~vice president until June 2012~~ *Deputy General Manager as of June 2012*, after this audit work started.

FSIA EXHIBIT 74

B: 7/8/15-7/11/15
Exhibit 134R

Translation of BNBMPLC-E-0010163

## Main Issues in State-owned Asset Supervision and Administration Commission's

## Audit of Economic Responsibility

---- ---- Beijing New Building Material Public Limited Company

1. **Issue of Investment Management**
(1) **Audit Opinion: Issues on some subsidiaries' people in-charge violating regulations on shareholding and dividend distribution. BNBM should improve relevant management regulations, seriously clean up wrong behaviors, and make adjustments and changes according to the relevant requirements of the State-owned Asset Supervision and Administration Commission.**

**Description of the issue**: Some management of the enterprise holds the shares of the subsidiaries and participates in dividend distribution. Tongchun Jia, Chairman of Board of Directors and General Manager of Taishan Gypsum Company Limited (Taishan Gypsum), a fourth tier enterprise, had maintained 5% share of Taishan Gypsum since he was appointed as the Deputy General Manager of the upper tier enterprise Beijing New Building Material Public Limited Company (BNBM) in August 2005. This situation was not cleaned up nor changed according to the relevant regulations of the State-owned Asset Supervision and Administration Commission. Tongchun Jia did not resign the position of BNBM's Deputy General Manager until June 2012, after this audit work started.

**Financial audit report**: Tongchun Jia, Chairman of Board of Directors and General Manager of Taishan Gypsum Company Limited, a fourth tier enterprise, had maintained 5% share of Taishan Gypsum since he was appointed as the Deputy General Manager of the upper tier enterprise Beijing New Building Material Public Limited Company (BNBM) in August 2005. This situation was not cleaned up nor changed according to the relevant regulations of the State-owned Asset Supervision and Administration Commission. Tongchun Jia did not resign the position of BNBM's vice president until June 2012, after this audit work started.

ï»¿SAC economic accountability audit subject matter - Beixinjituan building materials limited
liability company one, investment management question (1) audit opinion: Owns stocks the drawing
bonus question about the department member enterprise official contrary. Should according to SAC
request, to improve the related control system related, seriously cleans up and reorganizes.
Question description: Some enterprise managements have the subordinate enterprise stock and
participate to draw bonus. Four levels of enterprise Taishan gypsum limited liability companies
(hereafter refers to as the Taishan gypsum) chairman and general manager Jia with the spring,
since August, 2005 has been appointed the higher authority enterprise Beixinjituan building
materials limited liability company (to hereafter refer to as the northern new building
materials) deputy general manager, the retention has had the Taishan gypsum 5% stocks, has not
reorganized according to the SAC relevant provision. To June, 2012, after this audit work
starts, Jia with the spring resigned from northern new building materials deputy general
manager.
The financial audit reported: Since four levels of enterprise Taishan gypsum chairman and
general manager Jia with the spring, in August, 2005 has been appointed the higher authority
enterprise Beixinjituan building materials limited liability company (to hereafter refer to as
the northern new building materials) deputy general manager, the retention has had the Taishan
gypsum 5% stocks, has not reorganized according to the SAC relevant provision. To June, 2012,
after this audit work starts, Jia with the spring resigned from northern new building materials
deputy general manager.

PAGE

4

--- Summary Information ---
1: 936 PID_TITLE: First, investment management question PID_SUBJECT:
PID_AUTHOR: MYJ PID_KEYWORDS:
PID_COMMENTS:
PID_TEMPLATE: Normal PID_LASTAUTHOR: wyt PID_REVNUMBER: 3 PID_APPNAME: Microsoft Office Word
PID_EDITTIME: Mon Jan 01 08:02: 00 CST 1601 PID_LASTPRINTED: Sun Feb 17 09:28: 00 CST 2013
PID_CREATE_DTM: Tue Mar 12 16:15: 00 CST 2013 PID_LASTSAVE_DTM: Tue Mar 19 16:00: 00 CST 2013
PID_PAGECOUNT: 1 PID_WORDCOUNT: 205 PID_CHARCOUNT: 212 PID_SECURITY: 0

--- Document Summary Information ---
PID_CODEPAGE: 936 PID_COMPANY: Lenovo (Beijing) Limited PID_LINECOUNT: 26 PID_PARCOUNT: 24 17:
393 23: 730895 PID_SCALE: false PID_LINKSDIRTY: false 19: false 22: false

## 国资委经济责任审计主要问题

——北新集团建材股份有限公司

### 一、投资管理问题

（一）审计意见：关于部分子企业负责人违规持股分红问题。应按照国资委相关要求，完善相关管理制度，认真清理、整改。

**问题描述**：部分企业管理层持有下级企业股份并参与分红。四级企业泰山石膏股份有限公司（以下简称泰山石膏）董事长、总经理贾同春，2005年8月任上级企业北新集团建材股份有限公司（以下简称北新建材）副总经理以来，一直保留持有泰山石膏5%的股份，未按国资委相关规定整改。至2012年6月，本次审计工作开始后，贾同春辞去了北新建材副总经理职务。

**财务审计报告**：四级企业泰山石膏董事长、总经理贾同春，2005年8月任上级企业北新集团建材股份有限公司（以下简称北新建材）副总经理以来，一直保留持有泰山石膏5%的股份，未按国资委相关规定整改。至2012年6月，本次审计工作开始后，贾同春辞去了北新建材副总经理职务。