<u>Partial Translation of CNBMGRP00009807-9838</u>

**Problems Discovered in the Audit – Company Limited**[1]

…

<u>CNBMGRP00009832-9833</u>

…

(IV)  Other Aspects

**J7, The Issue That the Management Personnel Hold Shares in Lower Tier Enterprises and Participate in Dividend Distribution does not Conform to the relevant rules of of the SASAC.**

Tongchun Jia, The chairman of the board of directors and general manager of a tier four enterprise, Taishan Gypsum, has consistently held 5% stock share in Taishan Gypsum since he became the deputy general manager of the higher level enterprise Beijing New Building Material Public Limited Company (abbreviated below as BNBM), which has not been rectified according to the relevant rules of the SASAC. Until June 2012, after the start of the current audit, Tongchun Jia resigned from his position as the deputy general manager at BNBM.

**8, Taishan Gypsum Company Limited Is Unable to Predict the Time of the Court Decision Regarding the Drywall Lawsuit in the United States.**

In 2009, a great number of American home owners and home builders sued several hundred domestic and foreign drywall manufacturers, distributors, home builders, including BNBM and Taishan Gypsum, for the reason that there were quality issues with the drywalls, and demanded compensation for various losses incurred as a result of drywall quality issues.

BNBM issued an "Announcement of Beijing New Building Material Public Limited Company on Gypsum Board Event in the U.S." on May 28th, 2010. BNBM and Taishan Gypsum separately received services of summons about the litigation on use of Chinese drywall, which involved the amounts in 150,000 U.S. Dollars and 5.225 million U.S. Dollars from the U.S. In May 2010, under the circumstance that Taishan Gypsum was absent, the federal court in the eastern district of Louisiana declared damages in the amount of 2,609,100 U.S. Dollars for losses as claimed by the 7 plaintiffs from the use of drywall.

In 2010, China National Building Material Group Corporation and China National Building Material Company Limited, BNBM, and Taishan Gypsum separately hired reputable American law firms as legal consultants, to respond to the relevant drywall litigation in the U.S. Starting from June 2010, Taishan Gypsum responded to the U.S. litigation on use of Chinese drywall, and up to the year of 2011, Taishan Gypsum had paid more than 59 million Yuan in attorney's fees. Currently the lawsuit is at the stage of discovery between the plaintiffs and the defendants, and it is unable to predict the time of judgement.

---

[1] Contextual Inference "CNBM Company Limited"

**FSIA EXHIBIT 76**

**B: 7/8/15-7/11/15**
**Exhibit 133**

...

Question that in the audit discovered - joint-stock company

TOC \ o "1-3" \ h \ z \ u one, Zhonglian cement 4 (1) investment management 4 J 1, China building materials third-level subsidiary company China union cement Group Company limited acquire the Ulanchap Zhonglian cement limited company (to hereafter refer to as "Ulan Zhonglian") and purchases in its subsidiary company to have the potential loss. 4 J 2, engineering projects have not fulfilled rigorously incur the tendering procedure. 5 J 3, engineering project management are not in place, actual investment favorable balance of trade budgetary estimate. 6 4, Huai Hai Zhonglian cement limited company engineering projects have not carried on completion approval. 6 (2) fund managements and risks control 7 J 5, Zhonglian Cement Part Companies to exist in the cash form gather sell the loans massively the situation: Nanjing Zhonglian in 2011 the cash receives money approximately 2,755.00 ten thousand Yuan, Ulanchap Zhonglian 2010-2011 years cash collection aggregate amount separately approximately is 4,683.50 ten thousand Yuan and 5,733.70 ten thousand Yuan. 7 J 6, part company reserve fund control systems wait for the perfect, individual worker large quantity reserve fund put on somebody's account have not recovered promptly, simultaneously has the seller and purchaser to contact large quantity loans directly. 7 J 7, part companies exist have not fulfilled rigorously the fund payment approval process and contrary payments fund situation. 8 8, Ulan Zhonglian are many in the bank deposit account that the financial institution opens, have some accounts to leave unused for a long time, occurred without the service has not carried on cleaning up promptly. 8 9, part corporation paper management have the risk. 8 (3) asset management and property rights 8 J 10, Ulanchap Zhonglian cement limited company part goods in stock accounts are solid. 8 (4) accounting information and accounting 9 11, part units exist have not tracked the cleaning up long-term creditor's rights and debt item promptly. 9 12, part corporate expenses does not reimburse promptly, causes the large quantity expense cross time, with reimbursing the bill does not gather gauge and other items. 9 J 13, Zhonglian Cement Part Companies have some wages nature disbursements through dealing with the phenomenon of staff salary accounting subject calculation, amounts to the amount 12,507,800 Yuan. 9 (5) other aspect 10 14, part companies have the connection bargain price not fair and just situation. 10 15, Ulanchap Zhonglian cement limited companies are connected the side to take the fund to be big. 10 two, southern cement 11 (1) investment management 11 J 1, engineering project management are not in place, actual investment favorable balance of trade budgetary estimate. After 11 J 2, part items of basic construction exist begins first, examine and approve the phenomenon. 11 3, Jiangxi South Cement limited company Respective Company Jiangxi Fengcheng south cement limited company production line actual constructions produce to be able with the project examination to be incompatible, has not handled the change examination promptly, causes the project completion approval delay. 12 4, part projects have not gone through completion approval formalities promptly. 13 (2) asset management and property rights 14 J 5, part companies have the property rights unclear or have not handled the certificate of title. 14 (3) accounting information and accounting 14 J 6, Hunan south cement limited companies without authorizing the ultra budget pay the wages. South 14 J 7, Jiangsu Xu give up the cement limited company to reissue the manager inspection wages 257,300 Yuan not to include to deal with the staff salary calculation. 14 (4) other aspect 14 8, Jiangsu Liyang south cement limited company contentious matters

cause the court to freeze the bank deposit 2.2 million Yuan, up to now still did not have the progress. 14 three, northern cement 15 (1) investment management 15 1, Jilinde entire cement group Dunhua limited liability companies are newly-built February, 2011 to August investment, and finished production the budget of annual production 600,000 tons cement flour rubbing station isometric replacement innovation project to establish, verification to have the problem. 15 2, northern cement limited company subordinate some company engineering projects have the question 16 (2) fund managements and risks control 16 J 3, northern cement majority of companies to have the use large quantity cash accounting the service. 16 J 4, part company reserve fund control systems wait for the perfect, individual worker large quantity reserve fund put on somebody's account have not recovered promptly, simultaneously has the seller and purchaser to contact large quantity loans directly. 16 J 5, part companies exist have not fulfilled rigorously the fund payment approval process and contrary payments fund situation. 16 (3) accounting information and accounting 17 J 6, part units exist have not tracked the cleaning up long-term creditor's rights and debt item promptly. 17 7, part corporate expenses does not reimburse promptly, causes the large quantity expense cross time, with reimbursing the bill does not gather gauge and other items. 17 8, northern cements have some companies to owe the mining right 18 four, northern new stock 19 (1) investment management 19 1, China building materials group company four levels of unit Taishan gypsum limited liability companies that tax money phenomenon 17 9, Jingang Songyuan Corporation government subsidy calculation not standard 18 10, Liaoyuan Wei Tianjin Corporation have not deposited to acquire the property to set up company and other items without the authorization. 19 2, Chinese building materials four levels of subsidiary company Taishan gypsum limited liability companies (hereafter refers to as "the Taishan gypsum") stockholder's rights investment and tender offers authorizes without building materials joint-stock company. After 20 J 3, part projects have not fulfilled the procedure begins first, examine and approve 22 4, part projects not according to the scale that the relevant authority authorizes and request to construct, the items of basic construction do not gather the gauge, has certain risk. 24 (2) fund managements and risks control 25 J 5, Taishan gypsum part companies to collect the large quantity cash and sit. 25 (3) accounting information and some accounting 26 J 6, northern new building materials joint-stock company wages natures fund disbursements through dealing with staff salary calculation, amount total 9,632,100 Yuan. 26 (4) other aspect 26 J 7, managements have the question that the subordinate enterprise stock and participates in drawing bonus, does not conform to the SAC relevant provision. When 26 8, Taishan gypsum limited liability companies rule unable to forecast about the American gypsum board's lawsuit. 27 five, duplicate group 28 (1) fund managements and risks control 28 1, foreign donation items to examine and approve without Group. In 28 2, Lianyungang the compound switching audiences compound materials Group Company limited the financial institution in the bank deposit account that opens are many, has some accounts to leave unused for a long time, has not carried on cleaning up promptly. 28 3, bill management have risk. 28 (2) asset management and property rights 29 J 4, China duplicate materials have the idle asset not to process promptly. 29 (3) accounting information and some accounting 29 J 5, China Duplicate Company subsidiary companies have the wages nature disbursement through dealing with the phenomenon of staff salary accounting subject calculation, the amount total 12,441,300 Yuan. 29 (4) other aspect 29 6, China

compound materials Group have the management to have the question that the subordinate enterprise stock and participates in drawing bonus, does not conform to the SAC relevant provision. 29 six, international construction project 30 (1) investment management 30 1, purchase minority shareholder stockholder's rights have not fulfilled the assessment process. 30 (2) asset management and property rights 30 J 2, Engineers International Corp. pay the large quantity fund purchase land not to display to affect 30 (3) other aspect 31 J 3, managements to have the question that the subordinate enterprise stock and participates in drawing bonus, does not conform to the SAC relevant provision. Third-level enterprise Engineers International Corp. vice President Feng Jianhua in August, 2003 contributed 211,200 Yuan to have the subordinate company Nanjing triumphant abundant 2.70% stocks, had not returned. From 2009 to 2011, Feng Jianhua draws bonus in Nanjing triumphantly abundantly the obtained total 7.56 million Yuan. In October, 2012, the building materials stock decided that Feng Jianhua no longer is international construction project vice president. 31 seven, building materials invest in 31 (1) investment management 31 1, China building materials group company third-level subsidiary companies the building materials investment limited company to invest the southern graphite limited company, will be managed to have certain risk by the investment company in the future. 31 (2) fund managements and risks control in 32 J 2, third-level enterprises the building materials investment limited company to transfer the equity investment outward, the stockholder's rights finalized, the fund cannot the sum total take back. 32 3, foreign donation items examine and approve without Group. 32 (3) accounting information and accounting 32 J 4, building materials investment company ultra budget pay the wages. 32 one, Zhonglian cement (1) investment management J 1, China building materials third-level subsidiary company China union cement Group Company limited acquire the Ulanchap Zhonglian cement limited company (to hereafter refer to as "Ulan Zhonglian") and purchases in its subsidiary company to have the potential loss.

(1) the Zhonglian cement merger and acquisition agreement is not rigorous, had not considered that the bad assets risk, till at the end of 2011 Ulan Zhonglian large quantity prepay credit to put on somebody's account for a long time, has the potential loss.

In March, 2010, after the Chinese union cement Group Company limited acquires the Inner Mongolian Ulan cement Group Company limited, changes the name (hereafter refers to as "Ulan Zhonglian" as the Ulanchap Zhonglian cement limited company). Before the merger and acquisition, Ulan Zhonglian is a Group, all project funds in group replaces the payment by Ulan Zhonglian Corporation department, therefore has the massive prepay construction industry, closure merger and acquisition date (on March 31, 2010) aggregate amount 16,833.64 ten thousand Yuan, although has counted to propose the bad account to prepare 4,204.12 ten thousand Yuan according to the accounting policy, but still had the potential loss. It is not standard because of the project management, when effect payment not related project, the project settlement and other written matters, cause later period to meet on the accounts book unable to distinguish clearly payment the engineering project and construction of fund concrete ownership, therefore the prepay construction industry puts on somebody's account for a long time. When 2010 merges has not carried out the concrete reason and nature that puts on somebody's account, in the agreement has not agreed the bad assets that has by whom to undertake, at present is unable to judge whether has the returnability as well as the effect on related asset value.

(2) Ulan Zhonglian purchase subsidiary company minority shareholder stockholder's rights have not withheld the personal income tax.

Under Ulan Zhonglian sets up the subsidiary company Ulanchap Mongolia and China cement limited company. Before the purchase, the Inner Mongolian Ulan cement Group Company limited has this company 80% (1.2 million Yuan) stockholder's rights, natural person Mr. Chen Sitang has 20% (300,000 Yuan). In June, 2011 after building materials stock authorization, Ulan Zhonglian to cooperate to negotiate a price 2.8 million Yuan to acquire 20% stockholder's rights that shareholder Chen Sitang had (300,000 Yuan), makes the Ulanchap Mongolia and China cement limited company to become the wholly-owned.

When above acquires individual 20% stockholder's rights, Ulan Zhonglian has not withheld pays the personal income tax amount 500,000 Yuan, not to pay the stamp duty 0.14 Yuan.

The J 2, engineering projects have not fulfilled rigorously incur the tendering procedure.

(1) the 3700t/d cement technical transformation project that the Huai Hai Zhonglian cement limited company invests will begin in November, 2008, in November, 2009 will be completed. This item design and budgetary estimate are implemented by the Chinese building materials group company's Nanjing triumphant abundant cement technology project limited company, invest the budgetary estimate 26,980.81 ten thousand Yuan (not including the construction period loans interest disbursement), the actual investment 29,019.58 ten thousand Yuan, initial proposals' verification company for the Chinese building materials group company's Hua'an building materials industrial engineering consultant firm, has not carried on the tender.

(2) Xuzhou Zhonglian cement limited company 10000 tons water mud line engineering project begins in September, 2010, invests the budgetary estimate 103,285.06 ten thousand Yuan. The preliminary design and establishment of preliminary design budgetary estimate is implemented by the Chinese building materials group company's Nanjing triumphant abundant cement technology project limited company directly, has not incurred the bid. This project's verification to the budgetary estimate also directly carries out by Chinese building materials group company's Bengbu glass industry Design Research institute, has not incurred the bid.

(3) some Nanjing Zhonglian cement limited company engineering construction projects always wrap the side to implement by the Chinese building materials group company's affiliate company directly, has not carried out to incur the bid the procedure. Nanjing Zhonglian cement limited company 4500 tons cement line project always wraps the side to implement by Chinese building materials group company's connection side Nanjing Triumphant Abundant Company directly, has not carried out to incur the bid the procedure. Simultaneously Chinese Union Cement limited company Interior cement project is contracted the implementation by the building materials group internal construction, is unable good control project construction cost, is unable to appraise to the Nanjing Triumphant Abundant Company's project construction whole effect effectively.

The J 3, engineering project management are not in place, actual investment favorable balance of trade budgetary estimate.

In the situation that Zhonglian cement subordinate subsidiary company Xuzhou Zhonglian cement limited company 10000 tons cement line project in project blueprint starts to tender. For example: In the turn-key contract that the construction C tender and winning unit Hebei fourth Construction Engineering

Corporation signs price-marks 3,581.03 ten thousand Yuan (temporarily estimate), the subsidiary agreement contracted amount that on June 22, 2011 will sign increased to 6,500.00 ten thousand Yuan, increased the scope approximately 82%; The turn-key contract 3,765.89 ten thousand Yuan that the construction A tender and Chinese 15 metallurgy construction limited companies signed, after supplementing, contract amount 4,040.73 ten thousand Yuan; The construction B tender constructs the turn-key contract 4,026.52 ten thousand Yuan that with the seven games of second building limited companies signed, after supplementing, contract amount 5,711.76 ten thousand Yuan. The above three tender altogether accents increase 4,879.05 ten thousand Yuan, the increased range reaches 43%.

4th, Huai Hai Zhonglian cement limited company engineering project has not carried on completion approval.

(1) the Huai Hai Zhonglian cement limited company in 2009 the limestone equalization storehouse structure greenhouse that started to construct (matches materials storehouse) project, the construction part on 2009 June 17 begins, on 2009 September 7 finished. Steel structure and other principal parts began construction in February 22, 2010, on June 30, 2010 finished, total investment 1,116.00 ten thousand Yuan, but changes over to the fixed asset according to the audit requirement until December, 2011. Up to now this overall engineering project had still not carried on completion to make a final accounting and organizes approve.

