<u>Translation of BNBMPLC-E-0010164</u>

**Explanation on the Rectification Status**

On the matter of Beijing New Building Material Public Limited Company (abbreviated below as "the Company") that the management level holds shares and participates in the distribution of dividends of lower tier enterprises, the Company's leader involved is Mr. Tongchun Jia, the Company's director and vice general manager (concurrently holding positions as the chairman of the board of directors and the general manager of the Company's subsidiary, Taishan Gypsum Company Limited.)

At present, Mr. Tongchun Jia has resigned from his duty as the Company's director and vice general manager.  See below for the details: 1) on September 17, 2012, the Company held the first temporary general meeting of shareholders for the year of 2012, reviewed and passed "the Proposal on Re-Electing the Company's Board of Directors," and till this point, Mr. Jia was no longer under the duty as the Company's director. 2) On September 17, 2012, the Company held the first meeting of the fifth session of the Board of Directors, reviewed and passed "the Proposal on Hiring the Company's Vice General Manager, Chief Financial Officer, and the Secretary for the Board of Directors," and up till this point, Mr. Jia was no longer the vice general manager of the Company.

Because of this, the Company no longer has the issue that the management level holds shares and participates in the distribution of dividends of any lower tier enterprises. It is specially explained here.

Beijing New Building Material Public Limited Company

Securities Department

2013-3-20

FSIA EXHIBIT 77

B: 7/8/15-7/11/15
Exhibit 134-1

ï»¿Rectification situation explanation

(Hereafter refers to as â€œcompanyâ€) management to have the subordinate enterprise stock about the Beixinjituan building materials limited liability company and participates in the drawing bonus matters concerned, involves the leadership of company (to hold a concurrent post of company to control stock subsidiary company Taishan gypsum limited liability company chairmen with spring gentleman for the director of corporations and deputy general manager Jia and general managers).

Regarding this, in 2012 Mr. Jia left job to the company, the special details are as follows: (1) on September 17, 2012 company convened in 2012 the first temporary general meeting of shareholders, passed "about Company Board of directors Election at expiration of office terms Bill", hence, Mr. Jia no longer held the post of director of corporations. (2) on September 17, 2012 company held the fifth board of directors first conference, passed "about Appointing Company Deputy general manager, Financial Person in charge And Board of directors Secretary's Bill", hence, Mr. Jia no longer was company deputy general manager.

Therefore, the company no longer has management to have the question that the subordinate enterprise stock and participates in drawing bonus, explained specially.

Beixinjituan building materials limited liability company negotiable securities department on March 20, 2013

 --- Summary Information ---
1: 936 PID_TITLE:
PID_SUBJECT:
PID_AUTHOR: bnbm PID_KEYWORDS:
PID_TEMPLATE: Normal PID_LASTAUTHOR: bnbm PID_REVNUMBER: 15 PID_APPNAME: Microsoft Office Word
PID_EDITTIME: Mon Jan 01 08:18: 00 CST 1601 PID_CREATE_DTM: Tue Mar 19 16:57: 00 CST 2013
PID_LASTSAVE_DTM: Wed Mar 20 09:10: 00 CST 2013 PID_PAGECOUNT: 1 PID_WORDCOUNT: 62
PID_CHARCOUNT: 359 PID_SECURITY: 0

 --- Document Summary Information ---
PID_CODEPAGE: 936 PID_COMPANY: bnbm PID_LINECOUNT: 2 PID_PARCOUNT: 1 17: 420 23: 730895
PID_SCALE: false PID_LINKSDIRTY: false 19: false 22: false

# 整改情况说明

关于北新集团建材股份有限公司（以下简称"公司"）管理层持有下级企业股份并参与分红事宜，涉及公司的领导为公司董事、副总经理贾同春先生（兼任公司控股子公司泰山石膏股份有限公司董事长、总经理）。

对此，2012 年贾先生已向公司离职，具体情况如下：①2012 年 9 月 17 日公司召开 2012 年第一次临时股东大会，审议通过了《关于公司董事会换届选举的议案》，至此，贾先生不再担任公司董事职务。②2012 年 9 月 17 日公司召开第五届董事会第一次会议，审议通过了《关于聘任公司副总经理、财务负责人及董事会秘书的议案》，至此，贾先生不再担任公司副总经理职务。

因此，公司不再存在管理层持有下级企业股份并参与分红的问题，特此说明。

北新集团建材股份有限公司

证券部

2013 年 3 月 20 日
