Partial Translation of BNBMPLC-E-0006059-6060

**Communications about the Problems of BNBM**

…

9. The majority shareholder provided 292.06 million Yuan of entrusted loans for the Company, and the accountant discovered that the rate was lower than normal loan rates, which was disclosed in the 2007 annual report, but not din the regular disclosure.  (--ask stock exchange: south cement?)

10. The financial management of some subsidiaries was not standardized enough, for example, the incubator company did not record the income and expenditure of bank savings according to facts, the amount involved was rather large, and there were incidents where the account entries were not timely. The bank statements were patched on later, which was not rigorous. We found out in a spot-check that the December No.1301 voucher at the Company's Headquarters is a 40 million fund transfer from the same account number but it was actually a transfer from CNBM to BNBM and then to Taishan Gypsum; likewise, the No. 1304 voucher displayed a transfer of 40 million yuan as Taihe's repayment to CNBM through BNBM's account.

…

FSIA
EXHIBIT
78

**B: 7/8/15-7/11/15**
**Exhibit 123**

ï»¿Northern new building materials problem communication

1st, in company system does not have the special responsibility investigation and affixation system, in various systems (information disclosed that internal report) the responsibility investigated the provision principle, the explicit responsibility has not investigated mechanism very much; The general manager operating instruction, to further clarifying that the general manager is authorized; (Revises general manager operating instruction) 2, Chinese building materials audit the accountant to enter the joint-stock company time in the share audit process; 3rd, foreign investment: In the original holding subsidiary company constructs to throw, in 2007 has the large amount new stock requisitioning behavior, the disposable effect payment, amounts to 500 million Yuan high; This behavior only sees the subsidiary company president work regular meeting to talk over, and program that not explicit volume, the decision-making system and fulfills lacks; Has not reported share board of directors as the significant event; After, the joint-stock company not aims at the securities investment the relevant control system;

4th, the northern new material flow exits (industry and commerce change at the end of March in January, pays money in April), a company quarterly report not and table. But still owed listed company other to receive money 46,522,900, 6.19 chapters of funds 45.749 million Yuan, the differential 774,000 Yuan. The corporate accounting explained that to initially material object investment be higher than to hold the share part, the material flow has not returned; The share has to guarantee more than 400 million to the material flow; The company committed that in at the end of June, cleans up debt; The guarantee expires in the next few months, after expiring, no longer does. (Reminder, company should offer explanation and commitment)

5th, in interrogation alone Dong Guocheng, feedbacked that the salary committees verify to the general manager reward 500,000 specially, by the general manager determined that to other management assessment rewards, has not reported the salary committees; Is incompatible with the annual report disclosure. Another management assessment reward and so on had not disclosed in the annual report that the salary committees have not verified the annual report disclosure data, is incompatible with the annual report disclosure; Besides the general manager rewards specially, the management salary and reward are the board of directors verify the resolution without the salary committees, does not conform to the relevant provision, recommended after changing session, operation that the full display salary committees function, the notice stipulated. (The end of the year salary fulfills corresponding program)

6th, company has set up the independent audit department, the auditing system has not considered after the board of directors. Must propose the company to note, auditing department should the independence in managing the ply, reports to the court of auditor directly.

7th, reminder company finish the changing session work according to the commitment; 8th, company does not have the stand-alone molecular company's policing method, the inspection team to put forward the proposal to the company when the communication. In addition deals to send out the subsidiary company trustee, supervisor and management program to carry on the stipulation; The reminder resigned because of Dong Mi, the molecule and holds share of the company sending out personnel to adjust promptly; (Passes general manager workshop)

9th, major stockholder offers 292.06 million Yuan request loan to the company, the accountant detected that the interest rate is lower than the normal loan interest rate, in 2007 in the annual report disclosed that but disclosed daily has not seen the disclosure. (- Asked the exchange; Southern cement?)

10th, individual subsidiary company financial control insufficient standard, if the hatchibator company, has not recorded the bank deposit revenue and expenditure truthfully, the amount is big, and has the recorded not prompt phenomenon. The bank that offers to make up attacks to the bill, is not rigorous. Spot-checks company department on December 1301 the certificate: Transfers the funds 40 million, showed that same account number transfers the funds; Practically for the Chinese building materials fund to north new, north forwards to Taishan newly the gypsum; Similarly, No. 1304 certificate displayed that transfers the funds 40 million, is the Taihe repayments, adopts the northern new account to give China the building materials. 11th, can Tai'an SAC debt still continue? It is estimated that progress? Do 07 the second half of the year ideas propose the interest? Has Tai'an afforded the interest? (At that time said that is 3 years, spot market government leader changes players, time did not say) 12, fixed asset depreciation adjustments? The company offers the amount with controlling the amount is different; Nature of data alignment with confirmed again;

13th, the corporate guarantee volume is inconsistent with the disclosure volume; The company discloses for the load insured value number of degree. We think should for practical guarantee amount. Has not used the amount achievement to commit the item. 14th, 2.7 million abundant are relevant with the company interior loan for the Suzhou day, has not offset;

