**DENTONS**

Christopher Q. King
Partner

christopher.king@dentons.com
D  +1 312 876 8224

Dentons US LLP
233 South Wacker Drive
Suite 5900
Chicago, IL 60606-6404 USA

T  +1 312 876 8000
F  +1 312 876 7934

Salans FMC SNR Denton
dentons.com



October 1, 2015

**VIA EMAIL**
Russ M. Herman
Leonard A. Davis
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhklawfirm.com
drywall@hhkc.com
ldavis@hhklawfirm.com

Arnold Levin
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
PH: (215) 592-1500
FAX: (215) 592-4663
alevin@lfsblaw.com

Re:   In re Chinese Drywall Litigation
       Redacted Exhibits from Song Deposition (BNBMPLC ESI Production Volume 10)

Counsel:

On July 16, 2015, BNBMPLC and BNBM Group provided you written notice that they were clawing back certain documents, including BNBMPLC-E-0059965 - BNBMPLC-E-0059966 and BNBMPLC-E-0059967 - BNBMPLC-E-005977.  On September 14-15, 2015, we agreed that the PSC could use redacted versions of these documents, which were introduced at the deposition of Chairman Song as Exhibits 323 and 331-1.  With this letter we are sending you replacement images, text, and machine translation files and redacted manual translations,[1] which reflect the agreed redactions.  The replacement images are being produced with the same Bates numbers, but with a suffix ("a") to differentiate them from the original produced versions.  Therefore, BNBMPLC-E-0059965 is now BNBMPLC-E-0059965a, etc.

BNBMPLC otherwise stands on the privilege claims asserted in its July 16, 2015 letter and attached privilege log.  We ask that the PSC return or destroy the non-redacted versions as required by the protective order and 502(d) Order entered in this case.

Very truly yours,

*Christopher Q. King /amm*

Christopher Q. King

---

[1] BNBMPLC does not stipulate to accuracy of the manual translations and will provide redlines, if needed, at a later date.

Translation of BNBMPLC-E-0059965-0059966

BNBMPLC-E-0059965

## The Course of Events on Hiring Foreign Law Firms for the Gypsum Board Litigation in the United States——Brief Version of the Related Meetings

| Stage One | Hiring Foreign Law Firms to Issue Legal Opinion Letters | |
|---|---|---|
| Date | Participants | Main Contents for Discussion |
| September 10, 2009/ September 15, 2009 | BNBM PLC: Yu Chen<br><br>BNBM PLC: Zheng Tao<br><br>BNBM PLC: Ziqiang Bian<br><br>Taishan Gypsum: Gang Zhao<br><br>Shandong Taishan Lantian: Guangbin Liang<br><br>Jingtian & Gongcheng: Chungang Dong,<br><br>Hogan Lovells: Daozheng Chen, Gaston Fernandez, Ye Yuan<br><br>Orrick: Xiang Wang, Raymond G. Mullady, Fang Fu<br><br>K&L Gates: Yujing Shu, Xianjin Tian, Miao Li, David Klaber, Eric Stone | The representatives of BNBM Group and Taishan Gypsum had meetings with the representatives of Orrick, Hogan Lovells, and K&L Gates (generally referred to as "foreign law firms") respectively.<br><br>**REDACTED** |

| September 22, 2009 (Live meeting + telephone conference) | BNBM: Yu Chen<br><br>BNBM PLC: Zheng Tao<br><br>Taishan Gypsum: Tongchun Jia<br><br>Tiashan Gypsum: Gang Zhao<br><br>Hogan Lovells: Daozheng Chen<br><br>Orrick: Xiang Wang | **Hiring Attorneys for the "Toxic Drywall Event" and the Response to the Default Judgment**<br><br>**REDACTED**<br><br>II. Solicited opinions from Tongchun Jia and Gang Zhao of Taishan Gypsum about matters on hiring attorneys and attending the hearing on September 24th. |
|---|---|---|
| October 12, 2009 | | The Legal Affairs Department of BNBM PLC issued *the Report on Hiring Foreign Law Firms for the Gypsum Board Litigation in the United States*, preliminarily decided to have Hogan Lovells answer those questions of concern from BNBM PLC, collect information, provide suggestions and strategies, and issue legal opinions letters. |
| **Stage Two** | **Hiring the Law Firm by Taishan Gypsum** | |
| April 12, 2010 (Telephone Conference) | BNBM PLC: Yu Chen<br><br>Jingtian & Gongcheng: Chungang Dong | On April 8, 2010, U.S. time, Eldon Fallon, a federal district court judge in New Orleans, U.S.A., issued an order in the lawsuit of the plaintiffs about the |

