**DENTONS**

Christopher Q. King
Partner

christopher.king@dentons.com
D  +1 312 876 8224

Dentons US LLP
233 South Wacker Drive
Suite 5900
Chicago, IL 60606-6404 USA

T  +1 312 876 8000
F  +1 312 876 7934

Salans FMC SNR Denton
dentons.com



FSIA
EXHIBIT
85

October 1, 2015

**<u>VIA EMAIL</u>**

Russ M. Herman
Leonard A. Davis
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhklawfirm.com
drywall@hhkc.com
ldavis@hhklawfirm.com

Arnold Levin
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
PH: (215) 592-1500
FAX: (215) 592-4663
alevin@lfsblaw.com

Re:     In re Chinese Drywall Litigation
        Redacted Exhibits from Song Deposition (BNBMPLC ESI Production Volume 10)

Counsel:

On July 16, 2015, BNBMPLC and BNBM Group provided you written notice that they were clawing back certain documents, including BNBMPLC-E-0059965 - BNBMPLC-E-0059966 and BNBMPLC-E-0059967 - BNBMPLC-E-005977.  On September 14-15, 2015, we agreed that the PSC could use redacted versions of these documents, which were introduced at the deposition of Chairman Song as Exhibits 323 and 331-1.  With this letter we are sending you replacement images, text, and machine translation files and redacted manual translations,[1] which reflect the agreed redactions.  The replacement images are being produced with the same Bates numbers, but with a suffix ("a") to differentiate them from the original produced versions.  Therefore, BNBMPLC-E-0059965 is now BNBMPLC-E-0059965a, etc.

BNBMPLC otherwise stands on the privilege claims asserted in its July 16, 2015 letter and attached privilege log.  We ask that the PSC return or destroy the non-redacted versions as required by the protective order and 502(d) Order entered in this case.

Very truly yours,

*Christopher Q King /amm*

Christopher Q. King

---

[1] BNBMPLC does not stipulate to accuracy of the manual translations and will provide redlines, if needed, at a later date.

Translation of BNBMPLC-E-0059967-59977

BNBMPLC-E-0059967





BNBMPLC-E-0059968



BNBMPLC-E-0059969



BNBMPLC-E-0059970

BNBMPLC-E-0059971

REDACTED





BNBMPLC-E-0059972







BNBMPLC-E-0059973



REDACTED



BNBMPLC-E-0059974





BNBMPLC-E-0059975

| |
|---|
| **Time of the meeting**: June 3rd, 2010 (teleconference) |
| **Topic of the Meeting: the Strategy for Responding to the Gypsum Board Litigation in the United States** |

**Attendees**: CNBM Group: Jian Zhang; BNBM PLC: Bing Wang; Taishan Gypsum: Tongchun Jia; Jingtian & Gongcheng: Chungang Dong; and Lovells: Daozheng Chen

**Summary of the meeting:**

I. Mr. Knauf visited Zhiping Song, chairman of the board of directors, and hoped that CNBM Group could offer a helping hand to them in responding to the United States drywall event. The situations that Knauf reported were that the Knauf Company had done some work and that, for the construction companies, for the moment it did not explore the truth of the matter, nor did it divide up liabilities. They cooperated to fix the issue of home renovation, but the small homeowners who did their own decorations were waiting for the result of the litigation. Knauf was worried that their assets would be enforced in the United States. Knauf has 3 factories in the United States, and the main market is in the heat insulating materials. The plaintiffs have formed an attorney team of more than 100 people. Among them, a leadership body of 5 people has been established to negotiate with the defendants about the compensation. The goal of the team of plaintiffs' attorneys is to work hard to have the court make a judgment on 1-2 cases first and set a precedent for the ruling and settlement negotiations of other recent cases. For the judgment made against Knauf, the Knauf Company has appealed, hoping to delay the time and to reduce the amount of compensation.

Chairman Song agreed that CNBM Group should organize the response to the litigation, but the purposes of the response are: 1. for the images of Chinese products and Chinese enterprises; 2. for the friendship with Mr. Knauf of more than 30 years. Reluctant to see the Knauf Company fighting alone; 3. insisting on the position that our products do not have any problems. We should consider the situations as we deal with the litigation. The Company may ask the Knauf Company to help recommend attorneys for us and delay the effectiveness of the judgment.



**REDACTED**

---

[3] Fourth? typo

BNBMPLC-E-0059976





**REDACTED**

Translation of BNBMPLC-E-0059977

**REDACTED**





1

BNBMPLC-E-0059967a



BNBMPLC-E-0059968a



BNBMPLC-E-0059969a

# Redacted

BNBMPLC-E-0059970a



BNBMPLC-E-0059971a



BNBMPLC-E-0059972a



BNBMPLC-E-0059973a



8

BNBMPLC-E-0059974a

# Redacted

| 会议时间：2010 年 6 月 3 日（电话会议） |
|---|
| **会议主题：美国石膏板诉讼应诉策略** |
| **参会人员**：中建材集团 张建；北新建材 王兵；泰山石膏 贾同春；竞天公诚 董纯钢；路伟 陈道正 |
| **会议摘要：**<br>一、可耐福先生拜会宋志平董事长，希望中国建材集团能够出手帮助其应对美国干墙事件。可耐福通报的情况是，可耐福公司已经做了一些工作，针对建筑商，先不探究问题真相和划分责任，合作解决房屋修缮的问题，但是自己进行装修的小业主在等待诉讼的结果。耐福比较担心自己在美国的财产被执行，其在美国有 3 家工厂，主要市场是保温隔热材料。原告已经组成了 100 多人的律师团，其中 5 人组成领导机构，和被告进行赎金的谈判。原告律师团的目的是争取法院先就 1-2 个案件作出判决，形成判例，最近其他案件的审判、和解谈判。对可耐福做出的判决，可耐福公司已经提出了上诉，希望拖延时间，减少赔偿的数额。<br>宋董事长同意中国建材集团组织应诉，但是应诉的出发点是：1、为了中国产品、中国企业的形象；2、和可耐福先生有 30 多年的友谊，不愿意看着可耐福公司孤军奋战；3、坚持认为我们的产品是没有问题的，诉讼要边打边看。可以请可耐福公司帮我们推荐律师，延迟判决的生效。 |

# Redacted

9

BNBMPLC-E-0059975a



BNBMPLC-E-0059976a



BNBMPLC-E-0059977a