Judicial Association No. SX-1162
U.S.

## BEIJING SUPERIOR PEOPLE'S COURT

### PROOF OF SERVICE

[Seal: Beijing Superior People's Court]

| Cause of Action | | Cause No. | Law Association No. (2010) 1126 |
|---|---|---|---|
| Document Served and Number | Summary of Documents, one copy<br>Complaint, one copy | Summons, one copy<br>Document, one copy | |
| Recipient | Beijing New Building Material (Group) Co., Ltd. | | |
| Address for Service | Floor 17, China Jian Cai Building, No. 11 A Sanlihe Road, Hai Dian District, (Beijing, China). | | |
| Recipient Signature or Seal | | | |
| Recipient in substitution and reason(s) | | | |
| Notes | United States.   With translation | The company refuse to accept. | |

Issuer: Chen, Xin

Servers: Ma, Jia Guo   Gu, Zhi Qiang
Aug. 25, 2010

Note:
 (1)  The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §57; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
 (2)  In case of receiving by substitution, the substitution recipient should sign and seal the document, and note the relationship with the servee, and the reason(s) for substitution.
 (3)  This Proof of Service applies to Hong Hong and Macao districts.



FSIA EXHIBIT 88

BG: 7/15/15-7/18/15
Exhibit 95

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

## DEMANDE
### AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER
### D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en materè civile
ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Josh R. Cobb**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota 55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776    Fax: 952.831.8150**<br>**Email: JCobb@CivilActionGroup.com** | **Ministry of Justice**<br>**Department of Judicial Assistance and Foreign Affairs**<br>**Division of Judicial Assistance**<br>**10, Chaoyangmen, Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**100020**<br>**China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
   (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
   (identité et adresse) _____ Beijing New Building Materials (Group) Co., Ltd. (BNBM Group)
   _____ No. 16, West Road Jiancaicheng, Xisanqi, Haidian District, Beijing 100096, China
   Tel:

[X]  **(a)**  **in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.***
    *a)  selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]  **(b)**  **in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:**
    *b)  selon la forme particulière suivante (article 5, alinéa premier, lettre b);*_____

[ ]  **(c)**  **by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.**
    *c)  le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

| | |
|---|---|
| Class Action Complaint<br>Summons in a Civil Action<br>Translations<br>Summary of the Document to be Served | **Done at**<br>*Fait à* Minneapolis, Minnesota, U.S.A. , the<br>*le* 7/7/10 |
| | **Signature and/or stamp.**<br>*Signature et/ou cachet.* |

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

(Formerly OBD-116 which was formerly LAA-116,    USM-94
both of which may still be used)                 (Est. 11/22/77)

* Delete if inappropriate.
. Rayer les mentions inutiles

Case Name: Gross v. Knauf Gips, KG
Defendant: Beijing New Building Materials (Group) Co., Ltd. (BNBM Group)
Court Case No.: 09-6690

## CERTIFICATE
## ATTESTATION

*SX-10-1162*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,

*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

**1)   that the document has been served\***

*1.   que la demande a été exécutée*

- the (date)
- le (date) _____
- at (place, street, number)
- à (localité, rue numéro) _____

- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*

  [ ]  (a)  **in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention\*.**
       *a)    selon les formes légales (article 5, alinéa premier, lettre a).*

  [ ]  (b)  **in accordance with the following particular method\*:**
       *b)    selon la forme particulière suivante:* _____

  [ ]  (c)  **by delivery to the addressee, who accepted it voluntarily.\***
       *c)    par remise simple*

**The documents referred to in the request have been delivered to:**
*Les documents mentionnés dans la demande ont été remis à:*
- (identity and description of person)
- *(identité et qualité de la personne)*
_____

- relationship to the addressee (family, business or other):
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

**2)   that the document has not been served, by reason of the following facts\*:**
*2.   que la demande n'a pas été exécutée, en raison des faits suivants:*

*The addressee refused*
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Class Action Complaint, Summons in a Civil Action, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

