*PRIVILEGED AND CONFIDENTIAL*
特权及保密信息

## COMMON INTEREST, JOINT DEFENSE AND CONFIDENTIALITY AGREEMENT

## 共同利益、共同抗辩及保密协议

This Joint Defense Agreement ("Agreement") is made by and between China National Building Materials Group Corporation ("CNBM Group"), China National Building Material Company Limited ("CNBM"), Beijing New Building Material (Group) Co., Ltd. ("BNBM Group"), Beijing New Building Materials Public Limited Company ("BNBM PLC"), Taishan Gypsum Co. Ltd. ("Taishan"), and Tai'an Taishan Plasterboard Co. Ltd. ("TTP"), referred to collectively as the "Parties" to this Agreement, in the below described litigation.
本共同抗辩协议（"本协议"）由中国建筑材料集团有限公司（"中国建材集团"）、中国建材股份有限公司（"中国建材"）、北新建材集团有限公司（"北新集团"）、北新集团建材股份有限公司（"北新建材"）、泰山石膏股份有限公司（"泰山"）和泰安市泰山纸面石膏板有限公司（"泰安泰山石膏板"）（以下合称本协议的"各方"）在以下所述的诉讼中签订。

WHEREAS, plaintiffs from the United States of America ("United States" or "US") have filed numerous legal actions, in both federal and state courts, naming or attempting to name the Parties, and actual or alleged affiliates of those entities, as defendants (collectively, the "Mass Tort Drywall Litigation"); and
鉴于：美利坚合众国（"美国"）的原告已经在联邦法院和州法院提起了大量的诉讼，列明或试图列明各方以及这些实体的实际的或被指称的关联方为被告（统称"大规模侵权石膏墙诉讼"）；以及

WHEREAS, the actions in the Mass Tort Drywall Litigation generally contain allegations that Chinese gypsum drywall products allegedly manufactured, sold, or distributed by the Parties, as well as numerous other companies, are defective and have caused property damage and/or personal injury; and
鉴于：大规模侵权石膏墙诉讼中的诉讼案通常声称，由各方以及许多其他公司制造、销售或分销的中国石膏墙产品是有缺陷的并且已经造成了财产损害和/或人身伤害；以及

WHEREAS, the Mass Tort Drywall Litigation includes, among others, numerous federal court actions that have been transferred to and coordinated in a single federal docket, Multidistrict Litigation No. 2047, U.S. Federal District Court for the Eastern District of Louisiana (the "MDL Actions"), as well as many actions filed by homeowners in various state courts of the United States and indemnity actions, all of which raise pressing issues for the Parties; and
鉴于：除其他事项外，大规模侵权石膏墙诉讼包括许多联邦法院的诉讼案——该等诉讼案已经被移送到一个统一的联邦诉讼程序中并在该程序中予以协调，即美国路易斯安那州东区联邦地区法院多区合并诉讼（案号：2047）（"多区合并诉讼"）；大规模侵权石膏墙诉讼还包括许多由房屋主在美国的不同的州法院提起的诉讼案以及损害赔偿诉讼案——所有这些诉讼对各方提出了亟需解决的问题；以及

1

FSIA
EXHIBIT
94

**WANG: Exhibit 310**

BNBMPLC0007605

*PRIVILEGED AND CONFIDENTIAL*
*待权及保密信息*

WHEREAS, the Parties recognize that the allegations raised by plaintiffs in the Mass Tort Drywall Litigation present certain legal and factual issues that are common to the Parties, and even though the Parties maintain that such allegations are baseless, they warrant joint efforts in analyzing, responding to, and, where appropriate, defending individual actions in the Mass Tort Drywall Litigation; and

鉴于：各方认识到原告在大规模侵权石膏墙诉讼中所提出的控诉呈现了某些对各方面言为共同的法律和事实问题，并且虽然各方认为此类控诉是没有依据的，但需要共同的努力来分析、回复并且在适当的时候在大规模侵权石膏墙诉讼的具体案件中进行抗辩；以及

WHEREAS, the Parties to this Agreement believe that it will be in their mutual and common interest that they and/or their counsel have the ability to (1) exchange certain of their counsel's legal advice, factual and legal research, documents and other information; (2) share certain of their counsel's work product; and (3) jointly work with one another and their respective counsel in connection with responding to and defending the Mass Tort Drywall Litigation and any other actual or potential proceeding involving the same or similar allegations; and

鉴于：本协议的各方相信出于他们相互的和共同的利益，他们和/或他们的律师能够（1）交换某些他们的律师的法律建议、事实和法律研究、文件和其他信息；（2）分享某些他们律师的工作成果；和（3）就大规模侵权石膏墙诉讼和任何实际的或潜在的涉及同样或类似控诉的诉讼的答复与抗辩而相互共同工作并且和他们各自的律师共同工作；以及

WHEREAS the Parties to this Agreement believe that the sharing of information, communications and their counsel's legal advice and work product will reduce the costs of litigation, will promote efficiency, and will be beneficial to their common interests in the joint defense of the Mass Tort Drywall Litigation and any other actual or potential proceeding involving the same or similar allegations; and

鉴于：本协议的各方相信分享信息、通讯和他们律师的法律建议和工作成果将降低诉讼成本、将提高效率并且将有利于在大规模侵权石膏墙诉讼和任何其实际的或潜在的涉及同样或类似控诉的诉讼中进行共同抗辩的共同利益；以及

WHEREAS, in undertaking and effectuating their joint efforts, it has been and will be advisable and necessary for the Parties and/or their counsel to share with each other information that may be of a privileged, protected, and/or confidential nature; and

鉴于：就承担和实行他们的共同努力而言，各方和/或他们的律师相互分享各自的可能具有特权性和、受保护性和/或保密性的信息已经是并且还将是可取的和必须的。

WHEREAS, the Parties intend that their joint efforts not constitute or be construed as a waiver of any attorney/client, work product, joint defense, common interest, or self-evaluative privilege, or of any protection afforded to proprietary information or trade secrets, and/or of any other type of privilege or protection, and that such joint efforts have been and shall continue to be undertaken subject to, and without waiving, any such privileges and protections; and

2

*PRIVILEGED AND CONFIDENTIAL*
特权及保密信息

鉴于：各方的意向是他们的共同努力将不构成或将不被解释为放弃任何律师客户、工作成果、共同抗辩、共同利益或自我评估特权，或任何对专有信息或商业秘密提供的保护和/或任何其他类型的特权或保护，并且此类共同努力的实行已经并将继续受制于且不放弃任何此类特权和保护；以及

