CNBM





| About CNBM | News Center | Business Platform | CNBM worldwide | Social Responsibility | Contact us |



Home > About CNBM > Board of Directors



Peng Xuefenghas successively served as a lawyer and deputy director of Beijing Yanshan District Law Office, lawyer of Beijing No. 4 Law Office, and director of Dacheng Law Offices (Beijing). Since November 2012, Peng Xuefenghas been appointed by the State-owned Assets Supervision and Administration Commission of the State Council (SASAC) as an outside director of China National Building Materials Group Corporation.

<< TO RETURN

**About CNBM**

- CNBM at a glance
- Chairman's Address
- ▶ Board of Directors
- Senior Management
- Strategy
- Achievements and Awards
- Management Style

**All CNBM Group Websites**

— Subsidiaries —



Copyright©2003China National Building Material Group Corporation

http://www.cnbm.com.cn/EN/c_0000001600070003/d_26385.html[10/28/2015 11:38:23 AM]

FSIA EXHIBIT 95