**BNBM GROUP**

Search...    

中文简体

| Home | About BNBM Group | Business | Products | Projects | Download | Contact Us |



**International Building Materials Trading Operations**
Customers from North America, Europe, the Middle East, East Asia and Africa

**ABOUT BNBM GROUP**

 Beijing New Building Material (Group) Co., Ltd. (hereunder abbreviated as " BNBM Group") is a subsidiary of China National Building Material Group Corporation , a state enterprise directly administered by the State Assets Supervision and Administration Commission of the State Council (SASAC). Established by the national government in 1979 under the direct approval and guidance of Deng Xiaoping, BNBM Group represents ...

Details >>

**NEWS**                                                 MORE >>

| | |
|---|---|
| The Company Delegation Went to Tanzania to Carry Out Marke... | (28-05-2015) |
| BNBMG participated the 18th Buildexpo Africa 2015 in Kenya | (15-05-2015) |
| Caribbean Ambassadors Visited BNBM House | (10-04-2015) |
| BNBMG Participated into the 2014(Africa) China Commodities... | (26-11-2014) |
| Vice President Li Yuanchao Visited the Integration Housing... | (24-06-2014) |
| BNBM Group and Shanghai Construction Group Co., Ltd. Signe... | (20-06-2014) |

**FINANCIAL PERFORMANCE**

Total assets increased with an annual compound growth rate of 15%
Total profits increased with an annual compound growth rate of 13%
Import & export amount increased 7.9 times with an annual compound growth rate of 68%

**STOCK INFORMATION**

| Stock | Share Price Fluctuation | Last Trading |
|---|---|---|
| BNBM | 0.0(0.00%) | 停牌 |
| CFG | 0.95(4.03%) ↑ | 24.00 |
| CNBM | −0.21(−3.15%) ↓ | 6.45 |

Related Links   — Related Links —

**PRODUCTS**          **MORE**

| | | | |
|---|---|---|---|
| Integrated Housing | Steel Products | Wood Flooring | Plywood & Fiber Board |
| Wall and Floor Tile | Sanitary Ware | Doors | Ceiling |

Site Map | Terms | Privacy Policy

Copyright © Beijing New Building Material (Group) Co., Ltd. All rights reserved.
Record number: Beijing ICP No.06064672    Network security number: Beijing No.11010802011211

FSIA
EXHIBIT
97

BG: 7/15/15-7/18/15
Exhibit 214

ALRMH-CNBM00008873

 **BNBM GROUP**

Search...   

中文简体

Home        About BNBM Group        Business        Products        Projects        Download        Contact Us



Location: Home >> About BNBM Group

About BNBM Group

Chairman's Address

Corporate Philosophy

Organization

History

Honor

News



**▌ About BNBM Group**

Beijing New Building Material (Group) Co., Ltd. (hereunder abbreviated as "BNBM Group") is a subsidiary of China National Building Material Group Corporation, a state enterprise directly administered by the State Assets Supervision and Administration Commission of the State Council (SASAC). Established by the national government in 1979 under the direct approval and guidance of Deng Xiaoping, BNBM Group represents China's largest domestic manufacturing base for new building materials. At present, it has already grown to a large state-level enterprise group integrating building materials, logistics and trading, forest products industry and housing industry development.

As the cradle of China's new building materials industry, BNBM Group has consistently led for many years in terms of its brand name, quality, technology, and scale of operations. In recent years, the global employment of capital and the integration of resources have led to the formation of the group's business framework of "applying investment in the manufacturing of building materials as a key support base; undertaking global logistics as the core of its operations; and actively promoting the wood products and industrialization of the housing sector". Currently, the scope of BNBM Group's investment in operations has expanded from new building materials to many industries including cement, composite materials, construction services, as well as other fields.

From a global perspective, by relying on its various advantages within the industry, and in terms of its brand name, and capital, it will strive to create the conditions for large-scale forest products industry and logistics while developing and promoting energy-efficient, space-saving, and ecologically-viable housing.

Site Map  |  Terms  |  Privacy Policy

Copyright © Beijing New Building Material (Group) Co., Ltd. All rights reserved.

Record number: Beijing ICP No.06064672     Network security number: Beijing No.11010802011211

ALRMH-CNBM00008874

 

Search...

