

In re: Chinese-Manufatured Drywall Prods. Liab. Litig., MDL No. 2047
**CNBM Co Ltd's Document Production:**
Pages Produced Prior to and After 30(b)(6) Deposition
(CHANG Zhangli) Taken 6/5 - 6/7/2015

07/23/15:  2,709 pgs
07/27/15: 40,362 pgs
07/27/15:  5,037 pgs
07/28/15: 29,726 pgs
07/30/15: 65,726 pgs
08/03/15:    141 pgs
08/14/15: 62,466 pgs
08/14/15:  1,776 pgs
09/08/15:  4,008 pgs

**211,951 pages produced**
*after* **deposition
(97.87%)**

04/15/15:   331 pgs
05/01/15:   117 pgs
05/11/15: 1,519 pgs
06/04/15: 2,640 pgs

**4,607  pages
produced** *prior to* **deposition
(2.13%)**

30(b)(6) Deposition
of CHANG Zhangli
(6/5 - 6/7/2015)

Prior to 6/5/15

Post 6/7/15

**FSIA
EXHIBIT
105**