


About CNBM | News Center | Business Platform | CNBM worldwide | Social Responsibility | Contact us



Home > News Center

**News Center**

### Congratulations on Okorder.com official launch

Source: CLFG  02-18-2011 0:00:00

Feb 10th, 2011, Okorder.com launched its official website successfully. OKORDER is a global direct selling platform for building materials. With the mission of 'making every order easy', OKORDER commits itself to offer a brand-new selling channel for Chinese domestic manufacturers through diverse cooperation forms, and create convenient, rapid, low-cost purchasing platform for overseas customers.

**All CNBM Group Websites**

— Subsidiaries —





OKORDER is developed and operated by CNBM International Corporation (CNBM International), which is the most important trading platform of CNBM Group. With years of development and accumulation, CNBM International enjoys stable suppliers, abundant customer resources, professional marketing network and modern logistics system. By transforming its traditional trading pattern to an E-commerce platform, Okorder.com will devote itself to enhance the shopping experience of and brings more benefits to its world-wide clients.

Copyright©2003China National Building Material Group Corporation

CG: 6/16/15 -6/18/15
Exhibit 81



ALRMH-CNBM0008810

# 中国建筑材料集团有限公司
## CHINA NATIONAL BUILDING MATERIALS GROUP CORPORATION

OA系统登录 | 邮箱登录 | 下载专区 | 信息报送 | 电子商务网 | 集团网站群

快速通道　繁體中文　English

新闻中心

| 首页 | 集团介绍 | 新闻中心 | 业务平台 | 科技创新 | 国际合作 | 企业文化 | 社会责任 | 党的建设 | 人力资源 |

当前位置： 首页 > 新闻中心 > 企业动态 > **建材行业首个现货交易电子平台易单网上线**

### 新闻中心

- 通知公告
- 集团要闻
- 领导动态
- 企业动态
- 政策法规
- 媒体报道
- 行业聚焦
- 国资关注
- 视频专区
- 专题专栏

### 企业动态

## 建材行业首个现货交易电子平台易单网上线

来源： CNBM　　发布时间：2011/2/11



　　2月10日，中国建材行业首个现货交易电子平台——易单网正式上线。这标志着中国建材集团正式进军建材电子商务领域，在物流贸易业务板块实现了一个新的飞跃。中国建材集团的信息化建设已经从传统的运营效率提升手段转变为新兴的价值增长创造平台，生成了依靠"云计算"等新网络技术手段催生服务、创新发展的新价值增长点。

　　易单网是由中国建材集团所属中建材进出口公司在二十多年国际贸易交易经验的基础上，开发运营的建材行业首个现货交易网站。早在2007年，易单网的概念就已确立，因传统贸易存有诸多不确定性，易单网将突出现货为主、快速交货的业务特色，实现标准化、流程化、一站式的外贸采购，强调中国基地和全球视野，通过建立国际化、专业化、综合性的开放式网上交易平台，与客户建立良性的线上线下的互动，改善客户的购物体验。该网站依托中国建材集团强大的产业平台，以满足全球用户的快捷需要为目标，整合企业在全球各地的现货资源和未来分布全球的物流园网络体系，向客户提供24小时网上订货服务。其用户涵盖国外建材相关产品分销商和批发商、建材生产资料用户、国内建材相关产品供应商及国内建材原材料用户。

　　易单网在行业内首次实现了网络现货交易，引领了建材行业物流信息化建设的潮流，给这个传统产业注入了新的活力。由于建材行业传统营销商渠道过于扁平，随着经济的发展和对建材产品需求的增加，打造一个智

ALRMH-CNBM0008811

能化的物流体系，是全建材行业立足当前和谋划长远相结合的重要举措。以易单网为代表的电子商务网站作为一种高效的业务往来和交易手段，是建材物流体系建设中的重要内容，将有效克服时空障碍，提高企业效益和综合竞争力，使中国建材产品快速进入国际市场。

目前，中建材进出口公司已经在包括阿联酋、美国、俄罗斯等十几个国家设立了公司，这为易单网全球物流配送体系的建立打下坚实的基础。易单网将通过e物流对该体系进行管理，实现企业全球物流贸易和信息化管理的目标。易单网将在优质、快捷、高效的前提下，为客户提供专业化和个性化的增值服务，开创全球建材现货网上交易新典范。

常见问题解答　|　投诉与咨询　|　网站地图　|　用户调查　|　联系我们　|　版权声明　|　信息定制

京ICP备09067230号 版权所有：中国建筑材料集团有限公司 中国建筑材料集团有限公司主办
博华无限科技发展(北京)有限公司 BHCMS 技术支持 站长统计

ALRMH-CNBM0008812