


About CNBM | News Center | Business Platform | CNBM worldwide | Social Responsibility | Contact us



Home > News Center

**News Center**

### CTIEC signs Wal-Mart roof power plant project

Source: CTIEC

Date: March 2, 2015

On February 26, the signing ceremony of the cooperative contract for the Wal-Mart roof power plant project of China Triumph International Engineering Group Co., Ltd. (CTIEC) was held in New York. On behalf of CTIEC, Peng Shou, chairman of CTIEC signed the relevant contract and agreement with Tom Li, president of Sunpin Solar LLC (Sunpin). The project marks new major cooperation between the two sides after the initial cooperation in November 2014 and CTIEC's milestone in in-depth development of the US PV power station market, laying a solid foundation for Triumph's new energy brand to develop in the US and radiate the North American and South American PV power plant markets.

According to data of Fortune Global 500 released in 2014, Wal-Mart with 11,000 chained supermarkets in 27 countries and regions registered the largest operating revenues in the world. Under the cooperative agreement, CTIEC will work with Sunpin to construct roof solar power plants for Wal-Mart's some 1,000 supermarkets in North America, with a total installed capacity of some 500MW. Located in Massachusetts, the first two power plants involved in the project will commence in April 2015.

All CNBM Group Websites

— Subsidiaries —



Copyright©2003China National Building Material Group Corporation



ALRMH-CNBM0008813

CG: 6/16/15 -6/18/15
Exhibit 82



当前位置： 首页 ＞ 新闻中心 ＞ 企业动态 ＞ 中国建材工程签约美国沃尔玛屋顶电站项目

**新闻中心**

- 通知公告
- 集团要闻
- 领导动态
- 企业动态
- 政策法规
- 媒体报道
- 行业聚焦
- 国资关注
- 视频专区
- 专题专栏

企业动态

## 中国建材工程签约美国沃尔玛屋顶电站项目

来源：蚌埠院    发布时间：2015/3/2



　　2月26日，中国建材工程美国沃尔玛屋顶电站项目合作签约仪式在纽约举行。中国建材工程董事长彭寿代表公司和SUNPIN SOLAR LLC总裁TOM LI签订了相关合同及协议。此项目是继双方2014年11月首次合作之后的又一次重大合作，也是中国建材工程深入开拓美国光伏电站市场的又一里程碑事件。该项目为凯盛新能源品牌立足美国，辐射北美、南美光伏电站市场打下了坚实基础。

　　2014年世界500强数据显示，沃尔玛是全球营业收入最大的公司，其在27个国家和地区共计拥有11000个连锁超市。根据双方合作协议，中国建材工程将和SUNPIN SOLAR LLC合作建造沃尔玛在北美地区约1000个门店的屋顶太阳能电站，涉及太阳能电站的装机容量约为500MW。沃尔玛屋顶电站项目首批2个电站位于马瑟诸塞州，将于2015年4月开工建设。

常见问题解答 | 投诉与咨询 | 网站地图 | 用户调查 | 联系我们 | 版权声明 | 信息定制

京ICP备09067230号 版权所有：中国建筑材料集团有限公司 中国建筑材料集团有限公司主办
博华无限科技发展(北京)有限公司 BHCMS 技术支持 站长统计