


About CNBM | News Center | Business Platform | CNBM worldwide | Social Responsibility | Contact us



Home > News Center

### CTIEC Signed a 100 MW Photovoltaic Power Plant Project in the US

Source: CTIEC

Date: December 2, 2014

On November 26, the signing ceremony of China Triumph International Engineering Co., Ltd. (CTIEC) America 100 MW photovoltaic power plantproject washeld in New York. Peng Shou, President of CNBM and Tom Li, President of SUNPIN SOLAR LLC signed the agreement.

The project is CTIEC's first large-scale ground power plantproject in the United States following the signing of photovoltaic power station cooperation agreement with GM in 2011, achieving another breakthrough in photovoltaic power business. Construction of the first phase of Maryland 7.344 MW project will be started in December.

**News Center**

All CNBM Group Websites

— Subsidiaries —



Copyright©2003China National Building Material Group Corporation

**CG: 6/16/15 - 6/18/15**
**Exhibit 82-1**

FSIA EXHIBIT 113

ALRMH-CNBM000885 4



当前位置： 首页 > 新闻中心 > 企业动态 > 中国建材工程签订美国100兆瓦光伏电站项目

### 新闻中心

- 通知公告
- 集团要闻
- 领导动态
- 企业动态
- 政策法规
- 媒体报道
- 行业聚焦
- 国资关注
- 视频专区
- 专题专栏

#### 企业动态

## 中国建材工程签订美国100兆瓦光伏电站项目

来源：蚌埠院　　发布时间：2014/12/1



11月26日，中国建材工程美国100兆瓦光伏电站项目合作签约仪式在纽约举行。中国建材工程董事长、总裁彭寿和SUNPIN SOLAR LLC公司总裁TOM LI分别代表公司签订了相关合同及协议。

该项目是继中国建材工程2011年签订美国通用汽车公司的光伏电站合作协议以来，在美国的首个大型地面电站项目，实现了在美光伏业务的又一个重大突破。该项目首期马里兰7.344兆瓦项目将于12月开工建设。

常见问题解答　|　投诉与咨询　|　网站地图　|　用户调查　|　联系我们　|　版权声明　|　信息定制

京ICP备09067230号 版权所有： 中国建筑材料集团有限公司 中国建筑材料集团有限公司主办

博华无限科技发展(北京)有限公司 BHCMS 技术支持 站长统计