**CNBM USA CORPORATION**
17800 Castleton Street Suite 558
City of Industry, CA 91748
Phone:
Fax:
E-mail: (Info)
(Sales)
(Sales Support)

ATTN: PURCHASING MANAGER

Dear Sirs

It's our great pleasure to approach **EASTERN METAL SUPPLY, INC** through internet, we are writing about the possibility of establishing aluminum business relation with you. We are CNBM group (China National Building Material group), the top 56 group operated by China government.

We have three plants produce stock and products of aluminum foil, coil, sheet, including 1 + 4 hot rolled line; 4 cold rolled lines; 2 tension levelers. The total output about 180,000 Tons a year. With highly experience in aluminum manufacturing, we have well established the reputation world widely. Our products can meet AA standard and En standard.

You can browse our website www.alcoil.com to find our product list. For your information, we have much advantage in AA8011, AA1100, AA3003, and AA5052 in various types.
If you are interested in any item, please let me know, we will offer you the competitive price and best service.
We sincerely hope to promote, through mutual efforts, both business and friendship.

You can write me by email                           , If needed I will send you my brochures and some samples.

Looking forward to your positive reply.

Sincerely yours

Johnson

FSIA EXHIBIT 115

CNBMUSA00045438

ATTN: PURCHASING MANAGER

Dear Sirs
It's our great pleasure to approach EASTERN METAL SUPPLY, INC through internet, we are writing about the possibility of establishing aluminum business relation with you. We are CNBM group (China National Building Material group), the top 56 group operated by China government.
We have three plants produce stock and products of aluminum foil, coil, sheet, including 1 + 4 hot rolled line; 4 cold rolled lines; 2 tension levelers. The total output about 180,000 Tons a year. With highly experience in aluminum manufacturing, we have well established the reputation world widely. Our products can meet AA standard and En standard.
You can browse our website www.alcoil.com to find our product list. For your information, we have much advantage in AA8011, AA1100, AA3003, and AA5052 in various types.
If you are interested in any item, please let me know, we will offer you the competitive price and best service.
We sincerely hope to promo███████████████s, both business and friendship.
You can write me by email ████████████████████ If needed I will send you my brochures and some samples.
Looking forward to your positive reply.
Sincerely yours
Johnson

CNBM USA CORPORATION
17800 Castleton Street Suite 558
City of I██████████1748
Phon██████████
Fax:█████



██████████████ (Info)
██████████████ (Sales)
██████████████ (Sales Support)

| Field | Value |
| --- | --- |
| EndBates | CNBMUSA00045438 |
| AttBegBates | CNBMUSA00045438 |
| AttEndBates | CNBMUSA00045438 |
| Author | LINA ZHANG |
| BCC | |
| CC | |
| Confidentiality | Confidential |
| File Created Date | 04/03/2008 18:23 |
| File Extension | DOC |
| File Modified Date | 07/03/2008 10:18 |
| Filename | |
| From | |
| HASIMAGE | Yes |
| HASNATIVEFILE | No |