# 2001 UNIFORM BUSINESS REPORT (UBR)

**DOCUMENT # P00000059658**

1. Entity Name
   **BNBM OF AMERICA, INC.**

FILED
Jan 16, 2001 8:00 am
Secretary of State
01-16-2001 90041 026 ***158.75

Principal Place of Business
POST OFFICE BOX 172356
TAMPA FL 33672-0356

Mailing Address
POST OFFICE BOX 172356
TAMPA FL 33672-0356

2. Principal Place of Business
   5015 E. HILLSBOROUGH
   Suite, Apt. #, etc.
   City & State: TAMPA FL.
   Zip: 33610
   Country:

3. Mailing Address
   Suite, Apt. #, etc.
   City & State:
   Zip:
   Country:

DO NOT WRITE IN THIS SPACE

4. FEI Number: 93-1294862
   ☐ Applied For  ☐ Not Applicable

5. Certificate of Status Desired ☒  $8.75 Additional Fee Required

6. Name and Address of Current Registered Agent
   WILSON, DONALD H JR.
   245 SOUTH CENTRAL AVENUE
   BARTOW FL 33830

7. Name and Address of New Registered Agent
   Name:
   Street Address (P.O. Box Number is Not Acceptable):
   City: _____ FL _____ Zip Code

8. The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE _____
Signature, typed or printed name of registered agent and title if applicable.
(NOTE: Registered Agent signature required when reinstating)
DATE _____

9. This corporation is eligible to satisfy its Intangible Tax filing requirement and elects to do so. ☐ (See criteria on back)

FILE NOW!!! FEE IS $150.00
After MAY 1, 2001 Fee will be $550.00
Make Check Payable to Department of State

10. Election Campaign Financing Trust Fund Contribution. ☐  $5.00 May Be Added to Fees

| 11. OFFICERS AND DIRECTORS | | 12. ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS IN 11 | |
|---|---|---|---|
| TITLE D<br>NAME FENG, YU X<br>STREET ADDRESS POST OFFICE BOX 172356<br>CITY-ST-ZIP TAMPA FL 33672-0356 | ☐ Delete | TITLE PRESIDENT, DIRECTOR<br>NAME YU, XIAN FENG<br>STREET ADDRESS SAME AS MAILING<br>CITY-ST-ZIP | ☐ Change ☐ Addition<br>NAME SPELLING CORRECTION |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Delete | TITLE C<br>NAME SONG ZHI PING<br>STREET ADDRESS SAME AS MAILING<br>CITY-ST-ZIP | ☐ Change ☐ Addition |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Delete | TITLE D<br>NAME CAO JIANG LIN<br>STREET ADDRESS SAME AS MAILING<br>CITY-ST-ZIP | ☐ Change ☐ Addition |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Delete | TITLE V/S<br>NAME LI JIANG<br>STREET ADDRESS SAME AS MAILING<br>CITY-ST-ZIP | ☐ Change ☐ Addition |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Delete | TITLE T<br>NAME WEI CHUN SHAN<br>STREET ADDRESS SAME AS MAILING<br>CITY-ST-ZIP | ☐ Change ☐ Addition |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Change ☐ Addition |

13. I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Section 119.07(3)(i), Florida Statutes. I further certify that the information indicated on this report or supplemental report is true and accurate and that my signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears in Block 11 or Block 12 if changed, or on an attachment with an address, with all other like empowered.

SIGNATURE: _Li Jiang_    LI JIANG    JAN. 5th, 2001    813-621-6766
SIGNATURE AND TYPED OR PRINTED NAME OF SIGNING OFFICER OR DIRECTOR    Date    Daytime Phone #

CAO 144-3

**FSIA EXHIBIT 116**

# 2002 UNIFORM BUSINESS REPORT (UBR)

**DOCUMENT #** P00000059658

**1. Entity Name**
BNBM OF AMERICA, INC.

Jan 27, 2002 8:00 am
**Secretary of State**
01-27-2002 90042 034 ***158.75

**Principal Place of Business**
5015 E HILLSBOROUGH
TAMPA FL 33610

**Mailing Address**
POST OFFICE BOX 172356
TAMPA FL 33672-0356

**2. Principal Place of Business** (Suite, Apt. #, etc. / City & State / Zip / Country)

**3. Mailing Address** (Suite, Apt. #, etc. / City & State / Zip / Country)

**4. FEI Number** 93-1294862 — Applied For / Not Applicable

**5. Certificate of Status Desired** ☒ $8.75 Additional Fee Required

**6. Name and Address of Current Registered Agent**
WILSON, DONALD H JR.
245 SOUTH CENTRAL AVENUE
BARTOW FL 33830

**7. Name and Address of New Registered Agent**
Name / Street Address / City / FL / Zip Code

8. The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE _____ DATE _____

9. This corporation is eligible to satisfy its Intangible Tax filing requirement and elects to do so. ☐

FILE NOW!!! FEE IS $150.00
After May 1, 2002 Fee will be $550.00
Make Check Payable to Department of State

