**Michael J. Esler, OSB No. 710560**
esler@eslerstephens.com
**John W. Stephens, OSB No. 773583**
stephens@eslerstephens.com
**Kim T. Buckley, OSB No. 781589**
buckley@eslerstephens.com
ESLER, STEPHENS & BUCKLEY, LLP
121 S.W. Morrison Street, Suite 700
Portland, Oregon  97204-3183
Telephone:  (503) 223-1510
Facsimile:  (503) 294-3995
*Of Attorneys for Defendants*

**Thomas C. Sand**, OSB No. 773322
tom.sand@millernash.com
**Elisa J. Dozono**, OSB No. 063150
elisa.dozono@millernash.com
**Brian W. Esler**
*Admitted Pro Hac Vice*
brian.esler@millernash.com
MILLER NASH GRAHAM & DUNN LLP
111 S.W. Fifth Avenue, Suite 3400
Portland, Oregon  97204
Telephone:  (503) 224-5858
Facsimile:  (503) 224-0155
*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

(Portland Division)

| | | |
|---|---|---|
| **CHINA NATIONAL BUILDING MATERIALS IMPORT AND EXPORT CORPORATION**, a People's Republic of China corporation; and **CNBM FOREST PRODUCTS (CANADA) LTD**, a Canadian corporation,<br><br>Plaintiffs,<br><br>v.<br><br>**MURPHY OVERSEAS USA ASTORIA FOREST PRODUCTS, LLC**, an Oregon limited liability company; **MURPHY OVERSEAS U.S.A. TIMBER AND LAND DEVELOPMENT, LLC,** an Oregon limited liability company; **MURPHY OVERSEAS U.S.A. HOLDINGS, LLC,**<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 3:14-cv-00746-ST<br><br>**JOINT POST-HEARING MEMORANDUM OF CLARIFICATION** |

FSIA EXHIBIT 129

Page 1 of 4   **DEFENDANTS' POST-HEARING MEMORANDUM OF CLARIFICATION**

**ESLER, STEPHENS & BUCKLEY, LLP**
Attorneys at Law
121 S.W. Morrison Street, Suite 700
Portland, Oregon  97204-3183
Telephone:  (503) 223-1510
Facsimile:  (503) 294-3995

After reviewing a transcript of the January 20, 2015, hearing on the Motion to Intervene, the parties' counsel submit this post-hearing clarification to make sure that the Court was not left with any misunderstanding of the facts regarding the settlement reached between plaintiffs and defendants in this case.

China National Building Materials Import and Export Corporation purchased logs from Westerlund Log Handlers, LLC ("WLH") in about November and December, 2013 that still remained in Astoria when this litigation started.  Prior to reaching any final settlements, the parties to the Clatsop County Circuit Court case reached a stipulation to cooperate in shipping about five million board feet of those logs in about September 2014, which stipulation reserved all parties' claims against each other.  That stipulation was entered on the record and approved by the Clatsop County Circuit Court.

After further negotiations, but prior to reaching a global settlement agreement to resolve all three cases among all parties, the Murphy parties entered into a separate agreement with the China National parties.  The terms of that separate agreement were agreed to be and remain confidential, but some of those terms might arguably be relevant to the question whether plaintiffs are now or have been conducting business in the United States (which is a question no longer presented in this action, if it ever was).  The entry into that separate agreement by the Murphy parties and the China National parties was a condition precedent to, and formed part of the consideration for, the eventual global settlement agreement reached among the Murphy parties, the China National parties, the WLH parties, and Alan Brunstad.

The parties in all three actions (including parties that are not parties in this action) continued negotiations and ultimately reached the global settlement resolving all three cases.  As generally described in the hearing, that global settlement required WLH to transfer certain equipment to Murphy, Murphy to pay the $2.55 million purchase price for the WLH equipment to the China National parties, and the China National parties to transfer any security interests they have in the WLH equipment to Murphy.  The parties to the state court action also jointly moved to have that transaction approved by the Clatsop County Circuit Court.  Judge Philip

Page 2 of 4    **DEFENDANTS' POST-HEARING MEMORANDUM OF CLARIFICATION**

ESLER, STEPHENS & BUCKLEY, LLP
Attorneys at Law
121 S.W. Morrison Street, Suite 700
Portland, Oregon  97204-3183
Telephone:  (503) 223-1510
Facsimile:  (503) 294-3995

Nelson approved the transaction, and the parties completed it.  The global settlement included releases of all claims made in all three cases between all parties except the claims between the Murphy parties and the WLH parties.  The China National parties' releases were effective upon receipt of the $2.55 million payment described above.  The parties to all three cases also agreed to dismiss the cases with prejudice.  Once confirmation of payment was received, the parties submitted stipulations in each of the cases to dismiss all three actions.

