IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CHINA NATIONAL BUILDING MATERIAL INVESTMENT CO., LTD. (F/K/A BND CO., LTD.) | § § § § | |
| Plaintiff, | § § | Civil Action No. 1:14-cv-00701-SS |
| v. | § § | JURY TRIAL DEMANDED |
| BNK INTERNATIONAL, LLC and JEFFREY J. CHANG | § § § | |
| Defendants. | § § | |

**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES
AND DISCLOSURE STATEMENT**

COMES NOW, Plaintiff China National Building Material Investment Co., Ltd. (f/k/a BND Co., Ltd.), by and through its undersigned counsel, pursuant to Federal Rule of Civil Procedure 7.1, and hereby lists the following persons and/or entities who may have a financial interest in the outcome of this action:

1. Counsel for Plaintiff
   R. Edward Perkins
   Sheehy, Ware & Pappas, P.C.
   909 Fannin Street, Suite 2500
   Houston, TX 77010

2. Plaintiff China National Building Material Investment Co., Ltd. (f/k/a BND Co., Ltd.).

3. Plaintiff China National Building Material Investment Co., Ltd. (f/k/a BND Co., Ltd.) is a corporation whose shares owned by China National Building Material Company Limited, a company whose shares are publicly traded on the Hong Kong Stock Exchange, stock code 3323, ticker CNBM.

4. Defendant BNK International, LLC.

5. Defendant Jeffrey J. Chang.

FSIA EXHIBIT 131