Exhibit 316-R

Partial Translation of BNBMPLC-E-0005889-5892

## Welcome Speech on the 2008 BNBM Annual Marketing Meeting

BNBM General Manager    Bing Wang

Respectable Board Chairman Zhiping Song,

Respectable ~~Chief of the Staff~~ *President* Jiabao Xiao, and ~~Director~~ *President* Zhenjiang Xie,

Friends of distributors and big clients:

Good morning!

...

In 2007, under the correct leadership and *, according to* strong support of CNBM and the correct decision making of the BNBM board of directors, BNBM ~~followed~~ the requirements of CNBM Group's "unified, modelized, streamlined, systemized, and digitized" management model, fully implemented KPI management, and satisfactorily accomplished the three missions given by the Group ~~corporation~~: 1. the Company achieved a large percentage increase for the fourth consecutive year for each production and *operation* ~~sales~~ target, and our operational performance was doubled in four years. 2. Main products such as gypsum boards, mineral wool ceilings, and lightweight ~~metal~~ *steel* studs continued to grow rapidly, fully completed the missions in production and sales volume, unit price, and gross profit rates. 3. The *standardized* integration and ~~regulation~~ management from the housing products department ~~and the products department~~ gave full play to the ~~cooperation~~ *synergistic* effect and scale advantage to our new products, we overachieved each operational target, the profit increased as compared to the same period from the previous year is close to ten million Yuan.

...

FSIA EXHIBIT 135

WANG: Exhibit 316-R

Partial Translation of BNBMPLC-E-0005889-5892

**Welcome Speech on the 2008 BNBM Annual Marketing Meeting**

BNBM General Manager    Bing Wang

Respectable Board Chairman Zhiping Song,

Respectable Chief of the Staff Jiabao Xiao, and Director Zhenjiang Xie,

Friends of distributors and big clients:

Good morning!

…

In 2007, under the correct leadership and strong support of CNBM and the correct decision making of the BNBM board of directors, BNBM followed the requirements of CNBM Group's "unified, modelized, streamlined, systemized, and digitized" management model, fully implemented KPI management, and satisfactorily accomplished the three missions given by the Group Corporation: 1. the Company achieved a large percentage increase for the fourth consecutive year for each production and sales target, and our operational performance was doubled in four years. 2. Main products such as gypsum boards, mineral wool ceilings, and lightweight metal studs continued to grow rapidly, fully completed the missions in production and sales volume, unit price, and gross profit rates. 3. The integration and regulation management from the housing products department and the products department gave full play to the cooperation effect and scale advantage to our new products, we overachieved each operational target, the profit increased as compared to the same period from the previous year is close to ten million Yuan.

…

**WANG:   Exhibit 316**

In 2008 the welcoming speech in marketing work annual meeting in the northern new building materials

Chairman Song Zhiping who northern new building materials general manager Wang Bing respects, respect Xiao guarantees the head and President Xie Zhenjiang, the dealer friends, big client friends:
Good morning!
The northern new building materials in 2008 the marketing work annual meeting solemnly open today, here, my sincerely representative northern new building materials to attending the general dealer and big client of representative this grand meeting extended warmest welcome! In the past year expressed heartfelt gratitude to the marketing system entire cadre staff, the distribution partner and general client industrious work and outstanding contributions! Arrive at the conference to express heartfelt gratitude to Chinese Build Newspaper office head Mr. Xiao Jiabao and Chinese Building materials Newspaper office head Mr. Xie Zhenjiang and general media friends while being busy! To the Chinese building materials aggregation and Chinese building materials joint-stock company, especially Song Zong, Cao Zong and others leaders at all levels' full trust, vigorously supports and selfless help expresses sincerest gratitude!
Because Chinese building materials president and northern new building materials chairman Mr. Cao Jianglin travels on official business because of official business, cannot attend today's meeting, I by Chairman Cao Jianglin request, to the conference was reported that in 2007 the northern new building materials marketing work related situation and in 2008 related will arrange.
In 2007, in the Chinese building materials' correct leadership and vigorously under the support, under the northern new building materials board of directors's correct policy decision, the northern new building materials according to Chinese building materials aggregation "integration, patternizing, flow process, institution and digitization" the requirements of five administrative modes, comprehensively promotes the KPI control, successfully finish three tasks that the aggregation have issued: 1st, various company production operation indices implemented the great proportion to grow for the fourth consecutive year, the operating results four years grew two times. 2nd, gypsum board, mineral wool plate, light steel keel and other staple products continued hold the fast growths, the volume of production and marketing, unit price and gross profit rate comprehensively finish the task. 3rd, the new product through the house department services department business integration, the standard control, give full play to the synergistic effect and scale advantage, has overfulfilled various management indices, added profit near thousands of Yuan.
In 2007, the company will continue to strengthen the brand build as an important strategy, expands Long's influence through various channels, "the tour of dragon" series outreach activities the deploy in land, Long paper surface gypsum board and decoration gypsum board for the first time through Chinese conditions symbol product certification; The Long mineral wool sound absorbing baffler was given "the Chinese name brand" by National Administration of Quality and Technical Supervision product title; The Long mineral wool sound absorbing baffler and Long paint passed the Chinese conditions to symbolize that the product inspector general exammed; The Long gypsum board and mineral wool sound absorbing baffler were included the conditioning first batch of government procurement

