<u>Translation of TG-0129674</u>

## Message

| | |
|---|---|
| **From:** | v20100526[v20100526@163.com] |
| **Sent:** | June 27, 2010    14:50:56 |
| **To:** | Chief Jian Zhang [zj@cnbm.com.cn] |
| **CC:** | Chief Jia [thbmjtc@163.com]; Secretary Zhang [zjcth001@163.com] |
| **Subject:** | Spreadsheet of TSG Exports |
| **Attachments:** | Statement on the export data and statistics.doc; Invoice statistics100627.xls |

Chief Zhang:

Hello! I'm very sorry that I was unable to timely report the relevant statistics to you.

The statistical spreadsheet we prepared and the analysis of the summary of concluding the lawsuit[1] are hereby sent to you. Chief Zhang, please refer to the attachment. Due to a lack of tracking record for the origins of the gypsum boards produced in the factories, we cannot accurately account for the corresponding gypsum mines' origins for every batch of gypsum boards. Tomorrow, we will try our best to accurately account for the origins of gypsum on a monthly basis, and will report to you as soon as we finish.

Thanks,

Best!

Wenlong Peng

---

[1] The original might contain typos, educated guess from the translator as to original intent

FSIA EXHIBIT 81

<u>Translation of TG-0129675-76</u>

<u>TG-0129675</u>

**Statement on the Data and Statistics of Exports to the U.S. from 2005 to 2007**

According to the exporting record statistics, from 2005 to 2007, the total volume exported to the U.S. was 7292804.536 square meters (the detailed spreadsheet is attached below), the detailed analysis is as follows:

**I. Categorized by the method of exporting:** The total volume of self-run export was 1241691.746 square meters, the indirect export was 6051112.79 square meters.

1. Among the 1241691.746 square meters of self-run exports: export via "Shandong Taihe Dongxin Company Limited" was 687247.86 square meters, export via "Tai'an Taishan Plasterboards Company Limited" was 554443.89 square meters.

Categorized by the destination port of export: exported 446520 square meters to the port of Norfolk (Virginia), exported 230627.58 square meters to the port of Miami (Florida), exported 117881.28 square meters to the port of Tampa (Florida), exported 240727.86 square meters to the port of Camden (New Jersey), and exported 205935.024 square meters to the port of New York (New York).

2. Indirect export: Tai'an Taishan Plasterboards Company Limited indirectly exported 6051112.79 square meters via trading company(s), the destination port is unknown.

**II. Categorized by the company operating the business:**

1. Shandong Taihe Dongxin Company Limited (abbreviated as Shandong Taihe in the detailed spreadsheet) signed the contracts and issued the invoices of 687247.86 square meters of gypsum boards;

2. Tai'an Taishan Plasterboards Company Limited (abbreviated as Taian Taishan in the detailed spreadsheet) signed the contracts and issued the invoices of 4790411.199 square meters of gypsum boards;

3. Shandong Taihe Dongxin Company Limited signed the contracts, but Tai'an Taishan Plasterboards Company Limited issued the invoices of 1815145.475 square meters of gypsum boards;

**III. Categorized by the dispute resolution method:**

1. Court litigation is to resolve the disputes involving 3034359.405 square meters of gypsum boards;

2. China International Economic and Trade Arbitration Commission is to resolve the disputes involving 2676059.847 square meters of gypsum boards;

3. The *"Contract Law of the People's Republic of China"* is to resolve the disputes involving 122286.94 square meters of gypsum boards;

<u>TG-0129676</u>

4. China International Trade Promotion Committee is to resolve the disputes involving 117881 square meters of gypsum boards;

5. The dispute resolution method for the remaining 1342217.344 square meters of gypsum boards is unknown.

**IV. Categorized by label:**

1. There are 687247.86 square meters of gypsum boards with the coding of "Shandong Taihe Dongxin Company Limited" in its English name printed on the back;

2. There are 117881.28 square meters of gypsum boards with the coding of "Tai'an Taishan Plasterboards Company Limited" in its English name printed on the back;

3. 965614.38 square meters of gypsum boards used the "Taishan" brand of edge band;

4. 998778.91 square meters of gypsum boards had white unlettered edge band, no coding, and neutral packaging;

5. 3502532.647 square meters of gypsum boards were labeled the trademark (OEM) of foreign customers according to the customers' requirements;

