UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047

SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*ALL CASES*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# O R D E R

Considering the Motion for Leave to File the Plaintiffs' Steering Committee's Amended Memorandum in Support of Motion for Suggestion of Remand;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the Plaintiffs' Steering Committee's Amended Memorandum in Support of Motion for Suggestion of Remand be and is hereby filed into the record.

New Orleans, Louisiana, this 30th day of August, 2018.

_____
Eldon E. Fallon
United States District Court Judge