**From:** adavidson@orrick.com [mailto:adavidson@orrick.com]
**Sent:** Wednesday, November 25, 2015 4:24 AM
**To:** Thomas Shrack; Sandy Duggan; Arnold Levin; rherman@hhklawfirm.com; mobrien@hhklawfirm.com; vlory@hhklawfirm.com
**Cc:** cvejnoska@orrick.com
**Subject:** CNBM Company production



You have received 7 files
from adavidson@orrick.com.

Counsel,

CNBM Company production sets 26 through 32 are available for download. These documents are from the custodians that were requested by the PSC after CNBM Company completed its document production by the August 14, 2015 deadline.

You will have to create a new login for this file transfer system. Please let me know if you have any difficulty accessing the Kiteworks system.

Passwords to decrypt these files will be sent by separate email.

SET32.zip
1.34 GB

SET31.zip
373.59 MB

SET30.zip
116.59 MB

SET29.zip
19.01 MB

SET28.zip
386.11 MB

SET27.zip
191.40 MB

FSIA EXHIBIT 136

SET26.zip
25.58 MB
File links expire: Dec 5, 2015 (GMT)

DOWNLOAD

kiteworks - Work wherever the wind takes you
To learn how your company can benefit from kiteworks by Accellion, please visit http://www.accellion.com/kiteworks

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

**From:** adavidson@orrick.com [mailto:adavidson@orrick.com]
**Sent:** Wednesday, November 25, 2015 4:26 AM
**To:** Thomas Shrack; Sandy Duggan; Arnold Levin; rherman@hhklawfirm.com; mobrien@hhklawfirm.com; vlory@hhklawfirm.com
**Cc:** cvejnoska@orrick.com
**Subject:** CNBM Group production

You have received 3 files from adavidson@orrick.com.

Counsel,

CNBM Group production sets 22 through 24 are available for download. These documents are from custodians requested by the PSC following CNBM Group's completion of document production by the August 14, 2015 deadline.

Passwords to decrypt these files will be sent by separate email.

SET22.zip
4.31 MB

SET23.zip
41.13 MB

SET24.zip
64.35 MB
File links expire: Dec 5, 2015 (GMT)

DOWNLOAD

kiteworks - Work wherever the wind takes you

To learn how your company can benefit from kiteworks by Accellion, please visit http://www.accellion.com/kiteworks

---

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

**From:** Davidson, Andrew K. [mailto:adavidson@orrick.com]
**Sent:** Wednesday, November 25, 2015 4:32 AM
**To:** Thomas Shrack; Sandy Duggan; Arnold Levin; rherman@hhklawfirm.com; mobrien@hhklawfirm.com; vlory@hhklawfirm.com
**Cc:** Vejnoska, Christopher
**Subject:** CNBM Company and CNBM Group production sets

Counsel,

Passwords to decrypt the recently-transmitted production volumes are as follows:

CNBM Company

| Volume | Password |
|---|---|
| 26 | PR$2rewa |
| 27 | n4hU+reP |
| 28 | pr4trUn@ |
| 29 | praSt*f4 |
| 30 | bAsU7u-A |
| 31 | ka-anE2e |
| 32 | bE&ewr7b |

CNBM Group

| Volume | Password |
|---|---|
| 22 | xUspU8-E |
| 23 | j$8RamAs |
| 24 | Ba8Ap$Et |



**ANDREW K. DAVIDSON**
*Managing Associate*

ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669

tel +1-415-773-5472
fax +1-415-773-5759
adavidson@orrick.com
bio • vcard

www.orrick.com

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.