

In re: Chinese-Manufactured Drywall Prods. Liab. Litig., MDL No. 2047
**CNBM Co Ltd's Document Production:
Pages Produced Prior to and After 30(b)(6) Deposition
(CHANG Zhangli) Taken 6/5 - 6/7/2015**

Prior to 6/5/15:
04/15/15:   331 pgs
05/01/15:   117 pgs
05/11/15: 1,519 pgs
06/04/15: 2,640 pgs
**4,607 pages produced *prior to* deposition (1.75%)**

30(b)(6) Deposition of CHANG Zhangli (6/5 - 6/7/2015)

Post 6/7/15:
07/23/15:  2,709 pgs
07/27/15: 40,362 pgs
07/27/15:  5,037 pgs
07/28/15: 29,726 pgs
07/30/15: 65,726 pgs
08/03/15:    141 pgs
08/14/15: 62,466 pgs
08/14/15:  1,776 pgs
09/08/15:  4,008 pgs
11/25/15: 47,197 pgs
**259,148 pages produced *after* deposition (98.25%)**

FSIA EXHIBIT 138