**From:** Anthony Irpino [mailto:airpino@irpinolaw.com]
**Sent:** Wednesday, November 25, 2015 8:38 AM
**To:** Vejnoska, Christopher; Stengel, James L. (jstengel@orrick.com); Davidson, Andrew K.; Wu, Jason M. (jmwu@orrick.com); 'eeagan@gordonarata.com'
**Cc:** Arnold Levin; Russ Herman (RHERMAN@hhklawfirm.com); Sandy Duggan; Fred Longer; Lenny Davis; Pearl Robertson
**Subject:** RE: Follow Up - Outstanding Discovery Issues

Counselors:

This correspondence addresses some outstanding discovery matters relating to CNBM Group and CNBM Co. as follows:

**Document Productions**:

You had previously advised that you were undertaking the document collections from Chan Xue'an, Chen Haixian, and Du Gurangyuan. Please advise regarding the status of document productions from these custodial files. If these documents have been produced to the PSC, please let us know the bates numbers for these respective custodial document productions, and please do the same for Zhang Jian's custodial production.

The PSC has received some reports, resolutions and meeting minutes of CNBM Group's board of directors and CNBM Co.'s board of directors. However, many appear to be missing or have not been produced. We would like production of all reports, resolutions and meeting minutes from each entity's board of directors from January 1, 2005 to December 31, 2014.

The PSC has received some CNBM Group and CNBM Co. policies, guidelines, rules and/or regulations which have been issued or otherwise relayed to subsidiaries. By way of example, we have received (from BNBM Group) certain CNBM Group policies, guidelines, rules and/or regulations such as: "Annual Operation Performance Review Method for China National Building Material Group Corporation's Subsidiaries" (BNBM(Group)-E-0005046-5082); "Chinese building material Group Company limited Property transfer policing method" (BNBM(Group)-E-0005083-5092); and "China National Building Material Group Corporation Interim Avoidance Regulations regarding Enterprise Management Personnel" (BNBM(Group)-E-0005101-5106). We are certainly concerned that these policies were not received from CNBM Group or CNBM Co.. Moreover, we would like to make sure that we receive from CNBM Group and CNBM Co. production of all such policies, guidelines, rules and regulations issued or otherwise made by each entity from January 1, 2005 to December 31, 2014.

**Privilege Log Challenges**:

The PSC has been through the revised privilege logs provided by CNBM Group and CNBM Co. The PSC hereby challenges the following privilege claims (in order as they appear on your privilege log):

CNBMGRP00004967, CNBMGRP00216854, CNBMGRPPRIV0019, CNBMGRPPRIV0021, CNBMGRP00280400, CNBMGRP00280601, CNBMGRP00280742 thru CNBMGRP00280744, CNBMGRPPRIV0039, CNBMGRPPRIV0043 thru CNBMGRPPRIV0046, CNBMGRPPRIV0048, CNBMGRP00305937, CNBMGRPPRIV0057, CNBMGRPPRIV0059 thru CNBMGRPPRIV0060, CNBMGRPPRIV0061, CNBMGRPPRIV0069, CNBMGRPPRIV0073,



FSIA EXHIBIT 143

CNBMGRP00318272,  CNBMGRPPRIV0100 thru CNBMGRPPRIV0102, CNBMGRPPRIV0108 thru CNBMGRPPRIV0112, CNBMGRPPRIV0114 thru CNBMGRPPRIV0120, CNBMGRPPRIV0127, CNBMGRPPRIV0144, CNBMGRPPRIV0149 thru CNBMGRPPRIV0152, and CNBMGRPPRIV0160.

CNBMCOPRIV0115 thru CNBMCOPRIV0118, CNBMCOPRIV0150 thru CNBMCOPRIV0158, CNBMCOPRIV0160 thru CNBMCOPRIV0167, CNBMCOPRIV0262, CNBMCOPRIV0281, CNBMCOPRIV0283, CNBMCOPRIV0301, CNBMCOPRIV0315 thru CNBMCOPRIV0316, CNBMCOPRIV0484, CNBMCOPRIV0627, CNBMCOPRIV0628, CNBMCOPRIV0635, CNBMCOPRIV0643, CNBMCOPRIV0644, CNBMCOPRIV0662, CNBMCOPRIV0673 - CNBMCOPRIV0679, CNBMCOPRIV0681, CNBMCOPRIV0689, CNBMCOPRIV0693, CNBMCOPRIV0713, CNBMCOPRIV0737, and CNBMCOPRIV0738.

The PSC asks that you review the above privilege claims and advise if you are willing to reconsider and produce the documents relative to same.

The above outlines the PSC's positions regarding these outstanding discovery-related matters.  While we believe that these issues can be addressed via correspondence, we are happy to have a meet and confer if you have any questions or if you would like.  We look forward to hearing from you.  Thank you.

Anthony D. Irpino
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Tel:  (504) 525-1500
Fax: (504) 525-1501

*CONFIDENTIAL ATTORNEY-CLIENT OR OTHERWISE PRIVILEGED COMMUNICATION*
*DO NOT FORWARD WITHOUT PERMISSION*

*Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail or via telephone at (504) 525-1500 and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.*

*IRS CIRCULAR 230 NOTICE: Pursuant to recently enacted U.S. Treasury Department Regulations, we are now required to advise you that, unless otherwise expressly indicated, any federal tax advice expressed above was neither written nor intended by the sender or this firm to be used and cannot be used by any taxpayer for the purpose of avoiding penalties that may be imposed under U.S. Tax Law. If any person uses or refers to any such tax advice in promoting, marketing or recommending a partnership or other entity, investment plan or arrangement to any taxpayer, then the advice should be considered to have been written to support the promotion or marketing by a person other than the sender or this firm of that transaction or matter, and such taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor*