Translation of TG-0218944-218946

TG-0218944

Message

| | |
|---|---|
| From: | 8812017538 [8812017538@163.com] |
| Sent: | November 05, 2008 05:12:19 |
| To: | thqg [thqg@163.com] |
| Subject: | Re: Fw: fw: Notice on submitting the information of import and export business operation and the countermeasures of the enterprises during the financial crisis |
| Attachments: | Investigation outline (1).doc |

Hello,

Please see the attached: the report of export information! And please ask the Supply Department about the import information.

Thank you!

--

*Yours faithfully*

*Frank*

*TAISHAN GYPSUM CO., LTD.*

*(TAIHE DONGXIN)*

*8812017538@163.com*

*TEL:0086-538-8812017*

 PENG: Exhibit 814

On November 4, 2008, written by thqg<thqg@163.com>:

-----Forwarded messages-----

From: ""Wei Wen" <wenwei@bnbm.com.cn>"

Sent: November 3, 2008 16:58:59

To: thqg <thqg@163.com>

Subject: Fw: Notice on submitting the information of import and export business operation and the countermeasures of the enterprises during the financial crisis

From: Zheng Cheng [mailto:chengzheng@cnbm.com.cn]

Date: November 3, 2008 16:13

**TG-0218945**

To: Xuan Luo; Lan Feng; Lizhu Zhu; Liming Wang; Zuo Yang

Cc: Wei Wen

Subject: Notice on submitting the information of import and export business operation and the countermeasures of the enterprises during the financial crisis

-----Original Message-----

From: dll

To: anxian95; chen; Yang Zuo; yanghongbo1111; Luobo; Peng Wang; zbxby; chengzheng; Runhong Wang; Kai Ma; zlz

Sent: Monday, November 03, 2008 3:44 PM

Subject: Notice on submitting the information of import and export business operation and the countermeasures of the enterprises during the financial crisis

Notice on submitting the information of import and export business operation and the countermeasures of the enterprises during the financial crisis

All related subordinate entities of the Group:

Influenced by global economic environment factors such as the current global financial market turmoil and the slower economic growth of various main countries, the impact on our international trade has been gradually evident, and particularly the decrease of export trade is more obvious.

In order to understand the degree of influence of current situation on the import and export trade of the enterprises owned by our Group as well as the response measures of your enterprises, and to promptly reflect to the state commerce authority with regard to the difficulties that your enterprises have encountered in your operation of foreign trade and what kind of support policy that is needed to be given by the state, please provide written materials as shown in the attached "Investigation outline," and submit it together with your monthly international trade report for October to the International Cooperation Department of the Group Corporation before November 6.

Contact: Lili Dai, Tel: 010-88416688 6414 (ext.),

Email: DLL@CNBM.COM.CN


November 3, 2008

dll

**TG-0218946**

…

(translator's note: advertisement omitted)

Hello,

In the appendix about the report of export, please search and collect! Also please inquire supply department about import.



Thanks!


--
Yours faithfully Frank TAISHAN GYPSUM CO., LTD.

(TAIHE DONGXIN) 8812017538@163.com < mailto:8812017538@163.com >

TEL:0086-538-8812017 < thqg@163.com > wrote in 2008-11-04, thqg:




---------- Repeater email message ----------
Addressers: "" Wen Wei "< wenwei@bnbm.com.cn < mailto:wenwei@bnbm.com.cn >>" transmission date: 2008-11-03 16:58: 59 addressees: thqg < thqg@163.com < mailto:thqg@163.com >> subject: Repeater: About sending in financial crisis enterprise import and export service state of operation and counter measures the notice of

_____


Addressers: The regulation drafts [mailto:chengzheng@cnbm.com.cn < mailto:chengzheng@cnbm.com.cn >] transmission time: On November 3, 2008 16:13 addressee: Luo Xuan; Abundant orchid; Julie Zhu; Wang Liming; Yang Zuo sends duplicate: Hears Wei subject: Fw: About sending in financial crisis enterprise import and export service state of operation and counter measures the notice of



----- Original Message -----

From: dll < mailto:dll@cnbm.com.cn > To: anxian95 < mailto:anxian95@163.com >; chen < mailto:chen@bnbm.com.cn >;
Yang Zuo < mailto:yangz@ccgc.com.cn >; yanghongbo1111 < mailto:yanghongbo1111@163.com >; Luobo, Wang Peng < mailto:gjsw@clfg.com >; zbxby < mailto:zbxby@cnbm.com.cn >; chengzheng < mailto:chengzheng@cnbm.com.cn >; Wang Runhong < mailto:wrh@cbmie.com >; < mailto:fangshui407@yahoo.com.cn >; zlz < mailto:zlz@cnbm.com.cn > Sent: Monday, November 03, 2008 3:44 PM

Subject: About sending in financial crisis enterprise import and export service state of operation and counter measures the notice of

About sending in financial crisis enterprise import and export service state of operation and counter measures the notice of

Various group company units concerned:

Were postponed and so on by various current international money market turbulence and major country economic growths the international economic environment factor the influence, the effect on my foreign trade appears gradually, particularly sliding of export trade is especially obvious.

