<u>Translation of TG-0218947-0218948</u>
TG-0218947

**The Operation Situation and Relevant Suggestions on the Import and Export Business of Taishan Gypsum Company Limited**

The main products involved in the export business of Taishan Gypsum are plasterboards, decorative gypsum boards, light weight steel keels and accessories. From 2006, 2007, and 2008 on, the main countries and regions for export are Southeast Asia (Indonesia, the Philippines, Malaysia, etc.), the Middle East (U.A.E., Saudi Arabia, Jordan, etc.), Africa (Nigeria, Angola, South Africa), the U.S., Russia, Kazakhstan, Ukraine, etc. The main currencies used in export contracts are the U.S. dollar and the RMB. From the recent three years on, the conversion rate, raw materials, and export tax returns have become the three main factors affecting our export price and the business accounting of the enterprise's profit. The appreciation of the RMB against the U.S. dollar caused our cost to rise by 6-10%. Especially from 2008 on, the price increase for raw materials (surface protecting paper, gypsum, chemical materials) caused our cost to increase by 15-25%. The reduction from 13% to 5% for the export tax returns rate of gypsum boards also put pressure on our exporting. For lightweight steel keels, it even went from 13% of tax returns to export tax levy right now, which resulted in the current situation where we lost almost all opportunities to export lightweight steel keels when, in 2007, 1800 tons of keels were exported. Under the current circumstances, we think our customers are tight on funds to various degrees. Originally, the customers would prepay the entire payment for goods, but now many customers would put down a (30%) down payment, and the remaining payment would be made before shipment. The delivery of many such orders had to be delayed due to the untimely remaining payment, which burdened us in terms of warehouse storage and business operation. The entire market has a strong demand for reducing and stabilizing the RMB conversion rate as well as reducing the cost of raw materials.

Under the influence of many factors, most of the customers from the U.S., Russia, and the Middle East sharply reduced the volume of their orders, there were even instances where customers who paid the down payment canceled the orders or put the orders on pause. Currently, the demand from customers to reduce price is strong. On average the scope of such demands is between 10 to 20%. We face large pressures when offering price quotes. In order to avoid the

TG-0218948

loss in the company's profit affected by changes in the conversion rate, when we offer price quotes, RMB is used, and at the contracted time of export the

FSIA EXHIBIT 150

PENG: Exhibit 814-1

conversion rate would be used against to calculate the price in U.S. dollar. Due to the frequent fluctuations of raw materials prices, the effective duration of our price quotes also shortened from one month to one or two weeks. Meanwhile, we strictly required that the business operation staff to ship the goods upon receipt of payments, in order to avoid bad accounts receivables. The various kinds of requirements above reduced the competitiveness of our enterprise to a certain degree and weakened the willingness of our customers to order, resulting in a large scale reduction of our export business volume.

The persistent appreciation of the RMB is not beneficial to exporting. We hope the conversion rate would be adjusted to about 1:7 and that it would last till the end of 2009, to stimulate exporting and economic growth. Because most of our company's business use shipment upon receipt of payment, under the new system of online verification, the procedures for settling exchange are tedious for the sales payments received in advance, and sometimes under the effect of the Internet, the information could not be timely transmitted, resulting in a lack of limit for the payment received in advance and even the inability to settle the exchange upon the delivery of the goods. Because of frequent fluctuations of the conversion rate, our company's export settlement of exchanges is somewhat affected. The suggestion is that declaration be made as general trade for payments received in advance, and as long as export goes through customs clearance, the amount for settlement of exchange is available once the general traded goods are delivered, this way it may effectively shorten the time for receiving and settling the exchange. In terms of export tax returns, the suggestion is to appropriately raise the export tax returns for gypsum boards to 11% and to raise the tax returns rate for lightweight steel keels to 5%.

Whether this is appropriate or not, please criticize and correct.

Taishan gypsum limited liability company import and export business state of operation and related suggestion

The product that Taishan gypsum limited liability company export business mainly involves is the paper surface gypsum board, the decoration gypsum board, the light steel keel and fitting. Since 2006, 2007 and 2008 the paper surface gypsum board mainly the exporting country area for Southeast Asia (Indonesia, the Philippines, Malaysia and other countries), Middle East (Saudi Arabia, Saudi Arabia, Jordan and other countries), Africa (Nigeria, Angola and South Africa), the US, Russia, Kazakhstan, Ukraine and other national areas. The export contract signing cur is mainly US dollar and Renminbi. For the past three years, the exchange rate, raw material and tax reimbursement for export became three big factors that affects our export value and profit of enterprise calculation. The Renminbi to US dollar revaluation, causes our cost to rise 6-10%, since raw material especially 2008 (will have protected facial tissue, gypsum and chemical material) the rise in price will cause our cost to rise 15-25%, the gypsum board export tax rebate rate from 13% will drop to 5% to be very also big to our outlet pressure, the light steel keel from the tax reimbursement 13% to the present export taxation, causes us to export in 1800 tons keel's situation almost to lose all opportunities of lightly seasoned steel keel to the present in 2007. Under the present situation, we felt that the customer presented the varying degrees the financial strain. Originally the customers are sum total forward payment, to present many customers is prepayment one part of earnest money (30%), before producing goods, pays the spare money again. And many order forms, because the spare money does not have to push the date of delivery promptly, gives us the workshop to keep in stock and manage the service to create the tremendous pressure. The entire market to cutting, the stable renminbi exchange rate as well as reduces the material cost request to be intense.

