Translation of TG-0370699

**"wanglan" <wanglan@cbmamail.com.cn>**

| | |
|---|---|
| From: | 8812017538 |
| Sent: | Sun 5/31/2009 12:51 AM (GMT-06:00) |
| To: | "wanglan" <wanglan@cbmamail.com.cn> |
| Cc: | |
| Bcc: | |
| Subject: | Gypsum Board |
| Attachments: | Questions to the Enterprise(s)00001.doc |

Doctor Wang:

    Hello!

    According to the arrangements of the Company's leaders, the relevant information about the enterprise(s) is hereby reported to you, please review the attachment.

    Thanks!


--

Wenlong Peng

*8812017538@163.com*

*TEL: 0086-538-8812017*


Passing beyond the earthquake region, memorialize the one year anniversary of the Wenchuan earthquake

 **PENG Exhibit 817**

Dr. Wang:

 Hello!
 Arranges according to the commercial management, presently gives the related enterprise situation report you, please refer to the appendix.


 Thanks!

--
Peng Wenlong

8812017538@163.com < mailto:8812017538@163.com > TEL:0086-538-8812017

---

Passes through the earthquake belt to commemorate Wenchuan Earthquake first anniversary < http://512.mail.163.com/mailstamp/stamp/dz/activity.do?from=footer >

Received: from 8812017538 ([123.135.110.90]) by ajax-webmail-wmsvr103 (Coremail); Sun, 31 May 2009 14:51: 51 +0800 (CST) Date: Sun, 31 May 2009 14:51: 51 +0800 (CST) From: 8812017538 < 8812017538@163.com > To: wanglan < wanglan@cbmamail.com.cn > Message-ID: < 21952310.262391243752711695.JavaMail.coremail@bj163app103.163.com > Subject: =? gbk? B? yq+44LDl? = MIME-Version: 1.0 Content-Type: multipart/mixed;
      boundary="----=_Part_71476_12127382.1243752711693" X-Originating-IP: [123.135.110.90] X-Priority: 3 X-Mailer: Coremail Webmail Server Version XT2_snapshot build 090513(7592.2351.2332) Copyright (c) 2002-2009 www.mailtech.cn 163com

**"wanglan" <wanglan@cbmamail.com.cn>**

From: 8812017538
Sent: Sun 5/31/2009 12:51 AM (GMT-06:00)
To: "wanglan" <wanglan@cbmamail.com.cn>
Cc:
Bcc:
Subject: 石膏板
Attachments: 向企业询问的问题00001.doc

汪博士：
　您好！
　根据公司领导安排，现将有关企业情况汇报给您，请您参阅附件。

　谢谢！


--

*彭文龙*

***8812017538@163.com*** 

**TEL:0086-538-8812017**

---

穿越地震带 纪念汶川地震一周年