<u>Partial Translation of CNBMGRP00026029– 00026039</u>

<u>CNBMGRP00026029</u>

**China National Building Material Group Corporation Meeting Minutes**
CNBM Meeting Minutes [2010] No.05

___

**Meeting Minutes of the 5th Work Meeting of Managers of China National Building Material Group Corporation for the Year 2010**

**Time:** July 9th (Friday) 14:00

**Location:** 1st Conference Room of the Group Corporation

**Host:** Yan Yao

**Attendees:** Zhiping Song, Zhenhua Hao, Anqin Shen, Chaomin Guo, Jinhua Xu, Baoying Liu, Anzhong Huang

**Non-voting Attendees:** Guoping Zhou, Zhaoyu Guang, Feng Wei, Jiwu Zhang, Yumeng Wang, Jian Zhang, Fangqin Liu, Bing Wang, Yu Chen, Tongchun Jia, Zhenzhu Ma, Chungang Dong

**Supervisory Committee Members as Non-voting Attendees**: Jianping Sun, Qiulei Zhang

**Absentee:** Jianguo Ma

**Recorder:** Zhiping Gan

**Main Topics of the Meeting:**

I. Reported the information on the progress of problematic gypsum board event in the United States;

…

III. Deliberated the matter for the Group Corporation to donate 1 million yuan to the Xinjiang Tacheng Prefecture

…



PENG: Exhibit 822

<u>**CNBMGRP00026030**</u>

...

**Main Matters Reported and Discussed at the Meeting:**

I. Reported the information on the progress of problematic gypsum board event in the United States.

In the legal aspect, the enterprises of the Group at various levels have confirmed 21 cases that were served upon through the Hague Convention, including: each of CNBM Group, CNBM Co., Ltd., BNBM PLC., and CNBM USA was served upon 1 case; and Taishan Gypsum and its subsidiaries were served upon 17 cases. The lawsuits that the subordinate companies of the Group got involved in the United States can be divided into three types: "corporate veil" type, product liability type, and the combined type. Currently, Taishan Gypsum and CNBM USA, two companies subordinate to the Group, have entered into the litigation proceedings. The response work of the Group Corporation, CNBM Co., Ltd. and BNBM PLC is under planning.

<u>**CNBMGRP00026031**</u>

In the aspect of scientific research, the Test Center of China Building Materials Academy has taken the lead, deeply and carefully analyzed the American Research (is it an entity or ?), selected five cooperation entities having national laboratory and academician, drafted the research plan, ordered research equipment, and the total estimated expenses for the task would be about RMB 6 million yuan.

In the aspect of media propaganda, the office of the Group Corporation and BNBM PLC have done a great deal of media propaganda altogether, drafted the systematic plan, designated relevant online media and print media. Along with the progress of the event, foreign public relation company will be hired at the appropriate time.

…

III. Deliberated the matter for the Group Corporation to donate 1 million yuan to the Xinjiang Tacheng Prefecture

To further implement the ideas of the CPC Central Committee and the State Council on strengthening the Xinjiang work, and to strengthen the aid work of the SASAC and the central government enterprises to Xinjiang, our Group Corporation would donate 1 million yuan to the Xinjiang Tacheng Prefecture.

…

**CNBMGRP00026037**

…

**Matters decided at the meeting:**

I. Agreed to the Group Corporation for donating 1 million yuan to the Xinjiang Tacheng Prefecture.

…

**CNBMGRP00026039**

X. Agreed on the relevant personnel appointments and dismissals of the Group Corporation and its subordinate enterprises

1. Agreed on hiring Sen Xu as the board director and Dequan Liu as the supervisor of Shandong Lunan Cement Co., Ltd.; Rongze Sun will no longer act as the board director, and Peijie Jin will no longer act as the supervisor.

2. Agreed on hiring Junkun Li as the board director and Dequan Liu as the supervisor of Xingtai Xinlei Building Materials Co., Ltd.; Dapeng Lang will no longer act as the board director, and Peijie Jin will no longer act as the supervisor.

3. Agreed on dismissing Tongbo Sui from the position of vice president of China Building Materials Academy.

4. Agreed on dismissing Fengjie Wang from the position of deputy general manager of CNBM Mining Company, and CNBM Glass Company will hire her for another position.

