<u>**Partial Translation of TG-0374793-0374801**</u>

<u>**TG-0374793**</u>

Confidential material      Return after the meeting

### Informational Report on Seriously and Proactively Doing a Good Job in Responding to the Incident of "Problematic Gypsum Boards Shipped to the United States"

### (Opinion Soliciting Draft)

Since 2009, the matter of "problematic gypsum boards shipped to the United States" has continuously developed as time goes on, China National Building Material Group Corporation has always paid high attention and attached sufficient importance to this matter, and required the relevant subordinate entities to treat it with seriousness, respond proactively, actively communicate and report to the relevant departments of the State and the industry associations. Now the relevant information is reported as follows:

…

<u>**TG-0374794**</u>

…

Currently, CPSC received 3296 complaints from 37 states and the District of Columbia, 96 defendants were involved. Through inquiring with the Supreme Court of our country, we got to know that the U.S. court(s) has delivered 81 class action subpoenas to the enterprises involved in the lawsuit through our court system, 20 provinces (cities, districts), and 48 enterprises were involved. Except for Knauf (Tianjin)

<u>**TG-0374795**</u>

Company Limited (German owned enterprise with assets in the U.S.), none of the other Chinese enterprises involved in the lawsuit responded. Currently, the relevant court in the U.S. has already started to adjudicate, Knauf Plasterboard (Tianjin) Company Limited, which has actively responded to the lawsuit, was ordered to pay 1 U.S. household 164,000 U.S. dollars, the default judgment against Taishan

**FSIA EXHIBIT 160**

**PENG: Exhibit 821-1**

Gypsum Company Limited ordered it to pay 7 U.S. households 2.6 million U.S. dollars.

As of June 3rd, 2010, BNBM PLC has received 1 subpoena on the litigation re. using Chinese gypsum boards from the U.S., the amount mentioned is 150,000 U.S. dollars; Taishan Gypsum has received 5 subpoenas, its subsidiaries received 3, the amount mentioned is 5,225,000 U.S. dollars. The defendants mentioned in the subpoenas above are not limited to BNBM PLC and Taishan Gypsum, but they also include tens of Chinese manufacturers and exporters who exported gypsum boards to the U.S. and domestic U.S. importers, real estate developers and construction companies.

According to statistics from the customs, from 2006 to 2008, our country exported 33.7 million U.S. dollars, 6.49 million U.S. dollars, and 7.42 million U.S. dollars' worth of gypsum products to the U.S. respectively, the numbers of exporting enterprises were 219, 250, and 234 respectively. According to the report in "China Building Materials News," Chinese enterprises exported 580,000 tons and 430,000 tons of gypsum boards in 2006 and 2007 respectively. Among them, the subordinate enterprises of the Group sold 545,640,000 square meters of gypsum boards from 2006 to 2007, and exported 14,220,000 square meters to the U.S., constituting 2.61% of the total sales volume; in 2008 the export volume was 16,900 square meters.

## II. Response Work that has been Carried Out

### (I) Related Enterprises

After being affected by the "drywall incident" in the U.S., BNBM PLC and Taishan Gypsum attached great

<u>**TG-0374796**</u>

importance and paid close attention to the development of the incident, separately established corresponding working groups, equipped themselves with specialized work teams targeting production, law, media, government, industry, and other aspects, to be responsible for their respective work, advance forward synergistically, and carry out the response work in an efficient and orderly fashion.

The enterprises conducted internal one-by-one troubleshooting on gypsum procurement, production record, product export and other aspects. During the development of the entire incident, BNBM PLC and Taishan Gypsum actively cooperated with quality examinations and all kinds of investigations, surveys, and field inspections organized by all levels of government departments, sought the understanding and support of the government departments, and responded to the development of the incident together.

BNBM PLC and Taishan Gypsum hired Chinese and U.S. attorneys as legal consultants to issue professional opinions and to provide legal support for the companies' decision-making.

Having initiatively reported to and communicated with institutions and professionals from the General Administration of Quality Supervision, Inspection and Quarantine of the State, the Ministry of Commerce, industry experts, and export trade associations.  After soliciting their opinions and suggestions, having cautiously taken further action.

## (II) Headquarters of the Group Corporation

CNBM Group  attached great importance to this incident, as the matter unfolded, it timely established a special subject working body personally headed by the chairman of the board, Zhiping Song, and specifically taken charge of by the chief legal consultant of the Group Corporation, Jinhua Xu, it has regularly held work analysis and coordinating meetings, unified thoughts and coordination, and proceeded with work in an orderly fashion.

