<u>Partial Translation of TG-0217757-0217762</u>

<u>TG-0217757</u>

## Informational Report on Seriously and Proactively Doing a Good Job in Responding to the Incident of "Problematic Gypsum Boards Shipped to the United States"

General Administration of Quality Supervision, Inspection and Quarantine of the State:

Since 2009, "problems stemmed from gypsum boards exported to the United States" have continuously developed as time goes by. China National Building Material Group Corporation has always paid great attention and attached sufficient importance to this incident, and has required that relevant entities owned by the Group Corporation carefully deal with and proactively respond to the incident, and actively communicate with and report to relevant departments and industry societies of the State. Relevant information is now reported as follows:

…

<u>TG-0217758</u>

…

**II. Relevant Work That Has Been Carried out**

Faced with complicated and severe situations, CNBM Group, on the one hand, actively cooperated with relevant departments with their work on quality examination and research and investigation; on the other hand, adopted legal response measures in an active and initiative way; meanwhile, organized scientific resources to conduct comprehensive researches on the healthfulness and safety of gypsum boards, and has achieved progressive results.

(I) Actively cooperated with the work on quality examination and research and investigation

CNBM Group attached great importance to this incident, established special work agencies at the headquarters that are led in person by principal leaders of the enterprises and taken charge of by the chief legal consultant of the Group Corporation, held work analysis and coordination meetings regularly, unified thoughts and coordination,

   PENG: Exhibit 820

**TG-0217759**

initiated work in good order, and organized experts in the fields of law and trade to analyze and evaluate the impacts and trends of development of the incident rigorously and objectively.

The headquarters of CNBM Group required that relevant enterprises take initiatives to report and communicate the progress of the incident to the General Administration of Quality Supervision, Inspection and Quarantine, the Ministry of Commerce, the SASAC, industry associations, association of exporters, and other relevant institutions, hoping to get instructions and support in political, legal, trade, and other aspects from relevant departments.

BNBM PLC and Taishan Gypsum attached great importance and paid close attention to the development of the incident, established corresponding work agencies respectively, and assigned special work teams targeted at production, legal issues, media, government, industry, and other aspects. Each team took its own responsibilities, coordinated and pushed forward the work, and responded to the incident effectively and in order. The enterprise collected statistics and conducted investigation internally on gypsum purchase, production records product export, and etc. one by one. In the entire development process of the incident, the enterprises actively cooperated with quality examinations, all kinds of research and investigations, and field inspections conducted by government departments of all levels, and took effort to earn the understanding and support from the government departments and to respond to the development of the incident together.

(II) Made careful arrangements on legal response work in the United States

Although the United States is not the target market of the Group's gypsum board products, relevant legal experts suggest that we should be careful not to fall easily into the plaintiff's trap of "abuse of litigation." However, as this incident seriously damages the reputation of the enterprises, has impacts on the image of Chinese enterprises and Chinese products,

**TG-0217760**

and further influences the image of the country, enterprises owned by the CNBM Group launched relevant work on legal response in the United States in turn after

careful arrangement according to the instructions and requirements from relevant ministries and commissions of the State.

As of now, the Group Corporation and its enterprises have paid legal fees, travel expenses, and security deposits of 5 million US dollars.

(III)  Carried out scientific researches

CNBM Group raised RMB 10 million by itself in March 2010, and entrusted China Building Material Test and Certification Center, Institute of Metal Research at Chinese Academy of Sciences, Changchun Institute of Applied Chemistry at Chinese Academy of Sciences, Nanjing University, and multiple other well-known domestic research institutes to establish a special research task force on the safety and healthfulness of gypsum boards that is led by academicians of the Chinese academy and to conduct in-depth research on the safety and healthfulness of gypsum boards.

…

**TG-0217761**

…

On February 17th, the spokesperson of the Ministry of Commerce stated at the regular press conference that "we hope that this incident could be solved through mutual discussion and negotiation based on scientific researches." The Group Corporation has always actively cooperated with researches conducted by relevant agencies of the Chinese and the United States governments.

**TG-0217762**

We hope that scientific, rational, and fair channels for solving the incident can be kept at the government level from both parties, and that, to be responsible for customers all over the world, problems can be solved and conclusions can be truly reached by using scientific and fair methods.

