# EXHIBIT  A

| | INTERVENING PLAINTIFFS | |
|---|---|---|
| | **PLAINTIFF(S)** | **ADDRESS OF AFFECTED PROPERTY** |
| 1. | Ronald and Tricia Stanfa | 180 Sheffield Lane, Birmingham, AL  35242 |
| 2. | Allstate Servicing, Inc. | 13430 NE 30th Court, Anthony, FL  32617 |
| 3. | Karina Martinez | 23631 SW 112 CT, Homestead, FL  33032 |
| 4. | Wayne and Kristal Province | 86048 Highway 450, Franklinton, LA  70438 |
| 5. | Amrita and Rennie Roopchand | 15320 87th Road North, Loxahatchee, FL  33470 |
| 6. | The Van Tran and Chin Thi Nguyen | 12912 Rosemont Street, Ocean Springs, MS  39564 |
| 7. | David and Brittany Martino | 245 McDonnell Blvd., F-138, Biloxi, MS  39531 |
| 8. | Dolores Jarvis | 1743 Olivia Drive, Avon Park, FL  33825 |
| 9. | Santiago Guzman o.b.o. Skyline Glass, LLC | 10769 NW 81 LN, Doral, FL  33178 |
| 10. | 1329 Gum, Jackson Land Trust | 1329 Gum Street, Ocean Springs, MS  39564 |
| 11. | Ronald T. and Maria S. Natal | 1489 Lakeshore Blvd., Slidell, LA  70461 |
| 12. | Peggy Powell | 110 Laurel Lane, Pass Christian, MS  39571 |
| 13. | R&S Properties, LLC | 9810 Bay Road North, Foley, AL  36535 |
| 14. | Jackelyn Aguirre-Matat o.b.o. Home and Land, Inc. | 3310 NE 3 DR, Homestead, FL  33033 |
| 15. | Carlisle Place, LLC | 829 East Scenic Drive, Pass Christian, MS  39571 |
| 16. | Bruno Eseban Ullauri Paredes and Karina Jannine Svoboda Straka | 5952 SW 102 ST, Pinecrest, FL  33156 |
| 17. | Arrowhead Investments, LLC | 19 Money Hill Lane, Poplarville, MS  39470 |
| 18. | Elvis Ferrera | 22079 SW 88th Path, Cutler Bay, FL  33190 |
| 19. | M and M The Closers, LLC | 1924 SE 21 CT, Homestead, FL  33035 |