UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Elizabeth Bennett, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>2:14-cv-02722-EEF-JCW | JUDGE ELDON FALLON<br><br>MAG. JUDGE WILKINSON |

**PLAINTIFFS', RONALD STANFA, et al.,
CLASS ACTION INTERVENTION COMPLAINT**

Pursuant to Fed. R. Civ. P. 23, the class representatives in this action bring suit on behalf of themselves and all other similarly situated owners and residents of real property containing defective Chinese manufactured drywall that was designed, manufactured, imported, exported, distributed, delivered, supplied, inspected, marketed, sold and/or installed by the Defendants.

Intervening plaintiffs have moved the Court to allow permissive intervention in the *Bennett* civil action, because they are all absent class members defined in that class action. Intervening Plaintiffs incorporate and adopt the substantive allegations of the *Bennett* class action complaint, as amended, herein by reference (¶¶ 22-144).

The Intervening Plaintiffs seek to be class representatives for the class identified in Bennett. The Knauf Defendants named in the Bennett class action, as amended, are liable to Intervening Plaintiffs for their role in the design, manufacture, importing,

distributing, delivery, supply, marketing inspecting, installing, or sale of the defective drywall at issue in the litigation

Each Intervening Plaintiff is identified in the chart below:

| | **INTERVENING PLAINTIFFS** | |
|---|---|---|
| | **PLAINTIFF(S)** | **ADDRESS OF AFFECTED PROPERTY** |
| 1. | Ronald and Tricia Stanfa | 180 Sheffield Lane, Birmingham, AL  35242 |
| 2. | Allstate Servicing, Inc. | 13430 NE 30th Court, Anthony, FL  32617 |
| 3. | Karina Martinez | 23631 SW 112 CT, Homestead, FL  33032 |
| 4. | Wayne and Kristal Province | 86048 Highway 450, Franklinton, LA  70438 |
| 5. | Amrita and Rennie Roopchand | 15320 87th Road North, Loxahatchee, FL  33470 |
| 6. | The Van Tran and Chin Thi Nguyen | 12912 Rosemont Street, Ocean Springs, MS  39564 |
| 7. | David and Brittany Martino | 245 McDonnell Blvd., F-138, Biloxi, MS  39531 |
| 8. | Dolores Jarvis | 1743 Olivia Drive, Avon Park, FL  33825 |
| 9. | Santiago Guzman o.b.o. Skyline Glass, LLC | 10769 NW 81 LN, Doral, FL  33178 |
| 10. | 1329 Gum, Jackson Land Trust | 1329 Gum Street, Ocean Springs, MS  39564 |
| 11. | Ronald T. and Maria S. Natal | 1489 Lakeshore Blvd., Slidell, LA  70461 |
| 12. | Peggy Powell | 110 Laurel Lane, Pass Christian, MS  39571 |
| 13. | R&S Properties, LLC | 9810 Bay Road North, Foley, AL  36535 |
| 14. | Jackelyn Aguirre-Matat o.b.o. Home and Land, Inc. | 3310 NE 3 DR, Homestead, FL  33033 |
| 15. | Carlisle Place, LLC | 829 East Scenic Drive, Pass Christian, MS  39571 |
| 16. | Bruno Eseban Ullauri Paredes and Karina Jannine Svoboda Straka | 5952 SW 102 ST, Pinecrest, FL  33156 |
| 17. | Arrowhead Investments, LLC | 19 Money Hill Lane, Poplarville, MS  39470 |
| 18. | Elvis Ferrera | 22079 SW 88th Path, Cutler Bay, FL  33190 |
| 19. | M and M The Closers, LLC | 1924 SE 21 CT, Homestead, FL  33035 |

## DEMAND FOR JURY TRIAL

Intervening Plaintiffs, individually and on behalf of the Class Members, hereby demand a trial by jury as to all issues so triable as a matter of right.

## PRAYER FOR RELIEF

WHEREFORE Intervening Plaintiffs, on behalf of themselves and all others similarly situated demand upon Defendants jointly and severally for:

a. An order certifying the case as a class action;

b. An order certifying the Class;

c. An order appointing Plaintiffs as the Class Representatives;

d. An order appointing the undersigned as counsel for the Class;

e. Compensatory, statutory, and/or punitive damages;

f. Pre and post-judgment interest as allowed by law;

g. Injunctive relief;

h. An award of attorney's fees as allowed by law;

i. An award of taxable costs; and

j. Any and all such further relief as this Court deems just and proper.

/s/ *James V. Doyle, Jr.*
James V. Doyle, Jr.
DOYLE LAW FIRM, PC
2100 Southbridge Pkwy., Suite 650
Birmingham, AL 35209
Tele: 205-533-9500
Fax: 205-332-1362
jimmy@doylefirm.com
*Attorney for Plaintiffs*

Dated:   August 31, 2018