**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

IN RE: CHINESE-MAUNFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION          **MDL 2047**

**This Document Relates To:**          SECTION: L
         JUDGE FALLON
         MAG. JUDGE WILKINSON

**Braxton H. Collins, et al. vs. Bass Homes, Inc.**
**Et al; S.D. Mississippi, C.A. No. 1:13-00297**          **Case No.: 13-6652**

**Jason S. Herrington, et al. vs. Bass Homes, Inc.**
**Et al.; S.D. Mississippi, C.A. No. 1:13-00297**          **Case No. 13-6653**

_____

**NOTICE OF OPPOSITION**

    COMES NOW, Defendants and Third-Party Defendants Pensacola Stevedore Company, Inc. and Pate Stevedore Company, Inc. (the "Stevedore Defendants") in the above styled actions, and, without waiving and specifically reserving their objection to personal jurisdiction over them, hereby files their notice of opposition to the separation of certain claims and Conditional Remand Order entered by the Clerk of the Panel on August 31, 2018 (Docs. 23 and 531).

    Respectfully submitted on this the 6th day of September, 2018.

                                 /s/William W. Watts
                                 WILLIAM W. WATTS
                                 ASB6226-P71S
                                 CHRISTOPHER T. CONTE
                                 ASB-7094-I72C
                                 Attorney for the Defendants,
                                 Pensacola Stevedore Company, Inc.,
                                   and Pate Stevedore Company, Inc.

Of counsel:
HELMSING, LEACH, HERLONG,
 NEWMAN & ROUSE, P.C.
Post Office Box 2767
Mobile, AL 36652
(251) 432-5521
(251) 432-0633 Fax
Email: www@helmsinglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of September, 2018, the foregoing has been served on Plaintiff's Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the following was electronically filed with the Clerk of the Court of the United States District for the Eastern District of Louisiana by using the CM/ECF System which will send notification of such filing in accordance with the procedures established in MDL 09-2047 to the following.

Stephen W. Mullins, Esquire
Luckey & Millins, PLLC
Post Office Box 990
Ocean Springs, Mississippi 39566
summlins@luckeyandmullins.com

Heather M. Houston, Esquire
Caroline Pryor, Esquire
Carr Allison
6251 Monroe Street, Ste. 200
Daphne, Alabama  36526
hhouston@carrallison.com
cpryor@carrallison.com

David C. Coons, Esquire
Christopher A. D'Amore, Esquire
Justin Boron, Esquire
Adams and Reese, LLP
4500 One Shell Square
New Orleans, Louisiana 70139
davd.coons@arlaw.com
chris.damour@arlaw.com
justin.boron@arlaw.com

Barnard Taylor, Esquire
Matthew D. Lawson, Esquire
Christy Hull Eikhoff, Esquire
Alston & Bird, LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia  30309
bernard.taylor@alston.com
matt.lawson@alston.com
christy.eikhoff@alston.com

Dannie J. Collier, Jr., Esquire
Luther, Collier, Hodges & Cash, LLP
Post Office Box 1002
Mobile, Alabama 36633
dcollier@lchclaw.com

Gary J. Russo, Esquire
Jones Walker, LLP
600 Jefferson Street, Ste. 1600
Lafayette, Louisiana 70601
grusso@joneswalker.com

/s/William W. Watts
OF COUNSEL