UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Elizabeth Bennett, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>2:14-cv-02722-EEF-JCW | JUDGE ELDON FALLON<br><br>MAG. JUDGE WILKINSON |

## ORDER

The parties in this matter have indicated to the Court that they are moving forward in this case and Defendants have filed several motions to dismiss and motions for summary judgment. Upon consideration of Plaintiffs' Motion to Lift Stay, it is hereby ORDERED that the stay in this case is LIFTED without limitation.

New Orleans, Louisiana, this   5th   day of      September      , 2018.

_____
Eldon E. Fallon
United States District Court Judge