UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Amorin, v. Taishan Gypsum Co., Ltd., f/k/a/ Shandong Taihe Dongxin Co., Ltd.*,<br>Case No. 11-cv-01395 (E.D. La.)<br><br>*Brooke, v. State-Owned Assets Supervision and Administration Commission of the State Council*,<br>Case No. 15-cv-4127 (E.D. La.) | **MDL No. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |

**CNBM AND BNBM ENTITIES' MOTION TO REJECT THE PSC'S NOTICE OF CLARIFICATION REGARDING THE COMPOSITION OF THE *AMORIN* CLASS**

NOW INTO COURT, through undersigned counsel, come Defendants China National Building Materials Company, Ltd., Beijing New Building Materials (Group) Co. Ltd., and Beijing New Building Materials Public Limited Company who move the Court to reject the PSC's Notice of Clarification Regarding The Composition Of The *Amorin* Class.  For the reasons set forth in the accompanying memorandum, Defendants request that the Court grant their motion.

Dated:   September 6, 2018

Respectfully submitted,

*/s/ L. Christopher Vejnoska*

| | |
|---|---|
| L. Christopher Vejnoska (CA Bar No. 96082) | Ewell E. Eagan, Jr. (LA Bar No. 5239) |
| Eric Matthew Hairston (CA Bar No. 229892) | Donna Philipps Currault (LA Bar No. 19533) |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | GORDON, ARATA, MONTGOMERY, BARNETT, MCCOLLAM, DUPLANTIS & EAGAN, LLC |
| The Orrick Building | |
| San Francisco, CA 94105 | 210 St. Charles Avenue, 40th Floor |
| T: 415-773-5700 | New Orleans, LA 70170-4000 |
| Email: cvejnoska@orrick.com | Tel: (504) 582-1111 |
| ehairston@orrick.com | Email: eegan@gamb.law |
| | dcurrault@gamb.law |
| James L. Stengel (NY Bar No. 1800556) | Eric A. Shumsky (D.C. Bar No. 477926) |
| Xiang Wang (NY Bar No. 4311114) | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | Columbia Center |
| 51 West 52nd Street | 1152 15th Street NW |
| New York, NY, 10019 | Washington, D.C. 20005 |
| T: 212-506-5000 | T: 202-339-8400 |
| Email: jstengel@orrick.com | Email: eshumsky@orrick.com |
| xiangwang@orrick.com | |

*Counsel for CNBM Co. Ltd., BNBM (Group) Co. Ltd., and BNBM PLC*

Harry Rosenberg (LA Bar No. 11465)
PHELPS DUNBAR LLP
365 Canal Street, Suite 2000
New Orleans, LA 70130-6534
T: (504) 584-9219
Email: harry.rosenberg@phelps.com

*Counsel for BNBM (Group) Co. Ltd. and BNBM PLC*

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and email and upon all parties by electronically uploading the same to File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on September 6, 2018.

/s/ *L. Christopher Vejnoska*

L. Christopher Vejnoska (CA Bar No. 96082)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105
Tel:  415-773-5700
Fax: 415-773-5759
Email: cvejnoska@orrick.com

*Counsel for CNBM Co. Ltd., BNBM (Group) Co. Ltd., and BNBM PLC*