UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Amorin, v. Taishan Gypsum Co., Ltd., f/k/a/ Shandong Taihe Dongxin Co., Ltd.,* **Case No. 11-cv-01395 (E.D. La.)**<br><br>*Brooke, v. State-Owned Assets Supervision and Administration Commission of the State Council,* **Case No. 15-cv-4127 (E.D. La.)** | MDL No. 2:09-md-02047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

## ORDER

Considering the foregoing Motion To Reject The PSC's Notice of Clarification Regarding The Composition Of The *Amorin* Class by Defendants China National Building Materials Company, Ltd., Beijing New Building Materials (Group) Co. Ltd., and Beijing New Building Materials Public Limited Company,

**IT IS ORDERED** that Defendants' motion is hereby **GRANTED**.

New Orleans, Louisiana, this _____ day of _____, 2018.

_____
Eldon E. Fallon
United States District Court Judge