IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Amorin v. Taishan Gypsum Co., Ltd., f/k/a/ Shandong Taihe Dongxin Co., Ltd.*, **Case No. 2:11-cv-01395 (E.D. La.)**<br><br>*Brooke, v. State-Owned Assets Supervision and Administration Commission of the State Council*, **Case No. 15-cv-4127 (E.D. La.)** | |

**TAISHAN'S NOTICE OF JOINDER TO CNBM AND BNBM ENTITIES'
MOTION TO REJECT THE PSC'S NOTICE OF CLARIFICATION REGARDING THE
COMPOSITION OF THE *AMORIN* CLASS**

Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd. ("Taishan") hereby join in Defendants CNBM Co. Ltd., BNBM (Group) Co. Ltd., and BNBM PLC's Motion to Reject the PSC's Notice of Clarification Regarding the Composition of the *Amorin* Class (Rec. Doc. 21763) and incorporate by reference the arguments and authorities set forth therein.

Dated:  September 6, 2018

Respectfully submitted,

/s Michael P. Kenny
Bernard Taylor, Esq.
Georgia Bar No. 669625
Michael P. Kenny, Esq.
Georgia Bar No. 415064
Christina Hull Eikhoff, Esq.
Georgia Bar No. 242539
David Venderbush, Esq.
New York Bar No. 2920817
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia  30309

Phone: (404) 881-7000
Fax: (404) 881-7777
bernard.taylor@alston.com
mike.kenny@alston.com
christy.eikhoff@alston.com
david.venderbush@alston.com

*Counsel for Taishan Gypsum Co., Ltd. and
Tai'an Taishan Plasterboard Co., Ltd.*

Alan Dean Weinberger
Louisiana Bar No. 13331
HANGARTNER, RYDBERG & TERRELL, LLC
One Shell Square
701 Poydras Street, Suite 310
New Orleans, Louisiana  70179
Phone: (504) 434-6815
Fax: (504) 522-5689
aweinberger@hanrylaw.com

*Local Counsel for Taishan Gypsum Co., Ltd. and
Tai'an Taishan Plasterboard Co., Ltd.*

2

## CERTIFICATE OF SERVICE

     I hereby certify that the above and foregoing **NOTICE OF JOINDER** has been served on Plaintiffs' Liaison Counsel, Russ Herman, by U.S. mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 6th day of September, 2018.

          /s Michael P. Kenny
          Michael P. Kenny, Esq.
          Georgia Bar No. 415064
          ALSTON & BIRD LLP
          1201 West Peachtree Street NW
          Atlanta, Georgia  30309
          Phone: (404) 881-7000
          Fax: (404) 881-7777
          mike.kenny@alston.com

          *Counsel for Taishan Gypsum Co., Ltd. and*
          *Tai'an Taishan Plasterboard Co., Ltd.*