UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>Rochelle and Jose Abner, et al. v. Taishan Gypsum Co., Ltd. F/K/A Shandong Taihe Dongxin co., Ltd., et al., No. 11-3094 (E.D. La.) | SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

DECLARATION OF RUSS M. HERMAN
IN SUPPORT OF PLAINTIFFS' STEERING COMMITTEE'S RESPONSE
<u>IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS</u>

**STATE OF LOUISIANA**

**PARISH OF ORLEANS**

Russ M. Herman declares, pursuant to 28 U.S.C. §1746, based upon his personal knowledge, information and belief, the following:

1. I am a Member of the Bar of the State of Louisiana, in good standing; a Member of all United States District Courts in the State of Louisiana; a Member of the Fifth Circuit Court of Appeals and several other Federal Courts of Appeal, all in good standing. I am admitted to practice before the Louisiana State Supreme Court, the United States Supreme Court, and by Motion and Order, in many Federal District Courts. I graduated with a BA degree from Tulane University in 1963, and from Tulane Law School in 1966.

1

2. I am liaison counsel in the *In re Chinese-Manufactured Drywall* MDL and familiar with the factual and legal issues discussed herein.

3. Attached hereto are true and correct copies of the following documents:

Exhibit 1 is *In re Chinese Manufactured Drywall Prod. Liab. Litig.*, MDL 2047, January 14, 2016 Status Conference Transcript at 8:19-23 (E.D. La. Jan. 14. 2016)

Exhibit 2 is Plaintiff Profile Form of Huy T. Ngo

Exhibit 3 is Plaintiff Profile Form of No Thi La

Exhibit 4 is Plaintiff Profile Form of Cindy Quan

Exhibit 5 is Declaration of Triet Minh Dinh

Exhibit 6 is Declaration of Peter Phung Ngo

Exhibit 7 is Deposition of Yongzhi Yang for Stone Pride International

Exhibit 8 is Yang Depo. Exb. 2

Exhibit 9 is Yang Depo. Exb. 3

Exhibit 10 is Yang Depo. Exb. 4

Exhibit 11 is Yang Depo. Exb. 5

Exhibit 12 is Yang Depo. Exb. 7

Exhibit 13 is Yang Depo. Exb. 6

I declare under penalty of perjury that the foregoing is true and correct.

/s/ RUSS M. HERMAN

Executed this 7th day of September, 2018.

SWORN TO AND SUBSCRIBED BEFORE ME
this 7th day of Sept, 2018.

/s/ Regina Valenti
NOTARY PUBLIC

REGINA VALENTI
NOTARY PUBLIC # 14855
COMMISSIONED FOR LIFE

2