# EXHIBIT 3



Plaintiff Profile Form - Residential Properties

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION
THIS DOCUMENT RELATES TO: ALL CASES

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

| For Internal Use Only |
| --- |
| File Number |
| Date Received |

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this Profile Form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

**Section I. Property Information**

Name Property Owner: No Thi La
Address of Affected Property: 9741 Reading Ave.
Garden Grove, CA 92844

Is this Property:* [X] Residential  [ ] Commercial  [ ] Governmental

Name of Person Completing Form: Pieter M. O'Leary, Esq.

Is above your primary residence? (•) Yes   No ( )

Mailing Address (if different):

Phone: (714) 307 - 2013

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one: [X] Owner-Occupant  [ ] Owner Only  [ ] Renter-Occupant

Represented By: Scott Burdman & Pieter M O'Leary
Address: Burdman & Ward
12555 High Bluff Drive #380
San Diego, CA 92130

Phone: (858) 350 - 4040
Case No. /Docket Info: 8:11-cv-01787

**Section II. Insurance Information**

Homeowner/ Renter Insurer: Farmers

Policy#: 93539-92-07

Agent: Nathan Tong

Address: NT Tong Ins. Agency
7111 Garden Grove Blvd. #115
Garden Grove, CA 92841

Phone: (714) 343 - 0888

+ Attach Copy of Insurance Declaration Page

**Section III. Claimant Information**

| Name of Claimant | Dates Occupied | | Gender | Date of Birth | Are you claiming personal injuries?* Circle One | | Identify Claimant Status as an Owner Occupant, an Owner Only, or an Occupant or Renter Only |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Move-in | Leave | | | | | |
| No Thi La | 11 / 07 | / / | M /[X] | 10/20/56 | (•)Yes | No ( ) | Owner-Occupant |
| | / / | / / | M / F | / / | (•)Yes | No ( ) | Owner-Occupant |
| | / / | / / | M / F | / / | (•)Yes | No ( ) | |
| | / / | / / | M / F | / / | (•)Yes | No ( ) | |
| | / / | / / | M / F | / / | (•)Yes | No ( ) | |
| | / / | / / | M / F | / / | (•)Yes | No ( ) | |
| | / / | / / | M / F | / / | (•)Yes | No ( ) | |
| | / / | / / | M / F | / / | (•)Yes | No ( ) | |
| | / / | / / | M / F | / / | (•)Yes | No ( ) | |
| | / / | / / | M / F | / / | (•)Yes | No ( ) | |

* Personal injuries include claims for mental anguish and medical monitoring.

Plaintiff Profile Form – Residential Properties

**Section IV. Inspection Information**

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?  ⊗Yes   No ○

  1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?   Pieter M. O'Leary, Esq.

  1.2. When did the inspection take place?   09 / 17 / 11

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?   ⊗ Yes   No ○

  2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?   Pieter M. O'Leary, Esq.

  2.2. When was this determination made?   09 / 17 / 11

**Section V. Drywall Information**

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Taian Taishan Plasterboard Co., Ltd. | "Made in China ceiling 1600 Wall 2100 max" | Throughout |

**Section VI. Home Information**

| | | | Yes | No |
|---|---|---|---|---|
| Approx. Sq. Ft. of House: | ~4,800 | | | |
| Estimated Sq. Ft. of Drywall | | Occupied | ☒ | ☐ |
| Height of Interior Walls | ~ 10' | Year-round | ☒ | ☐ |
| Number of Bedrooms: | 5 | Summer | ☐ | ☐ |
| Number of Bathrooms: | 4 | Winter | ☐ | ☐ |

**Plumbing System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | ☐ | ☒ | ☐ |
| Copper Piping | ☒ | ☐ | ☐ |
| Copper Fixtures | ☐ | ☐ | ☐ |
| Other Fixtures | ☐ | ☐ | ☐ |

Were repairs made to the plumbing system?   ☐ ☐ ☐

  Dates:

**Electrical System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | ☐ | ☐ | ☐ |
| Switches | ☐ | ☐ | ☐ |
| Main Panel | ☐ | ☐ | ☐ |
| 2nd Panel | ☐ | ☐ | ☐ |
| Exposed Copper Wires | ☒ | ☐ | ☐ |

Were repairs made to the electrical system?   ☐ ☐ ☐

  Dates:

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

**Section VII. Construction/Renovation Information**

Date Range for New Home Construction: (Month/Day/Year)

| | | | | | |
|---|---|---|---|---|---|
| Start Date: | 03 / /06 | Completion Date | | 11 / /07 | |
| Move In Date: | 11 / /07 | Date Acquired Home | | / / | |

Date Range for Renovations: (Month/Day/Year)

| | | | |
|---|---|---|---|
| Start Date: | / / | Completion Date | / / |
| Move In Date: | / / | | |

Renovation(s)

| | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | ☐ | ☐ | ☐ |
| First Floor: Full Wall of drywall replaced | ☐ | ☐ | ☐ |
| Second Floor: Any drywall replaced | ☐ | ☐ | ☐ |

**Section VIII. Homebuilder General Contractor Developer Information**

Homebuilder/ General Contractor Developer's Name:

  D/T Builders Developer

Address:  9711 Bolsa Ave.
  Westminster, CA 92683
  (714) 467-6879

Phone:  (714 ) 724  - 5211

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

**Section IX. Drywall Installer**

Drywall Installer's Name:

  D/T Builders Developer

Address:  9711 Bolsa Ave.
  Westminster, CA 92683
  (714) 467-6879

Phone:  (714 ) 724  - 5211

**Section X. Drywall Supplier**

Drywall Supplier's Name:

