# EXHIBIT 5

**DECLARATION OF TRIET MINH DINH**

I, Triet Minh Dinh also known as Michael, hereby declare:

1. I am a resident of Orange County, California. My current residence is Fountain Valley, California 92708.

2. That if called upon to testify as a witness in this matter, I could and would of my personal knowledge competently testify to the facts hereinafter related.

3. In 2006 and 2007 I was the owner of D/T Builders Developer, a construction company licensed to perform construction work in the state of California. I built custom homes.

4. In 2006 and 2007, I was building several homes in Orange County, California. Three of these homes were located at 9741 Reading Avenue, 9731 Reading Avenue, and 14132 Boony Avenue. As part of construction, I needed various building materials, including drywall that met American standards (such as the drywall at Home Depot but at a reduced cost) and I asked a supplier I had worked with in the past, Kevin Hoang of Pan Pacific, to order the materials for me.

5. Kevin was able to get several drywall samples shipped directly from China to California. Kevin told me the Chinese company that sent the drywall sample was also supplying builders in Florida and that the drywall met American standards for residential construction. I examined the samples and selected one that I wanted to use in the construction of the three homes. I instructed Kevin to order 2,640 sheets of drywall from the same company in China. I later learned the name of that company that supplied the drywall used in the three homes was called Taishan.

6. During construction of the three homes, I was on site every day. I specifically remember more than one shipping container at the 9731 Reading Avenue and 9741 Reading Avenue construction site that contained drywall ordered from the Chinese company. The drywall was used in both of those homes as well as the home on Boony Avenue.

///
///
///

7. At the time I ordered the drywall and when it was being installed, I had no reason to believe there was a problem with it.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 13 day of December, 2017 at Orange County, California.

By: 
Triet Minh Dinh

