# EXHIBIT 6

## DECLARATION OF PETER PHUNG NGO

I, Peter Phung Ngo, hereby declare:

1. I am a resident of Orange County, California. My current residence is 9731 Reading Avenue.

2. That if called upon to testify as a witness in this matter, I could and would of my personal knowledge competently testify to the facts hereinafter related.

3. In late 2006 and through most of 2007, the homes located at 9731 Reading Avenue and 9741 Reading Avenue were under construction. The houses are located next to one another.

4. Because one of the houses being built was mine, I visited the construction site nearly every day to observe construction.

5. At some point during construction, I observed one or more large cargo shipping containers located at my next door neighbor's property - 9741 Reading Avenue. I was told by Kevin Hoang of Pan Pacific that the container(s) contained drywall he had purchased from China and would be used in the construction of the two homes on Reading Avenue.

6. I personally observed drywall from the container being used in the construction of my home at 9731 Reading Avenue and the home at 9741 Reading Avenue.

7. I later learned the name of the Chinese company that supplied the drywall used in construction was called Taishan.

8. I spoke with Kevin several times during construction and even purchased custom vinyl windows and doors for my home from him.

9. During construction of my home, I recall being asked to help unload drywall from one of the containers and place it in the garage at both 9731 Reading Avenue and 9741 Reading Avenue.

///
///
///
///

10. I later learned from either the builder or from Kevin Hoang, that some of the drywall stored in our garages was being used at another address. In 2007 I recall that address as being 14132 Boony Avenue in Orange County.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 12th day of December, 2017 at Orange County, California

By: _____
Peter Phung Ngo