# EXHIBIT 8

# TAIAN TAISHAN PLASTERBOARD CO., LTD

DA WENKOU, DAIYUE DISTRICT, TAI'AN SHAN DONG PROVINCE, CHINA

TEL: 00865388811077                FAX: 00865388812679

# INVOICE

**INVOICE NO.:** 061120001    **DATE:** NOVEMBER 20, 2006

**Buyer: STONE PRICE INTERNATIONAL CORP.**

18 TECHNOLOGY DR, SUITE 159, IRVINE, CA 92618

DELEVERY TERMS: FOB QINGDAO PORT

SHIPMENT: From Qingdao/PRC to U.S.A

PAYMENT: BY 100% T/T ADVANCE

HS CODE: 68091100

| DESCRIPTION OF GOOD | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Gypsum board (T/E) | | FOB QINGDAO PORT | |
| 1220*3660*12.7mm | 2640SHEETS | USD 4.18/SHEET | USD11035.00 |
| | 660sheets/40'FCL | | |
| **TOTAL:** | **2640SHEETS** | | **USD11035.00** |

**SAY U.S.DOLLARS ELEVEN THOUSAND AND THIRTY-FIVE ONLY.**

SHIPPED BY:  4*40'HQ CONTAINERS

COUNTRY OF ORIGIN: CHINA

Note made on 4/7/2011: The above amount is the factory invoice amount plus the fees

paid to middle-man, inspection fee (including travel expense) is included.



Δ π EXHIBIT___2.1

Deponent___YANG

Date_9/9/11_Rptr.__SHN

WWW.DEPOBOOK.COM

# TAIAN TAISHAN PLASTERBOARD CO., LTD

DAWENKOU   DAIYUE DISTRICT   TAIAN

## PACKING LIST

INVOICE NO.: 161120001                    DATE: NOVENBER 20, 2006

Buyer: STONE PRIDE INTERNATIONAL CORP.

18 TECHNOLOGY DR..SUITE 159 IRVINE, CA 92618

PAYMENT:T/T IN ADVANCE BEFORE PRODUCING.
SHIPMENT : BY CONTAINER
PACKING : STANDARD EXPORT PACKING SHIPPED BY CONTAINER
SHIPMENT:FROM QINGDAO /PRC TO USA

| COMMODITY& SPECIFICATION (T/E) SIZE (mm) | QUANTITY | | GROSS WEIGHT | VOLUM |
|---|---|---|---|---|
| | SHEET | CONTAINER | MT | M³ |
| GYPSUM BOARD 1220x3660x12.7 | 2640 | 4x40'CONTAINER 660 sheets/40'FCL | 4x26MT/CONTAINER | 4x43M³ |
| TOTAL | 2640 | 4x40'CONTAINER | 104MT | 172M³ |

TAIAN TAISHAN PLASTERBOARD CO., L

2.2

# TAIAN TAISHAN PLASTERBOARD CO., LTD

DA WENKOU DAIYUE DISTRICT, TAIAN, SHAN DONG PROVINCE, CHINA

TEL: 0086053888310?          FAX: 0086053888126?9

# INVOICE

INVOICE NO: 061120901          DATE: NOVENBER 20, 2006

## Buyer: STONE PRIDE INTERNATIONAL CORP.

18 TECHNOLOGY DR., SUITE 159 IRVINE, CA 92618

DELENTRY TERMS  FOB QINGDAO PORT

SHIPMENT: From Qingdao, PRC to U.S.A

PAYMENT BY 100% T-T ADVANCE

HS CODE 68091100

| DESCRIPTION OF GOOD | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Gypsum board (T/E) | | FOB QINGDAO PORT | |
| 1220*3660*12.7mm | 2640SHEETS 660 sheet×4×FCL | USD 3.80 SHEET | USD10032.00 |
| TOTAL: | 2640SHEETS | | USD10032.00 |

SAY U.S.DOLLARS TEN THOUSAND AND THIRTY-TWO ONLY.

SHIPPED BY:   4*40'HQ CONTAINERS

COUNTRY OF ORIGIN CHINA

T T DIRECTION

COMPANY: TAIAN TAISHAN PLASTERBOARD CO., LTD
BANK: AGRICULTURAL BANK OF CHINA, TAIAN BRANCH
BANK ADDRESS: 90 YINGYUAN ROAD, TAIAN, CHINA
ACCOUNT: 1551041304070004487
SWIFT BIC: ABOCCNBJ150



2·3