# EXHIBIT 9

12/18/2006  14:09   16262889118                          LION GROUP                             PAGE  01

# LION GROUP SHIPPING, INC.
223 E. GARVEY AVE. #228  MONTEREY PARK, CA 91754
Phone: (626) 288-1226  Fax: (626) 288-9118



## ARRIVAL NOTICE / INVOICE

**SHIPPER:**
TAIAN TAISHAN PLASTERBOARD CO,LTD

| | |
|---|---|
| INVOICE NO: | DLAX006409 |
| INVOICE DATE: | 12/18/2006 |
| REFERENCE NO | OILGS8-16056 |
| FILED BY: | TINTIN |

| CONSIGNEE: | NOTIFY: |
|---|---|
| STONE PRIDE INTERNATIONAL CORP. 18 TECHNOLOGY DRIVE SUITE# 159 IRVINE, CA  92618 Tel:  949-450-1015    Fax: 949-203-2235 Attn:  MS. SHERRY WANG / YI | Tel: Attn: Fax: |

| | | | |
|---|---|---|---|
| Vessel/Voyage#: | MSC LORETTA V.0649A | | |
| MB/L#: | MSCUQ0016045 | IT NO: | |
| HB/L#: | QDF06C111LGB | IT Port: | |
| AMS B/L#: | DNCYQDF06C111LGB | IT Date: | |
| LOADING PORT: | QINGDAO, CHINA | ETD: | 12/9/2006 |
| DISCHARGE PORT: | LONG BEACH USA PORT | ETA: | 12/24/2006 |
| FINAL DESTINATION: | LONG BEACH USA PORT | ETA: | 12/24/2006 |
| CARGO LOCATION: | PIER A-SSA TERMINAL - Z978 | OBL: | OBL Required |
| | Tel: 562-436-4489    Fax: | TYPE: | CY/CY |
| FINL CARGO LOCATION: | Tel:    Fax: | | |

**COMMODITY:** GYMSUM BOARD

| CONTAINER NO: | SIZE: | QUANTITY: | WEIGHT: | MEASURE |
|---|---|---|---|---|
| LCRU4302803 | 40' | 660 SHEETS | 26,000.000 KGS | 43.000 CBM |
| MLCU4351922 | 40' | 660 SHEETS | 26,000.000 KGS | 43.000 CBM |
| MSCU4121429 | 40' | 660 SHEETS | 26,000.000 KGS | 43.000 CBM |
| MSCU4708735 | 40' | 660 SHEETS | 26,000.000 KGS | 43.000 CBM |
| TOTAL 4 X 40' | | 2,640 SHEETS | 104,000.000 KGS | 172.000 CBM |

| Item#: | Description Of Charges: | Amount: |
|---|---|---|
| 1 | ALL IN FREIGHT RATE    $ 1,700.00 X 4 | $6,800.00 |
| | TOTAL AMOUNT DUE: | $6,800.00 |

Remark

1. PLEASE MAKE YOUR CHECK PAYABLE TO:  LION GROUP SHIPPING, INC.
2. YOUR FREIGHT WILL BE RELEASED  WITHIN 24 to 48 HOURS AFTER RECEIPT OF FULL PAYMENT AND PROPERLY ENDORSED ORIGINAL BILL OF LADING
3. PLEASE CALL WAREHOUSE/TERMINAL FOR AVAILABILITY BEFORE PICKING UP FREIGHT
4. WRITTEN REQUEST IS NEEDED WHEN TELEX RELEASE WITH NO CHARGES ARE DUE
5. EXPENSES WHATEVER DUE TO ANY ACTION OF U.S. CUSTOMS, TERMINAL AND BONDED WAREHOUSE WILL BE ON ACCOUNT OF CONSIGNEE



Δ π EXHIBIT 3
Deponent YANG
Date 7/9/11  Rptr. SNN
WWW.DEPOBOOK.COM