# EXHIBIT 11

| | | | |
|---|---|---|---|
| **DEPARTMENT OF THE TREASURY** UNITED STATES CUSTOMS SERVICE | **ENTRY SUMMARY** Consumption | | |
| | 1. Entry No. GL5 0800878-3 | 2. Entry Type Code 01 ABI/A | 3. Entry Summary Date 01/08/07 |
| | 4. Entry Date 12/24/06 | 5. Port Code 2704 | |
| LOS ANGELES, CA 90045-6143 RAPID | 6. Bond No. 365 | 7. Bond Type Code 8 | 8. Broker/Importer File No. 800878 PALOMA |
| 9. Ultimate Consignee Name and Address | 10. Consignee No. | 11. Importer of Record Name and Address STONE PRIDE INTERNATIONAL CORP 18 TECHNOLOGY DRIVE SUITE 159 IRVINE, CA 92618 | 12. Importer No. 72-1544973 |
| | | 13. Exporting Country CN | 14. Export Date 12/09/06 |
| | CA | 15. Country of Origin CN | 16. Missing Documents |
| | | 17. I.T. No. | 18. I.T. Date |

EXHIBIT 5
Deponent YANG
Date 7/9/11 Rptr. SM

| 19. B/L or AWB No. MSCU00016045 | 20. Mode of Transportation 11 | 21. Manufacturer ID CNTAITAITAI | 22. Reference No. |
|---|---|---|---|
| 23. Importing Carrier MSC LORETTA | MSCU V-0649A | 24. Foreign Port of Lading 57000 | 25. Location of Goods/G.O. No. |
| 26. U.S. Port of Unlading 2704 | | 27. Import Date 12/24/06 | 2970: PIER A - HSA TERMINAL |

| 29 Line No. | 28. Description of Merchandise | | | 33. A. Entered Value B. CHGS C. Relationship | 34. A. HTSUS Rate B. ADA/CVD Rate C. I.R.C. Rate D. Visa No. | 35. Duty and IR Tax |
|---|---|---|---|---|---|---|
| | 30. A. HTSUS No. B. ADA/CVD Case No. | 31. A. Gross Weight B. Manifest Qty. | 32. Net Quantity in HTSUS Units | | | |
| | | 2640 | TOTAL CTNS | NOT RELATED | | |
| 001 | PLASTER,BRD,SIM'L,N/O PAPER FA 6809.11.0000 | 104000 | 104000 KG 132 M2 | 11,035 C 11600 | FREE .21 % | 23.11 |
| | MERCHANDISE PROCESSING FEE | | | | | |
| | IV & EV 11,035.00 USD BLOCK 39 SUMMARY: MERCHANDISE PROCESSING FEE HARBOR MAINTENANCE FEE TOTAL: | | 499 501 | 25.00 13.79 38.79 | | |
| | | | TBV $ | 11,035 | | |

| | U.S. CUSTOMS USE | | TOTAL |
|---|---|---|---|
| 36. Declaration of Importer of Record | A. Liq. Code | B. Ascertained Duty | 37. Duty 0.00 |
| | | C. Ascertained Tax | 38. Tax 0 |
| | | D. Ascertained Other | 39. Other 88.7 |
| | | E. Ascertained Total | 40. Total 38.7 |
| | 41. Signature of Declarant, Title, and Date | | |
| | | | ATTY IN FACT 12/21/ |
| | | | Customs Form 7501 (12/0) |

RECORD