# EXHIBIT 12



**Crossroads Express LLC**
425 E. Dixon St.
Compton, CA 90222
Ph#(310)537-4004
Fax# (310)537-4040

# Invoice

| Date | Invoice # |
|---|---|
| 1/12/2007 | 1669 |

| Bill To | Ship To |
|---|---|
| PAN PACIFIC HOMEMART<br>9741 READING AVE.<br>WESTMINSTER, CA 92683 | PAN PACIFIC HOMEMART<br>9741 READING AVE.<br>WESTMINSTER, CA 92683 |

| B/L # | Container # | Terms | Delivery Date | Ship Via |
|---|---|---|---|---|
| MSCUQO016045 | | Net 15 | 1/12/2007 | |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| TRUCKING CONT#LCRU4302803 LOAD TAKEN TO WESTMINSTER | | 300.00 | 300.00 |
| FUEL SURCHARGE | | 20.00% | 60.00 |
| DROP CHARGE | | 150.00 | 150.00 |
| FUEL SURCHARGE | | 20.00% | 30.00 |
| TRUCKING CONT#MCLU4351922 LOAD TAKEN TO WESTMINSTER | | 300.00 | 300.00 |
| FUEL SURCHARGE | | 20.00% | 60.00 |
| DROP CHARGE | | 150.00 | 150.00 |
| FUEL SURCHARGE | | 20.00% | 30.00 |
| MISCELLANEOUS CHARGES PER DIEM DROP DATE DEC 29 PICK UP DATE JAN 5TH 8 DAYS OUT 4 FREE DAYS | 4 | 40.00 | 160.00 |
| TRUCKING CONT#MSCU4121429 LOAD TAKEN TO WESTMINSTER | | 300.00 | 300.00 |
| FUEL SURCHARGE | | 20.00% | 60.00 |
| DROP CHARGE | | 150.00 | 150.00 |
| FUEL SURCHARGE | | 20.00% | 30.00 |
| MISCELLANEOUS CHARGES PER DIEM DROP DATE JAN 2ND PICK UP AND RETURN DATE JAN 6TH | 1 | 40.00 | 40.00 |
| TRUCKING CONT#MSCU4708735 LOAD TAKEN TO PARAMOUNT | | 245.00 | 245.00 |
| FUEL SURCHARGE | | 20.00% | 49.00 |
| DROP CHARGE | | 120.00 | 120.00 |
| FUEL SURCHARGE | | 20.00% | 24.00 |

Total: $2,258.00
Payments/Credits: $0.00
Balance Due: $2,258.00

STONE PRIDE INTERNATIONAL CORP
18 TECHNOLOGY DR. SUITE 159
IRVINE, CA 92618
840-450-1015

Date: Feb 21, 2007
Pay to the order of: Crossroads Express LLC   $2258.00
Two thousand two hundred fifty-eight

CATHAY BANK

For K-1 trucking

1669

⑆122203950⑆0936 14 016 184⑈