# EXHIBIT 13



# Invoice

| | | | | |
|---|---|---|---|---|
| STONE PRIDE INTERNATIONAL CORP.<br>18 Technology Dr, Suite 159, Irvine, CA 92618<br>T: 949-450-1015 F: 949-203-2235 yang@stone-pride.com | | | | |
| Invoice # | K-01 | Invoice Date | | Nov.21, 2006, revised on 11/27/06 |
| P.O. # | K-01 | | | |
| Billing Address: | | | | |
| Pan Pacific Homemart<br>13500 Excelsion Dr. Santa Fe Spring, CA<br>F: 562-623-1714 (Santa Fe Spring) | | | | |
| Item Name | Size | 40' HQ containers | QTY/pcs | Unit Price(CIF) $/pc | Price |
| 4 40'containers with 660 pcs in each container | | | | | |
| Regular drywall sheets | 4'x12'x1/2"(3660*1220*12.7mm) | 4 | 2640 | $9.26 | $24,446.40 |
| Subtotal | | | | | $24,446.40 |
| Insurance | 0.35% | | | | $85.56 |
| Less payment | Deposit received #134 | | | | -7410 |
| | Check #135 received | | | | -21640.12 |
| Total Credit Due | refunded to Kevin on 11/28/06 | | | | -$4,518.16 refunded to Kevin on 11/28/06 |

Please make your check payable to: Stone Pride International Corp
Thank you very much for your order!