Exhibit "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

GREG & MEREDITH DESCHER, individually,
on Behalf of All Others Similarly Situated

    Plaintiffs

v.

KNAUF GIPS KG;
KNAUF PLASTERBOARD TIANJIN CO., LTD.;
and FICTITIOUS DEFENDANTS A-Z

    Defendants

**CLASS ACTION
COMPLAINT 1:17-cv-249-HSO-JCG**

**JURY TRIAL DEMANDED**

## AFFIDAVIT OF COUNSEL FOR PLAINTIFFS

STATE OF MISSISSIPPI

COUNTY OF JACKSON

    PERSONALLY CAME AND APPEARED BEFORE ME, the undersigned authority in and for the aforesaid Jurisdiction, Kent Holifield, who, after first being duly sworn by me, states on his oath that the facts and beliefs contained herein are true and correct to the best of his knowledge and belief:

1. I, STEPHEN W. MULLINS, Attorney for the Plaintiffs, do hereby make this Affidavit as my true and voluntary act and deed.

2. I am the attorney for the Plaintiffs in the above-styled matter and prepared and filed the attached Complaint that is to be served on Knauf GIPS KG.

3. This matter does not involve the skimming of excess profit to flow to the State, State institutions or State-managed funds.

4. The skimming of excess profit will **exclusively benefit** the private Plaintiffs, making this strictly a civil case.

5. I declare under oath and declare under penalty of perjury that the foregoing facts are true and correct.

WITNESS MY SIGNATURE this, the 2nd day of August, 2018.

_____
STEPHEN W. MULLINS

SWORN TO AND SUBSCRIBED BEFORE ME on this, the 2nd day of August, 2018.

_Linda L. Scott_
**NOTARY PUBLIC**

[Notary Seal: STATE OF MISSISSIPPI, LINDA L SCOTT, NOTARY PUBLIC, ID No. 9152, My Commission Expires April 29, 2019, JACKSON COUNTY]