UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

Considering concerns regarding travel due to Hurricane Florence and at the request of the parties,

**IT IS ORDERED** that the Monthly Status Conference in the above captioned matter currently set for September 13, 2018 is hereby **CONTINUED** and reset for September 27, 2018 at 9:00 a.m. All oral arguments and show cause hearings following the conference are also continued. The Court has set up a conference line for auditing the conference. To audit, call (877) 336-1839 and enter access code 4227405 and security code 092718.

New Orleans, Louisiana, this 11th day of September, 2018.

_____
United States District Judge