UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|   |   |   |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** *Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*, No. 10-361; *Richard and Constance Almeroth, et al. v. Taishan Gypsum Co. Ltd., et al.*, No. 12-498; *Amorin, et al. v. Tiashan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, No. 11-1672; *Amorin, et al. v. Tiashan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, No. 11-1395; *Amorin, et al. v. Tiashan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, No. 11-1673

## ORDER

Considering Plaintiffs' request for oral argument,

**IT IS ORDERED** that the Court shall hear oral argument on the PSC's Motion to Set Aside Judgments, R. Doc. 20388, in the Courtroom of Judge Eldon Fallon on October 16, 2018, following the Monthly Status Conference.

New Orleans, Louisiana, this 10th day of September, 2018.

*[signature: Eldon E. Fallon]*
United States District Judge