UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
|---|---|
| **THIS DOCUMENT RELATES TO:**<br><br>Rochelle and Jose Abner, et al. v. Taishan Gypsum Co., Ltd. F/K/A Shandong Taihe Dongxin co., Ltd., et al., No. 11-3094 (E.D. La.) | SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**O R D E R**

Considering the Motion for Leave to File and Exceed Page Limitation on Plaintiffs' Steering Committee's Response in Opposition to Defendants' Motion to Dismiss (Rec. Doc. 19998);

IT IS ORDERED BY THE COURT that the motion is GRANTED and that the Plaintiffs' Steering Committee's Response in Opposition to Defendants' Motion to Dismiss, relating to Rec. Doc. 19998, be and is hereby filed into the record.

New Orleans, Louisiana, this 10th day of September, 2018.

_____
Eldon E. Fallon
United States District Court Judge