UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
|---|---|
| THIS DOCUMENT RELATES TO: Rochelle and Jose Abner, et al. v. Taishan Gypsum Co., Ltd. F/K/A Shandong Taihe Dongxin co., Ltd., et al., No. 11-3094 (E.D. La.) | SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |

DECLARATION OF RUSS M. HERMAN
IN SUPPORT OF PLAINTIFFS' STEERING COMMITTEE'S RESPONSE
IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

STATE OF LOUISIANA

PARISH OF ORLEANS

Russ M. Herman declares, pursuant to 28 U.S.C. §1746, based upon his personal knowledge, information and belief, the following:

1. I am a Member of the Bar of the State of Louisiana, in good standing; a Member of all United States District Courts in the State of Louisiana; a Member of the Fifth Circuit Court of Appeals and several other Federal Courts of Appeal, all in good standing. I am admitted to practice before the Louisiana State Supreme Court, the United States Supreme Court, and by Motion and Order, in many Federal District Courts. I graduated with a BA degree from Tulane University in 1963, and from Tulane Law School in 1966.

1

2. I am liaison counsel in the *In re Chinese-Manufactured Drywall* MDL and familiar with the factual and legal issues discussed herein.

3. Attached hereto are true and correct copies of the following documents:

Exhibit 1 is *In re Chinese Manufactured Drywall Prod. Liab. Litig.*, MDL 2047, January 14, 2016 Status Conference Transcript at 8:19-23 (E.D. La. Jan. 14. 2016)

Exhibit 2 is Plaintiff Profile Form of Huy T. Ngo

Exhibit 3 is Plaintiff Profile Form of No Thi La

Exhibit 4 is Plaintiff Profile Form of Cindy Quan

Exhibit 5 is Declaration of Triet Minh Dinh

Exhibit 6 is Declaration of Peter Phung Ngo

Exhibit 7 is Deposition of Yongzhi Yang for Stone Pride International

Exhibit 8 is Yang Depo. Exb. 2

Exhibit 9 is Yang Depo. Exb. 3

Exhibit 10 is Yang Depo. Exb. 4

Exhibit 11 is Yang Depo. Exb. 5

Exhibit 12 is Yang Depo. Exb. 7

Exhibit 13 is Yang Depo. Exb. 6

I declare under penalty of perjury that the foregoing is true and correct.

RUSS M. HERMAN

Executed this 7th day of September, 2018.

SWORN TO AND SUBSCRIBED BEFORE ME
this 7th day of Sept, 2018

*Regina Valenti*
NOTARY PUBLIC

REGINA VALENTI
NOTARY PUBLIC # 14855
COMMISSIONED FOR LIFE

2