# EXHIBIT 7

1

SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF ORANGE

RICHARD D. MONKS; DENISE S.
MONKS, and ROES 1 - 100,

     Plaintiffs,

     vs.          No. 30-2010-00437959-
                       CU-PL-CJC

XUAN DUY NGUYEN aka RANDY
NGUYEN; SCOTT THANG TRAN;
KEVIN HOANG; STONE PRIDE
INTERNATIONAL, et al.,

     Defendants.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
ALL RELATED CROSS-ACTIONS
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

DEPOSITION OF

PERSON MOST KNOWLEDGEABLE
STONE PRIDE INTERNATIONAL

YONGZHI YANG

September 9, 2011

2:54 p.m.

535 Anton Boulevard
Suite 400
Costa Mesa, California

Sheryl Hilton Meyer, RPR, CSR 2852



Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

Yongzhi Yang                                    September 9, 2011

2

```
 1                    APPEARANCES OF COUNSEL
 2
 3      For Plaintiffs:
 4           BURDMAN & WARD
             PIETER M. O'LEARY, ESQ.
 5           12555 High Bluff Drive, Suite 380
             San Diego, California 92130
 6           858.350.4040
             poleary@burdmanlaw.com
 7
        For Defendant Xuan Duy Nguyen:
 8
             STRICKROTH & PARKER, LLP
 9           MARGARET M. PARKER, ESQ.
             2677 North Main Street, Suite 800
10           Santa Ana, California 92706
             714.542.6300
11           mparker@hmlsp.com
12           LAW OFFICE OF KURT D. ELKINS, INC.
             KURT D. ELKINS, ESQ.
13           2860 North Santiago Boulevard, Suite 210
             Orange, California 92867
14           714.627.4550
             kurtelkins@gmail.com
15
        For Defendant Stone Pride International:
16
             LAW OFFICES OF STIRLING J. HOPSON
17           STIRLING J. HOPSON
             411 West Lambert Road, Suite 402
18           Brea, California 92821
             714.257.3500
19           shopson651@aol.com
20      For Cross-Defendant Titan Construction:
21           VANDERFORD & RUIZ, LLP
             JOSEPH GERI, ESQ.
22           18008 Sky Park Circle, Suite 270
             Irvine, California 92614
23           949.251.8878
             jgeri@vrlawyers.com
24
25
```



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

Yongzhi Yang                                    September 9, 2011

3

1                    INDEX OF EXAMINATION

2

3    WITNESS:      YONGZHI YANG

4    EXAMINATION                              PAGE

5    By Mr. O'Leary                              5

6    By Ms Parker                               90

7    By Mr. Geri                                91

8

9

10              INFORMATION REQUESTED

11              Page        Line

12               45          9

13

14

15

16

17

18

19

20

21

22

23

24

25



Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

Yongzhi Yang                                    September 9, 2011

4

1                         INDEX TO EXHIBITS

2     Exhibit                Description                    Page

3        1     Plaintiffs' Notice of Deposition of the       57
               Person Most Knowledgeable for Stone
4              Pride International Corporation and
               Request for Production of Documents;
5              6 pages

6        2     Taian Taishan Plasterboard Invoice;           59
               3 pages
7
         3     Lion Group Shipping, Inc. Arrival             71
8              Notice/Invoice; 1 page

9        4     Rapid Freight, Inc. Delivery Order            73
               with arrival date 12/24; 2 pages
10
         5     Department of the Treasury Entry              75
11             Summary; 1 page

12       6     Stone Pride International invoice;            77
               1 page
13
         7     Crossroads Express, LLC invoice;             81
14             1 page

15

16

17

18

19

20

21

22

23

24

25



Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

5

1                    DEPOSITION OF YONGZHI YANG

2                       September 9, 2011

3

4                       YONGZHI YANG,

5      having been first duly sworn, testified as follows:

6

7                       EXAMINATION

8      BY MR. O'LEARY:

9          Q.   Can you please state and spell your full name

10     for the record.

11         A.   Yes, Y-o-n-g-z-h-i and last name is Y-a-n-g.

12         Q.   Thank you.  Do you have a middle name?

13         A.   No.

14         Q.   You go by the name Charley?

15         A.   Yes.

16         Q.   Okay.  Do you have a son that's also named

17     Charley?

18         A.   No.

19         Q.   Is any member of your family also involved in

20     working at your business?

21         A.   My wife is.

22         Q.   Okay.  Mr. Yang, let me -- what is your date

23     of birth?

24         A.   May 1st, '58.

25         Q.   And have you ever been deposed at any time in



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

6

1    the past?

2        A.   No.

3        Q.   You've never been deposed.  Okay.  Let me go

4    over a few ground rules very quickly.  You understand

5    the court reporter has sworn you in today and that

6    you're testifying under oath?

7        A.   Uh-huh.

8        Q.   You're testifying just as if you were at

9    trial, okay?

10       A.   Uh-huh.

11       Q.   Okay.  We also need to get an oral, audible

12   response from you, and that means I need a yes or a no.

13   I can't have any head nodding or uh-huhs or huh-uhs.  I

14   need to have a clear oral response from you, okay?

15       A.   Okay.

16       Q.   As I said, the court reporter is preparing a

17   transcript of today's deposition.  You will have the

18   opportunity later to review that transcript to make any

19   corrections or additions as are needed.  Please know

20   that if you make any substantive changes to your

21   testimony today that I can comment or any party can

22   comment on that at the time of trial including questions

23   as to why you changed your answer.  Do you understand

24   that?

25       A.   Yes.



**ESQUIRE**
an Alexander Gallo Company

Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

7

1      Q.    Okay.  During today's deposition I'm going to

2   make two assumptions.  The first is that you've heard

3   the question, and the second is you understood my

4   question.  Do you understand that?

5      A.    Yes.

6      Q.    Now if you don't understand my question or if

7   you don't hear my question, please ask me to repeat it

8   or to rephrase it, okay?

9      A.    Okay.

10      Q.    Have you taken any alcohol or medication in

11   the last 24 hours that will affect your testimony today?

12      A.    No.

13      Q.    Is there any reason why I wouldn't get your

14   best testimony today?

15      A.    No.

16      Q.    Okay.  During the course of this deposition

17   your attorney or the attorneys may insert objections to

18   the form of my question.  You are, however, required to

19   answer my question unless your attorney in very limited

20   circumstances would instruct you not to answer, okay?

21      A.    Okay.

22      Q.    Now do you have any questions before we begin?

23      A.    No.

24      Q.    So you've never been deposed at any time in

25   the past?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

Yongzhi Yang                                September 9, 2011

8

1        A.    No.

2        Q.    Have you ever testified at trial?

3        A.    No.

4        Q.    Have you ever been named as a party in any

5   previous litigation?

6        A.    No.

7              MR. HOPSON:  Time out, please.

8              MR. O'LEARY:  Off the record.

9              (Recess.)

10  BY MR. O'LEARY:

11       Q.    Back on the record.  You understand that

12  you're testifying here as the person most knowledgeable

13  on behalf of Stone Pride International Corporation,

14  correct?

15       A.    Yes.

16       Q.    Okay.  So in that capacity I'm entitled not

17  only to your personal knowledge but the knowledge that

18  is available to your company, okay, based on a review

19  of records and communications that your company has,

20  okay?

21       A.    Yes, sir.

22       Q.    And for the record the name of your company is

23  officially Stone Pride International Corporation?

24       A.    Yes.

25       Q.    What is the current address of your company?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

Yongzhi Yang                                    September 9, 2011

9

1        A.    2100 East Howell Avenue, Suite 209, Anaheim,
2   California 92806.
3        Q.    How many employees do you have, Mr. Yang?
4        A.    We have, I will say two and a half because
5   we share a warehouse with another business, and so we
6   share the warehouse worker.
7        Q.    So there is you --
8        A.    Me, and my wife doesn't count.  She works at
9   home for like accounting work.  So besides us we have
10  two in the office, and we have -- because we share the
11  warehouse, we have half of the warehouse.
12       Q.    Mr. Yang, Mrs. Yang, and who is employee
13  number one?
14       A.    Kelly.
15       Q.    Can you spell that?
16       A.    K-e-l-l-y.
17       Q.    And what's the last name?
18       A.    C-h-u.  And Melina, M-e-l-i-n-a.
19       Q.    Last name?
20       A.    U-r-i-a-s.
21       Q.    And who is the half?
22       A.    Marcel Hernandez.
23       Q.    Who is the company that you share Marcel
24  Hernandez with?
25       A.    California Surface Solutions.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

Yongzhi Yang                                    September 9, 2011

10

1       Q.    What kind of business is that?

2       A.    Porcelain.

3       Q.    Bathroom sinks, toilets, that kind of thing?

4       A.    No, tiles.

5       Q.    Only tiles?

6       A.    Yes.

7       Q.    Do they import materials from other countries?

8       A.    Yes.

9       Q.    Do they also acquire them from domestically

10  made sources here in the United States?

11      A.    No.

12      Q.    In late 2006, early 2007 -- strike that.  In

13  late 2007.

14            MS. PARKER:  2006.  You were right.

15  BY MR. O'LEARY:

16      Q.    In late 2006 who were your employees at that

17  time?

18      A.    We had Yi, Y-i, Schuler, S-c-h-u-l-e-r.

19      Q.    And that was yourself and your wife and Yi

20  Schuler?

21      A.    Yes.

22      Q.    And who else?

23      A.    I think that's it.  We later had another lady,

24  but I don't think she was there at that time.

25      Q.    Now what is your role with the company,



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

11

```
 1   Mr. Yang?
 2         A.    I'm the president.
 3         Q.    And what do you do as the president?
 4         A.    Mostly marketing.
 5         Q.    Sales?
 6         A.    Yes, sales, the same thing, yeah.
 7         Q.    What else?
 8         A.    Import.
 9         Q.    Anything else?
10         A.    A little bit of management because we don't
11   have too many employees I guess there.
12         Q.    What does your wife do?
13         A.    Accounting.
14         Q.    Only accounting?
15         A.    Yes, part time.
16         Q.    And Yi Schuler, what did she do?
17         A.    Office clerk.
18         Q.    And what were those duties?
19         A.    All the paperwork including from -- like
20   import paperwork, dealing with customers, trucking
21   companies.  With customers you have to do like a
22   purchase order invoice, those kinds of things and
23   customer calls.
24         Q.    Would she also -- you mentioned importing.
25   Would you have to -- would Yi Schuler also deal with
```



**ESQUIRE**
an Alexander Gallo Company

Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

12

1    any branch of the federal government related to

2    importing?

3        A.   Yes.  Once in a while you have to deal with

4    customs --

5        Q.   Customs?

6        A.   U.S. Customs inspection.  And sometimes you

7    have to deal with the USDA if there is an inspection,

8    yes.

9        Q.   U.S. Department of Agriculture?

10       A.   Yes.

11       Q.   What kind of agricultural goods are you

12   importing?

13       A.   No, no.  They just -- the USDA will inspect

14   any container.

15       Q.   Okay.

16       A.   They don't want you to have a plant or food

17   that is untreated.

18       Q.   Okay.  You've got currently the two employees

19   Kelly and Melina.  Now what does Kelly do?

20       A.   They are not strictly separated, so they both

21   handle like import/export, and they both deal with

22   customers.  The reason we have more than one employee

23   to two employees is because people used to buy whole

24   containers when the economy is good, so you don't need

25   to deal with many customers; but later nobody buy



Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

13

1    containers, and so we are forced to deal with many, many

2    more smaller customers.  So we have, you know, more

3    employees making less money because that's more common.

4         Q.    So more customers but a smaller amount of

5    goods going back and forth?

6         A.    You have more goods.  Like you have four

7    containers coming a month, and you sell to four, and

8    that's it.  It's very simple, but now you have like 40

9    customers or even more that only buy one box at a time,

10   and so you need more employees to deal with less goods.

11        Q.    So both Kelly and Melina are doing the role of

12   office clerk that Yi had previously?

13        A.    Yes.

14        Q.    So dealing with customers and import/expert

15   paperwork --

16        A.    Yes.

17        Q.    -- and dealing with the federal government

18   when needed?

19        A.    Yes.

20        Q.    Do you also do paperwork related to the

21   importing with U.S. Customs or the USDA?

22        A.    Occasionally.  Most of the time I don't.

23        Q.    You leave that to the clerks?

24        A.    Yes.

25        Q.    Does your wife have any role in dealing with



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

14

1    them?

2        A.   She will sometimes double-check with like

3    invoice packing.  She will check it and make sure the

4    price is accurate.

5        Q.   Okay.   And your company holds an importing

6    license?

7        A.   I don't think you need a license.  We pay for

8    a custom bond.  There is only one thing we need a

9    license, like mother of pearl.  Because that's a shell,

10   we have a license from Fish and Wildlife.

11       Q.   Okay.  So you have a customs bond.  Is that

12   what you said?

13       A.   Yes.  That's all we need to import.

14       Q.   What is the value of your bond?

15       A.   You pay like 300 or 400 a year.  I don't know

16   how much is the insurance bond; but that means if you

17   don't pay the port fee or you fail to claim a container

18   or something, I mean they go after the bond.

19       Q.   They go after the bond.  Who issues the bond

20   or who issued the bond?

21       A.   I'm not sure, but I think it's customs.  It's

22   U.S. Customs.

23       Q.   U.S. Customs issues the bond?

24       A.   Well, I'm not sure.

25       Q.   Okay.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

Yongzhi Yang                                    September 9, 2011

15

1        A.    I have to say I'm not sure.

2              MR. O'LEARY:  I think, Stirling, I'd like to

3    get some information related to the bond.

4        Q.    I assume, Mr. Yang, that you had a bond in

5    late 2006, early 2007?

