# EXHIBIT 8

# TAIAN TAISHAN PLASTERBOARD CO., LTD

### DA WENKOU, DAIYUE DISTRICT, TAI'AN SHAN DONG PROVINCE, CHINA
### TEL: 00865388811077                    FAX: 00865388812679

## INVOICE

**INVOICE NO.**: 061120001     **DATE**: NOVEMBER 20, 2006

**Buyer: STONE PRICE INTERNATIONAL CORP.**

18 TECHNOLOGY DR, SUITE 159, IRVINE, CA 92618

DELEVERY TERMS: FOB QINGDAO PORT

SHIPMENT: From Qingdao/PRC to U.S.A

PAYMENT: BY 100% T/T ADVANCE

HS CODE: 68091100

| DESCRIPTION OF GOOD | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Gypsum board (T/E) | | FOB QINGDAO PORT | |
| 1220*3660*12.7mm | 2640SHEETS | USD 4.18/SHEET | USD11035.00 |
| | 660sheets/40'FCL | | |
| **TOTAL:** | **2640SHEETS** | | **USD11035.00** |

SAY U.S.DOLLARS ELEVEN THOUSAND AND THIRTY-FIVE ONLY.

SHIPPED BY: 4*40'HQ CONTAINERS

COUNTRY OF ORIGIN: CHINA

Note made on 4/7/2011: The above amount is the factory invoice amount plus the fees
paid to middle-man, inspection fee (including travel expense) is included.


Δ π EXHIBIT  2.1
Deponent  YANG
Date 9/7/11 Rptr. SHN
WWW.DEPOBOOK.COM

# TAIAN TAISHAN PLASTERBOARD CO., LTD

DAWENKOU   DAIYUE DISTRICT   TAIAN

## PACKING LIST

INVOICE NO.: 161120001                    DATE: NOVENBER 20, 2006

**Buyer: STONE PRIDE INTERNATIONAL CORP.**

18 TECHNOLOGY DR. SUITE 159 IRVINE, CA 92618

PAYMENT:T/T IN ADVANCE BEFORE PRODUCING
SHIPMENT : BY CONTAINER
PACKING : STANDARD EXPORT PACKING SHIPPED BY CONTAINER
SHIPMENT:FROM QINGDAO /PRC TO USA

| COMMODITY& SPECIFICATION (T/E) SIZE (mm) | QUANTITY | | GROSS WEIGHT | VOLUM |
|---|---|---|---|---|
| | SHEET | CONTAINER | MT | M³ |
| GYPSUM BOARD | | | | |
| 1220x3660x12.7 | 2640 | 4x40'CONTAINER 660 sheets/40'FCL | 4x26MT/CONTAINER | 4x43M³ |
| TOTAL | 2640 | 4x40'CONTAINER | 104MT | 172M³ |

TAIAN TAISHAN PLASTERBOARD CO., L

2 2

# TAIAN TAISHAN PLASTERBOARD CO., LTD

DA WENKOU, DAIYUE DISTRICT, TAIAN, SHAN DONG PROVINCE, CHINA

TEL: 0086538882107?                     FAX: 00865388812679

# INVOICE

INVOICE NO: 061120901                     DATE: NOVEMBER 20,   2006

**Buyer: STONE PRIDE INTERNATIONAL CORP.**

18 TECHNOLOGY DR.,SUITE 159 IRVINE, CA 92618

DELIVERY TERMS  **FOB QINGDAO PORT**

SHIPMENT: From Qingdao, PRC to **U.S.A**

PAYMENT  BY 100% T T ADVANCE

HS CODE  68091100

| DESCRIPTION OF GOOD | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **Gypsum board (T/E)** | | **FOB QINGDAO PORT** | |
| 1220*3660*12.7mm | 2640SHEETS | USD 3.80/SHEET | USD10032.00 |
| | 660sheets/40'HQ | | |
| **TOTAL:** | **2640SHEETS** | | **USD10032.00** |

SAY U.S.DOLLARS TEN THOUSAND AND THIRTY-TWO ONLY.

SHIPPED BY:  4*40'HQ CONTAINERS

COUNTRY OF ORIGIN  CHINA

T T DIRECTION

**COMPANY:** TAIAN TAISHAN PLASTERBOARD CO.,LTD
**BANK:** AGRICULTURAL BANK OF CHINA, TAIAN BRANCH
**BANK ADDRESS:** 96 YING XUAN ROAD, TAIAN, CHINA
**ACCOUNT:** 15510414040000487
**SWIFT BIC:** ABOCCNBJ150?

2.3