# EXHIBIT 10

To: Dispatch

 **Rapid Freight Inc.**

13353 E. Alondra Blvd., Suite 104, Santa Fe Spring, CA 90670, U.S.A.
Tel: 562-802-5050  Fax: 562-802-5859
Print Date: 12-26-2006 10:14
From: Import Import(import@rapidfreightinc.com)

## DELIVERY ORDER

| IMPORTING CARRIER | FROM PORT/ORIGINAL AIRPORT | OUR REF. NO. | ARRIVAL DATE |
|---|---|---|---|
| MSC LORETTA 0649A | Long Beach | LAOI03800-3891 | 12/24 |

| | LOCATION OF MERCHANDISE |
|---|---|
| PAN PACIFIC HOMEMART<br>9741 READING AVE<br>WESTMINISTER CA 92683 U.S.A.<br>Tel: 714-4486110  Fax: 562-2724552 | SSA TERMINAL, PIER A (Z978)<br>700 PIER A PLAZA<br>LONG BEACH CA 90813 U.S.A.<br>Tel: 562-436-4489  Fax: 866-381-5173 |

THE CARRIER OR CARTMAN TO WHOM THIS ORDER IS ASSIGNED WILL BE RESPONSIBLE FOR ANY STORAGE AND DEMURRAGE CHARGES RESULTING FROM NEGLIGENCE

| BROKER/IMPORTER NAME | AUTHORIZED SIGNATURE | FREIGHT CHARGE |
|---|---|---|
| STONE PRIDE INTERNATIONAL CORP. | Import Import | ☒ COD  ☒ PREPAID<br>☒ COLLECT  ☒ BANK RELEASE |

| TRUCKING COMPANY NAME | | RECEIVER SIGNATURE / DATE | # PKGS RECEIVED |
|---|---|---|---|
| CROSSROADS EXPRESS<br>(Is authorized to pick up the merchandise below) | Tel: 562-944-4950<br>Fax: 562-944-6905 | | |

| MARKS & NUMBERS / REM | B/L OR AWB NO. | DESCRIPTION OF GOODS & WEIGHT |
|---|---|---|
| N/M<br>Vessel: MSC LORETTA<br>Voyage: 0649A | M B/L No.: MSCUQO016045<br>AMS No.: DNCYQDF06C111LGB<br>B/L No.: QDF06C111LGB<br>Sub B/L No.: | TOTAL WEIGHT : 229,278.0 LBS<br>TOTAL VOLUME : 6,074.0 CBF<br>PCS : 2640<br>GYPSUM BOARD |
| REMARKS<br>PLEASE BILL TO CUSTOMER | | |

THE RECEIPT OF THIS DELIVERY ORDER WILL SERVE AS A PRELIMINARY NOTICE OF INTENT TO FILE CLAIM AGAINST THE IMPORTING CARRIER FOR ANY DAMAGE TO, AND/OR LOSS OF THE SHIPMENT WITH THE UNDERSTANDING THAT THE FINAL CLAIM WILL BE MADE BY THE IMPORTER OR THEIR INSURANCE

| Container Number | Type | Pkgs | Wgt Kgs | CBM | Description | Pick Up No. | LFD |
|---|---|---|---|---|---|---|---|
| LCRU4302803 | 40 ft | 2640 | 104,000 | 172.000 | | | |
| MLCU4351922 | 40 ft | 0 | 0 | 0.000 | | | |
| MSCU4121429 | 40 ft | 0 | 0 | 0.000 | | | |
| MSCU4708735 | 40 ft | 0 | 0 | 0.000 | | | |
| *** Total *** | | 2,640 | 104,000 | 172.000 | | | |

Δ π EXHIBIT 4.1
Deponent YANG
Date 9/9/11  Rptr. SM
WWW.DEPOBOOK.COM

3 pages



# Rapid Freight Inc.

**Invoice**

13353 E. Alondra Blvd., Suite 104, Santa Fe Spring, CA 90670, U.S.A.   Print Date: 12-26-2006 10:13
Tel:562-802-5850  Fax:562-802 5859   From : Import Import(import@rapidfreightinc.com)

**Attn : CHARLEY YANG**
**STONE PRIDE INTERNATIONAL CORP.**
18 TECHNOLOGY DR., STE 150
IRVINE  CA 92618  U.S.A.
Tel : 949-450-1015  Fax: 949-203-2235

Invoice No.         : LAAR11565
House Number        : QDF06C111LGB
Invoice / Due Dat : 12/24/2006    12/24/2006

| Broker : | | Master B/L No.         : DNCYQDF06C111LGB |
|---|---|---|
| Shipper : TAIAN TAISHAN PLASTERBOAR | | Document No.           : LAOI03800-3891 |
| Consignee : STONE PRIDE INTERNATIONAL | | Sub Master / House N : |
| Carrier : MEDITERRANEAN SHIPPING CO | | Port of Loading / Date : Qingdao   12/09/2006 |
| Vssl/Voy : MSC LORETTA / 0649A | | Port of Discharge / ET : Long Beach   12/24/2006 |
| | | Place of Delivery / ET : |

| PKGS | WEIGHT / CBM | DESCRIPTION | REMARK | CONTAINER |
|---|---|---|---|---|
| 2640 | 104,000.0 KGS | GYPSUM BOARD | | LCRU4302803 / 40 ft |
| | | | | MLCU4351922 / 40 ft |
| | | | | MSCU4121429 / 40 ft |
| CY/CY | 172.000 CBM | | | MSCU4708735 / 40 ft |

| ITEM | DESCRIPTION | AMOUNT |
|---|---|---|
| 1424 | Messenger / Courier | 25.00 |
| 1708 | Duty | 38.79 |
| 1712 | Customs Entry Fee | 95.00 |
| | *** TOTAL AMOUNT USD *** | 158.79 |

* Cargo will be released only upon surrender of endorsed Original Bill of Lading and charges due paid.
* Consignee must arrange for customs entry and payment of duty before customs will issue their permit order.
* All cargo when discharge on wharf is at owner's risk and if not removed within the free time becomes subject to demurrage charges.

4.2