# EXHIBIT 11

| DEPARTMENT OF THE TREASURY UNITED STATES CUSTOMS SERVICE | ENTRY SUMMARY Consumption |||
|---|---|---|---|
| | 1. Entry No. GL5 0800878-3 | 2. Entry Type Code 01 ABI/A | 3. Entry Summary Date 01/08/07 |
| | 4. Entry Date 12/24/06 | 5. Port Code 2704 | |
| LOS ANGELES, CA 90045-6143 RAPID | 6. Bond No. 365 | 7. Bond Type Code 8 | 8. Broker/Importer File No. 800878 PALOMA |
| 9. Ultimate Consignee Name and Address | 10. Consignee No. | 11. Importer of Record Name and Address STONE PRIDE INTERNATIONAL CORP 18 TECHNOLOGY DRIVE SUITE 159 IRVINE, CA 92618 | 12. Importer No. 72-1544973 |
| | | 13. Exporting Country CN | 14. Export Date 12/09/06 |
| | CA State | 15. Country of Origin CN | 16. Missing Documents |
| | | 17. I.T. No. | 18. I.T. Date |
| 19. B/L or AWB No. MSCUQ0016045 | 20. Mode of Transportation 11 | 21. Manufacturer I.D. CNTAITAITAI | 22. Reference No. |
| 23. Importing Carrier MSC LORETTA | MSCU V-0649A | 24. Foreign Port of Lading 57000 | 25. Location of Goods/G.O. No. |
| 26. U.S. Port of Unlading 2704 | 27. Import Date 12/24/06 | 2970: PIER A - USA TERMINAL ||

| 29 Line No. | 28. Description of Merchandise |||| 33. A. Entered Value B. CHGS C. Relationship | 34. A. HTSUS Rate B. AD/CVD Rate C. I.R.C. Rate D. Visa No. | 35. Duty and I.R. Tax Dollars | Cents |
|---|---|---|---|---|---|---|---|---|
| | 30. A. HTSUS No. B. AD/CVD Case No. | 31. A. Gross Weight B. Manifest Qty. || 32. Net Quantity in HTSUS Units | | | | |
| | | 2640 | TOTAL CTNS | | NOT RELATED | | | |
| 001 | PLASTER,BRD,SIM'L,N/O PAPER FA 6809.11.0000 | 104000 || 104000 KG 132 M2 | 11035 C 11600 | FREE .21 % | | 23 |
| | MERCHANDISE PROCESSING FEE | | | | | | | |
| | IV & EV BLOCK 39 SUMMARY: MERCHANDISE PROCESSING FEE HARBOR MAINTENANCE FEE TOTAL: | 11035.00 USD || 492 501 | 25.00 13.79 38.79 | | | |
| | | | | TBV | 11035 | | | |

| 36. Declaration of Importer of Record (Owner or Purchaser) or Authorized Agent | U.S. CUSTOMS USE ||| TOTAL ||
|---|---|---|---|---|---|
| I declare that I am the [ ] importer of record and that the actual owner, purchaser, or consignee for customs purposes OR [X] is as shown above. | A. Liq. Code | B. Ascertained Duty | 37. Duty | 0 | 0 |
| I further declare that the merchandise [X] was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoice are true OR [ ] … | | C. Ascertained Tax | 38. Tax | | 0 |
| I also declare … | | D. Ascertained Other | 39. Other | 38 | 7 |
| | | E. Ascertained Total | 40. Total | 38 | 7 |
| | 41. Signature of Declarant, Title, and Date ATTY IN FACT 12/21/ |||||

RECORD

Δπ EXHIBIT 5
Deponent YANG
Date 7/9/11 Rptr. SM
WWW.DEPOBOOK.COM

DEC-22-2006 FRI 05:07 PM   FAX NO.   P. 03

Customs Form 7501 (1120)