# EXHIBIT 12

Δ π EXHIBIT 7
Deponent YANG
Date 9/9/11 Rptr SHm
WWW.DEPOBOOK.COM

02/21/2007 09:41 FAX 5629446905          TRISTATE                    ☒001

Crossroads Express LLC

425 E. Dixon St
Compton, CA 90222
Ph#(310)537-4004
Fax# (310)537-4040

# Invoice

| Date | Invoice # |
|---|---|
| 1/12/2007 | 1669 |

**Bill To**
PAN PACIFIC HOMEMART
9741 READING AVE.
WESTMINSTER, CA 92683

**Ship To**
PAN PACIFIC HOMEMART
9741 READING AVE.
WESTMINSTER, CA 92683

| B/L # | Container # | Terms | Delivery Date | Ship Via |
|---|---|---|---|---|
| MSCUQO016045 | | Net 15 | 1/12/2007 | |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| TRUCKING CONT#LCRU4302803 LOAD TAKEN TO WESTMINSTER | | 300.00 | 300.00 |
| FUEL SURCHARGE | | 20.00% | 60.00 |
| DROP CHARGE | | 150.00 | 150.00 |
| FUEL SURCHARGE | | 20.00% | 34.00 |
| TRUCKING CONT#MCLU4351922 LOAD TAKEN TO WESTMINSTER | | 300.00 | 300.00 |
| FUEL SURCHARGE | | 20.00% | 60.00 |
| DROP CHARGE | | 150.00 | 150.00 |
| FUEL SURCHARGE | | 20.00% | 30.00 |
| MISCELLANEOUS CHARGES PER DIEM DROP DATE DEC 29 PICK UP DATE JAN 5TH 8 DAYS OUT 4 FREE DAYS | 4 | 40.00 | 160.00 |
| TRUCKING CONT#MSCU4121429 LOAD TAKEN TO WESTMINSTER | | 300.00 | 300.00 |
| FUEL SURCHARGE | | 20.00% | 60.00 |
| DROP CHARGE | | 150.00 | 150.00 |
| FUEL SURCHARGE | | 20.00% | 30.00 |
| MISCELLANEOUS CHARGES PER DIEM DROP DATE JAN 2ND PICK UP AND RETURN DATE JAN 6TH | 1 | 40.00 | 40.00 |
| TRUCKING CONT#MSCU4708735 LOAD TAKEN TO PARAMOUNT | | 245.00 | 245.00 |
| FUEL SURCHARGE | | 20.00% | 49.00 |
| DROP CHARGE | | 120.00 | 120.00 |
| FUEL SURCHARGE | | 20.00% | 24.00 |
| | | | $2,258.00 |
| /Credits | | | $0.00 |
| Due | | | $2,258.00 |

STONE PRIDE INTERNATIONAL CORP.                    936
18 TECHNOLOGY DR. SUITE 159
IRVINE, CA 92618
RG0-450-1015

Feb 21, 2007

Pay to the Order of Crossroads Express LLC     $2,258 00/100

Two thousand two hundred fifty-eight

CATHAY BANK

Invoice # 1669

For K-1 trucking

⑆122203950⑆0936  14  016  184⑈