UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAGISTRATE JUDGE |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | WILKINSON |

**THIS DOCUMENT RELATES TO:** *Brooke et al v. State-Owned Assets Supervision and Administration Commission of the State Council, et al*, No. 15-4127; *Rochelle and Jose Abner et al v. Taishan Gypsum Co., F/K/A Shandong Taihe Dongxin Co., Ltd., et al*, No. 11-3094

## ORDER

Before the Court are BNBM's Motions to Dismiss, R. Docs. 19984 and 19998. At the request of the parties,

**IT IS ORDERED** that the submission date for the above motions is hereby continued and the motions are hereby set for submission on September 26, 2018.

New Orleans, Louisiana, this 10th day of September, 2018.

UNITED STATES DISTRICT JUDGE