UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047 SECTION L JUDGE FALLON MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

Pursuant to Federal Rule of Civil Procedure 53(B), and the Court's Order, R. Doc. 21702, notifying the parties of the Court's intent to appoint a special master, the Court hereby affirms the appointment of Daniel J. Balhoff of Perry, Balhoff, Mengis & Burns, L.L.C. as Special Master for the purposes outlined in the Court's August 21, 2018 Order. R. Doc. 21702

Additionally, the Court attaches to this Order the Affidavit of Special Master Daniel J. Balhoff.

New Orleans, Louisiana, this 10th day of September, 2018.

_____
UNITED STATES DISTRICT JUDGE