UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION :
: SECTION L
:
: JUDGE FALLON
: MAGISTRATE JUDGE
............................................................. : WILKINSON

**THIS DOCUMENT RELATES TO:** ALL CASES

## AFFIDAVIT OF DANIEL J. BALHOFF

STATE OF LOUISIANA

PARISH OF EAST BATON ROUGE

DANIEL J. BALHOFF, being duly sworn, deposes and says:

1. I am an attorney at law licensed in the State of Louisiana in good standing.

2. I am a founding member and partner in the law firm of Perry, Balhoff, Mengis & Burns, L.L.C.

3. I have been appointed Special Master and Mediator in state and federal cases, including Multidistrict Litigation.

4. I have familiarized myself with the issues involved in the matter captioned above.

5. I am familiar on a professional basis with several of the attorneys who are asserting fee claims in this matter. I do not believe that this familiarity will give rise to bias, or even to the appearance of impropriety.

6. I have previously been appointed to serve as Special Master in this MDL, both to make recommendations concerning claims and to make recommendations concerning

the overall division of funds available for attorneys' fees and expenses between individually-retained counsel and common benefit counsel. I do not believe that this will give rise to bias, or even to the appearance of impropriety.

7. I attest and affirm that there are no non-disclosed grounds for disqualification under 18 U.S.C. § 455 that would prevent me from serving as Special Master in the matter captioned above.

_____
DANIEL J. BALHOFF

Sworn to before me this 21st day of August, 2018.

_____
NOTARY PUBLIC #20735
Robert J. Burns, Jr.
2141 Quail Run Dr.
B.R., La. 70808