**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047** |
| **THIS DOCUMENT RELATES TO:**<br><br>***Brooke et al. v. State-Owned Assets Supervision and Administration Commission of the State Council, et al.*, Case No. 15-4127 (E.D. La.)** | **SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |

**O R D E R**

Considering the Motion for Leave to File and Exceed Page Limitation on Plaintiffs' Steering Committee's Response in Opposition to Defendants' Motion to Dismiss (Rec. Doc. 19984);

IT IS ORDERED BY THE COURT that the motion is GRANTED and that the Plaintiffs' Steering Committee's Response in Opposition to Defendants' Motion to Dismiss, relating to Rec. Doc. 19984, be and is hereby filed into the record.

New Orleans, Louisiana, this 12th day of _____September_____, 2018.

_____
Eldon E. Fallon
United States District Court Judge