IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION                                                                MDL NO. 2047

This Document Relates to:

Greg Descher, et al. V. Knauf GIPS KG, et al.
Case No. 17-17500

**ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF TIME WITHIN WHICH TO COMPLETE SERVICE OF PROCESS**

THIS DAY this cause came on to be heard upon Plaintiffs, Greg and Meredith Descher and Penny Parker's, Motion for Extension of Time within which to Complete Service of Process, and the Court, after having considered same, finds that the Motion is well-taken and should be sustained.

It is, therefore,

ORDERED AND ADJUDGED that the deadline for service of process on the Defendants in the above-referenced case be, and the same is hereby extended for an additional  6 0   days, making the new deadline to be   November  9th   , 2018.

SO ORDERED AND ADJUDGED this, the 12th day of   September  , 2018.

**U. S. DISTRICT COURT JUDGE**