# EXHIBIT A

| Chinese Drywall MDL 2047 Expenses | | | |
|---|---|---|---:|
| **Date** | **Vendor** | **Description** | **Amount** |
| 3/16/2017 | Adams Harris Reporting, Inc. | Transcription of proceedings Phillip Allen . Venture Supply NCC | $ 146.20 |
| 4/3/2017 | Ken Hardt; Sinnot Nuckols & Logan, PC | Retainer for the review of Venture bills | $ 10,000.00 |
| 5/2/2017 | ALLEGRA Design Print & Mail | Copy of Venture bills | $ 1,313.09 |
| 8/17/2017 | ALLEGRA Design Print & Mail | Taishan default copy job | $ 1,277.29 |
| 9/11/2017 | Ken Hardt; Sinnot Nuckols & Logan, PC | Review & production of bills final invoice | $ 2,200.00 |
| | | | **$ 14,936.58** |