UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br><br>*Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, Case No. 11-cv-080 (E.D. La.)<br><br>*Almeroth, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, Case No. 12-cv-498 (E.D. La.)<br><br>*Amato, et al. v. Liberty Mutual Insurance Company*, Case No. 10-cv-932 (E.D. La.)<br><br>*Germano, et al. v. Taishan Gypsum Co., Ltd., et al.*, Case No. 09-cv-6687 (E.D. La.)<br><br>*Gross, et al. v. Knauf Gips, KG, et al.*, Case No. 09-cv-6690 (E.D. La.)<br><br>*Haya, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, Case No. 11-cv-1077 (E.D. La.)<br><br>*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*, Case No. 10-cv-361 (E.D. La.) | |

**<u>NOTICE OF SUBMISSION</u>**

Please take notice that, upon the pleadings and other matters of record, the undersigned will move the Court before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, Room C456, United States Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130, on October 10, 2018, at 9:00 o'clock a.m., or as soon thereafter as counsel can be heard, for an order on the Class Counsel's Motion to Establish Settlement fund (Attorney Fee) and to Appoint Fund Administrator (Assigned-Claims Settlement), and for such other and further relief as the Court may deem just and appropriate.

| | |
|---|---|
| Dated: September 14, 2018 | Respectfully submitted, |
| | / Russ M. Herman |
| Arnold Levin | Russ M. Herman, Esq. (Bar No. 6819) |
| Sandra L. Duggan | Leonard A. Davis, Esq. (Bar No. 14190) |
| Keith J. Verrier | Stephen J. Herman, Esq. (Bar No. 23129) |
| LEVIN SEDRAN & BERMAN LLP | HERMAN, HERMAN & KATZ, LLC |
| 510 Walnut Street, Suite 500 | 820 O'Keefe Avenue |
| Philadelphia, PA 19106 | New Orleans, LA 70113 |
| Phone: (215) 592-1500 | Phone: (504) 581-4892 |
| Fax: (215) 592-4663 | Fax: (504) 561-6024 |
| Alevin@lfsblaw.com | rherman@hhklawfirm.com |
| *Plaintiffs' Lead Counsel in MDL 2047 and Class Counsel* | *Plaintiffs' Liaison Counsel in MDL 2047 and Class Counsel* |
| | |
| Richard J. Serpe | Richard S. Lewis |
| LAW OFFICES OF RICHARD J. SERPE | Kristen Ward Broz |
| Crown Center, Suite 310 | HAUSFELD LLP |
| 580 East Main Street | 1700 K St. NW, Suite 650 |
| Norfolk, VA 23510-2322 | Washington, D.C. 20006 |
| Phone: (757) 233-0009 | Phone: (202) 540-7200 |
| Fax: (757) 233-0455 | Fax: (202) 540-7201 |
| rserpe@serpefirm.com | rlewis@hausfeldllp.com |
| *Class Counsel* | |

**CERTIFICATE OF SERVICE**

  I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 14th day of September, 2018.

           /s/ Leonard A. Davis
           Leonard A. Davis, Esquire
           Herman, Herman & Katz, L.L.C.
           820 O'Keefe Avenue
           New Orleans, Louisiana 70113
           Phone: (504) 581-4892
           Fax: (504) 561-6024
           Ldavis@hhklawfrm.com