UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>REF: *QUANTA INDEMNITY COMPANY V. SOUTHERN HOMES, LLC, et al.*, No. 2:10-cv-04215 | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

**NOTICE OF DISMISSAL BEFORE ANSWER IS FILED PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Plaintiff, Quanta Indemnity Company ("Quanta"), pursuant to FED. R. CIV. P. 41(a)(1)(A)(i) moves to dismiss the captioned matter, No. 2:10-cv-04215, without prejudice for the following reasons. No answer has been filed by any defendant to this suit.

The case at bar, *Quanta Indemnity Company v. Southern Homes, LLC, et al.*, No. 2:10-cv-04215 is a declaratory judgment action against the defendants, contending that Quanta had no coverage and no duty to defend them against suits or investigate allegations arising out of the use of Chinese Drywall by the defendants in residences constructed by them for various plaintiffs including but not limited to Slidell Property Management, L.L.C. At its outset it was incorporated as part of this MDL No. 2047 (*In re: Chinese-Manufactured Drywall Products Liability Litigation*).

On September 2, 2009 Slidell Property Management, L.L.C. filed suit in this Court regarding alleged Chinese-manufactured drywall in certain residences it owned. Made defendants were Southern Homes and related companies and individuals and several alleged manufacturers. The complaint in question is *Slidell Property Management, LLC v. Knauf Gips*

*KG et al.*, No 2:09-cv-6068-EEF-JCW.  The case was incorporated as part of the above captioned MDL No. 2047 (*In re:  Chinese-Manufactured Drywall Products Liability Litigation*).

On February 7, 2013 this Court issued an order approving five settlements known as the Inex, Banner, Knauf, L&W and Global Settlements.  Among the parties released in these settlements were Quanta and defendants in this case.  The one exception to the settlement was Slidell Property Management, L.L.C., which declined to participate in the Global Settlement, and its individual case *Slidell Property Management, LLC v. Knauf Gips KG et al.*, No 2:09-cv-6068-EEF-JCW remained alive.

On August 14, 2018, this Court issued a Minute Entry dismissing case number 09-6068 with prejudice due to Slidell Property Management, L.L.C.'s failure to appear and show cause why its case should not be dismissed following a court order.  More than 30 days have passed since this dismissal and no notice of appeal has been filed.

Additionally, Slidell Property Management, L.L.C. has filed two state court cases in St. Tammany Parish regarding the same subject matter as encompassed by case number 09-6068.

- The first St. Tammany Parish suit was *Slidell Property Management, LLC v. Springhill, LLC, et al.*, No. 2010-11172 (22nd Judicial District Court) filed February 24, 2010.  On January 4, 2016 the St. Tammany court ordered that all claims by Slidell Property Management, L.L.C. were dismissed because of abandonment, setting the date of abandonment as December 20, 2015.  The court later reopened the case and reconsidered the abandonment order.  However, the court once again concluded that the case was abandoned, this time as of the date of February 8, 2016, stating "On that date, three years had elapsed since the termination of the stay order [in the MDL] and no intervening actions had been

taken by the parties in the instant proceeding except for North River's filing of the Ex Parte Motion to Dismiss on Grounds of Abandonment, which does not constitute a 'step' sufficient to interrupt the three year period in La. C.C.P. art. 561." The case was then dismissed with prejudice in a judgment of December 15, 2017, which dismissal was not appealed.

- The second St Tammany Parish suit was *Slidell Property Management, L.L.C. and Clairise Court, LLC v. Springhill, L.L.C., et al.*, No. 2016-13775 (22nd Judicial District Court) filed on September 9, 2016. The only difference of this suit from the previous St. Tammany Parish suit was that Slidell Property Management, L.L.C. added a new defendant, National Home Insurance Company, which was a home warranty insurer. The only defendant served in this case was National Home Insurance Company. On September 18, 2017 National Home Insurance Company and Slidell Property Management, L.L.C. and Clairise Court, L.L.C. agreed to a consent judgment that plaintiffs' claims would be stayed pending the outcome of arbitration with National Home Insurance Company.

Accordingly, due to the dismissal with prejudice of the MDL suit and the first St. Tammany Parish suit, as well as the failure of plaintiffs to serve the alleged insureds of Quanta Indemnity Company in the second St. Tammany Parish suit (which merely repeats the allegations against them already dismissed with prejudice), Quanta Indemnity Company believes that the current captioned declaratory judgment suit is moot and notices here its dismissal of that suit without prejudice. Undersigned counsel has inquired of counsel for Southern Homes, whether they are aware of any other suits against them by Slidell Property Management, L.L.C. and has not been advised of any other than the three listed. Should other such suits be filed by

Slidell Property Management, L.L.C. or its related individuals or companies and should demand be made on Quanta Indemnity Company for defense, investigation and/or indemnity, Quanta reserves the right to raise coverage defenses as affirmative defenses.

    Respectfully submitted,

*/s/ Madeleine Fischer*
MADELEINE FISCHER, T.A. (5575)
JOSEPH J. LOWENTHAL JR. (8909)
Jones Walker LLP
201 St. Charles Avenue, 51st Floor
New Orleans, Louisiana   70170
Telephone:  (504) 582-8000 / Direct:  582-8208
Direct Facsimile:  (504) 589-8208
E-mail:  mfischer@joneswalker.com
E-mail:  jlowenthal@joneswalker.com

*Attorneys for Quanta Indemnity Company*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to File & ServeXpress in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 18th day of September, 2018.

*/s/ Madeleine Fischer*
MADELEINE FISCHER, T.A. (5575)
Jones Walker LLP
201 St. Charles Avenue, 51st Floor
New Orleans, Louisiana   70170
Telephone:  (504) 582-8000 / Direct:  582-8208
Direct Facsimile:  (504) 589-8208
E-mail:  mfischer@joneswalker.com

*Attorneys for Quanta Indemnity Company*