# Exhibit B

# CUNNINGHAM BOUNDS LLC

ROBERT T. CUNNINGHAM
JOSEPH M. BROWN, JR.\*
GREGORY B. BREEDLOVE\*
DAVID G. WIRTES, JR.\*\*
TOBY D. BROWN\*
GEORGE W. FINKBOHNER, III\*
STEPHEN C. OLEN
STEVEN L. NICHOLAS
DAVID S. CAIN, JR.
WILLIAM E. BONNER
ROBERT L. MITCHELL
J. BRIAN DUNCAN, JR.
LUCY E. TUFTS

GEORGE M. DENT, III
ALLISON W. SMALLEY
ASHLEY H. ROBINSON
MELISSA W. WETZEL

OF COUNSEL
RICHARD BOUNDS
JOHN T. CROWDER, JR.\*
JOSEPH R. SULLIVAN

ROBERT T. CUNNINGHAM, SR.
(1918-2001)

February 9, 2018

Christina Eikhoff, Esq.
Alston & Bird
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424

Re:   *Mitchell v Taishan - Mitchell Company* Class-Discovery Request

Dear Christina,

In response to your letter of October 25, 2017, please find the enclosed DVD containing the following documents related to Mitchell Company and Beazer Homes remediation of Taishan houses. These documents are being produced subject to the protective order in place.

**Mitchell Homes**: The folders of "Bilek Manor" and "Brightleaf Circle" contain a subfolder (by home address) which provides the following categories of documents to the extent the document is available for the home. The Bates number range for the documents is **cb: 601001 - 601247.**

- Purchase orders and invoices relating to the defective drywall.

- Photographs of the home and various corroded components caused by the defective drywall.

- Profile Form indicating name of property owner(s); address; name of builder; name of drywall supplier; home specifications; affected plumbing system; affected electrical system.

- Service Orders; Invoices; Dispatch Tickets related to corrosion caused by the defective drywall.

1601 DAUPHIN STREET  | MOBILE, ALABAMA 36604  | T (251) 471 6191  | TF (800) 472 6191  | F (251) 479 1031
MAILING ADDRESS POST OFFICE BOX 66705 | MOBILE, ALABAMA 36660 | CUNNINGHAMBOUNDS.COM

\*CERTIFIED AS A CIVIL TRIAL SPECIALIST BY THE NATIONAL BOARD OF TRIAL ADVOCACY  \* \*CERTIFIED AS AN APPELLATE SPECIALIST BY THE AMERICAN INSTITUTE OF APPELLATE PRACTICE

Christina Eikhoff, Esq.
February 9, 2018
Page 2

- Correspondence to and from Homeowner(s) regarding corrosion problems.

- Correspondence and notes from various sources applicable to all affected homes.

- Testing Protocol

- Testing Results

**Beazer Homes**:  The folders of "Magnolia Lakes" and "Hampton Lakes" contain a subfolder (by home address) which  provides the following categories of documents to the extent the document is available for the home.  The Bates number range for the documents is **cb: 701001 - 703639.**

- A floor plan to document the square footage of the home.

- A Work Authorization Agreement documenting that Beazer entered into an agreement to repair the subject home, obtained an assignment of the homeowner's claims, and the monthly stipend and other costs Beazer agreed to pay the homeowner.  The Work Authorization Agreement also outlines the scope of work and extent of repairs Beazer agreed to perform on the home.

- A Work Authorization Agreement Addendum, if applicable, identifying certain additions made to the subject home subsequent to Beazer's original construction, which Beazer compensated the homeowner for as part of the repair work.

- An Environ letter documenting Environ's evaluation confirming the presence of effects from sulfide gases in the home and the presence of Chinese-manufactured wallboard releasing these gases, including laboratory test results where applicable.

- An Environ Phase 5: Home Soft Demolition Specifications Form documenting the types of drywall found in the home during the repair process, including board locations and percentages of Taishan board.

- An Inspection and Completion Report letter documenting Environ's inspection and testing of the subject home at the completion of repairs certifying Beazer repaired the home such that 1) all defective wallboard was removed from the home; 2) the home no longer contained wallboard that would continue to damage components of the home; and 3) components that were corroded and compromised by defective wallboard were removed.



