# Exhibit D

**Manupipatpong, Mae**

| | |
|---|---|
| **From:** | Eikhoff, Christy Hull |
| **Sent:** | Thursday, July 5, 2018 3:06 PM |
| **To:** | Steve Nicholas |
| **Cc:** | Kenny, Mike; Venderbush, David; Brenda Cochran |
| **Subject:** | RE: Proposed email to court |

Steve –

The Mitchell documents were received on July 3.  We are beginning our review.  We have yet to receive the additional documents you mentioned that were coming for Beazer.  Please advise as to when we will receive the remainder of the documents for both Mitchell and Beazer.  Given the timing of these productions, it would prejudice Taishan to have to take the Mitchell and Beazer depositions before July 24, the current discovery deadline.  We request that you provide us with dates that corporate reps will be available at least three weeks after the final production dates.  We can advise Judge Fallon that the discovery and briefing schedule needs to be extended.  Please remember that I will be out of the country from July 25 through August 4.

Regards,

Christy Hull Eikhoff
Alston & Bird, LLP
404-881-4496 direct
404-881-7000 main
Assistant: Scott Bobo (scott.bobo@alston.com)
Christy.eikhoff@alston.com

---

**From:** Steve Nicholas [mailto:sln@cunninghambounds.com]
**Sent:** Monday, July 2, 2018 5:31 PM
**To:** Eikhoff, Christy Hull <Christy.Eikhoff@alston.com>
**Cc:** Kenny, Mike <Mike.Kenny@alston.com>; Venderbush, David <David.Venderbush@alston.com>; Brenda Cochran <bcc@cunninghambounds.com>
**Subject:** RE: Proposed email to court

Per our conversation see attached additional documents related to Mitchell.  Additional emails to follow

**Steve Nicholas**

**Cunningham** Bounds, LLC
Phone: (251) 471-6191
Fax: (251) 479-1031
Toll Free: (800) 472-6191
SLN@cunninghambounds.com
www.cunninghambounds.com
Post Office Box 66705
Mobile, AL 36660



This email contains privileged and confidential information protected by the attorney

work product doctrine and attorney-client privilege. If you receive this email in error, please notify the sender immediately.

**From:** Eikhoff, Christy Hull [mailto:Christy.Eikhoff@alston.com]
**Sent:** Wednesday, June 27, 2018 11:38 AM
**To:** Steve Nicholas <sln@cunninghambounds.com>
**Cc:** Kenny, Mike <Mike.Kenny@alston.com>; Venderbush, David <David.Venderbush@alston.com>
**Subject:** RE: Proposed email to court

Hi Steve –

I didn't see you at the Status Conference – perhaps you were there and I missed you.  I just tried to call you at the number below and the outgoing message says the firm is closed, and the name directory did not seem to work.  Can you give me a call at your earliest convenience?  I am reachable at the direct line below.

Christy Hull Eikhoff
Alston & Bird, LLP
404-881-4496 direct
404-881-7000 main
Assistant: Scott Bobo (scott.bobo@alston.com)
Christy.eikhoff@alston.com

**From:** Steve Nicholas [mailto:sln@cunninghambounds.com]
**Sent:** Friday, June 8, 2018 10:20 AM
**To:** Eikhoff, Christy Hull <Christy.Eikhoff@alston.com>
**Cc:** Kenny, Mike <Mike.Kenny@alston.com>; Venderbush, David <David.Venderbush@alston.com>
**Subject:** Re: Proposed email to court

I will it be there.  Wed or Thurs mornings that week are open

Steve Nicholas
Cunningham Bounds LLC
1601 Dauphin St.
Mobile, AL 36604
251-471-6191


On Jun 7, 2018, at 4:33 PM, Eikhoff, Christy Hull <Christy.Eikhoff@alston.com> wrote:

> Steve,
>
> Are you going to be at the CDW Status Conference on Tuesday?  If so, let's connect there to discuss this case.  If not, let me know when we might be able to schedule a call the latter part of next week to discuss.
>
> Thanks.
>
> Christy Hull Eikhoff
> Alston & Bird, LLP
> 404-881-4496 direct
> 404-881-7000 main
> Assistant: Scott Bobo (scott.bobo@alston.com)

2

Christy.eikhoff@alston.com

---

**From:** Steve Nicholas [mailto:sln@cunninghambounds.com]
**Sent:** Friday, May 11, 2018 3:50 PM
**To:** Eikhoff, Christy Hull <Christy.Eikhoff@alston.com>
**Cc:** Kenny, Mike <Mike.Kenny@alston.com>; Venderbush, David <David.Venderbush@alston.com>
**Subject:** Re: Proposed email to court

Fine with me.  Thanks

Steve Nicholas
Cunningham Bounds LLC
1601 Dauphin St.
Mobile, AL 36604
251-471-6191


On May 11, 2018, at 3:27 PM, Eikhoff, Christy Hull <Christy.Eikhoff@alston.com> wrote:

> Steve,
>
> Per my last email, please see the below proposed draft to the Court, and let me know if you have any comments or edits.  With your approval, we will send and copy you of course.
>
> Dear Jason,
>
> This email relates to the CDW MDL case of *Mitchell Co. Inc. v. Knauf Gips KG, et al.*, 09-cv-4115 (MDL No. 2047), and in particular, the Builder Plaintiffs' Renewed Motion for Class Certification Against Taishan Gypsum Co., Ltd. (Rec. Doc. No. 20857, filed July 7, 2017) (the "Motion") filed in that case.  Counsel for Plaintiffs and Taishan have conferred and agreed upon the following schedule relating to the Motion:
>
> - All discovery regarding class certification, including depositions, shall be completed by **July 24, 2018**
> - Taishan shall file its Response to the Motion on or before **September 17, 2018**
> - Plaintiffs shall file their Reply on or before **October 9, 2018**
> - Any hearing on the Motion shall be set by the Court
>
> The parties jointly request that the Court enter an appropriate order to memorialize this agreed-upon discovery and briefing schedule for the Motion.
>
> Christy Hull Eikhoff
> Alston & Bird, LLP
> 404-881-4496 direct
> 404-881-7000 main
> Assistant: Scott Bobo (scott.bobo@alston.com)
> Christy.eikhoff@alston.com

NOTICE: This e-mail message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you are hereby notified that you may not read, copy, distribute or otherwise use this message or its attachments. If you have received this message in error, please notify the sender by email and delete all copies of the message immediately.