UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED | * | MDL Docket No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * *

**PROPOSED AGENDA**
**FOR SEPTEMBER 27, 2018 STATUS CONFERENCE**

**Joint Report**
**Section**

I. PRE-TRIAL ORDERS

II. OMNIBUS ("OMNI") CLASS ACTION COMPLAINTS

III. INEX, BANNER, KNAUF, L&W and GLOBAL SETTLEMENTS

IV. TAISHAN, BNBM AND CNBM DEFENDANTS

V. VENTURE SUPPLY & PORTER BLAINE DEFENDANTS

VI. BENNETT CLASS ACTION

VIII. ATTORNEY FEES

IX. MATTERS SET FOR HEARING FOLLOWING THE CURRENT STATUS CONFERENCE

XI. SUGGESTION OF REMAND

XII. MISCELLANEOUS

XIII. NEXT STATUS CONFERENCE