**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In Re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL 2047**<br><br>**SECTION "L"** |
| **This document relates to:**<br><br>***Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al***<br><br>**Case No. 14-cv-2722** | **JUDGE ELDON FALLON**<br><br>**MAGISTRATE JOSEPH WILKINSON, JR.** |

**CONSOLIDATED REPLY IN SUPPORT OF RULE 12(b)(6) MOTIONS TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND RULE 56 MOTIONS FOR SUMMARY JUDGMENT**

**NOW INTO COURT,** through undersigned counsel and with a full reservation of rights,[1] come defendants, Gebr. Knauf KG F/K/A Gebr. Knauf Verwaltungsgesellschaft KG, Knauf International GmbH, Knauf (UK) GmbH, Knauf AMF GmbH & Co, KG, and Knauf Insulation GmbH who file this consolidated reply in support of their respective 12(b)(2) Motions to Dismiss for Lack of Personal Jurisdiction and Rule 56 Motions for Summary Judgment on the basis that the motions should be granted as unopposed as no timely response has been filed opposing any of the motions.

On August 27, 2018, Gebr. Knauf KG F/K/A Gebr. Knauf Verwaltungsgesellschaft KG, Knauf International GmbH, Knauf (UK) GmbH, and Knauf AMF GmbH & Co, KG each filed separate Rule 12(b)(2) Motions to Dismiss for Lack of Personal Jurisdiction [Rec Docs. 21731,

[1] By filing this motion, Gebr. Knauf KG F/K/A Gebr. Knauf Verwaltungsgesellschaft KG, Knauf International GmbH, Knauf (UK) GmbH, Knauf AMF GmbH & Co, KG, Knauf Insulation GmbH do not waive and specifically reserve all rights and defenses, including but not limited to any pending 12(b)(2) Motion to Dismiss for Lack of Personal Jurisdiction.

21732, 21733, 21734]. On the same day, Gebr. Knauf KG F/K/A Gebr. Knauf Verwaltungsgesellschaft KG, Knauf International GmbH, Knauf (UK) GmbH, Knauf AMF GmbH & Co, KG, and Knauf Insulation GmbH each filed Rule 56 Motions for Summary Judgment on the issue of liability associated with the manufacture, distribution, marketing, and/or sale of the alleged Chinese-manufactured drywall in plaintiffs' properties [Rec. Docs 21736, 21737, 21738, 21739, 21740]. All nine (9) motions were noticed for submission to this Honorable Court for September 26, 2018. However, as of the submission date, no response has been filed by plaintiffs opposing any of the nine (9) motions. Therefore, for these reasons and for the reasons previously set forth in the motions, the motions should be granted.

Respectfully submitted,

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**

/s/ *Kerry J. Miller*____________________
**KERRY J. MILLER (#24562), T.A.**
**DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170
Phone: 504.566.8646
Fax: 504.585.6946
Email: kjmiller@bakerdonelson.com
***Counsel for Defendants,***
***Gebr. Knauf KG F/K/A***
***Gebr. Knauf Vertwalungsgesellschaft KG***
***Knauf International GmbH, Knauf (UK) GmbH,***
***Knauf AMF GmbH & Co, KG,***
***and Knauf Insulation GmbH***

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, individually to pro se claimants by U.S. Mail, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this **26th** day of **September**, **2018**.

/s/ *Kerry J. Miller*_________
**KERRY J. MILLER**