# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | CIVIL ACTION<br>MDL NO. 2047<br>SECTION L (5) |
| **THIS DOCUMENT RELATES TO:**<br>*Elizabeth Bennett, et al. v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al.*, No. 14-2722 | |

## ORDER & REASONS

Before the Court are four motions to dismiss filed by Defendants Gebrueder Knauf Verwaltungsgesellschaft, KG ("GKV"), R. Doc. 21731; Knauf International GmbH ("Knauf International"), R. Doc. 21732; Knauf AMF GmbH & Co., KG ("Knauf AMF"), R. Doc. 21733; and Knauf UK GmbH ("Knauf UK"), R. Doc. 21734.

Defendants move to dismiss Plaintiffs' claims against them for lack of personal jurisdiction. First, Defendants argue this Court lacks general jurisdiction over them, as they are German entities, with Knauf GKV, Knauf International, and Knauf AMF being domiciled in Germany, R. Doc. 21731-1 at 9; R. Doc. 21732-1 at 9; R. Doc. 21733-1 at 9, and Knauf UK being a German entity with its principle place of business in Sittingbourne, England, R. Doc. 21734-1 at 9. Defendants further assert they have no contacts in the United States. R. Doc. 21731-1 at 11; R. Doc. 21732-1 at 11; R. Doc. 21733-1 at 11; R. Doc. 21734-1 at 11.

Second, Defendants argue this Court lacks specific jurisdiction over them because they do not have sufficient contacts with any state in the United States. R. Doc. 21731-1 at 12–13; R. Doc. 21732-1 at 12–13; R. Doc. 21733-1 at 13; R. Doc. 21734-1 at 11, 13. Further, Defendants contend they have not purposefully availed themselves to any United States jurisdiction, nor

1

have their agents. R. Doc. 21731-1 at 13, 18; R. Doc. 21732-1 at 13, 17; R. Doc. 21731-1 at 13; R. Doc. 21734-1 at 13, 17. Defendants submit they were not involved in any part of the supply chain for Knauf Plasterboard (Tianjin) Co., Ltd.'s drywall, the drywall at issue in this litigation, and have no operational control over that entity. R. Doc. 21731-1 at 15; R. Doc. 21732-1 at 15; R. Doc. 21733-1 at 15; R. Doc. 21734-1 at 15.

Plaintiffs do not oppose these motions. Accordingly, the Court will grant the motions as uncontested, and because the Court finds it lacks personal jurisdiction over these Defendants.

## V.  CONCLUSION

Accordingly,

**IT IS ORDERED** that the motions to dismiss filed by Defendants Gebrueder Knauf Verwaltungsgesellschaft, KG, R. Doc. 21731; Knauf International GmbH, R. Doc. 21732; Knauf AMF GmbH & Co., KG, R. Doc. 21733; and Knauf UK GmbH, R. Doc. 21734, are hereby **GRANTED** and Plaintiffs' claims against them are hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the unopposed motions for summary judgment filed by Defendants Gebrueder Knauf Verwaltungsgesellschaft, KG, R. Doc. 21736; Knauf International GmbH, R. Doc. 21737; Knauf AMF GmbH & Co., KG, R. Doc. 21738; and Knauf UK GmbH, R. Doc. 21739 are hereby **DENIED AS MOOT**.

New Orleans, Louisiana, this 26th day of September, 2018.

**ELDON E. FALLON**
United States District Judge