UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * CIVIL ACTION * * MDL NO. 2047 * * SECTION L (5) |
| THIS DOCUMENT RELATES TO: *Elizabeth Bennett, et al. v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al.*, No. 14-2722 | * * * |

## ORDER & REASONS

Before the Court is a motion for summary judgment filed by Defendant Knauf Insulation GmbH ("Knauf Insulation"). R. Doc. 21740.

Knauf Insulation argues it played no role in the manufacture, distribution, or sale of the allegedly defective Chinese drywall at issue in this case and submits that no genuine issue of material fact remains for trial. Plaintiffs do not oppose this motion. As a result, the Court will grant the motion as uncontested.

## V. CONCLUSION

Accordingly,

**IT IS ORDERED** that the motion for summary judgment filed by Defendant Knauf Insulation GmbH, R. Doc. 21740, is hereby **GRANTED** and Plaintiffs' claims against Defendant Knauf Insulation GmbH are hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 26th day of September, 2018.

**ELDON E. FALLON**
United States District Judge