UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Elizabeth Bennett, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>2:14-cv-02722-EEF-JCW | JUDGE ELDON FALLON<br><br>MAG. JUDGE WILKINSON |

## ORDER

Upon consideration of Plaintiffs' Motion to Intervene, it is hereby ORDERED, ADJUDGED AND DECREED that said motion is GRANTED. The Clerk of Court is hereby directed to record the identity of each Intervening Plaintiff contained in "Exhibit A" of Plaintiffs' Motion to Intervene.

The Intervening Plaintiffs identified in "Exhibit A" and the Class Action Intervention Complaint are now parties to the proceedings in *Elizabeth Bennett, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*, Case Number 2:14-cv-02722 (E.D.La.), effective on August 31, 2018, the date of filing.

New Orleans, Louisiana, this  26th  day of _____September_____, 2018.

_____
Eldon E. Fallon
United States District Court Judge