**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Amorin, v. Taishan Gypsum Co., Ltd., f/k/a/ Shandong Taihe Dongxin Co., Ltd.,*<br>Case No. 11-cv-01395 (E.D. La.) | MDL No. 2047<br>SECTION: L<br>JUDGE FALLON<br>**MAG. JUDGE WILKINSON** |

## *EX PARTE* MOTION FOR LEAVE TO FILE REPLY

Defendants CNBM Co., Ltd., Beijing New Building Materials Public Limited Company and Beijing New Building Material (Group) Co., Ltd. (collectively, "Defendants") respectfully request that they be granted leave to file a reply in response to the Plaintiffs' Steering Committee's Response In Opposition ("Opposition") (Rec. Doc. 21783) to Defendants' Motion to Reject the PSC's Notice of Clarification Regarding the Composition of the *Amorin* Class (Rec. Doc. 21763). Defendants submit that this brief reply is necessary to respond fully to the PSC's Opposition and will aid the Court in resolving these issues.

Dated: September 26, 2018

Respectfully submitted,

*/s/ L. Christopher Vejnoska*

| | |
|---|---|
| L. Christopher Vejnoska (CA Bar No. 96082) | Eric A. Shumsky (D.C. Bar No. 477926) |
| Eric Matthew Hairston (CA Bar No. 229892) | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | Columbia Center |
| The Orrick Building | 1152 15th Street NW |
| San Francisco, CA 94105 | Washington, D.C. 20005 |
| T: 415-773-5700 | T: 202-339-8400 |
| Email: cvejnoska@orrick.com | Email: eshumsky@orrick.com |
| ehairston@orrick.com | |

James L. Stengel (NY Bar No. 1800556)
Xiang Wang (NY Bar No. 4311114)
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY, 10019
T: 212-506-5000
Email: jstengel@orrick.com
  xiangwang@orrick.com

*Attorneys for the CNBM and BNBM Entities*

Ewell E. Eagan, Jr. (LA Bar No. 5239)
Donna Phillips Currault (LA Bar No. 19533)
Alex B. Rothenberg (LA Bar No. 34740)
GORDON, ARATA, MONTGOMERY, BARNETT,
MCCOLLAM, DUPLANTIS & EAGAN, LLC
201 St. Charles Avenue, 40th Floor
New Orleans, LA 70170-4000
T: (504) 582-1111
Email: eeagan@gamb.law
  dcurrault@gamb.law
  arothenberg@gamb.law

*Attorneys for CNBM Company, Ltd.*

Harry Rosenberg (LA Bar No. 11465)
PHELPS DUNBAR LLP
365 Canal Street, Suite 2000
New Orleans, LA 70130-6534
T: (504) 584-9219
Email: harry.rosenberg@phelps.com

*Attorney for BNBM (Group) Co. Ltd. and BNBM PLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing **Motion for Leave** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail and upon all parties by electronically uploading the same to File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 26th day of September, 2018.

                                              /s/ *L. Christopher Vejnoska*