UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Amorin, v. Taishan Gypsum Co., Ltd., f/k/a/ Shandong Taihe Dongxin Co., Ltd.,*<br>Case No. 11-cv-01395 (E.D. La.) | MDL No. 2047<br>SECTION: L<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |

## ORDER

Considering CNBM Co., Ltd., Beijing New Building Materials Public Limited Company and Beijing New Building Material (Group) Co., Ltd.'s (collectively, "Defendants") *Ex Parte* Motion for Leave to File Reply,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**, and that the proposed pleading attached to Defendants' *ex* parte motion be docketed as their reply to the underlying Motion to Reject the PSC's Notice of Clarification Regarding the Composition of the *Amorin* Class (Rec. Doc. 21763).

New Orleans, Louisiana, this __ day of September, 2018

                                                                    ELDON E. FALLON
                                                                     UNITED STATES DISTRICT JUDGE