UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Brooke et al. v. State-Owned Assets Supervision and Administration Commission of the State Council, et al.,* **Case No. 15-4127 (E.D. La.).** | MDL No. 2:09-md-2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

### *EX PARTE* MOTION FOR LEAVE TO FILE EXCESS PAGES

Defendants Beijing New Building Materials Public Limited Company and Beijing New Building Material (Group) Co., Ltd. (collectively, "BNBM") respectfully request that they be granted leave to file excess pages with regard to their reply to the Plaintiffs' Steering Committee's Response In Opposition ("Opposition") (Rec. Doc. 21767) to Defendants' Motion to Dismiss Pursuant to Rules 12(b)(2), 12(b)(5), 12(b)(6), 8 and 9(b) (Rec. Doc. 19984). BNBM submits that the additional length is necessary to respond fully to the PSC's Opposition (which itself exceeded the ordinary page limitations), and would aid the Court in resolving these issues.

Dated: September 26, 2018                    Respectfully submitted,

                                                                   */s/  L. Christopher Vejnoska*

| | |
|---|---|
| L. Christopher Vejnoska (CA Bar No. 96082) <br> Eric Matthew Hairston (CA Bar No. 229892) <br> ORRICK, HERRINGTON & SUTCLIFFE LLP <br> The Orrick Building <br> San Francisco, CA  94105 <br> T:  415-773-5700 <br> Email:  cvejnoska@orrick.com <br>           ehairston@orrick.com | Eric A. Shumsky (D.C. Bar No. 477926) <br> ORRICK, HERRINGTON & SUTCLIFFE LLP <br> Columbia Center <br> 1152 15th Street NW <br> Washington, D.C. 20005 <br> T:  202-339-8400 <br> Email:  eshumsky@orrick.com |
| James L. Stengel (NY Bar No. 1800556) <br> Xiang Wang (NY Bar No. 4311114) <br> ORRICK, HERRINGTON & SUTCLIFFE LLP <br> 51 West 52nd Street <br> New York, NY, 10019 <br> T:  212-506-5000 <br> Email:  jstengel@orrick.com <br>           xiangwang@orrick.com | Harry Rosenberg (LA Bar No. 11465) <br> PHELPS DUNBAR LLP <br> 365 Canal Street, Suite 2000 <br> New Orleans, LA 70130-6534 <br> T:  (504) 584-9219 <br> Email:  harry.rosenberg@phelps.com |

                                *Counsel for BNBM PLC and BNBM Group*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail and upon all parties by electronically uploading the same to File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 26th day of September, 2018.

/s/ *L. Christopher Vejnoska*

L. Christopher Vejnoska (CA Bar No. 96082)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105
Tel:  415-773-5700
Fax: 415-773-5759
Email:   cvejnoska@orrick.com

*Counsel for BNBM PLC and BNBM Group*