UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Brooke et al. v. State-Owned Assets Supervision and Administration Commission of the State Council, et al.,* **Case No. 15-4127 (E.D. La.).** | MDL No. 2:09-md-2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

## ORDER

Considering Beijing New Building Materials Public Limited Company and Beijing New Building Material (Group) Co., Ltd.'s (collectively, "BNBM") *Ex Parte* Motion for Leave to File Excess Pages,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**, and that the proposed pleading attached to BNBM's *ex* parte motion be docketed as their reply to the underlying Motion to Dismiss (Rec. Doc. 19984).

New Orleans, Louisiana, this ____ day of September, 2018

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE