MINUTE ENTRY
FALLON, J.
SEPTEMBER 27, 2018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED<br>DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO:<br>REF: 11-1395 and 11-1673 | JUDGE FALLON<br>MAGISTRATE WILKINSON |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Cathy Pepper

Appearances: Emma Schwab, Esq., for Plaintiffs
Christy Eikhoff, Esq. for Defendants

Motion of the Plaintiffs' Steering Committee, to Stay All Florida Claims on Louisiana and Virginia Amorin Complaints.    (21639)

After argument – Motion was take under submission

JS10:    :13