MINUTE ENTRY
FALLON, J.
SEPTEMBER 27, 2018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: REF: ALL CASES | JUDGE FALLON MAGISTRATE WILKINSON |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Cathy Pepper

Appearances:  Fred Longer, Esq. and Pearl Robertson, Esq., for Plaintiffs
              James Stengel, Esq. for Defendants

Motion of the Plaintiffs' Steering Committee, to Certify the Court's Order and Reasons of March 10, 2016, Pursuant to 28 U.S.C. 1292(b)   (with sealed attachments)   (21533)

After argument – Motion was taken under submission

JS10:   :42