# Exhibit "1"

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| EDUARDO AND CARMEN AMORIN, *et al.*, individually, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>TAISHAN GYPSUM CO., LTD. f/k/a SHANDONG TAIHE DONGXIN CO., LTD.; TAIAN TAISHAN PLASTERBOARD CO., LTD., et al.,<br><br>    Defendants. | Case No. 1:11-CV-22408-MGC |

### PLAINTIFFS' NOTICE OF ERRATA FOR PLAINTIFFS' SUBMISSION OF TWENTY (20) FLORIDA CLAIMS TO BE TRIED FIRST (ECF 73)

NOTICE IS HEREBY given that the Plaintiffs inadvertently included an additional Priority Claimant in Plaintiffs' Submission of Twenty (20) Florida Claims to be Tried First ("The Priority Claimants") (ECF 73). Plaintiff Dan Kramer was included in error and should be stricken from the Priority Claimant List. The corrected list of Priority Claimants is attached hereto as Exhibit A.

### CERTIFICATE OF SERVICE

I hereby certify that that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Southern District of Florida by using the CM/ECF System, which will send a notice of electronic filing on this 28th day of September, 2018.

/s/ Patrick S. Montoya, Esq.
Patrick Shanan Montoya
Fla. Bar No. 0524441
Email: Patrick@colson.com
Colson Hicks Eidson
255 Alhambra Circle, PH
Coral Gables, FL  33134-2351
Telephone:  (305) 476-7400
Facsimile:  (305) 476-7444
*Interim Lead Counsel for Plaintiffs*

EXHIBIT A

|  | **Plaintiff** | **Affected Property Address** | **Category of Damages (Included, but not limited to)** |
|---|---|---|---|
| 1. | Nunez, Jeovany and Monica | 8049 W. 36th Avenue, #4, Hialeah, FL | Alternative Living Expenses, Lost Equity, Diminution in Value and Other Economic Damages |
| 2. | Hernandez, John | 3516 N. Perry Avenue, Tampa, FL | Alternative Living Expenses and Other Economic Damages |
| 3. | Rosen, Kevin | 17830 Monte Vista Drive, Boca Raton, FL 33496 | Alternative Living Expenses, Lost Equity, Diminution in Value, and Other Economic Losses |
| 4. | Etter, Steven and Cathy | 18894 SE Jupiter Inlet Way, Tequesta, FL 33469 | Alternative Housing and Other Economic Losses |
| 5. | Marin, Cassandra (Yvette) | 3865 SW Wycoff Street, Port St. Lucie | Lost Equity, Diminution in Value, and Other Economic Losses |
| 6. | O'Brien, Kelly and Lori | 3120 W. Wallcraft Avenue, Tampa, FL 33611 | Alternative Living Expenses, Lost Equity, Diminution in Value and Other Economic Losses |
| 7. | Avery, Janet | 10671 Camarelle Circle, Fort Myers, FL 33913 | Alternative Living Expenses, Lost Equity, Diminution in Value and Other Economic Losses |
| 8. | Wites, Marc & Jennifer | 17625 Middlebrooke Way, Boca Raton, FL 33496 | Alternative Living Expenses, Lost Equity, Diminution in Value, and Other Economic Losses |
| 9. | Deeg, David and Hooker, Deborah | 516 SW Akron Avenue, Stuart, FL 34994 | Lost Equity, Diminution in Value and Other Economic Losses |
| 10. | Feldkamp, Andrew and Dawn | 5237 Butte Street, Lehigh Acres, FL 33971 | Alternative Living Expenses, Lost Equity, and Other Economic Losses |
| 11. | Foster, William and Vicki | 10814 Fortina Drive, Fort Myers, FL 33913 | Alternative Living Expenses and Other Economic Losses |
| 12. | Walls, Larry and Rosalee | 2510 Van Buren Pkwy, Cape Coral, FL 33993 | Alternative Living Expenses, Lost Equity, Diminution in Value and Other Economic Losses |
| 13. | Griffin, David and Diane | 9801 Cobblestone Lakes Court, Boynton Beach, FL 33472 | Lost Equity, Diminution in Value and Other Economic Losses |
| 14. | Martinez, Dailyn and Luis | 1624 NW 37th Avenue, Cape Coral, FL 33993 | Alternative Living Expenses and Other Economic Losses |

1

| 15. | Rosen, Michael | 17538 Middlebrooke Way, Boca Raton, FL 33496 | Lost Equity, Diminution in Value and Other Economic Losses |
| --- | --- | --- | --- |
| 16. | Lalwani, Gul and Deborah | 4590 Kodiak Drive, Vero Beach, FL | Lost Equity, Diminution in Value and Other Economic Losses |
| 17. | Miranda, Jose | 8890 SW 229 Street, Miami, FL | Lost Equity, Diminution in Value and Other Economic Losses |
| 18. | Gody, Anthony and Candace | 10842 Tiberio Drive, Fort Myers, FL 33913 | Alternative Living Expenses and Other Economic Losses |
| 19. | Nguyen, Tracy | 103 SE 16th Place, Cape Coral, FL 33990 | Alternative Living Expenses and Other Economic Losses |
| 20. | Chatmon, Lillian | 4151 Bismarck Palm Drive, Tampa, FL 33610 | Alternative Living Expenses and Other Economic Losses |