# Exhibit "2"

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **EDUARDO AND CARMEN AMORIN,** *et al.*, individually, and on behalf of all others similarly situated,<br><br>    **Plaintiffs,**<br><br>                 v.<br><br>**TAISHAN GYPSUM CO., LTD. f/k/a SHANDONG TAIHE DONGXIN CO., LTD.; TAIAN TAISHAN PLASTERBOARD CO., LTD.,** *et al.*,<br><br>    **Defendants.** | Case No. 1:11-CV-22408-MGC |

## PLAINTIFFS' NOTICE OF COMPLIANCE

Plaintiffs hereby file their Notice of Compliance with the Court's order of August 14, 2018 (ECF No. 47). Pursuant to the Court's Order, Plaintiffs have furnished their Witness Lists for their twenty proposed Priority Claimants.[1]

Dated: September 28, 2018

                                                                                Respectfully submitted,

                                                                                /s/ Patrick S. Montoya, Esq.
                                                                                Patrick Shanan Montoya
                                                                                 Fla. Bar No. 0524441
                                                                                 Email: Patrick@colson.com
                                                                                 Colson Hicks Eidson
                                                                                 255 Alhambra Circle, PH
                                                                                 Coral Gables, FL 33134-2351
                                                                                 Telephone: (305) 476-7400
                                                                                 Facsimile: (305) 476-7444
                                                                                 *Interim Lead Counsel for Plaintiffs*

---

[1] By September 21, 2018, the Court and the parties were to select the first twenty Florida claims to be tried ("Priority Claimants"). The Parties could not agree on the twenty Priority Claimants. As a result, Plaintiffs and Defendants each suggested a slate of 20 Priority Claimants (ECF No. 72 and 73). Plaintiffs have furnished Witness Lists to Defendants for Plaintiffs' slate of Priority Claimants. Plaintiffs reserve their right to furnish Defendants with witness lists for Defendants' Proposed twenty Priority Claimants at a later date should the Court include any of Defendants' proposed Claimants on its finalized Priority Claimant list.

1

## CERTIFICATE OF SERVICE

      I hereby certify that that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Southern District of Florida by using the CM/ECF System, which will send a notice of electronic filing on this 28th day of September, 2018.

/s/ Patrick S. Montoya, Esq.
Patrick Shanan Montoya
Fla. Bar No. 0524441
Email: Patrick@colson.com
Colson Hicks Eidson
255 Alhambra Circle, PH
Coral Gables, FL  33134-2351
Telephone:  (305) 476-7400
Facsimile:  (305) 476-7444
*Interim Lead Counsel for Plaintiffs*