UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047<br><br>SECTION "L" |
| This document relates to:<br><br>*Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al*<br><br>Case No. 14-cv-2722 | JUDGE ELDON FALLON<br><br>MAGISTRATE JOSEPH WILKINSON, JR. |

## MOTION FOR STATUS CONFERENCE

**NOW INTO COURT,** through undersigned counsel, comes defendant, Knauf Gips KG ("Knauf Gips"), who respectfully moves this Honorable Court to schedule a Status Conference regarding Case No. 14-cv-2722, styled *Elizabeth Bennett, et al v. Gebrueder Knauf Verwaltungsgesellshaft, KG., et al.*, which is pending before this Court. In support of its motion, Knauf Gips states:

1.

Case No. 14-cv-2722, styled *Elizabeth Bennett, et al v. Gebrueder Knauf Verwaltungsgesellschaft, KG., et al.*, is a class action currently pending in MDL-2047. Knauf Gips now moves the Court and the parties for a status conference to discuss entering a Case Management Order.

**WHEREFORE**, for the reasons set forth above, Knauf Gips KG respectfully requests a status conference be set with the Court regarding this pending matter.

Respectfully submitted,

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC**

*/s/ Kerry J. Miller*
**KERRY J. MILLER (#24562), T.A.
DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, Suite 3600
New Orleans, LA  70170
Telephone:(504) 566-8646
Facsimile: (504) 585-6946
Email:     kjmiller@bakerdonelson.com

***Counsel for Knauf Gips KG***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 2nd day of October, 2018, the above and foregoing has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, and to all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

*/s/ Kerry J. Miller*
**KERRY J. MILLER**