09:02:40

```
 1                       UNITED STATES DISTRICT COURT
                        EASTERN DISTRICT OF LOUISIANA
 2

 3
         *****************************************************************
 4

       IN RE:  CHINESE-MANUFACTURED
 5     DRYWALL PRODUCTS
       LIABILITY LITIGATION
 6
                                      CIVIL DOCKET NO. 09-MD-2047 "L"
 7                                    NEW ORLEANS, LOUISIANA
                                      THURSDAY, SEPTEMBER 27, 2018
 8

 9     THIS DOCUMENT RELATES TO
       REF: 11-1395 and 11-1673
10
         *****************************************************************
11

12                  TRANSCRIPT OF MOTION HEARING PROCEEDINGS
                    HEARD BEFORE THE HONORABLE ELDON E. FALLON
13                        UNITED STATES DISTRICT JUDGE

14

15     APPEARANCES:

16

17     FOR THE PLAINTIFFS'
       LIAISON COUNSEL:            HERMAN HERMAN KATZ
18                                 BY:  RUSS M. HERMAN, ESQUIRE
                                        LEONARD A. DAVIS, ESQUIRE
19                                 820 O'KEEFE AVENUE
                                   NEW ORLEANS, LA 70113
20

21
                                   LEVIN, FISHBEIN, SEDRAN & BERMAN
22                                 BY:  FRED S. LONGER, ESQUIRE
                                        SANDRA L. DUGGAN, ESQUIRE
23                                 510 WALNUT STREET, SUITE 500
                                   PHILADELPHIA, PA 19106
24

25
```

***OFFICIAL TRANSCRIPT***

1   APPEARANCES CONTINUED:

2

3                                 GAINSBURGH BENJAMIN DAVID
                                  MEUNIER AND WARSHAUER
4                                 BY:  GERALD E. MEUNIER, ESQUIRE
                                  2800 ENERGY CENTRE
5                                 1100 POYDRAS STREET, SUITE 2800
                                  NEW ORLEANS, LA 70163
6

7
                                  BARRIOS KINGSDORF & CASTEIX
8                                 BY:  EMMA K. SCHWAB, ESQUIRE
                                  701 POYDRAS STREET, SUITE 3650
9                                 NEW ORLEANS LA 70139

10

11                                IRPINO LAW FIRM
                                  BY:  PEARL A. ROBERTSON, ESQUIRE
12                                2216 MAGAZINE STREET
                                  NEW ORLEANS, LA 70130
13

14
     FOR TAISHAN GYPSUM CO.,
15   LTD, AND TAI'AN TAISHAN
     PLASTERBOARD CO., LTD.:    ALSTON & BIRD
16                              BY:  CHRISTINA H. EIKHOFF, ESQUIRE
                                ONE ATLANTIC CENTER
17                              1201 WEST PEACHTREE STREET
                                ATLANTA, GA 30309
18

19
     FOR THE KNAUF
20   LIAISON COUNSEL:          BAKER DONELSON BEARMAN
                               CALDWELL & BERKOWITZ
21                             BY:  KERRY J. MILLER, ESQUIRE
                                    DANIEL S. DYSART, ESQUIRE
22                             201 ST. CHARLES AVENUE, SUITE 3600
                               NEW ORLEANS, LA 70170
23

24

25

                        *OFFICIAL TRANSCRIPT*

```
 1    APPEARANCES CONTINUED:

 2


 3    FOR THE TAISHAN, BNMB
      ENTITIES AND CNBM ENTITIES
 4    LIAISON COUNSEL:              PHELPS DUNBAR
                                    BY:  HARRY ROSENBERG, ESQUIRE
 5                                  365 CANAL STREET, SUITE 2000
                                    NEW ORLEANS, LA 70130
 6


 7

      CHINA NATIONAL BUILDING
 8    MATERIALS GROUP CORPORATION
      AND CHINA NATIONAL BUILDING
 9    MATERIALS COMPANY LIMITED
      (COLLECTIVELY, "CNBM"):       ORRICK HERRINGTON & SUTCLIFFE
10                                  BY:  JAMES L. STENGEL, ESQUIRE
                                    51 WEST 52ND STREET
11                                  NEW YORK, NY 10019

12


13                                  GORDON, ARATA, MCCOLLAM,
                                    DUPLANTIS & EAGAN
14                                  BY:  EWELL E. EAGAN, JR., ESQUIRE
                                         DONNA P. CURRAULT, ESQUIRE
15                                       ALEX B. ROTHENBERG, ESQUIRE
                                    201 ST. CHARLES AVENUE, 40TH FLOOR
16                                  NEW ORLEANS, LA 70170

17


18
      OFFICIAL COURT REPORTER:      CATHY PEPPER, CRR, RMR, CCR
19                                  CERTIFIED REALTIME REPORTER
                                    CERTIFIED MERIT REPORTER
20                                  500 POYDRAS STREET, ROOM B406
                                    NEW ORLEANS, LA 70130
21                                  (504) 589-7779
                                    Cathy_Pepper@laed.uscourts.gov
22


23    PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.   TRANSCRIPT
      PRODUCED BY COMPUTER.
24


25


                         *OFFICIAL TRANSCRIPT*
```

