```
 1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF LOUISIANA
 2

 3
           ****************************************************************
 4

     IN RE:  CHINESE-MANUFACTURED
 5   DRYWALL PRODUCTS
     LIABILITY LITIGATION
 6
                                 CIVIL DOCKET NO. 09-MD-2047 "L"
 7                               NEW ORLEANS, LOUISIANA
                                 THURSDAY, SEPTEMBER 27, 2018, 9:00 A.M.
 8

 9   THIS DOCUMENT RELATES TO
     ALL CASES
10
           ****************************************************************
11

12              TRANSCRIPT OF MOTION HEARING PROCEEDINGS
              HEARD BEFORE THE HONORABLE ELDON E. FALLON
13                  UNITED STATES DISTRICT JUDGE

14

15   APPEARANCES:

16

17   FOR THE PLAINTIFFS'
     LIAISON COUNSEL:           HERMAN HERMAN KATZ
18                              BY:  RUSS M. HERMAN, ESQUIRE
                                     LEONARD A. DAVIS, ESQUIRE
19                              820 O'KEEFE AVENUE
                                NEW ORLEANS, LA 70113
20

21
                                LEVIN, FISHBEIN, SEDRAN & BERMAN
22                              BY:  FRED S. LONGER, ESQUIRE
                                     SANDRA L. DUGGAN, ESQUIRE
23                              510 WALNUT STREET, SUITE 500
                                PHILADELPHIA, PA 19106
24

25


                         OFFICIAL TRANSCRIPT
```

09:02:40

1  APPEARANCES CONTINUED:

2

3                           GAINSBURGH BENJAMIN DAVID
                            MEUNIER AND WARSHAUER
4                           BY:  GERALD E. MEUNIER, ESQUIRE
                            2800 ENERGY CENTRE
5                           1100 POYDRAS STREET, SUITE 2800
                            NEW ORLEANS, LA 70163
6

7
                            BARRIOS KINGSDORF & CASTEIX
8                           BY:  EMMA K. SCHWAB, ESQUIRE
                            701 POYDRAS STREET, SUITE 3650
9                           NEW ORLEANS LA 70139

10

11                          IRPINO LAW FIRM
                            BY:  PEARL A. ROBERTSON, ESQUIRE
12                          2216 MAGAZINE STREET
                            NEW ORLEANS, LA 70130
13

14
   FOR TAISHAN GYPSUM CO.,
15  LTD, AND TAI'AN TAISHAN
   PLASTERBOARD CO., LTD.:   ALSTON & BIRD
16                          BY:  CHRISTINA H. EIKHOFF, ESQUIRE
                            ONE ATLANTIC CENTER
17                          1201 WEST PEACHTREE STREET
                            ATLANTA, GA 30309
18

19
   FOR THE KNAUF
20  LIAISON COUNSEL:         BAKER DONELSON BEARMAN
                            CALDWELL & BERKOWITZ
21                          BY:  KERRY J. MILLER, ESQUIRE
                                 DANIEL S. DYSART, ESQUIRE
22                          201 ST. CHARLES AVENUE, SUITE 3600
                            NEW ORLEANS, LA 70170
23

24

25

                    *OFFICIAL TRANSCRIPT*

```
 1    APPEARANCES CONTINUED:

 2


 3    FOR THE TAISHAN, BNMB
      ENTITIES AND CNBM ENTITIES
 4    LIAISON COUNSEL:              PHELPS DUNBAR
                                    BY:  HARRY ROSENBERG, ESQUIRE
 5                                  365 CANAL STREET, SUITE 2000
                                    NEW ORLEANS, LA 70130
 6


 7
      CHINA NATIONAL BUILDING
 8    MATERIALS GROUP CORPORATION
      AND CHINA NATIONAL BUILDING
 9    MATERIALS COMPANY LIMITED
      (COLLECTIVELY, "CNBM"):       ORRICK HERRINGTON & SUTCLIFFE
10                                  BY:  JAMES L. STENGEL, ESQUIRE
                                    51 WEST 52ND STREET
11                                  NEW YORK, NY 10019

12

13                                  GORDON, ARATA, MCCOLLAM,
                                    DUPLANTIS & EAGAN
14                                  BY:  EWELL E. EAGAN, JR., ESQUIRE
                                         DONNA P. CURRAULT, ESQUIRE
15                                       ALEX B. ROTHENBERG, ESQUIRE
                                    201 ST. CHARLES AVENUE, 40TH FLOOR
16                                  NEW ORLEANS, LA 70170

17

18    OFFICIAL COURT REPORTER:      CATHY PEPPER, CRR, RMR, CCR
                                    CERTIFIED REALTIME REPORTER
19                                  CERTIFIED MERIT REPORTER
                                    500 POYDRAS STREET, ROOM B406
20                                  NEW ORLEANS, LA 70130
                                    (504) 589-7779
21                                  Cathy_Pepper@laed.uscourts.gov

22
      PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.   TRANSCRIPT
23    PRODUCED BY COMPUTER.

24

25
```

*OFFICIAL TRANSCRIPT*

1                              **I N D E X**

2                                                           <u>PAGE</u>

3

4    PLAINTIFFS' MOTION TO CERTIFY A RULING OF THE COURT..    5

5    THE COURT.........................................    5

6    MR. LONGER........................................    5

7    MS. ROBERTSON.....................................    5

8    MR. STENGEL.......................................   17

9    MR. LONGER........................................   27

10    MR. STENGEL.......................................   28

11    THE COURT.........................................   29

12

13

14

15

16

17

18

19

20

21

22

23

24

25

*OFFICIAL TRANSCRIPT*

1              **P-R-O-C-E-E-D-I-N-G-S**

2          THURSDAY, SEPTEMBER 27, 2018

3          M O R N I N G   S E S S I O N

4              (COURT CALLED TO ORDER)

5

6

7          THE COURT:  Okay.  We have two motions today.

8 The first motion has to do with the plaintiffs' motion to

9 certify a ruling of the court.

10          The Court two and a half years ago ruled on a

11 matter and granted dismissal in a particular case.  The

12 plaintiffs now seek to have a certification at the

13 Fifth Circuit so they can appeal that particular issue.

14          I'll hear from the movants.  Go ahead.

15      MR. LONGER:  Good morning, Your Honor.  Fred Longer on

16 behalf of the plaintiffs.  I've asked Mr. Oser to set up the

17 Elmo, which I intend to use.

18          Just as preliminary matters, Pearl Robertson is

19 also going to join me in this argument.  We're going to split

20 this argument up a little bit.  She's going to address some of

21 the factual matters that we think are pertinent, and I'll

22 follow through afterwards and address some of the legal matters

23 that we think are pertinent.

24      THE COURT:  Okay.

25      MS. ROBERTSON:  Good morning.  May it please the Court,

*OFFICIAL TRANSCRIPT*

| | | |
|---|---|---|
| 09:11:06 | 1 | Pearl Robertson on behalf of plaintiffs. |
| 09:11:09 | 2 | I will open today's argument with an explanation |
| 09:11:11 | 3 | of how we got here.  We should address the issues of timeliness |
| 09:11:15 | 4 | that may be of the Court's concern.  Following this brief |
| 09:11:19 | 5 | outline of the circumstances that brought us here today, |
| 09:11:22 | 6 | Fred Longer will resume the PSC's argument to justify |
| 09:11:27 | 7 | certification. |
| 09:11:28 | 8 | Without belaboring the points in our briefs, I |
| 09:11:30 | 9 | will quickly explain why the time is ripe for the PSC's motion |
| 09:11:35 | 10 | to certify Your Honor's March 10, 2016, Orders and Reasons. |
| 09:11:38 | 11 | First, there is no time line for request for |
| 09:11:42 | 12 | certification.  28 U.S.C. § 1293(b) contains no time limit for |
| 09:11:49 | 13 | filing a request for certification.  In fact, logic and |
| 09:11:55 | 14 | judicial efficiency supports certification of the March 10, |
| 09:12:00 | 15 | 2016, order for immediate review just as this court has done |
| 09:12:04 | 16 | for the other jurisdictional rulings. |
| 09:12:06 | 17 | Second, plaintiffs' recent discovery of |
| 09:12:10 | 18 | translation -- recent discovery and translation of documents |
| 09:12:13 | 19 | provide additional proof that there is separation between the |
| 09:12:16 | 20 | Chinese state and CNBM Group and that CNBM Group was involved |
| 09:12:24 | 21 | in the commercial activities of its subsidiaries. |
| 09:12:27 | 22 | To offer additional context, on May 3, Your Honor |
| 09:12:32 | 23 | entered an order regarding the January 2016 sanction order |
| 09:12:37 | 24 | against Taishan for certain discovery abuses related to |
| 09:12:40 | 25 | documents produced from Peng's computers and e-mails, |

*OFFICIAL TRANSCRIPT*

09:12:44  1    Record Document 21318.

09:12:46  2            As part of that order, the Court instructed the

09:12:50  3    PSC to conduct its own relevancy review of Mr. Peng's computer

09:12:55  4    and e-mails.  Thereafter, the PSC would advise Taishan of

09:12:59  5    relevant documents discovered and request manual translation of

09:13:02  6    those documents, all to comply with the Court's May 3rd order.

09:13:06  7            The PSC and Taishan engaged in this process

09:13:09  8    amicably, but return of manual translations takes between 30

09:13:14  9    and 35 days.  So, upon discovery of documents that appear to

09:13:18  10   speak to the indirect ownership of PSC over CNBM Group and

09:13:24  11   documents that were suggestive of commercial activity by CNBM,

09:13:28  12   the PSC opted to expedite the translations and ask their

09:13:34  13   translator Yan Gao to translate those documents the PSC

09:13:36  14   determined relevant to the FSIA issues.  Shortly thereafter, we

09:13:40  15   filed our motion for certification.

09:13:42  16           To be clear, the documents attached to the PSC's

09:13:47  17   certification briefing result from the PSC's relevancy review

09:13:50  18   of Peng's documents and e-mails.  Further, the PSC conducted

09:13:56  19   additional due diligence and used search phrases from the

09:13:59  20   machine translation of these documents to discover whether

09:14:03  21   CNBM Group produced the documents in 2015.  The PSC was unable

09:14:09  22   to match any such documentation in the CNBM Group documents.

09:14:13  23           THE COURT:  Why don't you focus, though, on facts in

09:14:17  24   that situation.  In my opinion, I didn't see any evidence

09:14:24  25   adverse to the fact that the CNBM Group was wholly owned by the

*OFFICIAL TRANSCRIPT*

09:14:30   1   People's Republic of China.  There was nothing there and I made

09:14:36   2   the decision, but it was a factual-based decision.  The appeal,

09:14:41   3   you're talking about appealing now, it's generally 1292 is

09:14:45   4   issues of law that are significant.  You're focused on issues

09:14:51   5   of fact.  Is that a 1292 appeal?

09:14:54   6          MS. ROBERTSON:  Your Honor, what we feel is that the

09:14:56   7   documents show that the facts that are discovered in these

09:14:59   8   newly translated documents support the controlling question of

09:15:02   9   law of whether there is direct ownership by the PRC.  Some of

09:15:06  10   the documents attached we feel show that CNBM Group is

09:15:11  11   reporting up the line, but they are not reporting up the line

09:15:13  12   to the PRC.  They are reporting up the line to different

09:15:18  13   governmental entities that's showing a separation between

09:15:22  14   CNBM Group and the People's Republic of China.

09:15:25  15          As Mr. Longer will explain, we believe *Dole Foods*

09:15:28  16   is wholly applicable to the argument and certification for

09:15:32  17   1292, as *Dole Food* definitely stands for the fact that indirect

09:15:35  18   ownership, any indirectness there, absolutely -- is absolutely

09:15:40  19   fatal to defendant's argument that foreign sovereign immunity

09:15:44  20   applies.

09:15:44  21          On that point, Your Honor, as displayed in our

09:15:50  22   brief, the first brief, 21533-1, at page 8 that Mr. Longer will

09:15:59  23   discuss further with you, CNBM Group itself acknowledges that

09:16:03  24   it is 100 percent owned by SASAC.  SASAC is not the PRC and PRC

09:16:09  25   is not SASAC; therefore, our argument remains that there is

*OFFICIAL TRANSCRIPT*

09:16:13  1    separation between CNBM Group and the Chinese foreign state

09:16:22  2    itself.

09:16:22  3             It seems as though, Your Honor, perhaps

09:16:23  4    Mr. Longer should now address some of the other issues of law,

09:16:26  5    unless you have any further questions regarding documents or

09:16:31  6    timeliness.

09:16:32  7             THE COURT:  No, I'll hear from him.

09:16:33  8             MR. LONGER:  So, good morning, again.  Fred Longer.

09:16:38  9             So, to your point, Your Honor, everyone here is

09:16:42 10    familiar with Section 1292(b).  There are three elements that

09:16:47 11    we have to require -- meet, satisfy, and I think we've easily

09:16:53 12    satisfied all of them of.

