UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO:**<br><br>*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*, Civ. Action No. 10-361 (Eduardo and Carmen Amorin, et al.)(Omni II(B))<br><br>*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*, Civ. Action No. 10-361 (Clifford Abromatts and Janice Worobec, et al.)(Omni II(C))<br><br>*Richard and Constance Almeroth, et al. v. Taishan Gypsum Co., Ltd., et al.*, Civ. Action No. 12-0498 (Omni XIII)<br><br>*Amorin, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, Civ. Action No. 11-1672 (Omni XV)<br><br>*Amorin, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, Civ. Action No. 11-1395 (Omni XVI)<br><br>*Amorin, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, Civ. Action No. 11-1673 (Omni XVII) | |

**O R D E R**

Considering the Plaintiffs' Steering Committee's Motion to Withdraw Without Prejudice Plaintiffs' Motion to Set Aside Judgments Pursuant to Fed. R. Civ. P. 60(b), Under Seal [Rec. Doc. 20388];

IT IS ORDERED BY THE COURT that the motion be GRANTED and Plaintiffs' Motion to Set Aside Judgments Pursuant to Fed. R. Civ. P. 60(b) [Rec. Doc. 20388] be and is hereby withdrawn, without prejudice.

IT IS FURTHER ORDERED BY THE COURT that the hearing on Plaintiffs' Motion to Set Aside Judgments Pursuant to Fed. R. Civ. P. 60(b) [Rec. Doc. 20388] set for October 16, 2018 be and is hereby removed from the Court's docket.

New Orleans, Louisiana, this ____ day of _____, 2018.

_____
Eldon E. Fallon
United States District Court Judge