UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Brooke et al. v. State-Owned Assets Supervision and Administration Commission of the State Council, et al.,* **Case No. 15-4127 (E.D. La.).** | MDL No. 2:09-md-2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

## ORDER

Considering Beijing New Building Materials Public Limited Company and Beijing New Building Material (Group) Co., Ltd.'s (collectively, "BNBM") *Ex Parte* Motion for Leave to File Excess Pages,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**, and that the proposed pleading attached to BNBM's *ex* parte motion be docketed as their reply to the underlying Motion to Dismiss (Rec. Doc. 19984).

New Orleans, Louisiana, this 1st day of October, 2018

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE