# Exhibit "1"

# Lillian Flemming

| | |
|---|---|
| Subject: | FW: Activity in Case 1:11-cv-22408-MGC Amorin et al v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd. Order Setting Hearing on Motion |

**From:** cmecfautosender@flsd.uscourts.gov <cmecfautosender@flsd.uscourts.gov>
**Sent:** Wednesday, October 3, 2018 11:36 AM
**To:** flsd_cmecf_notice@flsd.uscourts.gov
**Subject:** Activity in Case 1:11-cv-22408-MGC Amorin et al v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd. Order Setting Hearing on Motion

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Southern District of Florida

## Notice of Electronic Filing

The following transaction was entered on 10/3/2018 at 11:35 AM EDT and filed on 10/3/2018
**Case Name:**     Amorin et al v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.
**Case Number:**   1:11-cv-22408-MGC
**Filer:**
**Document Number:** 91(No document attached)

**Docket Text:**
**ENDORSED ORDER SETTING HEARING AND REQUIRING BRIEFING. The Eleventh Circuit has not explicitly ruled on the binding effect of MDL orders on remand. In order to narrow the issues and assist the Court's speedy resolution of this case, it is hereby ORDERED as follows:**

**Defendants shall file a brief explaining why this Court should not give entirely preclusive effect to Judge Fallon's findings of liability and apply the remediation formula he adopted by October 19, 2018.**

**Plaintiffs shall file a Response Brief by October 26, 2018.**

**Defendants shall file a Reply Brief by November 2, 2018.**

**The Court shall have a hearing on this issue on November 7, 2018 at 1:30 p.m. in Miami Division before Judge Marcia G. Cooke. The Court STAYS all pretrial deadlines pending resolution of this motion.**

**Signed by Judge Marcia G. Cooke on 10/3/2018. (chd)**

**1:11-cv-22408-MGC Notice has been electronically mailed to:**

Allison Kay Grant     agrant@allisongrantpa.com

Andrew K. Davidson     adavidson@orrick.com

Arnold Levin     alevin@lfsblaw.com

Bernard Taylor , Sr     bernard.taylor@alston.com

Christina Hull Eikhoff     christy.eikhoff@alston.com

Christopher A. Seeger     cseeger@seegerweiss.com

Craig P Kalil     ckalil@aballi.com, mcardenas@aballi.com, tgodoy@aballi.com

David Venderbush     david.venderbush@alston.com

Dawn M. Barrios     barrios@bkc-law.com

Emma Kingsdorf Schwab     eschwab@bkc-law.com

Enjolique Dion Aytch     enjolique.aytch@akerman.com

Eric Matthew Hairston     ehairston@orrick.com

Frederick S. Longer     flonger@lfsblaw.com

Gregory Scott Weiss     gweiss@mrachek-law.com, psymons@mrachek-law.com

Holly Rachelle Werkema     hwerkema@baronbudd.com, awilson@baronbudd.com, khewlett@baronbudd.com, yrocha@baronbudd.com

Hongwei Shang     hshanglaw@gmail.com

James L. Stengel     jstengel@orrick.com

James V. Doyle     jimmy@doylefirm.com

Jay Patrick Dinan     jdinan@yourlawyer.com

Jeffrey A. Breit     Jeffrey@breit.law

Jeffrey S. Grand     jgrand@seegerweiss.com

Jimmy Faircloth     jfaircloth@fairclothlaw.com

Joshua Douglas Poyer     jp@aballi.com, joshpoyer@aballi.com, jpoyer@aballi.com, mcalderon@aballi.com

2

Kristine McAlister Brown     kristy.brown@alston.com, d.sharp@alston.com

L. Christopher Vejnoska     cvejnoska@orrick.com

Leonard A. Davis     ldavis@hhklawfirm.com

Michael P. Kenny     mike.kenny@alston.com

Natalie Marie Rico     rico.natalie@gmail.com, natalie@colson.com

Panagiotis V Albanis     palbanis@forthepeople.com, ccrosby@forthepeople.com

Patrick Shanan Montoya     patrick@colson.com, becky@colson.com, e-service@colson.com, eschwab@bkc-law.com, lflemming@hhklawfirm.com, rosa@colson.com, rvalenti@hhklawfirm.com

Pearl Anna Robertson     probertson@irpinolaw.com

Richard J. Serpe     rserpe@serpefirm.com

Richard S. Lewis     rlewis@hausfeld.com

Sandra Duggan     sduggan@lfsblaw.com

Scott George     sgeorge@seegerweiss.com

**1:11-cv-22408-MGC Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:**