UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>**Rochelle and Jose Abner, *et al.* v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin co., Ltd., *et al.***, No. 11-3094 (E.D. La.) | SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## ORDER

AND NOW, on this ____ day of _____, 2018, upon consideration of Plaintiffs' Steering Committee's Motion to Strike Declaration of Donald Clarke, it is hereby ORDERED, ADJUDGED AND DECREED that said motion is GRANTED. The Declaration of Donald Clarke shall be stricken and the new arguments set forth in Defendants' Reply brief rebutting findings of agency shall not be considered.

New Orleans, Louisiana, this ____ day of _____, 2018.

 _____
 Eldon E. Fallon
 United States District Court Judge