UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION, | MDL Docket No. 2047<br><br>SECTION L<br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | MAG. JUDGE WILKINSON |
| THE MITCHELL COMPANY, INC., individually and on behalf of others similarly situated | Case No. 09-cv-4115 |
| Plaintiff, | |
| vs. | |
| KNAUF GIPS KG, a German corporation; KNAUF PLASTERBOARD (TIANJIN CO., LTD., a Chinese limited liability corporation; TAISHAN GYPSUM CO., LTD. (f/k/a Shandong Taihe Dongxin Co., Ltd.), a Chinese limited liability corporation); INTERIOR & EXTERIOR BUILDING SUPPLY, L.P., a limited partnership; and RIGHTWAY DRYWALL, INC., a Georgia corporation, | |
| Defendants. | |

**PROPOSED ORDER SETTING BRIEFING SCHEDULE**

Considering the foregoing *Consent Motion to Set Briefing Schedule*:

**IT IS HEREBY ORDERED** that the parties will submit briefing on Taishan's Motion for Suggestion of Remand (Rec. Doc. 21786) in accordance with the following schedule:

    Oct. 10, 2018 – Taishan's Reply to Mitchell's Response to Motion to Remand

    Oct. 16, 2018 – Oral argument following Status Conference

New Orleans, Louisiana, this ___ day of October, 2018.

                                                                            Eldon E. Fallon
                                                      United States District Judge