UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br><br>*Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, **Case No. 11-cv-080 (E.D. La.)**<br><br>*Almeroth, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, **Case No. 12-cv-498 (E.D. La.)**<br><br>*Amato, et al. v. Liberty Mutual Insurance Company*, **Case No. 10-cv-932 (E.D. La.)**<br><br>*Germano, et al. v. Taishan Gypsum Co., Ltd., et al.*, **Case No. 09-cv-6687 (E.D. La.)**<br><br>*Gross, et al. v. Knauf Gips, KG, et al.*, **Case No. 09-cv-6690 (E.D. La.)**<br><br>*Haya, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, **Case No. 11-cv-1077 (E.D. La.)**<br><br>*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*, **Case No. 10-cv-361 (E.D. La.)** | |

## O R D E R

Considering the Motion to Establish Settlement Fund by Class Counsel [Rec. Doc. 21781], and further considering that (i) on July 19, 2018, the Court entered an Order and Judgment Pursuant to F.R.C.P. 54(B) Granting Final Approval of the Settlement of Assigned Claims in MDL 2047 ("Assigned Claims Settlement") on Behalf of the Porter-Blaine/Venture Supply Class Regarding

Claims Assigned to the Class by the Porter-Blaine/Venture Supply Participating Defendants and Participating Insurers Against Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co., Ltd. in the amount of $1,978,528.40 [Rec. Doc. 21544], (ii) no appeals were taken from that Final Approval Order, and (iii) the Assigned Claims Settlement provides substantial additional benefits to the Class Members;

IT IS ORDERED THAT:

1.  Capitalized terms used in this Order shall have the same meaning as those defined in the Assigned Claims Settlement Agreement [Rec. Doc. 21244-2].

2.  Following payment of the Settlement Amount of $1,978,528.40 by Taishan into the Escrow Account of Law Offices of Richard J. Serpe, P.C. pursuant to Section 4.1.1 and Exhibit B of the Settlement Agreement, an Attorney Fees Settlement Fund account shall be established within the Registry of the Court, United States District Court for the Eastern District of Louisiana ("Registry Account"), for purposes of setting aside (a) 32% of the Settlement Amount, or $633,129.09, for a potential award of attorneys' fees at a later date upon approval of the Court, and (b) 2% of the Settlement Amount, or $39,570.57, for reimbursement of reasonable costs including the cost of class notice, upon approval of the Court.

3.  Class Counsel Richard J. Serpe shall transfer 32% of the Settlement Amount, or $633,129.09, plus 2% of the Settlement Amount, or $39,570.57, for an aggregate total of $672,699.66 into the Registry Account within ten (10) days of receipt of the Settlement Funds into the Escrow Account or within ten (10) of the date of this Order, whichever is later.

4.  The Court authorizes and directs reimbursement of the costs of class notice and related expenses in the amount of $14,936.58, as set forth in Exhibit "A" to Class Counsel's Motion to Establish Settlement Fund, from the Registry Account, upon motion of Class Counsel.

The Court may authorize additional reimbursements of reasonable costs related to the Settlement upon motion of Class Counsel.

5. Class Counsel Richard J. Serpe shall transfer the remaining 66% of the Settlement Funds, or $1,305,828.74, to Garretson Resolution Group ("GRG"), who shall serve as the Administrator of the Settlement Funds.

6. The Court authorizes payment of GRG's expenses and fees in the amount of $57,375.00 to administer allocation of the Settlement Funds to Eligible Class Members, pursuant to an Agreement by and among GRG and Class Counsel, upon completion of GRG's duties and responsibilities as the Settlement Administrator pursuant to this Order.

7. The Court authorizes and directs GRG to allocate available Settlement Funds totaling $1,248,453.74 ($1,305,828.74 minus $57,375.00 for GRG's fees) among Eligible Class Members on a pro rata basis in accordance with the Settlement payment amounts made in the Porter-Blaine/Venture Supply Settlement pursuant to the Revised Proposed Plan of Allocation [Rec. Doc. 16823-8] approved by the Court as fair and equitable [*see* Rec. Doc. 16934 at pp. 41-43], as provided for in Exhibit "B" (filed under seal) to Class Counsel's Motion to Establish Settlement Fund.

8. GRG shall issue payments to Eligible Class Members from the available Settlement Funds solely for the purposes set forth in the Assigned Claims Settlement. GRG and Class Counsel shall inform the Court and all interested parties when payments to Eligible Class Members have been completed.

9. This Order shall not be deemed to give, either expressly or implicitly, any legal or equitable right, remedy, or claim to any other entity or person whatsoever. No party may assign any obligations under this Order without amendment to this Order.

10. This Order shall become effective immediately. Notwithstanding any other provision, the jurisdiction of this MDL Court is exclusive over this litigation, the Class Members and for the determination of all issues pursuant to this Order and the Registry Account, including but not limited to administration, supervision, construction and enforcement of same, and also continuing and exclusive jurisdiction over any distributions of Settlement Funds.

11. GRG and Class Counsel are authorized, upon final distribution of all monies paid from the Settlement Fund, to take appropriate steps to wind down the Settlement Fund and thereafter, GRG and Class Counsel are discharged from any further responsibility with respect to the Settlement Fund, subject, however, to the survival of obligations specifically contemplated in this Order to survive.

**IT IS SO ORDERED.**

New Orleans, Louisiana, this __3rd__ day of ____October____, 2018.

_____
Eldon E. Fallon
United States District Court Judge

4