**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: CHINESE-MANUFACTURED     *    **MDL No. 2047**
**DRYWALL PRODUCTS LIABILITY**     *
**LITIGATION**     *    **SECTION "L"**
    *
**THIS DOCUMENT RELATES TO:**     *    **JUDGE FALLON**
    *
**DEAN and DAWN AMATO, et al.**     *    **MAG. JUDGE WILKINSON**
**v. LIBERTY MUTUAL INS. CO., et al.**     *
**Case No. 10-0932**
**OMNI V**     *
    *
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**[PROPOSED] ORDER GRANTING**
**UNOPPOSED MOTION TO SUBSTITUTE PARTY DEFENDANT**

This cause having come before the Court on Defendant, Essex Insurance Company's Unopposed Motion to Substitute Party Defendant, and the Court having been advised of the agreement of counsel, having reviewed the motion and being otherwise duly advised hereby:

IT IS ORDERED AND ADJUDGED that Defendant, Essex Insurance Company's Unopposed Motion to Substitute Party Defendant is GRANTED.

WHEREFORE, Evanston Insurance Company shall be substituted for Defendant Essex Insurance Company as the proper Party Defendant in this action.

IT IS SO ORDERED.

New Orleans, Louisiana, this _____ day of October, 2018.

_____
United States District Judge