UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED      MDL NO. 2047
DRYWALL PRODUCTS
LIABILITY LITIGATION              SECTION: L

THIS DOCUMENT RELATES TO:         JUDGE FALLON

*ALL CASES*                       MAG. JUDGE WILKINSON

*****************************************************************

### DECLARATION OF HON. (RET.) ROBERT C. PATE

I, Robert C. Pate, declare:

1. I am a Texas Senior District Judge, having been the Presiding Judge of the 28th and 148th Judicial District Courts, Nueces County, Texas.

2. I was Trustee of the WCI Chinese Drywall Property Damage and Personal Injury Settlement Trust, approved by the United States Bankruptcy Court for the District of Delaware. This Trust terminated after the resolution of all drywall property claims of its beneficiaries.

3. I make this declaration in response to certain statements in the Reply of the Majority of the Fee Committee dated July 30, 2018 (the "Reply") in In Re: Chinese-Manufactured Drywall Products Liability Litigation, MDL No. 2047, United States District Court, Eastern District of Louisiana.

docs-100047186.1

A. "Reductions"

4. The Reply states at page 25-26: "Because these para-professional's hours were excessive and not justified, the Fee Committee declined to accept them or find them compensable. Obviously, WCI Trustee Pate, by reducing the monies he submitted to AK, agreed."

5. There is no basis for that statement.

6. No one on the Fee Committee contacted me in any way about the fees requested by Anderson Kill P.C. ("AK").

7. Had anyone from the Fee Committee contacted me, I would have supported full compensation for AK, including its insurance policy analyst paralegal fees, not any reductions. I never "reduced the monies [I] submitted to AK."

8. Fees paid to AK were the result of settlement of certain insurance claims unique to the WCI Trust. AK had a 15% contingency fee arrangement with the WCI Trust. AK was paid $344,530.25 by the WCI Trust pursuant to that contingency fee for unique insurance work against WCI insurance companies for the benefit of approximately 139 WCI Trust claimants and those claimants were unique to WCI Trust beneficiaries.

B. Mediations

9. I recall attending a mediation at AK's offices in Philadelphia. The mediation at AK's offices were not limited to just WCI Trust issues. The PSC attended that mediation. The MDL mediator attended that mediation. The whole MDL was discussed. All claimants, not just WCI claimants, were considered.

### C. AK's Contribution

10.  AK drafted numerous important briefs in the MDL at the express request of the PSC. The PSC simply re-branded AK's briefs as its own. These briefs were significant in the MDL.

Dated the 5th day of October, 2018.

R. C. Pate
Hon. (Ret.) Robert C. Pate

3