UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWAL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL No. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO ALL CASES** | | |

## NOTICE OF DISPOSAL OF PHYSICAL EVIDENCE BY LILLIAN CHATMON

Subject to the requirements of Pretrial Order No. 1(J), dated March 20, 2015, Plaintiff LILLIAN CHATMON hereby gives notice of her intention to dispose of the physical evidence that she was previously preserving from the following property:

    4151 BISMARCK PALM DRIVE
    TAMPA, FLORIDA 33610

Any person or entity wishing to inspect this physical evidence or take possession of this physical evidence at their own expense, must do so within thirty (30) days of the date of this notice upon reasonable notice to attorney Pete Albanis by telephone at (239) 432-6605 or by e-mail at palbanis@forthepeople.com. Upon the expiration of the thirty-day period, Lillian Chatmon may dispose of such physical evidence.

Dated: October 9, 2018

                                          Respectfully submitted,
                                          */s/ Panagiotis V. Albanis*
                                          Panagiotis "Pete" V. Albanis
                                          Morgan & Morgan
                                          12800 University Drive, Suite 600
                                          Fort Myers, Florida 33907
                                          Phone: (239) 432-6605
                                          Fax: (239) 204-3798
                                          palbanis@forthepeople.com

                                          Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail, email, or by hand delivery and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United State District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on the 9th day of October, 2018.

                                                   */s/ Panagiotis V. Albanis*
                                                   Panagiotis "Pete" V. Albanis
                                                   Morgan & Morgan
                                                   12800 University Drive, Suite 600
                                                   Fort Myers, Florida 33907
                                                   Phone: (239) 432-6605
                                                   Fax: (239) 204-3798
                                                   palbanis@forthepeople.com

                                                   Counsel for Plaintiff