# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: **CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL 2047** |
| | **SECTION "L"** |
| **This document relates to:** *Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al* **Case No. 14-cv-2722** | **JUDGE ELDON FALLON** **MAGISTRATE JOSEPH WILKINSON, JR.** |

## PROPOSED ORDER

Considering the above and foregoing Motion for Status Conference;

**IT IS ORDERED** that a status conference be set for the __26th__ day of __October__, 2018, at __1:30__ o'clock __P__.M.

**New Orleans, Louisiana**, this __5th__ day of __October__, 2018.

_____
**UNITED STATES DISTRICT JUDGE**