IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**O R D E R**

Considering the the Plaintiffs' Steering Committee's Motion to Remove Confidentiality Designations With Respect to the Substituted Memorandum of Law in Support of Plaintiff-Intervenors and the Plaintiffs' Steering Committee to Enforce the Courts' July 17, 2014 Contempt Order and Rule to Show Cause Why Any Confidentiality Designations Should Remain;

IT IS ORDERED BY THE COURT that the Taishan Defendants or third-parties show cause on the ___ day of _____, 2018 at ____ o'clock ____.m. why the motion should not be granted and why the confidentiality designations to documents and deposition transcripts should not be removed and the material unsealed consistent with Exhibit "A" to the motion.

New Orleans, Louisiana, this ___ day of _____, 2018.

_____
Eldon E. Fallon
United States District Court Judge