UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION

| | |
|---|---|
| Collins, et al. v. Bass Homes, Inc., et al.,      ) | |
|     E.D. Louisiana, C.A. No. 2:13-06652      ) | MDL No. 2047 |
|     (S.D. Mississippi, C.A. No. 1:13-00297)      ) | |
| Herrington, et al. v. Bass Homes, Inc., et al.,      ) | |
|     E.D. Louisiana, C.A. No. 2:13-06653      ) | |
|     (S.D. Mississippi, C.A. No. 1:13-00323)      ) | |

## ORDER LIFTING STAY OF SEPARATION OF CERTAIN CLAIMS
## AND CONDITIONAL REMAND ORDER

A separation of certain claims and conditional remand order was filed in the above-listed actions (*Collins* and *Herrington*) on August 31, 2018. Prior to expiration of that order's 7-day stay of transmittal, defendant/third party plaintiff Ace Home Center, Inc., defendant/third party defendant Fireman's Fund Insurance Company, and defendants/third party defendants Pensacola Stevedore Company, Inc., and Pate Stevedore Company, Inc., filed notices of opposition to the proposed remand. All opposing parties subsequently withdrew their oppositions to remand.

IT IS THEREFORE ORDERED that the stay of the Panel's separation of certain claims and conditional remand order filed on August 31, 2018, is LIFTED. The claims identified in the actions on that order are remanded to the Southern District of Mississippi.

FOR THE PANEL:

*Jeffery N. Lüthi*
Jeffery N. Lüthi
Clerk of the Panel

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION                                         MDL NO. 2047

This Document Relates to:                          SECTION L
                                                   JUDGE FALLON
Braxton H. Collins, et ux. v. Bass Homes, Inc., et al.   MAG. JUDGE
                                                   WILKINSON
So. Dist. Mississippi, C.A. No. 13-cv-6652

Jason S. Herrington, et ux. V. Bass Homes, Inc., et al.
So. Dist. Mississippi, C.A. No. 13-cv-6653

### Suggestion of Remand

Considering the Plaintiffs' Motions For Severance and Suggestion of Remand, R. Docs. 20639 & 20640 and the nature of the claims in the above captioned matters and pursuant to Rule 10.1(b)(i) of the Rules of the Judicial Panel on Multidistrict Litigation, the Court SUGGESTS that the above captioned cases be remanded to the transferor courts in Mississippi for trial or further proceedings.

For the purposes of this remand, the Court has severed all claims against the Taishan defendants.

NEW ORLEANS, LOUISIANA, this 22nd day of August, 2018.

_____
Eldon Fallon, U. S. District Court Judge