UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO: | ) ) | JUDGE FALLON |
| **This document relates to all cases** | ) ) ) ) | MAG. JUDGE WILKINSON |

### EX PARTE MOTION TO CONTINUE HEARING ON MOTION TO EXTINGUISH THE KNAUF DEFENDANTS' SETTLEMENT OBLIGATIONS FOR CERTAIN REMEDIATION CLAIMS (21190)

Plaintiffs Prime Homes at Portofino Falls and Rafael Santamaria hereby move this Honorable Court for a continuance of Knauf's Motion to Extinguish the Knauf Defendants' Settlement Obligations for Certain Remediation Claims (21190), currently set for the October 16, 2018, Status Conference. Plaintiffs have been diligently working with Defense counsel to resolve outstanding deficiencies in order to complete their respective Settlement Options. In order to resolve these issues, Plaintiffs require additional time and request that the Court continue the Motion until the November Status Conference. As good cause, the current status for each Plaintiff is discussed below:

1) Prime Homes – Pursuant to its agreement with Knauf, Prime Homes switched their Settlement Option from Self-Remediation to Cash Out. Prime Homes submitted the requisite Cash Out documentation for its properties. After submission, Brown Greer identified some deficiencies. Prime Homes is diligently working to address the deficiencies, particularly the recording of

1

>
> Affidavits of the presence of Chinese drywall contamination in the homes and expect to cure the deficiencies by month's end.

2) Rafael Santamaria – Mr. Santamaria encountered delays with his Self-Remediation due to disputes with his contractor. Regrettably, Mr. Santamaria's contractor abandoned the work mid-remediation. It has been exceedingly difficult for Mr. Santamaria to find a replacement contractor with the remediation halfway done. As such, Mr. Santamaria is likely to serve as his own general contractor to complete the remediation and is currently finalizing the requisite documentation to do so for submission to Brown Greer.

Plaintiffs have met and conferred with Knauf's counsel and they have no objection to the relief sought herein.

WHEREFORE, Plaintiffs request that the Court enter an order a continuance of Motion to Extinguish the Knauf Defendants' Settlement Obligations for Certain Remediation Claims (21190) to the November Status Conference.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this **10th** day of **October**, **2018**.

/s/ Patrick S. Montoya
PATRICK S. MONTOYA
Fla. Bar No. 524441
Patrick@colson.com
COLSON HICKS EIDSON

255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
*Counsel for Plaintiffs*