UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL       :   MDL NO. 2047
PRODUCTS LIABILITY LITIGATION             :   SECTION L
                                          :   JUDGE FALLON
                                          :   MAGISTRATE JUDGE WILKINSON

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

Considering Plaintiff Prime Homes at Portofino Falls and Rafael Santamaria's *ex parte* motion to continue consideration of Knauf's Motion to Extinguish the Knauf Defendants' Settlement Obligations for Certain Remediation Claims (R. Doc. 21190), currently set for the October 16, 2018 Status Conference;

**IT IS ORDERED** that the consideration of this motion is hereby **CONTINUED** until the Court's next monthly status conference, currently set for Thursday, November 15, 2018.

New Orleans, Louisiana, this 11th day of October, 2018.

_____
United States District Judge