**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br><br>*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, **Case No. 2:11-cv-01395 (E.D. La.) (LA)** | |

**OBJECTION TO DEFENDANTS' PROPOSED DISMISSALS**

NOW COMES, Michael and Sarah Sims (the "Sims") and William and Juanita Bridges (the "Bridges"), through undersigned counsel, who respectfully submit this objection to the *Proposed Order Dismissing Claimants With Prejudice*, Rec. Doc. 21845, filed on October 11, 2018. Supplemental Plaintiff Profile Forms were submitted by the Sims and Bridges on September 25, 2018 and in advance of the hearing/status conference held by the Court with regard to the *Motion to Dismiss* these claimants. No prejudice to Defendants resulted from the time of submission and excluding these claimants from dismissal would serve the interests of justice.

WHEREFORE, for the reasons set forth above, the Bridges and the Sims request that their names be excluded from the *Order Dismissing Claimants With Prejudice*.

        Respectfully submitted,

        By:    /s/Lawrence J. Centola, Jr.
                  Lawrence J. Centola, Jr. (#3962)
                  One Shell Square
                  701 Poydras Street, Suite 4100
                  New Orleans, LA 70139
                  Telephone: (504) 525-4361
                  Facsimile: (504) 525-4380

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing motion has been served on Defendants' Liaison Counsel by email and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 12th day of October, 2018.

/s/Lawrence J. Centola, Jr.