UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | : | MDL NO. 2047 |
| IN RE: CHINESE MANUFACTURED DRYWALL | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAGISTRATE JUDGE |
| ............................................................. : | | WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

### ORDER

Before the Court is Special Master Dan Balhoff's Written Reasons Concerning Requests for Discovery. R. Doc. 21798. Having reviewed the record, the Court **ADOPTS** the Special Master's Written Reasons Concerning Requests for Discovery as its own.

Therefore,

**IT IS ORDERED** that Leonard Davis make the Second Affidavits available to any party with an interest in the common benefit fee. Any party wishing to review the Second Affidavits shall coordinate with Mr. Davis by no later than Tuesday, October 16, 2018 at 5:00 p.m.

**IT IS FURTHER ORDERED** that if upon review of the Second Affidavits a party in interest wishes to further supplement its position paper—which will be limited to issues raised by the Second Affidavit and shall not exceed five pages—the party shall inform Special Master Dan Balhoff by no later than Friday, October 16, 2018 at 5:00 p.m.

New Orleans, Louisiana, this 12th day of October, 2018.

_____
UNITED STATES DISTRICT JUDGE

1