**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In Re:   **CHINESE-MANUFACTURED**<br>**DRYWALL PRODUCTS**<br>**LIABILITY LITIGATION** | **MDL 2047**<br><br>**SECTION "L"** |
| **This document relates to:**<br><br>**All Cases** | **JUDGE ELDON FALLON**<br><br>**MAGISTRATE JOSEPH WILKINSON, JR.** |

**MOTION FOR LEAVE TO FILE SUR-REPLY**
**TO CLAIMANTS' REPLY TO DEFENDANTS' OPPOSITION TO CLAIMANTS'**
**MOTION TO CONSTRUE SETTLEMENT AGREEMENT AND**
**DEFINE SCOPE OF REVIEW**

**NOW INTO COURT**, through undersigned counsel, come the Knauf Defendants[1], who

respectfully move that they be granted leave of court to file the attached Sur-Reply To Claimants'

Reply to Defendants' Opposition to Claimants' Motion to Construe Settlement Agreement and

Define Scope of Review (R. Doc. 21849).  The Knauf Defendants respectfully suggest that the

attached Sur-Reply may be of assistance to the Court in ruling on the motion in light of the never

before raised arguments asserted by Claimants' in the reply. Accordingly, the Knauf Defendants

respectfully request that the Court enter the attached proposed order.

---

[1] The Knauf Defendants include Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Plasterboard (Wuhu) Co., Ltd., Guangdong Knauf New Building Material Products Co., Ltd., Knauf Gips KG, Gebr. Knauf Verwaltungsgesellschaft KG, Knauf International GmbH, Knauf Insulation GmbH, Knauf UK GmbH, Knauf AMF GmbH & Co. KG, Knauf do Brasil Ltda., and PT Knauf Gypsum Indonesia.

Respectfully submitted,

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC**

/s/ *Kerry J. Miller*
**KERRY J. MILLER (#24562), T.A.
DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170
Telephone: (504) 566-8646
Facsimile: (504) 585-6946
Email: kjmiller@bakerdonelson.com

***Counsel for the Knauf Defendants***

## CERTIFICATE

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, and to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 15th day of October, 2018.

/s/ *Kerry J. Miller*
**KERRY J. MILLER**