UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL 2047 SECTION L |
| This document relates to: All Cases | * * * * | JUDGE FALLON MAGISTRATE JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * *

## ORDER

Considering the Knauf Defendants' Motion for Leave to File Sur-Reply To Claimants' Reply to Defendants' Opposition to Claimants' Motion to Construe Settlement Agreement and Define Scope of Review;

**IT IS ORDERED BY THE COURT** that the motion is **GRANTED**; and the attached Sur-Reply To Claimants' Reply to Defendants' Opposition to Claimants' Motion to Construe Settlement Agreement and Define Scope of Review are filed into the record herein.

New Orleans, Louisiana, this _____ day of October, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE