MINUTE ENTRY
FALLON, J.
OCTOBER 16, 2018

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY LITIGATION | |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| REF: 09-4115 | MAGISTRATE WILKINSON |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Toni Tusa

Appearances:  Steven Nicholas, Esq., for Plaintiffs
                     Christy Eikhoff, Esq., for Taishan Defendants

Motion of Defendants, Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd., to Remand Case to the Northern District of Florida     (21786)

After argument – Motion was taken under submission

JS10:   :16