UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** 09-4115

## ORDER

Before the Court is a motion seeking class certification. R. Doc. 20857. The Court discussed the motion with the parties at the Court's monthly status conference. Accordingly,

**IT IS ORDERED** that the parties adhere to the following schedule:

- All discovery regarding class certification, including depositions, shall be completed by **Friday, November 30, 2018**.
- Taishan shall file its Response to the Motion on or before **Monday, December 17, 2018 at 5:00 p.m.**
- Plaintiffs shall file their Reply on or before **Friday, December 28, 2018 at 5:00 p.m.**

New Orleans, Louisiana, this 16th day of October, 2018.

_____
UNITED STATES DISTRICT JUDGE

1