UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2:09-md-2047<br><br>SECTION L (JUDGE FALLON) |
| **THIS DOCUMENT RELATES TO:** | MAG. (2) (JUDGE WILKINSON) |
| **Amorin, et al. v. Taishan Gypsum Co., Ltd., et al, Case No. 11-1395 (EDLA)** | |
| **Amorin, et al. v. Taishan Gypsum Co., Ltd., et al, Case No. 11-1672 (EDLA)** | |
| **Amorin, et al. v. Taishan Gypsum Co., Ltd., et al, Case No. 11-1673 (EDLA)** | |

**PROPOSED ORDER DISMISSING CLAIMANTS WITH PREJUDICE**

On August 20, 2018, the Court ordered 21 Plaintiffs to submit verified Supplemental Plaintiff Profile Forms ("SPPFs") by the new and final deadline of 30 days from August 14, 2018 (Rec. 21699).  The Court noted that failure to comply with this Order would result in a dismissal with prejudice.   The Court has now determined that, with the exception of seven Plaintiffs,[1] the Plaintiffs subject to its Order have not submitted verified SPPFs.  Because they failed to comply with the Court's final SPPF deadline, the Plaintiffs identified in the attached Exhibit are dismissed with prejudice.

IT IS SO ORDERED.

New Orleans, Louisiana, this 16th day of October, 2018.

Eldon E. Fallon
United States District Judge

---

[1] England, Charles P., Sr, Steffy, Sandra, Williams, Logan A., and Battie, Silas submitted verified SPPFs within the 30-day deadline.  Deborah William's SPPF would have been timely but for the arrival of Hurricane Florence in North Carolina. The Court ordered counsel for Sarah and Michael Sims and Juanita and William Bridges to file a memorandum detailing the reasons for their failure to timely submit verified SPPFs by no later than Friday, October 26, 2018 at 5:00 p.m. Thereafter, the Court will make a determination with respect to the Simses and the Willaims regarding whether their claims should be dismissed.

| Claimant Name | Affected Property Address | City | State | Zip | Counsel |
|---|---|---|---|---|---|
| Braden, Tiffany as Representative of the Estate of Jane Bienemy, Deceased | 2024 Guerra Drive | Violet | LA | 70092 | Pro Se |
| Williams, Raymond and Johnell | 7150 West Renaissance Court | New Orleans | LA | 70128 | Hurricane Legal Center, LLC |
| Brown, Kerri and Jack | 2729 Reunion Drive | Violet | LA | 70092 | Hurricane Legal Center, LLC |
| Duvernay, Victor | 5115 Chamberlin Street | New Orleans | LA | 70122 | Hurricane Legal Center, LLC |
| Johnson, Fred and Sylvia | 1562 Davis Acres Drive | Alpine | AL | 35226 | Whitfield, Bryson & Mason |
| Johnson, Walter | 4342 Sybil Street | New Orleans | LA | 70122 | Hurricane Legal Center, LLC |
| Lazard, Norma | 14401 Morrison Road | New Orleans | LA | 70128 | Hurricane Legal Center, LLC |
| Murphy, Lawrence and Sharon | 7021 Mayo Boulevard | New Orleans | LA | 70126 | Becnel Law Firm/ Morris Bart LLC |
| Nicholas, Barbara | 7732 Dogwood Drive | New Orleans | LA | 70126 | Hurricane Legal Center, LLC |
| Patterson, Manuel | 6105-6107 Todd Street | New Orleans | LA | 70117 | Hurricane Legal Center, LLC |
| Sentino, Hubert | 3605/3607 Frenchmen Street | New Orleans | LA | 70122 | Hurricane Legal Center, LLC |
| Welcome, Dave and Darnell | 7619 Berg Street | New Orleans | LA | 70128 | Hurricane Legal Center, LLC |
| Tillman, Joel | 7522 Lucerne Street | New Orleans | LA | 70128 | Hurricane Legal Center, LLC |
| Washington, Monique | 5251 East Idlewood Court | New Orleans | LA | 70128 | Hurricane Legal Center, LLC |