# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *ALL CASES* | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR RECONSIDERATION OF COURT'S ORDER ADOPTING SPECIAL MASTER'S WRITTEN REASONS CONCERNING REQUESTS FOR DISCOVERY

NOW COME Parker Waichman LLP and Baron & Budd, P.C. ("Movers") who, for the reasons fully set forth in the attached Memorandum in Support, respectfully request this Court to reconsider its Order (R. Doc. 21851) adopting Special Master's Written Reasons Concerning Requests for Discovery (R. Doc. 21798). Movers further request that after reconsideration, the Court allow the discovery requested by Movers.

Respectfully submitted,

**FAIRCLOTH, MELTON & SOBEL, LLC**

By:    /s/ *Jimmy R. Faircloth, Jr.*
    Jimmy R. Faircloth, Jr. (LA #20645)
    jfaircloth@fairclothlaw.com
    Brook L. Villa (LA #31988)
    bvilla@fairclothlaw.com
    Franklin "Drew" Hoffmann (LA #35824)
    dhoffmann@fairclothlaw.com
    9026 Jefferson Highway
    Building 2, Suite 200
    Baton Rouge, LA 70809
    Phone: (225) 343-9535
    Fax: (225) 343-9538

*Attorneys for Parker Waichman LLP*

**AND**

        **BARON & BUDD, P.C.**

        By:    /s/ *Russell W. Budd*
        Russell W. Budd (TX #03312400)
        rbudd@baronbudd.com
        S. Ann Saucer (TX #00797885; LA #21368)
        asaucer@baronbudd.com
        Holly Werkema (TX # 24081202)
        hwerkema@baronbudd.com
        3102 Oak Lawn Avenue, Suite 1100
        Dallas, TX 75219
        Phone: 214-521-3605
        Fax: 214-520-1181

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 17th day of October, 2018.

        /s/ *Jimmy R. Faircloth, Jr.*
        OF COUNSEL