UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| **THIS DOCUMENT RELATES TO:**<br><br>*Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, Case No. 11-cv-080 (E.D. La.)<br><br>*Almeroth, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, Case No. 12-cv-498 (E.D. La.)<br><br>*Amato, et al. v. Liberty Mutual Insurance Company*, Case No. 10-cv-932 (E.D. La.)<br><br>*Germano, et al. v. Taishan Gypsum Co., Ltd., et al.*, Case No. 09-cv-6687 (E.D. La.)<br><br>*Gross, et al. v. Knauf Gips, KG, et al.*, Case No. 09-cv-6690 (E.D. La.)<br><br>*Haya, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, Case No. 11-cv-1077 (E.D. La.)<br><br>*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*, Case No. 10-cv-361 (E.D. La.) | |

**CLASS COUNSEL'S
MOTION TO DISBURSE FUNDS FROM REGISTRY OF THE COURT
AND TO PAY EXPENSES**

On October 4, 2018, the Court issued an Order directing Class Counsel, Richard J. Serpe, to deposit an aggregate total of $672,699.66 into the Registry of the Court, United States District Court for the Eastern District of Louisiana. These funds were deposited into the Registry Account on October 12, 2018. The October 4, 2018 Order also authorized and directed reimbursement of the costs of class notice and related expenses in the amount of $14,936.58, as set forth in Exhibit "A" to Class Counsel's Motion to Establish Settlement Fund [Rec. Doc. 21781]. Class Counsel requests that the principal sum of $14,936.58 be disbursed to Plaintiffs' Liaison Counsel, Russ M. Herman, Herman, Herman & Katz, LLC, 820 O'Keefe Avenue, New Orleans, Louisiana 70113. No interest is to be disbursed. These funds will reimburse Class Counsel for expenses incurred all as more fully outlined in the attached Memorandum in Support.

Dated: October 18, 2018

Respectfully submitted,

/ Russ M. Herman

| | |
|---|---|
| Arnold Levin | Russ M. Herman, Esq. (Bar No. 6819) |
| Sandra L. Duggan | Leonard A. Davis, Esq. (Bar No. 14190) |
| Keith J. Verrier | Stephen J. Herman, Esq. (Bar No. 23129) |
| LEVIN SEDRAN & BERMAN LLP | HERMAN, HERMAN & KATZ, LLC |
| 510 Walnut Street, Suite 500 | 820 O'Keefe Avenue |
| Philadelphia, PA 19106 | New Orleans, LA 70113 |
| Phone: (215) 592-1500 | Phone: (504) 581-4892 |
| Fax: (215) 592-4663 | Fax: (504) 561-6024 |
| Alevin@lfsblaw.com | rherman@hhklawfirm.com |
| *Plaintiffs' Lead Counsel in MDL 2047 and Class Counsel* | *Plaintiffs' Liaison Counsel in MDL 2047 and Class Counsel* |
| | |
| Richard J. Serpe | Richard S. Lewis |
| LAW OFFICES OF RICHARD J. SERPE | Kristen Ward Broz |
| Crown Center, Suite 310 | HAUSFELD LLP |
| 580 East Main Street | 1700 K St. NW, Suite 650 |
| Norfolk, VA 23510-2322 | Washington, D.C. 20006 |
| Phone: (757) 233-0009 | Phone: (202) 540-7200 |
| Fax: (757) 233-0455 | Fax: (202) 540-7201 |
| rserpe@serpefirm.com | rlewis@hausfeldllp.com |
| *Class Counsel* | |

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 18th day of October, 2018.

      /s/ Leonard A. Davis
      Leonard A. Davis, Esquire
      Herman, Herman & Katz, L.L.C.
      820 O'Keefe Avenue
      New Orleans, Louisiana 70113
      Phone: (504) 581-4892
      Fax: (504) 561-6024
      Ldavis@hhklawfrm.com