# 证明书
## CERTIFICATE
### ATTESTATION

根据公约第六条，签署本证明书的机关荣幸地证明，
The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

2016- SXS -1182

☒ **1. 文书已予送达***
that the document has been served *
que la demande a été exécutée*

| 一 日期:<br>the (date) / le (date) : | Mar. 7, 2018 |
|---|---|
| 一 地点（城镇、街、号）:<br>at (place, street, number) / à (localité, rue, numéro) : | The First Intermediate People's Court of Tianjin City |

一 采用的第五条所规定的送达方法为:
in one of the following methods authorised by Article 5:
dans une des formes suivantes prévues à l'article 5 :

☒ a) 依公约第五条第一款第（一）项的规定。*
in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*
selon les formes légales (article 5, alinéa premier, lettre a)*
**Delivered properly**

☐ b) 依下述特定方法*
in accordance with the following particular method*:
selon la forme particulière suivante* :
_____

☐ c) 交付给自愿接受的收件人。*
by delivery to the addressee, if he accepts it voluntarily*
par remise simple*

请求书中所列文书已交付给:
The documents referred to in the request have been delivered to:
Les documents mentionnés dans la demande ont été remis à :

| 收件人身份和说明:<br>Identity and description of person:<br>Identité et qualité de la personne : | LI Yunting |
|---|---|
| 与受送达人的关系（家庭、业务及其他）:<br>Relationship to the addressee (family, business or other):<br>Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | Not mentioned |

☐ **2. 由于下列事实文书未能送达：***
that the document has not been served, by reason of the following facts*:
que la demande n'a pas été exécutée, en raison des faits suivants* :

_____

☐ 按照公约第十二条第二款，请申请者支付或补偿后附说明中开列的费用。*
In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.

附：
Annexes / Annexes

| 退还的文书:<br>Documents returned:<br>Pièces renvoyées : | _____ |
|---|---|
| 适当时，确认送达的文书:<br>In appropriate cases, documents establishing the service:<br>Le cas échéant, les documents justificatifs de l'exécution : | _____ |

*适当时
if appropriate / s'il y a lieu

| 制于（地点）Beijing<br>Done at / Fait à | 签名和（或）盖章<br>Signature and/or stamp / Signature et / ou cachet |
|---|---|
| 日期 Sep. 28, 2018<br>the / le | _____ |

# 向国外送达司法文书或司法外文书的

## 请求书

REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS
DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER
D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

### 关于向国外送达民事或商事司法文书和司法外文书公约

一九六五年十一月十五日订于海牙

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en
matière civile ou commerciale, signée à La Haye le 15 novembre 1965

16JxS1182

| 申请者身份及地址 | 接收机关的地址 |
|---|---|
| Identity and address of the applicant<br>Identité et adresse du requérant<br>James V. Doyle, Jr. DOYLE LAW FIRM, PC 2100<br>Southbridge Pkwy, Suite 650, Birmingham, AL 35209<br>USA | Address of receiving authority<br>Adresse de l'autorité destinataire<br>Ministry of Justice International Legal Cooperation<br>Center (ILCC) 6 Chaoyangmen Nandajie Chaoyang<br>District, BEIJING, P.C. 100020 |

签署本请求书的申请者荣幸地转去下面开列的文书一式两份，并依上述公约第五条规定请求迅速将其中

一份送达给收件人，即：

The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned
Convention, requests prompt service of one copy thereof on the addressee, i.e.
Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant
conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir

**(身份和地址)**
(identity and address) / (identité et adresse)

Knauf Plasterboard (Tianjin) Co., Ltd., North Side of Yinhe Bridge, East Side of Jingjin Highway, Beichen District
Tianjin 30040, P.R. China

| ✓ | a) | 请依公约第五条第一款第（一）项的规定进行送达。*<br>in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*<br>selon les formes légales (article 5, alinéa premier, lettre a)* |
|---|---|---|
| ☐ | b) | 请依下述特定方法送达（第五条第一款第（二）项）：*<br>in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5)*<br>selon la forme particulière suivante (article 5, alinéa premier, lettre b)* |
| ☐ | c) | 如收件人自愿接受，请予以交付（第五条第二款）*<br>by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)*<br>le cas échéant, par remise simple (article 5, alinéa 2)* |

请贵机关将该文书（及其附件*）的副本连同所附的证明书退还或使之退还给申请者。

The authority is requested to return or to have returned to the applicant a copy of the documents – and of the annexes* – with the attached certificate
Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte – et de ses annexes* – avec l'attestation ci-jointe

**文件清单：**
List of documents / Énumération des pièces

1. Class Action Complaint - English
2. Summons in a Civil Action - English
3. Class Action Complaint - Chinese Translation
4. Summons in a Civil Action - Chinese Translation

*请当时
if appropriate / s'il y a lieu

| 制于（地点） | Birmingham, Alabama, USA | 签名和（或）盖章 | |
|---|---|---|---|
| Done at / Fait à | | Signature and/or stamp / Signature et / ou | |
| （日期） | 25 July 2016 | /s/ James V. Doyle, Jr. | |
| the / le | | | |

海牙会议 常设局 2013 年 4 月

16-1182

# 天津市第一中级人民法院
# 送 达 回 证

| 案　由 | 侵权责任纠纷 | 案号 | 协外送(2017)津01 12 号 |
|---|---|---|---|
| 送达文书名称和件数 | 1. 被送达文书概述 壹份<br>2. 其他文书各壹份 | | |
| 受送达人 | Knauf Pesterboard (Tianjin) Co. Ltd 可耐福石膏板（天津）有限公司 | | |
| 送达地址 | 本院 | | |
| 受送达人签名或盖章 | 李生庭　　　　2018年 3 月 7 日 | | |
| 代收人及代收理由 | | | 年　月　日 |
| 备　考 | | | |

填发人　何德祥　　　　　　　　送达人　何德祥

注：①送达诉讼文书，按照刑事诉讼法、民事诉讼法、行政诉讼法及相关司法解释的规定办理。
②代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理由。
③根据最高人民法院的规定，生效的裁判文书（调解书除外）应当在互联网上公布。当事人有正当理由申请不公布的，应当最迟于裁判文书送达后三日内，向我院提出书面申请。