UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Paul Beane, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG*, et al., No. 2:13-cv-609 | JUDGE ELDON FALLON<br>MAG. JUDGE WILKINSON |

**ORDER**

Upon consideration of Plaintiffs' Motion For Leave To File Reply To Defendants' Opposition to Plaintifffs' Motion To Construe Settlement Agreement And Define Scope of Review, it is hereby **ORDERED** that said motion is **GRANTED**.

The Reply To Defendants' Opposition To Plaintiffs' Motion To Construe Settlement Agreement And Scope of Review filed by Plaintiffs is hereby filed into the Court's record.

New Orleans, Louisiana, this _____ day of October, 2018.

_____
Eldon E. Fallon
United States District Court Judge