UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Paul Beane, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG*, et al., No. 2:13-cv-609 | JUDGE ELDON FALLON<br>MAG. JUDGE WILKINSON |

## MOTION TO SET DEADLINE FOR SUBMISSION

**COME NOW** Plaintiffs[1] with pending already-remediated home claims, to move this Honorable Court for an order setting a deadline for Plaintiffs to file their written submissions to this Court petitioning for reimbursable costs to be assessed pursuant to the terms of the *Beane* Settlement Agreement[2].

It was reported to counsel of record for the parties that Special Master Dan Balhoff submitted his written recommendations to this court on Wednesday, October 10, 2018 via hand-delivery. It is not yet in the Court's record and there was not an order setting a submission deadline for Plaintiffs to petition this court following the submission of those recommendations. And, as the Court is aware, the process of referring the sixteen claims by this Court to Special Master Dan Balhoff deviated from the terms agreed by the parties in Exhibit A to the 2011 KPT Settlement Agreement, later adopted

---

[1] Moving Plaintiffs are: Rick Asch, Asset Portfolio Service Company, Doodnauth Bahadur, CDO Investments, LLC, Andrew Kubick, Mohamed & Bibi Latiff, MCF Enterprises, Inc., Paul McIntyre, and Thomas Williams.

[2] Settlement Agreement Regarding Post-December 9, 2011 Claims Against The Knauf Defendants In MDL NO. 2047" (R. Doc. 16978-1).

in the *Beane* Settlement Agreement; consequently, there are no set deadlines for Special Master Dan Balhoff, this Court, or the parties to take action.

In addition, Plaintiffs have a Motion to Construe Settlement Agreement And Define Scope of Review pending before this Court that may directly impact the process that led to the recommendations issued by Special Master Dan Balhoff. Related to this pending motion, Plaintiffs filed a motion for leave to file a reply on October 22, 2018 (R. Doc. 21867), and the Court will hear arguments if it so chooses on November 7, 2018, the motion day noted in Plaintiffs' Notice of Submission, unless the court acts in the interim.

Given these considerations, Plaintiffs respectfully request an order providing ample time to submit written petitions for reimbursable costs after the Court rules on the issues raised in Plaintiffs' pending Motion to Construe Settlement Agreement and Define Scope of Review.

Respectfully submitted by:

/s/ *James V. Doyle, Jr.*

James V. Doyle, Jr.
DOYLE LAW FIRM, PC
2100 Southbridge Pkwy., Suite 650
Birmingham, AL 35209
Tele: 205-533-9500
Fax: 844-638-5812
jimmy@doylefirm.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiffs' Motion to Set Deadline For Submission has been served on Plaintiffs' Liaison Counsel, Russ Herman, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 22nd day of October, 2018.

/s/ *James V. Doyle, Jr.*
James V. Doyle, Jr.
DOYLE LAW FIRM, PC