UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Paul Beane, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG*, et al., No. 2:13-cv-609 | JUDGE ELDON FALLON<br>MAG. JUDGE WILKINSON |

**ORDER**

Upon consideration of Plaintiffs' Motion To Set Deadline For Submission, it is hereby

**ORDERED**:

The time to file a plaintiff's petition for reimbursable costs that challenge the Special Master's Recommendations in any way is extended to and including twenty (20) days following the entry of the Court's Order on Plaintiffs' pending Motion To Construe Settlement Agreement And Scope of Review. The time to file Defendants' opposition is extended to and including thirty (30) days following the entry of the Court's Order on Plaintiffs' pending Motion To Construe Settlement Agreement And Scope of Review.

New Orleans, Louisiana, this _____ day of October, 2018.

_____
Eldon E. Fallon
United States District Court Judge