# EXHIBIT "A"

Case 2:09-md-02047-EEF-MBN   Document 21869-1   Filed 10/22/18   Page 1 of 2

**Lillian Flemming**

| | |
|---|---|
| **Subject:** | FW: Chinese Drywall MDL 2047 re Meet and Confer re JPML Conditional Remand Order |
| **Attachments:** | 547 FINAL CRO re VA Amorin (VAE 11-00377).pdf; Attachment to Final Remand Order.pdf |

**From:** Lenny Davis
**Sent:** Wednesday, October 10, 2018 12:26 PM
**To:** Harry Rosenberg (harry.rosenberg@phelps.com) <harry.rosenberg@phelps.com>; Alan Dean Weinberger (aweinberger@hanrylaw.com) <aweinberger@hanrylaw.com>; Bernard Taylor (bernard.taylor@alston.com) <bernard.taylor@alston.com>; Christina Hull Eikhoff (Christy.Eikhoff@alston.com) <Christy.Eikhoff@alston.com>; Michael Kenny (mike.kenny@alston.com) <mike.kenny@alston.com>; Alex Rothenberg (arothenberg@gordonarata.com) <arothenberg@gordonarata.com>; Donna Currault (dcurrault@gordonarata.com) <dcurrault@gordonarata.com>; Eric Shumsky (eshumsky@orrick.com) <eshumsky@orrick.com>; Ewell Eagan Jr. (eeagan@gordonarata.com) <eeagan@gordonarata.com>; James L. Stengel (jstengel@orrick.com) <jstengel@orrick.com>; L. Christopher Vejnoska Esq. (cvejnoska@orrick.com) <cvejnoska@orrick.com>
**Cc:** Arnold Levin <alevin@lfsblaw.com>; Fred Longer (FLonger@lfsblaw.com) <FLonger@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>; Russ Herman <RHERMAN@hhklawfirm.com>; Regina Valenti <Rvalenti@hhklawfirm.com>; Lillian Flemming <LFLEMMING@hhklawfirm.com>; 'Richard J. Serpe' <rserpe@serpefirm.com>
**Subject:** RE: Chinese Drywall MDL 2047 re Meet and Confer re JPML Conditional Remand Order

The Conditional Remand Order (attached) issued by the Judicial Panel on Multidistrict Litigation requires that the parties furnish to the Clerk of the Eastern District of Louisiana a stipulation or designation of the contents of the record to be remanded. We are prepared to meet and confer with you Tuesday morning at the status conference to address the submission. Please provide your designations to us prior to the meet and confer.

Leonard A. Davis
***Herman, Herman & Katz, L.L.C.***
***Herman Gerel, LLP***
820 O'Keefe Avenue
New Orleans, Louisiana 70113
(504) 581-4892
(504) 561-6024 (fax)
Email: lflemming@hhklawfirm.com
www.hhklawfirm.com

## CONFIDENTIAL ATTORNEY WORK PRODUCT

This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.