UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

Before the Court is Special Master Dan Balhoff's Report and Recommendations and Supplemental Report and Recommendations concerning the disposition of sixteen already remediated properties issued on August 10, 2018 and August 22, 2018, respectively. R. Docs. 21838, 21839. Having reviewed the record, the Court **ADOPTS** the Special Master's Report and Recommendations and Supplemental Report and Recommendations as its own. Therefore,

**IT IS ORDERED** that the claims of Eric and Colleen Asch, 138 Saint Clair Drive, St. Simons Island, Georgia; Asset Portfolio Servicing Company, Inc., 1305 East 9th Street, Lehigh Acres, Florida; Doodnauth Bahadur, 1925 SE 22nd Court, Miami, Florida; CDO Investments, LLC, 1374 Cathedall Avenue, North Port, Florida, 4698 Globe Terrace, North Port, Florida, and 2063 Vancouver Lane, North Port, Florida; Andrew Kubick, 2802 21st Street West, Lehigh Acres, Florida; Mohammed Latiff, 1943 SE 22nd Drive, Homestead, Florida and 1898 SE 23rd Court, Homestead, Florida; MCF Enterprises, Inc., 1933 Wanda Avenue North, Lehigh Acres, Florida, 2511 17th Street SW, Lehigh Acres, Florida, 343 Ranchito Avenue, Lehigh Acres, Florida, 3505 9th Street West, Lehigh Acres, Florida, and 900 Tena Avenue North, Lehigh Acres, Florida; Rebecca McIntyre, 15922 Innerarity Point Road, Pensacola, Florida; and Thomas and Martha Williams, 301 Intrepid Drive, Slidell, Louisiana be and hereby are **DENIED**.

1

**IT IS FURTHER ORDERED** that Defendant Knauf bear the costs associated with the making of the Special Master's Reports and Recommendations.

New Orleans, Louisiana, this 22nd day of October, 2018.

_____
UNITED STATES DISTRICT JUDGE