UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047  SECTION L  JUDGE FALLON MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

Before the Court is a motion seeking class certification. R. Doc. 20857. The Court discussed the motion with the parties at the Court's monthly status conference. Following the monthly status conference, on October 16, 2018, the Court issued a scheduling order with respect to the class certification motion. R. Doc. 21855. The Court issues the instant Order to clarify that the memoranda submitted pursuant to the Court's briefing schedule shall discuss Fifth Circuit case law. Accordingly,

**IT IS ORDERED** that the parties make their arguments with respect to the class certification motion currently pending, R. Doc. 20857, pursuant to Fifth Circuit case law.

New Orleans, Louisiana, this 22nd day of October, 2018.

_____
UNITED STATES DISTRICT JUDGE

1