UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | : | MDL NO. 2047 |
| IN RE: CHINESE MANUFACTURED DRYWALL | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAGISTRATE JUDGE |
| . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | : | WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

Before the Court is Plaintiffs' "Motion [to] Set Submission Deadline for Plaintiffs to Petition [the] Court For ARH Reimbursable Costs on Individual Claims Or Challenge Special Master's Recommendations." R. Doc. 21868. Special Master Dan Balhoff issued his Report and Recommendations and Supplemental Report and Recommendations concerning the disposition of sixteen already remediated properties on August 10, 2018 and August 22, 2018, respectively. R. Docs. 21838, 21839. On October 1, 2018, Plaintiffs filed a "Motion to Construe [the] Settlement Agreement and Define Scope of Review." R. Doc. 21805. On October 22, 2018, the Court denied Plaintiffs' motion, concluding that the Court did not exceed the scope of its authority in referring the matter to the Special Master and that the Special Master did not exceed the scope of his authority in making eligibility determinations with respect to the sixteen already remediated properties. R. Doc. 10870. On October 22, 2018, the Court adopted the Special Master's Report and Supplemental Report in full. R. Doc. 21871. Accordingly;

**IT IS ORDERED** that Plaintiffs' motion, R. Doc. 21868, be **DENIED AS MOOT**.

New Orleans, Louisiana, this 22nd day of October, 2018.

_____
UNITED STATES DISTRICT JUDGE