# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, Case No. 2:11-cv-01395 (E.D. La.) (LA) | |

### THE PLAINTIFFS' STEERING COMMITTEE'S MEMORANDUM OF LAW IN SUPPORT OF UNOPPOSED MOTION TO VOLUNTARILY DISMISS CERTAIN CLAIMS RELATED TO PROPERTIES THAT REMAIN IN THE MDL

The Plaintiffs' Steering Committee ("PSC") respectfully moves to voluntarily dismiss certain claims in the above-captioned *Amorin* Complaint remaining in the MDL, which are identified in the chart attached hereto as Exhibit "A." Counsel for Taishan and the BNBM/CNBM Defendants have consented to this motion. Pursuant to the parties' agreement, each party is to bear its own attorneys' fees and costs.

As the Court is aware, *Amorin* is a certified class action seeking remediation damages caused by Chinese Drywall on behalf of Plaintiffs owning properties in Florida, Louisiana, and Virginia (as well as other states). *See In re Chinese-Manufactured Drywall Prod. Liab. Litig.*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014). Identical *Amorin* Complaints were filed in the United States District Courts for the Southern District of Florida ("Florida *Amorin* Complaint"), the Eastern District of Louisiana ("Louisiana *Amorin* Complaint"), and the Eastern District of Virginia ("Virginia *Amorin* Complaint") as protective actions for jurisdictional purposes. At the time these

1

complaints were filed, Defendants Taishan Gypsum Co., Ltd. ("Taishan") and its wholly-owned subsidiary and alter ego Taian Taishan Plasterboard Co., Ltd. ("TTP") were challenging jurisdiction over them under Florida, Louisiana, and Virginia law in *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Case No. 09-4115 (E.D. La.) (Florida law); *Wiltz v. Beijing New Building Materials Public Ltd. Co., et al.*, Case No. 10-361 (E.D. La.) (Louisiana law); *Gross v. Knauf Gips KG, et al.*, 09-6690 (E.D. La.) (Louisiana law); and *Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.*, Case No. 09-6687 (E.D. La.) (Virginia law). Therefore, each Plaintiff in *Amorin* is included in all three *Amorin* actions, such that the Florida *Amorin* Complaint includes Plaintiffs owning properties in Louisiana and Virginia (and other states), the Louisiana *Amorin* Complaint includes Plaintiffs owning properties in Florida and Virginia (and other states), and the Virginia *Amorin* Complaint includes Plaintiffs owning properties in Florida and Louisiana (and other states). Since the time the *Amorin* Complaints were filed, the Fifth Circuit Court of Appeals has upheld this Court's ruling that jurisdiction over Taishan and TTP is proper under Florida, Louisiana, and Virginia law. *See In re Chinese-Manufactured Drywall Prod. Liab. Litig.*, 894 F. Supp. 2d 819, 858, 889, 902 (E.D. La. 2012), *aff'd*, 742 F.3d 576 & 753 F.3d 521 (5th Cir. 2014).

The Plaintiffs identified in Exhibit "A" hereto seek to voluntarily dismiss their claims against Defendants Taishan, TTP, Beijing New Building Materials Public Limited Company ("BNBM"), Beijing New Building Material (Group) Co., Ltd. ("BNBM Group"), China National Building Material Co., Ltd. ("CNBM"),[1] and China National Building Material Group Corporation

---

[1] This Court denied in part BNBM's, BNBM Group's, and CNBM's motions to dismiss for lack of jurisdiction, holding that these Defendants are subject to the jurisdiction of this Court pursuant to a Single Business Enterprise theory. *See In re Chinese-Manufactured Drywall Prod. Liab. Litig.*, 2017

2

("CNBM Group") (collectively, the "Taishan Defendants").[2] Once those claims are dismissed before this Court, these Plaintiffs will file parallel motions to dismiss their claims from the Florida *Amorin* Complaint and the Virginia *Amorin* Complaint.[3]

WHEREFORE, for the reasons set forth above, Plaintiffs request that the claims of those Plaintiffs identified on Exhibit "A" to the Motion to Voluntarily Dismiss be dismissed with prejudice against the Taishan Defendants and each party bear its own attorneys' fees and costs.

Dated: October 23, 2018

Respectfully Submitted,

By: /s/ Russ M. Herman
Russ M. Herman (La Bar No. 6819) (on the brief)
Leonard A. Davis (La Bar No. 14190) (on the brief)
Stephen J. Herman (La Bar No. 23129)(on the brief)
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
RHerman@hhklawfim.com
*Plaintiffs' Liaison Counsel MDL 2047*

---

WL 1476595, *37 (E.D. La. Apr. 21, 2017). That ruling is currently before the Fifth Circuit Court of Appeals on a 1292(b) Petition.

[2] The Court dismissed CNBM Group from the litigation by Order & Reasons dated March 10, 2016 [MDL 2047 Rec. Doc. 20150].

[3] Plaintiffs have filed a similar Motion in front of Judge Cooke moving to dismiss certain claims related to properties in Florida. *See Amorin et al v. Taishan Gypsum Co., Ltd.*, No. 11-22408, ECF No. 48 (S.D. Fla. August 24, 2018); *See also id.*, ECF No. 81 (S.D. Fla. September 28, 2018). On October 17, 2018, Judge Cooke granted the motions dismissing 241 Florida *Amorin* claims. *Id.*, ECF No. 96. The PSC will soon file a parallel motion to dismiss those claims in the MDL. Moreover, Plaintiffs will move to dismiss certain claims related to properties in Virginia in the Eastern District of Virginia.

Arnold Levin (on the brief)
Fred S. Longer (on the brief)
Sandra L. Duggan (on the brief)
Levin Sedran & Berman LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios (on the brief)
Emma Kingsdorf Schwab (on the brief)
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Robert M. Becnel,
Law Office of Robert M. Becnel
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 359-6101
Fax: (985) 651-6101
robbecnel@aol.com

Salvadore Christina, Jr.
Becnel Law Firm, LLC
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 536-1186
Fax: (985) 536-6445
schristina@becnellaw.com

Peter Prieto
Podhurst Orseck, PA
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
pprieto@podhurst.com

Bruce William Steckler
Steckler Gesham Cochran
12720 Hillcrest Road, Suite 1045
Dallas, TX 75230
Phone: (972) 387-4040
Fax: (972) 387-4041
bruce@stecklerlaw.com

Patrick Montoya
Colson, Hicks, Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
patrick@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
Echsner & Proctor, PA
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
The Lambert Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com

Pete Albanis
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Myers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
palbanis@forthepeople.com

James R. Reeves, Jr.
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@rmlawcall.com

Christopher A. Seeger
Seeger Weiss, LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ  07660
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5002
dan@wbmllp.com

Richard J. Serpe
Law Offices of Richard J. Serpe
Crown Center, Suite 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Victor M. Diaz, Jr.
V.M. Diaz and Partners, LLC
119 Washington Ave., Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

Anthony D. Irpino
IRPINO AVIN HAWKINS LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

Gerald E. Meunier
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2800
Phone:  (504) 522-2304
Fax:  (504) 528-9973
gmeunier@gainsben.com

OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W., Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 23rd day of October, 2018.

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
*Plaintiffs' Liaison Counsel*
*MDL 2047*