# EXHIBIT A

*In re Chinese Drywall*, MDL No. 2047
**Exhibit A- List of Claims in MDL to Voluntarily Dismiss**

| # | Plaintiff | Address of Subject Property | Attorney |
|---|---|---|---|
| 1 | 8227 Oak Street, LLC (c/o Perdomo, Winston) | 104 Covington Meadows Cl. Covington, LA 70433, Unit B | Paul A. Lea, Jr., APLC |
| 2 | 8227 Oak Street, LLC (c/o Perdomo, Winston) | 104 Covington Meadows Cl. Covington, LA 70433, Unit C | Paul A. Lea, Jr., APLC |
| 3 | 8227 Oak Street, LLC (c/o Perdomo, Winston) | 104 Covington Meadows Cl. Covington, LA 70433, Unit D | Paul A. Lea, Jr., APLC |
| 4 | 8227 Oak Street, LLC (c/o Perdomo, Winston) | 104 Covington Meadows Cl. Covington, LA 70433, Unit E | Paul A. Lea, Jr., APLC |
| 5 | 8227 Oak Street, LLC (c/o Perdomo, Winston) | 104 Covington Meadows Cl. Covington, LA 70433, Unit F | Paul A. Lea, Jr., APLC |
| 6 | Allen, Darius | 10740 Victor Drive Grand Bay, Alabama 36541 | Matthews & Associates |
| 7 | Anderson, Brodrick J. | 231 Sinclair Avenue Prichard, Alabama 36610 | Matthews & Associates |
| 8 | Anderson, Farrel and Kimberly | 2116 Highland Violet, Louisiana 70092 | Matthews & Associates |
| 9 | Anderson, Quaintrell T. (f/n/a Quaintrell, T. Anderson) | 1475 Cedar Crescent Mobile, Alabama 36605 | Matthews & Associates |
| 10 | Anderson, Shirley | 813 Chin Street Mobile, Alabama 36610 | Matthews & Associates |
| 11 | Andreoli, Robert | 13447 Addison Avenue Gulfport, MS 39503 | Allison Grant, P.A.Baron & Budd, P.C.Alters Boldt Brown Rash & Culmo |
| 12 | Aquart, Juanita V. | 3912 Hearndon Street Moss Point, Mississippi 39563 | Matthews & Associates |
| 13 | Arnold, Rosa | 22725 Wedgewood Drive Foley, Alabama 36535 | Matthews & Associates |
| 14 | Arroyo, Terrell and Lionel | 73274 Penn Mill Road Covington, Louisiana 70435 | Becnel Law Firm, LLC |
| 15 | Assevado, Mary | 3108 Campagna Drive Chalmette, LA 70043 | Baron & Budd, P.C. |
| 16 | Banks, Dorothy Mae | 2512 Walkers Lane Meraux, Louisiana 70075 | Matthews & Associates |
| 17 | Barbarin, Earline H. | 2430 Clauda Lane Violet, Louisiana 70092 | Matthews & Associates |
| 18 | Bell, Latonya | 3400 Lakewood Drive Violet, Louisiana 70092 | Matthews & Associates |
| 19 | Black, Rubie | 139 Odom Road Forkland, Alabama 36740 | Matthews & Associates |
| 20 | Boston, Glenda (f/n/a Boxton, Glenda) | 2506 Magnolia Street Texarkana, Texas 75503 | Matthews & Associates |
| 21 | Bouanchaud, Janine | 2500 South Lake Blvd. Violet, LA 70092 | Baron & Budd, P.C. |
| 22 | Bourgeois, Bill | 120 Paradise Lane Bay St. Louis, MS 39520 | Lumpkin, Reeves & Mestayer, PLLC |
| 23 | Bowden, Erica | 1155 Ramsey Blvd. Grand Bay, Alabama 36541 | Matthews & Associates |
| 24 | Bowen, Tia | 1104 Arlington Street Mobile, Alabama 36617 | Matthews & Associates |
| 25 | Brackett, Orlesa W. | 217 E. Petain Street Prichard, Alabama 36610 | Matthews & Associates |
