UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047** |
| **THIS DOCUMENT RELATES TO:**<br><br>**Rochelle and Jose Abner,** *et al.* **v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin co., Ltd.,** *et al.*, **No. 11-3094 (E.D. La.)** | **SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |

**O R D E R**

Considering the Motion for Leave to File Plaintiffs' Steering Committee's Reply Brief in Support of Motion to Strike Declaration of Donald Clarke;

IT IS ORDERED BY THE COURT that the motion be and is hereby GRANTED, and the Plaintiffs' Steering Committee's Reply Brief in Support of Motion to Strike Declaration of Donald Clarke be and is filed into the record.

New Orleans, Louisiana, this 23rd day of October, 2018.

_____
Eldon E. Fallon
United States District Court Judge