UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
|---|---|
| **THIS DOCUMENT RELATES TO:**<br><br>Rochelle and Jose Abner, *et al.* v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin co., Ltd., *et al.*, No. 11-3094 (E.D. La.) | **SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |

PLAINTIFFS' STEERING COMMITTEE'S
REPLY BRIEF IN SUPPORT OF MOTION TO
STRIKE DECLARATION OF DONALD CLARKE

Plaintiffs are compelled to submit this reply brief to dispel the inaccuracies present in Defendants' BNBM PLC and BNBM Group's Response to the PSC's Motion to Strike Declaration of Donald Clarke (Rec. Doc. 21853).

Plaintiffs moved to strike the Declaration of the Chinese-law expert, Donald Clarke (which was appended to Defendants' BNBM PLC and BNBM Group Reply Brief in support of their motion to dismiss (Rec. Doc. 21799)), because it presented brand new, never-before-raised arguments to support the 2 ½ year-old motion to dismiss. Despite this Court's Order & Reasons of April 21, 2017 (Rec. Doc. 20739) [hereafter "O&R"], which intervened between the time the Defendants filed their motion to dismiss and the time Plaintiffs were required to submit their response, and expressly found the Defendants to have an agency relationship with Taishan, the

1

Defendants now have the temerity to claim they "attempted to blunt anticipated arguments on imputed contacts" in their recent brief.  Rec. Doc. 21853 at 1.  The suggestion that the Defendants could not have anticipated an agency argument being presented in the Plaintiffs' response to their motion to dismiss, even *after* this Court had already found such an agency relationship to exist, is simply not credible.  Such tactics reflect the Defendants' long-term strategy displayed throughout these proceedings -- to protract matters, game the judicial system, and delay ever paying any Chinese Drywall judgments.

For more than nine years Defendants have manipulated the judicial system to delay and deny relief to thousands of property owners damaged by their defective drywall.  Their recent employment of Mr. Clarke's Declaration, which was sprung on Plaintiffs in a reply brief is emblematic of their disrespect for procedural norms and inappropriate. Recall, Defendants' original motion to dismiss was unsupported by any expert on Chinese law.  Knowing that the Court had already denied other related jurisdictional motions to dismiss in the Court's O&R, the Defendants stood by their unsupported motion to dismiss without any supplementation or updating.  Their current forced justification for lying in wait to present Mr. Clark's opinions on Chinese law, is that this Court's O&R did not address the BNBM Defendants' contacts in California under either Chinese or California law.  This *post hoc* rationalization is hardly sufficient justification for avoiding the timely supplementation of their motion after this Court specifically found Taishan is, in fact, an agent of BNBM.  Moreover, Defendants' attempt to advance the notion that Chinese law governs, that Plaintiffs forfeited their right to argue that Chinese agency law would allow for imputation, and that they were simply using Mr. Clarke as a backstop in the event the Court entertained an agency-based imputation theory, is belied by the

2

fact that the Defendants previously agreed, and this Court found that, "whether the Court applies Chinese or forum-state law, there is no meaningful difference in outcome."  O&R at 48.

Because it was improper to present new evidence in their reply brief under the circumstances attending the briefing of the Defendants' motion to dismiss, the Declaration of Mr. Clarke should be stricken.

Plaintiffs respectfully request that their Motion to Strike the Declaration of Mr. Clarke be granted, and the new arguments set forth in Defendants' Reply brief rebutting findings of agency should be not be considered.

Dated:  October 23, 2018                  Respectfully submitted,


By: */s/ Russ M. Herman*
Russ M. Herman (La Bar No. 6819) (on the brief)
Leonard A. Davis (La Bar No. 14190) (on the brief)
Stephen J. Herman (La Bar No. 23129)(on the brief)
Charles M. King (La Bar No. 34621) (on the brief)
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
RHerman@hhklawfim.com
*Plaintiffs' Liaison Counsel MDL 2047*

Arnold Levin (on the brief)
Fred S. Longer (on the brief)
Sandra L. Duggan (on the brief)
Levin Sedran & Berman LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*

**PLAINTIFFS' STEERING COMMITTEE**

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Robert M. Becnel,
Law Office of Robert M. Becnel
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 359-6101
Fax: (985) 651-6101
robbecnel@aol.com

Salvadore Christina, Jr.
Becnel Law Firm, LLC
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 536-1186
Fax: (985) 536-6445
schristina@becnellaw.com

Peter Prieto
Podhurst Orseck, PA
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
pprieto@podhurst.com

Bruce William Steckler
Steckler Gresham Cochran
12720 Hillcrest Road, Suite 1045
Dallas, TX 75230
Phone: (972) 387-4040
Fax: (972) 387-4041
bruce@stecklerlaw.com

Patrick Montoya
Colson, Hicks, Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
patrick@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
Echsner & Proctor, PA
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
The Lambert Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com

Pete Albanis
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Myers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
palbanis@forthepeople.com

James R. Reeves, Jr.
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@rmlawcall.com

4

Christopher A. Seeger
Seeger Weiss, LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ  07660
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5002
dan@wbmllp.com

Richard J. Serpe
Law Offices of Richard J. Serpe
Crown Center, Suite 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Victor M. Diaz, Jr.
V.M. Diaz and Partners, LLC
119 Washington Ave., Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

Anthony D. Irpino
IRPINO AVIN HAWKINS LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

Gerald E. Meunier
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2800
Phone:  (504) 522-2304
Fax:  (504) 528-9973
gmeunier@gainsben.com

## OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W., Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax:  (202) 540-7201
rlewis@hausfeldllp.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

## **CERTIFICATE OF SERVICE**

       I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, which will serve a notice of the uploading in accordance with the procedures established in MDL 2047, on this 23rd day of October, 2018.

<u>*/s/ Leonard A. Davis*</u>
Leonard A. Davis
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
<u>Ldavis@hhklawfirm.com</u>
Plaintiffs' Liaison Counsel
MDL 2047

*Co-Counsel for Plaintiffs*