# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO:**<br><br>*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, **Case No. 2:11-cv-01395 (E.D. La.) (LA)** | |

## ORDER

Considering the Motion to Voluntarily Dismiss Certain Claims Related to Properties that Remain in the MDL filed by the Plaintiffs' Steering Committee;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the claims of those Plaintiffs identified on Exhibit "A" are hereby dismissed with prejudice against Taishan, TTP, Beijing New Building Materials Public Limited Company ("BNBM"), Beijing New Building Material (Group) Co., Ltd. ("BNBM Group"), China National Building Material Co., Ltd. ("CNBM"), and China National Building Material Group Corporation ("CNBM Group") and each party bear its own attorneys' fees and costs.

NEW ORLEANS, LOUISIANA, this ___24th___ day of _____October_____, 2018.

_____
Eldon E. Fallon
United States District Court Judge