# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## O R D E R

Considering the the Plaintiffs' Steering Committee's Motion to Remove Confidentiality Designations With Respect to the Substituted Memorandum of Law in Support of Plaintiff-Intervenors and the Plaintiffs' Steering Committee to Enforce the Courts' July 17, 2014 Contempt Order and Rule to Show Cause Why Any Confidentiality Designations Should Remain (R. Doc. 21830) and having received no opposition thereto;

**IT IS ORDERED** that the motion be **GRANTED** as unopposed.

**IT IS FURTHER ORDERED** that the Plaintiffs' Steering Committee's request for oral argument (R. Doc. 21831) be **DENIED AS MOOT**.

New Orleans, Louisiana, this 24th day of October, 2018.

_____
Eldon E. Fallon
United States District Court Judge