**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Allen, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, **2:17-cv-08288 (E.D.La.)**<br><br>*Bayne, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al*, **2:17-cv-08284 (E.D.La.)**<br><br>*Bentz, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, **2:17-cv-08286 (E.D.La.)**<br><br>*Brooke, et. al. v. The State-Owned Assets Supervision and Administration Commission of the State Counsel*, **2:15-cv-04127 (E.D.La.)**<br><br>*Brooke, et. al. v. The State-Owned Assets Supervision and Administration Commission of the State Counsel*, **2:15-cv-06631 (E.D.La.)**<br><br>*Brooke, et. al. v. The State-Owned Assets Supervision and Administration Commission of the State Counsel*, **2:15-cv-06632 (E.D.La.)** | |

## ORDER

AND NOW, on this _____ Day of _____, 2018, upon

consideration of Plaintiffs' Motion to Intervene, it is hereby ORDERED, ADJUDGED AND

1

DECREED that said motion is GRANTED.   The clerk is hereby directed to enter of record each

of the complaints in intervention that are appended to Plaintiffs' Motion to Intervene (Exhibits

"A" through "F").

The Intervening Plaintiffs identified in the Complaints in Intervention, are parties to the

proceedings in *Allen, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd.,

et al.*, 2:17-cv-08288 (E.D.La.) (Cedric Knott o.b.o. Jesus Church Ministries, *et al*, Omni

XXXI(C)); *Bayne, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et

al*, 2:17-cv-08284 (E.D.La.) (1st Franklin Financial Corporation, *et al.*, Omni XXVIII(C)); *Bentz,

et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, 2:17-cv-08286

(E.D.La.) (Alishia James, *et al.*, Omni XXX(B)); *Brooke, et. al. v. The State-Owned Assets

Supervision and Administration Commission of the State Counsel*, 2:15-cv-04127 (E.D.La.)

(Derrick Alexander, *et al.*, Omni XX(G))); *Brooke, et. al. v. The State-Owned Assets Supervision

and Administration Commission of the State Counsel*, 2:15-cv-06631 (E.D.La.)(Derrick

Alexander, *et al.*, seventh omnibus intervention complaint); *Brooke, et. al. v. The State-Owned

Assets Supervision and Administration Commission of the State Counsel*, 2:15-cv-06632

(E.D.La.) (Derrick Alexander, *et al.*, sixth omnibus intervention complaint).   Intervening

Plaintiffs shall be deemed members of the classes set forth in the originally filed complaints in

each of these actions.

By the Court,

_____

HONORABLE ELDON E. FALLON

2