UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047 |
| | SECTION "L" |
| **This document relates to:** *Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al* Case No. 2:14-cv-2722 | JUDGE ELDON FALLON MAGISTRATE JOSEPH WILKINSON, JR. |

**KNAUF GIPS KG'S
PROPOSED CASE MANAGEMENT ORDER**

**I.**   **Identification & Resolution Profile Form Deficiencies.**  Within thirty (30) days from this order, any party may move for a Rule to Show Cause as to why any claim should not be dismissed for failure to cure any deficiency in the Plaintiff Profile Form or Supplemental Plaintiff Profile Form.

**II.**   **Plaintiff Fact Sheet** ("PFS"): A PFS, in a form approved the Court, with the requested documents, shall be submitted to the Defendants using Brown Greer's Portal within thirty [30] days from of the date of this Order. The PFS shall be verified and have the force and effect of a response to a Request for Admissions under Federal Rule of Civil Procedure 36. Any party may move for a Rule to Show Cause as to why any claim should not be dismissed for failure to cure any deficiency/answers in the PFS.

**III.**   **Plaintiff Depositions**: Plaintiff depositions must be taken within two hundred ten (210) days from the date of this Order.

**IV.**   **Third Party Discovery.**

   a.   **Third Party Discovery.**  Third party discovery must be completed within two hundred ten (210) days from the date of this Order.

1

V.  **Defendant Discovery**.

   a.  **Completed Defendant Discovery.** Since the inception of MDL 2047 in June of 2009, numerous cases have been consolidated, containing thousands of claims; over 20,000 records docs have been entered into the record; millions of documents have been exchanged in discovery; and dozens of depositions have been taken here in the United States and in Germany, Hong Kong, and other locations. All of this information has been received by Plaintiffs through counsel of record in the form of a trial package submitted by the Plaintiff Steering Committee (R. Doc. 21275). The trial package consists of appended documents, depositions, and work product of the PSC.

   b.  **Additional Defendant Discovery.** Based on the above completed defendant discovery, any additional defendant discovery will be permitted only after plaintiffs show a good faith basis under Rule 16 that it was not available through prior discovery and is essential to the claims of the Fifth Amended Complaint.

   c.  **Conclusion of Defendant Discovery**. The Plaintiffs shall conclude discovery of Defendants, if any, including depositions, within two hundred ten (210) days from the date of this Order.

VI. **Expert Schedule**. The following schedule shall apply to expert witness discovery:

   a.  **Plaintiff Generic and Case Specific Expert Reports**. No later than two hundred ten (210) days from the date of this Order, plaintiffs shall designate and provide reports by their expert witnesses for the trials.

   b.  **Defendant Generic and Case Specific Expert Reports**. No later than two hundred ten (210) days from the date of this Order, defendants shall designate and provide reports by their expert witnesses for the trials.

   c.  **Rebuttal Reports**. The Parties shall be allowed a rebuttal expert report only upon a showing of good cause to the Court.

   d.  **Depositions**. At the time of the submission of the expert report, each expert shall indicate no fewer than three dates the expert is available for deposition. Expert depositions shall conclude no later than forty-five (45) days following submission of their respective expert report. At least ten (10) days prior to the deposition, the expert shall produce all files,

      documents and reliance materials subject to discovery under the Federal Rules.

      The limitations on expert discovery set forth in Rule 26 of the Federal Rules of Civil Procedure, including the provision of Rule 26(b)(4)(A)-(D) limiting discovery with respect to draft reports, communications with experts, and depositions of consulting experts, shall apply to all cases

**VII. Dispositive Motions**.

    a. **Motions and Briefs**: All motions and briefs must be submitted by within two hundred seventy (270) days from the date of this order.

    b. **Response in Opposition Briefs**: All responses in opposition to briefs must be submitted thirty (30) days after filing of any dispositive motion.

    c. **Reply Briefs**: All reply briefs must be submitted fifteen (15) days after the filing of any opposition to a dispositive motion.

    d. **Hearing and Argument (if necessary)**: Hearing and argument, if necessary, will be scheduled individually by the Court.

**VIII. Trials**

    i. Plaintiffs shall inform the Court within 30 days following the entry of the scheduling order on whether it consents to trials by this Court and whether such trials shall be tried by jury or bench.

    ii. The Court will schedule any and all trials following the close of discovery and rulings on dispositive motions.