UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047<br><br>SECTION "L" |
| **This document relates to:**<br><br>*Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al*<br><br>Case No. 2:14-cv-2722 | JUDGE ELDON FALLON<br><br>MAGISTRATE JOSEPH WILKINSON, JR. |

KNAUF GIPS KG'S
PROPOSED PLAINTIFF FACT SHEET

Purchase, Sale and/or Transfer of Ownership of Property

- On what date did you purchase the Property?

- When you took ownership of the Property, what was the name of the seller? Name and address of the realtor?  Name and address of closing agent?

- What was the price of the home when you purchased it?

- Were you allowed to inspect the property? Were you required to inspect the property? If you were not allowed to inspect the property, why not?

- Did you inspect the property prior to purchasing it? If so, what kind of inspection did you carry out? Please produce all documents relating to the inspection.

- Was it an "as-is" sale?

- If you sold or transferred ownership of the Property, what was the name of the purchaser? Name and address of the realtor?  Name and address of closing agent?

- If you sold or transferred ownership of the Property, what was the price paid for home?

1

- If you sold or transferred ownership of the Property, what were the circumstances surrounding the sale or transfer (*e.g.,* sold under duress, sold at auction, deed in lieu of foreclosure, short sale, etc.)?

- Please produce all documents relating to any purchase, sales or transfers of the property that is the subject of this litigation, including but not limited to closing statements, advertisements, and disclosures, etc.

Appraisal of the Home

- Date of each appraisal:

- Name of each appraiser:

- Reason why/purpose for which you had the property appraised:

- Please produce copies of any and all appraisals performed on the house both prior and subsequent to the occurrence of any of the events alleged in the petition.

Discovery of Drywall

- Date that you first became aware that allegedly defective Chinese Drywall had been installed in the house:

- Explain how you first became aware that allegedly defective Chinese Drywall had been installed in the house.

- Date that you first became aware that there was *damage* to the property that you contend was caused by allegedly defective Chinese Drywall:

- Date that the property was constructed and/or renovated that installed the allegedly defective Chinese Drywall.

- Please produce all documents, reports, photographs, videotapes, samples and any other materials which evidence and/or identify that there is defective Chinese Drywall in the Property.

Inspection of Property

- Please produce all inspection reports generated by the inspections identified in your response to Section IV of the Plaintiff Profile Form.

Manufacturer/Seller of Drywall

- Who sold or distributed the drywall in the house?

- Explain how were you able to identify the manufacturer or brand of drywall in the property, including all relevant facts used to make the determination of manufacturer or brand.

- Please produce all documents, reports, photographs, videotapes, samples and any other materials which evidence and/or identify the manufacturer of drywall installed in the house. The submission must be in the form of PTO 1(B).

Knowledge of Chinese Drywall Litigation

- Date when you first heard about the Chinese Manufactured Drywall Products Liability Litigation.

- How did you find out?

- Date when you first heard about the Bennett Class Action?  Date retained counsel to file, join, and/or intervene in the Bennett Class Action.

Damages

- Identify any harm, financial or otherwise, that you contend was caused by defective Chinese Drywall installed in the property.

- If you contend that you entered personal bankruptcy as a result of damage to your property from defective Chinese Drywall, please describe the facts and circumstances that relate to your claim.

- If you contend that you entered short sale and/or foreclosure as a result of damage to your property from defective Chinese Drywall, please describe the facts and circumstances that relate to your claim.

- If you claim loss of income, please produce any copies of any and all documentation upon which you intend to rely upon to prove this claim.

- If you contend that you have suffered any damages related to your loss of use and loss of enjoyment of the property as a result of exposure to Chinese Drywall, please provide facts which support your claim.

- If you claim diminution of the property as a result of Chinese Drywall, state with particularity each fact which supports your claim.

- Identify the appliances, fixtures and/or other electronics, if any, that you claim were damaged by Chinese Drywall in the property.

- If you vacated the property because of the alleged presence of Chinese Drywall, please provide:
    - Address of each location you stayed thereafter:
    - Time periods in which you resided at each location:
    - Moving costs and/or alternative living expenses you claim to have incurred as a result of the alleged presence of Chinese Drywall:
    - Please provide any documentation to support your claims.

- Are you claiming damages for personal injury?

