IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO:**<br><br>*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, **Case No. 2:11-cv-01395 (E.D. La.) (LA)** | |

## MEMORANDUM DETAILING GOOD CAUSE FOR LATE SUBMISSIONS OF SUPPLEMENTAL PLAINTIFF PROFILE FORMS FOR CERTAIN PLAINTIFFS

NOW COMES, Michael and Sarah Sims (the "Sims") and William and Juanita Bridges (the "Bridges"), through undersigned counsel, who respectfully submit this Memorandum objecting to the *Proposed Orders Dismissing Claimants with Prejudice* filed on October 11 and 16, 2018 [Rec. Docs. 21845 and 21859, respectively]. During the recent telephone conference held on October 16, 2018, the Court ordered counsel for Sims and Bridges to file a memorandum detailing the reasons for their failure to timely submit verified SPPFs. The Bridges' communications with their counsel was delayed due to a recent prostate surgery undergone by Mr. Bridges. With regard to the Sims, the Sims' residence is under construction and this led to a delay with the Plaintiffs receiving written notifications from counsel regarding the forms sought by the Court.

For both Plaintiffs, Supplemental Plaintiff Profile Forms were submitted on September 25, 2018, in advance of the hearing/conference held by the Court with regard to the *Motion to Dismiss* these claimants. No prejudice to Defendants resulted from the time of submission and exclusion of these claimants from dismissal would serve the interests of justice.

WHEREFORE, for the reasons set forth above, counsel for Bridges and Sims request that their names be excluded from the *Order Dismissing Claimants with Prejudice*.

Respectfully submitted,

By: /s/Lawrence J. Centola, Jr.
Lawrence J. Centola, Jr. (#3962)
One Shell Square
701 Poydras Street, Suite 4100
New Orleans, LA 70139
Telephone: (504) 525-4361
Facsimile: (504) 525-4380

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Memorandum has been served on Defendants' Liaison Counsel by email and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 26th day of October, 2018.

/s/Lawrence J. Centola, Jr.