UERUNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Amorin, et al. v. Taishan Gypsum Co., Ltd.*, et al, MDL No. 09-2047 (E.D. La.)<br><br>*Amorin, et al. v. Taishan Gypsum Co., Ltd.*, et al, Case No. 11-cv-1673 (E.D. La.) | MDL No. 2:09-md-2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

**DEFENDANTS' RESPONSE TO THE PSC'S NOTICE OF COMPLIANCE AND STIPULATION OR DESIGNATION OF THE CONTENTS OF THE RECORD OR PART THEREOF TO BE REMANDED PURSUANT TO RULE 10.4 OF THE RULES OF PROCEDURE OF THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

Defendants Beijing New Building Materials Public Limited Company (BNBM PLC), Taishan Gypsum, Co., Ltd., and Tai'an Taishan Plasterboard Co., Ltd. ("Taishan") submit this response to the Plaintiff Steering Committee's ("PSC") Notice of Compliance and Stipulation or Designation of the Contents of the Record to Be Remanded Pursuant to Rule 10.4 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation (Rec. Doc. 21869, the "Notice"). As counsel for Taishan (in coordination with counsel for BNBM) advised the PSC, to avoid any confusion or inadvertent omissions, their preference is to designate the entire record.

The PSC's designations illustrate the concern. The designations omit numerous filings relevant to *Amorin* Virginia, including, for instance, entries of dismissal for many plaintiffs in

that action.  Accordingly, to ensure an adequate record for the remand court, Defendants propose that the entire MDL docket be designated for inclusion on remand.  At a minimum, they request that the Court add to the PSC's designations, the following docket entries, which are relevant to *Amorin* Virginia and/or otherwise consistent with the PSC's general approach to designations: Rec. Doc. Nos. 21276, 21299, 21316, 21323, 21324, 21348, 21349, 21355, 21383, 21423, 21428, 21430, 21451, 21454, 21720, 21760.

Dated: October 26, 2018

Respectfully submitted,

*/s/ L. Christopher Vejnoska*

L. Christopher Vejnoska (CA Bar No. 96082)
Eric Matthew Hairston (CA Bar No. 229892)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
San Francisco, CA  94105
T:  415-773-5700
Email:  cvejnoska@orrick.com
            ehairston@orrick.com

James L. Stengel (NY Bar No. 1800556)
Xiang Wang (NY Bar No. 4311114)
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY, 10019
T:  212-506-5000
Email:  jstengel@orrick.com
            xiangwang@orrick.com

Eric A. Shumsky (D.C. Bar No. 477926)
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street NW
Washington, D.C. 20005
T:  202-339-8400
Email:          eshumsky@orrick.com

*/s/ Christina Hull Eikhoff*

Christina Hull Eikhoff
(GA Bar No. 242539)
Michael P. Kenny
(GA Bar No. 415064)
Bernard Taylor
(GA Bar No. 669625)
David Venderbush, Esq.
(NY Bar No. 2920817)
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309
T : (404) 881-7000
Fax: (404) 881-7777
Email : christy.eikhoff@alston.com

*Counsel for Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd.*

Harry Rosenberg (LA Bar No. 11465)  
PHELPS DUNBAR LLP  
365 Canal Street, Suite 2000  
New Orleans, LA 70130-6534  
T:  (504) 584-9219  
Email:  harry.rosenberg@phelps.com  

*Attorneys for BNBM PLC*

Alan Dean Weinberger  
(LA Bar No. 13331)  
HANGARTNER, RYDBERG & TERRELL, LLC  
One Shell Square  
701 Poydras St., Suite 310  
New Orleans, Louisiana 70179  
T: (504) 434-6815  
Fax: (504) 522-5689  
Email: aweinberger@hanrylaw.com  

*Local Counsel for Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd*

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail and upon all parties by electronically uploading the same to File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 26th day of October, 2018.

        /s/ *L. Christopher Vejnoska*

        L. Christopher Vejnoska (CA Bar No. 96082)
        ORRICK, HERRINGTON & SUTCLIFFE LLP
        The Orrick Building
        405 Howard Street
        San Francisco, CA  94105
        T:  415-773-5700
        Fax:  415-773-5759
        Email: cvejnoska@orrick.com

        *Attorney for BNBM PLC*