UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MDL No. 2:09-md-2047<br><br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**JOINT MOTION TO VACATE ORDER AND SET BRIEFING SCHEDULE
FOR PSC'S MOTION TO REMOVE CONFIDENTIALITY DESIGNATIONS**

The Plaintiffs' Steering Committee ("PSC") and Defendants CNBM Co. Ltd., BNBM (Group) Co. Ltd., BNBM PLC, Taishan Gypsum Co., Ltd., and Tai'an Taishan Plasterboard Co., Ltd. (collectively "Defendants"), hereby jointly request that the Court vacate the October 24, 2018 Order (Rec. Doc. 21881) ("Order") regarding the PSC's October 9, 2019 Motion to Remove Confidentiality Designations (Rec. Doc. 21830) ("PSC's Confidentiality Motion"). The parties jointly submit that the Order was issued prematurely because Defendants oppose the PSC's Confidentiality Motion, the time in which Defendants could file a response to the motion had not yet expired under PTO-1C, and the parties are in active discussions to eliminate or reduce the confidentiality challenges.

The parties also jointly move for the Court to enter an Order adopting the following briefing schedule for the PSC's October 9, 2018 Motion to Remove Confidentiality Designations (Rec. Doc. 21830):

        December 7, 2018 – Responses from Defendants to the Motion

        December 14, 2018 – PSC's Reply to the Motion

        December 20, 2018 – Oral argument following Status Conference

The parties intend to use this extended schedule to attempt to resolve this dispute without further intervention from the Court. A proposed order is attached hereto as Exhibit A.

Respectfully submitted this 26th day of October, 2018.

<u>/s Russ M. Herman</u>
Russ M. Herman (LA Bar No. 6819)
Leonard A. Davis (LA Bar No. 14190)
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com

*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin
Fred S. Longer
Sandra L. Duggan
Levin, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
alevin@lfsblaw.com

*Plaintiffs' Lead Counsel*
*MDL 2047*

<u>/s Christina Hull Eikhoff</u>
Bernard Taylor, Esq.
Georgia Bar No. 669625
Michael P. Kenny, Esq.
Georgia Bar No. 415064
Christina Hull Eikhoff, Esq.
Georgia Bar No. 242539
David Venderbush, Esq.
New York Bar No. 2920817
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia  30309
Phone: (404) 881-7000
Fax: (404) 881-7777
bernard.taylor@alston.com
mike.kenny@alston.com
christy.eikhoff@alston.com
david.venderbush@alston.com

*Counsel for Taishan Gypsum Co.,*
*Ltd. and Tai'an Taishan*
*Plasterboard Co., Ltd.*

Alan Dean Weinberger
Louisiana Bar No. 13331
HANGARTNER, RYDBERG &
TERRELL, LLC
One Shell Square
701 Poydras Street, Suite 310
New Orleans, Louisiana  70179
Phone: (504) 434-6815
Fax: (504) 522-5689
aweinberger@hanrylaw.com

*Local Counsel for Taishan Gypsum*
*Co., Ltd. and Tai'an Taishan*
*Plasterboard Co., Ltd.*

2

/s L. Christopher Vejnoska
L. Christopher Vejnoska
(CA Bar No. 96082)
Eric Matthew Hairston
(CA Bar No. 229892)
ORRICK, HERRINGTON &
SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Tel: 415-773-5700
cvejnoska@orrick.com
ehairston@orrick.com

James L. Stengel
(NY Bar No. 1800556)
Xiang Wang
(NY Bar No. 4311114)
ORRICK, HERRINGTON &
SUTCLIFFE LLP
51 West 52nd Street
New York, NY, 10019
Tel: 212-506-5000
jstengel@orrick.com
xiangwang@orrick.com

Eric A. Shumsky
(D.C. Bar No. 477926)
ORRICK, HERRINGTON &
SUTCLIFFE LLP
Columbia Center
1152 15th Street NW
Washington, D.C. 20005
Tel: 202-339-8400
eshumsky@orrick.com

*Counsel for CNBM Co., Ltd., BNBM*
*(Group) Co., Ltd., and BNBM PLC*

        Ewell E. Eagan, Jr.
        (LA Bar No. 5239)
        Donna Phillips Currault
        (LA Bar No. 19533)
        GORDON, ARATA, MONTGOMERY,
        BARNETT, MCCOLLAM,
        DUPLANTIS &
        EAGAN, LLC
        201 St. Charles Avenue, 40th Floor
        New Orleans, LA 70170-4000
        Tel: (504) 582-1111
        eeagan@gordonarata.com
        dcurrault@gordonarata.com

        *Counsel for CNBM Co., Ltd.*

        Harry Rosenberg
        (LA Bar No. 11465)
        Phelps Dunbar LLP
        365 Canal St., Suite 2000
        New Orleans, LA 70130
        Tel: (504) 566-1311
        Email: Harry.Rosenberg@Phelps.com

        *Counsel for BNBM (Group) Co., Ltd., and BNBM PLC*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Submission has been served on Plaintiffs' Liaison Counsel, Russ Herman, by U.S. mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 26th day of October, 2018.

  /s Michael P. Kenny
Michael P. Kenny, Esq.
Georgia Bar No. 415064
ALSTON & BIRD LLP
1201 West Peachtree Street NW
Atlanta, Georgia  30309
Phone: (404) 881-7000
Fax: (404) 881-7777
mike.kenny@alston.com

*Counsel for Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd.*