UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MDL No. 2:09-md-2047<br><br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**PROPOSED ORDER SETTING BRIEFING SCHEDULE**

Considering the foregoing *Joint Motion to Set Briefing Schedule*:

**IT IS HEREBY ORDERED** that the October 24, 2018 Order (Rec. Doc. 21881) is **VACATED.**

**IT IS FURTHER ORDERED** that the parties will submit briefing on the PSC's October 9, 2018 Motion to Remove Confidentiality Designations (Rec. Doc. 21830):

    December 7, 2018 – Responses from Defendants to the Motion

    December 14, 2018 – PSC's Reply to the Motion

    December 20, 2018 – Oral argument following Status Conference

New Orleans, Louisiana, this ___ day of October, 2018.

                                                          Eldon E. Fallon
                                                    United States District Judge