# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-22408-Civ-COOKE

EDUARDO AND CARMEN AMORIN, *et al.*,
individually and on behalf of all others similarly
situated

    Plaintiffs,

vs.

TAISHAN GYPSUM CO., LTD., f/k/a
SHANDONG TIASHE DONGXIN CO. LTD.,
*et al.*,

    Defendants.
_____/

## OMNIBUS ORDER REGARDING DISMISSAL

THIS MATTER comes before me on: 1) Plaintiffs' Unopposed Motion and Incorporated Memorandum of Law to Voluntarily Dismiss Certain Claims Related to Properties in Florida (i.e., "Florida Claims") (ECF No. 48); 2) Notice of Dismissal with Prejudice Of Plaintiffs Luis D'Agostino, Megan Connolly and Sanctuary at Blue Heron, Inc.'s Claims (ECF No. 75); 3) Notice of Dismissal with Prejudice For Plaintiffs Clifford and Janice Abromatts' Claims (ECF No. 79); 4) Plaintiffs' Supplemental Unopposed Motion and Incorporated Memorandum of Law to Voluntarily Dismiss Certain Claims Related to Properties in Florida (i.e., "Florida Claims") (ECF No. 81); and 5) Notice of Dismissal with Prejudice For Plaintiffs Damian and Taimi Gonzalez's Claims (ECF No. 92).

Generally, district courts enjoy broad discretion in determining whether to allow a voluntary dismissal under Rule 41(a)(2). *See Pontenberg v. Boston Sci. Grp.*, 252 F.3d 1253, 1255 (11th Cir. 2001) ("[I]n most cases, a voluntary dismissal should be granted unless the defendant will suffer clear legal prejudice"). Having reviewed the Motions, the Notices, the record, and the relevant legal authorities, the Court hereby **ORDERS and ADJUDGES** as follows:

- The Court **GRANTS** Plaintiff's First Motion (ECF No. 48) and **DISMISSES** *with prejudice* the claims against Defendants Taishan Gypsum Co., Ltd. ("Taishan"); Taian Taishan Plasterboard Co., Ltd. ("TTP"); Beijing New Building Materials Public Limited Company ("BNBM"); Beijing New Building Material (Group) Co., Ltd. ("BNBM Group"); China National Building Material Co., Ltd. ("CNBM"); China National Building Material Group Corporation ("CNBM Group"); CNBM USA Corp.; BNBM of America Inc.; BNBM USA; United Suntech Craft, Inc.; and CNBMI Co., Ltd. asserted by the 198 Plaintiffs listed in ECF No. 48-1.

- The Court **GRANTS** Plaintiff's Supplemental Motion (ECF No. 81) and **DISMISSES** *with prejudice* the claims against Defendants Taishan; TTP; BNBM; BNBM Group; CNBM; and CNBM Group asserted by the 38 Plaintiffs listed in ECF No. 81-1.

- Under Fed. R. Civ. P. 41(a)(1)(A)(i), the Court **DISMISSES** *with prejudice* the claims against Defendants Taishan; TTP; BNBM; BNBM Group; CNBM; CNBM Group; CNBM USA Corp.; BNBM of America, Inc.; BNBM USA; United Suntech Craft, Inc., and CNBMI Co., Ltd. asserted by the following Plaintiffs: 1) Luis D'Agostino; 2) Megan Connolly; 3) Sanctuary at Blue Heron, Inc; 4) Clifford Abromatts; 5) Janice Abromatts; 6) Damian Gonzalez; and 7) Taimi Gonzalez. *See* ECF Nos. 75, 79, and 92.

- Each party shall bear its own attorneys' fees and costs.

- The Clerk of Court shall **TERMINATE** the above mentioned Plaintiffs from this case. All pending motions involving these Plaintiffs are **DENIED** *as moot*.

**DONE and ORDERED** in Chambers, at Miami, Florida, this 17th day of October 2018.

*/s/ Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Counsel of Record*