# EXHIBIT B

*In re Chinese Drywall*, MDL No. 2047
**Exhibit B- List of FL Claims to Voluntarily Dismiss from MDL Docket**

| # | Plaintiff | Address of Subject Property | Attorney | S.D. Fla. ECF No. |
|---|---|---|---|---|
| 1 | Abromatts, Clifford and Worobec, Janice | 3437 Lago de Talavera<br>Wellington, FL 33467 | Colson, Hicks, EidsonLevin, Fishbein, Sedran & BermanHausfeld LLPLaw Offices of Richard J. Serpe | ECF No. 79 |
| 2 | Acosta, Amparo | 9596 Cobblestone Creek Drive<br>Boynton Beach, Florida 33472 | Krupnick Campbell Malone | ECF No. 48 |
| 3 | Adams, John and Andrea | 10642 SW Gingermill Drive<br>Port St. Lucie, Florida 34952 | Krupnick Campbell Malone | ECF No. 48 |
| 4 | Adams, Robert and Klein-Adams, Marni | 9861 Lago Drive<br>Boynton Beach, FL 33472 | Allison Grant, P.A.Baron & Budd, P.C.Alters Boldt Brown Rash & Culmo | ECF No. 48 |
| 5 | Adcock, Michael and Bridgett | 922 NE 15th Terrace<br>Cape Coral, Florida 33909 | Morgan & Morgan | ECF No. 48 |
| 6 | Aguilar, Antonio and Jenny | 208 NW 1st Terrace<br>Cape Coral, Florida 33993 | Parker Waichman Alonso, LLP | ECF No. 48 |
| 7 | Alexandre, Marie | 4440 26th Street, SW<br>Lehigh Acres, FL 33973 | Parker Waichman Alonso, LLP | ECF No. 48 |
| 8 | Alvarez, Barbara R. | 4225 NE 16 Street<br>Homestead, Florida 33033 | Colson, Hicks, EidsonLevin, Fishbein, Sedran & BermanHausfeld LLPLaw Offices of Richard J. Serpe | ECF No. 48 |
| 9 | Alwill, Maria and Migliore, Salvatore | 7541 Bristol Circle<br>Naples, FL 34120 | Allison Grant, P.A.Baron & Budd, P.C.Alters Boldt Brown Rash & Culmo | ECF No. 48 |
| 10 | Amtmann, Dennis and Mary | 3602 36th Street Southwest<br>Lehigh Acres, FL 33976 | Parker Waichman Alonso, LLP | ECF No. 48 |
| 11 | Anderson, James and Stager, Patricia | 240 W. End Drive, Unit 622<br>Punta Gorda, FL 33950 | Allison Grant, P.A.Baron & Budd, P.C.Alters Boldt Brown Rash & Culmo | ECF No. 48 |
| 12 | Azacarate, Jose and Lori | 1305 East 9th Street<br>Lehigh Acres FL 33972 | Parker Waichman Alonso, LLP | ECF No. 48 |
| 13 | Baltuskonis, William and Dolores | 3401 15th Street, W.<br>Lehigh Acres, FL 33971 | Morgan & Morgan | ECF No. 48 |
| 14 | Bangthamai, Charinee | 222 NE 14th Place<br>Cape Coral, FL 33909 | Allison Grant, P.A.Baron & Budd, P.C.Alters Boldt Brown Rash & Culmo | ECF No. 48 |
| 15 | Birkholz, Berlyn and Elaine | 12644 28th Street East<br>Parrish, Florida 34219 | Norton, Hammersley, Lopez & Skokos, P.A.James, Hoyer, Newcomer & Smiljanich, P.A. | ECF No. 48 |
| 16 | Blain, David | 1525 Corolla Court<br>Reunion, FL 34747 | Parker Waichman Alonso, LLP | ECF No. 48 |
| 17 | Bloom, Amy | 9719 Porta Leona Lane<br>Boynton Beach, Florida 33437 | Allison Grant, P.A.Baron & Budd, P.C.Alters Boldt Brown Rash & Culmo | ECF No. 48 |
| 18 | Blue Water Coach Homes Condominium Assocation, Inc. | 182 Shadroe Cove Circle Unit 802<br>Cape Coral, FL 33991<br>175 Shadroe Cove Circle Unit 1102<br>Cape Coral, FL 33991<br>181 Shadroe Cove Circle Units 1201, 1202, 1203<br>Cape Coral, FL 33991 | Allison Grant, P.A.Baron & Budd, P.C.Alters Boldt Brown Rash & Culmo | ECF No. 48 |
| 19 | Blue Water Condominium Association | 14360 So. Tamiami Trail, Unit B<br>Fort Myers, Florida 33912 | Allison Grant, P.A.Baron & Budd, P.C.Alters Boldt Brown Rash & Culmo | ECF No. 48 |
| 20 | Blue Water Condominium Association | 14360 So. Tamiami Trail, Unit B<br>Fort Myers, Florida 33912 | Allison Grant, P.A.Baron & Budd, P.C.Alters Boldt Brown Rash & Culmo | ECF No. 48 |

*In re Chinese Drywall*, MDL No. 2047
**Exhibit B- List of FL Claims to Voluntarily Dismiss from MDL Docket**

