MINUTE ENTRY
FALLON, J.
OCTOBER 26, 2018

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE:  CHINESE-MANUFACTURED DRYWALL** | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | |
| | * | **CIVIL ACTION** |
| | * | |
| | * | **MDL NO. 2047** |
| | * | |
| | * | **SECTION L (5)** |
| **THIS DOCUMENT RELATES TO:** | * | |
| *Elizabeth Bennett, et al. v. Gebr. Knauf* | * | |
| *Verwaltungsgesellschaft, KG, et al.*, No. 14-2722 | * | |

## MINUTE ENTRY

A status conference was held on this date in the Chambers of the Honorable Eldon E.

Fallon. James Doyle participated on behalf of Plaintiffs. Kerry Miller and Daniel Dysart

participated on behalf of the Knauf Defendants. Leonard Davis participated on behalf of the

Plaintiffs' Steering Committee. The parties discussed the status of the case.

**IT IS ORDERED** that Plaintiffs respond to Defendants' proposed case management order

and proposed Plaintiff fact sheet by no later than **Monday, November 5, 2018 at 5:00 p.m.**

**IT IS FURTHER ORDERED** that the parties meet and confer by no later than

**Monday, November 5, 2018** to establish a final list of Plaintiffs and Defendants.

**IT IS FURTHER ORDERED** that the parties participate in a telephone status

conference on **Thursday, November 8, 2018 at 11:00 a.m.** The Court will initiate the call.

JS10(00:38)