UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>All Cases | SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

MOTION FOR LEAVE TO FILE
THE ENTIRE FEE COMMITTEE'S RESPONSE TO MOTION FOR
RECONSIDERATION OF COURT'S ORDER ADOPTING SPECIAL
MASTERS' WRITTEN REASONS CONCERNING REQUEST
<u>FOR DISCOVERY UNDER SEAL, IN ITS ENTIRETY</u>

NOW COME the Fee Committee who respectfully submits that on October 17, 2018, Parker Waichman, LLP and Baron & Budd, P.C. filed a Motion for Reconsideration of Court's Order Adopting Special Master's Written Reasons Concerning Requests for Discovery [Rec. Doc. 21860]. The EntireFee Committee's Response to Motion for Reconsideration of Court's Order Adopting Special Master's Written Reasons Concerning Requests for Discovery, including Exhibits A through G ("FC Response"), contains information that is confidential and the FC Response should be filed UNDER SEAL in its entirety.

1

WHEREFORE, movers pray that this motion be GRANTED and that The Entire Fee Committee's Response to Motion for Reconsideration of Court's Order Adopting Special Master's Written Reasons Concerning Requests for Discovery (including Exhibits A through G), should be filed and filed UNDER SEAL in its entirety.

Dated:  October 29, 2018                    Respectfully submitted,

By: */s/ Russ M. Herman*
Russ M. Herman (La Bar No. 6819) (on the brief)
Leonard A. Davis (La Bar No. 14190) (on the brief)
Stephen J. Herman (La Bar No. 23129)(on the brief)
Charles M. King (La Bar No. 34621) (on the brief)
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
RHerman@hhklawfim.com
*Plaintiffs' Liaison Counsel MDL 2047*
*Fee Committee Co-Chair/Secretary*

Arnold Levin (on the brief)
Fred S. Longer (on the brief)
Sandra L. Duggan (on the brief)
LEVIN SEDRAN & BERMAN LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*
*Fee Committee Chair*

# ADDITIONAL FEE COMMITTEE MEMBERS

Dawn M. Barrios
BARRIOS, KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Christopher A. Seeger
SEEGER WEISS, LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ  07660
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Michael J. Ryan
KRUPNICK CAMPBELL MALONE, et al
700 S.E. Third Avenue, Suite 100
Fort Lauderdale, FL 33316-1186
Phone: (954) 763-8181
Fax: (954) 763-8292
mryan@krupnicklaw.com

Gerald E. Meunier
GAINSBURGH, BENJAMIN, DAVID, MEUNIER
 & WARSHAUER, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Richard J. Serpe
LAW OFFICES OF RICHARD J. SERPE
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, which will serve a notice of the uploading in accordance with the procedures established in MDL 2047, on this 29th day of October, 2018.

<u>*/s/ Leonard A. Davis*</u>
Leonard A. Davis
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
Plaintiffs' Liaison Counsel
MDL 2047

*Co-Counsel for Plaintiffs*