UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>All Cases | SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**O R D E R**

Considering the Motion for Leave to File The Entire Fee Committee's Response to Motion for Reconsideration of Court's Order Adopting Special Masters' Written Reasons Concerning Request for Discovery Under Seal, In Its Entirety;

IT IS ORDERED BY THE COURT that the motion be and is hereby GRANTED and The Entire Fee Committee's Response to Motion for Reconsideration of Court's Order Adopting Special Master's Written Reasons Concerning Requests for Discovery (including Exhibits A through G), be and is hereby filed UNDER SEAL in its entirety.

New Orleans, Louisiana, this ___ day of _____, 2018.

_____
Eldon E. Fallon
United States District Court Judge