**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO:<br><br>All Cases | SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THE ENTIRE FEE COMMITTEE'S RESPONSE TO MOTION FOR RECONSIDERATION OF COURT'S ORDER ADOPTING SPECIAL <u>MASTERS' WRITTEN REASONS CONCERNING REQUEST FOR DISCOVERY</u>**

# FILED UNDER SEAL IN ITS ENTIRETY