# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | x x x x x x x x | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT APPLIES TO ALL CASES | | |

## AMENDED NOTICE OF ORAL AND VIDEOTAPED DEPOSITION
## OF PLAINTIFF, BRENDA OWENS

TO:   ALL COUNSEL

**PLEASE TAKE NOTICE** that the Plaintiffs Steering Committee ("PSC") in the MDL, will take the oral and/or videotaped deposition of Plaintiff, **Brenda Owens**, on Tuesday, **November 13, 2018,** beginning at **10:00 o'clock a.m. CT** at **Pittman, Dutton & Hellums, P.C., 2001 Park Pl., #1100, Birmingham, AL  35203,** or at another location mutually agreed upon by the parties.

| | |
|---|---|
| Primary Examiner: | Steve Mullins, Esq. and/or a member of the PSC or its designee |
| Videotaped Deposition: | Yes |

The deposition will be taken before a person authorized by law to administer oaths, pursuant to Fed. R. Civ. P. 28, and will continue from day-to-day, excluding Sundays and court-recognized holidays, until the examination is completed.

You are invited to attend and examine the witness if you so desire.

The PSC reserves the right to record the deposition stenographically, as well as by videotape, audiotape, and live note, and it will be transcribed. The deposition is being taken for trial purposes (to be used in lieu of live testimony), discovery and for all other purposes as are permitted under the Federal Rules of Civil Procedure.

Pursuant to directives provided at the status conference on May 27, 2010, a brief explanation of the subject matter expected at this deposition is as follows. This brief explanation is with full reservation of all rights by the noticing party and is not intended to limit in any way the scope of the deposition noticed herein. Counsel should be aware that all matters may be discovered in the deposition beyond the following and that the following explanation is made solely in accordance with the directives provided at the status conference. This is a case specific Plaintiff deposition.

Dated: November 1, 2018                    Respectfully Submitted,

By: /s/ Leonard A. Davis
Russ M. Herman (La Bar No. 6819)
Leonard A. Davis (La Bar No. 14190)
Stephen J. Herman (La Bar No. 23129)
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfim.com
*Plaintiffs' Liaison Counsel MDL 2047*

        Arnold Levin
        Fred S. Longer
        Sandra L. Duggan
        Levin Sedran & Berman LLP
        510 Walnut Street, Suite 500
        Philadelphia, PA 19106
        Phone: (215) 592-1500
        Fax: (215) 592-4663
        alevin@lfsblaw.com
        *Plaintiffs' Lead Counsel MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

| | |
|---|---|
| Dawn M. Barrios<br>Barrios, Kingsdorf & Casteix, LLP<br>701 Poydras Street, Suite 3650<br>New Orleans, LA 70139<br>Phone: (504) 524-3300<br>Fax: (504) 524-3313<br>Barrios@bkc-law.com | Salvadore Christina, Jr.<br>Becnel Law Firm, LLC<br>425 W. Airline Highway, Suite B<br>Laplace, LA 70068<br>Phone: (985) 536-1186<br>Fax: (985) 536-6445<br>schristina@becnellaw.com |
| Robert M. Becnel,<br>Law Office of Robert M. Becnel<br>425 W. Airline Highway, Suite B<br>Laplace, LA 70068<br>Phone: (985) 359-6101<br>Fax: (985) 651-6101<br>robbecnel@aol.com | Peter Prieto<br>Podhurst Orseck, PA<br>25 Flagler Street, 8th Floor<br>Miami, FL 33130<br>Phone: (305) 358-2800<br>Fax: (305) 358-2382<br>pprieto@podhurst.com |
| Gerald E. Meunier<br>Gainsburgh, Benjamin, David,<br>Meunier & Warshauer, LLC<br>2800 Energy Centre<br>1100 Poydras Street<br>New Orleans, LA 70163-2800<br>Phone:  (504) 522-2304<br>Fax:  (504) 528-9973<br>gmeunier@gainsben.com | Bruce William Steckler<br>Steckler Gresham Cochran<br>12720 Hillcrest Road, Suite 1045<br>Dallas, TX 75230<br>Phone: (972) 387-4040<br>Fax: (972) 387-4041<br>bruce@stecklerlaw.com |

| | |
|---|---|
| Patrick Montoya<br>Colson, Hicks, Eidson<br>255 Alhambra Circle, Penthouse<br>Coral Gables, FL 33134<br>Phone: (305) 476-7400<br>Fax: (305) 476-7444<br>patrick@colson.com | Christopher A. Seeger<br>Seeger Weiss, LLP<br>55 Challenger Road, 6th Floor<br>Ridgefield Park, NJ 07660<br>Phone: (212) 584-0700<br>Fax: (212) 584-0799<br>cseeger@seegerweiss.com |
| Ben W. Gordon, Jr.<br>Levin, Papantonio, Thomas, Mitchell<br>Echsner & Proctor, PA<br>316 S. Baylen Street, Suite 600<br>Pensacola, FL 32502<br>Phone: (850) 435-7000<br>Fax: (850) 435-7020<br>bgordon@levinlaw.com | Daniel K. Bryson<br>Whitfield, Bryson & Mason, LLP<br>900 W. Morgan Street<br>Raleigh, NC 27603<br>Phone: (919) 600-5000<br>Fax: (919) 600-5002<br>dan@wbmllp.com |
| Hugh P. Lambert<br>The Lambert Firm<br>701 Magazine Street<br>New Orleans, LA 70130<br>Phone: (504) 581-1750<br>Fax: (504) 529-2931<br>hlambert@thelambertfirm.com | Richard J. Serpe<br>Law Offices of Richard J. Serpe<br>Crown Center, Suite 310<br>580 East Main Street<br>Norfolk, VA 23510-2322<br>Phone: (757) 233-0009<br>Fax: (757) 233-0455<br>rserpe@serpefirm.com |
| Pete Albanis<br>Morgan & Morgan<br>12800 University Drive, Suite 600<br>Ft. Myers, FL 33907<br>Phone: (239) 433-6880<br>Fax: (239) 433-6836<br>palbanis@forthepeople.com | Victor M. Diaz, Jr.<br>V.M. Diaz and Partners, LLC<br>119 Washington Ave., Suite 402<br>Miami Beach, FL 33139<br>Phone: (305) 704-3200<br>Fax: (305) 538-4928<br>victor@diazpartners.com |
| James R. Reeves, Jr.<br>Reeves & Mestayer, PLLC<br>160 Main Street<br>Biloxi, MS 39530<br>Phone: (228) 374-5151<br>Fax: (228) 374-6630<br>jrr@rmlawcall.com | Anthony D. Irpino<br>IRPINO AVIN HAWKINS LAW FIRM<br>2216 Magazine Street<br>New Orleans, LA 70130<br>Phone: (504) 525-1500<br>Fax: (504) 525-1501<br>airpino@irpinolaw.com |

OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W., Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 1st day of November, 2018.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com

*Plaintiffs' Liaison Counsel MDL 2047*