**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>**ALL ACTIONS** | **MDL No. 2:09-md-2047**<br><br>**SECTION L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |

**PROPOSED ORDER SETTING BRIEFING SCHEDULE**

Considering the foregoing *Joint Motion to Set Briefing Schedule*:

**IT IS HEREBY ORDERED** that the October 24, 2018 Order (Rec. Doc. 21881) is

**VACATED.**

**IT IS FURTHER ORDERED** that the parties will submit briefing on the PSC's October

9, 2018 Motion to Remove Confidentiality Designations (Rec. Doc. 21830):

> December 7, 2018 – Responses from Defendants to the Motion
>
> December 14, 2018 – PSC's Reply to the Motion
>
> December 20, 2018 – Oral argument following Status Conference

New Orleans, Louisiana, this  1st  day of November, 2018.


_____

Eldon E. Fallon
United States District Judge