UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Amorin, et al. v. Taishan Gypsum Co., Ltd.*, et al, Case No. 11-cv-1395 (E.D. La.) | MDL No. 2:09-md-2047<br><br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**ORDER SETTING LOUISIANA AMORIN DISCOVERY SCHEDULE**

Considering the foregoing *Joint Motion to Set Louisiana Amorin Discovery Plan*:

**IT IS HEREBY ORDERED** that:

1. The Court **ADOPTS** the parties' Louisiana Amorin Discovery Plan ("Discovery Plan") attached hereto as Exhibit A;

2. The parties shall adhere to the Discovery Plan unless they mutually consent to amending the same; and,

3. The parties shall promptly file notice with the Court advising of any amendments to the Discovery Plan.

New Orleans, Louisiana, this  1st  day of  November , 2018.

_____
Eldon E. Fallon
United States District Judge