# EXHIBIT A

**Discovery Plan For Selected Louisiana Claims from the *Amorin* Class[1]**

**November 12, 2018** – Plaintiffs to identify 20 Louisiana select class claims ("Plaintiffs' select class claims") to Defendants via filing of Notice of Selection of Class Claims

- *November 26, 2018* – Plaintiffs to produce to Defendants via the BrownGreer Chinese Drywall portal supplemental claim documentation for Plaintiffs' select class claims, including:
  - Any additional documents required by but not produced with SPPF, or a declaration that no additional documents supporting their claims exist
  - All documents related in any way to alleged symptoms, diagnosis, and/or treatment of any medical condition that is claimed to have been caused or aggravated by Chinese Drywall
  - If a property rented to any tenants or persons other than claimant, all rental agreements, leases, contracts, and other documents related to the rental of the Property
  - If claimant is a corporate entity, all business organization documents including but not limited to articles of incorporation, membership agreements, bylaws, and certificate of organization
- *November 26, 2018* – Plaintiffs to produce to Defendants a list of fact witnesses it may or will call at trial for Plaintiffs' 20 select class claims
- *November 27 – December 3, 2018* – Parties to meet and confer regarding document production deficiencies (if any)
- *December 3, 2018* – Defendants to produce to Plaintiffs a list of fact witnesses it may or will call at trial for Plaintiffs' 20 select class claims
- *December 3 – December 11, 2018* – Parties to file discovery motions if needed

**December 12, 2018** – Defendants to identify 20 Louisiana select class claims ("Defendants' select class claims") to Plaintiffs via filing of Notice of Selection of Class Claims

- *January 4, 2019* – Plaintiffs to produce to Defendants via the BrownGreer Chinese Drywall portal supplemental claim documentation for Defendants' select class claims, including:
  - Any additional documents required by but not produced with SPPF, or a declaration that no additional documents supporting their claims exist
  - All documents related in any way to alleged symptoms, diagnosis, and/or treatment of any medical condition that is claimed to have been caused or aggravated by Chinese Drywall
  - If a property rented to any tenants or persons other than claimant, all rental agreements, leases, contracts, and other documents related to the rental of the Property
  - If claimant is a corporate entity, all business organization documents including but not limited to articles of incorporation, membership agreements, bylaws, and certificate of organization

---

[1] Bolded deadlines previously established by Court (R. Doc. No. 21847)

- *December 17, 2019* – Defendant Taishan to identify corporate representative deponent on topic of Product ID
- *December 28, 2018* – Plaintiffs to produce to Defendants a list of fact witnesses it may or will call at trial for Defendants' 20 select class claims
- *December 29, 2018 – January 7, 2019* – Parties to meet and confer regarding document production deficiencies (if any)
- *January 8, 2019* – Defendants to produce to Plaintiffs a list of fact witnesses it may or will call at trial for Defendants' 20 select class claims
- *January 8, 2019 – January 15, 2019* – Parties to file discovery motions if needed
- *January 16, 2019 – April 12, 2019* – Depositions of claimants, fact witnesses and Taishan corporate representative

**April 12, 2019** – Close of Fact Discovery

*April 12, 2019 – June 27, 2019* – Expert Discovery:
- *May 16, 2019* – Plaintiffs must furnish expert witness lists to the Defendants, along with the summaries/reports required by Fed. R. Civ. P. 26(a)(2), and only those expert witnesses shall be permitted to testify.
  - Within the fourteen-day period thereafter, Plaintiffs shall make their experts available for depositions to Defendants.
- *June 12, 2019* – Defendants must furnish expert witness lists to the Plaintiffs, along with the summaries/reports required by Fed. R. Civ. P. 26(a)(2), and only those expert witnesses shall be permitted to testify.
  - Within the fourteen-day period thereafter, Defendants shall make their experts available for depositions to Plaintiffs.

June 27, 2019 – Close of Expert Discovery