# 证明书
CERTIFICATE
*ATTESTATION*

**根据公约第六条，签署本证明书的机关荣幸地证明，**

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

2017– SXS –1253

☒ **1. 文书已予送达***
that the document has been served *
*que la demande a été exécutée**

| | |
|---|---|
| **— 日期:**<br>the (date) / *le (date)* : | Mar. 7, 2018 |
| **— 地点（城镇、街、号）：**<br>at (place, street, number) / *à (localité, rue, numéro)* : | The First Intermediate People's Court of Tianjin City |

| | | |
|---|---|---|
| | | **— 采用的第五条所规定的送达方法为:**<br>in one of the following methods authorised by Article 5:<br>*dans une des formes suivantes prévues à l'article 5* : |
| ☒ | *a)* | **依公约第五条第一款第（一）项的规定。***<br>in accordance with the provisions of sub-paragraph *a)* of the first paragraph of Article 5 of the Convention*<br>*selon les formes légales (article 5, alinéa premier, lettre a)**<br>Delivered properly |
| ☐ | *b)* | **依下述特定方法***<br>in accordance with the following particular method*:<br>*selon la forme particulière suivante** :<br>—— |
| ☐ | *c)* | **交付给自愿接受的收件人。***<br>by delivery to the addressee, if he accepts it voluntarily*<br>*par remise simple** |

**请求书中所列文书已交付给:**
The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à* :

| | |
|---|---|
| **收件人身份和说明:**<br>Identity and description of person:<br>*Identité et qualité de la personne* : | LI Yunting |
| **与受送达人的关系（家庭、业务及其他）：**<br>Relationship to the addressee (family, business or other):<br>Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | Not mentioned |

☐ **2. 由于下列事实文书未能送达：***
that the document has not been served, by reason of the following facts*:
*que la demande n'a pas été exécutée, en raison des faits suivants** :

——

☐ **按照公约第十二条第二款，请申请者支付或补偿后附说明中开列的费用。***
In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint**.

***附：***
Annexes / *Annexes*

| | |
|---|---|
| **退还的文书:**<br>Documents returned:<br>*Pièces renvoyées* : | —— |
| **适当时，确认送达的文书:**<br>In appropriate cases, documents establishing the service:<br>*Le cas échéant, les documents justificatifs de l'exécution* : | —— |

*适当时
if appropriate / *s'il y a lieu*

| | |
|---|---|
| 制于（地点）Beijing<br>Done at / *Fait à*<br><br>日期 Sep. 28, 2018<br>the / *le* | 签名和（或）盖章<br>Signature and/or stamp / *Signature et / ou cachet*<br>——<br>司 法 部<br>民商事司法协助专用章 |

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

Convention on the service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

$17-5x-1253$

| Identity and address of the applicant | Address of receiving authority |
|---|---|
| **Rick Hamilton**<br>**633 Yesler Way**<br>**Seattle, WA 98104**<br>**United States of America**<br><br>Authorized applicant pursuant to public law 97-351 of Feb. 26, 1983<br>which amended rule 4(c) 2(a) Federal Rules of Civil Procedure | **MINISTRY OF JUSTICE, BUREAU OF INTERNATIONAL JUDICIAL ASSISTANCE NO. 6, CHAOYANGMEN NANDAJIE BEJING 100020, CHINA** |

The undersigned applicant has the honour to transmit-in-duplicate the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.;

(identity and address)

**KNAUF PLASTERBOARD TIANJIN CO., LTD**
**NORTH YINHE BRIDGE**
**EAST JINGJIN ROAD**
**BEICHEN DISTRICT**
**RC-300400 TIANJIN**
**CHINA**
DOB:                   Phone:

[X] (a) in accordance with the provisons of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*

[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5):*

_____

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of aticle 5).*

The authority is requested to return or to have returned to the applicant a copy of the documents – and of the annexes* – with a certificate as provided on the reverse side.

Hearing Date:

List of Documents:
    **SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT**

Done at Seattle, Washington USA, on Oct 2 2017

Signature and/or stamp





USM-94 (Est. 11/22/77)
(Formerly OBD-116, which was formally LAA-116, both of which may still be used)
* Delete if inappropriate

# 天津市第一中级人民法院

# 送 达 回 证

| 案　　由 | 侵权责任纠纷 | 案号 | (2018)津01 协外送 1 号 |
|---|---|---|---|
| 送达文书名称和件数 | 1、被送达文的概要 2、其他文书各壹份 | | |
| 受送达人 | KNAUF PLASTERBOARD TIANJIN. Co. LTD | | |
| 送达地址 | 本院 | | |
| 受送达人签名或盖章 | 李生廷　2018 年 3 月 7 日 | | |
| 代收人及代收理由 | 年　月　日 | | |
| 备　　考 | | | |

填发人 何巍/智　　　　　　　　　　　　送达人 何巍/智 黄俊杰

注：①送达诉讼文书，按照刑事诉讼法、民事诉讼法、行政诉讼法及相关司法解释的规定办理。

②代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理由。

③根据最高人民法院的规定，生效的裁判文书（调解书除外）应当在互联网上公布。当事人有正当理由申请不公布的，应当最迟于裁判文书送达后三日内，向我院提出书面申请。