# LOCAL REGISTRAR'S CERTIFICATION OF DEATH

**WARNING:** It is illegal to duplicate this copy by photostat or photograph.

Fee for this certificate, $6.00



**P 23336656**
Certification Number

This is to certify that the information here given is correctly copied from an original Certificate of Death duly filed with me as Local Registrar. The original certificate will be forwarded to the State Vital Records Office for permanent filing.

Local Registrar    OCT 25 2016    Date Issued

## COMMONWEALTH OF PENNSYLVANIA • DEPARTMENT OF HEALTH • VITAL RECORDS
### CERTIFICATE OF DEATH

1. Decedent's Legal Name: Timothy C. Hoffman
2. Sex: Male
4. Date of Death: October 18, 2016
5a. Age: 56
6. Date of Birth: 1960
7a. Birthplace: Baltimore, MD
7b. Birthplace (County): Baltimore
8a. Residence (State): Pennsylvania
8b. Residence (County): York
8c. Residence (Street): 7 Heritage Farm Dr.
8e. Residence (Zip): 17349
8f. Did Decedent Live in a Township: Yes — Shrewsbury
10. Marital Status: Divorced
12. Father's Name: Walter K. Hoffman, Sr.
13. Mother's Name: Ruth U. Carr
14a. Informant's Name: Christina M. West
14b. Relationship: Daughter
14c. Informant's Mailing Address: 7 Heritage Farm Dr., New Freedom, PA 17349
15. Place of Death: Inpatient
15b. Facility Name: York Hospital
15c. City: York, PA 17403
15d. County: York
16a. Method of Disposition: Burial
16b. Date: October 20, 2016
16c. Place of Disposition: Gardens of Faith
16d. Location: Baltimore, MD 21206
17b. License Number: FD013244L
17c. Funeral Facility: John W. Keffer Funeral Home & Crematory, Inc. 902 Mt. Rose Ave. York, PA 17403
21. Race: White
22a. Usual Occupation: Steel Worker
22b. Kind of Business/Industry: Construction
23a. Date Pronounced Dead: October 18, 2016
23c. License Number: OJ015881
24a. Date Signed: October 18, 2016
24b. Time of Death: 7:39 pm

### CAUSE OF DEATH
a. IMMEDIATE CAUSE: Subdural hemorrhage
b. Due to: Aortic valve disease

27. Autopsy performed: Yes
31. Manner of Death: Natural

39a. Title of certifier: Pathologist
License Number: MD432596
39b. Name: Matthew Geary, 100 S. George St., York, PA 17403
39c. Date Signed: October 25, 2016
40. Registrar's District Number: 67-625
42. Registrar's File Date: Oct 25, 2016