## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Elizabeth Bennett, et al. v. Knauf Gips, KG, et al.*<br>2:14-cv-02722-EEF-JCW | JUDGE ELDON FALLON<br><br>MAG. JUDGE WILKINSON |

### PLAINTIFFS' UNOPPOSED MOTION
### TO VOLUNTARILY DISMISS CERTAIN CLAIMS

COME NOW Plaintiffs, by and through the undersigned counsel of record, pursuant to LR 7.1 and Federal Rule of Civil Procedure 41(a)(2), to voluntarily dismiss the claims of those Plaintiffs named in the above-captioned Complaint who are identified in the Chart attached hereto as "Exhibit A." Counsel for Defendants have consented to the relief requested in this motion. Pursuant to the parties' agreement, each party is to bear its own attorneys' fees and costs.

As this is an unopposed motion, LR 7.4 requires no accompanying memorandum and LR 7.3 requires no submission date. However, LR 7.3 requires this motion to be accompanied by a proposed order. Plaintiffs have attached a proposed order for the court's consideration.

DATED: November 5, 2018.

            /s/ *James V. Doyle, Jr.*
            James V. Doyle, Jr.
            DOYLE LAW FIRM, PC
            2100 Southbridge Pkwy., Suite 650
            Birmingham, AL 35209
            Tele: 205-533-9500
            Fax: 844-638-5812
            jimmy@doylefirm.com
            *Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Plaintiffs' Unopposed Motion To Voluntarily Dismiss Certain Claims has been served on Plaintiffs' Liaision Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 5th day of November, 2018.

/s/ *James V. Doyle, Jr.*
James V. Doyle, Jr.
DOYLE LAW FIRM, PC