## *Bennett, et al. v. Knauf Gips, KG, et al.*, Case Number 14-2722
## Exhibit A – List of Claims to Voluntarily Dismiss

| # | Plaintiff | Address of Property |
|---|---|---|
| 1 | Jinxi Zhu | 16002 Innerarity Point Road, Pensacola, FL  32507 |
| 2 | Braulio Castillo & Maximo Sanchez | 357 SW Log Drive, Port St. Lucie, FL  34953 |
| 3 | Pasquale Russo | 9809 Boraso Way, Unit 105, Fort Myers, FL  33908 |
| 4 | Affinity Elite Development Corp. | 3970 Cherrybrook Loop, Fort Myers, FL  33966 |
| 5 | Affinity Elite Development Corp. | 16042 Via Solera Circle, Unit 102, Fort Myers, FL  33908 |
| 6 | Chilet Dejean | 1918 NE 5th Street, Boynton Beach, FL  33435 |
| 7 | Laura Butler | 4323 NW 31st Street, Cape Coral, FL  33993 |
| 8 | Luciano Bado | 26057 Coronation Drive, Denham Springs, LA  70726 |
| 9 | Paul J. Kleinmann | 1042 NE 40th Terrace, Cape Coral, FL  33909 |
| 10 | Dan Tavanese | 208 NE 23rd Place, Cape Coral, FL  33909 |
| 11 | John Fagan | 11126 Tahiti Street, Bay St. Louis, MS  39520 |
| 12 | Tony Turnbow | 22806 SW 89 Place, Miami, FL  33190 |
| 13 | Michael Chamberlin | 275 West Robert E. Lee Blvd., New Orleans, LA  70124 |