UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Elizabeth Bennett, et al. v. Knauf Gips, KG, et al.*<br>2:14-cv-02722-EEF-JCW | JUDGE ELDON FALLON<br><br>MAG. JUDGE WILKINSON |

## ORDER GRANTING PLAINTIFFS' UNOPPOSED
## MOTION TO VOLUNTARILY DISMISS CERTAIN CLAIMS

This matter is before the Court on Plaintiffs' Unopposed Motion To Voluntarily Dismiss the Claims of Plaintiffs identified on "Exhibit A" attached hereto (R. Doc. _____), filed November 5, 2018. The Court, having reviewed the Motion, hereby **ORDERS** and **ADJUDGES** as follows:

The Motion is **GRANTED**. Those Plaintiffs' claims identified on "Exhibit A" attached hereto shall be dismissed without prejudice. Each party is to bear its own attorneys' fees and costs. The Clerk of Court shall terminate the Plaintiffs named in "Exhibit A" from this case.

New Orleans, Louisiana, this _____ day of _____, 2018.

_____
Eldon E. Fallon
United States District Court Judge