UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Elizabeth Bennett, et al. v. Knauf Gips, KG, et al.*<br>2:14-cv-02722-EEF-JCW | JUDGE ELDON FALLON<br><br>MAG. JUDGE WILKINSON |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN PARTIES**

COME NOW Plaintiffs, by and through the undersigned counsel of record, pursuant to LR 7.1 and Federal Rule of Civil Procedure 41(a)(1)(A)(1), to provide this Court with notice of voluntary dismissal of the following defendants named in their Complaint:

- Knauf Do Brasil, Ltd.
- PT Knauf Gypsum Indonesia
- Knauf Plasterboard Wuhu Co., Ltd.
- Guangdong Knauf New Building Material Products Co., Ltd.

These parties were named, but have not yet served an answer or filed a motion for summary judgment. Rule 41(a)(1)(A)(1) allows for dismissal in this situation by notice to the court and no leave of court or court order is required.

DATED:  November 5, 2018.

/s/ *James V. Doyle, Jr.*
James V. Doyle, Jr.
DOYLE LAW FIRM, PC
2100 Southbridge Pkwy., Suite 650
Birmingham, AL 35209
Tele: 205-533-9500
Fax: 844-638-5812
jimmy@doylefirm.com
*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Plaintiffs' Notice of Voluntary Dismissal of Certain Parties has been served on Plaintiffs' Liaision Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 5th day of November, 2018.

/s/ *James V. Doyle, Jr.*
James V. Doyle, Jr.
DOYLE LAW FIRM, PC