# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Elizabeth Bennett, et al. v. Knauf Gips, KG, et al.*<br>2:14-cv-02722-EEF-JCW | JUDGE ELDON FALLON<br><br>MAG. JUDGE WILKINSON |

## ORDER GRANTING PLAINTIFFS' UNOPPOSED
## MOTION TO VOLUNTARILY DISMISS CERTAIN CLAIMS

This matter is before the Court on Plaintiffs' Unopposed Motion To Voluntarily Dismiss the Claims of Plaintiffs identified in "Exhibit A" attached hereto. The Court, having reviewed the Motion, hereby **ORDERS** and **ADJUDGES** as follows:

The Motion is **GRANTED**. Those Plaintiffs' claims identified on "Exhibit A" attached hereto shall be dismissed without prejudice. Each party is to bear its own attorneys' fees and costs. The Clerk of Court shall terminate the Plaintiffs named in "Exhibit A" from this case.

New Orleans, Louisiana, this   6th   day of           November          , 2018.

_____
Eldon E. Fallon
United States District Court Judge

## *Bennett, et al. v. Knauf Gips, KG, et al.*,  Case Number 14-2722
### Exhibit A – List of Claims to Voluntarily Dismiss

| # | Plaintiff | Address of Property |
|---|-----------|---------------------|
| 1 | Jinxi Zhu | 16002 Innerarity Point Road<br>Pensacola, FL  32507 |
| 2 | Braulio Castillo & Maximo Sanchez | 357 SW Log Drive<br>Port St. Lucie, FL  34953 |
| 3 | Pasquale Russo | 9809 Boraso Way, Unit 105<br>Fort Myers, FL  33908 |
| 4 | Affinity Elite Development Corp. | 3970 Cherrybrook Loop<br>Fort Myers, FL  33966 |
| 5 | Affinity Elite Development Corp. | 16042 Via Solera Circle, Unit 102<br>Fort Myers, FL  33908 |
| 6 | Chilet Dejean | 1918 NE 5th Street<br>Boynton Beach, FL  33435 |
| 7 | Laura Butler | 4323 NW 31st Street<br>Cape Coral, FL  33993 |
| 8 | Luciano Bado | 26057 Coronation Drive<br>Denham Springs, LA  70726 |
| 9 | Paul J. Kleinmann | 1042 NE 40th Terrace<br>Cape Coral, FL  33909 |
| 10 | Dan Tavanese | 208 NE 23rd Place<br>Cape Coral, FL  33909 |
| 11 | John Fagan | 11126 Tahiti Street<br>Bay St. Louis, MS  39520 |
| 12 | Tony Turnbow | 22806 SW 89 Place<br>Miami, FL  33190 |
| 13 | Michael Chamberlin | 275 West Robert E. Lee Blvd.<br>New Orleans, LA  70124 |