UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |
| THE MITCHELL COMPANY, INC. v. KNAUF GIPS, KG; et al. Case No. 09-cv-4115 | |

## ORDER

The parties have agreed on an extension of the discovery and briefing schedule regarding Builder Plaintiffs' Renewed Motion for Class Certification Against Taishan Gypsum Co., Ltd. (Rec. Doc. No. 20857). Accordingly,

**IT IS ORDERED** that the following schedule is hereby adopted:

- All discovery regarding class certification, including depositions, shall be completed by **December 14, 2018**.

- Taishan shall file its response to the Motion on or before **January 7, 2019**.

- Plaintiffs shall file their Reply on or before **January 18, 2019**.

New Orleans, Louisiana, this _____ day of November, 2018.

_____
ELDON E. FALLON
United States District Judge