UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>*Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, Case No. 11-cv-080 (E.D. La.)<br><br>*Almeroth, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, Case No. 12-cv-498 (E.D. La.)<br><br>*Amato, et al. v. Liberty Mutual Insurance Company*, Case No. 10-cv-932 (E.D. La.)<br><br>*Germano, et al. v. Taishan Gypsum Co., Ltd., et al.*, Case No. 09-cv-6687 (E.D. La.)<br><br>*Gross, et al. v. Knauf Gips, KG, et al.*, Case No. 09-cv-6690 (E.D. La.)<br><br>*Haya, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, Case No. 11-cv-1077 (E.D. La.)<br><br>*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*, Case No. 10-cv-361 (E.D. La.) | |

"Certification of Funds in the Registry"
PRINCIPAL: $672,699.66
Financial Deputy: MBR   Date: 11/08/18

# ORDER

The Clerk is authorized and directed to draw a check from the funds on deposit in the registry of this Court in the principal amount of $14,936.58 (with no interest earned), less the assessment fee for the administration of funds, payable to Plaintiffs' Liaison Counsel, Russ M. Herman, and mail or deliver the check to Russ M. Herman, Herman, Herman & Katz, LLC, 820 O'Keefe Avenue, New Orleans, Louisiana  70113.  Class Counsel must provide the tax identification number for the payee to the Clerk of Court.

New Orleans, Louisiana, this 8th day of November, 2018.

Eldon E. Fallon
United States District Court Judge

2