IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO:**<br><br>*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, **Case No. 2:11-cv-01395 (E.D. La.) (LA)** | |

## NOTICE OF SELECTION OF CLASS CLAIMS

NOW COMES the Plaintiffs' Steering Committee ("PSC"), who respectfully submits their twenty (20) Louisiana cases from the Amorin class Pursuant to the Court's order of October 12, 2018 (Rec. Doc. 21847) and subsequent Discovery Plan for Selected Louisiana Claims from the Amorin Class (Rec. Doc. No. 21897-1).

Dated: November 12, 2018

Respectfully Submitted,

By: /s/ Russ M. Herman
Russ M. Herman (La Bar No. 6819) (on the brief)
Leonard A. Davis (La Bar No. 14190) (on the brief)
Stephen J. Herman (La Bar No. 23129)(on the brief)
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
RHerman@hhklawfim.com
*Plaintiffs' Liaison Counsel MDL 2047*

Arnold Levin (on the brief)
Fred S. Longer (on the brief)
Sandra L. Duggan (on the brief)
Levin Sedran & Berman LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*

**PLAINTIFFS' STEERING COMMITTEE**

Dawn M. Barrios (on the brief)
Emma Kingsdorf Schwab (on the brief)
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Robert M. Becnel,
Law Office of Robert M. Becnel
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 359-6101
Fax: (985) 651-6101
robbecnel@aol.com

Salvadore Christina, Jr.
Becnel Law Firm, LLC
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 536-1186
Fax: (985) 536-6445
schristina@becnellaw.com

Peter Prieto
Podhurst Orseck, PA
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
pprieto@podhurst.com

Bruce William Steckler
Steckler Gesham Cochran
12720 Hillcrest Road, Suite 1045
Dallas, TX 75230
Phone: (972) 387-4040
Fax: (972) 387-4041
bruce@stecklerlaw.com

Patrick Montoya
Colson, Hicks, Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
patrick@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
Echsner & Proctor, PA
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
The Lambert Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com

Pete Albanis
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Myers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
palbanis@forthepeople.com

James R. Reeves, Jr.
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@rmlawcall.com

Christopher A. Seeger
Seeger Weiss, LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ  07660
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5002
dan@wbmllp.com

Richard J. Serpe
Law Offices of Richard J. Serpe
580 East Main Street, Suite 310
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Victor M. Diaz, Jr.
V.M. Diaz and Partners, LLC
119 Washington Ave., Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

Anthony D. Irpino
IRPINO AVIN HAWKINS LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

Gerald E. Meunier (on the brief)
Rachel M. Naquin (on the brief)
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2800
Phone:  (504) 522-2304
Fax:  (504) 528-9973
gmeunier@gainsben.com

3

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W., Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Notice of Selection has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 12th day of November, 2018.

    /s/ Russ M. Herman_____
    Russ M. Herman, Esquire (Bar No. 6819)
    Leonard A. Davis, Esquire (Bar No. 14190)
    Stephen J. Herman, Esquire (Bar No. 23129)
    HERMAN, HERMAN & KATZ, L.L.C.
    820 O'Keefe Avenue
    New Orleans, Louisiana 70113
    Phone: (504) 581-4892
    Fax: (504) 561-6024
    *Plaintiffs' Liaison Counsel*
    *MDL 2047*

**EXHIBIT A**

| # | Plaintiff(s) | Affected Property Address | Category of Damages (Included, but not limited to)[1] |
|---|---|---|---|
| 1 | Alonzo, Lana | 3205 Maureen Ln. Meraux, LA 70075 | Remediation Damages, Alternative Living Expenses, Other Economic Damages, Repair and/or Replacement of Property Damaged by Chinese Drywall, Non-Pecuniary Damages, and Attorney's Fees |
| 2 | Blue, John and Rachelle | 422 28th St. New Orleans, LA 70124 | Remediation Damages, Alternative Living Expenses, Other Economic Damages, Repair and/or Replacement of Property Damaged by Chinese Drywall, Non-Pecuniary Damages, and Attorney's Fees |
| 3 | Callia, Roger | 2329 Marietta Chalmette, LA 70043 | Remediation Damages, Alternative Living Expenses, Other Economic Damages, Repair and/or Replacement of Property Damaged by Chinese Drywall, Non-Pecuniary Damages, and Attorney's Fees |
| 4 | Catalanotto, Mary Ann | 743 Louque St. New Orleans, LA 70124 | Remediation Damages, Alternative Living Expenses, Other Economic Damages, Repair and/or Replacement of Property Damaged by Chinese Drywall, Non-Pecuniary Damages, and Attorney's Fees |
| 5 | Desselle, Brent | 2917 Monica Ln. Marrero, LA 70072 | Remediation Damages, Alternative Living Expenses, Other Economic Damages, Repair and/or Replacement of Property Damaged by Chinese Drywall, Non-Pecuniary Damages, and Attorney's Fees |

