UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047  SECTION L  JUDGE FALLON  MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

    Before the Court is the Knauf Defendants' Motion to Extinguish its Settlement Obligations. R. Doc. 20968. Pursuant to this motion, on August 23, 2018, the Court ordered Plaintiffs Bill and Marcy Bowman and Michael Quinn to appear before the Court on October 16, 2018 at 9:00 a.m., to show cause why the Knauf Defendants' motion to extinguish their claims should not be granted. These Plaintiffs having failed to appear at the show cause hearing;

    **IT IS ORDERED** that the claims of Bill and Marcy Bowman, 4800 Congress St., New Orleans, Louisiana 70117 and Michael Quinn, 7301 Jade Street, New Orleans, Louisiana 70124, be and hereby are **DISMISSED WITH PREJUDICE**.

    New Orleans, Louisiana, this 8th day of November, 2018.

                                                     _____
                                                     UNITED STATES DISTRICT JUDGE