**MINUTE ENTRY**
**FALLON, J.**
**NOVEMBER 8, 2018**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE:  CHINESE-MANUFACTURED DRYWALL** | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | |
| | * | **CIVIL ACTION** |
| | * | |
| | * | **MDL NO. 2047** |
| | * | |
| | * | **SECTION L (5)** |
| **THIS DOCUMENT RELATES TO:** | * | |
| *Elizabeth Bennett, et al. v. Gebr. Knauf* | * | |
| *Verwaltungsgesellschaft, KG, et al.*, **No. 14-2722** | * | |

**MINUTE ENTRY**

A telephone status conference was held on this date in the Chambers of the Honorable

Eldon E. Fallon. James Doyle participated on behalf of Plaintiffs. Kerry Miller and Daniel

Dysart participated on behalf of the Knauf Defendants. Leonard Davis participated on behalf of

the Plaintiffs' Steering Committee. The parties discussed the status of the case. Accordingly,

**IT IS ORDERED** that Plaintiffs file their amended complaint by no later than

**Thursday, November 22, 2018 at 5:00 p.m.**

**IT IS FURTHER ORDERED** that Plaintiffs' counsel provide the Court with a list of

Plaintiffs, organized by state and then by whether the affected property has already been

remediated, by no later than **Thursday, November 22, 2018 at 5:00 p.m.**

**IT IS FURTHER ORDERED** that counsel for Knauf provide the Court with copies of

Plaintiffs' profile and supplemental profile forms by no later than **Thursday, November 22,**

1

**2018 at 5:00 p.m.**

       **IT IS FURTHER ORDERED** that the parties participate in a telephone status

conference on **Monday, December 10, 2018 at 10:00 a.m.** The Court will initiate the call.

JS10(00:18)

2