UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Amorin, et al. v. Taishan Gypsum Co., Ltd.*, et al, Case No. 2:11-cv-1395 (EDLA) | MDL No. 2:09-md-2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

**CNBM AND THE BNBM ENTITIES' OPPOSITION TO THE PSC'S MOTION TO STAY ALL VIRGINIA CLAIMS ON THE LOUISIANA *AMORIN* COMPLAINT**

China National Building Materials Company, Ltd., Beijing New Building Materials (Group) Co. Ltd., and Beijing New Building Materials Public Limited Company, (collectively, "CNBM and the BNBM Entities") respectfully request that the Court deny the Plaintiffs' Steering Committee's ("PSC") Motion to Stay all Virginia claims on the Louisiana *Amorin* Complaint. Rec. Doc. 21863 (the "Virginia Claimant Motion"). These claims should be dismissed without prejudice.

Advancing arguments similar to those presented here, the PSC previously moved to stay all Florida claims in the Louisiana *Amorin* complaint. Rec. Doc. 21639 ("Florida Claimant Motion"). CNBM and the BNBM Entities opposed. Rec. Doc. 21728 ("Opposition"). Likewise, Taishan moved to dismiss the Florida claims, explaining there is no basis for the duplicative litigation, as the claims will be resolved by the Florida remand court. Rec. Doc.

- 1 -

21729-1.  The parties argued the motions to stay and dismiss on September 27, 2018, and the Court took them under submission.  *See* Rec. Doc. 21802 ("Minute Entry for Motion Hearing").

The arguments from the Opposition, Taishan's motion to dismiss, and those set out during the September 27, 2018 hearing apply with equal force to the Virginia claims in the Louisiana *Amorin* Complaint.  Rec. Doc. 21728, 21729.  Dismissing the claims without prejudice would have no detrimental impact while avoiding the very confusion the PSC purports to seek eliminated (*see Hughes v. Lott,* 350 F.3d 1157, 1161 (11th Cir. 2003) ("A dismissal without prejudice is not an adjudication on the merits and thus does not have a *res judicata* effect.")), staying the Virginia claims in Louisiana contravenes Supreme Court personal jurisdiction jurisprudence (*see Bristol-Meyers Squibb Co. v. Super Ct. of Cal.*, 137 S. Ct. 1773 (2017) (holding that in the absence of general jurisdiction over a defendant, each claim must individually arise out of the defendant's contacts with the forum state)), and fidelity to *BMS* would streamline this litigation (*see Pittman v. Moore*, 980 F. 2d 994, 995 (5th Cir. 1993) ("[a] district court would be fully justified in dismissing a . . . complaint that is duplicative of prior federal court litigation then being pursued by the same plaintiff")).

The arguments from these filings and oral argument are incorporated herein by reference, and the PSC's request should be denied for the same reasons.

Dated: November 13, 2018                                    Respectfully submitted,

                                                            */s/ L. Christopher Vejnoska*

L. Christopher Vejnoska (CA Bar No. 96082)     Eric A. Shumsky (D.C. Bar No. 477926)
Eric Matthew Hairston (CA Bar No. 229892)      ORRICK, HERRINGTON & SUTCLIFFE LLP
ORRICK, HERRINGTON & SUTCLIFFE LLP             Columbia Center
The Orrick Building                            1152 15th Street NW
San Francisco, CA  94105                       Washington, D.C. 20005
T:  415-773-5700                               T:  202-339-8400
Email:  cvejnoska@orrick.com                   Email:  eshumsky@orrick.com
        ehairston@orrick.com

James L. Stengel (NY Bar No. 1800556)
Xiang Wang (NY Bar No. 4311114)
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY, 10019
T:  212-506-5000
Email:  jstengel@orrick.com
        xiangwang@orrick.com

*Attorneys for the CNBM and BNBM Entities*

Ewell E. Eagan, Jr. (LA Bar No. 5239)
Donna Phillips Currault (LA Bar No. 19533)
Alex B. Rothenberg (LA Bar No. 34740)
GORDON, ARATA, MONTGOMERY,
BARNETT, MCCOLLAM, DUPLANTIS &
EAGAN, LLC
201 St. Charles Avenue, 40th Floor
New Orleans, LA 70170-4000
T:  (504) 582-1111
Email:  eeagan@gamb.law
        dcurrault@gamb.law
        arothenberg@gamb.law

*Attorneys for CNBM Company, Ltd.*

Harry Rosenberg (LA Bar No. 11465)
PHELPS DUNBAR LLP
365 Canal Street, Suite 2000
New Orleans, LA 70130-6534
T:  (504) 584-9219
Email:  harry.rosenberg@phelps.com

*Attorneys for BNBM (Group) Co. Ltd. and BNBM PLC*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **CNBM AND THE BNBM ENTITIES' OPPOSITION TO THE PSC'S MOTION TO STAY ALL VIRGINIA CLAIMS ON THE LOUISIANA AMORIN COMPLAINT** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail and upon all parties by electronically uploading the same to File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 13th day of November, 2018.

/s/ L. Christopher Vejnoska

L. Christopher Vejnoska (CA Bar No. 96082)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105
T:  415-773-5700
Fax:  415-773-5759
Email:  cvejnoska@orrick.com

*Attorney for the CNBM and BNBM Entities*