IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION                                                                              MDL NO. 2047

This Document Relates to:

Greg Descher, et al. V. Knauf GIPS KG, et al.
Case No. 17-17500

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME
WITHIN WHICH TO COMPLETE SERVICE OF PROCESS**

Plaintiffs, Greg and Meredith Descher and Penny Parker, by and through undersigned counsel, hereby file this Motion for Extension of Time within which to Complete Service of Process, and for the reasons set forth herein, Plaintiffs request that this Court enter an Order extending the time within which to complete service of process.

I.

Plaintiffs filed their Complaint in this matter on September 11, 2017, in the U. S. District Court for the Southern District of Mississippi, and an Amended Complaint on June 20, 2018.  This Court has subsequently granted extensions of time within which to complete service of process, with the last Order making the deadline November 9, 2018.

II.

Plaintiffs have finally received proof of service on Knauf Plasterboard Tianjin from China, but are still awaiting proof of service from the German Ministry on Knauf GIPS KG.  Therefore, Plaintiffs are once again in need of additional time for service of process.

In the alternative, Plaintiffs request that current counsel for Knauf GIPS KG be required to accept process thereby alleviating the necessity for further extensions.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that this, their Motion for Extension of Time Within Which to Complete Service of Process, be received and filed, and that upon consideration, that this Honorable Court will enter its Order extending the time within which to complete service of process or, in the alternative, requiring current counsel for Knauf GIPS KG to accept service of process on behalf of this Defendant.

RESPECTFULLY SUBMITTED this, the 8th day of November, 2018.

        GREG and MEREDITH DESCHER
        and PENNY PARKER, Plaintiffs

        By and Through Their Attorneys,
        LUCKEY & MULLINS, PLLC

        BY:      /s/ Stephen W. Mullins

*Attorneys for Plaintiffs*

STEPHEN W. MULLINS (MS Bar No. 9772)
**Luckey & Mullins, PLLC**
Post Office Box 990
Ocean Springs, MS  39566
Telephone: 228-875-3175
Facsimile: 228-872-4719
Email:  smullins@luckeyandmullins.com

OF COUNSEL:

NICHOLAS ROCKFORTE (LA Bar No. 31305)
**Pendley, Baudin & Coffin, L.L.P.**
P.O. Drawer 71
Plaquemine, Louisiana 70765-0071
Tele: 225-687-6396
Fax:  225-687-6398
Email:  nrockforte@pbclawfirm.com

## CERTIFICATE OF SERVICE

I, STEPHEN W. MULLINS, do hereby certify that I have on this date electronically filed the above and foregoing Motion with this Court using the ECF filing system which has caused notification of such filing to be sent to registered counsel of record.

THIS, the 8th day of November, 2018.


/s/ Stephen W. Mullins
STEPHEN W. MULLINS