# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO:<br>*Amorin v. Taishan Gypsum Co., Ltd., et al.*,<br>Case No. 11-cv-1395 | |

**TAISHAN'S MOTION TO DISMISS VIRGINIA CLAIMS FROM LOUISIANA *AMORIN***

Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd. ("Taishan") respectfully move the Court to dismiss all claimants from the Louisiana *Amorin* complaint with properties in Virginia because those claims have been remanded from this MDL to the Eastern District of Virginia adjudication and are no longer subject to this Court's jurisdiction. Taishan attaches an Exhibit A to this Motion listing all Virginia claims in the above-captioned complaint that the Court should dismiss. Good cause for dismissing those claims is provided in the accompanying memorandum of law.

Dated: November 13, 2018

Respectfully submitted,

/s Michael P. Kenny
Bernard Taylor, Esq.
Georgia Bar No. 669625
Michael P. Kenny, Esq.
Georgia Bar No. 415064
Christina Hull Eikhoff, Esq.
Georgia Bar No. 242539
David Venderbush, Esq.
New York Bar No. 2920817
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309

Phone: (404) 881-7000
Fax: (404) 881-7777
bernard.taylor@alston.com
mike.kenny@alston.com
christy.eikhoff@alston.com
david.venderbush@alston.com

*Counsel for Taishan Gypsum Co., Ltd. and
Tai'an Taishan Plasterboard Co., Ltd.*

Alan Dean Weinberger
Louisiana Bar No. 13331
HANGARTNER, RYDBERG & TERRELL, LLC
One Shell Square
701 Poydras Street, Suite 310
New Orleans, Louisiana 70179
Phone: (504) 434-6815
Fax: (504) 522-5689
aweinberger@hanrylaw.com

*Local Counsel for Taishan Gypsum Co., Ltd. and
Tai'an Taishan Plasterboard Co., Ltd.*

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing Memorandum have been served on Plaintiffs' Liaison Counsel, Russ Herman, by U.S. mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 13th day of November, 2018.

                                                /s Michael P. Kenny
                                                Michael P. Kenny, Esq.
                                                Georgia Bar No. 415064
                                                ALSTON & BIRD LLP
                                                1201 West Peachtree Street NW
                                                Atlanta, Georgia  30309
                                                Phone: (404) 881-7000
                                                Fax: (404) 881-7777
                                                mike.kenny@alston.com

                                                *Counsel for Taishan Gypsum Co., Ltd. and*
                                                *Tai'an Taishan Plasterboard Co., Ltd.*