IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO:<br><br>*Amorin v. Taishan Gypsum Co., Ltd., et al.*,<br>Case No. 11-cv-1395 | |

**MEMORANDUM IN SUPPORT OF TAISHAN'S MOTION TO DISMISS VIRGINIA CLAIMS FROM LOUISIANA *AMORIN***

Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd. ("Taishan") respectfully move the Court to dismiss from the Louisiana *Amorin* complaint the claimants with properties in Virginia listed in the attached Exhibit A. The Court suggested that the JPML remand those Virginia claims from the MDL to the Eastern District of Virginia for case-specific adjudication (Rec. Doc. 21695), and the JPML agreed (Rec. Doc. 21834). This Court no longer has jurisdiction over the substance of those Virginia claims.

Plaintiffs have filed a motion to stay those Virginia claims in the Louisiana *Amorin* action. But the right result here is to dismiss the Virginia claims because the Virginia court will fully adjudicate those claims, which was the very purpose for remanding Virginia *Amorin*.

The parties similarly filed competing motions to dismiss or stay with regard to the Louisiana *Amorin* Florida claims after the JPML remanded the true Florida claims to the Southern District of Florida. The parties argued those motions to the Court on September 27, 2018. Taishan relies on and incorporates by reference here the arguments and authorities set forth in the

Memorandum in Support of Taishan's Motion to Dismiss Florida Claims (Rec. Doc. 21729-1), and the argument presented in the related oral argument.

Dated:  November 13, 2018

Respectfully submitted,

/s Michael P. Kenny
Bernard Taylor, Esq.
Georgia Bar No. 669625
Michael P. Kenny, Esq.
Georgia Bar No. 415064
Christina Hull Eikhoff, Esq.
Georgia Bar No. 242539
David Venderbush, Esq.
New York Bar No. 2920817
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia  30309
Phone: (404) 881-7000
Fax: (404) 881-7777
bernard.taylor@alston.com
mike.kenny@alston.com
christy.eikhoff@alston.com
david.venderbush@alston.com

*Counsel for Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd.*

Alan Dean Weinberger
Louisiana Bar No. 13331
HANGARTNER, RYDBERG & TERRELL, LLC
One Shell Square
701 Poydras Street, Suite 310
New Orleans, Louisiana  70179
Phone: (504) 434-6815
Fax: (504) 522-5689
aweinberger@hanrylaw.com

*Local Counsel for Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd.*