UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 2047<br><br>SECTION "L" |
| THIS DOCUMENT RELATES TO: | ) ) | JUDGE FALLON |
| **This document relates to all cases** | ) ) ) ) ) | MAG. JUDGE WILKINSON |

## ORDER GRANTING EX PARTE MOTION TO CONTINUE HEARING ON MOTION TO EXTINGUISH THE KNAUF DEFENDANTS' SETTLEMENT OBLIGATIONS FOR CERTAIN REMEDIATION CLAIMS (21190)

Before the Court is Plaintiffs' Ex Parte Motion to Continue Motion to Extinguish the Knauf Defendants' Settlement Obligations for Certain Remediation Claims (21190) on behalf of Plaintiffs Prime Homes at Portofino Falls and Rafael Santamaria.

IT IS ORDERED that Plaintiffs' Ex Parte Motion to Continue Motion to Extinguish the Knauf Defendants' Settlement Obligations for Certain Remediation Claims (21190) is GRANTED as to Plaintiffs Prime Homes at Portofino Falls and Rafael Santamaria. Knauf's Motion to Extinguish the Knauf Defendants' Settlement Obligations for Certain Remediation Claims (21190) is continued as to Plaintiffs Prime Homes and Portofino Falls and Rafael Santamaria until the December Status Conference.

New Orleans, Louisiana this ____ day of November, 2018.

_____
Eldon E. Fallon
U.S. District Court Judge