UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION, | MDL Docket No. 2047 |
| | SECTION L |
| | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | MAG. JUDGE WILKINSON |
| THE MITCHELL COMPANY, INC., individually and on behalf of others similarly situated | Case No. 09-cv-4115 |
| Plaintiff, | |
| vs. | |
| KNAUF GIPS KG, a German corporation; KNAUF PLASTERBOARD (TIANJIN CO., LTD., a Chinese limited liability corporation; TAISHAN GYPSUM CO., LTD. (f/k/a Shandong Taihe Dongxin Co., Ltd.), a Chinese limited liability corporation); INTERIOR & EXTERIOR BUILDING SUPPLY, L.P., a limited partnership; and RIGHTWAY DRYWALL, INC., a Georgia corporation, | |
| Defendants. | |

**NOTICE OF ORAL AND VIDEOTAPED DEPOSITION
PURSUANT TO FED. R. CIV. P. 30(b)(6)**

TO:    The Mitchell Company, Inc.
Through its attorneys of record
Steven L. Nicholas
Cunningham Bounds, LLC
1601 Dauphin Street
Mobile, Alabama 36604

Jonathan D. Selbin
Lieff, Cabraser, Heimann & Bernstein, LLP
780 Third Avenue, 48th Floor
New York, New York 10017-2024

Elizabeth J. Cabraser
Lieff, Cabraser, Heimann & Bernstein, LLP
Embarcadero Center West

1

275 Battery Street, Suite 3000
San Francisco, California 94111-3339

**PLEASE TAKE NOTICE** that pursuant to Rules 26 and 30(b)(6) of the Federal Rules of Civil Procedure, Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd. ("Taishan") will take the deposition of The Mitchell Company, Inc. on November 29, 2018 at 9:00 o'clock a.m. at Cunningham Bounds, LLC, 1601 Dauphin Street, Mobile, Alabama 36604, or at another location mutually agreed upon by the parties.  Pursuant to Fed. R. Civ. P. 30(b)(6), The Mitchell Company, Inc. shall designate and produce a designated representative or representatives, as may be required, to testify on behalf of The Mitchell Company, Inc. concerning the topics identified in Schedule A attached hereto.

The deposition will be taken before a person authorized by law to administer oaths, pursuant to Fed. R. Civ. P. 28, and will continue from day-to-day, upon an expedited basis, until the examination is completed.

Respectfully submitted this 14th day of November 2018.

/s Christina Hull Eikhoff
Bernard Taylor, Esq.
Georgia Bar No. 669625
Michael P. Kenny, Esq.
Georgia Bar No. 415064
Christina Hull Eikhoff, Esq.
Georgia Bar No. 242539
David Venderbush, Esq.
New York Bar No. 2920817
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
bernard.taylor@alston.com
mike.kenny@alston.com
christy.eikhoff@alston.com
david.venderbush@alston.com

*Counsel for Taishan Gypsum Co., Ltd. and*
*Tai'an Taishan Plasterboard Co., Ltd.*

Alan Dean Weinberger
Louisiana Bar No. 13331
HANGARTNER, RYDBERG & TERRELL, LLC
One Shell Square
701 Poydras Street, Suite 310
New Orleans, Louisiana 70179
Phone: (504) 434-6815
Fax: (504) 522-5689
aweinberger@hanrylaw.com

*Local Counsel for Taishan Gypsum Co., Ltd. and*
*Tai'an Taishan Plasterboard Co., Ltd.*

## CERTIFICATE OF SERVICE

    I hereby certify that the above Notice has been served on The Mitchell Company, Inc.'s counsel of record, Steven L. Nicholas, by U.S. mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 14th day of November, 2018.

    /s Michael P. Kenny
Michael P. Kenny, Esq.
Georgia Bar No. 415064
ALSTON & BIRD LLP
1201 West Peachtree Street NW
Atlanta, Georgia  30309
Phone: (404) 881-7000
Fax: (404) 881-7777
mike.kenny@alston.com

*Counsel for Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd.*

## SCHEDULE A

## DEFINITIONS & INSTRUCTIONS

1. The term "concerning" means relating to, referring to, describing, evidencing, embodying, or constituting.

2. The terms "relate," "relating," or "referring" mean consisting of, embodying, summarizing, describing, mentioning, evidencing, or in any way pertaining to.

3. The term "any" means each and every as well as any one.

4. The terms "and" and "or" shall be construed conjunctively or disjunctively, as necessary to make the request inclusive rather than exclusive.

5. The terms "including" or "includes" means including, without limitation.

6. "You" or "your" means The Mitchell Company, Inc. and any of its domestic or international predecessors in interest, successors in interest, subsidiaries, divisions, subdivisions, affiliates, officers, directors, employees, representatives, independent contractors, consultants, or agents, whether present or former, including but not limited to their attorneys and accountants.

7. "Taishan" means Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd.

8. The term "Subject Properties" means properties which allegedly contained drywall manufactured by Taishan and for which you will seek damages in *Mitchell*.

9. The term "Chinese Drywall" refers to any drywall or sheetrock materials manufactured in China that you contend were or are in the Subject Property at any time.

10. The term "communication" means any manner or form of information or message transmission, however produced or reproduced, whether by "document" or orally or otherwise, which is made, distributed or circulated between or among persons, or data storage or processing

5

units, and any and all documents containing, consisting of, or relating, or referring, in any way, either directly or indirectly, to a communication.

**DEPOSITION TOPICS**

Pursuant to Rule 30(b)(6), you shall designate and produce for deposition one or more of your officers, directors, managing agents, or other persons who consent to testify on your behalf concerning the following subject matters:

1. All Subject Properties, including addresses, owners, occupants, build dates, remediation dates and sales transactions.

2. Any and all inspections of all Subject Properties, including any photographs or summaries of drywall, corrosion, and testing results.

3. Any and all testing reports for all Subject Properties, and any other properties tested by or on behalf of you.

4. The scope of work or remediation protocol you used in remediating all Subject Properties, including development of same, changes or alterations to same, and execution of same.

5. All expenses incurred for remediation of Subject Properties and supporting documentation, including invoices, receipts, payment records and checks.

6. Your remediation of the Subject Properties, including all employees and third parties who participated in same by contract or otherwise.

7. All communication with owners and/or occupiers of Subject Properties.

8. All payments and/or reimbursements of any kind made to property owners of Subject Properties in relation to alleged Chinese Drywall damages and supporting documentation, including wire transfers, payment records and checks.

9. All agreements with owners of Subject Properties, including work authorization agreements, releases, waivers and assignments of claims.

10. All executed settlement agreements entered into by you to resolve or in relation to Chinese Drywall claims.

11. All communication with insurers regarding the coverage of and payment for Chinese Drywall claims for all Subject Properties.

12. All judicial verdicts entered against you in claims related to Chinese Drywall.

13. Your claim for damages from Taishan in *Mitchell*.

14. All putative class members in *Mitchell*.

15. Any common interest or joint prosecution agreements to which you are party in relation to Chinese Drywall.