**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION "L", MAG. "2" |
| THIS DOCUMENT RELATES TO: ALL *AMORIN* CASES | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

## MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

NOW COMES the movants Dawn and Ronald LaPierre, through the undersigned counsel of record, who respectfully requests this Honorable Court enroll D. Blayne Honeycutt and the law firm of Fayard and Honeycutt, APLC and Frank Elliot and the law firm of N. Frank Elliot III, LLC as additional counsel of record for the movants and permit them to appear on behalf of movants, and on suggesting that movants have been selected for trial under the Court's Order (Doc. 21897) approving the selection of trial plaintiffs and discovery plan, and on further suggesting that these firms also represent the LaPierres along with undersigned counsel of record. The movants respectfully suggest that there is no prejudice to any party by the granting of this motion.

WHEREFORE, the movants Ronald and Dawn LaPierre pray this Honorable Court grant their motion to enroll additional counsel of record and permit D. Blayne Honeycutt and the law firm of Fayard and Honeycutt, APLC and Frank Elliot and the law firm of N. Frank Elliot III, LLC to enroll and appear as additional counsel of record in this matter.

Respectfully submitted,

*/s/ Tom W. Thornhill*_____
Tommy W. Thornhill (La. Bar No. 12776)
THORNHILL LAW FIRM, A PLC
1308 Ninth Street
Slidell, Louisiana 70458
Telephone: (985) 641-5010
Facsimile: (985) 641-5011
tom@thornhilllawfirm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 14, 2018, the foregoing Motion to Enroll Additional Counsel was filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Tom W. Thornhill*_____
Tommy W. Thornhill (La. Bar No. 12776)