UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL *AMORIN* CASES | MDL NO. 2047<br><br>SECTION "L", MAG. "2"<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

## ORDER

Considering the Movants' Motion to Enroll Additional Counsel of Record,

**IT IS HEREBY ORDERED** that the Movants' Motion to Enroll Additional Counsel of Record is granted.

**IT IS FURTHER ORDERED** that D. Blayne Honeycutt and the law firm of Fayard and Honeycutt, APLC and Frank Elliot and the law firm of N. Frank Elliot III, LLC are permitted to enroll and appear for Dawn and Ronald LaPierre in this action.

Thus done and signed New Orleans, Louisiana this _____ day of _____, 2018.

_____
**THE HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE**

1