UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:**
Case Nos. 15-4127; 15-6631; 15-6632

## ORDER

On November 13, 2018, the Court ordered the parties to provide it with additional briefing regarding the BNBM Defendants' Motion to Dismiss the *Brooke* omnibus complaint. R. Doc. 21914. Having been advised that the parties have come to an agreement regarding the briefing schedule, the Court issues this revised order. Accordingly;

**IT IS ORDERED** that the PSC file shall its brief by no later than **Friday, December 14, 2018** at **5:00 p.m.** Defendants shall file their brief by no later than **Friday, January 18, 2019** at **5:00 p.m.** The PSC shall file its reply brief, if any, by no later than **Friday, February 1, 2019** at **5:00 p.m.**

**IT IS FURTHER ORDERED** that the parties shall exchange information regarding class actions filed in the various state courts before **Friday, December 14, 2018**.

**IT IS FURTHER ORDERED** that the parties' memoranda shall not exceed twenty-five pages; the PSC's reply brief, if any, shall not exceed ten pages.

New Orleans, Louisiana, this 15th day of November, 2018.

_____
UNITED STATES DISTRICT JUDGE