UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL *AMORIN* CASES | MDL NO. 2047<br><br>SECTION "L", MAG. "2"<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

### NOTICE OF APPEARANCE OF COUNSEL

Pursuant to the Court's Pretrial Orders and Local Rules, and pursuant to the Court's Order granting counsel's motion to enroll and appear as additional counsel of record (Doc. 21928), D. Blayne Honeycutt and the law firm of Fayard and Honeycutt, APLC and Frank Elliot and the law firm of N. Frank Elliot III, LLC hereby enter their appearance in the above-captioned matter as additional counsel of record along with Tow W. Thornhill and the Thornhill Law Firm, APLC for Dawn and Ronald LaPierre and respectfully request that all notices, pleadings, correspondence and orders entered in this matter be sent to them.

Dated: November 16, 2018

Respectfully submitted,

*/s/ D. Blayne Honeycutt*_____
D. Blayne Honeycutt, La. Bar Roll #18264
FAYARD AND HONEYCUTT, APLC
519 Florida Avenue, SW
Denham Springs, LA 70726
Phone: (225) 664-4193
Facsimile: (225) 664-6925
Email:  dbhoneycutt@fayardlaw.com

AND

1

        */s/ N. Frank Elliot III*  
        N. Frank Elliot III, La. Bar Roll #23054  
        N. FRANK ELLIOT III, LLC  
        Post Office Box 3065  
        Lake Charles, LA 70602  
        Phone: (337) 309-6999  
        Facsimile: (337) 439-2545  
        Email: frank@nfelaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 16, 2018, the foregoing Notice of Appearance was filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

        */s/ N. Frank Elliot III*  
        N. Frank Elliot III, La. Bar Roll #23054