# EXHIBIT "F"

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Stephen and Diane Brooke, et al., individually, and on behalf of all others similarly situated, [ADDITIONAL PLAINTIFFS LISTED ON EXHIBIT "A" ATTACHED HERETO]<br><br>Plaintiffs,<br>v.<br><br>The State-Owned Assets Supervision and Administration Commission of the State Council; Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd.; Tai'an Taishan Plasterboard Co., Ltd.; Beijing New Building Materials Public Limited Co.; China National Building Material Co., Ltd.; Beijing New Building Materials (Group) Co., Ltd.; China National Building Materials Group Corporation<br>Defendants. | CASE NO.: 2:15-cv-6632<br><br>CLASS ACTION COMPLAINT<br><br>JURY TRIAL DEMAND |

/

**INTERVENING PLAINTIFFS', DERRICK ALEXANDER, et al.
SIXTH OMNIBUS CLASS ACTION COMPLAINT IN INTERVENTION (VA)**

Pursuant to Fed. R. Civ. P. 23, the Intervening Plaintiffs in this action bring suit on behalf of themselves and all others similarly situated owners and residents of real properties containing defective Chinese manufactured drywall that was manufactured, imported, exported, brokered, distributed, delivered, supplied, marketed, inspected, or sold by the Defendants.[1]

Intervening Plaintiffs have intervened in *Brooke, et al. v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al.,* Civ. Action No. 2:15-

---

[1] Intervening Plaintiffs are not pursuing claims against China National Building Materials Group Co. ("CNBM Group") as this defendant has been dismissed from these proceedings. The order of dismissal is interlocutory and is subject to appeal at a later date.

1

cv-6632 (E.D.La.) (Omni XX), since they are absent class members in that action. As absent class members, Intervening Plaintiffs are similarly situated to the *Brooke* plaintiffs and the defendants named in the *Brooke* complaint (Omni XX) are liable to the Intervening Plaintiffs. Intervening Plaintiffs incorporate and adopt the substantive allegations of the *Brooke* complaint herein by reference.

Intervening Plaintiffs seek to be class representatives for the class identified in *Brooke*. The *Brooke* Defendants are liable to Intervening Plaintiffs for their role in the design, manufacture, importing, distributing, delivery, supply, marketing, inspecting, or sale of the defective drywall at issue in this litigation.

Intervening Plaintiff, Derrick Alexander, is a citizen of Louisiana and owns real property located at 3820 Alexander Lane, Marrero, LA  70072. Intervening Plaintiff has incurred damages caused by the drywall distributed by Defendants and is participating as a class representative for similarly situated individuals. The remaining Plaintiffs are identified on the attached Exhibit "A," which is incorporated herein by reference.[1]

## DEMAND FOR JURY TRIAL

Intervening Plaintiffs, individually and on behalf of the Class, hereby demand a trial by jury as to all issues so triable as a matter of right.

## PRAYER FOR RELIEF

WHEREFORE Intervening Plaintiffs, on behalf of themselves and all others similarly situated demand upon Defendants jointly and severally for:

    a.    an order certifying the case as a class action;

---

[1] Counsel for intervening Plaintiffs are identified on Exhibit "A."

b. an order certifying the Class and each of the Subclasses;

c. an order appointing Plaintiffs as the Class Representatives of the Class;

d. an order appointing undersigned counsel and their firms as counsel for the Class;

d. compensatory and statutory damages;

e. punitive damages as allowed by law;

f. pre and post-judgment interest as allowed by law;

g. injunctive relief;

h. an award of attorneys' fees as allowed by law;

i. an award of taxable costs; and

j. any and all such further relief as this Court deems just and proper.

