IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO:**<br><br>*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, Case No. 2:11-cv-01395 (E.D. La.) (LA) | |

**REVISED NOTICE OF SELECTION OF CLASS CLAIMS**

NOW COMES the Plaintiffs' Steering Committee ("PSC"), who respectfully submits their Revised Notice of Selection of twenty (20) Louisiana cases from the *Amorin* class pursuant to the Court's direction to the parties on November 15, 2018, to substitute three (3) additional Louisiana *Amorin* claims for the claims previously identified for New Orleans Area Habitat for Humanity ("NOAHH"). The Court has indicated that all of the NOAHH claims will proceed on a separate track. Accordingly, this Notice supersedes and replaces Rec. Doc. 21910.

Dated: November 19, 2018  Respectfully Submitted,

By: /s/ Russ M. Herman
Russ M. Herman (La Bar No. 6819) (on the brief)
Leonard A. Davis (La Bar No. 14190) (on the brief)
Stephen J. Herman (La Bar No. 23129)(on the brief)
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
RHerman@hhklawfim.com
*Plaintiffs' Liaison Counsel MDL 2047*

Arnold Levin (on the brief)
Fred S. Longer (on the brief)
Sandra L. Duggan (on the brief)
Levin Sedran & Berman LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios (on the brief)
Emma Kingsdorf Schwab (on the brief)
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Robert M. Becnel,
Law Office of Robert M. Becnel
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 359-6101
Fax: (985) 651-6101
robbecnel@aol.com

Salvadore Christina, Jr.
Becnel Law Firm, LLC
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 536-1186
Fax: (985) 536-6445
schristina@becnellaw.com

Peter Prieto
Podhurst Orseck, PA
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
pprieto@podhurst.com

Bruce William Steckler
Steckler Gesham Cochran
12720 Hillcrest Road, Suite 1045
Dallas, TX 75230
Phone: (972) 387-4040
Fax: (972) 387-4041
bruce@stecklerlaw.com

Patrick Montoya
Colson, Hicks, Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
patrick@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
Echsner & Proctor, PA
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
The Lambert Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com

Pete Albanis
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Myers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
palbanis@forthepeople.com

James R. Reeves, Jr.
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@rmlawcall.com

Christopher A. Seeger
Seeger Weiss, LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5002
dan@wbmllp.com

Richard J. Serpe
Law Offices of Richard J. Serpe
580 East Main Street, Suite 310
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Victor M. Diaz, Jr.
V.M. Diaz and Partners, LLC
119 Washington Ave., Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

Anthony D. Irpino
IRPINO AVIN HAWKINS LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

Gerald E. Meunier (on the brief)
Rachel M. Naquin (on the brief)
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

3

## OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W., Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Revised Notice of Selection has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 19th day of November, 2018.

    /s/ Russ M. Herman_____
    Russ M. Herman, Esquire (Bar No. 6819)
    Leonard A. Davis, Esquire (Bar No. 14190)
    Stephen J. Herman, Esquire (Bar No. 23129)
    HERMAN, HERMAN & KATZ, L.L.C.
    820 O'Keefe Avenue
    New Orleans, Louisiana 70113
    Phone: (504) 581-4892
    Fax: (504) 561-6024
    *Plaintiffs' Liaison Counsel*
    *MDL 2047*

## EXHIBIT A

| # | Plaintiff(s) | Affected Property Address | Category of Damages (Included, but not limited to)[1] |
|---|---|---|---|
| 1 | Alonzo, Lana | 3205 Maureen Lane<br>Meraux, LA 70075 | Remediation Damages, Alternative Living Expenses, Other Economic Damages, Repair and/or Replacement of Property Damaged by Chinese Drywall, Non-Pecuniary Damages, and Attorney's Fees |
| 2 | Blue, John and Rachelle | 422 28th Street<br>New Orleans, LA 70124 | Remediation Damages, Alternative Living Expenses, Other Economic Damages, Repair and/or Replacement of Property Damaged by Chinese Drywall, Non-Pecuniary Damages, and Attorney's Fees |
| 3 | Callia, Roger | 2329 Marietta<br>Chalmette, LA 70043 | Remediation Damages, Alternative Living Expenses, Other Economic Damages, Repair and/or Replacement of Property Damaged by Chinese Drywall, Non-Pecuniary Damages, and Attorney's Fees |
| 4 | Catalanotto, Mary Ann | 743 Louque Street<br>New Orleans, LA 70124 | Remediation Damages, Alternative Living Expenses, Other Economic Damages, Repair and/or Replacement of Property Damaged by Chinese Drywall, Non-Pecuniary Damages, and Attorney's Fees |
| 5 | Couture, Kasie and Patrick | 5728 4th Street<br>Violet, LA 70092 | Remediation Damages, Alternative Living Expenses, Other Economic Damages, Repair and/or Replacement of Property Damaged by Chinese Drywall, Non- |

