# EXHIBIT A
*Elizabeth Bennett, et al. v. Knauf Gips, KG, et al.*, 2:14-cv-2722-EEF-JCW
**Affected Properties Organized By State**

|   | Owner(s) | Affected Property Address | ARH? | Date of Purchase |
|---|---|---|---|---|
|   |   |   |   |   |
| **ALABAMA** | | | | |
| 1 | Jennifer Brady & William David Brady | 2089 Knollwood Place, Birmingham, AL 35242 | No | 02/21/06 |
| 2 | Ike Ijemere & Nancy Ijemere | 7012 Eagle Point Trail, Birmingham, AL 35242 | No | 06/28/06 |
| 3 | Carl Russell & Lynn Russell | 5427 Creekside Lane, Hoover, AL 35244 | No | 07/26/06 |
| 4 | Ronald Stanfa & Tricia Stanfa | 180 Sheffield Lane, Birmingham, AL 35242 | No | 10/26/06 |
| 5 | Elizabeth W. Bennett | 102 Morningwalk Lane, Huntsville, AL 35824 | No | 12/20/06 |
| 6 | Booker Lee & Terri Lee | 3258 Clubhouse Road, Mobile, AL 36605 | No | 07/23/07 |
| 7 | Becky Chedester & Michael Chedester | 10955 West Brighton Drive, Chunchula, AL 36521 | No | 08/03/07 |

1

| 8 | Katie Hallmark & Jason Hallmark | 775 Ridgefield Way, Odenville, AL 35120 | No | 02/23/09 |
|---|---|---|---|---|
| 9 | R&S Properties, LLC | 9810 Bay Road North, Foley, AL 36535 | No | 08/24/09 |
| 10 | Jason Scott | 149 Silo Hill Road, Madison, AL 35758 | No | 11/30/09 |
| 11 | Damian Cason & Leslie Marie Cason | 124 Arbor Hill Lane, Huntsville, AL 35824 | No | 01/29/10 |
| 12 | David Reynolds & Dahnelle Reynolds | 101 Spotted Fawn Road, Madison, AL 35758 | No | 02/21/11 |
| 13 | Stephanie Amuso & Robert Amuso | 9461 Ambrose Lane, Kimberly, AL 35091 | No | 05/08/12 |
| 14 | Joshua Kelley & Ernest Hamilton | 160 Blairs Circle, Pell City, AL 35215 | No | 08/02/12 |
| 15 | Hoan Bao & Hanh Bich Thi Tran | 1008 Washington Court, Moody, AL 35004 | Yes | 11/05/14 |
| 16 | Clayton Thomas & Debra Thomas | 32793 A Waterview Drive East, Loxley, AL 36551 | No | 08/26/16 |
| **FLORIDA** | | | | |
| 1 | Michael Goldenberg & Michelle Goldenberg | 12176 SW 49th Court, Cooper City, FL 33330 | No | 07/26/96 |
| 2 | Ina Helmick & Gary Helmick | 13237 Emberald Acres Avenue, Dover, FL 33527 | No | 10/15/98 |
| 3 | James Blevins | 2636 SE 19th Place, Cape Coral, FL 33904 | No | 06/15/04 |
| 4 | Mark Rigopoulos & Sheri Rigopoulos | 3411 24th Avenue NE, Naples, FL 34120 | No | 06/28/04 |

