```
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130
```

Date: December 4,2018
_____

Cole, et al
_____


The State-Owned Assets Supervision and
Administration Commission of the State
Council, et al
Case No. 18-11407   Section L

Dear Sir:

Please ((issue) (re-issue) summons on the (complaint) (amended

complaint) ( ___ amended complaint) (third party complaint)

(other : Omni Class Action Complaint (XXXV)
_____ ) to the following:

1. (name) China National Building Materials Group Corporation
   (address) L. Christopher Vejnoska
2. (name) Orrick, Herrington & Sutcliffe LLP
   (address) The Orrick Building
             405 Howard Street
3. (name) San Francisco, CA 94105
   (address) _____
4. (name) _____
   (address) _____


Very truly yours,
/s/ Arnold Levin

_____
         "Signature"

Attorney for   Plaintiffs

Address   Levin Sedran & Berman
          510 Walnut Street, Ste. 500
          Philadelphia, PA 19106

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Louisiana

| | | |
|---|---|---|
| Cole, et al | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No.  18-11407 Section L |
| The State-Owned Assets Supervision and | ) | |
| Administration Commission of the State Council, et al | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  China National Building Materials Group Corporation
L. Christopher Vejnoska
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
> Leonard A. Davis, Esquire
> Herman, Herman & Katz, LLC
> 820 O'Keefe Avenue
> New Orleans, Louisiana 70113

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                      *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   18-11407 Section L

### PROOF OF SERVICE
#### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏  I returned the summons unexecuted because _____ ; or

❏  Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: