# EXHIBIT A

# ALSTON&BIRD LLP

One Atlantic Center
1201 West Peachtree Street
Atlanta, GA  30309-3424

404-881-7000
Fax: 404-253-8869
www.alston.com

Bernard Taylor, Sr.　　　　　　　Direct Dial: 404-881-7288　　　　　Email: bernard.taylor@alston.com

October 23, 2015

VIA EMAIL ONLY

Kristie Martello
Supervisor of Case Management
Golkow Technologies Inc.
production@golkow.com

Re:   Deposition of Jia Tongchun – Confidentiality Designations

Dear Ms. Martello,

　　As counsel for Taishan Gypsum Co. Ltd. and Tai'an Taishan Plasterboard Co., Ltd. ("Taishan"), I write to you regarding the deposition of Jia Tongchun in the Chinese Drywall MDL (2:09-md-2047) in the Eastern District of Louisiana, which was conducted in Hong Kong from September 17 through September 18, 2015.

　　Pursuant to the Court's pre-trial order on confidentiality (PTO 16), Taishan submits the following confidentiality designations for the Deposition Transcript of Jia Tongchun ("Jia Deposition").

　　The following sections of the Jia Deposition and Exhibits are designated as Highly Confidential and are to be redacted, as they discuss matters that are subject to an Order from the Court designating them as such:

- Jia Deposition 173:4 – 190:11

- Jia Deposition 212:11 – 219:25

- Jia Deposition 222:20 – 225:4

- Jia Deposition 239:20 – 243:1

- Jia Deposition 243:12 – 249:3

- Exhibit 1, including, but not limited to, the following specifically-referenced Bates Numbers:

October 23, 2015
Page 2

- o Exhibit 1 (HL_26)
- o Exhibit 1 (HL_26a)
- o Exhibit 1 (HL_261)
- o Exhibit 1 (HL_261a)
- o Exhibit 1 (HL_304)

- Any other attached Exhibit with Bates Number beginning with "HL"

The following sections of the Jia Deposition are designated as Confidential as they discuss personal health information unrelated to the merits of this litigation:

- Jia Deposition 15:1 – 20:22
- Jia Deposition 26:18-22
- Jia Deposition 53:8-20

Please feel free to contact me if you have any questions regarding these confidentiality designations.

Thank you for your dedicated work in preparing these transcripts.

Sincerely,

ALSTON & BIRD LLP

Bernard Taylor, Sr.

cc:
Russ M. Herman, Esq.
Herman, Herman & Katz, LLC
820 O'Keefe Ave.
New Orleans, LA 70113
RHERMAN@hhklawfirm.com

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut St, Ste 500

October 23, 2015
Page 3

Philadelphia, PA 19106
ALevin@LFSBLaw.com