# EXHIBIT B



March 5, 2012

HOGAN LOVELLS US LLP
875 Third Avenue
New York, NY 10022
Telephone: 212-918-3000
Facsimile:  212-918-3100

**BY EMAIL AND REGULAR MAIL**

Ms. Kristie Martello
Golkow Technologies
One Liberty Place, 51st Fl.
1650 Market Street
Philadelphia, PA 19103
Email: kmartello@golkow.com

RE:   IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION; MDL NO. 2047

Dear Ms. Martello:

We represent Defendants Taishan Gypsum Co. Ltd. and Tai'an Taishan Plasterboard Co., Ltd. ("Defendants") in the above-captioned litigation. We write to inform that we hereby designate the following testimony and exhibits to the following deposition "Highly Confidential, Subject to Protective Order" in accordance with Pretrial Order No. 16 of MDL No. 2047:

Deposition of Tongchun Jia
Defendants' Exhibits 17-24, 25 – 32, 45-47

Deposition of Shiliang Peng
99:5-111:15
Exhibit 9

Please contact me if you have any questions.

Sincerely,

Courtney L. Colligan
Associate

cc:   "Chinese Drywall Depository" (by First Class Mail)
        Herman Herman Katz & Cotlar, LLP
        820 O'Keefe Avenue
        New Orleans, Louisiana 70113
     Lenny Davis, Esq. (by e-mail)
     Tom Owen, Esq. (by e-mail)