IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |

This Document Relates to:

Greg Descher, et al. V. Knauf GIPS KG, et al.
Case No. 17-17500

**ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF TIME WITHIN WHICH TO COMPLETE SERVICE OF PROCESS**

THIS DAY this cause came on to be heard upon Plaintiffs, Greg and Meredith Descher and Penny Parker's, Motion for Extension of Time within which to Complete Service of Process, and the Court, after having considered same, finds that the Motion is well-taken and should be sustained.

It is, therefore,

ORDERED AND ADJUDGED that the deadline for service of process on the Defendants in the above-referenced case be, and the same is hereby extended for an additional  60   days, making the new deadline to be   February 8th  , 2019.

SO ORDERED AND ADJUDGED this, the 10th day of   December  , 2018.

**U. S. DISTRICT COURT JUDGE**