UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Amorin, et al. v. Taishan Gypsum Co., Ltd., et al.*, Case No. 2:11-cv-01395 | |

### DEFENDANTS' FACT WITNESS LIST FOR PRIORITY CLAIMANT MARY ANN CATALANOTTO

Pursuant to the Court's order of November 1, 2018 (Rec. Doc. 21897-1), Defendants hereby furnish their Fact Witness List.

### NAME, ADDRESS, AND DESCRIPTION OF WITNESS:

1. All fact witnesses identified by Plaintiffs.

2. Randy Caspolich or other representative for DJ's Drywall—remediation contractor, no known address.

    a. Knowledge as to remediation of the subject property, product identification, liability, causation, and damages.

3. Defendants reserve the right to supplement this list with additional fact witnesses that are discovered in the course of discovery.

Respectfully submitted,
Dated: December 11, 2018

/s/ *Michael P. Kenny*
Michael P. Kenny, Esq.
Georgia Bar No. 415064
Bernard Taylor, Esq.
Georgia Bar No. 669625

Christina Hull Eikhoff, Esq.
Georgia Bar No. 242539
David Venderbush, Esq.
New York Bar No. 2920817
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
christy.eikhoff@alston.com
*Counsel for Taishan Gypsum Co., Ltd. And Tai'an Taishan Plasterboard Co., Ltd.*

Alan Dean Weinberger
LA Bar No. 13331
HANGARTNER, RYDBERG & TERRELL, LLC
One Shell Square
701 Poydras St., Suite 310
New Orleans, Louisiana 70179
Phone: (504) 434-6815
Fax: (504) 522-5689
aweinberger@hanrylaw.com
*Local Counsel for Taishan Gypsum Co., Ltd. And Tai'an Taishan Plasterboard Co., Ltd*


/s L. Christopher Vejnoska
L. Christopher Vejnoska
(CA Bar No. 96082)
Eric Matthew Hairston
(CA Bar No. 229892)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Tel: 415-773-5700
cvejnoska@orrick.com
ehairston@orrick.com

James L. Stengel
(NY Bar No. 1800556)
Xiang Wang
(NY Bar No. 4311114)
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY, 10019

2

Tel: 212-506-5000
jstengel@orrick.com
xiangwang@orrick.com

Eric A. Shumsky
(D.C. Bar No. 477926)
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street NW
Washington, D.C. 20005
Tel: 202-339-8400
eshumsky@orrick.com

*Counsel for CNBM Co., Ltd., BNBM (Group) Co., Ltd., and BNBM PLC*

Ewell E. Eagan, Jr.
(LA Bar No. 5239)
Donna Phillips Currault
(LA Bar No. 19533)
GORDON, ARATA, MONTGOMERY, BARNETT, MCCOLLAM, DUPLANTIS & EAGAN, LLC
201 St. Charles Avenue, 40th Floor
New Orleans, LA 70170-4000
Tel: (504) 582-1111
eeagan@gordonarata.com
dcurrault@gordonarata.com

*Counsel for CNBM Co., Ltd.*

Harry Rosenberg
(LA Bar No. 11465)
Phelps Dunbar LLP
365 Canal St., Suite 2000
New Orleans, LA 70130
Tel: (504) 566-1311
Email: Harry.Rosenberg@Phelps.com

*Counsel for BNBM (Group) Co., Ltd., and BNBM PLC*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, by U.S. mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 11th day of December, 2018.

<u>Michael P. Kenny, Esq.</u>
Georgia Bar No. 415064
ALSTON & BIRD LLP
1201 West Peachtree Street NW
Atlanta, Georgia 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
mike.kenny@alston.com
*Counsel for Taishan*