# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |
| THE MITCHELL COMPANY, INC. v. KNAUF GIPS, KG; et al. Case No. 09-cv-4115 | |

## UNOPPOSED MOTION FOR EXTENSION OF DEADLINES

Comes now The Mitchell Company, Inc. ("Mitchell") and moves this Court for an extension of the discovery and briefing deadlines related to its renewed Motion for Class Certification [Doc. No. 20857] and as grounds therefor shows as follows:

1. Just prior to its 30(b)(6) deposition, Beazer Homes Inc. discovered that an extensive group of documents had been inadvertently missed during the production of documents. The supplemental production caused the deposition to be rescheduled to January 4, 2019.

2. The parties have conferred and agreed to propose the following dates, which reflect a minor extension of the current discovery and briefing schedule: Discovery cutoff - January 4, 2019; deadline for Taishan to respond to class certification motion: January 28, 2019; and deadline for Mitchell to reply to Taishan's response: February 11, 2019.

WHEREFORE, Plaintiff Mitchell requests an order of this Court extending the applicable deadlines as set forth above.

> */s/ Steven L. Nicholas*
> STEVEN L. NICHOLAS
> Cunningham Bounds, LLC
> 1601 Dauphin Street
> Mobile, Alabama  36604
> 251-471-6191
> 251-479-1031 (fax)
> sln@cunninghambounds.com
> Attorneys for The Mitchell Company, Inc.

**CERTIFICATE OF SERVICE**

      I do hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel and Defendants' Liaison Counsel by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this the 12th day of December, 2018.

                                                  */s/ Steven L. Nicholas*
                                                  STEVEN L. NICHOLAS