UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>*Cole, et al v. SASAC, et al*<br>*Case No. 18-11407* | |

## AFFIDAVIT OF SERVICE

I, Arnold Levin, Esquire served the Summons and Complaint (XXXV) in the above captioned matter on Bernard Taylor, Esquire on December 10, 2018 via Federal Express pursuant to Court Orders dated June 25, 2014 and March 27, 2015 (Rec. Doc. Nos. 17790 and 18566). See Exhibit "A" attached hereto for cover letter and Federal Express delivery confirmation.

Date: December 12, 2018

Arnold Levin, Esquire
Levin Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com

*Plaintiffs' Lead Counsel MDL 2047*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 12th day of December, 2018

/s/ Arnold Levin
Arnold Levin, Esquire

# EXHIBIT A

773909355354

# Delivered
## Monday 12/10/2018 at 9:12 am

**DELIVERED**

Signed for by: J.MARTIN



**GET STATUS UPDATES**

**OBTAIN PROOF OF DELIVERY**

**FROM**

Levin Sedran & Berman
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA US 19106
215 592-1500

**TO**

Alston & Bird LLP
Bernard Taylor, Esquire
ATLANTA, GA US 30309
215 592-1500

## Shipment Facts

**TRACKING NUMBER**
773909355354

**SERVICE**
FedEx Standard Overnight

**WEIGHT**
1 lbs / 0.45 kgs

**DELIVERY ATTEMPTS**
1

**DELIVERED TO**
Mailroom

**TOTAL PIECES**
1

**TOTAL SHIPMENT WEIGHT**
1 lbs / 0.45 kgs

**TERMS**
Not Available

**SHIPPER REFERENCE**
cdw - omni XXXV cole

**PACKAGING**
FedEx Envelope

**SPECIAL HANDLING SECTION**
Deliver Weekday

**STANDARD TRANSIT**

12/10/2018 by 3:00 pm

**SHIP DATE**

Fri 12/07/2018

**ACTUAL DELIVERY**
Mon 12/10/2018 9:12 am

## Travel History

Local Scan Time

Monday, 12/10/2018

Track your package or shipment with FedEx Tracking
Case 2:09-md-02047-EEF-MBN Document 21956   Filed 12/12/18   Page 5 of 6
Page 2 of 2

| 9:12 am | ATLANTA, GA | Delivered |
| 7:20 am | ATLANTA, GA | On FedEx vehicle for delivery |
| 6:39 am | ATLANTA, GA | At local FedEx facility |

Sunday, 12/09/2018

| 7:23 pm | ATLANTA, GA | At destination sort facility |
| 5:21 pm | MEMPHIS, TN | Departed FedEx location |

Saturday, 12/08/2018

| 10:12 am | MEMPHIS, TN | Arrived at FedEx location |

Friday, 12/07/2018

| 9:39 pm | PHILADELPHIA, PA | Left FedEx origin facility |
| 4:37 pm | PHILADELPHIA, PA | Picked up |
| 8:20 am | | Shipment information sent to FedEx |

## LEVIN SEDRAN & BERMAN LLP

*Counsellors at Law and Proctors in Admiralty*

ARNOLD LEVIN
LAURENCE S. BERMAN
FRED S. LONGER *
DANIEL C. LEVIN
CHARLES E. SCHAFFER
AUSTIN B. COHEN *
MICHAEL M. WEINKOWITZ * †
KEITH J. VERRIER *
LUKE T. PEPPER
NICOLA F. SERIANNI *

510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106-3697
www.lfsblaw.com

TELEPHONE (215) 592 1500
FACSIMILE (215) 592 4663

OF COUNSEL:
HOWARD J. SEDRAN
SANDRA L. DUGGAN
RAYMOND P. FORCENO

* also admitted in New Jersey
† also admitted in New York

December 7, 2018

***Via Federal Express***
Bernard Taylor
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309

        RE:    **Chinese Drywall Litigation**
                 **Cole v. SASAC, et al**
                 **No. 18-11407 (Omnibus Class Action Complaint (XXXV)**

Dear Mr. Taylor:

      Pursuant to the Court's Orders dated June 25, 2014 and March 27, 2015 (Rec. Doc. Nos. 17790 and 18566), enclosed please find the Summonses and Complaint for Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co., Ltd. for the above action.

      Should you have any questions, please feel free to contact me.

                                             Very truly yours,

                                             ARNOLD LEVIN

AL:jsl
Enclosures