|  |  |  |
|---|---|---|
| | : | MDL NO. 2047 |
| IN RE: CHINESE MANUFACTURED DRYWALL | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAGISTRATE JUDGE |
| ....................................... : | WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

Before the Court is a Motion seeking reconsideration of the Court's August 10, 2017 order granting the Seventh Motion for Disbursement of Funds. R. Doc. 20922.

On December 29, 2011, this Court ordered Russ M. Herman, Plaintiffs' Liaison Counsel, and Arnold Levin, Plaintiffs' Lead Counsel, to establish an MDL 2047 PSC Shared Costs Fund. Pursuant to this order, Herman and Levin established the Shared Costs Fund with Esquire Bank. R. Doc. 12102. On July 28, 2009, the Court issued Pre-Trial Order No. 8, R. Doc. 146, which appointed members to the Plaintiffs' Steering Committee (the "PSC"). In connection with the administration and performance of its duties, the PSC has and continues to incur a number of expenses.

To substantiate these expenses, the PSC has reported to the Court at monthly status conferences the voluminous discovery efforts that have been undertaken in connection with Defendants Taishan, CNBM, BNBM, and other third parties. Based on these monthly conferences, the Court deemed it necessary for the PSC to transfer $500,000.00 from the "Chinese Drywall MDL 2047 Holdback Account" to the MDL 2047 PSC Shared Cost fund to cover future expenses incurred and reported in accordance with Pre-Trial Order No. 9. Pre-Trial Order No. 9, R. Doc. 147, sets forth the procedure for Plaintiff counsel's expense submissions. The PSC reported all of

the expenses incurred to the Court-appointed CPA in accordance with Pre-Trial Order No. 9. Accordingly;

**IT IS ORDERED** that the Motion to reconsider the Court's August 10, 2017 order granting the Seventh Motion for Disbursement of Funds be and hereby is **DENIED**.

New Orleans, Louisiana, this 12th day of December, 2018.

_____
UNITED STATES DISTRICT JUDGE