UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br>SECTION L<br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

Before the Court is a Motion seeking the Immediate Disbursement of Undisputed Fees filed by Faircloth, Melton & Sobel, LLC and Liska, Exnicios, & Nungesser.[1] R. Doc. 20434. The Fee Committee filed a motion in opposition, R. Doc. 20440, as well as a reply, R. Doc. 20475. Given the many substantive and procedural hurdles the Court must address before it can disburse the costs and fees sought by the moving parties,

**IT IS ORDERED** that the Motion seeking the Immediate Disbursement of Undisputed Fees be and hereby is **DENIED WITHOUT PREJUDICE AS PREMATURE**. The parties are free to reurge their motions at a later date.

New Orleans, Louisiana, this 12th day of December, 2018.

_____
UNITED STATES DISTRICT JUDGE

---

[1] The Law Firm of Krupnick Campbell Malone joined the motion, R. Doc. 20436, as did the Law Firm of Taylor Martino, P.C., R. Doc. 20441.

1