## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br><br>***Amorin, et al. v. Taishan Gypsum Co., Ltd., et al.*, Case No. 2:11-cv-01395** | |

### NOTICE OF SELECTION OF CLASS CLAIMS

NOW COMES Defendants Taishan Gypsum Company, Ltd., Tai'an Taishan Plasterboard Company, Ltd., and BNBM PLC (collectively "Defendants"), who respectfully submit their twenty (20) Louisiana cases from the Amorin class pursuant to the Court's Order of October 12, 2018 (Rec. Doc. No. 21847) and subsequent Discovery Plan for Selected Louisiana Claims from the Amorin Class (Rec. Doc. No. 21897-1).

Dated: December 12, 2018

Respectfully submitted,

/s/ *Christina Hull Eikhoff*
Michael P. Kenny, Esq.
Georgia Bar No. 415064
Bernard Taylor, Esq.
Georgia Bar No. 669625
Christina Hull Eikhoff, Esq.
Georgia Bar No. 242539
David Venderbush, Esq.
New York Bar No. 2920817
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
christy.eikhoff@alston.com

*Counsel for Taishan Gypsum Co., Ltd. And Tai'an Taishan Plasterboard Co., Ltd.*

Alan Dean Weinberger
LA Bar No. 13331
HANGARTNER, RYDBERG & TERRELL, LLC
One Shell Square
701 Poydras St., Suite 310
New Orleans, Louisiana 70179
Phone: (504) 434-6815
Fax: (504) 522-5689
aweinberger@hanrylaw.com
*Local Counsel for Taishan Gypsum Co., Ltd. And Tai'an Taishan Plasterboard Co., Ltd*

L. Christopher Vejnoska
(CA Bar No. 96082)
Eric Matthew Hairston
(CA Bar No. 229892)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Tel: 415-773-5700
cvejnoska@orrick.com
ehairston@orrick.com

James L. Stengel
(NY Bar No. 1800556)
Xiang Wang
(NY Bar No. 4311114)
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY, 10019
Tel: 212-506-5000
jstengel@orrick.com
xiangwang@orrick.com

Eric A. Shumsky
(D.C. Bar No. 477926)
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street NW
Washington, D.C. 20005
Tel: 202-339-8400
eshumsky@orrick.com

2

*Counsel for CNBM Co., Ltd., BNBM (Group) Co., Ltd., and BNBM PLC*

Ewell E. Eagan, Jr.
(LA Bar No. 5239)
Donna Phillips Currault
(LA Bar No. 19533)
GORDON, ARATA, MONTGOMERY, BARNETT, MCCOLLAM, DUPLANTIS & EAGAN, LLC
201 St. Charles Avenue, 40th Floor
New Orleans, LA 70170-4000
Tel: (504) 582-1111
eeagan@gordonarata.com
dcurrault@gordonarata.com

*Counsel for CNBM Co., Ltd.*

Harry Rosenberg
(LA Bar No. 11465)
Phelps Dunbar LLP
365 Canal St., Suite 2000
New Orleans, LA 70130
Tel: (504) 566-1311
Email: Harry.Rosenberg@Phelps.com

*Counsel for BNBM (Group) Co., Ltd., and BNBM PLC*

3

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, by U.S. mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 12th day of December, 2018.

<u>Christina Hull Eikhoff, Esq.</u>
Georgia Bar No. 242539
ALSTON & BIRD LLP
1201 West Peachtree Street NW
Atlanta, Georgia 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
christy.eikhoff@alston.com
*Counsel for Taishan*

**EXHIBIT A**

| # | Claimant Name | Property Address |
|---|---------------|------------------|
| 1 | Allen, Cathy Williams | 3380 Montgomery St.<br>Mandeville, LA 70448 |
| 2 | Back, Charles & Mary Ann | 1215 Magnolia Alley<br>Mandeville, LA 70471 |
| 3 | Barisich, Frances and Joseph Barisich, George Sever-Barischi, Anne Marie | 408 Livingston Ave.<br>Arabi, LA 70032 |
| 4 | Berthaut, Colin and Gelpi, Colin | 1218 Magnolia Alley<br>Mandeville, LA 70471 |
| 5 | Blalock, Angeles | 3400 Napoleon Ave.<br>New Orleans, LA 70125 |
| 6 | Boland Marine | 5943 Boeing St.<br>New Orleans, LA 70126 |
| 7 | Braselman, Holly | 1206 Magnolia Alley<br>Mandeville, LA 70471 |
| 8 | Donaldson, Jill and Oertling, Jared | 18 Log Cabin Lane<br>Pearl River, LA 70452 |
| 9 | Fatta, Joseph and Tracy | 2622 College St.<br>Slidell, LA 70458 |
| 10 | Fisher, Donald and Nadja | 3140 N. Roman St.<br>New Orleans, LA 70117 |
| 11 | Gammage, Daniel | 1210 Magnolia Alley<br>Mandeville, LA 70471 |
| 12 | James, Dominesha | 1857 Joseph Dr.<br>Poydras, LA 70085 |
| 13 | Lavergne, Sheral Ann | 701 Sally Mae St.<br>Lake Charles, LA 70601 |
| 14 | Lawrence, Annette | 7579 Berg Street<br>New Orleans, LA 70128 |
| 15 | Leon, Debra | 5772 W Louis Prima Dr.<br>New Orleans, LA 70128 |
| 16 | Lewis, Brian and Barbara | 6755 Lake Willow Drive<br>New Orleans, LA 70126 |
| 17 | Phillips, Jerry | 116 Woodcrest Drive<br>Slidell, LA 70458 |
| 18 | Staub, Marcus and Dana | 1208 Magnolia Alley<br>Mandeville, LA 70471 |
| 19 | Wilfer, Rosanne | 1202 Magnolia Alley<br>Mandeville, LA 70471 |
| 20 | Zhang, Zhou and Zhao, Xug Ying | 5941 Kensington Blvd.<br>New Orleans, LA 70127 |