# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br><br>*Amorin, et al. v. Taishan Gypsum Co., Ltd., et al.*, Case No. 2:11-cv-01395 | |

## ORDER

Considering the Defendants' Unopposed Motion to File Fact Witness Lists Out of Time,

**IT IS HEREBY ORDERED**, that Defendants' Motion is **GRANTED;**

New Orleans, Louisiana, this __13th__ day of __December__, 2018.

_____
Hon. Eldon E. Fallon
United States District Judge