UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION : 
: SECTION L
:
: JUDGE FALLON
: MAGISTRATE JUDGE
............................................................... : WILKINSON

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

Before the Court is a Motion seeking to immediately transfer the attorney fee qualified settlement fund to a difference depository bank or back to the Court's registry filed by the Yance Law Firm ("Yance"). R. Doc. 21338. The Law Firm of Krupnick Campbell Malone ("KCM"); Taylor Martino, P.C. ("Martino"); and Morris Bart, LLC ("Morris Bart") join the motion. R. Docs. 21341, 21350, 21360. Plaintiffs' Lead and Liaison Counsel filed a motion in opposition, R. Doc. 21439, to which Yance and KCM have filed a reply, R. Docs. 21477, 21499. The Court heard oral argument on the motion, taking it under advisement. R. Doc. 21506.

On June 12, 2018, the Court ordered that the Attorney Fee Qualified Settlement Fund be transferred from Esquire Bank to the Court's Registry, where the funds remain. R. Doc. 21405. The Court notes there is no evidence of any improper actions taken by Esquire Bank and that Esquire Bank prudently fulfilled its obligations with respect to Qualified Settlement Fund deposits, all of which were guaranteed by the United States of America. The Bank safeguarded the funds deposited in the Attorney Fee Qualified Settlement Fund and properly reported all interest received on such funds monthly and annually each year.

Because the funds have been transferred to the Court's registry;

1

**IT IS ORDERED** that the Yance Law Firm's Motion to Immediately Transfer Attorney Fee Qualified Settlement Fund to a Different Depository Bank or Back into the Court Registry be and hereby is **DENIED AS MOOT**.

New Orleans, Louisiana, this 13th day of December, 2018.

_____
UNITED STATES DISTRICT JUDGE