UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO:**<br><br>*Brooke et al. v. State-Owned Assets Supervision and Administration Commission of the State Council, et al.,* **Case No. 15-4127 (E.D. La.)** | |

# ORDER

Considering Plaintiffs' Steering Committee's Motion for Leave to File the Exhibits Under Seal;

IT IS ORDERED BY THE COURT that the motion is GRANTED and that Exhibits A and B to the Plaintiffs' Steering Committee's Supplemental Brief Regarding Tolling Pursuant to the Order of November 13, 2018 [Rec. Doc. 21963] are hereby FILED UNDER SEAL in their entirety.

New Orleans, Louisiana, this ____ day of _____, 2018.

_____
Eldon E. Fallon