# EXHIBIT A

| | PLAINTIFFS' STEERING COMMITTEE'S CHART OF CONTEMPT EXHIBITS SUBJECT TO SHOW CAUSE HEARING MOTION | | |
|---|---|---|---|
| | IN RE CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | | |
| | CONTEMPT EXHIBITS | | |
| Exhibit No. | Description | **Publicly Available** ("Publicly available" means that the document is now accessible on the docket either *in toto* or redacted form (identified as "[R]" or by agreement the documents confidential status is not at issue and the document may be made publicly available) | **Subject to Confidentiality Challenge** |
| 1 | Transcript of MDL Status Conference, 1/22/2015 | X | |
| 2 | "Statement on Implementing the Requirements from the Group Corporation's Meeting of International Business Risk Prevention," dated 7/11/2014 | X | |
| 3 | 7/18/2014 CNBM Voluntary Announcement on Development of Gypsum Board Litigation in the US | X | |
| 4 | Announcement of Beijing New Building Materials Public Limited Company in Relation to the Developments of Gypsum Board Litigation in the U.S. dated 7/18/2014 | X | |
| 5 | CNBM Group Resolution No. 17 of the Third Session of the Board of Directors of CNBM Group dated 7/11/2014 | X | |
| 6 | Transcript of Proceedings, 7/17/2014 | X | |
| 7 | CNBM Voluntary Announcement: Updates on Recent Developments in the Gypsum Board Litigation in the US dated 8/20/2014 | X | |
| 8 | 3/2015 Wire Transfers | X | |

| # | Description | | Status |
|---|---|---|---|
| 9 | Summary Chart of Taishan, BNBM, CNBM Officers and Directors, with supporting documentation | X | |
| 10 | Deposition of JIA Tongchun dated 9/17-18/2015 | | DISPUTED |
| 11 | 10/15/2015 Motion of Appellees to Dismiss Appeals [FILED UNDER SEAL] Dckt. 15-30804 (5th Cir.) | | RESOLVED |
| 12 | Taishan Affiliates and Subsidiaries Chart | X | |
| 13 | 2/10/2016 Affidavit of Yan Gao | X | |
| 14 | State Owned Assets Supervision and Administration Commission's list of SOE's, (last visited on 2/10/2015) available at: http://www.sasac.gov.cn/n2963340/n2971121/n4956567/. | X | |
| 15 | SASAC Main Functions, (last visited on 12/15/2015) accessed at: http://en.sasac.gov.cn/n1408028/n1408521/index.html | X | |
| 16 | 2006 CNBM Global Offering Prospectus | X | |
| 17 | 2005 BNBM Annual Report | X | |
| 18 | 2006 BNBM Annual Report | X | |
| 19 | 2007 BNBM Annual Report | X | |
| 20 | 2008 BNBM Annual Report | X | |
| 21 | 2009 BNBM Annual Report | X | |
| 22 | 2010 BNBM Annual Report | X | |
| 23 | 2011 BNBM Annual Report | X | |
| 24 | 2012 BNBM Annual Report | X | |
| 25 | 2013 BNBM Annual Report | X | |
| 26 | 2014 BNBM Annual Report | X | |
| 27 | Deposition of Curtis J. Milhaupt dated 2/3/2016 | | SHOW CAUSE |
| 28 | Deposition of BNBM Group (ZHAO Yanming) dated 7/15-17/2015 | | RESOLVED |
| 29 | English Translation of CNBM Group's Member Enterprise Description | X | |
| 30 | 2014 CNBM Annual Report | X | |
| 31 | Deposition of CNBM (CHANG Zhangli) dated 6/5-7/2015 | | RESOLVED |
| 32 | Deposition of SONG Zhiping dated 9/14-15/2015 | | RESOLVED |

