UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

On January 10, 2014, the Court adopted Pretrial Order 28 ("PTO 28"), setting forth a six-step process to determine the proper allotment of funds to pay attorney's fees and expenses. R. Doc. 17379. Pursuant to PTO 28, the Court appointed a seven-member fee committee (the "Committee"), directing any attorney seeking common benefit fees or reimbursement of expenses to submit a supporting affidavit to the Committee. On July 3, 2018, the Committee filed its recommendation, R. Doc. 21455, to which several interested parties objected. As a result, the Court appointed a Special Master, Daniel J. Balhoff, tasking him with making an independent recommendation for the allocation of fees and reimbursement of expenses. R. Docs. 21702, 21777.

On December 4, 2018, Special Master Balhoff issued his Recommendations Concerning the Allocation of Common Benefit Fees and the Reimbursement of Shared Expenses and Held Costs. R. Doc. 21945.

Accordingly;

**IT IS ORDERED** that any objections to the Special Master's Recommendations Concerning the Allocation of Common Benefit Fees and the Reimbursement of Shared Expenses

1

and Held Costs, R. Doc. 21945, be filed into the record by no later than Friday, January 4, 2019 at 5:00 p.m.

New Orleans, Louisiana, this 14th day of December, 2018.

_____
UNITED STATES DISTRICT JUDGE