**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 <br><br> SECTION: L <br><br> JUDGE FALLON <br><br> MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: <br><br> *ALL ACTIONS* | |

**ORDER**

Considering Plaintiffs' Steering Committee's Motion for Leave to File the Exhibits Under Seal;

IT IS ORDERED BY THE COURT that the motion is GRANTED and that Exhibits "C," "D" and "E" to the Plaintiffs' Steering Committee's Reply Brief in Support of the Motion to Remove Confidentiality Designations With Respect to the Substituted Memorandum of Law in Support of Plaintiff-Intervenors and the Plaintiffs' Steering Committee to Enforce the Court's July 17, 2014 Contempt Order and Rule to Show Cause Why Any Confidentiality Designations Should Remain [Rec. Doc. 21965] are hereby FILED UNDER SEAL in their entirety.

New Orleans, Louisiana, this  14th  day of      December      , 2018.

_____
Eldon E. Fallon