UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL Docket No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * *

**PROPOSED AGENDA**
**FOR DECEMBER 20, 2018 STATUS CONFERENCE**

**Joint Report**
**Section**

I.      PRE-TRIAL ORDERS

II.     OMNIBUS ("OMNI") CLASS ACTION COMPLAINTS

III.    INEX, BANNER, KNAUF, L&W and GLOBAL SETTLEMENTS

IV.     TAISHAN, BNBM AND CNBM DEFENDANTS

V.      VENTURE SUPPLY & PORTER BLAINE DEFENDANTS

VI.     BENNETT CLASS ACTION

VIII.   ATTORNEY FEES

IX.     MATTERS SET FOR HEARING FOLLOWING THE CURRENT STATUS
        CONFERENCE

XI.     SUGGESTION OF REMAND

XII.    NEXT STATUS CONFERENCE