MINUTE ENTRY
FALLON, J.
DECEMBER 18, 2018

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | CIVIL ACTION<br><br>MDL NO. 2047<br><br>SECTION L (5) |
| THIS DOCUMENT RELATES TO:<br>*Elizabeth Bennett, et al. v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al.*, No. 14-2722 | |

## MINUTE ENTRY

A telephone status conference was held on this date in the Chambers of the Honorable Eldon E. Fallon. James Doyle participated on behalf of Plaintiffs. Kerry Miller participated on behalf of the Knauf Defendants. The parties discussed the status of the case. The Court indicated it would deny Plaintiffs' motion for leave to file their Sixth Amended Complaint.

JS10(00:03)

1