UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL  PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| This document relates to all Cases | ) ) ) | |

_____

**EXPARTE MOTION TO DEPOSIT SETTLEMENT FUNDS
IN COURT REGISTRY REGARDING ROGER ELLIOTT AND ALLISON BOOTH**

Petitioner, the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman P.A, respectfully moves this Court for an Order allowing settlement funds to be deposited in the Court's Registry pending the resolution to the division of funds for Claimants', Roger Elliott and Allison Elliott now known as Allison Booth, and as grounds therefore state as follows:

1. Petitioner received settlement funds for Roger and Allison Elliott for Final distribution of the GBI and Other Loss claims totaling $1,828.96.  The checks are now stale and need to be re-issued.

2. The Claimants are now divorced and are unable to resolve the division of the settlement funds.

For the reasons set forth above and pursuant to Local Rule 67.2 and 67.3 the Petitioner respectfully requests this Court for an Order directing the Settlement Administrator to deposit the funds in the Court's Registry and for the Court to judicially resolve the disputed claim for the monies if a motion is so filed.

Respectfully submitted,

/s *Michael J. Ryan*
Michael J. Ryan, Esquire
Florida Bar No. 975990

>Krupnick, Campbell, Malone, Buser, Slama,
>Hancock, Liberman , P.A.
>12 S.E. 7 Street, Suite 801
>Fort Lauderdale, FL  33301
>Phone (954) 763-8181; Fax (954) 763-8292
>pleadings-MJR@krupnicklaw.com
>mryan@krupnicklaw.com
>*Attorneys for Petitioner*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing ExParte Motion to Deposit Settlement Funds has been emailed to all parties by electronically uploading the same to File and ServeXpress f/k/a LexisNexis File & Serve in accordance with pre-trial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will serve a notice of electronic filing in accordance with the procedures established in MDL 2047, further a copy was mailed and/or emailed to Claimants, Roger Elliott,  [chapelatheart@gmail.com](mailto:chapelatheart@gmail.com), 36 Corte Pino, Santa Rosa Beach, FL 32459 and Allison Booth, 21 Harbourside Drive, Bldg 21, PH 05, Fort Pierce, FL 34950 on this 20th   day of  December, 2018.

>*/s/ Michael J. Ryan*
>Michael J. Ryan, Esquire
>Florida Bar No. 975990
>Krupnick Campbell Malone Buser Slama
>Hancock Liberman P.A.
>12 S.E. 7 Street, Suite 801
>Fort Lauderdale, FL  33301
>Phone (954) 763-8181; Fax (954) 763-8292
>pleadings-MJR@krupnicklaw.com
>mryan@krupnicklaw.com
>Attorneys for Petitioner