UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED DRYWALL
    PRODUCTS LIABILITY LITIGATION

MDL NO. 2047

SECTION:  L

This document relates to all Cases
_____

JUDGE FALLON
MAG. JUDGE WILKINSON

**MEMORANDUM IN SUPPORT OF**
**EXPARTE MOTION TO DEPOSIT SETTLEMENT FUNDS**
**IN COURT REGISTRY**

Petitioner, the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman P.A., respectfully files this Memorandum in Support of ExParte Motion to Deposit Settlement Funds in Court Registry Regarding Roger Elliott and Allison Booth and moves this Court for an Order allowing settlement funds to be deposited in the Court's Registry pending the resolution to the division of funds for Claimants', Roger Elliott and Allison Elliott now known as Allison Booth, and as grounds therefore state as follows:

1. Petitioner, as counsel for homeowners Roger Elliott and Allison Booth, received the following settlement funds

    A. Final funds from the Global, Banner, InEx Repair and Relocation Expenses Claim in the following amounts: $1,258.61 from Banner and $413.99 from Global Installer.

    B. Final funds for Other Loss Claim in the amount of $156.36.

2. Petitioner notified Claimants, Roger Elliott and Allison Booth, that the funds had been received.  The checks are payable to Roger Elliott and Allison Elliott and are now void since it is beyond 90 days of issuance.   The Claimants are now divorced and are unable to

resolve the division of the settlement funds.

  3. Counsel notified both Roger Elliott and Allison Booth that a petition would be filed to deposit the funds in the registry of this Court to allow fair resolution through a judicial process.

  For the reasons set forth above, and pursuant to Local Rule 67.2 and Local Rule 67.3, the Petitioner respectfully requests this Court for an Order directing the Settlement Administrator to deposit the settlement funds in the Court's registry and for the Court to judicially resolve the disputed claim for the monies if a motion is so filed.

           Respectfully submitted,

           /s *Michael J. Ryan*
           Michael J. Ryan, Esquire
           Florida Bar No. 975990
           Krupnick, Campbell, Malone, Buser, Slama,
           Hancock, Liberman , P.A.
           12 S.E. 7 Street, Suite 801
           Fort Lauderdale, FL  33301
           Phone (954) 763-8181
           Fax (954) 763-8292
           pleadings-MJR@krupnicklaw.com
           mryan@krupnicklaw.com
           *Attorneys for Petitioner*

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that a copy of the foregoing Memorandum in Support of ExParte Motion to Deposit Settlement Funds in Court Registry has been emailed to all parties by electronically uploading the same to File and ServeXpress f/k/a LexisNexis File & Serve in accordance with pre-trial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by

using the CM/ECF System, which will serve a notice of electronic filing in accordance with the procedures established in MDL 2047, further a copy was mailed and/or emailed to Claimants, Roger Elliott, chapelatheart@gmail.com, 36 Corte Pino, Santa Rosa Beach, FL 32459 and Allison Elliott, 21 Harbourside Drive, Bldg, 21,PH-05, Fort Pierce, FL 33490 on this 20th day of December, 2018.

/s/ *Michael J. Ryan*
Michael J. Ryan, Esquire
Florida Bar No. 975990
Krupnick Campbell Malone Buser Slama
Hancock Liberman P.A.
12 S.E. 7 Street, Suite 801
Fort Lauderdale, FL  33301
Phone (954) 763-8181; Fax (954) 763-8292
pleadings-MJR@krupnicklaw.com
mryan@krupnicklaw.com
Attorneys for Petitioner