UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047 SECTION "L" |
| This document relates to: *ALL CASES* | JUDGE ELDON FALLON MAGISTRATE JOSEPH WILKINSON |

JOINT MOTION TO APPROVE QSF WIND DOWN
AND
DEPOSIT FUNDS IN THE COURT REGISTRY

COME NOW, the Settlement Administrator, Plaintiffs, by and through the Plaintiffs' Steering Committee, and the Knauf Defendants and hereby file this Joint Motion to Approve QSF Wind Down and Deposit Funds in the Court Registry. The Settlement Administrator, the Knauf Defendants, and the Plaintiffs' Steering Committee have reported to the Court that they have agreed to procedures to wind down Qualified Settlement Funds (QSF) associated with the Knauf Class Settlement Program. The proposed procedures are as follows:

1. **The Knauf Attorney Fee Settlement Fund.** The Court ordered the establishment of this QSF (Rec. Doc. 17073). The Court subsequently ordered that the Settlement Administrator combine the Banner, Global, and InEx attorney fee QSFs with the Knauf Attorney Fee QSF (Rec. Doc. 20022). The Court then ordered that the Settlement

1

Administrator transfer the amounts held in the Esquire Bank QSF to the registry of the Court (Rec. Doc. 21405).

Because all funds previously held in the Knauf Attorney Fee QSF at Esquire Bank have been transferred to the Court's registry, the Esquire Bank QSF currently has a balance of $0.00. The Settlement Administrator is authorized to all steps necessary to close the QSF at Esquire Bank that previously held these attorney fee funds.  This Order has no effect on the attorney fee funds currently held in the Court's registry.

2. **The USG and L&W Settlement Fund.** The Court ordered the establishment of this QSF (Rec. Doc. 17075). This QSF currently has a balance of $0.00 and no further funding or payment obligations are expected. The Settlement Administrator is authorized to take all steps necessary to close this QSF.

3. **The Villa Lago Settlement Fund.** The Court ordered the establishment of this QSF (Rec. Doc. 17210). This QSF currently has a balance of $0.00 and no further funding or payment obligations are expected. The Settlement Administrator is authorized to take all steps necessary to close this QSF.

4. **The Banner Repair and Relocation Set Aside Fund.** The Court ordered the establishment of this QSF (Rec. Doc. 17095). This QSF currently has a balance composed of unclaimed settlement funds in the amount of $150,657.72. The Settlement Administrator is authorized to transfer the balance of the unclaimed settlement funds ($150,657.72) into the Court's registry. Any party wishing to claim a portion of these funds shall do so by filing a motion with the Court for release of funds. The Settlement Administrator is authorized to take all steps necessary to close this QSF after the deposit of the unclaimed funds into the Court's registry.

5. **Interior/Exterior Building Supply, LP Repair and Relocation Set Aside Fund.** The Court ordered the establishment of this QSF. (Rec. Doc. 17070). This QSF currently has a balance composed of unclaimed settlement funds in the amount of $47,488.58. The Settlement Administrator is authorized to transfer the balance of the unclaimed settlement funds ($47,488.58) into the Court's registry. Any party wishing to claim a portion of these funds shall do so by filing a motion with the Court for release of funds. The Settlement Administrator is authorized to take all steps necessary to close this QSF after the deposit of the unclaimed funds into the Court's registry.

6. **Builders, Installers, Suppliers and Participating Insurers Repair and Relocation Set Aside Fund.** The Court ordered the establishment of this QSF. (Rec. Doc. 17068). This QSF currently has a balance composed of unclaimed settlement funds in the amount of $310,124.11. The Settlement Administrator is authorized to transfer the balance of the unclaimed settlement funds ($310,124.11) into the Court's registry. Any party wishing to claim a portion of these funds shall do so by filing a motion with the Court for release of funds. The Settlement Administrator is authorized to take all steps necessary to close this QSF after the deposit of the unclaimed funds into the Court's registry.

7. **The Other Loss Settlement Fund**. The Court ordered the establishment of this QSF in Record Doc 18232. This QSF currently has a balance composed of unclaimed settlement funds in the amount of $304,640.75. The Settlement Administrator is authorized to transfer the balance of the unclaimed settlement funds ($304,640.75) into the Court's registry. Any party wishing to claim a portion of these funds shall do so by filing a motion with the Court for release of funds. The Settlement Administrator is authorized to take all steps necessary to close this QSF after the deposit of the unclaimed funds into the Court's registry.

8. **The Knauf Remediation Program Settlement Fund.**  This QSF currently has a balance of $1,485,154.66. A portion of the remaining balance ($62,867.53) is dedicated to two remaining outstanding Option 2 Claimants.  The Settlement Administrator is authorized to deposit the funds dedicated to the two remaining Option 2 Claimants into the Court's Registry and to return the excess amount ($1,422,287.13) to the Knauf Defendants.  The Settlement Administrator is authorized to take all steps necessary to close this QSF after the deposit of the unclaimed funds into the Court's registry ($62,867.53) and the return of the excess balance to the Knauf Defendants ($1,422,287.13).  The Knauf Defendants remain responsible for funding if additional Remediation Program payment obligations arise after the closing of the QSF.

WHEREFORE the Settlement Administrator, Plaintiffs, by and through the Plaintiffs' Steering Committee, and the Knauf Defendants respectfully request that this Joint Motion be Granted and that the Settlement Administrator be authorized to wind down the QSFs and deposit funds into the Court's registry as set forth herein.

Dated: December 20, 2018

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| */s/ Leonard A. Davis* | */s/ Kerry J. Miller* |
| Russ M. Herman (Bar No. 6819) | Kerry J. Miller (Bar No. 24562) |
| Leonard A. Davis (Bar No. 14190) | Daniel J. Dysart (Bar No. 33812) |
| **Herman, Herman & Katz, LLC** | **Baker, Donelson, Bearman,** |
| 820 O'Keefe Avenue | **Caldwell & Berkowitz, PC** |
| New Orleans, LA  70113 | 201 St. Charles Avenue, Suite 3600 |
| PH:  (504) 581-4892 | New Orleans, LA  70170 |
| FAX:  (504) 561-6024 | PH:    (504) 566-8646 |
| **Plaintiffs' Liaison Counsel** | FAX:  (504) 585-6946 |
|  | **Knauf Liaison Counsel** |

*/s/ Jacob Woody*
Lynn Greer, Esquire (Va. Bar No. 29211)
Jacob S. Woody, Esquire (Va. Bar No. 77485)
**BrownGreer, PLC**
250 Rockets Way
Richmond, VA 23231
Telephone: (804) 521-7200
Facsimile: (804) 521-7299
**Settlement Administrator for
the Chinese Drywall Settlement Program**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Motion has been provided to Plaintiff's Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by email and upon all parties by electronically uploading the same to File & Serve Xpress f/k/a LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 20th day of December, 2018.

*/s/ Kerry J. Miller*
KERRY J. MILLER