# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047 |
| | SECTION "L" |
| This document relates to: | |
| *ALL CASES* | JUDGE ELDON FALLON |
| | MAGISTRATE JOSEPH WILKINSON |

### ORDER REGARDING THE JOINT MOTION TO APPROVE QSF WIND DOWN AND DEPOSIT FUNDS IN THE COURT REGISTRY

Considering the Joint Motion to Approve QSF Wind Down and Deposit Funds in the Court Registry, the Court finds that good grounds exist to grant same, accordingly,

IT IS ORDERED that the Joint Motion to Approve QSF Wind Down and Deposit Funds in the Court Registry be GRANTED.

IT IS FURTHER ORDERED that that the Settlement Administrator shall deposit into the Court's Registry $150,657.72  from Banner Repair and Relocation Set Aside Fund, $47,488.58 from the Interior/Exterior Building Supply, LP Repair and Relocation Set Aside Fund, $310,124.11 from the Builders, Installers, Suppliers and Participating Insurers Repair and Relocation Set Aside Fund,  $304,640.75 from the Other Loss Settlement Fund, and $62,867.53 from the Knauf Remediation Program Settlement Fund.

IT IS FURTHER ORDERED that the Settlement Administrator is authorized to return the excess of the Knauf Remediation Program Settlement Fund ($1,422,287.13) to the Knauf Defendants.

IT IS FURTHER ORDERED  that the Settlement Administrator is authorized to close all QSFs following the deposit of excess funds into the Court's registry and the return of excess funds from Knauf Remediation Program Settlement as set forth in this Order.

New Orleans, Louisiana, this _____ day of December, 2018.

_____

HONORABLE ELDON E. FALLON