MINUTE ENTRY
FALLON, J.
DECEMBER 20, 2018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED            MDL NO. 2047
DRYWALL PRODUCTS LIABILITY LITIGATION
                                                               SECTION: L

THIS DOCUMENT RELATES TO:              JUDGE FALLON
REF:  ALL CASES                        MAGISTRATE WILKINSON

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Nichelle Drake

Appearances:  Fred Longer, Esq., for Plaintiffs
              Matt Lawson, Esq., for Taishan Defendants
              Andrew Davidson, Esq. for CNBM and BNBM Defendants

MOTION to Remove Confidentiality Designations With Respect to the Substituted Memorandum of Law in Support of Plaintiff-Intervenors and the Plaintiffs' Steering Committee to Enforce the Courts' July 17, 2014 Contempt Order and Rule to Show Cause Why Confidentiality Designations Should Remain by Plaintiffs' Steering Committee    (21830)

After argument – Motion was taken under submission




JS10:  :38