UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: All Cases | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | |

* * * * * * * * * * * * * * * * * * *

## PROPOSED ORDER

Considering the Motion to Extinguish the Knauf Defendants' Settlement Obligations;

**IT IS ORDERED** that the Motion to Extinguish the Knauf Defendants' Settlement Obligations is **GRANTED**.

New Orleans, Louisiana, this  21st  day of     December     , 2018.

_____
**UNITED STATES DISTRICT COURT JUDGE**