UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE:  CHINESE-MANUFACTURED  ) | MDL NO. 2047 |
| DRYWALL  PRODUCTS LIABILITY  ) | SECTION: L |
| LITIGATION  ) | JUDGE FALLON |
| This document relates to all Cases  ) | MAG. JUDGE WILKINSON |
|                                         ) | |

_____

### ORDER GRANTING PETITIONER'S EXPARTE MOTON TO DEPOSIT SETTLEMENT FUNDS IN COURT REGISTRY REGARDING ROGER ELLIOTT AND ALLISON BOOTH

The Court having considered Petitioner's ExParte Motion to Deposit Settlement Funds in Court Registry Regarding Roger Elliott and Allison Booth and finds that Petitioner's ExParte Motion should be granted; accordingly; it is,

ORDERED that Petitioner's ExParte Motion is Granted and pursuant to Local Rule 67.2, the settlement funds for the Final Global Banner InEx Repair and Relocation Claim and Final Other Loss Claim in the total amount of $1,828.96 for Claimants, Roger Elliott and Allison Booth shall be deposited in the Court's Registry by the Settlement Administrator until further order by this Court.

New Orleans, Louisiana, this  21st  day of December, 201 .

Hon. Eldon E. Fallon
District Court Judge