UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Brooke, et al v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al*<br>Case No. 15-6631 | |

## AFFIDAVIT OF SERVICE

I, Arnold Levin, Esquire served the Summons and Seventh Omnibus Class Action Complaint in Intervention (FL) in the above captioned matter on L. Christopher Vejnoska, Esquire on December 21, 2018 via Federal Express pursuant to Court Order dated November 9, 2015 (Rec. Doc. No. 19713). See Exhibit "A" attached hereto for cover letter and Federal Express delivery confirmation.

Date: December 26, 2018

_____
Arnold Levin, Esquire
Levin Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com

*Plaintiffs' Lead Counsel MDL 2047*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 26th day of December, 2018.

                                                /s/ Arnold Levin
                                                Arnold Levin, Esquire

# EXHIBIT A

# LEVIN SEDRAN & BERMAN LLP
*Counsellors at Law and Proctors in Admiralty*

| | | |
|---|---|---|
| ARNOLD LEVIN<br>LAURENCE S. BERMAN<br>FRED S. LONGER *<br>DANIEL C. LEVIN<br>CHARLES E. SCHAFFER<br>AUSTIN B. COHEN *<br>MICHAEL M. WEINKOWITZ * †<br>KEITH J. VERRIER *<br>LUKE T. PEPPER<br>NICOLA F. SERIANNI * | 510 WALNUT STREET<br>SUITE 500<br>PHILADELPHIA, PA 19106-3697<br>www.lfsblaw.com | TELEPHONE (215) 592 1500<br>FACSIMILE (215) 592 4663<br><br>OF COUNSEL:<br>HOWARD J. SEDRAN<br>SANDRA L. DUGGAN<br>RAYMOND P. FORCENO<br><br>* also admitted in New Jersey<br>† also admitted in New York |

December 20, 2018

**Via Federal Express**
L. Christopher Vejnoska
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105

      **RE:** **Chinese Drywall Litigation**
             ***Brooke, et al v. SASAC, et al***
             **No. 15-6631 (Seventh Omnibus Class Action Complaint in Intervention (FL)**

Dear Mr. Vejnoska:

    Pursuant to the Court's Order dated November 9, 2015 (Rec. Doc. No. 19713), enclosed please find the Summonses and Complaint for your clients, China National Building Material Co., Ltd., Beijing New Building Materials Public Limited Co. and Beijing New Building Materials Group Co., Ltd. for the above action.

    Should you have any questions, please feel free to contact me.

                                          Very truly yours,

                                          **ARNOLD LEVIN**

AL:jsl
Enclosures

774029585746

# Delivered
## Friday 12/21/2018 at 10:16 am

**DELIVERED**
Signed for by: J.PINA



GET STATUS UPDATES
OBTAIN PROOF OF DELIVERY

| FROM | TO |
|---|---|
| Levin Sedran & Berman<br>510 WALNUT STREET<br>SUITE 500<br>PHILADELPHIA, PA US 19106<br>215 592-1500 | Orrick Herrington & Sutcliffe LLP<br>L. Christopher Vejnoska<br>SAN FRANCISCO, CA US 94105<br>215 592-1500 |

## Shipment Facts

**TRACKING NUMBER**
774029585746

**SERVICE**
FedEx Standard Overnight

**WEIGHT**
0.5 lbs / 0.23 kgs

**DELIVERY ATTEMPTS**
1

**DELIVERED TO**
Mailroom

**TOTAL PIECES**
1

**TOTAL SHIPMENT WEIGHT**
0.5 lbs / 0.23 kgs

**TERMS**
Not Available

**SHIPPER REFERENCE**
cdw - brooke 7th omni FL

**PACKAGING**
FedEx Envelope

**SPECIAL HANDLING SECTION**
Deliver Weekday

**STANDARD TRANSIT**
12/21/2018 by 3:00 pm

**SHIP DATE**
Thu 12/20/2018

**ACTUAL DELIVERY**
Fri 12/21/2018 10:16 am

## Travel History

Local Scan Time

Friday, 12/21/2018

| | | |
|---|---|---|
| 10:16 am | SAN FRANCISCO, CA | Delivered |
| 8:46 am | SAN FRANCISCO, CA | On FedEx vehicle for delivery |
| 8:31 am | SAN FRANCISCO, CA | At local FedEx facility |
| 6:38 am | SAN FRANCISCO, CA | At destination sort facility |
| 4:34 am | MEMPHIS, TN | Departed FedEx location |
| 12:32 am | MEMPHIS, TN | Arrived at FedEx location |
| Thursday, 12/20/2018 | | |
| 9:08 pm | PHILADELPHIA, PA | Left FedEx origin facility |
| 4:14 pm | PHILADELPHIA, PA | Picked up |
| 7:59 am | | Shipment information sent to FedEx |