UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL    :   MDL NO. 2047
PRODUCTS LIABILITY LITIGATION           :   SECTION L
                                        :   JUDGE FALLON
                                        :   MAGISTRATE JUDGE WILKINSON

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

On October 22, 2018, the Court adopted Special Master Dan Balhoff's Report and Recommendations and Supplemental Report and Recommendations concerning the disposition of sixteen already remediated properties. R. Doc. 21871. On November 20, 2018, Plaintiffs filed a notice of appeal. R. Doc. 21936. Plaintiffs have since asked the Court to enlarge the record to include certain materials Special Master Balhoff considered in making his report and supplemental report. Accordingly,

**IT IS ORDERED** that the documents attached to this Order be filed into the record.

New Orleans, Louisiana, this 18th day of December, 2018.

_____
UNITED STATES DISTRICT JUDGE

1