# AGREEMENT OF SALE



SELLER:

I & E Homes
1140 Lee Blvd.
Lehigh Acres, FL 33936

CONTRACTOR:     I&E Homes, Inc.
1140 Lee Blvd.
Lehigh Acres, FL 33936

BUYER:   Jose Azcarate                    SS# 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

COBUYER: Name: Lori Azcarate             SS# 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

Present Address: 18911 NW 11 Street Pembroke Pines, FL 33029

Agreement of Sale made and entered into this **15** day of **April**_____, 20**05** by and between

_____ (hereinafter called "Buyer"), and I&E Homes, Inc. ("Seller") for the purchase and

sale of real property know as Lot 3+14, Block 45 , of Meadowbrook Estates Subdivision, Plat Book 18 , Page

104 through _____, as recorded in the public records of Lee County, Florida.  Property address

is 1305 E 9 Street Lehigh Acres, FL 33972

(the "Property"), and the home to be constructed thereon by I&E Homes, Inc. ("Contractor").

Plan Monterey_____, Elevation Standard , Garage Standard 2-car

## I    SALE PRICE
The Buyer agrees to pay or cause to be paid to Seller and Contractor, as appropriate, the following:

| | |
|---|---|
| a) Lot price | $ $44,700.00 |
| b) Home purchase price | |
| 1) Base Price | $ $179,000.00 |
| 2) Customer Additions (see Addendum __ ) | $ $14,800.00 |
| **TOTAL CONTRACT PRICE** | $ $238,500.00 |
| c) Terms: | |
| 1) Earnest money deposit made at signing of the agreement (checks subject to clearance) | $ ($2,000.00) |
| **DEPOSIT IS NON-REFUNDABLE** | |
| 2) Existing Deposit(s) Paid to Date | $ $0.00 |
| 3) Additional deposit due Date: 5/27/05 | $ ($21,850.00) |
| **TOTAL due according to attached Payment Schedule*** | $ $214,650.00 |

*Subject to change based on Change orders

1

AzcarateJ000008

# Exhibit



**CUSTOMER:** Azcarate

**ADDRESS:** 18911 NW 11 ST. Pembroke Pines

**MODEL:** Monterey

### Payment Schedule

| Number | Due | % | Amount |
|--------|-----|---|--------|
| 1. Draw | Deposit Due at Execution of Agreement | 10.00% | $ 23,850.00 |
| 2. Draw | Upon Issuance of Building Permit | 10.00% | $ 23,850.00 |
| 3. Draw | After Completion of Lot Clearing, Fill, Pouring of Slab, Rough Installations | 15.00% | $ 35,775.00 |
| 4. Draw | After Completion of Block Laying, Roof-Trusses, Roof Dry-in | 15.00% | $ 35,775.00 |
| 5. Draw | After Completion of Framing, Rough Electric, Rough A/C, 2nd Rough Plumbing, Windows & Doors (excl. SGD) | 15.00% | $ 35,775.00 |
| 6. Draw | Roof Completed, Stucco, Installation of Sliding Glass Doors, Drywall, Floor Tile Installation | 20.00% | $ 47,700.00 |
| 7. Draw | After Completion of Kitchen and Bath Cabinets, Appliances, Trim Installed, A/C - Electrical- Plumbing- Trim | 10.00% | $ 23,850.00 |
| 8. Draw | After Issuance of CO-(Certificate of Completion) | 5.00% | $ 11,925.00 |
| **Contract Total** | | **100%** | **$ 238,500.00** |

## II    SCOPE OF WORK

a)    The Buyer has personally inspected the Property and found it wholly acceptable.  The home will be placed on the property in compliance with all applicable rules and regulations and in accordance to the permitted site-plan.  Modifications to the plan may take place at the Contractor's sole discretion in order to preserve existing vegetation.

b)    The price of this Property is not based on any number of trees.  Contractor shall only remove trees directly related to the construction of the home, driveway, or other operation of construction. Neither Seller nor Contractor represent or warrant the durability of life of any tree.

c)    Contractor reserves the right to make changes in construction as may be required from time to time by any lender making loans on the Property, or by any entity or agency insuring, guaranteeing or purchasing loans or assisting in the financing of the Property or such development. Contractor may also make changes to the home, if any regulatory or governmental agency having jurisdiction over the project requires it to comply with any and all regulations, Contractor may also change standards and specifications in its sole discretion and without notifying the client to maintain construction progress.

d)    Model homes are designed to show the quality and craftsmanship, which will be utilized in the construction of the subject home.  The home will be similar to, but may not be exactly the same as, the model.  Contractor reserves the right to make slight modifications to the size and design of the floor plans of the home and to substitute materials, fixtures, equipment, and appliances of substantially equal value as those used in the model homes or those specified in the plans and specifications.    Options, upgrades, wallpaper, drapes, furnishings, accessories and special landscaping, unless specified, are for display only and are not included as part of Contractor's product offering.

e)    Buyer has the right to request from Contractor the energy performance level of the home being purchased.

f)    Other conditions: All Agreements must be in writing, Verbal representations are invalid and non-binding.

## III    FINANCE

a)    If Buyer elects to obtain financing, Buyer shall, within thirty (30) days of the date hereof, proceed to close upon a construction permanent loan with a lender acceptable to Seller. Buyer agrees to apply for such financing within five (5) calendar days of the date of execution of this agreement by Buyer.  Buyer further agrees to cooperate with lender in the production of all necessary information required for construction-permanent loan approval and to furnish such information five (5) calendar days after request therefore. The Buyer shall pay for all loan and closing costs associated with such loan.  If Buyer is not approved for financing by a lender that Buyer has selected, and who is acceptable to Seller, Buyer shall, within three (3) days thereafter, apply for a construction-permanent loan recommended by the Seller and shall have thirty (30) days in which to proceed to close upon such a loan.  If a loan closing is performed within the specified time period, this contingency shall be deemed satisfied.  The Buyer will be solely will pay additional fees or charges and consent to any modification of the terms of the loan, if required by the lender, as a condition of permitting any necessary extension of the loan.  Buyer agrees not to take any actions subsequent to the date hereof which might jeopardize Buyer's loan.  If Buyer fully performs under this agreement, but is not approved for a loan as indicated herein, then Seller may, without prior notice or demand, terminated this Contract.  Upon such a termination, Buyer deposit, shall be retained by Seller as full and complete liquidated damages.

2

AzcarateJ000010

   b)      Failure or refusal by the spouse of the Buyer to execute the loan to be obtained shall be deemed default on the part of the Buyer.

**IV     DEPOSITS:**
   a)      Buyer represents and warrants to Seller  that Buyer has sufficient cash available (together with the loan referred to) to consummated this transaction, Including, but not limited to, down payment and costs associated with closing.

   b)      Should Buyer fail to make payment of any additional monies as herein mentioned or furnished false of incomplete information to the Seller, the Seller's agent, or the mortgage lender, concerning the legal or financial status, or fail to cooperate with the processing of the loan application, which acts would result in the failure to obtain the approval of a mortgage commitment, or fail to comply with any of the terms of this agreement, then the Buyer shall be in default under this agreement, and the sums paid on account of the purchase price and/or any other extras which have been installed shall be forfeited as partial, agreed upon and liquidated damages for failure of the Buyer to settle.

   c)      Non-refundable deposits noted herein are required in order to compensate Seller for the additional costs related to certain options that are not standard, such as pools, moving of windows, etc.   Buyer acknowledges that such deposits are partial, agreed upon and liquidated damages are not refundable under any circumstances, included, but not limited to Buyers failure to obtain a loan.

   d)      All earnest money deposits, along with other deposits made by Buyer, shall be accounted to Buyer separately, However, Seller reserves the right to use any of the Buyer's deposits with other funds belonging to or being held by Seller

   e)      Pursuant to Florida Statutes, Section 501,1375 (2), the following disclosure is given:

   **THE BUYER OF A ONE-FAMILY OR TWO-FAMILY RESIDENTIAL DWELLING UNIT HAS A RIGHT TO HAVE ALL FUNDS (UP TO 10% OF THE PURCHASE PRICE) DEPOSITED IN AN ESCROW ACCOUNT.  THIS RIGHT MAY BE WAIVED IN WRITING, BY THE BUYER.**

   Buyer does hereby waive this right to escrow deposit funds by initialing below.

                              Buyer's Initials_____

**V     SCHEDULE OF WORK**
a)      Seller and Contractor shall not be held responsible for, and hereby released from, all loss, liability or expenses by reason in delay of completion due to inclement weather, fire, storm or other casualty, strikes, lockouts or other labor disputes affecting either the Seller Contractor or any of the Contractor's suppliers of material or labor, delay in issuance of permits, acts of war, emergency proclamation, moratoriums, stop work orders, governmental regulations, and any other delays imposed by third-parties.

   b)      If the construction has not commenced prior to the execution of the Contract, construction by Contractor shall commence within a reasonable time thereafter, but in no event prior to the time Buyer obtains the loan referred to above, if any.  Contractor shall complete construction within a reasonable time, not to exceed one (1) year from the date of receipt of all applicable

3

AzcarateJ000011

approvals, permits, variations, including, but not limited to, issuance of a building permit, pool building permit, septic and well permit, if applicable, by any and all regulatory, governmental and quasi governmental agencies having jurisdiction over the property.

c)      Unless already chosen by the Buyer as of date Buyer executes this agreement, Buyer shall make the color and optional items selections from the choices provided by Contractor within thirty (30) calendar days of this agreement date. Said selections shall be final. Any changes made by the customer to color selections or optional item selections after the specified thirty (30) day period, will require a $250.00 fee and I&E Homes, Inc. will not be responsible for any errors, due to changes, etc. In the event Buyer does not make said selections within the thirty (30) day period, Contractor shall have the right to make such selections for the buyer. Selection of Color and Optional Items in this context shall include the Selections of Color and Optional Items for a Pool, if applicable.

d)      Prior to closing of title, Buyer shall perform a pre-closing inspection of the home with Contractor or Contractor's representative during normal business hours. A list of items requiring completion, adjustment or repair will be compiled and acknowledged by both Buyer and Contractor. Contractor agrees to complete the items on said list within a reasonable time thereafter. The pre-closing inspection shall be scheduled in the sole discretion of Contractor and Buyer shall make himself available upon Contractor's request. Buyer understands that minor and / or cosmetic items shall not be deemed sufficient by Buyer to delay closing or withhold any funds at closing.

e)      Pursuant to Florida Statutes, Section 489.1425(I), the following disclosure is given:

**CONSTRUCTION INDUSTRIES RECOVERY FUND**
> **PAYMENT MAY BE AVAILABLE FROM THE CONSTRUCTION INDUSTRIES RECOVERY FUND IF YOU LOSE MONEY ON A PROJECT PERFORMED UNDER CONTRACT, WHERE THE LOSS RESULTS FROM SPECIFIED VIOLATIONS OF FLORIDA LAW BY A STATE-LICENSED CONTRACTOR. FOR INFORMATION ABOUT THE RECOVERY FUND AND FILING A CLAIM, CONTACT THE FLORIDA CONSTRUCTION INDUSTRY LICENSING BOARD AT THE FOLLOWING TELEPHONE NUMBER AND ADDRESS.**
>
> **7960 ARLINGTON EXPRESSWAY, SUITE 300**
> **JACKSONVILLE, FLORIDA 32211-7467**
> **(850) 487-1395**

**VI     WARRANTY**
a)      Loss or damages to the home by fire, storm or other casualty between the date hereof and settlement hereunder shall not void or impair this agreement, but may excusably delay Seller's and Contractor's performance hereunder for a reasonable time

b)      Contractor warrants that for a period of one year from the date of the Certificate of Occupancy, the subject home shall be free from defects in materials and workmanship. Buyer shall promptly notify Contractor, or the applicable supplier, vendor, or subcontractor directly, of any such perceived defects, and Seller, or the applicable supplier, vendor, or subcontractor, shall, at its sole cost and expense, promptly correct such defects. This is Buyer's sole and exclusive remedy pursuant to this warranty. (This warranty does not apply to any defect about which Buyer was aware before closing, whether appearing on a punch-list or walk-through list or not.) This warranty does not apply to any other item, which is covered by a manufacturer's equipment warranty, nor does it cover systems defects that are caused by failure of any such manufacturer-warranted item. Contractor does not warrant any defect that is the direct or indirect result of Buyer's neglect or abuse.

AzcarateJ000012

c)      ALL IMPLIED WARRANTIES WITH RESPECT TO THE HOME AND LOT SOLD HEREUNER ARE HEREBY DISCLAIMED BY SELLER AND CONTRACTOR AND WAIVED BY BUYER, TO THE EXTENT PERMITTED BY LAW, INCLUDED, BUT NOT LIMITED TO HABITABILITY, CONSTRUCTION IN A WORKMANLIKE MANNER OR IN ACCORDANCE WITH APPROVED BUILDING PLANS, MERCHANTABILITY OR FITNESS FOR A PARTICULAR PERPOSE, WHETHER IMPLIED OR ARISING BY LAW, COURSE OF DEALING, CUSTOM AND PRACTICE, OR OTHERWISE.  BUYER REPRESENTS THAT BUYER HAS READ AND UNDERSTOOD THE SELLER'S AND CONTRACTOR'S DISCLAIMERS OF IMPLIED WARRANTIES AND THAT BUYER UNDERSTANDS AND AGREES THAT BY ENTERING INTO THIS CONTRACT AND ACCEPTING THE BENEFITS OF THE EXPRESS WARRANTY DESCRIBED ABOVE, BUYER HAS KNOWINGLY RELINQUISED ANY AND ALL IMPLIED WARRANTIES OF ANY KIND OR NATURE.

d)      Neither Seller nor Contractor make any warranties expressed or implied about the existing or future environmental condition of the Property, including possible present or future pollution of the air, weather or soil from any source such as underground migration or seepage (including Radon Gas).  The sole warranty to Buyer is the express warranty by Contractor described above.  Any other representations, statements or promises made by any person are unauthorized and are not binding upon Seller or Contractor.

