**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

**COLSON HICKS EIDSON'S MOTION FOR LEAVE TO FILE**
**ITS OBJECTION TO THE SPECIAL**
**MASTER'S RECOMMENDATIONS**
<u>**IN ITS ENTIRETY, UNDER SEAL**</u>

NOW INTO COURT, Colson Hicks Eidson hereby moves to have its entire Objection to the Special Master's Recommendations Concerning the Allocation of Common Benefit Fees and Reimbursement of Shared Expenses and Held Costs, which contains work-product and confidential information, filed UNDER SEAL.

WHEREFORE, Colson Hicks Eidson submits that the Court should GRANT its motion and issue an Order providing leave to file its Objection to the Special Master's Recommendations Concerning the Allocation of Common Benefit Fees and Reimbursement of Shared Expenses and Held Costs, in its entirety, UNDER SEAL.

1

Respectfully submitted,

Dated: January 3, 2019          _/s/ Patrick S. Montoya_____
Patrick S. Montoya
Colson Hicks Eidson
255 Alhambra Circle, PH
Coral Gables, FL 33134
(O) 305-476-7400
(F) 305-476-7444
patrick@colson.com


## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern strict of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 3rd day of January, 2019.


___/s/Patrick S. Montoya__
Patrick S. Montoya
Colson Hicks Eidson
255 Alhambra Circle, PH
Coral Gables, FL 33134
(O) 305-476-7400
(F) 305-476-7444
patrick@colson.com