UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

**PROPOSED ORDER**

Considering Colson Hicks Eidson's Motion for Leave to File its Objection to the Special Master's Recommendations in its entirety, under seal;

IT IS ORDERED BY THE COURT that the motion is GRANTED and Colson Hicks Eidson's Objection to the Special Master's Recommendations is hereby FILED UNDER SEAL in its entirety.

New Orleans, Louisiana, this ____ day of _____, 2019.

_____
Eldon E. Fallon