UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>All cases | MDL No. 2:09-md-2047<br><br>SECTION L (JUDGE FALLON)<br><br>MAG. (2) (JUDGE WILKINSON) |

**RULE TO SHOW CAUSE**

On October 9, 2018, the Plaintiffs' Steering Committee filed a Motion Remove Confidentiality Designations with Respect to the Substituted Memorandum of Law in Support of Plaintiff-Intervenors and the Plaintiffs' Steering Committee to Enforce the Courts' July 17, 2014 Contempt Order. R. Doc. 21830. On January 2, 2019, the Court granted the motion in part and denied the motion in part. R. Doc. 22017. In its motion, the PSC also moved the Court to issue a Rule to Show Cause why the documents designated by third-parties as confidential should remain so. Accordingly,

**IT IS ORDERED** that the following third-party entities whose documents are listed in the PSC's Exhibit "A," R. Doc. 21830-2, appear before the Honorable Eldon E. Fallon, United States District Judge for the Eastern District of Louisiana, on the 30th day of January, 2019, at 9:00 a.m., to show cause why the PSC's Motion Remove Confidentiality Designations should not be granted:

1. CNBM Group
2. CNBM & Equipment Import & Export Corporation
3. CNBM Forest Products Canada, Ltd.
4. CNBM Forest Products, Ltd.
5. CNBM International Corporation
6. CNBM USA Corp.
7. Morgan Stanley
8. Jushi USA Fiberglass Co., Ltd.
9. China Triumph International Engineering Co., Ltd.

1

10. TECO American Technology, Inc.
11. CNBM Investment Co., Ltd.
12. United Suntech Craft Inc.
13. WH International, Inc.
14. Hull Forest Products, Inc.
15. Baillie Lumber Company
16. Western Wood Lumber Company
17. Hampton Affiliates
18. Plum Creek Timber
19. New Jersey Institute of Technology
20. Sunpin Solar Development, LLC
21. BNK International, LLC

New Orleans, Louisiana, this 3rd day of January, 2019.

Eldon E. Fallon
United States District Court Judge