UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: *ALL CASES* | JUDGE FALLON MAG. JUDGE WILKINSON |

*******************************************************************************

### MOTION FOR LEAVE TO FILE BECNEL LAW FIRM'S OBJECTION TO THE SPECIAL MASTER'S RECOMMENDATION REGARDING ALLOCATION OF THE COMMON BENEFIT FEE AND THE REIMBURSEMENT OF SHARED EXPENSES AND HELD COSTS UNDER SEAL.

MAY IT PLEASE THE COURT, now comes The Becnel Law Firm, L.L.C. who respectfully requests to file under seal its Objection to the Special Master's Recommendation Regarding Allocation of the Common Benefit Fee and the Reimbursement of Shared Expenses and Held Costs ("Becnel's Objection"), including the two exhibits attached thereto. The Becnel Law Firm's Objection and attached exhibits include information, which is confidential and includes attorney work product. Due to the continued litigation against the Taishan Defendants, this confidential information and work product should not be disclosed to the Taishan Defendants. Consequently, the Becnel Law Firm submits that only the firms involved in the common benefit fee allocation issues should be provided with this information.

WHEREFORE, The Becnel Law Firm, LLC requests that its Motion be Granted and that its Objection to Special Master's Recommendation Regarding Allocation of the Common Benefit Fee and the Reimbursement of Shared Expenses and Held Costs and Exhibits "A" and "B" attached thereto be filed UNDER SEAL, and that all firms who receive the Becnel Law Firm's Objection and Exhibits maintain the confidentiality of those documents.

Dated: January 4, 2019

>Respectfully Submitted,
>
>*/s/ Salvadore Christina, Jr.*
>Salvadore Christina, Jr. (27,198)
>The Becnel Law Firm, LLC
>425 W. Airline Hwy., Suite B
>Reserve, LA 70084
>Phone: (985) 536-1186
>Fax: (985) 536-6445
>schristina@bencellaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 4th, 2019, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system, which will send a notice of the electronic filing to the counsel of record for defendants.

>*/s/ Salvadore Christina, Jr.*