UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY                MDL No. 2047
LITIGATION

                                                                              SECTION: L

THIS DOCUMENT RELATES TO:           JUDGE FALLON
*ALL CASES*                                                    MAG. JUDGE WILKINSON

*********************************************************************

**BECNEL LAW FIRM'S OBJECTION TO THE SPECIAL MASTER'S RECOMMENDATION REGARDING ALLOCATION OF THE COMMON BENEFIT FEE AND THE REIMBURSEMENT OF SHARED EXPENSES AND HELD COSTS.**

**FILED UNDER SEAL**