UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL No. 2047

SECTION: L

THIS DOCUMENT RELATES TO:
*ALL CASES*

JUDGE FALLON
MAG. JUDGE WILKINSON

******************************************************************

**EXHIBIT B TO THE BECNEL LAW FIRM'S OBJECTION TO THE SPECIAL MASTER'S RECOMMENDATION REGARDING ALLOCATION OF THE COMMON BENEFIT FEE AND THE REIMBURSEMENT OF SHARED EXPENSES AND HELD COSTS.**

**FILED UNDER SEAL**