UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| *IN RE:* **CHINESE-MANUFACTURED DRWALL PRODUCTS LIABILITY LITIGATION** | : MDL No. 2047 <br> : <br> : <br> : SECTION: L <br> : JUDGE FALLON |
| **THIS DOCUMENT RELATES TO:** <br> **ALL ACTIONS** <br><br> ………………………………………………………… | : MAG. JUDGE WILKINSON <br> : <br> : <br> : <br> : |

### VM DIAZ AND PARTNERS, LLC'S MOTION FOR LEAVE TO FILE ITS OBJECTIONS TO THE SPECIAL MASTER'S RECOMMENDATIONS IN ITS ENTIRETY, UNDER SEAL

VM Diaz and Partners, LLC. hereby moves to have its entire Objection to the Special Master's Recommendations Concerning the Allocation of Common Benefit Fees and Reimbursement of Share Expenses and Held Costs, which contains documents previously ordered by this Honorable Court not to be publically disclosed, filed UNDER SEAL.

WHEREFORE, Diaz and Partners, LLC submits that the Court should GRANT its motion and issue an Order providing leave to file its Objection to the Special Master's Recommendations Concerning the Allocation of Common Benefit Fees and Reimbursement of Shared Expenses and Held Costs, in its entirety, UNDER SEAL, based on the fact that some of the documents being referred to in undersigned law firm's Objection were not publicly filed based on prior Orders of this Honorable Court.

Dated:  January 4, 2019

1

Respectfully submitted,

**VM DIAZ & PARTNERS, LLC**
*Attorneys for Plaintiff*
119 Washington Ave., Ste. 402
Miami Beach, Florida 33139
T: (305) 704-3200
F: (305) 538-4928

By:/s/ Victor M. Diaz_____
   **Victor M. Diaz, Jr., Esq.**
   Florida Bar No. 503800
   victor@diazpartners.com


### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 4th day of January, 2019, a true copy of the foregoing has been served upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.


    By:_____/s/ Victor M. Diaz_____
         Victor M. Diaz, Jr., Esq.