UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: *ALL CASES* | : : : | |

**MORGAN & MORGAN'S MOTION TO FILE UNDER SEAL ITS OBJECTION TO THE SPECIAL MASTER'S RECOMMENDATIONS CONCERNING THE ALLOCATION OF COMMON BENEFIT FEES AND THE REIMBURSEMENT OF SHARED EXPENSES AND HELD COSTS**

Pursuant to Local Rule 5.6, Morgan & Morgan, for the reasons stated in the accompanying Memorandum, hereby moves this Honorable Court for an Order allowing the enclosed Objection and Exhibits thereto to the Special Master's Recommendations Concerning the Allocation of Common Benefit Fees and the Reimbursement of Shared Expenses and Held Costs to be filed Under Seal.

Dated: January 4, 2019

                                               Respectfully Submitted,

                                               */s/ Pete V. Albanis*
                                               Panagiotis "Pete" V. Albanis
                                               Fla Bar No. 0077354
                                               Morgan & Morgan
                                               Complex Litigation Group
                                               12800 University Drive Suite 600
                                               Fort Myers, FL 33907
                                               Phone: 239-433-6880
                                               Fax: 239-433-6836
                                               palbanis@forthepeople.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing MORGAN & MORGAN'S MOTION TO FILE UNDER SEAL ITS OBJECTION TO THE SPECIAL MASTER'S RECOMMENDATIONS CONCERNING THE ALLOCATION OF COMMON BENEFIT FEES AND THE REIMBURSEMENT OF SHARED EXPENSES AND HELD COSTS has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email, or by hand delivery and email and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 4th day of January, 2019.

*/s/ Pete V. Albanis*