**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | : | **MDL NO. 2047** |
| DRYWALL PRODUCTS LIABILITY | : | **SECTION: L** |
| LITIGATION | : | **JUDGE FALLON** |
| | : | **MAG. JUDGE WILKINSON** |
| | : | |
| **THIS DOCUMENT RELATES TO:** | : | |
| *ALL CASES* | : | |
| | : | |

**MORGAN & MORGAN'S MEMORANDUM IN SUPPORT OF ITS MOTION TO FILE
UNDER SEAL ITS OBJECTION TO THE SPECIAL MASTER'S
RECOMMENDATIONS CONCERNING THE ALLOCATION OF COMMON BENEFIT
FEES AND THE REIMBURSEMENT OF SHARED EXPENSES AND HELD COSTS**

Morgan & Morgan, pursuant to Local Rule 5.6, submits this Memorandum in Support of Its Motion to File Under Seal Its Objection to the Special Master's Recommendations Concerning the Allocation of Common Benefit Fees and the Reimbursement of Shared Expenses and Held Costs, and states that its Objection and Exhibits thereto contain confidential information that is protected by the work product doctrine and settlement information that should not be made part of the public record. Morgan & Morgan respectfully requests that the enclosed Objection and Exhibits remain sealed until a final determination is made by this Court as to the common benefit fees in the litigation.

Dated: January 4, 2019

Respectfully Submitted,

*/s/ Panagiotis V. Albanis*
Panagiotis "Pete" V. Albanis
Morgan & Morgan
12800 University Drive, Suite 600
Fort Myers, Florida 33907
Phone: (239) 432-6605
Fax: (239) 204-3798
palbanis@forthepeople.com

## **CERTFICATE OF SERVICE**

I hereby certify that the above and foregoing MORGAN & MORGAN'S MEMORANDUM IN SUPPORT OF MOTION TO FILE UNDER SEAL ITS OBJECTION TO THE SPECIAL MASTER'S RECOMMENDATIONS CONCERNING THE ALLOCATION OF COMMON BENEFIT FEES AND THE REIMBURSEMENT OF SHARED EXPENSES AND HELD COSTS has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email, or by hand deliver and email and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 4th day of January, 2019.


*/s/ Panagiotis V. Albanis*
Panagiotis "Pete" V. Albanis