## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: *ALL CASES* | : : : | |

## ORDER

Considering Morgan & Morgan's Motion for Leave to File UNDER SEAL its Objection to the Special Master's Recommendations Concerning the Allocation of Common Benefit Fees and the Reimbursement of Shared Expenses;

IT IS ORDERED BY THE COURT that the Motion is GRANTED and Morgan & Morgan's Objection be and is hereby filed UNDER SEAL.

IT IS FURTHER ORDERED BY THE COURT that all law firms that receive Morgan & Morgan's Objection to the Special Master's Recommendations Concerning the Allocation of Common Benefit Fees and the Reimbursement of Shared Expenses and Held Costs shall maintain its confidentiality and not disclose it to others.

New Orleans, Louisiana, the ___ day of _____, 2019.

								_____
								Eldon E. Fallon
								United States District Court Judge