UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *ALL CASES* | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MEMORANDUM IN SUPPORT OF THE STECKLER LAW FIRM AND BARON & BUDD, P.C.'S MOTION TO FILE THEIR OBJECTION UNDER SEAL

**MAY IT PLEASE THE COURT:**

The Steckler Law Firm and Baron & Budd, P.C.'s **Objections to the Special Master's Recommendations Concerning the Allocation of Common Benefit Fees and the Reimbursement of Shared Expenses and Held Costs** contains confidential settlement information that should not be included in the public record, and the Steckler Law Firm and Baron & Budd, P.C., therefore respectfully request that the Objection be filed under seal.

Respectfully Submitted,

Dated: January 4, 2019

**BARON & BUDD, P.C.**

By: ____/s/ *Holly Werkema*____
Holly Werkema (TX Bar No. 24081202)
hwerkema@baronbudd.com
Russell W. Budd (TX Bar No. 03312400)
rbudd@baronbudd.com
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181

1

**THE STECKLER LAW FIRM**

By: */s/ Bruce W. Steckler*
Bruce W. Steckler (TX # 00785039)
bruce@stecklerlaw.com
12720 Hillcrest Road, Suite 1045
Dallas, TX 75230
Phone: (972) 387-4040
Phone: (214) 521-3605
Fax: 214-520-1181

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 4th day of January, 2019.

Dated: January 4, 2019              RESPECTFULLY SUBMITTED:

/s/ Holly Werkema
Holly Werkema (TX Bar No. 24081202)
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Tel.: (214) 521-3605
Fax: (214) 520-1181
hwerkema@baronbudd.com