UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *ALL CASES* | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

**MAY IT PLEASE THE COURT:**

CONSIDERING the Motion of The Steckler Law Firm and Baron & Budd, P.C. for Leave to file their Objection Under Seal;

IT IS ORDERED BY THE COURT that the motion is granted and the attached **Objections to the Special Master's Recommendations Concerning the Allocation of Common Benefit Fees and the Reimbursement of Shared Expenses and Held Costs** be and are hereby filed UNDER SEAL.

New Orleans, Louisiana, this _____ day of _____, 2019.

                                                                                  _____
                                                                                  Eldon E. Fallon
                                                                                  United States District Court Judge