# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *ALL CASES* | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## THE ALTERS LAW FIRM, P.A.'S
## MOTION TO FILE ITS OBJECTION UNDER SEAL

NOW INTO COURT, through undersigned counsel, comes The Alters Law Firm, P.A.[1] and for the reasons set forth in the memorandum attached hereto, respectfully moves the Court for an Order allowing its **Objections to the Special Master's Recommendations Concerning the Allocation of Common Benefit Fees and the Reimbursement of Shared Expenses and Held Costs** to be filed under seal inasmuch as they contain confidential information.

Dated: January 4, 2019

Respectfully Submitted for,

**THE ALTERS LAW FIRM**

By: */s/ Justin D. Grosz*
Justin D. Grosz (FL # 984000)
justin@thejgfirm.com
DCOTA | Design Center of the Americas
1855 Griffin Road, Ste C-470
Dania Beach, FL  33004
Phone: (305) 571-8550

---

[1] At the inception of this matter, the firm was known as Alters, Boldt, Brown, Rash & Culmo, P.A. but was renamed Alters Law Firm, P.A. on June 17, 2010. Subsequently, in 2018, the firm went through substantial change, as set out in previous filings; however, for consistency and ease of reference we refer to the firm as The Alters Law Firm or ALF throughout these pleadings.

1

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on the Fee Committee Co-Chairs Arnold Levin and Russ Herman and Fee Committee members Chris Seeger, Dawn Barrios, Gerald Meunier, Richard Serpe, and Michael Ryan via electronic mail at alevin@lfsblaw.com, rherman@hhklawfirm.com, cseeger@seegerweiss.com, barrios@bkc-law.com, gmeunier@gainsben.com, rserpe@serpefirm.com, and mryan@krupnicklaw.com on this 4th day of January, 2019.

*/s/ Justin D. Grosz*
Justin D. Grosz