UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *ALL CASES* | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF THE ALTERS LAW FIRM, P.A.'S
MOTION TO FILE ITS OBJECTION UNDER SEAL**

**MAY IT PLEASE THE COURT:**

The Alters Law Firm, P.A.'s [1] **Objections to the Special Master's Recommendations Concerning the Allocation of Common Benefit Fees and the Reimbursement of Shared Expenses and Held Costs** contains confidential settlement information that should not be included in the public record, and The Alters Law Firm, P.A. therefore respectfully requests that the Objection be filed under seal.

Dated: January 4, 2019              Respectfully Submitted for,

**THE ALTERS LAW FIRM**

By: */s/ Justin D. Grosz*
Justin D. Grosz (FL # 984000)
justin@thejgfirm.com
DCOTA | Design Center of the Americas
1855 Griffin Road, Ste C-470
Dania Beach, FL  33004
Phone: (305) 571-8550

---

[1] At the inception of this matter, the firm was known as Alters, Boldt, Brown, Rash & Culmo, P.A. but was renamed Alters Law Firm, P.A. on June 17, 2010. Subsequently, in 2018, the firm went through substantial change, as set out in previous filings; however, for consistency and ease of reference we refer to the firm as The Alters Law Firm or ALF throughout this objection.

1

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on the Fee Committee Co-Chairs Arnold Levin and Russ Herman and Fee Committee members Chris Seeger, Dawn Barrios, Gerald Meunier, Richard Serpe, and Michael Ryan via electronic mail at alevin@lfsblaw.com, rherman@hhklawfirm.com, cseeger@seegerweiss.com, barrios@bkc-law.com, gmeunier@gainsben.com, rserpe@serpefirm.com, and mryan@krupnicklaw.com on this 4th day of January, 2019.

/s/ Justin D. Grosz
Justin D. Grosz