**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 <br><br> SECTION: L <br><br> JUDGE FALLON <br><br> MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: <br><br> ALL ACTIONS | |

**LEAD COUNSEL'S MOTION FOR LEAVE TO
FILE LEAD COUNSEL'S OBJECTION TO THE SPECIAL
MASTER'S RECOMMENDATIONS CONCERNING THE ALLOCATION
OF COMMON BENEFIT FEES AND REIMBURSEMENT OF SHARED
EXPENSES AND HELD COSTS IN ITS ENTIRETY, UNDER SEAL**

NOW COME Plaintiffs' Lead Counsel, who respectfully submits that the Lead Counsel's Objection to the Special Master's Recommendations Concerning the Allocation of Common Benefit Fees and Reimbursement of Shared Expenses and Held Costs and all exhibits, which refer to and contain confidential information, and should be filed UNDER SEAL. Lead Counsel's Objection addresses Levin Sedran and Berman's past, present and future efforts, describes Lead Counsel's work-product, and the work-product of other plaintiffs' counsel. This work-product should not be broadcast to opposing counsel who are still actively litigating on behalf of their clients in the MDL, and the remand courts in the Eastern District of Virginia and the Southern District of Florida.

WHEREFORE, Lead Counsel prays that the court issue an Order granting leave allowing Lead Counsel's Objection to the Special Master's Recommendations Concerning the Allocation of Common Benefit Fees and Reimbursement of Shared Expenses and Held Costs, in its entirety,

1

to be filed UNDER SEAL.

                                        Respectfully submitted,

Dated: January 4, 2019            */s/ Arnold Levin*_____
                                        Arnold Levin
                                        Fred S. Longer
                                        Sandra L. Duggan
                                        Levin, Sedran & Berman LLP
                                        510 Walnut Street, Suite 500
                                        Philadelphia, PA 19106
                                        PH:  (215) 592-1500
                                        FAX:  (215) 592-4663
                                        Alevin@lfsblaw.com
                                        ***Plaintiffs' Lead Counsel***
                                        ***MDL 2047***

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern strict of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 4th day of January, 2019.

                */s/ Arnold Levin*_____
                Arnold Levin
                Fred S. Longer
                Sandra L. Duggan
                Levin, Sedran & Berman LLP
                510 Walnut Street, Suite 500
                Philadelphia, PA 19106
                PH:  (215) 592-1500
                FAX:  (215) 592-4663
                Alevin@lfsblaw.com
                *Plaintiffs' Lead Counsel*
                *MDL 2047*