UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 <br><br> SECTION: L <br><br> JUDGE FALLON <br><br> MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: <br><br> ALL ACTIONS | |

## PROPOSED ORDER

Considering Lead Counsel's Motion for Leave to File the Objection to the Special Master's Recommendations Concerning the Allocation of Common Benefit Fees and Reimbursement of Shared Expenses and Held Costs, in its entirety, under seal;

IT IS ORDERED BY THE COURT that the motion is GRANTED and that Lead Counsel's Objection to the Special Master's Recommendations Concerning the Allocation of Common Benefit Fees and Reimbursement of Shared Expenses and Held Costs is hereby FILED UNDER SEAL in its entirety.

New Orleans, Louisiana, this ____ day of _____, 2019.

_____
Eldon E. Fallon