UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED | : | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | : | SECTION: L |
| LITIGATION | : | JUDGE FALLON |
| _____ | : | MAG. JUDGE WILKINSON |
| | : | |
| THIS DOCUMENT RELATES TO: | : | |
| *ALL CASES* | : | |
| _____ | : | |

## KRUPNICK CAMPBELL MALONE ET AL.'S MOTION FOR LEAVE TO FILE THEIR OBJECTION TO SPECIAL MASTER RECOMMENDATION CONCERNING THE ALLOCATION OF COMMON BENEFIT FEES AND THE REIMBURSEMENT OF SHARED EXPENSES AND HELD COSTS UNDER SEAL

NOW INTO COURT, Krupnick Campbell Malone, et al. hereby moves to have its entire Objection to the Special Master's Recommendations Concerning the Allocation of Common Benefit Fees and Reimbursement of Shared Expenses and Held Costs [Rec. Doc. 21945] filed UNDER SEAL, and states as follows:

The Objection contains information from documents previously sealed by this Court, work-product and otherwise confidential information in the attorney's fee allocation proceedings.  Therefore, Krupnick Campbell Malone et al. respectfully requests leave to file their Objection to the Special Master Recommendation, in its entirety, UNDER SEAL.

Dated:  January 4, 2019.                    Respectfully submitted,

/s/ Michael J. Ryan
Michael J. Ryan, Esquire
Florida Bar No. 975990
KRUPNICK CAMPBELL MALONE
BUSER SLAMA HANCOCK
LIBERMAN, P.A.
12 S.E. 7 Street Suite 801
Ft. Lauderdale, FL  33301
Phone: (954) 763-8181
Fax: (954) 763-8292
mryan@krupnicklaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to File &ServeXpress f/k/a LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern strict of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 4th day of January, 2019.

    /s/ Michael J. Ryan
Michael J. Ryan, Esquire
Florida Bar No. 975990
KRUPNICK CAMPBELL MALONE
BUSER SLAMA HANCOCK
LIBERMAN, P.A.
12 S.E. 7 Street, Suite 801
Ft. Lauderdale, FL  33301
Phone: (954) 763-8181
Fax: (954) 763-8292
mryan@krupnicklaw.com

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

IN RE:  CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

**MDL NO. 2047**

**SECTION:  L**

**JUDGE FALLON
MAG. JUDGE WILKINSON**

THIS DOCUMENT RELEATES TO:
*ALL CASES*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>**KRUPNICK CAMPBELL MALONE ET. AL'S OBJECTION TO THE SPECIAL
MASTER'S RECOMMENDATIONS CONCERNING THE ALLOCATION OF
COMMON BENEFIT FEES**</u>

# FILED UNDER SEAL