# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: *ALL CASES* | : : : | |

## KRUPNICK CAMPBELL MALONE ET AL.'S MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE OBJECTION TO SPECIAL MASTER RECOMMENDATION CONCERNING THE ALLOCATION OF COMMON BENEFIT FEES AND THE REIMBURSEMENT OF SHARED EXPENSES AND HELD COSTS UNDER SEAL

The Objection by Krupnick Campbell Malone et. al. to Special Master Recommendation Concerning the Allocation of Common Benefit Fees and the Reimbursement of Shared Expenses and Held Costs [Rec. Doc. 21945] contains information from documents previously sealed by this Court, work-product and otherwise confidential information in the attorney's fee allocation proceedings.  Therefore, Krupnick Campbell Malone et. al. respectfully request leave to file their Objection to the Special Master Recommendation, in its entirety, UNDER SEAL.

Dated:  January 4, 2019.

Respectfully submitted,

/s/ Michael J. Ryan
Michael J. Ryan, Esquire
Florida Bar No. 975990
KRUPNICK CAMPBELL MALONE
BUSER SLAMA HANCOCK
LIBERMAN, P.A.
12 S.E. 7 Street Suite 801
Ft. Lauderdale, FL  33301
Phone: (954) 763-8181
Fax: (954) 763-8292
mryan@krupnicklaw.com

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing Memorandum in Support of Motion for Leave to File Objections to Special Master Recommendation Concerning the Allocation of Common Benefit Fees and the Reimbursement of Shared Expenses and Held Costs Under Seal has been served on Plaintiffs' Liaison County, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, Esquire, by e-mail and upon all parties by electronically uploading the same to File & ServeXpress f/k/a LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.  Dated: January 4, 2019.

    /s/ Michael J. Ryan
Michael J. Ryan, Esquire
Florida Bar No. 975990
KRUPNICK CAMPBELL MALONE
BUSER SLAMA HANCOCK
LIBERMAN, P.A.
12 S.E. 7 Street, Suite 801
Ft. Lauderdale, FL  33301
Phone: (954) 763-8181
Fax: (954) 763-8292
mryan@krupnicklaw.com