# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: *ALL CASES* | : : : | |

## ORDER

Considering the Motion of KRUPNICK CAMPBELL MALONE ET AL.'s for Leave to File their Objection to Special Master Recommendation Concerning the Allocation of Common Benefit Fees and the Reimbursement of Shared Expenses and Held Costs [D.E. 21945] Under Seal;

IT IS ORDERED BY THE COURT that the Motion is granted and the Objection in its entirety shall be filed UNDER SEAL until further Order of this Court.

New Orleans, Louisiana, this _____ day of _____, 2019.

_____

Eldon E. Fallon
United States District Court Judge