**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION L |
| THIS DOCUMENT RELATES TO:<br>*ALL CASES* | JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>BRUNO & BRUNO'S OBJECTION TO THE SPECIAL MASTER'S
RECOMMENDATIONS CONCERNING THE ALLOCATION OF COMMON BENEFIT
FEES AND THE REIMBURSEMENT OF SHARED EXPENSES AND HELD COSTS</u>

Bruno & Bruno, LLP ("B&B"), pursuant to this Honorable Court's December 14, 2018 Order (R. Doc. 21967), respectfully objects to the December 4, 2018 Special Master's Recommendations Concerning the Allocation of Common Benefit Fees and the Reimbursement of Shared Expenses and Held Costs (R. Doc. 21945) in which the Special Master recommended a common benefit fee of $75,000.00 to B&B based on 458.60 approved hours toward the common benefit for the following reasons:

**INTRODUCTION**

On July 3, 2018, the Fee Committee issued Step Six Final Recommendation of the Majority of the Fee Committee ("FC") Regarding Allocation of the Common Benefit (R. Doc. 21455) in which the FC recommended a Final Common Benefit Fee Allocation of $18,000.00 to B&B based on 458.60 approved hours toward the common benefit.  On July 20, 2018, B&B filed Bruno & Bruno's Objection to Step Six Final Recommendation of the Majority of the Fee Committee Regarding Allocation of the Common Benefit (R. Doc. 21580) with Exhibits "A" through "C" of Bruno & Bruno's Objection to Step Six Final Recommendation of the Majority of the Fee Committee Regarding Allocation of the Common Benefit filed under seal (R. Doc. 21580-1; R. Doc. 21580-2; R. Doc. 21580-3; R. Doc. 21618).

On December 4, 2018, the Special Master issued Recommendations Concerning the Allocation of Common Benefit Fees and the Reimbursement of Shared Expenses and Held Costs (R. Doc. 21945) in which the Special Master recommended a common benefit fee of $75,000.00 to B&B based on 458.60 approved hours toward the common benefit.  Although B&B is greatly appreciative of the Special Master's recommended increase to $75,000.00, B&B objects to the December 4, 2018 Special Master's Recommendations Concerning the Allocation of Common Benefit Fees and the Reimbursement of Shared Expenses and Held Costs (R. Doc. 21945) because B&B's common benefit contribution to this case supports an award higher than the Special Master's recommendation of $75,000.00 which is less than B&B's Lodestar amounts recognized by the Special Master ((1) $84,225.00 or (53%) less than the $159,225.00 lodestar recognized by the Special Master using the firm's hourly rates at the inception of litigation; (2) $151,900.00 or (67%) less than the $226,900.00 lodestar recognized by the Special Master using the firm's 2013 hourly rates; and (3) $118,062.50 (or 61%) less than the $193,062.50 lodestar recognized by the Special Master using the firm's blended rate.

Of particular concern for B&B is the fact that it cut its lodestar based on the assumption that ALL common benefit applicants would do likewise, especially members of the PSC.  B&B devoted six hundred and ninety-five (695) common benefit hours to this MDL (R. Doc. 21580-1 filed under seal).[1]  Out of an abundance of caution B&B removed numerous hours of time despite the fact the time was spent on common benefit work. Further, after B&B's interview with the FC, and again based on the FC's suggestion, B&B had additional hours of time reviewing pleadings

---

[1] Seventy seven (77) hours to the assessment of the litigation, three hundred and twenty eight (328) hours to the Pretrial phase of the litigation, two hundred and thirteen (213) hours on discovery for the litigation and seventy seven (77) hours on Trial Preparation.

removed because, according to the FC, the time was for monitoring the case and not a common benefit contribution, an opinion with which B&B disagrees.

### (1) B&B's Common Benefit Contribution to this Case Supports an Award Much Higher

B&B was initially assigned to the Inspection Committee.  In connection with this role, Joseph Bruno and Melissa Debarbieris were required to conduct nationwide inspections of various drywall manufacturers to determine the potential adverse effects to humans and property of the various drywall stocks.  These inspections required immense travel and time expenditures.  Mr. Bruno met repeatedly with the PSC to detail the results of his nationwide inspections.

Further, B&B was responsible for identifying appropriate bellwether plaintiffs and class representatives.  Mr. Bruno successfully identified three such plaintiffs (Jerry Smith, Collette Smith, and Daniel Carter), and conducted extensive and laborious discovery for these plaintiffs.

Next, Mr. Bruno was assigned to the written discovery committee, where he spearheaded drafting of detailed 30(b)(6) Deposition Notices to several insurance companies involved in the litigation (Please see R. Doc. 21580-1 and R. Doc. 21580-2 filed under seal for additional B&B's Common Benefit Contribution).

The Special Master found that B&B's Common Benefit Contribution was as follows:

"This firm is located in New Orleans, Louisiana.  Joseph Bruno, the lead lawyer in this firm, has served on the Discovery-Written Committee and the Inspection Committee.  This firm reports that it made the following nonexclusive common benefit contribution:   participating in insurance discovery; document review; inspecting facilities in Alabama and Florida thought to contain Chinese drywall; and identifying, interviewing, and vetting class representatives." (R. Doc. 21945, p. 36 of 104).

Although B&B is thankful for the Special Master's recommendation of an increase to $75,000.00, the Special Master's recommendation of $75,000.00 for B&B's 458.60 approved hours toward the common benefit still renders an effective hourly rate of $163.54 for B&B's

common benefit work.  In addition, this hourly rate is even less when considering the amount of time B&B removed from its common benefit work.

## CONCLUSION

As stated above, Bruno & Bruno, LLP is grateful of the Special Master's recommendation of an increase to $75,000.00.  However, for the reasons stated above, Bruno & Bruno, LLP respectfully objects to the December 4, 2018 Special Master's Recommendations Concerning the Allocation of Common Benefit Fees and the Reimbursement of Shared Expenses and Held Costs (R. Doc. 21945) and respectfully asks this Honorable Court to increase Bruno & Bruno's common benefit fee.

Respectfully submitted:

/s/ Joseph M. Bruno
Joseph M. Bruno, (LA Bar No. 3604)
Bruno & Bruno, LLP
855 Baronne Street
New Orleans, Louisiana  70113
Telephone:  (504) 525-1335
Facsimile:   (504) 561-6775

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Objection has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email and upon all parties by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 4th day of January, 2019.

/s/ Joseph M. Bruno