UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION

MDL NO. 2047

SECTION: L

THIS DOCUMENT RELATES TO:

JUDGE FALLON

*ALL CASES*

MAG. JUDGE WILKINSON

******************************************************************************

### DECLARATION OF ROBERT M. HORKOVICH, ESQ. IN SUPPORT OF OBJECTION BY ANDERSON KILL, P.C. TO RECOMMENDATION OF SPECIAL MASTER DATED DECEMBER 4, 2018

STATE OF NEW YORK        )
                         : ss.:
COUNTY OF                )

Robert M. Horkovich, being duly sworn according to law deposes and says:

1. I am the Managing Shareholder of Anderson Kill P.C., ("AK") and make the following declaration on my personal knowledge and belief.

2. Tab 1 includes true and correct copies of communications which are examples of signature pages of motions drafted by AK which Ross Herman took and submitted over his own signature block, communications from the PSC adopting discovery prepared by AK, directions from the PSC to AK to delete AK's signature block and instead substitute the PSC's signature block to briefs submitted to this Court, and the PSC's acknowledgement that AK appeared in this Court for the PSC.

3. Tab 2 includes true and correct copies of communications from the PSC expressly asking AK to provide input in the Travco appeal before the United States Court of Appeals for the 4th Circuit, from Arnold Levin's office expressly asking AK to review and confer about the Chinese Drywall Omni Complaint, and from the PSC expressly pronouncing that AK was a member of their PSC insurance Committee.

4. Tab 3 includes true and correct copies of multiple communications from mediator John Perry to me coordinating with me the very first mediation in this case hosted in AK's office in Philadelphia which I initiated and which 20 insurance companies and Knauf attended, multiple communications from Mr. Kerry Miller and Greg Wallace on behalf of Knauf concerning the second mediation in this case hosted in AK's office in NYC which I initiated and which Knauf, Banner and numerous insurance companies attended, and communication from the PSC to me expressly asking me to attend the third mediation in this case in New Orleans.

5. Tab 4 includes the Declaration of Hon. (Ret.) Robert C. Pate, a Texas Senior District Judge, having been the Presiding Judge of the 28th and 148th Judicial District Courts, Nueces County, Texas, sworn to on October 5, 2018. Judge Pate declares in relevant part:

> Had anyone from the Fee Committee contacted me, I would have supported full compensation for AK, including its insurance policy analyst paralegal fees, not any reductions.
>
> * * * *
>
> I recall attending a mediation at AK's office in Philadelphia. The mediations at AK's offices were not

limited to just WCI Trust issues. The PSC attended that mediation. The MDL mediator attended that mediation. The whole MDL was discussed. All claimants, not just WCI claims, were considered.

* * * *

C. AK's Contribution

10. AK drafted numerous important briefs in the MDL at the express request of the PSC. The PSC simply re-branded AK's brief as its own. These briefs were significant in the MDL.

_____
Robert M. Horkovich

Subscribed and sworn to before me this
4$^h$ day of January 2019

_____
Notary Public

**LINDSEY B. ROTH**
**NOTARY PUBLIC, State of New York**
No. 01RO6080149
Qualified in Queens County
Commission Expires September 09, 20_22_

