TAB 1

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES AND<br><br>Amato, et al. v. Liberty Mutual Insurance Company, et. al., Case No. 2:10-cv-932 (E.D.La.) | |

**THE PLAINTIFFS' STEERING COMMITTEE'S MOTION INCORPORATING AND ADOPTING PLAINTIFF ROBERT C. PATE AND THE PLAINTIFFS' STEERING COMMITTEE'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE POLLUTION EXCLUSION**

The Plaintiffs' Steering Committee ("PSC") respectfully moves this Honorable Court for an Order, in the form appended hereto, entering partial summary judgment to plaintiffs on the pollution exclusion. For the reasons set forth in the memorandum of law appended hereto, the PSC's motion for partial summary judgment should be granted.

Respectfully submitted,

Dated: February 3, 2011

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

1

Arnold Levin (On the Brief)
Fred S. Longer (On the Brief)
Matthew C. Gaughan (On the Brief)
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm, LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Robert C. Josefsberg
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
rjosefsberg@podhurst.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
  Matthews, Martinez, Gonzales,
  Kalbac & Kane
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
  Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

2

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Christopher Seeger
Seeger Weiss, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Lewis & Roberts
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Phone: (919) 981-0191
Fax: (919) 981-0431
dkb@lewis-roberts.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com

## OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W
Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Jeremy W. Alters
Alters Law Firm
4141 N.E. 2nd Avenue
Suite 201
Miami, FL 33137
Phone: (305) 571-8550
Fax: (305) 571-8559
jeremy@alterslaw.com

3

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing motion and memorandum of law submitted in support thereof has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 3rd day of February, 2011.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com
Plaintiffs' Liaison Counsel
MDL 2047

*Co-counsel for Plaintiffs*

**Horkovich, Robert M.**

| | |
|---|---|
| **From:** | Fred Longer <FLonger@lfsblaw.com> |
| **Sent:** | Friday, July 23, 2010 5:44 PM |
| **To:** | H. Minor Pipes |
| **Cc:** | Horkovich, Robert M.; 'Bruce Steckler'; Lambert, Hugh; Lenny Davis; Arnold Levin; Matthew Gaughan |
| **Subject:** | CDW - Insurance Motions |
| **Attachments:** | Jurisdictional Interrogatories.pdf; Jurisdictional RFPs.pdf |

Minor,

The PSC intends to adopt the jurisdictional discovery propounded two days ago by Bob Horkovich (attached). I will call to discuss this discovery shortly.

In addition, in response to the charts provided in your letter today, I would like to advise you of those motions we deem moot for several reasons, i.e., Doc Nos. 1342, 1501, 2205, 1321, 1701, 3054, 1289, 1346, 1335, 1422, and 0763. There are other motions in your charts that we do not believe are subject to the Court's scheduling order because they address issues other than jurisdiction and venue, e.g., 2641, 2174, 1328, 4508, 1280, 2148, 1345, 4446, and 2155. Then, there are motions that involve deficiencies on the Insurers' part that we have previously outlined, e.g., 4427, 4456, 4487, 4497, 4502 and 4505. There are two motions we need to investigate further, e.g., 4480 and 4423. Those motions addressed to builders we do not intend to prepare a response. What remains, is that the PSC is committed to respond to 4452, 4478, 3174, 4454 and 4481. Thank you. FSL


Fred S. Longer
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street
Suite 500
Philadelphia, PA 19106
(215) 592-1500
(215) 592-4663 - fax
www.lfsblaw.com

CONFIDENTIALITY NOTE: This e-mail message contains information belonging to the law firm of Levin, Fishbein, Sedran & Berman and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please e-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.

## Horkovich, Robert M.

| | |
|---|---|
| **From:** | Fred Longer <FLonger@lfsblaw.com> |
| **Sent:** | Tuesday, October 12, 2010 11:32 AM |
| **To:** | Piazza, Anna M.; Matthew Gaughan; bsteckler@baronbudd.com |
| **Cc:** | Horkovich, Robert M. |
| **Subject:** | RE: Indispensable parties brief due Wednesday |

This is excellent. Couple of thoughts: 1) In the introduction, you ought to reference the motions you're responding to by Docket #; 2) In Sec.(C)(2) on page 20, could you avoid delay by having the court require notice issue a la a class action, and if no objections, then distribute the money? That's it, except for my biggest criticism: Your signature block is wrong. Please use the PSC block and add your firm (you should be noted as ON THE BRIEF, as we have done previously. FSL

**From:** Piazza, Anna M. [mailto:Apiazza@andersonkill.com]
**Sent:** Monday, October 11, 2010 10:53 PM
**To:** Fred Longer; Matthew Gaughan; bsteckler@baronbudd.com
**Cc:** Horkovich, Robert M.
**Subject:** Indispensable parties brief due Wednesday

Team:

Please provide your comments to the attached indispensable parties opposition. It is due Wednesday.

