TAB 2

## Horkovich, Robert M.

| | |
|---|---|
| **From:** | Fred Longer <FLonger@lfsblaw.com> |
| **Sent:** | Friday, August 27, 2010 4:58 PM |
| **To:** | Horkovich, Robert M.; Piazza, Anna M. |
| **Cc:** | 'Sandra L Duggan' |
| **Subject:** | Travco |
| **Attachments:** | Brief_of_Appellant--TRAVCO.WPD |

Bob & Anna, I know you're both busy, but . . . Our Travco brief at the 4th Cir. is due on Tuesday. Our most recent draft is attached. If you could spare an hour of your time to comment on this draft, I think it could be beneficial to you on the CGL front as well. I know that the Nat'l Home Builders Assn is going to support us on the Pollution Exclusion front. Your input would be greatly appreciated too. FSL

Fred S. Longer
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street
Suite 500
Philadelphia, PA 19106
(215) 592-1500
(215) 592-4663 - fax
www.lfsblaw.com

CONFIDENTIALITY NOTE: This e-mail message contains information belonging to the law firm of Levin, Fishbein, Sedran & Berman and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please e-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.

## Horkovich, Robert M.

| | |
|---|---|
| **From:** | Bruce Steckler <BSTECKLE@baronbudd.com> |
| **Sent:** | Friday, December 11, 2009 1:27 PM |
| **To:** | Horkovich, Robert M. |
| **Cc:** | Debbie Murphy |
| **Subject:** | Chinese Drywall Omni Complaint from Levin, Fishbein |

**Importance:**      High

Bob:
  Arnold Levin's office, Levin Fishbein, sent you a copy of the Chinese Drywall Omni Complaint for review in our insurance claims. Can we have a call on Monday and talk later today? Thanks, Bruce

**CONFIDENTIALITY NOTICE**
The information in this E-mail message is legally privileged and confidential, and is intended only for the use of the individual(s) named as recipient(s).  Unless you are a named recipient of this E-mail, you should not read, distribute, or otherwise use this E-mail, and you should immediately notify the sender by reply email or by calling 214-521-3605. Thank you.

1

## Horkovich, Robert M.

| | |
|---|---|
| **From:** | Bruce Steckler <BSTECKLE@baronbudd.com> |
| **Sent:** | Tuesday, February 02, 2010 12:40 PM |
| **To:** | Horkovich, Robert M. |
| **Subject:** | Fw: Chinese Drywall Litigation |

Congrats! You are now a member of the PSC Insurance Committee

-----------------------------
Sent from my BlackBerry Wireless Device

---

**From:** Debbie Murphy <DMurphy@lfsblaw.com>
**To:** rherman@hhkc.com <rherman@hhkc.com>
**Cc:** Bruce Steckler; hlambert@lambertandnelson.com <hlambert@lambertandnelson.com>; ldavis@hhkc.com <ldavis@hhkc.com>; Fred Longer <FLonger@lfsblaw.com>
**Sent:** Tue Feb 02 08:26:57 2010
**Subject:** Chinese Drywall Litigation
From Arnold -

Russ - WCI counsel will pull down his motion for an insurance PSC. He will be a member of the insurance committee.


Debbie Murphy
Levin, Fishbein, Sedran & Berman
Counsellors at Law and Proctors in Admiralty
510 Walnut Street - Suite 500
Philadelphia, PA 19106-3697
Tele: 215-592-1500 - Fax: 215-592-4663
www.lfsblaw.com

CONFIDENTIALITY NOTE: This e-mail message contains information belonging to the law firm of Levin, Fishbein, Sedran & Berman and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please e-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.


**CONFIDENTIALITY NOTICE**
The information in this E-mail message is legally privileged and confidential, and is intended only for the use of the individual(s) named as recipient(s). Unless you are a named recipient of this E-mail, you should not read, distribute, or otherwise use this E-mail, and you should immediately notify the sender by reply email or by calling 214-521-3605. Thank you.