# TAB 3

**Horkovich, Robert M.**

| | |
|---|---|
| **From:** | John W. Perry Jr. <perry@pabmb.com> |
| **Sent:** | Thursday, September 16, 2010 11:35 AM |
| **To:** | Horkovich, Robert M. |
| **Cc:** | BSTECKLE@baronbudd.com |
| **Subject:** | RE: WCI Trust Mediation on Monday |

Let's visit after you speak with Bruce. I had a conference earlier this week with Lutz and the group. They felt the mediation was premature. Rather than cancel, we agreed no insurer is expected to come with settlement authority. It is going to be a working session to lay the foundation to put a deal in place in the near future. Knauf agreed as well. We need to make certain we have no misunderstanding. I think Bruce is OK but confirm that with him when you talk later today.

**From:** Horkovich, Robert M. [mailto:Rhorkovich@andersonkill.com]
**Sent:** Thursday, September 16, 2010 9:50 AM
**To:** John W. Perry Jr.
**Cc:** BSTECKLE@baronbudd.com
**Subject:** Fw: WCI Trust Mediation on Monday


Good morning Mr. Perry:

Bruce and I will be responding to the substance of your e-mail after I speak with him. He is in a deposition presently.

We always saw this as a mediation and always wanted to do whatever we can to move forward as best we can with settlement discussions. We never have accepted the limitations that the insurance companies wish to impose that would limit the utility of this mediation or delay settlement discussions.

Logistically, below is a list of the 20 people who have agreed so far the attend the mediation in person. Pedro Hernandez also will attend in person on behalf of Mid-Continent. Providing a telephone call in will substantially reduce the number of parties attending in person as well as seriously detract from the utility of this mediation and settlement discussion aspect of this session, which is why we scheduled it to begin with.

My office address where the mediation will occur is as follows:

Anderson Kill & Olick, P.C.
25th floor
1600 Market Street
Philadelphia, PA

The closest hotel is a Hyatt.

Bruce and I will be back in touch with the substance of your e-mail as soon as possible.

Thanks for your attention.

Bob

----- Original Message -----
From: Horkovich, Robert M.
To: Horkovich, Robert M.; Hans, Pamela

1

**Horkovich, Robert M.**

| | |
|---|---|
| **From:** | John W. Perry Jr. <perry@pabmb.com> |
| **Sent:** | Saturday, September 18, 2010 3:40 PM |
| **To:** | Horkovich, Robert M. |
| **Cc:** | judgepate@robertcpatelaw.com; BSTECKLE@baronbudd.com; esserman@sbep-law.com; mryan@krupnicklaw.com |
| **Subject:** | RE: List of WCI & Sub-Contractor Insurance Companies Presently Agreeing to Participate At the Mediation in Person |

Very helpful. Thanks so much. I look forward to working with everyone on Monday.

**From:** Horkovich, Robert M. [mailto:Rhorkovich@andersonkill.com]
**Sent:** Friday, September 17, 2010 3:12 PM
**To:** John W. Perry Jr.
**Cc:** judgepate@robertcpatelaw.com; BSTECKLE@baronbudd.com; esserman@sbep-law.com; mryan@krupnicklaw.com
**Subject:** List of WCI & Sub-Contractor Insurance Companies Presently Agreeing to Participate At the Mediation in Person

Dear John:

Here is a composite list of those insurance companies that sold coverage to WCI or to WCI's contractors which presently have agreed to attend the mediation in Philadelphia on Monday in person.

Thanks for your attention.

