# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

### MOTION FOR LEAVE TO FILE HERMAN, HERMAN & KATZ, LLC'S/ RUSS M. HERMAN, PLAINTIFFS' LIAISON COUNSEL'S OBJECTION TO THE SPECIAL MASTER'S RECOMMENDATIONS CONCERNING THE ALLOCATION OF COMMON BENEFIT FEES AND REIMBURSEMENT OF SHARED EXPENSES AND HELD COSTS UNDER SEAL

NOW COME Herman, Herman & Katz, LLC and Russ M. Herman, Plaintiffs' Liaison Counsel, who respectfully submit that their Objection to the Special Master's Recommendations Concerning the Allocation of Common Benefit Fees and Reimbursement of Shared Expenses and Held Costs contains and/or refers to information that is confidential.  Accordingly, movers request leave of court to file the attached Herman, Herman & Katz, LLC's/Russ M. Herman, Plaintiffs' Liaison Counsel's Objection to the Special Master's Recommendations Concerning the Allocation of Common Benefit Fees and Reimbursement of Shared Expenses and Held Costs UNDER SEAL in its entirety.

WHEREFORE movers pray that this motion be granted and the attached Herman, Herman & Katz, LLC's/Russ M. Herman, Plaintiffs' Liaison Counsel's Objection to the Special Master's Recommendations Concerning the Allocation of Common Benefit Fees and Reimbursement of Shared Expenses and Held Costs be filed UNDER SEAL in its entirety.

Dated:  January 4, 2019

Respectfully Submitted,

By: /s/ Leonard A. Davis
Russ M. Herman (La Bar No. 6819)
Leonard A. Davis (La Bar No. 14190)
Stephen J. Herman (La Bar No. 23129)
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
RHerman@hhklawfim.com
*Plaintiffs' Liaison Counsel MDL 2047*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, which will serve a notice of the uploading in accordance with the procedures established in MDL 2047, on this 4th day of January, 2019.

                                           <u>/s/ Leonard A. Davis</u>
                                           Leonard A. Davis
                                           HERMAN, HERMAN & KATZ, LLC
                                           820 O'Keefe Avenue
                                           New Orleans, Louisiana 70113
                                           Phone: (504) 581-4892
                                           Fax: (504) 561-6024
                                           Ldavis@hhklawfirm.com
                                           Plaintiffs' Liaison Counsel
                                           MDL 2047