**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**HERMAN, HERMAN & KATZ, LLC'S/ RUSS M. HERMAN, PLAINTIFFS' LIAISON COUNSEL'S OBJECTION TO THE SPECIAL MASTER'S RECOMMENDATIONS CONCERNING THE ALLOCATION OF COMMON BENEFIT <u>FEES AND REIMBURSEMENT OF SHARED EXPENSES AND HELD COSTS</u>**

# FILED UNDER SEAL