**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| *IN RE:* **CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | : MDL No. 2047 :  :  : SECTION: L : JUDGE FALLON |
| **THIS DOCUMENT RELATES TO:** **ALL ACTIONS** | : MAG. JUDGE WILKINSON :  :  : |
| ……………………………………………………………… | : |

**OBJECTION TO DECEMBER 4, 2018 RECOMMENDATION OF SPECIAL MASTER CONCERNING ALLOCATION OF COMMON BENEFIT FEES BY VM DIAZ AND PARTNERS, LLC**

# FILED UNDER SEAL

1

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| *IN RE:* **CHINESE-MANUFACTURED DRYWALL** **PRODUCTS LIABILITY LITIGATION** | : MDL No. 2047 : : : : SECTION: L : JUDGE FALLON |
| **THIS DOCUMENT RELATES TO:** **ALL ACTIONS** | : MAG. JUDGE WILKINSON : : : : |
| ……………………………………………………………… | : |

<u>**EXHIBIT "A" TO OBJECTION TO DECEMBER 4, 2018 RECOMMENDATION OF SPECIAL MASTER CONCERNING ALLOCATION OF COMMON BENEFIT FEES BY VM DIAZ AND PARTNERS, LLC**</u>

# FILED UNDER SEAL

2

*IN RE:* **CHINESE-MANUFACTURED DRYWALL**    **: MDL No. 2047**
**PRODUCTS LIABILITY LITIGATION**    **:**
   **:**
   **: SECTION: L**
   **: JUDGE FALLON**
**THIS DOCUMENT RELATES TO:**    **: MAG. JUDGE WILKINSON**
**ALL ACTIONS**    **:**
   **:**
   **:**
………………………………………………………………    **:**

**EXHIBIT "B" TO OBJECTION TO DECEMBER 4, 2018 RECOMMENDATION OF SPECIAL MASTER CONCERNING ALLOCATION OF COMMON BENEFIT FEES BY VM DIAZ AND PARTNERS, LLC**

# FILED UNDER SEAL

3