UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: *ALL CASES* | JUDGE FALLON MAGISTRATE JUDGE WILKINSON |

**************************************************************************

### THE LAMBERT FIRM, PLC'S MOTION FOR LEAVE TO FILE ITS OBJECTIONS TO THE SPECIAL MASTER'S RECOMMENDATIONS UNDER SEAL

The Lambert Firm, PLC hereby moves to have its entire Objection to the Special Master's Recommendations Concerning the Allocation of Common Benefit Fees and Reimbursement of Share Expenses and Held Costs, which contains references previously ordered by this Honorable Court not to be publicly disclosed, filed UNDER SEAL.

WHEREFORE, The Lambert Firm, PLC. submits that the Court should GRANT its motion and issue an Order providing leave to file its Objection to the Special Master's Recommendations Concerning the Allocation of Common Benefit Fees and Reimbursement of Shared Expenses and Held Costs, UNDER SEAL, based on the fact that some of the documents being referred to in undersigned law firm's Objection were not publicly filed based on prior Orders of this Honorable Court.

Dated: January 4, 2019

Respectfully,

*/s/ Hugh P. Lambert*
HUGH P. LAMBERT, T.A. (LA Bar #7933)
The Lambert Firm, PLC
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 4th day of January, 2019, a true copy of the foregoing has been served upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

*/s/ Hugh P. Lambert*