**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br><br>*Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, Case No. 11-cv-080 (E.D. La.)<br><br>*Almeroth, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, Case No. 12-cv-498 (E.D. La.)<br><br>*Amato, et al. v. Liberty Mutual Insurance Company*, Case No. 10-cv-932 (E.D. La.)<br><br>*Germano, et al. v. Taishan Gypsum Co., Ltd., et al.*, Case No. 09-cv-6687 (E.D. La.)<br><br>*Gross, et al. v. Knauf Gips, KG, et al.*, Case No. 09-cv-6690 (E.D. La.)<br><br>*Haya, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, Case No. 11-cv-1077 (E.D. La.)<br><br>*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*, Case No. 10-cv-361 (E.D. La.) | |

## ORDER

Class Counsel have moved for an Award of Attorneys' Fees and Reimbursement of Expenses in the Settlement of Assigned Claims in MDL No. 2047 on Behalf of the Porter-Blaine/Venture Supply Class Regarding Claims Assigned to the Class by the Porter-Blaine/Venture Supply Participating Defendants and Participating Insurers Against Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co., Ltd.   As the motion is well supported,

the Court hereby ORDERS that the motion is GRANTED.

The Court finds that Section 13.6 of the Assigned Claims Settlement provides that Class Counsel, common benefit attorneys and privately retained attorneys for all Class Members were entitled to petition the Court for attorney's fees totaling in the aggregate up to 32% of the Settlement Funds, and reimbursement of reasonable expenses, excluding the cost of notice.

The Court further finds that 32% of the Settlement Funds or $633,129.09, is the appropriate award of attorney's fees considering all the *Johnson* factors, in particular the results obtained.

The Court further finds that 2% of the Settlement Amount or $39,570.57, which was reasonably withheld from the Settlement Amount so that reimbursement of expenses incurred could be paid, should now be awarded to Class Counsel.

At a later date, the allocation of the attorney fee fund between and amongst common benefit counsel and individually retained counsel will be decided.  Until such time, the funds shall remain in the Court registry.

New Orleans, Louisiana on this   day of        2019.


_____
**Eldon E. Fallon**
**U.S. District Court Judge**