UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: *Amorin, et al v. Taishan Gypsum Co., Ltd., et al* Case No. 11-cv-1395 | JUDGE FALLON MAG. JUDGE WILKINSON |

**JOINT MOTION TO DISMISS DEFENDANT
ORIENT INTERNATIONAL HOLDING SHANGHAI FOREIGN TRADE CO., LTD.**

**NOW INTO COURT,** through their respective counsel, come Plaintiffs and Defendant, Orient International Holding Shanghai Foreign Trade Co., Ltd., who respectfully submit that Plaintiffs have agreed to voluntarily dismiss their claims against Defendant, Orient International Holding Shanghai Foreign Trade Co., Ltd. **with prejudice** from their Class Action Complaint. Defendant, Orient International Holding Shanghai Foreign Trade Co., Ltd., joins in the request that all of Plaintiff's claims against it be dismissed with prejudice.

Respectfully submitted:

*/S/ Russ M. Herman*
RUSS M. HERMAN (#6819)
LEONARD A. DAVIS (#14190)
**Herman, Herman & Katz, L.L.C**
82 O'Keefe Avenue
New Orleans, LA 70113
Telephone: 504-581-4892
Facsimile: 504-561-6024
RHerman@hhklawfirm.com
*PLAINTIFFS' LIAISON COUNSEL MDL 2047*

1

        */S/ Bruce A. Cranner*
        BRUCE A. CRANNER (#1796)
        RYAN G. DAVIS (#29138)
        **TALLEY, ANTHONY, HUGHES & KNIGHT, L.L.C.**
        2250 7TH Street
        Mandeville, LA 70471
        Telephone: 985-624-5010
        Facsimile: 985-624-5306
        bcranner@talleyanthony.com
        ryan.davis@talleyanthony.com

        -and-

        DAVID S. OSERTMAN
        DANIEL MEE
        902 Carnegie Center, Ste. 100
        Princeton, NJ 08540
        Telephone: (609) 986-1310
        Facsimile: (609) 986-1301
        dosterman@goldbergsegalla.com
        dmee@goldbergsegalla.com

        *ATTORNEYS FOR ORIENTAL INTERNATIONAL*
        *HOLDING SHANGHAI FOREIGN TRADE CO.*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have on this 7th day of January, 2019, electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

        */S/ Bruce A. Cranner*