UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL          MDL NO. 2047
PRODUCTS LIABILITY LITIGATION

SECTION: L

THIS DOCUMENT RELATES TO:                    JUDGE FALLON
*Amorin, et al v. Taishan Gypsum Co., Ltd., et al*   MAG. JUDGE WILKINSON
     *Case No. 11-cv-1395*

---

## ORDER

---

Considering the Joint Motion to Dismiss Orient International Holding Shanghai Foreign

Trade Co., Ltd., filed jointly by Plaintiffs and Defendant, Orient International Holding Shanghai

Foreign Trade Co., Ltd., the Court enters the following Order:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiffs claims

against Orient International Holding Shanghai Foreign Trade Co., Ltd. be and they are hereby

dismissed **with prejudice** from the Class Action Complaint.

Respectfully submitted:

*/S/ Russ M. Herman*
RUSS M. HERMAN (#6819)
LEONARD A. DAVIS (#14190)
**Herman, Herman & Katz, L.L.C**
82 O'Keefe Avenue
New Orleans, LA 70113
Telephone:  504-581-4892
Facsimile:  504-561-6024
RHerman@hhklawfirm.com
*PLAINTIFFS' LIAISON COUNSEL MDL 2047*

*/S/ Bruce A. Cranner*
BRUCE A. CRANNER (#1796)
RYAN G. DAVIS (#29138)
**TALLEY, ANTHONY, HUGHES & KNIGHT, L.L.C.**
2250 7TH Street
Mandeville, LA 70471
Telephone:  985-624-5010
Facsimile:  985-624-5306
bcranner@talleyanthony.com
ryan.davis@talleyanthony.com

-and-

DAVID S. OSERTMAN
DANIEL MEE
902 Carnegie Center, Ste. 100
Princeton, NJ 08540
Telephone: (609) 986-1310
Facsimile: (609) 986-1301
dosterman@goldbergsegalla.com
dmee@goldbergsegalla.com

*ATTORNEYS FOR ORIENTAL INTERNATIONAL*
*HOLDING SHANGHAI FOREIGN TRADE CO.*

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 7th day of January, 2019 electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

*/S/ Bruce A. Cranner*