## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 DRYWALL  SECTION: L |
| THIS DOCUMENT RELATES TO | * * | JUDGE FALLON |
| ALL CASES | * | MAGISTRATE WILKINSON |

## MOTION FOR LEAVE TO FILE LEMMON LAW FIRM, LLC'S OBJECTION TO THE SPECIAL MASTER'S RECOMMENDATIONS CONCERNING THE ALLOCATION OF COMMON BENEFIT FEES AND REIMBURSEMENT OF SHARED EXPENSES AND HELD COSTS UNDER SEAL

NOW INTO COURT, through undersigned counsel, comes Lemmon Law Firm, LLC, who respectfully submit that their Objection to Special Master's Recommendations Concerning the Allocation of Common Benefit Fees and Reimbursement of Shared Expenses and Held Costs be filed under seal inasmuch as they contain confidential information. Accordingly, mover requests leave of court to file the attached Lemmon Law Firm, LLC's Objection to the Special Master's Recommendations Concerning the Allocation of Common Benefit Fees and Reimbursement of Shared Expenses and Held Costs Under Seal in its entirety.

Dated: January 4, 2019

Respectfully submitted
/s/ Andrew A. Lemmon
ANDREW A. LEMMON (#18302)
LEMMON LAW FIRM, LLC
P.O. Box 904
HAHNVILLE, LOUISIANA 70057
(985) 783-6789 Telephone

                (985) 783-1333 Facsimile
                andrew@lemmonlawfirm.com

## **CERTIFICATE OF SERVICE**

I certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail e-mail and upon all parties by electronically uploading the same to LexisNexis File and Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 in this 4th day of January, 2019.

                /s/ Andrew A. Lemmon
                ANDREW A. LEMMON