**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 DRYWALL SECTION: L |
| THIS DOCUMENT RELATES TO | * * | JUDGE FALLON |
| *ALL CASES* | * | MAGISTRATE WILKINSON |

**LEMMON LAW FIRM, LLC'S OBJECTION TO SPECIAL MASTER'S RECOMMENDATIONS CONCERNING THE ALLOCATION OF COMMON BENEFIT FEES AND REIMBURSEMENT OF SHARED EXPENSES AND HELD COSTS**

# FILED UNDER SEAL