UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL NO. 2047  SECTION:  L  JUDGE FALLON  MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: ALL CASES | | |

<u>GARY, NAEGELE & THEADO, LLC'S
MOTION FOR LEAVE TO FILE, *INSTANTER*,
OBJECTIONS TO THE SPECIAL MASTER'S RECOMMENDATIONS
CONCERNING THE ALLOCATION OF COMMON BENEFIT FEES</u>

NOW COMES Gary, Naegele & Theado, LLC ("GNT"), who respectfully submits that on December 4, 2018 the Special Master filed his Report and Recommendations [Doc. 21945], and that on December 14, 2018, the Court issued an Order [Doc. 21967] setting a briefing deadline of January 4, 2018 at 5:00 p.m. for any objections to the Special Master's Recommendation.

GNT respectfully requests leave of court to file, *instanter*, the attached Objections to the Special Master's Recommendations Concerning the Allocation of Common Benefit Fees, in light of the fact that statements contained within the filings of various Objectors to the Special Master's Recommendations, which GNT did not have time to adequately review and respond to until after the filing deadline had passed, substantiate the argument which GNT has made in each of its Objections to the Fee Committee, to the Court, and to the Special Master -- that work done by the originating attorney is to be considered common benefit work even if it is done prior to the formation of the MDL; that the originating attorney is in a unique position, and all initial work investigating and determining the underlying facts central to the case is a common benefit for all; and that GNT is entitled to be paid for its pre-MDL work, both factually and legally.

For the foregoing reasons, GNT respectfully requests that this Motion be GRANTED and that the attached Objections be filed forthwith.

Dated:  January 7, 2019

Respectfully submitted,

*/s/ Robert D. Gary*
Robert D. Gary (0019610)
*/s/ Jori Bloom Naegele*
Jori Bloom Naegele (0019602)
Gary, Naegele & Theado, LLC
Common Benefit Attorneys
Duane Building
401 Broadway, Unit 104
Lorain, OH  44052
Phone:  (440) 244-4809
Fax:  (440) 244-3462
rdgary@gmail.com
jbnaegele@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing – *Gary, Naegele & Theado, LLC's Motion for Leave to File, Instanter, Objections to the Special Master's Recommendations Concerning the Allocation of Common Benefit Fees* – has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by email and upon all other parties by electronically uploading the same to File & ServeXpress f/k/a LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

Dated:  January 7, 2019

*/s/ Robert D. Gary*
Robert D. Gary (0019610)
*/s/ Jori Bloom Naegele*
Jori Bloom Naegele (0019602)
Gary, Naegele & Theado, LLC
Common Benefit Attorneys