UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2047 |
| _____ | : : | SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES | : : : | JUDGE FALLON |
| _____ | : : | MAG. JUDGE WILKINSON |

GARY, NAEGELE & THEADO, LLC'S
PROPOSED ORDER ON
MOTION FOR LEAVE TO FILE, *INSTANTER*,
OBJECTIONS TO THE SPECIAL MASTER'S RECOMMENDATIONS
CONCERNING THE ALLOCATION OF COMMON BENEFIT FEES

CONSIDERING the Motion for Leave to File, *Instanter*, Gary, Naegele & Theado, LLC's Objections to the Special Master's Recommendations Concerning the Allocation of Common Benefit Fees;

IT IS HEREBY ORDERED BY THE COURT that the Motion be GRANTED and that the attached Objections to the Special Master's Recommendations Concerning the Allocation of Common Benefit Fees be and is hereby filed.

New Orleans, Louisiana, this _____ day of _____, 2019.

_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE