## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY                    MDL No. 2047
LITIGATION

                                                  SECTION: L

THIS DOCUMENT RELATES TO:                    JUDGE FALLON
*ALL CASES*                                  MAG. JUDGE WILKINSON

*************************************************************************

## PROPOSED ORDER

Considering the Becnel Law Firm's Motion for Leave to File its Objection to the Special Master's Recommendation in its entirety, under seal;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the Becnel Law Firm's Objection to the Special Master's Recommendation is hereby FILED UNDER SEAL in its entirety.

New Orleans, Louisiana, this __7th__ day of _____January_____, 2019.

                                                       _____
                                                       Honorable Eldon E. Fallon