# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| *IN RE:* **CHINESE-MANUFACTURED DRWALL PRODUCTS LIABILITY LITIGATION** | : MDL No. 2047 <br> : <br> : <br> : **SECTION: L** <br> : **JUDGE FALLON** |
| **THIS DOCUMENT RELATES TO:** <br> **ALL ACTIONS** | : **MAG. JUDGE WILKINSON** <br> : <br> : <br> : |
| …………………………………………………………… | : |

## PROPOSED ORDER

Considering VM Diaz and Partners, LLC's Motion for Leave to File its Objection to the Special Master's Recommendation in its entirety, under seal;

IT IS ORDERED BY THE COURT that the Motion is GRANTED and VM Diaz and Partners, LLC's Objection to the Special Master's Recommendation is hereby FILED UNDER SEAL in its entirety.

New Orleans, Louisiana, this __7th__ day of _____January_____, 2019.

_____
**ELDON E. FALLON**
United States District Judge