# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *ALL CASES* | MAG. JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

**MAY IT PLEASE THE COURT:**

CONSIDERING the Motion of The Steckler Law Firm and Baron & Budd, P.C. for Leave to file their Objection Under Seal;

IT IS ORDERED BY THE COURT that the motion is granted and the attached **Objections to the Special Master's Recommendations Concerning the Allocation of Common Benefit Fees and the Reimbursement of Shared Expenses and Held Costs** be and are hereby filed UNDER SEAL.

New Orleans, Louisiana, this 7th day of January, 2019.

_____
Eldon E. Fallon
United States District Court Judge