**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED | : | **MDL NO. 2047** |
| **DRYWALL PRODUCTS LIABILITY** | : | **SECTION: L** |
| **LITIGATION** | : | **JUDGE FALLON** |
| _____: | | **MAG. JUDGE WILKINSON** |
| | : | |
| **THIS DOCUMENT RELATES TO:** | : | |
| *ALL CASES* | : | |
| _____: | | |

**ORDER**

Considering the Motion of KRUPNICK CAMPBELL MALONE ET AL.'s for Leave to

File their Objection to Special Master Recommendation Concerning the Allocation of Common

Benefit Fees and the Reimbursement of Shared Expenses and Held Costs [D.E. 21945] Under

Seal;

IT IS ORDERED BY THE COURT that the Motion is granted and the Objection in its

entirety shall be filed UNDER SEAL until further Order of this Court.

New Orleans, Louisiana, this __7th___ day of _____January_____, 2019.


Eldon E. Fallon
United States District Court Judge