UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**O R D E R**

Considering the Motion for Leave to File Herman, Herman & Katz, LLC's/Russ M. Herman, Plaintiffs' Liaison Counsel's Objection to the Special Master's Recommendations Concerning the Allocation of Common Benefit Fees and Reimbursement of Shared Expenses and Held Costs Under Seal;

IT IS ORDERED BY THE COURT that the motion be granted and the attached Herman, Herman & Katz, LLC's/Russ M. Herman, Plaintiffs' Liaison Counsel's Objection to the Special Master's Recommendations Concerning the Allocation of Common Benefit Fees and Reimbursement of Shared Expenses and Held Costs be and is hereby filed UNDER SEAL.

New Orleans, Louisiana, this   7th   day of _____January_____, 2019.

_____
Eldon E. Fallon
United States District Court Judge