**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: *ALL CASES* | JUDGE FALLON MAGISTRATE JUDGE WILKINSON |

*************************************************************************

## ORDER

Considering The Lambert Firm, PLC's Motion for Leave to File its Objection to the Special Master's Recommendation under seal;

IT IS ORDERED BY THE COURT that the Motion is GRANTED and The Lambert Firm, PLC's Objection to the Special Master's Recommendation is hereby FILED UNDER SEAL.

New Orleans, Louisiana, this _ 7th _ day of _____January_____, 2019.

_____
**ELDON E. FALLON**
United States District Judge