UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO:**<br><br>*Amorin, et al. v. Taishan Gypsum Co., Ltd., et al.*, Case No. 2:11-cv-01395 | |

## DEFENDANTS' FACT WITNESS LIST FOR PRIORITY CLAIMANT CATHY WILLIAMS ALLEN

Pursuant to the Court's order of November 1, 2018 (Rec. Doc. 21897-1), Defendants hereby furnish their Fact Witness List.

### NAME, ADDRESS, AND DESCRIPTION OF WITNESS:

1. All fact witnesses identified by Plaintiffs.

2. Representative of Allstate Indemnity Company—homeowner insurance, 71128 Hwy. 59 #100, Abita Springs, LA 70420

   a. Knowledge as to production identification, liability, causation, and damages.

3. Representative of CSC of St. Tammany Parish—drywall supplier, 215 St. Ann Drive, Suite 2, Mandeville, LA 70471

   a. Knowledge as to production identification, liability, causation, and damages.

4. Representative of American Do-All Corp.—remediation sub-contractor, P.O. Box 515, Covington, LA 70434

   a. Knowledge as to remediation of the subject property, product identification, liability, causation, and damages.

5. Representative of Campbell Cabinet Company—remediation sub-contractor, 220 Hord Street, Harahan, LA 70123

    a. Knowledge as to remediation of the subject property, product identification, liability, causation, and damages.

6. Representative of Floors & More by Brokerage House Interiors—remediation sub-contractor, P.O. Box 730, Abita Springs, LA 70420

    a. Knowledge as to remediation of the subject property, product identification, liability, causation, and damages.

7. Representative of Lakewood Corporation—remediation contractor, 62250 West End Blvd., Slidell, LA 70461

    a. Knowledge as to remediation of the subject property, product identification, liability, causation, and damages.

8. Greg and Kathy Cannizzaro, New Leaf Ventures, LLC—landlord for alternative living arrangements, 245 Lotus Drive South, Mandeville, LA 70471

    a. Knowledge as to damages.

9. Representative of Northshore Trim & Cabinets, LLC—remediation sub-contractor, 35449 Reese Lane, Slidell, LA 70460

    a. Knowledge as to remediation of the subject property, product identification, liability, causation, and damages.

10. Representative of Thomas Cabinet Company, LLC—remediation sub-contractor, 321 Cousin Street, Slidell, LA 70458

    a. Knowledge as to remediation of the subject property, product identification, liability, causation, and damages.

11. Representative of Wilserv—remediation sub-contractor, 72409 Industry Park Rd., Covington, LA 70433

    a. Knowledge as to remediation of the subject property, product identification, liability, causation, and damages.

12. Jesse Little—remediation sub-contractor, address unknown

    a. Knowledge as to remediation of the subject property, product identification, liability, causation, and damages.

13. Defendants reserve the right to supplement this list with additional fact witnesses that are discovered in the course of discovery.

Respectfully submitted,
Dated: January 8, 2019

                                           /s/ *Christina Hull Eikhoff*
                                         Michael P. Kenny, Esq.
                                         Georgia Bar No. 415064
                                         Bernard Taylor, Esq.
                                         Georgia Bar No. 669625
                                         Christina Hull Eikhoff, Esq.
                                         Georgia Bar No. 242539
                                         David Venderbush, Esq.
                                         New York Bar No. 2920817
                                         ALSTON & BIRD LLP
                                         1201 West Peachtree Street
                                         Atlanta, Georgia 30309
                                         Phone: (404) 881-7000
                                         Fax: (404) 881-7777
                                         christy.eikhoff@alston.com
                                         *Counsel for Taishan Gypsum Co., Ltd. And Tai'an Taishan Plasterboard Co., Ltd.*

Alan Dean Weinberger
LA Bar No. 13331
HANGARTNER, RYDBERG & TERRELL, LLC
One Shell Square
701 Poydras St., Suite 310
New Orleans, Louisiana 70179
Phone: (504) 434-6815
Fax: (504) 522-5689
aweinberger@hanrylaw.com
*Local Counsel for Taishan Gypsum Co., Ltd. And Tai'an Taishan Plasterboard Co., Ltd*


/s L. Christopher Vejnoska
L. Christopher Vejnoska
(CA Bar No. 96082)
Eric Matthew Hairston
(CA Bar No. 229892)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Tel: 415-773-5700
cvejnoska@orrick.com
ehairston@orrick.com

James L. Stengel
(NY Bar No. 1800556)
Xiang Wang
(NY Bar No. 4311114)
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY, 10019
Tel: 212-506-5000
jstengel@orrick.com
xiangwang@orrick.com

Eric A. Shumsky
(D.C. Bar No. 477926)
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street NW
Washington, D.C. 20005
Tel: 202-339-8400
eshumsky@orrick.com

*Counsel for CNBM Co., Ltd., BNBM (Group) Co., Ltd., and BNBM PLC*

Ewell E. Eagan, Jr.
(LA Bar No. 5239)
Donna Phillips Currault
(LA Bar No. 19533)
GORDON, ARATA, MONTGOMERY, BARNETT, MCCOLLAM, DUPLANTIS & EAGAN, LLC
201 St. Charles Avenue, 40th Floor
New Orleans, LA 70170-4000
Tel: (504) 582-1111
eeagan@gordonarata.com
dcurrault@gordonarata.com

*Counsel for CNBM Co., Ltd.*

Harry Rosenberg
(LA Bar No. 11465)
Phelps Dunbar LLP
365 Canal St., Suite 2000
New Orleans, LA 70130
Tel: (504) 566-1311
Email: Harry.Rosenberg@Phelps.com

*Counsel for BNBM (Group) Co., Ltd., and BNBM PLC*

5

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, by U.S. mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 8th day of January, 2019.

Christina Hull Eikhoff, Esq.
Georgia Bar No. 242539
ALSTON & BIRD LLP
1201 West Peachtree Street NW
Atlanta, Georgia 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
christy.eikhoff@alston.com
*Counsel for Taishan*