**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: *Amorin, et al. v. Taishan Gypsum Co., Ltd., et al.*, Case No. 2:11-cv-01395 | |

<u>DEFENDANTS' FACT WITNESS LIST FOR PRIORITY CLAIMANT DOMINESHA JAMES CLAY</u>

Pursuant to the Court's order of November 1, 2018 (Rec. Doc. 21897-1), Defendants hereby furnish their Fact Witness List.

<u>NAME, ADDRESS, AND DESCRIPTION OF WITNESS:</u>

1. All fact witnesses identified by Plaintiffs.

2. Representative of Habitat for Humanity of New Orleans—drywall supplier, 2900 Elysian Fields Ave., New Orleans, LA 70122

   a. Knowledge as to production identification, liability, causation, and damages.

3. Representative of Bradford Lumber & Supply, Inc.—drywall supplier, address unknown

   a. Knowledge as to production identification, liability, causation, and damages.

4. Kenneth J. Pitre—prior owner, address unknown

   a. Knowledge as to ownership, production identification, liability, causation, and damages.

5. Shawn Maria Bonin Duca—prior owner, 503 Walkiah Bluff Road, Picayune, MS 39466

   a. Knowledge as to ownership, production identification, liability, causation, and damages.

6.  Representative of Elevation Masters, 8070 Crowder Blvd., Suite A, New Orleans, LA

    70127

    a.  Knowledge as to square footage, remediation of the subject property, and

        damages.

7.  Representative of HGI Catastrophe Services, LLC—remediation oversight, 4436

    Veterans Blvd., Metairie, LA 70006

    a.  Knowledge as to remediation of the subject property, product identification,

        liability, causation, and damages.

8.  Representative of Hammerman and Gainer, Inc., address unknown

    a.  Knowledge as to remediation of the subject property, product identification,

        liability, causation, and damages.

9.  Representative of Neighborhood Housing Services of New Orleans, address unknown

    a.  Knowledge as to remediation of the subject property, product identification,

        liability, causation, and damages.

10. Defendants reserve the right to supplement this list with additional fact witnesses that are

    discovered in the course of discovery.


Respectfully submitted,
Dated: January 8, 2019

                            /s/ *Christina Hull Eikhoff*
                            Michael P. Kenny, Esq.
                            Georgia Bar No. 415064
                            Bernard Taylor, Esq.
                            Georgia Bar No. 669625
                            Christina Hull Eikhoff, Esq.
                            Georgia Bar No. 242539
                            David Venderbush, Esq.
                            New York Bar No. 2920817

ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
christy.eikhoff@alston.com
*Counsel for Taishan Gypsum Co., Ltd. And Tai'an
Taishan Plasterboard Co., Ltd.*

Alan Dean Weinberger
LA Bar No. 13331
HANGARTNER, RYDBERG & TERRELL, LLC
One Shell Square
701 Poydras St., Suite 310
New Orleans, Louisiana 70179
Phone: (504) 434-6815
Fax: (504) 522-5689
aweinberger@hanrylaw.com
*Local Counsel for Taishan Gypsum Co., Ltd. And
Tai'an Taishan Plasterboard Co., Ltd*


/s L. Christopher Vejnoska
L. Christopher Vejnoska
(CA Bar No. 96082)
Eric Matthew Hairston
(CA Bar No. 229892)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Tel: 415-773-5700
cvejnoska@orrick.com
ehairston@orrick.com

James L. Stengel
(NY Bar No. 1800556)
Xiang Wang
(NY Bar No. 4311114)
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY, 10019
Tel: 212-506-5000
jstengel@orrick.com
xiangwang@orrick.com

Eric A. Shumsky
(D.C. Bar No. 477926)
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street NW
Washington, D.C. 20005
Tel: 202-339-8400
eshumsky@orrick.com

*Counsel for CNBM Co., Ltd., BNBM (Group) Co.,
Ltd., and BNBM PLC*

Ewell E. Eagan, Jr.
(LA Bar No. 5239)
Donna Phillips Currault
(LA Bar No. 19533)
GORDON, ARATA, MONTGOMERY,
BARNETT, MCCOLLAM, DUPLANTIS &
EAGAN, LLC
201 St. Charles Avenue, 40th Floor
New Orleans, LA 70170-4000
Tel: (504) 582-1111
eeagan@gordonarata.com
dcurrault@gordonarata.com

*Counsel for CNBM Co., Ltd.*

Harry Rosenberg
(LA Bar No. 11465)
Phelps Dunbar LLP
365 Canal St., Suite 2000
New Orleans, LA 70130
Tel: (504) 566-1311
Email: Harry.Rosenberg@Phelps.com

*Counsel for BNBM (Group) Co., Ltd., and BNBM
PLC*

4

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, by U.S. mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 8th day of January, 2019.

<u>Christina Hull Eikhoff, Esq.</u>
Georgia Bar No. 242539
ALSTON & BIRD LLP
1201 West Peachtree Street NW
Atlanta, Georgia 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
christy.eikhoff@alston.com
*Counsel for Taishan*