UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: *Amorin, et al v. Taishan Gypsum Co., Ltd., et al* Case No. 11-cv-1395 | JUDGE FALLON MAG. JUDGE WILKINSON |

## ORDER

Considering the Joint Motion to Dismiss Orient International Holding Shanghai Foreign Trade Co., Ltd., filed jointly by Plaintiffs and Defendant, Orient International Holding Shanghai Foreign Trade Co., Ltd., the Court enters the following Order:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiffs claims against Orient International Holding Shanghai Foreign Trade Co., Ltd. be and they are hereby dismissed **with prejudice** from the Class Action Complaint.

New Orleans, Louisiana on this 9th day of January, 2019.

Eldon E. Fallon
U.S. District Court Judge