# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 DRYWALL<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO | * * | JUDGE FALLON |
| ALL CASES | * | MAGISTRATE WILKINSON |

## ORDER

CONSIDERING the Motion for Leave to File Lemmon Law Firm, LLC's Objection to the Special Mater's Recommendations Concerning the Allocation of Common Benefit Fees and Reimbursement of Shared Expenses and Held Costs Under Seal:

IT IS ORDERED BY THE COURT that the motion is granted and the attached Lemmon Law Firm, LLC's Objection to the Special Mater's Recommendations Concerning the Allocation of Common Benefit Fees and Reimbursement of Shared Expenses and Held Costs be and is hereby filed UNDER SEAL.

New Orleans, Louisiana, this __9th__ day of _____January_____, 2019.

_____
Eldon E. Fallon
United States District Court Judge