UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2047 |
| | | SECTION:  L |
| | | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: ALL CASES | : : : | MAG. JUDGE WILKINSON |

ORDER

CONSIDERING the Motion for Leave to File, *Instanter*, Gary, Naegele & Theado, LLC's Objections to the Special Master's Recommendations Concerning the Allocation of Common Benefit Fees;

IT IS HEREBY ORDERED BY THE COURT that the Motion be GRANTED and that the attached Objections to the Special Master's Recommendations Concerning the Allocation of Common Benefit Fees be and is hereby filed.

New Orleans, Louisiana, this __9th__ day of _____January_____, 2019.

_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE