# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br><br>**SECTION: L**<br><br>**JUDGE FALLON**<br><br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br><br>***Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, Case No. 2:11-cv-01395 (E.D. La.) (LA)** | |

## MEMORANDUM OF LAW IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL WITH SUBSTITUTION

Pursuant to Local Rule 83.2.11, Stuart Barasch of the law firm of Toxic Litigation Group, counsel of record for Plaintiff Debra Leon, hereby files this Memorandum of Law in Support of the Motion to Withdraw as Counsel with Substitution for Plaintiff Debra Leon. In support thereof, Movants state as follows:

Plaintiff Debra Leon has hired the Plaintiffs' Steering Committee appointed by the Court per PTO 8 to pursue her Chinese drywall claims in the place of Toxic Litigation Group. It is requested that the law firm of Toxic Litigation Group be granted leave to withdraw as counsel for Plaintiff Debra Leon and that the Plaintiffs' Steering Committee be substituted as counsel of record for Plaintiff Debra Leon.

This motion is made in good faith and will not prejudice any party. None of the parties will suffer any prejudice if the law firm of Toxic Litigation Group withdraws from this case.

WHEREFORE, the law firm of Toxic Litigation Group requests this Honorable Court to allow them to withdraw as counsel of record for Plaintiff Debra Leon in the above captioned case.

Dated: January 14, 2019                          Respectfully submitted,

                                                 SIGNATURE BLOCK

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing Notice of Compliance has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this xx day of January, 2019.

SIGNATURE BLOCK