# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO:**<br><br>*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, **Case No. 2:11-cv-01395 (E.D. La.) (LA)** | |

## ORDER GRANTING TOXIC LITIGATION GROUP'S MOTION TO WITHDRAW AS COUNSEL FOR DEBRA LEON

Considering the law firm of Toxic Litigation Group's Motion to Withdraw as counsel of record for Plaintiff Debra Leon and the attached supporting memorandum, and finding that the counsel has complied with Local Rule 83.2.11,

IT IS SO ORDERED that the law firm of Toxic Litigation Group's Motion to Withdraw as counsel of record for Plaintiff Debra Leon is GRANTED and the Motion to Substitute the Plaintiffs' Steering Committee is GRANTED. The law firm of Toxic Litigation Group is discharged from any further obligation and relieved of any further appearance in this case on behalf of Debra Leon. All pleadings shall be served on Plaintiff Debra Leon's counsel, Emma Schwab on behalf of the Plaintiffs' Steering Committee, 701 Poydras Street, Suite 3650, New Orleans, LA 70139.

New Orleans, Louisiana, this _____ day of _____, 2019.

_____
Eldon E. Fallon
United States District Court Judge