IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, Case No. 2:11-cv-01395 (E.D. La.) (LA) | |

**MOTION TO WITHDRAW AS COUNSEL WITH SUBSTITUTION**

Pursuant to Local Rule 83.2.11, Stuart Barasch of the law firm of Toxic Litigation Group, counsel of record for Plaintiff Debra Leon, hereby files this Motion to Withdraw as Counsel with Substitution for Plaintiff Debra Leon. Plaintiff Debra Leon has hired the Plaintiffs' Steering Committee appointed by the Court per PTO 8 to pursue her Chinese drywall claims in the place of Toxic Litigation Group.

WHEREFORE, the law firm of Toxic Litigation Group requests this Honorable Court to allow them to withdraw as counsel of record for Plaintiff Debra Leon in the above captioned case.

Dated: January 15, 2019                                    Respectfully submitted,

*/s/ Stuart Barasch/*
STUART BARASCH
Toxic Litigation

s/ *Emma Kinsdorf Schwab*
Emma Kinsdorf Schwab

## CERTIFICATE OF SERVICE

     I hereby certify that the above and foregoing Notice of Compliance has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 15th day of January, 2019.

Stuart Barasch
Toxic Litigation