# Exhibit B

# Chinese drywall found in local luxury condos

Jun 15, 2009, 12:00am EDT   **Updated** Jun 11, 2009, 9:11am EDT

INDUSTRIES & TAGS   Residential Real Estate, Media & Marketing

SHARE   Order Reprints   Save Article   Print

**Paul Brinkmann and Oscar Pedro Musibay**

The first reported signs of high-sulfur Chinese drywall in South Florida's condominium towers have emerged in Aventura and West Palm Beach.

A Cerberus Capital Management affiliate, owner of the 230-unit Peninsula II in Aventura, is testing air quality to see if Chinese drywall in units is a risk to human health, according to interviews and government records the Business Journal obtained.

**BIZSPACE** SPOTLIGHT



SPONSOR LISTING

**Property Spotlight: PV|303 - Arizona's Rising Hub For**

**Business Expansion**

See All Bizspace Properties



Testing for the effects of Chinese drywall is being done in some units at the Peninsula… more

At the same time, WPBF Channel 25 has reported that The Whitney condo building in downtown West Palm Beach has notified its residents by letter that Chinese drywall is present in the building. The condo manager, Whitney Condominium Association, did not return calls for comment.

A spokeswoman for Cerberus affiliate Momentis confirmed that drywall from China had been found in the building. Jen Brown, of New York-based public relations firm Weber Shandwick, said she could not recall whether any of the testing was triggered by

complaints from the building's unit owners or tenants.

Momentis sent a letter to the estimated 100 owners and tenants after media reports said that Chinese drywall caused damage at other properties.

Brown said the company is working on a remediation plan, but had yet to finalize it.

The company retained environmental testing firm Environ to test air quality for possible health effects. In tested units, pieces of drywall were also removed for testing.

"None of the test results to date indicate air conditions within the units that present a health risk to our tenants related to affected drywall," Momentis said in an e-mail response to Business Journal questions. "We are working with industry experts to determine how to address this, and are currently evaluating a number of potential

solutions to meet the unique needs of each affected unit."

Momentis is testing on a case-by-case basis as requested by unit owners. Brown said the company would not provide the total number of units tested.

Jim Olecki, a spokesman with Weber Shandwick, said Momentis found some affected drywall in some units. No units were completely finished with the affected drywall, he said.

Momentis worked with owners Peter Berlin and Meryl Berlin to test the air quality of No. 1107, a three-bedroom unit that sold for $871,000 in September 2007, according to Miami-Dade County property records.

None of the sulfur-containing gasses "associated with affected wallboard were detected in the sample from your residence," according to a March 17 letter notifying the Berlins of the results.

**Other cases were single-family homes**

The Peninsula II case would be the first confirmation that Chinese drywall was in a high-rise building in Southeast Florida. Other reported cases have been isolated to single-family homes, where a smell of sulfur and metal corrosion in air conditioners and electrical wiring are associated with the drywall. The U.S. Environmental Protection Agency, Consumer Product Safety Commission and Florida Department of Health are investigating the scope of he problem. According to media reports, Chinese drywall has been found in a condo tower in Sarasota and a hotel in Virginia.

Peter Zalewski, a principal of Condo Vultures Realty, expects that more high-rises built between 2004 and 2007, when demand outstripped supplies of materials, have problematic Chinese drywall in them. He is hoping to broker

bulk purchases of contaminated condos at substantial discounts for eventual gutting and refitting, as builders have done in the past for mold problems.

Jeremy Alters, a Miami attorney with Alters, Boldt, Brown, Rash, Culmo, said he has a client at Peninsula II. He has filed dozens of lawsuits for homeowners with defective drywall, targeting builders and manufacturers including Knauf Plasterboard Tianjin.

"We have confirmed that there is Chinese drywall in our clients' units. You can have the drywall and not have the smell, but there's no Chinese drywall I've seen that hasn't resulted in corrosion," Alters said.

He said a plasterboard manufacturer went into his client's unit.

"I know of other condo towers that Chinese drywall is suspected to be

in," Alters said.

Boca Developers built Peninsula I, which has no reported problems with Chinese drywall, in 2004, and finished Peninsula II in 2007. It turned the project over to the mezzanine lender, the Cerberus affiliate, in 2008.

Peninsula II's marble-appointed lobby and light-colored hallways are clean and well kept, with no discernible smell in many areas, based on a walkthrough and a random check of several floors. A faint sulfur odor was noticeable on one floor.

One owner said she had lived in the building for a year and had not noticed any odor or damage to wiring or metal. Another owner said she had tested her unit and was waiting for the results. She said several of her friends had left the building over fears that the Chinese drywall could pose a health risk.

Momentis is also dealing with complications at another Boca Developers project it took over, The Oaks I at Biscayne Landing. The Cerberus affiliate said lender iStar Financial plans to take over the project. Momentis said it did not work financially, partly due to cumbersome development agreements Boca Developers struck with the city of North Miami, which owns the land underneath it.

"Momentis has also been working diligently with local city officials, lenders and other related parties to restructure various agreements, including those that were made between the original developer and the city of North Miami relating to obligations that have rendered the project uneconomic for Momentis in the current environment," Momentis said in a statement.