# Exhibit C

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br><br>**SECTION: L**<br><br>**JUDGE FALLON**<br><br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br><br>***Brooke et al. v. State-Owned Assets Supervision and Administration Commission of the State Council, et al.*, Case No. 15-4127 (E.D. La.)**<br><br>***Brooke et al. v. State-Owned Assets Supervision and Administration Commission of the State Council, et al.*, Case No. 15-6631 (S.D. Fla.).**<br><br>***Brooke et al. v. State-Owned Assets Supervision and Administration Commission of the State Council, et al.*, Case No. 15-6632 (E.D. Va.)** | |

## <u>DECLARATION OF PAMELA HARRIS</u>

I, Pamela Harris, declare as follows:

1.      I am over 21 years of age and am competent to give this declaration.  I have personal knowledge of the facts set forth in this declaration and, if called to testify about these facts, I could and would do so competently under oath.

2.      I am a Reference Librarian at Alston & Bird LLP, and I assisted in research regarding news articles about Chinese drywall.

3.      I ran a Google search for top United States news sources and utilized the Pew Research Center article "The Top 25" to determine which additional resources to search using Google. *See* Amy Mitchell & Tom Rosenstiel, *The Top 25*, Pew Research Center (May 9, 2011), http://www.journalism.org/2011/05/09/top-25/.  I then ran site-specific searches for "Chinese

drywall" (*e.g.*, <"Chinese drywall" site:npr.org>) for the time period of January 1, 2008 through December 31, 2009. I searched within the following news sources: ABC, CBS, CNN, Fox, NPR, Reuters, and Time Magazine.

    a.   The search within ABC produced the following articles:

- Julie Schmit, *Drywall from China Blamed for Problems in Homes*, ABC News (Mar. 16, 2009), https://abcnews.go.com/business/story?id=7098332&page=1.

- Vicki Mabrey & Katie Hinman, *Dream Home Turned Nightmare: Chinese Drywall Plagues Florida Homes*, ABC News (May 22, 2009), https://abcnews.go.com/business/realtycheck/story?id=7637590&page=1.

    b.   The search within CBS produced the following articles:

- Armen Keteyian, *Drywall Blamed for Homeowners' Nightmare*, CBS News (May 1, 2009), https://www.cbsnews.com/news/drywall-blamed-for-homeowners-nightmare/.

- Armen Keteyian, *Insurers: Chinese Drywall? Go Away*, CBS News (Oct. 15, 2009), https://www.cbsnews.com/news/insurers-chinese-drywall-go-away/.

- Armen Keteyian, *Homeowners Charge U.S. Made Toxic Drywall*, CBS News (Nov. 24, 2009), https://www.cbsnews.com/news/homeowners-charge-us-made-toxic-drywall/.

    c.   The search within CNN produced the following articles:

- Jason Hanna, *Chinese-Made Drywall Ruining Homes, Owners Say*, CNN (Mar. 18, 2009), http://www.cnn.com/2009/us/03/18/chinese.drywall/.

- Jason Hanna, *Florida: Drywall Has Material That Can Emit Corrosive Gas*, CNN (Mar. 24, 2009), http://www.cnn.com/2009/us/03/24/chinese.drywall/index.html.

- Rich Phillips, *Drywall Suspicions Complete Family's Perfect Storm of Misery*, CNN (Apr. 3, 2009), http://edition.cnn.com/2009/us/04/03/drywall.family/index.html.

- Rich Phillips, *Get Out of House with Chinese Drywall, Doctor Tells Family*, CNN (May 6, 2009), http://www.cnn.com/2009/us/05/06/florida.chinese.drywall.family/index.html.

- Rich Phillips, *Chinese Drywall Hits Health, Wallets, Homeowners Say*, CNN (May 19, 2009), http://www.cnn.com/2009/us/05/19/florida.drywall.remedies/index.html.

- Rich Phillips, *Preliminary Reports Link Chinese Drywall, Corrosion in U.S. Homes*, CNN (Nov. 23, 2009), http://www.cnn.com/2009/us/11/23/chinese.drywall/index.html.

d.  The search within Fox produced the following article:

- *Chinese Drywall Poses Potential Risks to American Homeowners, Apartment Dwellers*, Fox News (Jan. 14, 2009), https://www.foxnews.com/story/chinese-drywall-poses-potential-risks-to-american-homeowners-apartment-dwellers.

e.  The search within NPR produced the following articles:

- Greg Allen, *Scope Widens in Tainted Chinese Drywall Cases in Florida*, NPR (Feb. 23, 2009), https://www.npr.org/templates/story/story.php?storyId=101037056.

- Greg Allen, *Toxic Chinese Drywall Creates a Housing Disaster*, NPR (Oct. 27, 2009), https://www.npr.org/templates/story/story.php?storyId=114182073.

f.  The search within Reuters produced the following article:

- Jim Loney, *UPDATE 1-Florida Lawsuit Alleges Defective Chinese Drywall*, Reuters (Mar. 2, 2009), https://www.reuters.com/article/usa-drywall/florida-lawsuit-alleges-defective-drywall-in-homes-idUSN0240564820090302.

g.  The search within Time produced the following article:

- Tim Padgett, *Is Drywall the Next Chinese Import Scandal?*, Time (Mar. 23, 2009), http://content.time.com/time/nation/article/0,8599,1887059,00.html.

4.      I also searched United States newspaper sources through Lexis Advance using the keywords "Chinese drywall" and date parameters of January 1, 2008, to December 31, 2009.

5.      The search returned 3,365 results.

6.      I narrowed the search by state for Alabama, California, Florida, Georgia, Illinois, Louisiana, Mississippi, North Carolina, Oklahoma, Texas, and Virginia.

7.    The search returned a total of 1,141 articles in those 11 states during 2008 and 2009.

    a.    When narrowed to Louisiana, the search returned 68 news articles for that time period.

    b.    When narrowed to Florida, the search returned 925 news articles for that time period. I then further limited the results to articles where "Chinese drywall" appeared in the headline or lead paragraph and articles published in top Florida publications. I determined the top Florida publications using the websites www.cision.com and www.agilitypr.com. Based on those websites, I limited the results to Sarasota Herald-Tribune, Daytona Beach News Journal, The Florida Times Union, The Palm Beach Post, Orlando Sentinel, Sun-Sentinel, The Miami Herald, Tampa Bay Times, Tampa Bay Times Blogs, and The Tampa Tribune. Limiting the search to those top Florida publications returned 336 articles during 2008 and 2009.

8.    Attached as Exhibit 1 is a true and accurate list of the news articles produced by the search for the 11 states listed above. The list for Florida reflects the 336 results produced after further narrowing the search to top Florida publications.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 17, 2019.

Pamela Harris

# Exhibit 1

## **Alabama**

Newspaper Articles about Chinese Drywall in 2008-2009

1. *Business Briefs*, Mobile Register, Sept. 4, 2009, at 02.

2. *Chinese drywall affects metro area over 400 owners affected; damage to air conditioning coil is warning sign*, Birmingham News, Nov. 22, 2009, at 1D.

3. *Drywall probe expands to include U.S. products*, Mobile Register, Nov. 26, 2009, at 08.

4. *Exec to testify at drywall hearing*, Mobile Register, May 19, 2009, at 01.

5. *Feds: Chinese drywall, corrosion link found*, Mobile Register, Nov. 24, 2009, at 03.

6. *Feds: Chinese drywall reports inconclusive*, The Montgomery Advertiser, Oct. 30, 2009.

7. *Feds: Drywall report inconclusive*, Mobile Register, Nov. 1, 2009, at 04.

8. *Feds find no link yet for drywall, health woes*, Mobile Register, Oct. 30, 2009, at 08.

9. *Florida insurer renews policy despite Chinese drywall*, Mobile Register, Oct. 24, 2009, at 06.

10. *Harvey H. Jackson: A clear case of age discrimination*, The Anniston Star, Apr. 1, 2009.

11. *Insurers dropping Chinese drywall policies*, Mobile Register, Oct. 16, 2009, at5.

12. *Offer made in Chinese drywall suit*, Mobile Register, Nov. 4, 2009, at 03.

13. *Prichard Housing Authority sues over drywall*, Mobile Register, July 9, 2009, at 01.

14. *Saints coach plaintiff in Chinese drywall lawsuit*, Mobile Register, Dec. 12, 2009, at 02.

15. *Saints coach plaintiff in Chinese drywall lawsuit*, Mobile Register, Dec. 12, 2009, at 02.

16. *Sound Off*, Mobile Register, July 10, 2009, at 02.

17. *U.S. safety chief: China helping on drywall*, Mobile Register, Oct. 27, 2009, at 02.

## California

Newspaper Articles about Chinese Drywall in 2008-2009

1.  *Ad tried to remake 'Made in China':  Beijing asks Madison Avenue to polish its products' image*, Los Angeles Times, Dec. 7, 2009, at 1.

2.  *A nose on bedbugs; Firms with trained dogs prosper in recession to detect pests making comeback*, Record Searchlight, Oct. 31, 2009, at A10.

3.  *BC-Chinese Drywall, 1 Ld-Writethru, 1903 AP Impact: Chinese drywall poses potential risks AP Photo FLJC113, FLJC114, FLCJ112, FLJC111, FLJC110*, Ventura County Star, Apr. 14, 2009.

4.  *Business Briefing / Consumer Safety; Drywall from China linked to corrosion*, Los Angeles Times, Nov. 24, 2009, at 5.

5.  *Business Briefs*, Fresno Bee, Apr. 22, 2009, at B3.

6.  *Business Briefs*, Fresno Bee, Apr. 21, 2009, at B5.

