# Exhibit F

## *Some Chinese drywall may be tainted with radioactive materials*

The Miami Herald

July 8, 2009 Wednesday

Copyright 2009 The Miami Herald All Rights Reserved

The Miami Herald
Found on Miami.com

**Length:** 469 words

**Byline:** NIRVI SHAH, *, nshah@MiamiHerald.com*

## Body

Some Chinese-made drywall imported into the United States contained radioactive material, news reports suggest, but state and federal tests so far haven't detected it.

Copies of customs reports obtained by The Los Angeles Times show drywall made with a radioactive waste product was shipped to the states in 2006 by at least four Chinese manufacturers and trading firms.

The substance, called phosphogypsum, has been banned from use in nearly all products made in the United States by the Environmental Protection Agency since 1989.

The EPA says that phosphogypsum, a fertilizer byproduct, contains uranium and radium.

Radium decays to form radon, a cancer-causing, radioactive gas. A geoscientist interviewed by The Times said the material can cause corrosion.

Chinese drywall is being blamed for making newer homes smell like chemicals or sulfur, corroding air conditioner coils, blackening jewelry and other metals and causing breathing problems, nosebleeds and headaches for residents.

But the limited number of tests performed on drywall so far don't show that the product contains any radioactive material.

EPA tests done earlier this year show the imported material contained sulfur, unlike domestic drywall, and foreign-made gypsum board contained strontium at 10 times the rate of U.S. drywall.

The Florida Department of Health's tests showed the Chinese product had three sulfur compounds that could create a noticeable odor.

The ''Florida Department of Health has not reviewed any data that suggests problems in homes suffering rapid copper corrosion are associated with the use of phosphogypsum in drywall,'' spokeswoman Susan Smith said Wednesday.

**TAINTED HOMES**

Tens of thousands of homes in Florida and as many as 100,000 across the country are believed to have been built with imported drywall.

Pam Greyson Harris

Some Chinese drywall may be tainted with radioactive materials

As of Tuesday, close to 500 complaints associated with drywall had been reported to the state Department of Health. The problems have triggered lawsuits against builders, installers, distributors and manufacturers.

**PLENTY AND CHEAP**

Phosphogypsum is plentiful and cheap in China, the Times reported, and Chinese manufacturers have been using it for nearly a decade.

But imported drywall was uncommon in the United States until domestic manufacturers couldn't keep up with the surge in demand during the housing boom and following active hurricane seasons.

Knauf Plasterboard Tianjin, a drywall manufacturer named in several lawsuits filed by South Floridians including Miami home builder Lennar, stopped using gypsum from one quarry after tests found the company's drywall emitted sulfur-containing compounds at unnaturally high concentrations.

But Wednesday, spokeswoman Yeleny Suarez said the company has never used the radioactive material cited by The Times.

''KPT does not use and has never used phosphogypsum,'' she said.

**Load-Date:** July 9, 2009

---

**End of Document**