# Exhibit G

## *Hotline set up to tally toxic drywall ; Homeowners urged to report problems*

Times-Picayune (New Orleans)

December 8, 2009 Tuesday

Copyright 2009 The Times-Picayune Publishing Company All Rights Reserved

**Section:** MONEY FRONT; Pg. C 06

**Length:** 823 words

**Byline:** Business writer

# Body

Rebecca Mowbray

The Louisiana Recovery Authority has activated a hotline for state residents to become part of the official count of households affected by contaminated drywall to help Louisiana press its case for federal assistance.

Paul Rainwater, executive director of the Recovery Authority, said that the Consumer Product Safety Commission, the federal agency that is leading the investigation into the effects of defective drywall from China, has asked each of the 32 states that are affected to submit official counts by Monday, Dec. 14.

"We will use the data we gather on homes to continue to make the case for direct federal aid to homeowners, including the possibility of using existing disaster programs for temporary housing and rebuilding assistance," Rainwater said.

People can register online at *www.lra.louisiana.gov/drywallform* or by calling 1.866.684.1713 from 7 a.m. to 7 p.m. Monday through Friday and 8 a.m. to 5 p.m. on Saturday.

Anyone who hasn't already registered with the recovery authority is encouraged to do so, regardless of whether they were a Road Home Program applicant or whether they have already called the Consumer Product Safety Commission, Rainwater said.

As of Dec. 3, only 415 Louisianans had reported their situations to the safety commission. "We believe that's under-reporting. That's why we're doing this outreach. We think the number is in the thousands," Rainwater said.

State agencies and public officials believe that as many as 4,000 to 7,000 Louisianans may be affected by Chinese drywall based on the amount of problem drywall that was imported to the United States and the amount of rebuilding that was going on in the state after Hurricanes Katrina and Rita. Bills for damage in Louisiana could reach $3 billion.

Rainwater said the gap between the number of cases reported to the safety commission and the estimates of the problem doesn't mean that the issue has been over-hyped, but rather that cases have been under-reported.

As evidenced by a stream of testimonials by homeowners at a special meeting of the Senate Insurance Committee in Mandeville last Wednesday, many homeowners are worried that they will lose their insurance or risk foreclosure if they reveal they have Chinese drywall in their homes.

Meanwhile, because many homeowners have called members of the Louisiana congressional delegation, the attorney general or agencies such as the Department of Health and Hospitals, they may think that they have

Hotline set up to tally toxic drywall ; Homeowners urged to report problems

reported their problem when in fact they have not. Others, Rainwater said, probably just haven't known where to report their problem, since the state hasn't done an official outreach effort.

Rainwater said that the safety commission is seeking one comprehensive list from each state without duplicates, and the recovery authority can't just ask the different agencies for names because of privacy considerations.

The recovery authority will not share any of the information it collects with private groups or homeowners insurance companies.

Many homeowners believe the drywall is making them sick, but insurers have been denying claims and sometimes canceling policies, a move that could put homes at risk of foreclosure. With no money to repair, and no money to continue paying the mortgage while renting an apartment, many families are continuing to stay in their homes even as their health deteriorates. And because of the difficulty of saddling foreign manufacturers with liability, many believe that federal assistance is the only solution.

Rainwater outlined four scenarios for how the federal government might help:

The U.S. Department of Housing and Urban Development has already said that it is appropriate to use Community Development Block Grant money to help afflicted homeowners. Once the safety commission sets official protocols for how to test for contaminated drywall and how to remediate damage caused by it, communities could dedicate block grant money to help people.

Louisiana still has unallocated recovery money. If the safety commission's data collection efforts reveal that states that have had recent disasters, such as Louisiana and Iowa, or states that have had big housing booms, such Nevada, have big problems with bad drywall, the federal government could funnel resources through existing programs for disasters or economic recovery.

The U.S. Small Business Administration could determine that homeowners with contaminated drywall could apply for low-interest loans to get them started on repairs while other options are explored.

If the issue is found to be large enough, President Barack Obama could be persuaded to declare that the situation is a man-made disaster, opening up new channels for federal assistance. Or, Congress could create a special program.

"Before you can do that, you really have to gather the numbers," Rainwater said, urging people to call.

. . . . . . .

Rebecca Mowbray can be reached at *rmowbray@timespicayune.com* or 504.826.3417.


**Load-Date:** March 2, 2010

---

End of Document

Pam Greyson Harris