# Exhibit H

## *Saints coach plaintiff in      Chinese drywall lawsuit*

Mobile Register (Alabama)

December 12, 2009 Saturday, 02 EDITION

Copyright 2009 The Mobile Press Register Inc. All Rights Reserved

**Section:** C; Pg. 02

**Length:** 407 words

**Byline:** REBECCA MOWBRAY, Times-Picayune

## Body

Saints coach plaintiff in

Chinese drywall lawsuit

By REBECCA MOWBRAY

Times-Picayune

Times-Picayune

New Orleans Saints coach Sean Payton is the lead plaintiff in a 591-page class-action lawsuit against Knauf Plasterboard Tainjin Co. Ltd., a Chinese company that manufactured drywall that is believed to be corroding homes and making people sick.

The suit, filed this week in U.S. District Court in New Orleans on behalf of people with this particular brand of drywall, attempts to give some scope to the problem of defective drywall as plaintiffs and defendants figure out how many people are affected and how much it will cost to repair damage.

About 2,100 plaintiffs signed up to be a part of the suit by last week's deadline. Another 600 people were too late to get involved, but Russ Herman, lead plaintiff counsel in the national litigation, said he plans to roll all of the late-fliers into another complaint and file it overseas.

Attorney Daniel Becnel Jr. said that Payton was selected as the lead plaintiff because he was among the first people in Louisiana to link news reports about bad drywall to televisions, computers and electrical equipment failing in his Mandeville home and his family becoming ill.

With more resources to get to the root of the problem than many other people who have problem drywall in their homes, Payton and his family moved out of their house, then systematically took it apart. They took photos of the evidence along the way, then stored the damaged components in a warehouse, where KPT, the manufacturer, was able to inspect it.

This fall, KPT created a one-time offer for people with its particular brand of drywall to join a class action filed in the U.S. rather than making the homeowners file suit under the rules of international litigation.

With the filing of the suit, Kerry Miller, the attorney for KPT and the lead defense counsel in the national litigation, said his company learned that its problem is limited to Louisiana, Mississippi, Alabama and Florida, since its drywall was imported only to ports in Louisiana and Florida.

Pam Greyson Harris

"The good news is the alleged problematic Chinese drywall issue is not as large as thought," Miller said of the 2,100 homes. "What my client is concerned about is, how many homes have our drywall?"

CUTLINES:

ROB CARR/Associated Press

New Orleans Saints coach Sean Payton is shown prior to the start of an NFL football game Sunday against the Washington Redskins in Landover, Md.

**Load-Date:** December 21, 2009

---

End of Document