# Exhibit J

# *What to know about Chinese drywall issue; 'Rotten egg' smell reported by some homeowners.*

The Atlanta Journal-Constitution

November 1, 2009 Sunday, HOME Edition

Copyright 2009 The Atlanta Journal-Constitution

The Atlanta Journal-Constitution
ajc.com

**Section:** AJCHOMES; Pg. 2F

**Length:** 597 words

**Byline:** William Garwood

For the Journal-Constitution

## Body

Recently there has been some news coverage concerning problems with drywall manufactured in China. As is often the case, it becomes difficult to sift through the information in order to determine what the problem is and what solutions are available.

The following is a short synopsis of information available on the Chinese drywall issue:

What is Chinese drywall? Chinese drywall is a wall and ceiling covering, often referred to as Sheetrock, that has been reported to emit a sulfurous odor, cause decay of metal components in electrical and HVAC systems, and make people ill. For the most part, reports of problems with Chinese drywall are coming from owners of homes that were constructed in 2006 and 2007.

What is wrong with Chinese drywall? The actual problem with Chinese drywall is still under study. However, several possible sources for the problems have been identified. It is now believed that the drywall was produced from mined gypsum that contains high levels of strontium. In addition, testing of the outer paper on the drywall has been found to release sulfur, thus the "rotten egg" odor reported by homeowners.

Can Chinese drywall be harmful? According to the Consumer Products Safety Commission, consumers have reported "irritated and itchy eyes and skin, difficulty in breathing, persistent cough, bloody noses, runny noses, recurrent headaches, sinus infection and asthma attacks." Dr. Patricia Williams, a University of New Orleans toxicologist, says that there is no question that toxic compounds have been found in Chinese drywall. Strontium sulfide can be dangerous to developing children, and chronic exposure to the gases given off by the drywall may affect the nervous system, cardiovascular system, eyes, kidneys, liver and skin.

The good news is that the Florida Department of Health contends that the levels of toxins in Chinese drywall are not high enough to pose "an imminent or chronic health hazard at this time."

How do I know if my house has Chinese drywall? The most obvious way to identify Chinese drywall is by smell. If you notice a rotten egg smell in your home, especially on humid days, it may be caused by the drywall.

What to know about Chinese drywall issue; 'Rotten egg' smell reported by some homeowners.

Some people have reported that the rotten egg smell is noticeable when they first enter their homes and seems to dissipate over time. If you feel competent in doing so, check the wiring behind some electrical receptacles. If the wires have become blackened, it may be due to Chinese drywall. Make sure to turn off the breaker serving the receptacles before you remove them.

Again, if you feel competent, remove the cover on your electrical panel box and examine the wires inside the box for blackening. If you are at all wary of doing this, it is best to call a licensed electrician or qualified home inspector to remove the panel cover. Finally, you can go into your attic and brush away some of the insulation exposing the back side of the ceiling drywall. Look for a label that says "Made in China" or "Knauf Plasterboard Tianjin (KPT)". The good news for Georgians is that, according to the Consumer Products Safety Commission, reported cases in Georgia are filed in the "other states" category and only 4 percent of the cases reported are in this category.

What do I do if I have Chinese drywall? Unfortunately, short of removing all of the drywall in the house, there is little a homeowner can do if he has Chinese drywall. Several class-action lawsuits have started up in Florida and more are sure to come. For now it is best to contact your builder and homeowner's insurance company to determine what recourse is available.

**Load-Date:** November 1, 2009

---

**End of Document**