# Exhibit K

## *USG's asbestos flashback; Chinese drywall suits have a familiar ring*

Crain's Chicago Business

May 18, 2009

Copyright 2009 Crain Communications All Rights Reserved

**Length:** 388 words

**Byline:** PAUL MERRION

## Body

Chinese drywall imported during the housing boom a few years ago is turning into a litigation bonanza for trial lawyers and a big headache for USG Corp.

More than a hundred homeowners have sued USG and other wallboard makers over the Chinese imports, and tens of thousands more may be affected by rotten-egg smells, health problems and electrical equipment malfunctions they attribute to emissions from the drywall.

It's an all-too-familiar situation for USG, which waged an asbestos liability court battle that pushed it into bankruptcy in 2001 before a $3.95-billion settlement.

USG doesn't make wallboard in China, but a distribution unit imported enough for about 250 to 300 homes in Florida, less than 1% of USG's sales in the state in 2006. A company spokesman says the suits won't have a material impact on financial performance.

Still, North America's largest wallboard maker is named in two dozen class-action complaints soon to be consolidated into one national case, a move that could attract claims from more homeowners.

``I get four or five calls a day,'' says Florida attorney Scott Bickford, who has filed two Chinese drywall cases so far.

Chicago-based USG says it welcomes the consolidation to expedite the case. The company can prove it did not deliver to any homes whose owners have sued, the spokesman says.

If confined to Chinese drywall, the cases may be just a legal hassle for USG. But one competitor has been sued for similar problems caused by wallboard made in the United States from gypsum recovered from coal power plant emission scrubbers, something USG and the industry have used for decades.

``Eventually it will be a problem for everybody,'' says Florida attorney Brian Warwick, the lead plaintiffs' counsel in that case.

The USG spokesman says: ``We're not aware of any problems anywhere with our products.''

The company also faces challenges on the regulatory front. Congress is advancing legislation to regulate drywall production, and several federal agencies are probing potential health problems, forcing USG to hire a big-name lobbying firm in Washington, D.C.

USG is spending more on lawyers and lobbyists as it tries to keep costs down amid the housing slump. The company, which ordered a 5% reduction in spending last week, lost $42 million in the first quarter as sales declined 26% to $864 million.

Pam Greyson Harris

**Load-Date:** May 21, 2009

---

**End of Document**