# Exhibit N

## *Tainted Chinese drywall shows up in Katrina homes*

Tulsa World (Oklahoma)

April 13, 2009 Monday, Final Edition

Copyright 2009 The Tulsa World

**Section:** News; Pg. A10

**Length:** 733 words

**Byline:** CAIN BURDEAU Associated Press

## Body

CHALMETTE, La. Thomas Stone and his wife, Lauren, rebuilt after their home was flooded by six feet of water during Hurricane Katrina, never dreaming that they would face the agony of tearing it apart all over again. They tapped Lauren Stone's 401(k) retirement account and saved $1,000 by installing Chinese-made drywall throughout their two-story home. Now the Stones are among hundreds of Katrina victims facing another, this time unnatural, disaster: Sulfur-emitting wallboard from China is wreaking havoc in homes charring electrical wires; eating away at jewelry, silverware and other valuables; and possibly even sickening families.

"The bathroom upstairs has a corroded shower head, the door hinges are rusting out," said Thomas Stone, 50, the longtime fire chief of St. Bernard Parish, outside New Orleans. And then there's the stench, like rotten eggs, that seems to get worse with the heat and humidity. Lauren Stone, 49, said, "It makes me wish there would be another flood to wash it out." Chinese manufacturers flooded the U.S. market with more than 500 million pounds of drywall around the same time Katrina was flooding New Orleans, an Associated Press review of shipping records has found. The boom in China-made building materials peaked in 2006, driven by domestic shortages created by the nationwide construction boom, as well as a series of Gulf Coast hurricanes. That year, enough wallboard was imported from China to build about 34,000 homes of roughly 2,000 square feet each, according to the AP's analysis and estimates supplied by the nationwide drywall supplier United States Gypsum. But experts and advocates say many homes may have been built with a mixture of Chinese and domestic drywall which could push the number of affected homes to 100,000 or more, by some estimates. The drywall apparently causes a chemical reaction that gives off the rotten-egg stench and corrodes metal. Researchers do not know yet what causes it, but possible culprits include fumigants sprayed on the drywall and material inside it. The Chinese drywall is also made with a coal byproduct called fly ash that is less refined than the form used by U.S. drywall makers. The U.S. Product Consumer Safety Commission and a number of states are investigating the extent of the problem, what's causing it, and whether it poses serious health risks. But it could be years before the full extent of the problem is known. Meanwhile, the moist climate of the South has meant the impact is being felt there first at least 350 people in Louisiana have already complained to the state health department in yet another unexpected twist for hurricane victims who have lived through more than three years of hardship. "We've been through the storms, we heard about the formaldehyde," a Louisiana Department of Health and Hospitals spokesman, Renne Milligan, said, referring to a previous housing nightmare in which tests showed elevated amounts of formaldehyde in hundreds of FEMA-issued trailers. "Some of our residents are still living through that, and now we're talking about this drywall," Milligan said. Governors in Louisiana and Florida are asking for federal assistance. Like hundreds of other homeowners from Florida to Texas, the Stones have signed on to a class-action lawsuit against the manufacturers, suppliers and builders of the drywall. The defendants in the Louisiana cases include Knauf Gips KG, Knauf Plasterboard Tianjin Co., Taishan Gypsum Co., L&W Supply Corp. and USG Corp., a major U.S. drywall supplier. The lawsuits contend that the Chinese drywall emits sulfur, methane and other volatile organic chemical compounds that are ruining plaintiffs' homes and harming their health. Some of the companies told the AP that they are looking into the complaints, but they downplayed the possibility of health risks. The Chinese ministries of commerce, construction

Pam Greyson Harris

and industry and the Administration of Quality Supervision Inspection and Quarantine did not respond to requests for comment from the AP, although Chinese media have reported that AQSIQ, which enforces product quality standards, was investigating. No U.S. agency regulates the chemical compounds used in imported drywall. Daniel Becnel, a lawyer, has filed about 15 lawsuits in federal court in New Orleans on behalf of hundreds of homeowners. "And we're getting more in every single day," he said. "People are just distraught."

**Load-Date:** April 14, 2009

**End of Document**

Pam Greyson Harris