# Exhibit O

## *Drywall investigation expands in U.S. Consumer agency's probe is its biggest ever*

The Houston Chronicle

November 26, 2009 Thursday, 3 STAR R.O. EDITION

Copyright 2009 The Houston Chronicle Publishing Company All Rights Reserved

**Section:** A; Pg. 14

**Length:** 535 words

**Byline:** By BRIAN SKOLOFF, ASSOCIATED PRESS

# Body

WEST PALM BEACH, Fla. - A federal probe of tainted Chinese drywall has broadened because a small number of homeowners are reporting that American-made drywall is causing some of the same problems: a sickening, sulfurous stench and corroded pipes and wiring.

"We are not limited in the scope of our investigation to just Chinese drywall," said Scott Wolfson, spokesman for the Consumer Products Safety Commission, which is conducting the largest investigation in its history after thousands of homeowners complained and filed lawsuits.

The vast majority of complaints still center on China-made gypsum board imported during the recent U.S. housing boom, when domestic building materials were in short supply. And the commission's investigation is focused mainly on the imported drywall, Wolfson said.

But sporadic reports are surfacing from owners of homes built with American drywall, and the symptoms they report are similar to those reported with the Chinese drywall: a rotten-egg odor that makes occupants sick, corrosion of copper pipes, and ruined TVs and air conditioners.

"We've got a huge problem here, and we just need help," said George Brincku, 48, who bought his southwest Florida house in 2004 and almost immediately began noticing the odd smell, the corrosion of wires and headaches.

When he saw reports about Chinese drywall, he assumed that was the problem with his house - until he called the contractor who installed it.

"I have all 100 percent American-made drywall," Brincku said.

He sent samples to the Massachusetts Institute of Technology, which found that the wallboard from Brincku's home contained 50 percent gypsum and 50 percent cellulose, an organic compound. Drywall should contain mostly gypsum.

Researchers do not know for certain what causes the chemical reactions, but an MIT scientist said the mixture of gypsum and cellulose in Brincku's wallboard, combined with the humid atmosphere in Florida, was releasing sulfurous gases, causing corrosion of copper, brass and silver.

Most of the drywall in Brincku's home was made by Charlotte, N.C.-based National Gypsum, which said its own testing found the material from the house contained just 4 percent cellulose.

Pam Greyson Harris

"We absolutely don't know how you could make wallboard with 50 percent cellulose. It just simply would not hold together," spokeswoman Nancy Spurlock said. "We have been producing wallboard for 85 years in the United States, and we have never had a problem" similar to the Chinese drywall complaints.

Although Brincku has not sued, several other lawsuits have now been filed against American drywall manufacturers, including National Gypsum and Atlanta-based Georgia-Pacific Corp.

Reports of tainted Chinese drywall began to surface last year, and homeowners who bought houses with the imported materials have filed hundreds of lawsuits against builders and manufacturers.

In a report issued Monday, the Consumer Products Safety Commission said its studies found a "strong association" between the Chinese drywall and corrosion. The agency also said it found a possible link between health problems and high levels of hydrogen sulfide gas emitted from the wallboard, coupled with formaldehyde, which is commonly found in new houses.

## Graphic

J PAT CARTER : ASSOCIATED PRESS FILE MADE IN CHINA: Chinese drywall, like this piece in Davie, Fla., is suspected of causing a sickening stench and corroding pipes.

**Load-Date:** November 30, 2009

**End of Document**