# Exhibit P

## CHINESE DRYWALL TURNS DREAMS TO NIGHTMARES

Daily Press (Newport News, Virginia)

October 21, 2009 Wednesday, FINAL EDITION

Copyright 2009 Daily Press, Inc. All Rights Reserved

**Section:** LOCAL; Pg. A5

**Length:** 552 words

**Byline:** By Veronica Chufo , *vchufo@dailypress.com*, 247-4741

**Dateline:** NEWPORT NEWS

## Body

Homemade banners screaming, "Help! House built with toxic drywall" dangled from balconies of several Hollymeade Village town homes.

With that as a backdrop, Rep. Rob Wittman, R-Westmoreland, toured several homes Tuesday and talked to some of the 35 residents who believe their town homes were built with a type of Chinese drywall that's causing health and electrical problems.

It's a story playing out around the nation. More than 1,500 complaints of drywall imported from China have surfaced in 27 states, the District of Columbia and Puerto Rico in recent months. The homes were built during the recent building boom at a time when supplies were short.

For them, the dream of homeownership has become a nightmare.

On Tuesday, the Hollymeade homeowners told their stories to Wittman.

A few months after moving in, the residents started realizing something wasn't right.

Some noticed a sulfuric smell, like the aftermath of a fireworks display. Some reported headaches, respiratory problems and fatigue. Many complained of electronics, such as computers and televisions, breaking within a year or two of purchase.

"If this stuff eats copper and brass, it can't be good for your lungs," homeowner Eric Bailey said. "That just seems like a no-brainer."

Rob Sipe blames his coughs, headaches, muscle aches and fatigue on the drywall.

"The best way I can describe it is it feels like the first few days you have bronchitis," he said.

Juanita Smith broke into tears as she described the headaches and hardships caused by her home.

Matt Darst, a lieutenant in the Navy, planned to start a family here with his wife, a captain in the Army who returned this summer from a year-long deployment in Iraq. But they're concerned about the fumes' effects during pregnancy.

"It has really put our plans and our lives on hold," he said.

Pam Greyson Harris

CHINESE DRYWALL TURNS DREAMS TO NIGHTMARES

The homeowners can't sell the homes, because no one would buy them. And they can't afford to rip out the drywall and repair the homes. So they're looking for help from the government, and many have filed lawsuits in Norfolk Circuit Court against the builders and drywall suppliers.

"I hate to say it. I didn't buy my house from China. I bought it from the builder. The builder right here in Newport News. And they need to do the right thing," Bailey said.

Little can be done until a U.S. Consumer Product Safety Commission investigation wraps up, Wittman said.

"Everyone's waiting to say, who ultimately has the responsibility?" he said.

As they wait, many residents have nowhere else to go because they can't afford to pay rent and a mortgage.

They're also concerned their homeowners insurance policies will be canceled, which is happening elsewhere. Wittman recommended the homeowners contact the State Corporation Commission, which ensures insurers follow state laws. The commission can advise individual policy holders what insurers can and cannot do, Wittman said.

Wittman couldn't promise federal assistance. The Federal Emergency Management Agency requires a high threshold of financial damage before stepping in, and the local, state and federal governments would have to declare a state of emergency, he said.

"I'm not sure it's a situation where the government comes up with the money for this," he said.

But, he added, the homes are "unlivable."

"There has to be some mechanism to resolve that," he said.

## Graphic

Mug (color)

 Rob Wittman

**Load-Date:** October 21, 2009

**End of Document**

Pam Greyson Harris