# Exhibit Q

## Chinese drywall brands with high emissions ID'd

Los Angeles Times

May 27, 2010 Thursday, Home Edition

Copyright 2010 Los Angeles Times All Rights Reserved

**Section:** BUSINESS; Business Desk; Part B; Pg. 5

**Length:** 434 words

**Byline:** Nirvi Shah, Shah writes for the Miami Herald/McClatchy.

## Body

Hoping a public outing will force Chinese drywall manufacturers to take responsibility for their products, the Consumer Product Safety Commission has published a list of brands that emit the most sulfuric gas compounds.

For more than a year, the agency has been investigating problems with drywall imported from China. Hydrogen sulfide released from some brands of Chinese-made wallboard is the cause of corrosion in appliances, air conditioning coils and other metals, triggering about 3,300 complaints to the federal government. Some estimates suggest that thousands more homeowners are affected.

"It is our hope that the release of the names of the companies of the manufacturers today serves as motivation for these companies to agree to come to the table for direct discussions with CPSC," agency spokesman Scott Wolfson said.

Thousands of homes across the country were built with imported drywall. Insurers have denied homeowners' claims. Some builders aren't responding to the problem.

Many homeowners have turned to the courts for help, but only one of the many Chinese drywall companies has acknowledged U.S. court proceedings so far.

Some of the makers did allow U.S. inspectors to visit their factories and mines, but they have not made any conciliatory gestures since then, Wolfson said.

"These manufacturers should do what is just and fair," agency Chairwoman Inez Tenenbaum has said.

This week, U.S. government officials, including Secretary of State Hillary Rodham Clinton and Treasury Secretary Timothy F. Geithner were in China for the second U.S.-China Strategic and Economic Dialogue. The product safety commission said the Chinese government was asked again to facilitate a meeting between the agency and Chinese drywall companies.

Testing by the Lawrence Berkeley National Laboratory in California found that some types of Chinese drywall emitted more than 100 times the hydrogen sulfide of U.S.-made brands.

The greatest amount of emissions came from wallboard made by Knauf Plasterboard Tianjin in 2005, with Taian Taishan Plasterboard product from 2006 coming in second.

While some homeowners have complained that their U.S.-made drywall appears to be causing the same problems as Chinese product, boards tested by the lab found very little or no hydrogen sulfide emissions from domestic products.

Chinese drywall brands with high emissions ID'd

The U.S. boards tested were made last year, however. Many of the most offensive Chinese-made wallboard were produced four or five years ago.

So far, only Knauf Plasterboard Tianjin has responded to lawsuits and investigations of the problem. The company also has settled with at least one builder.

## Graphic

PHOTO: TAINTED? Workers remove drywall made in China from a Florida tract home in January 2009. PHOTOGRAPHER:Brian Blanco Bradenton (Fla.) Herald

**Load-Date:** May 27, 2010

End of Document