UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABAILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO:**<br><br>*Brooke, et. al. v. The State-Owned Assets Supervision and Administration Commission of the State Counsel, 2:15-cv-04127 (E.D.La.)*<br><br>*Brooke, et. al. v. The State-Owned Assets Supervision and Administration Commission of the State Counsel, 2:15-cv-06631 (E.D.La.)*<br><br>*Brooke, et. al. v. The State-Owned Assets Supervision and Administration Commission of the State Counsel, 2:15-cv-06632 (E.D.La.)* | |

## NOTICE OF DISPOSAL OF PHYSICAL EVIDENCE BY DIX PACKA SIXIE LLC

Subject to the requirements of Pretrial Order No. 1(J), dated March 15, 2015, Dix Packa Sixie LLC hereby gives notice of its intention to dispose of the physical evidence that Dix Packa Sixie LLC was previously preserving from the following property or properties:

> 5500 St. Claude Avenue
> New Orleans, Louisiana 70117

Any person or entity wishing to inspect this physical evidence or, in the case of the owner of the property, take possession of this physical evidence at their own expense, must do so within thirty (30) days of the date of this notice upon reasonable notice to Dix Packa Sixie LLC by contacting: Benjamin D. Jacobson by telephone at (504) 301-1002 or by e-mail at benjacobsonre@gmail.com.

Upon the expiration of the thirty-day period, Dix Packa Sixie LLC may dispose of such physical evidence.

This Notice is being filed by Plaintiffs' Liaison Counsel as an accommodation to and with the permission of counsel for Dix Packa Sixie, LLC, as is more fully set forth in correspondence attached as Exhibit "A."

Dated:  January 23, 2019

Respectfully Submitted,

By: */s/ Russ M. Herman*
Russ M. Herman (La Bar No. 6819)
Leonard A. Davis (La Bar No. 14190)
Stephen J. Herman (La Bar No. 23129)
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com

*Plaintiffs' Liaison Counsel*
**MDL 2047**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, which will serve a notice of the uploading in accordance with the procedures established in MDL 2047, on this 23rd day of January, 2019.

/s/ Leonard A. Davis
Leonard A. Davis
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com

*Plaintiffs' Liaison Counsel*
**MDL 2047**