# EXHIBIT "A"



**COUNSELORS AT LAW**

ENERGY CENTRE | 1100 POYDRAS STREET | 30TH FLOOR
NEW ORLEANS, LA 70163

T: 504.569.2030
F: 504.569.2999

WWW.SPSR-LAW.COM

January 23, 2019

*Via Email: LDavis@hhklawfirm.com*
Leonard A. Davis, Esq.
Herman, Herman & Katz, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113

  Re: Request/Permission to File Notice of Disposal of Physical Evidence
    *In Re: Chinese-Manufactured Drywall Products Liability Litigation*
    MDL No. 2047
    Our Client: Dix Packa Sixie LLC
    Property: 5500 St. Claude Avenue, New Orleans, LA 70117
    Our File: 08221-0015

Dear Lenny:

  Please accept this letter as a request for and permission granted to Herman, Herman & Katz, L.L.C., as Plaintiffs' Liaison Counsel in the above referenced matter, to file the enclosed Notice of Disposal of Physical Evidence by Dix Packa Sixie LLC with respect to the above referenced property.

  This letter further acknowledges that, as of the date of this letter, Herman, Herman & Katz, L.L.C. does not represent Dix Packa Sixie LLC in this matter.

  Thank you for professional courtesies. If you should have any questions regarding this correspondence or wish to discuss this matter, please do not hesitate to contact me directly at (504) 569-2970.

            Sincerely,

            *Peter S. Thriffiley, Jr.*
            Peter S. Thriffiley, Jr.

PSTjr
Enclosure

00689404-1