# 证明书
## CERTIFICATE
### ATTESTATION

根据公约第六条，签署本证明书的机关荣幸地证明，

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

2017– SXS –1253

☒ **1. 文书已予送达\***
that the document has been served *
que la demande a été exécutée*

| | |
|---|---|
| 一 日期:<br>the (date) / le (date) : | Mar. 7, 2018 |
| 一 地点（城镇、街、号）：<br>at (place, street, number) / à (localité, rue, numéro) : | The First Intermediate People's Court of Tianjin City |

一 采用的第五条所规定的送达方法为:
in one of the following methods authorised by Article 5:
dans une des formes suivantes prévues à l'article 5 :

☒ a) 依公约第五条第一款第（一）项的规定。*
in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*
selon les formes légales (article 5, alinéa premier, lettre a)*
**Delivered properly**

☐ b) 依下述特定方法*
in accordance with the following particular method*:
selon la forme particulière suivante* :
_____

☐ c) 交付给自愿接受的收件人。*
by delivery to the addressee, if he accepts it voluntarily*
par remise simple*

请求书中所列文书已交付给:
The documents referred to in the request have been delivered to:
Les documents mentionnés dans la demande ont été remis à :

| | |
|---|---|
| 收件人身份和说明:<br>Identity and description of person:<br>Identité et qualité de la personne : | LI Yunting |
| 与受送达人的关系（家庭、业务及其他）：<br>Relationship to the addressee (family, business or other):<br>Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | Not mentioned |

☐ **2. 由于下列事实文书未能送达：\***
that the document has not been served, by reason of the following facts*:
que la demande n'a pas été exécutée, en raison des faits suivants* :

_____

☐ 按照公约第十二条第二款，请申请者支付或补偿后附说明中开列的费用。*
In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.

附：
Annexes / Annexes

| | |
|---|---|
| 退还的文书:<br>Documents returned:<br>Pièces renvoyées : | _____ |
| 适当时，确认送达的文书：<br>In appropriate cases, documents establishing the service:<br>Le cas échéant, les documents justificatifs de l'exécution : | _____ |

*适当时
if appropriate / s'il y a lieu

| | |
|---|---|
| 制于（地点）Beijing<br>Done at / Fait à | 签名和（或）盖章<br>Signature and/or stamp / Signature et / ou cachet<br>[Seal: 司法部 民商事司法协助专用章] |
| 日期 Sep. 28, 2018<br>the / le | |

# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

17-5x5-1253

| Identity and address of the applicant | Address of receiving authority |
|---|---|
| **Rick Hamilton**<br>**633 Yesler Way**<br>**Seattle, WA 98104**<br>**United States of America**<br><br>Authorized applicant pursuant to public law 97-351 of Feb. 26, 1983 which amended rule 4(c) 2(a) Federal Rules of Civil Procedure | **MINISTRY OF JUSTICE, BUREAU OF INTERNATIONAL JUDICIAL ASSISTANCE**<br>**NO. 6, CHAOYANGMEN NANDAJIE**<br>**BEJING 100020, CHINA** |

The undersigned applicant has the honour to transmit-in-duplicate the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.;

(identity and address)

**KNAUF PLASTERBOARD TIANJIN CO., LTD**
**NORTH YINHE BRIDGE**
**EAST JINGJIN ROAD**
**BEICHEN DISTRICT**
**RC-300400 TIANJIN**
**CHINA**
DOB:                Phone:

[X] (a) in accordance with the provisons of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*

[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5):*

_____

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of aticle 5).*

The authority is requested to return or to have returned to the applicant a copy of the documents – and of the annexes* – with a certificate as provided on the reverse side.

Hearing Date:

List of Documents:
  **SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT**

Done at Seattle, Washington USA, on Oct 2 2017

Signature and/or stamp

*Rick Hamilton*

**»abclegal**



Tracking #: **0019377165**

USM-94 (Est. 11/22/77)
(Formerly OBD-116, which was formally LAA-116, both of which may still be used)
* Delete if inappropriate

# 天津市第一中级人民法院

# 送 达 回 证

| 案　　由 | 侵权责任纠纷 | 案号 | (2018)津01协外送1号 |
|---|---|---|---|
| 送达文书名称和件数 | 1. 被诉状及附件壹份<br>2. 其他文书各壹份 | | |
| 受送达人 | KNAUF PLASTERBOARD TIANJIN. Co. LTD | | |
| 送达地址 | 本院 | | |
| 受送达人签名或盖章 | 李生胜　2018年3月7日 | | |
| 代收人及代收理由 | 　年　月　日 | | |
| 备　　考 | | | |

填发人　何韵智　　　　　　　　　　送达人　何韵智　BOOM

注：①送达诉讼文书，按照刑事诉讼法、民事诉讼法、行政诉讼法及相关司法解释的规定办理。
②代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理由。
③根据最高人民法院的规定，生效的裁判文书（调解书除外）应当在互联网上公布。当事人有正当理由申请不公布的，应当最迟于裁判文书送达后三日内，向我院提出书面申请。