# ZUSTELLUNGSZEUGNIS
## CERTIFICATE
## ATTESTATION

Die unterzeichnete Behörde beehrt sich, nach Artikel 6 des Übereinkommens zu bescheinigen,
The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

x   1.  dass der Antrag erledigt worden ist *)
        that the document has been served *)
        que la demande a été exécutée *)

| | |
|---|---|
| - am (Datum)<br>the (date)<br>le (date) | 08.10.2018 |
| in (Ort, Straße, Nummer)<br>at (place, street, number)<br>à (localité, rue, numéro) | Am Bahnhof 10, 97346 Iphofen |

in einer der folgenden Formen nach Artikel 5:
in one of the following methods autohorised by article 5:
dans une des formes suivantes prévues à l'article 5:

x   a)  in einer der gesetzlichen Formen (Artikel 5 Absatz 1 Buchstabe a) *).
        in accordance with the provisions of sub-paragraph a) of the first paragraph of article 5 of the Convention *).
        selon les formes légales (article 5, alinéa premier, lettre a) *).

☐   b)  ~~in der folgenden besonderen Form *):~~
        ~~in accordance with the following particular method *):~~
        ~~selon la forme particulière suivante *):~~

☐   c)  ~~durch einfache Übergabe *).~~
        ~~by delivery to the addressee, who accepted it voluntarily *).~~
        ~~par remise simple *).~~

Die in dem Antrag erwähnten Schriftstücke sind übergeben worden an:
The documents referred to in the request have been delivered to:
Les documents mentionnés dans la demande ont été remis à:

| | |
|---|---|
| (Name und Stellung der Person)<br>(identity and description of person)<br>(identité et qualité de la personne) | Katja Stark, Am Bahnhof 10, 97346 Iphofen |
| Verwandtschafts-, Arbeits- oder sonstiges Verhältnis zum Zustellungsempfänger:<br>relationship to the addressee (family, business or other):<br>liens de parenté, de subordination ou autres, avec le destinataire de l'acte: | |

☐   ~~2. dass der Antrag aus folgenden Gründen nicht erledigt werden konnte *):~~
        ~~that the document has not been served, by reason of the following facts *):~~
        ~~que la demande n'a pas été exécutée, en raison des faits suivants *):~~

☐   ~~Nach Artikel 12 Absatz 2 des Übereinkommens wird die ersuchende Stelle gebeten, die Auslagen, die in der beiliegenden Aufstellung im einzelnen angegeben sind, zu zahlen oder zu erstatten *).~~
    ~~In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement *).~~
    ~~Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint *).~~

Anlagen / Annexes / Annexes

| | |
|---|---|
| Zurückgesandte Schriftstücke:<br>Documents returned:<br>Pièces renvoyées: | Rechtshilfeersuchen |
| Gegebenenfalls Erledigungsstücke:<br>In appropriate cases, documents establishing the service:<br>Le cas échéant, les documents justificatifs de l'exécution:<br>**Die mit dem Zustellungszeugnis fest verbundenen Schriftstücke** | Ausgefertigt in **Kitzingen** am 08.11.2018<br>Done at<br>Fait à<br>**Amtsgericht Kitzingen**<br>**Friedenstraße 3a**<br>**97318 Kitzingen**<br>Unterschrift und/oder Stempel.<br>Signature and/or stamp.<br><br>Sturm, Rechtspfleger |