UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Brooke et al. v. State-Owned Assets Supervision and Administration Commission of the State Council, et al.,* **Case No. 15-4127 (E.D. La.);**<br><br>*Brooke et al. v. State-Owned Assets Supervision and Administration Commission of the State Council, et al.,* **Case No. 15-6631 (E.D. La.); 15-cv-24348 (S.D. Fl.);**<br><br>*Brooke et al. v. State-Owned Assets Supervision and Administration Commission of the State Council, et al.,* **Case No. 15-6632 (E.D. La.); 15-cv-506 (E.D. Va.).** | MDL No. 2:09-md-2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

**BNBM GROUP AND BNBM PLC'S UNOPPOSED REQUEST FOR ORAL ARGUMENT**

On January 15, 2016, BNBM Group and BNBM PLC filed their motion to dismiss the *Brooke* complaint in Case No. 15-4127. Rec. Doc. 19984. The motion raises important and unique issues not presented in *Amorin, Wiltz*, and *Germano*—most notably, those pertaining to statutes of limitations. As such, the BNBM Entities now reiterate their request for oral argument as to these matters.

Oral argument is particularly appropriate, as this Court's supplemental briefing order recognizes the complexity of the outstanding issues—involving dissection of nearly a dozen states' statutes of limitations, their class action and cross-jurisdictional tolling rules, as well as their discovery rules (or lack thereof). Rec. Doc. 21914. The BNBM Entities have conferred

with the PSC regarding this renewed request. The PSC is in agreement that the Court would benefit from oral argument. The parties thus propose that, if it suits the Court, oral argument be held on February 21, 2019—the date of the February status conference.

Dated: January 24, 2019

Respectfully submitted,

*/s/ L. Christopher Vejnoska*

Harry Rosenberg (LA Bar No. 11465)
PHELPS DUNBAR LLP
365 Canal Street, Suite 2000
New Orleans, LA 70130-6534
T: (504) 584-9219
Email: harry.rosenberg@phelps.com

L. Christopher Vejnoska (CA Bar No. 96082)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
San Francisco, CA 94105
T: 415-773-5700
Email: cvejnoska@orrick.com

James L. Stengel (NY Bar No. 1800556)
Xiang Wang (NY Bar No. 4311114)
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY, 10019
T: 212-506-5000
Email: jstengel@orrick.com
         xiangwang@orrick.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing BNBM GROUP AND BNBM PLC'S UNOPPOSED REQUEST FOR ORAL ARGUMENT has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail and upon all parties by electronically uploading the same to File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 24th day of January, 2019.

/s/ *L. Christopher Vejnoska*