UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** *Brooke et al. v. State-Owned Assets Supervision and Administration Commission of the State Council, et al. Case No. 15-4127 (E.D. La.); Brooke et al. v. State-Owned Assets Supervision and Administration Commission of the State Council, et al., Case No. 15-6631 (E.D. La.); 15-cv-24348 (S.D. Fl.); Brooke et al. v. State-Owned Assets Supervision and Administration Commission of the State Council, et al., Case No. 15-6632 (E.D. La.); 15-cv-506 (E.D. Va.).*

## ORDER

Considering Defendants' request for oral argument, R. Doc. 22076;

**IT IS ORDERED** that the Court shall hear oral argument on BNBM Group and BNBM PLC's motion to dismiss the *Brooke* complaint in Case No. 15-4127, R. Docs. 19984, 20388, in the Courtroom of Judge Eldon Fallon on February 21, 2019, following the Monthly Status Conference.

New Orleans, Louisiana, this 24th day of January, 2019.

_____
United States District Judge