UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | |
| | : | SECTION: L |
| This Document Relates to All Cases | : | |
| | : | JUDGE FALLON |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. : | | MAG. JUDGE WILKINSON |

## MEMORANDUM IN SUPPORT OF SETTLEMENT ADMINISTRATOR'S MOTION FOR DISBURSEMENT TO ELIGIBLE CLAIMANTS FROM SETTLEMENT FUNDS HELD BY THE COURT

The Settlement Administrator for the Chinese Drywall Settlement Program, respectfully moves this Court to approve disbursement from the Chinese Drywall Settlement Funds held in the registry of the Court.

On December 21 2018, the Court entered Orders transferring all remaining settlement funds to the registry of the Court.  BrownGreer completed these transfers on or about December 28, 2018.  The Settlement Program has incurred several payment obligations since the funds were transferred to the registry of the Court and seeks approval for the amounts listed in Table 1 to be paid from the Chinese Drywall funds now held by the Court.  If the payments are approved, the Settlement Administrator will provide specific payment details directly to the Clerk of Court.

| | Table 1. Disbursements Requested from Registry of the Court | | | |
|---|---|---|---|---|
| Row | Payee | Amount | Fund | Reason |
| 1 | Esquire Bank | $1,575.89 | Other Loss Fund | Reimbursement for funds advanced by Esquire after transfer to the Court's registry[1] |
| 2 | Esquire Bank | $108.46 | InEx Repair and Relocation Fund | Reimbursement for funds advanced by Esquire after transfer to the Court's registry |
| 3 | Claimant ID 100019 | $1,000.00 | Attorney Fee Fund | Stipend Payment |
| 4 | Adams, Jenkins and Cheatham | $3,335.00 | Banner Repair and Relocation Fund | Fee for preparing 2017 State and federal tax returns |
| 5 | Adams, Jenkins and Cheatham | $3,335.00 | Global Repair and Relocation Fund | Fee for preparing 2017 State and federal tax returns |
| 6 | Adams, Jenkins and Cheatham | $3,300.00 | InEx Repair and Relocation Fund | Fee for preparing 2017 State and federal tax returns |
| 7 | Adams, Jenkins and Cheatham | $3,100.00 | Other Loss Fund | Fee for preparing 2017 State and federal tax returns |
| 8 | Adams, Jenkins and Cheatham | $3,495.00 | Attorney Fee Fund | Fee for preparing 2017 State and federal tax returns |
| 9 | Claimant ID 112001 | $667.93 | Global Repair and Relocation Fund | Reissuance of GBI payment (second distribution) |
| 10 | Claimant ID 113611 | $962.77 | Global Repair and Relocation Fund | Reissuance of GBI payment (second distribution) |
| 11 | Claimant ID 105734 | $211.34 | Global Repair and Relocation Fund | Reissuance of GBI payment (second distribution) |
| 12 | Claimant ID 107681 | $547.56 | Global Repair and Relocation Fund | Reissuance of GBI payment (second distribution) |
| 13 | Claimant ID 101844 | $18,975.00 | Other Loss Fund | Reissuance of Other Loss payment |
| 14 | Claimant ID 111945 | $625.46 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| 15 | Claimant ID 111517 | $62.54 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| 16 | Claimant ID 112134 | $900.66 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| 17 | Claimant ID 101495 | $70.79 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| 18 | Claimant ID 104189 | $1,057.02 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |

[1] After the Settlement Funds were transferred to the Court and the account balances at Esquire Bank were $0.00, several claimants attempted to negotiate checks issued earlier in 2018. Esquire Bank, the bank where the Chinese Drywall Settlement funds were previously held, agreed to advance the amounts on the checks so that the claimants negotiating the checks were able to deposit the settlement checks. The Settlement Administrator requests that Esquire Bank be reimbursed for advancing these funds as listed in Table 1.

| 19 | Claimant ID 104189 | $487.85 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
|----|---------------------|---------|-----------------|------------------------------------------------------|
| 20 | Claimant ID 104189 | $469.09 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| 21 | Claimant ID 104189 | $1,113.32 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| 22 | Claimant ID 104178 | $1,319.72 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| 23 | Claimant ID 104258 | $62.54 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| 24 | Claimant ID 104338 | $62.54 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| 25 | Claimant ID 104338 | $11,977.58 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| 26 | Claimant ID 104366 | $62.54 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| 27 | Claimant ID 104366 | $156.36 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| 28 | Claimant ID 104292 | $62.54 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| 29 | Claimant ID 104292 | $156.36 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| 30 | Claimant ID 104300 | $62.54 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| 31 | Claimant ID 104327 | $62.54 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| 32 | Claimant ID 104328 | $62.54 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| 33 | Claimant ID 104328 | $1,998.62 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| 34 | Claimant ID 104435 | $62.54 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| 35 | Claimant ID 113756 | $62.54 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| 36 | Claimant ID 104329 | $625.46 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| 37 | Claimant ID 100818 | $2,305.75 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| 38 | Claimant ID 105397 | $225.24 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| 39 | Claimant ID 112507 | $38.27 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| 40 | Claimant ID 112507 | $156.36 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| 41 | Claimant ID 113625 | $625.46 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |

WHEREFORE, the Settlement Administrator requests that this Honorable Court approve the disbursements from the Chinese Drywall Settlement Funds currently held by the Clerk of Court.

Respectfully submitted,

 /s/ Jacob Woody
Jacob S. Woody, Esquire (Va. Bar No. 77485)
BrownGreer, PLC
250 Rocketts Way
Richmond, VA 23231
Telephone:  (804) 521-7200
Facsimile:  (804) 521-7299
lgreer@browngreer.com
jswoody@browngreer.com
*Settlement Administrator for the Chinese Drywall*
*Settlement Program*