UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL             PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047  SECTION: L  JUDGE FALLON MAG. JUDGE WILKINSON |
| This Document Relates to All Cases | | |

**SETTLEMENT ADMINISTRATOR'S MOTION FOR DISBURSEMENT TO ELIGIBLE CLAIMANTS FROM SETTLEMENT FUNDS HELD BY THE COURT**

Considering the Settlement Administrator's Motion for Disbursement;

IT IS ORDERED BY THE COURT that the Motion for Disbursement is GRANTED.  The Settlement Administrator is instructed to provide to the Clerk of Court all information necessary to issue payments as outlined in the Settlement Administrator's Motion.

New Orleans, Louisiana, this ___ day of _____, 2019.

_____
Eldon E. Fallon
United States District Court Judge