UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL Docket No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * *

**PROPOSED AGENDA**
**FOR JANUARY 30, 2019 STATUS CONFERENCE**

**Joint Report**
   **Section**

   I.    PRE-TRIAL ORDERS

   II.   OMNIBUS ("OMNI") CLASS ACTION COMPLAINTS

   III.  INEX, BANNER, KNAUF, L&W and GLOBAL SETTLEMENTS

   IV.   TAISHAN, BNBM AND CNBM DEFENDANTS

   V.    VENTURE SUPPLY & PORTER BLAINE DEFENDANTS

   VI.   BENNETT CLASS ACTION

   VIII. ATTORNEY FEES

   IX.   MATTERS SET FOR HEARING FOLLOWING THE CURRENT STATUS CONFERENCE

   XI.   SUGGESTION OF REMAND

   XII.  NEXT STATUS CONFERENCE