# Exhibit A

## *Mitchell* Class Discovery Request List

**Items Requested from Mitchell Homes:**

*Damages Documentation*

- A list of the addresses for all properties that Mitchell Homes remediated which you contend contained drywall manufactured by Taishan and for which you will seek damages from Taishan in *Mitchell* (the Mitchell Homes "Remediated Properties").
- A list of property owners (at the time of remediation) for all Remediated Properties.
- Inspection reports from all Remediated Properties, including any photographs or summaries of drywall, corrosion, testing results, etc.
- Testing reports for all Remediated Properties.
- The scope of work or remediation protocol you used in remediating all Remediated Properties.
- A list of expenses incurred for remediation of Remediated Properties with supporting evidence, including but not limited to invoices, receipts and checks.
- A list of payments and/or reimbursements made to property owners of Remediated Properties in relation to alleged Chinese Drywall damages, with supporting evidence, including but not limited to wire transfers and checks.
- A list of persons with knowledge about Mitchell Homes' claim for damages from Taishan in *Mitchell*, with a summary of the subject matter of each person's knowledge.
- A list of persons with knowledge about Mitchell Homes' remediation of the Remediated Properties, including all third parties who participated in remediation efforts of Remediated Properties by contract or otherwise.

*Claims Documentation*

- All correspondence with owners of Remediated Properties.
- All agreements with owners of Remediated Properties, including but not limited to work authorization agreements, releases, waivers and assignments of claims.
- All correspondence with insurers regarding the coverage of and payment for Chinese Drywall claims for all Remediated Properties.
- All judicial verdicts entered against you in claims related to Chinese Drywall.
- All executed settlement agreements entered into by you to resolve Chinese Drywall claims.
- A list of all putative class members in *Mitchell*.

**Depositions**

- Depositions from corporate representatives regarding scope of remediations of Remediated Properties, costs incurred and other payments made to property owners of Remediated Properties.

LEGAL02/37545990v3

**Items requested from Beazer Homes:**

*Damages Documentation*

- A list of the addresses for all properties that Beazer Homes remediated which you contend contained drywall manufactured by Taishan and for which you will seek damages from Taishan in *Mitchell* (the Beazer Homes "Remediated Properties").
- A list of property owners (at the time of remediation) for all Remediated Properties.
- Inspection reports from all Remediated Properties, including any photographs or summaries of drywall, corrosion, testing results, etc.
- Testing reports for all Remediated Properties.
- The scope of work or remediation protocol you used in remediating all Remediated Properties.
- A list of expenses incurred for remediation of Remediated Properties with supporting evidence, including but not limited to invoices, receipts and checks.
- A list of payments and/or reimbursements made to property owners of Remediated Properties in relation to alleged Chinese Drywall damages, with supporting evidence, including but not limited to wire transfers and checks.
- A list of persons with knowledge about Beazer Homes' claim for damages from Taishan in *Mitchell*, with a summary of the subject matter of each person's knowledge.
- A list of persons with knowledge about Beazer Homes' remediation of the Remediated Properties, including all third parties who participated in remediation efforts of Remediated Properties by contract or otherwise.

*Claims Documentation*

- All correspondence with owners of Remediated Properties.
- All agreements with owners of Remediated Properties, including but not limited to work authorization agreements, releases, waivers and assignments of claims.
- All correspondence with insurers regarding the coverage of and payment for Chinese Drywall claims for all Remediated Properties.
- All judicial verdicts entered against you in claims related to Chinese Drywall.
- All executed settlement agreements entered into by you to resolve Chinese Drywall claims.
- A list of all putative class members in *Mitchell*.

*Depositions*

- Depositions from corporate representatives regarding scope of remediations of Remediated Properties, costs incurred and other payments made to property owners of Remediated Properties.

2