# Exhibit D

# CUNNINGHAM BOUNDS LLC

ROBERT T. CUNNINGHAM
JOSEPH M. BROWN, JR.*
GREGORY B. BREEDLOVE*
DAVID G. WIRTES, JR.**
TOBY D. BROWN*
GEORGE W. FINKBOHNER, III*
STEPHEN C. OLEN
STEVEN L. NICHOLAS
DAVID S. CAIN, JR.*
WILLIAM E. BONNER
ROBERT L. MITCHELL*
J. BRIAN DUNCAN, JR.
LUCY E. TUFTS

ALLISON W. SMALLEY
ASHLEY H. ROBINSON
MELISSA W. WETZEL

OF COUNSEL
RICHARD BOUNDS
JOHN T. CROWDER, JR.
JOSEPH R. SULLIVAN
JOSEPH D. STEADMAN

ROBERT T. CUNNINGHAM, SR.
(1918-2001)

July 27, 2018

via Overnight Federal Express

Christina Eikhoff, Esq.
Alston & Bird
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424

Re: *Mitchell v Taishan - Mitchell Company* Class-Discovery Request

Dear Christina,

Enclosed please find a CD containing additional Beazer Homes documents which are responsive to your prior discovery request. The files include Beazer Homes' Settlement Agreement with the Knauf defendants; deposition transcript of Ray Phillips; costs related to Hampton Lakes and Magnolia Lakes homes; and a chart showing the GBI payments to Beazer Homes. These documents are Bates numbered "cb: 703801 - cb:704386."

There are a few original files which are currently being scanned by a local vendor and will be supplemented upon our receipt.

With best regards,

Steven L. Nicholas

Enclosure
SLN/bcc

1601 DAUPHIN STREET | MOBILE, ALABAMA 36604 | T (251) 471 6191 | TF (800) 472 6191 | F (251) 479 1031
MAILING ADDRESS POST OFFICE BOX 66705 | MOBILE, ALABAMA 36660 | CUNNINGHAMBOUNDS.COM

*CERTIFIED AS A CIVIL TRIAL SPECIALIST BY THE NATIONAL BOARD OF TRIAL ADVOCACY **CERTIFIED AS AN APPELLATE SPECIALIST BY THE AMERICAN INSTITUTE OF APPELLATE PRACTICE