# Exhibit E

# CUNNINGHAM BOUNDS LLC

ROBERT T. CUNNINGHAM
JOSEPH M. BROWN, JR.*
GREGORY B. BREEDLOVE*
DAVID G. WIRTES, JR.**
TOBY D. BROWN*
GEORGE W. FINKBOHNER, III*
STEPHEN C. OLEN
STEVEN L. NICHOLAS
DAVID S. CAIN, JR.*
WILLIAM E. BONNER
ROBERT L. MITCHELL*
J. BRIAN DUNCAN, JR.
LUCY E. TUFTS

ALLISON W. SMALLEY
ASHLEY H. ROBINSON
MELISSA W. WETZEL

OF COUNSEL
RICHARD BOUNDS
JOHN T. CROWDER, JR.
JOSEPH R. SULLIVAN
JOSEPH D. STEADMAN

ROBERT T. CUNNINGHAM, SR.
(1918-2001)

August 2, 2018

via Overnight Federal Express

Christina Eikhoff, Esq.
Alston & Bird
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424

Re:   *Mitchell v Taishan - Mitchell Company* Class-Discovery Request

Dear Christina,

Enclosed please find a CD containing Beazer Homes documents which are responsive to your prior discovery request. The files include SalesForce Docs; Various Home Files; and the 6/14/2010 and 6/23/2010 Environ letters regarding the repair protocol. These documents are Bates numbered "cb: 704501 - cb:706376." We believe that this is the last of the responsive documents.

As a matter of information, Beazer Homes produced documents on or about October 15, 2009 in response to the PSC's First Request for Production. Those documents were Bates numbered "BEAZER00001-003916." Please let us know if you need anything further.

With best regards,

Steven L. Nicholas

Enclosure
SLN/bcc

1601 DAUPHIN STREET | MOBILE, ALABAMA 36604 | T (251) 471 6191 | TF (800) 472 6191 | F (251) 479 1031
MAILING ADDRESS POST OFFICE BOX 66705 | MOBILE, ALABAMA 36660 | CUNNINGHAMBOUNDS.COM

*CERTIFIED AS A CIVIL TRIAL SPECIALIST BY THE NATIONAL BOARD OF TRIAL ADVOCACY **CERTIFIED AS AN APPELLATE SPECIALIST BY THE AMERICAN INSTITUTE OF APPELLATE PRACTICE