# Exhibit H

| | |
|---|---|
| **From:** | Eikhoff, Christy Hull |
| **Sent:** | Friday, December 7, 2018 7:32 PM |
| **To:** | Steve Nicholas |
| **Cc:** | Brenda Cochran; Kenny, Mike; Venderbush, David |
| **Subject:** | RE: Beazer production |

Steve –

I received the USB drive this afternoon containing Beazer's supplemental production.  There are 19,132 files on it.  Needless to say, this dump of documents on a Friday afternoon less than a week before the deposition is unacceptable.  This is especially true given the timeline in which we are operating.  We served our document requests on Beazer in September 7, 2017—fifteen months ago.  Since then, Beazer has slow-walked a series of document productions, on October 20, 2017, February 9, 2018, July 27, 2018, and August 2, 2018.  The total number of files in each of those productions *combined* is 680 files.  Today's production dwarfs that number.

Moreover, the Court's original deadline for the close of class certification discovery was before the end of November.  Because of Beazer's unavailability for deposition within that court-ordered period, we agreed to extend the discovery deadline and briefing schedule by two weeks to accommodate Beazer's representative.  It is not an agreement we would have made had we known that, after the original discovery deadline, Beazer would produce almost 20,000 documents that it had 15 months to locate and produce.

The deposition must be rescheduled to give us a reasonable amount of time to assess this massive production.  This will also necessitate a new briefing schedule.  If we cannot reach agreement on our own, we will seek Judge Fallon's intervention and guidance.

Christy Hull Eikhoff
Alston & Bird, LLP
404-881-4496 direct
404-881-7000 main
Assistant: Scott Bobo (scott.bobo@alston.com)
Christy.eikhoff@alston.com

---

**From:** Steve Nicholas [mailto:sln@cunninghambounds.com]
**Sent:** Friday, December 7, 2018 12:44 PM
**To:** Eikhoff, Christy Hull <Christy.Eikhoff@alston.com>
**Cc:** Brenda Cochran <bcc@cunninghambounds.com>
**Subject:** Beazer production

Beazer has located some additional Environ files.  While I do not have them yet, in order to get them to you as soon as possible, I have asked that they be hand delivered to you today.

**Steve Nicholas**

**Cunningham Bounds, LLC**
Phone: (251) 471-6191
Fax: (251) 479-1031
Toll Free: (800) 472-6191
SLN@cunninghambounds.com
www.cunninghambounds.com
Post Office Box 66705
Mobile, AL 36660



This email contains privileged and confidential information protected by the attorney work product doctrine and attorney-client privilege. If you receive this email in error, please notify the sender immediately.

2