# Exhibit I

Page 1

1        IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF LOUISIANA
2

3   IN RE:  CHINESE MANUFACTURED     MDL DOCKET NO. 2047
    DRYWALL PRODUCTS LIABILITY
4   LITIGATION,

5
    THIS DOCUMENT RELATES TO         SECTION L
6   Mitchell Co. Inc. v. Knauf       JUDGE FALLON
    Gips, et al., 09-cv-4115         MAG. JUDGE WILKINSON
7

8

9            30(b)(6)VIDEO DEPOSITION OF
10      TAISHAN GYPSUM CO., LTD. AND TAI'AN TAISHAN
11              PLASTERBOARD CO., LTD.
12                 (MICHAEL BUCHMAN)
13          January 4, 2019 - 9:50 a.m.
14                King & Spalding
15              1180 Peachtree Street
16                Atlanta, Georgia
17     Robyn Bosworth, RPR, CRR, CRC, CCR-B-2138

18

19

20

21

22

23

24

25

Case 2:09-md-02047-EEF-MBN Document 22080-9 Filed 01/28/19 Page 3 of 4

30(b)(6) Michael Buchman January 4, 2019
The Mitchell Company, Inc. Vs. Knauf Gips KG, Et Al.

Page 118

1  Q    And Beazer would respond to those
2  individual cases as needed?
3  A    Each -- each personality type, as you
4  know, some people want to be left alone, some people
5  want to be communicated with constantly, so, yeah,
6  there are different -- different needs.
7       Lot of these things here, I don't even
8  know if we would have agreed to these, but
9  timeline -- we give every homeowner a timeline.
10 Same with number 2.  Number 3 is something we
11 already do.  Number 4, a pre-drywall tour is
12 something we do.  Clarification on the scope, which
13 he lists below, those are things that we were
14 already doing.  All appliances went.  All light
15 fixtures went.  All HVAC systems went.
16      And maybe I'm out on a limb here, but
17 there's no way, no way that he received a lifetime
18 transferable warranty.
19 Q    He demands one, but you're testifying on
20 behalf of Beazer that you would not -- Beazer would
21 not have granted that?
22 A    In 15 years, no, I've never heard of that
23 situation.
24 Q    Okay.
25 A    Not surprising that he demanded it, it's

Page 119

1  just -- no.
2  Q    You testified earlier that Beazer became
3  aware of Chinese drywall as an issue, in part,
4  because Lennar, a competitor, was made aware of it
5  as well?
6  A    Yeah.  My recollection is when it hit the
7  news, Lennar had done their research and they had
8  figured out exactly what the issue is.
9       For instance, on Kim Royal's house,
10 obviously we knew about the issue several years
11 before but had no idea what it was, what the cause
12 was.
13 Q    Okay.  And are you aware of any litigation
14 that Lennar initiated against Taishan?
15      Is Beazer involved in that at all?
16      MR. NICHOLAS:  Object to the form.  Those
17 are two different questions.
18      MS. EIKHOFF:  Okay.  Thank you.
19 BY MS. EIKHOFF:
20 Q    Let me split that up.
21      Are you aware of any litigation that
22 Lennar initiated against Taishan?
23 A    I am not.
24 Q    Okay.  Has Beazer been involved at all in
25 joining forces with Lennar to make Chinese drywall

Page 120

1  claims?
2       MR. BUSTER:  Object to form.
3  A    I would assume so, but here again, not to
4  my knowledge.
5  BY MS. EIKHOFF:
6  Q    Okay.
7  A    I'm not an attorney.
8  Q    Are there any other home builders that
9  Beazer was in communication with relating to Chinese
10 drywall claims?
11      MR. NICHOLAS:  Object to the form.
12      MR. BUSTER:  Object to form.
13 A    Not to my knowledge.
14 BY MS. EIKHOFF:
15 Q    Besides Lennar?
16 A    No, not to my knowledge.
17 Q    Okay.  So Lennar is the only one that you
18 can name?
19      MR. BUSTER:  Object to form.
20      MR. NICHOLAS:  Object to form.
21 A    What -- you mean -- in other words, we
22 were aware through media reports that they had an
23 issue in Environ and they had worked on it.  By the
24 time it came to our attention, we did not work
25 directly with Lennar.

