# Exhibit J

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT, IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CHINESE DRYWALL DIVISION

CASE NO. 09-07901 CA 58

LENNAR HOMES, LLC f/k/a LENNAR HOMES, INC., a Florida limited liability company, and U.S. HOME CORPORATION, a Delaware corporation,

      Plaintiffs,

v.

KNAUF GIPS KG, a German corporation, *et al.*,

      Defendants.

_____/

## NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN CLAIMS

LENNAR HOMES, LLC f/k/a LENNAR HOMES, INC., and U.S. HOME CORPORATION (collectively, "Lennar"), pursuant to Rule 1.420(a)(1) of the Florida Rules of Civil Procedure, hereby gives notice of their voluntary dismissal, with prejudice, of all claims that were raised in the Second Amended Complaint in this lawsuit against Defendants Taishan Gypsum Co. Ltd. f/k/a Shangdong Taihe Dongxin Co. Ltd. and Beijing New Building Materials Public Limited Company.

Lennar does not dismiss, but rather expressly reserves and retains, all other available rights and claims against all other persons or entities remaining as defendants in this lawsuit, including:

- Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd. f/k/a Shandong Chenxiang Building Materials Co. Ltd.;
- La Suprema Trading, Inc.;
- La Suprema Enterprise, Inc.;
- Rothchilt International Ltd.;
- Bill Pfannkuch Framing Inc.;

CASE NO.  09-07901 CA 58

- Alpha & Omega Contractors, Inc.; and
- Summerlin Drywall, Inc.

Dated:  August 2, 2017

Respectfully submitted,

**GREENBERG TRAURIG, P.A.**
*Attorneys for Lennar Homes, LLC, and U.S. Home Corporation*
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile:  (305) 579-0717
E-mail: bassh@gtlaw.com
E-mail: salkym@gtlaw.com
E-mail: kolayat@gtlaw.com


By: _____/s/ Mark A. Salky_____
HILARIE BASS
Florida Bar No. 334323
MARK A. SALKY
Florida Bar No.  058221
TIMOTHY A. KOLAYA
Florida Bar No.  056140

2

CASE NO. 09-07901 CA 58

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, on this 2nd day of August, 2017, that a true and correct copy of **PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN CLAIMS**: (a) has been served by the Court's e-Portal system to all counsel of record; <u>and</u> (b) upon all parties by electronically uploading the same to File & Serve Xpress in accordance with the Electronic Service Order dated November 6, 2009, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

          */s/ Mark A. Salky*
          MARK A. SALKY