UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Elizabeth Bennett, et al. v. Knauf Gips, KG, et al.*<br>2:14-cv-02722-EEF-JCW | JUDGE ELDON FALLON<br><br>MAG. JUDGE WILKINSON |

## UNOPPOSED MOTION TO SUBSTITUTE PROPER PARTY

**COMES NOW**, Christina M. Vest, Personal Representative of the Estate of Timothy C. Hoffman, Plaintiff herein, to file this Motion to Substitute Proper Party and show the Court:

1. Timothy C. Hoffman, Plaintiff herein, died on October 18, 2016.

2. Christina M. Vest was appointed Personal Representative by the Circuit Court of Lee County, Florida, with full powers to administer the estate.

3. Pursuant to Rule 25 of the Federal Rules of Civil Procedure, notice of Plaintiff Timothy C. Hoffman passing was provided to this Court via a Suggestion of Death on November 4, 2018.

4. Christina M. Vest requests an order approving her to serve as the proper party in this lawsuit.

5. The undersigned counsel conferred with Defendants' counsel, and Defendants are not opposed to this motion.

**WHEREFORE**, Christina M. Vest, through the undersigned counsel, requests an order from this Honorable Court approving her as the proper party in this lawsuit in her capacity as

Personal Representative of the Estate of Timothy C. Hoffman and for such further relief to which she may be justly entitled.

DATED: January 30, 2019.

/s/ *James V. Doyle, Jr.*
James V. Doyle, Jr.
DOYLE LAW FIRM, PC
2100 Southbridge Pkwy., Suite 650
Birmingham, AL 35209
Tele: 205-533-9500
Fax: 844-638-5812
jimmy@doylefirm.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Unopposed Motion to Substitute Proper Party has been served on Plaintiffs' Liaision Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 30th day of January, 2019.

/s/ *James V. Doyle, Jr.*
James V. Doyle, Jr.
DOYLE LAW FIRM, PC