"Certification of Funds in the Registry"

PRINCIPAL: $ 165,996,703.31

Financial Deputy: MBR  Date: 1/31/19

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

## ORDER

This multidistrict litigation began upon the June 15, 2009 Transfer Order of the Judicial Panel on Multidistrict Litigation. After years of protracted litigation and much effort, on February 7, 2013, the Court issued its judgement and order certifying classes and granting final approval to five pending class action settlements involving the Knauf entities, several downstream entities, and their insurers.[1] Later, on July 9, 2013, the Court issued an order and judgment certifying settlement classes and granting final approval to four pending settlements (the "Virginia Settlements") involving claims brought by certain homeowners located primarily in Virginia against several downstream entities and their insurers.[2] Since the issuance of these orders, significant efforts have been made to oversee and administer these complex, inter-related and

---

[1] These settlements included: (1) Interior Exterior Building Supply, LP ("InEx") and its insurers (the "InEx Settlement"); (2) the Banner entities and their insurers (the "Banner Settlement"); (3) L&W Supply Corporation ("L&W") and USG Corporation (the "L&W Settlement"); (4) the Knauf Defendants (the "Knauf Settlement"); (5) the Participating Builders, Suppliers, and Installers ("Participating Defendants"), and their Participating Insurers ("Participating Insurers") (together the "Global Settlement"). R. Doc. 16570.

[2] These settlements included: (1) Non-Manufacturing Defendants insured by Nationwide (the "Nationwide Settlement"); (2) Porter-Blaine Corp. and Venture Supply, Inc., and Certain of Their Insurers (the "Porter-Blaine Settlement"); (3) Defendants Insured by Builders Mutual Insurance Company (the"Builders Mutual Settlement"); and (9) Tobin Trading, Inc., Builders Plaster & Drywall, L.L.C., JMM Drywall Co., LLC and Participating Insurers (the "Tobin Trading Settlement"), approved on July 9, 2013. R. Doc. 16934.

1

unique settlements.

As the administration of these settlements progressed, on January 10, 2014, this Court issued Pretrial Order No. 28 which provided direction and established guidelines for the efficient presentation to this Court to allow for the determination of making an award of attorneys' fees and reimbursement of litigation expenses, and subsequently an allocation from such an award. This Court has also issued Pretrial Order No. 28(A), R. Doc. 17402, filed January 27, 2014; Pretrial Order No. 28(B), R. Doc. 17567, filed March 26, 2014; Pretrial Order No. 28(C), R. Doc.17639, filed April 29, 2014; Pretrial Order No. 28(D), R. Doc. 17832, filed July 9, 2014; and Pretrial Order No. 28(E), R. Doc. 18037, filed October 6, 2014 (collectively referred to herein as "PTO 28"). PTO 28 established a Fee Committee ("FC") and sequenced the timing of submissions to the FC (Initial Affidavits and Second Affidavits) to allow it to prepare and submit a Joint Fee Petition.

On May 16, 2014, the FC along with the Plaintiffs' Steering Committee (the "PSC") presented to the Court their Consolidated Joint Petition for a Global Award of Attorneys' Fees and Reimbursement of Expenses, R. Doc. 17700, along with supporting material, including the Declaration of Russ M. Herman and Arnold Levin, and the Affidavit of Philip A. Garrett, C.P.A. On April 15, 2016, the FC along with the PSC filed with the Court their First Amendment to Consolidated Joint Petition for a Global Award of Attorneys' Fees and Reimbursement of Expenses. R. Doc. 20205. On June 7, 2016, the FC filed its Motion to Determine the Allocation of the Global Fee Award as Between Common Benefit Fees and Individual Counsel's Fees Pursuant to PTO 28(F). R. Doc. 20293.

On July 19, 2016, the Court appointed Daniel J. Balhoff of Perry, Balhoff, Mengis & Burns, L.LC. as Special Master pursuant to Federal Rule of Civil Procedure 53(B) to assist the Court in

determining the proper allocation of funds. R. Doc. 20410. On August 30, 2016, the Court issued a second order clarifying and supplementing its prior order, explaining that,

> The Special Master shall be compensated at the rate of $500 per hour plus reasonable expenses. The Special Master's compensation shall be drawn from the global amount of funds available to compensate common benefit counsel and individually retained counsel approved by the Court in its Order dated May 17, 2016 (R. Doc. 20257).

R. Doc. 20478 at 3. On December 4, 2018, Special Master Balhoff issued his recommendations concerning the allocation of common benefit fees and the reimbursement of shared expenses and held costs. R. Doc. 21945. Since his appointment, Special Master Balhoff has spent 384.50 hours discharging his duties as Special Master to this litigation.

Accordingly;

**IT IS ORDERED** that, pursuant to R. Doc. 20478, the clerk is authorized and directed to draw a check on the funds deposited in the registry of this Court for the global amount of funds available to compensate common benefit counsel and individually retained counsel in the principal amount of $192,250.00, payable to Daniel J. Balhoff, and mail to Mr. Balhoff at 2141 Quail Run Drive, Baton Rouge, LA 70808.

New Orleans, Louisiana, this 31st day of January, 2019.

                                                         ELDON E. FALLON
                                     UNITED STATES DISTRICT JUDGE