"Certification of Funds in the Registry"

PRINCIPAL: $166,809,614.85

Financial Deputy: MBR   Date: 1/31/19

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>All cases | MDL No. 2:09-md-2047<br><br>SECTION L (JUDGE FALLON)<br><br>MAG. (2) (JUDGE WILKINSON) |

## ORDER

Considering the Settlement Administrator's Motion for Disbursement, R. Doc. 22078;

**IT IS ORDERED** that the Motion for Disbursement be and hereby is **GRANTED**. The clerk is authorized and directed to draw a check on the funds deposited in the registry of this Court in the principal amount of $65,548.72, payable to BrownGreer, PLC, and mail or deliver the check to Jacob S. Woody at 250 Rocketts Way, Richmond, VA 23231.

New Orleans, Louisiana, this 31st day of January, 2019.

_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE