UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Elizabeth Bennett, et al. v. Knauf Gips, KG, et al.*<br>2:14-cv-02722-EEF-JCW | JUDGE ELDON FALLON<br><br>MAG. JUDGE WILKINSON |

## ORDER

Upon consideration of the pending Unopposed Motion To Substitute Proper Party, it is hereby ORDERED, ADJUDGED AND DECREED that said motion is GRANTED. The Clerk of Court is hereby directed to substitute Lisa Lofton, Administratrix of the Estate of Catherine K. Baber, for Plaintiff Catherine K. Baber in this Court's record.

New Orleans, Louisiana, this  31st  day of _____January_____, 2019.

_____
Eldon E. Fallon
United States District Court Judge