UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Paul Beane, et al. v. Gebrueder Knauf Verwaltungsgesellschaft KG, et al.,*<br>2:13-cv-0609-EEF-JCW | JUDGE ELDON FALLON<br><br>MAG. JUDGE WILKINSON |

## UNOPPOSED MOTION TO EXPAND RECORD

**COME NOW** Plaintiffs[1] with an appeal pending in the Fifth Circuit to move this court for an order expanding the record to include all non-confidential emails exchanged among the parties and Special Master during both proceedings before Special Master Balhoff related to Plaintiff's petition for already-remediated home settlement benefits. As the basis for this requested order, Plaintiffs offer the following.

1. On or about October 10, 2018, Special Master Balhoff provided this Court with a flash drive presumably containing certain records related to the two proceeding he oversaw involving these Plaintiffs (2015 and 2017-18).

2. Although the parties were not copied on the submission to the court and have not seen the exact emails compiled by the Special Master, it was indicated via an email by Special Master Balhoff prior to submission that sixty-three (63) emails were included on the flash drive hand-delivered to the court.

---

[1] Moving Plaintiffs are: Rick Asch, Asset Portfolio Service Company, Doodnauth Bahadur, CDO Investments, LLC, Andrew Kubick, Mohamed & Bibi Latiff, MCF Enterprises, Inc., Paul McIntyre, and Thomas Williams.

3. It is presumed by the undersigned counsel that the emails on the flash drive document the proceedings with these parties and Special Master Balhoff during the two periods that the claims were before him – in 2015 and again in 2017-2018 when the Court referred the claims for a Special Master recommendation.

4. The Special Master described the 63 emails records as those exchanged between the parties and the Special Master, with the opposing side copied on each. As the emails were exchanged by the parties and Special Master with all three involved in the exchange, none of the 63 emails would be considered confidential submissions.

5. A telephonic status conference for the *Bennett v. Knauf* case was held on December 18, 2018 at 10:00 am. During that call, the issue of expansion of the court's record for this appeal was discussed.

6. The undersigned Plaintiffs' counsel requested that the Court make all non-confidential emails part of the court's record. Counsel for Defendants did not oppose Plaintiff's request when prompted by the Court on that call.

7. Counsel for the Defendants reiterated no opposition to the expansion of the record in emails exchanged after the status conference.

8. On December 28, 2018, this court issued an order expanding the record, but the full array of non-confidential emails were not included.

9. Both proceedings before the Special Master were conducted via telephone and email; thus, the record of the two proceedings, to the extent available, is the email exchanges among parties and the Special Master. Plaintiffs desire the complete record available, including the 63 non-confidential emails and any other email or written correspondence that documents the two

proceedings that led to the Special Master's recommendation and later this court's adoption of the same.

**WHEREFORE**, premises considered, Plaintiffs requests an order from this Honorable Court directing the Clerk of Court to enter all non-confidential emails exchanged among the parties, special master and/or court related to the special master proceedings wherein Plaintiffs petition for already-remediated home settlement benefits was overseen by Special Master Balhoff in 2015 and again in 2017-2018.  This motion is not opposed.

DATED:  February 4, 2019.

/s/ *James V. Doyle, Jr.*
James V. Doyle, Jr.
DOYLE LAW FIRM, PC
2100 Southbridge Pkwy., Suite 650
Birmingham, AL 35209
Tele: 205-533-9500
Fax: 844-638-5812
jimmy@doylefirm.com
*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Unopposed Motion to Expand Record has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 4th day of February, 2019.

/s/ *James V. Doyle, Jr.*
James V. Doyle, Jr.
DOYLE LAW FIRM, PC