UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Paul Beane, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG*, et al., No. 2:13-cv-609 | JUDGE ELDON FALLON<br>MAG. JUDGE WILKINSON |

## **ORDER**

Upon consideration of Plaintiffs' Unopposed Motion To Expand Record, it is hereby

**ORDERED** that said motion is **GRANTED**.

The Clerk of Court is directed to enter into the Court's record all documents attached to this Order.

New Orleans, Louisiana, this _____ day of February, 2019.

_____
Eldon E. Fallon
United States District Court Judge