UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| In Re:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047 |
|---|---|
| | SECTION "L" |
| This document relates to: *Paul Beane, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al* Case No. 2:13-cv-0609-EEF-JCW | JUDGE ELDON FALLON MAGISTRATE JOSEPH WILKINSON, JR. |

**KNAUF DEFENDANTS' OPPOSITION TO CLAIMANTS'**
***EX-PARTE* MOTION TO EXPAND THE RECORD**

**NOW INTO COURT**, through undersigned counsel, come the Knauf Defendants[1], who respectfully submit this Opposition to Claimants' *Ex-Parte* Motion to Expand the Record (Rec. Doc. 22090).  First, Claimants did not confer nor obtain the Knauf Defendants' consent to the present motion or the relief requested therein.  Second, the relief Claimants now seek has already been denied by this Court and should be denied for the same reasons here.

As the Court is aware, the parties conducted a telephonic status conference on December 18, 2018 regarding the record in this matter.  Claimants then sought to add emails to the record, which the Knauf Defendants opposed.  Indeed, the emails Claimants seek to add were not part of the Court's directive in the submission of Claimants' claims, were not part of the evidentiary

---

[1] The Knauf Defendants include Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Plasterboard (Wuhu) Co., Ltd., Guangdong Knauf New Building Material Products Co., Ltd., Knauf Gips KG, Gebr. Knauf Verwaltungsgesellschaft KG, Knauf International GmbH, Knauf Insulation GmbH, Knauf UK GmbH, Knauf AMF GmbH & Co. KG, Knauf do Brasil Ltda., and PT Knauf Gypsum Indonesia.

1

submissions to the Special Master, and formed no part of the parties' briefing, evidence, or arguments that were considered by this Court in denying the claims under the Knauf Class Settlement Agreement.

Agreeing that the emails were outside the scope and inappropriate record evidence, this Court did not enter them into the record and instead filed into the record on December 24, 2018, the parties' evidentiary submissions and arguments. Claimants did not seek reconsideration or separately appeal the Court's decision to not expand the record at that time. Instead, Claimants now request the exact same relief as an inappropriate *ex-parte* motion. As set forth above, the Court has already determined that the emails are outside the scope of the Court's directive and are not part of the record. Further, the inappropriate expansion to include these emails into the record now will only necessitate further review and will likely result in a never-ending request to expand the record by the parties. Therefore, for these reasons and the reasons previously determined by this Court, the record should not be expanded to include emails.

**WHEREFORE**, the Knauf Defendants respectfully request that Claimants' motion be denied.

Respectfully submitted,

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC**

/s/ *Kerry J. Miller*
**KERRY J. MILLER (#24562), T.A.
DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170
Telephone:   (504) 566-8646
Facsimile:    (504) 585-6946
Email:          kjmiller@bakerdonelson.com
Email:          ddysart@bakerdonelson.com
***Counsel for the Knauf Defendants***

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6 and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 5th day of February, 2019.

/s/ *Kerry J. Miller*
**KERRY J. MILLER**