UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | CIVIL ACTION |
| | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: ALL CASES | SECTION "L" (5) |

## JUDGMENT

Pursuant to the Court's Order and Reasons of February 4, 2019, R. Doc. 22089, **IT IS ORDERED, ADJUDGED, AND DECREED** that the common benefit fees be awarded in the following amounts, plus any interest accumulated over this amount:

| Law Firm Name | Total |
|---|---|
| Allison Grant, P.A. | $29,059.44 |
| Alters, Boldt, Brown, Rash & Culmo | $187,577.00 |
| Anderson Kill, PC | $132,016.48 |
| Andry Law Firm | $2,000.00 |
| Aronfeld Trial Lawyers, P.A. | $9,199.03 |
| Aylstock, Wilkin, Kreis & Overhotz | $2,000.00 |
| Barrios, Kingsdorf & Casteix | $3,105,907.06 |
| Becnel Law Firm LLC | $1,237,297.61 |
| Bencamo & Associates | $2,000.00 |
| Berrigan, Litchfield, et al. | $2,968.82 |
| Bruno & Bruno, LLP | $51,268.74 |

| Firm | Amount |
|---|---|
| Burdman Law Group | $17,704.36 |
| Collins - Live Oak | $2,000.00 |
| Colson Hicks Edison | $5,361,624.16 |
| Cuneo Gilbert & LaDuca | $27,518.03 |
| Davis & Duncan | 0.00 |
| Gainsburgh, Benjamin, et al | $9,432,924.95 |
| Gary, Naegele & Theado | $81,584.91 |
| Glago Law Firm | $2,000.00 |
| Hausfeld LLP | $3,652,095.49 |
| Hawkins Stracener & Gibson | $2,000.00 |
| HHK | $22,342,192.59 |
| Ingram & Associates | $2,000.00 |
| Irpino Law Firm | $2,923,500.71 |
| Kanner & Whiteley, L.L.C. | $78,275.56 |
| Krupnick, Campbell, etc | $464,729.49 |
| Landskroner, Grieco & Merriman, LLC | $31,857.33 |
| Lemmon Law Firm | $816,129.82 |
| Leopold Kuvin, P.A. & Mrachek, Fitzgerald | $88,600.80 |
| Levin Papantonio Law | $1,515,332.59 |

| | |
|---|---|
| Levin, Sedran & Berman | $23,234,876.53 |
| Lockridge, Grindal, Nauen | $30,762.47 |
| Luckey & Mullins, PLLC | $18,142.63 |
| Martzell Bickford | $55,211.15 |
| Mason LLP | $111,105.79 |
| Morgan & Morgan | $2,220,659.95 |
| Morris Bart, L.L.C | $386,119.62 |
| Nast Law Firm | $4,928.93 |
| Parker Waichman LLP | $2,316,197.07 |
| Paul A. Lea, Jr., APLC | $0.00 |
| Pender & Coward, PC | $42,449.29 |
| Pendley Baudin & Coffin | $65,688.92 |
| Podhurst Orseck, P.A | $2,468,981.73 |
| Reeves & Mestayer | $2,352,194.03 |
| Reich & Binstock, LLP | $10,000.00 |
| Rhine Law Firm, P.C. | $79,583.29 |
| Richard J. Serpe, P.C. | $4,403,139.63 |
| Robert M. Becnel | $103,078.85 |
| Roberts & Durkee PA/Milstein Adelman | $640,231.93 |
| Seeger Weiss LLP | $10,207,304.23 |

| | |
|---|---|
| Sidney Torres, III | $2,000.00 |
| Singleton Law Firm | $41,332.37 |
| Strom Law Firm | $5,356.21 |
| Taylor Martino, PC | $188,341.46 |
| The Lambert Firm | $2,989,383.88 |
| The Steckler Law Firm | $3,216,133.44 |
| Thornhill Law Firm | $30,484.73 |
| Vaughn, Bowden & Wooten, P.A. | $4,844.13 |
| VM Diaz and Partners | $554,528.85 |
| Webb & Scarmozzino, P.A. | $6,119.34 |
| Whitfield Bryson Mason | $3,996,470.83 |
| **Totals** | $111,389,016.26 |

New Orleans, Louisiana on this 5th day of February, 2019.

_____
Eldon E. Fallon
U.S. District Court Judge

4