# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 06, 2019

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 18-31223   In re: Chinese-Mft Drywall
                           USDC No. 2:09-MD-2047
                           USDC No. 2:13-CV-609

The court has granted an extension of time to and including March 4, 2019 for the parties to file the joint designation of the record with the district court.

                                        Sincerely,

                                        LYLE W. CAYCE, Clerk

                                        By: _____
                                        Allison G. Lopez, Deputy Clerk
                                        504-310-7702

Mr. William W. Blevins
Mr. James Victor Doyle Jr.
Mr. Kerry J. Miller