# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br>*ALL CASES* | |

## O R D E R

IT IS ORDERED BY THE COURT that Esquire Bank as agent for Chinese Drywall MDL-2047 Knauf Settlement Advanced Cost (Federated) Funds (Account No. ….4332B) shall be transferred and placed in the Court Registry.

IT IS FURTHER ORDERED BY THE COURT that Esquire Bank shall transfer and place into the Court Registry all funds held in the Chinese Drywall MDL 2047 QSF Money Market Account (Account No. ….4194).

IT IS FURTHER ORDERED BY THE COURT that Esquire Bank shall transfer and place into the Court Registry all funds held in the Chinese Drywall MDL 2047 Knauf Settlement Advance Cost A/C Account (Account No. ….3446).

IT IS FURTHER ORDERED BY THE COURT that Esquire Bank shall transfer and place into the Court Registry all funds held in the Chinese Drywall MDL 2047 Holdback Account (Account No. ….1982).

IT IS FURTHER ORDERED BY THE COURT that Hancock Whitney Bank shall transfer and place into the Court Registry all funds held in the Garrett & Co. LLC Chinese Drywall – Knauf Funds Account (Account No. ….2410).

Esquire Bank, Hancock Whitney Bank and Counsel may contact the Court's financial unit for further instructions and the Court Appointed CPA, Philip A. Garrett, may also be contacted to assist in the transfer of funds.

New Orleans, Louisiana, this __7th__ day of February, 2019.

_____
Eldon E. Fallon
United States District Court Judge

CC:

Philip A. Garrett
Court Appointed CPA
pgarrett@garrettco.com

Ave Doyle
Esquire Bank
ave.doyle@esqbank.com)

William Hoffmann
Hancock Whitney Bank
william.hoffmann@hancockwhitney.com