## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, Case No. 2:11-cv-01395 (E.D. La.) (LA) | |

### NOTICE OF THE PARTIES' AGREEMENT TO AMEND THE *AMORIN* DISCOVERY PLAN TO REMOVE DANIEL GAMMAGE AS A DEFENDANTS' SELECT CLASS CLAIM

Pursuant to the Court's Trial Plan for the Louisiana *Amorin* Cases [Rec. Doc. 21847] and the Order Setting Louisiana *Amorin* Discovery Schedule [Rec. Doc. 21897], the Parties hereby advise the Court of their agreement to remove Daniel Gammage as a Defendants' Select Class Claim.

On December 12, 2018, Defendants filed their Notice of Selection of Class Claims [Rec. Doc. 21959], which included Daniel Gammage. Due to Mr. Gammage's medical condition and total disability, he is unable to participate as a Select Class Claimant. Defendants have agreed to remove Mr. Gammage's case from their selection of Class Claims, and they have opted not to replace his case with another Select Class Claim. As a result, there will be 19 Defendants' Select Class Claims, along with 20 Plaintiffs' Select Class Claims, in the Louisiana *Amorin* discovery pool.

Respectfully submitted,

/s/ Leonard A. Davis
Russ M. Herman (La. Bar No. 6819)
Leonard A. Davis (La. Bar No. 14190)
**Herman, Herman & Katz, LLC**
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhklawfirm.com
**Plaintiffs' Liaison Counsel MDL 2047**


/s/ Harry Rosenberg
Harry Rosenberg (La. Bar No. 11465)
**Phelps Dunbar LLP**
365 Canal St., Suite 2000
New Orleans, LA 70130
Phone: (504) 566-1311
Fax: (504) 568-9130
harry.rosenberg@phelps.com
**Liaison Counsel for the Taishan, BNBM, and CNBM Entities**


/s/ Arnold Levin
Arnold Levin
Fred S. Longer
Sandra L. Duggan
Keith J. Verrier
Levin Sedran & Berman LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*

/s/ Michael P. Kenny
Michael P. Kenny, Esq. (Ga. Bar No. 415064)
Bernard Taylor, Esq. (Ga. Bar No. 669625)
Christina Hull Eikhoff, Esq. (Ga. Bar No. 242539)
David Venderbush, Esq. (NY Bar No. 2920817)
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
mike.kenny@alston.com
*Counsel for Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd.*


Alan Dean Weinberger (La. Bar No. 13331)
HANGARTNER, RYDBERG & TERRELL, LLC
One Shell Square
701 Poydras St., Suite 310
New Orleans, LA 70179
Phone: (504) 434-6815
Fax: (504) 522-5689
aweinberger@hanrylaw.com
*Local Counsel for Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd.*


/s/ L. Christopher Vejnoska
L. Christopher Vejnoska (Ca. Bar No. 96082)
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
San Francisco, CA  94105
Phone:  415-773-5700
cvejnoska@orrick.com

James L. Stengel (NY Bar No. 1800556)
Xiang Wang (NY Bar No. 4311114)
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY, 10019
Phone: 212-506-5000
jstengel@orrick.com
xiangwang@orrick.com
*Counsel for CNBM/BNBM Entities*

3

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, which will serve a notice of the uploading in accordance with the procedures established in MDL 2047, on this 11th day of February, 2019.

<u>/s/ Leonard A. Davis</u>
Leonard A. Davis
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
Plaintiffs' Liaison Counsel
MDL 2047