**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
|---|---|
| **THIS DOCUMENT RELATES TO:**<br><br>*Amorin v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd.,* **Case No. 2:11-cv-01395 (E.D. La.) (LA)** | **SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |

**O R D E R**

Considering the Unopposed Motion to Enter Joint Stipulation Regarding Authentication and Hearsay As to Certain Categories of Documents for Select Cases;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the Joint Stipulation Regarding Authentication and Hearsay as to Certain Categories of Documents for Select Cases be entered by the Clerk and is made an Order of this Court.

New Orleans, Louisiana, this 8th day of _____February_____, 2019.

Eldon E. Fallon
United States District Court Judge