UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

## ORDER

Before the Court is an objection filed by Plaintiff Guilfort Dieuvil. R. Doc. 21104. The objection is opposed. R. Doc. 21176.

In the mid-2000s, Mr. Dieuvil purchased a property located in Boynton Beach, Florida. In April 2009, Mr. Dieuvil learned the property might contain defective Chinese-manufactured drywall. In 2013, Mr. Dieuvil submitted a Plaintiff Profile Form to the Knauf Defendants pursuant to the Knauf Class Settlement Agreement. After an inspection of Mr. Dieuvil's property, Knauf denied his claim, and the issue was submitted to Special Master Dan Balhoff for consideration. On November 22, 2017, the Special Master issued his report, finding in favor of Knauf and against Mr. Dieuvil. R. Doc. 21104-1 at 8–10. On December 21, 2017, Mr. Dieuvil filed his objection to the Special Master's report. R. Doc. 21104.

On May 14, 2018, the Court ordered Plaintiffs' Liaison Counsel to review Mr. Dieuvil's objection, confer with all necessary parties, and make a recommendation regarding any further proceedings. R. Doc. 21335. On February 8, 2019, Plaintiffs' Liaison Counsel, Russ Herman, advised the Court that, after having conducted a thorough investigation of Mr. Dieuvil's materials and documentation, he "strongly recommend[ed] that [the Court] consider a Hearing . .

1

. on Guilford Dieuvil's Request for an Appeal from Special Master Dan Balhoff['s]" report. Accordingly;

**IT IS ORDERED** that Mr. Guilfort Dieuvil's objection, R. Doc. 21104, be set for hearing following the Court's March 26, 2019 Monthly Status Conference.

New Orleans, Louisiana, this 13th day of February, 2019.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE