UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

## ORDER

Before the Court is Class Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Expenses in the Settlement of Assigned Claims in MDL No. 2047 on Behalf of the Porter-Blaine/Venture Supply Class Regarding Claims Assigned to the Class by the Porter-Blaine/Venture Supply Participating Defendants and Participating Insurers Against Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co., Ltd. R. Doc. 22036. Class Counsel represents that on April 17, 2018, the Court preliminarily approved the Assigned Claims Settlement, the proposed Class Notice, and the protocol for dissemination of Notice to the Class Members, requiring any objections to the proposed Settlement be postmarked by June 27, 2018 and that any response to any objections or other papers in support of final approval be filed on or before July 5, 2018. R. Doc. 21307 at 2–3. Having received no objections to the proposed settlement, which included a set-aside of thirty-two percent of the total settlement for attorneys' fees as well as a two-percent set-aside for reimbursement of reasonable expenses, the Court granted approval of the Assigned Claims Settlement from the bench on July 18, 2018.

The approved Assigned Claims Settlement provided that Taishan would pay a gross sum of $1,978,528.40, leaving $633,129.09 for attorneys' fees and $39,570.57 for reimbursement of

1

reasonable expenses. The funds having been distributed to eligible class members on October 30, 2018, Class Counsel now moves the Court to award attorneys' fees for all counsel totaling in the aggregate up to thirty-two percent of the Settlement Funds, and reimbursement of reasonable expenses, excluding the cost of notice, totaling in the aggregate up to two percent of the Settlement Funds. R. Doc. 22036. Accordingly;

**IT IS ORDERED** that any objection to class counsel's motion for fees and expenses, R. Doc. 22036, be filed into the record by no later than Friday, February 22, 2019. Responses to the objections filed, if any, shall be filed into the record by no later than Friday, March 1, 2019.

New Orleans, Louisiana, this 13th day of February, 2019.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE