# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>**ALL CASES** | MDL No. 2047<br>SECTION "L"<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON, JR. |

## MOTION FOR ADMISSION *PRO HAC VICE*

NOW INTO COURT, comes Movant, Donna Phillips Currault, an attorney, and on behalf of Defendant CNBM Co., states:

1. Movant is a member of the law firm of Gordon, Arata, Montgomery, Barnett, McCollam, Duplantis & Eagan, LLC, and is a member of good standing of the bar of this Court and the State of Louisiana, familiar with the local rules and customs of this court.

2. Movant is counsel for CNBM Co., and requests permission from this Court that, although the following attorney does not reside in Louisiana nor is licensed to practice law in Louisiana, he be allowed to appear *pro hac vice* in this matter as additional counsel for CNBM Co.:

> Marc R. Shapiro (New York State Bar No. 4403606)
> Orrick, Herrington & Sutcliffe LLP
> 51 West 52nd Street
> New York, N.Y. 10019-6142
> Phone: (212) 506-3546
> Facsimile: (212) 506-5151
> Email mrshapiro@orrick.com

3. Mr. Shapiro is admitted to and a member in good standing of the New York State Bar as evidenced by the certificate of good standing which is attached to and incorporated into this motion. I am also admitted to practice before the Middle District of Alabama, the United

States Circuit Courts of Appeals for the Second, Sixth, Eighth and Ninth Circuits, and the United States Supreme Court.

4.   If Mr. Shapiro is allowed to appear in this matter, Movant will continue to act as local counsel for Defendants.  Movant agrees to readily communicate with opposing counsel and the Court regarding the conduct of this matter and to accept papers when served.

**THEREFORE**, it is requested that Marc R. Shapiro be allowed to appear and participate in this case as co-counsel of record for CNBM Co., and for all other relief as is justified in the premises.

Respectfully submitted:

*/s/ Donna Phillips Currault*
DONNA PHILLIPS CURRAULT (# LA Bar No. 19533)
Gordon, Arata, Montgomery, Barnett, McCollam, Duplantis & Eagan, LLC
201 St. Charles Ave., 40th Floor
New Orleans, Louisiana 70170-4000
Telephone: (504) 569-1862
E-mail: DCurrault@gamb.law.com
*CNBM Co., Counsel*

4159-2397-4170.1