

# State of New York
## Supreme Court, Appellate Division
## Third Judicial Department

---

I, **Robert D. Mayberger**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Marc Robert Shapiro

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **10th day of April, 2006**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **6th day of February, 2019**.



*Robert D. Mayberger*
Clerk

EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>**ALL CASES** | MDL No. 2047<br>SECTION "L"<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON, JR. |

### AFFIDAVIT OF MARC R. SHAPIRO
### IN SUPPORT OF ADMISSION *PRO HAC VICE*

DISTRICT OF NEW YORK

Before me, the undersigned authority, a Notary Public in and for the State of New York, personally appeared MARC R. SHAPIRO, being duly sworn, did depose and say as follows:

1. I am a Senior Associate in the New York office of Orrick, Herrington & Sutcliffe LLP, located at 51 West 52nd Street, New York, NY .10019-6142, Telephone Number (212) 506-3546, Facsimile Number (212) 506-5151, email:mrshapiro@orrick.com,

2. I am an active member in good standing of the New York State Bar and am admitted to practice before the Middle District of Alabama, the United States Circuit Courts of Appeals for the Second, Sixth, Eighth and Ninth Circuits, and the United States Supreme Court.

3. There are no disciplinary proceedings pending against me.

4. I have not been subject to any disciplinary proceedings.

5. I have never been subject to any suspension proceedings.

6. I have never been suspended from the practice of law before any bar and have never been disciplined by any bar.

EXHIBIT 2

4159-2397-4170.1

7. I DO SOLEMNLY SWEAR that I will support the Constitution of the United States and that I will demean myself uprightly and according to law and the recognized standards of ethics of the legal profession. I do further solemnly swear that I have read the Federal Rules of Civil Procedure, 28 U.S.C.; the Federal Rules of Criminal Procedure, 18 U.S.C.; the Federal Rules of Evidence, 28 U.S.C.; and the Uniform Rules of the United States District Court for the Eastern District of Louisiana, and that I am fully prepared to use and abide by them in my practice before this Court.

8. On the basis of the foregoing, I respectfully request that the Court permit me to appear *pro hac vice* on behalf of CNBM Co., in the above captioned matter.

_____
Marc R. Shapiro

**United States District Court
Eastern District of Louisiana
ELECTRONIC CASE FILING SYSTEM
Attorney Registration Form**

This form shall be used to register for an account on the Eastern District of Louisiana's Electronic Case Filing System (ECF). Registered attorneys will have privileges to submit documents electronically and to view and retrieve electronic docket sheets and documents as available for cases assigned to the Electronic Filing System. If you are already admitted to practice, this form should be emailed to ECF_Registration@laed.uscourts.gov. If you are seeking admission to the bar of this Court, attach this form to your petition for admission to practice. The following information is required for registration:

**Please Type**

First/Middle/Last Name: Marc Robert Shapiro

Attorney Bar # and State: 4403606 New York State

Firm Name: Orrick, Herrington & Sutcliffe LLP

Firm Address: 51 West 52nd Street
New York, NY 10019

Telephone Number: 212-506-3546

E-Mail Address: mrshapiro@orrick.com
(Attorney's email for electronic service)

Additional E-Mail Address: _____
(Secretary, central repository, etc.)

**\*\*Note: Attorneys seeking to file documents electronically must be admitted to practice in the United States District Court, Eastern District of Louisiana, pursuant to Civil LR83.2.2 or be admitted for a particular case (pro hac vice) pursuant to Civil LR83.2.5. If allowed in the MDL case management order, attorneys may register for electronic case filing in MDL cases without being admitted to practice in this Court or admitted pro hac vice.**

**\*\*While training is not required to obtain a CM/ECF login and password, training is available via an online tutorial at the Court's website (http://www.laed.uscourts.gov/cmecf/ecf.htm).**

**\*\*By submitting this registration form, the undersigned agrees to abide by all Court rules, orders and policies and procedures governing the use of the Electronic Filing System. The undersigned also consents to receive notice of filings pursuant to Fed.R.Civ.P. 5(b) and 77(d) via the Court's Electronic Filing System and consents to receive service from other Filing Users by the Notice of Electronic Filing generated by the Court's Electronic Filing System. The combination of user id and password will serve as the signature of the attorney filing the documents. Attorneys must protect the security of their passwords and immediately notify the court if they learn that their password has been compromised.**

**\*\*Pursuant to Local Rule 83.2.7, everyone who appears in court in proper person and every attorney permitted to practice in this court must be familiar with the Local Rules. Willful failure to comply with the rules, or a false certificate of compliance, is cause for disciplinary action.**

2/14/19                           /s/ Marc R. Shapiro
**Date**                          **Attorney Signature**

Rev. 3/10/16

EXHIBIT 3