UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL CASES | MDL No. 2047<br>SECTION "L"<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON, JR. |

## MOTION FOR ADMISSION *PRO HAC VICE*

NOW INTO COURT, comes Movant, Harry Rosenberg, an attorney, and on behalf of Defendants BNBM Group and BNBM PLC, states:

1.  Movant is a member of the law firm of Phelps Dunbar, LLP, and is a member of good standing of the bar of this Court and the State of Louisiana, familiar with the local rules and customs of this court.

2.  Movant is counsel for BNBM Group and BNBM PLC, and requests permission from this Court that, although the following attorney does not reside in Louisiana nor is licensed to practice law in Louisiana, he be allowed to appear *pro hac vice* in this matter as additional counsel for BNBM Group and BNBM PLC:

   Marc R. Shapiro (New York State Bar No. 4403606)
   Orrick, Herrington & Sutcliffe LLP
   51 West 52nd Street
   New York, N.Y. 10019-6142
   Phone: (212) 506-3546
   Facsimile: (212) 506-5151
   Email mrshapiro@orrick.com

3. Mr. Shapiro is admitted to and a member in good standing of the New York State Bar as evidenced by the certificate of good standing which is attached to and incorporated into this motion. He is also admitted to practice before the Middle District of Alabama, the United States Circuit Courts of Appeals for the Second, Sixth, Eighth and Ninth Circuits, and the United States Supreme Court.

4. If Mr. Shapiro is allowed to appear in this matter, Movant will continue to act as local counsel for these Defendants.  Movant agrees to readily communicate with opposing counsel and the Court regarding the conduct of this matter and to accept papers when served.

THEREFORE, it is requested that Marc R. Shapiro be allowed to appear and participate in this case as co-counsel of record for BNBM Group and BNBM PLC, and for all other relief as is justified in the premises.

Respectfully submitted:

*/s/ Harry Rosenberg*
HARRY ROSENBERG (#11465)
Phelps Dunbar LLP
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 582-8174
E-mail: harry.rosenberg@phelps.com
*BNBM Group and BNBM PLC Counsel*

PD.25417076.1

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing pleading has been served upon all parties by electronically uploading the same to File and Serve Express in accordance with Pre-Trial Order No. 6, and that the foregoing pleading was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 2047, on this 15th day of February, 2019.

                                                */s/Harry Rosenberg*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL CASES | MDL No. 2047<br>SECTION "L"<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON, JR. |

## AFFIDAVIT OF MARC R. SHAPIRO
## IN SUPPORT OF ADMISSION *PRO HAC VICE*

DISTRICT OF NEW YORK

 Before me, the undersigned authority, a Notary Public in and for the State of New York, personally appeared MARC R. SHAPIRO, being duly sworn, did depose and say as follows:

 1. I am a Senior Associate in the New York office of Orrick, Herrington & Sutcliffe LLP, located at 51 West 52nd Street, New York, NY .10019-6142, Telephone Number (212) 506-3546, Facsimile Number (212) 506-5151, email:mrshapiro@orrick.com,

 2. I am an active member in good standing of the New York State Bar and am admitted to practice before the Middle District of Alabama, the United States Circuit Courts of Appeals for the Second, Sixth, Eighth and Ninth Circuits, and the United States Supreme Court.

 3. There are no disciplinary proceedings pending against me.

 4. I have not been subject to any disciplinary proceedings.

 5. I have never been subject to any suspension proceedings.

 6. I have never been suspended from the practice of law before any bar and have never been disciplined by any bar.

 7. I DO SOLEMNLY SWEAR that I will support the Constitution of the United States and that I will demean myself uprightly and according to law and the recognized

PD.25417076.1

standards of ethics of the legal profession. I do further solemnly swear that I have read the Federal Rules of Civil Procedure, 28 U.S.C.; the Federal Rules of Criminal Procedure, 18 U.S.C.; the Federal Rules of Evidence, 28 U.S.C.; and the Uniform Rules of the United States District Court for the Eastern District of Louisiana, and that I am fully prepared to use and abide by them in my practice before this Court.

8. On the basis of the foregoing, I respectfully request that the Court permit me to appear *pro hac vice* on behalf of BNBM Group and BNBM PLC in the above captioned matter.

Marc R. Shapiro

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL CASES | MDL No. 2047<br>SECTION "L"<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON, JR. |

## ORDER OF ADMISSION *PRO HAC VICE*

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Marc R. Shapiro, of the law firm of Orrick, Herrington & Sutcliffe LLP is hereby granted permission to appear and participate *pro hac vice* as co-counsel for BNBM Group and BNBM PLC, in this case.

DATED this the _____ day of _____ , 2019.

_____
**UNITED STATES DISTRICT JUDGE**

PD.25417076.1