UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL CASES | MDL No. 2047<br><br>SECTION "L"<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON, JR. |

## ORDER OF ADMISSION *PRO HAC VICE*

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Marc R. Shapiro, of the law firm of Orrick, Herrington & Sutcliffe LLP is hereby granted permission to appear and participate *pro hac vice* as co-counsel for BNBM Group and BNBM PLC, in this case.

DATED this the_____day of_____, 2019.

_____
**UNITED STATES DISTRICT JUDGE**