UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL CASES | MDL No. 2047<br><br>SECTION "L"<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON, JR. |

### AFFIDAVIT OF MARC R. SHAPIRO
### IN SUPPORT OF ADMISSION *PRO HAC VICE*

DISTRICT OF NEW YORK

Before me, the undersigned authority, a Notary Public in and for the State of New York, personally appeared MARC R. SHAPIRO, being duly sworn, did depose and say as follows:

1. I am a Senior Associate in the New York office of Orrick, Herrington & Sutcliffe LLP, located at 51 West 52nd Street, New York, NY .10019-6142, Telephone Number (212) 506-3546, Facsimile Number (212) 506-5151, email:mrshapiro@orrick.com,

2. I am an active member in good standing of the New York State Bar and am admitted to practice before the Middle District of Alabama, the United States Circuit Courts of Appeals for the Second, Sixth, Eighth and Ninth Circuits, and the United States Supreme Court.

3. There are no disciplinary proceedings pending against me.

4. I have not been subject to any disciplinary proceedings.

5. I have never been subject to any suspension proceedings.

6. I have never been suspended from the practice of law before any bar and have never been disciplined by any bar.

7. I DO SOLEMNLY SWEAR that I will support the Constitution of the United States and that I will demean myself uprightly and according to law and the recognized standards of ethics of the legal profession. I do further solemnly swear that I have read the Federal Rules of Civil Procedure, 28 U.S.C.; the Federal Rules of Criminal Procedure, 18 U.S.C.; the Federal Rules of Evidence, 28 U.S.C.; and the Uniform Rules of the United States District Court for the Eastern District of Louisiana, and that I am fully prepared to use and abide by them in my practice before this Court.

8. On the basis of the foregoing, I respectfully request that the Court permit me to appear *pro hac vice* on behalf of BNBM Group and BNBM PLC in the above captioned matter.

Marc R. Shapiro