# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION, | MDL Docket No. 2047 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |
| THE MITCHELL COMPANY, INC., individually and on behalf of others similarly situated | Case No. 09-cv-4115 |
| Plaintiff, | |
| vs. | |
| KNAUF GIPS KG, a German corporation; KNAUF PLASTERBOARD (TIANJIN CO., LTD., a Chinese limited liability corporation; TAISHAN GYPSUM CO., LTD. (f/k/a Shandong Taihe Dongxin Co., Ltd.), a Chinese limited liability corporation); INTERIOR & EXTERIOR BUILDING SUPPLY, L.P., a limited partnership; and RIGHTWAY DRYWALL, INC., a Georgia corporation, | |
| Defendants. | |

## [PROPOSED] ORDER

Considering Taishan Gypsum Co., Ltd. and Tai'an Plasterboard Co., Ltd.'s Motion to Strike Declaration of Dr. Robert DeMott, **IT IS ORDERED** that the motion is **GRANTED** and that Dr. DeMott's Declaration (Rec. Doc. 22100-1) and all portions of Mitchell's Reply (Rec. Doc. 22100) that refer to and/or rely on Dr. DeMott's Declaration will be excluded and disregarded by the Court.


2

New Orleans, Louisiana, this _____ day of _____, 2019.

                                                                                                      _____

                                                                                                      Honorable Eldon E. Fallon
                                                                                                      U.S. District Court Judge