UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047<br><br>SECTION "L" |
| **This document relates to:**<br><br>*Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al*<br><br>Case No. 14-cv-2722 | JUDGE ELDON FALLON<br><br>MAGISTRATE JOSEPH WILKINSON, JR. |

## MOTION TO DISMISS

**NOW INTO COURT**, through undersigned counsel, come defendants, Knauf Gips KG and Knauf Plasterboard (Tianjin) Co. Ltd., who move this Court for an order setting a Rule to Show Cause why the plaintiffs listed in Exhibit A should not be dismissed with prejudice for violating this Court's prior Order.

On December 19, 2018, this Court issued a Case Management Order requiring Plaintiffs to submit verified and completed Plaintiff Fact Sheets within sixty (60) days or by February 19, 2019.  The Order allows any party to move for a Rule to Show Cause as to why any claim should not be dismissed for failure to cure deficiencies/answers in the Plaintiff Fact Sheet.  At the present time, defendants have not yet received Plaintiff Fact Sheets for the plaintiffs listed in Exhibit A.

1

**WHEREFORE**, defendants, Knauf Gips KG and Knauf Plasterboard (Tianjin) Co. Ltd., respectfully request an order setting a Rule to Show Cause at the court's next available civil submission and oral argument date on March 6, 2019, as to why the claims listed in Exhibit A should not be dismissed with prejudice.

Respectfully submitted,

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**

*/s/ Kerry J. Miller*
**KERRY J. MILLER (#24562), T.A.**
**DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, Suite 3600
New Orleans, LA  70170
Telephone:  (504) 566-8646
Facsimile:  (504) 585-6946
Email:  kjmiller@bakerdonelson.com
Email:  ddysart@bakerdonelson.com

*Counsel for Defendants,*
*Knauf Gips KG and*
*Knauf Plasterboard (Tianjin) Co., Ltd.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, and to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this the 19th day of February, 2019.

*/s/ Kerry J. Miller*
**KERRY J. MILLER**