**Exhibit A**

| Name | Number | Street | City | State | Zip |
|---|---|---|---|---|---|
| Michael Chamberlin | 275 | West Robert E. Lee Blvd., | New Orleans, | LA | 70124 |
| Veronica Rosenaur | 13891 | Calle Savario Drive, | Prairieville, | LA | 70769 |
| Jinxi Zhu | 16002 | Innerarity Point Road, | Pensacola, | FL | 32507 |
| Braulio Castillo & Maximo Sanchez | 357 | SW Log Drive, | Port St. Lucie, | FL | 34953 |
| Pasquale Russo (TRAC Enterprises) | 9809 | Barosa Way, Unit #105, | Fort Myers, | FL | 33908 |
| Affinity Elite Development Corp. | 3970 | Cherrybrook Loop, | Fort Myers, | FL | 33966 |
| Affinity Elite Development Corp. | 16042 | Via Solera Circle, Unit 102, | Fort Myers, | FL | 33908 |
| Chilet Dejean | 1918 | NE 5th Street, | Boynton Beach, | FL | 33435 |
| Laura Butler | 4323 | NW 31st Street, | Cape Coral, | FL | 33993 |
| Michael Phillips | 11263 | Creek Drive, | Gulfport, | MS | 39560 |