# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: *ALL CASES* | JUDGE FALLON MAG. JUDGE WILKINSON |

**************************************************************************

## YANCE LAW FIRM, LLC'S MOTION FOR AWARD OF ATTORNEY FEES ON INTEREST EARNED

Comes now Yance Law Firm, LLC ("Yance") and moves this Honorable Court to enter an Order awarding a fair and reasonable attorney fee to Yance in the amount of five hundred thousand dollars ($500,000.00) based upon the amount of interest earned on the Attorney Fee Fund since the time it was moved away from Esquire Bank and into the Court Registry in June 2018 and the fact that said interest would not have been earned without Yance's efforts and many hours of work. The requested fee can be paid out of interest on the Attorney Fee Fund that has been earned after the effective date set forth in the Court's Common Benefit Order dated February 4, 2019 so that said attorney fee to Yance will not affect the allocations set forth therein. Yance's Memorandum in support of this motion is filed contemporaneously herewith.

Respectfully submitted,

/s/ R. Tucker Yance
R. TUCKER YANCE
Ala. State Bar #- ASB-9775-H71Y
YANCE LAW FIRM, LLC
169 Dauphin Street Suite 318
Mobile, AL 36602
(251) 432-8003
(251) 432-8009 FAX
rty@yancelaw.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing motion has been served upon Plaintiffs' Liaison Counsel Russ M. Herman and Defendants' Liaison Counsel Kerry Miller, by e-mail and upon all parties by electronically uploading the same to File & ServeXpress in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 19th day of February, 2019.

                                               /s/ R. Tucker Yance
                                               R. TUCKER YANCE
                                               Ala. State Bar #- ASB-9775-H71Y
                                               YANCE LAW FIRM, LLC
                                               169 Dauphin Street Suite 318
                                               Mobile, AL  36602
                                               (251) 432-8003
                                               (251) 432-8009 FAX
                                               rty@yancelaw.com