

EXHIBIT
A

## AFFIDAVIT OF R. TUCKER YANCE

STATE OF ALABAMA)

COUNTY OF MOBILE)

Before me, a Notary Public in and for said county and state, personally appeared R. Tucker Yance, who is known to me, and who, after first being duly sworn, deposes and says:

My name is R. Tucker Yance; I am over the age of nineteen (19); I am an attorney participating in MDL 2047 regarding Chinese Manufactured Drywall pending in the United States District Court for the Eastern District of Louisiana; and I have personal knowledge of the facts contained herein. I graduated from the University of Alabama School Of Law in 2001 and have been a member of the Alabama State Bar since 2001, continuously practicing in the State of Alabama.

In the fall of 2017 during negotiations of the fee dispute portion of the Chinese Drywall case I noticed an incredibly low amount of interest that had apparently been earned on the approximately 200 million dollars of attorney fees paid in connection with the settlements with Knauf and other entities (hereinafter "Funds"). I began asking questions regarding this interest and brought it up to other involved counsel at the November 2017 Attorney Fee mediation in New Orleans. As I asked more questions it appeared nobody knew why the funds were earning so little interest. I knew that 200 million dollars sitting in a bank or investment account for years on end earning almost nothing in interest was a cause for concern, and knew that even a minimal interest rate applied thereto would've earned interest in the millions by then, so I began to investigate the issue.

In connection with this project I reviewed, analyzed and/or studied the following documents:

1)      Document 17009: Motion to Establish Various Qualified Settlement Funds and to Appoint Fund Administrator and Depository Bank

2)      Document 17009-1: Memorandum in Support of Motion to Establish Various Qualified Settlement Funds and to Appoint Fund Administrator and Depository Bank

3)      Document 17009-2 through 15: Memorandum in Support of Motion to Establish Various Qualified Settlement Funds and to Appoint Fund Administrator and Depository Bank – Exhibits

4)      Document 17067:  Order Establishing Qualified Settlement Fund by Class Counsel

5)      Document 17073:  Order Establishing Qualified Settlement Fund by Class Counsel

6)      Document 17116: Motion for Leave to File Document Under Seal

7)      Document 17144:  Monthly Status Conference Transcript

8)      Document 17144-1: Esquire Presentation at Monthly Status Conference

9)      Document 17146: Order – Sealed Esquire Financial Documents

10)      Document 17188: Class Counsels' Motion to Authorize Deposit of Settlement Funds

11)      Document 17188-1:  Memorandum in Support of Class Counsels' Motion to Authorize Deposit of Settlement Funds

12)      Document 17188-2:  Memorandum in Support of Class Counsels' Motion to Authorize Deposit of Settlement Funds – Exhibit A

13)      Document 17188-4:  Affidavit of Philip A. Garrett, C.P.A.

14)     Document 17188-5:  Proposed Order – Authorizing Deposit of Settlement Funds

15)     Document 17236:  Order - Deposit Settlement Funds

16)     Document 17236-1:  Order - Deposit Settlement Funds – Exhibit A

17)     Document 18101-1:  Revised and Updated Affidavit of Philip A. Garrett, C.P.A. Pursuant to Pretrial Order No. 28(E)

18)     Document 18101-3:  Revised and Updated Affidavit of Philip A. Garrett, C.P.A. Pursuant to Pretrial Order No. 28(E) – Exhibit 2

19)     Document 19437:  Order – Disbursement of Funds ($10 Million Holdback)

20)     Document 20016:  Motion to Combine All Attorney Fee Settlement Fund Accounts to The Knauf Attorney Fee Settlement Fund Account

21)     Document 20016-1:  Memorandum in Support of Motion to Combine All Attorney Fee Settlement Fund Accounts to The Knauf Attorney Fee Settlement Fund Account

22)     Document 20022:  Order – Combine All Attorney Fee Settlement Fund Accounts

23)     Document 20290-5:  Revised and Updated Affidavit of Philip A. Garrett, C.P.A.

