# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047** |
| | **SECTION: L** |
| **THIS DOCUMENT RELATES TO:** | **JUDGE FALLON** |
| *ALL CASES* | **MAG. JUDGE WILKINSON** |

*************************************************************************

## NOTICE OF SUBMISSION

Please take notice that, upon the pleadings and other matters of record, the undersigned will move the Court before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, Room C456, United States District Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130, on March 6, 2019, or as soon thereafter as counsel can be heard, for an order on *Yance Law Firm LLC's Motion for Award of Attorney Fees on Interest Earned* and for such other further relief as the Court may deem just and appropriate.

Dated: February 19, 2019.

        Respectfully submitted,

        /s/ R. Tucker Yance
        R. TUCKER YANCE
        Ala. State Bar #- ASB-9775-H71Y
        YANCE LAW FIRM, LLC
        169 Dauphin Street Suite 318
        Mobile, AL  36602
        (251) 432-8003
        (251) 432-8009 FAX
        rty@yancelaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing notice has been served upon Plaintiffs' Liaison Counsel Russ M. Herman and Defendants' Liaison Counsel Kerry Miller, by e-mail and upon all parties by electronically uploading the same to File & ServeXpress in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 19th day of February, 2019.

    /s/ R. Tucker Yance
R. TUCKER YANCE
Ala. State Bar #- ASB-9775-H71Y
YANCE LAW FIRM, LLC
169 Dauphin Street Suite 318
Mobile, AL  36602
(251) 432-8003
(251) 432-8009 FAX
rty@yancelaw.com