# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047 |
| | SECTION "L" |
| **This document relates to:** | JUDGE ELDON FALLON |
| *Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al* | |
| Case No. 14-cv-2722 | MAGISTRATE JOSEPH WILKINSON, JR. |

## RULE TO SHOW CAUSE ORDER

Considering Knauf Gips KG and Knauf Plasterboard (Tianjin) Co. Ltd.'s Motion to Dismiss;

**IT IS ORDERED** that the plaintiffs/claimants listed in Exhibit A show cause on the 26th day of March, 2019, at 9:00 a.m., why their claims should not be dismissed with prejudice.

**New Orleans, Louisiana,** this 20th day of February, 2019.

*/s/ Eldon E. Fallon*
**UNITED STATES DISTRICT JUDGE**

1