UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *ALL CASES* | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

MOTION FOR ENTRY AND CERTIFICATION OF
FINAL JUDGMENT ON ALL FEE ALLOCATION RULINGS
PURSUANT TO RULE 54(B)

NOW COMES Parker Waichman LLP who, for the reasons fully set forth in the attached Memorandum in Support, respectfully requests this Court, Pursuant to Federal Rule of Civil Procedure 54(b), to enter and certify a final judgment, upon finding that there is no just reason for delay, regarding the attorneys' fee allocations set forth in the Court's Order and Reasons Setting Common Benefit Fees (R. Doc. 21168) and the Judgment awarding common benefit fees (R. Doc. 22092).

Respectfully submitted,

**FAIRCLOTH MELTON SOBEL & BASH LLC**

By:   /s/ *Jimmy R. Faircloth, Jr.*
       Jimmy R. Faircloth, Jr. (LA #20645)
       jfaircloth@fairclothlaw.com
       Brook L. Villa (LA #31988)
       bvilla@fairclothlaw.com
       Franklin "Drew" Hoffmann (LA #35824)
       dhoffmann@fairclothlaw.com
       9026 Jefferson Highway
       Building 2, Suite 200
       Baton Rouge, LA 70809
       Phone: (225) 343-9535
       Fax: (225) 343-9538

   *Attorneys for Parker Waichman LLP*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 20th day of February, 2019.

*/s/ Jimmy R. Faircloth, Jr.*
OF COUNSEL