**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *ALL CASES* | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that the *Motion for Entry and Certification of Final Judgment on All Fee Allocation Rulings Pursuant to Rule (54)(b)* is submitted for hearing on March 26, 2019 at 9:00 a.m. before the Honorable Eldon E. Fallon, United States District Court, Eastern District of Louisiana, in accordance with the Local Rules.

Respectfully submitted,

**FAIRCLOTH MELTON SOBEL & BASH LLC**

By: ___/s/ *Jimmy R. Faircloth, Jr.*___
  Jimmy R. Faircloth, Jr. (LA #20645)
  jfaircloth@fairclothlaw.com
  Brook L. Villa (LA #31988)
  bvilla@fairclothlaw.com
  Franklin "Drew" Hoffmann (LA #35824)
  dhoffmann@fairclothlaw.com
  9026 Jefferson Highway
  Building 2, Suite 200
  Baton Rouge, LA 70809
  Phone: (225) 343-9535
  Fax: (225) 343-9538

*Attorneys for Parker Waichman LLP*

1