MINUTE ENTRY
FALLON, J.
FEBRUARY 21, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: REF: 15-4127 | JUDGE FALLON MAGISTRATE WILKINSON |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Jodi Simcox

Appearances:  Stephen Herman, Esq., for Plaintiffs
Mark Shapiro, Esq. for CNBM and BNBM Defendants
David Venderbush, Esq. for Taishan Defendants

MOTION of Defendants Beijing New Building Materials Public Limited Company (BNBM PLC) and Beijing New Building Material (Group) Co., Ltd. (BNBM Group), to Dismiss Plaintiffs' Complaint Pursuant to F.R.C.P. 12(b)(2), 12(b)(5), 12(b)(6), 8 and 9(b) (19984)

After argument – Motion was taken under submission

JS10:  :55