UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

On February 19, 2019, the Yance Law Firm, LLC filed a motion seeking an award of attorney fees on interest earned. R. Doc. 22108. The Court issues the following scheduling order:

**IT IS ORDERED** that oppositions to the Yance Law Firm, LLC's motion, if any, shall be filed into the record by no later than Wednesday, March 13, 2019.

**IT IS FURTHER ORDERED** that the Yance Law Firm, LLC's reply, if any, shall be filed into the record by no later Thursday, March 21, 2019.

New Orleans, Louisiana, this 21st day of February, 2019.

_____
UNITED STATES DISTRICT JUDGE

1