UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

# ORDER

On February 4, 2019, the Court issued its Order & Reasons awarding common benefit fees to those firms that performed common benefit work in this MDL, thereby finalizing the multi-step process for the allocation of attorneys' fees and costs in the Knauf portion of the Chinese-Manufactured Drywall Products Liability multidistrict litigation. R. Doc. 22089. Having allocated the funds among common benefit counsel, the Court issued a final judgment on February 5, 2019. R. Doc. 22092. On February 20, 2019, Parker Waichman, LLP moved the Court to issue a final judgment on the fees awarded to common benefit counsel. R. Doc. 22110.

Accordingly;

**IT IS ORDERED** that Parker Waichman LLP's motion, R. Doc. 22110, be and hereby is **DENIED AS MOOT**.

New Orleans, Louisiana, this 21st day of February, 2019.

_____
UNITED STATES DISTRICT JUDGE