UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Brooke et al. v. State-Owned Assets Supervision and Administration Commission of the State Council, et al.*, **Case No. 15-4127 (E.D. La.);**<br><br>*Brooke et al. v. State-Owned Assets Supervision and Administration Commission of the State Council, et al.*, **Case No. 15-6631 (E.D. La.); 15-cv-24348 (S.D. Fl.);**<br><br>*Brooke et al. v. State-Owned Assets Supervision and Administration Commission of the State Council, et al.*, **Case No. 15-6632 (E.D. La.); 15-cv-506 (E.D. Va.);**<br><br>*Abner et al. v. Taishan Gypsum Co., Ltd., et al.*, **Case No. 11-3094 (E.D. La.); 11-1787 (C.D. Ca.).** | MDL No. 2:09-md-2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

## NOTICE OF CNBM COMPANY'S JOINDER IN BNBM ENTITIES' MOTIONS TO DISMISS

On January 15, 2016, BNBM Group and BNBM PLC (collectively, the "BNBM Entities") filed a motion to dismiss (Rec. Doc. 19984). CNBM Company hereby joins the BNBM Entities' motion to dismiss (Rec. Doc. 19984) as well as all follow-on briefs submitted in support of that motion, including the BNBM Entities' reply (Rec. Doc. 21801-2), the BNBM Entities' supplemental brief (Rec. Doc. 22072), and Taishan's supplemental brief (Rec. Doc. 22071), and the oral arguments advanced on February 21, 2019 (Rec. Doc. 22111). Likewise, CNBM Co. joins the BNBM Entities' motion to dismiss in *Abner* (Rec. Doc. 19998) as well as follow-on filings in support thereof (Rec. Doc. 21799-3).

Dated: February 25, 2019            Respectfully submitted,

*/s/ L. Christopher Vejnoska*

| | |
|---|---|
| James L. Stengel (NY Bar No. 1800556) | L. Christopher Vejnoska (CA Bar No. 96082) |
| Xiang Wang (NY Bar No. 4311114) | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | The Orrick Building |
| 51 West 52nd Street | San Francisco, CA 94105 |
| New York, NY, 10019 | T: 415-773-5700 |
| T: 212-506-5000 | Email: cvejnoska@orrick.com |
| Email: jstengel@orrick.com | |
| xiangwang@orrick.com | |

Ewell E. Eagan, Jr. (LA Bar No. 5239)
Donna Phillips Currault (LA Bar No. 19533)
GORDON, ARATA, MONTGOMERY,
BARNETT, MCCOLLAM, DUPLANTIS &
EAGAN, LLC
201 St. Charles Avenue, 40th Floor
New Orleans, LA 70170-4000
Tel: (504) 582-1111
Email: eeagan@gordonarata.com
       dcurrault@gordonarata.com

*Counsel for CNBM Co., Ltd.*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing notice of joinder has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail and upon all parties by electronically uploading the same to File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 25th day of February, 2019.

                                          */s/ L. Christopher Vejnoska*