UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Elizabeth Bennett, et al. v. Knauf Gips, KG, et al.*<br>2:14-cv-02722-EEF-JCW | JUDGE ELDON FALLON<br><br>MAG. JUDGE WILKINSON |

**PLAINTIFFS' RESPONSE AND OPPOSITION
TO THE KNAUF DEFENDANT'S MOTION TO DISMISS**

**COME NOW**, Plaintiffs, by and through the undersigned counsel of record, James V. Doyle, Jr. of Doyle Law Firm, PC, to enter this response and opposition to the Knauf Defendants Motion to Dismiss. As grounds for this response and opposition, Plaintiffs offer the following :

1. The Knauf Defendants seek dismissal of certain plaintiff's claims related to the Court ordered Plaintiff Fact Sheet (PFS) discovery document attached to this Court's Case Management Order (Doc. 21992). The Knauf Defendants provided this Court with an attachment to its current motion that purports to list a number of Plaintiffs failing to produce a PFS.

2. This Court accepted Defendants' list and referenced it in its Rule To Show Cause Order (Doc. 22109). The Court set the current motion for submission at 9:00 am on March 6, 2019, at the next general civil motion and oral argument hearing.

3. Both the Court and moving defense counsel have overlooked this Court's Order (Doc. 21906), dated November 6, 2018, granting the voluntary dismissal of thirteen (13) claims.

Eight (8) of the ten (10) claims listed on "Exhibit A" to defense counsel's current motion were dismissed on November 6, 2018.  Only the claims of Plaintiff Veronica Rosenaur and Plaintiff Michael Phillips remain pending in this action.

4. Defense counsel is incorrect regarding the production of Plaintiff Michael Phillips' PFS.  His PFS was uploaded to Brown Greer's secure web portal on February 19, 2019; therefore, it was timely produced to the Knauf Defendants.

5. The PFS of Plaintiff Veronica Rosenaur was timely executed and placed in the U.S. Mail to the undersigned counsel's office ahead of the deadline; however, it was not received by our office until February 21, 2019.  On the date received, it was produced to the Knauf Defendants via the Brown Greer secure web portal.  This is the only PFS produced by Plaintiffs to the Knauf Defendants after the deadline and dismissal due to a mail delivery delay would be unduly harsh at this point.

6. As the undersigned counsel has made the court aware in its previous opposition to the PFS, the vast majority of the interrogatories and document requests contained in the PFS are redundant.  The Defendants have previously sought over 140 responses from all Plaintiffs through the Plaintiff Profile Form (PPF) and Supplemental Plaintiff Profile Form (SPPF).  Many interrogatories and production requests are repeated in the PFS.  Only a handful of interrogatories in the PFS elicit new and relevant information that might possibly move this litigation forward in a meaningful way.

7. Plaintiff Rosenaur has complied in every way with this Court's discovery requirements to date, particularly regarding the PPF and SPPF.  This is especially true of Plaintiff Rosenaur's claim.  Apart from three (3) new pieces of information (name of realtor involved in 2006 sale of the property to her deceased mother, name of closing agent involved in

2006 sale of the property to her deceased mother, and an itemized list of personal property damaged by the defective Knauf-manufactured drywall), nothing new was gained through the PFS with respect to Plaintiff Rosenaur.  It is also noteworthy that the Knauf Defendants have been provided with an adequate opportunity to depose Plaintiff Rosenaur should it choose to do so in the coming months, so this is not their last opportunity to gather this minimally-relevant information from this Plaintiff.

8. Lastly, with the production of Plaintiff Rosenaur's PFS, the Knauf Defendants have now received a PFS from 100% of the Plaintiffs with claims in this action.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiffs request an order from this honorable Court declaring the Rule To Show Cause Order moot in its entirety and striking the related hearing from the civil motion and oral argument docket of March 6, 2019.

/s/ *James V. Doyle, Jr.*
James V. Doyle, Jr.
DOYLE LAW FIRM, PC
2100 Southbridge Pkwy., Suite 650
Birmingham, AL 35209
Tele: 205-533-9500
Fax: 844-638-5812
jimmy@doylefirm.com
*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Plaintiffs' Response and Opposition to Defendants' Motion To Dismiss has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 26th day of February, 2019.

/s/ *James V. Doyle, Jr.*
James V. Doyle, Jr.
DOYLE LAW FIRM, PC