UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Chinese Manufactured Drywall Products Liability Litigation | MDL 2047 |
| | SECTION "L" |
| This Document Relates to: | JUDGE ELDON E. FALLON |
| ALL CASES | |
| | MAGISTRATE JOHN WILKINSON, JR. |

## NOTICE OF CHANGE OF FIRM NAME AND ADDRESS

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

**PLEASE TAKE NOTICE THAT** the firm name and address for Kerry J. Miller, Paul C. Thibodeaux and Daniel J. Dysart has changed effective February 20, 2019. The new firm name and address is:

**FISHMAN HAYGOOD LLP**
201 St. Charles Avenue, 46th Floor
New Orleans, LA 70170
Telephone:   (504) 586-5252
Email:   kmiller@fishmanhaygood.com
Email:   pthibodeaux@fishmanhaygood.com
Email:   ddysart@fishmanhaygood.com

2

Respectfully submitted,

**FISHMAN HAYGOOD LLP**

*/s/ Kerry J. Miller*
**KERRY J. MILLER (#24562), T.A.**
**PAUL C. THIBODEAUX (#29446)**
**DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, 46th Floor
New Orleans, LA 70170
Telephone:	(504) 586-5252
Email:	kmiller@fishmanhaygood.com
Email:	pthibodeaux@fishmanhaygood.com
Email:	ddysart@fishmanhaygood.com

*Counsel for Knauf Defendants*

Date:	March 1, 2019