UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Chinese Manufactured Drywall Products Liability Litigation<br><br>*This Document Relates to:*<br>*All Cases* | MDL 09-md-2047<br><br>SECTION "L"<br><br>JUDGE ELDON E. FALLON<br>MAGISTRATE JOHN C. WILKINSON, JR.<br><br>Fifth Circuit Case No.: 18-31223 |

## JOINT DESIGNATION OF RECORD ON APPEAL

Claimants/Appellants, Rick Asch, Colleen Asch, Asset Portfolio Servicing Company, Doodnauth Bahadur, CDO Investments, LLC, Andrew Kubick, Mohammed Latiff, MCF Enterprises, Inc., Rebecca McIntyre, Thomas Williams, and Martha Williams and Defendants/Appellees, PT Knauf Gypsum Indonesia, Gebrueder Knauf Verwaltungsgesellschaft, KG, Knauf Gips KG, Knauf Plasterboard Wuhu Company, Limited, Guangdong Knauf New Building Material Products Company, Limited, Knauf International GMBH, Knauf AMF GMBH and Company, KG, Knauf Plasterboard Tianjin Company, Limited, Knauf Insulation GMBH, Knauf Do Brasil, Limited, Knauf UK GMBH (collectively Defendants/Appellees), submit this Joint Designation of the Record on Appeal pursuant to the December 13, 2018 and February 6, 2019 Orders of the U.S. Court of Appeals for the Fifth Circuit in case number 18-31223.

Unless otherwise indicated, docket entries designated herein should be included in their entirety (including all exhibits and attachments, whether filed electronically or manually, or under seal). And in addition to the specific docket entries listed below, we also designate the complete docket report for 2:09-md-2047 in the record on appeal.

## Designated Record Documents in Case 2:09-md-2047

| Date Filed | Record Number | Docket Text |
|---|---|---|
| 06/15/2009 | 1 | TRANSFER ORDER FROM THE MDL PANEL transferring 9 actions to the Eastern District of Louisiana and becoming part of MDL 2047. by Clerk MDL Panel (Attachments: # 1 Schedule A, # 2 Schedule B, # 3 Letter) (Reference: 09md2047)(dno, ) (Main Document 1 , and Attachments 1, 2, and 3 flattened and replaced on 2/7/2019 to correct issues with transmittal to USCA) (jls). (Entered: 06/16/2009) |
| 06/16/2009 | 2 | PRETRIAL ORDER # 1 - Initial Pretrial Conference is set for 7/9/2009 at 2:00 PM before Judge Eldon E. Fallon. Case Management Orders or Agenda items, shall be submitted by 7/6/09. Position papers are due by 7/1/09. Applications/nominations for the Plaintiffs' Steering Committee must be filed by 7/10/09. Signed by Judge Eldon E. Fallon on 6/16/09. (Attachments: # 1 Schedule A, # 2 Schedule B)(Reference: 09md2047)(dno, ) (Entered: 06/16/2009) |
| 10/09/2009 | 337 | PRETRIAL ORDER No. 1(B) regarding preservation of physical evidence. Signed by Judge Eldon E. Fallon on 10/9/09.(Reference: All Cases)(dno, ) (Entered: 10/13/2009) |
| 12/20/2011 | 12061 | EXPARTE/CONSENT MOTION for Leave to File Excess Pages, MOTION for Leave to File Exhibits Under Seal by Plaintiff. (Attachments: # 1Memorandum in Support, # 2 Proposed Order, # 3 Proposed Pleading Joint Motion for Preliminary Approval, # 4 Proposed Pleading Memorandum in Support, # 5 Proposed Pleading Exhibit A - Settlement Agreement, # 6 Proposed Pleading Exhibit A to Exhibit A, # 7 Proposed Pleading Exhibit A1 to Exhibit A, # 8 Proposed Pleading Exhibit B to Exhibit A, # 9 Proposed Pleading Exhibit C to Exhibit A, # 10 Proposed Pleading Exhibit C1 to Exhibit A, # 11 Proposed Pleading Exhibit C2 to Exhibit A, # 12 Proposed Pleading Exhibit D to Exhibit A (UNDER SEAL), # 13Proposed Pleading Exhibit E to Exhibit A, # 14 Proposed Pleading Exhibit F to Exhibit A, # 15 Proposed Pleading Exhibit F.1 to Exhibit A, # 16Proposed Pleading Exhibit F.1.1. to Exhibit A, # 17 Proposed Pleading Exhibit F.1.2. to Exhibit A, # 18 Proposed Pleading Exhibit F.1.3. to Exhibit A, # 19 Proposed Pleading Exhibit F.1.4. to Exhibit A, # 20 Proposed Pleading Exhibit F.1.5. to Exhibit A, # 21 Proposed Pleading Exhibit F.1.6. to Exhibit A, # 22 Proposed Pleading Exhibit F.1.7. to Exhibit A, # 23 Proposed Pleading Exhibit F.1.8. to Exhibit A, # 24 Proposed Pleading Exhibit G to Exhibit A, # 25 Proposed Pleading Exhibit H to Exhibit A (UNDER SEAL), # 26 Proposed Pleading Exhibit I to Exhibit A, # 27Proposed Pleading Exhibit B - Preliminary Approval Order, # 28 Proposed Pleading Exhibit C - Class Notice)(Reference: 09-7628; 09-6690; 10-00362; 11-00252; 11-1363; 11-2349; 11-3023; 09-04117)(Davis, Leonard) (Additional attachment(s) added on 12/27/2011: # 29 Sealed Exhibit, # 30 Sealed Exhibit) (ala, ). (Attachment 5 replaced on 12/12/2012) (dno, ). (Entered: 12/20/2011) |

