# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *ALL CASES* | MAG. JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEAL

Notice is hereby given that Parker Waichman, LLP; Gentle, Turner, Sexton & Harbison, LLC; and McCallum, Hoaglund, Cook & Irby, LLP hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Judgment (Doc. 22092) of the Honorable Judge Eldon Fallon, District Judge for the Eastern District of Louisiana, entered in this matter on February 5, 2019 and all orders underlying that judgment which pertain to the allocation of attorneys' fees in the Knauf portion of the *Chinese-Manufactured Drywall Products Liability* multidistrict litigation.

Respectfully submitted this 5th day of March, 2019:

Respectfully submitted:

| | |
|---|---|
| **FAIRCLOTH MELTON SOBEL & BASH, LLC** | **GENTLE, TURNER, SEXTON & HARBISON, LLC** |
| By:  /s/ *Jimmy R. Faircloth, Jr.* <br>Jimmy R. Faircloth, Jr. (Objectors' Co-Liaison Counsel) (LA #20645)<br>jfaircloth@fairclothlaw.com<br>Brook L. Villa (LA #31988)<br>bvilla@fairclothlaw.com<br>Franklin "Drew" Hoffmann (LA #35824)<br>dhoffmann@fairclothlaw.com<br>9026 Jefferson Highway<br>Building 2, Suite 200<br>Baton Rouge, LA 70809<br>Phone: (225) 343-9535 | By:  /s/ *K. Edward Sexton, II* <br>K. Edward Sexton, II<br>esexton@gtandslaw.com<br>501 Riverchase Parkway East, Suite 100<br>Hoover, Alabama 35244<br>Phone: (205) 716-3000<br>Fax: (205) 716-3010 |

Fax: (225) 343-9538

*Attorneys for Parker Waichman LLP*

**MCCALLUM, HOAGLUND, COOK & IRBY, LLP**

By: ___/s/ *Eric D. Hoaglund*___
    Eric D. Hoaglund
    ehoaglund@mhcilaw.com
    905 Montgomery Highway, Suite 201
    Vestavia Hills, Alabama 35216
    Phone: (205) 824-7767
    Fax: (205) 824-7768

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appeal has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 5th day of March, 2019.

                        */s/ Jimmy R. Faircloth, Jr.*
                        OF COUNSEL