UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| *IN RE:* CHINESE-MANUFACTURED DRWALL PRODUCTS LIABILITY LITIGATION | : MDL No. 2047 :  :  : SECTION: L : JUDGE FALLON |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | : MAG. JUDGE WILKINSON :  :  : |
| …………………………………………………………… | : |

### NOTICE OF CHANGE OF ADDRESS

YOU ARE HEREBY NOTIFIED that the undersigned counsel for various Plaintiffs has relocated to the following address:

**VM Diaz and Partners, LLC**
**1000 Fifth Street, Suite 400**
Miami Beach, FL 33139
Telephone: (305) 704-3200
Facsimile: (305) 538-4928

All mailed correspondence and court documents should henceforth be served in accordance with the above.

**PLEASE GOVERN YOURSELVES ACCORDINGLY.**

Respectfully submitted,

**VM DIAZ & PARTNERS, LLC**
1000 Fifth Street, Suite 400
Miami Beach, FL 33139
T: (305) 704-3200
F: (305) 538-4928

By:*/s/ Victor M. Diaz*
   **Victor M. Diaz, Jr., Esq.**
   Florida Bar No. 503800
   victor@diazpartners.com

1



**CERTIFICATE OF SERVICE**

**WE HEREBY CERTIFY** that on this 6th day of March, 2019, a true copy of the foregoing was electronically served to all counsel of record.

By: /s/ Victor M. Diaz
Victor M. Diaz, Jr., Esq.

VMDIAZ AND PARTNERS | 1000 FIFTH STREET | SUITE 400 | MIAMI BEACH, FL 33139 | INFO@DIAZPARTNERS.COM | T: (305) 704.3200