# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : MDL NO. 2047<br>:<br>: SECTION L<br>:<br>: JUDGE FALLON<br>: MAGISTRATE JUDGE<br>: WILKINSON |

**THIS DOCUMENT RELATES TO:**

*Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*,
**Case No. 11-cv-080 (E.D. La.)**

*Almeroth, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*,
**Case No. 12-cv-498 (E.D. La.)**

*Amato, et al. v. Liberty Mutual Insurance Company*, **Case No. 10-cv-932 (E.D. La.)**

*Germano, et al. v. Taishan Gypsum Co., Ltd., et al.*,
**Case No. 09-cv-6687 (E.D. La.)**

*Gross, et al. v. Knauf Gips, KG, et al.*,
**Case No. 09-cv-6690 (E.D. La.)**

*Haya, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*,
**Case No. 11-cv-1077 (E.D. La.)**

*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*, **Case No. 10-cv-361 (E.D. La.)**

## ORDER

On January 4, 2019, Class Counsel filed a motion seeking an Award of Attorneys' Fees and Reimbursement of Expenses in the Settlement of Assigned Claims in MDL No. 2047 on Behalf of the Porter-Blaine/Venture Supply Class Regarding Claims Assigned to the Class by the Porter-Blaine/Venture Supply Participating Defendants and Participating Insurers Against Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co., Ltd. R. Doc. 22036. On February 14, 2019,

the Court ordered that any objection to the motion be filed into the record by no later than Friday, February 22, 2019. R. Doc. 22102. Having received no objections by this deadline, and finding the motion well-supported, the Court will grant the motion.

The Court finds that Section 13.6 of the Assigned Claims Settlement provides that Class Counsel, common benefit attorneys and privately retained attorneys for all Class Members were entitled to petition the Court for attorney's fees totaling in the aggregate up to 32% of the Settlement Funds, and reimbursement of reasonable expenses, excluding the cost of notice.

The Court further finds that 32% of the Settlement Funds or $633,129.09, is the appropriate award of attorney's fees considering all the Johnson factors, in particular the results obtained.

The Court further finds that 2% of the Settlement Amount or $39,570.57, which was reasonably withheld from the Settlement Amount so that reimbursement of expenses incurred could be paid, should now be awarded to Class Counsel. Accordingly;

**IT IS ORDERED** that Class Counsel's motion, R. Doc. 22036, be and hereby is **GRANTED**. At a later date, the allocation of the attorney fee fund between and amongst common benefit counsel and individually retained counsel will be decided. Until such time, the funds shall remain in the Court's registry.

New Orleans, Louisiana, this 27th day of February, 2019.

_____
UNITED STATES DISTRICT JUDGE