UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | CIVIL ACTION<br><br>MDL NO. 2047<br><br>SECTION: "L"(5) |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | |

*************************************************************************

## NOTICE OF APPEAL

Notice is hereby given that ANDERSON KILL, PC, hereby appeals to the Court of Appeals for the Fifth Circuit from the Judgment filed on February 5, 2019 (R. Doc. 22092) (attached) which was pursuant to the Court's Order and Reasons of February 4, 2019 (R. Doc. 22089).

Dated: March 6, 2019              Respectfully submitted,

                                                                      /s/ Robert M. Horkovich

                                          Robert M. Horkovich
                                          State Bar No. 1679778
                                          Anderson Kill P.C.
                                          1251 Avenue of the Americas
                                          New York, New York 10020
                                          P: 212-278-1000
                                          F: 212-278-1733
                                          rhorkovich@andersonkill.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | CIVIL ACTION |
| | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: ALL CASES | SECTION "L" (5) |

## JUDGMENT

Pursuant to the Court's Order and Reasons of February 4, 2019, R. Doc. 22089, **IT IS ORDERED, ADJUDGED, AND DECREED** that the common benefit fees be awarded in the following amounts, plus any interest accumulated over this amount:

| Law Firm Name | Total |
|---|---|
| Allison Grant, P.A. | $29,059.44 |
| Alters, Boldt, Brown, Rash & Culmo | $187,577.00 |
| Anderson Kill, PC | $132,016.48 |
| Andry Law Firm | $2,000.00 |
| Aronfeld Trial Lawyers, P.A. | $9,199.03 |
| Aylstock, Wilkin, Kreis & Overhotz | $2,000.00 |
| Barrios, Kingsdorf & Casteix | $3,105,907.06 |
| Becnel Law Firm LLC | $1,237,297.61 |
| Bencamo & Associates | $2,000.00 |
| Berrigan, Litchfield, et al. | $2,968.82 |
| Bruno & Bruno, LLP | $51,268.74 |

| | |
|---|---|
| Burdman Law Group | $17,704.36 |
| Collins - Live Oak | $2,000.00 |
| Colson Hicks Edison | $5,361,624.16 |
| Cuneo Gilbert & LaDuca | $27,518.03 |
| Davis & Duncan | 0.00 |
| Gainsburgh, Benjamin, et al | $9,432,924.95 |
| Gary, Naegele & Theado | $81,584.91 |
| Glago Law Firm | $2,000.00 |
| Hausfeld LLP | $3,652,095.49 |
| Hawkins Stracener & Gibson | $2,000.00 |
| HHK | $22,342,192.59 |
| Ingram & Associates | $2,000.00 |
| Irpino Law Firm | $2,923,500.71 |
| Kanner & Whiteley, L.L.C. | $78,275.56 |
| Krupnick, Campbell, etc | $464,729.49 |
| Landskroner, Grieco & Merriman, LLC | $31,857.33 |
| Lemmon Law Firm | $816,129.82 |
| Leopold Kuvin, P.A. & Mrachek, Fitzgerald | $88,600.80 |
| Levin Papantonio Law | $1,515,332.59 |

| Firm | Amount |
|---|---|
| Levin, Sedran & Berman | $23,234,876.53 |
| Lockridge, Grindal, Nauen | $30,762.47 |
| Luckey & Mullins, PLLC | $18,142.63 |
| Martzell Bickford | $55,211.15 |
| Mason LLP | $111,105.79 |
| Morgan & Morgan | $2,220,659.95 |
| Morris Bart, L.L.C | $386,119.62 |
| Nast Law Firm | $4,928.93 |
| Parker Waichman LLP | $2,316,197.07 |
| Paul A. Lea, Jr., APLC | $0.00 |
| Pender & Coward, PC | $42,449.29 |
| Pendley Baudin & Coffin | $65,688.92 |
| Podhurst Orseck, P.A | $2,468,981.73 |
| Reeves & Mestayer | $2,352,194.03 |
| Reich & Binstock, LLP | $10,000.00 |
| Rhine Law Firm, P.C. | $79,583.29 |
| Richard J. Serpe, P.C. | $4,403,139.63 |
| Robert M. Becnel | $103,078.85 |
| Roberts & Durkee PA/Milstein Adelman | $640,231.93 |
| Seeger Weiss LLP | $10,207,304.23 |

| | |
|---|---|
| Sidney Torres, III | $2,000.00 |
| Singleton Law Firm | $41,332.37 |
| Strom Law Firm | $5,356.21 |
| Taylor Martino, PC | $188,341.46 |
| The Lambert Firm | $2,989,383.88 |
| The Steckler Law Firm | $3,216,133.44 |
| Thornhill Law Firm | $30,484.73 |
| Vaughn, Bowden & Wooten, P.A. | $4,844.13 |
| VM Diaz and Partners | $554,528.85 |
| Webb & Scarmozzino, P.A. | $6,119.34 |
| Whitfield Bryson Mason | $3,996,470.83 |
| **Totals** | $111,389,016.26 |

New Orleans, Louisiana on this 5th day of February, 2019.

*[signature]*

Eldon E. Fallon
U.S. District Court Judge

## CERTIFICATE OF SERVICE

I certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Homebuilders' Liaison Counsel and Insurers' Liaison Counsel by e-mail and U.S. Mail, and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pre-Trial Order No. 6 on this 6th day of March, 2019.

/s/ Robert M. Horkovich