UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *ALL CASES* | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## JOINT NOTICE OF SETTLEMENT AGREEMENT

**NOW INTO COURT,** through undersigned counsel, come:

1. Parker Waichman LLP;

2. Milstein, Jackson, Fairchild & Wade, LLP;

3. Whitfield, Bryson & Mason LLP;

4. Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A.; and

5. Taishan Gypsum Company Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd. and Taian Taishan Plasterboard Co. Ltd. (collectively, "Taishan"),

(collectively, "Movers") who, pursuant to Local Rule 16.4 and Pre-Trial Order No. 32 (R. Doc. 21328), respectfully submit this Joint Notice of Settlement Agreement.

Following the Suggestion of Remand, Opinion and Order (R. Doc. 21242) rendered on March 12, 2018, Movers commenced intensive negotiations directed to accomplishing resolution of claims for *individual* claimants represented by the participating firms in the following lawsuits: *Amorin v. Taishan Gypsum Co., Ltd.*, Case No. 11-cv-22408 (SDFL), *In re: Chinese-Manufactured Drywall Products Liability Litigation*, MDL No. 2047 (EDLA) in the U.S. District Court for the Eastern District of Louisiana, *Amorin v. Taishan Gypsum Co., Ltd.*, Case No. 11-cv-377 (EDVA), and *Amorin v. Taishan Gypsum Co., Ltd.*, Case No. 11-cv-1395 (EDLA) (the "Lawsuits"). This process intensified following remand on June 8, 2018, and has since involved extensive attorney

time in direct negotiations, travel, client engagement, research, drafting, and painstaking analysis towards the development of a methodology for valuing, funding, and administering settlement of individual claims on terms that fairly respect the rights of the parties and the posture and context of these proceedings.  Neither the PSC, class counsel, nor any other attorney acting at their direction have participated in these negotiations in any way.

As a result of this process Movers have entered a Settlement Agreement and Release that offers to the individual claimants listed in Exhibit A the opportunity to settle their claims against Taishan concerning Chinese manufactured drywall installed in Florida properties.  Under the terms of the Settlement Agreement and Release, payments may commence as early as April 26, 2019, for claimants who accept the offer within the deadline for participating in the first tranche.

Respectfully submitted:

**FAIRCLOTH MELTON SOBEL & BASH, LLC**

By:     /s/ *Jimmy R. Faircloth, Jr.*
   Jimmy R. Faircloth, Jr. (LA #20645)
   jfaircloth@fairclothlaw.com
   Brook L. Villa (LA #31988)
   bvilla@fairclothlaw.com
   Franklin "Drew" Hoffmann (LA #35824)
   dhoffmann@fairclothlaw.com
   9026 Jefferson Highway, Suite 200
   Baton Rouge, LA 70809
   Phone: (225) 343-9535
   Fax: (225) 343-9538

   *Attorneys for Parker Waichman LLP*

**WHITFIELD BRYSON & MASON, LLP**

By:     /s/ *Gary Mason*
   Gary Mason
   gmason@wbmllp.com
   900 West Morgan Street
   Raleigh, NC 27603
   Phone: (919) 600-5002
   Fax: (919) 600-5035

**MILSTEIN, JACKSON, FAIRCHILD & WADE, LLP**

By:     /s/ *Mark Milstein*
   Mark Milstein
   mmilstein@mjfwlaw.com
   10250 Constellation Blvd., 14th Floor
   Los Angeles, CA 90067

**MRACHEK, FITZGERALD, ROSE, KONOPKA, THOMAS & WEISS, P.A.**

By:     /s/ *Gregory S. Weiss*
   Gregory S. Weiss (FL #163430)
   gweiss@mrachek-law.com
   505 S. Flagler Drive, Suite 600
   West Palm Beach, FL 33401

Phone: (310) 396-9600  Phone: (561) 655-2250
Fax: (310) 396-9635  Fax: (561) 655-5537

**ALSTON & BIRD LLP**

By: */s/ Bernard Taylor*
   Bernard Taylor, Esq. (GA #669625)
   Bernard.taylor@alston.com
   Michael P. Kenny, Esq. (GA #415064)
   Mike.kenny@alston.com
   Christina Hull Eikhoff, Esq. (GA #242539)
   Christy.eikhoff@alston.com
   David Venderbush, Esq. (NY #2920817)
   David.venderbush@alston.com
   1201 West Peachtree Street
   Atlanta, GA 30309
   Phone: (404) 881-7000
   Fax: (404) 881-7777

*Attorneys for Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 7th day of March, 2019.

*/s/ Jimmy R. Faircloth, Jr.*
OF COUNSEL