UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 <br><br> SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *ALL CASES* | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that *Motion to Lift PTO 32 for Settlement of Individual Claims in Remand With Voluntary Holdback for Future Fee Allocation* is submitted for hearing on March 26, 2019, at 9:00 a.m. before the Honorable Eldon E. Fallon, United States District Court, Eastern District of Louisiana, in accordance with the Local Rules.

Respectfully submitted:

**FAIRCLOTH MELTON SOBEL & BASH, LLC**

By:   /s/ *Jimmy R. Faircloth, Jr.*
    Jimmy R. Faircloth, Jr. (Objectors' Co-Liaison Counsel) (LA #20645)
    jfaircloth@fairclothlaw.com
    Brook L. Villa (LA #31988)
    bvilla@fairclothlaw.com
    Franklin "Drew" Hoffmann (LA #35824)
    dhoffmann@fairclothlaw.com
    9026 Jefferson Highway
    Building 2, Suite 200
    Baton Rouge, LA 70809
    Phone: (225) 343-9535
    Fax: (225) 343-9538

*Attorneys for Parker Waichman LLP*

**MILSTEIN, JACKSON, FAIRCHILD & WADE, LLP**

By:   /s/ *Mark Milstein*
    Mark Milstein
    mmilstein@mjfwlaw.com
    10250 Constellation Blvd., 14th Floor
    Los Angeles, CA 90067
    Phone: (310) 396-9600
    Fax: (310) 396-9635

**WHITFIELD BRYSON & MASON, LLP**

By:   /s/ *Gary Mason*
    Gary Mason

**MRACHEK, FITZGERALD, ROSE, KONOPKA, THOMAS & WEISS, P.A**

By:   /s/ *Gregory S. Weiss*

1

| | |
|---|---|
| gmason@wbmllp.com<br>900 West Morgan Street<br>Raleigh, NC 27603<br>Phone: (919) 600-5002<br>Fax: (919) 600-5035 | Gregory S. Weiss (FL #163430)<br>gweiss@mrachek-law.com<br>505 S. Flagler Drive, Suite 600<br>West Palm Beach, FL 33401<br>Phone: (561) 655-2250<br>Fax: (561) 655-5537 |

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Appeal has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 7th day of March, 2019.

*/s/ Jimmy R. Faircloth, Jr.*
OF COUNSEL