UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| ALL *CASES* | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION TO LIFT PTO 32 FOR SETTLEMENT OF INDIVIDUAL CLAIMS ON REMAND WITH VOLUNTARY HOLDBACK FOR FUTURE FEE ALLOCATION**

# EXHIBIT B - SETTLEMENT AGREEMENT AND RELEASE FILED UNDER SEAL

FILED UNDER SEAL