# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *ALL CASES* | MAG. JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR LEAVE TO FILE
## SETTLEMENT AGREEMENT AND RELEASE UNDER SEAL

**NOW COMES** Parker Waichman LLP; Milstein, Jackson, Fairchild & Wade, LLP; Whitfield, Bryson & Mason LLP; and Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. (collectively, "Movers") who respectfully request to file under seal the Settlement Agreement and Release which is attached as Exhibit B (R. Doc. 22126-4) to the Motion to Lift PTO 32 for Settlement of Individual Claims on Remand with Voluntary Holdback for Future Fee Allocation. The Settlement Agreement and Release, along with the exhibits thereto, contains the terms of individualized offers of settlement made by Taishan Gypsum Company Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd. and Taian Taishan Plasterboard Co. Ltd. (collectively, "Taishan") to plaintiffs in the following lawsuits involving Chinese drywall installed on premises located in Florida, to wit: *Amorin v. Taishan Gypsum Co., Ltd.*, Case No. 11-cv-22408 (SDFL), *In re: Chinese-Manufactured Drywall Products Liability Litigation*, MDL No. 2047 (EDLA) in the U.S. District Court for the Eastern District of Louisiana, *Amorin v. Taishan Gypsum Co., Ltd.*, Case No. 11-cv-377 (EDVA), and *Amorin v. Taishan Gypsum Co., Ltd.*, Case No. 11-cv-1395 (EDLA). Movers have conferred with counsel for Taishan who have no objection to the Settlement Agreement and Release being filed under seal. Accordingly, Movers request that the Settlement Agreement and Release be filed UNDER SEAL.

**WHEREFORE** Movers pray that this motion be granted and that the Settlement Agreement and Release be filed UNDER SEAL in its entirety.

Respectfully submitted:

| | |
|---|---|
| **FAIRCLOTH MELTON SOBEL & BASH, LLC** | **MILSTEIN, JACKSON, FAIRCHILD & WADE, LLP** |
| By: /s/ *Jimmy R. Faircloth, Jr.*<br>Jimmy R. Faircloth, Jr. (Objectors' Co-Liaison Counsel) (LA #20645)<br>jfaircloth@fairclothlaw.com<br>Brook L. Villa (LA #31988)<br>bvilla@fairclothlaw.com<br>Franklin "Drew" Hoffmann (LA #35824)<br>dhoffmann@fairclothlaw.com<br>9026 Jefferson Highway<br>Building 2, Suite 200<br>Baton Rouge, LA 70809<br>Phone: (225) 343-9535<br>Fax: (225) 343-9538<br><br>*Attorneys for Parker Waichman LLP* | By: /s/ *Mark Milstein*<br>Mark Milstein<br>mmilstein@mjfwlaw.com<br>10250 Constellation Blvd., 14th Floor<br>Los Angeles, CA 90067<br>Phone: (310) 396-9600<br>Fax: (310) 396-9635 |
| **WHITFIELD BRYSON & MASON, LLP** | **MRACHEK, FITZGERALD, ROSE, KONOPKA, THOMAS & WEISS, P.A** |
| By: /s/ *Gary Mason*<br>Gary Mason<br>gmason@wbmllp.com<br>900 West Morgan Street<br>Raleigh, NC 27603<br>Phone: (919) 600-5002<br>Fax: (919) 600-5035 | By: /s/ *Gregory S. Weiss*<br>Gregory S. Weiss (FL #163430)<br>gweiss@mrachek-law.com<br>505 S. Flagler Drive, Suite 600<br>West Palm Beach, FL 33401<br>Phone: (561) 655-2250<br>Fax: (561) 655-5537 |

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing *Motion for Leave to File Settlement Agreement and Release Under Seal* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 7th day of March, 2019.

      /s/ *Jimmy R. Faircloth, Jr.*
      OF COUNSEL