UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION                                                     MDL NO. 2047

This Document Relates to:

Greg Descher, et ux. V. Knauf GIPS KG, et al.
No. 17-17500

---

## PLAINTIFFS' NOTICE OF WITHDRAWAL OF
## DUPLICATE PLEADING

---

COME NOW the Plaintiffs, GREG & MEREDITH DESCHER and PENNY PARKER, by and through undersigned counsel, and file this, their Notice of Withdrawal of Duplicate Pleading, and in support thereof would show unto this Honorable Court the following, to-wit:

I.

Plaintiffs filed their original Complaint on or about September 11, 2017, and an Amended Complaint on or about June 7, 2018.

II.

Plaintiffs erroneously filed the same Amended Complaint again on or about February 28, 2019, and wish to withdraw said pleading (Doc. No. 22117).

III.

The Clerk of this Court issued a Notice of Deficient Document on March 4, 2019, regarding the Amended Complaint filed February 28, 2019.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that this, their Notice of Withdrawal of Duplicate Pleading, be received and filed, and that upon consideration, this Court will enter an Order withdrawing the duplicate filing of the Amended Complaint (Doc. 22117) which cures the Notice of Deficient Document issued by the Clerk on March 4, 2019.

RESPECTFULLY SUBMITTED this, the 7th day of March, 2019.

> GREG & MEREDITH DESCHER and PENNY PARKER, Individually and on Behalf of Others Similarly Situated, Plaintiffs
>
> By: _____/s/ Stephen W. Mullins_____
>         STEPHEN W. MULLINS

*Attorneys for Plaintiffs*

STEPHEN W. MULLINS (MS Bar No. 9772)
**Luckey & Mullins, PLLC**
Post Office Box 990
Ocean Springs, MS  39566
Telephone: 228-875-3175
Facsimile: 228-872-4719
Email:  smullins@luckeyandmullins.com

OF COUNSEL:

NICHOLAS ROCKFORTE (LA Bar No. 31305)
**Pendley, Baudin & Coffin, L.L.P.**
P.O. Drawer 71
Plaquemine, Louisiana 70765-0071
Tele: 225-687-6396
Fax:  225-687-6398
Email:  nrockforte@pbclawfirm.com

## **C E R T I F I C A T E**

I, STEPHEN W. MULLINS, do hereby certify that I have on this date electronically filed the above and foregoing Notice using this Court's ECF system which sent notification to registered counsel of record.

THIS, the 7th day of March, 2019.

/s/ Stephen W. Mullins