UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *ALL CASES* | MAG. JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEAL

Notice is given that The Alters Law Firm, P.A.[1] hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Judgment (Doc. 22902) of the Honorable Eldon Fallon, District Judge for the Eastern District of Louisiana, entered in this matter on February 5, 2019 and all orders underlying that judgment which pertain to the allocation of attorney's fees in the Knauf portion of the Chinese-Manufactured Drywall Products Liability Litigation.

Dated: March 7, 2019           Respectfully Submitted for,

**THE ALTERS LAW FIRM**

By: */s/ Justin D. Grosz*
Justin D. Grosz (FL # 984000)
justin@thejgfirm.com
DCOTA | Design Center of the Americas
1855 Griffin Road, Ste C-470
Dania Beach, FL  33004
Phone: (305) 571-8550

---

[1] Now known as The Justin Grosz Firm, P.A.

1

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on the Fee Committee Co-Chairs Arnold Levin and Russ Herman and Fee Committee members Chris Seeger, Dawn Barrios, Gerald Meunier, Richard Serpe, and Michael Ryan via electronic mail at alevin@lfsblaw.com, rherman@hhklawfirm.com, cseeger@seegerweiss.com, barrios@bkc-law.com, gmeunier@gainsben.com, rserpe@serpefirm.com, and mryan@krupnicklaw.com on this 7th day of March, 2019.

*/s/ Justin D. Grosz*
Justin D. Grosz