UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED  :  MDL NO. 2047
DRYWALL PRODUCTS LIABILITY   :  SECTION: L
LITIGATION                    :  JUDGE FALLON
_____:  MAG. JUDGE WILKINSON
                              :
THIS DOCUMENT RELATES TO:     :
*ALL CASES*                   :
_____:

## KRUPNICK CAMPBELL MALONE ET AL.'S MOTION FOR IMMEDIATE DISBURSEMENT OF ATTORNEY'S FEES PURSUANT TO FINAL JUDGMENT

The undersigned law firm, Krupnick Campbell Malone, et al. (hereinafter "KCM Firm") respectfully, hereby moves this Honorable Court of an Order disbursing attorneys' fees pursuant to the Court's February 5, 2019 Final Judgment. [Doc. 22092].

The Undersigned notes that, as it pertains to claims involving Knauf and the Global Settlement, claims on behalf of homeowner plaintiffs have been resolved for years. To date no firms have been disbursed earned attorney's fees on claims long resolved.

On January 31, 2018, this Court entered an Order allocating a portion of the available attorneys' fee fund to Individually Retained Counsel. [Doc. 21168]. On February 4, 2019, this Court entered an Order allocating of common benefit amongst the common benefit firms. [Doc. 22089]. On February 5, 2019, the Court entered a Final Judgment. [Doc. 22092].

As set out in greater detail in the accompanying Memorandum in Support, no stay of the February 5, 2019 Final Judgment has been filed. Moreover, while there are five (5) firms that have filed a notice of appeal, these firms failed to timely object to a specific terms of the settlement agreements which waived any right to appeal as it relates to this Court's determination of the attorneys' fee allocations.

As a result, the Undersigned respectfully seeks an Order of this Honorable Court enforcing the February 5, 2019, Final Judgment [Doc. 22092] and providing for the disbursal of the available attorneys' fees in accordance with the Court's Orders of January 31, 2018, [Doc. 21168], and February 4, 2019, [Doc. 22089].

Parker Waichmen opposes full disbursement as requested herein.[1]  Anderson Kill opposes the relief sought herein unless the full amount of their application for common benefit is aside in the Court Registry pending appeal.  Gentle, Turner, Sexton & Harbison and McCallum, Hoaglund, Cook & Irby, LLP and The Alters Firm have taken the matter under consideration.

Dated:  March 8, 2019.

                Respectfully submitted,

                /s *Michael J. Ryan*_____
                Michael J. Ryan, Esquire
                Bar No. 975990
                Krupnick Campbell Malone
                Buser Slama Hancock P.A.
                12 S.E. 7 Street, Suite 801
                Fort Lauderdale, FL  33301
                Phone (954) 763-8181
                Fax (954) 763-8292
                pleadings-MJR@krupnicklaw.com
                mryan@krupnicklaw.com
                *Attorneys for Plaintiffs*

---

[1] Parker Waichman would agree to an interim disbursement of attorneys' fees to individually retained contract counsel consistent with the Fee Committee recommendation, which is lower than that which the Court ordered on January 31, 2018; this disbursement would be subject to an agreement on how they will be compensated for what they perceive was value added from their litigation strategy during the fee dispute.  However, they will not agree to disbursement of the common benefit allocation as determined in the Court's February 4, 2019 Order.

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing MOTION FOR IMMEDIATE DISBURSEMENT OF ATTORNEY'S FEES PURSUANT TO FINAL JUDGMENT has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to File & ServeXpress fka LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

Dated: March 8, 2019.

/s *Michael J. Ryan*
Michael J. Ryan, Esquire
Bar No. 975990
Krupnick Campbell Malone
Buser Slama Hancock  P.A.
12 S.E. 7 Street, Suite 801
Fort Lauderdale, FL  33301
Phone (954) 763-8181
Fax (954) 763-8292
pleadings-MJR@krupnicklaw.com
mryan@krupnicklaw.com
*Attorneys for Plaintiffs*

3