UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | : | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | : | SECTION: L |
| LITIGATION | : | JUDGE FALLON |
| _____ | : | MAG. JUDGE WILKINSON |
| | : | |
| THIS DOCUMENT RELATES TO: | : | |
| *ALL CASES* | : | |
| _____ | : | |

### NOTICE OF SUBMISSION

Please take notice that KRUPNICK CAMPBELL MALONE, ET AL.'s Motion for Immediate Disbursement of Undisputed Amount of Attorney's Fees is submitted for hearing on March 26, 2019, at 9:00 am before the Honorable Eldon E. Fallon, United States District Court, Eastern District of Louisiana, in accordance with the Local Rules.

Respectfully submitted,

/s/ Michael J. Ryan
Michael J. Ryan, Esquire
Florida Bar No. 975990
KRUPNICK CAMPBELL MALONE
BUSER SLAMA HANCOCK P.A.
12 S.E. 7 Street
Suite 801
Ft. Lauderdale, FL 33301
Phone: (954) 763-8181
Fax: (954) 763-8292
mryan@krupnicklaw.com

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Plaintiffs' Liaison County, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller,

Esquire, by e-mail and upon all parties by electronically uploading the same to File & ServeXpress fka LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this  8th day of March, 2019.

/s/ Michael J. Ryan
Michael J. Ryan, Esquire
Florida Bar No. 975990
KRUPNICK CAMPBELL MALONE
BUSER SLAMA HANCOCK P.A.
12 S.E. 7 Street, Suite 801
Ft. Lauderdale, FL  33301
Phone: (954) 763-8181
Fax: (954) 763-8292
mryan@krupnicklaw.com