IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED | : | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | : | SECTION: L |
| LITIGATION | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |
| | : | |
| THIS DOCUMENT RELATES TO: | : | |
| *ALL CASES* | : | |
| | : | |

**BRUCE STECKLER'S JOINDER IN SUPPORT OF
MOTION FOR IMMEDIATE DISBURSEMENT OF ATTORNEY'S FEES
PURSUANT TO FINAL JUDGMENT**

The undersigned law firm, Steckler LLP a/k/a The Steckler Law Firm, files this notice of joinder and respectfully requests that the Court grant Krupnick Campbell Malone et al.'s Motion for Immediate Disbursement of Attorney's Fees Pursuant to Final Judgment [Doc. 22130] for the reasons set forth in Krupnick Campbell Malone et al.'s Memorandum in Support of Motion for Immediate Disbursement of Attorney's Fees Pursuant to Final Judgment [Doc. 22130-1]. Bruce Steckler agrees with, relies on, and incorporates by reference the factual and legal arguments and the evidence set forth in the Motion and the Memorandum in Support.  [Docs. 22130 & 22130-1].

The Undersigned reiterates that, as it pertains to claims involving Knauf and the Global Settlement, claims on behalf of homeowner plaintiffs have been resolved for years. To date, no firms, including Steckler LLP, have been disbursed earned attorneys' fees on claims that have long been resolved. On January 31, 2018, this Court entered an Order allocating a portion of the available attorneys' fees fund to Individually Retained Counsel. [Doc. 21168]. On February 4, 2019, this Court entered an Order allocating of common benefit amongst the common benefit firms. [Doc. 22089]. On February 5, 2019, this Court entered a Final Judgment.  [Doc. 22092].

Five firms have filed a notice of appeal. These firms could have asserted objections to specific terms of the settlement agreements years ago, waiving any right to do so at this juncture, and/or have contractually waived any right to an appeal as it relates to this Court's determination of the attorneys' fees allocations. The firms filing the appeals are prohibiting more than 150 other law firms from receiving disbursement of earned attorneys' fees, subsequently seeking to extend this fee dispute for an indefinite amount of time.

Therefore, the Undersigned respectfully requests that this Court **GRANT** Krupnick Campbell Malone et al.'s Motion for Immediate Disbursement of Attorney's Fees Pursuant to Final Judgment [Doc. 22130].

Dated: March 8, 2019                                Respectfully submitted,

                                                    **STECKLER LLP**

                                                    /s/ Bruce W. Steckler
                                                    Bruce W. Steckler
                                                    State Bar No. 00785039
                                                    12720 Hillcrest Road, Suite 1045
                                                    Dallas, Texas 75230
                                                    Phone: (972) 387-4040
                                                    Fax:   (972) 387-4041
                                                    bruce@stecklerlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing JOINDER IN SUPPORT KRUPNICK CAMPBELL MALONE ET AL.'S MOTION FOR IMMEDIATE DISBURSEMENT OF ATTORNEY'S FEES PURSUANT TO FINAL JUDGMENT has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to File & ServeXpress fka LexisNexis File

& Serve in accordance with Pre-Trial Order No. 6, and the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.  Dated:   March 8, 2019.

> */s/ Bruce W. Steckler*
> Bruce W. Steckler
> State Bar No. 00785039
> 12720 Hillcrest Road, Suite 1045
> Dallas, Texas 75230
> Phone: (972) 387-4040
> Fax:    (972) 387-4041
> bruce@stecklerlaw.com