UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION : 
: SECTION L
:
: JUDGE FALLON
: MAGISTRATE JUDGE
................................................................: WILKINSON

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

At the most recent status conference of this matter, the parties discussed creating a trial plan for the Louisiana *Amorin* cases. The Court issues the following scheduling order:

**IT IS ORDERED** that the Plaintiffs' Steering Committee's original brief in support of its trial plan shall be filed into the record by no later than Friday, March 15, 2019.

**IT IS FURTHER ORDERED** that Defendants file their brief in support of their trial plan by no later than Friday, April 5, 2019.

**IT IS FURTHER ORDERED** the Plaintiffs' Steering Committee's reply, if any, shall be filed into the record by no later than Friday, April 12, 2019.

**IT IS FURTHER ORDERED** that there be oral argument on the motions on Tuesday, April 23, 2019 following the Court's monthly status conference.

New Orleans, Louisiana, this 6th day of March, 2019.

_____
UNITED STATES DISTRICT JUDGE