UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED | : | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | : | SECTION: L |
| LITIGATION | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |
| | : | |
| THIS DOCUMENT RELATES TO: | : | |
| *ALL CASES* | : | |
| | : | |

**LEVIN, PAPANTONIO ET AL.'S JOINDER IN
KRUPNICK CAMPBELL MALONE'S.MOTION FOR IMMEDIATE DISBURSEMENT
OF  ATTORNEY'S FEES PURSUANT TO FINAL JUDGMENT**

The undersigned law firm, Levin Papantonio, et al. respectfully, joins the Krupnick Campbell Malone's Motion for Immediate Disbursement of Attorneys' Fees Pursuant to Final Judgment  [Doc. 22130] and adopts the accompanying Memorandum in Support [Doc. 22130-1] as if fully restated herein.  The Undersigned respectfully requests an Order of this Honorable Court enforcing the February 5, 2019, Final Judgment [Doc. 22092] and providing for the disbursal of the available attorneys' fees in accordance with the Court's Orders of January 31, 2018, [Doc. 21168], and February 4, 2019, [Doc. 22089].

Dated:  March 8, 2019.

                                                       Respectfully submitted,

                                                       /s/ Ben W. Gordon
                                                       Ben W. Gordon, Jr., Esquire
                                                       Florida Bar No. 882836
                                                     Levin, Papantonio, Thomas,
                                                     Mitchell, Rafferty & Proctor, P.A.
                                                     316 S. Baylen Street, Suite 600
                                                     Pensacola, FL 32502
                                                     Telephone: (850)435-7034
                                                     Facsimile: (850)436-6034
                                                     *Attorneys for the Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing JOINDER OF MOTION FOR IMMEDIATE DISBURSEMENT OF ATTORNEY'S FEES PURSUANT TO FINAL JUDGMENT has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

Dated:   March 8, 2019.

                                      Respectfully submitted,

                                      /s/ Ben W. Gordon
                                      Ben W. Gordon, Jr., Esquire
                                      Florida Bar No. 882836
                                      Levin, Papantonio, Thomas,
                                      Mitchell, Rafferty & Proctor, P.A.
                                      316 S. Baylen Street, Suite 600
                                      Pensacola, FL 32502
                                      Telephone: (850)435-7034
                                      Facsimile: (850)436-6034
                                      *Attorneys for the Plaintiffs*