IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | |

### CLASS COUNSEL'S RULE 23(d) MOTION TO PROTECT THE *AMORIN* CLASS

Class Counsel for the *Amorin* Class respectfully move this Court to issue a Rule to Show Cause pursuant to Fed.R.Civ.P. 23(d) in light of the recent filings by "Joint Notice Counsel," *i.e.*, Parker Waichman, LLP (through its counsel, Jimmy Faircloth); Milstein, Jackson, Fairchild & Wade, LLP; Whitfield, Bryson & Mason, LLP; and Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A..  Joint Notice Counsel filed in this Court 1) a Joint Notice of Settlement Agreement (Rec.Doc. 22125); 2) Motion to Lift PTO 32 for Settlement of Individual Claims on Remand with Voluntary Holdback for Future Fee Allocation (Rec.Doc. 22126); and 3) a Motion for Leave to File Settlement Agreement and Release Under Seal (Rec. Doc. 22127).  These papers challenge the authority of this Court to administer the certified class action.

1

For the reasons set forth in the accompanying memorandum of law, Class Counsel request that their motion to protect the class be granted.

Respectfully submitted,

Dated:  March 8, 2019        By: */s/ Russ M. Herman*
Russ M. Herman (Bar No. 6819) (on the brief)
Leonard A. Davis (Bar No. 14190) (on the brief)
Stephen J. Herman (Bar No. 23129) (on the brief)
Charles King (Bar No.34621) (on the brief)
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
RHerman@hhklawfim.com

*Plaintiffs' Liaison Counsel MDL 2047 and Class Counsel*

Arnold Levin (on the brief)
Fred S. Longer (on the brief)
Sandra L. Duggan (on the brief)
Keith Verrier (on the brief)
Nicola F. Serianni (on the brief)
Levin Sedran & Berman LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (2115) 592-1500
Fax: (215) 592-4663
alevin@lfsblaw.com

*Plaintiffs' Lead Counsel MDL 2047 and Class Counsel*