# EXHIBIT A

COPY

101092

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: DIET DRUGS (PHENTERMINE, FENFLURAMINE, DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL DOCKET NO. 1203 |
| THIS DOCUMENT RELATES TO: | : : | FILED |
| SHEILA BROWN, et al. | : : | MICHAEL E. KUNZ, Clerk |
| v. | : : : | By _____ Dep. Clerk |
| AMERICAN HOME PRODUCTS CORPORATION | : : | CIVIL ACTION NO. 99-20593 |

**PRETRIAL ORDER NO. 1061**

AND NOW, TO WIT, this 14th day of January, 2000, upon consideration of Plaintiffs' Motion for a Temporary Restraining Order to be entered against Paul Napoli, Esquire, Marc Bern, Esquire, individually and as principals in the law firm of Napoli, Kaiser & Bern, LLP and against all other principals and employees of Napoli, Kaiser & Bern, LLP and the law firm of Napoli, Kaiser & Bern, LLP (collectively "Napoli"), and for the reasons stated at a hearing held on January 14, 2000 at 3 p.m., IT IS ORDERED that said motion is GRANTED IN PART and DENIED IN PART.

IT IS FURTHER ORDERED that:

1. Napoli is temporarily restrained from the use of any form of the phrase "ORANGE OPT-OUT FORM - Protect your rights

    to obtain a money award - mail in an Orange Opt-out pursuant to the Court's Order by March 30, 1999 or lose your rights" or any substantially similar phrase on the Internet or otherwise until a hearing;

2. The court finds that unless this restraint is imposed, Plaintiffs will be irreparably injured;

3. A hearing to determine whether a preliminary injunction should be issued will be held on Thursday, January 20, 2000, in the United States Courthouse, 601 Market Street, Philadelphia Pennsylvania in Courtroom 17B at 10 a.m.;

4. Plaintiff shall post security of $1000.00; and

5. The within Order and security is hereby deemed filed with the court at 4:50 p.m. on Friday, January 14, 2000.

BY THE COURT:

_____
LOUIS C. BECHTLE, J.

2