# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br>ALL CASES | |

# ORDER

Upon consideration of the Class Counsel's Rule 23(d) Motion to Protect the *Amorin* Class, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is GRANTED.

A Rule to Show Cause issued to Parker Waichman, LLP (through its counsel, Jimmy Faircloth); Milstein, Jackson, Fairchild & Wade, LLP; Whitfield, Bryson & Mason, LLP; and Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A., and Taishan Gypsum Co., Ltd. to appear and explain and justify their proposed Settlement Agreement to a subset of the *Amorin* class, and their communications with class members, on _____ day _____ in Courtroom _____.

New Orleans, Louisiana, this _____ day of _____, 2019.

_____
Eldon E. Fallon
United States District Court Judge