UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *ALL CASES* | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the *Motion for Leave to File Settlement Agreement and Release Under Seal* filed by Parker Waichman LLP; Milstein, Jackson, Fairchild & Wade, LLP; Whitfield, Bryson & Mason LLP; and Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A.;

IT IS ORDERED BY THE COURT that the *Settlement Agreement and Release* shall be and is hereby filed UNDER SEALED in its entirety.

New Orleans, Louisiana, this __8th__ day of __March__, 2019.

_____
Eldon E. Fallon
United States District Court Judge