UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** THE MITCHELL CO., INC., NO. 09-4115

## ORDER

Before the Court is Defendant Taishan Gypsum Co. Ltd.'s motion to strike the declaration of Dr. Robert Demott. The Court issues the following scheduling order:

**IT IS ORDERED** that Plaintiffs' opposition be filed into the record by no later than Monday, March 11, 2019.

**IT IS FURTHER ORDERED** that Defendants file their reply brief, if any, by no later than Monday, March 25, 2019.

**IT IS FURTHER ORDERED** that there be oral argument on the motion on Wednesday, April 17, 2019 in the courtroom of the Honorable Eldon E. Fallon.

New Orleans, Louisiana, this 11th day of March, 2019.

_____
UNITED STATES DISTRICT JUDGE

1