## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: *ALL CASES* | |

### WHITFIELD BRYSON & MASON LLP JOINDER IN KRUPNICK CAMPBELL MALONE'S MOTION FOR IMMEDIATE DISBURSEMENT OF ATTORNEY'S FEES PURSUANT TO FINAL JUDGMENT

The undersigned law firm, Whitfield Bryson & Mason LLP respectfully, joins the Krupnick Campbell Malone's Motion for Immediate Disbursement of Attorneys' Fees Pursuant to Final Judgment [Doc. 22130] and adopts the accompanying Memorandum in Support [Doc. 22130-1] as if fully restated herein. The Undersigned respectfully requests an Order of this Honorable Court enforcing the February 5, 2019, Final Judgment [Doc. 22092] and providing for the disbursal of the available attorneys' fees in accordance with the Court's Orders of January 31, 2018, [Doc. 21168], and February 4, 2019, [Doc. 22089].

Dated: March 11, 2019.

Respectfully submitted,

*/s/ Daniel K. Bryson*
Daniel K. Bryson
WHITFIELD BRYSON & MASON LLP
900 W. Morgan Street
Raleigh, North Carolina 27603
Telephone: (919) 600-5000
Facsimile: (919) 600-5035
dan@wbmllp.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing JOINDER OF MOTION FOR IMMEDIATE DISBURSEMENT OF ATTORNEY'S FEES PURSUANT TO FINAL JUDGMENT has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

Dated: March 11, 2019.

Respectfully submitted,

*/s/ Daniel K. Bryson*
Daniel K. Bryson
WHITFIELD BRYSON & MASON LLP
900 W. Morgan Street
Raleigh, North Carolina 27603
Telephone: (919) 600-5000
Facsimile: (919) 600-5035
dan@wbmllp.com