UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

Before the Court is Parker Waichman LLP, Milstein, Jackson, Fairchild & Wade LLP, Whitfield, Bryson & Mason LLP, and Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss P.A.'s Motion to Lift PTO 32 for Settlement of Individual Claims on Remand with Voluntary Holdback for Future Fee Allocation (the "Settlement Motion"). R. Doc. 22126. On March 8, 2019, Class Counsel filed a Rule 23 Motion to Protect the *Amorin* Class, R. Doc. 22135, wherein Class Counsel opposes the Settlement Motion. The Court issues the following scheduling order:

**IT IS ORDERED** that any opposition to Class Counsel's Motion to Protect the *Amorin* Class, R. Doc. 22135, as well as any further oppositions to the Settlement Motion, R. Doc. 22126, be filed into the record by no later than Monday, March 25, 2019.

**IT IS FURTHER ORDERED** that responses to oppositions be filed by no later than Monday, April 8, 2019.

New Orleans, Louisiana, this 11th day of March, 2019.

_____
UNITED STATES DISTRICT JUDGE

1