UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

Before the Court is Krupnick Campbell Malone's Motion for Immediate Disbursement of Attorney's Fees Pursuant to Final Judgment. R. Doc. 22130. The Court issues the following scheduling order:

**IT IS ORDERED** that any opposition to Krupnick Campbell Malone's Motion for Immediate Disbursement of Attorney's Fees Pursuant to Final Judgment, R. Doc. 22130, be filed into the record by no later than Wednesday, March 20, 2019.

**IT IS FURTHER ORDERED** that responses be filed by no later than Wednesday, March 27, 2019.

New Orleans, Louisiana, this 11th day of March, 2019.

_____
UNITED STATES DISTRICT JUDGE

1