UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| **THIS DOCUMENT RELATES TO:**<br><br>*ALL CASES* | |

## MOTION FOR EXPEDITED HEARING

NOW COME Class Counsel for the *Amorin* Class who respectfully represent that on March 8, 2019 they filed a Rule 23(d) Motion to Protect the *Amorin* Class [Rec. Doc. 22135] ("Rule 23(d) Motion").  Class Counsel's Rule 23(d) Motion was necessitated by the filings made on March 7, 2019 by Parker Waichman, LLP, Milstein, Jackson, Fairchild & Wade, LLP; Whitfield, Bryson & Mason, LLP; and Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. (collectively, "Joint Notice Counsel"), which consisted of a Joint Notice of Settlement Agreement [Rec. Doc. 22125], a Motion to Lift PTO 32 for Settlement of Individual Claims on Remand With Voluntary Holdback for Future Fee Allocation [Rec. Doc. 22126], and a Motion for Leave to File Settlement Agreement and Release Under Seal [Rec. Doc. 22127].  The submission day for Joint Notice Counsel's Motion to Lift PTO 32 is March 26, 2019 at 9:00 a.m. (Rec. Doc. 22126-2).  When Class Counsel filed its Rule 23(d) Motion, the next standard motion day on the Court's calendar was April 3, 2019, which is after the submission date for filings made by Joint Notice Counsel.  As all the matters should be heard collectively, movers herein respectfully request an expedited hearing on their Rule 23(d) Motion to be set following the status conference on March 26, 2019.

WHEREFORE movers pray that this motion be GRANTED and that Class Counsel's Rule 23(d) Motion to Protect the *Amorin* Class [Rec. Doc. 22135] be heard on an expedited basis following the status conference on March 26, 2019.

Respectfully submitted,

Dated: March 11, 2019

/s/ Russ M. Herman
Russ M. Herman, Esq. (Bar No. 6819)
Leonard A. Davis, Esq. (Bar No. 14190)
Stephen J. Herman, Esq. (Bar No. 23129)
Charles King (Bar No. 34621)
HERMAN, HERMAN &KATZ, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
rherman@hhklawfirm.com
*Plaintiffs' Liaison Counsel in MDL 2047 and Class Counsel*

Arnold Levin
Fred S. Longer
Sandra L. Duggan
Keith Verrier
Nicola F. Serianni
LEVIN SEDRAN & BERMAN LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel in MDL 2047 and Class Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, which will serve a notice of the uploading in accordance with the procedures established in MDL 2047, on this 11th day of March, 2019.

/s/ Leonard A. Davis
Leonard A. Davis
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
Plaintiffs' Liaison Counsel
MDL 2047