**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br><br>*ALL CASES* | |

**O R D E R**

Considering the Motion for Expedited Hearing filed by Class Counsel for the *Amorin* Class;

IT IS ORDERED BY THE COURT that the motion be and is hereby GRANTED and that Class Counsel's Rule 23(d) Motion to Protect the *Amorin* Class [Rec. Doc. 22135] will be heard on an expedited basis following the status conference on March 26, 2019.

IT IS FURTHER ORDERED BY THE COURT that any Response to the motion shall be filed by March 18, 2019.

New Orleans, Louisiana, this _____ day of _____, 2019.


_____
Eldon E. Fallon
United States District Court Judge