UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION : SECTION L
: JUDGE FALLON
: MAGISTRATE JUDGE WILKINSON

**THIS DOCUMENT RELATES TO:** ALL CASES

# ORDER

Before the Court is Parker Waichman LLP, Milstein, Jackson, Fairchild & Wade LLP, Whitfield, Bryson & Mason LLP, and Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss P.A.'s Motion to Lift PTO 32 for Settlement of Individual Claims on Remand with Voluntary Holdback for Future Fee Allocation (the "Settlement Motion"). R. Doc. 22126. On March 8, 2019, Class Counsel filed a Rule 23 Motion to Protect the *Amorin* Class, R. Doc. 22135, wherein Class Counsel opposes the Settlement Motion. On March 11, 2019, the Court issued a briefing schedule. R. Doc. 22142. Thereafter, the PSC filed a motion seeking expedited consideration. R. Doc. 22144. Accordingly;

**IT IS ORDERED** that the PSC's Motion to Expedite, R. Doc. 22144, be **GRANTED IN PART AND DENIED IN PART**. The Court will expedite the briefing schedule, but will not, at this time, set the motion for oral argument.

**IT IS FURTHER ORDERED** that the Court's prior briefing schedule, R. Doc. 22142, be and hereby is **VACATED**.

**IT IS FURTHER ORDERED** that any opposition to Class Counsel's Motion to Protect the *Amorin* Class, R. Doc. 22135, as well as any further oppositions to the Settlement Motion, R. Doc. 22126, be filed into the record by no later than Monday, March 18, 2019.

1

**IT IS FURTHER ORDERED** that responses to oppositions be filed by no later than Monday, March 25, 2019 at 5:00 p.m.

New Orleans, Louisiana, this 12th day of March, 2019.

*[signature: Eldon E. Fallon]*
UNITED STATES DISTRICT JUDGE