**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAGISTRATE WILKINSON |
| This Document Relates to:<br><br>*ALL CASES* | |

**************************************************************************

**EXHIBIT 2 TO
OPPOSITION TO YANCE MOTION FOR ATTORNEYS' FEES**

# FILED UNDER SEAL