## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br><br>*ALL CASES* | |

## MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL

Now come Lead Counsel, Arnold Levin, and Liaison Counsel, Russ M. Herman, who respectfully submit that on May 12, 2019 they filed an Opposition to Yance Motion for Attorneys' Fees [Rec. Doc. 22148] ("Opposition").  Exhibit 1 and Exhibit 2 attached to the Opposition contain or refer to information which is confidential and should be filed UNDER SEAL.  Accordingly, movers request that Exhibits 1 and 2 to the Opposition be filed UNDER SEAL.

WHEREFORE, movers pray that this motion be GRANTED and that Exhibits 1 and 2 attached to the Opposition to Yance Motion for Attorneys' Fees [Rec. Doc. 22148] be filed UNDER SEAL.

This 12th day of March, 2019.

Respectfully Submitted,

    /s/ Russ M. Herman
Russ M. Herman (La Bar No. 6819)
Leonard A. Davis (La Bar No. 14190)
Stephen J. Herman (La Bar No. 23129)
HERMAN, HERMAN & KATZ LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
E-Mail: RHerman@hhklawfim.com

*Plaintiffs' Liaison Counsel*

Arnold Levin, Esq.
Fred S. Longer, Esq.
Sandra L. Duggan, Esq.
LEVIN, SEDRAN & BERMAN LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
E-Mail: Alevin@lfsblaw.com

*Plaintiffs' Lead Counsel*

**CERTIFICATE OF SERVICE**

  I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, which will serve a notice of the uploading in accordance with the procedures established in MDL 2047, on thi<u>s 12</u>th day of <u>March</u>, <u>2019</u>.

                <u>/s/ Stephen J. Herman</u>