UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| **THIS DOCUMENT RELATES TO:**<br>*ALL CASES* | |

# O R D E R

Considering the Motion for Leave to File Exhibits Under Seal filed by Lead Counsel, Arnold Levin, and Liaison Counsel, Russ M. Herman;

IT IS ORDERED BY THE COURT that the motion be and is hereby GRANTED and that Exhibits 1 and 2 attached to the Opposition to Yance Motion for Attorneys' Fees [Rec. Doc. 22148] be and they are hereby filed UNDER SEAL.

New Orleans, Louisiana, this ___ day of _____, 2019.

                                                                     _____
Eldon E. Fallon
United States District Court Judge