UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br>**ALL CASES** | MDL No. 2:09-md-2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |

**SUPPLEMENTAL JOINT DESIGNATION OF RECORD ON APPEAL**

China National Building Materials Company, Ltd., Beijing New Building Material (Group) Co., Ltd., and Beijing New Building Materials Public Limited Company (collectively Defendants-Appellants), and Eduardo Amorin, Stephen Brooke, Perry Fontenot, David Gross, Kenneth Wiltz (collectively Plaintiffs-Appellees), submit this Supplemental Joint Designation of the Record on Appeal.

On February 27, 2019, the parties were given access to the electronic record on appeal by the U.S. Court of Appeals for the Fifth Circuit in case No. 18-30742.  Pursuant to the Fifth Circuit's briefing notice, we have checked the record "for any missing or incomplete items." Briefing Notice 4, No. 18-30742 (Feb. 27, 2019).  Although we have noticed that many of the sealed filings, exhibits, and orders we designated cannot be found in the electronic record on appeal, we understand that is because "[s]ealed documents … will not be included in the EROA" and are not accessible until the Fifth Circuit "grant[s] a motion to view."  Briefing Notice 3. Accordingly, the parties have not yet been able to determine whether the record on appeal contains all necessary *sealed* materials.  The parties will check the sealed record for completeness once the Fifth Circuit rules on the motion to view filed earlier today.

The parties have reviewed the *unsealed* portions of the electronic record on appeal for any possible omissions, and we have designated the following docket entries to be included in a supplemental record on appeal.  They should be included in their entirety (including all exhibits and attachments, whether filed electronically or manually, or under seal).

**Designations from Docket 2:09-md-2047**

| Date | Doc. | Docket Text |
|---|---|---|
| 5/8/2012 | 14208 | EXPARTE/CONSENT MOTION for Leave to File Exhibit Under Seal re Additional Jurisdictional Deposition Transcripts Not Cited by the PSC by Plaintiff. (Attachments: # 1 Proposed Order, # 2 Proposed Pleading Additional Jurisdictional Deposition Transcripts Not Cited by PSC, # 3 Proposed Pleading 4/4/2011 Depo Transcript of Jia Tongchun, # 4 Proposed Pleading 4/5/2011 Depo Transcript of Jia Tongchun (portion redacted - filed under seal), # 5 Proposed Pleading 12/12/2011 Depo Transcript of Donald H. Wilson, Jr./BNBM of America) |
| 3/3/2015 | 18410 | **DOCUMENT FILED IN ERROR; ATTORNEY TO REFILE CORRECT DOCUMENT** NOTICE of Appearance by Alan Dean Weinberger on behalf of Defendant. |
| 4/27/2015 | 18764 | TRANSCRIPT of Status Conference held on April 17, 2015 before Judge Eldon E. Fallon. Court Reporter/Recorder Cathy Pepper, Telephone number 504-589-7779. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties have 21 days from the filing of this transcript to file with the Court a Redaction Request. Release of Transcript Restriction set for 7/27/2015. |
| 6/4/2015 | 19068 | EXPARTE/CONSENT MOTION to Seal Exhibits A and B Attached to Plaintiffs' Response in Opposition to Beijing New Building Materials Public Limited Co. and Beijing New Building Material (Group) Co. Ltd.'s Emergency Motion for Clarification on Modification of the Court's May 28, 2015 Minute Entry by Plaintiffs' Steering Committee. (Attachments: # 1 Proposed Order, # 2 Exhibit A FILED UNDER SEAL, # 3 Exhibit B FILED UNDER SEAL) |

Date: March 13, 2019

Respectfully submitted,

/s/ Russ M. Herman*
Russ M. Herman (LA Bar 6819)
Leonard A. Davis (LA Bar 14190)
Stephen J. Herman (LA Bar 23129)
HERMAN, HERMAN & KATZ, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
RHerman@hhklawfirm.com

*Plaintiffs' Liaison Counsel*

Arnold Levin
Frederick S. Longer
Sandra L. Duggan
Keith J. Verrier
Nicola F. Serianni
LEVIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
alevin@LFSBLaw.com

*Plaintiffs' Lead Counsel*

/s/ Eric A. Shumsky
Eric A. Shumsky (DC Bar 477926)
ORRICK, HERRINGTON & SUTCLIFFE
LLP
1152 15th Street, N.W.
Washington, D.C. 20005
Phone: (202) 339-8400
eshumsky@orrick.com

L. Christopher Vejnoska (CA Bar 096082)
Eric Matthew Hairston (CA Bar 229892)
ORRICK, HERRINGTON & SUTCLIFFE
LLP
The Orrick Building
San Francisco, CA 94105
Phone: (415) 773-5700
cvejnoska@orrick.com
ehairston@orrick.com

James L. Stengel (NY Bar 1800556)
Xiang Wang (NY Bar 4311114)
ORRICK, HERRINGTON & SUTCLIFFE
LLP
51 West 52nd Street
New York, NY, 10019
Phone: (212) 506-5000
jstengel@orrick.com
xiangwang@orrick.com

*Counsel for CNBM Co., Ltd., BNBM (Group)
Co. Ltd., and BNBM PLC*

*Counsel for Plaintiffs consented to
the use of his electronic signature herein.

Ewell E. Eagan, Jr. (LA Bar 5239)
Donna Phillips Currault (LA Bar 19533)
GORDON, ARATA, MONTGOMERY,
BARNETT, MCCOLLAM, DUPLANTIS &
EAGAN, LLC
201 St. Charles Avenue, 40th Floor
New Orleans, LA 70170
Phone: (504) 582-1111
eeagan@gamb.law
dcurrault@gamb.law

*Counsel for the CNBM Co., Ltd.*

3

Harry Rosenberg (LA Bar 11465)
PHELPS DUNBAR LLP
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130
Phone:  (504) 566-1311
harry.rosenberg@phelps.com

*Counsel for BNBM (Group) Co. Ltd. and
BNBM PLC*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing SUPPLEMENTAL JOINT DESIGNATION OF RECORD ON APPEAL has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail and upon all parties by electronically uploading the same to File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on March 13, 2019.


/s/ Eric A. Shumsky

Eric A. Shumsky
ORRICK, HERRINGTON & SUTCLIFFE LLP
1152 15th Street, N.W.
Washington, D.C. 20005
Phone: (202) 339-8400
eshumsky@orrick.com