UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047

SECTION: "L" (5)

*************************************************************************

### McCALLUM, HOAGLUND, COOK & IRBY, LLC AND GENTLE, TURNER, SEXTON & HARBISON'S MOTION FOR DISBURSEMENT OF INDIVIDUALLY RETAINED COUNSELS' FEES

COME NOW the undersigned law firms of McCallum, Hoaglund, Cook & Irby, LLP and Gentle, Turner, Sexton & Harbison (hereinafter collectively referred to as "Hoaglund/Sexton") and respectfully move this Court for an order disbursing the individually retained counsel fees pursuant to the Court's January 31, 2018 Order and Reasons Setting Common Benefit Fees [Doc. 21168] and the formula contained in Pretrial Order 28(f) [Doc. 20282 at ¶5]. Specifically, Hoaglund/Sexton seek an order (1) providing each individually retained counsel the option to accept a full and final payment for their individually retained counsel fees as calculated in compliance with the Order and Reasons Setting Common Benefit Fees and the formula in PTO 28(f); (2) in consideration for such payment individually retained counsel shall execute a full and final release and waiver of all claims as to any additional individually retained counsel fees regardless of the results of the appellate process.

WHEREFORE, Hoaglund/Sexton respectfully request an order disbursing the individually retained counsel fees as set forth above.

Respectfully submitted,

Dated: March 14, 2019

/s/ Eric D. Hoaglund
Eric D. Hoaglund
McCallum, Hoaglund, Cook & Irby, LLP
905 Montgomery Highway
Suite 201
Vestavia Hills, Alabama 35216
Telephone: (205)824-7767
Facsimile: (205)824-7768
Email: ehoaglund@mhcilaw.com

/s/ K. Edward Sexton, II
K. Edward Sexton, II
Gentle, Turner, Sexton & Harbison, LLC
501 Riverchase Parkway East, Suite 100
Hoover, Alabama 35244
Telephone: (205) 716-3000
Facsimile: (205) 716-3010
Email: esexton@gtandslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2019 the above and foregoing pleading has been served upon all parties by electronically uploading the same to LexisNexis File & Serve and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

/s/ Eric D. Hoaglund
Eric D. Hoaglund
McCallum, Hoaglund, Cook & Irby, LLP
905 Montgomery Highway
Suite 201
Vestavia Hills, Alabama 35216
Telephone: (205)824-7767
Facsimile: (205)824-7768
Email: ehoaglund@mhcilaw.com

2