UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047

SECTION: "L" (5)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**McCALLUM, HOAGLUND, COOK & IRBY, LLC AND GENTLE, TURNER, SEXTON & HARBISON'S MEMORANDUM IN SUPPORT OF MOTION FOR DISBURSEMENT OF INDIVIDUALLY RETAINED COUNSELS' FEES**

### I. Introduction

On January 31, 2018, this Court entered an Order allocating the available attorneys' fee fund between individually retained counsel and common benefit counsel. [Doc. 21168] On February 4, 2019, this Court entered an Order allocating the common benefit amounts. [Doc. 22089] This Court entered a Final Judgment on February 5, 2019. [Doc. 22092]

### II. Argument

An important goal of MDL proceedings is to facilitate the "just and expeditious resolution of all actions to the overall benefit of the parties." *In re Vioxx Prod. Liab. Litig.*, 360 F. Supp. 2d 1352, 1354 (J.P.M.L. 2005). To achieve that goal, "a district court has inherent authority to bring management power to bear upon massive and complex litigation to prevent [the litigation] from monopolizing the services of the court to the exclusion of other litigants." *Eldon E. Fallon*, Benefit Fees in Multi-district Litigation, 74 La. L. Rev. 371, 377 (2014). In order to resolve the issue regarding individually retained counsels' fees, the movers request an Order from the Court (1) providing each individually retained counsel the option to accept full and final payment for their individually retained counsel fees as calculated in compliance with the Order and Reasons Setting Common Benefit Fees and the formula in PTO 28(f); (2) in

consideration for such payment individually retained counsel shall execute a full and final release and waiver of all claims as to any additional individually retained counsel fees regardless of the results of the appellate process.

The option to accept the disbursement of the fees, based upon this Court's January 31, 2018 Order [Doc. 21168] and the formula contained in Pretrial Order 28(f) [Doc. 20282] allows each individually retained counsel to accept this Court's findings and end their portion of this multi-year litigation and fee dispute. Further, the option to accept the disbursement avoids prejudice to individually retained counsel for any further delay during the appellate process. The execution of a release by individually retained counsel waiving any further rights to any additional attorneys' fee payments regarding individually retained counsel fees allows for finality for the court and the PSC regarding the individually retained counsels' fee claims. The undersigned counsel believes that such an option would bring a resolution to the vast majority of the individually retained counsels' claims and promote a resolution of the remaining fee disputes.

### III. Conclusion

As such, for the reasons set forth herein, the undersigned respectfully seeks an Order of this Honorable Court consistent with the relief requested herein.

Respectfully submitted,

Dated: March 14, 2019

/s/ Eric D. Hoaglund
Eric D. Hoaglund
McCallum, Hoaglund, Cook & Irby, LLP
905 Montgomery Highway
Suite 201
Vestavia Hills, Alabama 35216
Telephone: (205)824-7767
Facsimile: (205)824-7768
Email: ehoaglund@mhcilaw.com

2

/s/ K. Edward Sexton, II
K. Edward Sexton, II
Gentle, Turner, Sexton & Harbison, LLC
501 Riverchase Parkway East, Suite 100
Hoover, Alabama 35244
Telephone: (205) 716-3000
Facsimile: (205) 716-3010
Email: esexton@gtandslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2019 the above and foregoing pleading has been served upon all parties by electronically uploading the same to LexisNexis File & Serve and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

/s/ Eric D. Hoaglund
Eric D. Hoaglund
McCallum, Hoaglund, Cook & Irby, LLP
905 Montgomery Highway
Suite 201
Vestavia Hills, Alabama 35216
Telephone: (205)824-7767
Facsimile: (205)824-7768
Email: ehoaglund@mhcilaw.com

3