UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047

SECTION: "L" (5)

*************************************************************************

## McCALLUM, HOAGLUND, COOK & IRBY, LLC AND GENTLE, TURNER, SEXTON & HARBISON'S REQUEST FOR ORAL ARGUMENT ON MOTION FOR DISBURSEMENT OF INDIVIDUALLY RETAINED COUNSELS' FEES

COME NOW the undersigned law firms of McCallum, Hoaglund, Cook & Irby, LLP and Gentle, Turner, Sexton & Harbison (hereinafter collectively referred to as "Hoaglund/Sexton"), pursuant to Local Rule 78.1, and respectfully request oral argument on the Hoaglund/Sexton Motion for Disbursement of Individually Retained Counsels' Fees, at the monthly status conference for the MDL 2047 Chinese-Manufactured Drywall Products Liability Litigation on March 26 2019 or at a time set by this Court so as to more fully address any questions the Court may have concerning the Motion.

Respectfully submitted,

Dated: March 14, 2019

/s/ Eric D. Hoaglund
McCallum, Hoaglund, Cook & Irby, LLP
905 Montgomery Highway, Suite 201
Vestavia Hills, Alabama 35216
Telephone: (205)824-7767
Facsimile: (205)824-7768
Email: ehoaglund@mhcilaw.com

/s/ K. Edward Sexton, II
Gentle, Turner, Sexton & Harbison, LLC
501 Riverchase Parkway East, Suite 100
Hoover, Alabama 35244
Telephone: (205) 716-3000
Facsimile: (205) 716-3010
Email: esexton@gtandslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2019 the above and foregoing pleading has been served upon all parties by electronically uploading the same to LexisNexis File & Serve and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

/s/ Eric D. Hoaglund
Eric D. Hoaglund
McCallum, Hoaglund, Cook & Irby, LLP
905 Montgomery Highway
Suite 201
Vestavia Hills, Alabama  35216
Telephone:  (205)824-7767
Facsimile:  (205)824-7768
Email:  ehoaglund@mhcilaw.com