UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047
SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:

ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS' STEERING COMMITTEE'S NOTICE OF FILING
TRANSCRIPT AND EXHIBITS OF TAISHAN 30(b)(6) DEPOSITION
RE PRODUCT IDENTIFICATION (OCCURRING JANUARY 22-23, 2019)**

PLEASE TAKE NOTICE that the videotaped deposition of Taishan Gypsum Company, Ltd. occurred on January 22-23, 2019 in Atlanta, Georgia. This deposition relates to all cases pending the MDL as well as the remanded cases: *Eduardo and Carmen Amorin, et al., individually, and on behalf of all others similarly situated v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., Taian Taishan Plasterboard Co., Ltd., et al.*, Case No. 1:11-CV-22408-MGC ("Florida *Amorin* Case"); *Eduardo and Carmen Amorin, et al., individually, and on behalf of all others similarly situated v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., Taian Taishan Plasterboard Co., Ltd., et al.*, Case No. 2:11-CV-01395 ("Louisiana *Amorin* Case"); *Eduardo and Carmen Amorin, et al., individually, and on behalf of all others similarly situated v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., Taian Taishan Plasterboard Co., Ltd., et al.*, Case No. 2:11-CV-377-MSD ("Virginia *Amorin* Case").

2

1. Deposition Transcript of Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd. Re: Product Identification (January 22-23, 2019);

2. Exhibit PID 1 – Taishan Product Identification Catalog;

3. Exhibit PID 1B – C&K Markings;

4. Exhibit PID 1D – Crescent City Markings;

5. Exhibit PID 1E – DUN Markings;

6. Exhibit PID 1F – IMT Markings;

7. Exhibit PID 1G – Prowall Markings;

8. Exhibit PID 1H – Taian Taishan and Taihe Tape;

9. Exhibit PID 1I – Meet[s] or Exceed[s] Markings;

10. Exhibit PID 1J – Various Dimensions Markings;

11. Exhibit PID 2 – Appendix 1 to Parties' Joint Submission [FLSD ECF No. 155-1];

12. Exhibit PID 3 – CDW PID Position Chart;

13. Exhibit PID 6 – Taishan Gypsum Co. Ltd., Manufacturer Profile Form;

14. Exhibit PID 7 – Tai'an Taishan Plasterboard Co. Ltd., Manufacturer Profile Form;

15. Exhibit PID 8 – Email and Attachments – TSG Exports (TG-0129674-677);

16. Exhibit PID 9 – Pretrial Order #1 [MDL ECF No. 2];

17. Exhibit PID 11 – February 25, 2007 email from Ivan Gonima to CHE Gang re "Drywall Label to Taihe" (TG-0023841-843);

18. Exhibit PID 15 – November 20, 2006 Taian Taishan Plasterboard Co., Ltd. Packing List (Stone Pride);

19. Exhibit PID 20 – January 11, 2006 Email and Photos from Apollo Yang (Taishan) (TG-0234499-511);

20. Exhibit PID 22 – April 5, 2006 email and attachment re Design Draft – Crescent City (TG-0220595-597);

21. Exhibit PID 28 – Plaintiff Photograph, IMT End Tape;

22. Exhibit PID 30 – Explanation of Statistics, 2005-2007 Exports to the United States (TG-0211704-705);

23. Exhibit PID 35 – October 12, 2005 Email from Apollo Yang (Taishan) re sample with photo attachments (TG-0234633-639);

24. Exhibit PID 37 – February 14, 2006 Email and attachment to CHE Gang attaching "American adhesive tape" (TG-0000521-526);

25. Exhibit PID 38 – Collaborative Process 4feetX12feetX1/2 inch (TG-0082861-62);

26. Exhibit PID 39 – Collaborative Process Meet or Exceed (TG-0211712-713);

27. Exhibit PID 40 – Collaborative Process Work-Shift Stamp (TG-0211714);

28. Exhibit PID 41 – "Residual Board" Photographs (TG-PID-000001-033);

29. Exhibit PID 42 – "Sales Plan Notifications" (TG-PID-000034-078);

30. Exhibit PID 48 – Amended Notice of Deposition [SDFL ECF No. 160];

31. Exhibit PID 50 – May 8, 2006 Receipt - Run & Fly Jinan New Materials Co. Ltd. (TG-PID-000079-080);

32. Exhibit PID 51 – Plaintiff Photograph, IMT Marking.

The above and attached include all exhibits to the 30(b)(6) deposition, with one exception: Exhibit PID 49. Exhibit PID 49 remains Highly Confidential and shall not be filed publicly.

Dated: March 14, 2019                           Respectfully Submitted,

By: */s/ Leonard A. Davis*
Russ M. Herman (La Bar No. 6819)
Leonard A. Davis (La Bar No. 14190)
Stephen J. Herman (La Bar No. 23129)
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
RHerman@hhklawfim.com
*Plaintiffs' Liaison Counsel MDL 2047*

Arnold Levin
Fred S. Longer
Sandra L. Duggan
Levin Sedran & Berman LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Robert M. Becnel
Law Office of Robert M. Becnel
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 359-6101
Fax: (985) 651-6101
robbecnel@aol.com

Salvadore Christina, Jr.
Becnel Law Firm, LLC
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 536-1186
Fax: (985) 536-6445
schristina@becnellaw.com

Peter Prieto
Podhurst Orseck, PA
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
pprieto@podhurst.com

Bruce William Steckler
Steckler Gresham Cochran
12720 Hillcrest Road, Suite 1045
Dallas, TX 75230
Phone: (972) 387-4040
Fax: (972) 387-4041
bruce@stecklerlaw.com

Patrick Montoya
Colson, Hicks, Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
patrick@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
Echsner & Proctor, PA
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
The Lambert Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com

Pete Albanis
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Myers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
palbanis@forthepeople.com

James R. Reeves, Jr.
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@rmlawcall.com

Christopher A. Seeger
Seeger Weiss, LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ  07660
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5002
dan@wbmllp.com

Richard J. Serpe
Law Offices of Richard J. Serpe
Crown Center, Suite 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Victor M. Diaz, Jr.
V.M. Diaz and Partners, LLC
119 Washington Ave., Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

Anthony D. Irpino
IRPINO AVIN HAWKINS LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

Gerald E. Meunier
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2800
Phone:  (504) 522-2304
Fax:  (504) 528-9973
gmeunier@gainsben.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W., Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, which will serve a notice of the uploading in accordance with the procedures established in MDL 2047, on this 14th day of March, 2019.

                                        <u>/s/ Leonard A. Davis</u>
                                        Leonard A. Davis
                                        HERMAN, HERMAN & KATZ, LLC
                                        820 O'Keefe Avenue
                                        New Orleans, Louisiana 70113
                                        Phone: (504) 581-4892
                                        Fax: (504) 561-6024
                                        Ldavis@hhklawfirm.com
                                        Plaintiffs' Liaison Counsel
                                        MDL 2047

                                        *Co-Counsel for Plaintiffs*