(2) the 3700t/d cement engineering project that the Huai Hai Zhonglian cement limited company invests, on November 30, 2010 will establish to complete completion balance sheet, on March 10, 2011 will write up completion final accounts to report, total investment 30,864.58 ten thousand Yuan (construction period interest 1,845.00 ten thousand Yuan). By the end of June, 2012, Chinese building materials limited liability company's approval and following evaluation exercise to this project was still undeveloped.

Chinese building materials investment in the fixed assets project completion approval policing method: The items of basic construction must carry on completion approval in the project trial production latter 6 months, the project that cannot the approval in the prescribed time limit or cannot approve according to the plan because of the peculiar circumstance, must and shows the reason to the project examination unit written report, after the project examination unit authorizes, but suitably postpones carries on completion approval, but longest do not over 8 months.

(2) The fund management and risk control J 5, Zhonglian Cement Part Companies to exist in the cash form gather sell the loans massively the situation: Nanjing Zhonglian in 2011 the cash receives money approximately 2,755.00 ten thousand Yuan, Ulanchap Zhonglian 2010-2011 years cash collection aggregate amount separately approximately is 4,683.50 ten thousand Yuan and 5,733.70 ten thousand Yuan.

In view of the fact that the cash receives money is very easy to have certain risk, suggested that various Chinese building materials subordinate companies act according to the company actual situation to reduce the cash transaction as far as possible, simultaneously sits an item not to conform to "Cash management Temporary regulation" relevant provision.

The J 6, part company reserve fund control systems wait for the perfect, individual worker large quantity reserve fund put on somebody's account have not recovered promptly, simultaneously has the seller and purchaser to contact large quantity

loans directly.

Ulanchap Zhonglian limited company staff take the large quantity reserve fund part not to form the loss for a long time. By the end of 2011, Ulan Zhonglian reserve fund balance of account is 3,742,200 Yuan: At the end of the year the staff in 2011 borrow the amount that has not returned are 814,000 Yuan; In 2010 borrows by the end of the amount that 2011 had not returned is 580,400 Yuan. Before the surplus 2,344,200 Yuan are the company are purchased, the staff to loan, because of being hard to take back has counted to raise according to 80% scalars has raised the bad account preparation. Simultaneously audits the discovery, 2011 year Ulan Zhonglian large quantity reserve fund will be used in the running expenses reimbursing and staff benefit and celebrating a holiday expense and temporary worker wages and other amounts of expense amounts to 5.02 million Yuan.

The J 7, part companies exist have not fulfilled rigorously the fund payment approval process and contrary payments fund situation.

Tengzhou Zhonglian cement corporation exists has not authorized the first payment phenomenon.

During Chinese union cement Group Company limited project construction about the fund payment examination related regulation, the related project's construction industry, the equipment funds and material money for materials and so on is responsible for rear area the examination being able to pay by Chinese union cement group project department. Tengzhou Corporation in August, 2010 paid to the Nanjing triumphant abundant design spends 1 million Yuan (to obtain Zhonglian project department reply time is on January 31, 2011), in the November, 2011 8 day-to-day expenses pays Hebei the construction work group progress funds 4.711 million Yuan (to obtain Zhonglian project department reply time is on November 17, 2011), as well as paid to the Chinese 15 metallurgy construction limited company and Zaozhuang the peaceful architectural engineering limited company progress of work funds payment time is earlier than the vetting period.

8th, Ulan Zhonglian are many in the bank deposit account that financial institution opens, has some accounts to leave unused for a long time, occurred without the service has not carried on cleaning up promptly.

9th, the part corporation paper management has the risk.

The Nanjing Zhonglian cement limited company and Xuzhou Zhonglian cement limited company notes receivable increases is big, Nanjing Zhonglian cement limited company 2009-2011 years bank acceptance respectively is 3,750.08 ten thousand Yuan, 3,431.44 ten thousand Yuan and 9,994.37 ten thousand Yuan; Xuzhou Zhonglian cement limited company 2009-2011 years three years notes receivable respectively is 1,446.47 ten thousand Yuan, 1,106.76 ten thousand Yuan and 13,199.61 ten thousand Yuan, the increased range is big, these two units have some bills are the place rural credit cooperative's settlement center and place small financial institution draw up, the bill management has certain risk.

(3) The asset management and property rights J 10, Ulanchap Zhonglian cement limited company part goods in stock accounts are solid.

By December 31, 2011, the Ulanchap Zhonglian cement limited company stored goods to meet in the accounts book the part category to reflect that with had the big difference actually: The acquisition of material puts on somebody's account - in 3,483.86 ten thousand Yuan and raw materials, tuff - 81,400 Yuan and cements with repair with spare parts - 195,000 Yuan (in 2011 not tendency will have volume). The primary cause is the financial, purchase and warehouse three departments lacks the

essential communication and cooperation.

(4) The accounting information and accounting 11, part units exist have not tracked the cleaning up long-term creditor's rights and debt item promptly.

Ulanchap Zhonglian limited company part other should pay money not explicitly pay the object, still put on somebody's account, the spot-check amount 1.141 million Yuan, this fund formation unites the cement Group Company limited to reorganize before China. The above question had reflected the company to the long-term creditor's rights, the historical issue is negligent in the management, is easy to create the property loss expansion.

12th, part corporate expense does not reimburse promptly, causes the large quantity expense cross time, with reimbursing the bill does not gather gauge and other items.

The bill that Nanjing Zhonglian cement limited company sales personnel reimburse partially does not gather the gauge. For example: In January, 2011 pays the sale to deduct a percentage 22,000 Yuan, in January, 2011 pays the sale to deduct a percentage 30,000 Yuan, in January, 2011 pays the sale to deduct a percentage 15,100 Yuan, in March, 2011 pays 38,600 Yuan sale to deduct a percentage, latter attaches the receipt for office supplies, maintenance cost and other commercial invoices, some receipts have the large quantity cross time phenomenon, some receipts reimburse the non-financial person in charge to verify.

J 13, Zhonglian Cement Part Companies have some wages nature disbursements through dealing with the phenomenon of staff salary accounting subject calculation, amounts to the amount 12,507,800 Yuan.

(1) some Nanjing Zhonglian cement limited company staff wages natures fund disbursements through dealing with staff salary calculation. In 2009 through dealing with staff salary calculation total amount 259,000 Yuan and in 2010 501,000 Yuan and in 2011 997,900 Yuan, sum total amount 1,757,900 Yuan.

(2) the Ulanchap Zhonglian cement limited company in 2010 through dealing with the wages nature of staff salary calculation disburses 1,906,800 Yuan, in 2011 through dealing with the wages nature of staff salary calculation disburses 1,197,200 Yuan, the sum total amount 3.104 million Yuan.

(3) the Ulanchap Mongolia and China cement limited company in 2010 through dealing with the staff salary calculation's wages nature disbursement aggregate amount approximately is 3,402,900 Yuan, in 2011 through dealing with the staff salary calculation's wages nature disbursement aggregate amount approximately is 2.435 million Yuan, includes overhead charge directly - staff salary. In addition total 5,837,900 Yuan. The company idea raises in 2010 the achievements wages 145,800 Yuan, after the idea raises, has not provided, this achievements wages idea raises the reply document of non-Chinese union cement Group Company limited.

(4) the Huai Hai Zhonglian cement limited company in 2009 through dealing with the wages nature of staff salary calculation disburses 544,200 Yuan, in 2010 739,400 Yuan, in 2011 524,400 Yuan. Total 1.808 million Yuan.

(5) Other aspect 14, part companies have the connection bargain price not fair and just situation.

The Xuzhou Zhonglian cement limited company is connected to the same control under the cement clinker sale the side, the connection transaction fixed price is not fair and just, has the tax affairs risk.

After spot-checking in 2011 May to August's cement clinker sale report discovery, the Xuzhou Zhonglian cement limited company sells cement clinker's under connection

side Lianyungang Zhonglian cement limited company to same control and Suqian Zhonglian cement limited company and Fuyang Zhonglian cement limited company and Nanjing Zhonglian cement limited company selling price to be somewhat low, has the tax affairs risk. In 2011 this connection transaction total amount 41,723.41 ten thousand Yuan, account for the similar transaction total amount 68.03%.

15th, Ulanchap Zhonglian cement limited company is connected the side to take the fund to be big.

By December 31, 2011, the Ulan Zhonglian receivable Inner Mongolia Hua Li cement limited company lent 11,237.65 ten thousand Yuan. The Inner Mongolian Hua Li cement limited company (has 10.19% stockholder's rights) for the share-holding company in Ulan Zhonglian, main business cement and chamotte, are partially engaged the minerals, real estate, electricity generation, business and so on, the company nature for the privately operated joint-stock company. After the inquiry, some shareholders of Inner Mongolian Hua Li cement limited company unite the cement Group Company limited Inner Mongolia operation area and this operation area company in China hold an office in the management.


Second, the southern cement (1) investment management J 1, engineering project management is not in place, actual investment favorable balance of trade budgetary estimate.

Jiangxi Fengcheng south cement limited company daily production 4500 tons clinker cement production line and 9MW pure low temperature afterheat power project actual investment ultra budgetary estimate. This project begins in December, 2009, in September, 2011 trial production, after the investment budgetary estimate of verification is 56,577.8 ten thousand Yuan, but the actual finish project must invest 62,916.8 ten thousand Yuan (has deposited 53,736.03 ten thousand Yuan, because of has not handled completion final accounts, part un-payment engineering cost and nature earnest money have not deposited). The actual investment and budgetary estimate differ 6,339 ten thousand Yuan.

After the J 2, part items of basic construction exist begins first, examine and approve the phenomenon.

The Jiangxi Fengcheng south cement limited company yearly produced 1 million tons cement flour to rub the production line on August 1, 2009 to begin (budgetary estimate total investment 6,343.95 ten thousand Yuan, actual finish investment cost 6,865.74 ten thousand Yuan), on December 24, 2010 went into production, the building materials stock on April 2, 2010 issued the instrument of ratification to begin; The daily production 4500 tons chamotte new method cement production line (including 9MW afterheat electricity generation) project on December 29, 2009 began the project, on September 9, 2011 ignition production. The building materials stock on September 19, 2011 issued the instrument of ratification to begin.

The Jiangxi blue source cement limited company 4.5MW pure low temperature afterheat generating system project on April 23, 2009 began construction, on February 9, 2010 finished the production. The building materials stock on April 2, 2010 issued the instrument of ratification to begin.

Jiangxi Nancheng cement limited company daily production 4800 tons clinker cement production line in June, 2009 begins construction, in July, 2011 finishes the production. The building materials stock on November 18, 2010 issued the instrument of ratification to begin.

The Zhejiang tiger hawk cement limited company 2500t/d chamotte production line

pure low temperature afterheat electricity generation project in November, 2008 starts to construct, in May, 2009 finishes the production. The building materials stock on March 9, 2009 replied to begin.

3rd, the Jiangxi South Cement limited company Respective Company Jiangxi Fengcheng south cement limited company production line actual construction produces to be able with the project examination to be incompatible, has not handled the change examination promptly, causes the project completion approval delay.

First, the daily production 4500 tons cement production line items of basic construction and authorized project have the big difference.

On December 12, 2007, the Jiangxi economic and trade commission issued "about Approving Fengcheng Blue Abundant Cement Limited company 4000t/d Chamotte New Method Cement Production line Technological transformation project Notice", investment cost 29,786 ten thousand Yuan of authorization. On March 31, 2009 south Jiangxi acquired the Fengcheng blue abundant cement limited company and changes the name as the Jiangxi Fengcheng south cement limited company (i.e. "south Fengcheng"). South same year Fengcheng after merger and acquisition invested the newly-built 1 daily production 4500 tons chamotte new method cement production line (including 9MW afterheat electricity generation), invested the budgetary estimate 65,672.15 ten thousand Yuan. The project starts trial production in September, 2011, in December goes into production officially, actual finish invests 53,736 ten thousand Yuan. Because the project constructs and project examination actually produces to be incompatible, and has not handled the change examination promptly, causes the project completion approval certainly to be hindered, possibly is unable to complete the acceptance checkout procedure on time.

Second, to yearly produce 2 million tons cement flour rubbing station project and reply are incompatible.

On September 22, 2009, the Jiangxi industry and informationization committee issued "Jiangxi Investment in enterprise Technical innovation project Setting up a file Notice", approved south Fengcheng to construct one to yearly produce 2 million tons cement flour rubbing station project, the total investment 14,504 ten thousand Yuan. Fengcheng southern the actual construction according to yearly producing 1 million tons cement flour rubbing station scale construction, the project goes into production in January, 2011 officially, because the project construction and examination produce to be incompatible, causes the project completion approval not to complete.

4th, part project has not gone through completion approval formalities promptly.

(1) after the Jiangxi south cement limited company engineering project completes, has not gone through completion approval formalities promptly.

Jiangxi southern cement limited company from 2009 to 2011 newly-built project 21 items, total investment budgetary estimate 400,342 ten thousand Yuan, in 2010 the project 12 items of being in operation, invest the budgetary estimate 210,987 ten thousand Yuan, the closure audit date, the newly-built project has not handled completion approval. For example: In Jiangxi the high south cement limited company production line actual began in March 29, 2009 officially, the chamotte production line in June 1, 2010 the ignition trial production, the cement production line in August 2, 2010 the trial production, the afterheat electricity generation generated electricity in combined network in November, 2010, the necessary life facility and production ancillary facilities in June, 2010 put into use, the office district puts into use in December, 2010. By the audit date, the above items of basic

construction have not handled completion approval, has not applied for the late finish approval to the project examination unit.
J(2) some Jinhua south cement limited company technical transformation projects have not handled completion approval promptly.
(1) south the landscape the cement limited company yearly produces 2.6 million tons cement flour to rub the technological transformation project to start the investment project in 2008, at the beginning of 2010 has gone into production, budgetary estimate total investment 122.08 million Yuan, account actual investment about 159 million Yuan, ultra budgetary estimate 36.92 million Yuan. By the audit date, this project has not handled completion approval, has not applied for the late finish approval to the project examination unit.
(2) the Zhejiang tiger hawk cement limited company 2500t/d chamotte production line pure low temperature afterheat electricity generation project in May 17, 2009 the official trial production, the reply investment cost was 27,892,800 Yuan, actual investment 26,118,600 Yuan. Has not handled completion approval up to audit date project, has not applied for the late finish approval to the project examination unit, and according to requesting carries on after the project appraises.
(2) The asset management and property rights J 5, part companies have the property rights unclear or have not handled the certificate of title.
The subsidiary company part property card power that the southern cement limited company part merges is the relations has not gone through the change promptly, like Jiangsu Xu gives up the south and Hunan Pingtang south and Hunan Leiyang south and in Jiangxi Xiushui south and Jiangxi high south and so on, involved the gross asset 62,660 ten thousand Yuan.
(3) The accounting information and accounting J 6, Hunan south cement limited companies without authorizing the ultra budget pay the wages.
According to southern cement limited company "Salary Welfare Management Temporary provisions": The region company salary welfare budget should be examed and approved by the south cement salary committee. After, south Hunan 2010 and 2011 the ultra budget pays the wages not to fulfill the approval process. South Hunan 2010 and 20,112 yearly wages provide the situation as follows (unit: Ten thousand Yuan):
South reality after the annual budget number report of audit number addition amalgamated company deduction addition enterprise sends the amount to surpass sends the amount in 2009 13,301.92 13,301.92 in 2010 14,307.95 20,174.95 802.92 19,372.03 5,064.08 in 2011 17,703.19 31,412.18 3,647.07 27,765.11 10,061.92 to equal 32,011.14 64,889.05 4,449.99 60,439.06 15,126.00 J 7, Jiangsu Xu to give up the cement limited company to reissue the manager inspection wages 257,300 Yuan not to include to deal with the staff salary calculation.
South June, 2010 Jiangsu Xu gives up the cement limited company to rest on the Southern Jiangsu putty to send[2010]No. 45 document, reissues general manager Ma Jun its 2009 year achievements wages 257,300 Yuan, this disbursement writes down "outside business to disburse", through dealing with staff salary calculation.
(4) Other aspect 8, Jiangsu Liyang south cement limited company contentious matters cause the court to freeze the bank deposit 2.2 million Yuan, up to now still did not have the progress.
The Liyang Chinese lived special cement limited company (presently Jiangsu Liyang south cement limited company predecessors) separately to sign the purchase magnesia brick and magnesium fire clay contract with the Haicheng special fire-proof material limited company in March 3, 2005 and on November 10, 2005 and on June 12,

2006. The Haicheng special fire-proof material limited company lives the special cement limited company to provide the value to the Liyang Chinese is 2,581,800 Yuan cargo, the Liyang Chinese lives the special cement limited company to pay 800,000 Yuan loans successively, the spare money 1,781,800 Yuan until now unpaid.