15th, company and accountant fall in price the preparation amount when goods in stock replies not consistently; 06 years idea raises has not classified;

16th, capitalization of interest rate had not disclosed in the annual report;

17th, the intangible asset depreciation the deferral income tax property that prepares to cause, should actually for the deferral income tax property that the amortization causes; The disclosure has the problem;

--- Summary Information ---
1: 936 PID_TITLE: Northern new building materials problem communicates PID_SUBJECT:
PID_AUTHOR: aaa PID_KEYWORDS:
PID_COMMENTS:
PID_TEMPLATE: Normal PID_LASTAUTHOR: bnbm PID_REVNUMBER: 2 PID_APPNAME: Microsoft Office Word
PID_EDITTIME: Mon Jan 01 08:03: 00 CST 1601 PID_CREATE_DTM: Wed Jun 25 11:09: 00 CST 2008
PID_LASTSAVE_DTM: Wed Jun 25 11:09: 00 CST 2008 PID_PAGECOUNT: 1 PID_WORDCOUNT: 195
PID_CHARCOUNT: 1115 PID_SECURITY: 0


--- Document Summary Information ---
PID_CODEPAGE: 936 PID_COMPANY:
PID_LINECOUNT: 9 PID_PARCOUNT: 2 17: 1308 23: 730895 PID_SCALE: false PID_LINKSDIRTY: false 19:
false 22: false

# 北新建材问题沟通

1、公司制度中无专门的责任追究制度，各项制度中（信息披露、内部报告）的责任追究条文规定很原则，没有明确的责任追究机制；总经理工作细则，对总经理授权的进一步明确；（修订总经理工作细则）

2、中国建材审计会计师进入股份公司时间在股份审计过程中；

3、对外投资：原控股子公司中建投，2007 年有巨额新股申购行为，一次性款项支付，最高达 5 亿元；该行为仅见子公司总裁办公例会讨论，且无明确额度，决策制度及履行的程序缺乏；作为重大事项未上报股份董事会；经查，股份公司无针对证券投资的相关管理制度；

4、北新物流在 3 月底转出（工商变更在 1 月，付款在 4 月），公司一季报未并表。但尚欠上市公司其他应收款 4652.29 万，6.19 回款 4574.9 万元，差额 77.4 万元。公司会计说明为当初实物投资高于所持股份的部分，物流尚未归还；股份对物流有担保 4 亿多；公司承诺 6 月底前清理债权债务；担保在未来几个月到期，到期后不再做。（提醒，公司应提供说明及承诺）

5、在询问独董过程中，反映薪酬委员会审核对总经理特殊奖励 50 余万，由总经理确定对其他高管考核奖励，未报备薪酬委员会；与年报披露不符。另高管考核奖励等未在年报中披露，薪酬委员会未审核年报披露数据，与年报披露不符；除总经理特殊奖励外，高管薪酬及奖励未经薪酬委员会即董事会审核决定，不符合相关规定，建议换届后充分发挥薪酬委员会作用，注意规定的执行。（年底薪酬履行相应程序）

6、公司已设立独立审计部门，审计制度尚未经董事会审议。须提请公司注意，审计部门应独立于经营层，直接向审计委员会汇报。

7、提醒公司按承诺完成换届工作；

8、公司没有独立分子公司的管理办法，检查组已在沟通时给公司提出建议。另应对派出子公司董事、监事、高管程序进行规定；提醒因原董秘辞职，分子及参股公司派出人员应及时调整；（均通过总经理办公会）

9、大股东给公司提供 29206 万元委托贷款，会计师发现利率低于正常贷款利率，2007 年年报中披露，但是日常披露中未见披露。（一问交易所；南方水泥？）

10、个别子公司财务管理不够规范，如孵化器公司，未如实记录银行存款收支，

BNBMPLC-E-0006059

数额较大，且存在入帐不及时现象。提供的银行对账单为补打，不严谨。抽查到公司本部 12 月 1301 号凭证：转款 4000 万，显示同一账号转款；实际为中国建材将款项给北新，北新转给泰山石膏；同样，1304 号凭证显示，转款 4000 万，为泰和还款，通过北新账户给中国建材。

11、泰安国资委欠款是否仍需延续？预计进展情况？07 下半年是否计提利息？泰安是否已支付利息？（当时说是 3 年，现市政府领导换人，时间不好说）

12、固定资产折旧调整？公司提供金额与掌握金额不同；数据调整的性质与再认定；

13、公司担保额与披露额不一致；公司披露为担保额度数。我们认为应为实际担保金额。未使用金额作为承诺事项。

14、270 万为苏州天丰与公司内部借款相关，未抵销；

15、公司和会计师在存货跌价准备数额时回复不一致；06 年计提未分类；

16、利息资本化率未在年报披露；

17、无形资产减值准备引起的递延所得税资产，实际应为摊销引起的递延所得税资产；披露有问题；

BNBMPLC-E-0006060