| | | |
|---|---|---|
| | Hogan Lovells: Daozheng Chen<br><br>BNBM PLC: Zhucai Chen | quality issues of gypsum boards. Taishan Gypsum Limited Company (abbreviated as "Taishan Gyspum") was ordered to pay a sum of USD 2,600,000 to 7 families in the United States as compensatory damages. Based on the progress of the case, (the meeting) made preliminary analysis and judgment on the case. |
| June 3, 2010 (Telephone Conference) | CNBM Group: Jian Zhang<br><br>BNBM PLC: Bing Wang<br><br>Taishan Gypsum: Tongchun Jia<br><br>Jingtian & Gongcheng: Chungang Dong<br><br>Hogan Lovells: Daozheng Chen | Abstract I: Chairman Song agreed that CNBM Group will organize the response to the litigation.<br><br>Abstract II: The document issued by the SASAC to CNBM Group held that the company's response to the Drywall Event in the United States was a little passive.<br><br>Abstract III: Discussion on litigation costs.<br><br>Abstract IV: Determined to adopt the "limited response to litigation" strategy.<br><br>Abstract V: Bing Wang from BNBM PLC opined that the response to the litigation means the recognition of jurisdiction of the U.S. courts. Although there was no treaty to facilitate judicial enforcement between China and the United States, |

BNBMPLC-E-0059966

| | | |
|---|---|---|
| | | the U.S. government would take this opportunity to pressure the Chinese government and make the enforcement of the judgment become an exception.<br><br>Abstract VI: The time limitation for appealing the judgment against Taishan Gypsum.<br><br>Abstract VII: The meeting reached preliminary consensuses: first, it is better to continuously let the Lovells firm, which had issued opinion letters to BNBM PLC before, institute the appeal. If the Lovells firm could not complete on schedule, then the attorney recommended by Knauf can be retained; second, when the appeal proceeded into the substantive stage, no attorney recommended by Knauf may be used because there is potential conflict of interest; third, continuing to reject the service of legal process; third[1], it is suggested that leaders should consider the method for **REDACTED** Currently, Knauf is hiring an attorney team to respond to the litigation as a package. |
| June 3, 2010 (Telephone | CNBM Group: Chief Cao (Jianglin) | Abstract I: Introduction of the Lovells firm and its strengths after the merger. |

---

[1] Fourth? typo

| | | |
|---|---|---|
| conference) | CNBM Group: Jian Zhang<br><br>CNBM Co., Ltd.: Zhangli Chang<br><br>BNBM PLC: Bing Wang<br><br>Taishan Gypsum: Tongchun Jia<br><br>Jingtian & Gongcheng: Chungang Dong | Abstract II: The statistics from the Supreme Court showed that there are a total of 81 subpoenas that were served, involving 48 enterprises.<br><br>Abstract III: Chief Cao instructed: first, to **REDACTED** |
| June 9, 2010 (Telephone conference) | CNBM Group: Jian Zhang<br><br>CNBM Co., Ltd.: Zhangli Chang<br><br>BNBM PLC: Yu Chen<br><br>Taishan Gypsum: Tongchun Jia<br><br>Hogan Lovells: Daozheng Chen<br><br>Hogan Lovells: Weining Yang<br><br>Jingtian & Gongcheng: | I. Discussion on the Retainer Agreement with Hogan Lovells<br><br>**REDACTED** |

|  | Chungang Dong |  |
|---|---|---|
| June 10, 2010 |  | Taishan Gypsum signed the Retainer Agreement with Hogan Lovells, and officially determined Hogan Lovells as the representing law firm of Taishan Gypsum for the gypsum board litigation in the United States. |
| **Stage Three** | **Hiring the Law Firm by BNBM PLC** | |
| July 28, 2010 – Sebtember15, 2010 (email exchanges) | Jingtian & Gongcheng: Chungang Dong<br><br>Orrick: Xiang Wang<br><br>BNBM PLC: Zhucai Chen | REDACTED<br><br>September 17, BNBM PLC signed the confirmation letter on the retainer with the Orrick law firm, and confirmed to hire the Orrick law firm as the representing firm of BNBM PLC for the gypsum board litigation in the United States. |