_____
_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

_____
_____
_____

Done at    *2nd. Dec.2010* , the *Beijing*
*Fait à* , *le*

**Signature and/or stamp.**
*Signature et/ou cachet.*

\*   Delete if inappropriate.
    *Rayer les mentions inutiles.*

2



SX-1162

美

# 北京市高级人民法院
## 送 达 回 证

| 案　　由 | | 案　号 | 法协（2010）1126 |
|---|---|---|---|
| 送达文书<br>名称和件数 | 文书概要一份<br>诉状一份 | | 传票一份<br>文书一份 |
| 受送达人 | 北新集团建材股份有限公司 | | |
| 送达地址 | 海淀区三里河路甲11号中国建材大厦17层 | | |
| 受送达人<br>签名或盖章 | | | |
| 代收人<br>代收理由 | | | |
| 备　　考 | 美国，有译文　比特别签收 | | |

填发人　陈新　　　　　　　　　　送达人 郭明 顾志伟 2010. 8. 25

注：（1）送达刑事诉讼文书，按照刑事诉讼法第五　一条的规定办理；送达民事、行政诉讼
　　　　文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
　　（2）代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理
　　　　由。
　　（3）本《〈送达回证〉》适用涉港、澳地区送达。

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF Louisiana 2175-948  Filed 08/31/18  Page 16 of 29

Case 2:09-md-02047-EEF-JCW Document 13729-8 Filed 04/13/18 Page 16 of 29

# REQUEST

# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

### DEMANDE
### *AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
### *D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile
ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Josh R. Cobb**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota  55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776      Fax: 952.831.8150**<br>**Email: JCobb@CivilActionGroup.com** | **Ministry of Justice**<br>**Department of Judicial Assistance and Foreign Affairs**<br>**Division of Judicial Assistance**<br>**No 6, Chaoyangmen Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**100020**<br>**China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

(*identité et adresse*)      Beijing New Building Materials Public Group Co., Ltd. (BNBM Group)
No. 16 West Road, Jiancaicheng Xisanqi, Haidian District,  Beijing 100096, China
Tel:

[X] (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
a)      *selon les formes légales (article 5, alinéa premier, lettre a).*

[ ]  (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
b)      *selon la forme particulière suivante (article 5, alinéa premier, lettre b);*

[ ]  (c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
c)      *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

--Summons in a Civil Action (Supplement to
Amended Class Action Complaint)
--Order
--Amended Class Action Complaint
--Translations
--Summary of the Document to be Served

Done at
*Fait à*  Minneapolis, Minnesota, U.S.A.                    , the
                                                                            *le*

Signature and/or stamp.
*Signature et/ou cachet.*

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

(Formerly OBD-116 which was formerly LAA-116,          USM-94
both of which may still be used)                                    (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

Case 2:09-md-02047-EEF-JCW Document 21750-28 Filed 08/31/18 Page 7 of 29

5\}—1)—22 V

# CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

**1)** **that the document has been served\***
*1.* *que la demande a été exécutée*

- **the (date)**
- *le (date)* _____
- **at (place, street, number)**
- *à (localité, rue numéro)* _____

- **in one of the following methods authorised by article 5-**
- *dans une des formes suivantes prévues à l'article 5:*
  - [ ] **(a)** **in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention\*.**
  - *a)* *selon les formes légales (article 5, alinéa premier, lettre a).*
  - [ ] **(b)** **in accordance with the following particular method\*:**
  - *b)* *selon la forme particulière suivante:* _____
  - [ ] **(c)** **by delivery to the addressee, who accepted it voluntarily.\***
  - *c)* *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
- **(identity and description of person)**
- *(identité et qualité de la personne)* _____

- **relationship to the addressee (family, business or other):**
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

**2)** **that the document has not been served, by reason of the following facts\*:**
*2.* *que la demande n'a pas été exécutée, en raison des faits suivants:*

*The addressee refused to accept the documents*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action (Supplement to Amended Class Action Complaint), Order, Amended Class Action Complaint, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Piéces renvoyées:*