WHEREAS, the Parties intend that their joint efforts shall not constitute joint representation of them by any counsel and shall not itself constitute a basis for disqualification by one Party of the other's lawyers in any litigation or proceeding.
鉴于：各方的意向是他们的共同努力不应构成由任何律师对他们的共同代表，并且其本身不构成一方取得其他方的律师在任何诉讼或法律程序中的资格的基础。

NOW, THEREFORE, in consideration of the mutual covenants and agreements herein, the Parties agree as follows:
据此，鉴于在此相互的约定和协议，各方达成协议如下：

**AUTHORIZATION AND INCORPORATION OF ABOVE "WHEREAS" CLAUSES**
授权和合并以上 "鉴于" 条款

1. The undersigned represent that they are fully authorized to enter into this Agreement. The above-stated "WHEREAS" clauses are hereby incorporated by reference and made fully a part of this Agreement.
1. 以下签署人表示他们被充分授权以签订本协议。以上所述的 "鉴于" 条款通过引用合并在此并且完全地作为本协议的一部分。

**COMMON INTEREST**
共同利益

2. In connection with the Parties' efforts in defending against the Mass Tort Drywall Litigation and any other actual or potential proceedings involving the same or similar allegations as those alleged in the Mass Tort Drywall Litigation, the Parties believe and agree they share a mutuality of interest in a common defense. In order to advance the Parties' common interest, they have concluded that facts and information known or discovered by each of them may assist the other Party in the preparation of an individual defense or may constitute between the Parties a joint defense. The Parties therefore acknowledge and agree that they share certain common interests and that their interests will be best served if they and/or their counsel can exchange information related to those interests subject to the continued protection of the attorney-client privilege, attorney work product doctrine, joint defense and/or common interest doctrines, and/or any other applicable privileges or protections.
2. 关于各方在大规模侵权石膏墙诉讼和任何其他实际的或潜在的涉及与大规模侵权石膏墙诉讼中同样或类似控诉的诉讼中的抗辩努力，各方相信并同意他们在共同抗辩中有着相互的利益。为了促进各方的共同利益，他们已经得出这样的结论：他们中的每一个所己知的或发现的事实和信息可能对其他方准备单独的抗辩有帮助，或可能在各

BNBMPLC0007607

*PRIVILEGED AND CONFIDENTIAL*
特权及保密信息

方之间构成共同抗辩，各方因此确认并同意他们分享某些共同的利益并且如果他们和/或他们的律师能够交换有关这些利益的信息，则他们的利益将得到最大的保障——所述信息的交换受制于持续的律师-客户特权、律师工作成果原则、共同抗辩和/或共同利益原则的保护和/或任何其他适用的特权或保护。

## JOINT DEFENSE INFORMATION
共同抗辩信息

3. The Parties agree that they may cooperate with each other as each Party may deem appropriate and shall abide by this Agreement in the joint defense of the Parties' common interests to the extent permitted by law pursuant to the joint defense and/or common interest doctrines recognized by the various state and federal courts. To that end, a Party or its counsel (a "Producing Party") may communicate, exchange or share with another Party to this Agreement or its counsel ("Receiving Party") information protected by the attorney-client privilege, the attorney work product doctrine, or other privileges or protections, and information which constitutes confidential business information, trade secrets, or any other type of privileged or protected confidential Information—both orally and in paper and electronic documents—including but not limited to, documents, facts, strategies, factual analyses, mental impressions, investigations, legal advice and analysis and memoranda and opinions, reports of witness interviews, draft briefs and pleadings, and other information. All such information that is disclosed pursuant to this Agreement, including information exchanged both orally and in paper and electronic documents, shall be referred to herein as "Joint Defense Information." All such information communicated between the Parties is intended as confidential and shall be covered by a joint defense privilege and treated as confidential Joint Defense Information unless expressly designated otherwise by the Producing Party.

3. 各方同意他们可以相互提供各自认为适当的配合，并且应当在对各方的共同利益的共同抗辩中、在法律所允许的根据不同的州和联邦法院所承认的共同抗辩和/或共同利益原则的范围内遵守本协议。为此目的，一方或其律师（"出具方"）可以与本协议的另一方或其律师（"接收方"）通信、交流或共享受到律师-客户特权、律师工作成果原则保护的或受其他特权或保护原则保护的信息，以及构成保密的商业信息、商业秘密或任何其他类型的享有特权或被保护的保密信息——口头的和书面的和电子文件——包括但不限于文件、事实、策略、心理印象、调查、法律建议和分析及备忘录和意见、事实性分析、证人面谈报告、意见陈述和诉讼文书稿和其他信息。所有根据本协议被披露的此类信息，包括以口头的和书面的和电子的方式交换的信息，应在此被称为"共同抗辩信息"。除非出具方另有其他明确指定，所有此类在各方之间交换的信息都是要保密的且应被共同抗辩特权所涵盖，并应作为保密的共同抗辩信息对待。

4. The Parties hereby confirm to each other that, to the extent they have already been in oral or written communication with one another about matters pertaining to the Mass Tort Drywall Litigation or other actual or potential proceedings involving the same or similar allegations as those alleged in the Mass Tort Drywall Litigation, such communications and work-product have occurred and been created in furtherance of the joint defense, and are subject to this Agreement and the joint defense privilege.

4

BNBMPLC0007608

*PRIVILEGED AND CONFIDENTIAL*
特权及保密信息

4. 各方由此相互确认，就他们已经口头或书面地相互就大规模侵权石膏墙诉讼和任何其他实际的或潜在的涉及与大规模侵权石膏墙诉讼中同样或类似控诉的诉讼的有关事项进行的交流而言，此类交流和工作成果为了促进共同抗辩特权已经发生或建立，并且受制于本协议和共同抗辩特权保护。

5. Nothing in this Agreement is intended to, or shall be deemed to, impose any obligation upon either Party to disclose Joint Defense Information to another Party or its counsel.
5. 本协议并非要或应被视为对任何一方施加向另一方或其律师披露共同抗辩信息的义务。