中文简体

| Home | About BNBM Group | Business | Products | Projects | Download | Contact Us |



Location: Home >> About BNBM Group >> History

About BNBM Group

**Chairman's Address**

**Corporate Philosophy**

**Organization**

History

**Honor**

**News**

### ▌ History



 

1. "Beijing New building Material experimental plant" was established in 1979.

2. Renamed to "Beijing New Building Material Factory" in 1982.

3. Renamed to "Beijing New Building Material General Factory" in 1985.

4. The Factory enjoyed prestige of preferential policy for it was formal accredited new technology enterprise by Beijing Experimental Zone in 1994. In the same year, it was chosen to be one of the 100 Modern Enterprise System's Experimental Enterprises.



5. The company changed its name to "Beijing New Building Material(Group) Co., Ltd" and became a wholly state-owned corporation invested by China National Building Material Group Corporation in 1996.

6. In 1997, Beijing New Building Material Public Limited Company invested by BNBM Group was founded and publicly listed in Shenzhen Stock Exchange. Stock name is "BNBM" and code is 000786.



7. In the early 2002, BNBM Group became the controlling shareholder of China Fiberglass Co., Ltd. Stock name is "CHINA Fiberglass" and code is 600176.

8. In 2002, China's Ministry of Construction approved the establishment of BNBM Group's "State Housing Industrialization Base".

9. In 2004, BNBM was assigned to be the China Logistics Experimental Base.



10. On 23rd, March 2006, our holding subsidiary- China National Building Material Company Limited was listed on the HKEx (stock name: CNBM, code: 3323)..

11. On 27th, Sep. 2008, BNBM Group Wood Products Manufacturing Base was founded.

---

**Site Map** | **Terms** | **Privacy Policy**

Copyright © Beijing New Building Material (Group) Co., Ltd. All rights reserved.
Record number: Beijing ICP No.06064672   Network security number: Beijing No.11010802011211

ALRMH-CNBM00008875



Search. . .



中文简体

Home      About BNBM Group      Business      Products      Projects      Download      Contact Us



BUSINESS

Location: Home >> Business

Business

International Trading

Integrated Housing

Forest Products

Metal Trading

Others

| Operations

BNBM Group has embarked on a development trend of intensive diversification and created a four-pronged operational framework that combines investment in the building materials industry, forest products industry, logistics and trading, and housing industry. BNBM Group has dedicated herself to providing outstanding products and services society and customers.

BNBM Group operations involving product divisions mainly include: basic building materials, forest products, home furnishing, housing industry, lightweight building materials, mineral products and chemical products, etc.



**Site Map | Terms | Privacy Policy**

Copyright © Beijing New Building Material (Group) Co., Ltd. All rights reserved.

Record number: Beijing ICP No.06064672      Network security number: Beijing No.11010802011211

ALRMH-CNBM00008876

   

Search...

中文简体

Home        About BNBM Group        Business        Products        Projects        Download        Contact Us



Location: Home >> Business >> International Trading

**Business**

**International Trading**

Member Enterprises

**Integrated Housing**

**Forest Products**

**Metal Trading**

**Others**

**International Trading**



In Keeping with the company's "internationalisation" strategy, the Import-Export Division adheres to the policy of merging international and domestic markets. This division is mainly engaged in the import and export trade of building materials and related equipment, light-weight steel construction houses, mineral products, chemical products, wood materials and wood products, metals, as well as pulp and paper. By putting the customer first and adopting service as our guide, we provide foreign and domestic customers with thorough and comprehensive value-added services.

BNBM Group's import-export operations possess a comparatively mature international and domestic marketing network. We have established extensive and solid business co-operation with customers from dozens of countries and regions in North America, Europe, the Middle East, East Asia, and Africa, and our products are sold all over the world. In step with the main trend toward the merging of the global economy, the Import-Export Division has spared no effort to create and industry chain by linking together its up-stream and down-stream resources in the hopes of becoming a truly comprehensive integrated services enterprise and to further promote the rapid growth of import-export operations.



**Site Map**  |  **Terms**  |  **Privacy Policy**

Copyright © Beijing New Building Material (Group) Co., Ltd. All rights reserved.

Record number: Beijing ICP No.06064672      Network security number: Beijing No.11010802011211

ALRMH-CNBM00008877



Search...