10. Election Campaign Financing Trust Fund Contribution. ☐ $5.00 May Be Added to Fees

**11. OFFICERS AND DIRECTORS**

| TITLE | NAME | STREET ADDRESS | CITY-ST-ZIP |
|---|---|---|---|
| C | SONG, ZHI PING | POST OFFICE BOX 172356 | TAMPA FL 33672 |
| D | CAO, JIANG LIN | POST OFFICE BOX 172356 | TAMPA FL 33672 |
| VS | LI, JINAG | POST OFFICE BOX 173356 | TAMPA FL 33672 |
| T | WEI, CHUN SHAN | POST OFFIC BOX | TAMPA FL 33672-0356 |

**12. ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS IN 11**

| TITLE | NAME | STREET ADDRESS |
|---|---|---|
| C | SONG, ZHI PING | SAME AS MAILING |
| D | CAO, JIANG LIN | SAME AS MAILING |
| V/S | LI, JIANG | SAME AS MAILING |
| T | WEI, CHUN SHAN | SAME AS MAILING |
| P/D | YU, XIAN FENG | SAME AS MAILING |

13. I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Section 119.07(3)(i), Florida Statutes. I further certify that the information indicated on this report or supplemental report is true and accurate and that my signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears in Block 11 or Block 12 if changed, or on an attachment with an address, with all other like empowered.

**SIGNATURE:** SIGNATURE REQUIRED JIANG    **Date:** JAN. 9th, 2002    **Daytime Phone #:** 813-621-6166

# 2003 FOR PROFIT CORPORATION UNIFORM BUSINESS REPORT (UBR)

**DOCUMENT #** P00000059658

**FILED**
Jan 21, 2003 8:00 am
**Secretary of State**
01-21-2003 90554 043 ***150.00

**1. Entity Name**
BNBM OF AMERICA, INC.

**Principal Place of Business**
5015 E HILLSBOROUGH
TAMPA FL 33610

**Mailing Address**
POST OFFICE BOX 172356
TAMPA FL 33672-0356

**2. Principal Place of Business**
Suite, Apt. #, etc.
City & State
Zip    Country

**3. Mailing Address**
Suite, Apt. #, etc.
City & State
Zip    Country

☐ CHECK HERE IF MAKING CHANGES

**4. FEI Number** 93-1294862    ☐ Applied For    ☐ Not Applicable

**5. Certificate of Status Desired** ☐ $8.75 Additional Fee Required

**6. Name and Address of Current Registered Agent**
WILSON, DONALD H JR.
245 SOUTH CENTRAL AVENUE
BARTOW FL 33830

**7. Name and Address of New Registered Agent**
Name:
Street Address (P.O. Box Number is Not Acceptable):
City:    FL    Zip Code:

8. The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida. I am familiar with, and accept the obligations of registered agent.

SIGNATURE _____  DATE _____
(Signature, typed or printed name of registered agent and title if applicable)
(NOTE: Registered Agent signature required when reinstating)