DATED this 26th day of January, 2015.

Respectfully submitted,

| ESLER, STEPHENS & BUCKLEY, LLP | MILLER NASH GRAHAM & DUNN LLP |
|---|---|
| s/ Kim T. Buckley | s/ Brian W. Esler |
| Kim T. Buckley, OSB No. 781589 | Thomas C. Sand, OSB No. 773322 |
| buckley@eslerstephens.com | tom.sand@millernash.com |
| Michael J. Esler, OSB No. 710560 | Brian W. Esler, WSB No. 22168 |
| esler@eslerstephens.com | (*Admitted Pro Hac Vice*) |
| John W. Stephens, OSB No. 773583 | brian.esler@millernash.com |
| stephens@eslerstephens.com | Elisa J. Dozono, OSB No. 063150 |
| 121 S.W. Morrison Street, Suite 700 | elisa.dozono@millernash.com |
| Portland, Oregon 97204-3183 | 3400 U.S. Bancorp Tower |
| Telephone: (503) 223-1510 | 111 S.W. Fifth Avenue |
| Facsimile: (503) 294-3995 | Portland, Oregon 97204 |
|  | Telephone: (503) 224-5858 |
|  | Fax: (503) 224-0155 |
| *Attorneys for Defendants Murphy Overseas USA Astoria Forest Products, LLC, Murphy Overseas U.S.A. Timber and Land Development, LLC and Murphy Overseas U.S.A. Holdings, LLC* | *Attorneys for Plaintiffs China National Building Materials Import and Export Corporation and CNBM Forest Products (Canada) Ltd.* |

Page 3 of 4   **DEFENDANTS' POST-HEARING MEMORANDUM OF CLARIFICATION**

ESLER, STEPHENS & BUCKLEY, LLP
Attorneys at Law
121 S.W. Morrison Street, Suite 700
Portland, Oregon 97204-3183
Telephone: (503) 223-1510
Facsimile: (503) 294-3995

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing Defendants' Post-Hearing Memorandum of Clarification on:

    Daniel H. Skerritt
    Tonkon Torp LLP
    1600 Pioneer Tower
    888 SW Fifth Avenue
    Portland, OR  97204-2099
    E-Mail:  dan.skerritt@tonkon.com

    Frederick S. Longer
    Levin Fishbein Sedran & Berman
    510 Walnut Street, Suite 500
    Philadelphia, PA  19106
    E-Mail:  flonger@lfsblaw.com

    Russ M. Herman
    Herman, Herman & Katz, LLC
    820 O'Keefe Avenue
    New Orleans, LA 70113
    E-Mail:  rherman@hhklawfirm.com

*Attorneys for Intervenors Eduardo and Carmen Amorin, Albert and Betsy Butzer, Jack and Anna McGinn, Thomas and Virginia Spencer, and Elliot and Angelina Everard*

by the following indicated method or methods on the date set forth below:

    ☒    **CM/ECF system transmission.**

    ☒    **First-class mail, postage prepaid.**

DATED this 26th day of January, 2015.

    s/ Kim T. Buckley
    Kim T. Buckley, OSB No. 781589

    *Attorneys for Defendants Murphy Overseas USA Astoria Forest Products, LLC, Murphy Overseas U.S.A. Timber and Land Development, LLC and Murphy Overseas U.S.A. Holdings, LLC*

k:\maureen\murphy overseas, cbmie v. #14-746-st\joint post-hearing memorandum clarification 1-26-15.docx

Page 4 of 4    **CERTIFICATE OF SERVICE**

**ESLER, STEPHENS & BUCKLEY, LLP**
Attorneys at Law
121 S.W. Morrison Street, Suite 700
Portland, Oregon  97204-3183
Telephone:  (503) 223-1510
Facsimile:  (503) 294-3995