Page 1 BNBMPLC-E-0005889

detailed lists. The northern new building materials Long trade mark reported â€œChinese well-known trademarkâ€ the material passed has layer upon layer verified, through the examination of Beijing Bureau of industry and commerce, was in SAIC's approval process, is called â€œthe Chinese well-known trademarkâ€ in 2008 hopefully.
To safeguard the brand and market order well, the company intensified the attacking the sellers of fake and low-quality goods effort at the same time, implements the rights protection attacking the sellers of fake and low-quality goods operation about hundred times, investigates system false den dozens; On the other hand, the light steel keel product has begun using the special paper formulation anti-counterfeit bar code in the gypsum board and in comprehensively, is China in the same profession in the market the anti-counterfeit technology is most advanced at present, the use method most convenient high tech anti-counterfeit system, effectively has defended the Long product market image, has ensured the general consumer's interests.
In the brand construction, the company continues to strengthen the high ground strategy, is selected in the northern new building materials Long suspended ceiling bridge wall system continuously â€œbird nestâ€, round the world the core and in the Venetian hotel three big landmark projects foundations, in 2007 continues reports of victory keep coming. In Olympic Games all sports complexes and capital conditioning first tall building 330 meters country trade three issue and world maximum monomer terminal Capital Airport No. 3 terminal and in 2007 Chinese maximum intelligent building CCTV new Taiwan site and in 2007 maximum comprehensive house project 1 million square meters present age international city and other projects, have used the northern new building materials Long systems product. In 2007, Time has evaluated the world ten big construction miracles, China has three selections, what â€œbird nestâ€, the CCTV new Taiwan site and contemporary international city use is the northern new building materials Long serial products. The above these have established the northern new building materials Long absolutely leading profession brand status.
In the product development, the northern new building materials insisted that the person altruism has, human to have me to be new. According to the Song total instruction, the utilization of solution client as northern new mission. In order to satisfy country trade three phases of specifications, the northern new building materials design has developed the special keel product; The production in enormous quantities 25 millimeters Gao Qiang overweight gypsum board, is China, may produce 25 millimeters thick gypsum board including the foreign capital only the manufacturer; The mineral wool plate has developed the plum blossom series and so on new flower model; The baking varnish keel developed has surmounted attacks hidden with the new keel system that the baking varnish keel simultaneously used; Outside the wall plate has developed 20 millimeters thick midheaven plate and fluorine carbon high-quality inorganic facing ply, the real mineral varnish and so on.
In hard currency, according to the instruction of Chairman Cao, makes the mass sale is the northern new building materials basic guiding principle. Based on this target, makes industry department and comprehensive Department of Commerce cooperates, strictly carries out the selling price policy and loans policy, the standard hard currency, maintains the market order. In 2007, the company implemented the same year to sell 100% loans targets for the second consecutive

year, this in the building materials profession was very rare. Based on this, reduces the historical debt to make the good progress. Specially what is worth praising is gypsum board services department takes back historical debt near thousands of Yuan, occupies the old funds proportion about 25%; House department services department also overcome difficulties, the liquidation account, takes back the historical debt 2 million Yuan.

These result the behind, is the dealer friends unremitting endeavor that everybody and northern new building materials fights side-by-side, is these attaches great importance to the product quality, technology and service, supports the national brand, to believe Chinese manufacture general client absolute sincerity cooperation result. Here, please allow me to express most sincere gratitude to everybody again!