6. The labeling for the remaining 1020749.452 square meters of gypsum boards is unknown.

**V: Categorized by the mineral origin:**

According to the conventional practice of gypsum board production, the production workshop would not conduct the corresponding tracking and recording of gypsum origins for the gypsum board products. Therefore, there is no way to confirm the corresponding mineral origins for each batch of gypsum board products. However, the rough calculations for the gypsum minerals purchased from different mining regions at the time are as follows:

Our company exported 7292804.536 square meters of gypsum boards to the U.S., calculating based on 9.6KG/square meters, approximately 70010 tons of gypsum was needed. According to the statistics from our company's Procurement Department, in 2006, our company procured 378924.72 tons of natural gypsum. The ratios of natural gypsum from different mineral companies are: Juyuan Mine 57.32%, Luneng Mine 1.47%, Linwen Mine 21.2%, Wenyang Mine 20.01%. Calculating based on the ratios above, the volumes of gypsum boards exported to the U.S. produced using the gypsum from different mineral regions are as follows:

Juyuan Mine: 4180235.56 square meters, Wenyang Mine: 1459290.19 square meters, Luneng Mine: 107204.23 square meters, Linwen Mine: 1546074.56 square meters.

Taishan Gypsum Company

June 27, 2010

Zhang Zong;

 Hello! It was sorry that cannot give you to report related statistical promptly.
 Presently will have counted the good data form and settles a lawsuit to analyze to issue you, asked Zhang Zong to refer to the appendix.
Because plant production gypsum board does not have gypsum origin the track record, therefore is unable to count each batch of gypsum board precise correspondences the gypsum ore to originate precisely, tomorrow we will count the gypsum to originate according to the month as far as possible precisely, after counting, give you to report as soon as possible.


 Thanks,


Wished!



Peng Wenlong

Received: from v20100526 ([124.130.154.127]) by ajax-webmail-wmsvr103 (Coremail); Sun, 27 Jun 2010 22:50: 56 +0800 (CST) Date: Sun, 27 Jun 2010 22:50: 56 +0800 (CST) From: v20100526 < v20100526@163.com > To: =? gbk? B? 1cW9odfc? = < zj@cnbm.com.cn > Cc: =? gbk? B? vNbX3A==? = < thbmjtc@163.com >, =? gbk? B? 1cXK6bzH? = < zjcth001@163.com > Message-ID: < 1a13543.3c4c.12979e3c0d5.Coremail.v20100526@163.com > Subject: =? gbk? B? VFNHs/a/2s2zvMax7Q==? = MIME-Version: 1.0 Content-Type: multipart/mixed;
        boundary="----=_Part_40000_127306.1277650256084" X-Originating-IP: [124.130.154.127] X-Priority: 3 X-Mailer: Coremail Webmail Server Version SP_ntes V3.5 build 100525(10833.3107.3105) Copyright (c) 2002-2010 www.mailtech.cn 163com X-CM-CTRLDATA: JScRTmZvb3Rlcl9odG09Mzg5OjQ0 X-CM-TRANSID:Z8GowLD77+BQZSdM5K0AAA--.3550W X-CM-SenderInfo: jysqiiaqvslqqrwthudrp/1tbiMRn8O0i4vovo7QAAsv X-Coremail-Antispam: 1U5529EdanIXcx71UUUUU7vcSsGvfC2KfnxnUU==

2005 - 2007 exports American data statistics showing

After exporting record statistics, 2005 - after 2007 exports the American data equals 7292804.536 square meters (, attaches detailed list), concretely analyzes as follows:
According to export way classification: The self-management exports total 1241691.746 square meters, indirectly exports 6051112.79 square meters.

1st, self-management exports in 1241691.746 square meters: Exports 687247.86 square meters by "Shandong Taihe Dongxin limited liability company", exports 554443.89 square meters by "Tai'an Taishan paper surface gypsum board limited company".
According to exporting port of destination minute: Exports the Norfolk harbor (Virginia) 446520 square meters, exports the Miami harbor (Florida) 230627.58 square meters, exports the Tampa harbor (Florida) 117881.28 square meters, exports Camden harbor (New Jersey) 240727.86 square meters, exports the New York harbor (New York State) 205935.024 square meters.
2nd, indirect export: The Tai'an Taishan paper surface gypsum board limited company indirectly exports 6051112.79 square meters through the trading company, the port of destination is unclear.
Second, according to operation company minute:

1st, (in detailed list is called Shandong Taihe) sign contract, to draw up the gypsum board 687247.86 square meters that by the Shandong Taihe Dongxin limited liability company the receipt involves;
2nd, (in detailed list is called Tai'an Taishan) sign contract, to draw up the gypsum board 4790411.199 square meters that by the Tai'an Taishan paper surface gypsum board limited company the receipt involves;

3rd, is signed the contract by the Shandong Taihe Dongxin limited liability company, but is drawn up the gypsum board 1815145.475 square meters that by the Tai'an Taishan paper surface gypsum board limited company the receipt involves;
Third, according to dispute resolution format classification:

1st, stipulation dispute by involving gypsum board 3034359.405 square meters of court litigation solution;
2nd, stipulation dispute the involving gypsum board 2676059.847 square meters that is arbitrated by the Chinese international economy trade arbitration committee;

3rd, the stipulation dispute solution refers to "People's Republic of China Law of contract" involving gypsum board 122286.94 square meters;
4th, stipulation dispute by involving gypsum board 117881 square meters of International Chamber of Commerce China Committee ruling;

5th, the dispute resolution format of surplus 1342217.344 square meters gypsum board agreement is unclear.
Fourth, classifies according to the indication:

1st, back spurts the code to be printed with "Shandong Taihe Dongxin limited liability company" the English name inscription gypsum board 687247.86 square meters;
2nd, back spurts the code to be printed with "Tai'an Taishan paper surface gypsum board limited company" the English name inscription gypsum board 117881.28 square meters;

3rd, use Taishan seals the gypsum board 965614.38 square meters of sideband;
4th, white non-character Feng Biandai, does not spurt code neutral packing the gypsum board 998778.91 square meters;

5th, indicates the overseas customer trademark (OEM) gypsum board 3502532.647 square meters according to the customer request;
6th, surplus 1020749.452 square meters gypsum board indications are unclear.

Fifth, basis mineral resources division:
According to the gypsum board production convention convention, the production workshop does not carry on the gypsum origin and track record of gypsum board product correspondence, therefore is unable to check the gypsum ore origin of each raid gypsum board product correspondence. But was at that time as follows according to the different mining area gypsum ore inventory proportion rough estimate:

Our company exports American gypsum board 7292804.536 square meters, according to a 9.6KG/square meter computation, probably needs a gypsum 70010 tons gypsum. Counts according to our company purchase unit, in 2006 our company purchased the natural gypsum 378924.72 tons, the proportion of different mining industry company natural gypsum was: Gathering source ore 57.32%, Luneng ores 1.47%, near wen ore 21.2%, wen positive ore 20.01%. According to the above proportion computation, our company uses the different mining area gypsum production exports the American gypsum board the quantity are as follows:

Gathering source ore: 4180235.56 square meters, wen positive ore 1459290.19 square meter and Luneng ore 107204.23 square meters and near wen ore 1546074.56 square meters.

Taishan gypsum company 2010-6-27

--- Summary Information ---
1: 1200 PID_TITLE: 2005 - 2007 exports the American data statistics to show PID_SUBJECT: PID_AUTHOR: User PID_KEYWORDS:
PID_COMMENTS:
PID_TEMPLATE: Normal.dot PID_LASTAUTHOR: User PID_REVNUMBER: 61 PID_EDITTIME: Mon Jan 01 08:00: 00 CST 1601 PID_CREATE_DTM: Tue Jun 08 13:38: 00 CST 2010 PID_LASTSAVE_DTM: Sun Jun 27 14:23: 00 CST 2010 PID_LASTPRINTED: Sun Jun 27 14:12: 00 CST 2010 PID_PAGECOUNT: 1
PID_WORDCOUNT: 215 PID_CHARCOUNT: 1232 PID_APPNAME: Microsoft Office Word PID_SECURITY: 0

--- Document Summary Information ---
PID_CODEPAGE: 1200 PID_COMPANY: Microsoft PID_CATEGORY:
PID_MANAGER:
PID_PARCOUNT: 2 PID_LINECOUNT: 10 17: 1445 PID_PRESFORMAT:
PID_BYTECOUNT: 0 PID_SLIDECOUNT: 0 PID_NOTECOUNT: 0 PID_HIDDENCOUNT: 0
PID_MMCLIPCOUNT: 0 PID_SCALE: false PID_LINKSDIRTY: false 1: 1200 KSOProductBuildVer: 2052-6.5.0.1966

Message
---

| | |
|---|---|
| **From**: | v20100526 [v20100526@163.com] |
| **Sent**: | 27/06/2010 14:50:56 |
| **To**: | 张健总 [zj@cnbm.com.cn] |
| **CC**: | 贾总 [thbmjtc@163.com]; 张书记 [zjcth001@163.com] |
| **Subject**: | TSG出口统计表 |
| **Attachments**: | 出口数据统计说明.doc; 发票统计100627.xls |

张总;

您好!十分抱歉,未能及时给您汇报相关统计情况.