For understanding current situation's influence to my group subsidiary enterprise import-export trade and enterprise counter measures, to the national charge of commerce department reflected promptly the enterprise in the difficulty that in the foreign trade operator encounters, as well as how corresponding supportive policy needs the country to give, please the unit according to the appendix listed investigation and study compendium submission written document, and as you like the company in October the international trade monthly report one before November 6 and send Group international cooperation department.

Contact people: Dai Lili, telephone: 010-88416688 revolutions 6414,

Email address: DLL@CNBM.COM.CN < mailto:DLL@CNBM.COM.CN >.


2008-11-03
_____

——

dll

_____

——— [advertisement] golden autumn most pays attention to the estate - room extremely room < http://popme.163.com/link/003985_1010_7027.html >

_____

——

[Advertisement] triumphal returning bead is joint "advantage" to carry on < http://popme.163.com/link/005035_1104_9002.html > about the installment payment preferential benefit activity

Received: from 222.132.159.70 (222.132.159.70 [222.132.159.70]) by ajax-webmail-wmsvr71 (Coremail); Wed, 5 Nov 2008 13:12: 19 +0800 (CST) Date: Wed, 5 Nov 2008 13:12: 19 +0800 (CST) From: 8812017538 < 8812017538@163.com > To: thqg < thqg@163.com > Message-ID: < 29746480.2196512258619393335.JavaMail.coremail@bj163app71.163.com > In-Reply-To: < 25438812.726151225763227104.JavaMail.coremail@bj163app34.163.com > References: < 25438812.726151225763227104.JavaMail.coremail@bj163app34.163.com > Subject: =? gbk? B? UmU6Rnc616q3ojogudjT2rGoy8298MjazqO7+tbQ? = =? gbk? B? xvPStb34s/a/2tK1zvG+rdOq17S/9ryw06a21LTryqm1xM2o1qo=? = MIME-Version: 1.0 Content-Type: multipart/mixed;
      boundary="----=_Part_58664_12267001.1225861939333" X-Originating-IP: [222.132.159.70] X-Priority: 3 X-Mailer: Coremail Webmail Server Version XT_Ux_snapshot build 080919(6068.1917.1874) Copyright (c) 2002-2008 www.mailtech.cn 163com

Message
---

| | |
|---|---|
| From: | 8812017538 [8812017538@163.com] |
| Sent: | 05/11/2008 05:12:19 |
| To: | thqg [thqg@163.com] |
| Subject: | Re:Fw:转发: 关于报送金融危机中企业进出口业务经营状况及应对措施的通知 |
| Attachments: | 调研提纲(1).doc |

您好,

附件中是关于出口情况的汇报,请查收!关于进口情况还请询问供应部。

谢谢!

--

*Yours faithfully*

*Frank*

**TAISHAN GYPSUM CO., LTD.**

**(TAIHE DONGXIN)**

*8812017538@163.com*

*TEL:0086-538-8812017*

在2008-11-04, thqg <thqg@163.com> 写道:

---------- 转发邮件信息 ----------
发件人:""闻薇" <wenwei@bnbm.com.cn>"
发送日期:2008-11-03 16:58:59
收件人:thqg <thqg@163.com>
主题: 转发: 关于报送金融危机中企业进出口业务经营状况及应对措施的通知

发件人: 程征 [mailto:chengzheng@cnbm.com.cn]
发送时间: 2008年11月3日 16:13

**收件人:** 罗璇; 丰 兰; 朱利朱; Wang Liming; Yang Zuo
**抄送:** 闻薇
**主题:** Fw: 关于报送金融危机中企业进出口业务经营状况及应对措施的通知

----- Original Message -----

**From:** dll

**To:** anxian95 ; chen ; Yang Zuo ; yanghongbo1111 ; 洛玻，王鹏 ; zbxby ; chengzheng ; 王润红 ; 凯 马 ; zlz

**Sent:** Monday, November 03, 2008 3:44 PM

**Subject:** 关于报送金融危机中企业进出口业务经营状况及应对措施的通知

## 关于报送金融危机中企业进出口业务经营状况及应对措施的通知

集团下属各有关单位：

　　受当前国际金融市场动荡、各主要国家经济增长放缓等国际经济环境因素的影响，对我对外贸易的影响逐步显现，尤其是出口贸易的下滑尤为明显。

　　为了解当前形势对我集团所属企业进出口贸易的影响程度、企业应对措施，及时向国家商务主管部门反映企业在外贸经营中遇到的困难，以及需要国家给予怎样相应的扶持政策，请你单位按附件所列调研提纲提交书面材料，并于11月6日前随你公司10月国际贸易月报一并报送集团公司国际合作部。

　　联系人:戴丽丽，电话：010-88416688转6414，

　　电子邮箱：DLL@CNBM.COM.CN。

2008-11-03

dll

[广告] 金秋最<u>关注楼盘-房不胜房</u>

---

[广告] 凯旋珠联"利"合分期付款<u>优惠活动进行中</u>

TG-0218946