Because a variety of reason influences, American, Russian as well as Mideast most customer order form quantities quickly wane, even left already to pay earnest money the customer also to raise to cancel the plan order form, suspended ordering the situation that. At present the customer reduction requests to be quite intense, generally the abatement claim scope when 10-20%, we quote price the pressure is big. In order to avoid exchange rate influence corporation profit loses, when our export quotation when by Renminbi quoted price, agreement export again converted according to at that time the exchange rate US dollar price. Because raw materials price fluctuation is frequent, our quoted price term of validity also from January reduction are two weeks perhaps one week. Simultaneously we request to manage the clerk to want the funds strictly to arrive to deliver goods, avoid producing the bad account receivable. The above various requests reduced our enterprise's competitive power from certain extent, weakened the customer order form intention, causes us to export

the business volume significantly to reduce.
The Renminbi revaluation does not favor the export unceasingly, we hope that the exchange rate can adjust about 1:7, and hopes that will maintain by the end of 2009 , helping to stimulate the export like this, fuel economic growth. Because our company service is the funds arrives to deliver goods basically, under the new networking investigation system, the advance receipt loans settlement of exchange procedure is tedious, sometimes receives the network system influence, the information cannot transmit promptly, causes the advance receipt loans not to have the specified amount, even the delivery was unable to settle exchange, because the exchange rate change is frequent, gives me the department to export the settlement of exchange to have certain influence. Suggested that collects in advance the loans according to the general trade delivery declaration, so long as the declaration export, under the trade delivery item has to be possible generally the settlement of exchange specified amount, may reduce effectively receives the settlement of exchange time.
Tax reimbursement for export, suggested that appropriately raises the gypsum board export tax rebate rate to 11%, raises the light steel keel recovery rate to 5%.
If the above opinion has improper, requests the leader to criticize to point out mistakes.

--- Summary Information ---
1: 936 PID_TITLE: About sending in financial crisis enterprise import and export service state of operation and counter measures notice PID_SUBJECT:
PID_AUTHOR: Lenovo User PID_KEYWORDS:
PID_COMMENTS:
PID_TEMPLATE: Normal.dot PID_LASTAUTHOR: user PID_REVNUMBER: 13
PID_APPNAME: Microsoft Office Word PID_EDITTIME: Mon Jan 01 11:22: 00 CST 1601 PID_CREATE_DTM: Mon Nov 03 14:23: 00 CST 2008
PID_LASTSAVE_DTM: Wed Nov 05 12:10: 00 CST 2008 PID_PAGECOUNT: 1
PID_WORDCOUNT: 161 PID_CHARCOUNT: 923 PID_SECURITY: 0

--- Document Summary Information ---
PID_CODEPAGE: 936 PID_COMPANY: Lenovo (Beijing) Limited
PID_LINECOUNT: 7 PID_PARCOUNT: 2 17: 1082 23: 730895 PID_SCALE: false PID_LINKSDIRTY: false 19: false 22: false

## 泰山石膏股份有限公司进出口业务经营状况及相关建议

泰山石膏股份有限公司出口业务主要涉及的产品是纸面石膏板、装饰石膏板、轻钢龙骨及配件。2006、2007、2008 年以来纸面石膏板主要出口国家地区为东南亚（印度尼西亚、菲律宾、马来西亚等）、中东（阿联酋、沙特阿拉伯、约旦等）、非洲（尼日利亚、安哥拉、南非）、美国、俄罗斯、哈萨克斯坦、乌克兰等国家地区。出口合同签约币种主要是美元、人民币。近三年以来，汇率、原材料、出口退税已成为影响我们出口价格、企业利润核算的三大因素。人民币对美元升值，导致我们成本上涨 6-10%，原材料特别是 2008 年以来（护面纸、石膏、化工材料）的价格上涨导致我们成本上涨 15-25%，石膏板出口退税率从 13%降至 5%对我们出口压力也很大，轻钢龙骨更是从退税 13%到现在出口征税，使得我们在 2007 年出口 1800 吨龙骨的情况下到现在几乎失去了出口轻钢龙骨的所有机会。在目前情况下，我们感觉到客户已经出现不同程度的资金紧张。原来客户都是全额预付货款，到现在不少客户都是先付一部分定金（30%），出货前再付余款。其中不少订单因为余款不及时不得不推交货期，给我们车间库存、经办业务带来较大压力。整个市场对降低、稳定人民币汇率以及降低原材料成本要求强烈。

由于多种原因影响，美国、俄罗斯以及中东地区绝大多数的客户订单数量骤减，甚至出现已付定金的客户也提出来取消计划订单，暂停订货的情况。目前客户降价要求比较强烈，一般要求降价幅度在 10-20%之间，我们报价时压力较大。为避免汇率变化影响公司利润

TG-0218947

损失，我们出口报价时都以人民币报价，约定出口时按照当时汇率再折算美元价格。由于原材料价格浮动频繁，我们的报价有效期也从一月缩短为两周或是一周。同时我们严格要求经办业务员要款到发货，避免产生不良应收账款。以上各种要求从一定程度上降低了我们企业的竞争力，减弱了客户订单意向，导致我们出口业务量大幅度降低。

人民币不断升值不利于出口，我们希望汇率能调到 1：7 左右，并希望维持到 2009 年底，这样有利于刺激出口，拉动经济增长。由于我公司业务基本都是款到发货，在新的联网核查制度下，预收货款结汇手续繁琐，有时受网络系统影响，信息不能及时传输，导致预收货款没有额度，甚至货到还不能结汇，由于汇率变动频繁，给我司出口结汇造成一定的影响。建议预收货款按照一般贸易货到申报，只要报关出口，一般贸易货到项下就有可结汇额度，可以有效缩短收结汇时间。出口退税方面，建议适当提高石膏板出口退税率到 11%，提高轻钢龙骨退税率到 5%。

以上意见如有不妥，烦请领导批评指正。