5. Agreeing on dismissing Jingru Liang from the position of general manager of Tongliao Xisha Industrial Company.

Signed by: _____

Date of signature and issuance: _____

In the Chinese building material Group Company limited conference summary the building materials meet Ji Zi[2010]05th

In 2010 Chinese building material Group Company limited

When the fifth manager workshop conference summary within: On July 9 (Friday) 14:00

Selects: The Group first conference room director: Yao Yan

Attends the human: Song Zhiping, Hao Zhenhua, Sin Ann Qin, Guo Korean person and Xu Jinhua, in Liu Baoying Huang An

Attends the human: Zhou Guoping, illumination space and Wei Feng, Zhang Jiwu, king Yu Meng, Zhang Jianliu Fang Qin, Wang Bing, Chen Yu, Jia with spring and Ma Zhenzhu, Dong Chungang

The board of supervisors attended a meeting as a non-voting delegate: Sun Jianping, Zhang Qiulei absents the human: Ma Jianguo

Records the human: Does Zhiping

Conference primary coverage:
First, notifies the American question gypsum board event progress

Second, notification Group informationization status of work and progress three, deliberation Group donate money 1 million Yuan matters concerned to Xinjiang Tacheng area

Fourth, the deliberation group 2009 year community responsibility reported that five, notify the Hangzhou courtyard to purchase Hangzhou to construct the branch the project

Sixth, in notification building materials glass company issues additionally plan seven, deliberations to throw the company to have the Bengbu city about the Luobo stock H stock direction detections the Huaguang Group 30% stockholder's rights free transfers to the Bengbu courtyard matters concerned

Eighth, considers the Bengbu courtyard with be popular the technical significant asset replacement and supposes newly was established the building materials (Bengbu) Huaguang glass limited company matters concerned

Ninth, considers the Hefei courtyard to set up the building materials newly (Hefei) tech equipment limited company matters concerned

Tenth, considers Kazakh Bolivia courtyard whole relocation matters concerned 11, deliberation main hospitals "cyclical economy manufacture high quality quartz glass" (quartz glass relocation) project feasibility study report 12, deliberation related Group and subsidiary enterprise personnel appointment and dismissal matters concerned

Conference notification and discussion's main item:
First, notifies the American question gypsum board event progress.

The legal aspect, group all levels of enterprises confirmed through case altogether 21 of Hague Conventions delivery: The Chinese building materials group and Chinese building materials stock, northern new building materials and CNBM USA was delivered 1 respectively; The Taishan gypsum and subsidiary company were delivered 17. The group subsidiary enterprise sues to be possible to be divided into three types in US: "Company veil", product liability and mixed type. At present the group respective Taishan gypsum and CNBM USA two companies were in the legal procedure. Group and Chinese building materials stock and northern new stock answering a charge work is preparing. Scientific research, is coordinated by main hospital inspection center, to the US studies (is a unit or?)Has carried on

the thorough careful analysis, had designated 5 have the national laboratory and academician's cooperation unit, has drawn up the research project, has had custom-made the research instrument, it is estimated that the topic all-in cost about 6 million Yuan.

Media propaganda, Group office and northern new building materials have done the massive media propaganda public relations work together, has drawn up the system solution, assigns related Internet and press media. Along with the event advancement, will invite the overseas public relation firm at the right moment.

Second, notification Group informationization status of work and progress.

2010 is Group informationization construction year of the rapid growth. In the first half of 2010, the group implements and realizes SAC about strengthening the instruction opinion of central enterprise informationization work earnestly, unifies the group actual situation, had key, has the step to do various informationization construction work, has obtained gradualness and substantive progress. "Climbs up to plan" being promoted about informatization development according to SAC "the B level" target demand, completely realizes group informationization "25" the development objective of plan, in this year next step work, the group must continue to take the informationization construction work as the critical duty, pays special attention to the work in eight aspects with emphasis.

Third, deliberation Group donates money 1 million Yuan matters concerned to Xinjiang Tacheng area.

To further implement and realize the Central Party Committee and State Council about strengthening spirit of Xinjiang work, strengthens SAC and central enterprise's help boundary works, deployed according to the unification of SAC that my Group donates money 1 million to Xinjiang Tacheng area.

Fourth, deliberation group 2009 year community responsibility report.

Group in 2009 the community responsibility reported that has solicited various Group function department room suggestions and newspaper Group successively leads the scrutinization, stated through and official writing up third party after must the Uygur international examination group examination that passes after the submission workshop, will issue outward.

Fifth, the deliberation related Hangzhou courtyard purchases Hangzhou to construct the branch the project matters concerned.