CNBM Group required that the subordinate BNBM PLC shall actively report the development of the incident to the General Administration of Quality Supervision, Inspection and Quarantine of the State, the Ministry of Commerce, industry experts, and export trade associations, in the hope to acquire guidance and support in terms of politics, law, trade, and many other aspects from the relevant Departments. As the incident progresses, the Group Corporation has also strengthened reporting and communication with the relevant government bodies, and actively sought guidance and support.

**TG-0374797**

During the entire development process of the incident, CNBM Group has required and arranged BNBM PLC and Taishan Gypsum to actively cooperate with the quality examinations, various kinds of investigations, surveys, and field

inspections organized by the government departments based on the attitude of being responsible for the consumers.

Having organized the experts in fields such as law and trading to rigorously and objectively analyze and evaluate the impact of the incident as well as its trend of development.

### III. Basic Judgment of the Nature of the Gypsum Board Incident

…

**TG-0374799**

…

The person in charge of Knauf Company thought that this was "hostile blackmail and extortion orchestrated by the U.S. lawyers' industry group, they disregarded the law and the government, and right now we are actually negotiating the payment of ransom with them." Taishan Gypsum had considered actively responding to the lawsuit, but relevant experts cautioned them not to easily fall into the trap of "abuse of lawsuit" by the plaintiffs.

Although we did not hastily enter the litigation procedure at the first chance, we have always actively cooperated with the research work by the relevant bodies of the Chinese and the U.S. governments. The governments of both countries have always maintained a close working communication mechanism, and the General Administration of Quality Supervision, Inspection and Quarantine of the State of China and the CPSC in the U.S. separately delegated research institutes to conduct inspections, analysis, studies on the relevant products. We hope to maintain a scientific, rational, and just channel of resolution on the government level between the two parties, and to truthfully, scientifically, and justly reach a conclusion and solve the problem based on the attitude of being responsible for the consumers around the globe. However, from the perspective of the orchestrators of the "abuse of lawsuit", they do not wish to see or hear these, and are consistently adding pressure through politicians, the media, and other relevant channels.

### IV. The Latest Work Instructions from the Relevant Government Departments and the Work Arrangements of the Next Step from the Group

(I) The Ministry of Commerce and the General Administration of Quality Supervision, Inspection and Quarantine of the State instructed that this incident

was categorized as an international trade dispute caused by commercial activities, its essence was that of product quality issues, its contributing causes were complex.

**TG-0374800**

In order to maximize the protection of our interests, we will initiate the responding work with emphasis placed on the following aspects in the next step: first, provide support to the enterprises involved in the lawsuit to respond to the lawsuit; second, continue to circle around with the U.S. party on the technical level; third, do a good job in the risk evaluation of having assets in the U.S.; fourth, do a good job in news propaganda; fifth, abort the attempts of the U.S. party.

(II) The SASAC required that our Group shall follow the requirements by the Ministry of Commerce and actively do a good job in responding to the lawsuit.

(III) After hearing the report of Chairman of the board, Zhiping Song, the leader of the Chinese Building Material Federation, Renwei Zhang, pointed out that the appropriate handling of the problem gypsum board incident had very significant meanings to Taishan Gypsum, BNBM, CNBM, and even the building materials federation. He sufficiently affirmed the analysis and work arrangement for the entire incident by Chairman of the board, Zhiping Song, at the same time, he pointed out that during the current stage the transformation from calm observation to active response shall be made, that the association and the enterprises shall sufficiently communicate, actively coordinate, that they shall report to the relevant government departments and seek to obtain more support.

Facing such a complex and serious situation, on the one hand we will continue to actively cooperate with the quality examinations and research inspections by the relevant departments, conduct the relevant work; on the other hand, we are also carefully considering, if there was any further development in the "abuse of lawsuit" in the U.S., and if it severely damaged the reputation of the enterprise, affected the image of Chinese enterprises and Chinese products, further affected the image of the State, we will follow the instructions and requirements of the relevant ministries and commissions of the State, and adopt a more proactive strategy. The recent work arrangements:

1. Seriously and meticulously do a good job in legal prevention; as the incident progresses, transform from calm observation to active response in terms of the litigation.