China National Building Material Group Corporation

April 10th, 2011

About initiative conscientiously completes "loses beautiful question gypsum board" event to deal with the situation report of work

General Administration of Quality Supervision, Inspection and Quarantine:

Since 2009, "has lost beautiful gypsum board question" along with the time lapse, but the constant development, the Chinese building materials group gives to pay attention highly and fully attach great importance to this event throughout, the request respective coherent units seriously treat and deal on own initiative, and positive communicates the report to the relevant state departments and industry association, is presently as follows the related situation report.
First, event outlines Chinese gypsum board profession to encounter the American class action litigation. After 2005 Katrina hurricane wind-caused disaster, American large quantities of houses face the reconstruction, therefore strongly imported the part gypsum board from China relatively. In the second half of 2008, the American media reported that said the US some coastal high fever moist area families because of using China produce the gypsum board, in the room presents the unusual smell, some people have class nosebleed, headache and other symptoms, the metal component as well as the air-conditioning system nigrescence or the corrosion, not only has damaged the house, and has brought the health problem. The US government charged American consumable NSC (to hereafter refer to as CPSC) to handle jointly with the related authority to carry on the US to this event to spend throughout history is maximum, the time-consuming longest science investigation.

On January 31, 2011, CPSC issued that the scientific research report confirmed that the question gypsum board's in health problem with suit case has nothing to do. On March 18, this organization issued the scientific research report once more, the research showed that cannot create the short-term or the long-term safety danger to the electric system part. Meanwhile, the gypsum board lawsuit tide that starts in US has not actually weakened, moreover along with the development, the American attorney interest group to the Chinese product and Chinese Enterprise "demanded ransom money" the intention is getting more and more obvious.
Related work that developed facing complex severe aspect, the Chinese building materials group actively coordinates the quality detection and research of field work relevant authority at the same time; On the other hand, adopts the positive driving law in the US the counter measures; At the same time, organizes the scientific research force to conduct the comprehensive study to the gypsum board health safely, and obtains the periodic result.

Positive fit quantity examination and research work

The Chinese building materials group to this event attaching great importance, has established the special operating mechanism that in the base company is in command by the enterprise key personnel in charge personally highly, specifically is responsible for by Group total legal adviser, holds the work analysis coordination meeting regularly, the unification idea and unification coordinated, do the work methodically, and organizes the law, trade and other aspect in the experts, rigorous objective analysis appraisal influence and development trend. Chinese Building materials group headquarters Request Related Enterprise positively on own initiative and so on related organization reports to the national quality monitoring bureau, department of commercial affairs, SAC, the industry association and export chamber of commerce the event progress the communication, hopes that obtains the relevant authority in politics, law, trade and other instructions and support in aspects.

The northern new building materials and Taishan gypsum attaching great importance, pays attention to event's trend highly closely, has established the corresponding operating mechanism separately, provides to the special work team that production, law, media, government, profession and other aspects worked, has own responsibility, the coordination advances, the development of highly effective order deals with the work. The enterprise carried on to gypsum purchase, production record, products outlet and other situations has counted the investigation one by one. In the entire event's developing process, the enterprise positively various quality detections and kind of investigation and study that coordinates the departments at all levels to organize, inspects on the spot, strives for the understanding and support of authority, jointly deals with the event to develop.

(2) The plan deals with the work freely US in the US law is not my group gypsum board product target market, the relevant law expert prompts us, do not fall into plaintiff "overflows to sue" the trap easily, but because this event seriously tarnishes the enterprise reputation, affects Chinese Enterprise and Chinese product image, further affects the national image, according to the instruction and request of national related ministries, after the thorough careful deployment, the Chinese building materials group subsidiary enterprise started one after another has dealt with the work in the US relevant law.

Up to now, the group and subsidiary enterprise Attorney Fu has spent, travel expense and earnest money 5 million US dollars.

(3) Development research

The Chinese building materials group self-provides the fund 10 million Yuan in March, 2010, entrusts the Chinese building material examination certification and Chinese Academy of Science Institute of Metal Research and Chinese Academy of Science

2

Changchun institute of applied chemistry, the Nanjing University and many other home well-known development facilities, has established by the gypsum board security health special research topic-based group that the academician is led, develops thoroughly to the gypsum board security healthy performance study.

We hope that under the leadership of National Administration of Quality and Technical Supervision, actively coordinates the authority development facility, to this time loses the beautiful gypsum board event to make the true fair and scientific judgment. We believe that the scientific research properly solves the basic basis of this question.