  Pan Pacific Homemart

Address:  15946 Downey Ave.
  Paramount, CA 90723
  (562) 272-6609

Phone:  (714 ) 448  - 6100

Plaintiff Profile Form – Residential Properties

**Section XI. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| | |
|---|---|
| _____ 1-6-12 | _____ _____ |
| Claimant's Signature    Date Signed | Claimant's Signature    Date Signed |
| _____ _____ | _____ _____ |
| Claimant's Signature    Date Signed | Claimant's Signature    Date Signed |
| _____ _____ | _____ _____ |
| Claimant's Signature    Date Signed | Claimant's Signature    Date Signed |

FARMERS NEXT GENERATION HOMEOWNERS POLICY

MID-CENTURY INSURANCE COMPANY, LOS ANGELES, CALIFORNIA

A Stock Company

**DECLARATIONS**
**HOMEOWNERS**
Replaces all prior Declarations, if any

TRANSACTION TYPE: OFFER OF RENEWAL
The Policy Period is effective as shown below and after the time for which applied.

BILLING NO: JF44628

ISSUING OFFICE:
23175 NW Bennett St.
Hillsboro, OR 97124

| POLICY NUMBER | POLICY PERIOD | | | POLICY EDITION |
|---|---|---|---|---|
| | FROM: | TO: | STANDARD TIME | |
| 93536-92-07 | 10-19-2011 | 10-19-2012 | 12:01 A.M. | 01 |

This policy will continue for successive policy periods, if: (1) we elect to continue this insurance, and (2) if you pay the renewal premium for each successive policy period as required by our rates, rules, forms and premium plans then in effect.

NAMED INSURED AND MAILING ADDRESS:
NO LA

10171 WESTMINSTER BLVD
GARDEN GROVE CA  92843-4752

LOCATION OR DESCRIPTION OF RESIDENCE PREMISES:
(Same as mailing address unless otherwise stated.)

9741 READING AVE
GARDEN GROVE CA  92844-3035

COVERAGES - We insure you for the coverages and limits indicated as covered by a specific limit or other notation. Those Section I - Extensions of Coverage and Section II - Liability Extensions of Coverage that are not shown below apply as described in the policy.

| SECTION I - PROPERTY | | | | SECTION II - LIABILITY | |
|---|---|---|---|---|---|
| A - DWELLING | B - SEPARATE STRUCTURES | C - PERSONAL PROPERTY | D - LOSS OF USE | E - PERSONAL LIABILITY | F - MEDICAL PAYMENTS TO OTHERS |
| | | | | Each Occurrence | Each Person |
| $924,000 | $92,400 | $693,000 | $369,600 | $500,000 | $5,000 |

| SECTION I - EXTENSIONS OF COVERAGE | | | | SECTION II - LIABILITY EXTENSIONS OF COVERAGE | | ANNUAL PREMIUM |
|---|---|---|---|---|---|---|
| EXTENDED REPLACEMENT COST - COVERAGE A | CONTENTS-REPLACEMENT COST - COVERAGE C | BUILDING ORDINANCE OR LAW | IDENTITY FRAUD COVERAGE | PERSONAL INJURY | LOSS ASSESSMENT | |
| $231,000 | COVERED | 10% | $30,000 | NOT COVERED | NOT COVERED | $1,498.11 |

ENDORSEMENTS

| ENDORSEMENT NUMBER | EDITION NUMBER | DESCRIPTION |
|---|---|---|
| CA045 | 1ED | NGHO ~ ENDORSEMENT AMENDING SECTION I PROPERTY CONDITIONS |
| 259531 | 1104 | CALIFORNIA NOTICE OF INFORMATION PRACTICES |
| 438BFU | 542 | LENDER'S LOSS PAYABLE ENDORSEMENT |
| J6879A | 1ED | ENDORSEMENT AMENDING GENERAL CONDITIONS |
| CA083A | 2ED | NGHO AMENDATORY ENDORSEMENT (POLICYHOLDER EXPLAINER) |
| CA100 | 1ED | ADDITIONAL FEE INFORMATION |

DISCOUNTS

50 PLUS, AUTO/HOME, NON SMOKER, EXPERIENCE RATING PLAN, GROUP, NEW HOME, AND HOME SAFETY DISCOUNTS HAVE BEEN APPLIED TO YOUR POLICY.

DEDUCTIBLES

Deductible applicable to each covered loss:

$2,000

POLICY ACTIVITY Do not pay - invoice sent separately

| $ NONE | Previous Balance |
|---|---|
| 1,498.11 | Premium |
| | Fees* |
| | Payments or Credits |
| $ NONE | Total* |

ANY 'TOTAL' BALANCE OR CREDIT $7.00 OR LESS WILL BE APPLIED TO YOUR NEXT BILLING. BALANCES OVER $7.00 ARE DUE UPON RECEIPT.

INSURED PAYS

*ADDITIONAL FEES APPLY.
SEE ENDORSEMENT CA100 FOR SCHEDULE OF FEES.

This Declarations page is part of your policy. It supersedes and controls anything to the contrary. It is otherwise subject to all other terms of the policy.

AGENT: NATHAN TONG

AGENT PHONE: (714) 839-9748     AGENT NUMBER: 97 18 310

Countersignature

Authorized Representative

56-5479 4TH EDITION 8-11     93536-92-07     *(Continued on the Reverse Side)*     08-26-2011     C5479411

Additional Premises Section II - Liability Coverage. Purpose of use is residential, unless stated otherwise.