6        A.    But the bond is not liability insurance.  It

7    deals only strictly with the port if you fail to pay a

8    port fee, yes.

9        Q.    Okay.

10             MR. O'LEARY:  I would like to see that bond

11   from 2006/2007, late 2006, early 2007, Stirling.

12             THE WITNESS:  I don't mind sending you a copy.

13   BY MR. O'LEARY:

14       Q.    Send it to your attorney, and he can send it

15   to me.

16       A.    Okay.

17       Q.    In late 2006 or early 2007 did your company

18   have a license to import goods to the United States?

19       A.    As I said, they don't require a license.

20       Q.    There is no license to import?

21       A.    No, except like Fish and Wildlife type of

22   thing.

23       Q.    What kind of goods were you importing into the

24   country in late 2006, early 2007?

25       A.    Marble products.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

16

1      Q.   Marble.  So strictly marble or other stone

2   products?

3      A.   Occasionally granite, so people -- you know,

4   marble is a loose term.  People say "We're going to buy

5   marble," but people don't know the difference between

6   marble, granite or limestone as only an expert would.

7      Q.   Knows those intricacies?

8      A.   The differences.

9      Q.   What is the marble and granite -- there are

10   different types of stone, correct?

11      A.   Yes.

12      Q.   And are there any other types of stone you are

13   importing?

14      A.   Well, strictly saying you have marble, you

15   have granite, you have Travertine.  I'm not sure if any

16   of our stone is classified as limestone.  Some marble

17   you can classify, but I'm not even sure on the

18   classification.

19      Q.   Okay.

20      A.   It's too complicated.

21      Q.   And what are those -- what is that stone?  Is

22   it in the form of the molding, medallions and --

23      A.   Yes, molding, mosaic, marble borders and

24   medallions.  Occasionally we do like fireplace columns

25   and those kinds of things.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

17

1      Q.   How long has your company been in business?

2      A.   Since 2003.

3      Q.   Between 2003 and late 2007 were you importing

4  product other than the stone we have talked about, the

5  marble, the granite and the Travertine?

6      A.   No.

7      Q.   What were you doing prior to -- personally

8  doing prior to 2003 before the formation of Stone Pride?

9      A.   I'm a minority shareholder in a company called

10 Wintech Digital Technology Corporation.  I'm still in

11 that.

12     Q.   What is the name of the company?

13     A.   Wintech Digital Technology Corporation.

14     Q.   W-i-n-t-e-c-h Digital Corp.?

15     A.   Yes.

16     Q.   Where is that located?

17     A.   Right now the office is in Beijing, China.

18     Q.   This is a Chinese company?

19     A.   Yes.

20     Q.   So you are a minority shareholder in a foreign

21 corporation?

22     A.   Yeah.

23     Q.   And what percentage ownership do you have?

24     A.   Including my wife probably 10 percent.

25     Q.   Your wife is also a minority shareholder?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

Yongzhi Yang                                    September 9, 2011

18

1        A.    Because we split everything.  Everything we

2   own we split.

3        Q.    That's nice of you.

4        A.    Thank you.

5        Q.    So that's in total.  You and your wife own

6   less than 10 percent?

7        A.    Probably around.

8        Q.    Around 10 percent?

9        A.    Yes.

10        Q.    Do you know what the value of that 10 percent

11   minority or that 10 percent interest is?

12        A.    Right now nothing because in terms of stock

13   value, nothing.  This company -- actually I went to the

14   OTCBB, and so the stock value I think right now is like

15   a penny.

16        Q.    For each stock?

17        A.    Literally a penny.

18        Q.    How many individual stocks do you own?

19        A.    About a million.

20        Q.    So it's about $100,000?

21        A.    No.

22        Q.    $10,000 --

23        A.    Yes.

24        Q.    -- value?

25        A.    Yes.


ESQUIRE
an Alexander Gallo Company

Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

Yongzhi Yang                                    September 9, 2011

19

1      Q.    Do you own any shares in any other companies?

2      A.    No, other than Stone Pride.

3      Q.    Other than Stone Pride.

4      A.    Yes.  Me and my wife owns 50 percent each.

5      Q.    Okay.  You mentioned OTCBB.  What's that?

6      A.    Over the counter.

7      Q.    Over the counter?

8      A.    It's like you have NASDAQ, and you have OTCBB

9   stocks, penny stocks.

10      Q.    That's the exchange that they're traded on,

11   OTCBB?

12      A.    Yes.

13      Q.    And where is that exchange?

14      A.    It's part of NASDAQ.

15      Q.    Okay.  So your wife is a 50 percent owner in

16   the company?

17      A.    Yes.

18      Q.    Do you have any children that are involved in

19   the company at all?

20      A.    No.  They're too young.

21      Q.    Under the age of 18?

22      A.    Yes.

23      Q.    And so prior to 2003 you were a minority

24   shareholder, and you were assisting in operating or you

25   were operating Wintech Digital Corporation?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

Yongzhi Yang                                    September 9, 2011

20

1        A.    I do international marketing, anything outside

2   of China, and I still do that.

3        Q.    You still do that?

4        A.    Yes.

5        Q.    International marketing.

6        A.    Yes.

7        Q.    Was that your employment prior to 2003?

8        A.    Yes.

9        Q.    That's the only thing you did?

10       A.    Yes.

11       Q.    Okay.  And how long had you been doing that?

12       A.    Since 2000.

13       Q.    2000 to 2003?

14       A.    Yes.

15       Q.    Okay.  You also mentioned that Stone Pride is

16   in the export business.

17       A.    Import.

18       Q.    Only import?

19       A.    Import, yeah.

20       Q.    Okay.  Other than the license that you have

21   with the U.S. Fish and Game service --

22       A.    Yes.

23       Q.    -- any other licenses that are held by your

24   company?

25       A.    No.



Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

ESQUIRE
an Alexander Gallo Company

Yongzhi Yang                                    September 9, 2011

21

1          Q.    What about you individually in terms of other

2     professional licenses that you may hold, a real estate

3     license?

4          A.    No.

5          Q.    A license to sell insurance?

6          A.    No.

7          Q.    A general contractor's license or a license

8     issued by the Contractor's State Licensing Board of

9     California?

10          A.    No license whatsoever.

11          Q.    Because of your involvement in China, has the

12     Chinese government issued you any type of license?

13          A.    No.

14          Q.    Nothing to export from China?

15          A.    No, no.

16          Q.    Do you import -- from what countries do you

17     import goods from?

18          A.    China.

19          Q.    Only China?

20          A.    Yes.

21          Q.    Is that Mainland China as well as Hong Kong?

22          A.    Mainland China.

23          Q.    Now does Stone Pride have any offices or

24     facilities in China?

25          A.    We have an office, yes.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

22

1        Q.    Where is that office located?

2        A.    In loose terms we have a few people handle

3   things in Guang Doang.

4        Q.    Can you spell Guang Doang for me, sorry?

5        A.    G-u-a-n-g D-o-a-n-g.

6        Q.    Is there a street address?

7        A.    61 He, H-e, Bing, is B-i-n-g, East Road.  Yufu

8   is the city name, Y-u-f-u, Guang Doang Province.

9        Q.    And so there is a physical location at that

10  address?

11       A.    An office.

12       Q.    And how many employees do you have there?

13       A.    We have right now six.

14       Q.    Are they all full-time employees?

15       A.    Well, legally it's not -- it's related to

16  Stone Pride, but legally it's not a subsidiary of Stone

17  Pride because me and my wife, we pay them separately.

18  So it's like they have to apply for Chinese business

19  license, so it's like a separate company owned by me and

20  my wife.

21       Q.    What is the name of that company?

22       A.    We call it Yutong.

23       Q.    Can you spell that?

24       A.    Y-u-t-o-n-g.

25       Q.    Is that one word?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

Yongzhi Yang                                    September 9, 2011

23

1        A.    It's actually two Chinese words, but in

2   English you normally put them together.

3        Q.    So that's Yutong at the address in Yufu,

4   correct?

5        A.    Yes.

6        Q.    And what is the source of income for Yutong?

7        A.    Whatever income we got, we pay them like a --

8   we allocate a certain percentage in our cost.  We have

9   about 5 percent allocated for these people.  Their main

10  job is find a source, and the most important thing is to

11  do a quality inspection.

12       Q.    So that's what your six employees are doing is

13  finding sources and they're doing quality inspections.

14       A.    Yes.  We do have like an accountant.

15       Q.    Is that among the six employees that you

16  included?

17       A.    Yes.

18       Q.    So there's one that does accounting?

19       A.    Yes.  And there is one lady dedicated for like

20  doing exporting and those kinds of things.

21       Q.    Obtaining licenses?

22       A.    No, paperwork.

23       Q.    So you identified one that does accounting,

24  one that does exporting paperwork, and that leaves

25  four individuals to find sources and to do the quality



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

Yongzhi Yang                                    September 9, 2011

24

1     inspections?

2          A.    Yes.

3          Q.    And does Yutong have a business license in

4     China?

5          A.    Yes, we do.

6          Q.    And who issued that business license?

7          A.    Yufu.

8          Q.    And to your knowledge what does that export

9     license allow Yutong to do?  Does it restrict the type

10    of goods it can export or --

11         A.    You have a business license.  You don't need

12    an export license.

13         Q.    So it's a business license?

14         A.    Yes.  Oh, to come back to your original

15    question, we do have a business license.  I should have

16    said a business license.  We do have a business license.

17         Q.    When you say "we" --

18         A.    Yeah, yeah, yeah.

19         Q.    -- you mean Stone Pride has a business

20    license?

21         A.    I wanted to correct my answer from before.  I

22    told you I have no license, but we do have a business

23    license.

24         Q.    Okay.  Thank you.

25         A.    I now remember that.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

Yongzhi Yang                                          September 9, 2011

25

1       Q.   Does Yutong have any insurance that's issued

2   by any company in China?

3       A.   They have similar to the workers' compensation

4   type of insurance, and they deliver medical.  That's

5   mandatory by the government.

6       Q.   Okay.  That's good.  Any other type of

7   insurance that Yutong has?

8       A.   There is no business license, no.

9       Q.   No business insurance?

10      A.   No.

11      Q.   What about any bonds?

12      A.   No.

13      Q.   What about insurance for Stone Pride in

14  California?  Does that have any insurance?

15      A.   We do now.

16      Q.   You do now?

17      A.   Yes.

18      Q.   Did you have any in late 2006, early 2007?

19      A.   Unfortunately, no.  I wish I had, yeah.

20      Q.   When did you get the insurance?

21      A.   I think it's 2007 when we moved to Anaheim,

22  I think.

23      Q.   When in 2007?  Do you know?

24      A.   February or March or something or earlier.

25      Q.   Or earlier?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

26

1         A.    In the early part of 2007, I think.

2         Q.    Okay.  And what kind of insurance is that?

3         A.    One is liability -- I think it's two.  It's a

4    business license and liability, the two standard

5    licenses.

6         Q.    Can you give those policies to your attorney?

7         A.    Yes.

8         Q.    I would request those two policies in addition

9    to the information regarding bonds that I've requested.

10        A.    Let me take notes.

11              MR. HOPSON:  I'm taking notes.  I'm going to

12   probably find that it's just one policy, most likely a

13   standardized policy.

14   BY MR. O'LEARY:

15        Q.    Let's say whatever you have give to your

16   attorney.

17        A.    Yes.

18        Q.    Now do you have any ownership interest in any

19   other companies in China, you yourself, Mr. Yang?

20        A.    Yes.

21        Q.    What other company?

22        A.    We have a startup called VPAL, V-P-A-L.

23        Q.    VPAL?

24        A.    VPAL, yes.

25        Q.    And is that you and your wife or just you?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

Yongzhi Yang                                      September 9, 2011

27

1        A.    That is me and another Chinese guy who is

2   actually in China.

3        Q.    What's his name?

4        A.    His first name is -- no, no, no.  His company

5   he owns half.  His company is I-t-i-b-i-a.

6        Q.    I-t-i-b-i-a?

7        A.    Yes.

8        Q.    Itibia, and you each own 50 percent?

9        A.    Yes.

10       Q.    What is that company?

11       A.    We develop security products, electronic

12   related.

13       Q.    So it's not related to drywall or stone or

14   anything?

15       A.    No.  It's like both Wintech and this company

16   are similar, like electronics embedded.  It's like a

17   handheld device like a video phone, but it's more than

18   that.

19       Q.    Okay.  Wintech or VPAL have nothing to do

20   with --

21       A.    Nothing related.

22       Q.    -- stone or drywall or anything like that.

23       A.    No.  It's electronics.

24       Q.    It's strictly electronics.  What about Yutong?

25   What does that company do?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

Yongzhi Yang                                    September 9, 2011

28

1        A.    Yutong is just sourcing and quality inspection

2    for Stone Pride.

3        Q.    For Stone Pride.  So it's focused on stone and

4    other products you are importing to the United States?

5        A.    Yes.

6        Q.    And was Yutong in business in late 2006, early

7    2007?

8        A.    Sometime the later part of 2007 probably

9    because before that I was doing a joint venture with a

10   Chinese guy, and the guy steal all the money and run

11   away.  That's when I started to try to do that.

12       Q.    And so in late 2006 or early 2007 who was in

13   China on behalf of Stone Pride performing these roles

14   finding sources and quality inspection?

15       A.    I was working with a guy whose name is Deng,

16   D-e-n-g, and the first name is Lianxin, L-i-a-n-x-i-n.

17       Q.    So his first name is D-i-n-g?

18       A.    D-e-n-g.

19       Q.    That's the first name?

20       A.    No.  The first name is Lianxin, L-i-a-n-x-i-n.

21       Q.    L-i-a-x-i-n?

22       A.    L-i-a-n-x-i-n.

23       Q.    Does he have a middle name?

24       A.    No.  Chinese people don't have middle names.

25       Q.    What was Mr. Deng doing?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

Yongzhi Yang                                    September 9, 2011

29

1        A.   He started finding a source for me, and then

2   he started to manufacture for us, and I put in some

3   money, so become a partner.