Christina Eikhoff, Esq.
February 9, 2018
Page 3

- Invoices documenting the delivery of drywall to the communities by known suppliers of defective Taishan-manufactured drywall -Banner (Magnolia Lakes) and Black Bear (Hampton Lakes).


We believe the produced information provides you with more than sufficient information to brief the class motion and ask that you provide us with a proposed schedule.

With best regards,

Steven L. Nicholas

Enclosure
SLN/bcc



**Magnolia Lakes**

| Amount | Lot # | Lot Address |
|---|---|---|
| 58,262 | 8 | 13239 Little Gem Circle |
| 103,944 | 13 | 13263 Little Gem Circle |
| 110,202 | 14 | 13269 Little Gem Circle |
| 80,075 | 15 | 13275 Little Gem Circle |
| 83,599 | 17 | 13287 Little Gem Circle |
| 121,082 | 18 | 13293 Little Gem Circle |
| 70,572 | 19 | 13299 Little Gem Circle |
| 82,120 | 20 | 13305 Little Gem Circle |
| 94,265 | 21 | 13309 Little Gem Circle |
| 98,312 | 25 | 13327 Little Gem Circle |
| 115,338 | 26 | 13333 Little Gem Circle |
| 140,923 | 32 | 13369 Little Gem Circle |
| 93,986 | 33 | 13375 Little Gem Circle |
| 7,013 | 44 | 13441 Little Gem Circle |
| 4,387 | 48 | 13465 Little Gem Circle |
| 66,276 | 49 | 13471 Little Gem Circle |
| 104,439 | 52 | 13489 Little Gem Circle |
| 101,634 | 58 | 13525 Little Gem Circle |
| 91,793 | 72 | 13524 Little Gem Circle |
| 99,543 | 74 | 13512 Little Gem Circle |
| 102,802 | 80 | 13476 Little Gem Circle |
| 112,458 | 82 | 13464 Little Gem Circle |
| 127,278 | 96 | 13334 Little Gem Circle |
| 91,492 | 99 | 13320 Little Gem Circle |
| 154,472 | 103 | 13300 Little Gem Circle |
| 101,645 | 104 | 13294 Little Gem Circle |
| 90,137 | 105 | 13288 Little Gem Circle |
| 107,828 | 108 | 13270 Little Gem Circle |
| 115,903 | 110 | 13258 Little Gem Circle |
| 99,692 | 111 | 13252 Little Gem Circle |
| 291 | 115 | 13210 Little Gem Circle |
| **2,831,762** | | |

**Hampton Lakes**

| Amount | Lot # | Lot Address |
|---|---|---|
| 900 | 67 | Unknown |
| 112,332 | 201 | 14129 STOWBRIDGE AVE. |
| 71,151 | 202 | 14127 STOWBRIDGE AVE. |
| 97,908 | 203 | 14125 STOWBRIDGE AVE. |
| 82,329 | 204 | 14123 STOWBRIDGE AVE. |
| 78,175 | 205 | 14121 STOWBRIDGE AVE. |
| 80,994 | 206 | 14119 STOWBRIDGE AVE. |
| 100,875 | 207 | 14117 STOWBRIDGE AVE. |
| 106,290 | 208 | 14115 STOWBRIDGE AVE. |
| 85,843 | 209 | 14113 STOWBRIDGE AVE. |
| 112,814 | 210 | 14111 STOWBRIDGE AVE. |
| 31,136 | 701 | 12606 WESTON  DR. |
| 97,397 | 704 | 12612 WESTON  DR. |
| 111,038 | 705 | 12614 WESTON  DR. |
| 135,707 | 1001 | 14131 STILTON  ST. |
| 110,167 | 1002 | 14125 STILTON  ST. |
| 117,577 | 1003 | 14123 STILTON  ST. |
| 141,571 | 1005 | 14113 STILTON  ST. |
| 109,796 | 1006 | 14111 STILTON  ST. |
| 97,836 | 1007 | 14105 STILTON  ST. |
| 36,145 | 1101 | 14157 STILTON ST. |
| 32,404 | 1110 | 14139 STILTON ST. |
| 32,123 | 1207 | 14163 STILTON ST. |
| 5,250 | Unknown | Unknown |

**1,987,756**   Total Spend