1                            **I N D E X**

2

3                                                         <u>PAGE</u>

4

5    PLAINTIFFS' MOTION TO STAY...........................   5

6    MS. SCHWAB...........................................   5

7    MS. EIKHOFF..........................................   8

8    MS. SCHWAB...........................................  11

9    THE COURT............................................  11

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

*OFFICIAL TRANSCRIPT*

| | |
|---|---|
| 1 | **P-R-O-C-E-E-D-I-N-G-S** |
| 09:02:40  2 | THURSDAY, SEPTEMBER 27, 2018 |
| 09:02:40  3 | M O R N I N G   S E S S I O N |
| 09:02:40  4 | (COURT CALLED TO ORDER) |
| 09:02:40  5 | |
| 09:02:40  6 | |
| 09:51:48  7 | THE COURT:  The motion to stay, plaintiffs' motion to |
| 09:51:50  8 | stay.  These class actions were filed in this court.  There is |
| 09:52:04  9 | also the same class action filed in Virginia, and the same |
| 09:52:08 10 | class action filed in Florida.  The Court has now sent the |
| 09:52:12 11 | Florida cases back. |
| 09:52:13 12 | The question is what do we do with those Florida |
| 09:52:22 13 | cases that appear in this court?  Do we stay those actions and |
| 09:52:26 14 | allow Florida to go on or do we dismiss those actions so that |
| 09:52:31 15 | Florida can go on? |
| 09:52:34 16 | MS. SCHWAB:  Good morning, Your Honor.  Emma Schwab for |
| 09:52:37 17 | plaintiffs. |
| 09:52:40 18 | May it please the Court, plaintiffs are here |
| 09:52:43 19 | today on a motion to stay the Florida clams that are included |
| 09:52:47 20 | in the Louisiana Amorin complaint before this court because |
| 09:52:52 21 | these claims are proceeding in Florida.  We have also filed a |
| 09:52:54 22 | motion to stay the nonFlorida claims in the Southern District |
| 09:52:59 23 | of Florida in front of Judge Cooke.  That motion is pending. |
| 09:53:02 24 | While CNBM and BNBM argue for dismissal without |
| 09:53:07 25 | prejudice, Taishan is silent.  Taishan's motion is silent as to |

*OFFICIAL TRANSCRIPT*

09:53:13 1  whether they are requesting dismissal with or without

09:53:16 2  prejudice.

09:53:16 3          Regardless of whether it is with or without,

09:53:19 4  dismissal is not proper.

09:53:20 5      THE COURT:  What are you concerned about?

09:53:22 6      MS. SCHWAB:  These complaints were filed as protective

09:53:26 7  measures for jurisdictional defenses, statute of limitation

09:53:32 8  defenses, and we would like to keep the balance at play here.

09:53:35 9          We think that these -- that other states would

09:53:41 10 have to independently prove jurisdiction without the

09:53:47 11 significant port such as Florida, Louisiana, and Virginia.  We

09:53:54 12 think that the protective measures of keeping the claims in the

09:53:58 13 MDL, not asking Your Honor to deal with them substantively but

09:54:03 14 just keeping them here, would help and would alleviate any

09:54:10 15 issues down the road.

09:54:11 16     THE COURT:  In which way?  Meaning since I've ruled on

09:54:15 17 jurisdiction here, that they did business in Florida,

09:54:24 18 jurisdictionally, since I found that, that if I dismiss them

09:54:31 19 here, you'll be adversely affected in some way in Florida?

09:54:40 20     MS. SCHWAB:  Yes, Your Honor.  That's precisely what

09:54:42 21 we're arguing.

09:54:43 22          Defendants have challenged jurisdiction every

09:54:45 23 step of the way.  If history is any indication, they will stop

09:54:48 24 at nothing, and they will continue to challenge jurisdiction.

09:54:50 25          We think that without having the cases here with

**OFFICIAL TRANSCRIPT**

09:54:53 1  some kind of connexity to the MDL and some kind of connection

09:54:59 2  to the significant ports, that it will prejudice plaintiffs,

09:55:04 3  while a stay of the Florida cases on the MDL docket will have

09:55:09 4  no impact whatever on defendants.

09:55:13 5          THE COURT:  All right.

09:55:15 6          MS. SCHWAB:  So, Your Honor, as I was saying, that

09:55:18 7  defendants have challenged jurisdiction every step of the way.

09:55:21 8  That is no question.  Defendants will never concede

09:55:28 9  jurisdiction.  I think that we can all agree on that, which is

09:55:32 10 all the more reason why the cases should be stayed.

09:55:35 11         Defendants continually blame the plaintiffs for

09:55:38 12 the procedural mess, which is the three Amorin complaints, but

09:55:43 13 it was their repeated misrepresentations and devious conduct

09:55:49 14 which put us in the situation and provoked the need to file the

09:55:51 15 protective actions in the first place.

09:55:53 16         If the Florida cases are dismissed, this court

09:55:55 17 will likely apply the same ruling for other cases that are

09:55:59 18 remanded in the future, and all nonFlorida, nonLouisiana, and

09:56:04 19 nonVirginia claims would essentially have to prove jurisdiction

09:56:10 20 independently of those significant ports once those Amorin

09:56:14 21 complaints are remanded out of the MDL.

09:56:16 22         This would defeat the entire purpose of filing

09:56:18 23 the protective actions to proactively address potential

09:56:24 24 venue-specific personal jurisdiction and statute-of-limitation

09:56:27 25 defenses.

*OFFICIAL TRANSCRIPT*

09:56:29  1        A stay will have -- and I was saying earlier, a

09:56:31  2    stay will have the identical impact on defendants as a

09:56:34  3    dismissal, so it cannot be argued that they would suffer any

09:56:37  4    prejudice if the Florida Amorin claims are stayed, but a

09:56:42  5    dismissal would negligently impact the rights of the Florida

09:56:45  6    claimants without any corresponding benefit to this court and

09:56:48  7    the plaintiffs.

09:56:49  8        A stay will not require defendants to engage in

09:56:53  9    any discovery or motion practice in this court regarding these

09:56:56 10    plaintiffs.  The Florida claims will substantively be removed

09:57:00 11    from the Court's management docket.

09:57:02 12        The Amorin complaints were filed as a protective

09:57:05 13    action, and plaintiffs simply want to keep the balance in play.