09:16:54 13             The concern that Your Honor raised about whether

09:16:57 14    there is a controlling question of law is something that the

09:17:00 15    defendants raised.  We think it's very clear that whether the

09:17:05 16    PRC directly owns a majority of shares of CNBM Group is a

09:17:12 17    controlling question of law if there are facts that support it,

09:17:18 18    but that is coming directly from the *Dole Food* case, which is

09:17:22 19    the United States Supreme Court, and the United States

09:17:25 20    Supreme Court has told us that there cannot be an intermediary

09:17:31 21    based on the precise language of the FSIA.

09:17:35 22             So, there are a number of points that, I guess, I

09:17:46 23    want to start with.  So, as to a controlling question of law,

09:17:50 24    whether there has been an incorrect disposition that would

09:17:55 25    require reversal of a final judgment is recognized to be a

*OFFICIAL TRANSCRIPT*

09:18:00  1    controlling question of law.

09:18:01  2            So even though there are facts involved in this

09:18:04  3    decision, any personal jurisdiction opinion, Your Honor, is

09:18:09  4    going to involve questions of fact.  So, it's whether the

09:18:14  5    marriage of fact to law is worth going up on appeal right away.

09:18:23  6    That's basically the big picture that's at issue here.

09:18:26  7            Your Honor, as you've just heard from my

09:18:29  8    colleague, has heard and we know that for the April 21, 2017,

09:18:37  9    order of personal jurisdiction regarding the other Taishan

09:18:42 10    defendants in the CNBM and BNBM entities, Your Honor certified

09:18:46 11    that question.  You said it made sense to go up right now and

09:18:49 12    that an immediate appeal would certainly help the ultimate

09:18:54 13    termination of the litigation.  All of the same reasoning that

09:19:02 14    was rendered in that opinion applies here.

09:19:05 15        THE COURT:  I don't have any objection to that.  You

09:19:08 16    know my feeling on these matters, and I treat the MDL's

09:19:12 17    differently than I do the individual case.  It seems to me that

09:19:16 18    seminal issues, gateway issues -- preemption, jurisdiction,

09:19:21 19    things of that sort, immunity -- really, if I can decide that

09:19:25 20    as quickly as I can, it's helpful to the litigation because you

09:19:29 21    don't have to spend a ton of money to get where you're going

09:19:33 22    and then all of a sudden find out that you're in the wrong

09:19:36 23    place and it was all for naught.

09:19:38 24            So I do try to focus on those.  I think that

09:19:41 25    issue is a significant one, but the issue of timeliness is

*OFFICIAL TRANSCRIPT*

09:19:47  1     giving me a little difficulty.

09:19:51  2          MR. LONGER:  I want to get to that.

09:19:55  3          THE COURT:  Why is it two and a half years late?

09:19:57  4          MR. LONGER:  Let me take it on right now, Your Honor.

09:20:00  5              So there is a number of things that happened.

09:20:02  6     First of all, the FSIA ruling originally from March 10, 2016,

09:20:07  7     was not a final order.  Everyone recognizes that there were

09:20:14  8     other defendants.  The PSC was of the mind-set we didn't agree

09:20:20  9     with Your Honor's ruling -- we still don't agree with

09:20:23 10     Your Honor's ruling -- but because there were other defendants

09:20:26 11     in the litigation, it's not a final order, we can't take an

09:20:29 12     appeal right now.

09:20:30 13              As time has gone by, we knew that the other

09:20:34 14     defendants were moving for dismissal under Rule 12.  Your Honor

09:20:38 15     ruled.  That was April of 2017.  They sought to take the

09:20:45 16     immediate appeal.  Your Honor certified that question.  That

09:20:51 17     was a trigger point.

09:20:53 18              Right after that or at that time the

09:20:56 19     Supreme Court came out with *Animal Science*, which said that you

09:21:01 20     can't take the word of a Chinese entity, the say-so of a

09:21:08 21     Chinese entity.  In that case it was the Chinese government who

09:21:13 22     came in and said, hey, we do regulate the rates of the

09:21:19 23     defendant's pricing and you should take our word for it.  The

09:21:25 24     Supreme Court goes, well, that's very nice, but we're only

09:21:29 25     going to give you deferential respect.

                              *OFFICIAL TRANSCRIPT*

09:21:35  1          The immediate certification of the other appeal,

09:21:38  2     the Fifth Circuit has jurisdiction in front of it, Your Honor.

09:21:42  3     We're getting new documents, as Ms. Robertson just mentioned.

09:21:47  4     Everything is pointing to the fact that there are new indicia

09:21:52  5     that support an immediate appeal now.

09:21:56  6          As a practical matter, it makes sense that if the

09:22:00  7     Fifth Circuit is going to deal with the jurisdiction of the

09:22:03  8     underlings, it may have -- it may as well take jurisdiction

09:22:10  9     over the overling and that would be CNBM Group.  So that's the

09:22:17 10     argument on that score.

09:22:19 11          I want to go back to the statute itself.  I have

09:22:25 12     on the board here, this is on the Elmo, this is coming right

09:22:29 13     out of the *Dole Food* case.  It talks about Section 1603 of the

09:22:35 14     FSIA, and it says that, you know, the definition of an agency

09:22:41 15     or instrumentality of a foreign state is any entity which is a

09:22:47 16     separate legal person, corporate, or otherwise, and -- and this

09:22:51 17     is a disjunctive -- which is an organ of a foreign state or a

09:22:55 18     political subdivision thereof or a majority of whose shares or

09:23:01 19     other ownership interest is owned by a foreign state or

09:23:04 20     political subdivision thereof.

09:23:06 21          As we know from *Dole Food*, that the ultimate

09:23:13 22     holding in the case was only direct ownership of a majority of

09:23:18 23     shares by the foreign state satisfies the regulatory

09:23:23 24     requirement.  That's the United States Supreme Court.

09:23:25 25          So, in terms of majority ownership, Your Honor

                              *OFFICIAL TRANSCRIPT*

09:23:32  1    expressed a finding just a moment ago that there was no

09:23:40  2    evidence, but at the hearing that took place on the FSIA

09:23:47  3    argument, we presented this slide.

09:23:57  4            It was argued that in the BNBM PLC annual

09:24:05  5    reports, there were ten of them listed here, Your Honor.

09:24:07  6    That's in the legend below, Exhibits 3, 8, 10, 12, 15, 29, 21,

09:24:17  7    18, 20, and 23.  There were ten annual reports which were filed

09:24:21  8    under the Shenzhen Stock Exchange rules.

09:24:25  9            Mr. Cao, who is an officer of BNBM at CNBM Group,

09:24:36 10    declared under penalties of whatever perjury is over in China

09:24:43 11    that the following was accurate and truthful.  What the annual

09:24:50 12    reports said under Mr. Cao's signature and declaration thereof

09:24:57 13    is that SASAC, the State-Owned Asset Supervision and

09:25:02 14    Administration Commission of the State Council, owned CNBM

09:25:07 15    Materials Group Corporation 100 percent.  Ten times he said

09:25:11 16    that.

09:25:11 17            He gives two times, Your Honor -- this is also a

09:25:22 18    slide that we presented at that hearing.  Twice Your Honor has

09:25:28 19    ruled that SASAC owns 100 percent of CNBM Group.  One is the

09:25:35 20    *Germano* findings of fact; the other is the class certification

09:25:40 21    findings of fact.

09:25:41 22            After that we have one declaration of Mr. Cao

09:25:46 23    where he says forget everything that I've said in the annual

09:25:50 24    reports.  I guess -- he didn't say he was lying then, but he

09:25:57 25    must have said I am mistaken or I'm exaggerating the truth then

*OFFICIAL TRANSCRIPT*

09:26:01  1    or whatever the words that will come out of his mouth.  He

09:26:04  2    gives another declaration and says just the opposite.

09:26:09  3    CNBM Group is owned by the People's Republic of China.

09:26:17  4            There is a real dispute there, Your Honor, but it

09:26:20  5    does come down -- there is evidence supporting our position.

09:26:24  6    There was evidence presented at the hearing.  We recognize that

09:26:28  7    Your Honor found otherwise, but irrespective of the support,

09:26:41  8    the evidentiary support, it creates a mixed question of law

09:26:45  9    which is supported by fact, and it is the ultimate question

09:26:50 10    that *Dole Food* presents, which is, is there an intermediary in

09:26:59 11    between the foreign sovereign and the defendant such that there

09:27:07 12    is not or that there is indirect ownership.

09:27:11 13            We have proven that there is not direct

09:27:16 14    ownership.  That is the controlling question of law which we

09:27:21 15    would like to have certified to the circuit court so that we

09:27:26 16    can get to the bottom of it because we think that Your Honor's

09:27:29 17    ruling, based on one declaration of Mr. Cao, which is

09:27:34 18    controverted by Mr. Cao, is worthy of appellate review.

09:27:40 19            We also presented the opinion of our expert,

09:27:48 20    Curtis Milhaupt, and Professor Milhaupt, who is knowledgeable

09:27:56 21    about state-owned enterprises and Chinese corporate structure,

09:28:02 22    has opined, in essence, that things are not what they seem in

09:28:06 23    China.  You can't make direct parallels to our experience here

09:28:12 24    in the United States with the corporate structures that exist

09:28:15 25    in China.  A lot of that has to do with the Communist Party

*OFFICIAL TRANSCRIPT*

09:28:20  1    being involved in all of these entities.

09:28:21  2             So, we think that what I just described provides

09:28:36  3    quite a substantial grounds for difference of opinion.  In

09:28:40  4    fact, Your Honor has two opinions that support exactly what

09:28:42  5    we're saying.  Now we have one opinion against it.  So, you,

09:28:48  6    yourself, Your Honor, have a substantial ground for difference

09:28:51  7    of opinion here.

09:28:52  8             Then, finally, we think --

09:28:54  9             THE COURT:  Give me a time, though, Fred.  That's the

09:28:57 10    point.  I got it.  I understand the mixed question of fact.

09:29:03 11    That may have carried the day clearly soon thereafter.  What's

09:29:10 12    the reason for the delay for two and a half years?

09:29:15 13             MR. LONGER:  So I return to where I was.

09:29:18 14             THE COURT:  Yes.

09:29:19 15             MR. LONGER:  Section 1292 has no timeline.  There is no

09:29:27 16    prohibition.  The defendants have cited to no controlling

09:29:31 17    authority to suggest that there must be an immediacy to the

09:29:39 18    request for the 1292(b).

09:29:42 19             THE COURT:  There is no statutory restriction about

09:29:45 20    that.

09:29:46 21             MR. LONGER:  (Speaking simultaneously) There is no

09:29:47 22    statutory restriction; there is no circuit restriction.  The

09:29:49 23    best they have is the *Aparicio* case.  I may be mispronouncing

09:29:53 24    it.  It was a Sieracki seaman case, Your Honor.  I'm going to

09:29:56 25    take you back a long way to the Longshoreman's Act.

                              *OFFICIAL TRANSCRIPT*

09:29:59 1     In that case, the Fifth Circuit -- that's a
09:30:01 2 Fifth Circuit case -- the Fifth Circuit simply said it was
09:30:08 3 actually okay to a year later recertify -- I'm sorry, to issue
09:30:15 4 a second opinion and then recertify from the second opinion a
09:30:22 5 year later and take that one up on appeal, and they said that
09:30:26 6 they had appellate jurisdiction.

09:30:29 7     So timeliness is not at issue.  They want to make
09:30:32 8 it an issue.  I get it.  There is a Seventh Circuit opinion
09:30:36 9 that they are harping on, and there is, I'm sure, other
09:30:41 10 out-of-Fifth-Circuit opinions, but there is no controlling
09:30:49 11 authority that is here.

09:30:50 12     The timeliness of the 1292(b) motion should only
09:30:55 13 be a concern where nothing has changed since the ruling, but
09:31:00 14 much has changed here.  We have Your Honor's opinion on the
09:31:04 15 BNBM and CNBM Group.  We have new authority coming out of the
09:31:13 16 United States Supreme Court, the *Animal Science* opinion.  As
09:31:16 17 Ms. Robertson has explained, we have new documents which
09:31:18 18 confirm the facts that were already of record way back when.

09:31:21 19     So, all of those, the constellation of all of
09:31:28 20 those matters, Your Honor, make this more than timely.
09:31:30 21 Timeliness is not the issue here.  It's really a practical
09:31:33 22 question.  Your Honor, does it -- is this the type of threshold
09:31:39 23 gateway issue that Your Honor described that belongs up at the
09:31:42 24 circuit court because, at the end of the day, we're going to
09:31:44 25 have to take an appeal, and CNBM Group should come back in.

*OFFICIAL TRANSCRIPT*

09:31:51 1          Why not know now?  It's just a practical

09:31:54 2     question.  The only answer to that is if you've got the other

09:31:57 3     ones going up, we acknowledge that they are not going to be

09:32:00 4     consolidated, they will be separate appeals, but why not have

09:32:04 5     it all go up at once?