| 26 | Brand, Mariyn D. | 2304 Canty Street Pascagoula, Mississippi 39567 | Matthews & Associates |
| 27 | Brister, Candy | 210 Turner Street Bay Saint Louis, Mississippi 39520 | Matthews & Associates |
| 28 | Brown, Joan E. | 192 Rosetta Street Biloxi, Mississippi 39530 | Matthews & Associates |

| # | Plaintiff | Address of Subject Property | Attorney |
|---|---|---|---|
| 29 | Brown, Joshana | 3012 Guerra Drive<br>Violet, Louisiana 70092 | Matthews & Associates |
| 30 | Brown, Robin | 10045 Fernland Rd.<br>Grand Bay, Alabama 36541 | Matthews & Associates |
| 31 | Butler, Laddy J. | 132 Sorrel Ln. 2<br>Jeanerette, Louisiana 70544 | Matthews & Associates |
| 32 | Cager, Mitchell and Patricia | 2917 Couerra Drive<br>Violet, Louisiana 70092 | Matthews & Associates |
| 33 | Carroll, Mattie B. | 1307 W. Gulf Field Drive<br>Mobile, Alabama 36605 | Matthews & Associates |
| 34 | Carter, Alice | 9915 Fernland Road<br>Grand Bay, Alabama 36541 | Matthews & Associates |
| 35 | Carter, Antione C. | 3290 Effie Street<br>Slidell, Louisiana 70458 | Matthews & Associates |
| 36 | Catholic Charities Archdiocese of New Orleans | 7534 Eastmore Road<br>New Orleans, LA 70126 (Eric and Valerie Scott) | Herman, Herman & Katz |
| 37 | Chaeffer, Brad | 204 W. Judge Perez Drive<br>Chalmette, Louisiana 70043 and<br>3604 Marietta Street<br>Chalmette, Louisiana 70043 | Willis & Buckley, APC |
| 38 | Clark, Lisa | 2407 West Park Drive<br>Gautier, Mississippi 39553 | Matthews & Associates |
| 39 | Cole, Eddie C. | 10026 Waxton Road<br>Grand Bay, Alabama 36541 | Matthews & Associates |
| 40 | Comick, Ronnie | 231 E. Wyandotte Street<br>Shreveport, Louisiana 71101 | Matthews & Associates |
| 41 | Conway Centre, L.L.C. | 1660 S. Brentwood Blvd., Ste. 770,<br>St. Louis, Missouri 63144 | Allison Grant, P.A. |
| 42 | Cooper, Royce and Cuff, Cynthia (f/n/a Coopier, Royce & Cuff, Cynthia) | 3000 Tara Drive<br>Violet, Louisiana 70092 | Matthews & Associates |
| 43 | Copeland, Mildred | 817 Frasier Drive<br>Gautier, Mississippi 39553 | Matthews & Associates |
| 44 | Cuenea, Peggy | 12219 Scarlet River Drive<br>Houston, Texas 77044 | Matthews & Associates |
| 45 | Cunningham, Shirley | 686 Cook Road<br>Pine Hill, Alabama 36769 | Seeger Weiss, LLP |
| 46 | Damond, Pam | 2313 Kenneth Drive<br>Violet, Louisiana 70092 | Matthews & Associates |
| 47 | Daniels, Anita | 3612 Marion Pl.<br>Moss Point, Mississippi 39563 | Matthews & Associates |
| 48 | Davis, Betty | 15604 Parkwood Drive South<br>Gulfport, MS 39503 | Lumpkin, Reeves & Mestayer, PLLC |
| 49 | Davis, Lee Ester | 2324 Centanni Drive<br>Saint Bernard, Louisiana 70085 | Matthews & Associates |
| 50 | Davis, Vernon | 9719 West Rockton Circle<br>New Orleans, LA 70127 | Becnel Law Firm, LLC |
| 51 | Davis, Veronica | 324 Elmer Street<br>Biloxi, Mississippi 39530 | Matthews & Associates |