- If you suffered personal injuries as a result of the alleged presence of Chinese Drywall,
    - Date you allege that you first sustained personal injuries as a result of your exposure to allegedly defective Chinese Drywall.
    - What specific injuries have you suffered?
    - Name and address of any doctor, physician, surgeon, chiropractor, or osteopath who examined and/or treated your alleged injuries:
    - Provide the facts that support your claim that these injuries were a result of the exposure to Chinese Drywall.
    - Please produce copies of any doctors' notes or reports, and all prescriptions evidencing any treatment you have sought as a result of your personal injuries which you attribute to exposure to Chinese Drywall.
    - Please produce any and all copies of paid and unpaid bills, receipts, or expenses for any drugs, medical apparatus, rehabilitation treatment, or other medical related expenses resulting from the injuries allegedly sustained by you through your exposure to Chinese Drywall.
    - Please produce any and all copies of paid and unpaid bills from any hospital, surgeon, physician, or other medical practitioner resulting from plaintiffs' treatment or consultation for the injuries allegedly sustained by you as a result of your exposure to Chinese Drywall.

- o Please produce the following documents, and in addition, please execute and return to counsel the attached authorizations:

    - Any and all medical and hospital records, including reports of examinations and tests, clinical and x-ray records, charts, and all other data concerning any medical treatment you received at any time;

    - Any and all personnel records maintained by all persons, firms, and corporations which have employed you at any time within the past 10 years.

- Please produce all documents evidencing and/or supporting property damage claims, including, but not limited to, videotapes, photographs, and documentation evidencing any other covered expenses.

- Have you received any funds from any third party related to alleged Chinese Drywall. If so, please state the funds received and under what circumstances?

Potential Witnesses/Evidence

- Has any written or recorded statement been taken from any witness or person who has knowledge of relevant facts, including the nature, character, and extent of the injures referred to in the petition, and for each statement identified?

- If so, please state:

    - o The name, address, and telephone number of the person from whom the statement was taken:

    - o The name, address, and telephone number of the person who took the statement:

    - o The name, address, and telephone number of the party having custody of such statement:

    - o The date the statement was taken:

- Please produce any and all copies of statements or reports prepared in connection with any interview conducted by plaintiffs or on your behalf concerning the circumstances of the claims asserted in the petition.

- Please produce any and all copies of notes, logs, blogs, memoranda, or diaries maintained in connection with any of the your activities that concern or are in any way related to the claims asserted in the petition.

Criminal History

- Have you ever been arrested or convicted of a crime?
- If so, identify
    - Nature of the offense:
    - Date of the arrest and/or conviction:
    - City and state in which the arrest and/or conviction occurred:

Litigation History

- Have you ever been a party in prior lawsuit?
    - Nature of lawsuit:
    - Date of lawsuit:
    - Result of lawsuit:
- Please produce any copies of all prior lawsuits filed by you or on your behalf.
- Please produce copies of all insurance copies relevant to the Affected Property.

Already Remediated Properties

- If you already remediated the Property, who conducted the remediation?  When did the remediation occur?  Commencement date: _____ and end date:_____.
- What was the scope of the remediation and the scope of work carried out?
- What costs or expenses, if any, did you incur related to the remediation of the Property?
- Were any samples from the remediation retained?  If so, were the samples compliant with PTO 1(B)?
- Were any photographs taken of the allegedly defective Chinese Drywall?  If so, were the photographs compliant with PTO 1(B)?
- Please produce the following documentation concerning remediation of the Property:

- o Photographs and/or video images of all drywall removed from the Property during remediation. For those Owners with claims pending in In re: Chinese Drywall Products Liability Litigation, MDL No. 2047 (the "MDL"), where available, such submission shall be in the form required by MDL Pretrial Order 1B. For those Owners with claims pending in state court, the submission shall comply with the state court's rules regarding the preservation of evidence.

- o Any evidence of KPT Chinese Drywall and Non-KPT Chinese Drywall, if any, in the Property prior to remediation.

- o Proof of corrosion or other evidence that the KPT Chinese Drywall was reactive.

- o Photos or videos of the actual demolition.

- o Interior photographs of the Affected Property immediately prior to the commencement of, and following completion of, the remediation, including photographs and/or video images of the flooring and major components such as cabinets, moldings, doors, intercom systems, and fixtures for every room and bathroom, and, to the extent possible, security systems, appliances and audio such as surround sound.

    - The photographs do not need to be pictures taken specifically for the litigation. For example, family photographs or photographs taken for purposes of refinancing a mortgage are acceptable in the absence of other photographs.

- o The remediation contract and an itemization from the contractor who performed the remediation work of the materials used during the remediation, including, but not limited to, manufacturer, model number, and quantity.

- o An itemized invoice from the contractor who performed the remediation work ("Itemized Invoice") showing the scope of work carried out.

- o Proof of payment of the Itemized Invoice and any other expenses, such as cancelled checks, credit card statements, etc.

- o A floor plan of the Affected Property with dimensions.

- o An Environmental Certificate.

- o An Owner Disclosure Affidavit in the form attached as Exhibit 1, which includes a certification that the materials provided comprise all of the available documentation regarding the following:

    - The drywall that was in the Affected Property prior to the commencement of the remediation; and

    - The scope, extent, and cost of the remediation.