| # | Plaintiff | Address of Subject Property | Attorney | S.D. Fla. ECF No. |
|---|---|---|---|---|
| 21 | Blue Water Condominium Association | 210 Shadroe Cove Circle, Unit 201 Cape Coral, FL 33991 | Allison Grant, P.A.Baron & Budd, P.C.Alters Boldt Brown Rash & Culmo | ECF No. 48 |
| 22 | Blue Water Condominium Association | 201 Shadroe Cove Circle Units 202-1, 178-1, Units 214-2, 206-1, 198-1, 198-4, 194-3, 190-2, 182-4, 178-2, 178-3 Cape Coral, FL 33991 | Allison Grant, P.A.Baron & Budd, P.C.Alters Boldt Brown Rash & Culmo | ECF No. 48 |
| 23 | Blue Water Condominium Association | 201 Shadroe Cove Circle Cape Coral, FL 33991 | Allison Grant, P.A.Baron & Budd, P.C.Alters Boldt Brown Rash & Culmo | ECF No. 48 |
| 24 | Blue Water Condominium Association | 14360 So. Tamiami Trail, Units 206-1, 202-1, 202-3, 214-2, 198-1, 198-4, 182-4, 178-1, 178-2, 178-3, 174-1, 174-2, 174-4, 202-4, 194-1, 194-2, 194-3, 194-4, 190-1, 190-2 and 190-4 Fort Myers, Florida 33912 | Allison Grant, P.A.Baron & Budd, P.C.Alters Boldt Brown Rash & Culmo | ECF No. 48 |
| 25 | Blue Water of Cape Coral | 198 Shadroe Cove Circle, Unit 902 Cape Coral, FL 33991 | Allison Grant, P.A.Baron & Budd, P.C.Alters Boldt Brown Rash & Culmo | ECF No. 48 |
| 26 | Blue Water of Cape Coral | 221 Shadroe Cove Circle, Unit 1004 Cape Coral, Florida 33991 | Allison Grant, P.A.Baron & Budd, P.C.Alters Boldt Brown Rash & Culmo | ECF No. 48 |
| 27 | Blue Water of Cape Coral | 210 Shadroe Cove Circle, Unit 201 Cape Coral, Florida 33991 | Allison Grant, P.A.Baron & Budd, P.C.Alters Boldt Brown Rash & Culmo | ECF No. 48 |
| 28 | Blue Water of Cape Coral, Inc. | 221 Shadroe Cove Circle, Units 902, 903, 401, 403,Cape Coral, Florida 33991 | Allison Grant, P.A.Baron & Budd, P.C.Alters Boldt Brown Rash & Culmo | ECF No. 48 |
| 29 | Bonner, Merna | 9493 Cobblestone Creek Drive Boynton Beach, FL 33472 | Baron & Budd, P.C. | ECF No. 48 |
| 30 | Bradley, Chris | 4420 SW 9th Place Cape Coral, Florida 33914 | Parker Waichman Alonso, LLP | ECF No. 48 |
| 31 | Braun, Michael and Ilana | 9561 Kenley Court Parkland, FL 33076 | Krupnick Campbell Malone | ECF No. 48 |
| 32 | Brik, Beni | 240 West End Drive, Unit 1311 Punta Gorda, Florida 33950 | Allison Grant, P.A.Baron & Budd, P.C.Alters Boldt Brown Rash & Culmo | ECF No. 81 |
| 33 | Brik, Beni | 240 West End Drive, Unit 1312 Punta Gorda, Florida 33950 | Allison Grant, P.A.Baron & Budd, P.C.Alters Boldt Brown Rash & Culmo | ECF No. 81 |
| 34 | Burke, Kenneth and Cindy | 7709 Tangle Rush Drive Gibsonton, Florida 33534 | Allison Grant, P.A.Baron & Budd, P.C.Alters Boldt Brown Rash & Culmo | ECF No. 48 |
| 35 | Burke, Richard and Rebecca | 4551 Mapletree Loop Wesley Chapel, Florida 33544 | Morgan & Morgan | ECF No. 48 |
| 36 | Canales, Jose M. | 5933 NW Dowell Court Port St. Lucie, FL 34986 | Seeger Weiss | ECF No. 48 |
| 37 | Caputo, Mark and Lisa | 9528 Eden Manon Parkland, FL 33076 | Krupnick Campbell Malone | ECF No. 48 |
| 38 | Casey. William and Pamela | 713 SE 16th Court Ft. Lauderdale, Florida 33316 | Parker Waichman Alonso, LLP | ECF No. 48 |
| 39 | Ceminsky, Gerald and Margaret | 2572 Keystone Lake Drive Cape Coral, FL 33993 | Roberts & Durkee PAMilstein Adelman LLP | ECF No. 81 |
| 40 | Chaves, Javier and Alcantara, Raquel | 11807 Autumn Creek Drive Riverview, FL 33569 | Allison Grant, P.A.Baron & Budd, P.C.Alters Boldt Brown Rash & Culmo | ECF No. 48 |

| # | Plaintiff | Address of Subject Property | Attorney | S.D. Fla. ECF No. |
|---|---|---|---|---|
| 41 | Cherba, Alexander | 9492 Cobblestone Creek Drive<br>Boynton Beach, Florida 33472 | Allison Grant, P.A.Baron & Budd, P.C.Alters Boldt Brown Rash & Culmo | ECF No. 48 |
| 42 | Chisholm, Donna | 3485 Southwest Funtuna Street<br>Port St. Lucie, FL 34953 | Parker Waichman Alonso, LLP | ECF No. 48 |
| 43 | Cobblestone on the Lake Condominium Association | 4400 Executive Drive<br>Fort Myers, FL 33916 | Allison Grant, P.A.Baron & Budd, P.C.Alters Boldt Brown Rash & Culmo | ECF No. 48 |
| 44 | Cobblestone on the Lake Master Association, Inc. | 4391 Cortina Circle (building 2)<br>Ft. Myers, FL 33916 | Allison Grant, P.A.Baron & Budd, P.C.Alters Boldt Brown Rash & Culmo | ECF No. 48 |
| 45 | Cobblestone on the Lake Master Association, Inc. | 4401 Cortina Circle (building 3)<br>Ft. Myers, FL 33916 | Allison Grant, P.A.Baron & Budd, P.C.Alters Boldt Brown Rash & Culmo | ECF No. 48 |
| 46 | Cobblestone on the Lake Master Association, Inc. | 7385 Cortina Circle, Units 129 and 137<br>Ft. Myers, FL 33916 | Allison Grant, P.A.Baron & Budd, P.C.Alters Boldt Brown Rash & Culmo | ECF No. 48 |
| 47 | Cohen, Lawrence | 1690 Renaissance Commons, Apt. 1496<br>Boynton Beach, Florida 33426 | Allison Grant, P.A.Baron & Budd, P.C.Alters Boldt Brown Rash & Culmo | ECF No. 48 |
| 48 | Cohen, Marco | 240 W. End Drive, Unit 1123<br>Punta Gorda, FL 33950 | Allison Grant, P.A.Baron & Budd, P.C.Alters Boldt Brown Rash & Culmo | ECF No. 48 |
| 49 | Connolly, Megan | 1976 NW 79 Terrace<br>Pembroke Pines, Florida 33024 | Colson, Hicks, EidsonLevin, Fishbein, Sedran & BermanHausfeld LLPLaw Offices of Richard J. Serpe | ECF No. 75 |
| 50 | Conway Centre, LLC | 1605 Port St. Lucie Blvd.<br>Port St. Lucie, FL 34952 | Allison Grant, P.A. | ECF No. 48 |
| 51 | Conway Centre, LLC | 1605 Port St. Lucie Blvd.<br>Port St. Lucie, FL 34952(This is the address for the entire building - each bay has a separate address) | Allison Grant, P.A. | ECF No. 48 |
| 52 | Cort, Kenrick | 1512 Roosevelt Avenue<br>Lehigh Acres, FL 33972 | Parker Waichman Alonso, LLP | ECF No. 48 |
| 53 | Cotilla, Marisela and Adolfo | 7120 Long Leaf Drive<br>Parkland, Florida 33076 | Allison Grant, P.A.Baron & Budd, P.C.Alters Boldt Brown Rash & Culmo | ECF No. 48 |
| 54 | Covos, Sebastian | 5861 NW 109 Court<br>Hialeah, FL 33178 | Parker Waichman Alonso, LLP | ECF No. 48 |
| 55 | Crespo, Elliott | 8161 NW 122 Lane<br>Parkland, Florida 33076 | Allison Grant, P.A.Baron & Budd, P.C.Alters Boldt Brown Rash & Culmo | ECF No. 48 |
| 56 | D'Agostino, Luis | 17555 Collins Avenue #308<br>Sunny Isles Beach, Florida 33160 | Colson, Hicks, EidsonLevin, Fishbein, Sedran & BermanHausfeld LLPLaw Offices of Richard J. Serpe | ECF No. 75 |
| 57 | D'Anna, Gaetano | 466 SW Port St. Lucie Blvd.<br>Port St. Lucie, Florida 34953 | Allison Grant, P.A.Baron & Budd, P.C.Alters Boldt Brown Rash & Culmo | ECF No. 48 |
| 58 | Daigle, Eric; Meyer, Timothy | 3913/3915 SW Santa Barbara Place<br>Cape Coral, FL 33914 | Parker Waichman Alonso, LLP | ECF No. 81 |
| 59 | DeCarlo, Ellen and Nelson, Jerald | 9651 Lago Drive<br>Boynton Beach, Florida 33472 | Allison Grant, P.A.Baron & Budd, P.C.Alters Boldt Brown Rash & Culmo | ECF No. 48 |
| 60 | DeGlopper, Jenni | 900 E. Marion Avenue, #1302<br>Punta Gorda, Florida 33950 | Allison Grant, P.A.Baron & Budd, P.C.Alters Boldt Brown Rash & Culmo | ECF No. 48 |
| 61 | Dekle, Danny and Kristin | 10908 Observatory Way<br>Tampa, FL 33647 | Morgan & Morgan | ECF No. 48 |