---

[1] Disclosure of full damages will be made at the appropriate time as directed by the Court.

| 6 | Fineschi, Nicola and Connie | 1200 Magnolia Alley Mandeville, LA 70471 | Remediation Damages, Alternative Living Expenses, Other Economic Damages, Repair and/or Replacement of Property Damaged by Chinese Drywall, Non-Pecuniary Damages, and Attorney's Fees |
|---|---|---|---|
| 7 | Gonzales, Jane | 60337 Emerald Dr. Lacombe, LA 70445 | Remediation Damages, Alternative Living Expenses, Other Economic Damages, Repair and/or Replacement of Property Damaged by Chinese Drywall, Non-Pecuniary Damages, and Attorney's Fees |
| 8 | Haindel, Mary | 1224 Magnolia Alley Mandeville, LA 70471 | Remediation Damages, Alternative Living Expenses, Other Economic Damages, Repair and/or Replacement of Property Damaged by Chinese Drywall, Non-Pecuniary Damages, and Attorney's Fees |
| 9 | Hughes, Mathew and Jan | 3513 Van Cleave Dr. Meraux, LA 70075 | Remediation Damages, Alternative Living Expenses, Other Economic Damages, Repair and/or Replacement of Property Damaged by Chinese Drywall, Non-Pecuniary Damages, and Attorney's Fees |
| 10 | Jurisich, Betty | 6900 Louisville St. New Orleans LA 70124 | Remediation Damages, Alternative Living Expenses, Other Economic Damages, Repair and/or Replacement of Property Damaged by Chinese Drywall, Non-Pecuniary Damages, and Attorney's Fees |

| 11 | LaPierre, Dawn Ross and Ronald V. | 728-30 Whitney Ave. New Orleans, LA 70114 | Remediation Damages, Alternative Living Expenses, Other Economic Damages, Lost Rent, Repair and/or Replacement of Property Damaged by Chinese Drywall, Non-Pecuniary Damages, and Attorney's Fees |
|----|------------------------------------|---------------------------------------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 12 | Maggiore, Peter and Frankie | 3852 Alexander Ln. Marrero, LA 70072 | Remediation Damages, Alternative Living Expenses, Other Economic Damages, Repair and/or Replacement of Property Damaged by Chinese Drywall, Non-Pecuniary Damages, and Attorney's Fees |

| 13 | NOAHH (New Orleans Area Habitat for Humanity, Inc.)[2] | 1340 Bayou Rd.; 146 Mimosa Ln.; 1701, 1705, 1709, 1713, 1717, 1721, 1725, 1733, 1737, 1739, 1741, 1804, 1808, 1812, 1816, 1817, 1820, 1821, 1824, 1825, 1828, 1831, 1833, 1835, 1837, 1900, 1904, 1908, 1912, 1916, 1920, 1924, 1928, 1929, 1932, 1933, 1936, 1937, 1940, 1941, 2116 Bartholomew St.; 1722, 1724, 1829, 1921, 1925, 1929 Alvar St.; 1800, 1819, 1838, 2234 Feliciana St.; 1801 Lesseps St.; 1905 Tino Ln.; 1916 Mandeville St.;  1917, 2220 Highland Dr.; 1922 Marigny St.; 1927 Bridgehead Ln.; 1929, 2401 Independence St.; 1931, 2138, 2142 France St.; 1934 Pilate Ln.; 2021, 2122, 2221, 2300, 2316, 2529, 2119 Caluda St.; 2100, 2116 Painters St.; 2113, 2346, 2434 Louisa St.; 2213, 2217, 2330, 2415, 2618, 2650 Piety St.; 2312 Gina Dr.;  2315 Jefferson Ave.; 2319 Mathis Ave.;  2328, 2401, 2414, 2422 Clouet St.; 2338 Rochelle St.; 2344 Mazant Street; 2409 S. Tonti St.; 2500, 2504, 2529, 2537, 2545 Desire St.; 2519 Feliciana St.; 2525  N Miro St.; 2530, 2608 Gallier St.;  2559, 3918 N Johnson St.;  3014 N Tonti St.;  3125, 3127, 4015, 4021 N Galvez St.; 3235 Washington Ave.; 3251, 3255 Law St.;  3301 Dryades St.; 3525 Eagle St.; 3720 4th St.; 3740 St. Bernard Ave.;  3917, 3918 N Prieur St.;  4014 N Roman St.;  4015 N. Derbigny St.; 4105 E. Louisiana State Dr.; 4400 Ray Ave.;  4733 Wilson Ave.;  4840 Camelia St.; 4926 Tulip St.; 6101 Second St.; 65 Old Hickory St.; 720 Marais;  8529 Palmetto St.; 8739 Plum St.; 3511 Jackson Blvd. | Remediation Damages, Alternative Living Expenses, Other Economic Damages and Out of Pocket Expenses, Repair and/or Replacement of Property Damaged by Chinese Drywall, and Attorney's Fees |