Dated: October 25, 2018         Respectfully Submitted,

By: /s/ *Russ M. Herman*
Russ M. Herman
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
RHerman@hhklawfim.com
*Plaintiffs' Liaison Counsel MDL 2047*

Arnold Levin
Levin Sedran & Berman LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*

**PLAINTIFFS' STEERING COMMITTEE**

3

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Robert M. Becnel,
Law Office of Robert M. Becnel
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 359-6101
Fax: (985) 651-6101
robbecnel@aol.com

Salvadore Christina, Jr.
Becnel Law Firm, LLC
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 536-1186
Fax: (985) 536-6445
schristina@becnellaw.com

Peter Prieto
Podhurst Orseck, PA
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
pprieto@podhurst.com

Bruce William Steckler
Steckler Gresham Cochran
12720 Hillcrest Road, Suite 1045
Dallas, TX 75230
Phone: (972) 387-4040
Fax: (972) 387-4041
bruce@stecklerlaw.com

Patrick Montoya
Colson, Hicks, Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
patrick@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
Echsner & Proctor, PA
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
The Lambert Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com

Pete Albanis
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Myers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
palbanis@forthepeople.com

James R. Reeves, Jr.
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@rmlawcall.com

4

Christopher A. Seeger
Seeger Weiss, LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ   07660
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5002
dan@wbmllp.com

Richard J. Serpe
Law Offices of Richard J. Serpe
Crown Center, Suite 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Victor M. Diaz, Jr
V.M. Diaz and Partners, LLC
119 Washington Ave., Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

Anthony D. Irpino
IRPINO AVIN HAWKINS LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

Gerald E. Meunier
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2800
Phone:   (504) 522-2304
Fax:   (504) 528-9973
gmeunier@gainsben.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W., Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax:   (202) 540-7201
rlewis@hausfeldllp.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

**COUNSEL FOR INDIVIDUAL PLAINTIFFS ARE SET FORTH ON EXHIBIT "A"**

5

| | | | | |
|---|---|---|---|---|
| Alexander, Derrick, et al. individually and on behalf of all others similarly situated v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al. - Civ. 2:15-cv-6632<br>Exhibit "A" -- Plaintiffs Named in Sixth Omnibus Class Action Complaint In Intervention (VA) | | | | |
| **Plaintiff(s) (Last/First)** | **Affected CDW Property Address (include city, state and zip code)** | **Current Address of Plaintiff(s) if different from Affected CDW Property Address** | **Citizenship (State) of Plaintiff(s)** | **Law Firm(s) Representing Plaintiff(s); Email Addresses** |
| 1st Franklin Financial Corporation | 1610 13th Street North Birmingham, AL  35204 | 718 Academy Drive Suite 108 Bessemer, AL  35022 | AL | James V. Doyle, Jr., Esquire<br>Doyle Law Firm, PC<br>2100 Southbridge Parkway, Suite 650<br>Birmingham, AL  35209<br>Phone:  (205) 533-9500<br>Fax:  (844) 638-5812<br>jimmy@doylefirm.com |
| Alexander, Derrick | 3820 Alexander Lane, Marrero, LA 70072 | | LA | Anthony D. Irpino<br>IRPINO AVIN HAWKINS LAW FIRM<br>2216 Magazine Street<br>New Orleans, LA 70130<br>Phone: (504) 525-1500<br>Fax: (504) 525-1501<br>airpino@irpinolaw.com |
| Alfonso, Barbara | 2412 Edgar Drive, Violet, LA 70092 | | LA | James V. Doyle, Jr., Esquire<br>Doyle Law Firm, PC<br>2100 Southbridge Parkway, Suite 650<br>Birmingham, AL  35209<br>Phone:  (205) 533-9500<br>Fax:  (844) 638-5812<br>jimmy@doylefirm.com |
| Altinkilic, Oya and Hansen, Robert | 1672 Roberts Street New Orleans, LA  70115 | 4101 Cathedral Avenue NW, Apt. 711 Washington, DC  20016 | DC | Stephen D. Marx, Esquire<br>Chehardy Sherman Williams Murray Recile Stakelum & Hayes, LLP<br>One Galleria Boulevard, Suite 1100<br>Metairie, LA 70001<br>Phone:  (504) 833-5600<br>Fax:  (504) 833-8080<br>sdm@chehardy.com |