---

[1] Disclosure of full damages will be made at the appropriate time as directed by the Court.

| | | | Pecuniary Damages, and Attorney's Fees |
|---|---|---|---|
| 6 | Desselle, Brent | 2917 Monica Lane Marrero, LA 70072 | Remediation Damages, Alternative Living Expenses, Other Economic Damages, Repair and/or Replacement of Property Damaged by Chinese Drywall, Non-Pecuniary Damages, and Attorney's Fees |
| 7 | Eyrich, Lillian | 130 22nd Street New Orleans, LA 70124 | Remediation Damages, Alternative Living Expenses, Other Economic Damages, Repair and/or Replacement of Property Damaged by Chinese Drywall, Non-Pecuniary Damages, and Attorney's Fees |
| 8 | Fineschi, Nicola and Connie | 1200 Magnolia Alley Mandeville, LA 70471 | Remediation Damages, Alternative Living Expenses, Other Economic Damages, Repair and/or Replacement of Property Damaged by Chinese Drywall, Non-Pecuniary Damages, and Attorney's Fees |
| 9 | Gonzales, Jane | 60337 Emerald Drive Lacombe, LA 70445 | Remediation Damages, Alternative Living Expenses, Other Economic Damages, Repair and/or Replacement of Property Damaged by Chinese Drywall, Non-Pecuniary Damages, and Attorney's Fees |
| 10 | Haindel, Mary | 1224 Magnolia Alley Mandeville, LA 70471 | Remediation Damages, Alternative Living Expenses, Other Economic Damages, Repair and/or Replacement of Property Damaged by Chinese Drywall, Non-Pecuniary Damages, and Attorney's Fees |

| 11 | Hughes, Mathew and Jan | 3513 Van Cleave Drive Meraux, LA 70075 | Remediation Damages, Alternative Living Expenses, Other Economic Damages, Repair and/or Replacement of Property Damaged by Chinese Drywall, Non-Pecuniary Damages, and Attorney's Fees |
| --- | --- | --- | --- |
| 12 | Jurisich, Betty | 6900 Louisville Street New Orleans LA 70124 | Remediation Damages, Alternative Living Expenses, Other Economic Damages, Repair and/or Replacement of Property Damaged by Chinese Drywall, Non-Pecuniary Damages, and Attorney's Fees |
| 13 | LaPierre, Dawn Ross and Ronald V. | 728-30 Whitney Avenue New Orleans, LA 70114 | Remediation Damages, Alternative Living Expenses, Other Economic Damages, Lost Rent, Repair and/or Replacement of Property Damaged by Chinese Drywall, Non-Pecuniary Damages, and Attorney's Fees |
| 14 | Maggiore, Peter and Frankie | 3852 Alexander Lane Marrero, LA 70072 | Remediation Damages, Alternative Living Expenses, Other Economic Damages, Repair and/or Replacement of Property Damaged by Chinese Drywall, Non-Pecuniary Damages, and Attorney's Fees |

| | | | |
|---|---|---|---|
| 15 | Pollock, Mark and Keri | 418 Turquoise Street New Orleans, LA 70124 | Remediation Damages, Alternative Living Expenses, Other Economic Damages, Repair and/or Replacement of Property Damaged by Chinese Drywall, Non-Pecuniary Damages, and Attorney's Fees |
| 16 | Randazzo, Virginia | 121 West St. Avide St. Chalmette 70043 | Remediation Damages, Alternative Living Expenses, Other Economic Damages, Repair and/or Replacement of Property Damaged by Chinese Drywall, Non-Pecuniary Damages, and Attorney's Fees |
| 17 | Sims, Frankie as Executrix of Estate of Juanita Davis (deceased) | 4105-4107 Elba Street New Orleans, LA 70125 | Remediation Damages, Alternative Living Expenses, Other Economic Damages, Repair and/or Replacement of Property Damaged by Chinese Drywall, Non-Pecuniary Damages, and Attorney's Fees |
| 18 | Tatum, Martin and Doris | 3808 Alexander Lane Marrero, LA 70072 | Remediation Damages, Alternative Living Expenses, Other Economic Damages, Repair and/or Replacement of Property Damaged by Chinese Drywall, Non-Pecuniary Damages, and Attorney's Fees |
| 19 | Young, Melissa | 2909 Monica Lane Marrero, LA 70072 | Remediation Damages, Alternative Living Expenses, Other Economic Damages, Repair and/or Replacement of Property Damaged by Chinese Drywall, Non-Pecuniary Damages, and Attorney's Fees |

| 20 | Zubrowski, Michael and Linda | 109 Indian Mound Lane Slidell, LA 70461 | Remediation Damages, Alternative Living Expenses, Other Economic Damages, Repair and/or Replacement of Property Damaged by Chinese Drywall, Non-Pecuniary Damages, and Attorney's Fees |