| # | Name | Address | | Date |
|---|---|---|---|---|
| 5 | Johnny Tyler | 8675 130th Avenue, Fellsmere, FL  32948 | No | 03/21/05 |
| 6 | Christina Vest o.b.o. Estate of Tim Hoffman | 624 NE 2nd Place, Cape Coral, FL  33909 | No | 04/14/05 |
| 7 | Isidro Calderon & Marfelia Calderon | 3441 SW Haines Street, Port St. Lucie, FL  34953 | No | 06/13/05 |
| 8 | Levi Taylor | 4090 SW Kallen Street, Port St. Lucie, FL  34953 | No | 07/07/05 |
| 9 | Olivia Porciuncula & Les Porciuncula | 339 Wilton Avenue, SW, Palm Bay, FL  32908 | No | 09/16/05 |
| 10 | Edward Laremore | 7018 Pilgrim Court, Labelle, FL  33935 | No | 10/07/05 |
| 11 | Leonard Armstrong | 121 11th Avenue East, Bradenton, FL  34208 | No | 11/28/05 |
| 12 | Elvis Ferrera | 22079 SW 88th Path, Cutler Bay, FL  33190 | No | 08/16/06 |
| 13 | Joseph Niemiec & Susan Niemiec | 6881 Brompton Drive, Lakeland, FL  33809 | No | 09/06/06 |
| 14 | V. Alethia Locke-Esberry | 962 SW Haas Avenue, Port St. Lucie, FL  34953 | No | 10/23/06 |
| 15 | Steve Binns | 1417 SW Devera Place, Port St. Lucie, FL  34953 | No | 10/26/06 |
| 16 | Abigail Cohen | 20305 Chestnut Grove Drive, Tampa, FL  33647 | No | 11/29/06 |
| 17 | Cesar Jaramillo & Ines Jaramillo | 5301 Nicklaus Drive, Winter Haven, FL  33884 | No | 12/26/06 |
| 18 | Mercedes Gaspard | 1402 O'Donnell Lane SE, Port St. Lucie, FL  34983 | No | 01/31/07 |

| | | | | |
|---|---|---|---|---|
| 19 | Fred Pool & Raquel DeFigueiredo | 14531 Coronado Drive, Spring Hill, FL  34609 | No | 02/16/07 |
| 20 | Tobi Butcher & Kenneth Butcher | 4020 Island Lakes Drive, Winter Haven, FL  33881 | No | 06/29/07 |
| 21 | Julio Martinez | 14731 SW 34 Lane, Miami, FL  33185 | No | 09/13/07 |
| 22 | Dolores Jarvis | 1743 Olivia Drive, Avon Park, FL  33825 | No | 11/15/07 |
| 23 | Wicler Pierre | 1714 NE 6th Street, Boynton Beach, FL  33435 | No | 12/03/07 |
| 24 | Neville Marques | 1722 NE 6th Street, Boynton Beach, FL  33435 | No | 12/14/07 |
| 25 | John Judge | 2618 50th Street West, Lehigh Acres, FL  33971 | No | 02/22/08 |
| 26 | Fred Stockton | 13095 Montego Street, Spring Hill, FL  34609 | No | 03/28/08 |
| 27 | Sharon Timmons | 1820 NE 7th Avenue, Cape Coral, FL  33909 | No | 07/22/08 |
| 28 | Anjali Van Drie | 4101 NW 22nd Street, Cape Coral, FL  33993 | No | 08/20/08 |
| 29 | Juergen Harttmann o. b. o. Harttmann Trust | 1811 SW 13th Lane, Cape Coral, FL  33991 | No | 08/29/08 |
| 30 | Laura Veira & Aliesky Santiago | 14763 SW 35 LN, Miami, FL  33185 | No | 12/30/08 |
| 31 | Julianne Kopach & Chrisopher Kopach | 20318 Chestnut Grove Drive, Tampa, FL  33647 | No | 01/09/09 |
| 32 | Dan Blonsky & Shona Blonsky | 8220 SW 60 CT, South Miami, FL  33143 | Yes | 01/29/09 |
| 33 | Glenn Price | 1751 Bobcat Trail, North Port, FL  34288 | No | 02/19/09 |