| # | Description | | |
|---|---|---|---|
| 33 | English Translation of China Building Materials Academy's Member Enterprise Description | X | |
| 34 | 2006 CNBM Annual Report | X | |
| 35 | English Translation of CNBM Import & Export's Subsidiaries and Overseas Companies | X | |
| 36 | Deposition of CNBM Import & Export (LIHE Wang) dated 11/4/2015 | | SHOW CAUSE |
| 37 | CNBM Import & Export Corporate Disclosure Statement (Dkt. 3:14-cv-00746, D. Or.) | X | |
| 38 | Deposition of CNBM Forest Products Canada, Ltd. (DENG Jianjun) dated 10/28/2015 | | SHOW CAUSE |
| 39 | CNBM Forest (Canada)'s Corporate Disclosure Statement (Dkt. 3:14-cv-00746, D. Or.) | X | |
| 40 | 2013 CNBM Forest Products, Ltd. Auditor's Report | | RESOLVED |
| 41 | CNBM Forest Products Articles of Association | X | |
| 42 | Response to Request for Information Regarding CNBM Group | X | |
| 43 | Slide Show: CNBM Forest Products Trading, Ltd. | X | |
| 44 | CNBM Forest (Canada) Certificate of Incorporation | X | |
| 45 | CNBM International Company Description | X | |
| 46 | CNBM International Basic Situations of Overseas Subsidiary Companies | | RESOLVED |
| 47 | 2014 Investigation Report on CNBM International | | SHOW CAUSE |
| 48 | CNBM (USA) Corp. Papers Relating to Incorporation from the State of California, Secretary of State [R] | X | |
| 49 | CNBM Group "Contact Us," USA Tab, (last visited on 2/8/2016) available at http://www.cnbm.com.cn/EN/c_0000001600050003/ | X | |

| # | Description | | |
|---|---|---|---|
| 50 | Deposition of CNBM USA Corp. (ZHANG Shaojun) dated 11/3/2015 | | SHOW CAUSE |
| 51 | CNBM USA "Building a Mutually Rewarding Partnership" Powerpoint dated 4/2/2007 | X | |
| 52 | Defendant Affiliate/Subsidiary/Parent Manufacturers' Profile Form of China National Building Material & Equipment Import & Export Corp. | X | |
| 53 | CNBM International Corporation "Company Profile," available at http://www.icnbm.com/en/info (last visited January 4, 2016) | X | |
| 54 | Deposition of Morgan Stanley (Terence Keyes) dated 11/13/2015 | | SHOW CAUSE |
| 55 | Hong Kong Stock Exchange Rules, Chapter 1 | X | |
| 56 | 2007 CNBM Annual Report | X | |
| 57 | 2008 CNBM Annual Report | X | |
| 58 | 2009 CNBM Annual Report | X | |
| 59 | 2010 CNBM Annual Report | X | |
| 60 | 2011 CNBM Annual Report | X | |
| 61 | 2012 CNBM Annual Report | X | |
| 62 | 2013 CNBM Annual Report | X | |
| 63 | 2015 CNBM Interim Report | X | |
| 64 | Deposition of Jushi USA Fiberglass Co., Ltd. (TANG Hsin Hua) dated 11/18/2015 | | SHOW CAUSE |
| 65 | 8/1/2011 Article: Jushi USA is Born," (last visited on 2/8/2016) accessed at http://jushiusa.com/content/jushi-usa-born | X | |
| 66 | Deposition of CTIEC-TECO American Technology, Inc. (Fred Paulsen) dated 4/24/2015 | | SHOW CAUSE |
| 67 | 3/30/2005 CTIEC-TECO, ATI Joint Venture Agreement [R] | X | |
| 68 | Notes of 2010 Annual Financial Report of CNBM Investment Co., Ltd. | | SHOW CAUSE |

| # | Description | | Status |
|---|---|---|---|
| 69 | 11/1/2007 Modification Notice re: Name Change of BND Co., Ltd. to CNBM Investment Co., Ltd. | X | |
| 70 | "Investment Segment" – CNBM Web Page, (last visited on 10/22/15) accessed at: http://www.cnbmltd.com/en/ywbk/fzyw.jsp | X | |
| 71 | 3/4/2013 Email re: Notice on Registration of Retention of Company's Material Info | | RESOLVED |
| 72 | Email from Sharon to UNITEDSUNTECHCRAFT@gmail.com dated 9/18/2012 and attached Application for Title Registration for United Suntech Craft, Inc. dated 9/16/2012 [R] | X | |
| 73 | Deposition of United Suntech Craft Inc. (LIU Weisheng) dated 10/27/2015 | | SHOW CAUSE |
| 74 | CNBMIT "About Us" Tab, available at http://www.cnbmit.com/en/about/index.aspx (last visited 1/19/2016) | X | |
| 75 | CNBMI USA tab, CNBMIT Co. webpage, available at http://www.cnbmit.com/en/overseas/Detail.aspx?MenuID=050602 (last accessed 1/19/2016) | X | |
| 76 | CNBM Announcement: Acquisition of Equity Interest in Taishan Gypsum Through Share Issuance of BNBM dated 10/13/2015 | X | |
| 77 | Deposition of CAO Jianglin dated 8/4-5/2015 | | RESOLVED |
| 78 | Deposition of WANG Bing dated 8/25-27/2015 | | SHOW CAUSE |
| 79 | Deposition of PENG Shou dated 9/16/2015 | | SHOW CAUSE |
| 80 | 1/5/2016 Chart of Expedited Third-Party Depositions | X | |
| 81 | CNBM Import & Export v. Murphy Overseas USA Astoria Forest Products, LLC, et al., No. 14-cv-00746 (D.Ore.) | X | |
| 82 | 7/2/2014 Confidential Mediation Submission of CNBM Import & Export and CNBM Forest (Canada) | | DISPUTED |