## VII    TITLE

a)      Title to the Property is to be good and marketable and as such will be insured at regular rates by a responsible title insurance company doing business in the State of Florida.  The Property shall be conveyed by the Seller free of all liens and encumbrances except (a) zoning and /or restrictions and prohibitions imposed by governmental authority, and (b) recorded covenants and restrictions of record or on the plat of the property, and (c) easements of record, and applicable real estate taxes.

b)      Before closing, Seller shall, at Buyer's expense, deliver to Buyer a title insurance commitment, and after closing, an owner's policy of title insurance.

c)      Seller agrees to deliver at closing a Certificate of Occupancy, appropriate equipment warranty forms, and a General Warranty Deed.

d)      Buyer expressly agrees not to assign, sell, or in any manner transfer this agreement or any right, title or interest therein without first obtaining written consent of the Seller.  This agreement shall not be recorded in the public records and, if Buyer shall record this agreement or cause or permit it to be recorded, Seller may, at its option, elect to treat such as a breach of this agreement.

## VIII   CLOSING

a)      The closing of the sale shall occur upon ten (10) days notice by Seller (which date is subject to change) that Seller is prepared to close and that the construction of the home has been substantially completed.  The parties agree that the home shall be considered complete when the home has been completed in accordance with plans and specifications and selection sheet, or when the structure has been given final approval by the lender, or the Federal Housing Administration, if applicable, or appropriate Government Authority, or issuance of a Certificate of Occupancy by the appropriate agency, whichever happens first.  Upon completion, Buyer agrees to make full payment of the balance of the purchase price.  The notice of closing shall specify the date to appear and the time and place designated by Seller for the purpose of closing, at which time Buyer shall produce and execute all documents and deposit all funds necessary to consummate this transaction.  All monies

AzcarateJ000013

paid to Seller and Contractor pursuant to this agreement will be applied to the purchase price when the sale is closed, except that in the event that the Buyer fails to appear at the specified date or refuses to pay the balance of the purchase price as provided herein, such balance shall draw interest of 10% per annum from the date of Buyer's Failure to pay, and all monies previously paid by the Buyer shall be retained by the Seller and Contractor and applied to said charge, which shall in no way prejudice the rights of the Seller or Contractor in any action damages or specific performance. It is specifically agreed that the closing or delivery of possession shall, under no circumstances, be delayed due to any uncompleted outside work. Any fluctuation in the interest rate between the time Buyer obtains approval for such mortgage and closing of the sale shall not relieve Buyer of any obligations hereunder, unless the loan for which Buyer obtains is a VA or FHA loan. Should the term of the construction-permanent loan needing to be extended, any such costs shall be paid by the Buyer. Shall Buyer fail to extend the construction-permanent loan as required by the lender, and or Contractor such a refusal shall be deemed a default by the Buyer and all monies paid to Contractor, Seller, shall be deemed full agreed upon liquidated damages. Should monies paid to Contractor, Seller, not be sufficient to cover Contractor's , Seller's cost, including, but not limited to lost profits, the balance shall be due and payable to Contractor, Seller, by Buyer immediately on demand.

b) All closing costs associated with this transaction, including, without limitation, documentary stamp taxed, intangible taxes, title insurance premiums, recording fees and costs, and Seller's cost of document preparation (latter not to exceed $400.00) shall be paid at closing by Buyer. Should Buyer wish to guarantee an interest rate until closing, any costs associated with such guarantee in excess of those charged at prevailing rate shall be paid by Buyer. Buyer acknowledges and agrees that any attorneys acting, as closing agents shall solely represent Seller and Contractor, and not Buyer. All sums to be paid by Buyer pursuant to this agreement shall be made by cashiers or certified checks, or other immediately available funds.

c) Possession of the Property and home shall be delivered to Buyer when closing has occurred and a Certificate of Occupancy has been issued. In the event Buyer enters the Property prior to such time, Buyer acknowledges and agrees that Buyer is doing so at Buyer's risk. Installation of materials of any sort by persons not employed by Contractor is strictly prohibited, and may result in trespassing charges against the parties responsible, as well as cancellation of Contractor's warranty on the home.

**IX    RADON GAS**
a) Radon is a naturally occurring, radioactive gas that, when it has accumulated in a building is sufficient quantities, may present health risks to persons who are exposed to it over time. Levels of Radon that exceed federal and state guidelines have been found in buildings in Florida. Additional information regarding Radon and Radon testing may be obtained from your county health unit.

☐ If checked paragraph "X" is applicable, if unchecked home is not located in an area governed by a HOA.

**X    HOMEOWNERS ASSOCIATION**
a) Buyer acknowledges the prior receipt of, and agrees to be bound by, the Homeowner's Association documents, including the Declaration of Covenants, Conditions and Restrictions for MeadowBrooks Homeowners Association ____, the Articles of Incorporation and the Bylaws of the MeadowBrooks Homeowners Association ____, and the Articles of Incorporation and the Bylaws of MeadowBrooks Homeowners Association, Inc. , and Buyer further acknowledges that the Buyer is obligated to become a member of such Association and pay the required dues, including, without limitation, the initial membership fee due at closing. _Zero, Mon._

Initials                    6                    Initials

AzcarateJ000014

b)   Pursuant to Florida Statutes, Section 689.26(1), the following disclosure is given:

## DISCLOSURE SUMMARY

**BUYER SHOULD NOT EXECUTE THIS AGREEMENT UNTIL BUYER HAS RECEIVED AND READ THE DISCLOSURE SUMMARY FOR** *Meadowbrook Estates*, **WHICH SUMMARY BUYER ACKNOWLEDGES, IS ATTACHED HERETO AND MADE PART HEREOF.**

_____          _____
Initials                                         Initials

## XI    CONTRACT

a)   If the terms of this agreement do not comply with future regulations, restrictions and conditions of the federal, state or municipal governments, or any agency thereof, Seller and Contractor, at their option, may cancel this agreement by returning to the Buyer the sum or sums paid on account of the purchase price, without interest, and this agreement shall there upon become canceled, null and void, and Seller and Contractor shall have no further liability whatsoever to the Buyer, or the changed regulations, restrictions, and conditions of the federal, state, or municipal governments, or any agency thereof shall supersede the applicable parts of this agreement, whereas the other parts of this agreements shall remain in full effect, It is the Contractor's, Seller's, sole discretion on how to proceed in such an event and no notice to the Buyer shall be sent if the agreement is to be changed in such a way.

b)   This Contract supersedes all prior contracts and agreements, oral or written, between the parties hereto.  There are no collateral understandings, representations or agreements other than those contained herein or added by written instrument attached hereto, duly executed by Buyer, Seller and Contractor.  No salesman, employee, agent of Seller or Contractor has any authority to modify the terms hereof, or make agreements, representations or promises which might extend, postpone, limit, modify, or extinguish the terms hereof.  Seller or Contractor has made no agreement or representation, or his or her agent or representatives to obtain any loan for Buyer or to guarantee the Buyer will secure any loan.

## XII    OTHER TERMS

All structural changes requested by the Buyer that alter the footprint of the home (including but not limited to moving of or changing interior or exterior walls), change the roof-line of the home, trusses, or outside architectural design of the home to be constructed must be requested by execution of contract.  After the contract has been executed, no structural changes requested by the Buyer will be permitted.

Changes requested by Buyer to the home to be constructed, not requiring modifications of building plans, re-engineering, or revisions of building permit must be requested by completion of color selections or within forty-five (45) days of execution of contract, whichever comes first.  Any such changes made after this time will be subject to a $500.00 change fee and may cause delays in the construction schedule.  Such construction delays are not considered to be the responsibility of the Contractor, and no notice shall be made to Buyer, if such changes result in delays, Buyer accepts such delays without prejudice at the time such changes are requested.

AzcarateJ000015

Construction shall commence within a reasonable time after issuance of a building permit and receipt of all applicable approvals of all agencies, governmental, or quasi governmental, as well as other regulatory agencies, have jurisdiction over the property. Should the commencement of construction, including but not limited to the closing of the construction-permanent loan , be delayed due to the actions, or in-action, of the Buyer, Buyer acknowledges that the purchase price contained in this agreement is subject to adjustment minimum escalator of 6% for each month the commencement of Construction is delayed Contractor, Seller, at its sole discretion, can also terminate this agreement, if commencement of construction is delayed due to Buyer's actions, or in-actions, whatever may be the case, through giving Buyer written notice of such termination.

**THIS IS INTENDED TO BE A LEGALLY BINDING CONTRACT. IF NOT FULLY UNDERSTOOD, SEEK THE ADVICE OF AN ATTORNEY PRIOR TO SIGNING.**

| | |
|---|---|
| _____ | _____  4/15/05 |
| WITNESS AS TO BUYER | BUYER                           DATE |
| _____ | _____  4/15/05 |
| WITNESS AS TO BUYER | BUYER                           DATE |
| | _____ |
| | SALES MANAGER |

This Agreement for Sale shall no be binding upon Seller or Contractor until executed below by authorized officers of Sellers and Contractor.

_____          By: _____
WITNESS AS TO SELLER

_____          By: _____
WITNESS AS TO SELLER

8

AzcarateJ000016



# ADDENDUM
### Customer Additions

**Buyer(s) Name:** Azcarate

**Date:** 4/15/2005

**Project Location:** Meadowbrook Estates

**Contract Date:** 4/15/2005

Following is a list of items chosen by the Buyer(s) to be included in and made part of the original Agreement of Sale:

| | Item | Price |
|---|---|---|
| 1. | Lot 3 + 14 Fill & Preparation* | $5,000.00 |
| 2. | Septic & Well | $8,000.00 |
| 3. | Sprinkler System & Irrigation | $1,800.00 |
| 4. | | |
| 5. | * Fill allowance is for 1/4 acre, additional fill cost may be needed | |
| 6. | | |
| 7. | BACK UP CONTRACT (ENG Failed to finance) | |
| 8. | 30 days from formal cancellation as per Thomas Pfuner | |
| 9. | | |
| 10. | | |
| 11. | | |
| 12. | | |

**TOTAL:** $14,800.00

Buyer: _____

Buyer: _____

I&E Homes, Inc.

AzcarateJ000017

Plaintiff Profile Form - Residential Properties

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

**For Internal Use Only**

_____
File Number

_____
Date Received

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address.  In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge.  If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known.  You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form.  If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary.  All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

---

**Section I. Property Information**

| | |
|---|---|
| Name Property Owner | Asset Portfolio Servicing Company |
| Address of Affected Property | 1305 East 9th Street |
| | Lehigh Acres, FL  33972 |
| Is this Property:* | (Residential)    Commercial        Governmental |
| Name of Person Completing this Form | Michael Freeman |
| Is above your primary residence? | Yes    (No) |
| Mailing Address (if different) | 5160 Stanley Road |
| | Fort Myers, FL 33905 |
| Phone: | (          )          - |

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

| | |
|---|---|
| Circle one: | Owner-Occupant    (Owner Only)    Renter-Occupant |
| Represented By: | James V. Doyle, Jr. |
| Address: | DOYLE LAW FIRM, PC |
| | 2100 Southbridge Pkwy, Suite 650 |
| | Birmingham, AL  35209 |
| Phone: | ( 205  )   533 - 9500 |
| Case No. /Docket Info: | Omni XVIII     13-0609 |

**Section II. Insurance Information**

| | |
|---|---|
| Homeowner/ Renter Insurer: | |
| Policy #: | _____ |
| Agent: | _____ |
| Address: | _____ |
| | _____ |
| Phone: | (          )          - |

+ Attach Copy of  Insurance Declaration Page

---

**Section III. Claimant Information**

| Name of Claimant | Dates Occupied | | Gender | Date of Birth | Are you claiming personal injuries?* | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| | Move-in | Leave | | | Circle One | |
| Michael Freeman o.b.o. Asset Portfolio Servicing Company | /  / | /  / | (M) / F | /  / | Yes   (No) | Owner Only |
| | /  / | /  / | M / F | /  / | Yes   No | |
| | /  / | /  / | M / F | /  / | Yes   No | |
| | /  / | /  / | M / F | /  / | Yes   No | |
| | /  / | /  / | M / F | /  / | Yes   No | |
| | /  / | /  / | M / F | /  / | Yes   No | |
| | /  / | /  / | M / F | /  / | Yes   No | |
| | /  / | /  / | M / F | /  / | Yes   No | |
| | /  / | /  / | M / F | /  / | Yes   No | |

* Personal injuries include claims for mental anguish and medical monitoring.

Asset Portfolio Servicing Company - 0001

Plaintiff Profile Form - Residential Properties

### Section IV. Inspection Information

**1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?**   (Yes)   No

    **1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?**   Superior Contracting

    **1.2. When did the inspection take place?**   6 /20 / 10

**2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?**   (Yes)   No

    **2.1. If "Yes" to Question 2.0 Section IV. Who made this determination?**   Superior Contracting

    **2.2. When was this determination made?**   6 / 20 / 10

### Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Knauf Plasterboard Tianjin | KNAUF TIANJIN CHINA ASTM C36 | Ceiling & Walls |
| | | |
| | | |

### Section VI. Home Information

| | | | Yes | No |
|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 1,767 | | | |
| Estimated Sq. Ft. of Drywall | ------------- | Occupied | X | |
| Height of interior Walls | 9' | Year-round | X | |
| Number of Bedrooms: | 3 | Summer | X | |
| Number of Bathrooms: | 2 | Winter | X | |

#### Plumbing System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | X | | |
| Copper Piping | X | | |
| Copper Fixtures | X | | |
| Other Fixtures | X | | |
| Were repairs made to the plumbing system? | | X | |
| Dates: | | | |

#### Electrical System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | X | | |
| Switches | X | | |
| Main Panel | X | | |
| 2nd Panel | | | X |
| Exposed Copper Wires | X | | |
| Were repairs made to the electrical system? | | X | |
| Dates: | | | |

**+ Attach Copy of Floor Plan on 8 1/2" X 11" paper**

### Section VII. Construction/Renovation Information

**Date Range for New Home Construction: (Month/Day/Year)**

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move In Date: | / / | Date Acquired Home | 6 /16 / 10 |

**Date Range for Renovations: (Month/Day/Year)**

| Start Date: | 6 /22 / 11 | Completion Date | 9 /23 / 11 |
|---|---|---|---|
| Move In Date: | / / | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | X |
| First Floor: Full Wall of drywall replaced | | | X |
| Second Floor: Any drywall replaced | | | X |

### Section VIII. Homebuilder/ General Contractor/ Developer Information

**Homebuilder/ General Contractor/ Developer's Name:**
    I and E Homes, Inc.

**Address:**
    1140 Lee Blvd., Suite 101-102
    Lehigh Acres, FL 33936

**Phone:**   ( ) -

**+ Attach Copy of Construction/Renovation Contract**
**+ Attach Copy of New Home Warranty Declaration**

### Section IX. Drywall Installer

**Drywall Installer's Name:**

**Address:**

**Phone:**   ( ) -

### Section X. Drywall Supplier

**Drywall Supplier's Name:**
    Banner Supply Company Ft. Myers, Inc.

**Address:**
    7195 NW 30 Street
    Miami, FL 33122

**Phone:**   ( ) -

Asset Portfolio Servicing Company - 0002

Plaintiff Profile Form - Residential Properties

**Section XI. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| | | | |
|---|---|---|---|
| Claimant's Signature | 6-15-13<br>Date Signed | Claimant's Signature | Date Signed |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

Asset Portfolio Servicing Company - 0003

Floo



1305 E. 9th St.

Asset Portfolio Servicing Company - 0004



## Drywall Disaster of Florida

The address of the property is: **1305 E 9TH ST   EHIGH ACRES F   339 2**

Type of Inspection to be Performed:  **Problematic Chinese   Defective Drywall**

**Client Name(s):   A  CARATE   OSE A      ORI A**

THIS AGREEMENT made this 28th day of October, 200  , by and between Drywall Disaster of Florida (Hereinafter "INSPECTOR") and the Property Owner or Agent thereof (hereinafter "CLIENT"), collectively referred to herein as "the parties." The Parties Understand and oluntarily Agree as follows:

1. INSPECTOR agrees to perform a visual inspection of the home/building and to provide CLIENT with a written inspection report identifying the defects that INSPECTOR both observed and deemed material.  INSPECTOR may offer comments as a courtesy, but these comments will not comprise the bargained-for report. The report is only supplementary to the seller's disclosure.