Many thanks,
Anna



**Anna M. Piazza**
Attorney

*Settle for Everything*®

## ANDERSON KILL & OLICK, P.C.

1251 Avenue of the Americas - New York, NY 10020
Apiazza@andersonkill.com - www.andersonkill.com
T: 212-278-1307 - F: 212-278-1733
Biography

This electronic mail transmission may contain privileged, confidential and/or proprietary information intended only for the person(s) named. Any use, distribution, copying or disclosure to another person is strictly prohibited. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email.

1

### Horkovich, Robert M.

| | |
|---|---|
| **From:** | Fred Longer <FLonger@lfsblaw.com> |
| **Sent:** | Wednesday, October 13, 2010 7:28 PM |
| **To:** | Horkovich, Robert M.; Piazza, Anna M.; Matthew Gaughan; 'bsteckler@baronbudd.com' |
| **Subject:** | Re: Indispensable parties brief due Wednesday |

And we appreciate the courtesy, but the fact is that the signature block is standard and recognition to the author is through the "on the brief" designation. There's an order to the effect that Liaison counsel is to file papers. I'm not making it up and I'm not fighting city hall.

------------------------------
Sent from my BlackBerry Wireless Device

**From:** Horkovich, Robert M.
**To:** Fred Longer; Piazza, Anna M. ; Matthew Gaughan; bsteckler@baronbudd.com
**Sent:** Wed Oct 13 18:52:28 2010
**Subject:** Re: Indispensable parties brief due Wednesday

Hi Fred:

We've done the signature block per your request just as a professional courtesy.

But I have to note that Anna did 99% of the work on this brief and relegating us to 4 pages back on the brief just is wrong.

That kind of practice would have gotten me fired immediately at a couple of major firms in which I worked as a pup.

Bob

----- Original Message -----
From: Fred Longer <FLonger@lfsblaw.com>
To: Piazza, Anna M.; Matthew Gaughan <MGaughan@lfsblaw.com>; bsteckler@baronbudd.com <bsteckler@baronbudd.com>
Cc: Horkovich, Robert M.
Sent: Tue Oct 12 11:31:31 2010
Subject: RE: Indispensable parties brief due Wednesday

This is excellent. Couple of thoughts: 1) In the introduction, you ought to reference the motions you're responding to by Docket #; 2) In Sec.(C)(2) on page 20, could you avoid delay by having the court require notice issue a la a class action, and if no objections, then distribute the money? That's it, except for my biggest criticism: Your signature block is wrong. Please use the PSC block and add your firm (you should be noted as ON THE BRIEF, as we have done previously. FSL

From: Piazza, Anna M. [mailto:Apiazza@andersonkill.com]
Sent: Monday, October 11, 2010 10:53 PM
To: Fred Longer; Matthew Gaughan; bsteckler@baronbudd.com
Cc: Horkovich, Robert M.
Subject: Indispensable parties brief due Wednesday

Team:

1

Please provide your comments to the attached indispensable parties opposition. It is due Wednesday.

Many thanks,

Anna

Anna M. Piazza
Attorney

ANDERSON KILL & OLICK, P.C.

1251 Avenue of the Americas - New York, NY 10020
Apiazza@andersonkill.com - www.andersonkill.com <http://www.andersonkill.com/>
T: 212-278-1307 - F: 212-278-1733
Biography <http://www.andersonkill.com/attorneysprofile.asp?id=5152>

This electronic mail transmission may contain privileged, confidential and/or proprietary information intended only for the person(s) named. Any use, distribution, copying or disclosure to another person is strictly prohibited. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email.
***************************************************************** IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed therein.

This electronic mail transmission may contain privileged, confidential and/or proprietary information intended only for the person(s) named. Any use, distribution, copying or disclosure to another person is strictly prohibited. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email.
***************************************************************** IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used,

## Horkovich, Robert M.

| | |
|---|---|
| **From:** | Bruce Steckler <bsteckler@baronbudd.com> |
| **Sent:** | Saturday, September 04, 2010 1:04 PM |
| **To:** | Horkovich, Robert M. |
| **Subject:** | Re: Chinese Drywall MDL 2047 re 9-2-2010 Minute Entry re hearing on motions |

Yes- you did appear for PSC and Pate-- it's fine

---
Sent from my BlackBerry Wireless Device

---

**From:** Horkovich, Robert M. <Rhorkovich@andersonkill.com>
**To:** Bruce Steckler
**Sent:** Sat Sep 04 12:00:34 2010
**Subject:** RE: Chinese Drywall MDL 2047 re 9-2-2010 Minute Entry re hearing on motions

look at the first line of his order

-----Original Message-----
**From:** Bruce Steckler [mailto:bsteckler@baronbudd.com]
**Sent:** Saturday, September 04, 2010 12:58 PM
**To:** Horkovich, Robert M.; flonger@lfsblaw.com; MGaughan@lfsblaw.com; Piazza, Anna M.
**Subject:** Re: Chinese Drywall MDL 2047 re 9-2-2010 Minute Entry re hearing on motions

> Join in Pate and he knows you are not psc
>
> ---
> Sent from my BlackBerry Wireless Device

---

**From:** Horkovich, Robert M. <Rhorkovich@andersonkill.com>
**To:** Fred Longer <FLonger@lfsblaw.com>; Bruce Steckler; Matthew Gaughan <MGaughan@lfsblaw.com>; Piazza, Anna M. <Apiazza@andersonkill.com>
**Sent:** Sat Sep 04 11:55:23 2010
**Subject:** RE: Chinese Drywall MDL 2047 re 9-2-2010 Minute Entry re hearing on motions

Judge Fallon thinks I'm a member of the PSC.