Bob

----- Original Message -----
From: Gershman, Harris
To: Horkovich, Robert M.
Sent: Fri Sep 17 16:04:30 2010
Subject: Emailing: WCI & Subs Insurers at Mediation

<<WCI & Subs Insurers at Mediation.pdf>>

<<WCI & Subs Insurers at Mediation.pdf>>

This electronic mail transmission may contain privileged, confidential and/or proprietary information intended only for the person(s) named. Any use, distribution, copying or disclosure to another person is strictly prohibited. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email.
************************************************************************** IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used,

Sent: Wed Sep 15 16:41:54 2010
Subject: WCI Trust Mediation on Monday

Here is the current list of those attending the mediation on Monday:

John Perry - MDL Mediator
Judge Robert Pate (WCI Trust)
Sandy Esserman (WCI Trust)
Bruce Steckler (WCI Trust)
Michael Ryan (WCI Trust)
Robert Horkovich (WCI Trust)
Lenny Davis (PSC)
Kerry Miller (Knauf)
Michael Peterson (Banner)
H. Minor Pipes (Ohio Cas./West American)
J. Stephen Berry (Zurich)
Ken Ford (Zurich)
Andrea Cortland (Illinois Union)
Warren Lutz (Chartis/Lexington)
Mike Bahleda (Chartis/Lexington)
Melissa Swabacker (Landmark)
Robert Darroch (FCCI)

This electronic mail transmission may contain privileged, confidential and/or proprietary information intended only for the person(s) named. Any use, distribution, copying or disclosure to another person is strictly prohibited. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email.
************************************************************************ IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed therein.

**Attention:**
The information contained in this message and or attachments is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any system and destroy any copies.

**Thank You.**

# Horkovich, Robert M.

| | |
|---|---|
| **From:** | John W. Perry Jr. <perry@pabmb.com> |
| **Sent:** | Wednesday, October 20, 2010 9:07 PM |
| **To:** | Horkovich, Robert M. |
| **Cc:** | BSTECKLE@baronbudd.com |
| **Subject:** | RE: WCI Trust |

I spoke with Greg Wallance on Monday. Knauf is ready to go. I still feel a preliminary meeting with the three major insurers is the way to go. I will be speaking with Warren about that tomorrow.

**From:** Horkovich, Robert M. [mailto:Rhorkovich@andersonkill.com]
**Sent:** Wednesday, October 20, 2010 8:05 PM
**To:** John W. Perry Jr.
**Cc:** BSTECKLE@baronbudd.com
**Subject:** Re: WCI Trust


Hi John:

I do have concern when the party who owes the money and has no incentive to pay it over short of a judgment after trial in court controls the timing and context of the mediation.

I seriously doubt that there ever will be a time or place Warren wants to meet.

I expect that Warren will request supplemental information forever.

How do we get this back on track?

Bob


----- Original Message -----
From: John W. Perry Jr. <perry@pabmb.com>
To: Horkovich, Robert M.
Cc: BSTECKLE@baronbudd.com <BSTECKLE@baronbudd.com>
Sent: Wed Oct 20 20:56:32 2010
Subject: RE: WCI Trust

I am scheduled to speak with Warren Lutz for that purpose tomorrow. Stay tuned.


From: Horkovich, Robert M. [mailto:Rhorkovich@andersonkill.com]
Sent: Wednesday, October 20, 2010 7:56 PM
To: John W. Perry Jr.
Cc: BSTECKLE@baronbudd.com
Subject: WCI Trust


Hi John:

1

## Horkovich, Robert M.

| | |
|---|---|
| **From:** | Miller, Kerry J. <kmiller@frilot.com> |
| **Sent:** | Sunday, November 07, 2010 2:50 PM |
| **To:** | Horkovich, Robert M.; bsteckler@baronbudd.com; perry@pabmb.com |
| **Cc:** | alevin@lfsblaw.com; RHERMAN@hhkc.com; Gregory Wallance |
| **Subject:** | RE: We need an answer on WCI mediation Weds in NYC, and I don't think Warren Lutz should be driving the boat. He is stalling our efforts!!!! Bruce |

I would like to combine a WCI mediation with one involving the same carriers and their CDW exposure beyond WCI. I've previously discussed this with Russ, Arnie and John Perry. I've also discussed this with Warren Lutz, Steven Berry (Zurich) and Ron Kammer (Mid-Continent and Grenada) who tell me they are interested in such a session. This more global meeting may give Lutz and other carriers the appropriate motivation to come to a mediation with settlement authority, which will be a condition precedent to attendance; Judge Fallon will issue a mediation order requiring same. I've been loosely targeting the first week of December for this session.