7.  *Chinese drywall deemed source of corrosion*, San Gabriel Valley Tribune, Nov. 25, 2009.

8.  *Column One: Dogged pursuit of bedbugs; An invasion of the bloodsucking insects has many cities at the end of their leash*, Los Angeles Times, Oct. 21, 2009, at 1.

9.  *Construction: Damage and nosebleeds in a new home*, Los Angeles Times, July 4, 2009, at 5.

10. *Construction: Odors, corrosion blamed on drywall from China; Material imported to the U.S. may contain radioactive substance*, Los Angeles Times, July 4, 2009, at 1.

11. *Drywall probe expands to U.S. products*, Monterey County Herald, Nov. 26, 2009.

12. *Harmful chemicals detected in drywall*, Record Searchlight, Oct. 29, 2009, at B2.

13. *Insurers dropping Chinese drywall policies*, Chico Enterprise-Record, Oct. 16, 2009.

14. *It's as simple as ABC: 'You get what you pay for'*, Eureka Times Standard, Dec. 6, 2009.

15. *National ticker, November 27*, Inland Valley Daily Bulletin, Nov. 26, 2009.

16. *The Nation: New home for wayward manatee*, Monterey County Herald, Oct. 30, 2009.

## **Florida**

Newspaper Articles about Chinese Drywall in 2008-2009

1. *2nd Florida Insurer Drops Policy Over Chinese Drywall*, The Miami Herald, Oct. 15, 2009, at C1.

2. *A chance to visit the front lines in the ongoing drywall inquiry*, Sarasota Herald Tribune, June 11, 2009, at C07.

3. *A drywall battle rages behind the scenes*, Sarasota Herald Tribune, Nov. 12, 2009, at A01.

4. *A Drywall Dilemma; Owners Demand Fixes, but Builders Await Legal and Federal Actions*, Sun-Sentinel, Nov. 14, 2009, at 1D.

5. *Against The Wall; With Bad Chinese Drywall, "It's No Longer Your Home, It's Your Problem*, Sun-Sentinel, June 14, 2009, at 1A.

6. *Agency Causing Drywall Dilemma, Homeowners Claim*, Palm Beach Post, Apr. 9, 2009, at 1A.

7. *Agency Outlines Drywall Strategy*, Palm Beach Post, Apr. 24, 2009, at 4B.

8. *Agency Taking on Drywall*, Palm Beach Post, May 2, 2009, at 6B.

9. *Air Quality Team Drafts Plan for Taking Out Product*, Palm Beach Post, Aug. 14, 2009, at 6B.

10. *Air samples are taken in drywall inquiry*, Sarasota Herald Tribune, June 10, 2009, at C05.

11. *An article that ran on Page 3A Friday about possibly toxic Chinese . . .*, The Miami Herald, May 23, 2009, at 3.

12. *A New Chinese Drywall Worry; Damage Could Trigger for Insurer Not Renewing Homeowners Insurance*, Sun-Sentinel, Oct. 8, 2009, at 3D.

13. *Another mystery inside the walls?*, Sarasota Herald Tribune, May 1, 2009, at A01.

14. *Another Politician Weighs in on Chinese Drywall*, Sun-Sentinel, Apr. 6, 2009.

15. *Appraiser Seeks Way to Set Tax Relief for Tainted Drywall Victims; Victims; Drywall*, Palm Beach Post, Dec. 7, 2009, at 1B.

16. *Aronberg Calls for Drywall Task Force*, Palm Beach Post, Apr. 18, 2009, at 6B.

17. *As Chinese drywall horrors and costs mount, Washington waffles*, St. Petersburg Times Blogs, Oct. 30, 2009.

18.     *At Least 4 Lenders Offer Mortgage Abatements for Homeowners with Chinese Drywall*, Sun-Sentinel, June 3, 2009.

19.     *Bacteria, Chemical Reaction Debated as Roots of Problem*, Palm Beach Post, Nov. 6, 2009, at 4B.

20.     *Bad Drywall Forces Payton to Move Out*, Sun-Sentinel, June 24, 2009, at 2C.

21.     *Baffled Builder: 'I'd Eat the Drywall if it Would Help Sell $3 Million Home; Stigma Stings Distributors; Developers Drywall Stigma Stings; Distributors, Developers, Builder to Potential Home Buyer: 'I'd Eat the Drywall if it Made Him Feel Better'; Chinese Drywall Pain Boxes in Businesses; The Problems That Have Plagued Homeowners are Now Threatening the Very Survival of Small Builders and Distributors; 'I'd Eat the Drywall if it Made Him Feel Better.''*, Palm Beach Post, Sept. 21, 2009, at 1A.

22.     *Bankruptcy Judge Oks Tainted Drywall Fund*, Palm Beach Post, Aug. 28, 2009, at 4B.

23.     *Beleaguered Consumer Chief Pushed Aside*, Sun-Sentinel, May 5, 2009.

24.     *Beware Fraudulent Schemes Related to Chinese Drywall Concerns*, Sun-Sentinel, Apr. 23, 2009.

25.     *Beyond Tampa Bay*, St. Petersburg Times, Tampa Bay, May 29, 2009, at 4B.

26.     *Beyond Tampa Bay*, St. Petersburg Times, Tampa Bay, Oct. 30, 2009, at 4B.

27.     *Lesley Clark, Bill Might Facilitate suits over bad drywall*, The Miami Herald, Aug. 12, 2009, at C1.

28.     *Broward Commissioners Fighting Effort To Protect Contractors From Lawsuits Over Defective Chinese Drywall*, Sun-Sentinel, Apr. 29, 2009.

29.     *Broward County mayor: Legislators torpedoed Chinese drywall aid*, The Miami Herald, May 5, 2009.

30.     *Broward House With Chinese Drywall Has Air Tested*, Palm Beach Post, June 9, 2009, at 4B.

31.     *Builder May Be Tied To Drywall*, Sarasota Herald Tribune, Apr. 8, 2009, at D01.

32.     *Builders find lawsuits over drywall daunting*, Sarasota Herald Tribune, May 20, 2009, at A01.

33.     *Builders Removing Chinese Drywall From Two Port St. Lucie Developments*, Palm Beach Post, Mar. 14, 2009, at 1A.

34.     *Builders take homeowners' concerns seriously*, The Miami Herald, June 18, 2009, at 17.

35.     *Builder To Set Up Trust*, Sun-Sentinel, Sept. 1, 2009, at 1D.

36. *Business agenda*, The Miami Herald, Sept. 21, 2009, at 16.

37. *Businesses hope to cash in on drywall problem; Various businesses are hoping to cash in on the problem of tainted Chinese drywall*, The Miami Herald, June 30, 2009, at C1.

38. *Check Out Chinese Drywall Answers Blog*, Sun-Sentinel, Aug. 12, 2009.

39. *China Helping U.S. Find Cause Of Bad Drywall*, Sun-Sentinel, Oct. 27, 2009, at 1D.

40. *China Offers To Help With Drywall Inquiry*, Palm Beach Post, Apr. 25, 2009, at 4B.

41. *Chinese drywall attracts federal scrutiny*, Sarasota Herald Tribune, Mar. 27, 2009, at A01.

42. *Chinese Drywall Blues*, Sun-Sentinel, Apr. 03, 2009.

43. *Chinese drywall burdens market*, Sarasota Herald Tribune, Mar. 13, 2009, at A01.

44. *Chinese Drywall Causes Concern For Builders, Too*, Palm Beach Post, June 24, 2009, at 8A.

45. *Chinese drywall complaints reach federal ears*, St Petersburg Times Blogs, Feb. 23, 2009.

46. *Chinese drywall concern in Florida rises rapidly on Sen. Bill Nelson's priority list,* St Petersburg Times Blogs, May 26, 2009.

47. *Chinese drywall concern prompts federal bill*, St Petersburg Times Blogs, Mar. 31, 2009.

48. *Chinese Drywall Conference Draws Hundreds*, Palm Beach Post, June 5, 2009, at 6B.

49. *Chinese Drywall Found At Tradition*, Palm Beach Post, Mar. 5, 2009, at 4B.

50. *Chinese Drywall In Broward, Palm Beach Counties Getting The Political Treatment*, Sun-Sentinel, Apr. 5, 2009.

51. *Chinese drywall is going ... quietly*, Sarasota Herald-Tribune, Feb. 12, 2009, at C05.

52. *Chinese Drywall Is Not Just Your Neighbors' Problem; It's Your Problem, Too*, Sun-Sentinel, Nov. 1, 2009, at 1A.

53. *Chinese Drywall Maker Clears Path For Class-Action Suit*, Palm Beach Post, Nov. 4, 2009, at 7B.

54. *Chinese Drywall May Be Sulfur Source*, Palm Beach Post, Mar. 24, 2009, at 6B.

55. *Chinese Drywall May Have Come From Polluting Smokestacks*, Sun-Sentinel, May 4, 2009.

56.   *Chinese Drywall: Misleading Information About Public Risk*, Sun-Sentinel, May 10, 2009, at 5F.

57.   *Chinese Drywall Prompts Concern*, Palm Beach Post, Feb. 15, 2009, at 1A.

58.   *Chinese Drywall Spins Off 'Silent Hurricane'*, Sun-Sentinel, May 3, 2009, at 4F.

59.   *Chinese drywall: State results months away*, St Petersburg Times Blogs, Mar. 24, 2009

60.   *Chinese Drywall Task Force? Don't Bet On It*, Sun-Sentinel, Apr. 21, 2009.

61.   *Chinese Drywall Testing Begins*, Palm Beach Post, Sept. 12, 2009, at 8B.