Page 121

1  BY MS. EIKHOFF:
2  Q    Understood.
3  A    Yeah.
4  Q    And -- and my current question is whether
5  Beazer is aware of any other home builders besides
6  Lennar that had to deal with Chinese drywall issues.
7  A    I personally am, but I can't speak for the
8  company on that.
9  Q    Okay.  So personally what other home
10 builders are you aware of?
11 A    D.R. Horton.
12 Q    Okay.  Any others?
13 A    No.
14 Q    Okay.
15      MS. EIKHOFF:  Why don't we take a break.
16 I think we're almost done.
17      MR. NICHOLAS:  Okay.
18      THE VIDEOGRAPHER:  Off the record at 1:33.
19      (Recess 1:33-1:41 p.m.)
20      THE VIDEOGRAPHER:  Back on the record.
21 The time is 1:41.
22 BY MS. EIKHOFF:
23 Q    Mr. Buchman, you testified that you
24 personally are aware of another home builder called
25 D.R. Horton that experienced Chinese drywall

31 (Pages 118 - 121)

Case 2:09-md-02047-EEF-MBN Document 22080-9 Filed 01/28/19 Page 4 of 4

30(b)(6) Michael Buchman January 4, 2019
The Mitchell Company, Inc. Vs. Knauf Gips KG, Et Al.

Page 122

1 problems; is that correct?
2   A   That is correct.
3   Q   Do you know what states those problems
4 were experienced in?
5   A   I just know about Florida because my wife
6 works for the company.
7   Q   Oh, okay. All right. And just as -- D.R.
8 Horton is a competitor of Beazer?
9   A   Correct.
10  Q   Okay. And are they bigger or smaller than
11 Beazer in Florida?
12  A   They're I think the largest in the
13 country, one or two, so --
14  Q   Okay.
15  A   -- larger.
16  Q   Okay. And do you have any idea of the
17 scope of the number of homes that they had affected
18 by Chinese drywall?
19  A   Just what my wife and I would talk about.
20 She had --
21  Q   All right. Well, don't -- don't tell me
22 about what you -- you and your wife talk about
23 because that's actually privileged, so...
24      Let's look back at Exhibit 3, which is all
25 the way -- these are back in order.

Page 123

1       We looked at the column that's called
2 repair costs, and you testified earlier that those
3 numbers are taken from the job detail cost
4 reports --
5   A   Job -- yes.
6   Q   -- job cost detail reports?
7   A   Yes.
8   Q   Did I say that right?
9       And -- and you already testified that it's
10 more than just, quote, repairs, it's broader than
11 that, right? It's Beazer's costs associated with
12 responding to Chinese drywall?
13  A   Correct.
14      MR. BUSTER: Object to form.
15 BY MS. EIKHOFF:
16  Q   Okay. And then there are columns for
17 Banner settlement and global settlement, correct?
18  A   Correct.
19  Q   The Banner settlement and global
20 settlement totals that are reflected in Exhibit 3
21 offset Beazer's costs also reflected in Exhibit 3,
22 correct?
23      MR. NICHOLAS: Object to the form.
24      MR. BUSTER: Object to form.
25  A   They have not been minused out of the

Page 124

1 repair costs as of yet, so...
2 BY MS. EIKHOFF:
3   Q   But the -- the moneys that were received
4 by those settlements were intended to compensate for
5 Chinese drywall costs and expenses, correct?
6   A   To compensate for what we had spent, yes.
7   Q   Okay. And so even though it hasn't been
8 done on this particular spreadsheet, it's your
9 understanding that what Beazer is seeking in damages
10 in this case would be offset by the settlement
11 moneys already received from other parties?
12      MR. NICHOLAS: Object to the form.
13      MR. BUSTER: Object to form, calls for a
14 legal conclusion.
15      MS. EIKHOFF: Doesn't.
16      MR. NICHOLAS: I join in that.
17  A   To my knowledge, yes, but I'm not an
18 attorney.
19 BY MS. EIKHOFF:
20  Q   Okay.
21      MS. EIKHOFF: That's all the questions I
22 have. Thank you.
23      THE WITNESS: Thank you.
24      MR. BUSTER: I've just got a couple hours.
25 Kidding.

Page 125

1       MS. CLARE: Did we put on the record
2 that's it going to be signed?
3       THE VIDEOGRAPHER: Anything further?
4       MR. BUSTER: We want him to read and sign.
5       MS. EIKHOFF: Okay. No problem.
6       THE VIDEOGRAPHER: This concludes the
7 deposition. The time is 1:44. We are off the
8 record.
9       (Deposition concluded at 1:44 p.m.)
10      (Signature reserved.)