24)     Document 20889-1:  Memorandum in Support of Seventh Motion for Disbursement of Funds (For Expenses)

25)     Document 21064:  Status Report No. 48

26)     Document 21325:  Krupnick Campbell Malone Et Al.'s Motion for Leave to File Reply Memorandum of Law in Support of Motion to Compel Fee Committee to Transmit to Common Benefit Counsel the Committee's Recommendation and/or Set Timelines Pursuant to Pre-trial Order 28 and Pre-Trial Order 28(E)

27)     Document 21350:  Taylor Martino, P.C.'s Joinder in Relief Sought in Yance Law Firm's Motion to Immediately Transfer Attorney Fee Qualified Settlement Fund to a Different Depository Or Back Into The Court Registry

28)     Document 21360:  Morris Bart, LLC's Motion to Join and Adopt Yance Law Firm's Motion to Immediately Transfer Attorney Fee Qualified Settlement Fund to a Different Depository Bank or Back into the Court Registry (R. Doc. 21338)

29)     Document 21379: Order – Granting Taylor Martino, P.C.'s Joinder

30)     Document 21382:  Order – Granting Morris Bart, LLC's Joinder

31)     Document 21389:  Joint Report No. 100 of Plaintiffs' and Defendants' Liaison Counsel

32)     Document 21427:  Motion to Authorize Plaintiffs' Liaison Counsel to Pay and/or Reimburse Payment of Taxes

33)     Document 21427-1:  Memorandum in Support of Motion to Authorize Plaintiffs' Liaison Counsel to Pay and/or Reimburse Payment of Taxes

34)     Document 21427-2:  Memorandum in Support of Motion to Authorize Plaintiffs' Liaison Counsel to Pay and/or Reimburse Payment of Taxes – Exhibit A

35)     Document 21427-3:  Memorandum in Support of Motion to Authorize Plaintiffs' Liaison Counsel to Pay and/or Reimburse Payment of Taxes – Proposed Order

36)     Document 21427-4:  Memorandum in Support of Motion to Authorize Plaintiffs' Liaison Counsel to Pay and/or Reimburse Payment of Taxes – Notice of Submission

37)     Docket Report 05/01/2018 to 06/14/2018

38)     Esquire Bank Form 10-Q, 1st Quarter 2018

39)     Esquire Bank Form 10-Q, 2nd Quarter 2017

40)     Esquire Bank Form 10-Q, 3rd Quarter 2017

41)     Esquire Bank Form 10-K, Annual Report 2017

42)     Esquire Bank Annual Report 2017

43)     Esquire Bank Monthly Statement for September 2013 – Knauf Settlement Advance Cost Account 1012003446

44)     Esquire Bank ICS Statements for February 2016

45)     Esquire Bank Press Release – April 2018

46)     Esquire Bank Press Release – January 2018

47)     Esquire Bank Press Release – June 2018

48)     Esquire Bank Press Release – October 2017

49)     Esquire Bank Schedule 14A Proxy Statement

50)     Esquire Bank – Business Lending Slideshow

51)     Esquire Bank Monthly Statement for September 2013 – Chinese Drywall MDL Account 1014004194

52)     Esquire Bank Monthly Statement for September 2016 – Chinese Drywall MDL Holdback Account 1024001992

53)     Esquire Bank – Russ Herman Insider Ownership

54)     ESPN News Story:  Esquire Bank - Seeger NFL Concussion Conflict

55)     Document 17201-1:  Exhibit A – Villa Lago Investment Instructions

56)     Federated Schedule 1 to Dealer Agreement and Broker-Dealer Agreement

57)     Federated U.S. Treasury Cash Reserves (IS and SS Shares) – Prospectus

58)     Federated U.S. Treasury Cash Reserves (SS) – Overview

59)     ICS & CDARS – Why

60)     ICS Deposit Placement Agreement

61)     ICS for Socially Responsible Investing

62)     Interest and Dividend Rough Analysis .5%

63)     Interest and Dividend Rough Analysis 1%

64)     File & Serve Document No. 62086939:  McCallum, Hoagland & Irby, LLP's Joinder in Relief Sought in Yance Law Firm's Motion to Immediately Transfer Attorney Fee Qualified Settlement Fund to a Different Depository or Back into the Court Registry

65)     Document 21071:  Minute Entry – 11/09/2017

66)     File & Serve Document No. 61182763:  Primary Counsel's Motion for Leave to File Motion for Accounting and Adjustment of Global Award of Attorneys' Fees and Reimbursement of Expenses Under Seal