| Date Filed | Record Number | Docket Text |
|---|---|---|
| 12/21/2011 | 12079 | ORDER granting 12061 Motion for Leave to File Excess Pages.; IT IS FURTHER ORDERED BY THE COURT that Exhibits D and H attached to the Settlement Agreement are hereby FILED UNDER SEAL. Signed by Judge Eldon E. Fallon on 12/21/11. (Reference: 09-7628,096690,10-362,11-252,11-1363,11-2349,11-3023,09-4117)(ala, ) (Entered: 12/27/2011) |
| 01/10/2012 | 12138 | ORDER granting 12080 Motion Preliminarily Approving Knauf Settlement, Conditionally Certifying a Knauf Settlement Class, Issuing Class Notice, Scheduling a Settlement Fairness Hearing, and Staying Claims as to the Knauf Defendants. Signed by Judge Eldon E. Fallon on 1/10/12. (Attachments: # 1 Exhibit) (Reference: 09-7628,096690,10-362,11-252,11-1363,11-2349,11-3023,09-4117)(ala, ) (Entered: 01/10/2012) |
| 08/31/2012 | 15472 | EXPARTE/CONSENT Joint MOTION to Substitute Amended Settlement Agreement Regarding Claims Against The Knauf Defendants In MDL No. 2047 by Defendant. (Attachments: # 1 Proposed Order, # 2 Exhibit Exhibit A - Amended Settlement Agreement, # 3 Exhibit Exh A to Exh A - Amended Already Remediated Properties Protocol, # 4 Exhibit Exh A1 to Exh A - 12061-7, # 5 Exhibit Exh B to Exh A - 12061-8, # 6 Exhibit Exh C to Exh A - 12061-9, # 7 Exhibit Exh C1 to Exh A - 12061-10, # 8 Exhibit Exh C2 to Exh A - 12061-11, # 9 Exhibit Exh D to Exh A - Under Seal Cover Sheet, # 10 Exhibit Exh E to Exh A, # 11 Exhibit Exh F to Exh A - 12061-14, # 12 Exhibit Exh F1 to Exh A - 12061-15, # 13 Exhibit Exh F1.1 to Exh A - 12061-16, # 14 Exhibit Exh F1.2 to Exh A - 12061-17, # 15 Exhibit Exh F1.3 to Exh A - 12061-18, # 16 Exhibit Exh F1.4 to Exh A - 12061-19, # 17 Exhibit Exh F1.5 to Exh A - 12061-20, # 18 Exhibit Exh F1.6 to Exh A - 12061-21, # 19 Exhibit Exh F1.7 to Exh A - 12061-22, # 20 Exhibit Exh F1.8 to Exh A - 12061-23, # 21 Exhibit Exh G to Exh A - 12061-24, # 22 Exhibit Exh H to Exh A - Under Seal Cover Sheet, # 23 Exhibit Exh I to Exh A - 12061-26, # 24 Exhibit Exhibit B - Redline of Amended Settlement Agreement)(Reference: 09-7628, 09-6690, 10-00362, 11-00252, 11-1363, 11-2349, 11-3023, 09-4117)(Miller, Kerry) (Entered: 08/31/2012) |
| 09/05/2012 | 15786 | ORDER granting 15742 Motion to Substitute Exhibit A to the Joint Motion for an Order: (1) Preliminarily Approving the Knauf Settlement; (2) Conditionally Certifying a Settlement Class; (3) Issuing Class Notice; (4) Scheduling a Fairness Hearing; and (5) Staying Claims Against the Knauf Defendants [12061-5], be substituted with the Amended Exhibit A and the amended exhibits attached to the Joint Motion. IT IS FURTHER ORDERED THAT the prior Preliminary Approval of the Settlement Agreement Regarding Claims Against the Knauf Defendants in MDL No. 2047 [Rec. Doc. 12138] is equally applicable to the Amended Agreement, and the Court preliminarily approves the Amended Agreement. IT IS FURTHER ORDERED THAT the Amended Agreement shall be posted on the Courts website. Signed by Judge Eldon E. Fallon on 9/4/12. (Reference: 09-7628, 09-6690, 10- |