On October 24, 2011 Haicheng was especially the new fire-proof material limited company to file the charge to Liaoning Haicheng people's court, requested south Liyang to pay him to lend 1,781,800 Yuan and interest, civil ruled after Liaoning Haicheng people's court[Beginning (2011) sea people three character No. 00479], The court has frozen Liyang southern 2.2 million Yuan bank deposit. By the audit date, this lawsuit has not ended. Above or has south item Liyang not to disclose in the financial report.

Third, the northern cement (1) investment management 1, Jilinde entire cement group Dunhua limited liability company is newly-built February, 2011 to August investment, and finished production the budget of annual production 600,000 tons cement flour rubbing station isometric replacement innovation project to establish, verification to have the problem.

This technical transformation project begins in February, 2011, in August finishes the production, the actual project cost 4,802.10 ten thousand Yuan, the project budget statement establishment date was on July 22, 2011, the budget process inversion, became a mere formality; This project budget statement is only the budget of installation work, the budget 1,810.37 ten thousand Yuan, the establishment artificial construction Liaoyuan Chengtai building limited liability company, verification artificial original shareholder Liaoyuan Jingang Cement LLC engineering department person in charge Zhao Xianrong. Budget establishment person has the direct stake with this project, and German Entire Dunhua Corporation to budgeting appropriate verification. In addition, this engineering project has not gone through the tender procedure, selection construction Fang Weiyuan shareholder Liaoyuan Jingang Cement LLC Long-term Cooperation Unit, the project has not obtained the construction permit, has not gone through completion approval procedure.

2nd, the northern cement limited company subordinate some company engineering projects have a question Kiamusu Concrete Company 2009-2011 years construction in the factory district house building, road surface and other engineering projects not to have project, tender, approval final accounts and other materials; Hegang northern the company yearly produces 400,000 cubic meters commodity concrete production line items of basic construction, does not have budgets the material generally, has not fulfilled the tender procedure; 2 million tons cement flour rubbing station project that Qitai River northern the company in 2009 constructs has not obtained the project reply of Heilongjiang Development and Planning Commission, non-construction permit.

(2) The fund management and risk control the J 3, northern cement majority of companies to have the use large quantity cash accounting the service.

Dalian Jingang Company on November 3, 2011 the cash provision equipment spare money 100,000 Yuan, on November 29, 2011 received the cement funds 4.81 million Yuan in the cash form; German Entire Dunhua Corporation on December 30, 2011 by cash provision Anqing equipment setup architectural engineering limited company installation expense 226,800 Yuan.

The northern cement majority of company date cash holdings remaining sum was big, is over the company worked out "20,000 Yuan" standard. For example: Qitai River

northern the company on July 27, 2011 the cash holdings remaining sum 426,600 Yuan and Daqing great wild geese celebrated the company on November 7, 2011 the cash holdings remaining sum 366,600 Yuan and so on.

The J 4, part company reserve fund control systems wait for the perfect, individual worker large quantity reserve fund put on somebody's account have not recovered promptly, simultaneously has the seller and purchaser to contact large quantity loans directly.

After Suihua northern the company exists the purchaser receives loans, transmits supplier's phenomenon. For example: In December, 2010 Suihua North Company will purchase the funds 875,000 Yuan to pay to the purchaser individual account, and purchases the cement to disperse the packing to the Harbin day abundant Xin business limited company by it.

The J 5, part companies exist have not fulfilled rigorously the fund payment approval process and contrary payments fund situation.

Suihua northern the company in April, 2011 pays the ripe money for materials 2,850.00 ten thousand Yuan, in May, 2011 payment electrical bill funds 1.04 million Yuan; Kiamusu northern the company in 2009 10 monthly pays pay Huanan County the Finance bureau land fees 1,560,900 Yuan; Hegang northern the company in 2011 6 pay monthly the Kiamusu North Company ripe money for materials 350.10 Yuan, the above large quantity fund payment does not have the examination list.

(3) The accounting information and accounting J 6, part units exist have not tracked the cleaning up long-term creditor's rights and debt item promptly.

(1) German all Wang the Qing company relevant personnel form the reason to be unclear to the department dividing up money age long creditor's rights, has not tracked processing to the creditor's rights that is unable to reclaim for a long time promptly, involves the amount to amount to 1,878.21 ten thousand Yuan.

(2) Suihua North Company leaves job because of the purchaser, some services are unable to obtain receipt and other reasons, causes the creditor's rights unable to cancel for a long time. Other should receive money involve 3 and 62,300 Yuan, pays in advance the credit to involve 9, 1,149,200 Yuan, two items equal 12 and 1,211,400 Yuan.

(3) German Entire Dunhua Corporation other should receive money - Yanbian good faith concrete limited company 928,300 Yuan, account age over 5 years, the sum total idea has raised the bad account preparation. The Yanbian good faith concrete limited company is the company that original shareholder Liu Dequan controls, acquires German Entire Dunhua Corporation when because of this company, agrees this part of cement funds to be responsible for receiving after dunning by Liu Dequan, after taking back, returns German Entire Dunhua Corporation again. By the audit date, this fund cannot take back, the German entire Dunhua cannot grasp the fund to receive after dunning the progress.

7th, part corporate expense does not reimburse promptly, causes the large quantity expense cross time, with reimbursing the bill does not gather gauge and other items.

The northern cement part unit has the cross time expense phenomenon: Liaoyuan Wei Tianjin Corporation in December, 2011 thanks the sodium hyposulfite to reverse the reserve fund 666,000 Yuan, attaches the receipt writing a check date is in September, 2010; Two Jingang Songyuan limited companies in January, 2011 pay in the Tonghua economic development zone tripod source business limited company gangue transport expense and service fee, the receipt that obtains drew up the date is on

November 17, 2010 and on December 6, 2010, the cross time amount was 719,100 Yuan.
8th, the northern cement has some companies to owe tax money phenomenon (1)
Liaoyuan Wei Tianjin Corporation to have property tax in arrears the phenomenon.
Takes at the end of 2011 account house building constitution detailed as the
foundation, 2010-2011 years should give the property tax 2,882,900 Yuan, really
give the property tax 914,300 Yuan, owe the property tax 1,968,600 Yuan.
(2) Pennsylvania cement corporation other should pay money, cementing tank deposit
over 1 year total 1,205,200 Yuan, 1-2 years 165,000 Yuan, 2-3 years 310,200 Yuan,
3-4 years 730,000 Yuan. We believe that the above deposit should count to give
increment duty 175,100 Yuan and town safeguard and construction tax 0.8755 Yuan and
extra charges of education funds 0.5253 Yuan, three total 189,100 Yuan.
(3) Kiamusu North Company in March, 2010 all Toyota land cruiser jeep and Huanan
County Manulife source cement attachment material limited liability company all
Reck SARS 570 jeep exchanges of equal value, involves the amount 1,016,300 Yuan,
has not counted to give increment duty 19,500 Yuan and urban construction tax 0.970
Yuan and extra charges of education funds 0.5860 Yuan, three total 21,100 Yuan.
9th, the bulk cement equipment purchase that Songyuan Provincial finance department
that Jingang Songyuan Corporation government subsidy calculation not standard
Jingang Songyuan Corporation will receive issues will subsidize 190,000 Yuan (in
2010 90,000 Yuan, in 2011 100,000 Yuan) will include directly for the working as
time profit and loss. This subsidy fund is used to form the property public
assistance. The above bulk cement equipment forms 17 and original values to equal
518,700 Yuan in July, 2009, forms 15 and original values to equal 448,700 Yuan in
May, 2010, defers to 18 years idea to raise the depreciation. According to
"Business accounting Criterion - the Public assistance" relevant provision, must
include the deferred income with the property related public assistance, shares out
equally to change over to the working as time profit and loss by stages, the
Jingang Songyuan Corporation's processing method and above stipulation are
incompatible.
10th, Liaoyuan Wei Tianjin Corporation has the mining right that has not deposited
in November, 2011, Liaoyuan Wei Tianjin Corporation has obtained the mining permit
of Liaoyuan land resources Bureau issuing after due investigation, proves the
number: C2204002009117120042836, address: Shi Town bay month village, mine name:
Liaoyuan Wei Tianjin Jingang cement limited company dragon sends the lime quarry,
the term of validity: 1 year, from November 3rd, 2011 to November 3, 2012. Liaoyuan
Wei Tianjin Corporation in 2011 the intangible asset increases in the volume not to
have this matter item. Liaoyuan Wei Tianjin Corporation explained that "this mining
right is the primary or antecedent rights benefits others in November, 2011 grants
this company free of charge, has not signed the relevant agreement, because of has
not paid the relevant cost, therefore has not deposited calculation". According to
mining right card stipulation scale of production (100,000 ton/year) survey, this
mining right value approximately 100,000 Yuan, according to 1 year term of validity
amortization, in 2011 on amortization 16,700 Yuan, therefore in 2011 the financial
reporting little counts the properties and profit 83,300 Yuan.

Fourth, the northern new stock (1) investment management 1, China building
materials group company four levels of unit Taishan gypsum limited liability
companies acquire the property to set up company and other items without the
authorization.

The (1)2009 year on May 14 the Taishan gypsum limited liability company (hereafter referred to as "the Taishan gypsum") to capture the market share and Yinchuan economic development zone Yulin building materials limited company (hereafter refers to as "the Yulin building materials") to invest separately 3.3 million Yuan and 2.7 million Yuan has set up Taishan (Yinchuan) company. On May 18, 2009, the Taishan gypsum acquired the Yulin building materials remainder properties by 14.5 million Yuan (production line and workshop) and this company "hoodoo" trademark, the stockholder's rights that in August, 2009 Yulin building materials should have give by the initial cost 2.7 million Yuan to the Taishan gypsum.

The Taishan gypsum above purchases the shareholder property with let the stockholder's rights item without building materials stock authorization. (2)2009 year in August, the Taishan gypsum and Shandong Taihe building materials limited company (hereafter referred to as "Shandong Taihe") to invest separately 3.3 million Yuan and 2.7 million Yuan establishes the Shandong Taihe energy of light limited company (ownership percentage is 55% and 45%), mainly produced the solar energy high boroscilicate glass tube and vacuum collection heat pipe.

After the company was established, has not started to construct the glass tube production line in the draft project budgetary estimate's situation. This project construction is divided two issues, an issue in August, 2009 will begin construction, in June, 2010 will put into production, two issues in August, 2010 will begin construction, will stop constructing in December, 2010 because of the market reason. Issue and two issues altogether invest the construction funds 15.32 million Yuan.

In November, 2011 Taishan gypsum to appraise the price 2.57 million Yuan to purchase Shandong Taihe to have the Taihe energy of light 45% complete stockholder's rights. The Taihe energy of light in 2010 and in 2011 loses money 608,700 Yuan and 919,600 Yuan respectively.

2nd, the Chinese building materials four levels of subsidiary company Taishan gypsum limited liability companies (hereafter refers to as "the Taishan gypsum") stockholder's rights investment and tender offers authorizes without building materials joint-stock company.

(1) from 2009 to 2011 the Taishan gypsum has established 11 subsidiary companies, only then 5 by building materials stock authorization, and has the general meeting of shareholders eventually to authorize the time and actual finish time postpositioned phenomenon, the following table shows:

Name establishment date shareholder meeting examines and approves the building materials examination investment cost ownership percentage Taishan gypsum (Jiangxi) limited company in March, 2009 in May, 2009 not to examine and approve 10.5 million Yuan 70% Shandong Taihe energy of light limited companies in October, 2009 in July, 2009 not to examine and approve 3.3 million Yuan 55% Taishan gypsums (Chaohu) limited company in December, 2010 in February, 2011 in the May, 2011 30 million Yuan 100% Taishan gypsums (Liaocheng) limited company in June, 2011 in August, 2011 not to examine and approve 30 million Yuan 100% Taishan gypsums (Nantong) limited company in November, 2009 in November, 2009 in the January, 2010 35 million Yuan 70% Taishan gypsums (Guangdong) limited company in April, 2009 to examine and approve 30 million Yuan 100% Guizhou ThaiHasn't lucky gypsum limited company in September, 2009 in July, 2009 in the December, 2009 30 million Yuan 60% Taishan gypsums (Yinchuan) limited company in May, 2009 examined and approved 6 million Yuan 100% Taishan gypsums (Sichuan) limited company in March, 2010 in June, 2010

not to examine and approve 30 million Yuan 100% Taishan gypsums (Liaoning) limited company in November, 2010 in February, 2011 in the May, 2011 30 million Yuan 100% Taishan gypsums (Hubei) limited company in November, 2010 in February, 2011 in May, 2011 30 million Yuan 100% in which: Guangdong and Yinchuan two companies set up without the general meeting of shareholders authorize; Jiangxi, Chaohu, Liaocheng, Sichuan, Liaoning and Hubei 6 companies before the general meeting of shareholders authorizes to establish; But establishes Jiangxi and Taihe energy of light, Liaocheng, Guangdong, Yinchuan and Sichuan 6 company unreported building materials stock authorizations.

J (2) Taishan gypsum tender offers item procedure is not standard.

Shandong Taihe and other natural people invests by Taishan gypsum's staff Liu Qing, Xue Baoli the limited company that together sets up, was established in January 10, 2005, the registered capital 29,568,750 Yuan, its management scope and same of Taishan gypsum, during the audit, Shandong Taihe basically did not have the principal work income, from 2010 to 2011 the net profit 19,675.41 ten thousand Yuan will come from the investment yield.

From 2006, Shandong Taihe to be invested and let the stockholder's rights the form and Taishan gypsum jointly invests to establish the Taishan gypsum (Jiangxi) limited company and Taishan gypsum (Wenzhou) limited company and Taishan gypsum (Tongling) limited company and Taishan gypsum (Baotou) limited company and Shaanxi Taishan gypsum building materials limited company and Weifang Othee gypsum limited company altogether 8 companies. In 2008, the Taishan gypsum to achieve controls stock absolutely, plans to have the above company's stock Shandong Taihe to purchase completely, causes the above 8 companies to become its wholly-owned. Discussed after both sides, 8 companies' stockholder's rights that Shandong Taihe will have first fix a price 37.45 million Yuan to give by the primitive spending limit separately to the staff in Shandong Taihe represent Zhao Xiuyun, Liu Qing, Zhang Chen, four people, afterward by the Taishan gypsum from Zhao Xiuyun, Liu Qing, in Zhang Chen, four people of hands to appraise to buy buys the stockholder's rights. Various company transfer of share rights as follows (amount unit: Ten thousand Yuan):

The corporate name set up the time transfer buy-back situation time amount grantee time amount Taishan gypsum (Jiangxi) limited company in March, 2009 in November, 2009 450.00 Zhao Xiuyun in the October, 2011 995.00 Taishan gypsums (Wenzhou) limited company in March, 2006 in November, 2009 270.00 Zhao Xiuyun in the October, 2011 585.00 Taishan gypsums (Tongling) limited company in April, 2008 in November, 2009 350.00 Liu to celebrate in the October, 2011 1,313.00 Taishan gypsums (Baotou) limited company in March, 2008 in November, 2009 175.00 Liu to celebrate in the October, 2011 635.00 Shaanxi Taishan gypsum building materials limited companies in November, 2006 in the December, 2008 1,300.00 early mornings in the July, 2009 4,289.00 Weifang Othee gypsum limited companies in August, 2004 in 2008In December 250.00 early mornings in the July, 2009 1,296.00 Tai'an golden Shield building materials limited companies in August, 2003 in December, 2008 300.00 in the July, 2009 1,360.00 Yunnan Taishan gypsum building materials limited companies in January, 2006 in December, 2008 650.00 in July, 2009 3,930.00 equaled 3,745.00 14,403.00 to act according to May 18, 2009 "Taishan gypsum limited liability company in 2008 AGM resolution", the audit passed "about Acquiring Yunnan Taishan Gypsum Building materials Limited company And other Company Stockholder's rights Bill" and requests "this purchase item after reporting Chinese Building materials

President Workshop passed becomes effective". But the Taishan gypsum has paid the Tai'an golden Shield, Weifang Othee, Yunnan Taishan and Shaanxi Taishan 4 enterprise total 108.75 million Yuan transfer of share rights funds without the authorization.