## 关于美国石膏板诉讼聘任外所的过程
### ----所涉会议简要版

| 第一阶段 | | 聘请国外律所出具法律意见 |
|---|---|---|
| 时间 | 参加人员 | 主要讨论内容 |
| 2009年9月10日/2009年9月15日 | 北新建材 陈雨<br>北新建材 陶铮<br>北新建材 卞自强<br>泰山石膏 赵刚<br>山东泰山蓝天梁光斌<br>竞天公诚：董纯钢<br>路伟 陈道正、GastonFernadez、原野<br>奥睿 王翔、Raymond G. Mullady、付芳<br>高盖茨 舒玉晶、添先进、李淼、David Klaber、Eric Stone | 北新集团及泰山石膏的代表分别与路伟、奥睿律师、高盖茨（统称"外所"）的代表进行了会谈。<br><br>**Redacted** |
| 2009年9月22日（现场+电话会议） | 北新建材 陈雨<br>北新建材 陶铮<br>泰山石膏 贾同春<br>泰山石膏 赵刚<br>高盖茨 添先进<br>路伟 陈道正<br>奥睿 王翔 | "毒墙事件"聘请律师及缺席判决的应对<br><br>**Redacted**<br><br>二、就聘请律师及应对9月24日的听证会事宜征求泰山石膏贾同春、赵刚的意见。 |
| 2009年10月12日 | | 北新建材法律部出具《关于美国石膏板诉讼事宜聘请国外律所的汇报》，初步确定由路伟对北新建材关心的问题进行答复、收集信息、建言献策并出具法律方面的意见书。 |
| 第二阶段 | | 泰山石膏聘请律师事务所 |
| 2010年4月12日（电话会议） | 北新建材 陈雨<br>竞天公诚 董纯钢<br>路伟 陈道正<br>北新建材 陈柱才 | 美国时间2010年4月8日，美国新奥尔良市一位联邦地区法官Eldon Fallon就原告诉石膏板质量问题一案作出了判令，判决泰山石膏股份有限公司（简称泰山石膏）向7户美国家庭支付赔偿费共计260万美元。根据案件进展情况，对案件进行初步分析及判断。 |
| 2010年6月3日（电话会议） | 中建材集团 张健<br>北新建材 王兵<br>泰山石膏 贾同春<br>竞天公诚 董纯钢<br>路伟 陈道正 | 摘要一：宋董事长同意中国建材集团组织应诉<br>摘要二：国资委给中国建材集团的文件认为公司应对美国干墙事件有点消极。<br>摘要三：诉讼成本的讨论<br>摘要四：确定"有限应诉"的诉讼策略。<br>摘要五：北新建材王兵认为应诉是承认了美国法院的管辖权，即使中美没有关于协助执行的条约， |

| | | |
|---|---|---|
| | | 美国政府也会藉此给中国政府施压，使判决的执行成为特例。<br>摘要六：针对泰山石膏判令的上诉期限。<br>摘要七：会议达成初步共识：第一，倾向于之前给北新出过意见书的路伟所继续提起上诉，如果路伟所不能如期完成，则请可耐福推荐的律师；第二，在上诉进入实质阶段的时候，不使用可耐福推荐的律师，因为可能存在利益上的冲突。第三，继续做好诉讼文件的拒收工作；第三，建议领导考虑 Redacted<br>Redacted 目前可耐福是聘请律师团队，打包应诉。 |
| 2010年6月3日（电话会议） | 中建材集团 曹（江林）总<br>中建材集团 张健<br>中建材股份 常张利<br>北新建材 王兵<br>泰山石膏 贾同春<br>竞天公诚 董纯钢 | 摘要一：介绍路伟所的情况以及路伟合并后的实力<br>摘要二：最高院的数据显示有81件送达的传票，涉及48个企业。<br>摘要三：曹总指示，第一，Redacted Redacted 考虑请路伟所应诉；Redacted<br>Redacted |
| 2010年6月9日（电话会议） | 中建材集团 张健<br>中建材股份 常张利<br>北新建材 陈雨<br>泰山石膏 贾同春<br>霍金路伟 陈道正<br>霍金路伟 杨卫宁<br>竞天公诚 董纯钢 | 一、讨论霍金路伟的委托协议书<br>Redacted |
| 2010年6月10日 | | 泰山石膏与霍金路伟签订委托协议书，正式确定由霍金路伟作为美国石膏板诉讼中泰山石膏的代理律所。 |
| 第三阶段 | | 北新建材聘请律师事务所 |
| 2010年7月28日-2010年9月15日（邮件往来） | 竞天公诚 董纯钢<br>奥睿 王翔<br>北新建材 陈柱才 | Redacted<br>Redacted 最终在9月17日签署了与奥睿律师事务所的委托确认函，确认北新建材聘用奥睿律师事务所作为美国石膏板案件的代理所。 |

2