_____
_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

_____
_____

Done at
*Fait à* __Beijing__ , the , *le* __June 27, 2011__

**Signature and/or stamp.**
*Signature et/ou cachet.*

\* Delete if inappropriate.
*Rayer les mentions inutiles.*

2

*U.S.*

# BEIJING SUPERIOR PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: Beijing Superior People's Court]

*Judicial Association No. SX-11-222*

| Cause of Action | | Cause No. | Law Association No. (2011) 365 |
|---|---|---|---|
| Document Served and Number | Summary of Documents, one copy<br>Complaint, one copy | Summons, one copy<br>Document, one copy | |
| Recipient | Beijing New Building Materials Group Co., Ltd. | | |
| Address for Service | No. 16, West Road, Jiancaicheng Xisanqi, Haidian District, (Beijing, China). | | |
| Recipient Signature or Seal | | | |
| Recipient in substitution and reason(s) | | | |
| Notes | United States.    With translation | | |

Issuer: Chen, Xin                                    Servers:

Note:
 (1) The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §51; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
(2) In case of receiving by substitution, the substitution recipient should sign and seal the document, and note the relationship with the servee, and the reason(s) for substitution.
(3) This Proof of Service applies to Hong Hong and Macao districts.

> *March 22, 2011   The addressee refused to accept the documents.*
> *Servers: Wang Baowei and Jia Ding*
> *March 29, 2011   The addressee refused to accept the documents.*
> *Servers: Li Yonghui and Zhu Chaozheng*

# 北京市高级人民法院

## 送达回证

Sx-11 222

| 案　　由 | | 案　号 | 法协（2011）365 |
|---|---|---|---|
| 送达文书名称和件数 | 文书概要一份　　诉状一份 | | 传票一份　　文书一份 |
| 受送达人 | 北新建材集团有限公司 | | |
| 送达地址 | 海淀区西三期建材城西路 16 号 | | |
| 受送达人签名或盖章 | | | |
| 代收人代收理由 | | | |
| 备　　考 | 美国，有译文 | | |

填发人　陈新　　　　　　　　　　　　　　送达人

注：（1）送达刑事诉讼文书，按照刑事诉讼法第五　一条的规定办理；送达民事、行政诉讼文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。

（2）代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代理理由。

（3）本《〈送达回证〉》适用涉港、澳地区送达。

2011.3.22

2011.3.28

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF  Louisiana

**REQUEST**            $SX - 10 - 201/$

# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| | |
|---|---|
| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
| Josh R. Cobb<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota  55439-3122<br>U.S.A.<br>Tel. 952.831.7776      Fax: 952.831.8150<br>Email: JCobb@CivilActionGroup.com | Ministry of Justice<br>Department of Judicial Assistance and Foreign Affairs<br>Division of Judicial Assistance<br>No 6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>100020<br>China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- à l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

(identité et adresse)     Beijing New Building Materials Group Co., Ltd. (BNBM Group)
                          No. 16 West Road, Jiancaicheng Xisanqi, Haidian District,  Beijing 100096, China
                          Tel:

[X] (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    *a)  selon les formes légales (article 5, alinéa premier, lettre a).*

[ ] (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    *b)  selon la forme particulière suivante (article 5, alinéa premier, lettre b):*_____

[ ] (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    *c)  le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Énumération des pièces*

| | |
|---|---|
| --Summons in a Civil Action (Complaint in Intervention)<br>--Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III)<br>--Exhibits "A" - "C"<br>--Schedules 1 - 3<br>--Translations<br>--Summary of the Document to be Served | Done at<br>*Fait à* Minneapolis, Minnesota, U.S.A.        , the<br>                                              *le* 12 \17\ 10<br><br>Signature and/or stamp.<br>*Signature et/ou cachet.* |

(Formerly OBD-116 which was formerly LAA-116,          USM-94
both of which may still be used)                        (Est. 11/22/77)

* Delete if inappropriate.
*Rayer les mentions inutiles.*

Case Name: Gross v. Knauf Gips KG  [ OMNIBUS (III) ]
Defendant: Beijing New Building Materials Group Co., Ltd. (BNBM Group)
Court Case No.: 09-6690