## PRESERVATION OF ALL PRIVILEGES AND CONFIDENCES
保持所有的特权性和保密性

6. The Parties agree and intend that the otherwise privileged or confidential Joint Defense Information will continue to be protected from disclosure by the attorney-client privilege, attorney work product doctrine, and/or other applicable privileges or protections, even if such materials are exchanged between themselves or between counsel and other representatives or consultants for the Parties and that disclosure of Joint Defense Information in this manner is not intended to and does not waive any applicable privilege or protection. Any inadvertent disclosure of Joint Defense Information shall not constitute a waiver of confidentiality or privilege. Any other disclosure shall not constitute a waiver of the confidential or privileged treatment of any Joint Defense Information.
6. 各方同意并且意向是其他享有特权的或保密的共同抗辩信息将继续被保护而不被披露——该保护为律师-客户特权、律师工作成果原则和或其他适用的特权或保护——即使如果此类材料在各方之间、或在各方的律师和其他代表或顾问之间交换。并且以此方式披露的共同抗辩信息不是要并且也没有放弃任何适用的特权或保护。任何对共同抗辩信息的疏忽的披露不应构成对保密性和特权的放弃。任何其他披露不应构成对任何共同抗辩信息的保密性或特权的放弃。

## LIMITATIONS ON USE OF JOINT DEFENSE INFORMATION
共同抗辩信息的使用限制

7. The Parties intend and understand that disclosure of Joint Defense Information pursuant to this Agreement shall be done solely to facilitate the preparation and/or presentation of common or coordinated defenses. To ensure the protection of the mental impressions, conclusions, opinions, legal theories, and other work product of counsel for the Parties, as well as other privileged, protected, or confidential information, each Party agrees that Joint Defense Information shall not be given, shown, made available, or communicated in any way to anyone other than the following:
7. 各方的意向是并且各方理解根据本协议对共同抗辩信息的披露仅应是为了促进共同的或经协调的抗辩而做出。为了确保对心理印象、结论、意见、法律理论和其他有关各方的律师的工作成果以及其他享有特权、被保护的或保密的信息的保护，每一方同

5

*PRIVILEGED AND CONFIDENTIAL*
特权及保密信息

意共同抗辩信息不应以除了以下方式之外的任何方式给予、显示、使其可得或交流给
任何人：

   a.   counsel for the Parties and such members of their support staff whose access to such
Joint Defense Information is reasonably necessary to such counsel's representation of
the Party;
各方的律师以及其支持人员中的成员——此类成员对此类共同抗辩信息的获得
对此类律师代表该各方是合理必须的；

   b.   managerial, supervisory, or ownership representative employees or individuals and/or
in-house counsel for a Party who have responsibilities relevant to the conduct or
defense of the Mass Tort Drywall Litigation or other related litigations or proceedings;
一方的管理、监督或所有权代表的雇员或个人和/或内部律师——该等人员有着
与进行和抗辩大规模侵权石膏墙诉讼或其他相关诉讼或行动有关的责任；

   c.   independent consultants and/or non-testifying experts retained, employed, or
otherwise consulted by a Party or by the Parties to assist counsel in representing the
Party or Parties.  Testifying experts shall not have access to any Joint Defense
Information without the written consent of the Producing Party for the Joint Defense
Information sought to be provided to the testifying expert. No consultant or expert
who is otherwise permitted to have access to Joint Defense Information under this
Agreement shall have access to any Joint Defense Information until he/she has been
advised by the Party that engages him/her of and has agreed to abide by the terms and
conditions of this Agreement.  Such consultants and experts shall not be given a copy
of this Agreement, nor shall it become part of their discoverable materials, if any; and
一方或各方所聘用的、雇佣的或以其他方式咨询的以协助律师代表该方或各方
的独立顾问和/或非作证专家。对于寻求提供给作证专家的共同抗辩信息，作证
专家未经出具方的书面同意不应获悉任何该共同抗辩信息。不得有顾问或专家
以其他方式被允许获悉本协议下的任何共同抗辩信息直至他/她已经被聘用其的
一方告知并且已同意遵守本协议的条款和条件。此类顾问和专家不应被给予本
协议副本，且本协议也不应成为他们可被进行证据开示的材料（如果有的话）
的一部分；以及

   d.   those individuals or entities to whom disclosure is required by statute, regulation,
court or administrative order.
那些依照法规、规定、法院或行政命令要求向其披露的个人或实体。

8. Joint Defense Information that is shared pursuant to this Agreement is to be used solely for
the joint defense of the Mass Tort Drywall Litigation or any other actual or potential
proceeding involving the same or similar allegations as those alleged in the Mass Tort
Drywall Litigation. The Parties shall not disclose Joint Defense Information (or information
derived therefrom), or use Joint Defense Information for any  purpose other than the joint
defense of the Mass Tort Drywall Litigation without the unanimous consent of all involved
Parties.
8. 根据本协议分享的共同抗辩信息的使用仅是为了在大规模侵权石膏墙诉讼和任何其
他实际的或潜在的涉及与大规模侵权石膏墙诉讼中同样或类似控诉的诉讼中进行共同
抗辩。未经所有涉及各方的一致同意，各方不得为除大规模侵权石膏墙诉讼共同辩护
以外的任何其他目的而披露共同抗辩信息（或由此衍生的信息）或使用共同抗辩信息。

6

BNBMPLC0007610

*PRIVILEGED AND CONFIDENTIAL*
特权及保密信息

9. Nothing in this Agreement shall restrict a Party from using its own information or documents, its own legal research and memoranda, or other materials compiled or prepared by its counsel or experts in the Mass Tort Drywall Litigation or any other litigation or proceeding, despite the fact that any of those materials may have been shared with the other Party pursuant to this Agreement.

9. 本协议不应限制一方使用其自己的信息或文件、其自己的法律研究和备忘录、或其他由其律师或专家在大规模侵权石膏墙诉讼或任何其他诉讼或行动中所编辑的或准备的资料，尽管事实是任何那些资料可能已经根据本协议与其他方进行了分享。

10. Provided that no disclosure is made of Joint Defense Information, nothing in this Agreement shall preclude a Party from (a) pursuing independently any subject matter, including subjects reflected in Joint Defense Information, or (b) disclosing to a third party, at its discretion, information which is developed independently of Joint Defense Information.

10. 如果不会对共同抗辩信息进行披露，则本协议不应阻止一方（a）独立地从事任何事项，包括在共同抗辩信息中反映的事项；或（b）自行决定对第三方披露其独立于共同抗辩信息而开发出的信息。

**DISCOVERY DEMANDS**
证据开示要求

11. If a Party hereto receives a request, subpoena, or demand from any person or entity not a Party to this Agreement for the production of Joint Defense Information other than that Party's own information, by discovery request or otherwise, it shall: (i) immediately notify counsel for each other Party's client of the demand; (ii) provide the other Parties and their counsel with copies of any writings or documents, including subpoenas, summonses, motions, briefs and transmittals related thereto, that request the Joint Defense Information; (iii) make such objections to the demand as are reasonable and appropriate and assert all available privileges with respect to the requested Joint Defense Information; and (iv) not produce or provide the requested Joint Defense Information until all such objections are finally resolved by a court, unless the privilege and the protections of this Agreement are waived in writing by the Producing Party. Each Party will take all steps necessary to permit the assertion of all applicable rights and privileges with respect to Joint Defense Information and shall cooperate fully with each other Party in any judicial or administrative proceeding relating to the requested disclosure of Joint Defense Information. The cost of defending, or challenging such a request, subpoena, or other demand shall be borne by the Party that originated the Joint Defense Information or, if none, by the Party contesting the disclosure.