  

中文简体

| Home | About BNBM Group | Business | Products | Projects | Download | Contact Us |



BUSINESS

Location: Home >> Business >> Integrated Housing

**Business**

**International Trading**

**Integrated Housing**

   Member Enterprises

   Technology Systems

   House Features

   Materials & Integrated Parts

   Operation Capability

**Forest Products**

**Metal Trading**

**Others**



### Integrated Housing



Building business of BNBM Group began in 1993. During the course of 10 years of development, BNBM Integrated Housing has established her own intellectual property and core technology. Our main products are environment-friendly and energy-saving houses and production equipment for building material. Our core technology include design and production of light gauge steel structure, building envelop, building interior and exterior decorating materials.

We have four kinds of building system: Light Steel Frame System; Light Steel Frame-Shear Wall Structure System; 2×4 Wood Structure System; Steel and Wood Composite Structure System. The production of our building system is fully industrialized. We can provide consummate product system，excellent logistic, construction service and complete building solution for our customers.

During the past decade, BNBM Group has completed many large-scale projects both domestically and internationally, including North America, South America, East Europe, Middle East, South Pacific Islands and African countries with floor area of approximately 1 million square meters.

BNBM Group has been a leading provider of homes to Southeast Asia tsunami aid program, Sudan Humanity aid program and Wenchuan earthquake rebuild. BNBM Group has received National award for humanitarian aid in 2008.

---

**Market Distribution**

ALRMH-CNBM00008878



International marketing network covers more than 30 countries and regions. Such as Russia, Belarus, Poland, Czech Republic, Albania, United Arab Emirates, Morocco, Kingdom of Bahrain, Turkey, Sudan, South Sudan, Equatorial Guinea, Congo-Kinshasa, Ghana, Angola, Zambia, Comoros, Nigeria, Chad, Ethiopia, Tanzania, Japan, Sri Lanka, Kazakhstan, Kyrgyzstan, Thailand, Philippines, Indonesia, Papua New Guinea, Tahiti, The Kingdom of Tonga, Jamaica, Venezuela, Colombia.

Domestic marketing network covers more than 20 provinces and cities, such as Beijing, Tianjin, Hebei, Liaoning, Heilongjiang, Shandong, Jiangsu, Zhejiang, Anhui, Hainan, Guangxi, Sichuan, Qinghai, Gansu, Ningxia Hui Autonomous Region，Inner Mongolia Autonomous Region.

**Site Map | Terms | Privacy Policy**

Copyright © Beijing New Building Material (Group) Co., Ltd. All rights reserved.

Record number: Beijing ICP No.06064672      Network security number: Beijing No.11010802011211

ALRMH-CNBM00008879

 **BNBM GROUP**

Search...

中文简体

Home        About BNBM Group        Business        Products        Projects        Download        Contact Us



BUSINESS

Location: Home >> Business >> Forest Products

**Business**

**International Trading**

**Integrated Housing**

**Forest Products**

  Member Enterprises
  Vision & Features
  Business Scope
  Capability & Honor

**Metal Trading**

**Others**



| Forest Products



As BNBM Group's core strategic operational division, its forest products operations adhere to a management philosophy of "Efficient Use of Resources Serving the Construction". By placing "environmental protection, safety, and stability" as its top priorities, BNBM Group is steadfastly committed to providing Chinese consumers with technologically advanced wood products of outstanding quality.

As early as the late 1990's, BNBM Group began devoting its efforts to import and promote the introduction of mature OSB products in China. Not only was it the first company to exploit China's OSB market with its very own "Ousong" brand, it also developed to become China's largest domestic OSB supplier. Relying on its solid strengths in technology and research, together with a formidable R&D team, BNBM Group has established its own wood products manufacturing base with a core focus on the development and promotion of its "Ousong" brand OSB products, including a series of "green" wood products such as BNBM's flooring, "Ousong" veneer panelling, as well as wooden doors, and many other products within its product range. BNBM Group strives to advance technical innovation and upgrade standards within China's wood product industry to help create China's own "green" wood product lifestyle.

BNBM Group not only provides the society with environment-friendly plank and related products, but also offers superior log and sawn timber. The various kinds of log and sawn timber that BNBM Group offers are from the famous places of lumber origin and of superior quality. They can be applied to lots of fields such as house building, man-made plank making, household materials, railway construction and craft making. Our products include New Zealand radiata pine, European larch and Russia pine.