**FILE NOW!!! FEE IS $150.00**
After May 1, 2003 Fee will be $550.00
Make Check Payable to Florida Department of State

**9. Election Campaign Financing Trust Fund Contribution.** ☐ $5.00 May Be Added to Fees

| 10. OFFICERS AND DIRECTORS | | 11. ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS IN 11 | |
|---|---|---|---|
| TITLE: C<br>NAME: SONG, ZHI PING<br>STREET ADDRESS: POST OFFICE BOX 172356<br>CITY-ST-ZIP: TAMPA FL 33672 | ☐ Delete | TITLE:<br>NAME:<br>STREET ADDRESS:<br>CITY-ST-ZIP: | ☐ Change  ☐ Addition |
| TITLE: D<br>NAME: CAO, JIANG LIN<br>STREET ADDRESS: POST OFFICE BOX 172356<br>CITY-ST-ZIP: TAMPA FL 33672 | ☐ Delete | TITLE:<br>NAME:<br>STREET ADDRESS:<br>CITY-ST-ZIP: | ☐ Change  ☐ Addition |
| TITLE: VS<br>NAME: LI, JINAG<br>STREET ADDRESS: POST OFFICE BOX 173356<br>CITY-ST-ZIP: TAMPA FL 33672 | ☐ Delete | TITLE:<br>NAME:<br>STREET ADDRESS:<br>CITY-ST-ZIP: | ☐ Change  ☐ Addition |
| TITLE: T<br>NAME: WEI, CHUN SHAN<br>STREET ADDRESS: POST OFFIC BOX<br>CITY-ST-ZIP: TAMPA FL 33672-0356 | ☐ Delete | TITLE:<br>NAME:<br>STREET ADDRESS:<br>CITY-ST-ZIP: | ☐ Change  ☐ Addition |
| TITLE: PD<br>NAME: XIAN FENG, YU<br>STREET ADDRESS: POST OFFICE BOX 173356<br>CITY-ST-ZIP: TAMPA FL 33672 | ☐ Delete | TITLE:<br>NAME:<br>STREET ADDRESS:<br>CITY-ST-ZIP: | ☐ Change  ☐ Addition |
| TITLE:<br>NAME:<br>STREET ADDRESS:<br>CITY-ST-ZIP: | ☐ Delete | TITLE:<br>NAME:<br>STREET ADDRESS:<br>CITY-ST-ZIP: | ☐ Change  ☐ Addition |

12. I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Section 119.07(3)(i), Florida Statutes. I further certify that the information indicated on this report or supplemental report is true and accurate and that my signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears in Block 10 or Block 11 if changed, or on an attachment with an address, with all other like empowered.

**SIGNATURE:** _Chunshan Wei_  SIGNATURE REQUIRED
SIGNATURE AND TYPED OR PRINTED NAME OF SIGNING OFFICER OR DIRECTOR    Date    Daytime Phone #

CR2E034 (10/02)

# 2004 FOR PROFIT CORPORATION ANNUAL REPORT

**DOCUMENT # P00000059658**

**1. Entity Name**
BNBM OF AMERICA, INC.

| Principal Place of Business | Mailing Address |
|---|---|
| 4900 W. RIO VISTA AVENUE<br>TAMPA, FL 33634 | POST OFFICE BOX 172356<br>TAMPA, FL 33672-0356 |

**FILED Feb 17, 2004 8:00 am Secretary of State**

02-17-2004 90010 017 ***158.75

02122004  Chg-P  CR2E034 (10/03)

| 2. Principal Place of Business | 3. Mailing Address |
|---|---|
| Suite, Apt. #, etc. | Suite, Apt. #, etc. |
| City & State | City & State |
| Zip  Country | Zip  Country |

**4. FEI Number:** 93-1294862

**5. Certificate of Status Desired** ☒ $8.75 Additional Fee Required

**Applied For** / Not Applicable

### 6. Name and Address of Current Registered Agent
WILSON, DONALD H JR.
245 SOUTH CENTRAL AVENUE
BARTOW, FL 33830

### 7. Name and Address of New Registered Agent
Name:
Street Address (P.O. Box Number is Not Acceptable):
City:  FL  Zip Code:

8. The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida. I am familiar with, and accept the obligations of registered agent.

SIGNATURE _____  DATE _____

**FILE NOW!!! FEE IS $150.00**
After May 1, 2004 Fee will be $550.00

9. Election Campaign Financing Trust Fund Contribution ☐ $5.00 May Be Added to Fees.

## 10. OFFICERS AND DIRECTORS / 11. ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS IN 11

| | Current | | Change/Addition |
|---|---|---|---|
| TITLE | C | | |
| NAME | SONG, ZHI PING | | |
| STREET ADDRESS | POST OFFICE BOX 172356 | | |
| CITY-ST-ZIP | TAMPA, FL 33672 | ☐ Delete | |

| | | | |
|---|---|---|---|
| TITLE | D | | |
| NAME | CAO, JIANG LIN | | |
| STREET ADDRESS | POST OFFICE BOX 172356 | | |
| CITY-ST-ZIP | TAMPA, FL 33672 | ☐ Delete | |