In 2008, we will face a bigger challenge, will encounter more opportunities. To further promote the marketing work of company, completely implements various indices that the aggregation issue, the company will plan to conduct the following several aspects to work in 2008 with emphasis:

1st, establishes to take the client as the marketing organization and administrative mode of core. The service actual combat truly implements in the marketing tissue and from "takes the product as core" "takes the client as core" the upgrade, the company including the personnel, money, materials and other resource distributions and product developments from north will be new and product carries on the sales promotion for the starting point, transits to carries on the product development and the service of organization and supply chain of the applied technology development and marketing according to the client and application demand, satisfies the client comprehensively the functionality demand and service-oriented demand. Northern new gypsum board, keel and mineral wool plate service, has constructed the same profession most integrated wall and suspended ceiling solution, this is north new and other sole gypsum board manufacturer and sole mineral wool plate manufacturer maximum difference. Superior product development and application development, is north newly the most formidable competitive advantage, for example 4 hours gypsum board firewall system and ultra five-star's 61 decibels score household sound insulation wall system and absorption of shock keel system, 25 millimeters thick strong ultra thick gypsum board and heat-insulation coefficient achieves 2.8 super Duanqiao aluminum to model the windows and doors. Recently, north jointly has organized newly the national architectural acoustics engineer conference with Qinghua University, has introduced the northern new building materials architectural acoustics system comprehensive solution, obtained the good results, the construction heat-insulation and has constructed energy conservation, fire protection waterproofing and other functionality solutions, big market, big hospital, small dining room, small supermarket and other application of the model solutions one after another will also release in the nation.

The company also plans to set up the uniform brand and nation with the general dealers together chain-like, the coordination cooperation wall suspended ceiling system monopolization system.

House department services department in 2007 obtain the remarkable results, the display coordination marketing, constructs to model with the coating material sale has the obvious growth, the heat sinks estimated that is going to make the obvious penetration in 2008. Northern new molding and windows and doors system have the molding wall thickness, genuine materials and wall rational design and

heat-insulation coefficient to be high, energy conservation result remarkable characteristic; The heat sinks had the convection and radiate two radiation methods, greatly raised the result of radiation efficiency and energy conservation, the bonding technique has solved the anticorrosion problem, holds the long-term energy conservation result. From now on, the house department services department will develop and will improve the product and system's energy conservation result with emphasis, offers system's windows and doors energy conservation solution and heating energy conservation solution for the client key and buys as the work.

2nd, intensifies the marketing investment efforts. Conducts the entire channel marketing, a coverage more broad market and client; Increases the control and effort of engineering project; Improves headquarters' control and coordination ability; Reinforces the marketing especially profession promotion the effort, and other growth quick professions introduces the pointed system solution in the education, finance, the house repair; Enlarges the advocacy method and advocacy to launch into, advocates the method richly, the key point is the building materials store, the specialized media, street sign, broadcasting station and so on advocated the channel, further strengthens the brand message, give full play to Internet's superiority. Northern new building materials website already comprehensive edition correction, and makes something a matter of political line operates. We will take the northern new building materials website as new marketing stage and formidable marketing support tool.

3rd, speeds up the project process, the enhancement area after the competitive advantage. Ninghai and Taicang's gypsum board production line estimated that in the first quarter finish in 2008, the product will put in the market in the second half of the year comprehensively; Zhaoqing, Quang'an and Wuhan's gypsum board production line by the end of the year one after another finish the production line build; Tieling's gypsum board production line also finish a move of bid of item design to work, in April comprehensive beginning construction. The new production line will use the newest technology, the mass of product is good, energy consumption is low, the northern new building materials' competitive advantage will be more obvious.

Fellow leaders, fellow dealers and client friends, the company hope that through this annual meeting, listens to everybody's valued suggestion and recommendation, comprehensively raises our service levels, achieves goal that the cooperation, wins. We hope that everybody represents speaks freely, for about will build into the world-class new building materials industry giant to supply ideas in 2010 the northern new building materials, creates happily tomorrow!

Finally wish fellow leaders, fellow dealers and client friends the health in the new year and business are prosperous, source of wealth enters, the Wish the entire family happy broadly!

Thanks everybody!
Page PAGE 1 of NUMPAGES 4

--- Summary Information ---
1: 936 PID_TITLE:

PID_SUBJECT:
PID_AUTHOR: Chen Yan PID_KEYWORDS:
PID_TEMPLATE: Criteria PID_LASTAUTHOR: zj PID_REVNUMBER: 3 PID_APPNAME: Microsoft Office Word PID_EDITTIME: Mon Jan 01 08:02: 00 CST 1601 PID_LASTPRINTED: Fri Jan 11 13:43: 00 CST 2008 PID_CREATE_DTM: Mon Jan 28 11:27: 00 CST 2008 PID_LASTSAVE_DTM: Wed Mar 12 10:01: 00 CST 2008 PID_PAGECOUNT: 1 PID_WORDCOUNT: 473 PID_CHARCOUNT: 2701 PID_SECURITY: 0