现将已经统计好的数据表格及结案要分析发给您,请张总参阅附件.因工厂生产石膏板没有石膏来源跟踪记录,所以无法精确统计每批石膏板精确对应的石膏矿来源,明天我们会按月份尽可能精确地统计石膏来源,统计好后尽快给您汇报.

谢谢,

祝好!


彭文龙

TG-0129674

# 2005 年-2007 年出口美国数据统计说明

经出口记录统计，2005 年-2007 年出口美国数据合计 7292804.536 平方米（后附明细表），具体分析如下：

一、 **按出口方式分类**：自营出口共计 1241691.746 平方米，间接出口 6051112.79 平方米。

1、自营出口 1241691.746 平方米中：以"山东泰和东新股份有限公司"出口 687247.86 平方米，以"泰安市泰山纸面石膏板有限公司"出口 554443.89 平米。

按出口目的港分：出口到诺福克港口（弗吉尼亚州）446520 平方米，出口到迈阿密港口（佛罗里达州）230627.58 平方米，出口到坦帕港口（佛罗里达州）117881.28 平方米，出口到诺卡姆登港口（新泽西州）240727.86 平方米，出口到纽约港口（纽约州）205935.024 平方米。

2、间接出口：泰安市泰山纸面石膏板有限公司通过贸易公司间接出口 6051112.79 平方米，目的港不详。

二、**按业务操作公司分：**

1、由山东泰和东新股份有限公司（明细表中简称为山东泰和）签订合同、开具发票涉及的石膏板 687247.86 平方米；

2、由泰安市泰山纸面石膏板有限公司（明细表中简称为泰安泰山）签订合同、开具发票涉及的石膏板 4790411.199 平方米；

3、由山东泰和东新股份有限公司签订合同、但由泰安市泰山纸面石膏板有限公司开具发票涉及的石膏板 1815145.475 平方米；

三、 **按争议解决方式分类：**

1、规定争议由法院诉讼解决的涉及石膏板 3034359.405 平方米；

2、规定争议由中国国际经济贸易仲裁委员会仲裁的涉及石膏板 2676059.847 平方米；

3、规定争议解决参照《中华人民共和国合同法》的涉及石膏板 122286.94 平方米；

4、规定争议由国际商会中国委员会裁决的涉及石膏板 117881 平方米；

5、剩余 1342217.344 平方米石膏板约定的争议解决方式不详。

## 四、按标示分类：

1、背面喷码印有"山东泰和东新股份有限公司"英文名称字样的石膏板 687247.86 平方米；

2、背面喷码印有"泰安市泰山纸面石膏板有限公司"英文名称字样的石膏板 117881.28 平方米；

3、使用"泰山"牌封边带的石膏板 965614.38 平方米；

4、白色无字封边带、不喷码中性包装的石膏板 998778.91 平方米；

5、按客户要求标示国外客户商标（OEM）的石膏板 3502532.647 平方米；

6、剩余 1020749.452 平方米石膏板标示不详。

## 五、根据矿源划分：

按照石膏板生产常规惯例，生产车间不进行石膏来源与石膏板产品对应的跟踪记录，所以无法核对每一批次的石膏板产品对应的石膏矿来源。但是根据当时不同矿区石膏矿进货比例匡算如下：

我公司出口美国石膏板 7292804.536 平方米，按 9.6KG/平米计算，大约需用石膏 70010 吨石膏。根据我公司采购部门统计，2006 年我公司采购天然石膏 378924.72 吨，不同矿业公司天然石膏的比例为：聚源矿 57.32%、鲁能矿 1.47%、临汾矿 21.2%、汶阳矿 20.01%。按以上比例计算，我公司使用不同矿区石膏生产的出口美国石膏板的数量如下：

聚源矿：4180235.56 平方米、汶阳矿 1459290.19 平方米、鲁能矿 107204.23 平方米、临汾矿 1546074.56 平方米。

泰山石膏公司

2010-6-27