The Hangzhou green wood courtyard plans through purchasing the Zhejiang building materials science and technology, the expansion scope, makes the big operation scale. Makes Chengzhong Village transformation to the Zhejiang building materials science and technology present place region using Hangzhou Xihu District, different for the place opportunity, the full development supplies the land newly, the addition improvement design office and laboratory condition , to promote the Hangzhou green wood courtyard and even nation's the influence in Zhejiang, causes the Hangzhou green wood courtyard to add the new point of economic growth in the multiplex business area again. Simultaneously main hospital inspection center may use the Zhejiang building materials science and technology existing examination technology development detection range, expands the building materials examination service, and its development for East China area's branch office. According to Zhejiang building materials science's and technology's management scope and intelligence as well as Hangzhou green wood courtyard's understanding its do business market operation, reorganizes the Zhejiang building materials science and technology to meet SAC's requirement to my group principal work development.

Sixth, in notification building materials glass company the Luobo stock H stock direction detections about the plan that issue additionally.

In view of the fact that the central level funds plan the Israeli state-owned capital in cash the form to support Luobo relocation innovation project, considered that so far the Luobo stock H stock stock price low present situation, the building materials glass company suggested that uses this central level funds support fund to implement the Luobo stock H stock direction detections to issue additionally, by as far as possible low cost enhancement's ownership percentage to Luobo stock. In directional issuing additionally process, one and considered that posts the Luobo stock Henan Zhonglian glass limited liability company, thus solves the problem of Chinese Building materials Group glass business trade or craft competition.

Takes the central level funds to support Luobo relocation transformation fund (to take central level funds temporarily to appropriate fund, the Zhonglian glass at the end of 2009 net assets 112 million Yuan (without appraisal) to carry on the related survey as standard as 500 million Yuan specifically actually).

The Luobo stock implements H the superiority of stock issuing additionally to include: H stock stock prices are low, may increase by few subscriber fund holds the Luobo stock stockholder's rights; After H stocks issue additionally, may prevent in the extreme case to be low because of H stock stock prices, and H stock public stock reaches 50%, the Luobo stock was phrased by the evil intention; Loads the Luobo stock the Zhonglian glass, may one and solves the Chinese Building materials Group glass business trade or craft competition problem; H stocks issued additionally have solved the Luobo stock relocation and following development finance question.

Because the Luobo stock H stock direction detections issue additionally involve the domestic many examination ministries, the procedure is complex, and subscriber fund carries out the difficulty to be big, to guarantee smoothly advances this work, suggested that is established the special management and work team by Group, definite Group coordinates the functional department, and by coordinating the functional department organization coordinated all quarters work, to facilitate H stocks to issue additionally the item as soon as possible. Group carries out the load to lend the building materials glass company's 112 million Yuan subscriber fund ahead of time, this is also the foundation and premise that H stocks can issue additionally smoothly.

Seventh, deliberation throws the company to have the Bengbu city the Huaguang Group 30% stockholder's rights free transfers to the Bengbu courtyard matters concerned.

Builds the photoelectricity headquarters' overall plan based on Group, the Bengbu courtyard plans to apply to accept the Bengbu city to throw has the Huaguang Group 30% stockholder's rights, causes Huaguang Group to become the Bengbu courtyard's wholly-owned, so that following capital operation.

The Huaguang Group registered capital 203.18 million Yuan, to the transfer datum date (on April 30, 2010) Huaguang Group total assets 1.03015 billion Yuan, the ownership interest 326.05 million Yuan, realized the main business income 224.66 million Yuan, the net profit 4.1 million Yuan.

According to the transfer agreement, the Bengbu city throws the agreement (to be popular science and technology and side are popular holiday the debt to give including side) the Bengbu courtyard and Huaguang Group the part exemption, 100 million Yuan debt that has not exempted from is responsible for amortizing by the Bengbu courtyard. The staff who original Huaguang Group must pay by stages places the expense (approximately 2 million Yuan), is thrown by the Bengbu city undertakes. Original Huaguang Group (capital 41.85 million Yuan) by the Bengbu city throws for the bank loan that the corduroy group guarantees undertakes. Besides the above debt, other Huaguang Group debts and either had the debt still Huaguang Group after transfer transfer to undertake or enjoy.

The Bengbu city threw on April 21, 2010 to hold the general manager workshop, has authorized this transfer item, and has formed the general manager workshop resolution. Bengbu people's government in June 23, 2010 by freshwater mussel politics Peru[2010]No. 88 document "about Transferred Anhui Huaguang Glass Group Company limited State-owned shares Reply Free of charge" has authorized this state-owned shares transfer. In this stockholder's rights transfer process, placed the book staff the existing labor exchange is completely invariable, not the staff, because the stockholder's rights transfer causes diverges the placement question, cannot the employee's representative conference pass.