2. Actively do a good job in further reporting to and communication with the government departments and industry associations;

3. Continue to actively cooperate with various kinds of inspections, examinations, and technical sampling surveys organized by government departments of the State.

**TG-0374801**

It is hereby specially reported.

After material security meeting, recycles earnestly about
completes the American question gypsum board event to deal with
the situation report of work on own initiative

(Questionnaire draft)

Since 2009, American question gypsum board event along with time
lapse, but the constant development, Chinese building materials
Group gave to pay attention highly and fully attach great
importance to this event throughout, the request respective
coherent units seriously treated and deal on own initiative,
positively communicated the report to the relevant state
departments and industry association, is presently as follows the
related situation report.

First, event outlines

The Chinese gypsum board profession encounters American class
action litigation. After 2005 Katrina hurricane wind-caused
disaster, American large quantities of houses face the
reconstruction, imported the part gypsum board from China. In the
second half of 2008, the American media starts to report, some
coastal high fever moist area families because of using China
produce the gypsum board, in the room presents the unusual smell,
some people have class nosebleed, headache and other symptoms,
the metal thing as well as the air-conditioning system
nigrescence or the corrosion, not only has damaged the house, and
has brought the health problem.
The US government charges American consumable NSC (CPSC) to
handle jointly with the related authority to form the development
facility to carry on science investigation to this event. The
American consumable Safety Council Chairman said that science
investigation to question gypsum board was the US spends
throughout history is maximum, time-consuming longest
investigation and study. At present, the memoir that CPSC
announced believes that the question gypsum board cannot cause
the health problem, possible and electric appliance corrosion
phenomenon of American suit family "has connection", but will not
form the fire hidden danger. At the same time, the research also
recognized that the question gypsum board has not surpassed the
American gypsum board production standard standard the question.
Germany may bear the lucky company scientific research proof,
"question gypsum board" will not cause any health problem, will
not appear causes any electric appliance electric circuit
breakdown's possibility. The scientific research institution that
our government entrusted studied to indicate that so-called
"question gypsum board" did not exist to the human body virulent
harmful material, proposed the electric appliance corrosion
research that to express the question to the US. The above
science investigation is also conducted, has not formed the final
study conclusion.
At the beginning of the accident, the German gypsum board giant

1

may bear the luck (Tianjin) company to act to appeal that by his attorney at the same time the gypsum board does not have the question, but on the other hand his engineer said that Asia's gypsum ore sulphureous possibly high North America, tries to shift the question to raw material business. From this, in has not clarified the smell in origin, courses the gypsum board that complainant's mood China has produced, then certain the attorney capture of attempt "the Chinese product" brings "opportunity". The event develops rapidly after a sudden turn from now, the American public opinion and attorney's focal point is centralized, in "China makes" on, they file the class action litigation by the form agitation of free proxy, but also puts up posters in some areas, calls the consumer to entrust them to carry on the class action litigation, then through has the prejudice political figure to attempt the event to politicize to China, through exerting politics and public opinion exerts pressure to Chinese Gypsum board Enterprise. At present, the event involves to the gypsum board enterprises in dozens mainland China, but also includes European Corporation in Chinese production enterprise.

At present, CPSC receives 3296 suits, respectively came from 37 state and District of Columbia, involves defendant 96. The meridional our country supreme court understood that US Court has delivered 81 group lawsuit subpoenas through my court structure to the involved enterprise, involves 20 provinces (city and area), 48 enterprises. Except that may bear the luck (Tianjin) limited liability company (German Capital Enterprise, has property in US) beside, other Chinese Involvement Enterprises have not answered a charge. A few days ago, American Related Court started to make the ruling, positively answers a charge may bear the lucky gypsum board (Tianjin) limited liability company to be sentenced to compensate US 1 family 164,000 US dollars, the Taishan gypsum limited liability company absents is sentenced to compensate American 7 family 2.6 million US dollars.

By June 3, 2010, the northern new building materials received from the US about using Chinese gypsum board lawsuit delivery subpoena 1, the amount that mentioned was 150,000 US dollars; The Taishan gypsum receives subpoena 5, the amount that its subsidiary enterprise 3, mentioned was 5.225 million US dollars. The defendant who the above subpoena involves is not only only the northern new building materials and Taishan gypsum, but contained dozens to export the gypsum board to the Chinese producers and exporters in US, as well as US territory importer and land development company and general contractor.