Third, to the gypsum board event nature's judgment gypsum board itself one kind is the security, green, low-carbon and harmless new building material. My group respective northern new building materials take Asian maximum gypsum board producer, strictly carries out the national related standard, and has deferred to the international standard to carry on the production, has inducted and has established the ISO9001 quality management system and ISO14001 Environmental Management System and GB/T28001 occupational health safety control system and ISO10012 survey management system. The gypsum board product has the Chinese well-known trademark and Chinese famous brand goods and Chinese environment symbol authentication product title, obtained including American UL authentication the related international quality authentication with British BS authentication, the technical level and quality specification reaches the world advanced level. In the event involves exports US's gypsum board to meet the American ASTM standard requirement, carries on the production according to the American purchasing agent's request. Except for this US beside strongly sues suddenly, my group gypsum board had not been sued in the world similarly. Since 2006, the Chinese gypsum board the exporting country not only to involve the US, proliferates in Middle East, Asia, Europe, Southeast Asia, Africa and other countries and regions. But until now has not received any world other areas to present the suit of question about this raid product. The company and gypsum board product after the supervision examination of national all levels of department, conform to the quality detection standard completely. We believe that this event materially is one plans by American certain attorney interest groups "overflows to sue".

On February 17, department of commercial affairs spokesman said at the transcript: "We hope that can solve for the mutual discussion consultation of foundation through scientific research."My group actively has been coordinating the research work of Sino-US relevant government Organization, we hope that placed the bilateral government stratification plane science, reason and fair solution channel, in line with draws the conclusion to global consumers' responsible manner and with the science fair way truly, solves the problem.

Chinese building material Group Company limited on April 10, 2011
PAGE PAGE 1

```
--- Summary Information ---
1: 936 PID_TITLE: About initiative conscientiously completes
"loses beautiful question gypsum board" event to deal with the
work the situation to report PID_SUBJECT:
PID_AUTHOR: Opens healthy PID_KEYWORDS:
PID_TEMPLATE: Normal PID_LASTAUTHOR: Microsoft user
PID_REVNUMBER: 2 PID_APPNAME: Microsoft Office Word PID_EDITTIME:
Mon Jan 01 08:00: 00 CST 1601 PID_CREATE_DTM: Mon Apr 11 09:53:
00 CST 2011 PID_LASTSAVE_DTM: Mon Apr 11 09:53: 00 CST 2011
PID_PAGECOUNT: 1 PID_WORDCOUNT: 314 PID_CHARCOUNT: 1791
PID_SECURITY: 0

--- Document Summary Information ---
PID_CODEPAGE: 936 PID_COMPANY:
PID_LINECOUNT: 14 PID_PARCOUNT: 4 17: 2101 23: 730895 PID_SCALE:
false PID_LINKSDIRTY: false 19: false 22: false
```

4

# 关于主动认真做好"输美问题石膏板"事件应对工作的情况汇报

国家质量监督检验检疫总局：

2009 年以来，"输美石膏板问题"随着时间推移而不断发展，中国建材集团对该事件始终予以了高度关注和充分重视，要求所属相关单位认真对待、主动应对，并积极向国家有关部门和行业协会沟通汇报，现将有关情况汇报如下。

## 一、事件概述

中国石膏板行业遭遇美国集体诉讼。2005 年卡特里娜飓风灾后，美国大批房屋面临重建，故相对集中地从中国进口了部分石膏板。2008 年下半年，美国媒体报道称美国沿海高热潮湿地区一些家庭因使用中国产石膏板，屋内出现异味，一些人出现流鼻血、头疼等症状，金属器件以及空调系统变黑或者锈蚀，不仅损毁了房屋，而且带来了健康问题。美国

1

TG-0217757

政府责成美国消费品安全委员会（以下简称 CPSC）会同相关政府部门对该事件进行了美国有史以来耗资最大、耗时最长的科学调查。

2011 年 1 月 31 日，CPSC 发布科研报告证实，问题石膏板与投诉案件中的健康问题无关。3 月 18 日，该机构再次发布科研报告，研究证明不会对电器系统元件造成短期或长期的安全隐患。与此同时，在美掀起的石膏板诉讼潮却没有减弱，而且随着事态发展，美国律师利益团体对中国产品、中国企业"索要赎金"的意图越来越明显。