## MESSAGES

THE LIMIT OF LIABILITY FOR THIS STRUCTURE (COVERAGE A) IS BASED ON AN ESTIMATE OF THE
COST TO REBUILD YOUR HOME, INCLUDING AN APPROXIMATE COST FOR LABOR AND MATERIALS
IN YOUR AREA, AND SPECIFIC INFORMATION THAT YOU HAVE PROVIDED ABOUT YOUR HOME.

ASK YOUR FARMERS AGENT ABOUT MORTGAGE PROTECTION.

INSURED PAYS PREMIUM.
THIS POLICY INCLUDES BUILDING ORDINANCE COVERAGE.
IN THE EVENT OF A LOSS, AT ANY TIME, CALL US AT 1-800-HELPPOINT (1-800-435-7764)

**MORTGAGEE OR OTHER INTEREST:**
LOAN NUMBER    119416883
BANK OF AMERICA NA
ISAOA ATIMA
PO BOX 961291
FORT WORTH, TX
76161-0291

**MORTGAGEE'S BILLING ADDRESS:**
BANK OF AMERICA NA

PO BOX 961291
FORT WORTH, TX
76161-0291

MORTGAGEE DEDUCTIBLE CLAUSE
THE FOLLOWING PROVISION APPLIES ONLY IF A MORTGAGEE IS
NAMED IN THE POLICY:
FOR ANY LOSS IN WHICH ONLY THE MORTGAGEE'S INTEREST IS
ADJUSTED AND SETTLED,NOT INCLUDING ANY INTEREST YOU
MAY HAVE IN THE PROPERTY OR LOSS,THE APPLICABLE
DEDUCTIBLE WILL BE THE SMALLEST OF THE FOLLOWING
AMOUNTS:
1. THE DEDUCTIBLE STATED IN THE DECLARATIONS OR
RENEWAL NOTICE,OR
2. $1,000.
THE POLICY DEDUCTIBLE STATED IN THE DECLARATIONS OR
RENEWAL NOTICE WILL APPLY TO SETTLEMENT OF ANY INTEREST
YOU MAY HAVE IN THE PROPERTY OR LOSS.

**ADDITIONAL MORTGAGEE OR OTHER INTEREST(S):**



FIRST FLOOR PLAN





FRONT ELEVATION



REAR ELEVATION
SCALE 1/4" = 1'-0"



LEFT ELEVATION



RIGHT ELEVATION
SCALE 1/4" = 1'-0"



SITE PLAN
SCALE 1/8" = 1'-0"

# DRYWALL INSPECTION REPORT

**Report Number**
461

## Subject Property



**9741 Reading Avenue**
Garden Grove, CA 92844

## Client Information

**Client Name:** **Burdman and Ward**

## Inspected on

**Inspection Date:** **07/10/2015**
**Inspection Time:**

## Inspection Conducted By

**Kross Inspectors**
12155 Metro Parkway, Unit 4
Fort Myers, FL, 33966
Phone: (239) 677-4403
(877) 496-4662
Fax: (239) 214-2684
E'Mail: office@krossinspectors.com
Web: www.krossinspectors.com

**Inspected by:**
Matthew Decker
**Inspector's Signature:**

*Matt Decker*

**Signature Date**
7/10/2015 **State Certified Home Inspector**
HI7973, Date:9/18/2013

# DRYWALL INSPECTION REPORT

**Report Number**

461

## INTRODUCTION

Kross Inspectors has been engaged by the Client named within the report to perform a comprehensive inspection to determine if the subject property is affected by installed drywall that emits gases which produce corrosion of non ferrous metal components, commonly described by media and public agencies as "Chinese Drywall", "Problem Drywall", "Toxic Drywall", and "Problem Drywall". For the purposes of this assignment, the Inspector will reference the deficiency as "Problem Drywall". The intended user of this report is the Client only, unless otherwise amended or noted within.

This inspection is a specialized inspection and is not to be considered a substitution for a Complete Home or Building Inspection. The methods utilized by the Inspector are incorporated only to identify if drywall installed within the interior of the building is defective and affecting certain elements of the building (electrical, HVAC, and plumbing). The Inspector is not liable for reporting any defects other than those known to be caused by Problem Drywall installed in the building. This report itself is not to be considered a warranty or guarantee.

As of the inspection date, state, local, and federal agencies have not issued or endorsed an official inspection protocol to determine if a building is affected by Problem Drywall. However, on March 18, 2011, the Consumer Product Safety Commission (CPSC) and the U.S. Department of Housing and Urban Development (HUD) issued a communication labeled "Summary of Identification Guidance For Homes With Corrosion From Problem Drywall As of March 18, 2011". The inspection process described within adheres to the guidance issued by these agencies for the Threshold Inspection described within the communication. Within the interim guidance for identification issued by the CPSC and HUD is guidance for corroborating evidence. The inspection process described within includes one condition of corroborating evidence (identification of confirmed markings of Chinese origin). The inspection process utilized for this inspection includes a visual search to identify markings on unfinished surfaces of the building's installed drywall. These markings are then compared to photographs cataloged by the United States District Court Eastern District of Louisiana.

The interim guidance for identification issued by the CPSC and HUD includes additional corroborating evidence guidelines via laboratory analysis of drywall samples from the subject property. Additional testing procedures are available from Kross Inspectors to provide further corroborating evidence should Client wish to modify the Scope of the Inspection. Client should consider the intended use of the inspection report prior to proceeding with additional testing which includes destructive inspection techniques.