4        Q.   Was there a company name?

5        A.   Beisheng, B-e-i-s-h-e-n-g.

6        Q.   B-e-i-s-h-e-n-g.  That's one word, and that's

7   the name of the company?

8        A.   Yes.

9        Q.   And he stole your money and disappeared?

10        A.   Yes.  He went to jail for one year and then

11   come out.

12        Q.   So there was a criminal case in China related

13   to what he did to you?

14        A.   Yes.

15        Q.   Okay.  Did you get your money back?

16        A.   No.

17        Q.   Now are there any other companies that you

18   have anywhere in the world related to importing stone or

19   any other products to the United States?

20        A.   No.

21        Q.   Okay.  How do you know Kevin Hoang, H-o-a-n-g?

22        A.   One of our customers knew another guy -- I

23   forgot what his name is, and he later become a partner

24   with Kevin.  They set up a company, and I think they

25   started with doing import moldings.  The other guy is an



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

30

1    American guy, and I forgot what his name is.  I think

2    that's how I -- from my customer, met this guy.  This

3    guy was a partner with Kevin, and that's how I get to

4    know him.

5         Q.   Is that American guy's name John?

6         A.   No.  It's right in my mouth.

7         Q.   It will come to you.

8         A.   He's 70-some-years old, a really old guy.  I

9    can't remember.

10        Q.   It will come to you.  Just blurt it out when

11   you remember.

12        A.   Okay.

13        Q.   So this 70-year-old person whose name you

14   can't remember was a customer of yours, and he

15   introduced you to Kevin?

16        A.   No.  He was -- he knows one of my customers.

17        Q.   Okay.

18        A.    I met him there, and he is saying he's

19   starting a business.  He was just starting with Kevin.

20   That's it because I was dealing with him, but later I

21   think that business fell apart.  They sued each other.

22   Then Kevin become like an independent company, and

23   that's when I started talking with him.

24        Q.   Kevin was involved in a lawsuit with his

25   former partner?



Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

Yongzhi Yang                                      September 9, 2011

31

1       A.   Yes.

2       Q.   Gordon Mayo?

3       A.   Yes.

4       Q.   Thank you.  It just came to me as well.

5            So Gordon Mayo and Kevin were -- they sued

6   each other?

7       A.   That's what I heard.

8       Q.   And do you remember the name of their company?

9       A.   It was also Pan Pacific.

10      Q.   Okay.  And Pan Pacific, Incorporated or Pan

11   Pacific ENT?

12      A.   I don't know which is which, but I think what

13   Kevin did -- I didn't know the difference at the time.

14   Now I know they have a Pan Pacific something when he was

15   with Gordon which was a corporation; but when he later

16   did business with me, he still called it Pan Pacific,

17   but it's Pan Pacific, Inc. or something like a personal

18   company, but I didn't know it's different at the time.

19      Q.   So your customer introduced you to Gordon and

20   Pan Pacific; is that right?

21      A.   Yes.

22      Q.   Approximately when was that?

23      A.   It's before 2006, but I don't remember.

24      Q.   Okay.  You understand the lawsuit that we're

25   here about today relates to drywall imported from China?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

Yongzhi Yang                                        September 9, 2011

32

1        A.    Yes.

2        Q.    That drywall was imported in late 2006?

3        A.    Yes.

4        Q.    Had you done any work or imported any other

5   goods into the United States for Kevin or his company

6   prior to importing that drywall?

7        A.    Yes.  I think there's a purchase before.  He

8   had a project, a house where we imported medallions, one

9   fireplace and some columns.

10       Q.    And that's prior to the drywall?

11       A.    I think so.  I'm not 100 percent sure.  I

12  think so.

13       Q.    Do you know what the address of that other

14  house was?

15       A.    No.  Just, by the way, Kevin never gave me the

16  customer information because he protect that.

17       Q.    So you just turned it over to -- turned the

18  materials over to Kevin?

19       A.    Yes.

20       Q.    So you don't know where the house was?

21       A.    Yes.

22       Q.    So you don't know -- okay.  So tell me how you

23  came to import the drywall in late 2006, early 2007

24  which is the subject -- which is one of the subjects in

25  this litigation?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

33

1     A.    Yes.   Kevin come to me and says he's doing

2  this project and needs to import a lot of things, and I

3  don't remember if we discuss the medallions.   Probably

4  yes, because that's what we're good for, but later he

5  wanted other stuff that included aluminum windows,

6  aluminum doors and the drywall.

7          So from China we got the samples of aluminum,

8  part of aluminum doors and the entire aluminum windows

9  which cost a fortune to FedEx here.   Then we got four

10 or five different drywall samples from different

11 manufacturers for him to select.   That's it, but he did

12 not do any windows or doors with us, but he selected --

13 I don't know if him or his contractor selected one of

14 the drywall.

15    Q.    What about the medallions?

16    A.    He didn't do any business with the medallions.

17    Q.    So of those three items, the medallions, the

18 aluminum products, the window and doors and the drywall,

19 the only thing that Kevin ended up ordering was the

20 drywall?

21    A.    Yes.

22    Q.    What did he say to you about the aluminum

23 windows and doors and why he didn't want to go with

24 those?

25    A.    He said he didn't like the quality.



Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

Yongzhi Yang                                    September 9, 2011

34

1        Q.    He didn't like the product?

2        A.    The quality.

3        Q.    He didn't like the quality.  Why did he not

4    like the quality?

5        A.    I don't know.  I mean it's speculation, but I

6    mean speculating.  I don't know.

7        Q.    Did he ever --

8        A.    Off the record.  Any time he find a source

9    himself, if I leak a name to him, he goes direct and

10   bypasses me --

11       Q.    Okay.

12       A.    -- so that's off the record.

13       Q.    Well, it's actually on the record.

14       A.    Okay.

15       Q.    So he never told you why he didn't like the

16   aluminum windows or doors.  He just said --

17       A.    The quality is bad.

18       Q.    -- the quality is bad and he didn't want them.

19       A.    Yes.

20       Q.    Where did you get the four or five drywall

21   samples from?

22       A.    I think it's at least two companies from

23   China.

24       Q.    Okay.

25       A.    I think they're both from Shandong Province.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

Yongzhi Yang                                September 9, 2011

35

1        Q.    Can you spell that?

2        A.    S-h-a-n-d-o-n-g.

3        Q.    And what are those two companies?

4        A.    I think I e-mailed you that information.

5   Right now I don't remember the name.

6        Q.    One of the companies is Taian Taishan?

7        A.    Yes, T-a-i-a-n.

8        Q.    Yes, and they're one company, right?

9        A.    No.  Taishan is the city name.

10       Q.    Taishan, okay.  Well, we'll look at the

11   documents in a moment.

12       A.    Yes.

13       Q.    And so that's one of the companies, correct?

14       A.    Correct.

15       Q.    What's the name of the other company?

16       A.    That I really don't remember because we didn't

17   do business with them.  We just got the samples.  And

18   because I don't know anything about drywall, I gave to

19   Kevin, and either him or the contractor decide to select

20   from that factory, and so I didn't keep all the records

21   of the other one.

22       Q.    You didn't keep the records?

23       A.    Well, there is no -- other than probably an

24   e-mail from a friend of mine who sent something from

25   China, we don't have any records.  The reason we have



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

Yongzhi Yang                                    September 9, 2011

36

1     records on this one is because we have purchase orders

2     and we have invoices.

3         Q.    Okay.  With respect to the other company you

4     mentioned an e-mail.  I'd ask if you can provide that

5     e-mail to your attorney as well.

6         A.    Well, I may or may not be able to find it.  I

7     tried.

8         Q.    Understood.  If you find it, give it to your

9     attorney as well.

10        A.    Yeah.

11        Q.    So tell me -- you provided four or five

12    drywall samples.  How big are these samples?

13        A.    Minimum 12 x 12, and I remember there is one

14    that's really big.  It's like a half of the door.

15        Q.    12 x 12 inches, correct?

16        A.    Yeah, at least 12 x 12.

17        Q.    Are there any markings on the drywall on the

18    samples?

19        A.    I'm pretty sure.

20        Q.    Yes?

21        A.    Yes.

22        Q.    Do you know what those markings were or did

23    you get any photographs or did it come -- did they come

24    with any printed literature?

25        A.    No.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

Yongzhi Yang                                    September 9, 2011

37

1      Q.    No literature?

2      A.    No.

3      Q.    No photographs?

4      A.    No, just actual physical sample.

5      Q.    Physical samples?

6      A.    Yes.

7      Q.    Okay.

8      A.    There is a description on there.  I don't

9   remember if it come in separate e-mail telling us what

10  it is because there are different ones --

11     Q.    Okay.

12     A.    -- different thicknesses, and some of them

13  are actually -- what do you call that, water resistant

14  because I remember we recommended that one because that

15  one would not produce mold, especially in the bathrooms,

16  and they ended up not selecting that one.  It's more

17  expensive.  So they selected the regular one.

18     Q.    But you've never imported drywall, correct, at

19  any time prior to this?

20     A.    No.

21     Q.    Yet did your company make a recommendation

22  to go with one type of drywall versus another type of

23  drywall?

24     A.    Not a formal recommendation, but we were

25  leaning towards the one that is water resistant because



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

Yongzhi Yang                                    September 9, 2011

38

1    they did mention that a bathroom was involved.

2         Q.    So Kevin mentioned there was a bathroom

3    involved?

4         A.    Yes.

5         Q.    Now did you deal with anybody other than

6    Kevin?

7         A.    No.

8         Q.    Did you understand where this drywall was

9    going to be used?

10        A.    No.

11        Q.    Did you ever speak with a person by the name

12   of Scott Tran?

13        A.    No.

14        Q.    Did you ever deal with a person by the name of

15   Randy Nguyen?

16        A.    No.

17        Q.    You know those two names specifically, and

18   you've never dealt with them?

19        A.    No.  I learned the names from this legal

20   paper.

21        Q.    And so you've seen the names and you

22   understand generally their involvement, but you've never

23   dealt with those two gentlemen.

24        A.    No.  The only person is Kevin.

25        Q.    The only person is Kevin?



Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

ESQUIRE
an Alexander Gallo Company

Yongzhi Yang                                    September 9, 2011

39

1       A.   Yes.

2       Q.   And did you understand Kevin to have any

3  experience with or understanding of drywall, the

4  different types of drywall?

5       A.   I don't think so.  I mean he probably had

6  some knowledge, but I don't think so because he doesn't

7  regularly carry that.

8       Q.   He doesn't regularly carry those samples?

9       A.   Yes, and from my conversation with him, he's

10  not the one making the selection.  He always said "I

11  need to take this to my customer" which I don't know if

12  that is the homeowner or the contractor.  So they're the

13  ones who make the decision to select.

14       Q.   How long was it between the time that your

15  company gave the samples to Kevin and he contacted you

16  to select a specific type of drywall?

17       A.   More than a month I would say.

18       Q.   It took him approximately a month to make the

19  decision on which type of drywall?

20       A.   Yes.

21       Q.   And approximately when did your company give

22  the samples to Kevin?

23       A.   Sometime in 2006, but I really don't remember.

24       Q.   Can you describe the different samples?  Is it

25  like any drywall we would see here at Home Depot, you



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

Yongzhi Yang                                      September 9, 2011

40

1    know, white and cardboard or how did it look?  Was it a

2    different color?

3         A.   I've seen the drywall before, and most of it

4    looks like any drywall you use in U.S. except I never

5    saw the water resistant one before.  It's like a green,

6    and so that struck me as hey, this looks different, but

7    that's it.

8         Q.   Was it a dark green or a light green?

9         A.   It's just medium like --

10        Q.   Like a green --

11        A.   I mean I don't remember exactly.

12        Q.   Like a light green, a mint green or --

13        A.   Maybe in the middle, right, yeah, and that

14   struck me because it's different.

15        Q.   Okay.  It was different, but Kevin did not go

16   with that?

17        A.   I think he said his customer or somebody

18   didn't --

19        Q.   Didn't like it?

20        A.   Yes, the price I think.

21        Q.   And what was the reason he gave for going with

22   the sample that he selected?  Did he say it was the

23   price or what?

24        A.   As far as I remember he mentioned the price,

25   but I don't know.  If there's any other reasons, I don't


ESQUIRE
an Alexander Gallo Company

Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

41

1    know.

2         Q.   As to the amount of drywall, do you recall how

3    much drywall he ordered, how many sheets?

4         A.   I know it's like two containers, but I don't

5    know how many sheets --

6         Q.   Okay.

7         A.   -- and I don't want to guess.

8         Q.   We'll look at that in a moment.  Did he say

9    that this was going to be for one home or multiple

10   homes?

11        A.   He didn't say.

12        Q.   He didn't say.  Let me ask you.  Were you the

13   only person at your company dealing with Kevin related

14   to this order or was there anybody else?

15        A.   He came to our office a couple of times, you

16   know, and occasionally I'm not there.  He picked up a

17   sample, and so he would talk to my employees there, you

18   know, to pick up a sample.

19        Q.   And that would be Yi?

20        A.   Yes.

21        Q.   And Yi, what would she do?  Would she just

22   turn over the samples to him?

23        A.   She would say "Oh, the sample is here," you

24   know.