09:57:08 14    So, we respectfully request this court to exercise its

09:57:13 15    jurisdiction and stay the Florida Amorin claims and any other

09:57:18 16    prospective claims that are remanded out of the MDL while those

09:57:23 17    claims run their course in other jurisdictions.

09:57:29 18        THE COURT:  What's the disadvantage of staying it?  Why

09:57:37 19    not stay it?  How are you hurt that way?

09:57:42 20        MS. EIKHOFF:  It is clear that you can stay or you can

09:57:45 21    dismiss.  Fifth Circuit law is absolutely clear on that, so it

09:57:49 22    is well within the Court's discretion to make this decision.

09:57:53 23        THE COURT:  What do you get out of dismissal that you

09:57:55 24    don't have out of stay?

09:57:57 25        MS. EIKHOFF:  That eliminates the risk of inconsistent

*OFFICIAL TRANSCRIPT*

9

09:58:01  1    outcomes.  It also cleans up these cases and provides more

09:58:06  2    simplicity and more clarity as to where these cases are being

09:58:12  3    adjudicated.

09:58:12  4              We're talking about only the Florida claims here.

09:58:14  5    Those are before Judge Cooke.  They are identical to the claims

09:58:19  6    that are sitting here in this court that the PSC is asking to

09:58:22  7    stay.

09:58:23  8              It is entirely unclear to us what the PSC means

09:58:32  9    when they say they want to keep them alive as a protective

09:58:36 10    measure, and I believe that Ms. Schwab just said *to keep the*

09:58:40 11    *balance in play*.  I don't know what that means.

09:58:43 12        THE COURT:  I think what she's saying is that there is

09:58:49 13    an argument that it's the law of the case.  If I decided

09:58:51 14    jurisdiction, they can argue that Judge Cooke doesn't have to

09:58:55 15    deal with jurisdiction because the law of the case is that I've

09:58:59 16    already decided the jurisdiction.

09:59:01 17        MS. EIKHOFF:  But that's true, Your Honor, we're not

09:59:03 18    talking about the cases in front of Judge Cooke.  We're not

09:59:07 19    asking you to dismiss Judge Cook's cases.  We're asking you to

09:59:12 20    dismiss from the entirely identical, duplicative Louisiana

09:59:18 21    action the cases that Judge Cooke is actively adjudicating with

09:59:25 22    jurisdiction that Taishan is not contesting.

09:59:31 23              So we don't understand why they want to keep

09:59:34 24    these alive, to hold them on ice as, a quote, protective

09:59:40 25    measure.  We can only speculate that they want to keep them

*OFFICIAL TRANSCRIPT*

09:59:43 1   alive so that they can revive them at some point down the road

09:59:48 2   if they don't like what Judge Cooke does.

09:59:53 3            Many federal courts, Your Honor, have said that's

09:59:57 4   improper.  You don't keep duplicative claims on ice in another

10:00:01 5   court to hedge your bets or to keep the balance in play while

10:00:07 6   another federal court is actively adjudicating them with

10:00:09 7   jurisdiction.

10:00:10 8            Now, what I want to remind the Court that this is

10:00:13 9   oral argument on the PSC's motion to stay, which is document

10:00:16 10  Number 21639, but there are competing motions here, Your Honor,

10:00:23 11  because Taishan did move to dismiss the same claims, and that's

10:00:26 12  Document Number 21729.

10:00:29 13           Your Honor, we hear it every month.  We see it in

10:00:33 14  every brief.  They accuse us of delay, delay, delay, but here

10:00:38 15  we're trying to reach resolution, finality, simplicity, clean

10:00:46 16  up these dockets.  Judge Cooke has got the Florida claims.  We

10:00:50 17  are going forward on a discovery schedule and a full scheduling

10:00:56 18  order that will get these cases to trial within the year.

10:01:01 19           So what we're trying to do is trying to avoid the

10:01:04 20  delay of having lingering identical claims hanging out for some

10:01:10 21  mysterious protective purposes, and that's why we believe it's

10:01:15 22  appropriate to dismiss these claims and, I must make clear,

10:01:19 23  without prejudice.

10:01:21 24           Your Honor, the PSC's brief said that the

10:01:25 25  defendants are seeking to dismiss with prejudice.  That is not

*OFFICIAL TRANSCRIPT*

10:01:29  1    reflected in anything that we've filed, and that is, in fact,

10:01:32  2    not what we are doing.

10:01:35  3         THE COURT:  Okay.  I got it.  I understand.

10:01:38  4              Any rebuttal?

10:01:43  5         MS. SCHWAB:  Yes, Your Honor, very briefly.

10:01:48  6              Ms. Eikhoff mentioned that she was or that

10:01:52  7    Taishan was worried about inconsistent outcomes, and that's the

10:01:55  8    reason why the cases should be dismissed rather than stay.  As

10:01:58  9    I stated earlier, we are not seeking -- we are not asking this

10:02:02  10   court to revisit this case at a later date or in the future,

10:02:07  11   and that is not what our intention is.

10:02:10  12             They also -- Ms. Eikhoff also mentioned that

10:02:15  13   Taishan is not contesting jurisdiction, which I believe that

10:02:19  14   is -- that we disagree with as, just whenever Bristol-Myers

10:02:26  15   came out, they were very quick to file another challenge to

10:02:30  16   Your Honor's jurisdictional rulings.

10:02:33  17             She also mentioned that they are trying to avoid

10:02:37  18   delay and cleanup the docket, but, yet, they are trying to

10:02:41  19   unravel and start from scratch in the Florida proceedings.

10:02:44  20             So, I believe that in order to keep this all in

10:02:50  21   line and to keep the balance at play, that these cases should

10:02:53  22   be stayed as opposed to dismissed.

10:02:55  23        THE COURT:  Okay.  Thank you.  I got it.