09:32:05 6          Thank you, Your Honor.

09:32:07 7          THE COURT:  I got it.  Thank you.

09:32:35 8          If anybody is on the phone, please don't discuss

09:32:38 9     the matters on the phone.  Just listen to what's being held.

09:32:44 10         MR. STENGEL:  James Stengel for CNBM Group.

09:32:51 11         All right.  Let's go to the first substantive

09:32:58 12    page.  Your Honor, there are four requirements for

09:33:02 13    certification under 1292(b).  None of them have been met here.

09:33:08 14    What the PSC argued this morning was useful in clarifying the

09:33:13 15    reality of what's happened.

09:33:15 16         A tactile decision was made to avoid an immediate

09:33:19 17    appeal at the time Your Honor rendered this opinion two and a

09:33:21 18    half years ago.  Subsequent events have unfolded, and there has

09:33:27 19    been buyer's remorse about not having sought an appeal.

09:33:30 20         Each of these requirements has to be met, and

09:33:36 21    Your Honor appropriately focused on timeliness because this is

09:33:40 22    two and a half years after the decision.  What I think this

09:33:43 23    morning clarified was despite the recitals of Peng, there was

09:33:49 24    no new evidence which is relevant to the issues in this matter.

09:33:55 25         What you saw were exhibits which were put before

*OFFICIAL TRANSCRIPT*

09:33:58  1   you in late 2015, early 2016.  That was before this court.

09:34:02  2   What they are saying is we don't like the way you came out.

09:34:05  3   You made a mistake.  There is no justification and, Mr. Longer

09:34:11  4   is correct, there is no rule which specifies a 10-day period,

09:34:16  5   there is no statute which does that, but as Your Honor is aware

09:34:19  6   there is a substantial body of district court opinion and

09:34:21  7   circuit court opinion doing something quite reasonable, which

09:34:24  8   is imposing time limits on when a party makes a decision on

09:34:30  9   whether they are going to seek certification.

09:34:31 10        I would contrast the PSC's behavior with that of

09:34:34 11   ours where we made an immediate application to this court where

09:34:39 12   it was appropriate, which, I should note, was vociferously

09:34:44 13   opposed by the PSC, but we recognized what the 1292(b) talks

09:34:49 14   about is immediate appeal.  It's hard to square two and a half

09:34:54 15   years with an immediate appeal.

09:34:57 16        The other point I think we all ought to have in

09:35:01 17   mind here is there was an assertion about, well, if you took

09:35:04 18   the BNBM and CNBM personal jurisdiction matters and they are

09:35:09 19   now certified they are before the circuit, and while we can't

09:35:10 20   argue them together, we might as well get everything up there

09:35:12 21   at once.

09:35:13 22        We're talking about substantially different legal

09:35:15 23   questions.  This is a matter of subject matter jurisdiction for

09:35:17 24   the Court because of sovereign immunity.  Those are personal

09:35:21 25   jurisdiction arguments as to BNBM and CNBM.  It involves

*OFFICIAL TRANSCRIPT*

09:35:27   1     application of state law.  Now, we can debate as to whether we
09:35:32   2     think that's appropriate or not, but there is no real overlap
09:35:34   3     in terms of what's at issue.
09:35:36   4            What's happened here is two and a half years have
09:35:39   5     passed where CNBM Group is now part of the litigation.  Now
09:35:44   6     because, I think, of the certification more than anything else,
09:35:48   7     the PSC wants to revisit the issue.
09:35:50   8            As Your Honor identified and it's somewhat
09:35:56   9     disingenuous to say there is no law in this because there are
09:36:00  10     cases that discuss what's timely under 1292(b), and one year is
09:36:03  11     the absolute outside.  There are cases discussing whether three
09:36:08  12     months is too late because of the need to have cases proceed in
09:36:13  13     an orderly fashion before the courts, and obviously it's
09:36:16  14     disruptive to have a lengthy delay before cases are taken up.
09:36:22  15          THE COURT:  They say there is no harm doing it.  If it
09:36:30  16     comes late, it comes late, but the main thing is justice be
09:36:33  17     done.  They say that you're up there now, you might as well
09:36:36  18     have the whole loaf.  What's your feeling there?
09:36:43  19          MR. STENGEL:  Well, a couple of responses to that,
09:36:43  20     Your Honor.  First of all, it's their burden on this motion.
09:36:46  21     They need to show where the justice resides.
09:36:49  22            The other is -- and we need to be careful about
09:36:51  23     this, and Your Honor and I have talked about this in prior
09:36:56  24     appearances -- we are not before the Fifth Circuit, meaning
09:37:00  25     CNBM Group.  These are distinct entities and you're talking

**OFFICIAL TRANSCRIPT**

09:37:03  1  about taking a different corporation up to circuit.

09:37:07  2  Different CNBM and BNBM entities are there, but,

09:37:11  3  again, since they are going to proceed on a separate

09:37:14  4  schedule -- I mean, we're on the cusp of getting a briefing

09:37:17  5  schedule as to the personal jurisdiction matters.  This matter

09:37:20  6  would, of necessity, since we would have to go to the circuit,

09:37:23  7  litigate the issue of certification, and only if they were

09:37:25  8  successful at that point proceed, these are not going to be

09:37:29  9  connected in time.

09:37:30  10  Again, I think the justice point is really the --

09:37:34  11  and I won't use the technical phrase of *estoppel*, but the PSC

09:37:39  12  made a decision.  They didn't like your outcome on sovereign

09:37:43  13  immunity.  They presented evidence, factual matter that

09:37:46  14  Your Honor did not think was adequate, and it is not, for a

09:37:49  15  variety of reasons, we can talk about, but now to come back

09:37:51  16  after two and a half years, with all this litigation, with, I

09:37:55  17  think, 1,500 docket entries -- we have been busy.  Lots has

09:37:59  18  happened.

09:38:00  19  It's one thing for a party who has been dismissed

09:38:03  20  to bear the risk that at the end of a case there may be a final

09:38:08  21  appeal with a final judgment, and there may be some risk a

09:38:11  22  reversal, but it's quite different to say one party can lie in

09:38:15  23  the weeds, and at their decision bring a party back in to the

09:38:20  24  litigation.  That's unfair and it's unjustified as a matter of

09:38:23  25  law.

*OFFICIAL TRANSCRIPT*

09:38:23  1          We can talk about justice, but if we look at the

09:38:27  2     requirements of the statute, what we'll see is they come

09:38:30  3     nowhere close to meeting their obligation as movants under

09:38:36  4     1292(b) to seek certification of this court.

09:38:38  5          They don't like what Your Honor decided, and I

09:38:41  6     understand that.  I suspect Your Honor understands that, but

09:38:44  7     the fact that they don't like the outcome, they want to take a

09:38:47  8     different view now, doesn't justify reopening the situation in

09:38:52  9     a grossly untimely fashion, particularly when, on the merits,

09:38:56 10     if we were only arguing timeliness, I believe we still prevail.

09:39:02 11     But when you fold in the failure to comply with the other

09:39:05 12     requirements of the statute, this becomes a frolic and detour,

09:39:11 13     and it's really not a matter of justice when they can't support

09:39:14 14     a reason for certification here.

09:39:17 15          THE COURT:  Let me ask you this just as a practical

09:39:20 16     matter in these types of cases.  When it's over in a sense that

09:39:27 17     one side wins or the other side loses, if the plaintiffs lose,

09:39:34 18     don't they take an appeal at that time?  Then this issue is

09:39:38 19     before either the Fifth Circuit or some court two, three, four,

09:39:47 20     five years from now, and if they prevail, aren't you then back

09:39:52 21     in it?

09:39:53 22          MR. STENGEL:  Well, Your Honor, everything having only

09:39:55 23     been doing this for 40 years I hesitate to tell Your Honor how

09:39:58 24     litigation works, but it seems to me that this is a speculative

09:40:02 25     enterprise.  We have come close to resolving this litigation.

*OFFICIAL TRANSCRIPT*

09:40:05  1    The odds are substantial there won't be appeals.  We just don't

09:40:08  2    know.

09:40:10  3           One of the reasons for the structure of 1292(b)

09:40:12  4    is the idea that you are entitled to some level of intermediate

09:40:19  5    finality during litigation.  The statute, as Your Honor is well

09:40:24  6    aware, places fairly high burdens on movants to achieve

09:40:29  7    certification.  We think in our case we met those and

09:40:33  8    Your Honor agreed.  In this case, again, they fail at every

09:40:38  9    juncture.

09:40:39 10           THE COURT:  Now, the issues are, to some extent,

09:40:47 11    different in an MDL than in a one-off case.  I take the point

09:40:52 12    well with the timeliness in a one-off case.  My concern about

09:40:59 13    this from the standpoint of an MDL is that it just keeps it

09:41:02 14    alive forever because they have a continuing opportunity to

09:41:09 15    appeal.  You may win the case and then five years down the road

09:41:17 16    win the case, and then they take the appeal and you're back in

09:41:20 17    it again.

09:41:20 18           It seems to me that somewhere along the line if

09:41:23 19    you can find some finality before.  This case is 23,000 people,

09:41:31 20    plaintiffs, a thousand defendants.  To keep it alive for 15,

09:41:41 21    20 years, it's not good for the litigants, it's not good for

09:41:46 22    the system.  I'm trying to grapple with that issue.

09:41:51 23           MR. STENGEL:  Well, Your Honor, the problem with

09:41:52 24    that -- and I come from New York where, in our state system,

09:41:55 25    everything is immediately appealable and it's a nightmare.

*OFFICIAL TRANSCRIPT*

09:41:59  1      THE COURT:  Right.  We have that too.

09:42:02  2      MR. STENGEL:  I'm not suggesting the federal courts do

09:42:04  3  that, but the federal courts have made a decision that, by and

09:42:07  4  large, they are not interlocutory appeals, and the system works

09:42:12  5  that way.  That's why 1292(b), excuse me, Your Honor is a

09:42:16  6  restrictive provision.

09:42:19  7           You could envision an alternative universe where

09:42:22  8  like, in the New York Supreme Court, everything is appealed.

09:42:24  9      THE COURT:  We have that in Louisiana.

09:42:28 10      MR. STENGEL:  I would suggest, Your Honor -- and

09:42:30 11  Your Honor has spent more time in MDLs than I have certainly,

09:42:33 12  but it would be a nightmarish outcome if everything were

09:42:37 13  immediately appealable in matters of this complexity.  So there

09:42:41 14  is a reason why the hurdle that 1292(b) imposes is a very high

09:42:45 15  one.

09:42:45 16      THE COURT:  I agree.  Both of these issues, your

09:42:50 17  issues, that's the reason I 1292'd those because, to me, it's a

09:42:54 18  key issue.  It's a seminal issue.  Jurisdiction is significant.

09:43:00 19  This is also jurisdiction.  That's an area that I'm grappling

09:43:07 20  with is just whether we deal with it differently in an MDL as

09:43:10 21  opposed to a one-off case.

09:43:12 22      MR. STENGEL:  Well, Your Honor, I don't think there is

09:43:14 23  a reason to deal with it differently because the proof provided

09:43:18 24  by the PSC in 2015 and 2016 was found by this court by

09:43:25 25  Your Honor to be wanting on the issues presented.

*OFFICIAL TRANSCRIPT*

09:43:28   1          The rationale for them coming back now, and I

09:43:32   2   think there was clarity provided in Mr. Longer's argument, that

09:43:36   3   this really isn't a matter of new evidence which goes to the

09:43:39   4   points which are critical to your decision.  They are saying,

09:43:42   5   here is what we gave you in early 2016 and, boy, did you get it

09:43:47   6   wrong.  That's not what 1292(b) is all about.

09:43:52   7          Now, the explanation they provide is we have new

09:43:55   8   evidence.  Well, I think we can take that off the table because

09:43:58   9   there is no new evidence relevant to the issue they are raising

09:44:01  10   here today.

09:44:02  11          The other issue is a citation to the

09:44:06  12   Supreme Court's case in *Animal Products*.

09:44:09  13          THE COURT:  I see that.

09:44:10  14          MR. STENGEL:  This is a completely different case.  I

09:44:12  15   will say, and I've raised this with Your Honor before, I think

09:44:15  16   we do need to be careful.  We're not going to revive the

09:44:20  17   Chinese Exclusion Act in this courtroom.  That's not what the

09:44:23  18   Supreme Court said.

09:44:24  19          They didn't cast doubt about the Chinese

09:44:27  20   government's statements, but as Your Honor knows that was a

09:44:29  21   very different situation where the Chinese government had

09:44:31  22   literally come in and said that this is our rule as to pricing

09:44:34  23   of vitamin C.

09:44:36  24          The Second Circuit had said that's game, set, and

09:44:39  25   match.  If the Chinese government says that or if any

*OFFICIAL TRANSCRIPT*

09:44:40 1    government says it we're finished.