| 52 | Deharde, Kelly and Christopher | 64211 Virginia Drive<br>Pearl River, Louisiana 70452 | Becnel Law Firm, LLC |
| 53 | Desmore, Judy and Barry and Hartenstein, Lorena | 111 Honeysuckle Drive<br>Covington, Louisiana 70433 | Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC |
| 54 | Domingue, Michael | 2521 Judy Drive<br>Meraux, LA 70075<br>2620 Angelique Estates, Apt. D<br>Violet, LA 70092 | Paul A. Lea, Jr., APLC |

*In re Chinese Drywall*, MDL No. 2047
**Exhibit A- List of Claims in MDL to Voluntarily Dismiss**

| # | Plaintiff | Address of Subject Property | Attorney |
|---|---|---|---|
| 55 | Dunlap, Jay and Vanessa | 12407 Fawnwood<br>Walker, Louisiana 70785 | Becnel Law Firm, LLC |
| 56 | Duplessis, Georgiana<br>(f/n/a Duplesis, Georgiana) | 2117 Guerra Drive<br>Violet, Louisiana 70092 | Matthews & Associates |
| 57 | Eager, Raymond and Willie M. | 10535 Tom Waller Road<br>Grand Bay, Alabama 36541 | Matthews & Associates |
| 58 | Elly, Ernest & Portia | 57 Whitmar Drive<br>Hammond, Louisiana 70401 | Herman, Herman & Katz |
| 59 | Enclarde, Mary | 2514 Clauda<br>Violet, Louisiana 70092 | Matthews & Associates |
| 60 | England, Michael and Kim | 3009 Guerra Drive<br>Violet, Louisiana 70092 | Matthews & Associates |
| 61 | Fairley, Jeffrey A. | 415 Fairly Oneal Road<br>McLain, Mississippi 39456 | Matthews & Associates |
| 62 | Falgout, Christopher | 2012 Charles Drive<br>Chalmette, LA 70043 | Allison Grant, P.A.Baron & Budd, P.C.Alters Boldt Brown Rash & Culmo |
| 63 | Foreston, Anthony and Sherrie | 3221 Moreland Street<br>Pascagoula, Mississippi 39567 | Matthews & Associates |
| 64 | Foster, Evelyn | 3512 Campbell Street<br>Moss Point, Mississippi 39563 | Matthews & Associates |
| 65 | Freitag, Frederick and Gail | 2500 Victoria Street<br>Marion, IA 52302 | Parker Waichman Alonso, LLP |
| 66 | Galvan, Eric and Marsh, Lavenda | 18434 Inwood Elm Circle<br>Humble, Texas 77346 | Baron & Budd, P.C. |
| 67 | Gamble, Lenox Jr.<br>(f/n/a Gambler, Lenox) | 10451 Tom Waller Road<br>Grand Bay, Alabama 36541 | Matthews & Associates |
| 68 | Gardette, Michael and Nicole | 268 Penn Mill Lakes Blvd.<br>Covington, LA 70435 | Bruno & Bruno, LLP |
| 69 | Gilmore, John and Connie | 1917 Russell Place<br>St. Bernard, LA 70085 | Baron & Budd, P.C. |
| 70 | Godwin, Franklin and Veronia | 9864 E. Grand River, Suite 100<br>Brighton, Michigan 48116 | Colson, Hicks, EidsonLevin, Fishbein, Sedran & BermanHausfeld LLPLaw Offices of Richard J. Serpe |
| 71 | Gomez, Augustus P. and Annice P. | 1156 New St. Francis Street<br>Mobile, Alabama 36604 | Matthews & Associates |
| 72 | Grissom, John D. and Becky | 118 S. Willow Bend Road<br>Monroe, Louisiana 71203 | Matthews & Associates |
| 73 | Haggerty, Katheryn | 2207 College Drive<br>Texarkana, Texas 75503 | Matthews & Associates |