| # | Plaintiff | Address of Subject Property | Attorney | S.D. Fla. ECF No. |
|---|---|---|---|---|
| 62 | Del Greco, Gary and Corrine | 9379 Cobblestone Brook Court<br>Boynton Beach, FL 33472 | Allison Grant, P.A.Baron & Budd, P.C.Alters Boldt Brown Rash & Culmo | ECF No. 48 |
| 63 | Dobric, Mario | 1690 Renaissance Commons Blvd., Unit 1228<br>Boynton Beach, FL 33426 | Whitfield, Bryson & Mason, LLP | ECF No. 81 |
| 64 | Donadio, Gaetano (Guy) | 2531 White Sand Lane<br>Clearwater FL 33763 | Parker Waichman Alonso, LLP | ECF No. 48 |
| 65 | Donnelly, Mary Rose and James | 11837 Bayport Lane, #704,<br>Ft. Myers, Florida 33908 | Parker Waichman Alonso, LLP | ECF No. 48 |
| 66 | Douglas, Aprile L. | 5461 River Rock Road, #5<br>Lakeland, Florida 33809 | Parker Waichman Alonso, LLP | ECF No. 48 |
| 67 | Duenow, Kevin and Joyce | 4214 8th Street, SW<br>Lehigh Acres, FL 33976 | Parker Waichman Alonso, LLP | ECF No. 48 |
| 68 | Dunn, Howard | 13568 Little Gem Circle<br>Fort Myers, Florida 33913 | Allison Grant, P.A.Baron & Budd, P.C.Alters Boldt Brown Rash & Culmo | ECF No. 48 |
| 69 | Epstein, Kim | 2556 Keystone Lake Drive<br>Cape Coral, FL 33993 | Roberts & Durkee PAMilstein Adelman LLP | ECF No. 81 |
| 70 | Estimond, James and Jordany | 4541 SW 27th Street<br>Lehigh Acres, Florida 33973 and<br>4543 SW 27th Street<br>Lehigh Acres, Florida 33973 | Allison Grant, P.A.Baron & Budd, P.C.Alters Boldt Brown Rash & Culmo | ECF No. 48 |
| 71 | Fardella, Michael | 12310 SW Elsinore Drive<br>Port St. Lucie, Florida 34587 | Matthews & Associates | ECF No. 48 |
| 72 | Fifteen B's LC, a Florida Corporation | 9584 Ginger Court<br>Parkland, Florida 33076 | Krupnick Campbell Malone | ECF No. 48 |
| 73 | Forte, Louise M. | 9477 Cobblestone Creek Drive<br>Boynton Beach, Florida 33472 | Allison Grant, P.A.Baron & Budd, P.C.Alters Boldt Brown Rash & Culmo | ECF No. 48 |
| 74 | Foster, Mark Alan and Sandra | 2832 Sarletto Street<br>North Port, Florida 34288 | Morgan & Morgan | ECF No. 48 |
| 75 | Foxwell, Craig and Linda | 1705 Palm View Road<br>Sarasota, Florida 34240 | Parker Waichman Alonso, LLP | ECF No. 48 |
| 76 | Garcia, Jorge | 13820 BJ Blvd.<br>Bokeelia, FL 33922 | Parker Waichman Alonso, LLP | ECF No. 48 |
| 77 | Garrido, Carlos and Olga | 8111 W 36th Avenue, Unit #3<br>Hialeah, FL 33018 | Parker Waichman Alonso, LLP | ECF No. 48 |
| 78 | Gaston, Nora | 195 SheShe Road<br>Hawthorne, Florida 32640 | Morgan & Morgan | ECF No. 48 |
| 79 | Gaylord, Peter and Kelly | 240 West End Drive, #521<br>Punta Gorda, FL 33950 | Allison Grant, P.A.Baron & Budd, P.C.Alters Boldt Brown Rash & Culmo | ECF No. 48 |
| 80 | Gaylord, Peter and Kelly | 240 West End Drive #321<br>Punta Gorda, FL 33950 | Allison Grant, P.A.Baron & Budd, P.C.Alters Boldt Brown Rash & Culmo | ECF No. 81 |
| 81 | Gaylord, Peter and Kelly | 240 West End Drive #322<br>Punta Gorda, FL 33950 | Allison Grant, P.A.Baron & Budd, P.C.Alters Boldt Brown Rash & Culmo | ECF No. 81 |
| 82 | GFB Properties, LLC c/o Daniel Gleinig | 325 NW 25th Terrace<br>Cape Coral, FL 33991 | Morgan & Morgan | ECF No. 81 |
| 83 | Gianetti, Dominic and Lauren | 8881 Cobblestone Point Circle<br>Boynton Beach, Florida 33472 | Baron & Budd, P.C. | ECF No. 48 |
| 84 | Gibson, Wayne and Susan | 2454 Harrison Place<br>Lakeland, FL 33810 | Parker Waichman Alonso, LLP | ECF No. 48 |
| 85 | Gobel, Jason and Cynthia | 5771 S.W. 162nd Court<br>Miami, FL 33193 | Morgan & Morgan | ECF No. 81 |
| 86 | Gonzales, Damian/Taimi (f/n/a Gonzalez, Esther) | 3770 SW 7th Avenue<br>Naples, Florida 34117 | Morgan & Morgan | ECF. No. 92 |