---

[2] Properties remediated by Lakewood Corporation.

4

| 14 | NOAHH (New Orleans Area Habitat for Humanity, Inc.)[3] | 1304, 1308, 1309, 1315, 1316, 1320, 1324, 1327, 1328, 1331, 1335 Ferry Place; 1437 Nunez St.; 1533 Bayou Road; 1816 Karl Dr.; 1827, 1829 Bartholomew St.; 2108 Tiffany Ct; 2113, 2500, 2720 Gina Dr.; 2134, 2138 State St.; 2200 Tiffany Ct; 2301, 2305, 2309, 2323, 2327 Mathis Ave.; 230, 2307, 2320 New Orleans Ave.; 2312 Farmsite Rd.;  2316, 2320, 2327 Victoria Ave.;  2320 Licciardi Ln.; 2325, 2327, 2328, 2334 Rochelle St.; 2401, 2405 S. Tonti St.;  2521 S. Galvez  St.; 2522 S Miro St.;  2701 Kenilworth Dr.;  2717 Palmetto St.; 31 Gibbs Dr.; 3229 Maureen Ln.; 3300 Daniel Dr.; 3300 Jackson Blvd.; 3308 Rose St.;  3600, 3627, 3631 1st St.;  6418 4th St.;  6518 Louis Elam St.; 7 Caroll Dr.; 7232 Prosperity St . | Remediation Damages, Alternative Living Expenses, Other Economic Damages and Out of Pocket Expenses, Repair and/or Replacement of Property Damaged by Chinese Drywall, and Attorney's Fees |
| --- | --- | --- | --- |
| 15 | NOAHH (New Orleans Area Habitat for Humanity, Inc.)[4] | 1229 Port St.; 3030 Albany St.; 3127 3rd St.; 4505, 4559, 4820 America St.; 4621, 4904 Dale St.; 4737, 4745, 4746 Wilson Ave.; 4809, 4819 Reynes St.; 4816 Tulip St.; 4929 Dodt Ave. | Remediation Damages, Alternative Living Expenses, Other Economic Damages and Out of Pocket Expenses, Repair and/or Replacement of Property Damaged by Chinese Drywall, and Attorney's Fees |
| 16 | Randazzo, Virginia | 121 West St. Avide St. Chalmette 70043 | Remediation Damages, Alternative Living Expenses, Other Economic Damages, Repair and/or Replacement of Property Damaged by Chinese Drywall, Non-Pecuniary Damages, and Attorney's Fees |

---

[3] Properties remediated by Parker Construction.
[4] Properties remediated by HumbleHG.

5

| 17 | Sims, Frankie as Executrix of Estate of Juanita Davis (deceased) | 4105-4107 Elba St. New Orleans, LA 70125 | Remediation Damages, Alternative Living Expenses, Other Economic Damages, Repair and/or Replacement of Property Damaged by Chinese Drywall, Non-Pecuniary Damages, and Attorney's Fees |
| --- | --- | --- | --- |
| 18 | Tatum, Martin and Doris | 3808 Alexander Ln. Marrero, LA 70072 | Remediation Damages, Alternative Living Expenses, Other Economic Damages, Repair and/or Replacement of Property Damaged by Chinese Drywall, Non-Pecuniary Damages, and Attorney's Fees |
| 19 | Young, Melissa | 2909 Monica Ln. Marrero, LA 70072 | Remediation Damages, Alternative Living Expenses, Other Economic Damages, Repair and/or Replacement of Property Damaged by Chinese Drywall, Non-Pecuniary Damages, and Attorney's Fees |
| 20 | Zubrowski, Michael and Linda | 109 Indian Mound Ln. Slidell, LA 70461 | Remediation Damages, Alternative Living Expenses, Other Economic Damages, Repair and/or Replacement of Property Damaged by Chinese Drywall, Non-Pecuniary Damages, and Attorney's Fees |