| | | | | |
|---|---|---|---|---|
| **Alexander, Derrick, et al. individually and on behalf of all others similarly situated v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al. - Civ. 2:15-cv-6632**  **Exhibit "A" -- Plaintiffs Named in Sixth Omnibus Class Action Complaint In Intervention (VA)** | | | | |
| Plaintiff(s) (Last/First) | Affected CDW Property Address (include city, state and zip code) | Current Address of Plaintiff(s) if different from Affected CDW Property Address | Citizenship (State) of Plaintiff(s) | Law Firm(s) Representing Plaintiff(s); Email Addresses |
| Ambrose, Cherrie | 5162 Painters Street, New Orleans, LA 70122 | | LA | James V. Doyle, Jr., Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 Phone: (205) 533-9500 Fax: (844) 638-5812 jimmy@doylefirm.com |
| Andino, Julio | 2217 NW 7 ST, #805, Miami, FL 33126 | | FL | James V. Doyle, Jr., Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 Phone: (205) 533-9500 Fax: (844) 638-5812 jimmy@doylefirm.com |
| Aryan SF Investment, LLC | 8970 Stone Pier Drive, Boynton Beach, FL 33472 | | FL | James V. Doyle, Jr., Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 Phone: (205) 533-9500 Fax: (844) 638-5812 jimmy@doylefirm.com |
| Caulkins, Charles | 362 SE 26th Ave. Fort Lauderdale, FL 33301 | | FL | Plaintiffs' Steering Committee In MDL 2047 |
| Cole, Lori and Cole, Shawn | 13220 South Garnett, Broken Arrow, OK 74011 | | OK | James V. Doyle, Jr., Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 Phone: (205) 533-9500 Fax: (844) 638-5812 jimmy@doylefirm.com |

| Alexander, Derrick, et al. individually and on behalf of all others similarly situated v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al. - Civ. 2:15-cv-6632<br>Exhibit "A" -- Plaintiffs Named in Sixth Omnibus Class Action Complaint In Intervention (VA) ||||||
|---|---|---|---|---|
| Plaintiff(s) (Last/First) | Affected CDW Property Address (include city, state and zip code) | Current Address of Plaintiff(s) if different from Affected CDW Property Address | Citizenship (State) of Plaintiff(s) | Law Firm(s) Representing Plaintiff(s); Email Addresses |
| Coules, Robert | 1209 Boxwood Street E, Lehigh Acres, FL 33974 | | FL | James V. Doyle, Jr., Esquire<br>Doyle Law Firm, PC<br>2100 Southbridge Parkway, Suite 650<br>Birmingham, AL  35209<br>Phone:  (205) 533-9500<br>Fax:  (844) 638-5812<br>jimmy@doylefirm.com |
| Dujlovic, Edward & Dujlovic, Angela & Kudumija, Mary Ann | 6051 Jonathans Bay Circle, Unit 501, Ft. Myers, FL 33908 | | FL | James V. Doyle, Jr., Esquire<br>Doyle Law Firm, PC<br>2100 Southbridge Parkway, Suite 650<br>Birmingham, AL  35209<br>Phone:  (205) 533-9500<br>Fax:  (844) 638-5812<br>jimmy@doylefirm.com |
| Forcas, LLC | 1940 SE 23 AVE, Homestead, FL 33035 | | FL | James V. Doyle, Jr., Esquire<br>Doyle Law Firm, PC<br>2100 Southbridge Parkway, Suite 650<br>Birmingham, AL  35209<br>Phone:  (205) 533-9500<br>Fax:  (844) 638-5812<br>jimmy@doylefirm.com |
| Forget, Jean-Paul o/b/o 3940870 Canada, Inc. | 8663 Pegasus Drive, Lehigh Acres, FL  33971 | | FL | James V. Doyle, Jr., Esquire<br>Doyle Law Firm, PC<br>2100 Southbridge Parkway, Suite 650<br>Birmingham, AL  35209<br>Phone:  (205) 533-9500<br>Fax:  (844) 638-5812<br>jimmy@doylefirm.com |