| | | | | |
|---|---|---|---|---|
| 34 | Carl Moore & Ellen Moore | 5427 Kedgewick Lane, North Port, FL  34288 | No | 05/01/09 |
| 35 | Michael Zelenenki & Karma Zelenenki | 4331 Ferrari Drive, Sebring, FL  33872 | No | 11/25/09 |
| 36 | Vince Russo | 9800 Quinta Artesa Way, Unit 105, Ft. Myers, FL 33908 | Yes | 09/27/10 |
| 37 | Martin Garcia & Amarilys Diaz | 928 SE 5th Court, Cape Coral, FL  33990 | No | 01/19/11 |
| 38 | Selene Y. Acosta | 11617 Hammocks Glade Drive, Riverview, FL  33569 | No | 04/13/11 |
| 39 | Consuelo Burgos | 384 NE 24 TER, Miami, FL  33033 | No | 09/30/11 |
| 40 | Marie Lorquet | 284 James Circle, Lake Alfred, FL  33850 | No | 04/11/12 |
| 41 | Nancy Mansour | 8678 Tally Ho Lane, Royal Palm Beach, FL  33411 | No | 12/26/12 |
| 42 | Allstate Servicing, Inc. | 13430 NE 30th Court, Anthony, FL  32617 | No | 02/15/13 |
| 43 | Bruno Esteban Ullauri Paredes & Karina Jannine Svoboda Straka | 5952 SW 102 ST, Pinecrest, FL  33156 | No | 03/08/13 |
| 44 | Kevin Karpel | 17770 64th Place North, Loxahatchee, FL  33470 | No | 05/31/13 |
| 45 | Edward Ball & Margot Gravel | 2464 Silver Palm Road, North Port, FL  34288 | No | 07/30/13 |
| 46 | MCF Enterprises, Inc. | 8554 Pegasus Drive, Lehigh Acres, FL  33971 | Yes | 10/30/13 |
| 47 | A&B Real Estate Holdings, LLC | 23205 SW 217 AVE, Miami, FL  33031 | No | 10/31/13 |
| 48 | CDO Investments, LLC | 25409 Durango Court, Punta Gorda, FL  33955 | Yes | 02/21/14 |
| 49 | Annetta, LLC | 363 NE 30 AVE, Homestead, FL  33033 | Yes | 04/16/14 |

| | | | | |
|---|---|---|---|---|
| 50 | M and M The Closers, LLC | 1924 SE 21 CT, Homestead, FL 33035 | No | 05/29/14 |
| 51 | Kurt Tolliver & Suzanne Tolliver | 4531 Darwin Boulevard, Port St. Lucie, FL 34953 | No | 09/11/15 |
| 52 | Carlos Salabarria | 12940 SW 135 CT, Miami, FL 33186 | No | 10/12/15 |
| 53 | Karina Martinez | 23631 SW 112 CT, Homestead, FL 33032 | No | 05/31/16 |
| 54 | Peter Walimire | 3589 Malagrotta Circle, Cape Coral, FL 33909 | No | 07/20/16 |
| 55 | Byron Robbins & Fern Robbins | 421 Chelsea Place Avenue, Ormond Beach, FL 32174 | No | 05/18/17 |
| 56 | Home and Land, Inc. | 3310 NE 3 DR, Homestead, FL 33033 | No | 09/05/17 |
| 57 | Amrita Roopchand & Rennie Roopchand | 15320 87th Road North, Loxahatchee, FL 33470 | No | 12/29/17 |
| 58 | Skyline Glass, LLC | 10769 NW 81 LN, Doral, FL 33178 | No | 01/08/18 |
| | **LOUISIANA** | | | |
| 1 | Mindy Milam & F. Clayton Latimer | 4625-27 Palmyra Street, New Orleans, LA 70119 | No | 05/25/84 |
| 2 | Carole Bonney | 35471 Reese Lane, Slidell, LA 70460 | No | 08/07/87 |
| 3 | Bholonath Dhume & Prabha Dhume | 150 Spencer Avenue, New Orleans, LA 70124 | No | 04/30/93 |
| 4 | Ronald Pendelton & Bernice Pendelton | 5224 Pasteur Boulevard, New Orleans, LA 70122 | No | 03/21/95 |