| # | Description | Col3 | Col4 |
|---|---|---|---|
| 83 | Murphy Overseas USA Astoria Forest Products, LLC v. CNBM Import & Export, et al., No. 14-cv-00752 (D. Ore.); Westerlund Log Handlers, LLC, et al. v. CNBM Import & Export, et al., No. 14-cv-00618 (Clatsop Cty. Cir. Ct. Ore.) | X | |
| 84 | 4/25/2015 Declaration of Robert Moon with Exhibits | X | |
| 85 | Letter from counsel for Murphy/Astoria dated 4/3/2015, Stipulation dated 8/8/2014, Settlement Agreement dated 11/10/2014, and related materials | X | |
| 86 | 9/9/2014 Email from Jackie Wang to Huang Anzhong, Yingqun Zhu and wsh@cbmie.com (Chief Wu) reporting on developments in the Oregon litigation with Murphy Astoria | | SHOW CAUSE |
| 87 | 2/6/2015 Email from DENG to ZHU Macy and ZHU Dan re: Risks of Doing Business with Murphy/Astoria in light of "high risks of conducting business related to the US" | | SHOW CAUSE |
| 88 | 8/19/2014 Email string re shipments under contract with Murphy/Astoria during the Contempt Period | X | |
| 89 | Summary Chart of Transactions between Murphy/Astoria and CNBM Forest (Canada) with Supporting Documents | | RESOLVED |
| 90 | Summary Chart of Transactions Between BNBM Group and Western Wood with Supporting Documents | | RESOLVED |
| 91 | Deposition of WH International (Jin Wooh) dated 5/21/2015 | | SHOW CAUSE |
| 92 | Summary Chart of Transactions between BNBM Group and WH International, Inc. with Supporting Documents | | SHOW CAUSE |
| 93 | Summary Chart of Transactions between BNBM Group and Hull Forest Products, Inc. with Supporting Documents | | SHOW CAUSE |
| 94 | Summary Chart of Transactions between BNBM Group and Baillie Lumber Company with Supporting Documents | | SHOW CAUSE |
| 95 | Job Profitability Summaries Produced by Western Wood Lumber Company with Respect to its Business with BNBM Group | X | |

| # | Description | | Status |
|---|---|---|---|
| 96 | Deposition of Western Wood (John Salamanca) dated 5/21/2015 | | SHOW CAUSE |
| 97 | Transaction Information re: Documentary Credits dated 2/5/2015, 9/2/2014, 9/2/2014, 9/12/2014, and 10/22/2014 | X | |
| 98 | Baillie Web Page – "About Us," (last visited on 2/8/2016) available at: http://www.baillie.com/aboutus | X | |
| 99 | Deposition of Baillie Lumber (Philip Fenwick) dated 5/28/2015 | | SHOW CAUSE |
| 100 | 5/20/2015 & 5/27/2015 Wire Confirmations | | SHOW CAUSE |
| 101 | CNBM Import & Export Table of US Related Business in 2014 | | SHOW CAUSE |
| 102 | 2014 Introduction of CNBM Forest Products, Ltd. | X | |
| 103 | CNBM Forest Products (Canada) Co., Ltd. "Contracts Status Check" | | ShOW CAUSE |
| 104 | Deposition of Hampton Affiliates (Steven Zika) dated 5/18/2015 | | SHOW CAUSE |
| 105 | Hampton Affiliates and CNBM Group Memorandum of Understanding | X | |
| 106 | 7/31/2014 Email from Devin Huang to Jim Tryer | | SHOW CAUSE |
| 107 | 11/13/2014 Email from Devin Huang to Mark Porter | | SHOW CAUSE |
| 108 | Summary Chart of Transactions Between CNBM and Hampton Affiliates with Supporting Documents | | SHOW CAUSE |
| 109 | Job Profitability Summaries Produced by Western Wood Lumber Company with Respect to its Business with CNBM Forest (Canada) | | SHOW CAUSE |
| 110 | Collection of Contempt Period Invoices, Contracts and related shipping documents between CNBM Forest (Canada) and CNBM Forest Products with Western Wood (Produced by CNBM Forest (Canada) | | SHOW CAUSE |
| 111 | Summary Chart of Transactions Between CNBM Forest (Canada) and Western Wood Lumber Co. with Supporting Documents | | RESOLVED |