2.  CLIENT understands that this agreement contain certain limitations, exceptions, and exclusions.

3. The inspection and report are performed and prepared for the use of CLIENT, who gives INSPECTOR permission to discuss observations with real estate agents, owners, repair persons, lawyers and other interested parties. INSPECTOR accepts no responsibility for use or misinterpretation by third parties.  INSPECTOR'S inspection of the property and the accompanying report are in no way intended to be a guarantee or warranty, express or implied, regarding the future use, operability, habitability or suitability of the home/building or its components. Any and all warranties, express or implied, including warranties of merchantability and fitness for a particular purpose, are expressly excluded by this Agreement.

4. INSPECTOR assumes no liability for the cost of repair or replacement of unreported defects or deficiencies either current or arising in the future.

CLIENT acknowledges that the liability of INSPECTOR, its agents, employees, for claims or damages, costs of defense or suit, attorney's fees and expenses and payments arising out of or related to the INSPECTOR'S negligence or breach of any obligation under this Agreement, including errors and omissions in the inspection or the report, shall be limited to liquidated damages in an amount equal to the fee paid to the INSPECTOR, and this liability shall be exclusive.  CLIENT waives any claim for consequential, exemplary, special or incidental damages or for the loss of the use of the home/building even if the CLIENT has been advised of the possibility of such damages. The parties acknowledge that the liquidated damages are not intended as a penalty but are intended (i) to reflect the fact that actual damages may be difficult and impractical to ascertain; (ii) to allocate risk among the INSPECTOR and CLIENT; and (iii) to enable the INSPECTOR to perform the inspection at the stated fee.

5. INSPECTOR does not perform engineering, architectural, plumbing, or any other job function requiring an occupational license in the jurisdiction where the inspection is taking place, unless



the inspector holds a valid occupational license, in which case he/she may inform the CLIENT that he/she is so licensed, and is therefore qualified to go beyond this basic home inspection, and for additional fee, perform additional inspections beyond those within the scope of the basic home inspection. Any agreement for such additional inspections shall be in a separate writing or noted here:

6. In the event of a claim against INSPECTOR, CLIENT agrees to supply INSPECTOR with the following: (1) Written notification of adverse conditions within 14 days of discovery, and (2) Access to the premises. Failure to comply with the above conditions will release INSPECTOR and its agents from any and all obligations or liability of any kind.

  . The parties agree that any litigation arising out of this Agreement shall be filed only in the Court having jurisdiction in the County in which the INSPECTOR has its principal place of business. In the event that CLIENT fails to prove any adverse claims against INSPECTOR in a court of law, CLIENT agrees to pay all legal costs, expenses and fees of INSPECTOR in defending said claims.

8. If any court declares any provision of this Agreement invalid or unenforceable, the remaining provisions will remain in effect. This Agreement represents the entire agreement between the parties. All prior communications are merged into this Agreement, and there are no terms or conditions other than those set forth herein. No statement or promise of INSPECTOR or its agents shall be binding unless reduced to writing and signed by INSPECTOR.  No change or modification shall be enforceable against any party unless such change or modification is in writing and signed by the parties. This Agreement shall be binding upon and enforceable by the parties and their heirs, executors, administrators, successors and assignees.
CLIENT shall have no cause of action against INSPECTOR after one year from the date of the inspection.

  . Payment of the fee to INSPECTOR (less any deposit noted above) is due upon completion of the on-site inspection. The CLIENT agrees to pay all legal and time expenses incurred in collecting due payments, including attorney's fees, if any. If CLIENT is a corporation, LLC, or similar entity, the person signing this Agreement on behalf of such entity does personally guaranty payment of the fee by the entity.

10.  This agreement also includes the following addendum: PRO  LEMATIC CHINESE / DEFECTI  E DR  WALL

CLIENT HAS CAREF  LL   READ THE FOREGOING, AGREES TO IT, AND ACKNOWLEDGES RECEIPT OF A COP   OF THIS AGREEMENT, ADDEND  M AND INSPECTION REPORT.

## Drywall Disaster of Florida

### Problematic Chinese   Defective Drywall Addendum

**Client:  A  CARATE  OSE A     ORI A**
**Property Address: 1305 E 9TH ST   EHIGH ACRES F   339  2**

This addendum forms part of the original Inspection Agreement between Drywall Disaster of Florida and **Client**

1. Problematic Chinese or <u>Defective </u>Drywall Disclosure: If a residence or other improvement has been built or renovated on the Property during the approximate time frame of 2002 to present, the Client is hereby notified that such Property may contain defective drywall primarily manufactured in China. The presence of this Chinese or defective drywall seems to coincide with and may cause corrosion and damage to structural systems in such a residence or improvement and corrode and destroy system components. The damage has been extensive enough to require them to be replaced at substantial expense. Further, this Chinese or defective drywall apparently emits a strong sulfur-like odor or fume which may cause the residents of the home to experience health problems. The presence of this odor and/or the aforementioned damages may indicate the presence of Chinese or defective drywall, and the homeowner should investigate. The only known way to eliminate the fumes and the health problems and to stop the damage to the above-mentioned structural systems and system components is to remove, **remediate** and replace all of the defective drywall and contaminated elements in the residence. The presence of Problematic Chinese / Defective Drywall, the fumes, and the damaged systems, if not remedied, can impact the value or salability of the property. Non Destructive visual inspection can only determine whether or not a property exhibits issues and displays evidence consistent with the presence of Problematic Chinese / Defective Drywall.  Destructive drywall Inspection is limited to the areas used for sample.  No visual inspection can provide conclusive results that there is no presence of Chinese Drywall / Defective Drywall.

*Drywall Disaster of Florida*

# Chinese   Defective Drywall Inspection

**Non- Destructive Visual Inspection**

Inspection Date: October 28, 200                    Time: 10:00 am

Property Address: 1305 E   TH ST LEHIGH ACRES FL 33    2

Client(s) Name:  A  CARATE   OSE A    LORI A

Occupancy:    acant

  ear   uilt: 2006

Construction Type: C   S

  uilder/Developer Name:  I    E Homes

**Sub ect Property  egal:** MEADOW  ROOK ESTATES   NIT 1   LK 45 P   18 PG 164
LOTS 3   14





*Drywall Disaster of Florida*

**Air Conditioning HVAC System**
The subject residence air handler is located in non air conditioned space in a garage ceiling recess. The air handler evaporator coil and all adjacent copper components were blackened.







*Drywall Disaster of Florida*

**Plumbing System**

 isual inspection of the exposed plumbing components had significant signs of corrosion and blackening.  The plumbing system of this residence is non copper type with the exception of the copper supply lines to faucet fixture and plumbing hammer arrestors.    isual signs of corrosion and deterioration were noted on fixtures.



**KITCHEN**



**BATHROOM**



**T  B DRAIN**



**BATHROOM   2**



**Electrical System**
Residence has copper wiring.
Electrical receptacles and switches we inspected throughout the residence.  Exposed copper wires were found to be blackened at all inspection locations.  Examples below:

 





**Drywall   abel Stamping Marking**
Inspection Technician was able to verify labeling on the drywall located in the attic.



Inspection Technician was able to verify labeling on the drywall located within wall video scope test areas.





## Appliances
Kitchen refrigerator compressor and adjacent copper components were inspected and found to be slightly blackened.



## Air Analysis (non instrument)
Technician noted the residence had an odor that is often associated with the presence of Defective or Chinese Drywall.

## Inspection Technician Comments
  ased on a series of visual inspections performed, it is the opinion of the undersigned Inspection Technician of Drywall Disaster of Florida that the subject residence of this inspection does exhibit the known effects of the presence of Defective or Problematic Chinese Drywall.

Brent Rissling
Inspection Technician
Drywall Disaster of Florida

Plaintiff Profile Form - Residential Properties

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | For Internal Use Only |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | MDL NO. 2047 | |
| PRODUCTS LIABILITY LITIGATION | SECTION: L | File Number |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON | |
| | MAG. JUDGE WILKINSON | Date Received |

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

---

**Section I. Property Information**

Name Property Owner: Rick Asch

Address of Affected Property: 138 Saint Clair Drive
St. Simon Island, GA 31522

Is this Property:* (Residential)    Commercial    Governmental

Name of Person Completing this Form: Rick Asch

Is above your primary residence? (Yes)  No

Mailing Address (if different):

Phone: ( 949 )  275 - 4433

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one: (Owner-Occupant)    Owner Only    Renter-Occupant

Represented By: James V. Doyle, Jr.

Address: DOYLE LAW FIRM, PC
2100 Southbridge Pkwy, Suite 650
Birmingham, AL 35209

Phone: ( 205 )  533 - 9500

Case No. /Docket Info: Omni XVIII    13-0609

---

**Section II. Insurance Information**

Homeowner/ Renter Insurer: American Strategic Insurance Corp.

Policy #: GAA42053

Agent: Ally Insurors, Inc.

Address: 426 EH Court
Brunswick, GA 31520

Phone: ( 912 )  261 - 2945

+ Attach Copy of Insurance Declaration Page

---

**Section III. Claimant Information**

| Name of Claimant | Dates Occupied | | Gender | Date of Birth | Are you claiming personal injuries?* | | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|---|
| | Move-in | Leave | | | Circle One | | |
| Rick Asch | 5 /24/ 12 | / / | (M)/ F | 3 /01/ 57 | (Yes) | No | Owner - Occupant |
| Colleen Asch | 5 /24/ 12 | / / | M /(F) | 01/18/ 61 | (Yes) | No | Owner - Occupant |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |

* Personal injuries include claims for mental anguish and medical monitoring.

Plaintiff Profile Form - Residential Properties

### Section IV. Inspection Information

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?   (Yes)   No

   1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?   Quantum Home Inspections, Inc.

     1.2. When did the inspection take place?   8 /31/ 12

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?   (Yes)   No

   2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?   Quantum Home Inspections, Inc.

     2.2. When was this determination made?   8 /31/ 12

### Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Knauf Plasterboard Tianjin | KNAUF TIANJIN CHINA ASTM C36 | Ceiling and walls |
| | | |
| | | |
| | | |

### Section VI. Home Information

| | | | Yes | No |
|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 3,100 | | | |
| Estimated Sq. Ft. of Drywall | ------------ | Occupied | X | |
| Height of interior Walls | 12' | Year-round | X | |
| Number of Bedrooms: | 4 | Summer | X | |
| Number of Bathrooms: | 4 | Winter | X | |

#### Plumbing System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | X | | |
| Copper Piping | X | | |
| Copper Fixtures | X | | |
| Other Fixtures | X | | |
| Were repairs made to the plumbing system? | | X | |
| Dates: | | | |

#### Electrical System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | X | | |
| Switches | X | | |
| Main Panel | X | | |
| 2nd Panel | | | X |
| Exposed Copper Wires | X | | |
| Were repairs made to the electrical system? | | X | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

### Section VII. Construction/Renovation Information

**Date Range for New Home Construction: (Month/Day/Year)**

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move In Date: | / / | Date Acquired Home | 5 / 24 / 12 |

**Date Range for Renovations: (Month/Day/Year)**

| Start Date: | 9 / 23 / 12 | Completion Date | 3 / 16 / 13 |
|---|---|---|---|
| Move In Date: | / / | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | X |
| First Floor: Full Wall of drywall replaced | | | X |
| Second Floor: Any drywall replaced | | | X |

### Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:

   Ernie Curry

Address:

   Brunswick, GA

Phone:   (          ) -

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

### Section IX. Drywall Installer

Drywall Installer's Name:

Address:

Phone:   (          ) -

### Section X. Drywall Supplier

Drywall Supplier's Name:

   Banner Supply Company

Address:

   Miami, Florida

Phone:   (          ) -

Asch, Rick - 0002

Plaintiff Profile Form - Residential Properties

**Section XI. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| | | | |
|---|---|---|---|
| _____ | 4-16-13 | _____ | _____ |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| Colleen marie Ock | 4-16-13 | _____ | _____ |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| _____ | _____ | _____ | _____ |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

Page 3

Asch, Rick - 0003



AMERICAN STRATEGIC INSURANCE CORP
805 EXECUTIVE CENTER DR  W STE 300
ST. PETERSBURG, FL 33702
Phone: (727) 374-2502



**Dwelling Declaration Page**

| | |
|---|---|
| Total Policy Premium: | $2,106 |
| Policy Number: | GAA42053 |

**Named Insured:**

Rick  Asch And Colleen Asch
2 RIVERVIEW DR
TRABUCO CANYON, CA 92679

| Agent: | |
|---|---|
| Ally Insurors, Inc. | |
| 426 EH Court | |
| Brunswick, GA 31520 | |
| Agent Code: | 421463 |
| For Policy Service, Call: | (912) 261-2945 |
| E-Mail Address: | ALLYINSURORS@BELLSOUTH.NET |

**Effective Date of This Transaction:**          6/20/2012

**Activity of This Transaction:**          Change Pay Plan

**Residence Premises:**
138 SAINT CLAIR DR
SAINT SIMONS ISLAND, GA 31522

**Policy Period:**     From:   06/20/2012  To:  06/20/2013
(At 12:01 AM Standard Time at the residence premises)

**Plan Type:**    DP3

Coverage at the residence premises is provided only where a limit of liability is shown or a premium is stated.