Did Centerline have a separate motion to compel that just slipped through the cracks? Did they just join in Pate's?

-----Original Message-----
**From:** Fred Longer [mailto:FLonger@lfsblaw.com]
**Sent:** Saturday, September 04, 2010 12:24 PM
**To:** Horkovich, Robert M.
**Cc:** 'bsteckler@baronbudd.com'; Matthew Gaughan
**Subject:** Fw: Chinese Drywall MDL 2047 re 9-2-2010 Minute Entry re hearing on motions

> Fyi. Please forward to Anna.
>
> ---
> Sent from my BlackBerry Wireless Device

---

**From:** Lillian Flemming
**To:** Arnold Levin; bgordon@levinlaw.com ; bsteckle@baronbudd.com ; cseeger@seegerweiss.com ; dbecnel@becnellaw.com ; barrios@bkc-law.com ; Ervin@colson.com ; gmeunier@gainsben.com ; hlambert@lambertandnelson.com ; jerry@yourlawyer.com ; jrr@lumpkinreeves.com ;

1

sweinstein@forthepeople.com ; vdiaz@podhurst.com
**Cc:** Drywall ; Matthew Gaughan; Alexander Rundlet ; kingsdorf@bkc-law.com ; dkb@lewis-roberts.com ; Fred Longer; bleblanc@baronbudd.com ; jeremy@abbrclaw.com ; jgrand@seegerweiss.com ; jchaikin@yourlawyer.com ; Lenny Davis ; Linda@lambertandnelson.com ; mmoreland@becnellaw.com ; mecuyer@gainsben.com ; mgoetz@forthepeople.com ; Montoya, Patrick ; Penny Herman ; rlewis@hausfeldllp.com ; rserpe@serpefirm.com ; bob@abbrclaw.com ; Russ Herman ; sch@lewis-roberts.com ; Steve Herman ; twb@lumpkinreeves.com ; bcash@levinlaw.com
**Sent:** Sat Sep 04 11:45:04 2010
**Subject:** Chinese Drywall MDL 2047 re 9-2-2010 Minute Entry re hearing on motions
Please see attached from Leonard A. Davis.

Lillian M. Flemming
Legal Assistant to Leonard A. Davis
***Herman, Herman, Katz & Cotlar, LLP***
***Herman, Gerel, LLP***
820 O'Keefe Avenue
New Orleans, Louisiana 70113
PH: (504) 581-4892
FAX: (504) 561-6024
<http://www.hhkc.com/>

This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.

CONFIDENTIAL ATTORNEY WORK PRODUCT

This electronic mail transmission may contain privileged, confidential and/or proprietary information intended only for the person(s) named. Any use, distribution, copying or disclosure to another person is strictly prohibited. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email.
*************************************************************** IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed therein.

## Horkovich, Robert M.

**From:** Fred Longer <FLonger@lfsblaw.com>
**Sent:** Thursday, March 10, 2011 11:29 AM
**To:** Horkovich, Robert M.
**Cc:** Lenny Davis; Bruce Steckler
**Subject:** CDW - 3/3/11 Order #7793

Bob, Len agrees. You should coordinate with him once any objections are filed to address issues for the April 7 meet and confer. FSL

Fred S. Longer
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street
Suite 500
Philadelphia, PA 19106
(215) 592-1500
(215) 592-4663 - fax
www.lfsblaw.com

CONFIDENTIALITY NOTE: This e-mail message contains information belonging to the law firm of Levin, Fishbein, Sedran & Berman and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please e-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.

## Horkovich, Robert M.

**From:** Fred Longer <FLonger@lfsblaw.com>
**Sent:** Thursday, March 24, 2011 9:08 AM
**To:** Horkovich, Robert M.
**Cc:** Lenny Davis; Bruce Steckler
**Subject:** CDW - Insurance motions
**Attachments:** 7793 Order.pdf

Bob, I'm expecting motions to arrive today pursuant to this order. Talk to Lenny about meetings to discuss scheduling. Thanks. FSL


Fred S. Longer
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street
Suite 500
Philadelphia, PA 19106
(215) 592-1500
(215) 592-4663 - fax
www.lfsblaw.com

CONFIDENTIALITY NOTE: This e-mail message contains information belonging to the law firm of Levin, Fishbein, Sedran & Berman and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please e-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.

Horkovich, Robert M.