**From:** Horkovich, Robert M. [mailto:Rhorkovich@andersonkill.com]
**Sent:** Saturday, November 06, 2010 10:50 PM
**To:** Miller, Kerry J.; bsteckler@baronbudd.com; perry@pabmb.com
**Cc:** alevin@lfsblaw.com; RHERMAN@hhkc.com
**Subject:** Re: We need an answer on WCI mediation Weds in NYC, and I don't think Warren Lutz should be driving the boat. He is stalling our efforts!!!! Bruce

Kerry:

What dates in the next few weeks are you available?

Thanks.

Bob

----- Original Message -----
From: Horkovich, Robert M.
To: 'kmiller@frilot.com' <kmiller@frilot.com>; 'bsteckler@baronbudd.com' <bsteckler@baronbudd.com>; 'perry@pabmb.com' <perry@pabmb.com>
Cc: 'alevin@lfsblaw.com' <alevin@lfsblaw.com>; 'RHERMAN@hhkc.com' <RHERMAN@hhkc.com>
Sent: Sat Nov 06 12:07:24 2010
Subject: Re: We need an answer on WCI mediation Weds in NYC, and I don't think Warren Lutz should be driving the boat. He is stalling our efforts!!!! Bruce

Kerry

When can you do it if not on 11/11?

Bob

----- Original Message -----
From: Miller, Kerry J. <kmiller@frilot.com>
To: bsteckler@baronbudd.com <bsteckler@baronbudd.com>; perry@pabmb.com <perry@pabmb.com>

1

Cc: Horkovich, Robert M.; alevin@lfsblaw.com <alevin@lfsblaw.com>; RHERMAN@hhkc.com <RHERMAN@hhkc.com>
Sent: Sat Nov 06 11:56:09 2010
Subject: Re: We need an answer on WCI mediation Weds in NYC, and I don't think Warren Lutz should be driving the boat. He is stalling our efforts!!!! Bruce

Bruce- I'm copying Greg Wallance on this reply and am asking him to weigh in. Greg, the issue is going forward with another WCI round on Nov 11 probably without Chartis present. The mediation would be in NYC-I have a conflict on the 11th.

---

From: Bruce Steckler <bsteckler@baronbudd.com>
To: John W. Perry Jr. <perry@pabmb.com>
Cc: Bruce Steckler <bsteckler@baronbudd.com>; rhorkovich@andersonkill.com <rhorkovich@andersonkill.com>; Miller, Kerry J.; alevin@lfsblaw.com <alevin@lfsblaw.com>; RHERMAN@hhkc.com <RHERMAN@hhkc.com>
Sent: Sat Nov 06 10:07:38 2010
Subject: Re: We need an answer on WCI mediation Weds in NYC, and I don't think Warren Lutz should be driving the boat. He is stalling our efforts!!!! Bruce


Kerry: if this will work, Bob will send out a request today. I think that the other carriers will be interested. B

Sent from my iPad

On Nov 6, 2010, at 8:25 AM, "John W. Perry Jr." <perry@pabmb.com> wrote:


I am out of town on the 11th but Rick Kingrea (who has been fully briefed) can be available. My daughter is being awarded her doctorate degree on Wed. and I won't have a bride if I cancel.

I am not aware that the insurers will attend but perhaps Bob can send out an e-mail to the entire group and see what we get back.

-----Original Message-----
From: Bruce Steckler [ <mailto:bsteckler@baronbudd.com> mailto:bsteckler@baronbudd.com]
Sent: Friday, November 05, 2010 6:34 PM
To: John W. Perry Jr.
Cc: rhorkovich@andersonkill.com; kmiller@frilot.com; alevin@lfsblaw.com; <mailto:RHERMAN@hhkc.com> RHERMAN@hhkc.com
Subject: We need an answer on WCI mediation Weds in NYC, and I don't think Warren Lutz should be driving the boat. He is stalling our efforts!!!! Bruce
Importance: High