62.   *Chinese Drywall To Take Out?*, Sun-Sentinel, Nov. 02, 2009.

63.   *Chinese Drywall Victims Facing A Lockout*, Sun-Sentinel, Apr. 20, 2009, at 1B.

64.   *Chinese Officials Take Look Drywall: Representatives meet with counterparts in U.S. and visit houses*, Sarasota Herald Tribune, June 27, 2009, at D01.

65.   *Citizens insurance reverses on Chinese drywall*, The Miami Herald, Oct. 23, 2009.

66.   *Citizens To Nelson: We Don't Drop Drywall Victims*, Sun-Sentinel, Oct. 23, 2009.

67.   *Clarification*, Sarasota Herald-Tribune, Feb. 04, 2009, at A02.

68.   *Congress Gets Serious About Chinese Drywall*, Sun-Sentinel, May 22, 2009, at 1D.

69.   *Congressmen push plan for study over toxic Chinese drywall; Federal lawmakers are seeking to help homeowners who have toxic Chinese drywall*, The Miami Herald, May 10, 2009, at B5.

70.   *Consumer agency needs new leadership*, Daytona Beach News Journal, Apr. 17, 2009, at 4A.

71.   *Consumer Product Safety Commission nominee faces a drywall grilling*, Sarasota Herald Tribune, June 17, 2009, at C05.

72.   *Coral Gables builder guts his own bad drywall-plagued home*, The Miami Herald, Aug. 04, 2009, at C1.

73.   *Correction*, Palm Beach Post, July 01, 2009, at 2A.

74.   *Correction*, Palm Beach Post, Apr. 10, 2009, at 2A.

75.   *Corrections*, Sarasota Herald Tribune, Apr. 24, 2009, at A02.

76.   *Crist appeals to CDC*, Sarasota Herald Tribune, Apr. 04, 2009, at D01.

77.  *Crist Says He'll Seek U.S. Aid On Drywall*, Sun-Sentinel, Apr. 06, 2009, at 8B.

78.  *Dangers lurking in drywall*, St. Petersburg Times, Nov. 21, 2009, at 1.

79.  *Dangers Lurking In Drywall*, St. Petersburg Times, Nov. 21, 2009, at 1.

80.  *Davie law firm handling drywall complaints finds bad drywall in office*, The Miami Herald, Apr. 23, 2009.

81.  *Deadline For WCI Drywall Claims Extended*, Palm Beach Post, May 14, 2009, at 6B.

82.  *Deadline To Join Class Action Dec. 2*, St. Petersburg Times, Nov. 24, 2009, at 5B.

83.  *December Deadline Looms For Homeowners With Chinese Drywall*, Sun-Sentinel, Nov. 11, 2009.

84.  *Defective Drywall Brings More Lawsuits*, Palm Beach Post, Oct. 09, 2009, at 6B.

85.  *Defective drywall could slash Broward property tax bills*, The Miami Herald, Aug. 05, 2009, at C1.

86.  *Defective Drywall To Cut More Values; Property Appraiser Playing Catch-Up As Problem Spreads Beyond Parkland*, Sun-Sentinel, Aug. 03, 2009, at 1B.

87.  *Did Bill Nelson's great intercourse make him a Google magnet?*, St Petersburg Times Blogs, Dec. 06, 2009.

88.  *Does drywall stink? You can fight*, Orlando Sentinel, June 10, 2009, at B2.

89.  *Does your drywall stink? You can fight*, Orlando Sentinel, June 10, 2009, at B1.

90.  *Dogs On Tainted Drywall Hunt?*, Palm Beach Post, Sept. 08, 2009, at 6B.

91.  *Don't Use Drywall As An Excuse*, Sun-Sentinel, Apr. 30, 2009, at 12A.

92.  *Downtown Condo To Test All Units*, Palm Beach Post, July 08, 2009, at 1B.

93.  *Drywall advocate has fraud conviction*, Sarasota Herald Tribune, Mar. 24, 2009, at A01.

94.  *Drywall aid – now*, Sarasota Herald Tribune, Nov. 24, 2009, at A06.

95.  *Drywall Calls Flood White House*, Palm Beach Post, Aug. 06, 2009, at 6B.

96.  *Drywall case expands; Manatee County: Lennar says 23 homes on one street have been affected*, Sarasota Herald-Tribune, Jan. 21, 2009, at D1.

97.  *Drywall clamor is intensifying*, Sarasota Herald Tribune, Apr. 24, 2009, at D01.

98. *DRYWALL: Condos pose challenges as U.S. makers come under suspicion*, Sarasota Herald Tribune, May 16, 2009, at D01.

99. *Drywall deal is in dispute*, Sarasota Herald-Tribune, Feb. 26, 2009, at D01.

100. *Drywall discovery sets off a struggle*, Sarasota Herald Tribune, Aug. 06, 2009, at A01.

101. *Drywall Examiner Warns Of Health Risk*, Palm Beach Post, June 06, 2009, at 4B.

102. *Drywall Fear Won't Void Lease*, St. Petersburg Times, Sept. 03, 2009, at 1B.

103. *Drywall Fracas*, Sarasota Herald-Tribune, Feb. 03, 2009, at C05.

104. *Drywall held at port is called into question*, Sarasota Herald Tribune, June 03, 2009, at A01.

105. *Drywall Help Was A No-Show*, Palm Beach Post, Nov. 03, 2009, at 12A.

106. *Drywall Inquiry Looks At Imports; Chinese Substance Banned In The U.S.*, Sun-Sentinel, July 04, 2009, at 1A.

107. *Drywall Inquiry Moves To China*, Palm Beach Post, Aug. 12, 2009, at 6B.

108. *Drywall Investigation Expands To U.S. Products*, Sun-Sentinel, Nov. 27, 2009, at 14B.

109. *Drywall lawsuit is filed*, Sarasota Herald Tribune, Dec. 11, 2009, at D01.

110. *Drywall lawsuit set for trial next year*, The Miami Herald, June 26, 2009, at XX.

111. *Drywall Measures Fail*, Sun-Sentinel, May 06, 2009, at 9B.

112. *Drywall not For Feds*, Sun-Sentinel, Apr. 15, 2009 at 12A.

113. *Drywall not likely to be on agenda*, Sarasota Herald Tribune, Oct. 15, 2009, at D01.

114. *Drywall order is issued*, Sarasota Herald Tribune, Sept. 25, 2009, at D01.

115. *Drywall Prevalence and Dangers*, St. Petersburg Times, May 22, 2009, at 4B.

116. *Drywall problems hit a local builder*, Sarasota Herald Tribune, Oct. 09, 2009, at A01.

117. *Drywall problems mount*, The Tampa Tribune, June 23, 2009, at 1.

118. *Drywall Problems Remain A Mystery To Government Agencies*, Sun-Sentinel, Oct. 29, 2009.

119. *Drywall Raises Radioactivity Fears*, Palm Beach Post, July 09, 2009, at 4B.

120. *Drywall report delayed*; The Miami Herald, Oct. 30, 2009, at C3.

121. *Drywall report offers a theory for symptoms*, Sarasota Herald Tribune, Oct. 31, 2009, at D01.

122. *Drywall report settles little*, Sarasota Herald Tribune, Oct. 30, 2009, at A01.

123. *Drywall's Fire Risk Examined*, Sarasota Herald Tribune, July 09, 2009, at C05.

124. *Drywall Suits Going To New Orleans*, Palm Beach Post, June 17, 2009, at 4B.

125. *Drywall Task Force Is Gauging Impact*, Sun-Sentinel, Apr. 23, 2009 at 1.

126. *Drywall Test Holds Promise and Warning*, St. Petersburg Times, Nov. 14, 2009, at 4B.

127. *Drywall testing backs complaints*, Sarasota Herald Tribune, Nov. 24, 2009, at A01.

128. *Drywall testing rules out radiation as factor*, Sarasota Herald Tribune, Aug. 21, 2009, at A01.

129. *Drywall trials could begin in six months*, Sarasota Herald Tribune, July 27, 2009, at A01.

130. *Drywall trial set to go in January*, Sarasota Herald Tribune, Nov. 20, 2009, at D01.

131. *Drywall Victims Could See Lower Home Values*, Sun-Sentinel, Aug. 27, 2009 at 3.

132. *Drywall victims get break*, The Miami Herald, Dec. 04, 2009, at C2.

133. *Drywall Victims Might Get Tax Breaks*, Palm Beach Post, July 11, 2009, at 7B.

134. *Drywall was just the start*, Sarasota Herald Tribune, July 27, 2009, at D10.

135. *Drywall Watchdog did Time for Fraud*, Palm Beach Post, Apr. 20, 2009, at 1A.

136. *Drywall worries multiply*, Sarasota Herald Tribune, Mar. 07, 2009, at D01.

137. *Efforts on Chinese drywall fix too slow, Sen. Bill Nelson says*, The Miami Herald, Apr. 24, 2009.

138. *EPA action on Chinese drywall good, but more needed*, The Miami Herald, May 25, 2009, at 12.

139. *Expanding Its Online Presence*, St. Petersburg Times, Oct. 18, 2009, at 1D.

140. *Expert: Drywall Or Similar Issue Was Inevitable*, Palm Beach Post, Nov. 07, 2009, at 8B.

141. *Expert: Rip Out Chinese Drywall And Rebuild*, Sun-Sentinel, Nov. 07, 2009, at 1D.

142. *Families Move During Drywall Work*, Palm Beach Post, May 07, 2009, at 6B.

143. *Family Copes With Holes In Hearts -- And Home*, Palm Beach Post, Oct. 23, 2009, at 1A.