67)     Document 17398:  Order – Original Funding QSFs

68)     Document 17398:  Order – Original Funding QSFs with Exhibit A

69)     Promontory Interfinancial Network – CDARS Floating-Rate Funding

70)     Promontory Interfinancial Network – CDARS One-Way Buy Transactions

71)     Promontory Interfinancial Network – CDARS One-Way Sell Transactions

72)     Promontory Interfinancial Network – CDARS Overview

73)     Promontory Interfinancial Network – CDARS Reciprocal Transactions

74)     Promontory Interfinancial Network – ICS One-Way Buy

75)     Promontory Interfinancial Network – ICS One-Way Sell

76)     Promontory Interfinancial Network – ICS Overview

77)    Promontory Interfinancial Network – ICS Reciprocal

78)    Document 17064:  Order – QSF Banner Attorney Fee

79)    Document 17069:  Order – QSF Global Attorney Fee

80)    Document 17072:  Order – QSF INEX Attorney Fee

81)    Document 17073:  Order – QSF Knauf Attorney Fee

82)    Document 17076:  Order – QSF USG and L&W Attorney Fee

83)    Document 17210:  Order – QSF Villa Lago Attorney Fee

84)    Document 17426:  Order – QSF Funding

85)    Document 20290:  Philip Garrett Attorney Fee Reconciliation

86)    Document 17009-2:  Schedule A

87)    Brown Greer Status Report – March 13, 2014

88)    Esquire Bank, National Association – FDIC Balance Sheet 2006

89)    Esquire Bank, National Association – FDIC Balance Sheet 2007

90)    Esquire Bank, National Association – FDIC Balance Sheet 2008

91)    Esquire Bank, National Association – FDIC Balance Sheet 2009

92)    Esquire Bank, National Association – FDIC Balance Sheet 2010

93)    Esquire Bank, National Association – FDIC Balance Sheet 2011

94)    Esquire Bank, National Association – FDIC Balance Sheet 2012

95)    Esquire Bank, National Association – FDIC Balance Sheet 2013

96)    Esquire Bank, National Association – FDIC Balance Sheet 2014

97)    Esquire Bank, National Association – FDIC Balance Sheet 2015

98)    Esquire Bank, National Association – FDIC Balance Sheet 2016

99)    Esquire Bank, National Association – FDIC Balance Sheet 2017

100) Esquire Bank, National Association – FDIC Balance Sheet 2018 March

101) Esquire Bank, National Association – FDIC All Summary Report 2006

102) Esquire Bank, National Association – FDIC All Summary Report 2007

103) Esquire Bank, National Association – FDIC All Summary Report 2008

104) Esquire Bank, National Association – FDIC All Summary Report 2009

105) Esquire Bank, National Association – FDIC All Summary Report 2010

106) Esquire Bank, National Association – FDIC All Summary Report 2011

107) Esquire Bank, National Association – FDIC All Summary Report 2012

108) Esquire Bank, National Association – FDIC All Summary Report 2013 Sept.

109) Esquire Bank, National Association – FDIC All Summary Report 2013

110) Esquire Bank, National Association – FDIC All Summary Report 2014

111) Esquire Bank, National Association – FDIC All Summary Report 2015

112) Esquire Bank, National Association – FDIC All Summary Report 2016

113) Esquire Bank, National Association – FDIC All Summary Report 2017

114) Esquire Bank, National Association – FDIC All Summary Report 2018

115) Esquire Bank, National Association – FFIEC Uniform Bank Performance Report: Balance Sheet 2013

116) Esquire Bank, National Association – FFIEC Uniform Bank Performance Report: Off Balance Sheet 2013

117) Esquire Bank, National Association – FFIEC Uniform Bank Performance Report: Balance Sheet 2014

118) Esquire Bank, National Association – FFIEC Uniform Bank Performance Report: Off Balance Sheet 2014

119) Esquire Bank, National Association – FFIEC Uniform Bank Performance Report: Balance Sheet 2015

120) Esquire Bank, National Association – FFIEC Uniform Bank Performance Report: Off Balance Sheet 2015

121) Esquire Bank, National Association – FFIEC Uniform Bank Performance Report: Balance Sheet 2016

122) Esquire Bank, National Association – FFIEC Uniform Bank Performance Report: Off Balance Sheet 2016

123) Esquire Bank, National Association – FFIEC Uniform Bank Performance Report: Balance Sheet 2017

124) Esquire Bank, National Association – FFIEC Uniform Bank Performance Report: Off Balance Sheet 2017

125) QSF Attorney Fee Investment Account Statements 2014

126) QSF Attorney Fee Investment Account Statements 2015

127) QSF Attorney Fee Investment Account Statements 2016

128) QSF Attorney Fee Investment Account Statements 2017

129) QSF Attorney Fee Investment Account Statements 2018

130) File & Serve Document No. 62055806:  Krupnick Campbell Malone Et Al.'s Joinder in Relief Sought in Yance Law Firm's Motion to Immediately Transfer Attorney Fee Qualified Settlement Fund to a Different Depository or Back into the Court Registry