| Date Filed | Record Number | Docket Text |
|---|---|---|
| | | 362, 11-252, 11-1363, 11-2349, 11-3023, 09-4117) (dno, ) (Entered: 09/07/2012) |
| 10/16/2012 | 15948 | EXPARTE/CONSENT Motion For Preliminary And Final Approval Of The Second Amendment To The Amended INEX and Knauf Class Settlements by Defendant (Attachments: # 1 Memorandum in Support, # 2 Exhibit, # 3 Proposed Order, # 4 Proposed Pleading, # 5 Proposed Order)(Reference: All Cases)(Duplantier, Richard) Modified on 10/17/2012 (ala, ). (Entered: 10/16/2012) |
| 11/19/2012 | 16266 | ORDER - Having considered the Joint Motion For Preliminary And Final Approval Of The Second Amendment To The Amended InEx and Knauf Class Settlements And For Judicial Recognition Of Exhaustion And The Memorandum In Support Thereof: 1. IT IS ORDERED that the Second Amendment to the InEx and Knauf Class Settlement is hereby preliminarily approved; and, 2. That this matter 15948 be set for final approval following the Monthly Status Conference on Tuesday, December 11, 2012. Signed by Judge Eldon E. Fallon on 11/19/12. (Reference: 09-8030, 09-8034, 09-7628, 10-361, 09-6690, 10-362, 10-932, 11-80, 11-252) (dno, ) (Entered: 11/19/2012) |
| 12/11/2012 | 16407 | EXPARTE/CONSENT Joint MOTION to Substitute Amended Settlement Agreement Regarding Claims Against The Knauf Defendants In MDL No. 2047 by Defendant. (Attachments: # 1 Memorandum in Support, # 2 Proposed Order, # 3 Exhibit A - Third Amended Settlement Agreement, # 4 Exhibit A - 1 to Exh A - 12061-7, # 5 Exhibit B to Exh A - 12061-8, # 6 Exhibit C to Exh A - 12061-9, # 7 Exhibit C - 1 to Exh A - 12061-10, # 8 Exhibit C - 2 to Exh A - 12061-11, # 9 Exhibit D to Exh A - (Under Seal Cover Sheet), # 10 Exhibit E to Exh A, # 11 Exhibit F to Exh A - 12061-14, # 12 Exhibit F - 1 to Exh A - 12061-15, # 13 Exhibit F - 1.1 to Exh A - 12061-16, # 14 Exhibit F - 1.2 to Exh A - 12061-17, # 15 Exhibit F - 1.3 to Exh A - 12061-18, # 16 Exhibit F - 1.4 to Exh A - 12061-19, # 17 Exhibit F - 1.5 to Exh A - 12061-20, # 18 Exhibit F - 1.6 to Exh A - 12061-21, # 19 Exhibit F - 1.7 to Exh A - 12061-22, # 20 Exhibit F - 1.8 to Exh A - 12061-23, # 21 Exhibit G to Exh A - 12061-24, # 22 Exhibit H to Exh A - (Under Seal Cover Sheet), # 23 Exhibit I to Exh A - 12061-26, # 24 Exhibit J to Exh A, # 25 Exhibit B - Third Amended Class Settlement Agreement (Redline))(Reference: 09-7628, 09-6690, 10-362, 11-252, 11-1363, 11-2349, 11-3023, 09-4117)(Spaulding, Kyle) (Entered: 12/11/2012) |
| 12/12/2012 | 16420 | ORDER granting 16407 the Joint Motion to Substitute Exhibit A to the Joint Motion for an Order: (1) Preliminarily Approving the Knauf Settlement; (2) Conditionally Certifying a Settlement Class; (3) Issuing Class Notice; (4) Scheduling a Fairness Hearing; and (5) Staying Claims Against the Knauf Defendants, with the Third Amended Exhibit A and the exhibits attached to the Joint Motion. FURTHER ORDERED that prior Preliminary Approval of the Settlement Agreement regarding claims against the Knauf Defendants is equally applicable to the Third |