After the J 3, part projects have not fulfilled the procedure begins first, examine and approve (1) northern new stock subordinate company Zhenjiang northern the new building materials limited company production line project preliminary design without the examination; The project begins first, latter examines and approves, procedure inversion.

Zhenjiang northern new building materials limited company 2 * 30 million square meters paper surface gypsum board project in December, 2009 feasibility study report after building materials stock examination. The project first phase began in April 8, 2010, on December 28, 2010 was completed, in August, 2011 goes into production officially. The joint-stock company date that replied the project to begin is on February 27, 2012, late in project actual operation date, and preliminary design of this project without reply.

(2) the Taishan gypsum (Sichuan) limited company yearly produced 50 million square meters paper surface gypsum board project on June 25, 2010 to begin, on November 23, 2011 finished. But the building materials joint-stock company to the project feasibility study report reply date was on March 30, 2011, the beginning construction authorization time is on February 27, 2012.

(3) Taicang northern new building materials limited company yearly produces 30 million square meters gypsum production line decision-making approval process newly-built postpositioned.

In January, 2006 constructed to cooperate the project consultation limited company to write up the project by Beijing to be possible the memoir, estimates the total investment 163.01 million Yuan, the investment design sales revenue 180 million Yuan, the net profit 15.18 million Yuan, the investment recoupment period in 6.85. In May 30, 2007 the building materials stock branch sent[2007]No. 145 document, examines through may the research report that estimates the project total investment 160.06 million Yuan. In April, 2008 writes up a project by the Beixinjituan building materials limited liability company technology center the preliminary design document, the items of basic construction total investment 160.06 million Yuan. On October 24, 2008, the building materials stock branch sent[2008]No. 362 document, through reply of gypsum board production line project preliminary design; On March 9, 2009, the building materials stock branch sent [2009]94 number agreement project beginning construction, after the examination budgetary estimate static state investment cost was 110,955,800 Yuan, the architectural engineering invested 28,720,100 Yuan, the equipment purchase invested 63,769,900 Yuan, the installation work to invest 4,799,800 Yuan, other expense 7.32 million Yuan, basic budget reserve 6.346 million Yuan. Planned on-stream time that in Taicang in the completion approval setting up a file table of building office indicated is on September 1, 2007, completion approval date will be on August 27, 2009.

The time of project preliminary design reply was on October 24, 2008, the date that the project operation replied was on March 9, 2009, this project actual operation date is in September, 2007, and will go into production in November, 2008 officially. Completion approval setting up a file table indicated operation date is on September 1, 2007, will be earlier begins to reply the date than the project on

March 9, 2009, will be earlier than the date of preliminary design reply on October 24, 2008. The completion date that in completion approval setting up a file table indicates will be on August 27, 2009, this project has gone into production in November, 2008 actually officially.

Taicang two have similar procedure inversion the question: On August 20, 2009 examined to pass the northern new building materials Taicang two issues to yearly produce 30 million square meters paper surface gypsum board project feasibility study report, but signed the engineering design contract with the designing department in April 20, 2009, when in June, 2009 has written up two projects the preliminary design documents, was earlier than the reply time of feasibility study report. Suggested that improves the management in investment, according to the investment requesting authorization flow execution, avoids existing strictly begins first, situation that latter requests authorization.

(4) Ningbo northern new building materials limited company yearly produces 30 million square meters gypsum production line decision-making approval process newly-built postpositioned.

Ningbo northern new thermal power desulphurization comprehensive utilization yearly produced 30 million ㎡ the paper surface gypsum board production line items of basic construction to write up the feasibility study report in March, 2006, the total investment was 125.39 million Yuan, the year sales revenue 183.33 million Yuan, after the tax, the profit 25.48 million Yuan, the investment recoupment period are in 5.12. In December 20, 2006 the building materials stock branch sent the reply of [2006]305 number article, through this feasible report. In December, 2006 wrote up the preliminary design document by the Chinese new building materials industry Hangzhou design research institute, designs the total investment 127,242,700 Yuan, the yearly income 195.6 million Yuan, the profit for the year 41.35 million Yuan, the investment recoupment period in 5.20. In January 5, 2007 the building materials stock examined the character [2007]1 number northern the new building materials limited company to yearly produce 30 million about Ningbo ㎡ the gypsum board production line construction project preliminary design budgetary estimate opinion letter in reply, replied the budgetary estimate total investment 127.24 million Yuan, the static investment cost was 119.72 million Yuan, the architectural engineering invested 30.38 million Yuan, the equipment purchased and installs invest 68.68 million Yuan, other expense 14.96 million Yuan. On October 6, 2008 the Chinese building materials limited liability company branch sent the [2008]365 number article, agreement project beginning construction, the time is 15 months. The project completion approval reported that the project the operation date was on May 8, 2007, the completion date will be on January 25, 2008, was earlier than the date that October 6, 2008 will begin to reply, before obtaining the operation replied the project to construct to complete.

(5) Taishan gypsum limited liability company subordinate enterprise Taishan gypsum (Shaanxi) limited company production line decision-making approval process postpositioned.

The Taishan gypsum (Shaanxi) limited company yearly produces 98,000 tons to protect the facial tissue project, the building materials joint-stock company to this project feasibility study report reply date will be on March 30, 2011, has not obtained by the audit date constructs the joint-stock company budgetary estimate reply and operation replies, but the project actual operation date will be on May 10, 2010, the project finished in November 15, 2011.

4th, part project not and requests to construct according to the scale that the relevant authority authorizes, the items of basic construction does not gather the gauge, has certain risk.

(1) 2 that Zhenjiang northern new building materials limited company invests * 30 million square meters paper surface gypsum board and yearly produces 5000 tons light steel keel project.

In 2009 Zhenjiang northern the new building materials limited company carries on to report that to Zhenjiang Jurong Development and Planning Commission 2 * 30 million square meters paper surface gypsum board and yearly produces 5000 tons light steel keel project and by setting up a file the authorization, the project total investment 460 million Yuan, the investment in the fixed assets 420.9 million Yuan, the source of funds self-provides the fund 133.3 million Yuan for the enterprise, bank loan 326.7 million Yuan. In setting up a file of authorization stipulated: During the construction, when the total investment and construction project in change setting up a file content surpasses 20%, should propose other Development and Planning Commission and departments concerned examines and approves; If changes causes the setting up a file notice depending on the tenable premise disappearance, the setting up a file notice will expire automatically, and has legally the cancellation possibility.

This project on April 8, 2010 began, on December 28, 2010 was completed. The actual construction project is a 30 million square meters paper surface gypsum board production line, the budgetary estimate total investment is 205.7 million Yuan, actual investment 10,185.39 ten thousand Yuan, insufficient in Development and Planning Commission setting up a file total investment 460 million Yuan 50%, this total investment change greatly over 20% actually and so on related control section examine and approve without the local government, Development and Planning Commission, exists by the risk that the relevant government departments punish.

(2) the Taishan gypsum limited liability company subordinate subsidiary company Taishan gypsum (Sichuan) limited company newly-built production line with has discrepancies to the local government requesting authorization scale, has certain detection risk.

In 2010 Taishan gypsum limited liability companies and Shenfang people's government sign investment agreement, the Taishan gypsum constructs to invest 510 million Yuan to construct 2 in Shenfang * 50 million square meters paper surface gypsum board production line, this project authorizes by Shenfang cities and areas Development and Planning Commission and related construction administrative department and sets up a file, (Sichuan) limited company (i.e. "Taishan Sichuan Corporation") is responsible for the project implementation by the subordinate subsidiary company Taishan gypsum. Does for preferential policy of attracting investments, when Taishan Sichuan Corporation pays in full the entire land funds (land area 200 mu, pay fees 22.325 million Yuan), the local government carries on the disposable reward according to each mu 40,000 Yuan, shares the public utility according to each mu 30,000 Yuan reward, total rewards 12.75 million Yuan.

But Taishan Sichuan Corporation actual construction project is only a 30 million square meters production line, this item design scale change and so on related control section agreed without the local government, Development and Planning Commission, building office that has certain detection risk.

(2) The fund management and risk control the J 5, Taishan gypsum part companies to collect the large quantity cash and sit.

The Taishan gypsum (Jiangyin) limited company has the large quantity cash collection item, will spot-check in March, 2009 and in September, 2010 accounting document, will receive on another's behalf Changshu Office to lend total 2,385,500 Yuan. Simultaneously has the cash to sit a phenomenon, if on November 30, 2009 the cash will receive to lend 1,034,500 Yuan, cash disbursement 1,023,300 Yuan; On April 30, 2010 the cash received to lend 1,908,800 Yuan, on the same day cash disbursement 1,939,300 Yuan; On July 22 the cash received to lend 49,700 Yuan, the cash provision cafeteria subsidy, entertainment expense and other Yuan.

The Fuxin Taishan gypsum building materials limited company and Taishan gypsum (Shaanxi) limited company and other companies had the above problem.

(3) Accounting information and some accounting J 6, northern new building materials joint-stock company wages natures fund disbursements through dealing with staff salary calculation, amount total 9,632,100 Yuan.

Northern new building materials stock part subsidiary company 2009 - during 2011, the wages nature's fund through dealing with the amount 9,632,100 Yuan of staff salary calculation, lists detailed as follows:

The name in 2009 in 2010 in 2011 equals Fuxin Taishan gypsum building materials limited company 440,200 Yuan 440,200 Yuan Taishan gypsum (Shaanxi) the limited company 545,000 Yuan 352,900 Yuan 897,900 Yuan Taishan gypsum (Sichuan) the limited company 322,800 Yuan 322,800 Yuan Taishan gypsum limited liability company 879,300 Yuan 552,900 Yuan 1,432,200 Yuan Taishan gypsum (Jiangyin) a limited company 1,381,200 Yuan 316,700 Yuan 624,100 Yuan 2.322 million Yuan Ningbo northern a new building materials limited company 206,500 Yuan 200,100 Yuan 121,900 Yuan 528,500 Yuan Zhenjiang northern new building materials limited company 420,300 Yuan 603,700 Yuan 1.024 million Yuan Beixinjituan building materials limited liability company 2,664,500 Yuan 2,664,500 Yuan to equal 1,587,700 Yuan 2,361,400 Yuan 5.683 million Yuan 9,632,100 Yuan (4) other aspect J 7, managementsHas question that subordinate enterprise stock and participates in drawing bonus, does not conform to the SAC relevant provision.

Since four levels of enterprise Taishan gypsum chairman and general manager Jia with the spring, in August, 2005 has been appointed the higher authority enterprise Beixinjituan building materials limited liability company (to hereafter refer to as the northern new building materials) deputy general manager, the retention has had the Taishan gypsum 5% stocks, has not reorganized according to the SAC relevant provision. To June, 2012, after this audit work starts, Jia with the spring resigned from northern new building materials deputy general manager.

8th, when Taishan gypsum limited liability company rules unable to forecast about the American gypsum board's lawsuit.

In 2009, the American many house-owner and building companies take the gypsum board to have the quality problem as the reason, sued including the northern new building materials and Taishan gypsum domestic and foreign gypsum board producer, seller, the house construction contractor several hundred enterprises, the request has compensated because of various losses that the gypsum board quality problem had. Northern new building materials stock made "Beixinjituan Building materials Limited liability company in May 28, 2010 about American Gypsum board Event's Announcement". Northern new building materials stock and Taishan gypsum receives separately from the US about the amount that using the Chinese gypsum board lawsuit's delivery subpoena mentioned is 150,000 US dollars and 5.225 million US dollars. In May, 2010, in the situation of Taishan gypsum absence, the Louisiana

east district federal court requests the Taishan gypsum to declare to 7 plaintiffs the loss that causes because of the use gypsum board compensates 2,609,100 US dollars.

In 2010, the Chinese building materials Group Company limited and Chinese building materials limited liability company, the northern new building materials and Taishan gypsum invites the American well-known law office to take the legal adviser separately, deals to the related American gypsum board lawsuit. The Taishan gypsum answers a charge the US about using the Chinese gypsum board law case from June, 2010, cuts off in 2011 to pay the attorney expense 59 million Yuan, at present the case is in the plaintiff and defendant both sides to present evidence the stage mutually, when will rule unable to forecast.


Fifth, the duplicate group (1) fund management and risk control 1, foreign donation item to examine and approve without Group.

A populace Passat 1.8t passenger vehicle that duplicate condor carbon fiber limited liability company in 2011 will purchase donates newly to the Lianyungang public security fire brigade, this passenger vehicle amount 218,800 Yuan (including taxes and fees), this donation item unreported Group examine and approve.

In Lianyungang the compound switching audiences compound materials Group Company limited 2010-2011 years foreign donation item examines and approves without Group. And in 2010 donates 250,000 Yuan to the Lianyungang charity federation; In 2011 supports the new rural reconstruction to donate 40,000 Yuan, three years total 290,000 Yuan.

2nd, in Lianyungang the compound switching audiences compound materials Group Company limited the financial institution in the bank deposit account that opens are many, has some accounts to leave unused for a long time, has not carried on cleaning up promptly.

3rd, bill management has the risk.

In Lianyungang the bill growth of compound switching audiences compound materials Group Company limited and should the collection scope go far beyond the income growth rate (to receive money compared to annually increases with the income, at the end of 2011 achieves over 110%; 2009-2011 the end of the year three years notes receivable remaining sum respectively is 720,000 Yuan and 90,537.05 ten thousand Yuan and 42,432.29 ten thousand Yuan. Because the bill and massive increase of intercourse funds, have taken the fund, caused every year's bank loan annually to increase, increased the financing cost and risk.

(2) The asset management and property rights J 4, China duplicate materials have the idle asset not to process promptly.

After the spot-check, the Chinese duplicate material is situated in Hainan Haikou's real estate, the original value 919,100 Yuan, amortize 391,700 Yuan and net worth 527,400 Yuan, the property card handled the date is in 2005 and nature for civil, altogether 410.09 square meters. At present, this real estate idle, has not hired outward also has not handled.

(3) The accounting information and some accounting J 5, China Duplicate Company subsidiary companies have the wages nature disbursement through dealing with the phenomenon of staff salary accounting subject calculation, the amount total 12,441,300 Yuan.

Duplicate condor carbon fiber limited liability company in 2011 cash direct payment research and development personnel wages, amount 14,700 Yuan, through dealing with

staff salary calculation; In 2011 altogether 253,200 Yuan, includes the factory expense 104,700 Yuan directly, the production cost 0.11 Yuan, the overhead charge 147,400 Yuan, two years total 267,900 Yuan.

During Lianyungang compound switching audiences compound materials Group Company limited 2009-2010 years, sale branch's idea effect wages total 1,217.34 ten thousand Yuan through dealing with staff salary subject calculation. And in 2009 through dealing with the amount of staff salary calculation is 3,343,600 Yuan; In 2010 the amount is 4,560,500 Yuan; In 2011 the amount is 4,269,300 Yuan.