## CERTIFICATE
## *ATTESTATION*

*SX-12-2011*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)    that the document has been served*
1.    *que la demande a été exécutée*
   - the (date)
   - *le (date)* _____
   - at (place, street, number)
   - *à (localité, rue numéro)* _____

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
    [  ]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
     *a)  selon les formes légales (article 5, alinéa premier, lettre a).*
    [  ]  (b)  in accordance with the following particular method*:
     *b)  selon la forme particulière suivante:* _____

    [  ]  (c)  by delivery to the addressee, who accepted it voluntarily.*
     *c)  par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* _____

   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2)    that the document has not been served, by reason of the following facts*:
2.    *que la demande n'a pas été exécutée, en raison des faits suivants:*
   *The company has moved . the current address is unknown*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served,  Summons in a Civil Action (Complaint in Intervention), Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III), Exhibits "A" - "C", Schedules 1 - 3, Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

_____
_____

Done at
*Fait à* **Beijing** _____ , the
    *le* **June 27, 2011**

Signature and/or stamp.
*Signature et/ou cachet.*

*   Delete if inappropriate.
 *Rayer les mentions inutiles.*

2

# BEIJING SUPERIOR PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: Beijing Superior People's Court]

Judicial Association No. SX-10-2011

| Cause of Action | | Cause No. | Law Association No. (2011) 35 |
|---|---|---|---|
| Document Served and Number | Summary of Documents, one copy<br>Complaint, one copy | | Summons, one copy<br>Document, one copy |
| Recipient | Beijing New Building Materials Group Co., Ltd. (BNBM Group) | | |
| Address for Service | No. 16, West Road, Jiancaicheng Xisanqi, Haidian District, Beijing 100096, China. | | |
| Recipient Signature or Seal | | | |
| Recipient in substitution and reason(s) | | | |
| Notes | United States.    With translation. | | The address for service does not match the company's. We were told that the company had relocated. |

Issuer: Chen, Xin

Servers: Zhu Chao Zheng      Han Si Zhen

January 17 , 2011

Note:
(1) The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §51; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
(2) In case of receiving by substitution, the substitution recipient should sign and seal the document, and note the relationship with the servee, and the reason(s) for substitution.
(3) This Proof of Service applies to Hong Hong and Macao districts.



# 北京市高级人民法院
## 送 达 回 证

*Sx-10-2011*

| 案　　由 | | 案　号 | 法协（2011）35 |
|---|---|---|---|
| 送达文书名称和件数 | 文书概要一份<br>诉状一份 | | 传票一份<br>文书一份 |
| 受 送 达 人 | 北新建材（集团）有限公司（BNBM） | | |
| 送 达 地 址 | 海淀区西三期建材城西路16号 | | |
| 受送达人签名或盖章 | | | |
| 代 收 人代 收 理 由 | | | |
| 备　　考 | 美国，有译文 | 送达地址与公司不符。<br>经询问，询了撤走。 | |

填发人　陈新　　　　　　　　　　送达人 *朱卿政 韩思震*
　　　　　　　　　　　　　　　　　　　*2011.1.17*

注：（1）送达刑事诉讼文书，按照刑事诉讼法第五　一条的规定办理；送达民事、行政诉讼
　　　文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
　　（2）代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理
　　　由。
　　（3）本《〈送达回证〉》适用涉港、澳地区送达。

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF:  Louisiana

# REQUEST

# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

## DEMANDE
### AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

17-5x5-1733

| Identity and address of the applicant<br>*Identité et adresse du requérant*<br><br>Glenda E. Fichtner<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota  55439-3122<br>U.S.A.<br>Tel. 952.831.7776      Fax: 952.831.8150<br>Email: GEF@CivilActionGroup.com | Address of receiving authority<br>*Adresse de l'autorité destinataire*<br><br>Ministry of Justice<br>International Legal Cooperation Center (ILCC)<br>6. Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>P.C. 100020<br>People's Republic of China |
| --- | --- |

The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
    (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

*(identité et adresse)*     Beijing New Building Materials (Group) Co., Ltd.