11. 如果本协议的一方收到来自非为本协议的一方的任何人或实体的通过证据开示请求或其他方式提出的关于出具共同抗辩信息（非该方自身的信息）请求、传票或要求，该方应：（i）立即通知要求的每一其他方客户的律师；（ii）向其他各方和他们的律师提供任何书件或文件的副本，包括要求提供共同抗辩信息的传票、传唤、动议、意见陈述和有关please送函；（iii）对该要求提出合理的且适当的异议并主张所有关于被要求提供的共同抗辩信息的可用的特权；和（iv）直至所有此类异议被该被诉法院最终解决之前不出具或提供所要求的共同抗辩信息，除非出具方以书面形式放弃本协议的特权

BNBMPLC0007611

*PRIVILEGED AND CONFIDENTIAL*
*特权及保密信息*

和保护。每一方将采取所有必要步骤使得可以对有关共同抗辩信息的所有可用的权利和特权进行主张，并且应当充分地与各其他方在有关要求对该共同抗辩信息进行披露的司法或行政程序中进行合作。抗辩或挑战此类要求、传票或其他要求的费用应由该产生共同抗辩信息的一方承担，或如果没有这样的一方，则由争辩该披露的那一方承担。

If the disclosure of Joint Defense Information is compelled by a court of competent jurisdiction or as part of a judicial, administrative, or alternative dispute resolution ("ADR") procedure, then the Party asked to disclose Joint Defense Information shall give notice of the request or compulsion to the other Party so that the other Party may take appropriate action. The cost of defending or challenging such a disclosure of Joint Defense Information shall be borne by the Party that originated the Joint Defense Information or, if none, by the Party contesting the disclosure.

如果共同抗辩信息的披露是由有管辖权的法院所强制的，或是由司法的、行政的或替代性纠纷解决机制（"ADR"）程序的一部分所强制的，那么被要求披露共同抗辩信息的那一方应向其他方发送该请求或该强制的通知，从而其他方可以采取适当的行动。抗辩或挑战此类披露共同抗辩信息的费用应由该产生共同抗辩信息的一方承担，或如果没有这样的一方，则由争辩该披露的那一方承担。

Each Party agrees that it shall assert all privileges and legal protections in opposition to any discovery request, subpoena, or other demand propounded by any person or entity not a signatory to this Agreement that seeks information that the Party has received or developed pursuant to this joint defense effort. The terms of this paragraph shall survive the termination of this Agreement.

每一方均同意它应在对证据开示请求、传票或其他要求的反对中主张所有的特权和法律保护——该等证据开示请求、传票或其他要求是由任何非本协议签署方的任何人或实体提出的以寻求获得该方根据本共同抗辩努力所接收的或开发的信息。本段落的条款应在本协议终止后继续有效。

## DISCLOSURE TO INSURERS
对保险人的披露

12. Under no circumstance, shall any insurance company (or its counsel) having any adverse interest (with respect the Mass Tort Drywall Litigation) to any Party that is a signatory to this Agreement be permitted to participate in this Agreement or receive Joint Defense Information. This does not prohibit any Party from sharing with its insurance companies any information or knowledge that it has acquired not as a result of this Agreement.

12.在任何情况下，任何就该大规模侵权石膏墙诉讼与任何本协议签约的存存在相反利益的保险公司（或其律师）不应被允许参加本协议或接收共同抗辩信息。这并不禁止任何一方与其保险公司分享非作为本协议的结果任何其已经获得的信息或知识。

## ADDITIONAL PARTIES TO THE AGREEMENT

8

PRIVILEGED AND CONFIDENTIAL
仲权及保密信息

增加的本协议方

13. Defendants in the Mass Tort Drywall Litigation may be made subject to this Agreement merely by signing. Any individual or entity who is not currently a defendant in the Mass Tort Drywall Litigation and whose conduct either is the subject of the allegations of a complaint and any amendments thereto or otherwise has been placed at issue by Plaintiffs' claims in the Mass Tort Drywall Litigation, and who is at risk of being named as a defendant in the Mass Tort Drywall Litigation, may be made subject to and participate in this Agreement upon (a) the unanimous written consent of the Parties, and (b) the signature of the non-party individual or entity or its counsel. Any such non-party or entity so joined in this Agreement shall be deemed a Party for purposes of this Agreement, and shall be bound by all terms, conditions, and requirements of this Agreement in the same manner as are Parties, Defendants, and counsel for Defendants.

13. 大规模侵权石膏墙诉讼的被告可以仅通过签署本协议的方式而受本协议制约。任何目前非为大规模侵权石膏墙诉讼中的被告的、且其行为或者是起诉书和其更正中所主张的对象的或以其他方式被大规模侵权石膏墙诉讼中原告的主张所针对的、并且其有着被列名为大规模侵权石膏墙诉讼中的被告的风险的个人或实体，可经（a）各方的一致书面同意和（b）该非当事方的个人或实体或其律师的签署，而受本协议制约并加入本协议。为了本协议的目的，任何加入本协议的非当事人或实体应被视为本协议一方，并且应与本协议各方、被告和被告的律师相同的方式受本协议的所有条款、条件和要求的约束。

## WITHDRAWAL OR TERMINATION
退出或终止

14. A Party may withdraw from participation in this Agreement at any time pursuant to the procedures set forth herein. In the event a Party elects to withdraw from participation in this Agreement, the withdrawing Party shall immediately provide written notice of its intention to withdraw by e-mail and overnight delivery to the other Party. Within ten (10) business days after providing written notice of its intention to withdraw, the Withdrawing Party shall return all Joint Defense Information received from the other Parties pursuant to this Agreement, including all copies thereof, or destroy all such information and certify in writing to the Producing Party that it has done so.