**Business Distribution**

ALRMH-CNBM00008880



**Site Map | Terms | Privacy Policy**

Copyright © Beijing New Building Material (Group) Co., Ltd. All rights reserved.

Record number: Beijing ICP No.06064672    Network security number: Beijing No.11010802011211

ALRMH-CNBM00008881

   

Search. . .

中文简体

Home        About BNBM Group        Business        Products        Projects        Download        Contact Us



Location: Home >> Business >> Metal Trading

Business

International Trading

Integrated Housing

Forest Products

Metal Trading

   Member Enterprises

Others



## Metal Trading



The metal trades of BNBM Group primarily engaged in the domestic and international trade of raw materials for use in metalworking and related products, including both ferrous and non-ferrous metal products. Of these, ferrous metal products mainly include wire, angle steel, strip steel, and other finished products, as well as various raw materials such as iron ore powder and furnace charging. Its non-ferrous metal products primarily include zinc, electrolytic copper, chromium and copper concentrate.

Owing to its high level of professionalism, earnest and sincere service, and favorable capital credit, the metal trades of BNBM Group's operations have expanded at a rapid pace, with a global vision. Within just a few short years, its sales territory has spread across the Northern, Northwest, Northeast and Southern regions of China, while building a marketing network within core markets including Beijing, Tianjin and Hebei. BNBM Group has established long-term strategic partnerships with well-known large and medium-sized mining, iron and steel and non-ferrous metal smelting enterprises, in order to provide foreign and domestic customers with products and service of high quality.

ALRMH-CNBM00008882



Market Distribution

Site Map | Terms | Privacy Policy

Copyright © Beijing New Building Material (Group) Co., Ltd. All rights reserved.

Record number: Beijing ICP No.06064672     Network security number: Beijing No.11010802011211

ALRMH-CNBM00008883

 **BNBM GROUP**

Search...    

中文简体

Home      About BNBM Group      Business      Products      Projects      Download      Contact Us



BUSINESS

Location: Home >> Business >> Others

**Business**

**International Trading**

**Integrated Housing**

**Forest Products**

**Metal Trading**

**Others**



## Others

**1. Investment in the Building Materials Industry**

BNBM Group's partially owned subsidiary, CNBM, is without question a leading company in China's building materials industry. It is mainly engaged in producing new building materials, cement, fiberglass, glass fiber reinforced plastic products, and in providing construction services. CNBM's philosophy is to continue to create long-term value, undertake relevant diversification as its principle business approach, and provide customers with a full range of building material products and related services.

On March 23rd, 2006, CNBM was formally listed on the Hong Kong Exchanges and Clearing Limited (HKEx) (Stock name: CNBM, securities code: 3323). Since listing publicly, CNBM has committed itself to fulfilling its promise of placing emphasis on the expansion of new types of dry process cement, new building materials and other core operations, while continuing to strive toward becoming a world-class building materials manufacturer; thereby making its contribution to the development of China's building materials industry.


Plasterboard: The biggest manufacturer in China.


Cement: The biggest manufacturer in Huai- ocean economic zone


Fiberglass and glass fiber reinforced plastic: The biggest Fiberglass manufacturer in Asia; the biggest fiber glass mesh manufacturer in China; the second biggest glass pipe &vat manufacturer in China.



**2. Milim Solar Water Heaters**

BNBM Group utilizes cutting-edge domestic and international technology, as well as advanced manufacturing equipment and

ALRMH-CNBM00008884

processing, to produce its Milim brand solar water heater product line. Our solar water heaters combine high technology with intelligent and environmentally friendly design all in one superior grade product which fully meets ISO9001 international quality management system certification and has received industry honours such as "A Grade Product Quality","Reliability Product Quality" and many other awards.

 

**3. Sanitary Ware**

BNBM Group's wholly-owned subsidiary, Shandong Building Ceramics, is a specialized producer of sanitary ware fittings which has been designated by China's Ministry of Construction as a water-saving sanitary ware production management enterprise. With an annual production of 500,000 sanitary ware fittings, its technology, equipment, and product quality are all of the highest domestic standards.

**Site Map | Terms | Privacy Policy**

Copyright © Beijing New Building Material (Group) Co., Ltd. All rights reserved.