| | | | ☒ Change |
|---|---|---|---|
| TITLE | VS | TITLE | S |
| NAME | LI, JINAG | NAME | LI, JIANG |
| STREET ADDRESS | POST OFFICE BOX 173356 | STREET ADDRESS | POST OFFICE BOX 172356 |
| CITY-ST-ZIP | TAMPA, FL 33672 | CITY-ST-ZIP | TAMPA, FL 33672 |

| | | | ☒ Change |
|---|---|---|---|
| TITLE | T | TITLE | V/T |
| NAME | WEI, CHUN SHAN | NAME | WEI, CHUN SHAN |
| STREET ADDRESS | POST OFFIC BOX | STREET ADDRESS | POST OFFICE BOX 172356 |
| CITY-ST-ZIP | TAMPA, FL 336720356 | CITY-ST-ZIP | TAMPA, FL 33672 |

| | | | ☒ Change |
|---|---|---|---|
| TITLE | PD | TITLE | P/D |
| NAME | XIAN FENG, YU | NAME | XIAN FENG, YU |
| STREET ADDRESS | POST OFFICE BOX 173356 | STREET ADDRESS | POST OFFICE BOX 172356 |
| CITY-ST-ZIP | TAMPA, FL 33672 | CITY-ST-ZIP | TAMPA, FL 33672 |

12. I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Section 119.07(3)(i), Florida Statutes. I further certify that the information indicated on this report or supplemental report is true and accurate and that my signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears in Block 10 or Block 11 if changed, or on an attachment with an address, with all other like empowered.

**SIGNATURE:** *Chunshan Wei* / CHUNSHAN WEI    2-11-2004    813-621-6766

DOCUMENT# P00000059658

Feb 07, 2005
Secretary of State

**Entity Name:** BNBM OF AMERICA, INC.

**Current Principal Place of Business:**

4900 W. RIO VISTA AVENUE
TAMPA, FL 33634

**New Principal Place of Business:**

**Current Mailing Address:**

POST OFFICE BOX 172356
TAMPA, FL 336720356

**New Mailing Address:**

FEI Number: 93-1294862      FEI Number Applied For ( )      FEI Number Not Applicable ( )      Certificate of Status Desired (X)

**Name and Address of Current Registered Agent:**

WILSON, DONALD H JR.
245 SOUTH CENTRAL AVENUE
BARTOW, FL 33830     US

**Name and Address of New Registered Agent:**

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: _____

Electronic Signature of Registered Agent                                                    Date

**Election Campaign Financing Trust Fund Contribution ( ).**

**OFFICERS AND DIRECTORS:**

| | | | |
|---|---|---|---|
| Title: | C     ( ) Delete | Title: | ( ) Change ( ) Addition |
| Name: | SONG, ZHI PING | Name: | |
| Address: | POST OFFICE BOX 172356 | Address: | |
| City-St-Zip: | TAMPA, FL 33672 | City-St-Zip: | |
| Title: | D     ( ) Delete | Title: | ( ) Change ( ) Addition |
| Name: | CAO, JIANG LIN | Name: | |
| Address: | POST OFFICE BOX 172356 | Address: | |
| City-St-Zip: | TAMPA, FL 33672 | City-St-Zip: | |
| Title: | S     ( ) Delete | Title: | ( ) Change ( ) Addition |
| Name: | LI, JINAG | Name: | |
| Address: | POST OFFICE BOX 173356 | Address: | |
| City-St-Zip: | TAMPA, FL 33672 | City-St-Zip: | |
| Title: | VT     ( ) Delete | Title: | ( ) Change ( ) Addition |
| Name: | WEI, CHUN SHAN | Name: | |
| Address: | POST OFFICE BOX 172356 | Address: | |
| City-St-Zip: | TAMPA, FL 336720356 | City-St-Zip: | |
| Title: | PD     ( ) Delete | Title: | ( ) Change ( ) Addition |
| Name: | XIAN FENG, YU | Name: | |
| Address: | POST OFFICE BOX 172356 | Address: | |
| City-St-Zip: | TAMPA, FL 33672 | City-St-Zip: | |

**ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS:**

I hereby certify that the information supplied with this filing does not qualify for the for the exemption stated in Section 119.07(3)(i), Florida Statutes. I further certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with an address, with all other like empowered.

SIGNATURE:   CHUNSHAN WEI                                        VT                    02/07/2005

Electronic Signature of Signing Officer or Director                                      Date