--- Document Summary Information ---
PID_CODEPAGE: 936 PID_COMPANY: Beixinjituan PID_LINECOUNT: 22 PID_PARCOUNT: 6 17: 3168 23: 729028 PID_SCALE: false PID_LINKSDIRTY: false 19: false 22: false 1: 1200

## 在北新建材 2008 年营销工作年会上的欢迎辞

### 北新建材总经理　王兵

尊敬的宋志平董事长，

尊敬的肖家保社长、谢镇江社长，

经销商朋友们，大客户朋友们：

大家上午好！

北新建材 2008 年营销工作年会今天隆重开幕，在此，我谨代表北新建材对出席此次盛会的广大经销商和大客户代表表示最热烈的欢迎！对营销系统全体干部员工、经销伙伴和广大客户在过去一年里的辛勤劳动与卓越贡献表示衷心的感谢！对中国建设报社社长肖家保先生、中国建材报社社长谢镇江先生和广大媒体朋友在百忙中亲临大会表示衷心的感谢！对中国建材集团、中国建材股份公司，特别是宋总、曹总等各级领导的充分信任、大力支持和无私帮助表示最诚挚的感谢！

由于中国建材总裁兼北新建材董事长曹江林先生因公务出差，未能出席今天的会议，下面，我受曹江林董事长的委托，向大会报告 2007 年北新建材营销工作有关情况和 2008 年有关安排。

2007 年，在中国建材的正确领导和大力支持下，在北新建材董事会的正确决策下，北新建材按照中国建材集团"一体化、模式化、流程化、制度化、数字化"五化管理模式的要求，全面推行 KPI 管理，圆满完成了集团下达的三项任务：1、公司各项生产经营指标连续第四年实现了大比例增长，经营业绩四年增长了两倍。2、石膏板、矿棉板、轻钢龙骨等主产品继续保持高速增长，产销量、单价、毛利率全面完成任务。3、新产品通过住宅部品事业部业务整合，规范管理，充分发挥协同效应和规模优势，超额完成了各项经营指标，同比增加了利润近千万元。

2007 年，公司将继续加强品牌建设作为一项重要策略，通过各种渠道扩大龙牌的影响力，"龙之行"系列推广活动在全国各地展开，龙牌纸面石膏板、装饰石膏板首次通过中国环境标志产品认证；龙牌矿棉吸声板被国家质检总局授予"中国名牌"产品称号；龙牌矿棉吸声板、龙牌漆通过了中国环境标志产品现场监督检查；龙牌石膏板、矿棉吸声板被列入第一批政府采购清单。北新建材龙牌

商标申报"中国驰名商标"的材料已经通过了层层审核，已经通过北京工商局的审批，正是进入国家工商总局的审批程序，有望在 2008 年称为"中国驰名商标"。

为了更好地维护品牌和市场秩序，公司一方面加大了打假力度，实施维权打假行动近百次，查处制假窝点几十个；另一方面，在石膏板、轻钢龙骨产品中全面启用了特殊纸张制定的防伪条形码，是中国目前同行业中市场上防伪技术最先进、使用方式最便捷的高科技防伪系统，有效维护了龙牌产品的市场形象，保障了广大消费者的利益。

在品牌建设方面，公司继续强化制高点策略，在北新建材龙牌吊顶隔墙体系连续中标"鸟巢"、环球中心、威尼斯人酒店三大标志性工程的基础上，2007 年继续捷报频传。在奥运会所有的体育场馆、首都第一高楼 330 米的国贸三期、世界最大单体航站楼首都机场 3 号航站楼、2007 年中国最大的智能建筑 CCTV 新台址、2007 年最大的综合住宅项目 100 万平米的当代万国城等项目，都全部采用了北新建材的龙牌系统产品。2007 年，《时代》周刊评选了世界十大建筑奇迹，中国有三项入选，"鸟巢"、CCTV 新台址和当代万国城都全部采用的是北新建材的龙牌系列产品。以上这些都奠定了北新建材龙牌绝对领先的行业品牌地位。

在产品开发方面，北新建材坚持人无我有、人有我新。根据宋总的指示，把解决客户的运用作为北新的使命。为了满足国贸三期的技术要求，北新建材设计开发了专门的龙骨产品；大批量生产了 25 毫米的高强超重石膏板，是中国，包括外资在内唯一可以生产 25 毫米厚石膏板的厂家；矿棉板开发了梅花系列等新的花型；烤漆龙骨开发了超越暗插和烤漆龙骨同时使用的新型龙骨系统；外墙板开发了 20 毫米厚的中空板、氟碳高级无机饰面层、真石漆等。