Eighth, considers the Bengbu courtyard with be popular the technical significant asset replacement and supposes newly was established the building materials (Bengbu) Huaguang glass limited company matters concerned.

The Bengbu courtyard plans to invest 10 million Yuan, the sole ownership sets up the building materials Huaguang glass limited company, to continue the side to be popular the property that the science and technology sets, helps to set at the properties, services and personnel's relative independence, next step has created the advantage to this float glass industry resources to the glass platform conformity for Group. The asset replacement plan through Group general manager workshop and board of directors, has been popular the technical workers' congress, board of directors and general meeting of shareholders, the China Securities Regulatory Commission has fed back the first trial opinion.

Ninth, considers the Hefei courtyard to suppose newly was established the building materials (Hefei) tech equipment limited company matters concerned.

The Hefei courtyard to build the weaponry R&D and manufacture platform, further consummates the Enterprise Management Structure, the transformation management mechanism, being bigger and stronger cement equipment industry, the throwing financing mechanism of solution restriction enterprise development, introduces and improves the stockholder's rights incentive mechanism, the attraction and stable core talented person, the question left over by history in solution business management, plans science and technology investment limited company to pool capital to

be established the building materials with Hefei full the (Hefei) tech equipment limited company, and takes the new company as the main body, and makes the services, properties, organizations and personnel tectonic plate to the Hefei courtyard weaponry R&D carries on the reorganization conformity.

New company registered capital 200 million Yuan. And: The Hefei courtyard by (and in the Hefei Central Asia building materials equipment limited company 40% stockholder's rights and Hefei blue circle that technological progress limited company and Hefei star on September 30 that 2009 its has will appraise) about Chinese building materials science and technology limited company 100% stockholder's rights and Hefei Central Asia science and technology limited company 17.15% stockholder's rights total 62,237,600 Yuan, simultaneously by the monetary fund 137,762,400 Yuan, the sum total invested 194 million Yuan, accounted for the equity ratio 97%. Plans one issue to contribute 116.4 million Yuan (54,162,400 Yuan cashes and 6223.76 stockholder's rights), two issues invest 77.6 million Yuan cash, gives in two years fully. Hefei Cement Research Design institute contributes 194 million Yuan, accounts for the equity ratio 97%; Hefei full the science and technology investment limited company contributes 6 million Yuan, accounts for the equity ratio 3%. The investment further information is as follows:

Hefei full who is owned stocks by the Hefei courtyard original part management the science and technology investment limited company contributes 6 million Yuan by the monetary fund, accounts for the equity ratio 3%. Plans one issue to invest 3.6 million Yuan cash, two issues invest 2.4 million Yuan cash, gives in two years fully.

Tenth, considers Kazakh Bolivia courtyard whole relocation matters concerned.

The Kazakh Bolivia courtyard existing location disperses narrowly, cannot form the streamlined production, seriously restricts this courtyard to develop. In order to solve the limit of its development environment and space, plans to give high-tech enterprise's preferential policy using Harbin, unifies the construction of some defense Kuwait Construction bureau war industry project, carries on the whole to move. Kazakh Bolivia courtyard already signed "Cooperation project Frame Agreement" with the Harbin government, and plans to sign with the Harbin high new basic industry development zone management meeting "Moves in Agreement" and "Supplement Agreement", carries out it to move into the land and necessary infrastructure question after high and new zone.

Project total investment 140.35 million Yuan (including national defense Kuwait Construction bureau investment 14.3 million Yuan), an issue invests 112.9 million Yuan, two issues invest 27.45 million Yuan. The source of funds for bank loan 55.7 million Yuan (application Group guarantee), the national defense Kuwait Construction bureau project funds 8.6 million Yuan, innate fund 76.05 million Yuan. Land fees 30 million Yuan in the innate fund, the high and new zone will return to Kazakh Bolivia courtyard by stages; Rest 46.05 million Yuan, will divide two issues to invest along with the project progress. This project conforms to the group general strategy, conforms to the goal of Kazakh Bolivia courtyard sustainable development, the adaptation market demand, can solve its present to develop the bottleneck question, will realize the industrial technology promotion to provide the space for its present.

11th, deliberation main hospital "cyclical economy manufacture high quality quartz glass" (quartz glass relocation) project feasibility study report.