According to the customs statistics, 2006-2008 years, our country gypsum product US export respectively is 33.7 million US dollars and 6.49 million US dollars and 7.42 million US dollars, the export enterprise respectively is 219, 250 and 234. According to "China Building materials" report, Chinese Enterprise in 2006 and in 2007 exports gypsum board 580,000 tons and 430,000 tons to the US separately. And, 2006-2007 years, the group subsidiary enterprise sells the gypsum board 54,564 ten thousand square

2

meters, exports the American 14.22 million square meters,
accounts for the total sales volume 2.61%; In 2008 exports 1.69
ten thousand square meters.
Dealing work related enterprise that developed

After being affected the US "does wall event", the northern new
building materials and Taishan gypsum highly attaching great
importance, closely pays attention to event's trend, has formed
the corresponding work team separately, provides to the special
work team that production, law, media, government, profession and
other aspects worked, has own responsibility, the coordination
advances, the development of highly effective order deals with
the work.
The enterprise carried on to gypsum purchase, production record,
products outlet and other situations has counted the
investigation one by one. In the entire event's developing
process, the northern new building materials and Taishan gypsum
positively various quality detections and kind of investigation
and study that coordinates the departments at all levels to
organize, inspect on the spot, strive for the understanding and
support of authority, jointly deals with the event to develop.
The northern new building materials and Taishan gypsum invited
Chinese and American attorney as the legal adviser, the writing
up specialized opinion, provides the legal aspect support for the
company decision-making.
On own initiative reports to national quality monitoring bureau,
department of commercial affairs, industry specialist, export
chamber of commerce and other organizations and professionals and
exchanges, after the questionnaire views or the suggestions,
adopts carefully further moves.
Group headquarters

The Chinese building materials group to this event attaching
great importance, along with the development, has been
established highly at the right moment by the special operating
mechanism that Chairman Song Zhiping is in command personally,
specifically is responsible for by Group total legal adviser Xu
Jinhua, holds the work analysis coordination meeting regularly,
the unification idea and unification coordinated, do the work
methodically.
The Chinese building materials group requests the respective
northern new building materials positively on own initiative and
so on related organization reports to the national quality
monitoring bureau, department of commercial affairs, SAC, the
industry association and export chamber of commerce the event
progress the communication, hopes that obtains the relevant
authority in politics, law, trade and other instructions and
support in aspects. Along with the development, Group also
strengthens the report communication with related government
apparatus, strives to guide the support on own initiative.
In the entire event's developing process, the Chinese building
materials group request arranges the northern new building

3

materials and Taishan gypsum in line with the consumer
responsible manner, positively various quality detections and
kind of investigation and study that coordinates the authority to
organize, on the spot inspection tour.
The organization law, trade and other aspect in experts, rigorous
objective analysis appraisal influence and development trend.

Third, to the basic assessment of gypsum board event nature

(1) The gypsum board itself one kind is security, green, low-
carbon and harmless new building material.

The gypsum board mass productions and use global surpass for 60
years, was considered to one of human health safest building
materials products. The paper surface gypsum board bonds with the
gypsum and paper, the production process will not use the
benzene, formaldehyde and so on virulent harmful organic
chemistry material. The production gypsum board's basic
principle, raw material and formula, have been globally similar.
Chinese gypsum board production technology has reached the world
advanced level after near 20-30 years development, the product
quality and performance are reliable, the world areas' use
processes never presents "sulfur pollution" to harm person
physically healthy Kang in other homes and in or causes the
property damage the question. Since 2006, the Chinese gypsum
product export has presented the large promotion, the exporting
country not only to involve the US, proliferates in Middle East,
Asia, Europe, Southeast Asia, Africa and other countries and
regions. Until now, has not received other world areas any to
present the suit of question about this raid product.

(2) My group subsidiary enterprise exports US's gypsum board to
meet the American related standard.

Exports US's gypsum board to according to the American purchasing
agent's request strictly organize to produce, need and many other
links inspects after the Chinese producer, the Chinese exporter,
the American importer, the American construction contractor and
American house business, only then has the possibility to be used
in the building of US after all procedure examination qualified
gypsum boards legitimately. My group subsidiary enterprise
exports US's gypsum board to meet the quality standard of US. The
group subsidiary enterprise has not obtained from the American
importer, dealer and construction contractor there any about the
suit of quality problem.
(3) This event materially is special interest group directors,
"overflows to sue" in every sense of the term.
This is under the financial crisis environment, under background
that in the trade protectionism gains ground, in some house-
owners' house prices fall in particular case that but the price
does not pay off a debt in labor, American fields small numbers
of people lose the beautiful gypsum board to be considered that

4

by China "sulphureous" high (actually cannot prove to human body harmful) so-called question manufacture "overflows to sue event". Lawsuit centralized Southeastern United State several states, for example Florida, the American real estate market slides to the fiercest place, when many house prices peak dropped half to be also more, the real estate was already unable to pay debts with their assets, some house-owners put the blame on "the Chinese gypsum board" head to evade by this question the real estate mortgage loan.