## 二、 已经开展的相关工作

面对复杂严峻的局面，中国建材集团一方面积极配合相关部门的质量检测和研究调查工作；另一方面，在美国采取积极主动的法律应对措施；同时，组织科研力量对石膏板的健康安全进行全面研究，并取得阶段性成果。

（一） 积极配合质量检测和调查研究工作

中国建材集团对此事件高度重视，在公司总部成立了由企业主要负责人亲自挂帅的专题工作机构，由集团公司总法律顾问具体负责，定期召开工作分析协调会，统一思想、统

2

一协调，有条不紊地开展工作，并组织法律、贸易等方面的专家，严谨客观的分析评估事件的影响和发展趋向。

中国建材集团总部要求相关企业积极主动将事件进展情况向国家质监总局、商务部、国资委、行业协会和出口商会等有关机构汇报沟通，希望取得相关部门在政治、法律、贸易等诸多方面的指导和支持。

北新建材、泰山石膏高度重视，密切关注事件的动向，分别成立了相应的工作机构，配备面向生产、法律、媒体、政府、行业等方面工作的专门工作团队，各负其责，协同推进，高效有序的开展应对工作。企业内部对石膏采购、生产记录、产品出口等情况进行了逐一统计排查。在整个事件的发展过程中，企业积极配合各级政府部门组织的质量检测和各类调研、实地考察，争取政府部门的理解和支持，共同应对事件发展。

（二）周密部署在美法律应对工作

尽管美国不是我集团石膏板产品的目标市场，有关法律专家提示我们，不要轻易落入原告"滥诉"的陷阱，但是由于该事件严重损害到企业声誉，影响到中国企业、中国产品

3

TG-0217759

的形象，进一步影响到国家形象，按照国家有关部委的指导和要求，经过周密细致的部署，中国建材集团所属企业陆续启动了在美相关法律应对工作。

截至目前，集团及所属企业已付律师费、差旅费和保证金500万美元。

（三）开展科学研究工作

中国建材集团于2010年3月自筹资金1000万元，委托中国建筑材料检验认证中心、中国科学院金属研究所、中国科学院长春应用化学研究所、南京大学等多家国内知名研究机构，成立了由院士领衔的石膏板安全健康专项研究课题组，深入开展对石膏板安全健康性能研究。

我们希望在国家质检总局的领导下，积极配合权威研究机构，对此次输美石膏板事件做出真正公正、科学的判断。我们认为，科学研究是妥善解决此次问题的根本依据。

三、对石膏板事件性质的判断

石膏板本身一种是安全、绿色、低碳、无害的新型建筑材料。我集团所属北新建材作为亚洲最大的石膏板生产商，严格执行国家相关标准，并一直按照国际标准进行生产，导

4

入并建立了 ISO9001 质量管理体系、ISO14001 环境管理体系、GB/T28001 职业健康安全管理体系、ISO10012 测量管理体系。石膏板产品拥有中国驰名商标和中国名牌产品、中国环境标志认证产品称号,获得了包括美国 UL 认证和英国 BS 认证在内的相关国际质量认证,技术水平和质量标准达到世界先进水平。事件中所涉及的出口美国的石膏板均符合美国 ASTM 标准的要求,均是按照美国采购商的要求进行生产的。

除了此次美国的突然集中投诉之外,我集团石膏板在全球从来没有遭到类似的投诉。2006 年以来,中国石膏板出口国家不仅涉及美国,更遍布在中东、亚洲、欧洲、东南亚、非洲等数十个国家和地区。但迄今为止没有收到任何世界其他地区关于该批次产品出现问题的投诉。公司及石膏板产品经国家各级部门的监督检验,全部符合质量检测标准。我们认为,这个事件实质上是一场由美国某些律师利益团体策划的"滥诉"。

==2 月 17 日,商务部新闻发言人在例行记者会上表示:"我们希望能够通过科学研究为基础的相互的讨论磋商来解决。"我集团一直在积极配合中美政府相关机构的研究工作,==

5

TG-0217761

我们希望在双方政府层面保持科学、理智、公正的解决渠道，本着对全球消费者负责任的态度、用科学公正的方式真正地做出结论，解决问题。

中国建筑材料集团有限公司

二〇一一年四月十日

6