Although ASTM Standard C 36 may be identified in this report, this in itself does not identify Problem Drywall. As of December 1, 2004, a single ASTM international reference, ASTM C 1396/C 1396M, has replaced nine standards previously used to designate specific gypsum boards (drywall) employed in commercial and residential construction. ASTM Standard C 36 was the withdrawn standard specification for Gypsum Wallboard. The new standard combined all nine wallboard applications under one standard (C 1396/C 1396M).

Home builder and drywall manufacturers may be identified within this report, at the request of the consumer. Home builder information is obtained from public record and drywall manufacturer identification(s) are obtained onsite during the inspection process.

Should the subject property of the inspection report be a condominium or single family attached unit, the intended user of the report should use caution as to not make an assumption in which the inspection report may be representative of a similar outcome should inspections be performed on other units located within the same building or development. Research and data performed by Kross Inspectors has proven that often separate units within the same building do contain different manufacturer brands of drywall. Therefore a single inspection report cannot be used to determine if other units within the subject's building are or are not affected by Problem Drywall.

Kross Inspectors does not perform mitigation or remediation services for buildings found to have Problem Drywall installed.

Kross Inspectors and the Inspector do not have any financial interest in the property being inspected and compensation for this assignment is not based on a predetermined outcome.

## PROCEDURE

This inspection was completed through the efforts of the Inspector exhausting all possible means of identifying the manufacturer or country of origin of a representative amount of your home's installed drywall. Special attention was made to observe the common symptoms produced by the suspected Problem Drywall found in this area such as identification of distinctive effects of problem drywall off gassing on copper components such as electrical wiring, plumbing components, and air conditioning materials. Further testing shall also include a review of the performance of the air conditioning system in order to discover if any refrigerant loss due to effects of problem drywall are possible.

A limitation of this process is that it is physically impossible to positively identify the manufacturer or origin of the entire building's installed drywall without a full destructive and invasive inspection.

The standard procedure for conducting this inspection is as follows: A walk through examination is performed visiting finished rooms and areas of the home in an attempt to detect the distinctive odor emitted by Problem Drywall.

A representative number of electrical switches and outlets are inspected by removing covers to permit a visual examination of wire termination and device terminals. The user should note that at times outlets and switches have been removed by others prior to our arrival. We will make reasonable attempts to secure these outlets and/or switches for safety. However, as the Home Inspector does not carry typical hardware and/or parts to perform some repairs, we will note in the report which outlets and/or switches were not corrected. It is recommended that any unsecured outlets and/or switches be corrected immediately to prevent injury to others.

The intent of the visual examination is to determine the presence or absence of non-typical oxides or corrosion on nonferrous metals.

A representative number of plumbing fixtures, components, and copper tubing containing nonferrous metals are inspected, with the objective of identifying non-typical oxidation or corrosion.

If present and accessible, the evaporator coils of the air conditioner is examined for presence or absence of non-typical oxidation or corrosion. The Inspector will also test the air conditioning system using normal controls in an attempt to detect any refrigerant loss due to presence of problem drywall.

As presented by opportunity, the inspector will note and report other occurrences of oxidation or corrosion on visible oxidation or corrosion of nonferrous components or items.

As permitted by non destructive examination, the inspector will use a micro inspection camera to examine the unfinished side of the drywall as an to attempt to identify the manufacturer of the drywall.

The user should note that certain limitations may placed on the inspection such as stored items, furniture, missing components, etc.

## EQUIPMENT
Specialized Equipment used during this inspection include:
   Micro Inspection Camera
   • Infrared Thermometer

## LOCATIONS INSPECTED
Items and primary components inspected within this home included:
   All accessible principle rooms, areas, and hallways containing drywall finishes
   • Attic
   • Interior components of the air conditioning unit

- Storage cabinets where nonferrous metallic items could potentially be stored

**COMPONENTS INSPECTED**

Installed components and devices that were inspected include:

Representative number of electrical outlets and switches
- Air conditioner evaporator coil(s)
- Plumbing fixtures and components
- Cable/telephone/security panels where accessible
- Cabinets and storage areas where nonferrous metals may typically be observed.

Kross Inspectors will utulize additional methods outlined within the Kross Inspectors Chinese Drywall Inspection Protocol as necessary in order to provide credible results for Client. Warranties or Guarantees may only be provided upon completion of laboratory testing of all drywall installed within the subject property.

# DRYWALL INSPECTION REPORT

**Report Number**

461

**DETERMINATIONS AND OBSERVATIONS**

**1) Drywall Manufacturer: As permitted by opportunity and where efforts do not require intrusive or destructive action drywall was observed to be sourced from:**
Some Locations Not Visible
Taian Taishan Plasterboard

**2) Drywall Specification/Standard Applied [if determined] :**
Not Determined

**3) Builder [if identified]: 4) Plumbing Defects Observed:** Heavy layer of soot observed
Light layer of soot observed

**5) Electrical Wiring Defects Observed:** Heavy layer of soot observed

**6) Air Conditioning Component Defects Observed:** Light layer of soot observed

**7) Odor Observed:** None noted

**8) Personal Property Affected:**
Note: this listing of personal property items is intended to be neither exhaustive nor complete. The listed items are intended to be supplementative to all other indicators used in the determination for the conclusion of either the presence or absence of Problem Drywall.

**COMMENTS AND RECOMMENDATIONS**
Results of this inspection for problem drywall are positive. Symptoms of problem drywall were found.

Distinctive odor emitted by problem drywall was detected.

Inspected exposed copper wiring was observed to be darkened and/or displayed excessive corrosion.

Inspected copper and brass plumbing components were observed to be darkened and/or displayed excessive corrosion.