25        Q.   Here it is?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

42

1      A.   Yes.

2      Q.   If there was any paperwork, she would give it

3   to him or --

4      A.   There is no paperwork.

5      Q.   No paperwork?

6      A.   Not for a sample, no.

7      Q.   Did you get documents from any source whether

8   the U.S. government, the Chinese companies, anybody

9   related to those samples, you know, an import record,

10  for example, or an invoice for those companies or a

11  delivery order or anything like that from those

12  companies related to the samples?

13     A.   We have purchase orders, and we have invoices.

14     Q.   Related to those samples?

15     A.   Not the samples.  You are talking about the

16  samples?  No.

17     Q.   No?

18     A.   No.

19     Q.   Well, did anybody pay for the samples?

20     A.   We paid.

21     Q.   Your company paid?

22     A.   Yes.

23     Q.   Do you have a record of those payments?

24     A.   Oh, no.

25     Q.   You don't have a record of the payment?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

Yongzhi Yang                                    September 9, 2011

43

1      A.    No.   It's DHL.   They invoice me.   We have an

2   account with them.

3      Q.    DHL?

4      A.    Yes.   I'm pretty sure.   If it's not DHL, maybe

5   it's FedEx.   We have a contract with both.

6      Q.    Okay.

7      A.    They send monthly.

8      Q.    Let's work our way back.   Now Kevin comes to

9   you and says "I need some drywall."   Who did you talk to

10  in China to source the potential companies?

11     A.    I know a lady who does all the sourcing for a

12  lot of builders here, and so I ask her to find -- at the

13  time my intuition is that if somebody does not sell to

14  the U.S., their quality is not guaranteed because inside

15  China the standard is pretty loose.   If somebody had a

16  history of selling to the U.S., normally they pass U.S.

17  inspections and all those kinds of things.

18          So I asked the lady "Which company do you use

19  when you sell to Florida?"   She was helping a Florida

20  company to buy from China, and she lives in China.   So

21  she told me these two companies both had a history of

22  selling to the U.S.

23     Q.    Specifically to Florida?

24     A.    I just know she did a deal with Florida.   I'm

25  not too sure, but probably other parts of the U.S. too.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

Yongzhi Yang                                    September 9, 2011

                                                              44

1          Q.    What is that lady's name?

2          A.    Denise.

3          Q.    Can you spell it?

4          A.    D-e-n-i-s-e.

5          Q.    D-e-n-i-s-e?

6          A.    Yeah.

7          Q.    What is her last name?

8          A.    Li, L-i.

9          Q.    Sorry?

10         A.    L-i.

11         Q.    Li.  And does she go by another name other

12    than Denise?

13         A.    She has a Chinese name.  Ke, K-e, is the first

14    name.

15         Q.    K-e?

16         A.    Yes.

17         Q.    And where is she?  She lives in China?

18         A.    Yes.

19         Q.    Does she also live in the United States?

20         A.    No.

21         Q.    Does she visit the United States?

22         A.    No.  She is only in China.

23         Q.    Where in China?

24         A.    Guang Doang.

25         Q.    And do you know a street address?  How would



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

Yongzhi Yang                                    September 9, 2011

45

1    you contact her if you needed to contact her?

2          A.    I have an e-mail.

3          Q.    E-mail address?

4          A.    Yes.

5          Q.    Then I'm going to leave a blank line in the

6    deposition transcript; and if you could put her e-mail

7    address in there, that would be great.

8          A.    Okay.

9                (Information requested:_____

10   _____.)

11   BY MR. O'LEARY:

12         Q.    So you contacted Denise and said "Which

13   companies do you use in China that ship drywall to the

14   United States"?

15         A.    Yes.

16         Q.    And she said "I have these two companies"?

17         A.    Yes.

18         Q.    And what did you say?

19         A.    I asked her to find samples for me.

20         Q.    "Give me some samples"?

21         A.    Yes.

22         Q.    Did you give her any other specifics such as,

23   for example, this is going to be used in a home or

24   anything else?

25         A.    No, because I have no clue what it's for.


ESQUIRE
an Alexander Gallo Company

Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

46

1        Q.   But isn't it true that Kevin said that there
2   was going to be drywall installed in a bathroom?
3        A.   Yes, he said that, but he don't even mention
4   if it's commercial or it's like residential.
5        Q.   He just says he needs drywall.
6        A.   Yes.  I remember the water resistant when he
7   said there's a bathroom involved.
8        Q.   There was a bathroom involved?
9        A.   Yes.
10       Q.   So something that is water resistant.  When
11   she -- when Denise identified the two companies, did
12   you do any research on your own regarding those two
13   companies?
14       A.   I got on their websites, and I took a look.
15       Q.   To verify they were doing business in the
16   United States or what did you look at?
17       A.   I don't remember exactly, but in general I
18   would say normally the website would have descriptions
19   that says, I mean, how many employees we have, how big
20   our production capability is, and we sell worldwide to
21   whatever countries, but not 100 percent, but normally
22   that's what they do.
23       Q.   And so you looked at those two company
24   websites?
25       A.   Yes.



Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

Yongzhi Yang                                    September 9, 2011

47

1       Q.    Did you have any follow-up communication with
2    Denise then after you had looked online regarding these
3    two companies?
4       A.    Yes.  That's why I -- normally the way it
5    works is she tells me which company, and I take a look
6    and ask for a sample.
7       Q.    I'm sorry.  I missed it.  I spaced out for a
8    second.
9       A.    So normally the way it works is she would give
10   me the company information.  I would check it out
11   myself, just the website; and then if it looks okay, I
12   will ask for a sample.
13      Q.    Then you ask for samples?
14      A.    Yes.
15      Q.    So you're strictly e-mailing her back and
16   forth, correct?
17      A.    We also have phone conversations.
18      Q.    Phone conversations, okay.
19      A.    Probably not in particular for this one, but I
20   don't remember.
21      Q.    I ask if you have any e-mails you are able to
22   find with Denise, I'd ask for copies of those e-mails,
23   okay?
24      A.    I tried this already.
25      Q.    A few years old.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

Yongzhi Yang                                    September 9, 2011

48

1       A.   It's two computers later, so --

2       Q.   I understand.  So Denise then obtained the

3    samples and arranged for them to be couriered here to

4    the United States?

5       A.   Yes, using our account.

6       Q.   Did she go to the companies and pick up the

7    samples?

8       A.   No.

9       Q.   How were those samples collected and then sent

10   to you?

11      A.   The company sent us directly using our DHL

12   account.

13      Q.   So did you receive one shipment or two

14   shipments, one from each company?

15      A.   I think it's two, but I'm not totally sure.

16      Q.   Okay.  And again you'd have to look at the

17   courier invoices?

18      A.   Yes, probably.

19      Q.   Okay.  Again as we sit here today, you don't

20   recall the name of the second company, correct?

21      A.   I don't.

22      Q.   Okay.  But you were convinced based on what

23   Denise said and based on your research that both

24   companies were doing business in the United States?

25      A.   Yes.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

49

1        Q.    Okay.

2        A.    Yes.  Actually afterwards, after this thing, I

3   verified that Taian was doing business.

4        Q.    You verified they were?

5        A.    Because they got sued.  I saw it, and I did

6   some research on this issue, yes.

7        Q.    Okay.  You've done some research on this

8   issue?

9        A.    Yes.

10        Q.    What have you researched?

11        A.    I just find this company did sell a lot to the

12   United States, and they got sued, and they got a default

13   judgment.  So that's it.

14        Q.    Okay.  But prior to you doing your research

15   were you aware that Taian Taishan was doing business in

16   the United States?

17        A.    Oh, yeah, because the reason we selected them

18   is because they already sell to the U.S., and normally

19   that's an indication they have good quality.

20        Q.    Right.  And that's based on your conversations

21   with Denise --

22        A.    Website.

23        Q.    -- as well as the website, those two sources.

24        A.    Yes.

25        Q.    Do you know what the source of Denise's



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

50

1    information was that Taian Taishan was doing business in

2    the United States?

3         A.    She is actually the one who sourced, and so

4    she did help some guy in Florida buy from that company.

5         Q.    Okay.  And so she had previous experience then

6    with that company in China --

7         A.    Yes.

8         Q.    -- and shipping it in the United States?

9         A.    Yes.

10        Q.    Do you know who her point of contact was at

11   Taian Taishan?

12        A.    No.  She was talking to some gentleman, and

13   later had a conversation with that gentleman, and I

14   think I talked to more than one people because during

15   the process when we do the purchase of the invoice, I

16   talked to more than one people.  I don't remember if the

17   first guy quit or something.  I don't remember why, but

18   I think I talked to two people in that company.

19        Q.    You talked to -- you mentioned the name Quid;

20   is that right?

21        A.    No, no, no.  I mean I don't remember if the

22   first guy quit --

23        Q.    Oh, quit.

24        A.    -- and I talked to the second people.  I just

25   remember I had a conversation with more than one people



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

Yongzhi Yang                                    September 9, 2011

51

1   in that company.

2           (Recess.)

3           (Record read.)

4   BY MR. O'LEARY:

5       Q.   Okay.  Let's go back on the record.  Just so I

6   can clarify, you've never met Randy Nguyen, correct?

7       A.   No.

8       Q.   You've never spoken with him on the phone?

9       A.   No.

10      Q.   Your employees have never spoken with him as

11  far as you know?

12      A.   No.

13      Q.   You never exchanged e-mails?

14      A.   No.

15      Q.   Kevin has never discussed any conversations

16  that he's had with Randy, that Kevin and Randy had?  He

17  never discussed them with you?

18      A.   Except to say the owner or a contractor, I

19  don't remember which, didn't like this one or thinks

20  it's too expensive would be the only thing mentioned.

21      Q.   Did you know that person that Kevin was

22  referring to was Randy Nguyen?

23      A.   No.

24      Q.   So you don't know how Randy Nguyen is involved

25  in this case at all?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

Yongzhi Yang                                    September 9, 2011

52

1          A.    No.

2          Q.    What about Scott Tran?

3          A.    No.

4          Q.    You've never spoken with him?

5          A.    No.

6          Q.    You've never exchanged e-mails?

7          A.    No.

8          Q.    No one in your company has ever communicated

9     with him?

10         A.    No.

11         Q.    Has Kevin ever mentioned to you any

12    discussions he had with a person by the name of Scott

13    Tran?

14         A.    No.

15         Q.    So you don't know how Scott Tran is involved

16    in this case at all?

17         A.    No.  Kevin is very careful protecting the

18    customer list because he bypass people.  He's afraid I

19    bypass him.  I don't do that.

20         Q.    Do you think Kevin is a good businessman?

21         A.    Careful, I guess.

22         Q.    Careful?

23         A.    In terms of protecting his customer leads, but

24    I don't do that, I don't bypass people.

25         Q.    Have you ever dealt with Kevin's wife



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

Yongzhi Yang                                    September 9, 2011

53

1    Jacqueline?

2         A.   Yes.

3         Q.   How have you dealt with her?

4         A.   She would -- one or two times during that

5    time, in 2006/2007 time, more than one time they would

6    come together to pick up samples.

7         Q.   Did she come with him to pick up drywall

8    samples?

9         A.   Yes, and windows, you know, doors.

10        Q.   Do you know for sure she picked up the drywall

11   samples?

12        A.   No.

13        Q.   You don't know for sure?

14        A.   No.

15        Q.   You do know for sure she had come to pick up

16   samples?

17        A.   She visited our location at that time.

18        Q.   In the late 2006, early 2007 time period?

19        A.   Yes.

20        Q.   Did you ever speak with her?

21        A.   Yes.

22        Q.   What was your discussion with her?

23        A.   No business discussion, just "Hi," you know.

24        Q.   Did you ask her anything about the samples,

25   what they were going to be used for?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

Yongzhi Yang                                    September 9, 2011

54

 1        A.    No.

 2        Q.    Nothing?

 3        A.    No.

 4        Q.    Any other meetings or communications with

 5   Kevin's wife related to the drywall?

 6        A.    No.

 7        Q.    She never discussed the samples?

 8        A.    No.

 9        Q.    She never discussed the customer or the

10   homeowners' opinions of the samples?

11        A.    No.

12        Q.    Did she ever question you about the company in

13   China or the source in China where these samples had

14   come from?

15        A.    No.

16        Q.    Now why did Kevin not import the drywall

17   himself?

18        A.    Well, if he find a factory, he would.

19        Q.    So he came to you because he knew you had the

20   sources?

21        A.    Yes.

22        Q.    And Kevin goes to China quite a bit though,

23   doesn't he?

24        A.    Yes.

25        Q.    And does he discuss his trips to China with



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

55

1    you?

2         A.    At that time I think so, but after that

3    definitely.  I heard it, but I don't know when was the

4    first time I heard.

5         Q.    He was in China?

6         A.    That he was going to China, yes.

7         Q.    Now getting back to the actual drywall that

8    Kevin ordered, not the samples, but the actual specific

9    type of drywall he ordered, again you believe that he

10   ordered approximately two containers?

11        A.    Yes.

12        Q.    How did he pay for that?

13        A.    Check.

14        Q.    Do you have a copy of the check?

15        A.    I'm pretty sure we have.

16        Q.    Can I also get you to give your attorney a

17   copy of that check or any --

18        A.    If I can find.  I can't be 100 percent sure.

19        Q.    If you have that check, that would be great.

20        A.    I check.  Normally we keep invoices.  We

21   normally keep the check with the purchase order.

22        Q.    Any of that stuff that you haven't produced

23   already give to your attorney.

24        A.    I need to search for it.

25        Q.    Where are you going to search for it, through



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

Yongzhi Yang                                    September 9, 2011

56

1    your computer or through --

2         A.    No.

3         Q.    -- hard files?

4         A.    We do have some boxes.

5         Q.    Boxes?

6         A.    Yes.

7         Q.    Where are those boxes kept?

8         A.    We have little bit in the office, and I have

9    some in my garage.