10:02:58  24             One thing that I'm trying to do for you folks,

10:03:02  25   both sides, I'm sending these cases back, but I'm sending them

*OFFICIAL TRANSCRIPT*

10:03:09   1   back in waves so that I can keep involved in the case if you

10:03:23   2   need me for some reason, and that comes into my thinking, too.

10:03:29   3            I've been with the case, been with you all now

10:03:34   4   for about a decade, and while I'm happy to send them out, I do

10:03:41   5   want to be available for you if you need me.  I'm trying to

10:03:44   6   figure out how I can do that for you and at the same time not

10:03:49   7   have a lot of duplicity in the cases, and that's kind of a

10:03:55   8   challenge in these types of cases.

10:04:01   9            Frankly, it's a discussion point that a lot of my

10:04:06  10   colleagues have.  If they see the opportunity to get rid of a

10:04:10  11   case, get rid of the case immediately, and I can understand

10:04:13  12   that.  I feel if I could be of help to you all or be of

10:04:22  13   service, I want to be able to do that, and I'm trying to figure

10:04:25  14   out how to do that without having a problem.

10:04:28  15            I understand both sides of it.  I'll take them

10:04:30  16   under advisement, and I'll be coming out with a ruling shortly.

10:04:34  17   Thank you very much.

10:04:34  18            VOICES:  Thank you, Your Honor.

10:04:36  19            MR. HERMAN:  Thank you, Your Honor.

10:04:36  20            May it please the Court, may Mr. Davis and I see

10:04:39  21   you about a matter that has nothing to with Drywall?  I've

10:04:43  22   discussed it with Harry.

10:04:44  23            THE COURT:  Harry, do you have any issue there?

10:04:46  24            MR. ROSENBERG:  I've discussed that matter with

10:04:48  25   Mr. Herman and Mr. Davis, and we do not have an objection.

*OFFICIAL TRANSCRIPT*

10:04:54  1          THE COURT:  Okay.  It's another case, as I understand.

10:04:57  2    I've got a couple of these.

3               (WHEREUPON, at 10:04 a.m., the proceedings were

4    concluded.)

5                              *    *    *

6

7

8

9

10                      REPORTER'S CERTIFICATE

11

12          I, Cathy Pepper, Certified Realtime Reporter, Registered

13    Merit Reporter, Certified Court Reporter in and for the State

14    of Louisiana, Official Court Reporter for the United States

15    District Court, Eastern District of Louisiana, do hereby

16    certify that the foregoing is a true and correct transcript to

17    the best of my ability and understanding from the record of the

18    proceedings in the above-entitled and numbered matter.

19

20                              _s/Cathy Pepper_____

21                              Cathy Pepper, CRR, RMR, CCR
                                Certified Realtime Reporter
22                              Registered Merit Reporter
                                Official Court Reporter
23                              United States District Court
                                Cathy_Pepper@laed.uscourts.gov
24

25

                         *OFFICIAL  TRANSCRIPT*

**0**

09-MD-2047 [1] - 1:6

**1**

10019 [1] - 3:11
10:04 [1] - 13:3
11 [2] - 4:8, 4:9
11-1395 [1] - 1:9
11-1673 [1] - 1:9
1100 [1] - 2:5
1201 [1] - 2:17
19106 [1] - 1:23

**2**

2000 [1] - 3:5
201 [2] - 2:22, 3:15
2018 [2] - 1:7, 5:2
21639 [1] - 10:10
21729 [1] - 10:12
2216 [1] - 2:12
27 [2] - 1:7, 5:2
2800 [2] - 2:4, 2:5

**3**

30309 [1] - 2:17
3600 [1] - 2:22
365 [1] - 3:5
3650 [1] - 2:8

**4**

40TH [1] - 3:15

**5**

5 [2] - 4:5, 4:6
500 [2] - 1:23, 3:20
504 [1] - 3:21
51 [1] - 3:10
510 [1] - 1:23
52ND [1] - 3:10
589-7779 [1] - 3:21

**7**

701 [1] - 2:8
70113 [1] - 1:19
70130 [3] - 2:12, 3:5, 3:20
70139 [1] - 2:9
70163 [1] - 2:5

70170 [2] - 2:22, 3:16

**8**

8 [1] - 4:7
820 [1] - 1:19

**A**

a.m [1] - 13:3
ability [1] - 13:17
able [1] - 12:13
above-entitled [1] - 13:18
absolutely [1] - 8:21
accuse [1] - 10:14
action [4] - 5:9, 5:10, 8:13, 9:21
actions [5] - 5:8, 5:13, 5:14, 7:15, 7:23
actively [1] - 9:21, 10:6
address [1] - 7:23
adjudicated [1] - 9:3
adjudicating [2] - 9:21, 10:6
adversely [1] - 6:19
advisement [1] - 12:16
affected [1] - 6:19
agree [1] - 7:9
ALEX [3] - 3:15
alive [3] - 9:9, 9:24, 10:1
alleviate [1] - 6:14
allow [1] - 5:14
ALSTON [1] - 2:15
Amorin [6] - 5:20, 7:12, 7:20, 8:4, 8:12, 8:15
AND [4] - 2:3, 2:15, 3:3, 3:8
appear [1] - 5:13
APPEARANCES [3] - 1:15, 2:1, 3:1
apply [1] - 7:17
appropriate [1] - 10:22
ARATA [1] - 3:13
argue [2] - 5:24, 9:14
argued [1] - 8:3
arguing [1] - 6:21
argument [2] - 9:13, 10:9
ATLANTA [1] - 2:17
ATLANTIC [1] - 2:16
available [1] - 12:5
AVENUE [3] - 1:19,