09:44:41 2            The Supreme Court said, no, it's certainly

09:44:43 3    probative, but you're not bound by the statement of a

09:44:46 4    governmental entity.  In any event, since it's not relevant to

09:44:50 5    your decision here, it's not a justification for their delay.

09:44:54 6            We've covered the issue of the fact that these

09:45:00 7    appeals are not going to be together, so we're not talking

09:45:03 8    about any particular savings, any utility.

09:45:05 9            The issue of controlling question of law is very

09:45:11 10   important because that's really what's at issue here, and you

09:45:14 11   heard, I think, with some clarity the objection is they don't

09:45:17 12   like the way you assessed the application of facts to law here.

09:45:22 13   They think, boy, you should have relied on the

09:45:27 14   Shenzhen Exchange documents and ignored Mr. Cao's declaration.

09:45:31 15           The problem for that is that's typical argument

09:45:32 16   in isolation because I think what we presented at the time,

09:45:34 17   what Your Honor reacted to was its reasonably clear as a matter

09:45:38 18   of Chinese law that the PRC -- I mean these are called

09:45:42 19   *state-owned enterprises* for a reason.  They use SASAC because

09:45:46 20   somebody has to administer the companies owned by the

09:45:49 21   government, and there is really no contrary evidence of that.

09:45:52 22   I think it's broadly accepted.  There may have been some

09:45:54 23   imprecision in disclosure documents but, you know, nothing that

09:45:58 24   brings us, you know, to a different result.

09:46:01 25           Two points I make.  One I hesitate to make but I

**OFFICIAL TRANSCRIPT**

09:46:04 1   think I really have to.  This issue of SASAC ownership, and we

09:46:12 2   heard an eminent counsel only an hour ago talk about the fact

09:46:16 3   that you couldn't raise new matters in reply, so there is a

09:46:19 4   substantial question of waiver here.

09:46:20 5        But beyond that, and I would like to spend just a

09:46:23 6   moment on *Dole Foods* because it's not applicable in this

09:46:26 7   situation because what's being read out is the ownership can be

09:46:31 8   either directly by the state or by a political subdivision.  We

09:46:35 9   think worst case, if you looked at SASAC rationally, it's a

09:46:39 10  political subdivision of the PRC, you come to the same result

09:46:43 11  one way or the other.  *Dole Foods* doesn't run contrary to that.

09:46:47 12       If we were going to be an equivalent role to

09:46:52 13  *Dole Foods,* what we would be doing is we would have come in and

09:46:54 14  said, Taishan, BNBM, the whole corporate chain is immune

09:46:58 15  because they are all owned ultimately and controlled by

09:47:01 16  CNBM Group and, by extension, the PRC.

09:47:04 17       That wasn't the argument we made.  We were

09:47:06 18  reasoned in our request that sovereign immunity apply.  We read

09:47:11 19  the statute.  We read the cases and said, we think this is

09:47:15 20  clearly applicable to CNBM Group, but we can't stretch it

09:47:21 21  further down, but that issue of ownership is really a red

09:47:25 22  herring in this context.

09:47:26 23       So, with that, Your Honor, unless you have

09:47:29 24  questions....

09:47:30 25       THE COURT:  No.  I'm fine.

**OFFICIAL TRANSCRIPT**

|          |    |                                                                          |
|----------|----|--------------------------------------------------------------------------|
| 09:47:32 | 1  | MR. STENGEL:  Thank you very much.                                       |
| 09:47:32 | 2  | THE COURT:  Thank you very much.  I appreciate it, Jim.                  |
| 09:47:34 | 3  | Any rebuttal?  Fred?                                                     |
| 09:47:38 | 4  | MR. LONGER:  There is no buyer's remorse here,                           |
| 09:47:40 | 5  | Your Honor.  As Mr. Stengel mentioned, we have been busy.  A             |
| 09:47:45 | 6  | lot has happened since Your Honor's ruling.  In fact,                    |
| 09:47:48 | 7  | Your Honor's ruling setup an avenue, if you will, where we               |
| 09:47:54 | 8  | began settlement discussions.  Those settlement discussions              |
| 09:47:59 | 9  | fail.  Then Your Honor ruled on the BNBM/CNBM motions to                 |
| 09:48:08 | 10 | dismiss, and then Your Honor certified that for an immediate             |
| 09:48:14 | 11 | appeal.  The straggler was the FSIA ruling, which was not the            |
| 09:48:20 | 12 | straggler, was the seminal opinion.  We're saying let's bring            |
| 09:48:24 | 13 | that back, have it all go up.                                            |
| 09:48:26 | 14 | Now is the time.  If not now, when?  What they                           |
| 09:48:30 | 15 | are saying, and I heard Your Honor saying this, you're going             |
| 09:48:33 | 16 | to -- we have been delaying and delaying and delaying.  It's             |
| 09:48:37 | 17 | not *we*.  The defendants' strategy from the moment their counsel        |
| 09:48:44 | 18 | went over to China to meet with their clients is we will delay           |
| 09:48:49 | 19 | these proceedings ad infinitum.  We are almost a decade into             |
| 09:48:57 | 20 | this litigation, and they still want to delay the appeal of a            |
| 09:49:05 | 21 | fundamental jurisdictional question.  Is this defendant                  |
| 09:49:08 | 22 | properly in the United States federal system or not?  They want          |
| 09:49:12 | 23 | to keep delaying that.                                                   |
| 09:49:14 | 24 | The reality is that a 54(b) judgment could be                            |
| 09:49:19 | 25 | entered, Your Honor, and we'll just go up on a direct appeal.            |

*OFFICIAL TRANSCRIPT*

09:49:23  1   So why not have it now, certify the matter, and as a practical

09:49:30  2   matter, the Fifth Circuit will resolve all of these questions,

09:49:34  3   and the delay can be avoided?

09:49:39  4        THE COURT:  What do you gain by it, Fred, if you've got

09:49:44  5   jurisdiction over the other part of the alphabet but not the

09:49:47  6   group?

09:49:50  7        MR. LONGER:  We have all of the direction and control

09:49:52  8   that originated at the very top.  All of the documents that we

09:49:59  9   have presented, as Ms. Robertson was talking about, all of

09:50:04 10   those documents are more than relevant.  They are absolutely

09:50:07 11   relevant.

09:50:08 12        They show that this was a deliberate act on the

09:50:15 13   defendants' part, all the way to the corporate parent, which is

09:50:22 14   CNBM Group.  CNBM Group should have -- be heard here in the

09:50:27 15   court.  It should not avoid jurisdiction when there is an

09:50:30 16   intermediary owner, the SASAC, in between it and the PRC, and

09:50:39 17   we think that that is a fundamental question which needs to be

09:50:44 18   resolved at the circuit.

09:50:46 19        THE COURT:  Okay.  I got it.  I understand.

09:50:48 20        MR. STENGEL:  Your Honor, there is something I have to

09:50:50 21   respond to, which there is this process of conflating what's at

09:50:54 22   issue in terms of control.  The record in this court is devoid

09:50:58 23   of any indication that CNBM Group had any contact, awareness,

09:51:03 24   or involvement in the sale of allegedly defective drywall in

09:51:08 25   the United States, full stop.

*OFFICIAL TRANSCRIPT*

09:51:10 1    There may be issues which we think the PSC

09:51:14 2  misinterprets as to the conduct of the litigation years later.

09:51:19 3  When we start talking about the tort exception or the

09:51:25 4  commercial activity exception, those would require affirmative

09:51:28 5  proof by the PSC to meet the burden that there was involvement

09:51:31 6  by Group in the sale of drywall.  After 10 years, there is no

09:51:35 7  evidence in this record.

09:51:36 8    Thank you, Your Honor.

09:51:37 9    THE COURT:  Okay.  I got it.  Okay.  I'll take that

09:51:41 10  under advisement.

09:51:42 11    Let's to go the next issue.

09:51:44 12    MR. LONGER:  Thank you, Your Honor.

09:51:45 13    THE COURT:  Thanks, Fred.

14    (WHEREUPON, at 9:51 a.m., the proceedings were

15  concluded.)

16    *   *   *

17    REPORTER'S CERTIFICATE

18    I, Cathy Pepper, Certified Realtime Reporter, Registered
Merit Reporter, Certified Court Reporter in and for the State
19  of Louisiana, Official Court Reporter for the United States
District Court, Eastern District of Louisiana, do hereby
20  certify that the foregoing is a true and correct transcript to
the best of my ability and understanding from the record of the
21  proceedings in the above-entitled and numbered matter.

22    *s/Cathy Pepper*
    Cathy Pepper, CRR, RMR, CCR
23    Certified Realtime Reporter
    Registered Merit Reporter
24    Official Court Reporter
    United States District Court
25    Cathy_Pepper@laed.uscourts.gov

    ***OFFICIAL TRANSCRIPT***

**0**

09-MD-2047 [1] - 1:6

**1**

1,500 [1] - 20:17
10 [5] - 6:10, 6:14, 11:6, 13:6, 29:6
10-day [1] - 18:4
100 [3] - 8:24, 13:15, 13:19
10019 [1] - 3:11
1100 [1] - 2:5
12 [2] - 11:14, 13:6
1201 [1] - 2:17
1292 [4] - 8:3, 8:5, 8:17, 15:15
1292'd [1] - 23:17
1292(b [8] - 16:12, 18:13, 19:10, 21:4, 22:3, 23:5, 23:14, 24:6
1292(b) [3] - 9:10, 15:18, 17:13
1293(b [1] - 6:12
15 [2] - 13:6, 22:20
1603 [1] - 12:13
17 [1] - 4:8
18 [1] - 13:7
19106 [1] - 1:23

**2**

20 [2] - 13:7, 22:21
2000 [1] - 3:5
201 [2] - 2:22, 3:15
2015 [3] - 7:21, 18:1, 23:24
2016 [7] - 6:10, 6:15, 6:23, 11:6, 18:1, 23:24, 24:5
2017 [2] - 10:8, 11:15
2018 [2] - 1:7, 5:2
21 [2] - 10:8, 13:6
21318 [1] - 7:1
21533-1 [1] - 8:22
2216 [1] - 2:12
23 [1] - 13:7
23,000 [1] - 22:19
27 [3] - 1:7, 4:9, 5:2
28 [2] - 4:10, 6:12
2800 [2] - 2:4, 2:5
29 [2] - 4:11, 13:6

**3**

3 [2] - 6:22, 13:6
30 [1] - 7:8
30309 [1] - 2:17
35 [1] - 7:9
3600 [1] - 2:22
365 [1] - 3:5
3650 [1] - 2:8
3rd [1] - 7:6

**4**

40 [1] - 21:23
40TH [1] - 3:15

**5**

5 [4] - 4:4, 4:5, 4:6, 4:7
500 [2] - 1:23, 3:19
504 [1] - 3:20
51 [1] - 3:10
510 [1] - 1:23
52ND [1] - 3:10
54(b [1] - 27:24
589-7779 [1] - 3:20

**7**

701 [1] - 2:8
70113 [1] - 1:19
70130 [3] - 2:12, 3:5, 3:20
70139 [1] - 2:9
70163 [1] - 2:5
70170 [2] - 2:22, 3:16

**8**

8 [2] - 8:22, 13:6
820 [1] - 1:19

**9**

9:00 [1] - 1:7
9:51 [1] - 29:14

**A**

A.M [1] - 1:7
a.m [1] - 29:14
ability [1] - 29:20
above-entitled [1] - 29:21
absolute [1] - 19:11
absolutely [3] - 8:18, 28:10
abuses [1] - 6:24
accepted [1] - 25:22
accurate [1] - 13:11
achieve [1] - 22:6
acknowledge [1] - 17:3
acknowledges [1] - 8:23
act [1] - 28:12
Act [2] - 15:25, 24:17
activities [1] - 6:21
activity [2] - 7:11, 29:4
ad [1] - 27:19
additional [3] - 6:19, 6:22, 7:19
address [4] - 5:20, 5:22, 6:3, 9:4
adequate [1] - 20:14
administer [1] - 25:20
Administration [1] - 13:14
adverse [1] - 7:25
advise [1] - 7:4
advisement [1] - 29:10
afterwards [1] - 5:22
agency [1] - 12:14
ago [4] - 5:10, 13:1, 17:18, 26:2
agree [3] - 11:8, 11:9, 23:16
agreed [1] - 22:8
ahead [1] - 5:14
ALEX [1] - 3:15
alive [2] - 22:14, 22:20
ALL [1] - 1:9
allegedly [1] - 28:24
almost [1] - 27:19
alphabet [1] - 28:5
ALSTON [1] - 2:15
alternative [1] - 23:7
amicably [1] - 7:8
AND [4] - 2:3, 2:15, 3:3, 3:8
Animal [3] - 11:19, 16:16, 24:12
annual [4] - 13:4, 13:7, 13:11, 13:23
answer [1] - 17:2
Aparicio [1] - 15:23
appeal [22] - 5:13, 8:2, 8:5, 10:5, 10:12, 11:12, 11:16, 12:1, 16:5, 16:25, 17:17, 17:19, 18:14, 18:15, 20:21, 21:18, 22:15, 22:16, 27:11,