| 74 | Hale, George | 1887 McFarland Road<br>Raymond, Mississippi 39154 | Matthews & Associates |
| 75 | Hall, Emma | 10500 Tom Waller Road<br>Grand Bay, Alabama 36541 | Matthews & Associates |
| 76 | Hampton, Samuel and Shavonne | 3313 Daniel Street<br>Violet, Louisiana 70092 | Matthews & Associates |
| 77 | Harris, Emily and Gregg | 4506 Kingsway Drive<br>Mobile, Alabama 36608 | Matthews & Associates |
| 78 | Hickey, Raymond and Elizabeth | 243 Carriage Pines Lane<br>Covington, Louisiana 70435 | Becnel Law Firm, LLC |
| 79 | Hill, Geraldin | 1913 Blacherd<br>Violet, Louisiana 70092 | Matthews & Associates |
| 80 | Hoover, Stephen R. | 2615 Pecan Pointe Drive<br>Semmes, Alabama 36575 | Matthews & Associates |
| 81 | Hunter, Isa | 4651 Cardenas<br>New Orleans, Louisiana 70127 | Matthews & Associates |

*In re Chinese Drywall*, MDL No. 2047
Exhibit A- List of Claims in MDL to Voluntarily Dismiss

| # | Plaintiff | Address of Subject Property | Attorney |
|---|---|---|---|
| 82 | Hutchinson, Rick | 105 Guineverre<br>Hoover, AL 35226 | Doyle Law Firm |
| 83 | Jackson, Irene | 2456 Boyette Street<br>Mobile, Alabama 36617 | Matthews & Associates |
| 84 | Johnson, Antonio and Saunja | 2015 Diggs Avenue<br>Mobile, Alabama 36617 | Matthews & Associates |
| 85 | Johnson, Christopher and Elizabeth | 604 Metairie Drive<br>Metairie, LA 70005 | Martzell & Bickford |
| 86 | Johnson, Regina | 2012 Guerra Drive<br>Violet, Louisiana 70092 | Matthews & Associates |
| 87 | Johnson,. Carol | 11990 Mose Lane<br>Grand Bay, Alabama 36541 | Matthews & Associates |
| 88 | Kelly, James and Sandra | 191 E. Hightower Road<br>Soddy-Daisy, Tennessee 37379 | Baron & Budd, P.C. |
| 89 | Kimble, Tijuana Leigh | 3408 Chicago Avenue<br>Pascagoula, Mississippi 39581 | Matthews & Associates |
| 90 | Kimble, Velma | 5024 Meridian Street<br>Moss Point, Mississippi 39563 | Matthews & Associates |
| 91 | Knotts, Burnistine | 5521 Wellington Drive<br>Gautier, Mississippi 39553 | Matthews & Associates |
| 92 | LaFontaine, Steven and Jennifer | 801 Sycamore Street<br>Waveland, Mississippi 39576 | Matthews & Associates |
| 93 | LaFrance, Marlone J. | 2809 Guerra Drive<br>Violet, Louisiana 70092 | Matthews & Associates |
| 94 | Lambert, Robert and Tasha | 541 Lynn Hurst Court<br>Montgomery, Alabama  36117 | Matthews & Associates |
| 95 | Lee, Anthony Boyd | 7571 Lower Bay Road<br>Bay St. Louis, MS 39520 | Vaughn & Bowden, PA |
| 96 | Lee, Dorothy | 4828 Ben Dail Road<br>La Grange, North Carolina 28551 | Matthews & Associates |
| 97 | Leonard, Bridget | 12818 Covey Lane<br>Houston, Texas 77099 | Baron & Budd, P.C. |
| 98 | Leslie, Daphne | 7316 Red Arrow Ct.<br>Mobile, Alabama 36695 | Matthews & Associates |
| 99 | Leverette, Gilletto and Donna | 4301 Charles Street<br>Moss Point, Mississippi 39563 | Matthews & Associates |