| # | Plaintiff | Address of Subject Property | Attorney | S.D. Fla. ECF No. |
|---|---|---|---|---|
| 87 | Graham, Billy and Renee | 11945 Jackson Road Thonotosassa, FL 33592 | Parker Waichman Alonso, LLP | ECF No. 48 |
| 88 | Greenberg, Benjamin | 9717 Lago Drive Boynton Beach, Florida 33472 | Allison Grant, P.A.Baron & Budd, P.C.Alters Boldt Brown Rash & Culmo | ECF No. 48 |
| 89 | Grover, Adam and Keely | 3371 Horace Avenue North Port, Florida 34286 | Morgan & Morgan | ECF No. 48 |
| 90 | Guerreiro, Michael and Nancy | 15336 Yellow Wood Drive Alva, FL 33920 (f/n/a 153636 Yellow Wood Drive) | Parker Waichman Alonso, LLP | ECF No. 81 |
| 91 | Habitat for Humanity of Greater Miami | 3800 N.W. 22nd Avenue Miami, FL 33142 | Allison Grant, P.A.Baron & Budd, P.C.Alters Boldt Brown Rash & Culmo | ECF No. 48 |
| 92 | Harmer, Barbara and Frank | 181 Shore Drive Vero Beach, Florida 32963 | Allison Grant, P.A. | ECF No. 48 |
| 93 | Harrysperad, Roy | 8697 Cobblestone Point Circle Boynton Beach, Florida 33462 | Allison Grant, P.A.Baron & Budd, P.C.Alters Boldt Brown Rash & Culmo | ECF No. 48 |
| 94 | Hatcher, Sherri | 20002 NW 266th Street Okeechobee, Florida 34972 | Morgan & Morgan | ECF No. 48 |
| 95 | Haya, Laura, Daniel and Irene | 5113 Lanai Way Tampa, FL 33624 | Allison Grant, P.A. | ECF No. 48 |
| 96 | Henry, Clifford and Crispina | 4970 N. Pine Avenue Winter Park, Florida 32792 | Morgan & Morgan | ECF No. 48 |
| 97 | Higginbotham, Marcus | 900 E. Marion Avenue #1403 Punta Gorda, FL 33950 | Allison Grant, P.A.Baron & Budd, P.C.Alters Boldt Brown Rash & Culmo | ECF No. 48 |
| 98 | Hobbs, James and Tammy | 1823 NE 6th Avenue Cape Coral, FL 33909 | Parker Waichman Alonso, LLP | ECF No. 48 |
| 99 | Horinek, Steve and Melissa | 900 E. Marion Avenue, Unit 1202 Punta Gorda, FL 33950 | Allison Grant, P.A.Baron & Budd, P.C.Alters Boldt Brown Rash & Culmo | ECF No. 48 |
| 100 | Jackson, Michael | 2808 NE 32nd Street Fort Lauderdale, FL 33306 | Allison Grant, P.A.Baron & Budd, P.C.Alters Boldt Brown Rash & Culmo | ECF No. 48 |
| 101 | Jimenez, Daphin L. | 4217 NE 16 Street Homestead, FL 33033 | Colson, Hicks, EidsonLevin, Fishbein, Sedran & BermanHausfeld LLPLaw Offices of Richard J. Serpe | ECF No. 48 |
| 102 | Jones, Eddie | 11104 Ancient Futures Drive Tampa, FL 33647 | Doyle Law Firm, PC | ECF No. 48 |
| 103 | Joseph, Alexander, Haley and Mogavero, Wayne | 13055 Sail Away Street North Fort Myers, FL 33903 | Parker Waichman Alonso, LLP | ECF No. 48 |
| 104 | Judy, Robert and Kathie | 1727 Shenandoah Road Wimauma, FL 33598 | Parker Waichman Alonso, LLP | ECF No. 48 |
| 105 | Katz, Barry and Rebecca | 11011 Gulf Reflections Drive, 406A Ft. Myers, Florida 33907 | Roberts & Durkee PAMilstein Adelman LLP | ECF No. 81 |
| 106 | Kelly, Christopher and Jessica | 2836 NW 25th Terrace Cape Coral, Florida 33993 | Morgan & Morgan | ECF No. 48 |
| 107 | Kennedy, Phillip and Machado-Kennedy, Lyzet | 8055 W 36th Avenue #1 Hialeah, FL 3018 | Allison Grant, P.A.Baron & Budd, P.C.Alters Boldt Brown Rash & Culmo | ECF No. 48 |
| 108 | Kent, Edward and Donna | 14143 Citrus Crest Circle Tampa, Florida 33625 | Allison Grant, P.A.Baron & Budd, P.C.Alters Boldt Brown Rash & Culmo | ECF No. 81 |
| 109 | Kessler, Andrew and Katherine | 3056 Juniper Lane Davie, FL 33330 | Allison Grant, P.A.Baron & Budd, P.C.Alters Boldt Brown Rash & Culmo | ECF No. 81 |