| | | | | |
|---|---|---|---|---|
| **Alexander, Derrick, et al. individually and on behalf of all others similarly situated v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al. - Civ. 2:15-cv-6632** **Exhibit "A" -- Plaintiffs Named in Sixth Omnibus Class Action Complaint In Intervention (VA)** | | | | |
| Plaintiff(s) (Last/First) | Affected CDW Property Address (include city, state and zip code) | Current Address of Plaintiff(s) if different from Affected CDW Property Address | Citizenship (State) of Plaintiff(s) | Law Firm(s) Representing Plaintiff(s); Email Addresses |
| Franklin, Zachary and Franklin, Betty | 7441 Kenyon Road, New Orleans, LA 70127 | | LA | James V. Doyle, Jr., Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL  35209 Phone:  (205) 533-9500 Fax:  (844) 638-5812 jimmy@doylefirm.com |
| Fritz, Michael | 7540 Tamarind Avenue, Tampa, FL 33625 | | FL | James V. Doyle, Jr., Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL  35209 Phone:  (205) 533-9500 Fax:  (844) 638-5812 jimmy@doylefirm.com |
| Grbic, Nikolina | 2243 Reefview Loop, Apopka, FL 32712 | | FL | James V. Doyle, Jr., Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL  35209 Phone:  (205) 533-9500 Fax:  (844) 638-5812 jimmy@doylefirm.com |
| Greater NOLA Homes, LLC | 8287 Benjamin Street, Chalmette, LA 70043 | | LA | James V. Doyle, Jr., Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL  35209 Phone:  (205) 533-9500 Fax:  (844) 638-5812 jimmy@doylefirm.com |

| | | | | |
|---|---|---|---|---|
| **Alexander, Derrick, et al. individually and on behalf of all others similarly situated v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al. - Civ. 2:15-cv-6632** <br> **Exhibit "A" -- Plaintiffs Named in Sixth Omnibus Class Action Complaint In Intervention (VA)** | | | | |
| Plaintiff(s) (Last/First) | Affected CDW Property Address (include city, state and zip code) | Current Address of Plaintiff(s) if different from Affected CDW Property Address | Citizenship (State) of Plaintiff(s) | Law Firm(s) Representing Plaintiff(s); Email Addresses |
| Heath, Thomas and Heath, Iris | 495 Lena Street, St. Augustine, FL 32084 | 342 Circle Drive W, St. Augustine, FL 32084 | FL | James V. Doyle, Jr., Esquire <br> Doyle Law Firm, PC <br> 2100 Southbridge Parkway, Suite 650 <br> Birmingham, AL 35209 <br> Phone: (205) 533-9500 <br> Fax: (844) 638-5812 <br> jimmy@doylefirm.com |
| Heisser, Merrill | 10341 Deerfield Drive, New Orleans, LA 70127 | | LA | James V. Doyle, Jr., Esquire <br> Doyle Law Firm, PC <br> 2100 Southbridge Parkway, Suite 650 <br> Birmingham, AL 35209 <br> Phone: (205) 533-9500 <br> Fax: (844) 638-5812 <br> jimmy@doylefirm.com |
| Hosey, Terry | 7900 Highway 31, Calera, AL 35040 | 1422 Bennett Road, Grayson, GA 30017 | GA | James V. Doyle, Jr., Esquire <br> Doyle Law Firm, PC <br> 2100 Southbridge Parkway, Suite 650 <br> Birmingham, AL 35209 <br> Phone: (205) 533-9500 <br> Fax: (844) 638-5812 <br> jimmy@doylefirm.com |
| Jacob, Carola and Pointer, Gabrielle | 6520-22 General Haig Street <br> New Orleans, LA 70124 | 2511 Metairie Law Drive <br> Unit 308 (Jacob) <br> Unit 205 (Pointer) <br> Metairie, LA 70002 | LA | Russ Herman, Esquire <br> Leonard Davis, Esquire <br> Herman, Herman & Katz, LLC <br> 820 O'Keefe Avenue <br> New Orleans, LA 70113 <br> Phone: (504) 581-4892 <br> Fax: (504) 561-6024 <br> ldavis@hhklawfirm.com |