| | | | | |
|---|---|---|---|---|
| 5 | Michael Ginart & Alice Ginart | 2104 Olivia Street, Meraux, LA  70075 | No | 03/15/97 |
| 6 | Bonnie Cordier & Carl J. Cordier | 11429 Maxine Drive, New Orleans, LA  70128 | No | 01/05/99 |
| 7 | Jawad Gharib | 8807 South Claiborne Avenue, Apt. A, New Orleans, LA  70118 | No | 10/31/02 |
| 8 | Jawad Gharib | 8807 South Claiborne Avenue, Apt. B, New Orleans, LA  70118 | No | 10/31/02 |
| 9 | Jawad Gharib | 8807 South Claiborne Avenue, Apt. C, New Orleans, LA  70118 | No | 10/31/02 |
| 10 | Adelaide Levin | 2201-03 Neyrey Street, Metairie, LA  70001 | No | 07/22/03 |
| 11 | Jawad Gharib | 4 Beresford Drive, Metairie, LA  70001 | No | 12/19/03 |
| 12 | Funches Dixon & Sharise Dixon | 20 Cross Creek Drive, Slidell, LA  70461 | No | 09/29/04 |
| 13 | Scott Armstrong & Kim Armstrong | 42296 Forest Lane, Hammond, LA  70403 | No | 01/19/06 |
| 14 | Nathan Junius | 6537 Marshall Foch Street, New Orleans, LA  70124 | Yes | 02/01/06 |
| 15 | Ron Martinez & Catherine S. Martinez | 6507 Memphis Street, New Orleans, LA  70124 | No | 06/01/06 |
| 16 | Veronica Rosenaur | 13891 Calle Savario Drive, Prairieville, LA  70769 | No | 06/23/06 |
| 17 | Karen McCann & Kerry McCann | 73244 Penn Mill Road, Covington, LA  70435 | No | 08/02/06 |
| 18 | Nicole Norris & Michael Norris | 700 Artic Fox Run, Madisonville, LA  70447 | No | 08/10/06 |
| 19 | Matthew Issman & Susan Issman | 669 Timberwood Loop, Madisonville, LA  70447 | No | 08/15/06 |

| | | | | |
|---|---|---|---|---|
| 20 | Ronald Natal & Maria Natal | 1489 Lakeshore Boulevard, Slidell, LA 70461 | No | 11/21/06 |
| 21 | Mark Perez & Kimberlie Perez | 3036 Whitty Drive, Slidell, LA 70461 | No | 12/28/06 |
| 22 | Wayne Province & Kristal Province | 86048 Highway 450, Franklinton, La 70438 | No | 02/10/07 |
| 23 | Chien Van Pham & Bich Nguyen | 9549 Homestead Drive, Baton Rouge, LA 70817 | No | 02/15/07 |
| 24 | Mardechria Charles | 116 Dufresne Drive, Vacherie, LA 70090 | No | 06/18/07 |
| 25 | Jay Jinjiang Wang & Ruby Xiaochun Xi | 4220 Vincennes Place, New Orleans, LA 70125 | No | 07/23/07 |
| 26 | Bank of Louisiana | 35211 Beverly Hills Drive, Prairieville, LA 70769 | No | 06/29/09 |
| 27 | Cathy Gueydan & Tommy Gueydan | 42055 Jefferson Drive, Hammond, LA 70403 | No | 08/16/09 |
| 28 | Jacques Brousseau | 437 Delgado Drive, Baton Rouge, LA 70808 | No | 07/27/12 |
| 29 | Toni Macksey | 4321 Lucerne Street, Metairie, LA 70006 | Yes | 10/26/12 |
| 30 | Feng Hu | 3016 Taft Park, Metairie, LA 70002 | No | 07/15/13 |
| 31 | Jason Arnold | 26057 Coronation Avenue, Denham Springs, LA 70726 | No | 09/17/15 |
| 32 | Tuan Tran | 90 Chateau Latour Drive, Kenner, LA 70065 | No | 07/20/18 |
| 33 | Barbara Alfonso | 2412 Edgar Drive, Violet, LA 70092 | No | |
| MISSISSIPPI | | | | |
| 1 | Douglas Premoe & Iudok Premoe | 425 Inverness Court, Ocean Springs, MS 39564 | No | 06/16/05 |