| # | Description | | Status |
|---|---|---|---|
| 112 | Summary Chart of Transactions Between CNBM Forest (Canada) and CNBM Forest Products with Millwood Timber, Inc. with Supporting Documents | | RESOLVED |
| 113 | CNBM Import & Export Co. Sorting of American Business | | SHOW CAUSE |
| 114 | SYP Project Slides | | SHOW CAUSE |
| 115 | 3/13/2014 Meeting on Discussion of SYP Project | | SHOW CAUSE |
| 116 | Summary Chart of Transactions between CNBM Forest (Canada) and CNBM Forest Products with SFP with Supporting Documents | | SHOW CAUSE |
| 117 | 8/2014 Email Chain re: Ongoing Business between CNBM Forest (Canada) and SFP | X | |
| 118 | CNBM Forest Products, Ltd. 2015 Annual Business Plan | X | |
| 119 | Plum Creek, CNBM Group, and Sumitomo Forestry MOU | X | |
| 120 | Chart SYP Cooperation Program | X | |
| 121 | Deposition of Plum Creek Timber (Rosemary Daszkiewicz) dated 4/16/2015 | | SHOW CAUSE |
| 122 | Summary Chart of CNBM Import & Export Contempt Period Contracts, Invoices and Shipping Documents with Supporting Documents | | RESOLVED |
| 123 | United Suntech Craft Meeting Notes dated 9/3/2003 | X | |
| 124 | Stock Purchase Agreement dated 6/2/2008 [R] | | RESOLVED |
| 125 | 12/28/2007 Circular | X | |
| 126 | 9/17/2014 Email re: Fund Application Report of US Company | | SHOW CAUSE |
| 127 | 1/9/2015 Commission Agreement | | RESOLVED |
| 128 | 2/26/2013 NJIT News Room Announcement: NJIT Celebrates Growth of Solar Technology | X | |
| 129 | 2/21/2014 NJIT News Room Announcement: "Chinese Partnership Fuels NJIT's Solar Cell Research," available at: http://www.njit.edu/news/2014/2014-054.php | X | |

| # | Description | | Status |
|---|---|---|---|
| 130 | 2/30/2013 CNBM/CTIEC Announcement "CNBM Sets up a Research Center at an American Public University," (last visited on 9/15/2015) available at: http://www.ctiec.net/news/en_news/2013/3/1/1362129261468.jsp and http://www.cnbm.com.cn/EN/c_000000160001/d_25697.html | X | |
| 131 | 3/2013 Emails regarding $250,000 payment to NJIT | | SHOW CAUSE |
| 132 | 6/20/2014 email chain, "TECO Fund Update" | | SHOW CAUSE |
| 133 | 9/15/2014 Email chain, "CTIEC Outstanding Invoices & Items Owed to TECO," with attachment | | SHOW CAUSE |
| 134 | 5/6/2014 Email from Donald Sebastian to Wen He re: Payment Back to TECO | X | |
| 135 | 4/8/2014 Emails between ATI and NJIT re: "Proposed CTIEC/TECO American Technology, Inc./NJIT Subcontract Agreement" | | SHOW CAUSE |
| 136 | 8/13-27/2014 Emails reflecting wire transfers from CTIEC to NJIT | X | |
| 137 | 3/19/2015 Email from Joanne Branin, NJIT re: CTIEC wires | X | |
| 138 | Deposition of New Jersey Institute of Technology (Donald Sebastian) dated 4/22/2015 | | SHOW CAUSE |
| 139 | Amendment I to PV Materials Technology Development Agreement | X | |
| 140 | 12/14/2014 Email from Joanne Branin re: CTIEC Fee for Spring 2015 Semester | X | |
| 141 | 3/30/2015 Email from Donald Sebastian re: 2015 R&D Application and Agreement, attaching amended versions of Application and Agreement pursuant to meeting in Shanghai with CTIEC on 1/29-30/2015 | | RESOLVED |
| 142 | 11/3/2014 NJIT and CTIEC EPC Framework Agreement | | SHOW CAUSE |