**Coverages and Limits of Liability**

| | Limit | Premium |
|---|---|---|
| A. Dwelling Coverage | $400,000 | 3032.08 |
| B. Other Structures Limit | $8,000 | Included |
| C. Personal Property | $50,000 | 290.55 |
| D. Addtl Living Expense | $40,000 | Included |
| L. Liability Limit | $500,000 | 80.00 |
| M. Medical Payments Limit | $1,000 | 5.00 |

OTHER COVERAGES AND ENDORSEMENTS:
(Printed on the following page)

| DEDUCTIBLES: | All Other Perils: | $1000 |
|---|---|---|
| | Wind & Hail: | $1000 |

Special Messages:          OTHER COVERAGES, LIMITS AND EXCLUSIONS APPLY - REFER TO YOUR POLICY FOR DETAILS

**THIS POLICY DOES NOT INCLUDE COVERAGE FOR FLOOD LOSSES.**

**Mortgagee:**          **1st Mortgagee:**                    **2nd Mortgagee:**

Asch, Rick - 0004



138 ST. CLAIR DR.   FLOOR PLAN   3100 SQ. FT.

Asch, Rick - 0005



# Inspection Report

## Mr. Rick Asch

**Property Address:**
138 St Clair Dr
St Simons Island Ga 31522



138 St Clair Dr

**Quantum Home Inspections Inc.**

**Phil Hipchen**
**105 Southwood Cove**
**Brunswick Ga. 31525**
**912 223 1998**

# Table of Contents

Cover Page ................................................................0

Table of Contents.....................................................0

Intro Page ...............................................................0

1 Rooms....................................................................4

General Summary .....................................................0

Invoice.....................................................................0

| **Date:** 8/31/2012 | **Time:** 03:00 PM | **Report ID:** |
|---|---|---|
| **Property:**<br>138 St Clair Dr<br>St Simons Island Ga 31522 | **Customer:**<br>Mr. Rick Asch | **Real Estate Professional:** |

**Comment Key or Definitions**

The following definitions of comment descriptions represent this inspection report. All comments by the inspector should be considered before purchasing this home. Any recommendations by the inspector to repair or replace suggests a second opinion or further inspection by a qualified contractor. All costs associated with further inspection fees and repair or replacement of item, component or unit should be considered before you purchase the property.

**Inspected (IN)** = I visually observed the item, component or unit and if no other comments were made then it appeared to be functioning as intended allowing for normal wear and tear.

**Not Inspected (NI)** = I did not inspect this item, component or unit and made no representations of whether or not it was functioning as intended and will state a reason for not inspecting.

**Not Present (NP)** = This item, component or unit is not in this home or building.

**Repair or Replace (RR)** = The item, component or unit is not functioning as intended, or needs further inspection by a qualified contractor. Items, components or units that can be repaired to satisfactory condition may not need replacement.

**Type of building:**

Single Family (1 story)

## 1. Rooms

The home inspector shall observe: Walls, ceiling, and floors; Steps, stairways, balconies, and railings; Counters and a representative number of installed cabinets; and A representative number of doors and windows. The home inspector shall: Operate a representative number of windows and interior doors; and Report signs of abnormal or harmful water penetration into the building or signs of abnormal or harmful condensation on building components. The home inspector is not required to observe: Paint, wallpaper, and other finish treatments on the interior walls, ceilings, and floors; Carpeting; or Draperies, blinds, or other window treatments.

|  |  | IN | NI | NP | RR | **Styles & Materials** |
|---|---|---|---|---|---|---|
| 1.0 | Ceilings |  |  |  | • | **Ceiling Materials:**<br>Drywall |
| 1.1 | Walls |  |  |  | • | **Wall Material:**<br>Drywall |

IN= Inspected, NI= Not Inspected, NP= Not Present, RR= Repair or Replace      **IN  NI  NP  RR**

**Comments:**

**1.0** Knauf Tianjin Chinese drywall was used in the construction of interior of this home.(Picture 1) (Picture 2) (Picture 3) (Picture 4) (Picture 5) (Picture 6)



1.0 Picture 1 Knauf Tianjin Chinese Drywall



1.0 Picture 2



1.0 Picture 3 Knauf Tianjin Chinese Drywall



1.0 Picture 4 Knauf Tianjin Chinese Drywall





1.0 Picture 6 Knauf Tianjin Chinese Drywall

1.0 Picture 5 Knauf Tianjin Chinese Drywall

**1.1** Copper electrical ground wire at wall has turned black from gases emitted from Knauf Tianjin Chinese drywall.(Picture 2)







1.1 Picture 1

1.1 Picture 2 Copper wire (turned black)

---

The interior of the home was inspected and reported on with the above information. While the inspector makes every effort to find all areas of concern, some areas can go unnoticed. The inspection did not involve moving furniture and inspecting behind furniture, area rugs or areas obstructed from view. Please be aware that the inspector has your best interest in mind. Any repair items mentioned in this report should be considered before purchase. It is recommended that qualified contractors be used in your further inspection or repair issues as it relates to the comments in this inspection report.

# General Summary



**Quantum Home Inspections Inc.**

**105 Southwood Cove**
**Brunswick Ga. 31525**
**912 223 1998**

**Customer**
Mr. Rick Asch

**Address**
138 St Clair Dr
St Simons Island Ga 31522

The following items or discoveries indicate that these systems or components **do not function as intended** or **adversely affects the habitability of the dwelling;** or **warrants further investigation by a specialist,** or **requires subsequent observation.** This summary shall not contain recommendations for routine upkeep of a system or component to keep it in proper functioning condition or recommendations to upgrade or enhance the function or efficiency of the home. This Summary is not the entire report. The complete report may include additional information of concern to the customer. It is recommended that the customer read the complete report.

## 1. Rooms

1.0    **Ceilings**

**Repair or Replace**
Knauf Tianjin Chinese drywall was used in the construction of interior of this home.(Picture 1) (Picture 2) (Picture 3) (Picture 4) (Picture 5) (Picture 6)

## 1. Rooms



1.0 Picture 1 Knauf Tianjin Chinese Drywall



1.0 Picture 2



1.0 Picture 3 Knauf Tianjin Chinese Drywall



1.0 Picture 4 Knauf Tianjin Chinese Drywall

## 1. Rooms





1.0 Picture 6 Knauf Tianjin Chinese Drywall

1.0 Picture 5 Knauf Tianjin Chinese Drywall

**1.1**      **Walls**

**Repair or Replace**

Copper electrical ground wire at wall has turned black from gases emitted from Knauf Tianjin Chinese drywall.(Picture 2)



1.1 Picture 1



1.1 Picture 2 Copper wire (turned black)

Home inspectors are not required to report on the following: Life expectancy of any component or system; The causes of the need for a repair; The methods, materials, and costs of corrections; The suitability of the property for any specialized use;

Compliance or non-compliance with codes, ordinances, statutes, regulatory requirements or restrictions; The market value of the property or its marketability; The advisability or inadvisability of purchase of the property; Any component or system that was not observed; The presence or absence of pests such as wood damaging organisms, rodents, or insects; or Cosmetic items, underground items, or items not permanently installed. Home inspectors are not required to: Offer warranties or guarantees of any kind; Calculate the strength, adequacy, or efficiency of any system or component; Enter any area or perform any procedure that may damage the property or its components or be dangerous to the home inspector or other persons; Operate any system or component that is shut down or otherwise inoperable; Operate any system or component that does not respond to normal operating controls; Disturb insulation, move personal items, panels, furniture, equipment, plant life, soil, snow, ice, or debris that obstructs access or visibility; Determine the presence or absence of any suspected adverse environmental condition or hazardous substance, including but not limited to mold, toxins, carcinogens, noise, contaminants in the building or in soil, water, and air; Determine the effectiveness of any system installed to control or remove suspected hazardous substances; Predict future condition, including but not limited to failure of components; Since this report is provided for the specific benefit of the customer(s), secondary readers of this information should hire a licensed inspector to perform an inspection to meet their specific needs and to obtain current information concerning this property.

*Prepared Using HomeGauge* [http://www.HomeGauge.com](http://www.HomeGauge.com) : Licensed To Phil Hipchen



# INVOICE

**Quantum Home Inspections Inc.**
**105 Southwood Cove**
**Brunswick Ga. 31525**
**912 223 1998**
**Inspected By: Phil Hipchen**

**Inspection Date:** 8/31/2012
**Report ID:**

| Customer Info: | Inspection Property: |
|---|---|
| Mr. Rick Asch | 138 St Clair Dr |
|  | St Simons Island Ga 31522 |
| **Customer's Real Estate Professional:** |  |

**Inspection Fee:**

| Service | Price | Amount | Sub-Total |
|---|---|---|---|

**Tax** $0.00
**Total Price** $100.00

**Payment Method:** Check
**Payment Status:** Paid
**Note:**



https://mail.attach.mail.com/ws/file/mail/export/en/ca/second/download.Mar/d?r=02011-60-07-322014











# Composite Exhibit F

**Driskell, Carly**

| | |
|---|---|
| **From:** | Dysart, Danny |
| **Sent:** | Friday, January 27, 2017 1:00 PM |
| **To:** | 'James Doyle' |
| **Cc:** | Miller, Kerry |
| **Subject:** | ARH claims - Scheduling and requests |

Jimmy,

We never received the below information that we requested in November 2016.

Furthermore, the two additional CDO claims that were recently submitted have outstanding docs we need provided:

CDO  - 4698 Globe Terrace & 2063 Vancouver Lane:
- What is the relationship of Hansen Homes to this claim/Claimant?
- Who is Mr. Goss?
- Please send us the purchases documents and disclosures for the May 2013 purchase of the property by CDO
- Please send us the purchase documents and disclosures for the sale of the property by CDO.

---

**From:** Dysart, Danny
**Sent:** Monday, November 21, 2016 11:48 AM
**To:** 'James Doyle'
**Cc:** Miller, Kerry
**Subject:** ARH claims - Scheduling and requests

Jimmy,

Below is information that we have not received or need clarification regarding your firm's ARH claims.  Please let me know if you have any questions.

Thanks,
Danny

**Purchase Documents and Disclosures Needed**
· Asch
· McIntyre
· Kubick (for both sales – Feb 2012 & Nov/Dec 2012)
· CDO Investments
· MCF - 1933 Wanda (for both sales – Jan2012 & July 2012)
· MCF - 343 Ranchito (for both sales – Mar 2013 & Aug 2013)
· MCF - 3505 9th Street
· MCF - 900 Tena
· MCF - 2511 17th Street

- Latiff – 1898 (for both sales)
- Latiff 1943
- Bahadur
- Asset Portfolio (for both sales – June 2011 & Oct 2011)

**McIntyre Assignment**
- Please provide the assignment from Sundance to McIntyre or, alternatively, please confirm there is no assignment.

**Samples, Test Results, and Photos referenced and still needed**
- Williams – inspection report Eustis Engineering Services LLC
- Bahadur – Please send any and all photos

**Williams: Full/Partial Remediation and Proof of Payment to Contractor ?**
- Williams  - Was Williams a full or partial remediation? Also, according to the documentation received, the Contractor paid for remediation not Williams.  Please send proof of payment from Claimant Williams to Contractor.

**3rd Party Inspection Reports Needed**
- CDO investments – from Zeigler Contracting
- MCF - 343 Ranchito – Terco Report
- MCF – 3505 9 St. – Terco Report
- MCF - 900 Tena– Terco Report
- MCF - 2511 17th Street– Terco Report

**Confirmation of Current Ownership**
- 1374 Cathedall Ave  - Is CDO still the owner?

**MCF Claims – Goss:**
- Can you please identify who is "Goss?"  This individual/entity is referenced in several MCF and CDO documents.

**MCF - 2511 17th Street**
- Need photos or documentation showing property was actually remediated.
-  Need floor plan with exterior dimensions.

**Need all Documentation for Claims recently added to Pending Claims**
- CDO Investments - 2063 Vancouver Lane
- CDO investments 4698 Globe Terrace
- Guilford Dieuvil - 8757 Baystone Cove

**Danny Dysart**
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue
Suite 3600
New Orleans, LA, 70170

Phone: 504.566.5206
Fax: 504.696.3906
ddysart@bakerdonelson.com

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
represents clients across the U.S. and abroad from offices
in Alabama, Florida, Georgia, Louisiana, Mississippi, Tennessee,
Texas and Washington, D.C.