---

Sent from my BlackBerry Wireless Device
CONFIDENTIALITY NOTICE
The information in this E-mail message is legally privileged and confidential, and is intended only for the use of the individual(s) named as recipient(s). Unless you are a named recipient of this E-mail, you should not read, distribute, or otherwise use this E-mail, and you should immediately notify the sender by reply email or by calling 214-521-3605. Thank you.
################################################################################
Attention:
The information contained in this message and or attachments is intended
only for the person or entity to which it is addressed and may contain
confidential and/or privileged material. Any review, retransmission,
dissemination or other use of, or taking of any action in reliance upon,
this information by persons or entities other than the intended recipient
is prohibited. If you received this in error, please contact the sender and
delete the material from any system and destroy any copies.

Thank You.
################################################################################

2

## Horkovich, Robert M.

**From:** Miller, Kerry J. <kmiller@frilot.com>
**Sent:** Thursday, August 19, 2010 2:32 PM
**To:** bsteckler@baronbudd.com; Mike Peterson
**Cc:** Horkovich, Robert M.; jcoakley@baronbudd.com
**Subject:** Re: WCI Mediation

Bruce- Ok by me as long as we will have the CGL carriers in attendance.

---

**From:** Bruce Steckler <bsteckler@baronbudd.com>
**To:** Miller, Kerry J.; Mike Peterson
**Cc:** rhorkovich@andersonkill.com <rhorkovich@andersonkill.com>; Judy Coakley <jcoakley@baronbudd.com>
**Sent:** Thu Aug 19 12:00:42 2010
**Subject:** WCI Mediation

Kerry and Mike:
   We have received complaints from the carriers counsel that the WCI mediation is scheduled for September 9-11, which falls on Rosh Hashanah. I have consulted with John Perry and Francis McGovern http://www.law.duke.edu/fac/mcgovern, who is probably one of the most well respected mediators in the country, and there are two options: John Perry- he can fly in Sept 19 and start Sept 20th, and Francis McGovern September 21 and 22. we can schedule in a convenient central location. Please let me know a response ASAP, so we can set up the mediation with all the carriers. Thanks, Bruce


## CONFIDENTIALITY NOTICE

The information in this E-mail message is legally privileged and confidential, and is intended only for the use of the individual(s) named as recipient(s). Unless you are a named recipient of this E-mail, you should not read, distribute, or otherwise use this E-mail, and you should immediately notify the sender by reply email or by calling 214-521-3605. Thank you.

1

## Horkovich, Robert M.

**From:** Wallance, Gregory <GWallance@kayescholer.com>
**Sent:** Monday, December 06, 2010 8:55 AM
**To:** Horkovich, Robert M.
**Subject:** WCI

Kerry asked me to attend today's mediation on behalf of KPT -- I will not be able to get there before ten. What floor should I go to?

\* \* \* \*

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with Treasury Department regulations, we inform you that any U.S. federal tax advice contained in this correspondence (including any attachments) is not intended or written to be used, and cannot be used for the purpose of (i) avoiding penalties that may be imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

1

## Horkovich, Robert M.

| | |
|---|---|
| **From:** | Miller, Kerry J. <kmiller@frilot.com> |
| **Sent:** | Thursday, July 15, 2010 12:17 AM |
| **To:** | bsteckler@baronbudd.com; mpeterson@petersonespino.com |
| **Cc:** | judgepate@robertcpatelaw.com; mryan@krupnicklaw.com; Horkovich, Robert M. |
| **Subject:** | Re: WCI Trust mediation |

Bruce- On behalf of KPT, we are fine with either mediator and the last week of August or early Sept work best for us.

Our main concern and precondition to confirming KPT's attendance at mediation is participation of a significant number of the CGL carriers. As for location, we are flexible.

Please keep us posted on insurer participation commitments.