144. *Faulty Chinese drywall causes corrosion, federal study says*, The Miami Herald, Nov. 23, 2009.

145. *Faulty Chinese drywall causes corrosion, federal study says*, The Miami Herald, Nov. 24, 2009, at 1.

146. *Federal court for Lennar*, Sarasota Herald Tribune, Apr. 21, 2009, at D01.

147. *Federal Funds Slow To Come To Repair Chinese Drywall; Florida Hasn't Joined Louisiana In Using Disaster Block Grants*, Sun-Sentinel, Nov. 20, 2009, at 1D.

148. *Federal scientists trail others on drywall*, Sarasota Herald Tribune, Nov. 06, 2009, at D01.

149. *Feds: Chinese drywall in Florida not poisonous*, St Petersburg Times Blogs, Oct. 29, 2009.

150. *Feds: Chinese drywall not proven health risk*, Orlando Sentinel, Oct. 30, 2009, at B8.

151. *Feds Close To Issuing Guidance On Funding Source For Drywall Repairs*, Sun-Sentinel, Dec. 11, 2009.

152. *FEMA Aid For Drywall Victims*?, Palm Beach Post, Oct. 10, 2009, at 8B.

153. *FEMA Aid For Homeowners With Tainted Drywall*?, Sun-Sentinel, Oct. 09, 2009.

154. *Fla. Fires, Tainted Drywall Connection Investigated*, Palm Beach Post, July 10, 2009, at 6B.

155. *Fla. homeowners with tainted Chinese drywall may get relief*, The Miami Herald, Dec. 12, 2009, at C2.

156. *Florida Chinese drywall analysis: No need to raise the roof*, St Petersburg Times Blogs, May 19, 2009.

157. *Florida finally holds a hearing on tainted drywall*, Sarasota Herald Tribune, Oct. 07, 2009, at A01.

158. *Florida lieutenant governor sues Chinese drywall manufacturer*, The Miami Herald, Sept. 02, 2009.

159. *For Action On Drywall*, Sarasota Herald Tribune, July 29, 2009, at C05.

160. *Foreign Drywall Makers Targeted*, Palm Beach Post, Aug. 11, 2009, at 6B.

161. *Friday, Sunday On Issues*, Sun-Sentinel, Apr. 10, 2009.

162. *Getting A Home Back In Time For Holidays; Builder Fixes Up Family's House After Chinese Drywall Debacle*, Sun-Sentinel, Dec. 16, 2009, at 1A.

163. *Getting drywall on the agenda*, Sarasota Herald Tribune, Nov. 07, 2009, at D01.

164. *Good News For WCI Homeowners With Chinese Drywall*, Sun-Sentinel, Aug. 28, 2009.

165. *Got Chinese drywall? Aid may be near*, Orlando Sentinel, May 22, 2009, at A13.

166. *Government Moves On Chinese Drywall*, Sun-Sentinel, Nov. 23, 2009.

167. *Grants May Help Fix Chinese Drywall*, Sun-Sentinel, Dec. 13, 2009, at 1D.

168. *Grappling With What's In The Walls*, Sarasota Herald-Tribune, Feb. 07, 2009, at A01.

169. *Green construction, Chinese drywall topics at conference*, Orlando Sentinel, July 13, 2009, at M6.

170. *Health Officials Puzzled By Tests; Contaminant Levels In Tests That Were Taken Not Easily Identifiable*, Sun-Sentinel, Nov. 06, 2009, at 1D.

171. *Homebuilders' woe: Even Fla. Lt. Gov. Kottkamp's suing over Chinese drywall*, St Petersburg Times Blogs, Sept. 02, 2009.

172. *Homeowner Files Drywall Suit*, Palm Beach Post, Apr. 07, 2009, at 6B.

173. *Homeowner loses mural to drywall problems*, Orlando Sentinel, Sept. 28, 2009, at A20.

174. *Homeowners could lose insurance coverage over Chinese drywall*, The Miami Herald, Oct. 08, 2009.

175. *Homeowners Hope For Aid To Replace Chinese Drywall*, Sun-Sentinel, Apr. 03, 2009, at 1B.

176. *Homeowners Take The Offensive*, Palm Beach Post, Nov. 03, 2009, at 6B.

177. *Homeowners with tainted drywall may get a tax deduction*, The Miami Herald, July 23, 2009.

178. *Homeowners with tainted drywall may get a tax deduction*, The Miami Herald, July 24, 2009, at C2.

179. *Homes As Hazards*, St. Petersburg Times, Nov. 20, 2009, at 1.

180. *Homestead couple's Chinese drywall case heads to court*, The Miami Herald, Dec. 24, 2009, C1.

181. *Home Sweet . . . Heartbreak*, St. Petersburg Times, May 03, 2009, at 1.

182. *Homes With Tainted Drywall May Get Tax Break*, Palm Beach Post, Aug. 07, 2009, 1A.

183. *Hope for justice on drywall*, Sarasota Herald Tribune, Dec. 28, 2009, at A01.

184.   *House Approves Chinese Drywall Study*, Sun-Sentinel, May 08, 2009.

185.   *House Of Reps To Lenders: Work With Homeowners Affected By Tainted Drywall*, Sun-Sentinel, Dec. 03, 2009.

186.   *How Many Houses, In How Much Peril?*, Sarasota Herald-Tribune, Feb. 01, 2009, at A01.

187.   *How to know if home has Chinese drywall?*, The Miami Herald, Apr. 15, 2009, at JFJ.

188.   *HUD aids Chinese drywall owners,* The Tampa Tribune, Dec. 23, 2009, at 8.

189.   *HUD offers to help those with drywall*, Sarasota Herald Tribune, Dec. 24, 2009, at C07.

190.   *HUD Official Says Drywall Aid Coming; Once Federal, State Officials Know 'Science' Behind Drywall Problem, Housing Grants Can Be Offered For Repairs*, Sun-Sentinel, Oct. 14, 2009 at 1D.

191.   *HUD Says Federal Funds Can Be Applied To Drywall Fix*, Sun-Sentinel, Dec. 11, 2009.

192.   *HUD Urges Loan Relief Tied To Chinese Drywall*, Sun-Sentinel, Dec. 23, 2009, at 1D.

193.   *In China, a call for responsibility*, Sarasota Herald Tribune, Oct. 27, 2009, at D01.

194.   *In drywall dispute, this is ground zero*, Sarasota Herald-Tribune, Jan. 15, 2009, at A1.

195.   *In drywall dispute, this is ground zero*, Sarasota Herald Tribune, Jan. 15, 2009, at A01.

196.   *In one home, a dream ruined; Drywall Cases: Concerns force owner out; scrutiny widens beyond Florida*, Sarasota Herald-Tribune, Jan. 13, 2009, at A1.

197.   *In rising Chinese drywall tide, Florida insurers invoke 'pollution' exclusions*, St Petersburg Times Blogs, June 08, 2009.

198.   *Insurers facing no drywall risk?*, Sarasota Herald Tribune, Nov. 04, 2009, at A01.

199.   *In tainted-drywall inquiry, number of potential Chinese suppliers surges*, Sarasota Herald Tribune, Sept. 04, 2009, at A01.

200.   *In The Walls, A New Concern; Imports: Chinese-made drywall used in boom has health officials' attention*, Sarasota Herald-Tribune, Jan. 11, 2009, at A1.

201.   *Investigation Into Drywall Infuriates S. Floridians; Federal Study Can't Link Ills To Chinese Import*, Sun-Sentinel, Nov. 28, 2009, at 1A.

202.   *Judge Cautions Manufacturer,* Sarasota Herald Tribune, Oct. 16, 2009, at D01.

203.   *Judge Designates Drywall Lawyers*, Sarasota Herald Tribune, July 30, 2009, at C05.

204.   *Keep Drywall Probe Going,* Palm Beach Post, Nov. 28, 2009, at 18A.

205.   *Kottkamp Files Suit Over Home's Chinese Drywall*, St Petersburg Times Blogs, Sept. 03, 2009.

206.   *Kottkamp Home Afflicted By Chinese Drywall*, St Petersburg Times Blogs, Feb. 05, 2009.

207.   *Kottkamps File Suit Over Chinese Drywall*, St. Petersburg Times, Sept. 04, 2009, at 4B.

208.   *Law Firm Finds Bad Drywall In Offices,* Palm Beach Post, Apr. 23, 2009, at 6B.

209.   *Led by Saints coach Payton, class action lawsuit aimed at tainted Chinese drywall maker,* St Petersburg Times Blogs, Dec. 11, 2009.

210.   *Lennar: $99,500 To Fix One Home With Defective Chinese Drywall*, Sun-Sentinel, July 13, 2009.

211.   *Lennar: About 400 of our houses in Florida have bad Chinese drywall*, The Miami Herald, July 13, 2009.

212.   *Lennar: About 400 of our houses in Florida have bad Chinese drywall; Homebuilders are setting aside millions to deal with problems associated with Chinese drywall*, The Miami Herald, July 14, 2009, at C3.

213.   *Lennar Homes puts tainted drywall price tag at about $100,000 per home*, St Petersburg Times Blogs, July 13, 2009.

214.   *Lennar Sets Aside Money For Drywall*, Sun-Sentinel, July 14, 200, at 1D.

215.   *Lennar Stashes Cash For Drywall*, Palm Beach Post, July 11, 2009, at 6B.

216.   *Lennar Sues Manufacturer Over High-Sulfur Drywall; Lennar Corp. Wants A Maker Of Chinese Drywall To Pay For The Cost To Replace The Defective Plasterboard In Homes Built By The Miami Company*, The Miami Herald, Feb. 03, 2009, at C1.