131) Document 21429:  Motion for Leave to Exceed Page Limit

132) Document 21429-1: Proposed Order Granting Motion To Exceed Page Limit

133)   Document 21429-2:  Memorandum and Response of Russ M. Herman, on Behalf of Russ M. Herman in his Capacity as Liaison Counsel and Arnold Levin as Lead Counsel in Response to Yance Law Firm's Motion and Memorandum to Immediately Transfer Attorney Fee Qualified Settlement Fund to a Different Depository Bank or Back into the Court Registry

134)   Document 21429-3:  Declaration of Arnold Levin

135)   Document 21429-4:  Affidavit of Esquire Bank, National Association

136)   Document 21429-5:  Affidavit of Jacob S. Woody

137)   Document 21429-6:  JP Morgan Article

138)   Document 21429-7:  Digital Article

139)   Document 21432:  Motion to Substitute Plaintiffs' Lead and Liaison Counsel's Response in Opposition to Yance Law Firm's Motion to Immediately Transfer Attorney Fee Qualified Settlement Fund to a Different Depository Bank or Back into the Court Registry

140)   Document 21432-1:  Proposed Order Granting Motion to Substitute

141)   Document 21432-2:  Proposed Substituted Response

142)   Document 21432-3:  Proposed Substituted Exhibit A

143)   Document 21432-4:  Proposed Substituted Exhibit B

144)   Document 21432-5:  Proposed Substituted Exhibit C

145)   Document 21432-6:  Proposed Substituted Exhibit D

146)   Bank of America Corporation – 2017 Form 10-K

147)   Bank of the Ozarks – 2017 Form 10-K

148)   BB&T Corp. – 2017 Form 10-K

149)   BBVA Compass Bancshares, Inc. – 2017 Form 10-K

150)   Fidelity Southern Corporation – 2017 Form 10-K

151)   Hancock Holding Company – 20174 Form 10-K

152)   Home Bank – 2017 Form 10-K

153)   IBERIABANK Corporation – 2017 Form 10-K

154)   JPMorgan Chase & Co. – 2017 Form 10-K

155)   The PNC Financial Services Group, Inc. – 2017 Form 10-K

156)   Regions Financial Corporation – 2017 Form 10-K

157)   Servisfirst Bancshares, Inc. – 2017 Form 10-K

158)   Synovus Financial Corp. – 2017 Form 10-K

159)   Trustmark Corporation – 2017 Form 10-K

160)   WellsFargo & Company – 2017 Form 10-K

161)   Esquire Financial Holdings – SEC Form D

162)   Esquire Financial Holdings – SEC Form D_A

163)   SEC Piggyback Registration Agreement between Esquire Financial Holdings and CJA Private Equity Financial Restructuring Master Fund I, LP, a Cayman Islands LLP.

164)   SEC Schedule 13G - Esquire Financial Holdings and CJA Private Equity Financial Restructuring Master Fund I, LP, a Cayman Islands LLP.

165)   Esquire Financial Holdings – SEC Form S1 – Draft 1

166)   Esquire Financial Holdings – SEC Form S1 – Draft 2

167)   Esquire Financial Holdings – SEC Form S1 – Submission

168)   Esquire Financial Holdings – SEC Form S1 – Submission (Amended)

169) Esquire Financial Holdings – SEC Final Prospectus

170) Esquire Financial Holdings – Free Writing Prospectus, June 2017

171) Hundreds of webpages not otherwise listed herein

172) Numerous other documents and research items not otherwise listed herein.

In connection with this project I drafted, revised and e-filed the following documents:

1) Yance Law Firm's Motion to Immediately Transfer Attorney Fee Qualified Settlement Fund To a Different Depository Bank or Back Into the Court Registry;

2) Yance Law Firm's Memorandum in Support of Motion to Immediately Transfer Attorney Fee Qualified Settlement Fund To a Different Depository Bank or Back Into the Court Registry;

3) Notice of Submission of Yance Law Firm's Motion to Immediately Transfer Attorney Fee Qualified Settlement Fund To a Different Depository Bank or Back Into the Court Registry;

4) Yance Law Firm's Notice of Objection to Joint Report No. 100

5) Yance Law Firm's Reply to Plaintiffs' Lead and Liaison Counsel's Response in Opposition to Yance Law Firm's Motion to Immediately Transfer Attorney Fee Qualified Settlement Fund To a Different Depository Bank or Back Into the Court Registry;

6) Yance Law Firm's Motion for Award of Attorney Fees on Interest Earned;

7) Yance Law Firm's Memorandum in Support of Motion for Award of Attorney Fees on Interest Earned;

8) Notice of Submission of Yance Law Firm's Motion for Award of Attorney Fees on Interest Earned.