| Date Filed | Record Number | Docket Text |
|---|---|---|
| | | Amended Agreement, and the Court preliminarily approved the Third Amended Agreement. FURTHER ORDERED that the Third Amended Agreement shall be posted on the Court's website. Signed by Judge Eldon E. Fallon on 12/12/12. (Reference: 09-7628, 09-6690, 10-362, 11-252, 11-1363, 11-2349, 11-3023, 09-4117)(dno, ) (Entered: 12/12/2012) |
| 12/07/2013 | 16570 | ORDER & REASONS that the 15764 Plaintiffs Steering Committee and Settlement Class Counsel's Motion for certification of five settlement classes and final approval of the class settlements with (1) Interior Exterior Building Supply, LP ("InEx") and its insurers (the "InEx Settlement"); (2) the Banner entities and their insurers (the "Banner Settlement"); (3) L&W Supply Corporation ("L&W") and USG Corporation (the "L&W Settlement"); (4) the Knauf Defendants (the "Knauf Settlement); and (5) more than 700 additional Participating Builders, Suppliers, and Installers ("Participating Defendants"), and their Participating Insurers ("Participating Insurers") (together the "Global Settlement") is GRANTED. IT IS FURTHER ORDERED that the Consent Motion to Withdraw Objections filed by attorney Christopher A. Bandas on behalf of Ronnie Garcia, Jan Petrus, Saul Soto, and Ernest Vitela 16357 is hereby GRANTED IN PART insofar as to allow the withdrawal of the objections therein and TAKEN UNDER SUBMISSION IN PART insofar as other relief requested therein shall be addressed in a separate Order and Reasons. IT IS FURTHER ORDERED AS SET FORTH IN DOCUMENT. Signed by Judge Eldon E. Fallon on 2/7/13. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4) (Reference: 09-7628, 10-361, 09-6690, 10-362, 11-252, 11-1363, 11-2349, 11-3023, 09-4117, 09-8030, 09-8034, 10-932, 11-80, 10-3070, 11-1077)(dno, ) (Attachment 1 replaced on 2/7/2013) (dno, ). (Entered: 02/07/2013) |
| 08/12/2013 | 16978 | NOTICE by Plaintiffs' Liaison Counsel and Defendants' Liaison Counsel of Filing of Settlement Documents. (Attachments: # 1 Settlement Agreement Regarding Post-December 9, 2011 Claims, # 2 Exhibit A to Settlement Agreement, # 3 Exhibit B to Settlement Agreement, # 4 Exhibit C to Settlement Agreement, # 5 Exhibit D to Settlement Agreement, # 6 Exhibit E to Settlement Agreement, # 7 Exhibit F to Settlement Agreement)(Reference: 09-2047)(Miller, Kerry) Modified on 8/13/2013 (tbl). (Entered: 08/12/2013) |
| 09/27/2013 | 17157 | ORDERED that the Joint 17156 Motion to Extend Claim Submission Period is GRANTED as set forth in order. Signed by Judge Eldon E. Fallon on 9/27/13. (Reference: All Cases)(dno, ) (Entered: 09/27/2013) |
| 10/03/2013 | 17165 | EXPARTE/CONSENT Joint MOTION to Substitute Fourth Amendment to Settlement Agreement Regarding Claims Against The Knauf Defendants In MDL No. 2047. Motion set for 10/24/13 following the monthly status conference before Judge Eldon E. Fallon, by Defendant. (Attachments: #1Exhibit 1, Fourth Amendment to Settlement Agreement Regarding Claims Against The Knauf Defendants in MDL. No. 2047, # |