(4) Other aspect 6, China compound materials Group have the management to have the question that the subordinate enterprise stock and participates in drawing bonus, does not conform to the SAC relevant provision.

Owns stocks the management name and duty assignment enterprise owns stocks unit ownership percentage note chairman Ren in Guifang China compound materials group Lianyungang the compound switching audiences 2.26% six, international construction project (1) investment management 1, purchase minority shareholder stockholder's rights not to fulfill the assessment process.

In December, 2009, the Chinese building materials international construction project Group Company limited has the Shenzhen triumphant abundant science and technology project limited company 18% stockholder's rights by 1,302,200 Yuan price purchase subsidiary company Shenzhen triumphant abundant science and technology project limited company management, evaluates without the professional institution.

(2) The asset management and property rights J 2, Engineers International Corp. paid the large quantity fund purchase land not to display to affect on May 28, 2006, the Engineers International Corp. and "Whole Development of Bengbu Longzihu District people's government sign Constructed Chinese Triumphant Abundant Glass New Materials technology Industry Garden Cooperative agreement". By December 31, 2011, the company paid the land to Longzihu District people's government Department and other expense 15,756.57 ten thousand Yuan: 949,899.90 square meters land value 12,256.58 ten thousand Yuan have obtained related Quan Zheng, the surplus 273,085.10 square meters land has paid to pay in advance 3,523.62 ten thousand Yuan, has not obtained Quan Zheng. The above fund has paid to surpass for three years, but up to now the above land has not carried on the use.

(3) Other aspect J 3, managements have the question that the subordinate enterprise stock and participates in drawing bonus, does not conform to the SAC relevant provision. Third-level enterprise Engineers International Corp. vice President Feng Jianhua in August, 2003 contributed 211,200 Yuan to have the subordinate company Nanjing triumphant abundant 2.70% stocks, had not returned. From 2009 to 2011, Feng Jianhua draws bonus in Nanjing triumphantly abundantly the obtained total 7.56 million Yuan. In October, 2012, the building materials stock decided that Feng Jianhua no longer is international construction project vice president.

Seventh, the building materials invest in (1) investment management 1, China building materials group company third-level subsidiary company the building materials investment limited company to invest the southern graphite limited company, will be managed to have certain risk by the investment company in the future.

On March 7, 2011, the building materials investment limited company invested 500 million Yuan to set up the southern graphite limited company, accounted for the southern graphite limited company total capital stock 50%, as the resource development business platform, developed the conformity graphite resources industry

in Chenzhou. The southern carbon plant formally registered being established in March 25, 2011. By December 31, 2011, the south graphite limited company was used in the ore power acquisition and mining area conformity disburses 1.88 billion Yuan.

Because graphite mining and processing is a new building materials resources class service, the building materials group first steps in the mine derground working project, still did not have the mature management and operational experience, in 20 mining right cards that company obtained graphite ore power 9, coal ore power 11, company in the future except for mining graphite ore, but must mine the coal mine. Not high, purchases the mining area to be in the low level development facing graphite industry integral development level at present for a long time, the security invests insufficient and so on seriously the complex aspect, following has certain operational risk.

(2) The fund management and risk control in the J 2, third-level enterprises the building materials investment limited company to transfer the equity investment outward, the stockholder's rights finalized, the fund cannot the sum total take back.

On September 20, 2011, after the license, in wholly-owned Chengdu that the building materials investment limited company will have constructs to throw in the property development limited company and Shenzhen constructs the investment limited company 100% stockholder's rights respectively gives by 170 million Yuan and 190 million Yuan to private enterprise Zhejiang inspires the investment limited company. Property rights transaction contract agreement of bilateral sign, in the contract is signed in the latter month to pay in full transfers the funds completely.

By the site audit date, private enterprise Zhejiang inspired the investment limited company to owe the building materials investment limited company's stockholder's rights to let the cost 20,110.95 ten thousand Yuan (capital 174 million Yuan, surplus were deferred payment penalty and interest) had still not taken back.

3rd, the foreign donation item examines and approves without Group.

South the building materials investment company subsidiary company the carbon plant requests after the local government, on October 20, 2011 will donate 100,000 Yuan to Chenzhou Longnu Temple; On November 10, 2011 washed the heart Zen temple to donate 100,000 Yuan to Hunan Wangcheng County. The above two total 200,000 Yuan donations have not reported construct to throw the company and joint-stock company authorize.

(3) The accounting information and accounting J 4, building materials investment company ultra budget pay the wages.

In 2011 building materials investment limited company checked that wages 3,858.00 ten thousand Yuan, the company wages idea proposes 4,854.98 ten thousand Yuan, is over the approved total wages 9,969,800 Yuan, does not conform to the stipulation of building materials investment limited company wages and welfare system.


PAGE

1


 --- Summary Information ---
1: 936 PID_TITLE: Chinese building material Group Company limited chairman Comrade

Song Zhiping PID_SUBJECT:
PID_AUTHOR: Rain forest wind PID_KEYWORDS:
PID_COMMENTS:
PID_TEMPLATE: Normal PID_LASTAUTHOR: wh PID_REVNUMBER: 85 PID_APPNAME: Microsoft
Office Word PID_EDITTIME: Mon Jan 01 12:25: 00 CST 1601 PID_LASTPRINTED: Tue Aug 21
10:24: 00 CST 2012 PID_CREATE_DTM: Tue Dec 04 10:57: 00 CST 2012 PID_LASTSAVE_DTM:
Wed Dec 05 17:09: 00 CST 2012 PID_PAGECOUNT: 32 PID_WORDCOUNT: 4092 PID_CHARCOUNT:
23325 PID_SECURITY: 0

 --- Document Summary Information ---
PID_CODEPAGE: 936 PID_CATEGORY:
PID_PRESFORMAT:
PID_MANAGER:
PID_COMPANY: WwW.YlmF.CoM PID_BYTECOUNT: 0 PID_LINECOUNT: 194 PID_PARCOUNT: 54
PID_SLIDECOUNT: 0 PID_NOTECOUNT: 0 PID_HIDDENCOUNT: 0 PID_MMCLIPCOUNT: 0 17: 27363
23: 726502 PID_SCALE: false PID_LINKSDIRTY: false 19: false 22: false 1: 936
KSOProductBuildVer: 2052-8.1.0.3238

# 审计中发现的问题—股份公司

一、中联水泥 ....................................................................................................4
    （一）投资管理 ..........................................................................................4
        J1、中国建材三级子公司中国联合水泥集团有限公司收购乌兰察布中联水泥有限公司（以下简称"乌兰中联"）及收购其子公司中存在潜在损失。....................4
        J2、工程项目未严格履行招投标程序。....................................................5
        J3、工程项目管理不到位，实际投资支出超概算。....................................6
        4、淮海中联水泥有限公司工程项目未进行竣工验收。................................6
    （二）资金管理及风险管控 ........................................................................7
        J5、中联水泥部分公司存在以现金形式收取大量销货款的情况，其中：南京中联2011年现金收款约2,755.00万元，乌兰察布中联2010-2011年现金收款总金额分别约为4,683.50万元、5,733.70万元。................................7
        J6、部分公司备用金管理制度有待完善，个别员工大额备用金挂账未及时清收，同时存在销售员、采购员直接接触大额货款情况。............7
        J7、部分公司存在未严格履行资金支付审批流程、违规支付资金情况。............8
        8、乌兰中联在金融机构开立的银行存款账户较多，有部分账户长期闲置，无业务发生也未及时进行清理。....................................8
        9、部分公司票据管理存在风险。....................................................8
    （三）资产管理及产权方面 ........................................................................8
        J10、乌兰察布中联水泥有限公司部分存货账实不符。................................8
    （四）会计信息及会计核算方面 ................................................................9
        11、部分单位存在未及时跟踪清理长期债权、债务事项。............................9
        12、部分公司费用的报销不及时，导致大额费用跨期，用报销票据不合规等事项。................................9
        J13、中联水泥部分公司存在部分工资性质支出未通过应付职工薪酬会计科目核算的现象，总计金额1250.78万元。........................9
    （五）其他方面 ........................................................................................10
        14、部分公司存在关联交易价格不公允的情况。......................................10
        15、乌兰察布中联水泥有限公司关联方占用资金较大。............................10
二、南方水泥 ..................................................................................................11
    （一）投资管理 ......................................................................................11
        J1、工程项目管理不到位，实际投资支出超概算。..................................11
        J2、部分建设项目存在先开工后审批现象。............................................11
        3、江西南方水泥有限公司所属公司江西丰城南方水泥有限公司生产线实际建设产能与立项审批不符，未及时办理变更审批，导致项目竣工验收延误。............12
        4、部分项目未及时办理竣工验收手续。................................................13
    （二）资产管理及产权方面 ......................................................................14
        J5、部分公司存在产权不明或未办理产权证书。......................................14
    （三）会计信息及会计核算方面 ..............................................................14
        J6、湖南南方水泥有限公司未经批准超预算发放工资。............................14
        J7、江苏徐舍南方水泥有限公司补发经理人考核工资25.73万元未计入应付职工薪

CNBMGRP00009807

酬核算。 ..................................................................................14

（四）其他方面 ..........................................................................14

8、江苏溧阳南方水泥有限公司诉讼事项导致法院冻结银行存款 220 万元，截止目前尚无进展。 ..............................................................14

三、北方水泥 ................................................................................15

（一）投资管理 ..........................................................................15

1、吉林德全水泥集团敦化有限责任公司 2011 年 2 月至 8 月投资新建，并已完工投产的年产 60 万吨水泥粉磨站等置换改造项目的预算在编制、审核方面存在问题。 ....................................................................................15

2、北方水泥有限公司下属部分公司工程项目存在问题 ..........................16

（二）资金管理及风险管控 ..............................................................16

J 3、北方水泥大部分公司均存在使用大额现金结算的业务。 ....................16

J 4、部分公司备用金管理制度有待完善，个别员工大额备用金挂账未及时清收，同时存在销售员、采购员直接接触大额货款情况。 ..............................16

J 5、部分公司存在未严格履行资金支付审批流程、违规支付资金情况。 ..........16

（三）会计信息及会计核算方面 ..........................................................17

J 6、部分单位存在未及时跟踪清理长期债权、债务事项。 ........................17

7、部分公司费用的报销不及时，导致大额费用跨期，用报销票据不合规等事项。 ..................................................................................17

8、北方水泥存在部分公司欠缴税款现象 ....................................................17

9、金刚松原公司政府补贴核算不规范 ....................................................18

10、辽源浑津公司存在未入账的采矿权 ....................................................18

四、北新股份 ................................................................................19

（一）投资管理 ..........................................................................19

1、中国建材集团下属四级单位泰山石膏股份有限公司收购资产设立公司等事项未经批准。 ................................................................................19

2、中国建材四级子公司泰山石膏股份有限公司（以下简称"泰山石膏"）股权出资及股权收购未经中建材股份公司批准。 ........................................20

J 3、部分项目未履行程序先开工后审批 ....................................................22

4、部分项目未按相关部门批准的规模及要求进行建设，建设项目不合规，存在一定风险。 ................................................................................24

（二）资金管理及风险管控 ..............................................................25

J 5、泰山石膏部分公司收取大额现金并坐支。 ..........................................25

（三）会计信息及会计核算方面 ..........................................................26

J 6、北新建材股份公司部分工资性质的款项支出未通过应付职工薪酬核算，金额共计 963.21 万元。 ..................................................................26

（四）其他方面 ..........................................................................26

J 7、管理层持有下级企业股份并参与分红的问题，不符合国资委相关规定。 ......26

8、泰山石膏股份有限公司关于美国石膏板的诉讼案何时判决无法预测。 ..........27

五、中复集团 ................................................................................28

（一）资金管理及风险管控 ..............................................................28

1、对外捐赠事项未经集团公司审批。 ....................................................28

2、连云港中复连众复合材料集团有限公司在金融机构开立的银行存款账户较多，有部分账户长期闲置，没有及时进行清理。 ........................................28

2

　　　3、票据管理存在风险。.............................................................28

　　（二）资产管理及产权方面.........................................................29

　　　J 4、中国复材存在闲置资产未及时处理。.........................................29

　　（三）会计信息及会计核算方面.....................................................29

　　　J 5、中复公司部分子公司存在工资性质支出未通过应付职工薪酬会计科目核算的现

　　　象，金额共计 1244.13 万元。.....................................................29

　　（四）其他方面.....................................................................29

　　　6、中国复合材料集团公司存在管理层持有下级企业股份并参与分红的问题，不符

　　　合国资委相关规定。...............................................................29

六、国际工程.............................................................................30

　　（一）投资管理.....................................................................30

　　　1、收购少数股东股权未履行评估程序。.............................................30

　　（二）资产管理及产权方面.........................................................30

　　　J 2、国际工程公司支付大额资金购置土地未发挥作用...............................30

　　（三）其他方面.....................................................................31

　　　J 3、管理层持有下级企业股份并参与分红的问题，不符合国资委相关规定。三级企

　　　业国际工程公司副总裁冯建华 2003 年 8 月出资 21.12 万元持有下属公司南京凯盛

　　　2.70%股份，一直未清退。2009 至 2011 年，冯建华在南京凯盛分红所得共计 756 万

　　　元。2012 年 10 月，建材股份决定冯建华不再担任国际工程副总裁职务。...........31

七、中建材投资.........................................................................31

　　（一）投资管理.....................................................................31

　　　1、中国建材集团下属三级子公司中建材投资有限公司投资南方石墨有限公司，被

　　　投资公司未来经营存在一定的风险。.................................................31

　　（二）资金管理及风险管控.........................................................32

　　　J 2、三级企业中建材投资有限公司对外转让股权投资，股权已经交割，款项未能全

　　　额收回。.........................................................................32

　　　3、对外捐赠事项未经集团公司审批。.............................................32

　　（三）会计信息及会计核算方面.....................................................32

　　　J 4、中建材投资公司超预算发放工资。.............................................32

3

一、中联水泥

（一）投资管理

**J 1、中国建材三级子公司中国联合水泥集团有限公司收购乌兰察布中联水泥有限公司（以下简称"乌兰中联"）及收购其子公司中存在潜在损失。**

（1）中联水泥并购协议不严谨，未考虑不良资产风险，截止 2011年末乌兰中联大额预付账款长期挂账，存在潜在损失。

2010 年 3 月份，中国联合水泥集团有限公司收购内蒙古乌兰水泥集团有限公司后更名为乌兰察布中联水泥有限公司（以下简称"乌兰中联"）。并购前乌兰中联是一个集团公司，集团内的所有工程款项均由乌兰中联公司本部代为支付，因此存在大量预付工程款，截止并购日（2010 年 3 月 31 日）总金额 16,833.64 万元，虽已根据会计政策已经计提坏账准备 4,204.12 万元，但仍存在潜在损失。因工程管理不规范，款项支付时无相关的工程立项、工程结算等其他书面文件，导致后期会计账上无法分清支付的款项具体归属的工程项目及施工单位，因此预付工程款长期挂账。2010 年并购时未落实挂账的具体原因和性质，协议中未约定产生的不良资产由谁承担，目前无法判断是否具有可收回性以及对相关资产价值的影响。

（2）乌兰中联收购子公司少数股东股权未代扣个人所得税。

乌兰中联下设子公司乌兰察布蒙中水泥有限公司。收购前，内蒙古乌兰水泥集团有限公司持有该公司 80%（120 万元）股权，自然人陈思堂先生持有 20%（30 万元）。2011 年 6 月经过中建材股份批准，乌兰中联以协议价 280 万元收购了股东陈思堂持有的 20%股权（30 万元），使乌兰察布蒙中水泥有限公司成为全资子公司。