15/F, Tower 2, Guohai Plaza, 17 Fuxing Road, Haidian District, Beijing, China, 100036

|X| **(a)**   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
       *a)     selon les formes légales (article 5, alinéa premier, lettre a).*
| |   **(b)**   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
       *b)     selon la forme particulière suivante (article 5, alinéa premier, lettre b):* _____

| |   **(c)**   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
       *c)     le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents — and of the annexes* — with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Énumération des pièces*

| Summary of the Document to be Served<br>✓Summons in a Civil Action<br>✓Conditional Transfer Order with attached Schedule<br>✓Civil Cover Sheet<br>Plaintiffs' Class Action Complaint with Exhibit "A"<br>Translations | Done at<br>*Fait à*     Minneapolis, Minnesota, U.S.A.          , the<br>*le*   11 Nov 2013<br><br><br>Signature and/or stamp.<br>*Signature et/ou cachet.*<br><br>*Glenda Fichtner* |
| --- | --- |

(Formerly OBD-116 which was formerly LAA-116,              USM-94
both of which may still be used)                                              (Est. 11/22/77)

* Delete if inappropriate.
, *Rayer les mentions inutiles.*

267247 - 63

Case Name:  Amorin (VA)  v.  Taishan Gypsum Co., Ltd.

*2013 − SXS − 1733*

Defendant:  Beijing New Building Materials (Group) Co., Ltd.
Court Case No.:  11-1673 Section L

### CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)    that the document has been served*
*1.    que la demande a été exécutée*
- the (date)
- *le (date)* _____
- at (place, street, number)
- *à (localité, rue numéro)* _____

- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*
    [ ]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
        *a)  selon les formes légales (article 5, alinéa premier, lettre a).*
    [ ]  (b)  in accordance with the following particular method*:
        *b)  selon la forme particulière suivante:* _____

    [ ]  (c)  by delivery to the addressee, who accepted it voluntarily.*
        *c)  par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
- (identity and description of person)
- *(identité et qualité de la personne)* _____

- relationship to the addressee (family, business or other):
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2)  that the document has not been served, by reason of the following facts*:
*2.  que la demande n'a pas été exécutée, en raison des faits suivants:*

*The recipient refused to accept the documents.*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action, Conditional Transfer Order with attached Schedule, Civil Cover Sheet, Plaintiffs' Class Action Complaint with Exhibit "A", Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at  *Beijing*  the *April 11, 2014*
*Fait à*

Signature and/or stamp
*Signature et/ou cachet.*

*  Delete if inappropriate.*
*  Rayer les mentions inutiles.*

2

267247 - 83

Beijing City Higher People's Court

Proof of Service

[Seal affixed: Beijing City Higher People's Court]

SX-13-1733

| Cause of Action | | Case No. | Judicial Foreign (2013) 1394 |
|---|---|---|---|
| Name and Number of Copies of Documents Served | One Copy of Document Summary     One Copy of Summons  One Copy of Complaint     One Copy of Document | | |
| The Addressee | Beijing New Building Materials (Group) Co., Ltd. | | |
| Address for Service | 15/F, Tower 2, Guohai Plaza, 17 Fuxing Road, Haidian District, Beijing | | |
| Signature or Seal of the Addressee | | | |
| The Addressee's Agent and Reason for such Agency | . | | |
| Reason for Unsuccessful Serving | Refusing to accept. | | |
| Remarks | USA, with translations | | |

Issued by: Xin Chen                    Servers: Ding Jia, Xiaoguang Zhang  12-23-2013

Note: (1) Service of criminal litigation documents shall be conducted in accordance with Article 51 of the Criminal Procedure Law of the People's Republic of China; service of civil and administrative litigation documents shall be conducted in accordance with or with reference to Articles 78 and 79 of the Civil Procedure Law of the People's Republic of China.

(2) For service of litigation documents to the addressee's agent, the addressee's agent shall indicate his/her relationship with the addressee and the reason for such agency in addition to affixing his/her signature or seal.