14. 一方根据在此说明的程序可在任何时候退出参加本协议。如果一方选择退出参加本协议，该退出方应立即向其他方通过电子邮件和隔夜递送提供它退出意向的书面通知。在提供其退出意向的书面通知后十（10）日内，该退出方应返还所有根据本协议从其他方收到的共同抗辩信息，包括所有副本，或销毁所有此类信息并向出具方提供书面证明以证明知其已照此行事。

15. This Agreement shall not be construed in any way as precluding any Party to this Agreement from individually settling with plaintiffs and/or any other person or entity. To preserve the obligations of the Parties under this Agreement, no Party to this Agreement may

9

*PRIVILEGED AND CONFIDENTIAL*
*特权及保密信息*

enter into any settlement of any action in the Mass Tort Drywall Litigation with plaintiffs or their representatives that includes any agreement by it to voluntarily or affirmatively assist the plaintiffs or their representatives in (1) the prosecution of that action or any other claim, demand or action against the other; (2) the prosecution of any other action in the Mass Tort Drywall Litigation against the other; and/or (3) any activities that would disclose any Joint Defense Information, or strategy, or would otherwise act to waive the attorney-client work product or other privileges and protections pertaining to such Joint Defense Information, or strategy.

15. 本协议不应以任何方式解释为阻止本协议任何一方单独与原告和/或任何其他人或实体和解。为了保持各方根据本协议的义务，本协议任何一方不能与原告或他们的代表就该大规模侵权石膏墙诉讼中的任何诉讼案达成以下和解；该和解包括其同意主动地或肯定地在在以下事项中帮助原告或其代表：（1）针对其他方进行该案的诉讼或任何其他索赔、要求或诉讼；（2）针对其他方进行该大规模侵权石膏墙诉讼中的任何其他诉讼案；和/或（3）将披露任何共同抗辩信息或策略的活动，或将以其他方式行事以放弃与此类共同抗辩信息或策略有关的律师-客户工作成果或其他特权和保护。

16. If any Party enters into an agreement to resolve one or more separate actions in the Mass Tort Drywall litigation with plaintiffs or their representatives, that Party's counsel must immediately notify counsel for the other Parties that it has reached such a resolution, even if all the terms of the resolution have yet to be finalized in writing. The Party or its counsel's continued participation in this Agreement is permitted only for the purpose of its defense of any remaining actions in the Mass Tort Drywall Litigation. The Party shall not consult or use Joint Defense Information for any purpose other than its defense of the remaining actions in the Mass Tort Drywall Litigation. A resolving Party shall continue to be bound by this Agreement with regard to any Joint Defense Information provided, disclosed, received, learned, or obtained from the other Party before withdrawal.

16. 如果任何一方与原告或其代表达成解决该大规模侵权石膏墙诉讼中的一个或多个独立的诉讼案的协议，则该方的律师必须立即通知其他各方的律师，告知其已达成此类解决方案——即使该解决方案的所有条款尚未书面完成。该方或其律师继续参加本协议仅在于为了其对大规模侵权石膏墙诉讼中的剩余的诉讼案进行抗辩的目的时是允许的。该方不应为了其对大规模侵权石膏墙诉讼中的剩余的诉讼案进行抗辩之外的任何其他目的就共同抗辩信息进行协商或使用。解决的一方应就任何由其他方在该解决的一方退出前向其提供、披露的、或从其他方接收、了解或获得的共同抗辩信息受制于本协议的约束。

17. The obligations that a Party assumes by becoming a signatory to this Agreement are continuing in nature, and shall survive withdrawal from the Agreement by a Party for any reason and/or termination of the Agreement. The withdrawal by a Party from participation in this Agreement shall be prospective only and shall not constitute a waiver of any privilege, right, or immunity with regard to information shared pursuant to the terms of this Agreement; all such privileges, rights and immunities shall survive withdrawal from the joint defense effort by a Party to this Agreement. A withdrawing Party shall have a continuing obligation pursuant to this Agreement to take reasonable steps and make a good faith effort to preserve all applicable privileges, rights and immunities. A withdrawing Party shall not share Joint

10

BNBMPLC0007614

*PRIVILEGED AND CONFIDENTIAL*
特权及保密信息

Defense Information with any person, firm, corporation or entity not a Party to this Agreement.

17. 一方因成为本协议的签约方所承担的义务本质上是连续的，并且应在一方因任何原因退出本协议和/或本协议终止后继续有效。一方退出参加本协议仅是预期中的，而不应构成对有关根据本协议所分享的信息的任何特权、权利或豁免的放弃；所有此类特权、权利或豁免应在本协议的一方退出本共同抗辩努力后继续有效。退出的一方应有根据本协议的持续的义务来采取合理的步骤和做出诚信的努力以保持所有适用的特权、权利和豁免。退出的一方不应与任何非为本协议一方的任何人、事务所、公司或实体分享共同抗辩信息。

18. Upon either: (1) a written request for return or destruction by a Producing Party; or (2) termination of this Agreement upon consent or at such time as the Parties determine that the Mass Tort Drywall Litigation and other related proceedings have been resolved, any Joint Defense Information shared by any counsel or Party in connection with the joint defense effort, including all copies of such Joint Defense Information, shall be destroyed (and such destruction certified in writing by the destroying party) or returned to the Party that originally furnished such materials, within thirty (30) business days. Notwithstanding the foregoing, outside counsel for each Party to this Agreement may retain archival copies of all Joint Defense Information for record-keeping purposes. This paragraph also shall not be deemed to require the return or destruction by a Party of its own work product or the work product of its counsel that may reflect a knowledge of Joint Defense Information disclosed by the other Party.

18. 如果（1）出具方提出返回或销毁的书面请求；或（2）经同意本协议终止或在某一时刻各方决定大规模侵权石膏墙诉讼和其他相关程序已经被解决，则由任何律师或一方分享的有关该共同抗辩努力的任何共同抗辩信息，包括该共同抗辩信息的所有副本应在三十（30）个工作日内被销毁（并且由该销毁的一方书面证明此类销毁）或返还给最初提供此类资料的那一方。尽管有前述规定，本协议每一方的外部律师可以为保存记录的目的保留所有共同抗辩信息的存档副本。本段落还不应被视为要求一方返回或销毁其自己的工作成果或其律师的工作成果——该等工作成果反映了对其他方所披露的共同抗辩信息的了解。

19. This Agreement shall remain in full force and effect unless and until terminated by the written consent of the Parties. This Agreement may be modified or amended only by written consent of all of the Parties.