Record number: Beijing ICP No.06064672      Network security number: Beijing No.11010802011211

ALRMH-CNBM00008885



**BG: 7/15/15-7/18/15**
**Exhibit 214-A**

ALRMH-CNBM00008886



当前位置：首页 >> 关于北新 >> 集团概况

**关于北新**

集团概况

董事长致辞

核心理念

战略愿景

组织架构

大事记

荣誉

知识产权



### ■ 集团概况

　　北新建材集团有限公司（以下简称"北新集团"）是国务院国资委直属管理中央企业中国建筑材料集团公司的旗下企业。公司是在邓小平同志的直接批示下，于1979年由国家投资建设的国内最大的新型建材产业基地，现已发展成为集建材产业投资、木业业务、物流贸易以及集成房屋业务为一体的综合性大型企业集团。

　　作为中国新型建材工业的摇篮，北新集团多年来一直在品牌、质量、技术、规模等方面引领中国新型建材工业的发展，致力于为社会大众提供健康环保的建筑建材产品。近年来，通过国内外一系列资本运作及资源整合，北新集团已形成了"以投资建材制造企业为依托，以全球物流贸易为发展基础，积极发展木业及集成房屋事业"的业务架构。目前，北新集团建材产业投资的业务触角从新型建材行业延伸到水泥、复合材料及工程服务的领域，并依托产业、品牌和资本等优势，以全球化为视角，致力于大木业、大物流格局的构建和节能省地型生态人居的开发推广。

　　作为一个不断创新的成长型企业，北新集团以科学发展观作为企业发展的指导方针，追求企业与社会的和谐发展，并秉承"善用资源，服务建设"的产业理念，努力以卓越的产品和服务回报社会，回报大众。

下载专区 | 法律声明 | 网站地图 | 常见问题 | 联系我们

版权所有：北新建材集团有限公司　备案序号：京ICP备06064672号　京公网安备11010802011211号

ALRMH-CNBM00008887



当前位置：首页 >> 关于北新 >> 大事记

关于北新

集团概况

董事长致辞

核心理念

战略愿景

组织架构

大事记

荣誉

知识产权

## 大事记

1979年建厂，名为"北京新型建筑材料实验厂"。

1982年更名为"北京新型建筑材料厂"。

1985年更名为"北京新型建筑材料总厂"。

1994年被北京市新技术产业开发试验区认定为新技术企业，享受试验区优惠政策。同年入选全国百户建立现代企业制度试点单位。

1996年改制更名为"北新建材（集团）有限公司"。成为中国建筑材料集团公司出资的国有独资公司。

1997年，由北新集团独家发起设立"北新集团建材股份有限公司"在深圳证券交易所上市，股票简称"北新建材"，代码000786。

2002年初，北新集团成为上市公司中国玻纤股份有限公司第一大股东，股票简称"中国玻纤"，代码600176。

2002年，北新集团被国家建设部确定为国家级住宅产业化基地。

2004年，被命名为中国物流试验基地。

2006年3月23日，北新集团控股公司中国建材股份有限公司在香港联合交易所主板成功上市。

2011年，更名为"北新建材集团有限公司"。



1979年8月29日邓小平同志视察新型建材试验基地

北新诞生——第一铲土

1987年9月，在上海全国第二届新料展销会上，江泽民同志参观北新

下载专区 │ 法律声明 │ 网站地图 │ 常见问题 │ 联系我们

版权所有：北新建材集团有限公司　备案序号：京ICP备06064672号　京公网安备11010802011211号

ALRMH-CNBM00008888



ALRMH-CNBM00008889



当前位置：首页 >> 业务概貌 >> 北新国际

业务概貌

建材产业投资

金属贸易

北新国际

  建筑装饰材料
  化工原料
  纸浆、木片和纸张
  家具

北新木业

集成房屋业务

其它业务

## 北新国际

在线留言

    北新集团按照"国际化"的战略部署，遵循"国际国内市场一体化"方针，从事建材及相关设备、钢结构房屋、矿产品、化工产品、木材及木制品、金属及浆纸等的进出口贸易。我们以客户为中心，以服务为先导，为国内外客户提供全面周到的增值服务。