在营销管理方面，根据曹董事长的指示，做有质量的销售是北新建材基本的指导思想。基于此目标，使业部和综合商务部通力合作，严格执行销售价格政策和货款政策，规范营销管理，维护市场秩序。2007 年，公司连续第二年实现了当年销售 100%的货款目标，这在建材行业是非常难得的。在此基础上，压缩历史欠款取得良好进展。特别值得表扬的是石膏板事业部收回历史欠款近千万元，占老款的比例 25%左右；住宅部品事业部也克服困难，清理帐户，收回历史欠款 200 万元。

这些成绩的背后，是各位与北新建材并肩作战的经销商朋友们不懈的努力，也是那些重视产品质量、技术和服务，支持民族品牌、相信中国制造的广大客户

精诚合作的结果。在此，请允许我再次向大家表示最真挚的感谢！

2008年，我们将面临更大的挑战，也将迎来更多的机遇。为进一步推动公司的营销工作，全面实现集团下达的各项指标，公司计划在2008年重点开展以下几方面工作：

1、建立以客户为中心的营销组织及管理模式。在营销组织和业务实战中真正实现从"以产品为中心"到"以客户为中心"的升级，公司包括人、财、物等资源分配和产品开发将从北新和产品为出发点进行推销，过渡到根据客户和应用需求进行产品开发、应用技术开发、营销的组织和供应链的服务，全面满足客户的功能性需求和服务性需求。北新的石膏板、龙骨和矿棉板业务，构筑了同行业最完整的墙体和吊顶解决方案，这是北新和其他单一的石膏板厂商、单一的矿棉板厂商最大的区别。优越的产品开发和应用开发，也是北新最强大的竞争优势，比如4小时的石膏板防火墙系统、超五星级的61分贝的分户隔声墙系统、减震龙骨系统、25毫米厚的超强超厚石膏板、保温系数达到2.8的超级断桥铝塑门窗。最近，北新与清华大学联合组织了全国建筑声学工程师大会，推出了北新建材建筑声学系统全面解决方案，取得了良好效果，建筑保温、建筑节能、防火防水等功能性解决方案，大商场、大医院、小餐厅、小超市等应用型的解决方案也将陆续在全国推出。

公司还计划与广大经销商一起共同组建统一品牌、全国连锁、协同合作的墙体吊顶系统专卖体系。

住宅部品事业部2007年取得明显效果，发挥协同营销，建塑和涂料销售有明显增长，散热器预计在2008年将要取得明显突破。北新的型材和门窗系统具有型材壁厚、真材实料、墙体设计合理、保温系数高、节能效果显著的特点；散热器具备了对流和辐射两种散热方式，大大提高了散热效率和节能的效果，焊接技术解决了防腐问题，保持长期节能效果。今后，住宅部品事业部将重点开发和提高产品和系统的节能效果，把为客户提供系统的门窗节能解决方案、采暖节能解决方案作为工作重点和卖点。

2、加大营销投资力度。开展全渠道营销，覆盖更广泛的市场和客户；加大工程项目的管理和力度；加强总部的管理和协调能力；加强市场推广特别是行业推广的力度，在教育、金融、住宅装修等增长较快的行业推出针对性的系统解决方案；加大宣传手段、宣传投入，丰富宣传手段，重点是建材卖场、专业媒体、

BNBMPLC-E-0005891

路牌、电台等宣传渠道,进一步强化品牌宣传,充分发挥互联网的优势。北新建材的网站已经全面改版并且上线运行。我们将把北新建材性的网站作为新的营销舞台和强大的营销支持工具。

3、加快项目进程,增强区域经竞争优势。宁海、太仓的石膏板生产线预计在 2008 年一季度完成,产品在下半年将全面投放市场;肇庆、广安和武汉的石膏板生产线将在年底之前陆续完成生产线建设;铁岭的石膏板生产线也将完成项目设计的招投标工作,在 4 月份全面开工建设。新的生产线将采用最新的技术,产品的质量好、能耗低,北新建材的竞争优势将更加明显。

各位领导,各位经销商和客户朋友们,公司希望通过此次年会,听取大家的宝贵意见和建议,全面提高我们的服务水平,实现合作、共赢的目标。希望各位代表畅所欲言,为把北新建材在 2010 年左右打造成为世界级的新型建材产业巨头出谋划策,共创美好明天!

最后祝愿各位领导、各位经销商和客户朋友们在新的一年里身体健康、生意兴隆、财源广进、阖家幸福!

谢谢大家!

BNBMPLC-E-0005892