Because in quartz glass development and production process needs to use the hydrogen massively, generally the area does not meet the complete production requirement, for many years and main hospital has maintained good relations of cooperation Shanghai Prismatic form Company is reorganizing faced with the organization and produces a different product, Shanghai develops the production base to suspend production, has limited the normal development of main hospital quartz glass domain related development and productive work seriously. The present main hospital needs to select the site newly-built high performance quartz glass production base urgently separately. This quartz glass scientific research and production base project total investment 34.07 million Yuan, the construction invests 31.16 million Yuan, store furnishings floating capital 2.91 million Yuan. Self-provides for the enterprise completely. On July 2, 2010, the main hospital organization held the feasibility study meeting, obtained the proof to conform to the cyclical economy idea through this project, the feasibility study report plan was feasible, the investment was reasonable. The conference decides the item:

First, agreement Group donates 1 million Yuan to Xinjiang Tacheng area.
Second, agreed that issues Group 2009 year community responsibility report.

Third, agreed that the Hangzhou courtyard purchases Hangzhou to construct the branch the project, the group and Sinochem consultation, and reported SAC, strove for Sinochem to have the state-owned shares power agreement transfer that.

Fourth, agreement throws the company to have the Bengbu city the Huaguang Group 30% stockholder's rights free transfers to the Bengbu courtyard, reported the board to examine and approve, and reported SAC to authorize.

Fifth, agreed that the Bengbu courtyard with is popular the technical significant asset replacement and supposes newly was established the building materials (Bengbu) Huaguang glass limited company.

Sixth, agreed in principle that the Hefei courtyard sets up the building materials newly (Hefei) tech equipment limited company, reported the board to authorize.

1. Hefei full who is owned stocks by the Hefei courtyard part original management establishment of science and technology investment limited company must carry on according to SAC administrative provisions.

2. the establishment of new company cannot jointly equip the going on the market constitution barrier to China.

3. the securities trader and who the public accounting firm and law office depends on the qualifications carry on the assets appraisal, smooths the property rights relationship.

4. the group invests the department to want the positive audit trail Hefei courtyard next step the reorganization overhaul work to 9 stature enterprises, mature, examines and approves one.

Seventh, agrees with Kazakh Bolivia courtyard whole relocation matters concerned.

Eighth, through main hospital "cyclical economy manufacture high quality quartz glass" (quartz glass relocation) project feasibility study report.

Ninth, agreement is entrusted with the Tongliao siliceous sand industrial corporation by the property company, the glass company and property company jointly consults the determination company legal representative.

Tenth, agreement related Group and subsidiary enterprise personnel appointment and dismissal matters concerned.

1. agreed that appoints Xu Senwei the Shandong Lunan cement limited company trustee, Liu Dequan is a supervisor; Sun Rongze no longer is appointed the trustee, King no longer is appointed the supervisor cleanly.

2. agreed that appoints Li Junkun for Xingtai Xin rock pile building materials limited liability company trustee, Liu Dequan is a supervisor; Lang Dapeng no longer is appointed the trustee, King no longer is appointed the supervisor cleanly.

3. agreed that removes Sui same frequency China building material scientific research main hospital vice-president.

4. agreed that exempts in Wang Fengjie building materials mining industry company deputy general manager, is appointed the duty by building materials glass company separately.

5. agreed that removes Liang Jingru Tongliao siliceous sand industrial corporation general manager.

Signs bureau the human:
Signing and issuing time:

PAGE PAGE 2

--- Summary Information ---
1: 936 PID_TITLE: Chinese building material Group Company limited conference summary PID_SUBJECT:
PID_AUTHOR: gzp PID_KEYWORDS:
PID_COMMENTS:
PID_TEMPLATE: Normal PID_LASTAUTHOR: gzp PID_REVNUMBER: 2 PID_APPNAME: Microsoft Office Word PID_EDITTIME: Mon Jan 01 08:02: 00 CST 1601 PID_LASTPRINTED: Wed Mar 24 10:33: 00 CST 2010
PID_CREATE_DTM: Thu Aug 05 17:36: 00 CST 2010 PID_LASTSAVE_DTM: Thu Aug 05 17:36: 00 CST 2010
PID_PAGECOUNT: 1 PID_WORDCOUNT: 743 PID_CHARCOUNT: 4241 PID_SECURITY: 0

--- Document Summary Information ---
PID_CODEPAGE: 936 PID_COMPANY: bnbm PID_LINECOUNT: 35 PID_PARCOUNT: 9 17: 4975 23: 726502
PID_SCALE: false PID_LINKSDIRTY: false 19: false 22: false 1: 1200