The American time on April 8, 2010, New Orleans federation district judge Eldon Fallon told a gypsum board quality problem case to make to order, rules the Taishan gypsum limited liability company (i.e. Taishan gypsum) to pay compensation money total 2.6 million US dollars to 7 American Families. In the US, responsibility main body in the product liability case and circulates each link's participant including the product manufacturing. On gypsum board, including the property developer, construction contractor, the gypsum board seller, the gypsum board importer, the gypsum board producer and raw material supplier. But lawsuit that the US starts at present, in the scientific research did not have in the conclusion situation, the jump layer upon layer link, points to Chinese Enterprise. The American judicature environment and our country are different, they may rely on the company name list that of material even online gain consults to be possible to file the charge. The Taishan gypsum in 2009 and in 2010 just invested the subsidiary company that sets up also to become this time "question gypsum board" one of many American lawsuit defendants, but these two companies so far have not begun the production, impossible to sell any gypsum board to the US.
May bear the lucky company person in charge to believe that this is "American attorney industrial group directors, has the hostility to blackmail and blackmail, no matter they the law and government, we are negotiating the payment ransom money with them now."The Taishan gypsum once considered to answer a charge positively, but the concerned expert reminded, do not fall into plaintiff "overflowed to sue" the trap easily.
Although does not have to enter immediately rashly answers a charge procedure, but, we actively have been coordinating the research work of Sino-US relevant government Organization, the two governments have had the close work liaison mechanism, the Chinese quality surveillance examined the quarantine bureau and American consumable NSC entrusts the development facility to carry on the examination, analysis and research to the relevant product separately. We hope that placed the bilateral government stratification plane science, reason and fair solution channel, in line with draws the conclusion to global consumers' responsible manner and with the science fair way truly, solves the problem. But right "overflows to sue" the leader, they are not willing to see, is not willing to hear these, and so on brings the pressure to the related aspect through the politician,

5

media unceasingly.

Fourth, the newest work instruction and group next step working arrangement of (1) department of commercial affairs and quality and technical supervision and quarantine relevant government departments instructed that this event is the international trade dispute that the business dealing triggers, the essence is the product quality, its origin is more complex. Maintains my interests for the maximum degree, next step we key will develop to deal with the work in the following several aspects: First, to support the involved enterprise answers a charge; Second, to continue socializes in the technical point and US; Third, to complete has the property risk assessment in the US; Fourth, to complete press campaign; Fifth, to wipe out the US attempts.

(2) SAC requests my group according to the request of department of commercial affairs, actively completes to answer a charge the work.

(3) After Chinese Building materials Federation President Zhang Renwei listens to Chairman Song Zhiping reports pointed out that question gypsum board event processing of properly has very significant significance to the Taishan gypsum, the northern new building materials, the Chinese building materials and even the building materials federation. He had fully affirmed Chairman Song Zhiping's analysis and work deployment to the entire event, simultaneously pointed out the present stage must transform from the cool-headed observation to actively deals, the association and enterprise must fully communicate, the positive cooperation, must report to the relevant government departments, wins over many support.

Facing such complex severe aspect, we will continue actively to coordinate the quality detection and research investigation of relevant authority at the same time, carries out the corresponding work; On the other hand, we seriously were also considering, if the US "overflows to sue" further develops, seriously tarnishes the enterprise reputation, affects Chinese Enterprise and Chinese product image, further affects the national image, we according to the instruction and request of national related ministries, will take a more positive initiative countermeasure. In the near future working arrangement:

Earnest rigorous completion law guard; Along with the development, transforms from the cool-headed observation in lawsuit to actively deals.

Positive initiative further completes with the report communication of authority and industry association;

Continues positively various examination examination and technical spot-check that work coordinates the national authority to organize.

Specially report.