Layer of soot was observed on some inspected components.

Due to the symptoms displayed and based on the Inspector's extensive exposure to homes containing problem drywall, it is the Inspector's opinion that the subject property does contain problem drywall. The results of this non destructive inspection are considered among the Home Inspection Industry and the U.S. Federal Court System as credible and reliable, however further scientific testing via destructive methods is available at the Client's request.

Should the Client wish to obtain further scientific testing via destructive methods, the Inspector recommends to follow laboratory testing outlined within communications issued by the U.S. Consumer Product Safety Commission and the U.S. Department of Housing and Urban Development. Updates to these communications may be found on the CPSC and HUD websites.

## PHOTO REPORT

**1.**



**Location:** Throughout **System:** Drywall **Condition:** Heavy layer of soot observed
**Explanation:** Soot Observed
**Impact Consequences:** Distinctive soot of problem drywall observed on inspected
component. Further consultation with a qualified problem drywall remediation
contractor for corrective measures is required. It is further recommended to consult
with the Inspector regarding third party documentation of the remediation efforts
considered for the subject property.
**Recommended Action:** Consult Remediation Specialist
Click here to find out more about this item

**2.**



**Location:** Throughout **System:** Drywall **Condition:** Heavy layer of soot observed
**Explanation:** Soot Observed
**Impact Consequences:** Distinctive soot of problem drywall observed on inspected
component. Further consultation with a qualified problem drywall remediation
contractor for corrective measures is required. It is further recommended to consult
with the Inspector regarding third party documentation of the remediation efforts
considered for the subject property.
**Recommended Action:** Consult Remediation Specialist
Click here to find out more about this item

**3.**



**Location:** Throughout **System:** Drywall **Condition:** Plumbing Fixture; Pitting
Observed
**Explanation:** Pitting Observed
**Impact Consequences:** Distinctive pitting of problem drywall observed on inspected
component. Further consultation with a qualified problem drywall remediation
contractor for corrective measures is required. It is further recommended to consult
with the Inspector regarding third party documentation of the remediation efforts
considered for the subject property.
**Recommended Action:** Consult Remediation Specialist
Click here to find out more about this item

**4.**

  

**Location:** Throughout **System:** Drywall **Condition:** Mirror; De Silvering Not Observed
**Explanation:** De Silvering Not Observed
**Impact Consequences:** Distinctive de silvering of problem drywall not found on inspected component.
**Recommended Action:** No Further Action Required
Click here to find out more about this item

## 5.

 

**Location:** Attic **System:** Drywall **Condition:** Heavy layer of soot observed
**Explanation:** Soot Observed
**Impact Consequences:** Distinctive soot of problem drywall observed on inspected component. Further consultation with a qualified problem drywall remediation contractor for corrective measures is required. It is further recommended to consult with the Inspector regarding third party documentation of the remediation efforts considered for the subject property.
**Recommended Action:** Consult Remediation Specialist
Click here to find out more about this item

## 6.

 

**Location:** Attic **System:** Drywall **Condition:** AC Copper Tubing; Light Layer Of Soot Observed
**Explanation:** Needs Attention
**Impact Consequences:** Needs Attention
**Recommended Action:** Needs Attention
Click here to find out more about this item

## 7.



**Location:** Attic **System:** Drywall **Condition:** Stamp is from Suspect Company
**Explanation:** Needs Attention
**Impact Consequences:** Needs Attention
**Recommended Action:** Consult Specialist
Click here to find out more about this item

**8.**



**Location:** Bathroom Front Left **System:** Drywall **Condition:** Stamp is from Suspect Company
**Explanation:** Needs Attention
**Impact Consequences:** Needs Attention
**Recommended Action:** Consult Specialist
Click here to find out more about this item

Report Number:

461

## Professional Services Certification and Disclosure

I have personally made an inspection of the property that is the subject of this Report.

I do not have any undisclosed conflict of interest with the client, nor any undisclosed commissions, rebates, profits or other benefits resulting from the completion of this assignment.

I have not accepted any disclosed or undisclosed commissions,rebates, profits, or other benefit from Real Estate Brokers, Agents, or any other parties having financial interest in the subject property.

Kross Inspectors, and the designated inspector for this assignment, have not been offered or provided any disclosed or undisclosed financial compensation directly or indirectly to any Real Estate Broker, Agent, or Real Estate Company for inclusion on lists of preferred and/or affiliated inspectors or inspection companies.

I have not and shall not communicate any information about this inspection to anyone except the named client without prior consent of the client, except where it may affect the safety of others or violate a law or statute.

I have not offered to perform any repairs to the subject property nor shall I accept or induce a referral fee from any contractor of which I refer a client to for repairs.

**Kross Inspectors**
12155 Metro Parkway, Unit 4
Fort Myers, FL, 33966
Phone: (239) 677-4403
(877) 496-4662
Fax: (239) 214-2684
E'Mail: office@krossinspectors.com
Web: www.krossinspectors.com

**Inspected by:**
Matthew Decker
**Inspector's Signature:**

*Matt Decker*

**Signature Date**
7/10/2015 **State Certified Home Inspector**
HI7973, Date:9/18/2013

# TAIAN TAISHAN PLASTERBOARD CO., LTD

DA WENKOU, DAIYUE DISTRICT, TAI'AN SHAN DONG PROVINCE, CHINA

TEL: 00865388811077                FAX: 00865388812679

## INVOICE

INVOICE NO.: 061120001    DATE: NOVEMBER 20, 2006

**Buyer: STONE PRICE INTERNATIONAL CORP.**

18 TECHNOLOGY DR, SUITE 159, IRVINE, CA 92618

DELEVERY TERMS: FOB QINGDAO PORT

SHIPMENT: From Qingdao/PRC to U.S.A

PAYMENT: BY 100% T/T ADVANCE

HS CODE: 68091100

| DESCRIPTION OF GOOD | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Gypsum board (T/E) | | FOB QINGDAO PORT | |
| 1220*3660*12.7mm | 2640SHEETS | USD 4.18/SHEET | USD11035.00 |
| | 660sheets/40'FCL | | |
| **TOTAL:** | **2640SHEETS** | | **USD11035.00** |

SAY U.S.DOLLARS ELEVEN THOUSAND AND THIRTY-FIVE ONLY.