10        Q.    At your home?

11        A.    Yes.

12        Q.    What city do you live in, Anaheim?

13        A.    Irvine.

14        Q.    Irvine?

15        A.    Yes.

16        Q.    I'm going to show you some documents here.

17   First I'll show you what I'm going to mark as Exhibit 1.

18   Sorry, I've only got one copy.

19             This is entitled "Plaintiffs' Notice of Oral

20   Deposition of the Person Most Knowledgeable for Stone

21   Pride International Corporation and Request for

22   Production of Documents."  Have you ever seen this

23   document at any time in the past?

24             THE WITNESS:  Did I get a copy of it?

25             MR. HOPSON:  I've never seen it before.  I was



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

57

1   here based on our e-mails.

2            MR. O'LEARY:  A copy of this was sent to you.

3            MR. HOPSON:  I got a bunch of documents, and I

4   got doubles of somebody.  I got two sets for the one at

5   9:30, but I didn't get this one.

6            MR. O'LEARY:  Okay.  I'll have to show you the

7   proof of service, I guess.

8            Did anybody else receive this document?

9            MR. GERI:  I'm pretty sure I did.

10           MR. ELKINS:  I think I did too.

11           MR. HOPSON:  I thought you just added me on at

12  the end of the day because you had all these other ones

13  going.  I never got this.  We brought nothing.

14           MR. O'LEARY:  I also had sent a previous

15  deposition notice.  I'll have to look for that.  I'll

16  have to show you the proof of service.  It's not

17  attached here.

18           MR. HOPSON:  Let me see that proof of service.

19           MR. O'LEARY:  There is no proof of service

20  attached to this document.

21           THE WITNESS:  It doesn't matter.  If I find

22  it, I will get it to you.

23           (Exhibit 1 marked.)

24  BY MR. O'LEARY:

25      Q.   I'm still going to mark this as Exhibit 1.  I



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

Yongzhi Yang                                    September 9, 2011

58

1    believe it's been served on counsel, and it requests --

2    it identifies some specific matters for which we are

3    here to discuss today as well as --

4           MS. PARKER:  This has a proof of service.

5    BY MR. O'LEARY:

6        Q.   -- request for production of documents 1

7    through 12.  There are documents that I have requested

8    in this notice of deposition.  There's documents I

9    requested, some specific documents; but in addition to

10   those the documents that we have discussed today that

11   you are going to produce to your attorney, I would like

12   to have those as well as any other documents that we may

13   discuss.

14       A.   Can you e-mail me a copy?

15       Q.   I will send a copy to your attorney, another

16   copy by e-mail.

17       A.   So he can forward to me.

18           MR. HOPSON:  Yes, that's fine.

19   BY MR. O'LEARY:

20       Q.   So that's Exhibit 1, and I'd like you to make

21   a complete search through your business --

22       A.   Computers.

23       Q.   -- your home, your business --

24       A.   Yes.

25       Q.   -- and any e-mail accounts that you may have,



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

Yongzhi Yang                                      September 9, 2011

59

1    okay --

2            A.    Yes.

3            Q.    -- as well as your servers.

4            A.    We don't have.

5            Q.    You don't have servers.  Just laptops or

6    desktops at your business, okay, as well as your home if

7    you access those things at your home.

8            A.    Yes.

9                  MR. HOPSON:  I'll probably get it tomorrow by

10   e-mail.

11                 MR. O'LEARY:  Monday.

12                 THE WITNESS:  Just e-mail it to me.  I'll go

13   through the list.

14                 (Exhibit 2 marked.)

15   BY MR. O'LEARY:

16           Q.    I'm going to show you what I'll mark then as

17   Exhibit Number 2.  It's a three-page document.  At the

18   top of the first page is "Taian Taishan Plasterboard

19   Co., Ltd."  This is an invoice.  You'll see on the

20   second page it's a packing list, and on the third page

21   there's another invoice.  Do you see those documents?

22           A.    Yes.

23           Q.    Are these the documents that you received from

24   Taian Taishan related to the importation of the drywall

25   specifically requested from Kevin?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

Yongzhi Yang                                    September 9, 2011

60

1        A.    Yes.

2        Q.    How do you know that?

3        A.    I think I supplied it.   I think so.

4        Q.    You provided these documents to me at a

5    previous time, correct?

6        A.    Yes.

7        Q.    And so by you reviewing these documents, you

8    are able to identify the time period of November 20,

9    2006 as the time period in which approximately Kevin

10   requested the drywall?

11       A.    Yes.   I think that's the actual time of

12   importing, and so the sample and the request is before

13   that.

14       Q.    He had requested that beforehand?

15       A.    Yes.

16       Q.    So his request to you though was sometime

17   prior to November 20, 2006?

18       A.    Yes.

19       Q.    Do you know how much earlier?   Was it one

20   month, two months earlier?

21       A.    This takes, I don't know, at least one month

22   or it could be two, three months.

23       Q.    Two to three months to actually get?

24       A.    Yes.

25       Q.    So two to three months is October, September



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

61

1    August is three months prior.

2         A.   Probably because we are doing doors, windows

3    and this at the same time, and to get the sample,

4    prepare the sample, ship the sample all takes time, so

5    it takes a long time.

6         Q.   Okay.  But this is not for any of the samples,

7    correct, this invoice?

8         A.   This is the actual container.

9         Q.   So the samples came prior to that.

10        A.   Yes.

11        Q.   So the samples came -- you know, I'm just

12   going to try and generally work back.  Based on the

13   information you've given me, this is for the arrival --

14   this invoice is for the arrival of the actual drywall

15   ordered by Kevin.

16        A.   Yes.

17        Q.   He made that order in approximately August or

18   September of 2006?

19        A.   This number of the invoice you get before they

20   ship, and so I would just say the request is a couple

21   weeks before that.

22        Q.   A couple weeks, and so sometime in October or

23   September?

24        A.   November 20, it's probably in October.

25        Q.   October.



Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

Yongzhi Yang                                        September 9, 2011

62

1        A.    Yes, the lead time normally in China -- the

2    factory takes like four weeks.  So normally they give

3    you four weeks' lead time.

4        Q.    Four weeks' lead time.  So that means that he

5    had made the selection based on the samples sometime in

6    October of 2006?

7        A.    Yes, before that.

8        Q.    Okay.

9        A.    Before that.

10       Q.    And so that means the samples were given to

11   Kevin sometime in approximately September of 2006 or

12   August of 2006?

13       A.    Or it could be earlier.

14       Q.    Earlier.

15       A.    Because it takes -- sometimes you give the

16   sample, and it takes a long time because you don't hear

17   from him, you know.

18       Q.    Okay.  I'm just trying to work out a general

19   timeline.

20       A.    Yes.

21       Q.    So you had requested the samples then from

22   these two different companies sometime during the summer

23   of 2006 or the spring of 2006?

24       A.    I don't recall, but it's probably summer.

25   It's not that long a time.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

Yongzhi Yang                                    September 9, 2011

63

1       Q.   I get it.  So just looking at the invoice

2   here, can you tell me the number of sheets of drywall

3   that you ordered on behalf of Kevin?

4       A.   This says 2,640 sheets.

5       Q.   Okay.  And you are looking under quantity,

6   correct?

7       A.   Yes.

8       Q.   And underneath that it says 660 sheets/40.  Is

9   that foot container, the FCL?  What is that?

10      A.   Yes.  40-foot container, yes.

11      Q.   It's being shipped from the Qingdao Port?

12      A.   Shandong.

13      Q.   Shandong Port?

14      A.   Same as Shandong beer.

15      Q.   I'll have to try that.  Who paid the $11,035

16  to Taian Taishan Plasterboard?

17      A.   Stone Pride.

18      Q.   You paid that?

19      A.   Correction.  I think I earlier said two

20  containers, and this looks like it's almost four

21  containers.

22      Q.   Where are you looking for that information?

23      A.   Because 2,650, and this is 660 per container,

24  so that would need four containers.

25      Q.   If you look down a little on this first page



Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

Yongzhi Yang                                    September 9, 2011

64

1    it says shipped by --

2         A.   Four.

3         Q.   -- Four times 40 HQ containers.

4         A.   Yes.

5         Q.   What does HQ mean?

6         A.   That means a higher container.  The ceiling is

7    higher than regular.

8         Q.   So is it 40 feet long?

9         A.   Yes.

10        Q.   And do you know how high?

11        A.   No.  I don't remember the specs --

12        Q.   Okay.

13        A.   -- but it's higher than -- there's two types

14   of containers.  One is a lower one, and one is a little

15   bit higher.

16        Q.   And underneath all of that it says -- and it's

17   difficult to read -- it gives the date 4-7-2011.  "The

18   above amount is the factory invoice amount plus the fees

19   paid to middleman, inspection fee (including travel

20   expense) is included."  Who is the middleman?

21        A.   That's not a man.  That's Denise.

22        Q.   Denise is the middleman?

23        A.   I shouldn't call her the middleman.  She is

24   the person who handles the quality inspection, who finds

25   the things, sourcing people probably.  I don't know how



Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

Yongzhi Yang                                    September 9, 2011

65

1   to call it, the inspector.

2        Q.   Okay.  Did she receive a fee?

3        A.   Yes.  The standard rule is 5 percent.

4        Q.   Did Stone Pride pay her?

5        A.   Yes.

6        Q.   Did Stone Pride pay her to quality inspect the

7   product before it left China?

8        A.   Yes.

9        Q.   Okay.  And what is involved in that quality

10  inspection?

11       A.   Normally you go there and you look.  You

12  can't -- the one thing it doesn't do, it does not

13  include the chemical testing; but you look at the no

14  breakage, and, you know, in general it's enough.  They

15  have a standard rule.  Like loading the container, you

16  take a picture.  You close one door and you take a

17  picture.

18            You make sure everything is in there so we

19  know we paid for the whole thing.  When you close the

20  door, you take a picture with the container number and

21  everything; but the most important thing is to make sure

22  the quantity is correct and the quality is good, but the

23  quality means visual.

24       Q.   A visual inspection.

25       A.   Yes, not a chemical.



Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

ESQUIRE
an Alexander Gallo Company

Yongzhi Yang                                September 9, 2011

66

1      Q.    But she took pictures?

2      A.    Yes.

3      Q.    Where are those pictures?

4      A.    Oh, I have no clue.

5      Q.    Does she have them?

6      A.    I don't think so.

7      Q.    Did she send them to you?

8      A.    Yes.

9      Q.    How?  By e-mail?

10     A.    Yes, but during this case I actually looked

11   for it.  The reason I was looking for pictures is I was

12   trying to see if I have a picture that shows the factory

13   name, some kind of evidence of which factory it comes

14   from, and I couldn't find any.

15     Q.    You couldn't find any pictures at all?

16     A.    No.

17     Q.    You couldn't find any e-mails?

18     A.    No.  If I find the e-mail, it would have a

19   picture in it.

20     Q.    I'd ask though that you do your best to search

21   your computer.

22     A.    I did.  To tell the truth, I was trying to see

23   if I can find, you know, some evidence to show where

24   that drywall comes from, and hopefully that's not in

25   the list by the U.S. government; but, unfortunately, I



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

67

1     later find out it is listed in U.S. government lawsuit.

2          Q.    All right.  I'd ask if you can make another

3     search for any pictures or anything and that if you find

4     anything to give them to your attorney.

5          A.    It's unlikely.

6          Q.    What is the HS code that's identified on this

7     invoice?

8          A.    Where?  Oh, that's for -- it's an import code.

9     Each item has -- U.S. Customs has a code, but this is an

10    international code.

11         Q.    An international customs code?

12         A.    It's called a harmonic-something.  It's a code

13    that the U.S. and China and everybody uses to identify a

14    particular product.

15         Q.    So this is a description of gypsum board?

16         A.    Yes.

17         Q.    Okay.

18         A.    So, for example, 68 would cover maybe like a

19    cement-based product, and then the next two digits

20    identify like board or something.

21         Q.    Okay.  All right.  I understand that.  Then on

22    the second page, if I can draw your attention there,

23    towards the bottom of the page, and I realize it's

24    difficult to read, but there are some Chinese characters

25    there.  Are you able to read those?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

Yongzhi Yang                                September 9, 2011

68

1           A.    Oh, that's two names.

2           Q.    Is that addressing it to somebody?

3           A.    Yes.  One is Mr. Liu.  It says --

4      "unintelligible Chinese" -- and it means Mr. Liu.

5                 THE REPORTER:  Sorry.  I can't write Chinese.

6                 THE WITNESS:  Well, the first one means

7      Mr. Liu, L-i-u.

8      BY MR. O'LEARY:

9           Q.    The one on the left?

10          A.    Yes, Mr. Liu.  The second person is -- the

11     name means Mrs. Tan, and that's T-a-n.  So there is no

12     first name.  Now I remember why I think there were two

13     people because I did talk to these two people.

14          Q.    You did talk to those two people?

15          A.    Yes.

16          Q.    And they're the two people with Taian Taishan

17     Plasterboard Co., Ltd.?

18          A.    Yes.

19          Q.    And if you know what is this oval-shaped

20     stamp?

21          A.    That's their company seal.

22          Q.    How do you know that?

23          A.    That's the Chinese tradition.  There's two

24     types of seals, an official seal like for signing a

25     contract normally for business is a round one.  And this



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

Yongzhi Yang                                September 9, 2011

69

1    oval-shaped one is like a marketing department of

2    some -- it's a less informal seal, but it's still a

3    company seal.

4         Q.   Okay.  Do you have the original of these

5    documents?