2:22, 3:15
avoid [2] - 10:19, 11:17

**B**

B406 [1] - 3:20
BAKER [1] - 2:20
balance [5] - 6:8, 8:13, 9:11, 10:5, 11:21
BARRIOS [1] - 2:7
BEARMAN [1] - 2:20
BEFORE [1] - 1:12
benefit [1] - 8:6
BENJAMIN [1] - 2:3
BERKOWITZ [1] - 2:20
BERMAN [1] - 1:21
best [1] - 13:17
bets [1] - 10:5
BIRD [1] - 2:15
blame [1] - 7:11
BNBM [1] - 5:24
BNMB [1] - 3:3
brief [2] - 10:14, 10:24
briefly [1] - 11:5
Bristol [1] - 11:14
Bristol-Myers [1] - 11:14
BUILDING [2] - 3:7, 3:8
business [1] - 6:17
BY [12] - 1:18, 1:22, 2:4, 2:8, 2:11, 2:16, 2:21, 3:4, 3:10, 3:14, 3:23, 3:23

**C**

CALDWELL [1] - 2:20
CALLED [1] - 5:4
CANAL [1] - 3:5
cannot [1] - 8:3
case [8] - 9:13, 9:15, 11:10, 12:1, 12:3, 12:11, 13:1
cases [18] - 5:11, 5:13, 6:25, 7:3, 7:10, 7:16, 7:17, 9:1, 9:2, 9:18, 9:19, 9:21, 10:18, 11:8, 11:21, 11:25, 12:7, 12:8
CASTEIX [1] - 2:7
CATHY [1] - 3:18
Cathy [2] - 13:12, 13:21
Cathy_Pepper@laed.uscourts.gov [2] -

3:21, 13:23
CCR [2] - 3:18, 13:21
CENTER [1] - 2:16
CENTRE [1] - 2:4
CERTIFICATE [1] - 13:10
CERTIFIED [2] - 3:19, 3:19
Certified [3] - 13:12, 13:13, 13:21
certify [1] - 13:16
challenge [3] - 6:24, 11:15, 12:8
challenged [2] - 6:22, 7:7
CHARLES [2] - 2:22, 3:15
CHINA [3] - 3:7, 3:8
CHINESE [1] - 1:4
CHINESE-MANUFACTURED [1] - 1:4
CHRISTINA [2] - 2:16
Circuit [1] - 8:21
CIVIL [1] - 1:6
claimants [1] - 8:6
claims [16] - 5:21, 5:22, 6:12, 7:19, 8:4, 8:10, 8:15, 8:16, 8:17, 9:4, 9:5, 10:4, 10:11, 10:16, 10:20, 10:22
clams [1] - 5:19
clarity [1] - 9:2
class [3] - 5:8, 5:9, 5:10
clean [1] - 10:15
cleans [1] - 9:1
cleanup [1] - 11:18
clear [3] - 8:20, 8:21, 10:22
CNBM [2] - 3:3, 5:24
CO [2] - 2:14, 2:15
colleagues [1] - 12:10
COLLECTIVELY [1] - 3:9
coming [1] - 12:16
COMPANY [1] - 3:9
competing [1] - 10:10
complaint [1] - 5:20
complaints [4] - 6:6, 7:12, 7:21, 8:12
COMPUTER [1] - 3:23
concede [1] - 7:8
concerned [1] - 6:5
concluded [1] - 13:4
conduct [1] - 7:13
connection [1] - 7:1
connexity [1] - 7:1

contesting [2] - 9:22, 11:13
continually [1] - 7:11
continue [1] - 6:24
CONTINUED [2] - 2:1, 3:1
Cook's [1] - 9:19
Cooke [7] - 5:23, 9:5, 9:14, 9:18, 9:21, 10:2, 10:16
CORPORATION [1] - 3:8
correct [1] - 13:16
corresponding [1] - 8:6
COUNSEL [3] - 1:17, 2:20, 3:4
couple [1] - 13:2
course [1] - 8:17
court [11] - 5:8, 5:13, 5:20, 7:16, 8:6, 8:9, 8:14, 9:6, 10:5, 10:6, 11:10
COURT [14] - 1:1, 3:18, 5:4, 5:7, 6:5, 6:16, 7:5, 8:18, 8:23, 9:12, 11:3, 11:23, 12:23, 13:1
Court [9] - 5:10, 5:18, 10:8, 12:20, 13:13, 13:14, 13:15, 13:22, 13:23
Court's [2] - 8:11, 8:22
COURT..............................................................[1] - 4:9
courts [1] - 10:3
CRR [2] - 3:18, 13:21
CURRAULT [1] - 3:14

**D**

DANIEL [1] - 2:21
date [1] - 11:10
DAVID [1] - 2:3
Davis [2] - 12:20, 12:25
DAVIS [1] - 1:18
deal [2] - 6:13, 9:15
decade [1] - 12:4
decided [2] - 9:13, 9:16
decision [1] - 8:22
defeat [1] - 7:22
defendants [8] - 6:22, 7:4, 7:7, 7:8, 7:11, 8:2, 8:8, 10:25
defenses [2] - 6:7, 6:8, 7:25
delay [5] - 10:14,

*OFFICIAL TRANSCRIPT*

10:20, 11:18
**devious** [1] - 7:13
**disadvantage** [1] - 8:18
**disagree** [1] - 11:14
**discovery** [2] - 8:9, 10:17
**discretion** [1] - 8:22
**discussed** [2] - 12:22, 12:24
**discussion** [1] - 12:9
**dismiss** [8] - 5:14, 6:18, 8:21, 9:19, 9:20, 10:11, 10:22, 10:25
**dismissal** [6] - 5:24, 6:1, 6:4, 8:3, 8:5, 8:23
**dismissed** [3] - 7:16, 11:8, 11:22
**DISTRICT** [3] - 1:1, 1:1, 1:13
**District** [4] - 5:22, 13:15, 13:23
**docket** [3] - 7:3, 8:11, 11:18
**DOCKET** [1] - 1:6
**dockets** [1] - 10:16
**DOCUMENT** [1] - 1:9
**document** [1] - 10:9
**Document** [1] - 10:12
**DONELSON** [1] - 2:20
**DONNA** [1] - 3:14
**down** [2] - 6:15, 10:11
**Drywall** [1] - 12:21
**DRYWALL** [1] - 1:5
**DUGGAN** [1] - 1:22
**DUNBAR** [1] - 3:14
**DUPLANTIS** [1] - 3:13
**duplicative** [2] - 9:20, 10:4
**duplicity** [1] - 12:7
**DYSART** [1] - 2:21