27:20, 27:25
appealable [2] - 22:25, 23:13
appealed [1] - 23:8
appealing [1] - 8:3
appeals [4] - 17:4, 22:1, 23:4, 25:7
appear [1] - 7:9
APPEARANCES [3] - 1:15, 2:1, 3:1
appearances [1] - 19:24
appellate [2] - 14:18, 16:6
applicable [3] - 8:16, 26:6, 26:20
application [3] - 18:11, 19:1, 25:12
applies [2] - 8:20, 10:14
apply [1] - 26:18
appreciate [1] - 27:2
appropriate [2] - 18:12, 19:2
appropriately [1] - 17:21
April [2] - 10:8, 11:15
ARATA [1] - 3:13
area [1] - 23:19
argue [1] - 18:20
argued [2] - 13:4, 17:14
arguing [1] - 21:10
argument [12] - 5:19, 5:20, 6:2, 6:6, 8:16, 8:19, 8:25, 12:10, 13:3, 24:2, 25:15, 26:17
arguments [1] - 18:25
assertion [1] - 18:17
assessed [1] - 25:12
Asset [1] - 13:13
ATLANTA [1] - 2:17
ATLANTIC [1] - 2:16
attached [2] - 7:16, 8:10
authority [3] - 15:17, 16:11, 16:15
AVENUE [3] - 1:19, 2:22, 3:15
avenue [1] - 27:7
avoid [2] - 17:16, 28:15
avoided [1] - 28:3
aware [2] - 18:5, 22:6
awareness [1] - 28:23

**B**

B406 [1] - 3:19
BAKER [1] - 2:20
BARRIOS [1] - 2:7
based [3] - 8:2, 9:21, 14:17
bear [1] - 20:20
BEARMAN [1] - 2:20
becomes [1] - 21:12
BEFORE [1] - 1:12
began [1] - 27:8
behalf [2] - 5:16, 6:1
behavior [1] - 18:10
belaboring [1] - 6:8
belongs [1] - 16:23
below [1] - 13:6
BENJAMIN [1] - 2:3
BERKOWITZ [1] - 2:20
BERMAN [1] - 1:21
best [2] - 15:23, 29:20
between [6] - 6:19, 7:8, 8:13, 9:1, 14:11, 28:16
beyond [1] - 26:5
big [1] - 10:6
BIRD [1] - 2:15
bit [1] - 5:20
BNBM [8] - 10:10, 13:4, 13:9, 16:15, 18:18, 18:25, 20:2, 26:14
BNBM/CNBM [1] - 27:9
BNMB [1] - 3:3
board [1] - 12:12
body [1] - 18:6
bottom [1] - 14:16
bound [1] - 25:3
boy [2] - 24:5, 25:13
brief [3] - 6:4, 8:22
briefing [2] - 7:17, 20:4
briefs [1] - 6:8
bring [2] - 20:23, 27:12
brings [1] - 25:24
broadly [1] - 25:22
brought [1] - 6:5
BUILDING [2] - 3:7, 3:8
burden [2] - 19:20, 29:5
burdens [1] - 22:6
busy [2] - 20:17, 27:5
buyer's [2] - 17:19, 27:4
BY [12] - 1:18, 1:22,

2:4, 2:8, 2:11, 2:16, 2:21, 3:4, 3:10, 3:14, 3:22, 3:23

## C

**CALDWELL** [1] - 2:20
**CALLED** [1] - 5:4
**CANAL** [1] - 3:5
**cannot** [1] - 9:20
**Cao** [4] - 13:9, 13:22, 14:17, 14:18
**Cao's** [2] - 13:12, 25:14
**careful** [2] - 19:22, 24:16
**carried** [1] - 15:11
**case** [22] - 5:11, 9:18, 10:17, 11:21, 12:13, 12:22, 15:23, 15:24, 16:1, 16:2, 20:20, 22:7, 22:8, 22:11, 22:12, 22:15, 22:16, 22:19, 23:21, 24:12, 24:14, 26:9
**cases** [6] - 19:10, 19:11, 19:12, 19:14, 21:16, 26:19
**CASES** [1] - 1:9
**cast** [1] - 24:19
**CASTEIX** [1] - 2:7
**CATHY** [1] - 3:18
**Cathy** [2] - 29:18, 29:22
**Cathy_Pepper@laed .uscourts.gov** [2] - 3:21, 29:25
**CCR** [2] - 3:18, 29:22
**CENTER** [1] - 2:16
**CENTRE** [1] - 2:4
**certain** [1] - 6:24
**certainly** [3] - 10:12, 23:11, 25:2
**CERTIFICATE** [1] - 29:17
**certification** [17] - 5:12, 6:7, 6:12, 6:13, 6:14, 7:15, 7:17, 8:16, 12:1, 13:20, 17:13, 18:9, 19:6, 20:7, 21:4, 21:14, 22:7
**certified** [5] - 10:10, 11:16, 14:15, 18:19, 27:10
**Certified** [3] - 29:18, 29:18, 29:23
**CERTIFIED** [2] - 3:18, 3:19

**CERTIFY** [1] - 4:4
**certify** [4] - 5:9, 6:10, 28:1, 29:20
**chain** [1] - 26:14
**changed** [2] - 16:13, 16:14
**CHARLES** [2] - 2:22, 3:15
**China** [7] - 8:1, 8:14, 13:10, 14:3, 14:23, 14:25, 27:18
**CHINA** [2] - 3:7, 3:8
**Chinese** [11] - 6:20, 9:1, 11:20, 11:21, 14:21, 24:17, 24:19, 24:21, 24:25, 25:18
**CHINESE** [1] - 1:4
**CHINESE-MANUFACTURED** [1] - 1:4
**CHRISTINA** [1] - 2:16
**Circuit** [12] - 5:13, 12:2, 12:7, 16:1, 16:2, 16:8, 16:10, 19:24, 21:19, 24:24, 28:2
**circuit** [8] - 14:15, 15:22, 16:24, 18:7, 18:19, 20:1, 20:6, 28:18
**circumstances** [1] - 6:5
**citation** [1] - 24:11
**cited** [1] - 15:16
**CIVIL** [1] - 1:6
**clarified** [1] - 17:23
**clarifying** [1] - 17:14
**clarity** [2] - 24:2, 25:11
**class** [1] - 13:20
**clear** [3] - 7:16, 9:15, 25:17
**clearly** [2] - 15:11, 16:20
**clients** [1] - 27:18
**close** [2] - 21:3, 21:25
**CNBM** [32] - 3:3, 6:20, 7:10, 7:11, 7:21, 7:22, 7:25, 8:10, 8:14, 8:23, 9:1, 9:16, 10:10, 12:9, 13:9, 13:14, 13:19, 14:3, 16:15, 16:25, 17:10, 18:18, 18:25, 19:5, 19:25, 20:2, 26:16, 26:20, 28:14, 28:23
**CO** [2] - 2:14, 2:15
**colleague** [1] - 10:8
**COLLECTIVELY** [1] - 3:9

**coming** [4] - 9:18, 12:12, 16:15, 24:1
**commercial** [3] - 6:21, 7:11, 29:4
**Commission** [1] - 13:14
**Communist** [1] - 14:25
**companies** [1] - 25:20
**COMPANY** [1] - 3:9
**completely** [1] - 24:14
**complexity** [1] - 23:13
**comply** [2] - 7:6, 21:11
**COMPUTER** [1] - 3:23
**computer** [1] - 7:3
**computers** [1] - 6:25
**concern** [4] - 6:4, 9:13, 16:13, 22:12
**concluded** [1] - 29:15
**conduct** [2] - 7:3, 29:2
**conducted** [1] - 7:18
**confirm** [1] - 16:18
**conflating** [1] - 28:21
**connected** [1] - 20:9
**consolidated** [1] - 17:4
**constellation** [1] - 16:19
**contact** [1] - 28:23
**contains** [1] - 6:12
**context** [2] - 6:22, 26:22
**CONTINUED** [2] - 2:1, 3:1
**continuing** [1] - 22:14
**contrary** [2] - 25:21, 26:11
**contrast** [1] - 18:10
**control** [2] - 28:7, 28:22
**controlled** [1] - 26:15
**controlling** [9] - 8:8, 9:14, 9:17, 9:23, 10:1, 14:14, 15:16, 16:10, 25:9
**controverted** [1] - 14:18
**corporate** [5] - 12:16, 14:21, 14:24, 26:14, 28:13
**corporation** [1] - 20:1
**CORPORATION** [1] - 3:8
**Corporation** [1] - 13:15
**correct** [2] - 18:4, 29:20
**Council** [1] - 13:14
**counsel** [2] - 26:2,

27:17
**COUNSEL** [3] - 1:17, 2:20, 3:4
**couple** [1] - 19:19
**court** [13] - 5:9, 6:15, 14:15, 16:24, 18:1, 18:6, 18:7, 18:11, 21:4, 21:19, 23:24, 28:15, 28:22
**COURT** [26] - 1:1, 3:18, 5:4, 5:7, 5:24, 7:23, 9:7, 10:15, 11:3, 15:9, 15:14, 15:19, 17:7, 19:15, 21:15, 22:10, 23:1, 23:9, 23:16, 24:13, 26:25, 27:2, 28:4, 28:19, 29:9, 29:13
**Court** [18] - 5:10, 5:25, 7:2, 9:19, 9:20, 11:19, 11:24, 12:24, 16:16, 18:24, 23:8, 24:18, 25:2, 29:18, 29:19, 29:19, 29:24, 29:24
**Court's** [3] - 6:4, 7:6, 24:12
**COURT.** [1] - 4:4
**COURT.................... ..................** [2] - 4:5, 4:11
**courtroom** [1] - 24:17
**courts** [3] - 19:13, 23:2, 23:3
**covered** [1] - 25:6
**creates** [1] - 14:8
**critical** [1] - 24:4
**CRR** [2] - 3:18, 29:22
**CURRAULT** [1] - 3:14
**Curtis** [1] - 14:20
**cusp** [1] - 20:4

## D

**DANIEL** [1] - 2:21
**DAVID** [1] - 2:3
**DAVIS** [1] - 1:18
**days** [1] - 7:9
**deal** [3] - 12:7, 23:20, 23:23
**debate** [1] - 19:1
**decade** [1] - 27:19
**decide** [1] - 10:19
**decided** [1] - 21:5
**decision** [11] - 8:2, 10:3, 17:16, 17:22, 18:8, 20:12, 20:23, 23:3, 24:4, 25:5
**declaration** [5] -

13:12, 13:22, 14:2, 14:17, 25:14
**declared** [1] - 13:10
**defective** [1] - 28:24
**defendant** [2] - 14:11, 27:21
**defendant's** [2] - 8:19, 11:23
**defendants** [7] - 9:15, 10:10, 11:8, 11:10, 11:14, 15:16, 22:20
**defendants'** [2] - 27:17, 28:13
**deferential** [1] - 11:25
**definitely** [1] - 8:17
**definition** [1] - 12:14
**delay** [6] - 15:12, 19:14, 25:5, 27:18, 27:20, 28:3
**delaying** [4] - 27:16, 27:23
**deliberate** [1] - 28:12
**described** [2] - 15:2, 16:23
**despite** [1] - 17:23
**determined** [1] - 7:14
**detour** [1] - 21:12
**devoid** [1] - 28:22
**difference** [2] - 15:3, 15:6
**different** [10] - 8:12, 18:22, 20:1, 20:2, 20:22, 21:8, 22:11, 24:14, 24:21, 25:24
**differently** [3] - 10:17, 23:20, 23:23
**difficulty** [1] - 11:1
**diligence** [1] - 7:19
**direct** [5] - 8:9, 12:22, 14:13, 14:23, 27:25
**direction** [1] - 28:7
**directly** [3] - 9:16, 9:18, 26:8
**disclosure** [1] - 25:23
**discover** [1] - 7:20
**discovered** [2] - 7:5, 8:7
**discovery** [4] - 6:17, 6:18, 6:24, 7:9
**discuss** [3] - 8:23, 17:8, 19:10
**discussing** [1] - 19:11
**discussions** [2] - 27:8
**disingenuous** [1] - 19:9
**disjunctive** [1] - 12:17
**dismiss** [1] - 27:10
**dismissal** [2] - 5:11, 11:14
**dismissed** [1] - 20:19

displayed [1] - 8:21
disposition [1] - 9:24
dispute [1] - 14:4
disruptive [1] - 19:14
distinct [1] - 19:25
district [1] - 18:6
DISTRICT [3] - 1:1, 1:1, 1:13
District [3] - 29:19, 29:24
docket [1] - 20:17
DOCKET [1] - 1:6
Document [1] - 7:1
DOCUMENT [1] - 1:9
documentation [1] - 7:22
documents [22] - 6:18, 6:25, 7:5, 7:6, 7:9, 7:11, 7:13, 7:16, 7:18, 7:20, 7:21, 7:22, 8:7, 8:8, 8:10, 9:5, 12:3, 16:17, 25:14, 25:23, 28:8, 28:10
Dole [9] - 8:15, 8:17, 9:18, 12:13, 12:21, 14:10, 26:6, 26:11, 26:13
done [2] - 6:15, 19:17
DONELSON [1] - 2:20
DONNA [1] - 3:14
doubt [1] - 24:19
down [3] - 14:5, 22:15, 26:21
drywall [2] - 28:24, 29:6
DRYWALL [1] - 1:5
due [1] - 7:19
DUGGAN [1] - 1:22
DUNBAR [1] - 3:4
DUPLANTIS [1] - 3:13
during [1] - 22:5
DYSART [1] - 2:21