| 100 | Leville, Bernadette | 2312 Jefferson Crossing Drive<br>Conroe, TX 77304 | Baron & Budd, P.C. |
| 101 | Loper, Flavor and Lucille | 4719 Gen Ike Street<br>Moss Point, Mississippi 39563 | Matthews & Associates |
| 102 | Ludgood, Stokes and Angela | 325 Railroad Avenue<br>Lucedale, Mississippi 39452 | Matthews & Associates |
| 103 | Lumpkin, Pat | 4028 Barracuda Street<br>Bay St. Louis, MS 39520 | Lumpkin, Reeves & Mestayer, PLLC |
| 104 | Mack, Thomas<br>(f/n/a Nack, Thomas) | 1117 N. 49th Street<br>Sheboygan, Wisconsin 53081 | Matthews & Associates |
| 105 | Malone, Dainne | 2062 Tucker Street<br>Mobile, Alabama 36617 | Matthews & Associates |
| 106 | Malone, Monica | 10610 Two Mile Road<br>Grand Bay, Alabama 36541 | Matthews & Associates |
| 107 | Marcum, Regina | 11368 Creel Circle<br>Gulfport, Mississippi 39530 | Matthews & Associates |
| 108 | Martin, Denise | 1921 Carnot Street<br>New Orleans, LA 70127 | Baron & Budd, P.C. |
| 109 | Martin, Robert and Denise | 8906 Fox Gate Drive<br>Baton Rouge, Louisiana 70816 | Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC |

| # | Plaintiff | Address of Subject Property | Attorney |
|---|---|---|---|
| 110 | Martinez, Arnold Sr. | 43211 W. Palman Drive<br>Maricopa, Arizona 85238 | Matthews & Associates |
| 111 | Martinez, John | 10605 St. John Church Rd.<br>Folsom, LA 70437 | Allison Grant, P.A.Baron & Budd, P.C.Alters Boldt Brown Rash & Culmo |
| 112 | Mayes, Jacqueline | 406 Ebenezer Road<br>Richland, Mississippi 39218 | Matthews & Associates |
| 113 | Mayeux, Cory and Kristy | 21503 Longleaf Road<br>Kaplan, Louisiana 70548 | Matthews & Associates |
| 114 | Mayo, William and Deborah | 4434 Hack Road<br>Bay Minette, AL 36507 | Danielle, Upton & Perry, P.C. |
| 115 | McBride, Shirely Ann | 221 E. Petain Street<br>Prichard, Alabama 36610 | Matthews & Associates |
| 116 | McMillan, Claretha | 3000 Bonita Road<br>Gautier, Mississippi 39553 | Matthews & Associates |
| 117 | McMillian, Timothy | 3232 RiverBend Drive<br>Moss Point, Mississippi 39562 | Matthews & Associates |
| 118 | McPherson, Cynthia | 9403 Taftsberry Drive<br>Houston, TX 77095 | Baron & Budd, P.C. |
| 119 | McRae, Frances | 1018 Oliver Street<br>Pascagoula, MS 39567 | Matthews & Associates |
| 120 | Mitchell, James and Kelsey | 1214 Magnolia Alley<br>Mandeville, Louisiana 70471 | Becnel Law Firm, LLC |
| 121 | Montoya, Frank and Eva Ann | Private Drive, 1055, #45<br>Alcalde, Mississippi 87511 | Matthews & Associates |
| 122 | Moore, Evelyn | 1028 Nancy Place<br>Gulfport, Mississippi 39507 | Matthews & Associates |
| 123 | Morgan, Sylvia | 3008 Shannon<br>Violet, Louisiana 70092 | Matthews & Associates |
| 124 | Morlas, Ralph | 4091 Brown Thraser Loop<br>Madisonville, Louisiana 70447 | Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC |
| 125 | Mulkey, Kareem J. | 2204 Homewood Street<br>Mobile, Alabama 36606 | Matthews & Associates |