| # | Plaintiff | Address of Subject Property | Attorney | S.D. Fla. ECF No. |
|---|---|---|---|---|
| 110 | King Properties, Ltd. c/o Pam Duncan | 240 West End Drive, Unit 1511 Punta Gorda, FL 33950 | Allison Grant, P.A.Baron & Budd, P.C.Alters Boldt Brown Rash & Culmo | ECF No. 81 |
| 111 | King, John | 14848 97th Road North West Palm Beach, Florida 33412 | Krupnick Campbell Malone | ECF No. 48 |
| 112 | Kraft, Richard | 182 Shadroe Cove Circle #802 Cape Coral, FL 33991 | Allison Grant, P.A.Baron & Budd, P.C.Alters Boldt Brown Rash & Culmo | ECF No. 48 |
| 113 | Kramer, Ronald and Anita | 1660 Renaissance Commons Blvd., Unit 2310, Boynton Beach, Florida 33426 | Whitfield, Bryson & Mason, LLP | ECF No. 81 |
| 114 | Labell, Barry | 10560 SW Stephanie Way, Unit 206 Port St. Lucie, Florida 34987 | Colson, Hicks, EidsonLevin, Fishbein, Sedran & BermanHausfeld LLPLaw Offices of Richard J. Serpe | ECF No. 48 |
| 115 | Ladino, Yonny and Yasira | 4003 12th Street West Lehigh Acres, FL 33971 | Parker Waichman Alonso, LLP | ECF No. 48 |
| 116 | Lahn, Gerald and Karen | 233 Mestre Place North Venice, Florida 34275 | Krupnick Campbell Malone | ECF No. 48 |
| 117 | Lavin, Eduardo and Esperanza | 8141 W 36th Avenue #4 Hialeah, FL 33108 | Allison Grant, P.A.Baron & Budd, P.C.Alters Boldt Brown Rash & Culmo | ECF No. 48 |
| 118 | Leahy, III, Thomas | 3013 13th Street West Lehigh Acres, FL 33971 | Parker Waichman Alonso, LLP | ECF No. 48 |
| 119 | Leon, Daimarys and Rodriguez, Yalier | 811 West 36 Avenue Hialeah, FL 33018 | Parker Waichman Alonso, LLP | ECF No. 48 |
| 120 | Leone, Michael | 1690 Renaissance Commons Blvd., Unit 1202 Boynton Beach, Florida 33426 | Whitfield, Bryson & Mason, LLP | ECF No. 81 |
| 121 | Lewis, Todd and Jayme for Jayme C. Lewis Trust | 6040 Jonathan's Bay Circle #501 Fort Myers, FL 33908 | Parker Waichman Alonso, LLP | ECF No. 81 |
| 122 | Liendo, Jesus and Karen | 240 W. End DriveUnit 122 Punta Gorda, FL 33950 | Allison Grant, P.A.Baron & Budd, P.C.Alters Boldt Brown Rash & Culmo | ECF No. 48 |
| 123 | Lindemann, Steve and Terri | 6012 NW 116th Drive Parkland, FL 33076 | Baron & Budd, P.C. | ECF No. 81 |
| 124 | Lloyd, Maxwell and Joete | 8248 N.W. 125 Lane Parkland, FL 33076 | Allison Grant, P.A.Baron & Budd, P.C.Alters Boldt Brown Rash & Culmo | ECF No. 48 |
| 125 | Lussier, Lynne | 5914 Bilek Drive Pensacola, Florida 32526 | Levin, Papantonio, Thomas, Mitchell Echsner & Proctor, P.A. | ECF No. 48 |
| 126 | Maesel, Shawn | 1660 Renaissance Commons Blvd., Unit 2417 Boynton Beach, FL 33426 | Whitfield, Bryson & Mason, LLP | ECF No. 81 |
| 127 | Magdalena Gardens Condo Association | 240 West End Avenue, Unit 1122 Punta Gorda, Florida 33950 | Allison Grant, P.A.Baron & Budd, P.C.Alters Boldt Brown Rash & Culmo | ECF No. 48 |
| 128 | Magdalena Gardens Condo Association | 240 West End Avenue, Unit 1411 Punta Gorda, Florida 33950 | Allison Grant, P.A.Baron & Budd, P.C.Alters Boldt Brown Rash & Culmo | ECF No. 48 |
| 129 | Magdalena Gardens Condo Association | 240 West End Avenue, Unit 523 Punta Gorda, Florida 33950 | Allison Grant, P.A.Baron & Budd, P.C.Alters Boldt Brown Rash & Culmo | ECF No. 48 |
| 130 | Mansfield Investment Co., LLC | 8450 N.W. 113 Passage Doral, FL 33178 | Allison Grant, P.A.Baron & Budd, P.C.Alters Boldt Brown Rash & Culmo | ECF No. 48 |
| 131 | Marchese, Troy and Dina | 8830 Cobblestone Point Circle Boynton Beach, Florida 33472 | Allison Grant, P.A.Baron & Budd, P.C.Alters Boldt Brown Rash & Culmo | ECF No. 48 |

| # | Plaintiff | Address of Subject Property | Attorney | S.D. Fla. ECF No. |
|---|---|---|---|---|
| 132 | Mariner Village Investments LLC | 5039 Mariner Garden Circle Stuart, FL 34997 | Krupnick Campbell Malone | ECF No. 48 |
| 133 | Mariner Village Investments LLC | 5047 Mariner Garden Circle Stuart, FL 34997 | Krupnick Campbell Malone | ECF No. 48 |
| 134 | Martillo, Joseph | 507 Vincinda Crest Way Tampa, Florida 33619 | Morgan & Morgan | ECF No. 48 |
| 135 | Martin, Anthony and Kim | 6015 SW 28 Street Miami, FL 33155 6001 SW 28 Street Miami, FL 33155 | Allison Grant, P.A.Baron & Budd, P.C.Alters Boldt Brown Rash & Culmo | ECF No. 48 |
| 136 | Martin, Robert and Acela | 9596 Cobblestone Creek Drive Boynton Beach, FL 33472 | Baron & Budd, P.C. | ECF No. 48 |
| 137 | Martin, Victor and Geraldine | 11819 Bayport Lane, Unit 402 Ft. Myers, Florida 3390 | Parker Waichman Alonso, LLP | ECF No. 48 |
| 138 | Martinez, Juana | 5305 5th Street W Lehigh Acres, FL 33971 | Parker Waichman Alonso, LLP | ECF No. 48 |
| 139 | Massaro, Mario | 240 West End Drive #823 Punta Gorda, FL 33950 | Allison Grant, P.A.Baron & Budd, P.C.Alters Boldt Brown Rash & Culmo | ECF No. 81 |
| 140 | Matute, Argene | 8881 SW 229 Street Cutler Bay, FL 33190 | Allison Grant, P.A.Baron & Budd, P.C.Alters Boldt Brown Rash & Culmo | ECF No. 48 |
| 141 | Maysonet, Erika | 4201 28th St. SW Lehigh Acres, Florida 33876 | Morgan & Morgan | ECF No. 48 |
| 142 | McNeal, Shevon | 879 SE 35th Street Melrose, Florida 32666 | Morgan & Morgan | ECF No. 48 |
| 143 | Mendez, Lincoln and America | 4180 North Highway A1A, Unit 801B Hutchinson Island, FL 34949 | Colson, Hicks, EidsonLevin, Fishbein, Sedran & BermanHausfeld LLPLaw Offices of Richard J. Serpe | ECF No. 48 |
| 144 | Mike, Tamas and Blanar, Eva | 6302 N. 17th Street Tampa, FL 33610 | Morgan & Morgan | ECF No. 81 |
| 145 | Mirakian, Samuel | 20316 Larino Loop Estero, Florida 33928 | Morgan & Morgan | ECF No. 81 |
| 146 | Miranda, Jose and Cheza | 1415 NW 36th Way Lauderhill, FL 33311 | Allison Grant, P.A.Baron & Budd, P.C.Alters Boldt Brown Rash & Culmo | ECF No. 48 |
| 147 | Morakis, Nick and Karen | 8859 Cobblestone Point Circle Boynton Beach, Florida 33472 | Allison Grant, P.A.Baron & Budd, P.C.Alters Boldt Brown Rash & Culmo | ECF No. 48 |
| 148 | Mosley, Shawn | 10440 SW Stephanie Way, Unit 203 Port St. Lucie, FL 34987 | Barrios, Kingsdorf & Casteix | ECF No. 81 |
| 149 | Mosquera, Maria and Rivera, Maria and Ortiz, Luis | 1323 NE 6th Place Cape Coral, FL 33909 | Parker Waichman Alonso, LLP | ECF No. 48 |
| 150 | Moss, Christopher and Cox, Crystal | 8627 Pegasus Drive Lehigh Acres, Florida 33971 | Morgan & Morgan | ECF No. 48 |
| 151 | Mundt, Elaine | 11806 Bayport Lane, Unit 1 Fort Myers, FL 33908 | Parker Waichman Alonso, LLP | ECF No. 48 |
| 152 | Muradali, Fazeel | 8032 NW 125 Terrace Parkland, Florida 33076 | Parker Waichman Alonso, LLP | ECF No. 48 |
| 153 | Murphy, Paul and Danielle | 21573 Baccarat Lane, Building #16, Unit #202 Estero, Florida 33928 | Parker Waichman Alonso, LLP | ECF No. 48 |
| 154 | Negrov, Pael | 1316 Nucelli Road North Port, FL 34288 | Norton, Hammersley, Lopez & Skokos, P.A.James, Hoyer, Newcomer & Smiljanich, P.A. | ECF No. 81 |
| 155 | Nelms, William Jr. | 214 Stevensville Street Port Charlotte, Florida 33954 | Levin, Papantonio, Thomas, Mitchell Echsner & Proctor, P.A. | ECF No. 48 |