**Alexander, Derrick, et al. individually and on behalf of all others similarly situated v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al. - Civ. 2:15-cv-6632**
**Exhibit "A" -- Plaintiffs Named in Sixth Omnibus Class Action Complaint In Intervention (VA)**

| Plaintiff(s) (Last/First) | Affected CDW Property Address (include city, state and zip code) | Current Address of Plaintiff(s) if different from Affected CDW Property Address | Citizenship (State) of Plaintiff(s) | Law Firm(s) Representing Plaintiff(s); Email Addresses |
|---|---|---|---|---|
| James, Alishia | 3360 Hagger Way, East Point, GA 30344 | | GA | James V. Doyle, Jr., Esquire<br>Doyle Law Firm, PC<br>2100 Southbridge Parkway, Suite 650<br>Birmingham, AL 35209<br>Phone: (205) 533-9500<br>Fax: (844) 638-5812<br>jimmy@doylefirm.com |
| Kelvington, Barbara | 729 46th Square, Vero Beach, FL 32968 | | FL | James V. Doyle, Jr., Esquire<br>Doyle Law Firm, PC<br>2100 Southbridge Parkway, Suite 650<br>Birmingham, AL 35209<br>Phone: (205) 533-9500<br>Fax: (844) 638-5812<br>jimmy@doylefirm.com |
| Knott, Cedric o.b.o. Jesus Church Ministries | 45 Ironwood Road, Heidelberg, MS 39439 | | MS | James V. Doyle, Jr., Esquire<br>Doyle Law Firm, PC<br>2100 Southbridge Parkway, Suite 650<br>Birmingham, AL 35209<br>Phone: (205) 533-9500<br>Fax: (844) 638-5812<br>jimmy@doylefirm.com |
| Lauer, David & Lauer, Tamara | 29234 Caddyshack Lane, San Antonio, FL 33576 | | FL | James V. Doyle, Jr., Esquire<br>Doyle Law Firm, PC<br>2100 Southbridge Parkway, Suite 650<br>Birmingham, AL 35209<br>Phone: (205) 533-9500<br>Fax: (844) 638-5812<br>jimmy@doylefirm.com |

| Alexander, Derrick, et al. individually and on behalf of all others similarly situated v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al. - Civ. 2:15-cv-6632 Exhibit "A" -- Plaintiffs Named in Sixth Omnibus Class Action Complaint In Intervention (VA) | | | | |
|---|---|---|---|---|
| Plaintiff(s) (Last/First) | Affected CDW Property Address (include city, state and zip code) | Current Address of Plaintiff(s) if different from Affected CDW Property Address | Citizenship (State) of Plaintiff(s) | Law Firm(s) Representing Plaintiff(s); Email Addresses |
| M and M The Closers, LLC | 1924 SE 21 CT, Homestead, FL 33035 | | FL | James V. Doyle, Jr., Esquire<br>Doyle Law Firm, PC<br>2100 Southbridge Parkway, Suite 650<br>Birmingham, AL 35209<br>Phone: (205) 533-9500<br>Fax: (844) 638-5812<br>jimmy@doylefirm.com |
| McCleney, Jeffrey and McCleney, Angela | 2209 Mazant Street, New Orleans, LA 70017 | 8834 Palm Street, New Orleans, LA 70117 | LA | James V. Doyle, Jr., Esquire<br>Doyle Law Firm, PC<br>2100 Southbridge Parkway, Suite 650<br>Birmingham, AL 35209<br>Phone: (205) 533-9500<br>Fax: (844) 638-5812<br>jimmy@doylefirm.com |
| McGuire, Tiffany | 818 Toledano St.<br>New Orleans, LA 70115 | | LA | Anthony D. Irpino<br>IRPINO AVIN HAWKINS LAW FIRM<br>2216 Magazine Street<br>New Orleans, LA 70130<br>Phone: (504) 525-1500<br>Fax: (504) 525-1501<br>airpino@irpinolaw.com |
| Miles, Jerry and Miles, Patricia | 7104 West Tamaron Blvd.,<br>New Orleans, LA 70128 | | LA | James V. Doyle, Jr., Esquire<br>Doyle Law Firm, PC<br>2100 Southbridge Parkway, Suite 650<br>Birmingham, AL 35209<br>Phone: (205) 533-9500<br>Fax: (844) 638-5812<br>jimmy@doylefirm.com |