| | | | | |
|---|---|---|---|---|
| 2 | Jack Green & Wanda Green | 1709 Seacrest Drive, Gautier, MS 39553 | No | 06/29/74 |
| 3 | Michael Phillips | 11263 Creek Drive, Gulfport, MS 39560 | No | 06/01/97 |
| 4 | Susyn Cain | 5040 Georgia Street, Bay St. Louis, MS 39520 | No | 06/01/99 |
| 5 | Larry Lafontaine & Nancy Lafontaine | 478 St. Charles Street, Bay St. Louis, MS 39520 | No | 07/16/01 |
| 6 | George W. Humphries, III & George W. Humphries, IV | 11209 Texas Street, Bay St. Louis, MS 39520 | No | 03/19/03 |
| 7 | Carlisle Place, LLC | 829 East Scenic Drive, Pass Christian, MS 39571 | No | 06/03/03 |
| 8 | Mary Ann Ferry | 101 Lakeside Drive, Waveland, MS 39576 | No | 09/30/03 |
| 9 | Peggy Powell | 110 Laurel Lane, Pass Christian, MS 39571 | No | 06/25/04 |
| 10 | Arrowhead Investments, LLC | 19 Money Hill Lane, Poplarville, MS 39470 | No | 04/26/05 |
| 11 | Catherine Baber | 121 Country Club Drive, Pass Christian, MS 39571 | No | 01/26/06 |
| 12 | Ronald R. Bogard & Leslie Susan Bogard | 451 Linda Drive, Biloxi, MS 39531 | No | 02/03/06 |
| 13 | Jeremy Scott Jordan | 11592 Azalea Trace, Gulfport, MS 39503 | No | 06/21/06 |
| 14 | 1329 Gum, Jackson Land Trust | 1329 Gum Street, Ocean Springs, MS 39564 | No | 06/01/07 |
| 15 | Bill Foreman | 7514 Pinehurst Court, Diamondhead, MS 39525 | No | 08/26/10 |
| 16 | Karen McAlister & Stephanie Fussell | 229 Felicity Street, Bay St. Louis, MS 39520 | No | 09/02/10 |
| 17 | Billy McCullar & Andrea McCullar | 603 East Second Street, Pass Christian, MS 39571 | No | 07/22/11 |

| | | | | |
|---|---|---|---|---|
| 18 | Peter Robinson & Lin H. Robinson | 131 Sea Oaks Drive, Long Beach, MS 39560 | No | 10/27/13 |
| 19 | Mary Sue Caranna | 224 Pinewood Drive, Pass Christian, MS 39531 | No | 08/04/14 |
| 20 | David Fozard & Candace Fozard | 72685 Diamondhead Drive North, Diamondhead, MS 39525 | No | 03/19/15 |
| 21 | Wade Gauthreaux & Sheryl Gauthreaux | 10171 Lagan Street, Bay St. Louis, MS 39520 | No | 07/31/15 |
| 22 | David Martino & Brittany Martino | 245 McDonnell Boulevard, F-138, Biloxi, MS 39531 | No | 11/16/15 |
| 23 | Mark Lee & Renee Lee | 308 Italian Isle, Gautier, MS 39553 | Yes | 11/17/16 |
| 24 | Dung Nguyen | 3 Laudeac Court, Long Beach, MS 39571 | No | 02/17/17 |
| 25 | The Van Tran & Chin Thi Nguyen | 12912 Rosemont Street, Ocean Springs, MS 39564 | No | 9/31/06 |
| | **TEXAS** | | | |
| 1 | Karen Beth Baldwin & David Neil Baldwin | 909 High Ridge Drive, Friendswood, TX 77546 | No | 09/25/06 |
| 2 | Franke Grande & Suzan Grande | 7 Nevin Court, Conroe, TX 77301 | No | 10/08/10 |
| 3 | Toshonia Jackson Armstrong & Martin Armstrong | 418 Sandstone Creek Lane, Dickinson, TX 77539 | No | 05/01/06 |