| # | Description | | Status |
|---|---|---|---|
| 143 | Deposition of Sunpin Solar Development, LLC (Steve Kim) dated 4/17/2015 | | SHOW CAUSE |
| 144 | 11/26/2014 EPC Agreement for the Maryland Church Hill 7.344 MW Solar Power Project | | SHOW CAUSE |
| 145 | 11/26/2014 BOS Agreement for the Maryland Church Hill 7.344 MW Solar Power Project | | SHOW CAUSE |
| 146 | 3/16/2015 Wire Transfer | | RESOLVED |
| 147 | 3/16/2015 Wire Transfer | | RESOLVED |
| 148 | 12/1/2014 and 1/22/2015 Wire Transfers from Sunpin to CTIEC | | RESOLVED |
| 149 | 3/2/2015 CNBM News Center: "CTIEC signs Wal-Mart roof power plant project," available at http://www.cnbm.com.cn/EN/c_000000160001/d_33428.html | X | |
| 150 | 2/25/2015 EPC Short-Form Agreement between Sunpin Walmart Avon-North Oxford, LLC and CTIEC | X | |
| 151 | CNBM Group Web page "Global Presence" Tab, (last visited on 4/13/2015) available at http://www.cnbm.com.cn/EN/c_0000001600030001 | X | |
| 152 | 3/27/2015 Letter to Arnold Levin from Marshall A. Bennett, Jr. | X | |
| 153 | 2/7/2014 Email re: Notes from TECO meeting regarding ongoing projects of CTIEC in the United States with TECO and/or ATI [R] | X | |
| 154 | 7/10/2014 CNBM International Announcement "CNBM Group named to Fortune 500 for the Fourth Successive Time, Ranking the 267th," (last visited 6/15/2015) available at: http://www.cnbm.com.cn/EN/c_000000160001/d_15129.html | X | |

| # | Description | | |
|---|---|---|---|
| 155 | 2/18/2011 CNBM Announcement "Congratulations on Okorder.com official launch," available at http://www.cnbm.com.cn/EN/c_000000160001/d_15129.html | X | |
| 156 | "Okorder.com: Cross-Border E-Commerce & Overseas Warehousing" | X | |
| 157 | OKorder.com "Gypsum board drywall plaster board Taishan brand" | X | |
| 158 | "Sales Force" tab on OKorder.com website, (last visited on 2/8/2016) available at http://www.okorder.com/service/sales.html | X | |
| 159 | CNBM Import & Export and CNBM International 2014 Annual Work Report | | SHOW CAUSE |
| 160 | CNBM International Breeder Material Dept. Jan. to Sept. Business Analysis Report | | ShOW CAUSE |
| 161 | CNBM International Adhesive Tape Dept. October Business Analysis Report | | ShOW CAUSE |
| 162 | CNBM International Metal Engineering Department September 2014 Business Analysis Report | | ShOW CAUSE |
| 163 | 11/14/2014 CNBM International Photovoltaic Department 1 Business Analysis Report | | ShOW CAUSE |
| 164 | 5/13/2015 CNBM International Announcement: "OKorder Manages Millions of Global Transactions with IBM" (last visited 10/28/2015) available at: http://www.cnbminternational.com/en/gsxw/xx.jsp?newsId=43381 | X | |
| 165 | 2014 Investigation Report on CNBM International | | ShOW CAUSE |
| 166 | OKorder.com news, "OKorder Joined Hands with IBM to Create cross-border ecommerce cloud era," (last visited 2/8/2016) available at: http://www.okorder.com/news/news_1.html | X | |

| # | Description | | Status |
|---|---|---|---|
| 167 | 5/12/2015 Affidavit of Dody Lira | | SHOW CAUSE |
| 168 | "Three-Year Rolling" Development Planning of CNBM International Corporation in 2015-2017 | | SHOW CAUSE |
| 169 | Summary Chart of CNBM International Contempt Period Invoices, Contracts and Shipping Documents with Supporting Documents | | RESOLVED |
| 170 | BNBM Announcement of Final Resolution of the 30th Interim Meeting of the 3rd Session of Board of Directors dated 12/7/2007 | X | |
| 171 | 2014 CNBM International Metal Engineering Department Work Summary | | ShOW CAUSE |
| 172 | 8/6/2014 Quotation from CNBM International to Global TDR, LLC | | RESOLVED |
| 173 | 10/14/2014 Sales Confirmation for sale by CNBM International to Refractories, Inc. (TX) | | RESOLVED |
| 174 | 10/14/2014 Sales Confirmation for sale by CNBM International to Architectural Iron Products (OR) | | RESOLVED |
| 175 | CNBM International 2014 Summary Work Report of Sales Manager | | ShOW CAUSE |