Baker Donelson - One of FORTUNE Magazine's "100 Best Companies to Work For" for Seven Years in a Row

# CDO

# 4698 Globe Terrace



## Bill Furst
## SARASOTA COUNTY
## PROPERTY APPRAISER

### Property Record Information for 1005020513

| Map ⧉ | 🖨 Print Summary | 2016 TRIM ⇕ | 2016 Record Card ⇕ | Tax Collector ⧉ |
|---|---|---|---|---|

**Ownership:**
KROUSE MICHAEL J
VASS JAMIR K
4698 GLOBE TER, NORTH PORT, FL, 34286-7835
**Situs Address:**
4698 GLOBE TER NORTH PORT, FL, 34286

**Land Area:** 10,000 Sq.Ft.
**Municipality:** City of North Port
**Subdivision:** 1505 - PORT CHARLOTTE SUB 06
**Property Use:** 0100 - Single Family Detached
**Status:** OPEN
**Sec/Twp/Rge:** 35-39S-21E
**Census:** 121150027122
**Zoning:** RSF2 - RESIDENTIAL, SINGLE FAMILY
**Total Living Units:** 1
**Parcel Description:** LOT 13, BLK 205, 6TH ADD TO PORT CHARLOTTE

## Buildings

| Situs - click address for details | Bldg # | Beds | Baths | Half Baths | Year Built | Gross Area | Living Area | Stories |
|---|---|---|---|---|---|---|---|---|
| 4698 GLOBE TER NORTH PORT, FL, 34286 | 1 | 3 | 2 | 0 | 2007 | 2,603 | 1,914 | 1 |

## Extra Features

There are no extra features associated with this parcel

## Values

| Year | Land | Building | Extra Feature | Just | Assessed | Exemptions | Taxable | Cap | |
|---|---|---|---|---|---|---|---|---|---|
| 2016 | $5,100 | $159,300 | $0 | $164,400 | $137,959 | $50,000 | $87,959 | $26,441 | |
| 2015 | $4,600 | $132,400 | $0 | $137,000 | $137,000 | $50,000 | $87,000 | $0 | |
| 2014 | $3,900 | $126,300 | $0 | $130,200 | $130,200 | $0 | $130,200 | $0 | |
| 2013 | $3,800 | $97,500 | $0 | $101,300 | $101,300 | $0 | $101,300 | $0 | |
| 2012 | $3,000 | $90,900 | $0 | $93,900 | $93,900 | $0 | $93,900 | $0 | |
| 2011 | $3,500 | $84,000 | $0 | $87,500 | $87,500 | $0 | $87,500 | $0 | |
| 2010 | $4,100 | $89,600 | $0 | $93,700 | $93,700 | $0 | $93,700 | $0 | |
| 2009 | $6,900 | $102,400 | $0 | $109,300 | $109,300 | $0 | $109,300 | $0 | |
| 2008 | $8,500 | $153,300 | $0 | $161,800 | $161,800 | $0 | $161,800 | $0 | |
| 2007 | $29,400 | $0 | $0 | $29,400 | $29,400 | $0 | $29,400 | $0 | |

## Current Exemptions

| Grant Year ⓘ | Value |
|---|---|
| 2015 | $25,000.00 |
| 2015 | $25,000.00 |

## Sales & Transfers

| Transfer Date | Recorded Consideration | Instrument Number | Qualification Code | Grantor/Seller | Instrument Type |
|---|---|---|---|---|---|
| 11/12/2013 | $148,000 | 2013155709 | 01 | C D O INVESTMENTS LLC | WD |
| 5/15/2013 | $75,000 | 2013088664 | 12 | NATIONAL CREDIT UNION ADMIN BD | WD |
| 6/28/2010 | $100 | 2010135795 | 11 | MILLER,NANCY A | CT |
| 8/11/2006 | $40,000 | 2006151561 | X3 | FINN DEVELOPMENT INC, | WD |

| Transfer Date | Recorded Consideration | Instrument Number | Qualification Code | Grantor/Seller | Instrument Type |
|---|---|---|---|---|---|
| 8/11/2006 | $38,000 | 2006151560 | 01 | LINE 13 PROPERTIES LLC, | WD |
| 6/19/2006 | $42,000 | 2006116022 | 01 | MULLANE WM E & JOAN, | WD |

## Associated Tangible Accounts

There are no associated tangible accounts for this parcel

**Last updated on: 6/18/2017**

Serving Our Community with Pride and Accountability

Our Mission | Budget Information | Glossary | Employment Opportunities | Disclaimer
Sarasota County Property Appraiser - Ph. 941.861.8200 Fax. 941.861.8260 - 2001 Adams Lane, Sarasota, FL, 34237

http://www.sc-pa.com/propertysearch/parcel/details/1005020513                                    2/2

# CDO

# 2063 Vancouver Lane



**Bill Furst**
**SARASOTA COUNTY**
**PROPERTY APPRAISER**

### Property Record Information for 1005026103

| Map ⎘ | 🖨 Print Summary | 2016 TRIM ⬇ | 2016 Record Card ⬇ | Tax Collector ⎘ |
|---|---|---|---|---|

**Ownership:**
DUNN JOSEPH A JR
87 BARSTOW ST, SALEM, MA, 01970-2303
**Situs Address:**
2063 VANCOUVER LN NORTH PORT, FL, 34286

| | |
|---|---|
| **Land Area:** | 10,000 Sq.Ft. |
| **Municipality:** | City of North Port |
| **Subdivision:** | 1526 - PORT CHARLOTTE SUB 08 |
| **Property Use:** | 0100 - Single Family Detached |
| **Status** | OPEN |
| **Sec/Twp/Rge:** | 35-39S-21E |
| **Census:** | 121150027122 |
| **Zoning:** | RSF2 - RESIDENTIAL, SINGLE FAMILY |
| **Total Living Units:** | 1 |
| **Parcel Description:** | LOT 3 BLK 261 8TH ADD TO PORT CHARLOTTE |

## Buildings

| Situs - click address for details | Bldg # | Beds | Baths | Half Baths | Year Built | Gross Area | Living Area | Stories |
|---|---|---|---|---|---|---|---|---|
| 2063 VANCOUVER LN NORTH PORT, FL, 34286 | 1 | 3 | 2 | 0 | 2007 | 2,340 | 1,851 | 1 |

## Extra Features

| line # | Building Number | Description | Units | Unit Type | Year |
|---|---|---|---|---|---|
| 1 | 1 | Patio - concrete or Pavers | 168 | SF | 2007 |

## Values

| Year | Land | Building | Extra Feature | Just | Assessed | Exemptions | Taxable | Cap |
|---|---|---|---|---|---|---|---|---|
| 2016 | $5,700 | $151,400 | $500 | $157,600 | $123,767 | $50,000 | $73,767 | $33,833 |
| 2015 | $4,600 | $125,600 | $400 | $130,600 | $122,907 | $50,000 | $72,907 | $7,693 |
| 2014 | $3,900 | $120,200 | $400 | $124,500 | $121,932 | $50,000 | $71,932 | $2,568 |
| 2013 | $3,800 | $92,700 | $600 | $97,100 | $97,100 | $0 | $97,100 | $0 |
| 2012 | $3,000 | $86,200 | $1,000 | $90,200 | $90,200 | $0 | $90,200 | $0 |
| 2011 | $3,500 | $79,800 | $1,000 | $84,300 | $84,300 | $0 | $84,300 | $0 |
| 2010 | $4,100 | $88,700 | $900 | $93,700 | $93,700 | $0 | $93,700 | $0 |
| 2009 | $6,900 | $97,300 | $1,000 | $105,200 | $105,200 | $0 | $105,200 | $0 |
| 2008 | $8,500 | $146,100 | $600 | $155,200 | $155,200 | $0 | $155,200 | $0 |
| 2007 | $34,100 | $0 | $0 | $34,100 | $34,100 | $0 | $34,100 | $0 |

## Current Exemptions

There are no exemptions associated with this parcel

## Sales & Transfers

| Transfer Date | Recorded Consideration | Instrument Number | Qualification Code | Grantor/Seller | Instrument Type |
|---|---|---|---|---|---|
| 3/21/2016 | $188,000 | 2016035410 | 01 | SALOMON CLIFFORD E | WD |
| 10/2/2013 | $149,900 | 2013136406 | 01 | CDO INVESTMENTS LLC | WD |
| 5/27/2013 | $75,000 | 2013077055 | 12 | NATIONAL CREDIT UNION ADMIN BD | WD |
| 4/25/2011 | $100 | 2011052651 | 11 | CONLEN,WILLIAM P | CT |
| 7/5/2006 | $55,000 | 2006123258 | X3 | NORTHPORT LOT PARTNERS LLC, | WD |

| Transfer Date | Recorded Consideration | Instrument Number | Qualification Code | Grantor/Seller | Instrument Type |
|---|---|---|---|---|---|
| 5/26/2006 | $4,275,000 | 2006110512 | X2 | WKH ENTERPRISES LLC, | WD |
| 12/9/2004 | $2,375,000 | 2004238445 | X2 | NATIONAL RECREATIONAL PROP,OF PORT CHARLOTTE LLC | WD |
| 8/22/2003 | $3,300 | 2003178364 | 01 | ANDERSON M LOREN & LURLINE, | WD |
| 1/1/1982 | $2,800 | 1498/0992 | 01 | | NA |

## Associated Tangible Accounts

There are no associated tangible accounts for this parcel

**Last updated on: 6/18/2017**

Serving Our Community with Pride and Accountability

Our Mission | Budget Information | Glossary | Employment Opportunities | Disclaimer
Sarasota County Property Appraiser - Ph. 941.861.8200 Fax. 941.861.8260 - 2001 Adams Lane, Sarasota, FL, 34237

# MCF

# 1933 Wanda Ave

RECORD & RETURN

**Prepared by and
return to:**
Charlie Chacko
**O'KELLEY AND SOROHAN, LLC**
2290 Lucien Way
Suite 205 Maitland, Fl 32751
407-475-5350

File no.: 1097LPSF
Property address: 1933 WANDA AVENUE N, LEHIGH ACRES, FL 33971

## SPECIAL WARRANTY DEED

This Special Warranty Deed Made this 26th day of January, 20 12, by

**DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE FOR RALI 2006QA11,**

hereinafter called the grantor, and whose address is 2711 N. Haskell Avenue, 11th Floor, Dallas, TX 75204
to,

**MCF ENTERPRISES, INC., a Florida limited liability company,**

hereinafter called the grantee, and whose address is 5580 8TH STREET SW UNIT 10, LEHIGH ACRES, FL
33971,

**WITNESSETH:** That grantor, for and in consideration of the sum of $10.00 Dollars, and other
valuable considerations, receipt whereof is hereby acknowledged, by these presents does grant, bargain, sell,
alien, remise, release, convey and confirm unto grantee, all that certain land situate in LEE County, Florida,
viz:

See exhibit "A" attached hereto and incorporated herein.

**TOGETHER** with all the tenements, hereditaments and appurtenances thereto belonging or in
anywise appertaining. **To Have and to Hold**, the same in fee simple forever.

**And** the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in
fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor
hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons
claiming by, through or under the said grantor.

(Wherever used herein the terms "grantor" and "grantee" included all the parties to this instrument,
and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporation)

Property: 1933 WANDA AVENUE N, LEHIGH ACRES, FL 33971

**IN WITNESS WHEREOF,** the grantor has caused these presents to be executed in its name, and its corporate seal to be hereunto affixed, by its proper officers thereunto duly authorized, the day and year first above written.

**DEUTSCHE BANK TRUST COMPANY
AMERICAS AS TRUSTEE FOR RALI
2006QA11, BY RESIDENTIAL FUNDING
COMPANY, LLC AS ATTORNEY IN FACT**

By: _____

**Scott Buskirk**
_____
Print Name

AUTHORIZED OFFICER
Print Title

{Affix corporate seal}

MaryAnn Perales
_____          _____
Witness Signature                          Witness Signature

**Eddie Mendez**
_____          _____
Witness Print Name                         Witness Print Name

STATE OF Texas
COUNTY OF Dallas

The foregoing instrument was acknowledged before me, a notary public, on January 26, 2012 by
Scott Buskirk, AO, who
☐ are personally known to me or
☑ who have produced N/A Driver's License, or
☐ who have produced _____ as identification.

*(Notary seal)*

_____
Notary Public in and for State of Texas
Printed name: Sebrena Jones
My Commission expires: 08/28/2014
My Commission No.:_____

SEBRENA JONES
Notary Public, State of Texas
My Commission Expires
August 28, 2014

After Recording Return To:
Tara Ohmann
LA Title Solutions, LLC
1130 Lee Blvd.
Lehigh Acres, FL 33936

This Instrument Prepared by:
Tara Ohmann
LA Title Solutions, LLC
1130 Lee Blvd.
Lehigh Acres, FL 33936
as a necessary incident to the fulfillment of conditions
contained in a title insurance commitment issued by it.

Property Appraisers Parcel I.D. (Folio) Number(s):
22442604000300160
File No.: 12-0260

# WARRANTY DEED

**This Warranty Deed**, made the 27th day of July, 2012, by **MCF Enterprises Inc, a Florida Corporation**, hereinafter called the grantor, whose post office address is: 5598 8th St W, Lehigh Acres, FL 33971, to **Robert E. McMahon III and Jennifer A. McMahon, husband and wife**, whose post office address is: 1933 Wanda Avenue N, Lehigh Acres, FL 33971, hereinafter called the grantee,

**WITNESSETH:** That said grantor, for and in consideration of the sum of $110,000.00 Dollars and other valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the grantee, all that certain land situate in Lee County, Florida, to wit:

Lot 16, Block 30, LEHIGH PARK, according to the Map or Plat thereof as recorded in Plat Book 15, Page 64, of the Public Records of Lee County, Florida.

The property is not the homestead of the Grantor(s).
**TOGETHER** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.
**To Have and to Hold**, the same in fee simple forever.
**And** the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to 2012, reservations, restrictions and easements of record, if any.
*(The terms "grantor" and "grantee" herein shall be construed to include all genders and singular or plural as the context indicates.)*

**IN WITNESS WHEREOF**, Grantor has hereunto set grantor's hand and seal the day and year first above written.

SIGNED IN THE PRESENCE OF THE FOLLOWING WITNESSES
TWO SEPARATE DISINTERESTED WITNESSES REQUIRED

Witness Signature: _____ MCF ENTERPRISES INC, A FLORIDA
Printed Name: _____ CORPORATION

Witness Signature: _____
Printed Name: _____ Roy M. Freeman
President

State of Florida
County of Lee

The foregoing instrument was acknowledged before me this 27th day of July, 2012 by Roy M. Freeman as President of MCF Enterprises Inc, a Florida Corporation on behalf of said entity. He/she/they is/are personally known to me or has/have produced drivers license(s) as identification.

My Commission Expires: _____

Notary Public Signature
Printed Name: _____
Serial Number _____

TARA OHMANN
MY COMMISSION # DD 808863
EXPIRES: October 19, 2012
Bonded Thru Notary Public Underwriters

# MCF

# 2511 17th Street

After Recording Return To:
Tara Ohmann
LA Title Solutions, LLC
1130 Lee Blvd.
Lehigh Acres, FL 33936

This Instrument Prepared by:
Tara Ohmann
LA Title Solutions, LLC
1130 Lee Blvd.
Lehigh Acres, FL 33936
as a necessary incident to the fulfillment of conditions
contained in a title insurance commitment issued by it.