Kerry

---

**From:** Bruce Steckler <bsteckler@baronbudd.com>
**To:** mpeterson@petersonespino.com <mpeterson@petersonespino.com>; Miller, Kerry J.
**Cc:** judgepate@robertcpatelaw.com <judgepate@robertcpatelaw.com>; mryan@krupnicklaw.com <mryan@krupnicklaw.com>; rhorkovich@andersonkill.com <rhorkovich@andersonkill.com>
**Sent:** Wed Jul 14 16:12:25 2010
**Subject:** WCI Trust mediation

Kerry and Mike:

On behalf of my client the WCI Chinese Drywall ("CDW") Trust, I appreciate your willingness to mediate the WCI CDW cases in a global mediation. Both Mike Ryan and I have been retained by the WCI CDW Trustee Judge Robert Pate to represent the Trust in actions on behalf of WCI. Robert Horkovich with the law firm of Anderson Kill has been retained by the Trustee to represent the Trust in its actions against WCI's carriers. Mike Ryan and I are trying to get the major Defendants to participate and are pleased that your clients, Knauf-"KPT" and Banner supply, are willing to participate in this mediation.

**We are attempting to set up the WCI CDW mediation in the last two weeks of August or first week of September.**

Bob Horkovich will be reaching out to all the CGL carriers that the WCI CDW Trust has sued and request that they be in attendance at the mediation. I would like to include Taishan in this mediation, but am unsure of their position in the litigation. I would appreciate your thoughts.

We suggest two possible mediators: David Geronemus or John Perry. David Geronemus is with JAMS in NY and has extensive insurance experience (http://www.jamsadr.com/geronemus/) and John Perry has been appointed by Judge Fallon to assist in mediating the CDW cases in the MDL (http://www.pabmb.com/Bio/JohnPerry.asp). We think that you will find both choices reasonable and acceptable.

To have a productive mediation, we may need to go to a remote location for 3 to 4 days to address some of the complexities associated with this case. Please let me know your thoughts on both issues ASAP and I will to set this up.

Yours, Bruce W. Steckler

1

**Horkovich, Robert M.**

| | |
|---|---|
| **From:** | Bruce Steckler <bsteckler@baronbudd.com> |
| **Sent:** | Saturday, September 11, 2010 12:30 PM |
| **To:** | Horkovich, Robert M. |
| **Subject:** | Re: WCI Trust Mediation Dates |

Banner's General counsel is attending. We can accomodate start time, if necessary

Sent from my BlackBerry Wireless Device

---

**From:** Horkovich, Robert M. <Rhorkovich@andersonkill.com>
**To:** Bruce Steckler
**Sent:** Sat Sep 11 11:27:13 2010
**Subject:** Re: WCI Trust Mediation Dates

Do you want me to or do you want to?

We can start later than 9 am. Philly is just an hour from NY.

----- Original Message -----
From: Bruce Steckler <bsteckler@baronbudd.com>
To: Horkovich, Robert M.
Sent: Sat Sep 11 12:02:58 2010
Subject: Re: WCI Trust Mediation Dates

Call their in-house atty

Sent from my BlackBerry Wireless Device

---

From: Horkovich, Robert M. <Rhorkovich@andersonkill.com>
To: Bruce Steckler
Sent: Sat Sep 11 11:00:44 2010
Subject: Re: WCI Trust Mediation Dates

What do we have to do to get them back on board?

----- Original Message -----
From: Bruce Steckler <bsteckler@baronbudd.com>
To: Horkovich, Robert M.
Sent: Sat Sep 11 11:59:53 2010
Subject: Re: WCI Trust Mediation Dates

Banner

Sent from my BlackBerry Wireless Device

1

## Horkovich, Robert M.

**From:** Bruce Steckler <BSTECKLE@baronbudd.com>
**Sent:** Tuesday, April 19, 2011 12:16 PM
**To:** Horkovich, Robert M.
**Subject:** Fw: CDW - Insurance Meeting Telephone Conference

See below. I want you at this mtg on May 10th
---------------------------
Sent from my BlackBerry Wireless Device

**From:** Miller, Kerry J. [mailto:kmiller@frilot.com]
**Sent:** Monday, April 18, 2011 05:05 PM
**To:** Pipes, Minor <mpipes@barrassousdin.com>; hugh@lambertandnelson.com <hugh@lambertandnelson.com>; Judy Barrasso <jbarrasso@barrassousdin.com>; cpeterson@lambertandnelson.com <cpeterson@lambertandnelson.com>; Rocky Alaniz; Bruce Steckler
**Cc:** LDAVIS@hhkc.com <LDAVIS@hhkc.com>
**Subject:** Re: CDW - Insurance Meeting Telephone Conference

I agree to go forward on the 10th, get dates from John and reconvene when he is available.