217.   *Louisiana beats Florida to try drywall lawsuits*, Sarasota Herald Tribune, June 16, 2009, at D01.

218.   *Major deadline in suit on drywall*, Sarasota Herald Tribune, Nov. 05, 2009, at D01.

219.   *Making drywall a federal case*, Sarasota Herald Tribune, Apr. 04, 2009, at A18.

220.   *Man Deserts Home For Chinese Drywall Tests*, Palm Beach Post, May 12, 2009, at 4B.

221.   *Mayor: Legislators Cut Drywall Aid*, Palm Beach Post, May 05, 2009, at 6B.

222.   *Mayor Ritter Charges Legislature Is Trying To Protect Developers From Chinese Drywall Liability*, Sun-Sentinel, Apr. 28, 2009.

223.  *Mayors Air Concerns; Florida Legislature Asked To Pay $400,000 For Random Testing Of Chinese Drywall*, Sun-Sentinel, Apr. 07, 2009, at 1D.

224.  *Miami-Dade offers relief for victims of tainted drywall*, The Miami Herald, Dec. 03, 2009.

225.  *Mural falls victim to Chinese drywall*, St Petersburg Times Blogs, Sept. 28, 2009.

226.  *Need To Know How To File A Complaint Over Chinese Drywall? Find Out Here*, Sun-Sentinel, Apr. 02, 2009.

227.  *Nelson Again Asking Obama For Help With Chinese Drywall*, Sun-Sentinel, July 28, 2009.

228.  *Nelson blasts firms axing home policies*, Sarasota Herald Tribune, Oct. 16, 2009, at D01.

229.  *Nelson: Fire Consumer Safety Chief*, Sun-Sentinel, Apr. 08, 2009.

230.  *Nelson Pledges Drywall Action*, St. Petersburg Times, Nov. 07, 2009, at 3B.

231.  Lesley Clark, *Nelson seeks funds to help homeowners replace drywall*, The Miami Herald, Oct. 19, 2009, at B3.

232.  *Nelson Seeks Money To Investigate Drywall*, Sun-Sentinel, May 20, 2009.

233.  *Nelson To Obama: Press China On Drywall Problems*, Sun-Sentinel, Oct. 29, 2009.

234.  *Nelson Urges Federal Drywall Aid*, Palm Beach Post, July 29, 2009, at 4B.

235.  *Nelson wants top advocate out*; *He cites the failure to act more quickly on bad drywall from China*, Florida Times-Union, Apr. 09, 2009, at C4.

236.  *Nelson Warns Insurers Not To Drop Homes With Chinese Drywall*, Sun-Sentinel, Oct. 15, 2009.

237.  *New U.S. Consumer Chief Vows To Answer Tainted Drywall Complaints*, The Miami Herald, Sept. 10, 2009.

238.  *No Dealing In Chinese Drywall*, St. Petersburg Times, Nov. 06, 2009, at 8F.

239.  *No Easy Answers With 'Disgusting' Chinese Drywall*, Sun-Sentinel, June 17, 2009.

240.  *None shall pass: Florida builders and the Not-So-Great Wall of China*, St. Petersburg Times Blogs, Apr. 22, 2009.

241.  *Nonprofits Used China Wallboard*, Sarasota Herald Tribune, Dec. 29, 2009, at A01.

242.  *No Quick Drywall Fix; Chinese Drywall Damage May Be Real, But Many Test Kits and Remedies Are Not*, Sun-Sentinel, May 11, 2009, at 1D.

14

243. *Novel Legal Technique For Novel Lawsuit Stoneybrook's Struggle To Get Homeowners To Pay Fees*, Sarasota Herald Tribune, Nov. 30, 2009, at D08.

244. *Obama Aiming To Oust Chief Of Consumer Safety*, Sarasota Herald Tribune, May 06, 2009, at A01.

245. *Obama Urged To Raise Drywall Stink With China*, St Petersburg Times Blogs, Apr. 07, 2009.

246. *Official Itinerary Includes Drywall*, Sarasota Herald Tribune, Nov. 14, 2009, at D01.

247. *On Drywall, Worlds Apart*, Sarasota Herald Tribune, Apr. 23, 2009, at A01.

248. *On Faulty Drywall, Few Repair Permits*, Sarasota Herald Tribune, Dec. 11, 2009, at BN01.

249. *Others Deserve Homes, Too*, Sun-Sentinel, June 15, 2009, at 18A.

250. *Owner Of 140 Condos At Whitney To Move Tenants During Repairs Chinese Drywall*, Palm Beach Post, Sept. 22, 2009, at 6B.

251. *Owners And Lennar Disagree On Drywall Repairs*, Sarasota Herald Tribune, Mar. 13, 2009, at D01.

252. *Parenthood Deepens A Drywall Dilemma*, Sarasota Herald Tribune, July 08, 2009, at A01.

253. *Parkland Commissioner Wants Drywall Task Force*, Sun-Sentinel, Mar. 27, 2009, at 10B.

254. *Parkland Has Survey On Drywall*, Sun-Sentinel, Apr. 17, 2009, at 9B.

255. *Plan Thwarted In Senate, But Advocates Of Testing Soldier On*, Sarasota Herald Tribune, May 23, 2009, at D01.

256. *Policies May Not Cover The Drywall*, Sarasota Herald Tribune, June 06, 2009, at D01.

257. *Politicians Seek Tax Help For Chinese Drywall Victims*, Sun-Sentinel, June 18, 2009.

258. *Probes Into Chinese Drywall Mount, But Yield Few Answers For Homeowners*, Palm Beach Post, Mar. 28, 2009, at 1A.

259. *Quicker Pace Urged In Tackling Drywall*, Sarasota Herald Tribune, Sept. 24, 2009, at A01.

260. *Report Finds Gas From Drywall*, Sarasota Herald Tribune, Mar. 21, 2009, at D01.

261. *Report Links Chinese Drywall, Corrosion*, Palm Beach Post, Nov. 24, 2009, at 1A.

262. *Rep. Wexler Tours Homes Tainted By Chinese Drywall*, Sun-Sentinel, Apr. 08, 2009, at 2B.

263. *Rep. Wexler Tours Tainted Homes; Residents In Upscale Areas Point To Chinese Drywall; 'It's A Catastrophe,' Politician Says*, Sun-Sentinel, Apr. 08, 2009, at 3B.

264. *Residents Seek Help For Chinese Drywall Issue*, Sun-Sentinel, Apr. 09, 2009.

265. *Ritter-Rodstrom Fight -- Is It Round 6 Or 7?*, Sun-Sentinel, Apr. 06, 2009.

266. *Robert Wexler Tours Homes Where Chinese Drywall Is Blamed For Problems*, Sun-Sentinel, Apr. 08, 2009.

267. *Scope Widens In Drywall Case*, Sarasota Herald-Tribune, Feb. 18, 2009, at A01.

268. *Senate, Federal Agency To Tackle Smelly Chinese Drywall Issue; Senators And A Federal Agency Have Pledged To Investigate The Problems That Have Emerged With Chinese Drywall Used In Homes Built In 16 States*, The Miami Herald, May 22, 2009, at 3.

269. *Senator Calling For Ouster; Nelson Wants Top Safety Official Replaced Over Chinese Drywall*, Sun-Sentinel, Apr. 09, 2009, at 1D.

270. *Senator Seeking Drywall Curbs*, Sarasota Herald Tribune, Mar. 31, 2009, at A01.

271. *Senator Seeks Chinese Drywall Probe*, Palm Beach Post, Feb. 19, 2009, at 8C.

272. *Senator Seeks Task Force*, Sun-Sentinel, Apr. 18, 2009, at 1D.

273. *Senators Press For Action On Chinese Drywall*, Sarasota Herald Tribune, July 29, 2009, at 5C.

274. *Senators Push For Chinese Drywall Relief*, The Miami Herald, Nov. 05, 2009.

275. *Senators Request Drywall Funding*, Sarasota Herald Tribune, May 21, 2009, at C05.

276. *Senators Seek Fema Aid For Chinese Drywall Victims*, Sun-Sentinel, Oct. 08, 2009.

277. *Senators See Potential Problem With Formaldehyde In Homes*, Sarasota Herald Tribune, Sept. 24, 2009, at D01.

278. *Sen Bill Nelson Has Gone Viral, But Why?*, St. Petersburg Times, Dec. 06, 2009, at 3B.

279. *Sen Bill Nelson Has Gone Viral, But Why?*, St. Petersburg Times, Dec. 06, 2009.

280. *Sen Bill Nelson Has Gone Viral, But Why*?, St. Petersburg Times, Dec. 06, 2009, at 3B.

281. *Solve The Drywall Mystery*, Palm Beach Post, Oct. 26, 2009, at 16A.

282. *Some Chinese Drywall May Be Tainted With Radioactive Materials*, July, 08, 2009.

283. *South Florida Builders Among Those Being Sued In Suit Over Chinese Drywall*, The Miami Herald, Mar. 03, 2009.

284. *South Florida Builders Replacing Tainted Chinese Drywall*, The Miami Herald, Mar. 14, 2009 at 3.

285. *South Florida Homeowners Quiz Lawmakers Over Chinese Drywall Concerns*, The Miami Herald, Apr. 08, 2009.

286. *So where's Sen. Bill?*, Orlando Sentinel, Sept. 10, 2009, at A18.

287. *Speedy Drywall Litigation Sought*, Sarasota Herald Tribune, Aug. 12, 2009, at C05.