In connection with this project I also performed the following tasks:

1)     Performed extensive investigation, research and document review as outlined above regarding the lack of interest earned on the Attorney Fee QSFs and the potential reasons therefore.

2)     Prepared, studied and revised spreadsheets regarding the Attorney Fee QSFs and interest earned thereon;

3)     Engaged in numerous discussions with banking and/or financial professionals/experts;

4)     Engaged in numerous discussions with attorneys involved in this litigation;

5)     Engaged in numerous discussions with attorneys not involved in this litigation;

6)     Engaged in numerous discussions with staff regarding this investigation, tasks to be completed and drafting and filing of documents;

7)     Engaged in discussions with Esquire Bank Employees;

8)     Engaged in discussions with members of the Press;

9)     Created graphs, charts, power point presentations and demonstrative aids;

10)    Drafted affidavits;

11)    Prepared arguments to present at the June 12, 2018 Monthly Status Conference regarding Yance Law Firm's Motion to Immediately Transfer Attorney Fee Qualified Settlement Fund To a Different Depository Bank or Back Into the Court Registry, and to urge the Court to move the Funds immediately;

12)    Travelled from Mobile, Alabama to New Orleans, Louisiana to attend the June 12, 2018 Monthly Status Conference in order to make arguments regarding Yance

Law Firm's Motion to Immediately Transfer Attorney Fee Qualified Settlement Fund To a Different Depository Bank or Back Into the Court Registry, and to urge the Court to move the Funds immediately;

13)   Attended the June 12, 2018 Monthly Status Conference in order to make arguments regarding Yance Law Firm's Motion to Immediately Transfer Attorney Fee Qualified Settlement Fund To a Different Depository Bank or Back Into the Court Registry, and to urge the Court to move the Funds immediately;

14)   Travelled back to Mobile, Alabama from New Orleans, Louisiana after attending the June 12, 2018 Monthly Status Conference in order to make arguments regarding Yance Law Firm's Motion to Immediately Transfer Attorney Fee Qualified Settlement Fund To a Different Depository Bank or Back Into the Court Registry, and to urge the Court to move the Funds immediately;

15)   Prepared a Power-Point Presentation to present to the Court at the July 12, 2018 Hearing on Yance Law Firm's Motion to Immediately Transfer Attorney Fee Qualified Settlement Fund To a Different Depository Bank or Back Into the Court Registry;

16)   Prepared for arguments to be made to the Court at the July 12, 2018 Hearing on Yance Law Firm's Motion to Immediately Transfer Attorney Fee Qualified Settlement Fund To a Different Depository Bank or Back Into the Court Registry;

17)   Travelled from Mobile, Alabama to New Orleans, Louisiana to attend the July 12, 2018 Hearing on Yance Law Firm's Motion to Immediately Transfer Attorney Fee Qualified Settlement Fund To a Different Depository Bank or Back Into the Court Registry;

18)     Attended the July 12, 2018 hearing on Yance Law Firm's Motion to Immediately Transfer Attorney Fee Qualified Settlement Fund To a Different Depository Bank or Back Into the Court Registry, and to urge the Court to move the Funds immediately;

19)     Travelled back from New Orleans, Louisiana to Mobile, Alabama after attending the July 12, 2018 Hearing on Yance Law Firm's Motion to Immediately Transfer Attorney Fee Qualified Settlement Fund To a Different Depository Bank or Back Into the Court Registry;

20)     Numerous other tasks in furtherance of Attorney Fee QSF issues discussed herein.

In my professional judgment I estimate that I personally spent approximately 350 hours on the project discussed herein, and my paralegal, Katie Knapp spent approximately 200 hours on the project for a total of 550 hours for Yance Law Firm, LLC.

R. Tucker Yance

STATE OF ALABAMA        )

MOBILE COUNTY           )

SWORN TO AND SUBSCRIBED before me the undersigned Notary Public on this the 19th day of February, 2019.

Notary Public
My Commission Expires: 03/09/2021