5

| Date Filed | Record Number | Docket Text |
|---|---|---|
| | | 2 Exhibit K, Letter of Credit, # 3 Exhibit 2, Proposed Order, # 4 Notice of Submission)(Reference: 09-7628, 09-6690, 10-00362, 11-00252, 11-1363, 11-2349, 11-3023, 09-4117)(Spaulding, Kyle) (Entered: 10/03/2013) |
| 11/01/2013 | 17220 | ORDER granting 17165 the Joint Motion to Substitute the Fourth Amendment to Settlement Agreement Regarding Claims Against The Knauf Defendants In MDL No. 2047.. Signed by Judge Eldon E. Fallon on 10/29/13. (Reference: 09-7628, 09-6690, 10-00362, 11-00252, 11-1363, 11-2349, 11-3023, 09-4117)(dno, ) (Entered: 11/01/2013) |
| 08/29/2017 | 20933 | ORDER & REASONS: For the foregoing reasons, IT IS ORDERED that Plaintiffs' 20764 Objections to the Special Masters Opinion and Decree are hereby OVERRULED. Signed by Judge Eldon E. Fallon on 8/28/2017.(Reference: ALL CASES)(cms) (Entered: 08/29/2017) |
| 08/29/2017 | 20934 | ORDER & REASONS: For the foregoing reasons, IT IS ORDERED that Plaintiffs' 20373 Objections and Motion for Reconsideration of the Special Master's Opinion and Decree is DENIED. Signed by Judge Eldon E. Fallon on 8/28/2017.(Reference: ALL CASES)(cms) (Entered: 08/29/2017) |
| 02/01/2018 | 21167 | EXPARTE/CONSENT MOTION To Set Status Conference by the Knauf Defendants . (Attachments: # 1 Proposed Order)(Reference: All Cases)(Miller, Kerry) Modified text/filer on 2/2/2018 (mmm). (Entered: 02/01/2018) |
| 02/06/2018 | 21171 | ORDER granting 21167 MOTION To Set Status Conference. IT IS ORDERED that a status conference be set for the 7th day of March, 2018, at 3:30 p.m. Signed by Judge Eldon E. Fallon on 2/5/2018.(Reference: ALL CASES)(cms) (Entered: 02/07/2018) |
| 10/01/2018 | 21805 | MOTION To Construe Settlement Agreement And Define Scope Of Review by Plaintiffs Rick Asch, Asset Portfolio Service Company, Doodnauth Bahadur, CDO Investments, LLC, Andrew Kubick, Mohamed & Bibi Latiff, MCF Enterprises, Inc., Paul McIntyre, and Thomas Williams. Motion(s) will be submitted on 10/16/2018. (Attachments: # 1 Memorandum in Support, # 2 Notice of Submission)(Reference: 13-609)(Doyle, James) Modified text on 10/1/2018 (jls). (Entered: 10/01/2018) |
| 10/08/2018 | 21827 | RESPONSE/MEMORANDUM in Opposition filed by Knauf Defendants re 21805 MOTION To Construe Settlement Agreement And Define Scope Of Review . (Reference: 14-cv-2722)(Miller, Kerry) Modified text on 10/9/2018 (jls). (Entered: 10/08/2018) |
| 10/10/2018 | 21838 | REPORT AND RECOMMENDATIONS concerning the disposition of 16 already remediated properties (ARH) claims by Special Master, Daniel J. Balhoff, Signed on 8/10/18.(Reference: All Cases)(dno) (Entered: 10/11/2018) |