以上收购个人 20%股权时，乌兰中联未代扣代缴个人所得税金额

4

CNBMGRP00009810

50 万元、未缴纳印花税 0.14 万元。

**J 2、工程项目未严格履行招投标程序。**

（1）**淮海中联水泥有限公司**投资的 3700t/d 水泥技改项目于 2008 年 11 月开工,2009 年 11 月竣工。该项目设计、概算由中国建材集团下属的南京凯盛水泥技术工程有限公司实施,投资概算 26,980.81 万元(不含建设期贷款利息支出),实际投资 29,019.58 万元, 初步概算的审核公司为中国建材集团下属的华安建材工业工程咨询公司, 未进行招标。

（2）**徐州中联水泥有限公司** 10000 吨水泥线工程项目于 2010 年 9 月开工,投资概算 103,285.06 万元。初步设计及其初步设计概算的编制直接由中国建材集团下属的南京凯盛水泥技术工程有限公司实施,未招投标。该项目对概算的审核也直接由中国建材集团下属的蚌埠玻璃工业设计研究院执行,未招投标。

（3）**南京中联水泥有限公司**部分工程建设项目总包方直接由中国建材集团下属的关联公司实施,未执行招投标的程序。

南京中联水泥有限公司 4500 吨水泥线项目总包方直接由中国建材集团下属的关联方南京凯盛公司实施, 未执行招投标的程序。同时中国联合水泥有限公司内部水泥工程均由中建材集团内部的施工单位承包实施,无法较好的控制项目建设成本,也无法对南京凯盛公司的工程施工整体效果有效评价。

**J 3、工程项目管理不到位,实际投资支出超概算。**

**中联水泥下属子公司徐州中联水泥有限公司** 10000 吨水泥线项目在项目图纸未出的情况下即开始招标。如：土建 C 标段与中标单位河北省第四建筑工程公司签订的施工合同中标价 3,581.03 万元（暂估价）,2011 年 6 月 22 日签订的补充协议合同额增加至 6,500.00 万元,

CNBMGRP00009811

增加幅度约 82%；土建 A 标段与中国十五冶金建设有限公司原签订的施工合同 3,765.89 万元，补充后合同金额 4,040.73 万元；土建 B 标段与中建七局第二建筑有限公司原签订的施工合同 4,026.52 万元，补充后合同金额 5,711.76 万元。以上三个标段共调增 4,879.05 万元，增幅达 43%。

**4、淮海中联水泥有限公司工程项目未进行竣工验收。**

①淮海中联水泥有限公司 2009 年开始建设的石灰石均化库结构大棚(配料库)项目，土建部分 2009 年 6 月 17 日开工，2009 年 9 月 7 日完工。钢结构等主体工程在 2010 年 2 月 22 日开始动工，2010 年 6 月 30 日完工，总投资额 1,116.00 万元，但直到 2011 年 12 月才根据审计要求转入固定资产。截止目前该整体工程项目仍然未进行竣工决算及组织验收。

②淮海中联水泥有限公司投资的 3700t/d 水泥工程项目，2010 年 11 月 30 日编制完成竣工决算表，2011 年 3 月 10 日出具竣工决算报告，总投资额 30,864.58 万元（其中建设期利息 1,845.00 万元）。截止到 2012 年 6 月底，中国建材股份有限公司对该项目的验收及后续评价工作仍然未开展。

中国建材固定资产投资项目竣工验收管理办法：建设项目原则上需在项目试生产后 6 个月内进行竣工验收，因特殊情况不能在规定期限内验收或不能按计划验收的项目，需向项目审批单位书面报告并说明原因，经项目审批单位批准后，可适当延期进行竣工验收，但最长不得超过 8 个月。

**（二）资金管理及风险管控**

**J 5、中联水泥部分公司存在以现金形式收取大量销货款的情况，**

其中：南京中联 2011 年现金收款约 2,755.00 万元，乌兰察布中联

CNBMGRP00009812

2010-2011 年现金收款总金额分别约为 4,683.50 万元、5,733.70 万元。

鉴于现金收款很容易产生一定的风险，建议中国建材下属各公司根据公司实际情况尽量减少现金交易，同时坐支事项不符合《现金管理暂行条例》相关规定。

**J 6、部分公司备用金管理制度有待完善，个别员工大额备用金挂账未及时清收，同时存在销售员、采购员直接接触大额货款情况。**

**乌兰察布中联有限公司**职工占用大额备用金长期不还部分已形成损失。截止 2011 年末，乌兰中联备用金账户余额为 374.22 万元，其中：员工 2011 年借用年末尚未归还的金额为 81.40 万元；2010 年借用至 2011 年末仍未归还的金额为 58.04 万元。剩余 234.42 万元是公司被收购前职工借款，因难以收回已计提按 80%的比例计提了坏账准备。同时审计发现，2011 年度乌兰中联大额备用金用于日常费用的报销、职工福利、过节费和临时工工资等支出金额达 502 万元。

**J 7、部分公司存在未严格履行资金支付审批流程、违规支付资金情况。**

**滕州中联水泥公司存在未批准先付款现象。**

根据中国联合水泥集团有限公司项目建设期间关于资金支付审批有关制度规定，有关项目的工程款、设备款、材料款等均由中国联合水泥集团项目部负责审批后方能支付。滕州公司 2010 年 8 月支付给南京凯盛设计费 100 万元（取得中联项目部批复时间是 2011 年 1 月 31 日）、2011 年 11 月 8 日支付给河北建工集团进度款 471.10 万元（取得中联项目部批复时间是 2011 年 11 月 17 日），以及支付给中国十五冶金建设有限公司、枣庄中安建筑工程有限公司工程进度款支付时间均早于审批时间。

CNBMGRP00009813

8、乌兰中联在金融机构开立的银行存款账户较多，有部分账户长期闲置，无业务发生也未及时进行清理。

9、部分公司票据管理存在风险。

**南京中联水泥有限公司和徐州中联水泥有限公司**应收票据增加较大，其中南京中联水泥有限公司 2009-2011 年银行承兑汇票分别为 3,750.08 万元、3,431.44 万元和 9,994.37 万元；徐州中联水泥有限公司 2009-2011 年三年的应收票据分别为 1,446.47 万元、1,106.76 万元和 13,199.61 万元，增幅较大，这两家单位有部分票据是地方农村信用社的清算中心和地方小金融机构开具，票据管理存在一定的风险。

**（三）资产管理及产权方面**

**J 10、乌兰察布中联水泥有限公司部分存货账实不符。**

截止 2011 年 12 月 31 日，乌兰察布中联水泥有限公司存货会计账中部分类别反映与实际存在较大差异，其中：材料采购挂账-3,483.86 万元、原材料中，凝灰岩-8.14 万元、水泥用修理用备件-19.50 万元（2011 年无动态发生额）。主要原因是财务、采购、仓库三部门缺乏必要的沟通和协作。

**（四）会计信息及会计核算方面**

**11、部分单位存在未及时跟踪清理长期债权、债务事项。**

乌兰察布中联有限公司部分其他应付款无明确支付对象，仍然挂账，抽查金额 114.10 万元，该款项的形成均在中国联合水泥集团有限公司重组前。上述问题反映了公司对长期债权，历史问题疏于管理，易造成资产损失扩大。

**12、部分公司费用的报销不及时，导致大额费用跨期，用报销票据不合规等事项。**

CNBMGRP00009814

南京中联水泥有限公司部分销售人员报销的票据不合规。如：2011年1月支付销售提成 2.2 万元，2011 年 1 月支付销售提成 3 万元，2011年 1 月支付销售提成 1.51 万元，2011 年 3 月支付 3.86 万元销售提成，后附发票为办公用品、维修费等商业发票，部分发票存在大额跨期现象，部分发票报销无财务负责人审核。

**J13、中联水泥部分公司存在部分工资性质支出未通过应付职工薪酬会计科目核算的现象，总计金额 1250.78 万元。**

(1) 南京中联水泥有限公司部分职工工资性质的款项支出未通过应付职工薪酬核算。2009 年未通过应付职工薪酬核算总额 25.90 万元、2010 年 50.10 万元、2011 年 99.79 万元，合计金额 175.79 万元。

(2) 乌兰察布中联水泥有限公司 2010 年未通过应付职工薪酬核算的工资性质支出 190.68 万元，2011 年未通过应付职工薪酬核算的工资性质支出 119.72 万元，合计金额 310.40 万元。

(3) 乌兰察布蒙中水泥有限公司 2010 年未通过应付职工薪酬核算的工资性质支出总金额约为 340.29 万元，2011 年未通过应付职工薪酬核算的工资性质支出总金额约为 243.50 万元，直接计入管理费用-职工薪酬。另共计 583.79 万元。公司计提 2010 年绩效工资 14.58 万元，计提后并未发放，该绩效工资计提无中国联合水泥集团有限公司的批复文件。

(4) 淮海中联水泥有限公司 2009 年未通过应付职工薪酬核算的工资性质支出 54.42 万元，2010 年 73.94 万元，2011 年 52.44 万元。共计 180.8 万元。

**（五）其他方面**

**14、部分公司存在关联交易价格不公允的情况。**

**徐州中联水泥有限公司**将水泥熟料销售给同一控制下关联方，关

9

联交易定价不公允，存在税务风险。

经抽查 2011 年第 5-8 月的水泥熟料销售报告发现，徐州中联水泥有限公司销售水泥熟料给同一控制下的关联方连云港中联水泥有限公司、宿迁中联水泥有限公司、阜阳中联水泥有限公司、南京中联水泥有限公司售价偏低，存在税务风险。2011 年该关联交易总额 41,723.41 万元，占同类交易总额的 68.03%。

**15、乌兰察布中联水泥有限公司关联方占用资金较大。**

截止 2011 年 12 月 31 日，乌兰中联应收内蒙古华立水泥有限公司货款 11,237.65 万元。内蒙古华立水泥有限公司为乌兰中联的参股公司（持有 10.19%股权），主营水泥及熟料，兼营矿产、房地产、发电、商贸等，公司性质为民营股份公司。经过询问，内蒙古华立水泥有限公司的部分股东在中国联合水泥集团有限公司内蒙古运营区和该运营区公司任职高管。

**二、南方水泥**

**（一）投资管理**

10

CNBMGRP00009816

**J 1、工程项目管理不到位，实际投资支出超概算。**

**江西丰城南方水泥有限公司**日产 4500 吨熟料水泥生产线及 9MW 纯低温余热发电项目实际投资超概算。该项目于 2009 年 12 月开工，2011 年 9 月试生产，经审核的投资概算为 56,577.8 万元，而实际完成项目需投资 62,916.8 万元（其中已入账 53,736.03 万元，因未办理竣工决算，部分未付款工程费及质保金未入账）。实际投资与概算相差 6,339 万元。

**J 2、部分建设项目存在先开工后审批现象。**

**江西丰城南方水泥有限公司**年产 100 万吨的水泥粉磨生产线 2009 年 8 月 1 日开工（概算总投资 6,343.95 万元,实际完成投资额 6,865.74 万元），2010 年 12 月 24 日投产，中建材股份 2010 年 4 月 2 日下发文件批准开工；日产 4500 吨熟料新型干法水泥生产线（含 9MW 余热发电）项目 2009 年 12 月 29 日破土动工，2011 年 9 月 9 日点火投产。中建材股份 2011 年 9 月 19 日下发文件批准开工。

**江西兰源水泥有限公司** 4.5MW 纯低温余热发电系统工程 2009 年 4 月 23 日动工，2010 年 2 月 9 日完工投产。中建材股份 2010 年 4 月 2 日下发文件批准开工。

**江西南城水泥有限公司**日产 4800 吨熟料水泥生产线 2009 年 6 月动工，2011 年 7 月完工投产。中建材股份 2010 年 11 月 18 日下发文件批准开工。

**浙江虎鹰水泥有限公司** 2500t/d 熟料生产线纯低温余热发电工程 2008 年 11 月动工建设， 2009 年 5 月完工投产。中建材股份 2009 年 3 月 9 日批复开工。

**3、江西南方水泥有限公司所属公司江西丰城南方水泥有限公司生产线实际建设产能与立项审批不符，未及时办理变更审批，导致项**

CNBMGRP00009817

**目竣工验收延误。**

一是日产 4500 吨水泥生产线建设项目与批准项目存在较大差异。

2007 年 12 月 12 日，江西省经济贸易委员会下发《关于核准丰城兰丰水泥有限公司 4000t/d 熟料新型干法水泥生产线技术改造工程的通知》，批准的投资额 29,786 万元。2009 年 3 月 31 日江西南方收购丰城兰丰水泥有限公司并更名为江西丰城南方水泥有限公司（简称"丰城南方"）。并购后的当年丰城南方投资新建 1 条日产 4500 吨熟料新型干法水泥生产线（含 9MW 余热发电），投资概算 65,672.15 万元。项目于 2011 年 9 月开始试生产，12 月正式投产，实际完成投资 53,736 万元。由于项目实际建设与立项审批产能不符，且未及时办理变更审批，导致项目竣工验收受到一定的阻碍，可能无法按期完成验收程序。

二是年产 200 万吨水泥粉磨站项目与批复不符。

2009 年 9 月 22 日，江西省工业和信息化委员会下发《江西省企业投资技术改造项目备案通知书》，核准丰城南方兴建一条年产 200 万吨水泥粉磨站项目，总投资 14,504 万元。丰城南方实际建设按年产 100 万吨水泥粉磨站规模建设，项目于 2011 年 1 月正式投产，由于项目建设与审批产能不符，导致项目竣工验收至今未完成。

**4、部分项目未及时办理竣工验收手续。**

**（1）江西南方水泥有限公司工程项目建成后未及时办理竣工验收手续。**

江西南方水泥有限公司 2009 年至 2011 年间新建项目 21 项，总投资概算 400,342 万元，其中 2010 年竣工投产的项目 12 项，投资概算 210,987 万元，截止审计日，新建项目均未办理竣工验收。如：江西上高南方水泥有限公司生产线实际于 2009 年 3 月 29 日正式开工，

CNBMGRP00009818

其中熟料生产线于 2010 年 6 月 1 日点火试生产，水泥生产线于 2010 年 8 月 2 日试生产，余热发电于 2010 年 11 月并网发电，配套的生活设施及生产辅助设施 2010 年 6 月投入使用，办公区于 2010 年 12 月投入使用。截至审计日，上述建设项目均未办理竣工验收，也未向项目审批单位申请延期竣工验收。

### J（2）金华南方水泥有限公司部分技改项目未及时办理竣工验收。

①江山南方水泥有限公司年产260万吨水泥粉磨技改工程于2008年开始投资建设，2010年初已投产，概算总投资12208万元，账面实际投资近 15900 万元，超概算 3692 万元。截止审计日，该项目未办理竣工验收，也未向项目审批单位申请延期竣工验收。

②浙江虎鹰水泥有限公司 2500t/d 熟料生产线纯低温余热发电工程于 2009 年 5 月 17 日正式试生产，批复投资额为 2789.28 万元，实际投资 2611.86 万元。截止审计日该项目未办理竣工验收，也未向项目审批单位申请延期竣工验收，且未按要求对项目进行后评价。

### （二）资产管理及产权方面

### J 5、部分公司存在产权不明或未办理产权证书。

**南方水泥有限公司**部分并购进来的子公司部分产权证权属关系未及时办理变更手续，如江苏徐舍南方、湖南坪塘南方、湖南耒阳南方、江西修水南方、江西上高南方等，涉及资产总额 62,660 万元。

### （三）会计信息及会计核算方面

### J 6、湖南南方水泥有限公司未经批准超预算发放工资。

根据南方水泥有限公司《薪酬福利管理暂行规定》：区域公司薪酬福利预算应经南方水泥薪酬委员会审批。经查，湖南南方 2010、2011 年超预算发放工资未履行审批程序。湖南南方 2010、2011 两年工资

CNBMGRP00009819

发放情况如下（单位：万元）：

| 年度 | 预算数 | 审计报告数 | 新增合并企业 | 扣除新增企业后的实发金额 | 超发金额 |
|---|---|---|---|---|---|
| 2009 年 | | 13,301.92 | | 13,301.92 | |
| 2010 年 | 14,307.95 | 20,174.95 | 802.92 | 19,372.03 | 5,064.08 |
| 2011 年 | 17,703.19 | 31,412.18 | 3,647.07 | 27,765.11 | 10,061.92 |
| 合计 | 32,011.14 | 64,889.05 | 4,449.99 | 60,439.06 | 15,126.00 |