# 北京市高级人民法院
## 送 达 回 证

SX-13-1733

| 案　　由 | | 案　　号 | 法外（2013）1394 号 |
|---|---|---|---|
| 送达文书<br>各称和件数 | 文书概要一份<br>诉状一份 | | 传票一份<br>文书一份 |
| 受 送 达 人 | Beijing New Building Materials (Group) Co., Ltd.<br>北新建材（集团）有限公司 | | |
| 送 达 地 址 | 北京市海淀区复兴路 17 号国海广场 2 号楼 15 层 | | |
| 受 送 达 人<br>签名或盖章 | | | |
| 代 收 人<br>代 收 理 由 | | | |
| 未 能 送<br>达 理 由 | 拒收. | | |
| 备　　考 | 美国，有译文 | | |

填发人　陈新　　　　　　　　　　　　送达人 贾下 张晃灵 2013.17.23

注：（1）送达刑事诉讼文书，按照刑事诉讼法第五　一条的规定办理；送达民事、行政诉讼
　　　　文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
　　（2）代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理
　　　　由。

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND
UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

## REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

13-SxS-1737

| | |
|---|---|
| Identity and address of the applicant<br>*Identité et adresse du requérant*<br><br>**Jeff J. Karsten**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota 55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776    Fax: 952.831.8150**<br>**Email: JKarsten@CivilActionGroup.com** | Address of receiving authority<br>*Adresse de l'autorité destinataire*<br><br>**Ministry of Justice**<br>**International Legal Cooperation Center (ILCC)**<br>**6, Chaoyangmen Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**P.C. 100020**<br>**People's Republic of China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-
mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)

*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- les documents ci-dessous énumérés, en le priant*
*conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
(identité et adresse)          Beijing New Building Materials (Group) Co., Ltd.
15/F, Tower 2, Guohai Plaza, 17 Fuxing Road, Haidian District, Beijing 100036 China

[X] (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
   a)   *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
   b)   *selon la forme particulière suivante (article 5, alinéa premier, lettre b):* _____

[ ] (c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
   c)   *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided
on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Summary of the Document to be Served
Summons in a Civil Action
Conditional Transfer Order with Attached Schedule
Plaintiffs' Class Action Complaint with Exhibit "A"
Civil Cover Sheet
Translations

Done at
*Fait à*     Minneapolis, Minnesota, U.S.A.     , the 11 Nov 2013
                                          , le

Signature and/or stamp.
*Signature et/ou cachet.*

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55430

(Formerly OBD-116 which was formerly LAA-116,      USM-94
both of which may still be used)
                                          (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

266532-0089

Case Name: Amorin (FL) v. Taishan Gypsum Co., Ltd.
Defendant: Beijing New Building Materials (Group) Co., Ltd.
Court Case No.: 11-1672 Section L

2013 — SXS — 1737

## CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)   that the document has been served*
*1.   que la demande a été exécutée*
     - the (date)
     - *le (date)* _____
     - at (place, street, number)
     - *à (localité, rue numéro)* _____

     - in one of the following methods authorised by article 5-
     - *dans une des formes suivantes prévues à l'article 5:*
        [ ]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
           *a)  selon les formes légales (article 5, alinéa premier, lettre a).*
        [ ]  (b)  in accordance with the following particular method*:
           *b)  selon la forme particulière suivante:* _____

        [ ]  (c)  by delivery to the addressee, who accepted it voluntarily.*
           *c)  par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
     - (identity and description of person)
     - *(identité et qualité de la personne)* _____

     - relationship to the addressee (family, business or other):
     - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2)   that the document has not been served, by reason of the following facts*:
*2.   que la demande n'a pas été exécutée, en raison des faits suivants:*

*The recipient refused to accept the documents.*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action, Conditional Transfer Order with attached Schedule, Plaintiffs' Class Action Complaint with Exhibit "A", Civil Cover Sheet, Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