19. 本协议应保持完全效力，除非以及直到被协议各方书面同意终止为止。仅在协议各方书面同意的情况下，本协议才可被修正或修改。

## INDEPENDENT REPRESENTATION/NO WAIVER
独立的代表/无弃权

20. Nothing in this Agreement shall be construed to affect the separate and independent representation of each Party by their respective counsel, or to require counsel to do anything that is not in counsel's client's best interest. This Agreement does not grant any right to any Party to control, influence, or be consulted with respect to the defenses or claims asserted by

11

*PRIVILEGED AND CONFIDENTIAL*
特权及保密信息

any other Party in discussion and/or litigation with plaintiffs, or their manner and timing of assertion, and provides no opportunity to appear on behalf of or to litigate any issues in any case where that Party's client is not a named party in such litigation. The Parties recognize that each is represented by counsel of its own choice. Counsel for one company do not represent the other company by virtue of this Agreement; indeed, the mutually-recognized need for independent choice of counsel is one of the bases for this arrangement. Notwithstanding the obligation of confidentiality created by this Agreement, the Parties recognize that their interests may become directly adverse, that each Party must represent his or her own client and no other, and that this Agreement does not create an attorney-client relationship between any lawyer and any client other than the client or clients that the lawyer and his or her firm represents.

20. 本协议中的内容均不应被解释为影响各方由其各自的律师分开地和独立地代表，或被解释为要求律师做出并不是最有利于其客户利益的任何事情。本协议并未向任何一方授予对讨论中或与原告进行诉讼中的任何其他方所主张的抗辩或诉讼请求，或他们的主张的方式和时间表进行控制、影响、或被咨询的权利，且并未提供在该方的客户并非是该类诉讼中被列名的当事人的任何情况下代表其出席或对任何问题进行诉讼的机会。各方认可其各自由自己选择的律师代表。一个公司的律师并不因为本协议而代表其他公司；确实，对律师独立选择的相互承认的需要是本协议的基础之一。尽管本协议产生了保密责任，各方认可他们的利益可能变得直接对立，从而每一方必须代表他或她自己的客户而非其他人，并且本协议并未在任何律师和除了该律师和他或她的律师事务所所代表的客户之外的任何客户之间产生律师-客户关系。

21. The Parties understand and agree that nothing contained herein shall be deemed to create an attorney-client or other agency or fiduciary relationship between any of the undersigned counsel and anyone other than the named client of such counsel as listed below. No Party shall have authority to waive any applicable confidence, privilege, or doctrine on behalf of the other Party, nor shall any waiver of an applicable privilege or doctrine by the conduct of one Party be construed to affect the rights of the other Party.

21. 各方理解并同意本协议的任何内容均不应被视作是在以下签字的律师和任何所列明的这些律师的客户之外的任何人之间产生律师-客户或其他代理或信托关系。任何一方均无权放弃任何适用的保密、特权或代表其他方的原则，也不应放弃任何适用的特权或由一方的行为被解释为影响其他方的权利的原则。

22. The fact that the Parties have agreed to be bound by the terms of this Agreement, or obtained Joint Defense Information pursuant to this Agreement, shall not in any way preclude counsel from taking any position or strategy regardless of whether the other Parties agree with that position or strategy.

22. 各方已经同意受到本协议以下各条款的束，以及根据本协议获得共同抗辩信息的事实，不应以任何方式排除律师谈论任何立场或策略，无论其他方是否同意该立场或策略。

23. The Parties each agree that counsel for the other Party will not be disqualified for any reason arising out of the existence of this Agreement, including that such counsel have been privy to attorney-client communications pursuant to this Agreement.

23. 各方均同意其他方的律师将不会因由本协议的存在引起的任何原因，包括该律师依据本协议已经对律师-客户通信有所知情而失去资格。

12

BNBMPLC0007616

*PRIVILEGED AND CONFIDENTIAL*
特权及保密信息

24. Each Party agrees that it will not assert that any lawyer or law firm is disqualified from representing its current client(s) in this litigation because that firm has (or any of its lawyers have) received Joint Defense Information, and each Party agrees to waive any such alleged conflict. Each Party also agrees that it will not assert that any of the other Party's lawyers is disqualified from representing its current client(s) or any third party adverse to the first-mentioned Party's client in any subsequent proceeding because its lawyers have received Joint Defense information, if that firm represents in writing that no lawyer who is personally representing the current client(s) or third party has actual knowledge of relevant Joint Defense Information. As to lawyers that have actual knowledge of relevant Joint Defense Information, the Parties will confer in good faith regarding their participation in the subsequent proceeding and will not assert a conflict of interest unless there is a basis to believe that the lawyers' participation will result in actual prejudice to the Party whose Joint Defense Information is in question.

24. 各方均同意其并不主张任何律师或律师事务所因该律师事务所（或其下属的任何律师）已经收到共同抗辩协议而失去代表其在本诉讼中的客户的资格，并且各方均同意放弃任何此类主张的冲突。各方也均同意其不会主张任何其他方的律师会因其律师已经收到共同抗辩信息而失去在任何随后的程序中代表其现有客户或与先道及的一方的客户立场相反的任何第三方的资格，条件是该律师事务所以书面形式陈述没有个人代表该现有客户的律师或第三方实际知悉有关共同抗辩信息。对于实际知悉有关共同抗辩信息的律师，各方将本着善意对其参加随后诉讼进行协商，并将不会主张利益冲突，除非有理由相信该律师的参与将会给共同抗辩信息被涉及的一方造成实际的偏见。

## NO ADMISSION OF LIABILITY
不承认责任

25. Nothing in this Agreement is intended to be, or shall be deemed to be, an admission of liability on the part of any Party or of the existence of facts upon which liability could be based.

25. 本协议的任何内容均不意在或应被认为是承认就任何一方而言的责任，或者是承认存在责任可能被基于的事实。

## NO WAIVER OF DEFENSES
不放弃抗辩

26. Nothing in this Agreement is intended to be, or shall be deemed to be, a waiver of any defenses including, but not limited to, those relating to personal jurisdiction over any Party.