    北新集团进出口业务拥有较为完善的国内外营销网络，与北美、欧洲、中东、东南亚、非洲等几十个国家和地区的客户建立了广泛而稳定的业务合作关系，产品远销世界各地。

    公司顺应全球经济一体化的大趋势，构建上下游一体化的产业链，以期真正成为综合性的集成服务商，进一步推动公司进出口业务的迅速发展。

地    址：北京市海淀区首体南路9号主语国际4#楼

邮    编：100048

电    话：（86-10）6879 9839

传    真：（86-10）6879 9887

电子邮箱：chen@bnbmg.com.cn

下载专区 | 法律声明 | 网站地图 | 常见问题 | 联系我们

版权所有：北新建材集团有限公司   备案序号：京ICP备06064672号   京公网安备11010802011211号

ALRMH-CNBM00008890



当前位置：首页 >> 业务概貌 >> 集成房屋业务

业务概貌

建材产业投资

金属贸易

北新国际

北新木业

集成房屋业务

房屋体系

产品特点

产品类型

集成能力

生态社区整体解决方案

其它业务



### ■ 集成房屋业务



北新集成房屋业务发展概况

北新集成房屋业务是北新集团的核心主业之一，承载着中国建材集团"三新"战略之新型房屋战略。

北新集成房屋以轻钢结构体系为核心，通过建筑部品的工厂化生产和系统集成，凭借专业化的生态规划能力，为客户提供现代住宅建筑的全方位解决方案。历经数十年的发展，北新集成房屋已具备了以环保节能房屋为主营产品的专业运营能力，产品及服务覆盖国内17个省市以及北美、东欧、中东、南亚、南美、非洲等海外国家和地区。

目前，北新集团正在构建全球化的产业布局，打造"10＋10"产业园与示范园相结合的新型房屋基地，旨在为全球客户提供优质产品和服务。相信在全球发展绿色经济的浪潮下，依托央企平台强大的科技、资金、品牌等优势，北新集成房屋必将迎来一个辉煌的发展时代。

**Business Development of BNBMG**

Integrated building is one of the core businesses of BNBMG which carries the wishes of the New Housing Strategy in Three New Strategies of CNBMG.

Beijing Integrated Housing Company take light gauge steel structure as core and we supply a full range of modern residential building solution for customers by construction parts industrialization and system integration and professional ecological planning. During 10 years' development, Beixin Integrated Housing Company has full competency of operating environmental-friendly and energy-saving houses as its main products. Now Beixin Integrated Housing Company has projects both domestically and internationally including 17provinces in China and in North America, Eastern Europe, the Middle East, South Asia, South America, Africa and some other districts in the world.

Currently, BNBMG is structuring a global industry layout- to build "10 +10" new housing bases with a combination of industrial park and demonstration garden, aiming at providing worldwide customers with quality products and services. Relying on the platform of the central enterprises –to take advantages of the science, technology, capital, and brand advancement supplied by central enterprises, and under the tide of global green economy, we believe the Beijing Integrated Housing is bound to usher in a glorious era of development.

ALRMH-CNBM00008891

北新集团全资子公司——北新集成房屋有限公司   http://www.intechb.com/

北新集团全资子公司——北新集成房屋（连云港）有限公司 http://www.lygbuilding.com/

北新集团全资子公司——北新集成房屋（成都）有限公司

北新集团全资子公司——北新集成房屋制造（海南）有限公司

北新集团全资子公司——北新集成房屋发展（海南）有限公司



下载专区 │ 法律声明 │ 网站地图 │ 常见问题 │ 联系我们

版权所有：北新建材集团有限公司   备案序号：京ICP备06064672号   京公网安备11010802011211号

ALRMH-CNBM00008892



当前位置：首页 >> 业务概貌 >> 北新木业

业务概貌

建材产业投资

金属贸易

北新国际

北新木业

　欧松®生态板

　欧松®生态板系列衍生品

　北新地板

　密度板

　原木及锯材

集成房屋业务

其它业务



### ■ 北新木业

　在线留言




作为北新集团核心战略业务单元，木制品业务秉承"善用资源、服务建设"的经营理念，以"环保、安全、稳定"为最高诉求，矢志不移的为国人提供工艺先进、品质卓越的木制产品。