中国建筑材料集团有限公司　　　　会议纪要

中建材会纪字【2010】05 号

# 二〇一〇年中国建筑材料集团有限公司第五次经理办公会会议纪要

时　间：7月9日（周五）　14:00

地　点：集团公司第一会议室

主持人：姚　燕

出席人：宋志平、郝振华、申安泰、郭朝民、许金华、刘宝瑛
　　　　黄安中

列席人：周国萍、光照宇、卫　锋、张继武、王于猛、张　健
　　　　刘方勤、王　兵、陈　雨、贾同春、马振珠、董纯钢

监事会列席：孙建萍、张秋雷

缺席人：马建国

记录人：于志平

会议主要内容：

一、通报美国问题石膏板事件进展情况

二、通报集团公司信息化工作进展情况

三、审议集团公司向新疆塔城地区捐款 100 万元事宜

四、审议集团 2009 年度社会责任报告

CNBMGRP00026029

五、通报杭州院收购杭州建科所项目

六、通报中建材玻璃公司关于洛玻股份 H 股定向增发方案

七、审议将蚌埠城投公司持有华光集团 30%股权无偿划转至蚌埠院事宜

八、审议蚌埠院与方兴科技重大资产置换及新设成立中建材（蚌埠）华光玻璃有限公司事宜

九、审议合肥院新设立中建材（合肥）装备科技有限公司事宜

十、审议哈玻院整体搬迁事宜

十一、审议总院"循环经济制造高品质石英玻璃"（石英玻璃搬迁）项目可行性研究报告

十二、审议有关集团公司及所属企业人事任免事宜

## 会议通报及讨论的主要事项：

一、通报美国问题石膏板事件进展情况。

法律方面，集团各级企业已确认通过海牙公约送达的案件共 21 件，其中：中国建材集团、中国建材股份、北新建材和 CNBM USA 各被送达 1 件；泰山石膏及其子公司被送达 17 件。集团所属企业在美涉诉可分为三种类型："公司面纱"型、产品责任型、混合型。目前集团所属泰山石膏和 CNBM USA 两家公司进入了诉讼程序。集团公司、中国建材股份和北新股份的

2

应诉工作在筹划中。

科研方面，由总院检测中心牵头，对美国研究（是个单位还是？）进行了深入细致的分析，选定了5家具有国家实验室、院士的合作单位，拟定了研究计划，定制了研究设备，预计课题总费用在600万元人民币左右。

媒体宣传方面，集团公司办公室和北新建材一起做了大量媒体宣传公关工作，拟定了系统方案，指定相关网络媒体和平面媒体。随着事件进程，将适时聘请国外公关公司。

二、通报集团公司信息化工作进展情况。

2010年是集团公司信息化建设的快速发展之年。2010年上半年，集团认真贯彻落实国资委关于加强中央企业信息化工作的指导意见，结合集团实际情况，有重点、有步骤地开展了各项信息化建设工作，取得了阶段性、实质性的进展。根据国资委关于信息化发展"登高计划"晋级"B级"目标要求，全面实现集团信息化"十一五"规划的发展目标，在今年下一步的工作中，集团要继续把信息化建设工作作为紧要任务，重点抓好八方面的工作。

三、审议集团公司向新疆塔城地区捐款100万元事宜。

为进一步贯彻落实党中央、国务院关于加强新疆工作的精神，加强国资委和中央企业的援疆工作，根据国资委的统一部署，我集团公司向新疆塔城地区捐款100万。

3

CNBMGRP00026031

四、审议集团 2009 年度社会责任报告。

集团公司 2009 年社会责任报告已先后征求集团公司各职能部室意见并报集团公司领导审阅，经必维国际检验集团审验通过并正式出具第三方声明，经提交办公会通过，将对外发布。

五、审议有关杭州院收购杭州建科所项目事宜。

杭州新材院拟通过收购浙江建材科技，扩大业务范围，做大经营规模。利用杭州西湖区对浙江建材科技现处区域进行城中村改造、异地供地的机会，充分开发利用新供土地，增设改善设计室、实验室条件，提升杭州新材院在浙江省内乃至全国的影响力，使杭州新材院在多元化的业务领域中再添新的经济增长点。同时总院检测中心可利用浙江建材科技现有的检测技术拓展检测范围，扩大建材检测业务，并将其发展为华东地区的分支机构。根据浙江建材科技的经营范围和资质以及杭州新材院对其经营业务市场运行情况的了解，重组浙江建材科技符合国资委对我集团主业发展的要求。

六、通报中建材玻璃公司关于洛玻股份 H 股定向增发的方案。

鉴于中央财政拟以国有资本金的形式支持洛玻搬迁改造项目，考虑到目前洛玻股份 H 股股价较低的现状，中建材玻璃公司建议，利用此次中央财政支持资金实施洛玻股份 H 股定向增发，以尽可能低的成本提高对洛玻股份的持股比例。在定向