6

```
PAGE PAGE 1

--- Summary Information ---
1: 936 PID_TITLE: About earnest completes on own initiative to
the American question gypsum board event deals with the work the
situation to report PID_SUBJECT:
PID_AUTHOR: Owner PID_KEYWORDS:
PID_TEMPLATE: Normal.dot PID_LASTAUTHOR: Opens healthy
PID_REVNUMBER: 36 PID_APPNAME: Microsoft Office Word
PID_EDITTIME: Mon Jan 01 10:31: 00 CST 1601 PID_CREATE_DTM: Tue
Jun 01 21:30: 00 CST 2010 PID_LASTSAVE_DTM: Thu Jun 03 12:21: 00
CST 2010 PID_PAGECOUNT: 1 PID_WORDCOUNT: 636 PID_CHARCOUNT: 3629
PID_SECURITY: 0

--- Document Summary Information ---
PID_CODEPAGE: 936 PID_COMPANY:
PID_LINECOUNT: 30 PID_PARCOUNT: 8 17: 4257 23: 730895 PID_SCALE:
false PID_LINKSDIRTY: false 19: false 22: false
```

资料保密　　会后回收

# 关于认真主动做好美国问题石膏板事件应对工作的情况汇报

## （征求意见稿）

2009 年以来，美国问题石膏板事件随着时间推移而不断发展，中国建材集团公司对该事件始终予以了高度关注和充分重视，要求所属相关单位认真对待、主动应对，积极向国家有关部门和行业协会沟通汇报，现将有关情况汇报如下。

## 一、事件概述

中国石膏板行业遭遇美国集体诉讼。2005 年卡特里娜飓风灾后，美国大批房屋面临重建，从中国进口了部分石膏板。2008 年下半年，美国媒体开始报道，沿海高热潮湿地区一些家庭因使用中国产石膏板，屋内出现异味，一些人出现流鼻血、头疼等症状，金属物件以及空调系统变黑或者锈蚀，不仅损毁了房屋，而且带来了健康问题。

美国政府责成美国消费品安全委员会（CPSC）会同相关政府部门组成研究机构对该事件进行科学调查。美国消费品安全委员会主席介绍说，对问题石膏板的科学调查是美国有史以来耗资最大、耗时最长的一次调研。目前，CPSC 已公布的研究报告认为，问题石膏板不会造成健康问题，可能和美国投诉家庭的电器腐蚀现象"有关联"，但不会形成消防隐患。同时，研究也认定，问题石膏板并没有超出美国石膏板

1

TG-0374793

资料保密　　会后回收

产品标准规范的问题。德国可耐福公司科学研究证明，"问题石膏板"不会造成任何健康问题，也不会出现导致任何电器电路故障的可能。我国政府委托的科研机构研究表明，所谓的"问题石膏板"不存在对人体有毒有害的物质，对美方提出的电器腐蚀研究表示质疑。上述科学调查还在进行中，均未形成最终研究结论。

事发之初，德国石膏板巨头可耐福（天津）公司一方面由其律师出面申诉石膏板没问题，而另一方面其工程师称亚洲的石膏矿含硫可能高过北美，试图将问题转移到原材料商。由此，在没有搞清气味的来源情况下，将投诉者的情绪引向了中国产的石膏板，进而被某些别有企图的律师捕捉到"中国产品"带来的"机会"。从此以后事件急转直下，美国舆论和律师的焦点集中在"中国制造"上，他们以免费代理的形式鼓动发起集体诉讼，还在一些地区张贴海报，召集消费者委托他们进行集体诉讼，进而通过一些对中国有偏见的政治人物企图将事件政治化，通过施加政治和舆论对中国石膏板企业施压。目前，事件涉及到几十家中国大陆的石膏板企业，还包括欧洲公司在华生产企业。

目前，CPSC 收到 3296 份投诉，分别来自于 37 个州及哥伦比亚特区，涉及被告 96 家。经向我国最高法院了解，美法院已通过我法院系统将 81 件集团诉讼传票送至涉案企业，涉及 20 个省（市、区），48 家企业。除可耐福（天津）

2

TG-0374794

资料保密　会后回收

股份有限公司（德资企业、在美有资产）之外，其他中国涉案企业均未应诉。日前，美国相关法院已开始作出判决，积极应诉的可耐福石膏板（天津）股份有限公司被判赔偿美 1 家庭 16.4 万美元，泰山石膏股份有限公司缺席被判赔偿美国 7 家庭 260 万美元。