SHIPPED BY: 4*40'HQ CONTAINERS

COUNTRY OF ORIGIN: CHINA

Note made on 4/7/2011: The above amount is the factory invoice amount plus the fees

paid to middle-man, inspection fee (including travel expense) is included.

# TAIAN TAISHAN PLASTERBOARD CO., LTD

DA WENKOU, DAIYUE DISTRICT, TAIAN SHAN DONG PROVINCE, CHINA

TEL: 0086538882107           FAX: 00865388912679

## INVOICE

INVOICE NO: 061120001                    DATE: NOVEMBER 20,   2006

**Buyer: STONE PRIDE INTERNATIONAL CORP.**

18 TECHNOLOGY DR., SUITE 159 IRVINE, CA 92618

DELEVERY TERMS: FOB QINGDAO PORT

SHIPMENT: From Qingdao, PRC to U.S.A

PAYMENT: BY 100% T.T ADVANCE

HS CODE: 68091100

| DESCRIPTION OF GOOD | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Gypsum board (T/E) | | FOB QINGDAO PORT | |
| 1220*3660*12.7mm | 2640SHEETS | USD 3.80/SHEET | USD10032.00 |
| | 440sheet/40'HQ | | |
| TOTAL: | 2640SHEETS | | USD10032.00 |

SAY U.S.DOLLARS TEN THOUSAND AND THIRTY-TWO ONLY.

SHIPPED BY   4*40'HQ CONTAINERS

COUNTRY OF ORIGIN: CHINA

T T DIRECTION

COMPANY: TAIAN TAISHAN PLASTERBOARD CO., LTD
BANK: AGRICULTURAL BANK OF CHINA, TAIAN BRANCH
BANK ADDRESS: 90 YING-YUAN ROAD, TAIAN, CHINA
ACCOUNT: 15510418040000487
SWIFT BIC: ABOCCNBJ150

12/18/2006  14:09   16252889118                    LION GROUP                    PAGE  01

## LION GROUP SHIPPING, INC.
223 E. GARVEY AVE. #228  MONTEREY PARK, CA 91754
Phone: (626) 288-1228 Fax: (626) 288-9118



# ARRIVAL NOTICE / INVOICE

**SHIPPER:**
TAIAN TAISHAN PLASTERBOARD CO,LTD

| | |
|---|---|
| INVOICE NO: | DLAX006409 |
| INVOICE DATE: | 12/18/2006 |
| REFERENCE NO | OILGS6-16056 |
| FILED BY: | TINTIN |

| CONSIGNEE: | NOTIFY: | |
|---|---|---|
| STONE PRIDE INTERNATIONAL CORP. | | |
| 18 TECHNOLOGY DRIVE SUITE# 159 | Tel: | Fax: |
| | Attn: | |
| IRVINE, CA  92618 | | |
| Tel:  949-450-1015      Fax:  949-203-2235 | | |
| Attn:  MS. SHERRY WANG / YI | | |

| Vessel/Voyage#: | MSC LORETTA V.0549A | | |
|---|---|---|---|
| MB/L#: | MSCUQO016045 | IT NO: | |
| HB/L#: | QDF06C111LGB | IT Port: | |
| AMS B/L#: | DNCYQDF06C111LGB | IT Date: | |
| LOADING PORT: | QINGDAO, CHINA | ETD: | 12/9/2006 |
| DISCHARGE PORT: | LONG BEACH USA PORT | ETA: | 12/24/2006 |
| FINAL DESTINATION: | LONG BEACH USA PORT | ETA: | 12/24/2006 |
| CARGO LOCATION: | PIER A-SSA TERMINAL - Z978 | OBL: | OBL Required |
| | Tel: 562-436-4489     Fax: | TYPE: | CY/CY |
| FINL CARGO LOCATION: | | | |
| | Tel:          Fax: | | |

**COMMODITY:**       GYMSUM BOARD

| CONTAINER NO: | SIZE: | QUANTITY: | WEIGHT: | MEASURE |
|---|---|---|---|---|
| LCRU4302803 | 40' | 660 SHEETS | 26,000.000 KGS | 43.000 CBM |
| MLCU4351922 | 40' | 660 SHEETS | 26,000.000 KGS | 43.000 CBM |
| MSCU4121428 | 40' | 660 SHEETS | 26,000.000 KGS | 43.000 CBM |
| MSCU4706735 | 40' | 660 SHEETS | 26,000.000 KGS | 43.000 CBM |
| TOTAL 4 X 40' | | 2,640 SHEETS | 104,000.000 KGS | 172.000 CBM |

| Item#: | Description Of Charges: | Amount: |
|---|---|---|
| 1 | ALL IN FREIGHT  RATE     $ 1,700.00 X 4 | $6,800.00 |
| | TOTAL AMOUNT DUE: | $6,800.00 |