6         A.   This I e-mailed.

7         Q.   These are e-mailed?

8         A.   Yes.

9         Q.   This is the quality that you get?

10        A.   Yes.

11        Q.   Okay.

12        A.   Actually this might be a -- no, it's not

13   faxed.  If it is a fax, it should be on the top.

14   Normally it comes through the fax, and then we scan

15   them --

16        Q.   Okay.

17        A.   -- but I don't see any fax thing on the top.

18   I'm not sure.

19        Q.   Let's look at the last page which is Taian

20   Taishan Plasterboard Co, Ltd. invoice.

21        A.   Yes.

22        Q.   Toward the bottom of the page it says "TT

23   Direction"?

24        A.   Yes.  TT is a wire transfer.

25        Q.   A wire transfer?  The company is Taian Taishan



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

70

1    Plasterboard Co, Ltd., and is that the source of the

2    money or the --

3         A.    The factory.

4         Q.    The factory, and are they the recipient of the

5    money or the sender?

6         A.    They are the recipient.  When they send an

7    invoice, they ask us to send the money to this account.

8         Q.    Did they ask you to send it to the bank, the

9    Agricultural Bank of China Taian Branch?

10        A.    Yes.

11        Q.    And there is the bank address.  What is that

12   address?  Can you read that?  90 Ying Xuan Road, Taian,

13   China?

14        A.    I don't know if the first one is a Y or an X.

15   I couldn't tell.

16        Q.    Okay.

17        A.    Xuan Road, but I can't tell.

18        Q.    Okay.  All right.  You can't read it either,

19   and then that's the bank account number where they asked

20   you to wire the funds?

21        A.    Correct.

22        Q.    Then what's the Swift BIC?

23        A.    That's just like a unique code for each bank.

24        Q.    Okay.  And the representative from Taian

25   Taishan specifically requested, sorry, gave you this



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

Yongzhi Yang                                    September 9, 2011

71

1    information; is that correct?

2         A.    To wire the money to, yes.

3         Q.    Do you know who it was that gave you that?

4    Was it Mr. Liu or Mrs. Tan, one of those two?

5         A.    Yes.

6         Q.    And you don't recall which one?

7         A.    No.

8              (Exhibit 3 marked.)

9    BY MR. O'LEARY:

10        Q.    All right.  I'm going to show you what I'll

11   mark as Exhibit 3.  It's a one-page document from Lion

12   Group Shipping, Incorporated here in Monterey Park,

13   California.  This is an arrival notice invoice.  From

14   whom did you receive this or do you recognize this

15   document?

16        A.    Yes.  This is the standard procedure.  When

17   the container comes -- actually before it comes, you

18   receive this notice saying that the container is coming,

19   and you need to pay the shipping fee.  So Lion Group is

20   the shipping company.

21        Q.    Do you use a broker or anything?

22        A.    Yes.

23        Q.    Are they the broker here?

24        A.    No, no, no.  Custom broker is the one who

25   handles -- like they buy the bond for you.  They handle



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

Yongzhi Yang                                    September 9, 2011

72

1    all the import/export paper to submit for U.S. Customs.

2    These are the shipping lines who owns the ship.

3        Q.    And in this case the vessel is the MSC

4    Loretta, L-o-r-e-t-t-a?

5        A.    Where is that?  Yes.

6        Q.    Okay.  What is the MB/L number?

7        A.    Master bill of lading.

8        Q.    Master bill of lading.

9        A.    Number, yes.

10       Q.    In this case the number is MSCUQO016045.  And

11   again a little farther down we see the commodity.  It

12   has the container numbers, correct?

13       A.    Yes.

14       Q.    Does this identify four containers?

15       A.    Correct.

16       Q.    Four containers 40 feet in length?

17       A.    Yes.

18       Q.    Each containing 660 sheets?

19       A.    Yes.

20       Q.    Okay.  Did Stone Pride receive this document

21   from -- it was sent, this document, from Lion Group; is

22   that correct?

23       A.    Yes.

24       Q.    Okay.  And do you have any recollection of

25   receiving that from the Lion Group?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

73

1        A.    Normally I don't handle this.  Yi handles

2    this.

3        Q.    Yi, your office clerk?

4        A.    Yes.

5        Q.    Okay.  And she would know that -- it's just

6    noting that the materials are in transit basically,

7    correct?

8        A.    It's the arrival notice.  It tells you it's

9    going to arrive in a few days.  They give you an ETA,

10   and then they ask you to pay this because they want to

11   collect money before you get the container.

12              (Exhibit 4 marked.)

13   BY MR. O'LEARY:

14       Q.    Okay.  I'm going to show you what I'll mark as

15   Exhibit 4.  This is a two-page document from Rapid

16   Freight, Incorporated.  What is Rapid Freight or who is

17   Rapid Freight?

18       A.    That's the custom agent.

19       Q.    What is their role?

20       A.    They are the ones who does like the submittal

21   of the paperwork to the customs, U.S. Customs, and they

22   are the ones I mentioned that buy like a bond for us.

23   They are the ones that if there is like any custom

24   inspection, USDA inspection or anything, they are the

25   ones who actually handle it.



Toll Free: 800.755.1880
Facsimile: 714.708.0402

ESQUIRE
an Alexander Gallo Company

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

74

1     Q.    Okay.  But here we see the name Pacific -- Pan

2  Pacific Homemart in Westminster, California.  How would

3  they get that information?

4     A.    This is a delivery order, so when we submit

5  the paper to them, we will tell them.

6     Q.    By "them" you are referring to Rapid Freight?

7     A.    They will ask us.  They will say "Where is

8  this being shipped to?"  So we give them this.  They

9  create a delivery order, and this goes to the port so

10  that when the driver goes there, they know where this

11  container should be sent to.

12     Q.    So based on this delivery order --

13     A.    Yes.

14     Q.    -- the four containers are being delivered to

15  9741 Reading Avenue in Westminster, California?

16     A.    Correct.

17     Q.    Okay.  And again that's all four containers of

18  drywall, correct?

19     A.    Yes.

20     Q.    Then if you look on the second page, the

21  invoice is addressed to you, Charley Yang, at Stone

22  Pride.  This is a bill you've been sent for the delivery

23  of the product from the port to the Pan Pacific Homemart

24  location in Westminster, California, correct?

25     A.    No.  This is a custom broker fee.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

Yongzhi Yang                                    September 9, 2011

75

1       Q.    This is a broker fee?

2       A.    It is included in the duty.  They paid the

3  duty for us, and then they pass it to us.  So this

4  has -- the last one is $95 which is what they charge

5  for dealing with U.S. Customs, and that's the broker

6  fee.

7       Q.    U.S. Customs, okay.  Then they --

8       A.    There is a custom duty, and the first one is

9  courier, and that's the fee for submitting documents to

10  U.S. Customs.

11       Q.    Did they then, Rapid Freight, put it on the

12  trucks and then send it to that address for Pan Pacific?

13       A.    No.  They send the delivery order to the

14  trucking company --

15       Q.    Okay.

16       A.    -- which we provided to them.

17       Q.    Okay.  We will get to that then in just one

18  moment.  I'll show you a one-page document which I'll

19  mark as Exhibit Number 5.

20            (Exhibit 5 marked.)

21  BY MR. O'LEARY:

22       Q.    What is this?  It's from the Department of the

23  Treasury.  It's an entry summary.  This is a document

24  that you would receive then from whom, Rapid Freight or

25  from Lion Shipping, if you know?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

Yongzhi Yang                                          September 9, 2011

76

1        A.    No.   This comes from U.S. Customs.  So what
2    they do is like if you notice the amount, let me see,
3    38.79 --
4        Q.    And for the record you are referring to the
5    second page of Exhibit 4?
6        A.    Yes.   That's the amount of duty.
7        Q.    38.79?
8        A.    Yes.   And this is the detail of why they are
9    charging this much.
10        Q.    So you can see that number "38.7" towards the
11    bottom right portion of Exhibit Number 5.
12        A.    Correct.
13        Q.    Okay.   That fee is the duty paid.
14        A.    Yes.
15        Q.    Okay.   So the entry summary is just showing
16    that it's arriving in the U.S., and this is a summary of
17    the duties paid to U.S. Customs?
18        A.    Yes.   This essentially is an invoice from U.S.
19    Customs.
20        Q.    And you're familiar with this type of
21    document, correct?
22        A.    Yes.
23        Q.    You've seen this for other materials you've
24    imported to the United States?
25        A.    Yes.   Normally I don't handle it, but I've



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

77

1    seen this.

2         Q.    Your office clerk handles this.

3         A.    Yes.

4         Q.    And it's something your office clerk handles

5    in the normal course of your business.  This is a --

6         A.    Routine.

7         Q.    -- routine document.

8         A.    Yes.

9               (Exhibit 6 marked.)

10   BY MR. O'LEARY:

11        Q.    Okay.  Show you what I'll mark then as Exhibit

12   Number 6.  It's a one-page document entitled "Invoice."

13   If you could take a quick look at that and tell me is

14   this something that's generated by your company?

15        A.    Correct.

16        Q.    How do you know it's generated by your

17   company?

18        A.    This is our standard format.

19        Q.    Is this created using a specific piece of

20   software or did you create --

21        A.    This is Excel.

22        Q.    This is Excel, okay, but you recognize this as

23   your document?

24        A.    Yes, and another correction.  Actually this

25   means -- K-01 means this is the first time we deal with



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

Yongzhi Yang                                    September 9, 2011

78

1    them.  Previously I said we did some business with

2    Kevin.

3          Q.    You are identifying the K-01 next to both the

4    invoice number and the PO number.

5          A.    Yes.

6          Q.    What does the K stand for?

7          A.    Kevin.

8          Q.    So it's the first time you were dealing with

9    Kevin?

10         A.    Yes.

11         Q.    Okay.  And again it identifies four 40-foot

12   containers with 660 pieces in each container correct?

13         A.    Correct.

14         Q.    And under the regular drywall sheets or next

15   to that is the measurement of the drywall, correct,

16   4 feet x 12 feet x 1 1/2 inches thick?

17         A.    Correct.

18         Q.    And it also notes here that Kevin was given a

19   refund on 11-28-06.  Why was Kevin given a refund?

20         A.    Which refund?

21         Q.    You'll notice here on the lower right side it

22   says "Refunded to Kevin on 11-28-06."

23         A.    "Refund to Kevin.  Total credit due."  I don't

24   remember.  Let me see.  We have this much less payment.

25   He paid -- did he overpay for this.  Let me see.  Total



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

Yongzhi Yang                                    September 9, 2011

79

1    credit -- I think that somehow we overcharged him.  So

2    if you add this, we overcharged him by this much.

3         Q.   But you'll notice here that next to the less

4    payment there is a deposit received of number 134.  Is

5    that the check number?

6         A.   Yes.

7         Q.   And then underneath check number 135 received.

8         A.   Yes.

9         Q.   You received two checks from him?

10        A.   Yes.  Wait a minute.  This is not right.

11   Deposit, yes, that's right.

12        Q.   Okay.  Also this invoice was revised on

13   November 21, 2006, correct?

14        A.   Yes.

15        Q.   I'm sorry, revised on 11-27-06.

16        A.   Yes.

17        Q.   Now I'm looking at the upper right portion of

18   the document.  How were revisions made to your Excel

19   document?  When you revise a document, do you save over

20   the previous information or do you create a new and

21   separate Excel document?

22        A.   I don't know how she did it.

23        Q.   This is your office clerk?

24        A.   Yes.

25        Q.   This is Yi?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

Yongzhi Yang                                    September 9, 2011

80

1       A.   Yes.

2       Q.   Y-i?

3       A.   Yes.

4       Q.   Just Y-i?

5       A.   Yes.  Normally when you have a revision like

6  in this case where you have an initial invoice, that

7  shows a total; and then after you receive the deposit,

8  you put it down.  You revise it, so now they owe a less

9  amount.  So when the final invoice goes in, it's already

10  revised.  We put the checks in there; so now instead of

11  owing 24,000, they owe the balance after the deposit.

12      Q.   Okay.  It also notes here Insurance, .35

13  percent.  What insurance is that?

14      A.   Shipping.

15      Q.   That's insurance that you have with the

16  shipping company?

17      A.   You buy the insurance when you ship.  You pay

18  the part of the shipping fee in case the container, for

19  example, gets water damage or something or dropped

20  overboat -- overboard.  Believe it or not, you have a

21  lot of containers lost on the sea, so --

22      Q.   Is that insurance that you bought?

23      A.   During the time we book the container, you can

24  pay a fee.

25      Q.   So that just covers the shipping from China?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

Yongzhi Yang                                    September 9, 2011

81

1      A.    We consider that part of the shipping cost.

2      Q.    And at some point 35 percent is your markup on

3  that insurance?

4      A.    No.  That's the standard rate.

5      Q.    Standard rate, and so you haven't marked that

6  up at all.

7      A.    No.  That's the standard.

8            (Exhibit 7 marked.)

9  BY MR. O'LEARY:

10     Q.    I'll show you what I'll mark as Exhibit Number

11 7.  This is a one-page document Crossroads Express, LLC.

12 It's an invoice dated 1-12-2007.  Can I have you take a

13 look at that.  Do you recognize this document?

14     A.    Yes, that's the trucking company.

15     Q.    So Rapid Freight, who we have spoken about in

16 Exhibit Number 4, would they --

17     A.    They will send a delivery order to Crossroads.

18     Q.    The shipping company?

19     A.    The trucking company.

20     Q.    The trucking company.

21     A.    Yes.

22     Q.    And who gave the instructions on where to

23 transport the various containers to Crossroads?