## E

**EAGAN** [2] - 3:13, 3:14
**EASTERN** [1] - 1:1
**Eastern** [1] - 13:15
**Eikhoff** [2] - 11:6, 11:12
**EIKHOFF** [4] - 2:16, 8:20, 8:25, 9:17
**EIKHOFF**................... .......................... [1] - 4:7
**ELDON** [1] - 1:12
**eliminates** [1] - 8:25

**EMMA** [1] - 2:8
**Emma** [1] - 5:16
**ENERGY** [1] - 2:4
**engage** [1] - 8:8
**entire** [1] - 7:22
**entirely** [2] - 9:8, 9:20
**ENTITIES** [2] - 3:3
**entitled** [1] - 13:18
**ESQUIRE** [15] - 1:18, 1:18, 1:22, 1:22, 2:4, 2:8, 2:11, 2:16, 2:21, 2:21, 3:4, 3:10, 3:14, 3:14, 3:15
**essentially** [1] - 7:19
**EWELL** [1] - 3:14
**exercise** [1] - 8:14

## F

**fact** [1] - 11:1
**FALLON** [1] - 1:12
**federal** [2] - 10:3, 10:6
**Fifth** [1] - 8:21
**figure** [2] - 12:6, 12:13
**file** [2] - 7:14, 11:15
**filed** [7] - 5:8, 5:9, 5:10, 5:21, 6:6, 8:12, 11:1
**filing** [1] - 7:22
**finality** [1] - 10:15
**FIRM** [1] - 2:11
**first** [1] - 7:15
**FISHBEIN** [1] - 1:21
**FLOOR** [1] - 3:15
**Florida** [20] - 5:10, 5:11, 5:12, 5:14, 5:15, 5:19, 5:21, 5:23, 6:11, 6:17, 6:19, 7:3, 7:16, 8:4, 8:5, 8:10, 8:15, 9:4, 10:16, 11:19
**folks** [1] - 11:24
**FOR** [4] - 1:17, 2:14, 2:19, 3:3
**foregoing** [1] - 13:16
**forward** [1] - 10:17
**frankly** [1] - 12:9
**FRED** [1] - 1:22
**front** [2] - 5:23, 9:18
**full** [1] - 9:17
**future** [2] - 7:18, 11:10

## G

**GA** [1] - 2:17
**GAINSBURGH** [1] - 2:3
**GERALD** [1] - 2:4

**GORDON** [1] - 3:13
**GROUP** [1] - 3:8
**GYPSUM** [1] - 2:14

## H

**hanging** [1] - 10:20
**happy** [1] - 12:4
**Harry** [2] - 12:22, 12:23
**HARRY** [1] - 3:4
**hear** [1] - 10:13
**HEARD** [1] - 1:12
**HEARING** [1] - 1:12
**hedge** [1] - 10:5
**help** [2] - 6:14, 12:12
**hereby** [1] - 13:15
**HERMAN** [4] - 1:17, 1:18, 12:19
**Herman** [1] - 12:25
**HERRINGTON** [1] - 3:9
**history** [1] - 6:23
**hold** [1] - 9:24
**Honor** [12] - 5:16, 6:13, 6:20, 7:6, 9:17, 10:3, 10:10, 10:13, 10:24, 11:5, 12:18, 12:19
**Honor's** [1] - 11:16
**HONORABLE** [1] - 1:12
**hurt** [1] - 8:19

## I

**ice** [2] - 9:24, 10:4
**identical** [4] - 8:2, 9:5, 9:20, 10:20
**immediately** [1] - 12:11
**impact** [3] - 7:4, 8:2, 8:5
**improper** [1] - 10:4
**IN** [1] - 1:4
**included** [1] - 5:19
**inconsistent** [2] - 8:25, 11:7
**independently** [2] - 6:10, 7:20
**indication** [1] - 6:23
**intention** [1] - 11:11
**involved** [1] - 12:1
**IRPINO** [1] - 2:11
**issue** [1] - 12:23
**issues** [1] - 6:15

## J

**JAMES** [1] - 3:10
**JR** [1] - 3:14
**Judge** [8] - 5:23, 9:5, 9:14, 9:18, 9:19, 9:21, 10:2, 10:16
**JUDGE** [1] - 1:13
**jurisdiction** [15] - 6:10, 6:17, 6:22, 6:24, 7:7, 7:9, 7:19, 7:24, 8:15, 9:14, 9:15, 9:16, 9:22, 10:7, 11:13
**jurisdictional** [2] - 6:7, 11:16
**jurisdictionally** [1] - 6:18
**jurisdictions** [1] - 8:17

## K

**KATZ** [1] - 1:17
**keep** [11] - 6:8, 8:13, 9:9, 9:10, 9:23, 9:25, 10:4, 10:5, 11:20, 11:21, 12:1
**keeping** [2] - 6:12, 6:14
**KERRY** [1] - 2:21
**kind** [3] - 7:1, 12:7
**KINGSDORF** [1] - 2:7
**KNAUF** [1] - 2:19