## E

e-mails [3] - 6:25, 7:4, 7:18
EAGAN [2] - 3:13, 3:14
early [2] - 18:1, 24:5
easily [1] - 9:11
Eastern [1] - 29:19
EASTERN [1] - 1:1
efficiency [1] - 6:14
EIKHOFF [1] - 2:16
either [2] - 21:19, 26:8
ELDON [1] - 1:12
elements [1] - 9:10

Elmo [2] - 5:17, 12:12
eminent [1] - 26:2
EMMA [1] - 2:8
end [2] - 16:24, 20:20
ENERGY [1] - 2:4
engaged [1] - 7:7
entered [2] - 6:23, 27:25
enterprise [1] - 21:25
enterprises [2] - 14:21, 25:19
ENTITIES [2] - 3:3
entities [5] - 8:13, 10:10, 15:1, 19:25, 20:2
entitled [2] - 22:4, 29:21
entity [4] - 11:20, 11:21, 12:15, 25:4
entries [1] - 20:17
envision [1] - 23:7
equivalent [1] - 26:12
ESQUIRE [15] - 1:18, 1:18, 1:22, 1:22, 2:4, 2:8, 2:11, 2:16, 2:21, 2:21, 3:4, 3:10, 3:14, 3:14, 3:15
essence [1] - 14:22
estoppel [1] - 20:11
event [1] - 25:4
events [1] - 17:18
evidence [11] - 7:24, 13:2, 14:5, 14:6, 17:24, 20:13, 24:3, 24:8, 24:9, 25:21, 29:7
evidentiary [1] - 14:8
EWELL [1] - 3:14
exactly [1] - 15:4
exaggerating [1] - 13:25
exception [2] - 29:3, 29:4
Exchange [2] - 13:8, 25:14
Exclusion [1] - 24:17
excuse [1] - 23:5
exhibits [1] - 17:25
Exhibits [1] - 13:6
exist [1] - 14:24
expedite [1] - 7:12
experience [1] - 14:23
expert [1] - 14:19
explain [2] - 6:9, 8:15
explained [1] - 16:17
explanation [2] - 6:2, 24:7
expressed [1] - 13:1
extension [1] - 26:16

extent [1] - 22:10

## F

fact [16] - 6:13, 7:25, 8:5, 8:17, 10:4, 10:5, 12:4, 13:20, 13:21, 14:9, 15:4, 15:10, 21:7, 25:6, 26:2, 27:6
facts [6] - 7:23, 8:7, 9:17, 10:2, 16:18, 25:12
factual [3] - 5:21, 8:2, 20:13
factual-based [1] - 8:2
fail [2] - 22:8, 27:9
failure [1] - 21:11
fairly [1] - 22:6
FALLON [1] - 1:12
familiar [1] - 9:10
fashion [2] - 19:13, 21:9
fatal [1] - 8:19
federal [3] - 23:2, 23:3, 27:22
Fifth [10] - 5:13, 12:2, 12:7, 16:1, 16:2, 16:10, 19:24, 21:19, 28:2
filed [2] - 7:15, 13:7
filing [1] - 6:13
final [9] - 9:25, 11:7, 11:11, 20:20, 20:21
finality [2] - 22:5, 22:19
finally [1] - 15:8
findings [2] - 13:20, 13:21
fine [1] - 26:25
finished [1] - 25:1
FIRM [1] - 2:11
first [6] - 5:8, 6:11, 8:22, 11:6, 17:11, 19:20
FISHBEIN [1] - 1:21
five [2] - 21:20, 22:15
FLOOR [1] - 3:15
focus [2] - 7:23, 10:24
focused [2] - 8:4, 17:21
fold [1] - 21:11
follow [1] - 5:22
following [2] - 6:4, 13:11
Food [5] - 8:17, 9:18, 12:13, 12:21, 14:10
Foods [4] - 8:15, 26:6, 26:11, 26:13

FOR [4] - 1:17, 2:14, 2:19, 3:3
foregoing [1] - 29:20
foreign [7] - 8:19, 9:1, 12:15, 12:17, 12:19, 12:23, 14:11
forever [1] - 22:14
forget [1] - 13:23
four [2] - 17:12, 21:19
FRED [1] - 1:22
Fred [7] - 5:15, 6:6, 9:8, 15:9, 27:3, 28:4, 29:13
frolic [1] - 21:12
front [1] - 12:2
FSIA [6] - 7:14, 9:21, 11:6, 12:14, 13:2, 27:11
full [1] - 28:25
fundamental [2] - 27:21, 28:17

## G

GA [1] - 2:17
gain [1] - 28:4
GAINSBURGH [1] - 2:3
game [1] - 24:24
Gao [1] - 7:13
gateway [2] - 10:18, 16:23
generally [1] - 8:3
GERALD [1] - 2:4
Germano [1] - 13:20
GORDON [1] - 3:13
government [5] - 11:21, 24:21, 24:25, 25:1, 25:21
government's [1] - 24:20
governmental [2] - 8:13, 25:4
granted [1] - 5:11
grapple [1] - 22:22
grappling [1] - 23:19
grossly [1] - 21:9
ground [1] - 15:6
grounds [1] - 15:3
GROUP [1] - 3:8
Group [27] - 6:20, 7:10, 7:21, 7:22, 7:25, 8:10, 8:14, 8:23, 9:1, 9:16, 12:9, 13:9, 13:15, 13:19, 14:3, 16:15, 16:25, 17:10, 19:5, 19:25, 26:16, 26:20, 28:14, 28:23, 29:6

group [1] - 28:6
guess [2] - 9:22, 13:24
GYPSUM [1] - 2:14

## H

half [8] - 5:10, 11:3, 15:12, 17:18, 17:22, 18:14, 19:4, 20:16
hard [1] - 18:14
harm [1] - 19:15
harping [1] - 16:9
HARRY [1] - 3:4
hear [2] - 5:14, 9:7
HEARD [1] - 1:12
heard [6] - 10:7, 10:8, 25:11, 26:2, 27:15, 28:14
hearing [3] - 13:2, 13:18, 14:6
HEARING [1] - 1:12
held [1] - 17:9
help [1] - 10:12
helpful [1] - 10:20
hereby [1] - 29:19
HERMAN [3] - 1:17, 1:18
herring [1] - 26:22
HERRINGTON [1] - 3:9
hesitate [2] - 21:23, 25:25
high [2] - 22:6, 23:14
holding [1] - 12:22
Honor [59] - 5:15, 6:22, 8:6, 8:21, 9:3, 9:9, 9:13, 10:3, 10:7, 10:10, 11:4, 11:14, 11:16, 12:12, 12:25, 13:5, 13:17, 13:18, 14:4, 14:7, 15:4, 15:6, 15:24, 16:20, 16:22, 16:23, 17:6, 17:12, 17:17, 17:21, 18:5, 19:8, 19:20, 19:23, 20:14, 21:5, 21:6, 21:22, 21:23, 22:5, 22:8, 22:23, 23:5, 23:10, 23:11, 23:22, 23:25, 24:15, 24:20, 25:17, 26:23, 27:5, 27:9, 27:10, 27:15, 27:25, 28:20, 29:8, 29:12
Honor's [7] - 6:10, 11:9, 11:10, 14:16, 16:14, 27:6, 27:7
HONORABLE [1] - 1:12

**hour** [1] - 26:2
**hurdle** [1] - 23:14

# I

**idea** [1] - 22:4
**identified** [1] - 19:8
**ignored** [1] - 25:14
**immediacy** [1] - 15:17
**immediate** [10] - 6:15, 10:12, 11:16, 12:1, 12:5, 17:16, 18:11, 18:14, 18:15, 27:10
**immediately** [2] - 22:25, 23:13
**immune** [1] - 26:14
**immunity** [5] - 8:19, 10:19, 18:24, 20:13, 26:18
**important** [1] - 25:10
**imposes** [1] - 23:14
**imposing** [1] - 18:8
**imprecision** [1] - 25:23
**IN** [1] - 1:4
**incorrect** [1] - 9:24
**indication** [1] - 28:23
**indicia** [1] - 12:4
**indirect** [3] - 7:10, 8:17, 14:12
**indirectness** [1] - 8:18
**individual** [1] - 10:17
**infinitum** [1] - 27:19
**instructed** [1] - 7:2
**instrumentality** [1] - 12:15
**intend** [1] - 5:17
**interest** [1] - 12:19
**interlocutory** [1] - 23:4
**intermediary** [3] - 9:20, 14:10, 28:16
**intermediate** [1] - 22:4
**involve** [1] - 10:4
**involved** [3] - 6:20, 10:2, 15:1
**involvement** [1] - 28:24, 29:5
**involves** [1] - 18:25
**IRPINO** [1] - 2:11
**irrespective** [1] - 14:7
**isolation** [1] - 25:16
**issue** [25] - 5:13, 10:6, 10:25, 16:3, 16:7, 16:8, 16:21, 16:23, 19:3, 19:7, 20:7, 21:18, 22:22, 23:18, 24:9, 24:11, 25:6, 25:9, 25:10, 26:1,

26:21, 28:22, 29:11
**issues** [13] - 6:3, 7:14, 8:4, 9:4, 10:18, 17:24, 22:10, 23:16, 23:17, 23:25, 29:1
**itself** [3] - 8:23, 9:2, 12:11

# J

**JAMES** [1] - 3:10
**James** [1] - 17:10
**January** [1] - 6:23
**Jim** [1] - 27:2
**join** [1] - 5:19
**JR** [1] - 3:14
**JUDGE** [1] - 1:13
**judgment** [3] - 9:25, 20:21, 27:24
**judicial** [1] - 6:14
**juncture** [1] - 22:9
**jurisdiction** [15] - 10:3, 10:9, 10:18, 12:2, 12:7, 12:8, 16:6, 18:18, 18:23, 18:25, 20:5, 23:18, 23:19, 28:5, 28:15
**jurisdictional** [2] - 6:16, 27:21
**justice** [5] - 19:16, 19:21, 20:10, 21:1, 21:13
**justification** [2] - 18:3, 25:5
**justify** [2] - 6:6, 21:8

# K

**KATZ** [1] - 1:17
**keep** [2] - 22:20, 27:23
**keeps** [1] - 22:13
**KERRY** [1] - 2:21
**key** [1] - 23:18
**KINGSDORF** [1] - 2:7
**KNAUF** [1] - 2:19
**knowledgeable** [1] - 14:20
**knows** [1] - 24:20

# L

**LA** [8] - 1:19, 2:5, 2:9, 2:12, 2:22, 3:5, 3:16, 3:20
**language** [1] - 9:21
**large** [1] - 23:4
**late** [5] - 11:3, 18:1, 19:12, 19:16

**law** [16] - 8:4, 8:9, 9:4, 9:14, 9:17, 9:23, 10:1, 10:5, 14:8, 14:14, 19:1, 19:9, 20:25, 25:9, 25:12, 25:18
**LAW** [1] - 2:11
**legal** [3] - 5:22, 12:16, 18:22
**legend** [1] - 13:6
**lengthy** [1] - 19:14
**LEONARD** [1] - 1:18
**level** [1] - 22:4
**LEVIN** [1] - 1:21
**LIABILITY** [1] - 1:5
**LIAISON** [3] - 1:17, 2:20, 3:4
**lie** [1] - 10:22
**limit** [1] - 6:12
**LIMITED** [1] - 3:9
**limits** [1] - 18:8
**line** [5] - 6:11, 8:11, 8:12, 22:18
**listed** [1] - 13:5
**listen** [1] - 17:9
**literally** [1] - 24:22
**litigants** [1] - 22:21
**litigate** [1] - 20:7
**LITIGATION** [1] - 1:5
**litigation** [10] - 10:13, 10:20, 11:11, 19:5, 20:16, 20:24, 21:24, 21:25, 22:5, 27:20, 29:2
**loaf** [1] - 19:18
**logic** [1] - 6:13
**LONGER** [11] - 1:22, 5:15, 9:8, 11:2, 11:4, 15:13, 15:15, 15:21, 27:4, 28:7, 29:12
**longer's** [1] - 24:2
**LONGER....................
....................** [2] -
4:6, 4:9
**Longshoreman's** [1] -
15:25
**look** [1] - 21:1
**looked** [1] - 26:9
**lose** [1] - 21:17
**loses** [1] - 21:17
**Louisiana** [3] - 23:9, 29:19, 29:19
**LOUISIANA** [2] - 1:1, 1:7
**LTD** [2] - 2:15, 2:15
**lying** [1] - 13:24