| 126 | Newell, Michael and Faris | 211 Williams Street<br>Crystal Springs, Mississippi 39059 | Matthews & Associates |
| 127 | Odoms-Lewis, Janretta C. | 221 E. Petain Street<br>Prichard, Alabama 36610 | Matthews & Associates |
| 128 | Oliver, Kevin | 3217 Moreland Street<br>Pascagoula, Mississippi 39567 | Matthews & Associates |
| 129 | Palmer, Sylvia Lewis | 3308 Alabama Street<br>New Orleans, LA 70126 | Becnel Law FirmMorris Bart |
| 130 | Panno, Joseph | 150 Emerald Oaks Drive<br>Covington, LA 70433 | Paul A. Lea, Jr., APLC |
| 131 | Parsley, Harshall<br>(f/n/a Parsley, Marshall) | 16554 Middlefork Road<br>Laurelville, Ohio 43135 | Matthews & Associates |
| 132 | Paul, Audrey B. | 762 Stanton Street<br>Mobile, Alabama 36617 | Matthews & Associates |
| 133 | Pettway, Susan | 2400 Boone Street<br>Montgomery, Alabama 36108 | Matthews & Associates |
| 134 | Peyton, Evelyn | 10451 Tom Waller Road<br>Grand Bay, Alabama 36541 | Matthews & Associates |
| 135 | Pigott, Janette | 60 Ten Mile Creek Road<br>Tylertown, Mississippi 39667 | Matthews & Associates |
| 136 | Porter, Vanessa | 10242 Williamson Road<br>Chunchula, Alabama 36521 | Matthews & Associates |
| 137 | Preyear, Charlotte D. | 4419 Katie Street<br>Moss Point, Mississippi 39563 | Matthews & Associates |

| # | Plaintiff | Address of Subject Property | Attorney |
|---|---|---|---|
| 138 | Reynolds, Karen | 3509-3511 Sinclar Street<br>Chalmette, Louisiana 70043 | Law Offices of Sidney D. Torres, III |
| 139 | Richard, David | 2229 Kenneth Drive<br>Violet, Louisiana 70092 | Matthews & Associates |
| 140 | Richardson, Terry and Frances O. | 4131 Carroll Street<br>Moss Point, Mississippi 39563 | Matthews & Associates |
| 141 | Riggio, Brenda and Ignatius | 636 Huseman Lane<br>Covington, LA 70435 | Becnel Law Firm, LLC |
| 142 | Roberson, Martha | 10535 Tom Waller Road<br>Grand Bay, Alabama 36541 | Matthews & Associates |
| 143 | Roberson, Nadine | 5774 Eastwood Drive<br>Moss Point, Mississippi 39563 | Matthews & Associates |
| 144 | Rogers, Ashley J. | 10501 Smith Road<br>Grand Bay, Alabama 36541 | Matthews & Associates |
| 145 | Rogers, Brenda | 10500 Tom Waller Road<br>Grand Bay, Alabama 36541 | Matthews & Associates |
| 146 | Rogers, Gretta | 10471 Tom Waller Road<br>Grand Bay, Alabama 36541 | Matthews & Associates |
| 147 | Rogers, Joyce | 9862 Waxton Road, Lot 4<br>Grand Bay, Alabama 36541 | Matthews & Associates |
| 148 | Rogers, Leslie and Lucille | 10535-A Tom Waller Road<br>Grand Bay, Alabama 36541 | Matthews & Associates |
| 149 | Rogers, Marcella | 9862 A. Waxton Road<br>Grand Bay, Alabama 36541 | Matthews & Associates |
| 150 | Rolfes, June | 8 Golf View Drive<br>Pass Christian, MS 39571 | Becnel Law Firm, LLC |
| 151 | Scallan, Patricia | 3212 Charles Drive<br>Chalmette, LA 70043 | Law Offices of Sidney D. Torres, III |