*In re Chinese Drywall*, MDL No. 2047
**Exhibit B- List of FL Claims to Voluntarily Dismiss from MDL Docket**

| # | Plaintiff | Address of Subject Property | Attorney | S.D. Fla. ECF No. |
|---|---|---|---|---|
| 156 | Nemes, Robert and Frances | 6050 Jonathan's Bay Circle, Unit 202 Ft. Myers, Florida 33908 | Parker Waichman Alonso, LLP | ECF No. 48 |
| 157 | Nolan, James and Adele | 12340 NW 81st Street Parkland, FL 33076 | Baron & Budd, P.C. | ECF No. 48 |
| 158 | Nukho, Michael, George and Edward | 430 SE 21st Terrace Cape Coral, FL 33990 | Parker Waichman Alonso, LLP | ECF No. 48 |
| 159 | Oliver, Barbara and Ira | 240 W. End Drive, Unit 1211 Punta Gorda, FL 33950 | Allison Grant, P.A.Baron & Budd, P.C.Alters Boldt Brown Rash & Culmo | ECF No. 48 |
| 160 | Ortigoza, Brent | 1091 S. San Mateo Drive North Port, FL 34288 | Allison Grant, P.A.Baron & Budd, P.C.Alters Boldt Brown Rash & Culmo | ECF No. 48 |
| 161 | Osicki, Sieward | 240 West End Drive, 523 Punta Gorda, Florida 33950 | Allison Grant, P.A.Baron & Budd, P.C.Alters Boldt Brown Rash & Culmo | ECF No. 48 |
| 162 | Overton, Edward | 1783 Biscayne Bay Circle Jacksonville, Florida 32218 | Matthews & Associates | ECF No. 48 |
| 163 | Packard, Suki and Michael | 3028 Lake Manatee Court Cape Coral, Florida 33909 | Roberts & Durkee PAMilstein Adelman LLP | ECF No. 81 |
| 164 | Palazzalo, Michelle and Jerome | 11528 Water Oak Place Davie, Florida 33330 | Allison Grant, P.A.Baron & Budd, P.C.Alters Boldt Brown Rash & Culmo | ECF No. 48 |
| 165 | Palmer, Olga | 1233 Kendari Terrace Naples, FL 34113 | Roberts & Durkee PAMilstein Adelman LLP | ECF No. 81 |
| 166 | Patterson, Rory | 531 Cardinal Street SE Palm Bay, FL 32909 | Morgan & Morgan | ECF No. 48 |
| 167 | Peace Harbor Condo Association | 900 E. Marion Avenue, Unit 1302 Punta Gorda, Florida 33950 | Allison Grant, P.A.Baron & Budd, P.C.Alters Boldt Brown Rash & Culmo | ECF No. 48 |
| 168 | Peaceful Gardens, LLC | 3719 Yacatan Parkway Cape Coral, FL 33993 | Allison Grant, P.A. | ECF No. 48 |
| 169 | Peekare, William and Stacy | 11 Baffin Avenue Tampa, Florida 33609 | Colson, Hicks, EidsonLevin, Fishbein, Sedran & BermanHausfeld LLPLaw Offices of Richard J. Serpe | ECF No. 48 |
| 170 | Peguero, Carlos | 8171 W. 36th Avenue Hialeah, FL 33018 | Allison Grant, P.A.Baron & Budd, P.C.Alters Boldt Brown Rash & Culmo | ECF No. 48 |
| 171 | Peltier, Isaac and Shanon | 2902 Nadine Lane Lehigh Acres, Florida 33971 | Parker Waichman Alonso, LLP | ECF No. 48 |
| 172 | Pena, Orlando | 824 SW 17th Street Cape Coral, Florida 33991 | Parker Waichman Alonso, LLP | ECF No. 81 |
| 173 | Pequigney, Sean and Candace | 2882 43rd Avenue NE Naples, Florida 34120 | Morgan & Morgan | ECF No. 48 |
| 174 | Perez, Adela | 12430 SW 50th Street, Unit 113 Miramar, Florida 33027 | Baron & Budd, P.C. | ECF No. 81 |
| 175 | Piatkowski, Alexander and Candice | 2610 Diplomat Parkway Cape Coral, FL 33993 | Parker Waichman Alonso, LLP | ECF No. 48 |
| 176 | Pinchinat, Myriam | 200 NW Goldcoast Avenue Port St. Lucie, Florida 34983 | Seeger Weiss | ECF No. 48 |
| 177 | Polychronopoulos, Nathalie and George | 1660 Renaissance Commons Blvd., Unit 2210 Boynton Beach, FL 33426 | Whitfield, Bryson & Mason, LLP | ECF No. 81 |
| 178 | Portsmith Condo Association | 2020 Clubhouse Drive Sun City Center, Florida 33573 | Krupnick Campbell Malone | ECF No. 48 |
| 179 | Proffitt, David and Ashlee | 11124 Ancient Futures Drive Tampa, FL 33647 | Morgan & Morgan | ECF No. 48 |
| 180 | Puerto, Rafael | 10802 NW 83 Street #214 Doral, FL 33178 | Allison Grant, P.A.Baron & Budd, P.C.Alters Boldt Brown Rash & Culmo | ECF No. 48 |