| \multicolumn{5}{c}{Alexander, Derrick, et al. individually and on behalf of all others similarly situated v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al. - Civ. 2:15-cv-6632<br>Exhibit "A" -- Plaintiffs Named in Sixth Omnibus Class Action Complaint In Intervention (VA)} |

| Plaintiff(s) (Last/First) | Affected CDW Property Address (include city, state and zip code) | Current Address of Plaintiff(s) if different from Affected CDW Property Address | Citizenship (State) of Plaintiff(s) | Law Firm(s) Representing Plaintiff(s); Email Addresses |
|---|---|---|---|---|
| Montero, Liane and Diaz, Mario | 2217 NW 7 ST, #901, Miami, FL 33126 | | FL | James V. Doyle, Jr., Esquire<br>Doyle Law Firm, PC<br>2100 Southbridge Parkway, Suite 650<br>Birmingham, AL  35209<br>Phone:  (205) 533-9500<br>Fax:  (844) 638-5812<br>jimmy@doylefirm.com |
| Punch, Dwayne and Punch, Dolly | 208 Sandy Street, Waveland, MS 39576 | | MS | James V. Doyle, Jr., Esquire<br>Doyle Law Firm, PC<br>2100 Southbridge Parkway, Suite 650<br>Birmingham, AL  35209<br>Phone:  (205) 533-9500<br>Fax:  (844) 638-5812<br>jimmy@doylefirm.com |
| Samples, Judith and Samples, Donald | 10214 Wildwood Circle, Dowling Park, FL 32064 | | FL | James V. Doyle, Jr., Esquire<br>Doyle Law Firm, PC<br>2100 Southbridge Parkway, Suite 650<br>Birmingham, AL  35209<br>Phone:  (205) 533-9500<br>Fax:  (844) 638-5812<br>jimmy@doylefirm.com |
| Seibert, Louis and Seibert, Barbara | 3540 Lansing Loop, Unit 201, Estero, FL 33928 | | FL | James V. Doyle, Jr., Esquire<br>Doyle Law Firm, PC<br>2100 Southbridge Parkway, Suite 650<br>Birmingham, AL  35209<br>Phone:  (205) 533-9500<br>Fax:  (844) 638-5812<br>jimmy@doylefirm.com |

| Alexander, Derrick, et al. individually and on behalf of all others similarly situated v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al. - Civ. 2:15-cv-6632  Exhibit "A" -- Plaintiffs Named in Sixth Omnibus Class Action Complaint In Intervention (VA) ||||| 
|---|---|---|---|---|
| Plaintiff(s) (Last/First) | Affected CDW Property Address (include city, state and zip code) | Current Address of Plaintiff(s) if different from Affected CDW Property Address | Citizenship (State) of Plaintiff(s) | Law Firm(s) Representing Plaintiff(s); Email Addresses |
| Snyder, Roger and Snyder, Rachel | 6275 Marcy Street, Cocoa, FL 32927 | | FL | James V. Doyle, Jr., Esquire Doyle Law Firm, PC 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 Phone: (205) 533-9500 Fax: (844) 638-5812 jimmy@doylefirm.com |