| # | Description | | Status |
|---|---|---|---|
| 176 | 1/5/2015 Active Minerals Contract entered into between CNBM International Corporation (Buyer) and Active Minerals Int'l, LLC (Seller) | | RESOLVED |
| 177 | Deposition of Jeffrey J. Chang (BNK) dated 5/20/2015 | | ShOW CAUSE |
| 178 | Plaintiff China National Building Material Investment Co., Ltd. (f/k/a BND Co., Ltd.'s) Corporate Disclosure Statement filed in CNBMI v. BNK Int'l, No. 14-701 (W.D. Tex.) | X | |
| 179 | Complaint and exhibits thereto in CNBMI v. BNK Int'l, No. 14-701 (W.D. Tex.) | X | |
| 180 | BNBM's Alibaba.com Storefront, accessed at: http://bnbm.en.alibaba.com/company_profile.html#topnavbar | X | |
| 181 | Taishan's Alibaba.com Storefront, accessed at: http://tsgbm.en.alibaba.com/contactinfo.html | X | |
| 182 | CNBM Import & Export's Alibaba.com Storefront, accessed at: http://lgh07211.fm.alibaba.com/ | X | |
| 183 | CNBM International's Alibaba.com Storefront, accessed at: http://cnbm.en.alibaba.com/ | X | |
| 184 | CNBM International Engineering Co., Ltd.'s Alibaba.com Storefront, accessed at: http://cnbmengineering.en.alibaba.com/ | X | |
| 185 | Alibaba Group Holding's Description of Alibaba.com on "Our Businesses" site of their webpage, accessed at: http://www.alibabagroup.com/en/about/businesses | X | |
| 186 | Income Statement for the 12 Periods Ended 12/31/2014 of Jushi USA Fiberglass Co., Ltd. [R] | X | |
| 187 | 2/12/2015-3/2/2015 email from Ellie Shen to Alan Gardiner | X | |
| 188 | 7/22-24/2014 email from Howard Yan to Maybal Wong | X | |

| # | Description | | Status |
|---|---|---|---|
| 189 | 2014 Renewal Pricing and Loan Condition with Cathay Bank | X | |
| 190 | "Shareholding Disclosures of CNBM" for Contempt Period - Printout from Hong Kong Stock Exchange website, available at: http://sdinotice.hkex.com.hk/di/NSAllFormList.aspx?sa2=an&sid=50000259&corpn=China+National+Building+Material+Co.+Ltd.+-+H+Shares&sd=22/07/2014&ed=31/03/2015&sa1=cl&scsd=17%2f07%2f2014&sced=31%2f03%2f2015&sc=3323&src=MAIN&lang=EN& | X | |
| 191 | 1/28/2014 Letter from Tony Liebo to Ken Kao re: CNBM Forest (Canada)'s new Account | | RESOLVED |
| 192 | List of CNBM USA Bank Accounts | | RESOLVED |
| 193 | 10/30/2012 Director Resolution | X | |
| 194 | 10/30/2015 Letter from the Embassy of the People's Republic of China to the U.S. Department of State | X | |
| 195 | Fifth Circuit Order dismissing appeals | X | |
| 196 | 1/23/2011 & 11/30/3011 letters from J. Cyr – prior counsel for Taishan (collectively) | X | |
| 197 | Deposition of Peng Shiliang dated 1/11/2012 | | DISPUTED |
| 198 | 8/31/2015 Sworn declaration of Jia Tongchun | | RESOLVED |
| 199 | Declaration of JIA Tongchun ("JIA Declaration") dated 9/16/2015 | X | |
| 200 | BNBM Web Page, http://english.bnbm.com.cn/about/CompanyProfile.asp | X | |

| | | | |
|---|---|---|---|
| 201 | Notice of the State Administration of Taxation on Issuing the Measures for the Implementation of Special Tax Adjustments (for Trial Implementation) (No. 2 [2009] of the State Administration of Taxation) | X | |
| 202 | Deposition of CNBM Group (ZHOU Guoping) dated 6/16-18/2015 | | RESOLVED |
| 203 | Deposition of BNBM (CHEN Yu) dated 7/8-11/2015 | | RESOLVED |