Property Appraisers Parcel I.D. (Folio) Number(s):
0145260900089.0050,01-45-26-09
File No.: 12-0410

## WARRANTY DEED

**This Warranty Deed**, made the 18th day of October, 2012, by Raymond Failer, hereinafter called the grantor, whose post office address is: 9341 Collins Ave Apt 1001, Surfside, FL 33154, to **MCF Enterprises Inc., a Florida Corporation**, whose post office address is: 5598 8th Street West, Lehigh Acres, FL 33971, hereinafter called the grantee,

**WITNESSETH:** That said grantor, for and in consideration of the sum of $36,900.00 Dollars and other valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the grantee, all that certain land situate in Lee County, Florida, to wit:

Lot 5, Block 99, Unit 9, SEction1, Township 45 South, Range 26 East, LEHIGH ACRES, according to the plat thereof on file in the office of the Clerk of Circuit Court, recorded in Plat Book 15, Page 93, Public Records of Lee County, Florida.

The property is not the homestead of the Grantor(s).
**TOGETHER** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**To Have and to Hold,** the same in fee simple forever.
**And** the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to 2012, reservations, restrictions and easements of record, if any.
*(The terms "grantor" and "grantee" herein shall be construed to include all genders and singular or plural as the context indicates.)*

**IN WITNESS WHEREOF,** Grantor has hereunto set grantor's hand and seal the day and year first above written.

SIGNED IN THE PRESENCE OF THE FOLLOWING WITNESSES
TWO SEPARATE DISINTERESTED WITNESSES REQUIRED

Witness Signature:
Printed Name:                                      Raymond Failer

Witness Signature:
Printed Name:

State of Florida
County of Dade

The foregoing instrument was acknowledged before me this 17 day of October 2012 by Raymond Failer who is/are personally known to me or has/have produced drivers license(s) as identification.

My Commission Expires:

Notary Public Signature
Printed Name:
Serial Number

DENISE GALLETTI
MY COMMISSION #EE135275
EXPIRES: OCT 02, 2015
Bonded through 1st State Insurance

# MCF

# 900 Tena Ave.

Prepared by and Return to:
Bay Breeze Title Services, LLC
Michelle K. Cantrell
3403-3 Hancock Bridge Parkway
North Fort Myers, Florida 33903
Our File Number: 2013-2425

$60,000.00

---

**For official use by Clerk's office only**

---

STATE OF FL )
COUNTY OF Lee )
)

**SPECIAL WARRANTY DEED**
(Corporate Seller)

THIS INDENTURE, made this February 25, 2013, between MB REO-FL Residential, LLC, a Delaware limited liability company, a corporation, whose mailing address is: 2450 Broadway FL 6, Santa Monica, CA 90404, party of the first part, and MCF Enterprises, Inc, a Florida Corporation, whose mailing address is: 5598 8th St West, Lehigh FL 33971, party/parties of the second part, WITNESSETH:

First party, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00) and other valuable considerations, receipt whereof is hereby acknowledged, does hereby grant, bargain, sell, aliens, remises, releases, conveys and confirms unto second party/parties, his/her/their heirs and assigns, the following described property, towit:

Lot 6, Block 14, Unit 13, Section 26, Township 44 South, Range 26 East, Lehigh Acres, a subdivision according to the plat thereof recorded at Plat Book 15, Page 74, in the Public Records of Lee County, Florida.

Subject, however, to all covenants, conditions, restrictions, reservations, limitations, easements and to all applicable zoning ordinances and/and restrictions and prohibitions imposed by governmental authorities, if any.
TOGETHER with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.
TO HAVE AND TO HOLD the same in fee simple forever.
AND the party of the first part hereby covenants with said party of the second part, that it is lawfully seized of said land in fee simple: that it has good right and lawful authority to sell and convey said land; that it hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons claiming by, through or under the party of the first part.
IN WITNESS WHEREOF, first party has signed and sealed these present the date set forth on February 22, 2013.

Signed, sealed and delivered
in the presence of:

MB REO-FL Residential, LLC, a Delaware limited liability company

Witness #1 signature

Print witness #1 name  Katharine Harrison

Witness #2 signature

Print witness #2 name  Faizah Karimi

By: _____ 2/25/13
Name: Ed Dalley
Its: Authorized Signatory

(Corporate Seal)

State of
County of

THE FOREGOING INSTRUMENT was acknowledged before me this 25 day of February, 2013 by, _____ of MB REO-FL Residential, LLC, a Delaware limited liability company who is

personally known to me or who has produced _____ as identification.

_____
Notary Public

_____
Print Notary Name

My Commission Expires:_____

DEED - Special Warranty Deed - Corporate

See attached

## ACKNOWLEDGMENT

State of California
County of _Los Angeles_ )

On _February 25, 2013_ before me, _Elizabeth A. Palumbo, Notary Public_
(insert name and title of the officer)

personally appeared ___Ed Dailey___,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

ELIZABETH ASHLEY PALUMBO
COMM. #1984659
Notary Public - California
Los Angeles County
My Comm. Expires July 9, 2016

Signature _E A Palumbo_ (Seal)

# MCF

# 3505 9th Street

Prepared by and Return to:
Bay Breeze Title Services, LLC
Michelle K. Cantrell
3403-3 Hancock Bridge Parkway
North Fort Myers, Florida 33903
Our File Number: 2013-2424

---

**For official use by Clerk's office only**

---

STATE OF ⟩
COUNTY OF ⟩
⟩

**SPECIAL WARRANTY DEED**
(Corporate Seller)

THIS INDENTURE, made this February _____, 2013, between MB REO-FL Residential, LLC a Delaware limited liability company, a corporation, whose mailing address is: 2450 Broadway FL 6, Santa Monica, CA 90404, party of the first part, and MCF Enterprises, Inc, a Florida Corporation, whose mailing address is: 5598 8th ST W, Lehigh Acres, FL 33971, party/parties of the second part,

W I T N E S S E T H :

First party, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00) and other valuable considerations, receipt whereof is hereby acknowledged, does hereby grant, bargain, sell, aliens, remises, releases, conveys and confirms unto second party/parties, his/her/their heirs and assigns, the following described property, towit:

Lot 5, Block 14, Unit 13, Section 26, Township 44 South, Range 26 East, Lehigh Acres, a subdivision according to the plat thereof recorded at Plat Book 15, Page 74, in the Public Records of Lee County, Florida.

Subject, however, to all covenants, conditions, restrictions, reservations, limitations, easements and to all applicable zoning ordinances and/and restrictions and prohibitions imposed by governmental authorities, if any.
TOGETHER with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.
TO HAVE AND TO HOLD the same in fee simple forever.
AND the party of the first part hereby covenants with said party of the second part, that it is lawfully seized of said land in fee simple: that it has good right and lawful authority to sell and convey said land; that it hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons claiming by, through or under the party of the first part.
IN WITNESS WHEREOF, first party has signed and sealed these present the date set forth on February 28, 2013.

Signed, sealed and delivered
in the presence of:

MB REO-FL Residential, LLC a Delaware limited liability company

_____
Witness #1 signature

Name: _____ 2/26/13
Its: _____
Ed Dailey
Authorized Signatory
(Corporate Seal)

Kathaune Harrison
Print witness #1 name

_____
Witness #2 signature

Karen Baker
Print witness #2 name

State of
County of

THE FOREGOING INSTRUMENT was acknowledged before me this _____ day of February, 2013 by _____ of MB REO-FL Residential, LLC a Delaware limited liability company who is personally known to me or who has produced _____ as identification.

_____
Notary Public

_____
Print Notary Name

My Commission Expires: _____

DEED - Special Warranty Deed - Corporate

see attached

# ACKNOWLEDGMENT

State of California
County of _Los Angeles_ )

On _February 26, 2013_ before me, _Elizabeth A. Palumbo, Notary Public_
(insert name and title of the officer)

personally appeared _Ed Dailey_ ,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

ELIZABETH ASHLEY PALUMBO
COMM. #1984659
Notary Public · California
Los Angeles County
My Comm. Expires July 9, 2016

Signature _EA Palumbo_          (Seal)



Lee County Clerk of Courts Official Records Public Web Search v4.2.0.4301

LINDA DOGGETT : CLERK OF COURT

Result Row:
Instrument #   ◁Prev   2013000049561   Next▷

| Document Type: | (D) Deed |
|---|---|
| Modified Date: | 3/19/2013 2:41:45 PM |
| Record Date : | 3/1/2013 1:37:58 PM |
| Grantor: | MB REO-FL RESIDENTIAL LLC |
| Grantee: | MCF ENTERPRISES INC |
| Book Type: | O |
| # of Pages: | 4 |
| Consideration: | 60,000.00 |
| Legal: | L 5 BLK 14 U 13 LEHIGH ACRES |

**Note:** *Empty fields are not shown*
**Direct External Link to this Document**

# MCF

# 343 Ranchito

INSTR # 2013020497 Doc Type D, Pages 1, Recorded 08/21/2013 21:03:51 PM
Linda Doggett, Lee County Clerk of Circuit Court, Deed Doc: D $874.30 Rec. Fee
$10.00 Deputy Clerk ERECORD

After Recording Return To:
Tara Ohmann
LA Title Solutions, LLC
1130 Lee Blvd.
Lehigh Acres, FL 33936

This Instrument Prepared by:
Tara Ohmann
LA Title Solutions, LLC
1130 Lee Blvd.
Lehigh Acres, FL 33936
as a necessary incident to the fulfillment of conditions
contained in a title insurance commitment issued by it.

Property Appraisers Parcel I.D. (Folio) Number(s):
08-45-27-26-00135.0050
File No.: 13-0247

# WARRANTY DEED

**This Warranty Deed,** made the 16th day of August, 2013, by **MCF Enterprises Inc. a Florida Corporation A/K/A MCF Enterprices Inc.,** a Florida Corporation, hereinafter called the grantor, whose post office address is: 5598 8th Street West, Lehigh Acres, FL 33971, to **Kevin M. Stewart,** whose post office address is: 343 Ranchito Avenue, Lehigh Acres, FL 33974, hereinafter called the grantee,

**WITNESSETH:** That said grantor, for and in consideration of the sum of $124,900.00 Dollars and other valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the grantee, all that certain land situate in Lee County, Florida, to wit:

Lot 5, Block 135, Plat of Southwood Unit 26, Section 8, Township 45 South, Range 27 East, Lehigh Acres, according to the plat thereof as recorded in Plat Book 26, Page 90, of the Public Records of Lee County, Florida.

The property is not the homestead of the Grantor(s).
**TOGETHER** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.
**To Have and to Hold,** the same in fee simple forever.
**And** the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to 2013, reservations, restrictions and easements of record, if any.
(The terms "grantor" and "grantee" herein shall be construed to include all genders and singular or plural as the context indicates.)

**IN WITNESS WHEREOF,** Grantor has hereunto set grantor's hand and seal the day and year first above written.

SIGNED IN THE PRESENCE OF THE FOLLOWING WITNESSES
TWO SEPARATE DISINTERESTED WITNESSES REQUIRED

Witness Signature: _____     MCF ENTERPRISES INC. A FLORIDA
Printed Name: _____     CORPORATION A/K/A MCF ENTERPRICES INC.,
                                                                                    A FLORIDA CORPORATION

Witness Signature: _____     _____
Printed Name: _____     Roy M. Freeman
                                                                    President

State of Florida
County of Lee

The foregoing instrument was acknowledged before me this 16th day of August, 2013 by Roy M. Freeman as President of MCF Enterprises Inc. a Florida Corporation A/K/A MCF Enterprices Inc., a Florida Corporation on behalf of said entity. He/she/they is/are personally known to me or has/have produced drivers license(s) as identification.

My Commission Expires: _____

_____
Notary Public Signature
Printed Name: _____
Serial Number

TARA OHMANN
MY COMMISSION # EE 222329
EXPIRES: October 19, 2016
Bonded Thru Notary Public Underwriters



Lee County Clerk of Courts Official Records Public Web Search v4.2.0.4301

LINDA DOGGETT : CLERK OF COURT

Result Row:
Instrument # ◁Prev 2013000194183 Next▷

| Document Type: | (D) Deed |
| --- | --- |
| Modified Date: | 8/27/2013 5:10:08 PM |
| Record Date : | 8/21/2013 3:51:34 PM |
| Grantor: | MCF ENTERPRISES INC<br>MCF ENTERPRICES INC |
| Grantee: | STEWART KEVIN M |
| Book Type: | O |
| # of Pages: | 1 |
| Consideration: | 124,900.00 |
| Legal: | L 5 BLK 135 U 26 SOUTHWOOD |
| Parcel Id: | 08-45-27-26-00135.0050 |

*Note: Empty fields are not shown*
**Direct External Link to this Document**



$60,300.00
$422.10

IN THE CIRCUIT/COUNTY COURT FOR THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR
LEE COUNTY, FLORIDA

CIVIL

FILED LEE CO. FLORIDA
CLERK OF COURTS

2013 APR -9 PM 1: 05

BY_____D.C.

WACHOVIA MORTGAGE FSB
    Plaintiff
    vs
PANDYA, JITEN V ETAL
    Defendant

Case No. 09-CA-051017

## CERTIFICATE OF TITLE

The undersigned clerk of the court certifies that he or she executed and filed a certificate of sale in this action on March 28, 2013 for the property described herein and that no objections to the sale have been filed within the time allowed for filing objections.

The following real property in Lee County, Florida:

Lot 5, Block 135, Unit 26, SOUTHWOOD, Section 8, Township 45 South, Range 27 East, Lehigh Acres, according to the plat thereof recorded in Plat Book 26, Page 90, Public Records of Lee County, Florida.

Was sold to:   MCF ENTERPRICES INC
Whose address is:  326 robert av
               lehigh, FL 33936

APR - 9 2013

WITNESS my hand and the seal of the court on _____.