**From:** H. Minor Pipes <mpipes@barrassousdin.com>
**To:** Miller, Kerry J.; hugh@lambertandnelson.com <hugh@lambertandnelson.com>; Judy Barrasso; cpeterson@lambertandnelson.com <cpeterson@lambertandnelson.com>; ralaniz@baronbudd.com <ralaniz@baronbudd.com>; BSTECKLE@baronbudd.com <BSTECKLE@baronbudd.com>
**Cc:** Lenny Davis <LDAVIS@hhkc.com>
**Sent:** Mon Apr 18 17:01:04 2011
**Subject:** RE: CDW - Insurance Meeting Telephone Conference

As requested I asked John Perry if he was available to meet with us for a mediation discussion on May 10th. Here is the email response I got:

```
Minor, I talked with John Perry about the May 10 proposed date for the CDW
case.  Unfortunately, he already has a huge deal/case going that day.  It is
going to be impossible for him to help you all out in New Orleans.  John told me
that Rick Kingrea is also working on the CDW cases and is available on May 10.

I'll need a case reference and list of the attorneys participating so we can mail
a confirmation letter.  Do you want to start at 9:30 a.m. at Barrasso?
```

As we discussed, I told his assistant we would rather wait on John. I suggest we go forward with the roundtable set for May 10yth without John and we can add him for our next meeting. Does everyone agree? If so, we are set to meet at my office on 5/10 starting at 10:30.

H. Minor Pipes, III
Barrasso Usdin Kupperman Freeman & Sarver, L.L.C.
909 Poydras St., Suite 2400
New Orleans, LA 70112

1

## Horkovich, Robert M.

| | |
|---|---|
| **From:** | Bruce Steckler <BSTECKLE@baronbudd.com> |
| **Sent:** | Wednesday, May 04, 2011 6:45 AM |
| **To:** | Horkovich, Robert M. |
| **Subject:** | Re: CDW - Insurance Meeting Telephone Conference |

Settlement meeting, but it is a framework for a global deal and then we will get a mediator. You should have some role or send Anna in my opinion.

---

Sent from my BlackBerry Wireless Device

**From**: Horkovich, Robert M. [mailto:Rhorkovich@andersonkill.com]
**Sent**: Tuesday, May 03, 2011 10:19 PM
**To**: Bruce Steckler
**Subject**: Fw: CDW - Insurance Meeting Telephone Conference

Is this a settlement mediation (which would be worthless to us right now) or a discussion regarding the motions the insurance companies have brought?

----- Original Message -----
From: Bruce Steckler <BSTECKLE@baronbudd.com>
To: Scott Weinstein <SWeinstein@ForThePeople.com>; Horkovich, Robert M.
Sent: Mon May 02 16:51:04 2011
Subject: FW: CDW - Insurance Meeting Telephone Conference

Fyi below

From: H. Minor Pipes [mailto:mpipes@barrassousdin.com]
Sent: Monday, May 02, 2011 3:37 PM
To: Miller, Kerry J.; Bruce Steckler; hugh@lambertandnelson.com; Judy Barrasso; cpeterson@lambertandnelson.com; Rocky Alaniz
Cc: LDAVIS@hhkc.com
Subject: RE: CDW - Insurance Meeting Telephone Conference

We are. Are we meeting at 10 or 10:30? I believe Ron is coming but will confirm this week. I understand Knauf and the PSC will be making a proposal at the meeting on a structure to resolve the Knauf cases. Is that something we can get in advance or will it be simply presented at the meeting.

H. Minor Pipes, III

Barrasso Usdin Kupperman Freeman & Sarver, L.L.C.

909 Poydras St., Suite 2400

New Orleans, LA 70112

1