288. *Speedy Drywall Trial Sought*, Sarasota Herald Tribune, Aug. 12, 2009, at C05.

289. *Stacy Ritter Demands Legislature Act On Chinese Drywall*, Sun-Sentinel, Apr. 06, 2009.

290. *Start The Drywall Case*, Palm Beach Post, May 07, 2009, at 12A.

291. *State drywall laws are urged*, Sarasota Herald Tribune, Apr. 18, 2009, at D01.

292. *State tests Parkland home for drywall emissions; The state Health Department took air samples from a Parkland home with Chinese drywall to determine if it hurt the owners' health. Getting an answer may take months*, The Miami Herald, June 11, 2009, at 1.

293. *Study Links Corrosion And Defective Drywall*, Sun-Sentinel, Nov. 24, 2009, at 1D.

294. *Suit Deadline Is Dec. 2*, Sun-Sentinel, Nov. 21, 2009, at 1D.

295. *Surrendering Art And Home*, Sun-Sentinel, Sept. 26, 2009, at 1B.

296. *Surrendering Art And Home*, Sun-Sentinel, Sept. 26, 2009, at 4B.

297. *Tainted drywall engenders lawsuit*, Orlando Sentinel, Mar. 03, 2009, at C4.

298. *Tainted drywall found in condos*, Sarasota Herald Tribune, Apr. 22, 2009, at A01.

299. *Taking aim at faulty imports*, Sarasota Herald Tribune, Aug. 08, 2009, at D01.

300. *Tampa law firm sniffs money in Chinese drywall*, St Petersburg Times Blogs, Mar. 17, 2009.

301. *Tax Relief over Bad Drywall*, Sarasota Herald Tribune, July 11, 2009, at D01.

302. *Tax relief sought on drywall issue*, Sarasota Herald Tribune, Jun, 19, 2009, at C05.

17

303.   *Team Inspects Boynton Home's Drywall;30 Homes To Get Court-Ordered Examinations*, Sun-Sentinel, Oct. 24, 2009, at 5B.

304.   *Testing reveals what's in walls*, Sarasota Herald Tribune, Mar. 24, 2009, at D01.

305.   *Testing The Air; After Health Complaints Citing Chinese Drywall, State Agency Monitors Parkland Home Three Days*, Sun-Sentinel, Jun. 11, 2009, at 1D.

306.   *The Business Of Drywall*, Palm Beach Post, Jun. 29, 2009, at 1B.

307.   *The Buzz: Florida Politics*, St. Petersburg Times, Dec. 06, 2009.

308.   *The Buzz: Florida Politics*, St. Petersburg Times, Feb. 05, 2009.

309.   *The Drywall Plot Thickens*, Palm Beach Post, June 01, 2009, at 12A.

310.   *The Issue: Nelson Sitting On Sidelines In Health Care Debate*, Sun-Sentinel, Sept. 13, 2009, at 4F.

311.   *The voice of unreason: South Florida congressman gets the vapors about Chinese drywall*, St Petersburg Times Blogs, Apr. 06, 2009.

312.   *They Beat Katrina, But Not Drywall*, Sarasota Herald Tribune, Dec. 27, 2009, at A01.

313.   *This Home Could Alter Tainted-Drywall Time Line*, Sarasota Herald Tribune, at Oct. 04, 2009, A01.

314.   *Top Minds Meet Over Drywall*, Sarasota Herald Tribune, June 05, 2009, at D01.

315.   *Trust May Help WCI Drywall Victims*, Sarasota Herald Tribune, July 22, 2009, at C05.

316.   *Uninvited: Study Not On Guest List*, Sarasota Herald Tribune, Dec. 07, 2009, at D08.

317.   *Uproar Over Chinese Drywall; Floridians Say It's Making Them Ill And Hurting Home Values*, Sun-Sentinel, Apr. 02, 2009, at 1A.

318.   *Urgency stressed on drywall issue*, Sarasota Herald Tribune, May 22, 2009, at A01.

319.   *U.S. agency sets drywall inquiry*, Sarasota Herald-Tribune, Feb. 24, 2009, at A01.

320.   *U.S. House Seeks Drywall Deadline*, Palm Beach Post, May 09, 2009, at 6B.

321.   *U.S. House votes to investigate Chinese drywall issue*, Sarasota Herald Tribune, May 08, 2009, at D01.

322.   *Using Florida's Stimulus Money*, Sun-Sentinel, Aug. 29, 2009, at 16A.

323.   *U.S. safety official under fire as drywall gets wider scrutiny*, Sarasota Herald Tribune, Apr. 07, 2009, at A01.

324.  Lesley Clark, *U.S. to probe tainted drywall*, The Miami Herald, Sept. 11, 2009, at 1.

325.  *Victims Of Chinese Drywall: Your Homestead Tax Breaks Are Safe*, Sun-Sentinel, Apr. 06, 2009.

326.  *WCI Forms Trust For Homes With Bad Drywall*, Palm Beach Post, July 21, 2009, at 6B.

327.  *Wexler Bill Would Ban Dangerous Drywall*, Sun-Sentinel, Apr. 02, 2009.

328.  *Wexler, Nelson to Discuss Drywall,* Palm Beach Post, Apr. 04, 2009, at 6B.

329.  *Wexler No Resident*, Sun-Sentinel, Apr. 13, 2009, at 16A.

330.  *Wexler Pokes Fun At His Residency Flap During Chinese Drywall Meeting*, Sun-Sentinel, Apr. 08, 2009.

331.  *Wexler Probes Chinese Drywall*, Sun-Sentinel, Apr. 07, 2009.

332.  *Wexler Tours West Boynton Home After Complaints*, Palm Beach Post, Apr. 08, 2009, at 4B.

333.  *What You Should Know About Chinese Drywall*, Sun-Sentinel, May 08, 2009.

334.  *Whitney Condo Testing For Chinese Drywall*, Palm Beach Post, June 10, 2009, at 1B.

335.  *Will Homes With Bad Drywall Ever Regain Their Value?*, Sun-Sentinel, Apr. 14, 2009.

336.  *Will Homes With Bad Drywall Regain Value?*, Sun-Sentinel, Apr. 19, 2009, at 1D.

## **Georgia**

Newspaper Articles about Chinese Drywall in 2008-2009

1.  *BUSINESS*, The Atlanta Journal-Constitution, Apr. 21, 2009, at 6A.

2.  *Q & A on the News*, The Atlanta Journal-Constitution, Oct. 20, 2009, at 2A.

3.  *What to know about Chinese drywall issue*; '*Rotten egg' smell reported by some homeowners*, The Atlanta Journal-Constitution, Nov. 01, 2009, at 2F.

## **Illinois**

Newspaper Articles about Chinese Drywall in 2008-2009

1.    *2nd report backs drywall complaints*, Chicago Sun Times, Nov. 24, 2009, at 19.

2.    *Bold Names*, Chicago Tribune, June 19, 2009, at 10.

3.    *Danger: Chinese goods*, Chicago Tribune, July 16, 2009, at 22.

4.    *Fertile or barren? A fickle landscape; Many potential mass tort targets have fizzled*, Crain's Chicago Business, Sept. 28, 2009, at 0024.

5.    *Lawsuits mount over drywall imported from China*, Chicago Daily Herald, Nov. 6, 2009, at 7.

6.    *Nation & World*, Chicago Tribune, Nov. 24, 2009, at 17.

7.    *Sleep tight: These dogs will do the rest; Canines trained to detect signs of bedbug infestation*, Chicago Tribune, Oct. 22, 2009, at 16.

8.    *Tainted Chinese drywall vexes Katrina homes*, Chicago Daily Herald, Apr. 13, 2009, at 8.

9.    *USG's asbestos flashback: Chinese drywall suits have a familiar ring*, Crain's Chicago Business, May 18, 2009.

10.   *World & Nation in 60 seconds, The World, The Nation*, Chicago Daily Herald, Nov. 24, 2009, at 2.

## **Louisiana**

Newspaper Articles about Chinese Drywall in 2008-2009

1.  *Briefing Book*: *News and Views from the Louisiana Capitol*, Times-Picayune, Nov. 29, 2009, at A15.

2.  *Briefing Book*: *News and Views from the Louisiana Capitol*, Times-Picayune, June 10, 2009, at 3.

3.  *Briefs*, The Advocate, June 4, 2009, at 8.

4.  *Briefs*, The Advocate, June 10, 2009, at 10.

5.  *Business Briefs*, The Advocate, Sept. 12, 2009, at 7.

6.  *Chinese drywall*: *Caveat emptor*, The Advocate, June 20, 2009, at 9.

7.  *Chinese drywall conference coming to N.O.*, New Orleans CityBusiness, May 6, 2009.

8.  *Chinese drywall differs*, *EPA says*; *It has substances not in U.S. drywall*, Times-Picayune, May 20, 2009, at 1.

9.  *Chinese drywall meetings are set*, Times-Picayune, Oct. 8, 2009, at 4.

10. *Chinese drywall not my fault*, Times-Picayune, June 12, 2009, at 6.

11. *Chinese drywall problems leave many in La. in lurch*, The Advocate, June 29, 2009, at 1.

12. *Coastal-restoration funds*, The Advocate, Nov. 9, 2009, at 5.

13. *Compensation program OK'd for buyers of tainted drywell*, Times-Picayune, June 26, 2009, at 7.

14. *Corrections and Clarifications*, Times-Picayune, Dec. 23, 2009, at A02.

15. *Corrections and Clarifications*, Times-Picayune, Dec. 8, 2009, at A02.

16. *Disaster loan help needed*, The Advocate, Apr. 6, 2009, at 5.