| Date Filed | Record Number | Docket Text |
|---|---|---|
| 10/10/2018 | 21839 | SUPPLEMENTAL REPORT AND RECOMMENDATIONS concerning the disposition of 16 already remediated properties (ARH) claims. by Special Master Daniel J. Balhoff, Signed on 8/22/18.(Reference: All Cases)(dno) (Entered: 10/11/2018) |
| 10/22/18 | 21870 | ORDER AND REASONS: IT IS ORDERED that Plaintiffs' 21805 motion to construe the settlement be and hereby is DENIED. Signed by Judge Eldon E. Fallon on 10/22/2018. (Reference: All Cases)(mmv) |
| 10/22/2018 | 21871 | ORDER: the Court ADOPTS the Special Master's 21838 Report and Recommendations and 21839 Supplemental Report and Recommendations as its own as set forth in document. Signed by Judge Eldon E. Fallon on 10/22/2018.(Reference: All Cases)(mmv) (Entered: 10/22/2018) |
| 10/22/2018 | 21868 | MOTION Set Submission Deadline for Plaintiffs to Petition Court For ARH Reimbursable Costs on Individual Claims Or Challenge Special Master's Recommendations by Plaintiff. Motion(s) will be submitted on 11/7/2018. (Attachments: # 1 Proposed Order, # 2 Notice of Submission)(Reference: 13-609)(Doyle, James) (Entered: 10/22/2018) |
| 10/23/2018 | 21875 | ORDER: IT IS ORDERED that Plaintiffs' 21868 motion, be DENIED AS MOOT. Signed by Judge Eldon E. Fallon on 10/22/2018. (Reference: All Cases)(mmv) (Entered: 10/23/2018) |
| 11/20/2018 | 21936 | NOTICE OF APPEAL by Plaintiff as to 21871 Order. (Filing fee $ 505, receipt number 053L-7246576.) (Reference: 13-609)(Doyle, James) (Entered: 11/20/2018) |
| 12/24/2018 | 22013 | ORDER re 21936 Notice of Appeal filed by Plaintiff re 21871 Order: IT IS ORDERED that the documents attached to this Order be filed into the record. Signed by Judge Eldon E. Fallon on 12/18/2018. (Attachments: # 1 Knauf Position Paper, # 2 Knauf Position Paper Exhibits Part 1, # 3Knauf Position Paper Exhibits Part 2, # 4 Knauf Position Paper Exhibits Part 3, # 5 Knauf Position Paper Exhibits Part 4, # 6 Knauf Reply, # 7Knauf Reply Exhibits, # 8 Knauf Supplemental Position Paper, # 9 Plaintiff's Position Paper, # 10 Plaintiff's Position Paper Exhibits)(Reference: All Cases)(jls) (Entered: 12/27/2018) |

Respectfully submitted jointly,

**DOYLE LAW FIRM, PC**

/s/ *James V. Doyle, Jr.*

James V. Doyle, Jr.
2100 Southbridge Pkwy., Suite 650
Birmingham, AL 35209
Tele: 205-533-9500
Fax: 844-638-5812
jimmy@doylefirm.com

*Counsel for Plaintiffs - Appellants*

**FISHMAN HAYGOOD, LLP**

*/s/ Kerry J. Miller*

**KERRY J. MILLER (#24562), T.A.**
**PAUL C. THIBODEAUX (#29446)**
**DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, 46th Floor
New Orleans, LA 70170
Telephone: (504) 556-5549
Facsimile:(504) 301-0275
Email: kmiller@fishmanhaygood.com
Email: pthibodeaux@fishmanhaygood.com
Email: ddysart@fishmanhaygood.com

*Counsel for Defendants/Appellees*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, and to all parties by electronically uploading the same to File and Serve Express in accordance with Pre-Trial Order No. 6, and that the foregoing was filed with both the Clerk of Court of the United States District Court for the Eastern District of Louisiana as and the Clerk of Court for the United States Court of Appeals for the Fifth Circuit on this the 4th day of March, 2019.

/s/ *James V. Doyle, Jr.*

James V. Doyle, Jr.
DOYLE LAW FIRM, PC