**J 7、江苏徐舍南方水泥有限公司补发经理人考核工资 25.73 万元未计入应付职工薪酬核算。**

2010 年 6 月份江苏徐舍南方水泥有限公司依据苏南泥发【2010】45 号文件，补发总经理马君其 2009 年度绩效工资 25.73 万元，该笔支出记入"营业外支出"，未通过应付职工薪酬核算。

**（四）其他方面**

**8、江苏溧阳南方水泥有限公司诉讼事项导致法院冻结银行存款 220 万元，截止目前尚无进展。**

溧阳市汉生特种水泥有限公司（现江苏溧阳南方水泥有限公司前身）分别于 2005 年 3 月 3 日、2005 年 11 月 10 日、2006 年 6 月 12 日与海城市特种耐火材料有限公司签订了购买镁砖、镁火泥合同。海城市特种耐火材料有限公司向溧阳市汉生特种水泥有限公司提供了价值为 258.18 万元的货物，溧阳市汉生特种水泥有限公司先后支付了 80 万元货款，余款 178.18 万元至今未付。

2011 年 10 月 24 日海城市特新耐火材料有限公司向辽宁省海城市人民法院提起诉讼，要求溧阳南方支付其货款 178.18 万元及利息，经辽宁省海城市人民法院民事裁定【(2011)海民三初字第 00479 号】，法院冻结了溧阳南方 220 万元银行存款。截止审计日，该诉讼尚未终结。上述或有事项溧阳南方未在财务报告中披露。

**三、北方水泥**

14

CNBMGRP00009820

（一）投资管理

1、吉林德全水泥集团敦化有限责任公司2011年2月至8月投资新建，并已完工投产的年产60万吨水泥粉磨站等置换改造项目的预算在编制、审核方面存在问题。

该技改项目于2011年2月开工，8月完工投产，实际工程成本4,802.10万元，项目预算书编制日期为2011年7月22日，预算程序倒置，流于形式；该项目预算书仅为安装工程的预算，预算额1,810.37万元，编制人为施工单位辽源市诚泰建筑有限责任公司，审核人为原股东辽源金刚水泥(集团)有限公司工程部门负责人赵显荣。预算的编制人与该项目存在直接的利害关系，且德全敦化公司未对预算予以恰当的审核。此外，该工程项目未履行招标手续，选取的施工方为原股东辽源金刚水泥(集团)有限公司长期合作单位，工程至今未取得施工许可证，也未履行竣工验收手续。

2、北方水泥有限公司下属部分公司工程项目存在问题

**佳木斯混凝土公司** 2009-2011年建设的厂区内房屋建筑物、路面等工程项目无立项、招标、验收决算等资料；**鹤岗北方公司**年产40万立方米商品混凝土生产线建设项目，无概预算资料，未履行招标程序；**七台河北方公司** 2009年建设的200万吨水泥粉磨站项目未取得黑龙江省发改委的立项批复，无施工许可证。

（二）资金管理及风险管控

**J3、北方水泥大部分公司均存在使用大额现金结算的业务。**

大连金刚公司2011年11月3日现金支付设备余款10万元，2011年11月29日以现金形式收水泥款481万元；德全敦化公司2011年12月30日以现金支付安庆市设备安装建筑工程有限公司安装费22.68万元。

CNBMGRP00009821

北方水泥大部分公司日库存现金余额较大，超过公司订立的"2万元"标准。例如：七台河北方公司 2011 年 7 月 27 日库存现金余额 42.66 万元、大庆鸿庆公司 2011 年 11 月 7 日库存现金余额 36.66 万元等。

**J4、部分公司备用金管理制度有待完善，个别员工大额备用金挂账未及时清收，同时存在销售员、采购员直接接触大额货款情况。**

**绥化北方公司**存在采购员领取货款后转交供应商的现象。如：2010 年 12 月绥化北方公司将采购款 87.50 万元支付给采购员个人账户，并由其向哈尔滨天盛鑫商贸有限公司采购水泥散装罐。

**J5、部分公司存在未严格履行资金支付审批流程、违规支付资金情况。**

绥化北方公司 2011 年 4 月支付熟料款 2,850.00 万元，2011 年 5 月支付电费款 104 万元；佳木斯北方公司 2009 年 10 月支付给桦南县财政局土地出让金 156.09 万元；鹤岗北方公司 2011 年 6 月付佳木斯北方公司熟料款 350.00 万元，上述大额资金支付均无审批单。

**（三）会计信息及会计核算方面**

**J6、部分单位存在未及时跟踪清理长期债权、债务事项。**

（1）德全汪清公司相关人员对部分账龄较长的债权形成原因不明，对长期无法收回的债权未及时跟踪处理，涉及金额达 1,878.21 万元。

（2）绥化北方公司因采购员离职，部分业务无法取得发票等原因，导致债权长期无法核销。其他应收款共涉及 3 笔、6.23 万元，预付账款共涉及 9 笔，114.92 万元，两项合计 12 笔、121.14 万元。

（3）德全敦化公司其他应收款－延边诚信混凝土有限公司 92.83 万元，账龄 5 年以上，已全额计提坏账准备。延边诚信混凝土有限公

16

CNBMGRP00009822

司系原股东刘德全控制的公司，因该公司收购德全敦化公司时，约定该部分水泥款由刘德全负责催收，收回后再归还德全敦化公司。截止审计日，该款项一直未能收回，德全敦化未能掌握款项催收进展。

**7、部分公司费用的报销不及时，导致大额费用跨期，用报销票据不合规等事项。**

北方水泥部分单位存在跨期费用现象：一辽源渭津公司 2011 年 12 月谢海波冲销备用金 66.60 万元，所附发票开票日期为 2010 年 9 月；二金刚松原有限公司 2011 年 1 月支付通化经济开发区鼎源商贸有限公司矿渣运费和服务费中，取得的发票开具日期为 2010 年 11 月 17 日、2010 年 12 月 6 日，跨期金额为 71.91 万元。

**8、北方水泥存在部分公司欠缴税款现象**

（1）辽源渭津公司存在欠缴房产税的现象。以 2011 年末账面房屋建筑物构成明细为基础，2010－2011 年累计应缴房产税 288.29 万元，累计实缴房产税 91.43 万元，累计欠缴房产税 196.86 万元。

（2）宾州水泥公司其他应付款中，水泥罐押金 1 年以上共计 120.52 万元，其中 1－2 年 16.5 万元，2-3 年 31.02 万元，3-4 年 73 万元。我们认为，上述押金应计缴增值税 17.51 万元、城市维护建设税 0.8755 万元、教育费附加 0.5253 万元，三项共计 18.91 万元。

（3）佳木斯北方公司 2010 年 3 月将所有的丰田陆地巡洋舰吉普车与桦南县宏利源水泥附加料有限责任公司所有的雷克萨斯 570 吉普车等价交换，涉及金额 101.63 万元，未计缴增值税 1.95 万元、城建税 0.097 万元、教育费附加 0.0586 万元，三项共计 2.11 万元。

**9、金刚松原公司政府补贴核算不规范**

金刚松原公司将收到的松原市财政厅下发的散装水泥设备购置补助 19 万元（2010 年 9 万元整，2011 年 10 万元整）直接计入为当

17

CNBMGRP00009823

期损益。该补贴款项是用于形成资产的政府补助。上述散装水泥设备于 2009 年 7 月形成 17 台、原值合计 51.87 万元，于 2010 年 5 月形成 15 台、原值合计 44.87 万元，均按照 18 年计提折旧。根据《企业会计准则－政府补助》的相关规定，与资产相关的政府补助应当计入递延收益，分期平均分摊转入当期损益，金刚松原公司的处理方法与上述规定不符。

### 10、辽源渭津公司存在未入账的采矿权

2011 年 11 月，辽源渭津公司取得了辽源市国土资源局核发的采矿许可证，证号：C2204002009117120042836，地址：安石镇湾月村，矿山名称：辽源渭津金刚水泥有限公司龙发石灰石矿，有效期：1 年，自 2011 年 11 月 3 日至 2012 年 11 月 3 日。辽源渭津公司 2011 年无形资产增加额中无此事项。辽源渭津公司解释"该采矿权系原权利人于 2011 年 11 月无偿赠与本公司，未签订相关协议，因未支付相关成本，故未入账核算"。按照采矿权证规定的生产规模（10 万吨/年）测算，该采矿权价值约 10 万元，按 1 年有效期摊销，2011 年应摊销 1.67 万元，故 2011 年财务报表少计资产、利润 8.33 万元。

### 四、北新股份

18

CNBMGRP00009824

**（一）投资管理**

**1、中国建材集团下属四级单位泰山石膏股份有限公司收购资产设立公司等事项未经批准。**

（1）2009 年 5 月 14 日泰山石膏股份有限公司（以下简称"泰山石膏"）为占领市场与银川经济技术开发区玉林建材有限公司（以下简称"玉林建材"）分别出资 330 万元和 270 万元设立了泰山（银川）公司。2009 年 5 月 18 日，泰山石膏以 1450 万元收购了玉林建材剩余部分资产(生产线、厂房)和该公司"石林"商标，2009 年 8 月玉林建材将该持有的股权以原价 270 万元转让给泰山石膏。

泰山石膏上述购买股东资产与受让股权事项均未经中建材股份批准。

（2）2009 年 8 月，泰山石膏与山东泰和建材有限公司（以下简称"山东泰和"）分别出资 330 万元和 270 万元成立了山东泰和光能有限公司（持股比例为 55%和 45%），主要生产太阳能高硼硅玻璃管及真空集热管。

公司成立后在未编制项目概算的情况下开始建设玻璃管生产线。该项目建设分二期，一期 2009 年 8 月开工建设，2010 年 6 月建成投产，二期 2010 年 8 月开工建设，因市场原因于 2010 年 12 月停止建设。一期、二期共投入建设资金 1532 万元。

2011 年 11 月泰山石膏以评估价 257 万元收购了山东泰和持有泰和光能 45%的全部股权。泰和光能 2010 年和 2011 年分别亏损 60.87 万元和 91.96 万元。

**2、中国建材四级子公司泰山石膏股份有限公司（以下简称"泰山石膏"）股权出资及股权收购未经中建材股份公司批准。**

①2009 年至 2011 年泰山石膏共成立了 11 家子公司，其中只有 5

19

家经中建材股份批准，且存在股东大会最终批准时间与实际完成时间后置的现象，如下表所示：

| 名称 | 成立日期 | 股东会审批 | 建材审批情况 | 投资额 | 持股比例 |
|---|---|---|---|---|---|
| 泰山石膏（江西）有限公司 | 2009 年 3 月 | 2009 年 5 月 | 未审批 | 1050 万元 | 70% |
| 山东泰和光能有限公司 | 2009 年 10 月 | 2009 年 7 月 | 未审批 | 330 万元 | 55% |
| 泰山石膏（巢湖）有限公司 | 2010 年 12 月 | 2011 年 2 月 | 2011 年 5 月 | 3000 万元 | 100% |
| 泰山石膏（聊城）有限公司 | 2011 年 6 月 | 2011 年 8 月 | 未审批 | 3000 万元 | 100% |
| 泰山石膏（南通）有限公司 | 2009 年 11 月 | 2009 年 11 月 | 2010 年 1 月 | 3500 万元 | 70% |
| 泰山石膏（广东）有限公司 | 2009 年 4 月 | 未审批 | 未审批 | 3000 万元 | 100% |
| 贵州泰福石膏有限公司 | 2009 年 5 月 | 2009 年 7 月 | 2009 年 12 月 | 3000 万元 | 60% |
| 泰山石膏（银川）有限公司 | 2009 年 2 月 | 未审批 | 未审批 | 600 万元 | 100% |
| 泰山石膏（四川）有限公司 | 2010 年 3 月 | 2010 年 6 月 | 未审批 | 3000 万元 | 100% |
| 泰山石膏（辽宁）有限公司 | 2010 年 11 月 | 2011 年 2 月 | 2011 年 5 月 | 3000 万元 | 100% |
| 泰山石膏（湖北）有限公司 | 2010 年 11 月 | 2011 年 2 月 | 2011 年 5 月 | 3000 万元 | 100% |

其中：广东、银川两家公司设立未经股东大会批准；江西、巢湖、聊城、四川、辽宁、湖北 6 家公司在股东大会批准前已成立；而成立江西、泰和光能、聊城、广东、银川、四川 6 家公司未报建材股份批准。

**J ②泰山石膏股权收购事项程序不规范。**

山东泰和是由泰山石膏的职工刘庆、薛宝利等 20 个自然人共同出资设立的有限公司，成立于 2005 年 1 月 10 日，注册资本 2956.875 万元，其经营范围与泰山石膏的相同，审计期间山东泰和基本上没有主业收入，其中 2010 年至 2011 年净利润 19，675.41 万元全部来自投资收益。

自 2006 年起，山东泰和以投资和受让股权的形式与泰山石膏共同投资成立了泰山石膏（江西）有限公司、泰山石膏（温州）有限公司、泰山石膏（铜陵）有限公司、泰山石膏（包头）有限公司、陕西泰山石膏建材有限公司、潍坊奥泰石膏有限公司共 8 家公司。2008 年起，泰山石膏为达到绝对控股，计划将山东泰和持有上述公司的股份

CNBMGRP00009826

全部收购，使上述 8 家公司成为其全资子公司。经双方商议，山东泰和先将持有的 8 家公司的股权以原始出资额作价 3745 万元分别转让给山东泰的的职工代表赵秀云、刘庆，张晨、张栋四人，之后由泰山石膏从赵秀云、刘庆，张晨、张栋四人手中以评估价购买股权。各公司股权转让情况如下（金额单位：万元）：

| 公司名称 | 设立时间 | 转让情况 | | | 回购情况 | |
|---|---|---|---|---|---|---|
| | | 时间 | 金额 | 受让人 | 时间 | 金额 |
| 泰山石膏（江西）有限公司 | 2009 年 3 月 | 2009 年 11 月 | 450.00 | 赵秀云 | 2011 年 10 月 | 995.00 |
| 泰山石膏（温州）有限公司 | 2006 年 3 月 | 2009 年 11 月 | 270.00 | 赵秀云 | 2011 年 10 月 | 585.00 |
| 泰山石膏（铜陵）有限公司 | 2008 年 4 月 | 2009 年 11 月 | 350.00 | 刘庆 | 2011 年 10 月 | 1,313.00 |
| 泰山石膏（包头）有限公司 | 2008 年 3 月 | 2009 年 11 月 | 175.00 | 刘庆 | 2011 年 10 月 | 635.00 |
| 陕西泰山石膏建材有限公司 | 2006 年 11 月 | 2008 年 12 月 | 1,300.00 | 张晨 | 2009 年 7 月 | 4,289.00 |
| 潍坊奥泰石膏有限公司 | 2004 年 8 月 | 2008 年 12 月 | 250.00 | 张晨 | 2009 年 7 月 | 1,296.00 |
| 泰安市金盾建材有限公司 | 2003 年 8 月 | 2008 年 12 月 | 300.00 | 张栋 | 2009 年 7 月 | 1,360.00 |
| 云南泰山石膏建材有限公司 | 2006 年 1 月 | 2008 年 12 月 | 650.00 | 张栋 | 2009 年 7 月 | 3,930.00 |
| 合计 | | | 3,745.00 | | | 14,403.00 |

根据 2009 年 5 月 18 日"泰山石膏股份有限公司 2008 年年度股东大会决议"，审计通过了《关于收购云南泰山石膏建材有限公司等四公司股权的议案》并要求"本收购事项在上报中国建材总裁办公会审议通过后生效"。但泰山石膏未经批准已支付泰安金盾、潍坊奥泰、云南泰山、陕西泰山 4 家企业共计 10875 万元股权转让款。