_____
_____
_____

Done at
*Fait à* Beijing      , the April 9, 2014

Signature and/or stamp.
*Signature et/ou cachet.*

中华人民共和国
司法部
民商事司法协助专用章

_____

\*  Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

266532-0089

# BEIJING SUPERIOR PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: Beijing Superior People's Court]

Judicial Association No. SX-13-1737

| Cause of Action | | | Cause No. | Law Association No. (2013) 1398 |
|---|---|---|---|---|
| Document Served and Number | Summary of Documents, one copy <br> Complaint, one copy | | Summons, one copy <br> Document, one copy | |
| Recipient | Beijing New Building Materials (Group) Co., Ltd. | | | |
| Address for Service | 15/F, Tower 2, Guohai Plaza, 17 Fuxing Road, Haidian District, Beijing, (China) . | | | |
| Recipient Signature or Seal | | | | |
| Recipient in substitution and reason(s) | | | | |
| Reasons for Non-Service | Refused to accept with the excuse that the company's chief officer was away on a business trip. | | | |
| Notes | United States.   With translation | | | |

Issuer:  Chen, Xin          Servers:   Jia, Ding      Zhang, Xiao Guan   *Dec. 23, 2013*

Note:
 (1)  The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §51; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
(2)  In case of receiving by substitution, the substitution recipient should sign and seal the document, and note the relationship with the servee, and the reason(s) for substitution.

# 北京市高级人民法院
## 送　达　回　证

Sx-13-173]

| 案　　　由 | | 案　号 | 法外（2013）1398 号 |
|---|---|---|---|
| 送达文书<br>各称和件数 | 文书概要一份<br>诉状一份 | 传票一份<br>文书一份 | |
| 受 送 达 人 | Beijing New Building Materials (Group) Co., Ltd.<br>北新建材（集团）有限公司 | | |
| 送 达 地 址 | 北京市海淀区复兴路 17 号国海广场 2 号楼 15 层 | | |
| 受 送 达 人<br>签名或盖章 | | | |
| 代 收 人<br>代 收 理 由 | | | |
| 未 能 送<br>达 理 由 | 以领导出差为由而拒收。 | | |
| 备　　考 | 美国，有译文 | | |

填发人　陈新　　　　　　　　　　　送达人 贾小 张兆荣 2013·12·23

注：（1）送达刑事诉讼文书，按照刑事诉讼法第五　一条的规定办理；送达民事、行政诉讼
　　　文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
（2）代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理
　　　由。

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND
UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

13-5x5-1740

| Identity and address of the applicant | Address of receiving authority |
|---|---|
| *Identité et adresse du requérant* | *Adresse de l'autorité destinataire* |
| **Diane K. Myers** | **Ministry of Justice** |
| **APS INTERNATIONAL, LTD** | **International Legal Cooperation Center (ILCC)** |
| **APS International Plaza** | **6, Chaoyangmen Nandajie** |
| **7800 Glenroy Road** | **Chaoyang District** |
| **Minneapolis, Minnesota 55439-3122** | **Beijing** |
| **U.S.A.** | **P.C. 100020** |
| **Tel. 952.831.7776    Fax: 952.831.8150** | **People's Republic of China** |
| **Email: DMyers@CivilActionGroup.com** | |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-
mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant*
*conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
(identité et adresse) _____ Beijing New Building Materials (Group) Co., Ltd. _____
_____ 15/F, Tower 2, Guohai Plaza, 17 Fuxing Road, Haidian District, Beijing, China, 100036 _____

[X] (a)    in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
   *a)    selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b)    in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
   *b)    selon la forme particulière suivante (article 5, alinéa premier, lettre b);*_____
_____
_____

[ ] (c)    by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
   *c)    le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided
on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

| | |
|---|---|
| Summary of the Document to be Served | **Done at** |
| ✓Summons in a Civil Action | *Fait à* _____ Minneapolis, Minnesota, U.S.A. _____, the /le 11 NOV 2013 |
| ✓Plaintiffs' Class Action Complaint with Exhibit "A" | |
| ✓Translations | |
| _____ | **Signature and/or stamp.** |
| _____ | *Signature et/ou cachet.* |
| _____ | |
| _____ | *Diane K Myers* (signature) |
| _____ | |
| _____ | (Formerly OBD-116 which was formerly LAA-116,    USM-94 |
| | both of which may still be used)    (Est. 11/22/77) |