26. 本协议中任何内容均不意在或应被视作是对任何抗辩的放弃，该抗辩包括但不限于那些与对任何一方的属人管辖权有关的抗辩。

## PRESERVATION OF RIGHTS AND REMEDIES
保留权利和救济

13

BNBMPLC0007617

*PRIVILEGED AND CONFIDENTIAL*
特权及保密信息

27. Nothing in this Agreement shall be construed to waive any rights that one Party may have against any other Party. Nothing in this Agreement shall be construed to create any enforceable claims or liabilities except to assure compliance with this Agreement.
27. 本协议中的任何内容均不应被解释为对一方可能对任何其他所有的任何权利的放弃。本协议中的任何内容均不应被解释为产生任何可执行的权利主张或责任，除了确保遵守本协议的之外。

**NO WAIVER**
不弃权

28. Any waiver in any particular instance of the rights, obligations or limitations contained in this Agreement shall not be deemed, and is not intended to be, a general waiver of any rights, obligations or limitations under this Agreement and shall not operate as a waiver beyond that particular instance.
28. 本协议下所包含的权利、义务或限制在任何特定情况下的任何弃权不应被视为并且不意在对本协议下的任何权利、义务或限制的一般性弃权，并且不应被作为超出该特定情况下的弃权。

**ENFORCEMENT**
执行

29. Disclosure of Joint Defense Information in violation of this Agreement will cause the Parties to suffer irreparable harm for which there is no adequate remedy at law. The Parties agree that injunctive relief is an appropriate means to enforce this Agreement, and that a Party's obligation to return or destroy Joint Defense Information upon Withdrawal from this Agreement shall be specifically enforceable. A Party that obtains such injunctive or specific enforcement relief shall be entitled to recover its reasonable attorneys' fees and costs from the breaching Party.
29. 违反本协议而对共同抗辩信息的披露将会导致各方遭受到法律上得不到充分救济的不可弥补的伤害。各方同意禁令救济是执行该协议的适当手段。并且一方在退出本协议时返还或销毁共同抗辩信息的义务应当是可实际履行的。获得该类禁令或实际履行救济的一方应有权要求违反的一方赔偿其合理的律师费和开销。

**SEVERABILITY**
可分割性

30. In the event that any provision of this Agreement shall be finally determined by a court of competent jurisdiction to be illegal or unenforceable, then such provision shall have no force or effect, but the illegality or unenforceability of such provision shall neither affect nor impair the legality or enforceability of any other provision of this Agreement.
30. 在本协议的任何规定应最终被有管辖权的法院确定为为不合法或不可执行的情况下，该类规定应为无效，但该类规定的不合法性或不可执行性应既不影响也不破坏本协议下任何其他规定的合法性和可执行性。

**CONFIDENTIALITY**
保密性

14

*PRIVILEGED AND CONFIDENTIAL*
特权及保密信息

31. Neither this Agreement nor its terms may be disclosed to anyone other than the Parties to this Agreement and their respective counsel in the Mass Tort Drywall Litigation, except as otherwise provided in this Agreement or agreed to in writing between the Parties or ordered by a court of competent jurisdiction. If pursuant to due legal process, however, it becomes necessary to disclose the existence of this Agreement (e.g., in response to litigation discovery process where a log of privileged documents must be submitted), then the mere existence of this Agreement may be disclosed without disclosure of any terms hereof. This Agreement shall not be admissible in any action in the Mass Tort Drywall Litigation or in any related or other litigation except in the case where a Party seeks to have its terms enforced or to prove the continued existence of any protection or privilege.

31. 本协议或其各条款均不可向本协议的各方和其在大规模侵权石膏墙诉讼中各自的律师之外的其他任何人披露，除非本协议中另有规定或者各方之间书面同意或者由有管辖权的法院命令披露。然而，如果根据正当法律程序，有必要披露本协议的存在之时（例如，在答复必须递交特权文件日志的诉讼证据开示程序时），可以披露仅存在本协议，而不披露其任何条款。本协议不应在该大规模石膏墙诉讼的任何行动中或在任何有关的或其他的诉讼中被采纳，但一方寻求执行其条款或证明任何保护或特权的继续存在的情况除外。

**SETTLEMENT PROTECTION**
和解保护

32. The Parties intend and agree that this Agreement, as well as their discussions and communications among themselves and with other parties relating to the matters covered in this Agreement, are to be afforded the full scope of the protection provided in the Federal Rules of Evidence, including, without limitations, Rule 408, which limits the admissibility of settlement-related evidence. The terms of this paragraph shall survive the termination of this Agreement.

32. 各方意在并且同意本协议以及各方之间和与其他方之间就本协议覆盖事项的讨论和通信提供《联邦证据规则》，包括但不限于限制与和解有关的证据的可采纳性的第408条所规定的受到保护的全部范围。本段条款在本协议终止的情况下仍然有效。

**COUNTERPARTS**
副本

33. This Agreement may be executed in counterparts, which taken together, shall constitute one and the same instrument.

33. 本协议以多个副本签署，各个副本一起应构成一个和同一契约。

**BINDING EFFECT**
约束效力

34. This Agreement shall be for the benefit of and binding upon the Parties and their respective related or affiliated entities (including parent corporations and subsidiaries), partners, directors, officers, employees, agents, successors and assigns.

15

BNBMPLC0007619

*PRIVILEGED AND CONFIDENTIAL*
*特权及保密信息*

34.本协议应为了各方及其各自的有关方或关联方（包括母公司和子公司）、合伙人、董事、管理人员、雇员、代理人、继承人或受让人的利益，并且对他们具有约束力。

**NOTICE**
**通知**

35. Any notice required by this Agreement shall be made in writing to a Party to the representative designed below (or another representative if one is designated by the party in writing). Notice shall be by hand delivery, overnight delivery, telecopy or electronic mail. If notice is sent by telecopy or electronic mail, a copy shall be sent by overnight delivery or First Class U.S. Mail the same day.

35. 本协议要求的致一方的任何通知都应以书面形式传达至以下指定的代表（或者该方书面指定的另一个代表）。通知应当以当面递送、隔夜递送、电传或电子邮件的方式递送。如果采用电传或电子邮件的方式递送通知，应采用隔夜递送或在同一天采用一等美国邮件的方式递送一份副本。

| | |
|---|---|
| If to CNBM Group:<br>如果致中国建材集团： | L. Christopher Vejnoska, Esq.<br>Orrick, Herrington & Sutcliff LLP<br>405 Howard Street<br>San Francisco, CA 94105-2669<br>(415) 773-5916<br>Facsimile No.（传真号）:(415) 773-5759 |
| If to CNBM:<br>如果致中国建材 | L. Christopher Vejnoska, Esq.<br>Orrick, Herrington & Sutcliff LLP<br>405 Howard Street<br>San Francisco, CA 94105-2669<br>(415) 773-5916<br>Facsimile No.（传真号）:(415) 773-5759 |
| If to BNBM Group:<br>如果致北新建材集团 | Michael H. Barr, Esq.<br>Dentons US LLP<br>1221 Avenue of the Americas<br>New York, NY 10020-1089<br>(212) 768-6788<br>Facsimile No.（传真号）:(212) 768-6800<br><br>Meili Gao<br>Beijing Dacheng Law Offices<br>7/F, Building D, Parkview Green FangCaoDi<br>9 Dongdaqiao Road, Chaoyang District<br>Beijing 100020 China<br>(86-10) 5813-7019 |