早在上个世纪90年代末，北新集团便致力于国外成熟产品OSB(英文Oriented Strand Board 的缩写，即定向刨花板)在中国的引进和推广，不仅成为了中国OSB市场开拓的第一家企业，拥有自有品牌"欧松"，还发展成为了国内最大的OSB供应商。

凭借雄厚的科研实力和强大的研发团队，北新集团成立了木制品生产基地，开发并推广以欧松®生态板为核心，包括北新地板、欧松®装饰板以及木门等多种制品在内的绿色木业产品体系，全力推进中国木制品行业的技术创新和产业升级，旨在打造属于中国人的绿色木制生活。

地　　址：北京市海淀区首体南路9号主语国际4#楼

邮　　编：100048

欧松®生态板、密度板业务：

电　　话：(86-10) 6879 9803

传　　真：(86-10) 6879 9885

电子邮箱：fiven@bnbmg.com.cn

原木及锯材、地板业务：

电　　话：(86-10) 6879 9767

传　　真：(86-10) 6879 9756

电子邮箱：llm@bnbmg.com.cn

ALRMH-CNBM00008893



欧松®生态板          欧松®生态板系列衍生品          北新地板

密度板          原木及锯材

下载专区 │ 法律声明 │ 网站地图 │ 常见问题 │ 联系我们

版权所有：北新建材集团有限公司   备案序号：京ICP备06064672号   京公网安备11010802011211号

ALRMH-CNBM00008894



当前位置：首页 >> 业务概貌 >> 金属贸易

**金属贸易**

北新集团金属贸易主要从事金属制造用原材料及其衍生产品的国内外贸易业务。经营产品主要包括黑色金属和有色金属。其中黑色金属主要包括线材、角钢、带钢等成品及铁矿粉、炉料等原材料，有色金属主要包括锌锭、电解铜、铬矿及铜精矿等产品。

凭借专业的业务素质、精诚的服务和良好的信誉，北新集团的金属贸易业务立足中国场，以全球化视野迅猛发展。短短几年间，已形成以北京、天津、河北为核心市场的的市场营销网络平台，业务遍布华北、西北、东北、华南等地区，并与国内外知名大中型矿业经营、钢铁冶炼、有色冶炼企业集团建立了长久的战略伙伴合作关系，在全球范围内为客户提供优质的产品服务。

地　　址：北京市海淀区西三旗建材城黄平路霍营地铁站西500米

邮　　编：100096

电　　话：(86-10) 8293 8458 [物流中心]

　　　　　(86-10) 8293 8467 [物 流 港]

传　　真：(86-10) 8293 8459 [物流中心]

　　　　　(86-10) 8293 8470 [物 流 港]

电子邮箱：metal@bnbmg.com.cn

下载专区 | 法律声明 | 网站地图 | 常见问题 | 联系我们

版权所有：北新建材有限公司　备案序号：京ICP备06064672号　京公网安备11010802011211号

ALRMH-CNBM00008895



当前位置：首页 >> 业务概貌 >> 其他业务

业务概貌

建材产业投资

金属贸易

北新国际

北新木业

集成房屋业务

其它业务

家居产品

■ 其他业务

在线留言

### 斯堪迪丝 ® 玻纤壁布

　　多年来，北新集团始终以满足客户需求为己任，凭借雄厚的生产能力和卓越的全球化物流能力，竭诚为社会大众提供一流的家居产品和服务，致力于为消费者打造更加美好的生活空间。

北京北新建材商贸有限公司

地　　址：北京市海淀区首体南路9号主语国际4#楼

邮　　编：100048

电　　话：(86-10) 6879 9663

传　　真：(86-10) 6879 9883

电子邮箱：wy@bnbmg.com.cn

### 美林牌太阳能热水器

北新集团山东潍坊建筑陶瓷厂

地　　址：山东省潍坊市坊子区荆山洼

邮　　编：261208

电　　话：(86-0536) 7631217　　7635160

传　　真：(86-0536) 7631567

电子邮箱：wfjt@bnbmg.com.cn

网　　址：http://www.beixinjt.com/　　http://www.milimdwell.com/

ALRMH-CNBM00008896

下载专区 ｜ 法律声明 ｜ 网站地图 ｜ 常见问题 ｜ 联系我们

版权所有：北新建材集团有限公司　备案序号：京ICP备06064672号　京公网安备11010802011211号

ALRMH-CNBM00008897