4

增发过程中,也一并考虑将河南省中联玻璃有限责任公司置入洛玻股份,从而解决中国建材集团玻璃业务同业竞争的问题。

暂以中央财政支持洛玻搬迁改造资金为 5 亿元(具体以中央财政实际拨付资金为准)、中联玻璃 2009 年末净资产 1.12 亿元(未经评估)进行相关测算。

洛玻股份实施 H 股增发的优势有:H 股股价较低,可以较少的认购资金增持洛玻股份的股权;H 股增发后,可防止极端情况下因 H 股股价较低,且 H 股公众股达 50%,洛玻股份被恶意收购;将中联玻璃装入洛玻股份,可以一并解决中国建材集团玻璃业务同业竞争问题;H 股增发解决了洛玻股份搬迁及后续发展资金问题。

由于洛玻股份 H 股定向增发涉及国内多个审批部委,程序复杂,并且认购资金落实难度较大,为确保顺利推进此项工作,建议由集团公司成立专门的领导班子及工作组,确定集团公司的牵头职能部门,并由牵头职能部门组织协调各方工作,以尽快促成 H 股增发事项。集团公司提前落实暂借贷给中建材玻璃公司的 1.12 亿元认购资金,这也是 H 股能够顺利增发的基础和前提。

七、审议将蚌埠城投公司持有华光集团 30%股权无偿划转至蚌埠院事宜。

依据集团公司打造中光电总部的整体方案,蚌埠院拟申请

CNBMGRP00026033

接受蚌埠城投持有华光集团 30%股权，使华光集团成为蚌埠院的全资子公司，以便后续的资本运作。

华光集团注册资本 20318 万元，至划转基准日（2010 年 4 月 30 日）华光集团总资产 103015 万元，所有者权益 32605 万元，实现主营业务收入 22466 万元，净利润 410 万元。

根据划转协议，蚌埠城投同意将蚌埠院、华光集团（含方兴科技、方兴假日）的债务予以部分豁免，未豁免的 1 亿元债务由蚌埠院负责分期偿还。原华光集团尚需分期支付的职工安置费用（约 200 万元），由蚌埠城投承担。原华光集团为灯芯绒集团担保的银行贷款（本金 4185 万元）由蚌埠城投承担。除上述债权债务外，华光集团其余的债权债务及或有负债仍由划转划转后的华光集团承担或享有。

蚌埠城投 2010 年 4 月 21 日召开了总经理办公会，批准了本次划转事项，并形成了总经理办公会决议。蚌埠市人民政府于 2010 年 6 月 23 日以蚌政秘【2010】88 号文件《关于无偿划转安徽华光玻璃集团有限公司国有股权的批复》批准了此次国有股权划转。本次股权划转过程中，全部在册职工保持现有劳动关系不变，没有由于股权划转引起的职工分流安置问题，不须职代会通过。

八、审议蚌埠院与方兴科技重大资产置换及新设成立中建材（蚌埠）华光玻璃有限公司事宜。

6

蚌埠院拟投资 1000 万元，独资设立中建材华光玻璃有限公司，以承接方兴科技置出的资产，有利于置出资产、业务、人员的相对独立性，为集团公司下一步对该块浮法玻璃产业资源向玻璃平台整合创造了有利条件。资产置换方案已通过集团公司总经理办公会、董事会，方兴科技职工代表大会、董事会、股东大会，中国证监会已反馈初审意见。

九、审议合肥院新设成立中建材（合肥）装备科技有限公司事宜。

合肥院为打造装备研发与制造平台，进一步完善企业治理结构，转换经营机制，做大做强水泥装备产业，解决制约企业发展的投融资机制问题，建立和完善股权激励机制，吸引和稳定核心人才，解决企业管理中的历史遗留问题，拟与合肥盈诺威科技投资有限公司合资成立中建材（合肥）装备科技有限公司，并以新公司为主体，对合肥院装备研发与制造板块的业务、资产、机构和人员进行重组整合。

新公司注册资本 2 亿元人民币。其中：合肥院以其所持有的（并于 2009 年 9 月 30 日评估的）合肥中亚建材装备有限公司 40%股权、合肥兰圈科技发展有限公司和合肥星合华建材科技有限公司 100%股权、合肥中亚科技有限公司 17.15%股权共计 6223.76 万元，同时以货币资金 13776.24 万元，合计出资 1.94 亿元，占股权比例 97%。拟一期出资 11640 万元