截至 2010 年 6 月 3 日，北新建材收到来自美国关于使用中国石膏板诉讼的送达传票 1 份，提及的金额为 150,000 美元；泰山石膏收到传票 5 份，其所属企业 3 份，提及的金额为 5,225,000 美元。上述传票涉及的被告不仅仅只是北新建材和泰山石膏，而是包含了数十家出口石膏板到美国的中国生产商和出口商，以及美国本土进口商、房地产开发公司和建筑公司。

据海关统计，2006-2008 年，我国石膏制品美国出口分别为 3370 万美元、649 万美元和 742 万美元，出口企业分别为 219 家、250 家和 234 家。根据《中国建材报》的报道，中国企业 2006 年和 2007 年分别向美国出口石膏板 58 万吨、43 万吨。其中，2006-2007 年，集团所属企业共销售石膏板 54,564 万平方米，出口美国 1422 万平方米，占总销量的 2.61%；2008 年出口 1.69 万平米。

## 二、 已经开展的应对工作

（一） 相关企业

被波及美国"干墙事件"后，北新建材、泰山石膏高度

TG-0374795

资料保密　　会后回收

重视，密切关注事件的动向，分别成立了相应的工作小组，配备面向生产、法律、媒体、政府、行业等方面工作的专门工作团队，各负其责，协同推进，高效有序的开展应对工作。

企业内部对石膏采购、生产记录、产品出口等情况进行了逐一统计排查。在整个事件的发展过程中，北新建材和泰山石膏积极配合各级政府部门组织的质量检测和各类调研、实地考察，争取政府部门的理解和支持，共同应对事件发展。

北新建材、泰山石膏聘请了中国和美国律师作为法律顾问，出具专业意见，为公司决策提供法律方面的支持。

主动向国家质监总局、商务部、行业专家、出口商会等机构和专业人士汇报和交流，在征求意见或者建议后，审慎采取进一步行动。

（二）　集团公司总部

中国建材集团对此事件高度重视，随着事态发展，适时成立了由宋志平董事长亲自挂帅的专题工作机构，由集团公司总法律顾问许金华具体负责，定期召开工作分析协调会，统一思想、统一协调，有条不紊地开展工作。

中国建材集团要求所属北新建材积极主动将事件进展情况向国家质监总局、商务部、国资委、行业协会和出口商会等有关机构汇报沟通，希望取得相关部门在政治、法律、贸易等诸多方面的指导和支持。随着事态发展，集团公司也加强与有关政府机构的汇报沟通、主动争取指导支持。

4

TG-0374796

资料保密　　会后回收

在整个事件的发展过程中，中国建材集团要求安排北新建材、泰山石膏本着对消费者负责的态度，积极配合政府部门组织的质量检测和各种调研、实地考察工作。

组织法律、贸易等方面的专家，严谨客观的分析评估事件的影响和发展趋向。

### 三、对石膏板事件性质的基本判断

（一）石膏板本身一种是安全、绿色、低碳、无害的新型建筑材料。

石膏板在全球范围的大量生产和使用超过 60 年，被认为是对人体健康最安全的建材产品之一。纸面石膏板是用石膏和纸复合而成，生产过程不会采用苯、甲醛等有毒有害的有机化学物质。生产石膏板的基本原理、原料及其配方，在全球范围一直都是类似的。中国石膏板生产技术经过近二三十年的发展已经达到了世界先进水平，产品质量和性能是可靠的，在国内和世界其他地区的使用过程中从未出现"硫污染"损害人身体健康或造成财产损失的问题。2006 年以来，中国石膏制品出口呈现大幅提升，出口国家不仅涉及美国，更遍布在中东、亚洲、欧洲、东南亚、非洲等数十个国家和地区。迄今为止，没有收到世界其他地区任何关于该批次产品出现问题的投诉。

（二）我集团所属企业出口到美国的石膏板均符合美国相关标准要求。

出口到美国的石膏板必须按照美国采购商的要求严格

5

TG-0374797

资料保密　　会后回收

组织生产，这其中需要经过中国生产商、中国出口商、美国进口商、美国建筑商和美国房屋商等多个环节检查，只有经过所有程序检测都合格的石膏板才有可能合法用于美国的房屋建筑。我集团所属企业出口美国的石膏板都符合美国的质量标准要求。集团所属企业也没有从美国进口商、经销商、建筑商那里得到任何关于质量问题的投诉。