**Remark**

1. PLEASE MAKE YOUR CHECK PAYABLE TO: LION GROUP SHIPPING, INC.
2. YOUR FREIGHT WILL BE RELEASED WITHIN 24 to 48 HOURS AFTER RECEIPT OF FULL PAYMENT AND PROPERLY ENDORSED ORIGINAL BILL OF LADING
3. PLEASE CALL WAREHOUSE/TERMINAL FOR AVAILABILITY BEFORE PICKING UP FREIGHT
4. WRITTEN REQUEST IS NEEDED WHEN TELEX RELEASE WITH NO CHARGES ARE DUE
5. EXPENSES WHATEVER DUE TO ANY ACTION OF U.S. CUSTOMS, TERMINAL AND BONDED WAREHOUSE WILL BE ON ACCOUNT OF CONSIGNEE

# Invoice

STONE PRIDE INTERNATIONAL CORP.
18 Technology Dr, Suite 159, Irvine, CA 92618
T: 949-450-1015 F: 949-209-2235 yang@stone-pride.com

| Invoice # | K-01 | Invoice Date | Nov.21, 2006, revised on 11/27/06 |
|---|---|---|---|
| P.O. # | K-01 | | |

Billing Address:

Pan Pacific Homemart
13500 Excelsion Dr. Santa Fe Spring, CA
F: 562-623-1714 (Santa Fe Spring)

| Item Name | Size | 40' HQ containers | QTY/pcs | Unit Price(CIF) $/pc | Price |
|---|---|---|---|---|---|
| 4 40'containers with 660 pcs in each container | | | | | |
| Regular drywall sheets | 4'x12'x1/2"(3660*1220*12.7mm) | 4 | 2640 | $9.26 | $24,446.40 |
| Subtotal | | | | | $24,446.40 |
| Insurance | 0.35% | | | | $85.56 |
| Less payment | Deposit received #134 | | | | -7410 |
| | Check #135 received | | | | -21540.12 |
| Total Credit Due | refunded to Kevin on 11/28/06 | | | | -$4,518.16 |

refunded to Kevin on 11/28/06

**Please make your check payable to: Stone Pride International Corp**
Thank you very much for your order!

*To: Dispatch*

 **Rapid Freight Inc.**

13353 E. Alondra Blvd., Suite 104, Santa Fe Spring, CA 90670, U.S.A.     Print Date: 12-28-2006 10:74
Tel:562-802-5050   Fax:562-802-5850      From : Import import(import@rapidfreightinc.com)

## DELIVERY ORDER

| IMPORTING CARRIER | FROM PORT OF ORIGINAL AIRPORT | DUE REF NO. | ARRIVAL DATE |
|---|---|---|---|
| MSC LORETTA 0649A | Long Beach | LAOI03800-3891 | 12/24 |

| | LOCATION OF MERCHANDISE |
|---|---|
| PAN PACIFIC HOMEMART<br>9741 READING AVE<br>WESTMINISTER  CA 92683 U.S.A.<br>Tel : 714-4466110  Fax: 562-2724552 | SSA TERMINAL, PIER A (Z978)<br>700 PIER A PLAZA<br>LONG BEACH  CA 90813 U.S.A.<br>Tel : 562-436-4489  Fax: 866-381-5173 |

THE CARRIER OR CARTMAN TO WHOM THIS ORDER IS ASSIGNED WILL BE RESPONSIBLE FOR ANY STORAGE AND DEMURRAGE CHARGES RESULTING FROM NEGLIGENCE

| BROKER/IMPORTER NAME | AUTHORIZED SIGNATURE | FREIGHT CHARGE |
|---|---|---|
| STONE PRIDE INTERNATIONAL CORP. | Import Import | ☐ COD    ☒ PREPAID<br>☒ COLLECT  ☐ BANK RELEASE |

| TRUCKING COMPANY NAME | | RECEIVER SIGNATURE / DATE | # PKGS RECEIVED |
|---|---|---|---|
| CROSSROADS EXPRESS<br>(to authorized to pick up the merchandise below) | Tel : 562-944-4950<br>Fax : 562-944-6905 | | |

| MARKS & NUMBERS / ITEM | B/L OR AWB NO. | DESCRIPTION OF GOODS & WEIGHT |
|---|---|---|
| N/M<br>Vessel: MSC LORETTA<br>Voyage: 0649A | M B/L No. : MSCUQO016045<br>AMS No. : DNCYQDF06C111LGB<br>B/L No. : QDF06C111LGB<br>Sub B/L No. : | TOTAL WEIGHT  : 229,278.0 LBS<br>TOTAL VOLUME :  6,074.0 CBF<br>PCS : 2640<br>GYPSUM BOARD |

**REMARKS**

PLEASE BILL TO CUSTOMER

THE RECEIPT OF THIS DELIVERY ORDER WILL SERVE AS A PRELIMINARY NOTICE OF INTENT TO FILE CLAIM AGAINST THE IMPORTING CARRIER FOR ANY DAMAGE TO, AND/OR LOSS OF THE SHIPMENT WITH THE UNDERSTANDING THAT THE FINAL CLAIM WILL BE MADE BY THE IMPORTER OR THEIR INSURANCE.

| Container Number | Type | Pkgs | Wet Kgs | CBM | Description | Pick Up No. | LFD |
|---|---|---|---|---|---|---|---|
| LCRU4302803 | 40 ft | 2640 | 104,000 | 172.000 | | | |
| MLCU4351922 | 40 ft | 0 | 0 | 0.000 | | | |
| MSCU4121429 | 40 ft | 0 | 0 | 0.000 | | | |
| MSCU4708735 | 40 ft | 0 | 0 | 0.000 | | | |
| *** Total *** | | 2,640 | 104,000 | 172.000 | | | |