24     A.    That's the delivery order.  The delivery order

25 tells the trucking company to send it to this address.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

Yongzhi Yang                                    September 9, 2011

82

1        Q.    Exhibit 4 is the delivery order which says the
2   material should be sent to Pan Pacific at 9741 Reading
3   Avenue, correct?
4        A.    Yes.
5        Q.    And then the Crossroads invoice, Exhibit
6   Number 7, is an invoice for the shipment of those four
7   containers to that address, correct?
8        A.    Correct.
9        Q.    Okay.  And below that you'll see a Stone Pride
10  International check number 936.  Is that your signature
11  on the check?
12       A.    Yes.
13       Q.    Okay.  And why are you making the payment to
14  crossroads?
15       A.    We are paying for the trucking fee.
16       Q.    You're paying the trucking fee, and then you
17  would be reimbursed from Kevin?
18       A.    Yes.  So the invoice amount we invoice to him
19  includes the ocean shipping, customs, duties and the
20  trucking.
21       Q.    That's the $11,035 that you originally --
22       A.    It's more than that, 24.
23       Q.    Oh, 24,000, okay.  Yes, that's right.  I'm
24  sorry.  I'm just curious.  In looking at Exhibit 7,
25  you'll see the instructions, sorry, the description, for



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

Yongzhi Yang                                    September 9, 2011

83

1    example, trucking container number LCR04302803 taken to

2    Westminster.  The next one taken to Westminster.  The

3    third container taken to Westminster.  The fourth

4    container is taken to Paramount.  Do you see that?

5         A.   Yes.

6         Q.   Who would have given these instructions to

7    Crossroads or was this -- let me rephrase it.  Is this a

8    summary of what was done?

9         A.   Yes.  So in between there must be something

10   happening because we only have one delivery order,

11   and the delivery order says -- I never noticed this

12   difference.  By the way, I've never seen this because

13   the other people were handling this.  You see according

14   to the delivery order all the four containers should go

15   to this location.

16            So this document is sent to the trucking

17   company.  It's also sent to the Port of Long Beach for

18   their file, but somewhere along the way the only people

19   who would reroute the trucking would be Kevin because

20   they now own the container.  They can tell them to send

21   another container to a different location.

22        Q.   And for the record you're pointing to delivery

23   order Exhibit Number 4 --

24        A.   Yes.

25        Q.   -- and you were pointing to the Pan Pacific



Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

ESQUIRE
an Alexander Gallo Company

Yongzhi Yang                                    September 9, 2011

84

1    address of 9741.

2         A.    If for any reason they deliver to a different

3    location, they would be the one to call.

4         Q.    So Kevin would be the one to call --

5         A.    He must have called.

6         Q.    -- to disburse the different containers to the

7    different locations as indicated on the Crossroads

8    Express, LLC invoice Exhibit 7.

9         A.    Yes.

10              MR. O'LEARY:  Let's take a quick break.

11              (Recess.)

12   BY MR. O'LEARY:

13        Q.    Mr. Yang, I appreciate your time, and we're

14   almost done.  You understand that we're back on the

15   record and you're still under oath?

16        A.    Yes.

17        Q.    Okay.  I have a couple other quick questions

18   here.  Did you ever see the drywall that you imported

19   other than the samples?

20        A.    No.

21        Q.    So the containers never went to your facility.

22        A.    No.

23        Q.    They went directly to the customers.

24        A.    Yes, according to the order.  According to the

25   delivery order.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

Yongzhi Yang                                    September 9, 2011

85

1       Q.   But you know that they never went to your

2    address, correct?

3       A.   No.

4       Q.   Yes, you know that they never went to your

5    address?

6       A.   They never went to our address --

7       Q.   Okay.

8       A.   -- because we didn't even have a warehouse at

9    the time.

10      Q.   Have you ever discussed the drywall with Kevin

11   at any time since he received it back in late 2006?

12      A.   After that time, no.

13      Q.   At any time later have you spoken to him?  Up

14   until today have you spoken with him, last week, a month

15   ago, six months ago, about the drywall in this case?

16      A.   Actually, yes.  He -- sometime we had a

17   conversation, and I think before I even got any

18   documents indicating I'm involved in this case, he told

19   me that.

20      Q.   He called you?

21      A.   Yes.

22      Q.   What did he say?

23      A.   He said he got into trouble with the drywall,

24   and he's going to give my name and everything.  He said

25   he has no choice, so basically that's what he said.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

Yongzhi Yang                                    September 9, 2011

86

1       Q.    What did you say to him?

2       A.    I couldn't blame him for giving my name.  I

3  didn't say much.

4       Q.    Have you ever spoken about it since?

5       A.    We had probably two conversations.  I don't

6  remember exactly.

7       Q.    And what happened in that other conversation?

8       A.    In the other conversation I think was after I

9  got the document to come like I'm --

10      Q.    Being sued?

11      A.    -- being sued or being subpenaed or something

12  after that.  I did have a conversation with him.

13      Q.    You spoke to him?

14      A.    Yes.

15      Q.    And how long do you think that conversation

16  was?

17      A.    A couple minutes.

18      Q.    And what did you discuss?

19      A.    Well, I just told him I'm in trouble

20  because -- I told him "Did you have insurance?"  He said

21  he has, and that's why I heard he said that he has

22  insurance.

23      Q.    He said he has insurance?

24      A.    And that's also the time that I learned that

25  it actually doesn't matter if you have insurance -- I



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

87

 1    mean you have a corporation.  That's when I learned it's

 2    not really a corporation.  It's like in his personal

 3    name, and so it's like a dba type of a company; but I

 4    said "It doesn't matter.  You have insurance."  I told

 5    him "I don't have insurance."

 6         Q.   Did he tell you what type of insurance he has

 7    or did he describe it for you?

 8         A.   No.  He didn't say.  He said "I had

 9    insurance."  That's it.

10         Q.   Insurance -- so he said he had insurance?

11         A.   Yes.

12         Q.   And you know that specifically he said that to

13    you?

14         A.   Yes.  I said "Oh, you're off the hook.  The

15    insurance will cover it."  That's what I told him.

16         Q.   Okay.  And did he mention who the policy was

17    through?

18         A.   No, no details.

19         Q.   No details, okay.  Have you ever spoken

20    with -- you've never spoken with Randy Nguyen?

21         A.   No, never.

22         Q.   You've never spoken to Scott Tran as well?

23         A.   No.

24         Q.   Have you ever been to the Reading Avenue

25    address in Westminster that's identified as the location



Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

88

1    where Pan Pacific received the or was to receive the

2    drywall?

3         A.    I went to two locations.  They had one

4    warehouse near the 5.  I don't know if that's Reading or

5    not but right off the 5.

6         Q.    Santa Fe Springs?

7         A.    Santa Fe Springs, yes.

8         Q.    The address is 13500 Excelsior Drive in Santa

9    Fe Springs?

10        A.    That's probably it.  Then the other one I went

11   to after they had another warehouse, and I think it's --

12        Q.    Is that on Downey Avenue in Paramount,

13   California?

14        A.    Yes.

15        Q.    So you've been to those two locations?

16        A.    Yes.

17        Q.    Both of those locations you know belong to Pan

18   Pacific Homemart?

19        A.    One belongs to Gordon, like when they had

20   Gordon and some other partners.

21        Q.    Okay.

22        A.    And the other one was when like they sued each

23   other, and then Kevin had his own warehouse.

24        Q.    And his own warehouse is the one in Paramount,

25   California on Downey Avenue?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

Yongzhi Yang                                    September 9, 2011

89

1        A.    Yes.

2        Q.    And the one where he was with Gordon is in

3   Santa Fe Springs?

4        A.    I'm pretty sure.

5        Q.    Okay.  And what was the purpose of you going

6   to the Santa Fe Springs location?

7        A.    Gordon invited me there.  I think that's where

8   I met Kevin.

9        Q.    And so that's prior to ordering the drywall,

10  correct?

11       A.    That's way before.  I mean the drywall is

12  after the split.

13       Q.    Okay.  And what was the purpose of going to

14  the Downey Avenue address in Paramount?

15       A.    That was probably 2009 or even 2010 we did

16  another project.  A couple times I went there to pick up

17  a check or try to collect some money.

18       Q.    Did he pay you?

19       A.    Yes, eventually.  Well, you know, I mean not

20  everything.  We eventually settled, so --

21       Q.    Was a lawsuit filed?

22       A.    No, no.

23       Q.    Okay.  Do you know the name National Discount

24  Brokers?

25       A.    No.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

Yongzhi Yang                                    September 9, 2011

90

1        MR. O'LEARY:  I'll reserve five minutes.

2                    EXAMINATION

3    BY MS. PARKER:

4        Q.    Mr. Yang, my name is Maggie Parker, and I

5    represent Randy Nguyen.  I just wanted to clarify that

6    initially when you were going to order drywall, you

7    researched Taian Taishan Plasterboard, and at that time

8    it looked like they were doing business in the United

9    States and not having any problems; is that correct?

10       A.    Correct.

11       Q.    And then you later indicated that you did some

12   more research and found out they had been sued?

13       A.    That's after I got the lawsuit.

14       Q.    Okay.  That's what I wanted to know.

15       A.    I was doing research about, you know, why

16   Chinese drywall has an issue, what is the issue, who is

17   getting sued and who is involved.

18       Q.    So that would have been like within the last

19   six months to a year?

20       A.    Less than six months.  It's been going on less

21   than six months.

22                MS. PARKER:  That's probably when we brought

23   him in.

24                MR. O'LEARY:  Yes.  I think it was June.

25   BY MS. PARKER:



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

Yongzhi Yang                                         September 9, 2011

91

1      Q.    And it was at that time that you found out

2    there were problems with the Chinese drywall?

3      A.    Yes.  I was trying to see the background of

4    the issue and what is the government testing report and

5    everything.

6      Q.    And before you did that research were you

7    aware of any problems with Chinese drywall?

8      A.    I think I heard that in the news before, way

9    before that.  I think it's Louisiana, New Orleans.

10     Q.    But not at the time that you had supplied the

11   drywall?

12     A.    No, no.

13          MS. PARKER:  Okay.  That's all I have.  Thank

14   you.

15                          EXAMINATION

16   BY MR. GERI:

17     Q.    Good afternoon.  My name is Joe Geri, and I

18   represent Titan Construction.  Have you ever heard of

19   Titan Construction?

20     A.    No.

21     Q.    Have you ever spoken to anyone from Titan

22   Construction?

23     A.    No.

24     Q.    Do you know who installed the drywall at the

25   project that is the subject of this lawsuit?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

Yongzhi Yang                                    September 9, 2011

92

1        A.    I don't remember if I saw the -- after I

2    received the document, I don't remember if I've seen his

3    name as one of the parties.  I don't remember --

4        Q.    Okay.

5        A.    -- but the knowledge is after I received all

6    the legal documents.

7        Q.    All right.  Now you've spoken with Taian

8    Taishan Plasterboard, some people from that company,

9    you've spoken to them?

10       A.    No.

11       Q.    None of them?

12       A.    No.

13       Q.    How did you communicate with -- how did the

14   drywall get to -- where was the drywall shipped to from

15   Taian Taishan Plasterboard?

16       A.    According to the delivery order to here, to

17   the Westminster location and the last one went to the

18   Paramount -- the Downey location.

19            MR. O'LEARY:  And for the record he's looking

20   at Exhibit Number 7.

21   BY MR. GERI:

22       Q.    But if you've never spoken to anyone from that

23   company, how did that company know to ship you the

24   containers?

25       A.    The way it works is Kevin, who is our



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

Yongzhi Yang                                    September 9, 2011

93

1    customer, would give us the address of the shipment --

2    well, according to the delivery, he only gave us one

3    address, the Pan Pacific Homemart at the Reading Avenue

4    address.

5         Q.    But did you contact Taian Taishan to send the

6    drywall somewhere?

7         A.    No.   The procedure is we gave this to the

8    custom broker.   The custom broker submits this delivery

9    order, one copy to the trucking company and one copy to

10   the port, and the trucking goes to the port, takes the

11   container and sends it to the jobsite.

12        Q.    Okay.

13             MR. O'LEARY:   For the record the witness is

14   referring to Exhibit 4.

15   BY MR. GERI:

16        Q.    Now the manufacturer of this drywall is Taian

17   Taishan, right?

18        A.    Yes.

19        Q.    And they received a request to send four

20   containers, right?

21        A.    Yes.

22        Q.    How did they receive that request?

23        A.    We sent them an order.   Stone Pride ordered

24   from them.

25        Q.    And how did you send the order?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

94

1          A.    Let me see.  In this particular case because

2     normally if we send them a purchase order, we keep a

3     copy.  In this case since there is no purchase order,

4     it's done another way.  Some other way is sometimes

5     we just go through e-mail that says that we want to

6     order four containers of this board, for example, and

7     they would issue a pro forma invoice they call it.  It's

8     standard practice in the import/export business, and

9     we have a copy here.  And so that means by conforming

10    that invoice and sending them the money, it serves like

11    a purchase request.  So you are confirming that invoice,

12    and then you send them money, and they will ship the

13    goods to you.

14          Q.    So you are looking at 061120001?

15          A.    Yes.

16          MR. O'LEARY:  Exhibit 1 for the record.

17          THE WITNESS:  2.

18          MR. O'LEARY:  Exhibit 2.  I'm sorry.

19    BY MR. GERI:

20          Q.    And so normally you would send them a purchase

21    order, right?

22          A.    It depends.  Both are a standard practice.  So

23    one is a purchase order.  The other one is the factory

24    gives you what they call a pro forma invoice.

25          Q.    Exhibit 2?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

95

1        A.    Yes, either way.

2        Q.    So in this case, did you do it by phone or by

3    e-mail or how did you --

4        A.    Pretty much I'm sure it was e-mail because

5    normally when you order something, it's in writing.  You

6    say I want -- you know, how many sheets you want and the

7    size you want.