## L

**LA** [8] - 1:19, 2:5, 2:9, 2:12, 2:22, 3:5, 3:16, 3:20
**LAW** [1] - 2:11
**law** [3] - 8:21, 9:13, 9:15
**LEONARD** [1] - 1:18
**LEVIN** [1] - 1:21
**LIABILITY** [1] - 1:5
**LIAISON** [3] - 1:17, 2:20, 3:4
**likely** [1] - 7:17
**limitation** [2] - 6:7, 7:24
**LIMITED** [1] - 3:9
**line** [1] - 11:21
**lingering** [1] - 10:20
**LITIGATION** [1] - 1:5
**LONGER** [1] - 1:22
**Louisiana** [5] - 5:20, 6:11, 9:20, 13:14, 13:15

**LOUISIANA** [2] - 1:1, 1:7
**LTD** [2] - 2:15, 2:15

## M

**MAGAZINE** [1] - 2:12
**management** [1] - 8:11
**MANUFACTURED** [1] - 1:4
**MATERIALS** [2] - 3:8, 3:9
**matter** [3] - 12:21, 12:24, 13:18
**MCCOLLAM** [1] - 3:13
**MDL** [5] - 6:13, 7:1, 7:3, 7:21, 8:16
**meaning** [1] - 6:16
**means** [2] - 9:8, 9:11
**measure** [2] - 9:10, 9:25
**measures** [2] - 6:7, 6:12
**MECHANICAL** [1] - 3:23
**mentioned** [3] - 11:6, 11:12, 11:17
**Merit** [2] - 13:13, 13:22
**MERIT** [1] - 3:19
**mess** [1] - 7:12
**MEUNIER** [2] - 2:3, 2:4
**MILLER** [1] - 2:21
**misrepresentations** [1] - 7:13
**month** [1] - 10:13
**morning** [1] - 5:16
**MOTION** [1] - 1:12, 4:5
**motion** [8] - 5:7, 5:19, 5:22, 5:23, 5:25, 8:9, 10:9
**motions** [1] - 10:10
**move** [1] - 10:11
**MR** [2] - 12:19, 12:24
**MS** [11] - 4:6, 4:7, 4:8, 5:16, 6:6, 6:20, 7:6, 8:20, 8:25, 9:17, 11:5
**must** [1] - 10:22
**Myers** [1] - 11:14
**mysterious** [1] - 10:21

## N

**NATIONAL** [2] - 3:7, 3:8

*OFFICIAL TRANSCRIPT*

**need** [3] - 7:14, 12:2, 12:5
**negligently** [1] - 8:5
**never** [1] - 7:8
**NEW** [10] - 1:7, 1:19, 2:5, 2:9, 2:12, 2:22, 3:5, 3:11, 3:16, 3:20
**NO** [1] - 1:6
**nonFlorida** [2] - 5:22, 7:18
**nonLouisiana** [1] - 7:18
**nonVirginia** [1] - 7:19
**nothing** [2] - 6:24, 12:21
**Number** [2] - 10:10, 10:12
**numbered** [1] - 13:18
**NY** [1] - 3:11

## O

**O'KEEFE** [1] - 1:19
**objection** [1] - 12:25
**OF** [2] - 1:1, 1:12
**OFFICIAL** [1] - 3:18
**Official** [2] - 13:14, 13:22
**once** [1] - 7:20
**one** [1] - 11:24
**ONE** [1] - 2:16
**opportunity** [1] - 12:10
**opposed** [1] - 11:22
**oral** [1] - 10:9
**ORDER** [1] - 5:4
**order** [2] - 10:18, 11:20
**ORLEANS** [9] - 1:7, 1:19, 2:5, 2:9, 2:12, 2:22, 3:5, 3:16, 3:20
**ORRICK** [1] - 3:9
**outcomes** [2] - 9:1, 11:7

## P

**PA** [1] - 1:23
**PAGE** [1] - 4:3
**PEACHTREE** [1] - 2:17
**PEARL** [1] - 2:11
**pending** [1] - 5:23
**Pepper** [3] - 13:12, 13:20, 13:21
**PEPPER** [1] - 3:18
**personal** [1] - 7:24
**PHELPS** [1] - 3:4

**PHILADELPHIA** [1] - 1:23
**place** [1] - 7:15
**plaintiffs** [7] - 5:17, 5:18, 7:2, 7:11, 8:7, 8:10, 8:13
**PLAINTIFFS'** [2] - 1:17, 4:5
**plaintiffs'** [1] - 5:7
**PLASTERBOARD** [1] - 2:15
**play** [5] - 6:8, 8:13, 9:11, 10:5, 11:21
**point** [2] - 10:1, 12:9
**port** [1] - 6:11
**ports** [2] - 7:2, 7:20
**potential** [1] - 7:23
**POYDRAS** [3] - 2:5, 2:8, 3:20
**practice** [1] - 8:9
**precisely** [1] - 6:20
**prejudice** [6] - 5:25, 6:2, 7:2, 8:4, 10:23, 10:25
**proactively** [1] - 7:23
**problem** [1] - 12:14
**procedural** [1] - 7:12
**proceeding** [1] - 5:21
**proceedings** [3] - 11:19, 13:3, 13:18
**PROCEEDINGS** [3] - 1:12, 3:23, 5:1
**PRODUCED** [1] - 3:23
**PRODUCTS** [1] - 1:5
**proper** [1] - 6:4
**prospective** [1] - 8:16
**protective** [8] - 6:6, 6:12, 7:15, 7:23, 8:12, 9:9, 9:24, 10:21
**prove** [2] - 6:10, 7:19
**provides** [1] - 9:1
**provoked** [1] - 7:14
**PSC** [2] - 9:6, 9:8
**PSC's** [2] - 10:9, 10:24
**purpose** [1] - 7:22
**purposes** [1] - 10:21
**put** [1] - 7:14