# M

**machine** [1] - 7:20
**MAGAZINE** [1] - 2:12
**mails** [3] - 6:25, 7:4, 7:18
**main** [1] - 19:16
**majority** [4] - 9:16, 12:18, 12:22, 12:25
**manual** [2] - 7:5, 7:8
**MANUFACTURED** [1]
- 1:4
**March** [3] - 6:10, 6:14, 11:6
**marriage** [1] - 10:5
**match** [2] - 7:22, 24:25
**MATERIALS** [2] - 3:8, 3:9
**Materials** [1] - 13:15
**matter** [15] - 5:11, 12:6, 17:24, 18:23, 20:5, 20:13, 20:24, 21:13, 21:16, 24:3, 25:17, 28:1, 28:2, 29:21
**matters** [10] - 5:18, 5:21, 5:22, 10:16, 16:20, 17:9, 18:18, 20:5, 23:13, 26:3
**MCCOLLAM** [1] - 3:13
**MDL** [3] - 22:11, 22:13, 23:20
**MDL's** [1] - 10:16
**MDLs** [1] - 23:11
**mean** [2] - 20:4, 25:18
**meaning** [1] - 19:24
**MECHANICAL** [1] -
3:22
**meet** [3] - 9:11, 27:18, 29:5
**meeting** [1] - 21:3
**mentioned** [2] - 12:3, 27:5
**MERIT** [1] - 3:19
**Merit** [2] - 29:18, 29:23
**merits** [1] - 21:9
**met** [3] - 17:13, 17:20, 22:7
**MEUNIER** [2] - 2:3, 2:4
**might** [2] - 18:20, 19:17
**Milhaupt** [2] - 14:20
**MILLER** [1] - 2:21
**mind** [2] - 11:8, 18:17
**mind-set** [1] - 11:8
**misinterprets** [1] -

29:2
**mispronouncing** [1] -
15:23
**mistake** [1] - 18:3
**mistaken** [1] - 13:25
**mixed** [2] - 14:8, 15:10
**moment** [3] - 13:1, 26:6, 27:17
**money** [1] - 10:21
**months** [1] - 19:12
**morning** [5] - 5:15, 5:25, 9:8, 17:14, 17:23
**MOTION** [2] - 1:12, 4:4
**motion** [6] - 5:8, 6:9, 7:15, 16:12, 19:20
**motions** [2] - 5:7, 27:9
**mouth** [1] - 14:1
**movants** [3] - 5:14, 21:3, 22:6
**moving** [1] - 11:14
**MR** [24] - 4:6, 4:8, 4:9, 4:10, 5:15, 9:8, 11:2, 11:4, 15:13, 15:15, 15:21, 17:10, 19:19, 21:22, 22:23, 23:2, 23:10, 23:22, 24:14, 27:1, 27:4, 28:7, 28:20, 29:12
**MS** [3] - 4:7, 5:25, 8:6
**must** [2] - 13:25, 15:17

# N

**NATIONAL** [2] - 3:7, 3:8
**naught** [1] - 10:23
**necessity** [1] - 20:6
**need** [4] - 19:12, 19:21, 19:22, 24:16
**needs** [1] - 28:17
**New** [2] - 22:24, 23:8
**new** [9] - 12:3, 12:4, 16:15, 16:17, 17:24, 24:3, 24:7, 24:9, 26:3
**NEW** [10] - 1:7, 1:19, 2:5, 2:9, 2:12, 2:22, 3:5, 3:11, 3:16, 3:20
**newly** [1] - 8:8
**next** [1] - 29:11
**nice** [1] - 11:24
**nightmare** [1] - 22:25
**nightmarish** [1] -
23:12
**NO** [1] - 1:6
**none** [1] - 17:13
**note** [1] - 18:12

**nothing** [3] - 8:1, 16:13, 25:23
**nowhere** [1] - 21:3
**number** [2] - 9:22, 11:5
**numbered** [1] - 29:21
**NY** [1] - 3:11

**O**

**O'KEEFE** [1] - 1:19
**objection** [2] - 10:15, 25:11
**obligation** [1] - 21:3
**obviously** [1] - 19:13
**odds** [1] - 22:1
**OF** [3] - 1:1, 1:12, 4:4
**offer** [1] - 6:22
**officer** [1] - 13:9
**Official** [2] - 29:19, 29:24
**OFFICIAL** [1] - 3:18
**once** [2] - 17:5, 18:21
**ONE** [1] - 2:16
**one** [17] - 10:25, 13:19, 13:22, 14:17, 15:5, 16:5, 19:10, 20:19, 20:22, 21:17, 22:3, 22:11, 22:12, 23:15, 23:21, 25:25, 26:11
**one-off** [3] - 22:11, 22:12, 23:21
**ones** [1] - 17:3
**open** [1] - 6:2
**opined** [1] - 14:22
**opinion** [16] - 7:24, 10:3, 10:14, 14:19, 15:3, 15:5, 15:7, 16:4, 16:8, 16:14, 16:16, 17:17, 18:6, 18:7, 27:12
**opinions** [2] - 15:4, 16:10
**opportunity** [1] - 22:14
**opposed** [2] - 18:13, 23:21
**opposite** [1] - 14:2
**opted** [1] - 7:12
**ORDER** [1] - 5:4
**order** [8] - 6:15, 6:23, 7:2, 7:6, 10:9, 11:7, 11:11
**orderly** [1] - 19:13
**Orders** [1] - 6:10
**organ** [1] - 12:17
**originally** [1] - 11:6
**originated** [1] - 28:8

**ORLEANS** [9] - 1:7, 1:19, 2:5, 2:9, 2:12, 2:22, 3:5, 3:16, 3:20
**ORRICK** [1] - 3:9
**Oser** [1] - 5:16
**otherwise** [2] - 12:16, 14:7
**ought** [1] - 18:16
**out-of-Fifth-Circuit** [1] - 16:10
**outcome** [3] - 20:12, 21:7, 23:12
**outline** [1] - 6:5
**outside** [1] - 19:11
**overlap** [1] - 19:2
**overling** [1] - 12:9
**own** [1] - 7:3
**Owned** [1] - 13:13
**owned** [9] - 7:25, 8:24, 12:19, 13:14, 14:3, 14:21, 25:19, 25:20, 26:15
**owner** [1] - 28:16
**ownership** [11] - 7:10, 8:9, 8:18, 12:19, 12:22, 12:25, 14:12, 14:14, 26:1, 26:7, 26:21
**owns** [2] - 9:16, 13:19

**P**

**PA** [1] - 1:23
**PAGE** [1] - 4:2
**page** [2] - 8:22, 17:12
**parallels** [1] - 14:23
**parent** [1] - 28:13
**part** [4] - 7:2, 19:5, 28:5, 28:13
**particular** [3] - 5:11, 5:13, 25:8
**particularly** [1] - 21:9
**party** [4] - 18:8, 20:19, 20:22, 20:23
**Party** [1] - 14:25
**passed** [1] - 19:5
**PEACHTREE** [1] - 2:17
**Pearl** [2] - 5:18, 6:1
**PEARL** [1] - 2:11
**penalties** [1] - 13:10
**Peng** [1] - 17:23
**Peng's** [3] - 6:25, 7:3, 7:18
**people** [1] - 22:19
**People's** [3] - 8:1, 8:14, 14:3
**PEPPER** [1] - 3:18
**Pepper** [3] - 29:18,

29:22, 29:22
**percent** [3] - 8:24, 13:15, 13:19
**perhaps** [1] - 9:3
**period** [1] - 18:4
**perjury** [1] - 13:10
**person** [1] - 12:16
**personal** [5] - 10:3, 10:9, 18:18, 18:24, 20:5
**pertinent** [2] - 5:21, 5:23
**PHELPS** [1] - 3:4
**PHILADELPHIA** [1] - 1:23
**phone** [2] - 17:8, 17:9
**phrase** [1] - 20:11
**phrases** [1] - 7:19
**picture** [1] - 10:6
**place** [2] - 10:23, 13:2
**places** [1] - 22:6
**plaintiffs** [5] - 5:12, 5:16, 6:1, 21:17, 22:20
**PLAINTIFFS'** [2] - 1:17, 4:4
**plaintiffs'** [2] - 5:8, 6:17
**PLASTERBOARD** [1] - 2:15
**PLC** [1] - 13:4
**point** [8] - 8:21, 9:9, 11:17, 15:10, 18:16, 20:8, 20:10, 22:11
**pointing** [1] - 12:4
**points** [4] - 6:8, 9:22, 24:4, 25:25
**political** [4] - 12:18, 12:20, 26:8, 26:10
**position** [1] - 14:5
**POYDRAS** [3] - 2:5, 2:8, 3:19
**practical** [5] - 12:6, 16:21, 17:1, 21:15, 28:1
**PRC** [9] - 8:9, 8:12, 8:24, 9:16, 25:18, 26:10, 26:16, 28:16
**precise** [1] - 9:21
**preemption** [1] - 10:18
**preliminary** [1] - 5:18
**presented** [8] - 13:3, 13:18, 14:6, 14:19, 20:13, 23:25, 25:16, 28:9
**presents** [1] - 14:10
**prevail** [2] - 21:10, 21:20
**pricing** [2] - 11:23,

24:22
**probative** [1] - 25:3
**problem** [2] - 22:23, 25:15
**proceed** [3] - 19:12, 20:3, 20:8
**PROCEEDINGS** [3] - 1:12, 3:22, 5:1
**proceedings** [3] - 27:19, 29:14, 29:21
**process** [2] - 7:7, 28:21
**PRODUCED** [1] - 3:23
**produced** [2] - 6:25, 7:21
**Products** [1] - 24:12
**PRODUCTS** [1] - 1:5
**Professor** [1] - 14:20
**prohibition** [1] - 15:16
**proof** [3] - 6:19, 23:23, 29:5
**properly** [1] - 27:22
**proven** [1] - 14:13
**provide** [2] - 6:19, 24:7
**provided** [2] - 23:23, 24:2
**provides** [1] - 15:2
**provision** [1] - 23:6
**PSC** [16] - 7:3, 7:4, 7:7, 7:10, 7:12, 7:13, 7:18, 7:21, 11:8, 17:14, 18:13, 19:7, 20:11, 23:24, 29:1, 29:5
**PSC's** [5] - 6:6, 6:9, 7:16, 7:17, 18:10
**put** [1] - 17:25

**Q**

**questions** [4] - 9:5, 10:4, 18:23, 28:2
**questions...** [1] - 26:24
**quickly** [2] - 6:9, 10:20
**quite** [3] - 15:3, 18:7, 20:22

**R**

**raise** [1] - 26:3
**raised** [3] - 9:13, 9:15, 24:15
**raising** [1] - 24:9
**rates** [1] - 11:22
**rationale** [1] - 24:1
**rationally** [1] - 26:9

**RE** [1] - 1:4
**reacted** [1] - 25:17
**read** [3] - 26:7, 26:18, 26:19
**real** [2] - 14:4, 19:2
**reality** [2] - 17:15, 27:24
**really** [9] - 10:19, 16:21, 20:10, 21:13, 24:3, 25:10, 25:21, 26:1, 26:21
**Realtime** [2] - 29:18, 29:23
**REALTIME** [1] - 3:18
**reason** [6] - 15:12, 21:14, 23:14, 23:17, 23:23, 25:19
**reasonable** [1] - 18:7
**reasonably** [1] - 25:17
**reasoned** [1] - 26:18
**reasoning** [1] - 10:13
**reasons** [2] - 20:15, 22:3
**Reasons** [1] - 6:10
**rebuttal** [1] - 27:3
**recent** [2] - 6:17, 6:18
**recertify** [2] - 16:3, 16:4
**recitals** [1] - 17:23
**recognize** [1] - 14:6
**recognized** [2] - 9:25, 18:13
**recognizes** [1] - 11:7
**record** [4] - 16:18, 28:22, 29:7, 29:20
**Record** [1] - 7:1
**RECORDED** [1] - 3:22
**red** [1] - 26:21
**regarding** [3] - 6:23, 9:5, 10:9
**Registered** [1] - 29:18
**registered** [1] - 29:23
**regulate** [1] - 11:22
**regulatory** [1] - 12:23
**related** [1] - 6:24
**RELATES** [1] - 1:9
**relevancy** [2] - 7:3, 7:17
**relevant** [7] - 7:5, 7:14, 17:24, 24:9, 25:4, 28:10, 28:11
**relied** [1] - 25:13
**remains** [1] - 8:25
**remorse** [2] - 17:19, 27:4
**rendered** [2] - 10:14, 17:17
**reopening** [1] - 21:8
**reply** [1] - 26:3