| 152 | Schamber, John | 7183 Bridge Mill Drive<br>Mobile, Alabama 36619 | Matthews & Associates |
| 153 | Scoggins, Margaret | 4317 Orchard Road<br>Pascagoula, Mississippi 39581 | Baron & Budd, P.C. |
| 154 | Seal, Kim | 13462 McClead Court<br>Gulfport, MS 39503 | Lumpkin, Reeves & Mestayer, PLLC |
| 155 | Shaw, Susan | 5916 Quail Ridge Drive<br>Shreveport, Louisiana 71129 | Matthews & Associates |
| 156 | Simmons, Penny | 1112 State Street<br>Mobile, Alabama 36603 | Matthews & Associates |
| 157 | Smith, Chanty and Michael | 10684 County Rd. 52<br>Dawson, AL 35963 | Baron & Budd, P.C. |
| 158 | Soloman, Caffie | 1917 Beachhead Lane<br>Violet, Louisiana 70092 | Matthews & Associates |
| 159 | Stephens, Urseleen | 5161 Salinger Drive<br>Darrow, Louisiana 70725 | Becnel Law FirmMorris Bart |
| 160 | Sylvester, Jessie | 314 Sylvester Road<br>McLain, Mississippi 39456 | Matthews & Associates |
| 161 | Taylor, Doris | 2108 Goodvile Drive<br>Violet, Louisiana 70092 | Matthews & Associates |
| 162 | Taylor, Michell | 3000 Guerra Drive<br>Violet, Louisiana 70092 | Matthews & Associates |
| 163 | Thomas, Heidi M. and McCall, Troy | 2140 Rue Racine<br>Marrero, LA 70072 | Herman, Herman & KatzIrpino Law Firm |
| 164 | Todd, Linda | 615 East Oak Street<br>Atmore, Alabama 36502 | Matthews & Associates |
| 165 | Trent, Wilson and Terry | 20307 Evening Primrose Lane<br>Tomball, Texas 77375 | Baron & Budd, P.C. |
| 166 | Tuecke, Donald E. | 65 S. Hill Street<br>Dabuque, Iowa 52003 | Matthews & Associates |

| # | Plaintiff | Address of Subject Property | Attorney |
|---|---|---|---|
| 167 | Tuyet, Bui A. | 5050 Charmes Ct.<br>New Orleans, Louisiana 70129 | Matthews & Associates |
| 168 | Valee', George | 2509 Culotta Street<br>Chalmette, LA 70043 | Law Offices of Sidney D. Torres, III |
| 169 | Walter, David A. | 7208 Fairmont Drive<br>Foley, Alabama 36535 | Matthews & Associates |
| 170 | WCI Chinese Drywall Property Damage and Personal Injury Settlement Trust (hereafter, the "WCI Trust") | | Baron & Budd, P.C. |
| 171 | Wilkerson, Annie M. | 4924 Landwood Drive<br>Moss Point, Mississippi 39563 | Matthews & Associates |
| 172 | Wilkinson, Rodney | 5471 Kelly Road<br>Pearlington, MS 39572 | Lumpkin, Reeves & Mestayer, PLLC |
| 173 | William, Houston | 2523 Wonderland Trail<br>Lenoir, North Carolina 28645 | Matthews & Associates |
| 174 | Williams, Arnell | 3884 Alexander Lane<br>Marrero, LA 70072 | Becnel Law Firm |
| 175 | Williams, Michael and Alice | 6521 4th Street<br>Violet, Louisiana 70092 | Matthews & Associates |
| 176 | Williams, Susie | 525 King Ranch Road<br>Canton, Mississippi 39046 | Matthews & Associates |
| 177 | Woods, Mattie L. | 4413 Katie Street<br>Moss Point, Mississippi 39563 | Matthews & Associates |
| 178 | Zeleny, Margaret | 36164 Bud Polk<br>Pearl River, Louisiana 70452 | Matthews & Associates |