*In re Chinese Drywall*, MDL No. 2047
**Exhibit B- List of FL Claims to Voluntarily Dismiss from MDL Docket**

| # | Plaintiff | Address of Subject Property | Attorney | S.D. Fla. ECF No. |
|---|---|---|---|---|
| 181 | Puerto, Rafael | 10802 NW 83rd Street #214<br>Doral, FL 33178 | Allison Grant, P.A.Baron & Budd, P.C.Alters Boldt Brown Rash & Culmo | ECF No. 48 |
| 182 | Rawh, Gunashwer and Heeranjani | 180 Patio Street<br>Lehigh Acres, FL 33974 | Parker Waichman Alonso, LLP | ECF No. 48 |
| 183 | Redway, Robert and Galina | 2521 Whitesand Lane<br>Clearwater, FL 33763 | Allison Grant, P.A.Baron & Budd, P.C.Alters Boldt Brown Rash & Culmo | ECF No. 81 |
| 184 | Reels, Tamara | 3650 Oak Brook Lane<br>Eustis, Florida 32763 | Allison Grant, P.A.Baron & Budd, P.C.Alters Boldt Brown Rash & Culmo | ECF No. 48 |
| 185 | Reinoso, Manuel and Jessica | 16117 East Aintreet Drive<br>Loxahatchee, Florida 33470 | Morgan & Morgan | ECF No. 48 |
| 186 | Reiprecht, Raymond | 10560 SW Stephanie Way, Unit 202<br>Port St. Lucie, FL 34987 | Parker Waichman Alonso, LLP | ECF No. 48 |
| 187 | Rezny, Brian and Linda | 214 Shadroe Cove Circle, #102<br>Cape Coral, Florida 33991 | Allison Grant, P.A.Baron & Budd, P.C.Alters Boldt Brown Rash & Culmo | ECF No. 48 |
| 188 | Ricardo, Alvarez | 7786 SW 188 Terrace<br>Miami, FL 33157 | Baron & Budd, P.C. | ECF No. 48 |
| 189 | Roberts, Kathryn | 3096 Hibiscus Circle<br>West Palm Beach, Florida 33409 | Morgan & Morgan | ECF No. 48 |
| 190 | Roque, Giovanni and Bertha | 16704 84th Court North<br>Loxahatchee, FL 33470 | Parker Waichman Alonso, LLP | ECF No. 48 |
| 191 | Rovira, Racquel and Navarro, Carlos | 8165 W. 36th Avenue #4Hialeah, FL 33018 | Allison Grant, P.A.Baron & Budd, P.C.Alters Boldt Brown Rash & Culmo | ECF No. 48 |
| 192 | Sakalauskas, Alberto and Laura | 3142 SW Main Street<br>Port St. Lucie, Florida 34988 | Parker Waichman Alonso, LLP | ECF No. 48 |
| 193 | Salvador, Gina and Guzman, Bertilia | 12421 SW 50 Court #333<br>Miramar, FL 33027 | Baron & Budd, P.C. | ECF No. 48 |
| 194 | Sanon, Enock and Marie | 4303 17th Street<br>Lehigh Acres, Florida 33976 | Morgan & Morgan | ECF No. 48 |
| 195 | Santiago, Angel and Yvette (f/n/a Santiago, Angel and Shawn) | 4018 NW 12th Street<br>Cape Coral, FL 33993 | Parker Waichman Alonso, LLP | ECF No. 81 |
| 196 | Santiago, Angelica | 12955 SW 134 Terrace<br>Miami, FL 33186 | Baron & Budd, P.C. | ECF No. 48 |
| 197 | Savoury, Hugh and Lorraine | 4401 SW Jaunt Road<br>Port St. Lucie, Florida 34953 | Morgan & Morgan | ECF No. 48 |
| 198 | Semyon Lumar Trust | 11825 Bayport Ln. #504<br>Ft. Myers, Florida 33908 | Parker Waichman Alonso, LLP | ECF No. 48 |
| 199 | Serrano, Irene and Pouncey, Kenneth | 318 Roe de NeudorfL-2222<br>Port St. Lucie, FL 34985 | Allison Grant, P.A.Baron & Budd, P.C.Alters Boldt Brown Rash & Culmo | ECF No. 48 |
| 200 | Shafer, Sam and Mary | 206 Shadroe Cove Circle, Unit 206<br>Cape Coral, FL 33991 | Allison Grant, P.A.Baron & Budd, P.C.Alters Boldt Brown Rash & Culmo | ECF No. 48 |
| 201 | Sheridan Beach Club Condominium Number Three, Inc. | 529 E. Sheridan Street, Unit 303<br>Dania Beach, FL 33004 | Allison Grant, P.A.Baron & Budd, P.C.Alters Boldt Brown Rash & Culmo | ECF No. 48 |
| 202 | Sitaras, Mindy | 15948 Fish Hawk Creek<br>Lithia, Florida 33547 | Allison Grant, P.A.Baron & Budd, P.C.Alters Boldt Brown Rash & Culmo | ECF No. 48 |
| 203 | Soldavini-Clapper, Brigid | 3850 Lansing Loop #102<br>Estero, FL 33180 | Morgan & Morgan | ECF No. 48 |
| 204 | Soldavini-Clapper, Brigid | 40 3rd Avenue South<br>Naples, Florida 34102 | Morgan & Morgan | ECF No. 48 |
| 205 | Spiga, Santurnino | 8617 Via Rapallo Drive #37-203<br>Estero, Florida 33928 | Allison Grant, P.A.Baron & Budd, P.C.Alters Boldt Brown Rash & Culmo | ECF No. 48 |