LINDA DOGGETT, Clerk of Court

Copies furnished to all parties
LINDA DOGGETT, Clerk of Court

By:

# LeeClerk.ORG

Lee County Clerk of Courts Official Records Public Web Search v4.2.0.4301

**LINDA DOGGETT : CLERK OF COURT**

Result Row:
Instrument #   ◄Prev   2013000082843   Next►

| | |
|---|---|
| **Document Type:** | (CT) Certificate of Title |
| **Modified Date:** | 4/30/2013 3:56:48 PM |
| **Record Date :** | 4/10/2013 2:31:02 PM |
| **Grantor:** | LEE COUNTY CLERK OF COURT PANDYA JITEN V ETAL |
| **Grantee:** | MCF ENTERPRISES INC |
| **Book Type:** | O |
| **# of Pages:** | 1 |
| **Consideration:** | 60,300.00 |
| **Legal:** | L 5 BLK 135 U 26 SOUTHWOOD |
| **Case Number:** | 36-2009-CA-051017-- |

*Note: Empty fields are not shown*
**Direct External Link to this Document**

# Latiff

# 1943 22nd Drive

CFN: 20110752472 BOOK 27886 PAGE 4994
DATE:11/08/2011 11:03:44 AM
DEED DOC 726.00
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

Prepared by and Return to:
Flounlacker Law Firm
Sheila Oswald
314 N. Spring Street
Pensacola, Florida 32501
Our File Number: 11-0586

---

**For official use by Clerk's office only**

---

| | | |
|---|---|---|
| STATE OF Florida | ) | **SPECIAL WARRANTY DEED** |
| COUNTY OF Miami-dade | ) | (Corporation) |
| | ) | |

THIS INDENTURE, made this 25 day of August                    , 2011 between U.S. Bank National Association, as Trustee for the Certificateholders Citigroup Mortgage Loan Trust, Inc., Asset-Backed Pass-Through Certificates Series 2007-AMC3, whose mailing address is: 7105 Corporate Drive, Plano, TX 75024 party of the first part, and JS Carpentry, Inc., a Florida corporation, whose mailing address is: 12235 SW 192nd Terrace, Miami, FL. 33177, party/parties of the second part,

**Witnesseth:** First party, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00) and other valuable considerations, receipt whereof is hereby acknowledged, does hereby grant, bargain, sell, aliens, remises, releases, conveys and confirms unto second party/parties, his/her/their heirs and assigns, the following described property, towit:

> Lot 11, Block 4, PALM ISLE ESTATES, according to the Plat thereof, as Recorded in Plat Book 164, at Page 94, of the Public Records of Miami-Dade County, Florida.

Property Address: 1943 SE 22 Drive, Homestead, Florida 33035

Property Tax ID #: 10-7920-014-0590

> The Grantee(s), or purchaser(s), of the Property may not re-sell, record an additional conveyance document, or otherwise transfer title to the Property within 60 days following the Grantor's execution of this Deed.

Subject, however, to all covenants, conditions, restrictions, reservations, limitations, easements and to all applicable zoning ordinances and/and restrictions and prohibitions imposed by governmental authorities, if any.

**Together** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**To Have and to Hold,** the same in fee simple forever.

And the party of the first part hereby covenants with said party of the second part, that it is lawfully seized of said land in fee simple: that it has good right and lawful authority to sell and convey said land; that it hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons claiming by, through or under the party of the first part.

Page 1 of 2

CFN: 20110752472 BOOK 27886 PAGE 4995

**In Witness Thereof**, first party has signed and sealed these present the date set forth on <u>25</u> day of <u>August</u>, 2011.

Signed, sealed and delivered
in the presence of:

U.S. Bank National Association, as Trustee for the
Certificateholders Citigroup Mortgage Loan Trust, Inc.,
Asset-Backed Pass-Through Certificates Series
2007-AMC1,

By: Bank of America, N.A., successor by merger to BAC Home
Loans Servicing, LP, as Servicer and Attorney in Fact

By: _____

Witness signature
<u>Lynae Hollins</u>
Print witness name

Print Name: Hannica McShan
Title:    Assistant Vice President

Witness signature
<u>Lizett Garcia</u>
Print witness name

(Corporate Seal)

State of <u>Texas</u>
County of <u>Collin</u>

**THE FOREGOING INSTRUMENT** was acknowledged before me this <u>25</u> day of <u>August</u>, 2011, by Hannica McShan, Assistant Vice President of Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP, as Servicer and Attorney in Fact for U.S. Bank National Association, as Trustee for the Certificateholders Citigroup Mortgage Loan Trust, Inc., Asset-Backed Pass-Through Certificates Series 2007-AMC1, who is personally known to me or who has produced _____ as identification.

Notary Public
<u>Bobbi Laughlin</u>
Print Notary Name

BOBBI LAUGHLIN
My Commission Expires
July 30, 2012

My Commission Expires: _____

Notary Seal

Page 2 of 2

# Latiff

# 1898 SE 23rd Court



**From:** 

Latiff 1898

Prepared by and Return to:
TIMOTHY G. SANDER
Attorney at Law
One Datran Center - Suite 514
9100 South Dadeland Boulevard
Miami, Florida 33156-7866

CFN  2014R0259633
OR Bk 29104 Pg 4439; (1pg)
RECORDED 04/10/2014 14:56:11
DEED DOC TAX 0.60
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
LAST PAGE

FOLIO NO: 10-7920-014-0750

### QUIT CLAIM DEED

THIS QUIT CLAIM DEED is made and entered into on the 17 day of
March, 2014, by and between JS CARPENTRY, INC., a Florida corporation,
of 12235 S.W. 192 Terrace, Miami, Florida 33177, party of the first part, and
JFST ENTERPRISES, LLC, a Florida limited liability company, whose post office
address is 12235 S.W. 192 Terrace, Miami, Florida 33177, parties of the second
part.

WITNESSETH, that the said party of the first part, for and in consideration
of the sum of Ten Dollars ($10.00) and other good and valuable consideration, the
receipt of which is hereby acknowledged, does hereby remise, release and quit-
claim to the parties of the second part, the following described land, situate,
and being in the County of Citrus, State of Florida, to wit:

Lot 2, Block 5, PALM ISLE ESTATES, according to the Plat thereof, as
recorded in Plat Book 164, at Page 94, of the Public Records of
Miami-Dade County, Florida.

1

Return to:    11602-12-00547
North American Title Company
8151 Peters Road, Suite 1100
Plantation, Florida 33324

This Instrument Prepared By:

North American Title Company
8151 Peters Road, Suite 1100
Plantation, Florida 33324
Property Appraisers Parcel Identification (Folio) Number: 10-7920-014-0750

```
CFN 2013R0138438
OR Bk 28498 Pg 0861; (1pg)
RECORDED 02/20/2013 16:08:15
DEED DOC TAX 600.00
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
LAST PAGE
```

## WARRANTY DEED

This Warranty Deed made this 8th day of February, 2013 by Frank F. Abad, a single man, whose mailing address is P. O. Box 430081, Miami, FL 33243, hereinafter called the grantor(s), to JS Carpentry, Inc. , a Florida corporation, whose post office address is 1943 SE 22 Dr. Homestead, FL 33035, hereinafter called the grantee:

(Wherever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations)

WITNESSETH:   That the grantor(s), for and in consideration of the sum of $10.00 (ten) and other valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the grantee all that certain land situate in Miami-Dade County, State of Florida, viz:

Lot 2, Block 5, Palm Isle Estates, according to the map or plat thereof, as recorded in Plat Book 164, Page(s) 94, of the Public Records of Miami-Dade County, Florida.

SUBJECT TO: covenants, conditions, restrictions, reservations, limitations, easements and agreements of record, if any; taxes and assessments for the year 2013 and subsequent years; and to all applicable zoning ordinances and/or restrictions and prohibitions imposed by governmental authorities, if any,

TOGETHER,   with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

TO HAVE AND TO HOLD,   the same in fee simple forever.

AND the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land, and hereby warrants the title to said land and will defend the same against the lawful claims of all persons.

IN WITNESS WHEREOF,   the said grantor has signed and sealed these presents the day and year first above written.

Signed, sealed and delivered in the presence of:

First Witness Signature
Witness Printed Signature   _Janell Hendrick_

Second Witness Signature
Witness Printed Signature

Third Witness Signature

Witness Printed Signature

Fourth Witness Signature

Witness Printed Signature

_Frank F. Abad_

STATE OF:   Florida
COUNTY OF:   ~~Miami-Dade~~ Broward

The foregoing instrument was acknowledged before me this 8th day of February, 2013 by Frank F. Abad, a single man hereinafter called the grantor(s), who produced a _FL DL_ as identification.

My Commission Expires:

Notary Signature Notary Public, State and County Aforesaid

Printed Notary Signature

Notary Public State of Florida
Janell Hendrick
My Commission EE064057
Expires 03/20/2015

# Bahadur

# 1925 SE 22nd Court

CFN 2011R0258418
OR Bk 27661 Pgs 1431 - 1433; (3pgs)
RECORDED 04/21/2011 08:52:29
DEED DOC TAX 0.60
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA

Prepared by
Debbie Kelly, an employee of
Commerce Title of America, LLC dba Commerce Title Company
6151 Lake Osprey Drive, 3rd Floor
Sarasota, Florida 34240
(941)373-1340

Return to: Grantee

File No.: 25016

$ 10.00

## SPECIAL WARRANTY DEED

**THIS SPECIAL WARRANTY DEED** is made on this 7th day of April, 2011, between

**BankUnited, Assignee of the FDIC as Receiver for BankUnited, FSB**

having a business address at: 7815 148th Street, Miami Lakes, FL 33016
("Grantor"). and

**Doodnauth P. Bahadur**

having a mailing address of: 1925 SE 22 Ct, Homestead, FL 33035
("Grantee"),

**WITNESSETH,** that the said Grantor, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00) and other valuable considerations, receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold, remised, released, conveyed and confirmed unto said "Grantee", it's successors and assigns forever, following described land, situate, lying and being in the County of **Miami-Dade**, State of **Florida**, to-wit:

Lot 3, Block 3, of The Palm Isle Estates, according to the plat thereof, recorded in Plat Book 164, Page 94, of the Public Records of Miami-Dade County, Florida.

Tax Parcel Identification Number: **1079200140290**

**SUBJECT,** however, to all reservations, covenants, conditions, restrictions and easements of record and to all applicable zoning ordinances and/or restrictions or requirements imposed by governmental authorities, if any.

**TOGETHER** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**TO HAVE AND TO HOLD** the same in fee simple forever.

Page 1 of 3
25016

**AND** Grantor hereby covenants with said Grantee that Grantor is lawfully seized of said land in fee simple; that it has good right and lawful authority to sell and convey said land; and that said land is free of all encumbrances except taxes accruing subsequent to **2010**. That it hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons claiming by, through or under Grantor, but against none other.

BankUnited, Assignee of the FDIC as
Receiver for BankUnited, FSB

By: Green River Capital LC, As Attorney In
    Fact

By: _____ as
    Aviva J. Bush, Vice President

Green River Capital LC as Attorney-in-Fact

                                          (Corporate Seal)

Signed, sealed and delivered in our presence:

_____
Witness Signature

Print Name: Tracy Clark

_____
Witness Signature

Print Name: Ashley Sanders

                                                Page 2 of 3
                                                25016

OR BK 27661 PG 1433
LAST PAGE

State of    Utah

County of    Salt Lake

**THE FOREGOING INSTRUMENT WAS ACKNOWLEDGED** before me on this _7_ day of
_April_, 2011 by _Aaron Brush_, as _VP_, for
**Green River Capital LC, As Attorney In Fact on behalf of BankUnited, Assignee of the FDIC as Receiver for BankUnited, FSB,** existing under the laws of the State of , who is/are personally known to me or who has/have produced a valid driver's license   as identification.

_____
          Notary Public

RHONDA KITCHEN
_____
         (Printed Name)

My Commission expires: _6/3/2013_

Notary Public
RHONDA K KITCHEN
Commission #579023
My Commission Expires
June 3, 2013
State of Utah

{Notarial Seal}

Page 3 of 3
25016

Book27661/Page1433      CFN#20110258418       Page 3 of 3

# Asset Portfolio

# 1305 East 9th Street



Lee County Clerk of Courts Official Records Public Web Search v4.2.0.4301

LINDA DOGGETT : CLERK OF COURT

Retu

Result Row:

Instrument # ◄Prev  2011000141033  Next►

| | |
|---|---|
| **Document Type:** | (D) Deed |
| **Modified Date:** | 6/22/2011 1:04:38 PM |
| **Record Date :** | 6/20/2011 3:12:16 PM |
| **Book Type:** | O |
| **# of Pages:** | 1 |
| **Consideration:** | 34,000.00 |
| **Legal:** | L 3,4 BLK 45 U 1 MEADOWBROOK ESTATES |
| **Parcel Id:** | 22-44-27-13-00045.0030 |

*Note: Empty fields are not shown*
*Direct External Link to this Document*

View Image

View Thumbnails

INSTR # 2011000231692 Page Number: 1 of 1 Recorded 10/13/2011 04:28:35 PM
Charlie Green, Lee County Clerk of Circuit Court, Deed Doc: D $0.70 Rec. Fee
$10.00 Deputy Clerk JMILLER

Case 2:09-md-02047-EEF-MBN Document 22367-355 Filed 12/24/18 Page 89 of 116

Return to:
Name:       Melissa Peterson
            Townsend Title Insurance Agency, LLC
Address:    4049 Del Prado Blvd.
            Cape Coral, Florida 33904

This Instrument Prepared:
            Melissa Peterson
            Townsend Title Insurance Agency, LLC
            4049 Del Prado Blvd.
            Cape Coral, Florida 33904
as a necessary incident to the fulfillment of conditions
contained in a title insurance commitment issued by it.

Property Appraisers Parcel I.D. (Folio) Number(s): **22-44-27-13-00045.0030**
File No: **LA5028**

## CORRECTIVE WARRANTY DEED

### THIS DEED IS BEING RECORDED TO CORRECT THE LEGAL DESCRIPTION IN THAT CERTAIN DEED RECORDED IN ORI _2011 000141033_ , PUBLIC RECORDS OF LEE COUNTY, FLORIDA

This Warranty Deed Made the _30_ day of SEPTEMBER, 2011, by

**Jose A. Azcarate and Lori A. Azcarate, Husband and Wife, ,**
hereinafter called the grantor, whose address is:
**18911 NW 11th St, Pembroke Pines, Florida  33029**

to

**Asset Portfolio Servicing Company , a Florida Coproration**
whose address is: _5160 Staley Road, Fort Myers, Fe 33905_

hereinafter called the grantee,

WITNESSETH:  That said grantor, for and in consideration of the sum of **$34,000.00** Dollars and other valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the grantee, all that certain land situate in Lee County, Florida, to wit:

Lots 3 and 14, Block 45, Plat of Unit 1, Meadowbrook Estates, Section 22, Township 44 South, Range 27 East, a subdivision of Lehigh Acres, according to the plat thereof, as recorded in Plat Book 18, Page 164, Public Records of Lee County, Florida.