17. *Doing His Part*: *Promoting volunteerism*, *the federal housing chief pitches in with two N.O. projects*, Times-Picayune, June 23, 2009, at 1.

18. *Drywall Dragnet*: *Homeowners saddled with tainted Chinese drywall are increasingly suing local home builders for damages or help removing the defective product*, Times-Picayune, July 5, 2009, at 1.

19. *Drywall fund called low – Replacing contaminated material proving costly*, The Advocate, Aug. 20, 2009, at 9.

20. *Drywall suits merging in N.O. court*; *Judge to handle pretrial actions on all such federal litigation*, Times-Picayune, June 16, 2009, at 1.

21. *Editorial*: *Concerns need examination*, Times-Picayune, Apr. 10, 2009, at 6.

22. *Federal judge in N.O. says Chinese drywall company agrees to be served class action suit*, New Orleans CityBusiness, Nov. 4, 2009.

23. *Homeowners with Chinese drywall have been rebuffed by insurers*, *but a Louisiana law may give them hope*, Times-Picayune, Oct. 18, 2009, at 1.

24. *Hotline set up to tally toxic drywall*; *Homeowners urged to report problems*, Times-Picayune, Dec. 8, 2009, at C06.

25. *Inside Politics*, The Advocate, Dec. 6, 2009, at 1.

26. *Insurance chief backs homeowners \*\*\* Donelon*: *Tainted drywall victims won't lose coverage*, The Advocate, Nov. 24, 2009, at B6.

27. *Jindal asks feds for drywall help*; *He wants to check indoor air quality*, Times-Picayune, Apr. 08, 2009, at 1.

28. *Key Saint presses drywall fight*; *Coach named as lead plaintiff in suit*, Times-Picayune, Dec. 11, 2009, at C6.

29. *Landrieu poised for boost*, The Advocate, May 04, 2009, at B5.

30. *Landrieu raises drywall issues*; *She urges Senate panel to schedule hearing*, Times-Picayune, Apr. 29, 2009, at 6.

31. *Legal remedy?*, Times-Picayune, July 09, 2009, at 6.

32. *Legal thicket grows on bad drywall*; *Lawyers flock to N.O. conference*, Times-Picayune, June 19, 2009, at 1.

33. *Local Briefs*, Times-Picayune, Nov. 24, 2009, at C6.

34. *Local Briefs*, Times-Picayune, Dec. 01, 2009, at C6.

35. *Local Briefs*, Times-Picayune, Sept. 25, 2009, at 1.

36. *LRA awaits answers on drywall compensation*; *But preliminary steps taken in initiative*, Times-Picayune, Oct. 22, 2009, at 2.

37. *McCain counters Landrieu*, The Advocate, Dec. 28, 2009, at B5.

38.    *MEETINGS*, Times-Picayune, Oct. 20, 2009, at 3.

39.    *MEETINGS*, Times-Picayune, Sept. 16, 2009, at 8.

40.    *MEETINGS*, Times-Picayune, Oct. 18, 2009, at 8.

41.    *MEETINGS*, Times-Picayune, Oct. 09, 2009, at 4.

42.    *NOT-SO-GREAT WALLS OF CHINA*; *Homeowners with toxic Chinese drywall have gotten no help, and in many cases, have no resources left to keep their families safe*, Times-Picayune, June 07, 2009, at 1.

43.    *Officials protest oyster ban*, The Advocate, Nov. 02, 2009, at B5.

44.    *O'Keefe gets Euro contract*, The Advocate, Oct. 26, 2009, at B5.

45.    *ON THE HILL*; *News from the Louisiana delegation in the nation's capital*, Times-Picayune, Oct. 25, 2009, at 11.

46.    Bruce Alpert and Jonathan Tilove, *ON THE HILL*; *News from the Louisiana delegation in the nation's capital*, Times-Picayune, Sept. 13, 2009, at 15.

47.    *Pastorek alludes to his 'intense' year*; *ALSO*: *Tammany Together opposes landfill extension*; *Chinese drywall to be discussed in Mandeville*; *voter registration deadline is Wednesday*; *Vitter and Scalise to appear at fundraiser*; *Donahue gets leadership spot with Blueprint Louisiana*, Times-Picayune, Sept. 12, 2009, at 1.

48.    *POLITICS BLOG*, The Advocate, May 04, 2009.

49.    *POLITICS BLOG*, The Advocate, June 09, 2009.

50.    *POLITICS BLOG*, The Advocate, Aug. 19, 2009.

51.    *Property taxes up only slightly*, The Advocate, Dec. 28, 2009, at B1.

52.    *Rep. Cao calls for SBA loans for Chinese drywall victims*, New Orleans CityBusiness, Oct. 30, 2009.

53.    *Residents pack Chinese drywall talk*; *Horror stories aired in Mandeville forum*, Times-Picayune, Sept. 17, 2009, at 1.

54.    *Residents urged to call on drywall*; *Hotline planned*; *deadline looms*, Times-Picayune, Dec. 03, 2009, at B3.

55.    *Residents urged to call on drywall*; *Hotline planned*; *deadline looms*, Times-Picayune, Dec. 03, 2009 at B1.

56.    *Sen. Landrieu seeks more SBA help for businesses, aid for drywall victims*, New Orleans CityBusiness, Nov. 06, 2009.

57.   *Some clues obvious for Chinese drywall*, The Advocate, June 29, 2009, at A4.

58.   *Suits filed over imported drywall \*\*\* China-made material causes problems*, The Advocate, Oct. 18, 2009, at F1.

59.   *Suit traces home ills to drywall*; *Sulfur compounds linked to corrosion*, Times-Picayune, Mar. 31, 2009, at 6.

60.   *Tax amnesty program aims to replenish rainy day fund*; *Jindal also approves construction budget*, Times-Picayune, July 11, 2009, at 2.

61.   *Tax break possible for tainted drywall*; *But tests must prove product is defective*, Times-Picayune, July 19, 2009, at 1.

62.   *THE SAINTS' DRIVING FORCE*; *It's football season, and that means Coach Sean Payton once again puts his personal life on the back burner as he works tirelessly to bring New Orleans a Super Bowl champion*, Aug. 14, 2009, Times-Picayune, at 1.

63.   *Town hall planned on Chinese drywall*; *Meeting scheduled tonight in Chalmette*, Times-Picayune, Oct. 14, 2009, at 4.

64.   *Toxic drywall was a disaster*, Times-Picayune, June 25, 2009, at 6.

65.   *TOXIC TRADE*; *The tainted Chinese drywall scourge spotlights weaknesses in the U.S. legal system that leave consumers without protections or recompense*, Times-Picayune, Oct. 04, 2009, at 1.

66.   *U.S. Senator Landrieu backs more funding for Chinese drywall testing*, New Orleans CityBusiness, July 09, 2009.

67.   Sheila Stroup, *Where there's a Wiltz, there's a way*; *Couple married 47 years is finally back home, thanks to strong will and help from volunteers*, Times-Picayune, June 28, 2009, at 1.

68.   *Which benefactor will it be*? Times-Picayune, June 21, 2009, at 4.

## Mississippi

Newspaper Articles about Chinese Drywall in 2008-2009

1. Michael Newsom, *Attorneys expect thousands of drywall lawsuits*, The Biloxi Sun Herald, Oct. 4, 2009.

2. *Atty. General Jim Hood: Beware Chinese drywall*, Mississippi Business Journal, July 27, 2009.

3. *China drywall in Berrywood*, Picayune Item, May 23, 2009.

4. *Chinese drywall in Pearl River County*, Picayune Item, Mar. 31, 2009.

5. *Chinese drywall lawsuits on rise*, The Clarion-Ledger, Sept. 7, 2009, at 1A.

6. *Company statement*, The Biloxi Sun Herald, Oct. 4, 2009.

7. *Drywall doubts*, The Biloxi Sun Herald, Mar. 25, 2009.

8. *Drywall information*, The Biloxi Sun Herald, Oct. 4, 2009.

9. *Drywall investigation expands into US products*, Picayune Item, Nov. 26, 2009.

10. *Feds find association between drywall corrosion*, Picayune Item, Nov. 24, 2009.

11. *Filing a complaint*, The Biloxi Sun Herald, Oct. 8, 2009.

12. *Fla. to test air in homes with Chinese drywall*, Picayune Item, Apr. 18, 2009.

13. *FTC: Beware of drywall scams*, Mississippi Business Journal, Dec. 14, 2009.

14. *Lawmakers want protection for Mississippi consumers from imported drywall*, Mississippi Business Journal, Nov. 19, 2009.

15. *More cases of Chinese drywall in Pearl River County*, Picayune Item, Apr. 9, 2009.

16. *Oct 27 Letters to the Editor*, The Biloxi Sun Herald, Oct. 27, 2009.

17. *Scam artists likely to migrate to Mississippi*, The Biloxi Sun Herald, Oct. 8, 2009.

18. *Tainted Chinese drywall shows up in Katrina homes*, Hattiesburg American, Apr. 12, 2009.

## North Carolina

Newspaper Articles about Chinese Drywall in 2008-2009

1.   *Business Briefs*, The Herald-Sun, Apr. 21, 2009, at D1.

2.   *Chinese Drywall at Center of Suit*, The Pilot, Apr. 29, 2009.

3.   *Dear Santa*, Winston-Salem Journal, Nov. 30, 2009, at 2.

4.   *Federal Court Consolidates Chinese Drywall Cases*, Southeast Construction Industry Briefs, Aug. 1, 2009, at 67.

5.   *Feds link Chinese drywall, corrosion of pipes, wiring; Health problems a 'possible' risk as well, panel says*, Star-News, Nov. 24, 2009, at 6C.