**J 3、部分项目未履行程序先开工后审批**

**(1)北新股份下属公司镇江北新建材有限公司**生产线项目初步设计未经审批；项目先开工，后审批，程序倒置。

镇江北新建材有限公司 2×3000 万平方米纸面石膏板项目 2009 年 12 月可行性研究报告经中建材股份审批。项目第一期工程于 2010 年 4 月 8 日开工，2010 年 12 月 28 日竣工，2011 年 8 月正式投产。股份公司批复项目开工的日期为 2012 年 2 月 27 日，晚于项目的实际

CNBMGRP00009827

开工日期，且该项目的初步设计未经批复。

（2）泰山石膏（四川）有限公司年产 5000 万平方米纸面石膏板项目 2010 年 6 月 25 日开工，2011 年 11 月 23 日完工。但中建材股份公司对项目可行性研究报告批复日期为 2011 年 3 月 30 日， 开工建设批准时间为 2012 年 2 月 27 日。

**(3)太仓北新建材有限公司一线新建年产 3000 万平方米石膏生产线决策审批程序后置。**

2006 年 1 月由北京中建协工程咨询有限公司出具项目可研报告，估算总投资 16301 万元，投资设计销售收入 18000 万元，净利润 1518 万元，投资回收期 6.85 年。2007 年 5 月 30 日中建材股份科发【2007】145 号文件，审查通过可研报告，估算项目总投资 16006 万元。2008 年 4 月由北新集团建材股份有限公司技术中心出具一线项目的初步设计文件，建设项目总投资 16006 万元。 2008 年 10 月 24 日，中建材股份科发【2008】362 号文件，通过石膏板生产线项目初步设计的批复；2009 年 3 月 9 日，中建材股份科发[2009]94 号同意项目开工建设，经审定概算静态投资额为 11095.58 万元，其中建筑工程投资 2872.01 万元，设备购置投资 6376.99 万元，安装工程投资 479.98 万元，其他费用 732 万元，基本预备费 634.60 万元。在太仓市规划建设局的竣工验收备案表上注明的开工时间为 2007 年 9 月 1 日，竣工验收日期为 2009 年 8 月 27 日。

项目初步设计批复的时间为 2008 年 10 月 24 日，项目开工批复的日期为 2009 年 3 月 9 日，该项目实际开工日期为 2007 年 9 月，并于 2008 年 11 月正式投产。竣工验收备案表注明开工日期为 2007 年 9 月 1 日，早于项目开工批复日期 2009 年 3 月 9 日，更早于初步设计批复的日期 2008 年 10 月 24 日。竣工验收备案表上注明的竣工日期

22

为 2009 年 8 月 27 日，该项目实际已经于 2008 年 11 月正式投产。

太仓二线也存在类似程序倒置的问题：2009 年 8 月 20 日审查通过了北新建材太仓二期年产 3000 万平方米纸面石膏板项目可行性研究报告，但是在 2009 年 4 月 20 日就与设计单位签订工程设计合同，并于 2009 年 6 月时就已出具二线项目的初步设计文件，均早于可行性研究报告的批复时间。建议加强投资方面的管理，严格按投资报批流程执行，避免存在先开工，后报批的情况。

**(4)宁波北新建材有限公司新建年产 3000 万平方米石膏生产线决策审批程序后置。**

宁波北新火电脱硫综合利用年产 3000 万 m² 纸面石膏板生产线建设项目于 2006 年 3 月出具可行性研究报告，总投资为 12539 万元，年销售收入 18333 万元，税后利润 2548 万元，投资回收期为 5.12 年。2006 年 12 月 20 日中建材股份科发[2006]305 号文的批复，通过该可行性报告。2006 年 12 月由中国新型建筑材料工业杭州设计研究院出具初步设计文件，设计总投资 12724.27 万元，年收入 19560 万元，年利润 4135 万元，项目投资回收期 5.20 年。2007 年 1 月 5 日中建材股份审字[2007]1 号关于宁波北新建材有限公司年产3000 万 m² 石膏板生产线建设工程项目初步设计概算审查意见的复函，批复概算总投资 12724 万元，静态投资额为 11972 万元，其中建筑工程投资 3038 万元，设备购置及安装投资 6868 万元，其他费用 1496 万元。2008 年 10 月 6 日中国建材股份有限公司科发[2008]365 号文，同意项目开工建设，工期为 15 个月。工程竣工验收报告上工程的开工日期为 2007 年 5 月 8 日，竣工日期为 2008 年 1 月 25 日，均早于 2008 年 10 月 6 日开工批复的日期，在获得开工批复之前工程已经建设完成。

**(5)泰山石膏股份有限公司下属企业泰山石膏（陕西）有限公司生**

CNBMGRP00009829

**产线决策审批程序后置。**

泰山石膏（陕西）有限公司年产 9.8 万吨护面纸项目，中建材股份公司对该项目可行性研究报告批复日期为 2011 年 3 月 30 日，截止审计日尚未取得中建股份公司概算批复与开工批复，而工程实际开工日期为 2010 年 5 月 10 日，项目已于 2011 年 11 月 15 日完工。

**4、部分项目未按相关部门批准的规模及要求进行建设，建设项目不合规，存在一定风险。**

**（1）镇江北新建材有限公司**投资的 2×3000 万平方米纸面石膏板及年产 5000 吨轻钢龙骨项目。

2009 年镇江北新建材有限公司向镇江句容市发改委进行申报 2×3000 万平方米纸面石膏板及年产 5000 吨轻钢龙骨项目并经备案批准，项目总投资 46000 万元，其中固定资产投资 42090 万元，资金来源为企业自筹资金 13330 万元，银行贷款 32670 万元。批准的备案中规定：建设期间备案内容中的总投资、建设规模变化超过 20%时，应提请发改委及其它有关部门审批；如变化导致备案通知书赖以成立的前提消失，备案通知书将自动失效，并且存在依法撤销的可能。

该项目 2010 年 4 月 8 日开工，2010 年 12 月 28 日竣工。实际建设规模为一条 3000 万平方米纸面石膏板生产线，概算总投资为 20570 万元，实际投资 10,185.39 万元，不足在发改委备案总投资 46000 万元的 50%，该总投资变化大大超过 20%却未经当地政府、发改委等相关管理部门审批，存在被政府有关部门处罚的风险。

**（2）泰山石膏股份有限公司下属子公司泰山石膏（四川）有限公司**新建生产线与向当地政府报批规模有出入，存在一定的检查风险。

2010 年泰山石膏股份有限公司与什邡市人民政府签订投资协议

24

CNBMGRP00009830

书，泰山石膏在什邡市建设投资 5.1 亿元人民币建设 2×5000 万平方米纸面石膏板生产线，该项目经什邡市地发改委及相关建设管理部门批准和备案，由下属子公司泰山石膏（四川）有限公司（简称"泰山四川公司"）负责项目实施。做为招商引资的优惠政策，在泰山四川公司缴清全部土地款时（土地面积 200 亩，支付出让金 2232.5 万元），当地政府按每亩 4 万元进行一次性奖励，分摊公共设施按每亩 3 万元奖励，共计奖励 1275 万元。

但泰山四川公司实际建设规模仅为一条 3000 万平方米生产线，该项目设计规模变更未经当地政府、发改委、建设局等相关管理部门同意，存在一定的检查风险。

**（二）资金管理及风险管控**

**J 5、泰山石膏部分公司收取大额现金并坐支。**

泰山石膏（江阴）有限公司存在大额现金收款事项，抽查 2009 年 3 月、2010 年 9 月会计凭证，代收常熟办货款共计 238.55 万元。同时存在现金坐支现象，如 2009 年 11 月 30 日现金收货款 103.45 万元，现金支出 102.33 万元；2010 年 4 月 30 日现金收货款 190.88 万元，当日现金支出 193.93 万元；7 月 22 日现金收货款 4.97 万元，现金支付食堂补贴、招待费等 3.98 万元。

阜新泰山石膏建材有限公司、泰山石膏（陕西）有限公司等公司存在上述问题。

**（三）会计信息及会计核算方面**

**J 6、北新建材股份公司部分工资性质的款项支出未通过应付职工薪酬核算，金额共计 963.21 万元。**

北新建材股份部分子公司 2009 年–2011 年期间工资性质的款项未通过应付职工薪酬核算的金额 963.21 万元，明细列示如下：

25

CNBMGRP00009831

| 阜新泰山石膏建材有限公司 | | | | |
|---|---|---|---|---|
| 泰山石膏（陕西）有限公司 | | | 35.2 | |
| 泰山石膏（四 | | | 32.2 | |
| 泰山石 | | | | |
| 泰山石膏（江阴）有限公司 | | | | |
| 宁波北新建材有限公司 | | 20.01 万元 | | 52.85 万元 |
| 镇江北新建材有限公司 | | 42.03 万元 | 60.37 万元 | 万元 |
| 北新集团建材股份有限公司 | | | 266.45 万元 | 万元 |
| 合计 | 万元 | 236.14 万元 | 568.3 万元 | 963.21 万元 |

CNBMGRP00009832

板导致的损失赔偿 260.91 万美元。

　　2010 年，中国建材集团有限公司和中国建材股份有限公司、北新建材、泰山石膏分别聘请美国知名律师事务所作为法律顾问，对有关美国石膏板诉讼予以应对。泰山石膏自 2010 年 6 月起应诉美国关于使用中国石膏板诉讼案件，截止 2011 年已支付律师费用 5900 余万元，目前案件处于原、被告双方互相举证阶段，何时判决无法预测。

　　五、中复集团

CNBMGRP00009833

**（一）资金管理及风险管控**

**1、对外捐赠事项未经集团公司审批。**

中复神鹰碳纤维有限责任公司 2011 年将购买的一辆大众新帕萨特 1.8t 轿车捐赠给连云港市公安消防队，该轿车金额 21.88 万元（含税费），该捐赠事项未报集团公司审批。

连云港中复连众复合材料集团有限公司 2010-2011 年对外捐赠事项均未经集团公司审批。其中 2010 年向连云港市慈善总会捐赠 25 万元；2011 年支援新农村建设捐赠 4 万元，三年合计 29 万元。

**2、连云港中复连众复合材料集团有限公司在金融机构开立的银行存款账户较多，有部分账户长期闲置，没有及时进行清理。**

**3、票据管理存在风险。**

连云港中复连众复合材料集团有限公司的票据增长及应收款幅度已经远远超过收入增长幅度（应收款与收入比逐年增加，2011 年底达到 110%以上；2009-2011 年末三年应收票据余额分别为 72 万元、90,537.05 万元、42,432.29 万元。由于票据及往来款的大量增加，占用了资金，致使每年的银行借款逐年增加，增加了融资成本和风险。

**（二）资产管理及产权方面**

**J 4、中国复材存在闲置资产未及时处理。**

经抽查，中国复材坐落于海南省海口市的房产，原值 91.91 万元、累计折旧 39.17 万元、净值 52.74 万元，产权证办理日期为 2005 年、性质为民用，共 410.09 平方米。目前，该房产闲置，未对外出租亦未处置。

**（三）会计信息及会计核算方面**

**J 5、中复公司部分子公司存在工资性质支出未通过应付职工薪酬会计科目核算的现象，金额共计 1244.13 万元。**

CNBMGRP00009834

中复神鹰碳纤维有限责任公司 2011 年现金直接支付研发人员工资，金额 1.47 万元，未通过应付职工薪酬核算；2011 年累计共 25.32 万元，其中直接计入制造费用 10.47 万元，生产成本 0.11 万元，管理费用 14.74 万元，两年共计 26.79 万元。

连云港中复连众复合材料集团有限公司 2009-2010 年期间销售部门的计效工资共计 1,217.34 万元未通过应付职工薪酬科目核算。其中 2009 年未通过应付职工薪酬核算的金额为 334.36 万元；2010 年金额为 456.05 万元；2011 年金额为 426.93 万元。

**（四）其他方面**

**6、**中国复合材料集团公司存在管理层持有下级企业股份并参与分红的问题，不符合国资委相关规定。

| 持股高管姓名及职务 | 任职企业 | 持股单位 | 持股比例 | 备注 |
| --- | --- | --- | --- | --- |
| 董事长任桂芳 | 中国复合材料集团 | 连云港中复连众 | 2.26% | |

**六、国际工程**

29

（一）投资管理

**1、收购少数股东股权未履行评估程序。**

2009年12月，中国建材国际工程集团有限公司以130.22万元的价格收购子公司深圳市凯盛科技工程有限公司管理层持有深圳市凯盛科技工程有限公司18%的股权，未经专业机构进行评估。

（二）资产管理及产权方面

**J 2、国际工程公司支付大额资金购置土地未发挥作用**

2006年5月28日，国际工程公司与蚌埠市龙子湖区人民政府签订的《整体开发建设中国凯盛玻璃新材料科技产业园合作协议》。截止2011年12月31日，公司共向龙子湖区人民政府部门支付土地等各项费用15,756.57万元，其中：949,899.90平方米土地价值12,256.58万元已取得相关权证，剩余 273,085.10 平方米土地已支付预付款3,523.62万元，尚未取得权证。上述款项已支付超过三年，但截止目前上述土地尚未进行使用。

（三）其他方面

**J 3、**管理层持有下级企业股份并参与分红的问题，不符合国资委相关规定。三级企业国际工程公司副总裁冯建华 2003 年 8 月出资21.12万元持有下属公司南京凯盛 2.70%股份，一直未清退。2009 至2011 年，冯建华在南京凯盛分红所得共计756万元。2012 年 10 月，建材股份决定冯建华不再担任国际工程副总裁职务。

**七、中建材投资**

30

CNBMGRP00009836

（一）投资管理

1、中国建材集团下属三级子公司中建材投资有限公司投资南方石墨有限公司，被投资公司未来经营存在一定的风险。

2011 年 3 月 7 日，中建材投资有限公司投资 5 亿元设立南方石墨有限公司，占南方石墨有限公司总股本的 50%，作为资源开发业务平台，在郴州开展整合石墨资源产业。南方石墨公司于 2011 年 3 月 25 日正式注册成立。截止 2011 年 12 月 31 日，南方石墨有限公司用于矿权的取得和矿区整合支出 18.8 亿元。

由于石墨开采和加工是一项新型建材资源类业务，中建材集团初次涉足矿山地下开采项目，尚不具备成熟的管理及经营经验，公司已取得的 20 个采矿权证中石墨矿权 9 个，煤炭矿权 11 个，公司未来除了开采石墨矿，还要开采煤矿。面对目前石墨产业整体发展水平不高、所收购矿区长期处于低水平开发，安全投入严重不足等复杂的局面，后续存在一定的经营风险。

（二）资金管理及风险管控

J 2、三级企业中建材投资有限公司对外转让股权投资，股权已经交割，款项未能全额收回。

2011 年 9 月 20 日，经挂牌，中建材投资有限公司将持有的全资子公司成都中建投房地产开发有限公司和深圳中建投投资发展有限公司 100%的股权分别以 1.7 亿元 和 1.9 亿元转让给私营企业浙江振成投资有限公司。双方签订的产权交易合同约定，在合同签署后一个月内付清全部转让款。

截止现场审计日，私营企业浙江振成投资有限公司欠中建材投资有限公司的股权受让价款 20,110.95 万元（其中本金 1.74 亿元，剩余为延期付款违约金及利息）仍未收回。

CNBMGRP00009837

**3、对外捐赠事项未经集团公司审批。**

中建材投资公司子公司南方石墨公司经当地政府要求,2011 年 10 月 20 日向郴州龙女寺捐款 10 万元;2011 年 11 月 10 日向湖南省望城县洗心禅寺捐款 10 万元。上述两项共计 20 万元捐款均未上报中建投公司及股份公司批准。

**(三)会计信息及会计核算方面**

**J 4、中建材投资公司超预算发放工资。**

2011 年中建材投资有限公司核定工资 3,858.00 万元,公司工资计提 4,854.98 万元,超过核定工资总额 996.98 万元,不符合中建材投资有限公司工资福利制度的规定。

CNBMGRP00009838