\* Delete if inappropriate.
. *Rayer les mentions inutiles*

267249 - 98

2013-SXS-1740

Case Name: Amorin (LA) v. Taishan Gypsum Co., Ltd.
Defendant: Beijing New Building Materials (Group) Co., Ltd.
Court Case No.: 11-1395

## CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)   that the document has been served*
I.    *que la demande a été exécutée*
   - the (date)
   - *le (date)* _____
   - at (place, street, number)
   - *à (localité, rue numéro)* _____
   _____

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
      [  ]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
            *a)    selon les formes légales (article 5, alinéa premier, lettre a).*
      [  ]  (b)  in accordance with the following particular method*:
            *b)    selon la forme particulière suivante:* _____
            _____

      [  ]  (c)  by delivery to the addressee, who accepted it voluntarily.*
            *c)    par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* _____
   _____

   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2)   that the document has not been served, by reason of the following facts*:
2.    *que la demande n'a pas été exécutée, en raison des faits suivants:*

   *The recipient refused to accept the documents.*
   _____
   _____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action, Plaintiffs' Class Action Complaint with Exhibit "A", Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

_____
_____
_____

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*

_____
_____
_____

Done at     *Beijing*     the     *April 11, 2014*
*Fait à*
Signature and/or stamp.
*Signature et/ou cachet*

*    Delete if inappropriate.
    *Rayer les mentions inutiles.*

2

267249 - 98

Beijing City Higher People's Court

Proof of Service

[Seal affixed: Beijing City Higher People's Court]

SX-13-1740

| Cause of Action | | Case No. | Judicial Foreign (2013) 1451 |
|---|---|---|---|
| Name and Number of Copies of Documents Served | One Copy of Document Summary    One Copy of Summons  One Copy of Complaint    One Copy of Document | | |
| The Addressee | Beijing New Building Materials (Group) Co., Ltd. | | |
| Address for Service | 15/F, Tower 2, Guohai Plaza, 17 Fuxing Road, Haidian District, Beijing | | |
| Signature or Seal of the Addressee | | | |
| The Addressee's Agent and Reason for such Agency | . | | |
| Reason for Unsuccessful Serving | Refusing to accept on the ground that the leader was on a business trip. | | |
| Remarks | USA, with translations | | |

Issued by: Xin Chen                      Servers: Ding Jia, Xiaoguang Zhang  12-23-2013

Note: (1) Service of criminal litigation documents shall be conducted in accordance with Article 51 of the Criminal Procedure Law of the People's Republic of China; service of civil and administrative litigation documents shall be conducted in accordance with or with reference to Articles 78 and 79 of the Civil Procedure Law of the People's Republic of China.

(2) For service of litigation documents to the addressee's agent, the addressee's agent shall indicate his/her relationship with the addressee and the reason for such agency in addition to affixing his/her signature or seal.

# 北京市高级人民法院
## 送　达　回　证

Sx-13-1740

| 案　　由 | | 案　号 | 法外（2013）1451 号 |
|---|---|---|---|
| 送达文书<br>各称和件数 | 文书概要一份<br>诉状一份 | | 传票 一份<br>文书一份 |
| 受送达人 | Beijing New Building Materials (Group) Co., Ltd.<br>北新建材（集团）有限公司 | | |
| 送达地址 | 北京市海淀区复兴路 17 号国海广场 2 号楼 15 层 | | |
| 受送达人<br>签名或盖章 | | | |
| 代收人<br>代收理由 | | | |
| 未能送<br>达理由 | 以领牙弐差为由拒收. | | |
| 备　　考 | 美国，有译文 | | |

填发人　陈新　　　　　　　　　　　送达人 贾下. 张罘完. 2013.12.23

注：（1）送达刑事诉讼文书，按照刑事诉讼法第五　一条的规定办理；送达民事、行政诉讼
　　　文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
　　（2）代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理
　　　由。