16

BNBMPLC0007620

*PRIVILEGED AND CONFIDENTIAL*
特权及保密信息

Facsimile No. (传真号) : (86-10) 5813-7788

If to BNBM PLC:　　　　　　　　Michael H. Barr, Esq.
如果致北新建材　　　　　　　　Dentons US LLP
　　　　　　　　　　　　　　　1221 Avenue of the Americas
　　　　　　　　　　　　　　　New York, NY 10020-1089
　　　　　　　　　　　　　　　(212) 768-6788
　　　　　　　　　　　　　　　Facsimile No. (传真号) : (212) 768-6800

　　　　　　　　　　　　　　　Meili Gao
　　　　　　　　　　　　　　　Beijing Dacheng Law Offices
　　　　　　　　　　　　　　　7/F, Building D, Parkview Green FangCaoDi
　　　　　　　　　　　　　　　9 Dongdaqiao Road, Chaoyang District
　　　　　　　　　　　　　　　Beijing 100020 China
　　　　　　　　　　　　　　　(86-10) 5813-7019
　　　　　　　　　　　　　　　Facsimile No. (传真号) : (86-10) 5813-7788

If to TG:　　　　　　　　　　　Bernard Taylor, Sr.
如果致泰山　　　　　　　　　　Alston & Bird LLP
　　　　　　　　　　　　　　　One Atlantic Center
　　　　　　　　　　　　　　　1201 West Peachtree Street
　　　　　　　　　　　　　　　Atlanta, GA 30309
　　　　　　　　　　　　　　　(404) 881-7288
　　　　　　　　　　　　　　　Facsimile no. (传真号) : (404) 253-8869

If to TTP:　　　　　　　　　　Bernard Taylor, Sr.
如果致泰山纸面石膏板　　　　　Alston & Bird LLP
　　　　　　　　　　　　　　　One Atlantic Center
　　　　　　　　　　　　　　　1201 West Peachtree Street
　　　　　　　　　　　　　　　Atlanta, GA 30309
　　　　　　　　　　　　　　　(404) 881-7288
　　　　　　　　　　　　　　　Facsimile no. (传真号) : (404) 253-8869

**CLIENT AGREEMENT**
客户协议

36. By executing this Agreement, each Party certifies its counsel has explained the contents of this Agreement to the Party and it has agreed to enter into the Agreement, and understanding that it can terminate this Agreement at any time by asking its counsel to promptly notify counsel for the other parties of such termination.

36. 通过签署本协议，各方确认其律师已经向其解释了本协议的内容，并且其同意签署本协议，且理解其能在任何时间通过让其律师迅速通知其他各方的律师协议终止的方式而终止本协议。

**ENTIRE AGREEMENT**
全部协议

BNBMPLC0007621

*PRIVILEGED AND CONFIDENTIAL*
特权及保密信息

37. This writing reflects the entire agreement by the Parties with regard to subject matter hereof and supersedes all prior agreements, whether oral or written, among the Parties relating to the subject matter hereof.
37. 本书面协议反映了各方就本文中的主题事项达成的全部协议，替代了所有之前各方之间就本文往意事项达成的口头或书面的全部协议。

**INTERPRETATION**
解释

38. This Agreement shall be governed by the laws of the State of New York without reference to the principles of choice or conflicts of law.
38. 本协议应受到纽约州法律的管辖，而不参照选择原则或冲突法。

ORRICK, HERRINGTON & SUTCLIFFE LLP

By (签署人): _____

Print Name (印刷体姓名): Xiang Wang

Date (日期): March 5, 2015

WHITE & CASE LLP

By (签署人): Xiaoming Li

Print Name (印刷体姓名): Xiaoming Li

Date (日期): March 6, 2015

Signed by
Fu Fang,
on behalf of
Xiaoming Li

Attorneys for China National Building Materials Group Corporation
中国建筑材料集团有限公司的律师

18

BNBMPLC0007622

*PRIVILEGED AND CONFIDENTIAL*
特权及保密信息

ORRICK, HERRINGTON & SUTCLIFFE LLP

By (签署人): _____

Print Name (印刷体姓名): Xiang Wang

Date (日期): March 5, 2015

WHITE & CASE LLP

By (签署人): Xiaoming Li

Print Name (印刷体姓名): Xiaoming Li

Date (日期): March 6, 2015

signed by
Fu Fang
on behalf of
Xiaoming Li

Attorneys for China National Building Material
Company Limited
中国建材股份有限公司的律师

DENTONS US LLP

By (签署人): _____

Print Name (印刷体姓名): Michael Bai

Date (日期): March 9, 2015

BEIJING DACHENG LAW OFFICES

By (签署人): Xuefeng Peng

Print Name (印刷体姓名): Xuefeng peng

Date (日期): March. 6. 2015.

Attorneys for Beijing New Building Material (Group)
Co., Ltd.
北新建材集团有限公司的律师

19

BNBMPLC0007623

*PRIVILEGED AND CONFIDENTIAL*
特权及保密信息

**DENTONS US LLP**

By (签署人): _____

Print Name (印刷体姓名):  Michael Ban

Date (日期):  March 9, 2015

**BEIJING DACHENG LAW OFFICES**

By (签署人):  Xuefeng Peng

Print Name (印刷体姓名):  Xuefeng peng

Date (日期):  March . 6, 2015.

Attorneys for Beijing New Building Materials Public
Limited Company
北新集团建材股份有限公司的律师

**ALSTON & BIRD LLP**

By (签署人): _____

Print Name (印刷体姓名):  Bernard Taylor

Date (日期): 10 March 2015

Attorneys for Taishan Gypsum Co., Ltd.
泰山石膏股份有限公司的律师

**ALSTON & BIRD LLP**

By (签署人): _____

Print Name (印刷体姓名): Bernard Taylor

Date (日期): 10 March 2015

Attorneys for Taishan Tai'an Plasterboard Co. Ltd.
泰安市泰山纸面石膏板有限公司的律师

20

BNBMPLC0007624

*PRIVILEGED AND CONFIDENTIAL*
特权及保密信息

JINGTIAN & GONGCHENG

By (签署人): _____

Print Name (印刷体姓名): CHUNGANG DONG

Date (日期): March 12, 2015

JIA YUAN LAW OFFICES

By (签署人): _____

Print Name (印刷体姓名): 晏国哲

Date (日期): 2015. 3. 12

21

BNBMPLC0007625