7

（5416.24万元现金和6223.76股权），二期出资7760万元现金，于两年内缴足。合肥水泥研究设计院出资1.94亿元，占股权比例97%；合肥盈诺威科技投资有限公司出资600万元，占股权比例3%。出资详细情况如下：

由合肥院原部分高管持股的合肥盈诺威科技投资有限公司以货币资金出资600万元，占股权比例3%。拟一期出资360万元现金，二期出资240万元现金，于两年内缴足。

十、审议哈玻院整体搬迁事宜。

哈玻院现有场地过于狭窄分散，不能形成流水作业，严重制约该院发展。为解决其发展环境和空间的限制，计划利用哈尔滨市给予高新技术企业的优惠政策，结合国防科工局某军工项目的建设，进行整体搬迁。哈玻院现已与哈尔滨政府签订《项目合作框架协议书》，并拟与哈尔滨高新基础产业开发区管委会签订《入住协议书》及《补充协议书》，落实其搬入高新区后的土地及配套基础设施问题。

项目总投资14035万元（包括国防科工局项目投资1430万元），其中一期投资11290万元，二期投资2745万元。资金来源为银行贷款5570万元（申请集团公司担保），国防科工局项目拨款860万元，自有资金7605万元。自有资金中的土地出让金3000万元，高新区将分期向哈玻院返还；其余4605万元，将随项目进度分两期投入。该项目符合集团总体战略，

8

CNBMGRP00026036

符合哈玻院可持续发展的目标,适应市场需求,能够解决其现时发展中的瓶颈问题,为其今后实现产业技术升级提供了空间。

十一、审议总院"循环经济制造高品质石英玻璃"(石英玻璃搬迁)项目可行性研究报告。

由于石英玻璃研制和生产过程中需要大量使用氢气,一般地区不具备配套生产条件,多年来与总院保持着良好的合作关系的上海棱光公司面临机构重组和转产,上海研制生产基地已经停产,严重限制了总院石英玻璃领域相关研制和生产工作的正常开展。现总院迫切需要另行择址新建高性能石英玻璃生产基地。该石英玻璃科研和生产基地项目总投资 3407 万元,其中建设投资 3116 万元,铺底流动资金 291 万元。全部为企业自筹。2010 年 7 月 2 日,总院组织召开了可行性论证会,获得了论证通过该项目符合循环经济理念,可行性研究报告方案可行,投资合理。

**会议决定事项:**

一、同意集团公司向新疆塔城地区捐款 100 万元。

二、同意发布集团公司 2009 年度社会责任报告。

三、同意杭州院收购杭州建科所项目，集团与中化集团沟通协商，并报国资委，争取中化集团持有的国有股权能协议转让。

四、同意将蚌埠城投公司持有华光集团30%股权无偿划转至蚌埠院，报集团董事会审批，并上报国资委批准。

五、同意蚌埠院与方兴科技重大资产置换及新设成立中建材（蚌埠）华光玻璃有限公司。

六、原则同意合肥院新设立中建材（合肥）装备科技有限公司，报集团董事会批准。

1. 由合肥院部分原高管持股的合肥盈诺威科技投资有限公司的设立要按照国资委管理规定进行。

2. 新公司的成立不能对中国联合装备上市构成障碍。

3. 依托有资格的券商、会计事务所、律师事务所进行资产评估，理顺产权关系。

4. 集团投资部要积极跟踪检查合肥院下一步对9个子企业的重组改制工作，成熟一个，审批一个。

七、同意哈玻院整体搬迁事宜。

八、通过总院"循环经济制造高品质石英玻璃"（石英玻璃搬迁）项目可行性研究报告。

九、同意由资产公司托管通辽矽砂工业公司，玻璃公司和资产公司共同协商确定公司法定代表人。

CNBMGRP00026038

十、同意有关集团公司及所属企业人事任免事宜。

1. 同意聘任徐淼为山东鲁南水泥有限公司董事,刘德权为监事;孙荣泽不再任董事,金佩洁不再任监事。

2. 同意聘任李俊昆为邢台鑫磊建材股份有限公司董事,刘德权为监事;郎大鹏不再任董事,金佩洁不再任监事。

3. 同意免去隋同波中国建筑材料科学研究总院副院长职务。

4. 同意免去王凤杰中建材矿业公司副总经理职务,由中建材玻璃公司另行聘任职务。

5. 同意免去梁静茹通辽矽砂工业公司总经理职务。

签 署 人:＿＿＿＿＿＿＿＿

签发时间:＿＿＿＿＿＿＿＿

CNBMGRP00026039