（三）这个事件实质上是一场利益集团导演的、不折不扣地"滥诉"。

这是在金融危机环境下，在贸易保护主义抬头的背景下，在部分房主的房屋价格下跌而价不抵债的特定情况下，美国某些方面的少数人以中国输美石膏板被认为"含硫"偏高（却又不能证明对人体有害）的所谓问题而制造的"滥诉事件"。诉讼集中的美国东南部几个州，比如佛罗里达，正是美国房地产市场下滑最厉害的地方，许多房屋价格比高峰时下降了一半还多，房产早已资不抵债，一些房主将问题归咎到"中国石膏板"头上以此逃避房产抵押贷款。

美国时间 2010 年 4 月 8 日，美国新奥尔良市联邦地区法官 Eldon Fallon 就原告诉石膏板质量问题一案做出判令，判决泰山石膏股份有限公司（简称泰山石膏）向 7 户美国家庭支付赔偿费共计 260 万美元。在美国，产品责任案件中的责任主体包括产品生产和流通各个环节的参与者。就石膏板而言，其中包括房地产开发商、建筑商、石膏板销售商、石膏板进口商、石膏板生产商和原料供应商等。而美国目前开

TG-0374798

资料保密    会后回收

始的诉讼，在科学研究还没有结论的情况下，跳过层层环节，直指中国企业。美国司法环境和我国不同，他们可以凭借查阅到的资料甚至网上获取的公司名单就可以提起诉讼。泰山石膏 2009 年和 2010 年刚刚出资设立的子公司也成为此次"问题石膏板"多宗美国诉讼的被告之一，但是这两家公司到目前尚未投入生产，更不可能向美国销售任何石膏板。

可耐福公司负责人认为，这是"美国律师产业集团导演的，带有敌意地讹诈、敲诈，他们不管法律和政府，我们现在就是在和他们谈判支付赎金。"泰山石膏曾考虑积极应诉，但有关专家提醒，不要轻易落入原告"滥诉"的陷阱。

虽然没有在第一时间贸然进入应诉程序，但是，我们一直在积极配合中美政府相关机构的研究工作，两国政府一直有着密切的工作联系机制，中国质量监督检验检疫总局和美国消费品安全委员会分别委托了研究机构对相关产品进行检测、分析、研究。我们希望在双方政府层面保持科学、理智、公正的解决渠道，本着对全球消费者负责任的态度、用科学公正的方式真正地做出结论，解决问题。但是对"滥诉"的主导者来说，他们不愿意看到，也不愿意听到这些，不断通过政客、媒体等向相关方面施加压力。

**四、政府有关部门的最新工作指示和集团下一步工作安排**

（一）商务部、质检总局指示，此次事件属商业行为引发的国际贸易纠纷，本质是产品质量问题，其成因较为复杂。

7

TG-0374799

资料保密　　会后回收

为最大程度维护我利益，下一步我们将重点在以下几方面开展应对工作：一是支持涉案企业应诉；二是继续在技术层面与美方周旋；三是做好在美国有资产风险评估；四是做好新闻宣传；五是打掉美方企图。

（二）国资委要求我集团按照商务部的要求，积极做好应诉工作。

（三）中国建材联合会张人为会长听取宋志平董事长汇报后指出，问题石膏板事件的妥善处理对泰山石膏、北新建材、中国建材乃至建材联合会都有非常重大的意义。他充分肯定了宋志平董事长对整个事件的分析和工作部署，同时指出现阶段要从冷静观察转变到积极应对，协会和企业要充分沟通、积极协作，要向政府有关部门汇报，争取更多的支持。

面对这样复杂严峻的局面，我们一方面会继续积极配合相关部门的质量检测和研究调查，进行相应的工作；另一方面，我们也在认真考虑，如果美国"滥诉"进一步发展，严重损害到企业声誉，影响到中国企业、中国产品的形象，进一步影响到国家形象，我们将会按照国家有关部委的指导和要求，采取更加积极主动的对策。近期工作安排：

1. 认真严谨的做好法律防范；随着事态发展，在诉讼方面从冷静观察转变到积极应对。

2. 积极主动的进一步做好同政府部门、行业协会的汇报沟通；

3. 继续积极配合国家政府部门组织的各种检验检测、

8

TG-0374800

资料保密　　会后回收

技术抽查工作。

特此汇报。

TG-0374801