## Rapid Freight Inc.

**Invoice**

*3 pges*

13353 E. Alondra Blvd., Suite104 ,Santa Fe Spring, CA 90670, U.S.A.    Print Date: 12-25-2006 10:13
Tel:562-802-5850 Fax:562-802 5859    From : Import Import(import@rapidfreightinc.com)

| | |
|---|---|
| Attn : CHARLEY YANG | Invoice No. : LAAR11565 |
| STONE PRIDE INTERNATIONAL CORP. | House Number : QDF06C111LGB |
| 18 TECHNOLOGY DR., STE 159 | Invoice / Due Dat : 12/24/2006 12/24/2006 |
| IRVINE CA 92618 U.S.A. | |
| Tel : 949-450-1016 Fax 949-203-2235 | |

| | | | |
|---|---|---|---|
| Broker | : | Master B/L No. : DNCYQDF06C111LGB |
| Shipper | : TAIAN TAISHAN PLASTERBOAR | Document No. : LAOI03800-3891 |
| Consignee | : STONE PRIDE INTERNATIONAL | Sub Master / House N : |
| Carrier | : MEDITERRANEAN SHIPPING CO | Port of Loading / Date : Qingdao 12/09/2006 |
| Vssl/Voy | : MSC LORETTA / 0649A | Port of Discharge / ET : Long Beach 12/24/2006 |
| | | Place of Delivery / ET : |

| PKGS | WEIGHT / CBM | DESCRIPTION | REMARK | CONTAINER |
|---|---|---|---|---|
| 2640 | 104,000.0 KGS | GYPSUM BOARD | | LCRU4302803 / 40 ft MLCU4351922 / 40 ft MSCU4121429 / 40 ft |
| CY/CY | 172.000 CBM | | | MSCU4708735 / 40 ft |

| ITEM | DESCRIPTION | AMOUNT |
|---|---|---|
| 1424 | Messenger / Courier | 25.00 |
| 1708 | Duty | 38.79 |
| 1712 | Customs Entry Fee | 95.00 |
| | *** TOTAL AMOUNT USD *** | 158.79 |

* Cargo will be released only upon surrender of endorsed Original Bill of Lading and charges due paid.
* Consignee must arrange for customs entry and payment of duty before customs will issue their permit order.
* All cargo when discharge on wharf is at owner's risk and if not removed within the free time becomes subject to demurrage charges.



02/21/2007 08:41 FAX 5629446905          TRISTATE                    ☒001

Crossroads Express LLC

425 E. Dixon St.
Compton, CA 90222
Ph#(310)537-4004
Fax# (310)537-4040

# Invoice

| Date | Invoice # |
|---|---|
| 1/12/2007 | 1669 |

| Bill To | Ship To |
|---|---|
| PAN PACIFIC HOMEMART<br>9741 READING AVE.<br>WESTMINSTER, CA 92683 | PAN PACIFIC HOMEMART<br>9741 READING AVE.<br>WESTMINSTER, CA 92683 |

| B/L # | Container # | Terms | Delivery Date | Ship Via |
|---|---|---|---|---|
| MSCUDO016045 | | Net 15 | 1/12/2007 | |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| TRUCKING CONTR.CRU4302803 LOAD TAKEN TO WESTMINSTER | | 300.00 | 300.00 |
| FUEL SURCHARGE | | 20.00% | 60.00 |
| DROP CHARGE | | 150.00 | 150.00 |
| FUEL SURCHARGE | | 20.00% | 30.00 |
| TRUCKING CONTR#MCLU4351922 LOAD TAKEN TO WESTMINSTER | | 300.00 | 300.00 |
| FUEL SURCHARGE | | 20.00% | 60.00 |
| DROP CHARGE | | 150.00 | 150.00 |
| FUEL SURCHARGE | | 20.00% | 30.00 |
| MISCELLANEOUS CHARGES PER DIEM DROP DAYS DEC 29 PICK UP DATE JAN 5TH 3 DAYS OUT 4 FREE DAYS | 4 | 40.00 | 160.00 |
| TRUCKING CONTR#MSCU121429 LOAD TAKEN TO WESTMINSTER | | 300.00 | 300.00 |
| FUEL SURCHARGE | | 20.00% | 60.00 |
| DROP CHARGE | | 150.00 | 150.00 |
| FUEL SURCHARGE | | 20.00% | 30.00 |
| MISCELLANEOUS CHARGES PER DIEM DROP DATE JAN 2ND PICK UP AND RETURN DATE JAN 6TH | | 40.00 | 40.00 |
| TRUCKING CONTR#MSCU4708735 LOAD TAKEN TO PARAMOUNT | | 245.00 | 245.00 |
| FUEL SURCHARGE | | 20.00% | 49.00 |
| DROP CHARGE | | 120.00 | 120.00 |
| FUEL SURCHARGE | | 20.00% | 24.00 |

|  |  |
|---|---|
| | $2,258.00 |
| Payments/Credits | $0.00 |
| Balance Due | $2,258.00 |

STONE PRIDE INTERNATIONAL CORP
18 TECHNOLOGY DR. SUITE 169
IRVINE, CA 92618
949-680-1018

9336

Feb 21, 2007

Pay to the Order of Crossroads Express LLC  $ 2258.00

Two thousand two hundred fifty-eight

CATHAY BANK

for 1669

for K-1 trucking

⑈122203950⑈0936 14 018 184⑈