8        Q.    But we don't have the e-mail here?

9        A.    No.  I'm not even sure I have it because I

10    think I went through two computers in between.

11        Q.    Did you send the e-mail to Taian Taishan

12    directly?

13        A.    Yes, correct.

14        Q.    Okay.  And I think this was asked of you, but

15    how did you find the company?

16        A.    A lady Denise is who handled this.  I mean I

17    know her in China.  I know that she was helping a

18    contractor or somebody in Florida to import or source a

19    lot of things from China including the board, what you

20    call the drywall board.

21        Q.    Okay.  So that was Denise.  Did you pay her

22    anything for the referral?

23        A.    Yes, 5 percent.  It's not a referral.  It's a

24    standard like for sourcing, for quality inspection, and

25    at the time she had to travel there, and so we pay 5


Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

Yongzhi Yang                                September 9, 2011

96

1    percent.

2         Q.    She traveled to Shandong?

3         A.    Correct.

4         Q.    And what city was she in?

5         A.    Guangzhou, G-u-a-n-g-z-h-o-u.

6         Q.    And so they sent you the conforming invoice,

7    and then you sent the payment to them?

8         A.    Yes.

9         Q.    And where is that confirmation of the payment

10   that you made?  Which exhibit is that?

11        A.    I don't have it.

12        Q.    Okay.  You paid them.  How did you do it, a

13   wire transfer?

14        A.    Yes.  Normally nowadays they have online and

15   you do it on the website, but in that time you had to go

16   to the bank to fill out a form; and then you give to

17   them, and they will do the wire transfer.

18        Q.    And the wire transfer happens before they ship

19   it, right?

20        A.    Yes, most of the time.

21        Q.    And how do you protect yourself to make sure

22   they ship it here?

23        A.    That's why you send somebody to there.  So

24   actually like Denise's role is, as I explained to him,

25   the standard procedure is they go there and make sure



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

97

1    that is loaded, and there is a standard procedure where

2    they take a picture of it being loaded and then close

3    one door and take a picture that show everything in

4    there.  That door, it has a container number, and then

5    you close both doors, and it's locked with a seal, and

6    then you take another picture with the container number

7    so we can see that is actually in the container.

8         Q.   So you actually need someone there physically

9    to see that the shipment is on the truck?

10        A.   Not always.  If you do long-term business with

11   them and you trust them, then you don't send somebody

12   there.

13        Q.   Okay.

14        A.   But this is the first time we deal with them,

15   you know, and so you have to send somebody there.

16        Q.   So you had Denise go there.

17        A.   Yes.

18        Q.   So she takes pictures, and she would just

19   e-mail them to you, the pictures?

20        A.   Yes.

21        Q.   And once you have those pictures, then you

22   complete the wire transfer?

23        A.   Yes, normally that's the way.  Sometimes the

24   container even leaves, but they do not give you the

25   bill of lading, and so that means you don't own the



Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

Yongzhi Yang                                          September 9, 2011

98

1    container; but once they receive the payment, then they

2    will send you the bill of lading.

3         Q.   By e-mail?

4         A.   No, no, no.  In the old days they had a telex

5    and would actually send a telegram, but nowadays they

6    call it telex release, and I understand it's actually by

7    e-mail.  Although the name says telex --

8         Q.   Right.

9         A.   -- they actually -- the Chinese agent sends a

10   telex release form to the U.S. agent showing a stamp

11   that this has been released, and that means that we own

12   the container.

13        Q.   Okay.

14             MR. O'LEARY:  If I can just ask a quick

15   clarifying question in reference to Exhibit Number 2,

16   the packaging list from Taian Taishan and the Chinese

17   characters at the bottom of the third of the page, again

18   these are two names.

19             THE WITNESS:  Correct.

20             MR. O'LEARY:  And you identified those as

21   people you spoke with at the company.

22             THE WITNESS:  Yeah, I'm pretty sure, not 100

23   percent sure, but two people I talked to.

24             MR. O'LEARY:  But you did speak to two people

25   at Taian.



Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

99

1          THE WITNESS:  Yes, at least two people.

2          MR. O'LEARY:  Okay.  Thank you.

3     BY MR. GERI:

4          Q.   Now have you spoken to anyone at Taian Taishan

5     since this lawsuit?

6          A.   No.

7          Q.   Have you spoken to them since the shipment?

8          A.   No.

9          Q.   Do you know if they are still in business?

10         A.   They are.

11         Q.   They are in business?

12         A.   Yes.  That's why I checked the website and

13    everything after this the lawsuit, so they are in

14    business, and they are doing well.

15         Q.   Do you know if they have insurance?

16         A.   No, but they got like a -- a judge in

17    Carolina -- I think there are seven homeowners who sued

18    them, and the judgment was for $2-point-some million,

19    and they don't care.  They are not here.

20         Q.   Did you -- now you said you got some insurance

21    in 2007, right?

22         A.   After we moved to Anaheim.

23         Q.   After you moved.

24         A.   The reason we didn't have insurance -- I mean

25    one reason is obviously because of stupidity on my side,



Toll Free: 800.755.1880
Facsimile: 714.708.0402

ESQUIRE
an Alexander Gallo Company

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

100

1    and the second reason is I thought that we didn't need

2    it because we didn't have a warehouse at that time.

3         Q.   Did you give this claim to your insurance

4    company?

5         A.   Actually I tried.  I tried to call my current

6    insurance, and he say no, because what happened, that

7    happened before I had insurance.  The explanation is the

8    insurance doesn't cover when you get sued.  It covers

9    when that transaction happened, so they basically denied

10   me.

11        Q.   And was that the only time you ordered drywall

12   from China?

13        A.   Yes.

14             MR. GERI:  Thank you.

15             THE WITNESS:  Thank you.

16             MR. O'LEARY:  I think I'm done.

17             MR. HOPSON:  I have a couple of questions that

18   might help out a little bit.

19             MR. O'LEARY:  Go for it.

20                        EXAMINATION

21   BY MR. HOPSON:

22        Q.   I'm Stirling Hopson, and I'm the attorney for

23   Stone Pride.  Mr. Yang, do you have any records that

24   show that the drywall identified in all these documents

25   went into the plaintiffs' home?



Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

Yongzhi Yang                                    September 9, 2011

101

1      A.    No.

2      Q.    Do you have any personal knowledge that this

3    drywall went into the plaintiffs' home?

4      A.    No.

5           MR. HOPTSON:   I don't have any more questions.

6                FURTHER EXAMINATION

7    BY MR. O'LEARY:

8      Q.    Did Kevin ever tell you that the drywall went

9    into my clients', Richard and Denise Monks' home, that

10   home located at 19 Campanilla in San Clemente,

11   California?

12     A.    After the lawsuit we had a conversation, and

13   he told me that we got sued by a homeowner in San Diego.

14   That's what name he used because of the drywall

15   installed there.   So that's after the legal issue come

16   out.

17     Q.    And you understood that to be the drywall that

18   was supplied by -- manufactured by Taian and shipped to

19   the United States?

20     A.    To tell the truth to this date I thought about

21   it, and that's part of the reason I was looking for

22   some pictures.   I was hoping if I could find pictures, I

23   wanted to compare with you guys because I understand you

24   guys did like an inspection because one time you invited

25   me to the inspection.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

Yongzhi Yang                                    September 9, 2011

102

1    Q.   I did.

2    A.   I didn't go, and I was saying maybe you guys

3  have some pictures, and I want to compare because one

4  thing, I was trying to get myself out of this trouble.

5  I was trying to see if that's really my drywall because

6  knowing Kevin, I mean what he does is sometimes he

7  finds another source because normally the drywall has a

8  factory name on it.  Normally we order one time, and

9  the next time he goes to China to get himself.  He does

10  that.  So I was trying to see maybe -- I was trying to

11  do some detective work.  Maybe he didn't use my drywall.

12  Maybe he bought it himself, but right now I couldn't

13  find any evidence to support my theory, and so I give it

14  up so --

15    Q.   But based on the information from Kevin then,

16  Kevin's claim is that the drywall supplied by Stone

17  Pride is the drywall installed in my clients' home,

18  correct?

19    A.   Correct.  I mean I have thought on that.  I

20  was hoping it's not, but I have no evidence to say

21  otherwise.  I was actually trying to dig out some

22  evidence to see maybe it's not mine.  I mean I was

23  hoping.

24    Q.   Okay.  All right.  I will renew my request for

25  the various documents that we've spoken about today as



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

Yongzhi Yang                                    September 9, 2011

103

1   well as the documents in Exhibit 1, the subpena that was

2   served on your attorney that will be sent to him again.

3   I appreciate your cooperation today.

4           A.   Thank you.

5                MR. O'LEARY:  Thank you very much.  I move to

6   relieve the court reporter of her duties under the code;

7   that the transcript be sent to Mr. Yang's attorney,

8   Stirling Hopson.  Mr. Hopson will provide the transcript

9   to his client for review and any corrections that may be

10  needed and that that be returned to Mr. Hopson within

11  30 days and that Mr. Hopson will notify all counsel of

12  any corrections made by his client and that in the event

13  the original is lost, stolen or otherwise misplaced that

14  a certified copy can be used in its place.

15               MS. PARKER:  So stipulated.

16               MR. GERI:  So stipulated.

17               MR. HOPSON:  So stipulated.

18               MR. ELKINS:  So stipulated.

19               MR. O'LEARY:  Let's go off the record.

20               (The proceedings concluded at 5:06 p.m.)

21

22

23

24

25



Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

Yongzhi Yang                                    September 9, 2011

104

1                    REPORTER'S CERTIFICATE

2

3       I, Sheryl Hilton Meyer, Certified Shorthand

4    Reporter in and for the State of California, do hereby

5    certify:

6

7       That the foregoing witness was by me duly sworn;

8    that the deposition was then taken before me at the

9    time and place herein set forth; that the testimony

10   and proceedings were reported stenographically by me

11   and later transcribed into typewriting under my

12   direction; that the foregoing is a true record of

13   the testimony and proceedings taken at that time.

14

15      IN WITNESS WHEREOF, I have subscribed my name

16   this 9th day of September, 2011.

17

18

19

20

21   _____

22             Sheryl Hilton Meyer, CSR No. 2852

23

24

25



Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

ESQUIRE
an Alexander Gallo Company

105

1        DEPOSITION ERRATA SHEET

2   Assignment Number 411947

3   RICHARD AND DENISE MONKS
            v.
4   XUAN DUY NGUYEN

5

6        DECLARATION UNDER PENALTY OF PERJURY

7        I declare under penalty of perjury that I have

    read the entire transcript of my deposition taken in
8
    the captioned matter or the same has been read to me,
9
    and the same is true and accurate, save and except for
10
    changes and/or corrections, if any, as indicated by
11
    me on the DEPOSITION ERRATA SHEET hereof, with the
12
    understanding that I offer these changes as if still
13
    under oath.
14
         Signed on the _____ day of _____,
15   20____.

16                    _____
17                              YONGZHI YANG

18

19

20

21

22

23

24

25



Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

ESQUIRE
an Alexander Gallo Company

Yongzhi Yang                                    September 9, 2011

106

```
 1               DEPOSITION ERRATA SHEET
 2   Page No._____Line No._____ Change to:_____
     _____
 3   Reason for Change:_____
     Page No._____Line No._____ Change to:_____
 4   _____
     Reason for Change:_____
 5   Page No._____Line No._____ Change to:_____
     _____
 6   Reason for Change:_____
     Page No._____Line No._____ Change to:_____
 7   _____
     Reason for Change:_____
 8   Page No._____Line No._____ Change to:_____
     _____
 9   Reason for Change:_____
     Page No._____Line No._____ Change to:_____
10   _____
     Reason for Change:_____
11   Page No._____Line No._____ Change to:_____
     _____
12   Reason for Change:_____
     Page No._____Line No._____ Change to:_____
13   _____
     Reason for Change:_____
14   Page No._____Line No._____ Change to:_____
     _____
15   Reason for Change:_____
     Page No._____Line No._____ Change to:_____
16   _____
     Reason for Change:_____
17   Page No._____Line No._____ Change to:_____
     _____
18   Reason for Change:_____
     Page No._____Line No._____ Change to:_____
19   _____
     Reason for Change:_____
20   Page No._____Line No._____ Change to:_____
     _____
21   Reason for Change:_____
     Page No._____Line No._____ Change to:_____
22   _____
     Reason for Change:_____
23
24   SIGNATURE:_____DATE:_____
               YONGZHI YANG
25
```



Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com

Yongzhi Yang                                          September 9, 2011

107

DEPOSITION ERRATA SHEET

Page No._____Line No._____ Change to:_____
_____
Reason for Change:_____
Page No._____Line No._____ Change to:_____
_____
Reason for Change:_____
Page No._____Line No._____ Change to:_____
_____
Reason for Change:_____
Page No._____Line No._____ Change to:_____
_____
Reason for Change:_____
Page No._____Line No._____ Change to:_____
_____
Reason for Change:_____
Page No._____Line No._____ Change to:_____
_____
Reason for Change:_____
Page No._____Line No._____ Change to:_____
_____
Reason for Change:_____
Page No._____Line No._____ Change to:_____
_____
Reason for Change:_____
Page No._____Line No._____ Change to:_____
_____
Reason for Change:_____
Page No._____Line No._____ Change to:_____
_____
Reason for Change:_____
Page No._____Line No._____ Change to:_____
_____
Reason for Change:_____
Page No._____Line No._____ Change to:_____
_____
Reason for Change:_____

SIGNATURE:_____DATE:_____
          YONGZHI YANG



Toll Free: 800.755.1880
Facsimile: 714.708.0402

Suite 400
535 Anton Boulevard
Costa Mesa, CA 92626
www.esquiresolutions.com