## Q

**quick** [1] - 11:15
**quote** [1] - 9:24

## R

**rather** [1] - 11:8
**RE** [1] - 1:4

**reach** [1] - 10:15
**REALTIME** [1] - 3:19
**Realtime** [2] - 13:12, 13:21
**reason** [3] - 7:10, 11:8, 12:2
**rebuttal** [1] - 11:4
**record** [1] - 13:17
**RECORDED** [1] - 3:23
**REF** [1] - 1:9
**reflected** [1] - 11:1
**regarding** [1] - 8:9
**regardless** [1] - 6:3
**Registered** [1] - 13:12
**registered** [1] - 13:22
**RELATES** [1] - 1:9
**remanded** [3] - 7:18, 7:21, 8:16
**remind** [1] - 10:8
**removed** [1] - 8:10
**repeated** [1] - 7:13
**Reporter** [7] - 13:12, 13:13, 13:14, 13:21, 13:22, 13:22
**REPORTER** [3] - 3:18, 3:19, 3:19
**REPORTER'S** [1] - 13:10
**request** [1] - 8:14
**requesting** [1] - 6:1
**require** [1] - 8:8
**resolution** [1] - 10:15
**respectfully** [1] - 8:14
**revisit** [1] - 11:10
**revive** [1] - 10:1
**rid** [2] - 12:10, 12:11
**rights** [1] - 8:5
**risk** [1] - 8:25
**RMR** [2] - 3:18, 13:21
**road** [2] - 6:15, 10:1
**ROBERTSON** [1] - 2:11
**ROOM** [1] - 3:20
**ROSENBERG** [2] - 3:4, 12:24
**ROTHENBERG** [1] - 3:15
**ruled** [1] - 6:16
**ruling** [2] - 7:17, 12:16
**rulings** [1] - 11:16
**run** [1] - 8:17
**RUSS** [1] - 1:18

## S

**s/Cathy** [1] - 13:20
**SANDRA** [1] - 1:22
**schedule** [1] - 10:17
**scheduling** [1] - 10:17

**SCHWAB** [6] - 2:8, 5:16, 6:6, 6:20, 7:6, 11:5
**Schwab** [2] - 5:16, 9:10
**SCHWAB................... ...................** [2] - 4:6, 4:8
**scratch** [1] - 11:19
**SEDRAN** [1] - 1:21
**see** [3] - 10:13, 12:10, 12:20
**seeking** [2] - 10:25, 11:9
**send** [1] - 12:4
**sending** [2] - 11:25
**sent** [1] - 5:10
**SEPTEMBER** [2] - 1:7, 5:2
**service** [1] - 12:13
**shortly** [1] - 12:16
**sides** [2] - 11:25, 12:15
**significant** [3] - 6:11, 7:2, 7:20
**silent** [2] - 5:25
**simplicity** [2] - 9:2, 10:15
**simply** [1] - 8:13
**sitting** [1] - 9:6
**situation** [1] - 7:14
**Southern** [1] - 5:22
**specific** [1] - 7:24
**speculate** [1] - 9:25
**ST** [2] - 2:22, 3:15
**start** [1] - 11:19
**State** [1] - 13:13
**STATES** [2] - 1:1, 1:13
**states** [1] - 6:9
**States** [2] - 13:14, 13:23
**statute** [2] - 6:7, 7:24
**statute-of-limitation** [1] - 7:24
**stay** [16] - 5:7, 5:8, 5:13, 5:19, 5:22, 7:3, 8:1, 8:2, 8:8, 8:15, 8:19, 8:20, 8:24, 9:7, 10:9, 11:8
**STAY.......................** [4] - 4:5
**stayed** [3] - 7:10, 8:4, 11:22
**staying** [1] - 8:18
**STENGEL** [1] - 3:10
**STENOGRAPHY** [1] - 3:23
**step** [2] - 6:23, 7:7
**stop** [1] - 6:23

**STREET** [8] - 1:23, 2:5, 2:8, 2:12, 2:17, 3:5, 3:10, 3:20
**substantively** [2] - 6:13, 8:10
**suffer** [1] - 8:3
**SUITE** [5] - 1:23, 2:5, 2:8, 2:22, 3:5
**SUTCLIFFE** [1] - 3:9

## T

**TAI'AN** [1] - 2:15
**Taishan** [5] - 5:25, 9:22, 10:11, 11:7, 11:13
**TAISHAN** [3] - 2:14, 2:15, 3:3
**Taishan's** [1] - 5:25
**THE** [16] - 1:12, 1:17, 2:19, 3:3, 4:9, 5:7, 6:5, 6:16, 7:5, 8:18, 8:23, 9:12, 11:3, 11:23, 12:23, 13:1
**thinking** [1] - 12:2
**THIS** [1] - 1:9
**three** [1] - 7:12
**THURSDAY** [2] - 1:7, 5:2
**TO** [3] - 1:9, 4:5, 5:4
**today** [1] - 5:19
**transcript** [1] - 13:16
**TRANSCRIPT** [2] - 1:12, 3:23
**trial** [1] - 10:18
**true** [2] - 9:17, 13:16
**trying** [8] - 10:15, 10:19, 11:17, 11:18, 11:24, 12:5, 12:13
**types** [1] - 12:8

## U

**unclear** [1] - 9:8
**under** [1] - 12:16
**UNITED** [2] - 1:1, 1:13
**United** [2] - 13:14, 13:23
**unravel** [1] - 11:19
**up** [2] - 9:1, 10:16

## V

**venue** [1] - 7:24
**venue-specific** [1] - 7:24
**Virginia** [2] - 5:9, 6:11
**VOICES** [1] - 12:18

| **W** |
|---|
| **WALNUT** [1] - 1:23<br>**WARSHAUER** [1] - 2:3<br>**waves** [1] - 12:1<br>**WEST** [2] - 2:17, 3:10<br>**WHEREUPON** [1] -<br>  13:3<br>**worried** [1] - 11:7 |
| **Y** |
| **year** [1] - 10:18<br>**YORK** [1] - 3:11 |
| **"** |
| **"CNBM"** [1] - 3:9 |

*OFFICIAL TRANSCRIPT*