**Reporter** [7] - 29:18, 29:18, 29:19, 29:23, 29:23, 29:24
**REPORTER** [3] - 3:18, 3:18, 3:19
**REPORTER'S** [1] - 29:17
**reporting** [3] - 8:11, 8:12
**reports** [4] - 13:5, 13:7, 13:12, 13:24
**Republic** [3] - 8:1, 8:14, 14:3
**request** [5] - 6:11, 6:13, 7:5, 15:18, 26:18
**require** [3] - 9:11, 9:25, 29:4
**requirement** [1] - 12:24
**requirements** [4] - 17:12, 17:20, 21:2, 21:12
**resides** [1] - 19:21
**resolve** [1] - 28:2
**resolved** [1] - 28:18
**resolving** [1] - 21:25
**respect** [1] - 11:25
**respond** [1] - 28:21
**responses** [1] - 19:19
**restriction** [3] - 15:19, 15:22
**restrictive** [1] - 23:6
**result** [3] - 7:17, 25:24, 26:10
**resume** [1] - 6:6
**return** [2] - 7:8, 15:13
**reversal** [2] - 9:25, 20:22
**review** [4] - 6:15, 7:3, 7:17, 14:18
**revisit** [1] - 19:7
**revive** [1] - 24:16
**ripe** [1] - 6:9
**risk** [2] - 20:20, 20:21
**RMR** [2] - 3:18, 29:22
**road** [1] - 22:15
**ROBERTSON** [3] - 2:11, 5:25, 8:6
**Robertson** [5] - 5:18, 6:1, 12:3, 16:17, 28:9
**ROBERTSON............ ......................** [1] - 4:7
**role** [1] - 26:12
**ROOM** [1] - 3:19
**ROSENBERG** [1] - 3:4
**ROTHENBERG** [1] - 3:15

**rule** [2] - 18:4, 24:22
**Rule** [1] - 11:14
**ruled** [4] - 5:10, 11:15, 13:19, 27:9
**rules** [1] - 13:8
**RULING** [1] - 4:4
**ruling** [9] - 5:9, 11:6, 11:9, 11:10, 14:17, 16:13, 27:6, 27:7, 27:11
**rulings** [1] - 6:16
**run** [1] - 26:11
**RUSS** [1] - 1:18

## S

**s/Cathy** [1] - 29:22
**sale** [2] - 28:24, 29:6
**sanction** [1] - 6:23
**SANDRA** [1] - 1:22
**SASAC** [9] - 8:24, 8:25, 13:13, 13:19, 25:19, 26:1, 26:9, 28:16
**satisfied** [1] - 9:12
**satisfies** [1] - 12:23
**satisfy** [1] - 9:11
**savings** [1] - 25:8
**saw** [1] - 17:25
**say-so** [1] - 11:20
**schedule** [2] - 20:4, 20:5
**SCHWAB** [1] - 2:8
**Science** [2] - 11:19, 16:16
**score** [1] - 12:10
**seaman** [1] - 15:24
**search** [1] - 7:19
**second** [3] - 6:17, 16:4
**Second** [1] - 24:24
**section** [1] - 15:15
**Section** [3] - 9:10, 12:13
**SEDRAN** [1] - 1:21
**see** [3] - 7:24, 21:2, 24:13
**seek** [3] - 5:12, 18:9, 21:4
**seem** [1] - 14:22
**seminal** [3] - 10:18, 23:18, 27:12
**sense** [3] - 10:11, 12:6, 21:16
**separate** [3] - 12:16, 17:4, 20:3
**separation** [3] - 6:19, 8:13, 9:1
**SEPTEMBER** [2] - 1:7,

5:2
**set** [3] - 5:16, 11:8, 24:24
**settlement** [2] - 27:8
**setup** [1] - 27:7
**Seventh** [1] - 16:8
**shares** [3] - 9:16, 12:18, 12:23
**Shenzhen** [2] - 13:8, 25:14
**shortly** [1] - 7:14
**show** [4] - 8:7, 8:10, 19:21, 28:12
**showing** [1] - 8:13
**side** [1] - 21:17
**Sieracki** [1] - 15:24
**signature** [1] - 13:12
**significant** [3] - 8:4, 10:25, 23:18
**simply** [1] - 16:2
**simultaneously** [1] - 15:21
**situation** [4] - 7:24, 21:8, 24:21, 26:7
**slide** [2] - 13:3, 13:18
**somewhat** [1] - 19:8
**somewhere** [1] - 22:18
**soon** [1] - 15:11
**sorry** [1] - 16:3
**sort** [1] - 10:19
**sought** [2] - 11:15, 17:19
**sovereign** [5] - 8:19, 14:11, 18:24, 20:12, 26:18
**speaking** [1] - 15:21
**specifies** [1] - 18:4
**speculative** [1] - 21:24
**spend** [2] - 10:21, 26:5
**spent** [1] - 23:11
**split** [1] - 5:19
**square** [1] - 18:14
**ST** [2] - 2:22, 3:15
**standpoint** [1] - 22:13
**stands** [1] - 8:17
**start** [2] - 9:23, 29:3
**state** [11] - 6:20, 9:1, 12:15, 12:17, 12:19, 12:23, 14:21, 19:1, 22:24, 25:19, 26:8
**State** [3] - 13:13, 13:14, 29:18
**state-owned** [2] - 14:21, 25:19
**State-Owned** [1] - 13:13
**statement** [1] - 25:3

**statements** [1] - 24:20
**STATES** [2] - 1:1, 1:13
**States** [9] - 9:19, 12:24, 14:24, 16:16, 27:22, 28:25, 29:19, 29:24
**statute** [6] - 12:11, 18:5, 21:2, 21:12, 22:5, 26:19
**statutory** [2] - 15:19, 15:22
**STENGEL** [11] - 3:10, 17:10, 19:10, 22:22, 22:23, 23:2, 23:10, 23:22, 24:14, 27:1, 28:20
**Stengel** [2] - 17:10, 27:5
**STENGEL............... ......................** [2] - 4:8, 4:10
**STENOGRAPHY** [1] - 3:22
**still** [3] - 11:9, 21:10, 27:20
**Stock** [1] - 13:8
**stop** [1] - 28:25
**straggler** [2] - 27:11, 27:12
**strategy** [1] - 27:17
**STREET** [8] - 1:23, 2:5, 2:8, 2:12, 2:17, 3:5, 3:10, 3:19
**stretch** [1] - 26:20
**structure** [2] - 14:21, 22:3
**structures** [1] - 14:24
**subdivision** [4] - 12:18, 12:20, 26:8, 26:10
**subject** [1] - 18:23
**subsequent** [1] - 17:18
**subsidiaries** [1] - 6:21
**substantial** [5] - 15:3, 15:6, 18:6, 22:1, 26:4
**substantially** [1] - 18:22
**substantive** [1] - 17:11
**successful** [1] - 20:8
**sudden** [1] - 10:22
**suggest** [2] - 15:17, 23:10
**suggesting** [1] - 23:2
**suggestive** [1] - 7:11
**SUITE** [5] - 1:23, 2:5, 2:8, 2:22, 3:5
**Supervision** [1] -

13:13
**support** [7] - 8:8, 9:17, 12:5, 14:7, 14:8, 15:4, 21:13
**supported** [1] - 14:9
**supporting** [1] - 14:5
**supports** [1] - 6:14
**Supreme** [10] - 9:19, 9:20, 11:19, 11:24, 12:24, 16:16, 23:8, 24:12, 24:18, 25:2
**suspect** [1] - 21:6
**SUTCLIFFE** [1] - 3:9
**system** [4] - 22:22, 22:24, 23:4, 27:22

## T

**table** [1] - 24:8
**tactile** [1] - 17:16
**TAI'AN** [2] - 2:15
**Taishan** [5] - 6:24, 7:4, 7:7, 10:9, 26:14
**TAISHAN** [3] - 2:14, 2:15, 3:3
**talks** [2] - 12:13, 18:13
**technical** [2] - 20:11
**ten** [3] - 13:5, 13:7, 13:15
**termination** [1] - 10:13
**terms** [3] - 12:25, 19:3, 28:22
**THE** [30] - 1:12, 1:17, 2:19, 3:3, 4:4, 4:5, 4:11, 5:7, 5:24, 7:23, 9:7, 10:15, 11:3, 15:9, 15:14, 15:19, 17:7, 19:15, 21:15, 22:10, 23:1, 23:9, 23:16, 24:13, 26:25, 27:2, 28:4, 28:19, 29:9, 29:13
**thereafter** [3] - 7:4, 7:14, 15:11
**therefore** [1] - 8:25
**thereof** [3] - 12:18, 12:20, 13:12
**THIS** [1] - 1:9
**thousand** [1] - 22:20
**three** [3] - 9:10, 19:11, 21:19
**threshold** [1] - 16:22
**THURSDAY** [2] - 1:7, 5:2
**timeline** [1] - 15:15
**timeliness** [9] - 6:3, 9:6, 10:25, 16:7, 16:12, 16:21, 17:21,

7

21:10, 22:12
**timely** [2] - 16:20, 19:10
**TO** [3] - 1:9, 4:4, 5:4
**today** [3] - 5:7, 6:5, 24:10
**today's** [1] - 6:2
**together** [2] - 18:20, 25:7
**ton** [1] - 10:21
**took** [2] - 13:2, 18:17
**top** [1] - 28:8
**tort** [1] - 29:3
**TRANSCRIPT** [2] - 1:12, 3:22
**transcript** [1] - 29:20
**translate** [1] - 7:13
**translated** [1] - 8:8
**translation** [4] - 6:18, 7:5, 7:20
**translations** [2] - 7:8, 7:12
**translator** [1] - 7:13
**treat** [1] - 10:16
**trigger** [1] - 11:17
**true** [1] - 29:20
**truth** [1] - 13:25
**truthful** [1] - 13:11
**try** [1] - 10:24
**trying** [1] - 22:22
**twice** [1] - 13:18
**two** [13] - 5:7, 5:10, 11:3, 13:17, 15:4, 15:12, 17:17, 17:22, 18:14, 19:4, 20:16, 21:19, 25:25
**type** [1] - 16:22
**types** [1] - 21:16
**typical** [1] - 25:15

**U**

**U.S.C** [1] - 6:12
**ultimate** [3] - 10:12, 12:21, 14:9
**ultimately** [1] - 26:15
**unable** [1] - 7:21
**under** [8] - 11:14, 13:8, 13:10, 13:12, 17:13, 19:10, 21:3, 29:10
**underlings** [1] - 12:8
**unfair** [1] - 20:24
**unfolded** [1] - 17:18
**UNITED** [2] - 1:1, 1:13
**United** [9] - 9:19, 12:24, 14:24, 16:16, 27:22, 28:25, 29:19, 29:24

**universe** [1] - 23:7
**unjustified** [1] - 20:24
**unless** [2] - 9:5, 26:23
**untimely** [1] - 21:9
**up** [17] - 5:16, 5:20, 8:11, 8:12, 10:5, 10:11, 16:5, 16:23, 17:3, 17:5, 18:20, 19:14, 19:17, 20:1, 27:13, 27:25
**useful** [1] - 17:14
**utility** [1] - 25:8

**V**

**variety** [1] - 20:15
**view** [1] - 21:8
**vitamin** [1] - 24:23
**vociferously** [1] - 18:12

**W**

**waiver** [1] - 26:4
**WALNUT** [1] - 1:23
**wants** [1] - 19:7
**WARSHAUER** [1] - 2:3
**weeds** [1] - 20:23
**WEST** [2] - 2:17, 3:10
**WHEREUPON** [1] - 29:14
**whole** [2] - 19:18, 26:14
**wholly** [2] - 7:25, 8:16
**win** [2] - 22:15, 22:16
**wins** [1] - 21:17
**word** [2] - 11:20, 11:23
**words** [1] - 14:1
**works** [2] - 21:24, 23:4
**worst** [1] - 26:9
**worth** [1] - 10:5
**worthy** [1] - 14:18

**Y**

**Yan** [1] - 7:13
**year** [3] - 16:3, 16:5, 19:10
**years** [14] - 5:10, 11:3, 15:12, 17:18, 17:22, 18:15, 19:4, 20:16, 21:20, 21:23, 22:15, 22:21, 29:2, 29:6
**YORK** [1] - 3:11
**York** [2] - 22:24, 23:8
**yourself** [1] - 15:6

**"**

**"CNBM"** [1] - 3:9

**§**

**§** [1] - 6:12

*OFFICIAL TRANSCRIPT*