| # | Plaintiff | Address of Subject Property | Attorney | S.D. Fla. ECF No. |
|---|---|---|---|---|
| 206 | Spotts, Russell | 194 Shadroe Circle, Unit 601<br>Cape Coral, FL 33991 | Allison Grant, P.A.Baron & Budd, P.C.Alters Boldt Brown Rash & Culmo | ECF No. 48 |
| 207 | St. Fort, Eddy and Barosy, Regine | 3006 Juniper Lane<br>Davie, FL 33330 | Allison Grant, P.A.Baron & Budd, P.C.Alters Boldt Brown Rash & Culmo | ECF No. 48 |
| 208 | St. John, Kelvin and Laura | 8717 Pegasus Drive<br>Lehigh Acres, Florida 33971 | Morgan & Morgan | ECF No. 48 |
| 209 | Strulovic, Daniel | 240 West End Drive #623<br>Punta Gorda, FL 33950 | Allison Grant, P.A.Baron & Budd, P.C.Alters Boldt Brown Rash & Culmo | ECF No. 48 |
| 210 | Suarez, Eduardo and Mercedes | 14113 Stilton Street<br>Tampa, FL 33626 | Levin, Papantonio, Thomas, Mitchell Echsner & Proctor, P.A. | ECF No. 48 |
| 211 | Suarez, Humberto | 208 SE 6th Street<br>Cape Coral, FL 33990 | Roberts & Durkee PAMilstein Adelman LLP | ECF No. 81 |
| 212 | Sutton, Stuart | 809 Nick Bay Place<br>Tampa, FL 33637 | Parker Waichman Alonso, LLP | ECF No. 48 |
| 213 | Swan, Christiana and Harwick, Michael | 14125 Stowbridge Avenue<br>Tampa, Florida 33626 | Levin, Papantonio, Thomas, Mitchell Echsner & Proctor, P.A. | ECF No. 81 |
| 214 | Teixeira, Peter and Janet | 8809 Cobblestone Point Circle<br>Boynton Beach, Florida 33472 | Baron & Budd, P.C. | ECF No. 48 |
| 215 | Tepedino, Antonio | 240 West End Drive #213<br>Punta Gorda, FL 33950 | Allison Grant, P.A.Baron & Budd, P.C.Alters Boldt Brown Rash & Culmo | ECF No. 48 |
| 216 | The Sanctuary at Blue Heron, Inc. (Contact: Dave Raftis) | 8217 Sanctuary Drive #1<br>Naples, FL 34104<br>8217 Sanctuary Drive #2<br>Naples, FL 34104<br>8220 Sanctuary Drive #1<br>Naples, FL 34104<br>8221 Sanctuary Drive #1<br>Naples, FL 34104<br>8221 Sanctuary Drive #2<br>Naples, FL 34104<br>8224 Sanctuary Drive #1<br>Naples, FL 34104 | Colson, Hicks, EidsonLevin, Fishbein, Sedran & BermanHausfeld LLPLaw Offices of Richard J. Serpe | ECF No. 75 |
| 217 | Thompson, Edith | 2437 NW 9th Street<br>Cape Coral, Florida 33993 | Morgan & Morgan | ECF No. 48 |
| 218 | Tiede, Heather and Melyssa | 5249 Butte Street<br>Lehigh Acres, FL 33971 | Morgan & Morgan | ECF No. 48 |
| 219 | Tigers Eye Enterprises, LLC c/o Whittington, Richard | 900 E. Marion Avenue, Unit 1204<br>Punta Gorda, FL 33950 | Allison Grant, P.A.Baron & Budd, P.C.Alters Boldt Brown Rash & Culmo | ECF No. 48 |
| 220 | Tyree, Crawford and Thilberg-Tyree, Charlotte | 3550 Lansing Loop, Unit #202<br>Estero, FL 33928 | Parker Waichman Alonso, LLP | ECF No. 48 |
| 221 | Vaiden, Janet | 1442 Hillview Lane<br>Tarpon Springs, Florida 34689 | Parker Waichman Alonso, LLP | ECF No. 48 |
| 222 | Valentine, David and Donna | 3467 Mestre Place<br>North Venice, Florida 34275 | Krupnick Campbell Malone | ECF No. 48 |
| 223 | Vargas, Odilio | 1690 Renaissance Commons Blvd., Unit 1424<br>Boynton Beach, Florida 33426 | Whitfield, Bryson & Mason, LLP | ECF No. 81 |
| 224 | Venetian Village of Brevard Condo Association, Inc. | 1045 Venetian Drive, Unit 103<br>Melbourne, FL 32904 | Parker Waichman Alonso, LLP | ECF No. 48 |
| 225 | Venetian Village of Brevard Condo Association, Inc. | 1045 Venetian Drive, Unit 105<br>Melbourne, FL 32904 | Parker Waichman Alonso, LLP | ECF No. 48 |

*In re Chinese Drywall*, MDL No. 2047
**Exhibit B- List of FL Claims to Voluntarily Dismiss from MDL Docket**

| # | Plaintiff | Address of Subject Property | Attorney | S.D. Fla. ECF No. |
|---|---|---|---|---|
| 226 | Verderame, Frances | 1690 Renaissance Commons Blvd., Unit 1219<br>Boynton Beach, Florida 33426 | Whitfield, Bryson & Mason, LLP | ECF No. 81 |
| 227 | Vigar, Sana and Bashir, Naveed | 17803 SW 147 Street<br>Miramar, FL 33029 | Allison Grant, P.A.Baron & Budd, P.C.Alters Boldt Brown Rash & Culmo | ECF No. 48 |
| 228 | Villavicencio, Carlos and DeLaCruz-Oller, Nelida | 8025 W 36th Avenue, Apt. 5<br>Hialeah, FL 33018 | Allison Grant, P.A.Baron & Budd, P.C.Alters Boldt Brown Rash & Culmo | ECF No. 48 |
| 229 | Vollmar, Frank and Elizabeth | 1810 SW 47th Terrace<br>Cape Coral, FL 33914 | Morgan & Morgan | ECF No. 48 |
| 230 | Voskressensky, Andre and Goldstein, Janet | 8627 Cobblestone Point Circle<br>Boynton Beach, FL 33427 | Baron & Budd, P.C. | ECF No. 81 |
| 231 | Walker, Andrew and Cathy | 7460 Bridgeview Drive<br>Wesley, Florida 33545 | Allison Grant, P.A.Baron & Budd, P.C.Alters Boldt Brown Rash & Culmo | ECF No. 81 |
| 232 | Walton, William | 119 Whispering Oaks Circle<br>St. Augustine, FL 32080 | Parker Waichman Alonso, LLP | ECF No. 48 |
| 233 | Wanadoo, LLC | 251 Seabreeze Court<br>Vero Beach, FL 32963 | Allison Grant, P.A. | ECF No. 48 |
| 234 | Warthen, Brian and Johnson, Stephanie | 4625 Hickory Stream Lane<br>Mulberry, FL 33860 | Parker Waichman Alonso, LLP | ECF No. 48 |
| 235 | Wasson, Paul | 1700 Chesapeake Drive<br>Odessa, Florida 33556 | Lucas, Green & Magazine | ECF No. 48 |
| 236 | Waters, Cart and Paulette | 1630 SW 4th Avenue<br>Cape Coral, FL 33991 | Morgan & Morgan | ECF No. 48 |
| 237 | Weekley, William and Charlotte | 6227 Clear Creek Road<br>Milton, Florida 32570 | Levin, Papantonio, Thomas, Mitchell Echsner & Proctor, P.A. | ECF No. 48 |
| 238 | Yarger, Rodney and Stacey | 1409 Northeast 9th Place<br>Cape Coral, FL 33909 | Parker Waichman Alonso, LLP | ECF No. 48 |
| 239 | Yonis, Robert and Robin | 8062 NW 125th Terrace<br>Parkland, FL 33076 | Baron & Budd, P.C. | ECF No. 48 |
| 240 | Younes, Deborah | 1145 NE Forrest Avenue<br>Arcadia, FL 34266 | Parker Waichman Alonso, LLP | ECF No. 48 |
| 241 | Zarroff, Brett and Lichi, Perla | 1565 N. Park Drive<br>Weston, FL 33326 | Allison Grant, P.A. | ECF No. 48 |