**TOGETHER** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.
**To Have and to Hold,** the same in fee simple forever.
**And** the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to **12/31/10**, reservations, restrictions and easements of record, if any.
*(The terms "grantor" and "grantee" herein shall be construed to include all genders and singular or plural as the context indicates.)*
**In Witness Whereof,** Grantor has hereunto set grantor's hand and seal the day and year first above written.

*Needs 2 Separate witnesses*

Signed, sealed and delivered in our presence:

Witness Signature: X _Emma Condon_     X _Jose A. Azcarate_
Printed Name: X _EMMA CONDON_          Jose A. Azcarate

Witness Signature: X _DB_              X _Lori A. Azcarate_
Printed Name: X _DARREN BENARI_        Lori A. Azcarate

STATE OF: Florida
COUNTY OF: X _FLORIDA_

The foregoing instrument was acknowledged before me this _01_ day of X _OCTOBER_ X _2011_, by Jose A. Azcarate and Lori A. Azcarate, Husband and Wife, who is/are personally known to me or who has/have produced driver license(s) as identification.  Who did/did not take an oath.

X My Commission Expires: _06-26-2012_

X _S. Ben-Ari_
X Notary Public – Signature
X Printed Name: _S. BEN-ARI_
X Serial Number: _DD-801411_

X (Notary Seal)

S. BEN-ARI
MY COMMISSION # DD 801411
EXPIRES: June 26, 2012
Bonded Thru Notary Public Underwriters

INSTR # 2011000023647 LEED MERP, Recorded 10/14/2011 at 08:30 AM
Charlie Green, Lee County Clerk of Circuit Court, Deed Doc. D $593.60 Rec. Fee
$10.00 Deputy Clerk WMILLER

Case 2:09-md-02047-EEF-MBN Document 22013-5 Filed 12/24/18 Page 90 of 116

After Recording Return To:
Tara Ohmann
LA Title Solutions, LLC
1130 Lee Blvd.
Lehigh Acres, FL 33936

This Instrument Prepared by:
Tara Ohmann
LA Title Solutions, LLC
1130 Lee Blvd.
Lehigh Acres, FL 33936
as a necessary incident to the fulfillment of conditions
contained in a title insurance commitment issued by it.

Property Appraisers Parcel I.D. (Folio) Number(s):
22442713000450030
File No.: 11-0249

## WARRANTY DEED

**This Warranty Deed**, made the 7th day of October, 2011, by **Asset Portfolio Servicing Company, a
Florida Corporation**, hereinafter called the grantor, whose post office address is: 5160 Staley Road, Ft
Myers, FL 33905, to John Kirkwood, whose post office address is: 1305 E 9th Street, Lehigh Acres, FL
33972, hereinafter called the grantee,

**WITNESSETH:** That said grantor, for and in consideration of the sum of $84,800.00 Dollars and other
valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens,
remises, releases, conveys and confirms unto the grantee, all that certain land situate in Lee County,
Florida, to wit:

Lots 3 and 14, Block 45, Plat of Unit 1, Meadowbrook Estates, Section 22, Township 44 South, Range 27
East, a subdivision of Lehigh Acres, according to the plat thereof, as recorded in Plat Book 18, Page 164,
Public Records of Lee County, Florida.

The property is not the homestead of the Grantor(s).
**TOGETHER** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise
appertaining.
**To Have and to Hold**, the same in fee simple forever.
**And** the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee
simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor
hereby fully warrants the title to said land and will defend the same against the lawful claims of all
persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent
to 2010, reservations, restrictions and easements of record, if any.
*(The terms "grantor" and "grantee" herein shall be construed to include all genders and singular or plural as the context indicates.)*

**IN WITNESS WHEREOF,** Grantor has hereunto set grantor's hand and seal the day and year first above
written.
SIGNED IN THE PRESENCE OF THE FOLLOWING WITNESSES
TWO SEPARATE DISINTERESTED WITNESSES REQUIRED

Witness Signature: _Donna Campbell_
Printed Name: _Donna Campbell_

ASSET PORTFOLIO SERVICING COMPANY, A
FLORIDA CORPORATION

Witness Signature: _Donnetta Plunkott_
Printed Name: _Donnetta Plunkott_

Maurice Mcleod
Vice President

State of Florida
County of Lee

The foregoing instrument was acknowledged before me this 7th day of October, 2011 by Asset Portfolio
Servicing Company, a Florida Corporation who is/are personally known to me or has/have produced
drivers license(s) as identification.

My Commission Expires: _____

Notary Public Signature: _____
Printed Name: _____
Serial Number _____

NOTARY PUBLIC-STATE OF FLORIDA
Roy M. Freeman
Commission # EE044532
Expires: NOV. 22, 2014
BONDED THRU ATLANTIC BONDING CO., INC.

# Kubick

# 2802 21st Street

This Instrument Prepared by and Return to:
**David Diaz**
**2110 Pondella Rd.**
**Cape Coral, FL 33909**

Property Appraisers Parcel I.D. (Folio) Number(s):
**24-44-26-06-00046.0120**

## WARRANTY DEED

**This Warranty Deed** Made the 6th day of *February*, **2012**, by Jotcar, Inc , a Florida corporation, hereinafter called the grantor, whose post office address is: 2110 Pondella Rd., Cape Coral, FL 33909 to **Andrew Kubick, an individual,** whose post office address is: 214 Hawthorne Dr., North Benton, OH 44449 hereinafter called the grantee,

WITNESSETH: That said grantor, for and in consideration of the sum of $ 54,500.00 Dollars and other valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the grantee, all that certain land situate in Lee County, Florida, to wit:

LOT 12, BLOCK 46, UNIT 6, SECTION 24, TOWNSHIP 44 SOUTH, RANGE 26 EAST, LEHIGH ACRES, ACCORDING TO THE MAP OR PLAT THEREOF, AS RECORDED IN PLAT BOOK 15, PAGE 68, OF THE PUBLIC RECORDS OF LEE COUNTY, FLORIDA.

A/K/A 2802 21st St. W, Lehigh Acres, FL 33971

**TOGETHER** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.
**To Have and to Hold,** the same in fee simple forever.
**And** the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to, reservations, restrictions and easements of record, if any.
*(The terms "grantor" and "grantee" herein shall be construed to include all genders and singular or plural as the context indicates.)*
   **In Witness Whereof,** Grantor has hereunto set grantor's hand and seal the day and year first above written.

SIGNED IN THE PRESENCE OF THE FOLLOWING WITNESSES
**(TWO SEPARATE DISINTERESTED WITNESSES REQUIRED)**

Witness Signature: *Rosemarie Quimby*
Printed Name: *Rosemarie Quimby*

John Carney

Witness Signature: *Donna S. Heckler*
Printed Name: *Donna S. Heckler*

STATE OF **FLORIDA**
COUNTY OF **LEE**

The foregoing instrument was acknowledged before me this 6th of *February*, **2012**, by John Carney, who is/are personally known to me or who has/have produced driver license(s) as identification.

My Commission expires: 9/13/2014

Notary Public Signature
Printed Name: *Judy R. Emens*
Serial Number *DD991421*

(SEAL)

JUDY R. EMENS
MY COMMISSION # DD 991421
EXPIRES: September 13, 2014
Bonded Thru Notary Public Underwriters

INSTR # 2012000255555, Doc Type D, Pages 1, Recorded 11/21/2012 at 10:32 AM,
Charlie Green, Lee County Clerk of Circuit Court, Deed Doc $665.00 Rec. Fee
$10.00 Deputy Clerk ERECORD

Case 2:09-md-02047-EEF-MBN Document 22013-5 Filed 12/24/18 Page 93 of 116

After Recording Return To:
Tara Ohmann
LA Title Solutions, LLC
1130 Lee Blvd.
Lehigh Acres, FL 33936

This Instrument Prepared by:
Tara Ohmann
LA Title Solutions, LLC
1130 Lee Blvd.
Lehigh Acres, FL 33936
as a necessary incident to the fulfillment of conditions
contained in a title insurance commitment issued by it.

Property Appraisers Parcel I.D. (Folio) Number(s):
24-44-26-06-00046.0120
File No.: 12-0422

## WARRANTY DEED

**This Warranty Deed,** made the 16th day of November, 2012, by **Andrew Kubick**, hereinafter called the grantor, whose post office address is: 214 Hawthorne Dr, North Benton, OH 44449, to **Tresia Carrington and Dave Lewis as wife and husband,** whose post office address is: 2802 21st Street W, Lehigh Acres, FL 33971-0503, hereinafter called the grantee,

**WITNESSETH:** That said grantor, for and in consideration of the sum of $95,000.00 Dollars and other valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the grantee, all that certain land situate in Lee County, Florida, to wit:

LOT 12, BLOCK 46, UNIT 6, SECTION 24, TOWNSHIP 44 SOUTH, RANGE 26 EAST, LEHIGH ACRES, ACCORDING TO THE MAP OR PLAT THEREOF, AS RECORDED IN PLAT BOOK 15, PAGE 68, OF THE PUBLIC RECORDS OF LEE COUNTY, FLORIDA.

The property is not the homestead of the Grantor(s).

**TOGETHER** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**To Have and to Hold,** the same in fee simple forever.

**And** the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to 2012, reservations, restrictions and easements of record, if any.

*(The terms "grantor" and "grantee" herein shall be construed to include all genders and singular or plural as the context indicates.)*

**IN WITNESS WHEREOF,** Grantor has hereunto set grantor's hand and seal the day and year first above written.

SIGNED IN THE PRESENCE OF THE FOLLOWING WITNESSES
TWO SEPARATE DISINTERESTED WITNESSES REQUIRED

Witness Signature:
Printed Name: _____    _Andrew Kubick_

Andrew Kubick

Witness Signature:
Printed Name: _____

State of Florida
County of Lee

The foregoing instrument was acknowledged before me this ____ day of _Nov_, ____, by Andrew Kubick who is/are personally known to me or has/have produced drivers license(s) as identification.

My Commission Expires: _____

Notary Public Signature
Printed Name: _____
Serial Number

TARA OHMANN
MY COMMISSION # EE 222920
EXPIRES: October 19, 2016
Bonded Thru Notary Public Underwriters

# McIntyre
# 15922 Innerarity Point



## Chris Jones
## Escambia County Property Appraiser

| Real Estate Search | Tangible Property Search | Sale List | Amendment 1/Portability Calculations |
|---|---|---|---|

Back

← Navigate Mode ● Account ○ Reference →　　　　　[Printer Friendly Version]

### General Information

**Reference:** 153S321900070008
**Account:** 104460669
**Owners:** MCINTYRE PAUL &
MCINTYRE REBECCA
**Mail:** 13840 RIVER RD STE 304
PENSACOLA, FL 32507
**Situs:** 15922 INNERARITY POINT RD 70 32507
**Use Code:** SINGLE FAMILY - TOWNHOME 🔍
**Taxing Authority:** COUNTY MSTU
**Tax Inquiry:** Open Tax Inquiry Window
Tax Inquiry link courtesy of Scott Lunsford
Escambia County Tax Collector

### Assessments

| Year | Land | Imprv | Total | Cap Val |
|---|---|---|---|---|
| 2016 | $45,000 | $72,000 | $117,000 | $103,280 |
| 2015 | $35,000 | $58,891 | $93,891 | $93,891 |
| 2014 | $35,000 | $56,022 | $91,022 | $91,022 |

Disclaimer

Amendment 1/Portability Calculations

★File for New Homestead Exemption Online

### Sales Data

| Sale Date | Book | Page | Value | Type | Official Records (New Window) |
|---|---|---|---|---|---|
| 03/22/2013 | 6994 | 941 | $69,900 | WD | View Instr |
| 06/27/2012 | 6879 | 453 | $1,300,000 | WD | View Instr |
| 01/2005 | 5568 | 665 | $100 | WD | View Instr |
| 05/2004 | 5408 | 689 | $2,500,000 | WD | View Instr |
| 12/1994 | 3698 | 726 | $1,164,800 | WD | View Instr |

Official Records Inquiry courtesy of Pam Childers
Escambia County Clerk of the Circuit Court and
Comptroller

### 2016 Certified Roll Exemptions
None

### Legal Description
UNIT 70 BLDG H AMENDED PLAT OF INNERARITY
TOWNHOMES PB 13 P 85 A & B OR 6994 P 941

### Extra Features
None

### Parcel Information

Launch Interactive Map

**Section Map Id:**
15-3S-32-3

**Approx. Acreage:**
0.0188

**Zoned:** 🔍
LDR

**Evacuation & Flood Information**
Open Report



🐾 View Florida Department of Environmental Protection(DEP) Data

### Buildings
Address:15922 INNERARITY POINT RD 70, Year Built: 2006, Effective Year: 2006

Structural Elements



**DECOR/MILLWORK-***ABOVE AVERAGE*
**DWELLING UNITS-***1*
**EXTERIOR WALL-***SIDING-LAP.AAVG*
**FLOOR COVER-***CARPET*
**FOUNDATION-***PILINGS*
**HEAT/AIR-***CENTRAL H/AC*
**INTERIOR WALL-***DRYWALL-PLASTER*
**NO. PLUMBING FIXTURES-***9*
**NO. STORIES-***2*
**ROOF COVER-***ENAMEL METAL*
**ROOF FRAMING-***GABLE-HI PITCH*
**STORY HEIGHT-***0*
**STRUCTURAL FRAME-***WOOD FRAME*

Areas - 2083 Total SF

**BASE AREA -** *611*
**CARPORT FIN -** *513*
**OPEN PORCH FIN -** *128*
**OPEN PORCH UNF -** *128*
**UPPER STORY FIN -** *608*
**UTILITY FIN -** *95*

Images

6/30/16

The primary use of the assessment data is for the preparation of the current year tax roll. No responsibility or liability is assumed for inaccuracies or errors.

Last Updated:06/19/2017 (tc.3057)

# Composite Exhibit E





# Composite Exhibit D2

Asset Portfolio Servicing Co'

BG ID. 103079





# Composite Exhibit D1





# Composite Exhibit C



# Composite Exhibit B





# Composite Exhibit A