6.   *Hope Yet for Homeowners Affected by Chinese Drywall?*, Southeast Construction Industry Briefs, Sept. 1, 2009, at 49.

7.   *Insurers dropping policies for drywall*, Chapel Hill Herald, Oct. 15, 2009, at M7.

8.   *National Gypsum drywall tested*, Charlotte Business Journal, Mar. 24, 2009.

9.   *No Headline in Original*, Star-News, June 19, 2009, at 5C.

10.  *No Headline in Original*, Star-News, May 24, 2009, at 3B.

11.  *S.C.'s Tenenbaum Draws Bipartisan Praise in Senate: Nominee for Consumer Product Safety Post Says Chinese Imports Top Her Priority List*, Charlotte Observer, June 17, 2009, at 14A.

## <u>Oklahoma</u>

Newspaper Articles about Chinese Drywall in 2008-2009

1. *China aids U.S. inquiry into tainted wallboard*, Tulsa World, Oct. 27, 2009, at E3.

2. *Feds say studies on dangers of Chinese wallboard remain inconclusive*, Tulsa World, Oct. 30, 2009, at E6.

3. *Latest homeowner horror unlikely to play in Oklahoma*, The Oklahoman, Oct. 24, 2009, at 2C.

4. *Tainted Chinese drywall shows up in Katrina homes*, Tulsa World, Apr. 13, 2009, at A10.

## **Texas**

Newspaper Articles about Chinese Drywall in 2008-2009

1.    *After Katrina, the Painful Rebuilding process was made easier for some homeowners by the friendlier price tag of Chinese drywall – until the Stench and Corrosion took over Rebuilt homes, and many hopes, slowly decaying*, The Houston Chronicle, Apr. 13, 2009, at 10.

2.    *Around the Region*, The Houston Chronicle, Apr. 25, 2009, at 3.

3.    *Baron & Budd enter Chinese drywall fray*, Dallas Business Journal, May 5, 2009.

4.    *Chinese drywall not found in S.A.*, San Antonio Express-News, Apr. 25, 2009, at 1D.

5.    *Consumer Product Safety Commission finds link between Chinese drywall, problems*, Fort Worth Star-Telegram, Nov. 23, 2009, at 2.

6.    *Drywall investigation expands in U.S. Consumer agency's probe is its biggest ever*, The Houston Chronicle, at 14.

7.    *Hewett Packard net income up 14 percent despite sales drop*, Fort Worth Star-Telegram, Nov. 23, 2009, at 2.

8.    *Lennar shares tumble on fraud report*, Austin Business Journal, Jan. 9, 2009.

9.    *No Headline in Original*, Corpus Christi Caller-Times, Apr. 13, 2009, at 4.

## **Virginia**

Newspaper Articles about Chinese Drywall in 2008-2009

1.  *Cities at a glance*, The Virginian-Pilot, Apr. 16, 2009, at B2.

2.  *Homeowners file suit over drywall*, The Virginian-Pilot, May 02, 2009, at B1.

3.  *Areva Representatives Want to Meet Their New Neighbors*, Daily Press, Nov. 18, 2009, at A4.

4.  *Banned substance found in Chinese drywall*, The Virginian-Pilot, July 05, 2009, at A10.

5.  Tamara Dietrich, *Bill China for the Toxic Drywall*, Daily Press, Oct. 23, 2009, at A2.

6.  *Biz Buzz*, The Virginian-Pilot, Aug. 09, 2009, at D1.

7.  *Biz Buzz*, The Virginian-Pilot, Nov. 22, 2009, at D1.

8.  *Blame game continues at beleaguered development*, The Virginian-Pilot, Aug. 23, 2009, at D1.

9.  *Builders respond to concerns about drywall*, The Virginian-Pilot, Mar. 30, 2009, at B1.

10. *BUSINESS BRIEFS*, Richmond Times Dispatch, Nov. 24, 2009, at B5.

11. *Business runs dry after drywall lawsuits*, The Virginian-Pilot, July 10, 2009, at B1.

12. *China accountable for drywall woes*, The Virginian-Pilot, Oct. 22, 2009, at B6.

13. *China helping U.S. on drywall*; *Imported construction material contaminating homes, owners claim*, Richmond Times Dispatch, Oct. 27, 2009, at B3.

14. *China looms large in future*, The Daily Progress, Nov. 25, 2009.

15. *Chinese drywall emits more sulfur*, *report finds*, The Virginian-Pilot, Oct. 30, 2009, at B3.

16. *Chinese Drywall Turns Dreams to Nightmares*, Daily Press, Oct. 21, 2009, at A5.

17. *Chinese-made drywall is banned in city*, The Virginian-Pilot, May 20, 2009, at B3.

18. *Chinese-made drywall used in hotel project*, *officials say*, The Virginian-Pilot, June 02, 2009, at B3.

19. *City Council Agenda*, The Virginian-Pilot, Oct. 25, 2009, at 30.

20. *City Council Agenda*, The Virginian-Pilot, June 07, 2009, at 12.

21. *Columnist: Santa owes me*, Stafford County Sun, Dec. 03, 2009.

22. *Condo project in question after manager departs*, The Virginian-Pilot, May 12, 2009, at B1.

23. *Corrosive Indifference to Consumer Health*, The Virginian-Pilot, May 17, 2009, at B8.

24. *Councilman to recommend that beach ban Chinese drywall*, The Virginian-Pilot, May 23, 2009, at B3.

25. *Couple*, *insurer file suits over problematic Chinese drywall*, The Virginian-Pilot, Apr. 25, 2009, at B1.

26. *Dear Santa*: *You owe me one, buddy, after the tube sock incident*, Culpeper Star-Exponent, Nov. 28, 2009.

27. *Developer told to tear out Chinese drywall*, The Virginian-Pilot, July 08, 2009, at B3.

28. *Do We Have Chinese Drywall Issues?*, Daily Press, Sept. 14, 2009, at A1.

29. *Drywall from China poses risks; Va. health agency among states studying products in thousands of newer homes*, Richmond Times Dispatch, Apr. 12, 2009, at A13.

30. *Drywall spurs concern over health and homes*, The Virginian-Pilot, Mar. 24, 2009, at B1.

31. *Feel crowded? Need a spot for flat-screen TV? To the Man cave!*, The Virginian-Pilot, Oct. 12, 2009, at E1.

32. *Finish up Chinese drywall investigation*, *Warner says*, The Virginian-Pilot, Sept. 23, 2009, at B4.

33. *Homeowners could get tax break for bad drywall*, The Virginian-Pilot, July 11, 2009, at B3.

34. *Hundreds of Katrina victims plagued by tainted Chinese drywall*, The Virginian-Pilot, Apr. 13, 2009, at A3.

35. *Judge eyes January for U.S. trials on drywall*, The Virginian-Pilot, Sept. 04, 2009, at B5.

36. *Lawmakers call for aid in drywall cases*, The Virginian-Pilot, Oct. 09, 2009, at B3.

37. *LOCAL BRIEFS*, Daily Press, Oct. 30, 2009, at A9.

38. *LOCAL NEWS BRIEFS*, Daily Press, Nov. 05, 2009, at A6.

39. *LOCAL NEWS BRIEFS*, Daily Press, Oct. 23, 2009, at A9.

40.     *Millions needed to fix drywall*, *officials told*, The Virginian-Pilot, Oct. 13, 2009, at A1.

41.     *Nation*, The Virginian-Pilot, Aug. 12, 2009, at A11.

42.     *Nation and World*, The Virginian-Pilot, Oct. 27, 2009, at A7.

43.     *NEWS NEAR YOU*, Richmond Times Dispatch, May 03, 2009, at B02.

44.     *NN SEEKS AID FOR DRYWALL HOMEOWNERS*, Daily Press, Dec. 06, 2009, at A6.

45.     *No Headline In Original*, The Virginian-Pilot, May 31, 2009, at D1.

46.     *No Headline In Original*, The Virginian-Pilot, Apr. 14, 2009.

47.     *No Headline In Original*, The Virginian-Pilot, July 12, 2009, at D1.

48.     *No Money on City, School Wish Lists*, Daily Press, Dec. 03, 2009, at A4.

49.     *Owners report problems in homes with American-made drywall*, The Virginian-Pilot, Nov. 26, 2009, at A3.

50.     Dave Fairbank, *Secrecy of Coaches in Poll PR Misstep*, Daily Press, May 30, 2009, at C1.

51.     *Section 8 Offices Relocate for Now*, The Virginian-Pilot, May 27, 2009, at B3.

52.     *Senators Seek Aid for Drywall Victims*, Daily Press, Oct. 09, 2009, at A10.

53.     *Senators target tainted materials from China*, The Virginian-Pilot, Mar. 31, 2009, at B7.

54.     *Smelly Issue with the Great China Drywall*, Daily Press, May 09, 2009, at A4.

55.     *South Hampton Roads Roundup*, Daily Press, Apr. 12, 2009, at A11.

56.     *Supplier says it distributed Chinese drywall*, The Virginian-Pilot, Apr. 10, 2009, at B1.

57.     *Suspect materials found in EPA test of Chinese drywall*, The Virginian-Pilot, May 20, 2009, at A10.

58.     *Tainted Drywall Shows up in Katrina Homes*, The Roanoke Times, Apr. 13, 2009, at A6.

59.     *Wipe that smile off your face*; *DMV is serious*, The Virginian-Pilot, June 01, 2009, at E1.

60.     *With each new outbreak*, *medical sleuth is on the case*, The Virginian-Pilot, June 07, 2009, at A1.