Gang Che

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
*********************************************
IN RE:  CHINESE-MANUFACTURED     MDL NO. 2047
DRYWALL PRODUCTS LIABILITY
LITIGATION                       SECTION:  L
THIS DOCUMENT APPLIES TO         JUDGE FALLON
ALL CASES

                                 MAG. JUDGE
                                 WILKINSON


*********************************************



            Tuesday, January 22, 2019



        Videotaped 30(b)(6) Deposition of
TAISHAN GYPSUM CO., LTD f/k/a SHANDONG TAIHE
DONGXIN CO., LTD. RE: PRODUCT IDENTIFICATION,
through the testimony of GANG CHE, held at
Alston & Bird LLP, 1201 West Peachtree
Street, Atlanta, Georgia, commencing at
8:49 a.m., on the above date, before
Michael E. Miller, Registered Diplomate
Reporter, Certified Realtime Reporter and
Notary Public.


            —  —  —

        GOLKOW LITIGATION SERVICES
    877.370.3377 ph | 917.591.5672 fax
            deps@golkow.com

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 2

```
 1    A P P E A R A N C E S:
 2    COUNSEL FOR THE PLAINTIFF CLASS:
 3        COLSON HICKS EIDSON
          BY:  PATRICK S. MONTOYA, ESQUIRE
 4            patrick@colson.com
          255 Alhambra Circle
 5        Penthouse
          Coral Gables, Florida 33134
 6        (305) 476-7400
 7
 8        LAW OFFICES OF RICHARD J. SERPE PC
          BY:  RICHARD J. SERPE, ESQUIRE
 9            rserpe@serpefirm.com
          580 East Main Street
10        Suite 310
          Norfolk, Virginia 23510
11        (757) 233-0009
12
13        HERMAN HERMAN & KATZ LLC
          BY:  STEVE HERMAN, ESQUIRE
14            sherman@hhklawfirm.com
              820 O'Keefe Avenue
15        New Orleans, Louisiana 70113
          (504) 581-4892
16
17        LEVIN FISHBEIN SEDRAN & BERMAN
          BY:  SANDRA L. DUGGAN, ESQUIRE
18            sduggan@lfsblaw.com
              ARNOLD LEVIN, ESQUIRE
19            alevin@lfsblaw.com
          510 Walnut Street
20        Suite 500
          Philadelphia, Pennsylvania 19106
21        (215) 592-1500
22
23
24
25
```

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

```
                                                    Page 3
  1   A P P E A R A N C E S:
  2       IRPINO LAW FIRM
          BY:  PEARL A. ROBERTSON, ESQUIRE
  3            probertson@irpinolaw.com
          2216 Magazine Street
  4       New Orleans, Louisiana 70130
          (504) 525-1500
  5
  6       BARRIOS KINGSDORF & CASTEIX LLP
          BY:  EMMA SCHWAB, ESQUIRE
  7            eschwab@bkc-law.com
          701 Poydras Street
  8       Suite 3650
          New Orleans, Louisiana 70139-3650
  9       (504) 524-3300
 10
          LAW OFFICE OF ALLISON GRANT, P.A.
 11       BY:  ALLISON KAY GRANT, ESQUIRE
               agrant@allisongrantpa.com
 12       14 Southeast 14th Street
          Boca Raton, Florida 33432
 13       (561) 994-9646
 14
          SEEGER WEISS LLP
 15       BY:  CAROLINE CHOE, ESQUIRE
               cchoe@seegerweiss.com
 16       1515 Market Street
          Philadelphia, Pennsylvania 19102
 17       (215) 564-2300
 18
 19   COUNSEL FOR TAISHAN GYPSUM COMPANY:
 20       ALSTON & BIRD LLP
          BY:  BERNARD TAYLOR, ESQUIRE
 21            bernard.taylor@alston.com
               CHRISTY HULL EIKHOFF, ESQUIRE
 22            christy.eikhoff@alston.com
          One Atlantic Center
 23       1201 West Peachtree Street
          Atlanta, Georgia 30309-3424
 24       (404) 881-7000
 25
```

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

```
                                                        Page 4
 1   A P P E A R A N C E S:
 2        ALSTON & BIRD LLP
          BY:  HELEN SU, ESQUIRE
 3             helen.su@alston.com
          1950 University Avenue
 4        5th Floor
          East Palo Alto, California 94303
 5        (650) 838-2000
 6
 7        AKERMAN LLP
          BY:  ENJOLIQUÉ D. AYTCH, ESQUIRE
 8             enjolique.aytch@akerman.com
          350 East Las Olas Boulevard
 9        Suite 1600
          Fort Lauderdale, Florida 33301
10        (954) 463-2700
11
12   COUNSEL FOR BNBM DEFENDANTS:
13        ORRICK HERRINGTON & SUTCLIFFE LLP
          BY:  ANDREW K. DAVIDSON, ESQUIRE
14             adavidson@orrick.com
          The Orrick Building
15        405 Howard Street
          San Francisco, California 94105
16        (415) 773-5700
17
18   ALSO PRESENT:
19         YAN GAO, HERMAN HERMAN & KATZ
20         JING XU, ALSTON & BIRD
21         SUNNY WANG, MANDARIN INTERPRETER
22         JOSH COLEMAN, VIDEOGRAPHER
23
24
25
```

Golkow Litigation Services - 877-370-3377

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 5

1                              INDEX
2

   PROCEEDINGS                                    8
3

4

   EXAMINATION OF GANG CHE:
5

        BY MR. MONTOYA                           9
6

        BY MR. SERPE                           153
7

8

   CERTIFICATE                                 193
9

   ERRATA                                      195
10

   ACKNOWLEDGMENT OF DEPONENT                  196
11

   LAWYER'S NOTES                              197
12

13

14

15

16

17

18

19

20

21

22

23

24

25

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

```
 1                    DEPOSITION EXHIBITS
                           GANG CHE
 2                      January 22, 2019
 3     NUMBER              DESCRIPTION              PAGE
 4     Exhibit      Color Photographs                16
       PID-1
 5     Exhibit      Excerpted Color Photographs     133
       PID-1B       from Exhibit PID-1
 6
       Exhibit      Excerpted Color Photographs      30
 7     PID-1D       from Exhibit PID-1
 8     Exhibit      Excerpted Color Photographs      17
       PID-1E       from Exhibit PID-1
 9
       Exhibit      Excerpted Color Photographs      54
10     PID-1F       from Exhibit PID-1
11     Exhibit      Excerpted Color Photographs     140
       PID-1G       from Exhibit PID-1
12
       Exhibit      Excerpted Color Photographs      77
13     PID-1H       from Exhibit PID-1
14     Exhibit      Excerpted Color Photographs     101
       PID-1I       from Exhibit PID-1
15
       Exhibit      Excerpted Color Photographs     114
16     PID-1J       from Exhibit PID-1
17     Exhibit      Appendix 1 to the Parties'       10
       PID-2        Joint Submission to Special
18                  Master Regarding Product
                    Identification Discovery and
19                  Adjudication
20     Exhibit      CDW PID Position Chart           10
       PID-3
21
       Exhibit      Taian Taishan Plasterboard       14
22     PID-7        Co., Ltd. Manufacturer
                    Profile Form
23
       Exhibit      Pretrial Order #1               154
24     PID-9
25
```

Golkow Litigation Services - 877-370-3377

Gang Che

```
                                                    Page 7

 1                   DEPOSITION EXHIBITS
 2
     Exhibit      Taian Taishan Packing List        45
 3   PID-15
 4   Exhibit      11/06 E-mail from Jiapo Yang      119
     PID-20       w/Attachment(s)
 5                TG-0234499 - TG-0234511
 6   Exhibit      Color Photograph                  67
     PID-28
 7
     Exhibit      10/05 E-mail(s)                    90
 8   PID-35       w/Attachment(s)
                  TG-0234633 - TG-0234639
 9
     Exhibit      2/06 E-mail(s) from Tian Wu        54
10   PID-37       w/Attachment(s)
                  TG-0082861 - TG0082862
11
     Exhibit      Color Photographs                  38
12   PID-41       TG-PID-000001 - TG-PID-000033
13   Exhibit      Amended Notice of Deposition       29
     PID-48
14
     Exhibit      Color Photograph                  144
15   PID-50       TG-PID-000079 - TG-PID-000080
16   Exhibit      Color Photograph                   76
     PID-51
17
18
19
20
21
22
23
24
25
```

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 8

```
 1                    PROCEEDINGS
 2              (January 22, 2019 at 8:49 a.m.)
 3              THE VIDEOGRAPHER:  We are now
 4        on the record.  My name is Josh
 5        Coleman.  I'm the videographer for
 6        Golkow Litigation Services.  Today's
 7        date is January 22nd, 2019.  The time
 8        is approximately 8:49 a.m.
 9              This video deposition is being
10        held in Atlanta, Georgia in the matter
11        of In re Chinese Manufactured Drywall
12        Product Liability Litigation before
13        the United States District Court for
14        the Eastern District of Louisiana.
15              The deponent is Che Gang, a
16        30(b)(6) witness for Taishan, with the
17        interpreter, Sunny Wang.
18              Counsel will be noted on the
19        stenographic record.
20              The court reporter is Mike
21        Miller, who will now swear in the
22        witness.
23              (Interpreter was reminded of
24        her oath.)
25
```

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

                                                      Page 9
1                    GANG CHE,
2           having been first duly sworn,
3              testified as follows:
4                    EXAMINATION
5    BY MR. MONTOYA:
6         Q.    Good morning.
7         A.    Good morning.
8         Q.    Tell us your name please, sir.
9         A.    Che Gang.
10        Q.    Sir, you're here today to
11   testify as the corporate representative on
12   behalf of Taian Taishan Plasterboard and
13   Taishan Gypsum, correct?
14        A.    Correct.
15        Q.    For the purposes of this
16   deposition, I'm going to use the term
17   "Taishan" to refer to both Taishan Gypsum and
18   Taian Taishan Plasterboard.
19              Is that acceptable to you?
20        A.    Yes.
21        Q.    In the past depositions we've
22   used the term TG and TTP.  Do you recall
23   those terms?
24        A.    I don't have a clear
25   recollection on that.  There was such an

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 10

1    understanding.

2         Q.     When I refer to "Taishan" in

3    the deposition, I mean both Taishan and Taian

4    Taishan Plasterboard.

5              You understand that, correct?

6         A.     All right.

7         Q.     Sir, I'm going to show you what

8    we've marked as Exhibit 2 and Exhibit 3 to

9    this deposition.

10             (Deposition Exhibit PID-2

11        marked.)

12             (Deposition Exhibit PID-3

13        marked.)

14             MR. MONTOYA:   Hand one to your

15        counsel.

16             And, Bernard, I'm going to

17        represent to you that Exhibit 2 is the

18        previous version of the product ID

19        position chart that was later revised.

20        I'm not going to spend, frankly, any

21        time on Exhibit 2.  I'm going to go to

22        Exhibit 3, which is the revised one.

23             MR. TAYLOR:  Got it.

24    BY MR. MONTOYA:

25         Q.     Sir, Exhibit 2 has a Chinese

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 11

1    translation attached to it.

2                    Do you see that?

3         A.    I'm looking at it right now.

4         Q.    Did you assist in the

5    preparation of Exhibit 2 to your deposition?

6         A.    Yes.

7         Q.    I'm going to ask you to put

8    Exhibit 2 aside.  I'm going to give you

9    Exhibit 3.  I'm going to hand a copy to your

10   counsel and to you as well.

11                   Sir, Exhibit 3 to your

12   deposition is what we've called the Chinese

13   Drywall Product ID Position Chart.  It also

14   has a translation attached.

15                   Do you see that?

16        A.    I see that.

17                   MS. EIKHOFF:  Mr. Montoya, I

18            think you may have inadvertently

19            misspoken.  You said that Exhibit 2

20            was a prior version and Exhibit 3 was

21            a corrected version?

22                   MR. MONTOYA:  Are they

23            reversed?

24                   MS. EIKHOFF:  There was no

25            correction.  Exhibit 2 was filed with

Gang Che

Page 12

1        the Florida court, and it is the only

2        version that's ever been filed with

3        the Florida court, and no correction

4        was needed or made on that.

5              Exhibit 3 is what we submitted

6        to you as part of our discovery

7        process to provide you with additional

8        PID information and categories that

9        were not at issue in Florida.

10             MR. MONTOYA:  So my

11       understanding was PID-3 was the

12       revised chart.

13             MS. EIKHOFF:  It's not revised.

14       It was -- it's --

15             MR. MONTOYA:  Or amended.

16             MS. EIKHOFF:  I guess... right.

17       But I just want to make clear for the

18       record that PID-2 is what we have

19       filed in Florida, and it is correct.

20       And it -- no revisions are needed for

21       the purposes of the Florida

22       litigation.

23             MR. MONTOYA:  Okay.  I got it.

24       As to Florida, I understand.

25             MS. EIKHOFF:  As to Florida,

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 13

1        yes.
2                MR. MONTOYA:  I'm with you.
3        Okay.
4    BY MR. MONTOYA:
5        Q.    Sir, I'm going to discuss with
6    you Exhibit 3.
7        A.    What are the differences
8    between the two?
9        Q.    We just discussed the
10   differences between the two.  Exhibit 3
11   contains descriptions of brands named DUN,
12   D-U-N, and Crescent City.
13               Sir, did you have a role in
14   helping to prepare Exhibit 3.
15       A.    Those copies contain DUN.
16   They're the same.
17       Q.    Sir, we're going to work off of
18   Exhibit 3 for today, okay?
19               Did you assist in preparing
20   Exhibit 3?
21       A.    Let me put it this way:  Before
22   the deposition, during preparation, I have
23   prepared for this one that was submitted by
24   Alston.
25       Q.    And when you say "this one,"

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 14

1    you're referring to Exhibit 3, correct?

2         A.     If Exhibit 3 is the one that

3    Alston had submitted, that would be correct.

4              MR. MONTOYA:  Counsel, we're

5         comfortable with that?

6              MS. EIKHOFF:  Yes.

7              MR. MONTOYA:  Okay.

8              MS. EIKHOFF:  It was Exhibit 3.

9    BY MR. MONTOYA:

10        Q.    Sir, I'm going to hand you what

11   we're marking as Exhibit 7 to your

12   deposition, which is the Taian Taishan

13   Plasterboard Company's Manufacturer Profile

14   Form.

15             (Deposition Exhibit PID-7

16        marked.)

17             MR. MONTOYA:  I've handed a

18        copy to your counsel.

19             THE INTERPRETER:  The

20        interpreter will repeat her

21        interpretation.

22             (Translation.)

23             THE INTERPRETER:  May the

24        interpreter clarify?

25             MR. MONTOYA:  Yes.

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 15

```
 1                    THE INTERPRETER:  What is the
 2         translation of "profile" in this
 3         context?
 4                    MR. MONTOYA:  That's what it's
 5         titled.
 6                    THE INTERPRETER:  This is the
 7         interpreter speaking.  Would
 8         "manufacturer record" be --
 9                    MS. ROBERTSON:  Sunny, the
10         Chinese follows the English.
11                    THE INTERPRETER:  I can just
12         translate?  Okay.  Thank you.  The
13         interpreter will reinterpret.
14                    (Translation.)
15  BY MR. MONTOYA:
16         Q.    Sir, did you review Exhibit 7
17  in preparation for your deposition today?
18         A.    Yes.
19         Q.    Are you prepared to testify on
20  behalf of Taishan regarding Exhibit 7?
21         A.    Yes.
22         Q.    And we'll refer to this
23  document, Exhibit 7, as the Manufacturer
24  Profile Form.
25                    So I'm going to hand you what
```

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 16

```
 1    we're going to mark as Exhibit 1 to your
 2    deposition, with a copy to your counsel.
 3              (Deposition Exhibit PID-1
 4         marked.)
 5    BY MR. MONTOYA:
 6         Q.    So I'll represent to you that
 7    Exhibit 1 is a collection of 44 photographs
 8    that were on the Court's website.
 9              Have you seen these documents
10    before?
11              MS. EIKHOFF:  Objection.  These
12         documents were not posted on the
13         Court's website.  These are documents
14         that have been submitted by the
15         parties in agreement that these are
16         exemplars of product ID photographs.
17              MR. MONTOYA:  I'm with you.
18         That's my mistake.
19    BY MR. MONTOYA:
20         Q.    Sir, that was my error.  Let me
21    restate my question.
22              Sir, are you familiar with
23    Exhibit 1?
24         A.    I'm not sure I have reviewed
25    every one of these pictures, but for the
```

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 17

1   majority of it, I'm sure that I have reviewed

2   during the time of my preparation.

3        Q.    Did you use Exhibit 1, the

4   photographs, to help in preparing Exhibit 3,

5   the chart?

6        A.    Yes.

7        Q.    And did you review Exhibit 1,

8   the photographs, in preparation for your

9   deposition today?

10       A.    Yes.

11       Q.    Are you prepared to testify on

12  behalf of Taishan regarding Exhibit 1?

13       A.    Yes.

14       Q.    All right, sir.  Throughout

15  this deposition today, I'm going to take

16  smaller pieces of Exhibit 1 and break it into

17  smaller parts, so I'm going to hand you

18  Exhibit 1E, I believe.

19            (Deposition Exhibit PID-1E

20       marked.)

21  BY MR. MONTOYA:

22       Q.    So I'm handing your counsel a

23  copy of Exhibit 1E, and if you look at

24  Exhibit 1E, if you go to page 42 of

25  Exhibit 1, you'll see it's the same

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 18

1    photograph.

2                   Do you see that?

3         A.      I see page 42.

4         Q.      And you know that page 42 is

5    just one page out of Exhibit 1?

6         A.      All right.

7         Q.      Sir, Taishan agrees that it

8    produced the drywall that is photographed in

9    Exhibit 1E, correct?

10        A.      If the picture at the bottom

11   and picture -- the two pictures on the top

12   are from the same board, Taishan does not

13   deny that Taishan had produced the board.

14                But Taishan also does not

15   exclude the possibility that somebody faked

16   the brand of Taishan.

17        Q.      How are you able to determine

18   that Taishan stamped the markings on the back

19   of the drywall in Exhibit 1E?

20        A.      Because in the Taishan

21   Manufacturer Profile Form, it is marked that

22   Taishan had produced the DUN brand product.

23        Q.      Did you do anything other than

24   look at the Manufacturer Profile Form to

25   determine that the drywall photographed in

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 19

```
 1    Exhibit 1E was manufactured by Taishan?
 2         A.     Can you repeat that?
 3         Q.     Sure.
 4         A.     And it is pretty long.
 5                THE INTERPRETER:  The
 6         interpreter -- may the interpreter
 7         repeat it for him?
 8                MR. MONTOYA:  Yes.
 9                (Translation.)
10         A.     Yes.
11    BY MR. MONTOYA:
12         Q.     Did you look at anything other
13    than the Manufacturer Profile Form to
14    determine that the drywall in Exhibit 1E was
15    produced by Taishan?
16         A.     Besides referring to Taishan
17    Manufacturer Profile Form, I had also tried
18    hard to look into the Taishan's warehouse and
19    to find some residue products from those
20    years which produced by Taishan with American
21    sizes.
22                In addition to that, with the
23    assistance of attorneys, I've also reviewed a
24    large quantity of pictures regarding to the
25    marking.
```

Gang Che

1         Q.      Are you able to determine by
2    looking at Exhibit 1E, by the markings alone,
3    whether the board was manufactured by
4    Taishan?
5         A.      Are you referring to this one?
6         Q.      Yes.
7         A.      I have just said that by
8    looking at the top two pictures alone, we do
9    not deny that it was produced by Taishan;
10   however, we also do not exclude the
11   possibility that somebody faked Taishan's
12   brand.  Because in China, Taishan is a known
13   brand and a reliable brand.
14        Q.      Are you able to tell by the
15   font, F-O-N-T, in Exhibit 1E whether the
16   drywall is manufactured by Taishan?
17        A.      The same one?
18        Q.      Yes.
19        A.      From looking at the font alone,
20   I'm not able to determine the source of this
21   gypsum board.  I'll need more time to make a
22   decision on that.
23        Q.      Are you able to look at the
24   font alone in pictures 1 through 44 of
25   Exhibit 1 to determine if Taishan produced

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 21

1    the board?

2                    MR. TAYLOR:  To be sure that

3           we're clear on the question you're

4           asking, are you asking to go through

5           each one and respond?

6                    MR. MONTOYA:  No.  What I'm

7           asking is simply by the font alone,

8           can he determine whether or not they

9           manufactured the board.

10          A.    Are we going to discuss one by

11   one or something else?

12   BY MR. MONTOYA:

13          Q.    No.  Sir, my question is:  If

14   you look through Exhibit 1, is Taishan able

15   to say, just by the font alone, whether they

16   manufactured the drywall or not?

17          A.    This is a booklet of 40 pages

18   with different fonts.  If I look at fonts

19   alone, without other information to support

20   it, I'm not able to determine who

21   manufactured the boards because, from what I

22   learned from customers, at the time there

23   were many manufacturers produced similar

24   boards with American sizes, not only Taishan.

25          Q.    Sir, in Exhibit 1E, you see the

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 22

1    words "As Per ASTM C1396-04" in the photo on

2    the lower part of the page?

3         A.    I see that.

4         Q.    And after that phrase, do you

5    see numbers?  It looks like 0704 and then

6    some other numbers?

7         A.    I see that.

8         Q.    What are those numbers?

9         A.    I believe those are sequential

10   numbers.

11        Q.    What are the sequential numbers

12   for?

13        A.    I'm not sure about this.

14        Q.    Did you do any research to find

15   out what those numbers were?

16        A.    I did check some relevant

17   information, but it's been quite a while.  It

18   was not able to be determined what those

19   numbers represent -- represented at the time.

20              And I am also not sure by only

21   looking at the picture at the bottom alone

22   that it belongs to Taishan.

23        Q.    Is it your testimony here today

24   that the lower picture on Exhibit 1E was not

25   manufactured by Taishan?

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

1        A.      I am only expressing that by

2    looking at the bottom picture alone, I can no

3    longer determine whether or not it was

4    manufactured by Taishan.

5                 By looking at the two top

6    pictures, we do not deny that it was

7    manufactured by Taishan; however, we also do

8    not exclude the possibility that someone

9    might have faked the mark of Taishan's board.

10       Q.      Sir, what numbers -- I'm sorry,

11    let me start over again.

12                 Sir, what markings -- let me

13    start over again.

14                 Does Taishan put any batch

15    numbers or factory numbers on its board when

16    it creates it?

17                 MR. TAYLOR:  Objection to form.

18                 THE WITNESS:  Do I need to

19          answer that question?

20                 MR. MONTOYA:  Yes.

21                 THE WITNESS:  I would like to

22          hear from my attorney whether or not I

23          need to answer that question.

24                 MR. TAYLOR:  You can go ahead

25          and answer, to the extent you can.

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 24

1       A.      For this question, you have to

2    specifically determine for each batch.   You

3    cannot make a general statement for that.

4    BY MR. MONTOYA:

5       Q.      Is it Taishan's practice to put

6    a batch number on the boards that it

7    manufactures?

8               MR. TAYLOR:   Object to the

9          form.

10              THE WITNESS:   Do I need to

11         answer that?

12              MR. MONTOYA:   Yes, sir.

13              MR. TAYLOR:   Yes.

14      A.      As I said earlier, Taishan's

15   practice is not to make a general statement

16   on whether or not to put batch number on it.

17   It would have to be determined according to

18   specific circumstances.

19   BY MR. MONTOYA:

20      Q.      Are there any documents that

21   you could look at to determine whether or not

22   a batch number was put on drywall that

23   Taishan produced?

24      A.      If it were for the domestic

25   product made by Taishan, we have documents to

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

1    check.  Now we're talking about Taishan --

2    Taishan's own brand products.  If it was a

3    product by customer special request, we would

4    not be able to determine the information.

5    All these are made according to the

6    customers' requests.

7         Q.    Is the DUN brand a known brand

8    in China?

9         A.    DUN brand in China is not a

10   famous brand, but Taishan in China is a

11   famous brand.  Therefore, many companies, in

12   order to fake Taishan's manufacture the

13   product did not limit on faking Taishan brand

14   alone because the products produced by

15   Taishan are reliable; therefore, its products

16   are trusted by others, therefore, a

17   possibility of being imitated.

18        Q.    How would you know if another

19   manufacturer made a fake board with DUN?

20             MR. TAYLOR:  Objection, form.

21             MR. MONTOYA:  What's the

22        objection?  I'm sorry.

23             MR. TAYLOR:  It's unclear.

24        "Fake board with DUN" is pretty broad.

25             ///

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 26

1    BY MR. MONTOYA:

2         Q.      How would Taishan know if the

3    DUN board was a counterfeit board?

4         A.      I was only saying that Taishan

5    does not exclude the possibility that someone

6    faked Taishan's products.

7         Q.      Do you have any information

8    that the DUN brand was faked by another

9    manufacturer?

10        A.      Currently for Taishan's product

11   in China, we have a specific department to

12   fight the fake products.  They will search

13   all products under the title of Taishan which

14   are counterfeit.

15              If you want -- if you want the

16   current record for fighting the counterfeit

17   product, we do have those current records,

18   but they're not necessarily records for DUN

19   brand because it's impossible for the

20   counterfeiters to manufacture DUN brand

21   product according to your request.  They

22   manufactured Taishan's brand in a counterfeit

23   manner randomly and purposefully.

24        Q.      How long has Taishan had a

25   department to deal with counterfeiting?

Gang Che

Page 27

1        A.     It's been a long time.  I do
2    not remember the specific time because, as a
3    Chinese famous brand of products, Taishan has
4    been there for a long time as well.
5        Q.     Sir, you said that you have
6    current records regarding counterfeiting.  Do
7    you have any -- does Taishan have any records
8    from 2005 through 2007 regarding
9    counterfeiting of drywall?
10       A.     When I was preparing for the
11   deposition as the corporate representative, I
12   did search for information in this regard.
13   But unfortunately, they were not kept.
14       Q.     Who did you talk to?
15       A.     I finalized that with the
16   department of fighting counterfeit products.
17       Q.     Who specifically did you talk
18   to in that department about the records from
19   2005 to 2007, if anyone?
20       A.     I finalized that by approaching
21   the department manager, Mr. Zhuo.
22                THE INTERPRETER:  Interpreter
23          spelling, Z-H-U-O.
24   BY MR. MONTOYA:
25       Q.     How long has Mr. Zhuo -- I'm

Gang Che

1   going to get the name wrong -- been working

2   for Taishan?

3          A.      Also for a long time, but I

4   don't have a clear recollection on that

5   because it is not included in my depo

6   preparation.

7          Q.      How many people are in

8   Taishan's department that works with fake

9   products?

10              MR. TAYLOR:  Objection to form.

11         A.      I'm not sure because I did not

12   finalize this area because I do not think

13   it's relevant to the deposition this time.

14   BY MR. MONTOYA:

15         Q.      Did Taishan produce any DUN

16   drywall with any other markings on the edge

17   sealing tape other than "DUN Drywall"?

18         A.      I don't understand your

19   question.

20         Q.      For the DUN drywall in

21   Exhibit 1E, is there edge sealing tape?

22              MR. TAYLOR:  Objection to form.

23         Objection to form.

24              MS. EIKHOFF:  Yeah.  And,

25         Patrick, it's probably best for you to

Gang Che

1          not say "edge sealing tape," because

2          that could be interpreted as

3          C-E-I-L-I-N-G or S-E-A-L-I-N-G.  I

4          think we talked before that just "edge

5          tape" is better terminology for

6          everyone to understand.

7                 MR. MONTOYA:  Okay.  I'm just

8          going off the form, so I'll reask the

9          question.

10   BY MR. MONTOYA:

11          Q.    Sir, does the DUN Gypsum brand

12   drywall have edge tape?

13          A.    Reflected from the

14   manufacturer's information, DUN brand board

15   does have edge tapes.

16          Q.    I'm going to show you what

17   we've marked as Exhibit 48 to your

18   deposition, which is the deposition notice

19   and a translation.

20                 (Deposition Exhibit PID-48

21          marked.)

22   BY MR. MONTOYA:

23          Q.    Sir, you're testifying here

24   today on behalf of Taishan for topics 1

25   through 10, listed on Exhibit 48, correct?

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 30

1        A.      Yes.

2        Q.      I'm going to hand you

3   Exhibit 1D, like dog, 1D to your deposition.

4               (Deposition Exhibit PID-1D

5        marked.)

6   BY MR. MONTOYA:

7        Q.      I'll represent to you that

8   Exhibit 1D is photographs 27, 28 and 29 from

9   Exhibit 1.

10              Do you see that?

11       A.      I see that.

12       Q.      I'll ask you also to take a

13   look at Exhibit 3, and the photographs 27, 28

14   and 29 correspond to Crescent City Gypsum.

15              Do you see that?

16       A.      I see that.

17       Q.      And Taishan agrees that at

18   Exhibit 1D, photograph 29, that it

19   manufactured boards with those markings,

20   correct?

21       A.      Can you repeat that?

22       Q.      Sure.

23       A.      I did not hear clearly.

24       Q.      Taishan agrees that the

25   markings contained in photograph 29 of

Gang Che

Page 31

1    Exhibit 1D were produced by Taishan?

2         A.      Taishan does not deny the

3    number 29 was produced by Taishan.

4         Q.      Sir, do you know what the

5    term -- the letters 16, 1-6, OC on photograph

6    29 mean?

7         A.      I do not know.

8         Q.      Did you see documents in your

9    research that show that Taishan stamped

10   "16OC" on some of the drywall that it

11   manufactured?

12        A.      During the depo preparation as

13   the corporation representative, we tried very

14   hard to look and found in a corner of a

15   warehouse residue boards bearing the American

16   size marks at the time.  Included in those

17   boards are the markings similar to the

18   markings on page 29.

19             Upon comparing the residue

20   boards with American size with the boards on

21   the picture, the conclusion we made is

22   Taishan denies that it has produced the

23   product on the picture of 27 and 28.

24             But Taishan does not deny that

25   the product bearing the marking on picture 29

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 32

1    was produced by Taishan.

2              MR. TAYLOR:  Counsel, we're

3         right within that 50- to 60-minute

4         period.  I don't want to --

5              MR. MONTOYA:  That's fine.

6         We're at a break.

7              THE VIDEOGRAPHER:  We're now

8         going off the video record.  The time

9         is currently 9:45 a.m.  This is the

10        end of Media No. 1.

11             (Recess taken, 9:45 a.m. to

12        9:59 a.m.)

13             THE VIDEOGRAPHER:  We are now

14        back on the video record with the

15        beginning of Media No. 2.  The time is

16        currently 7:59 a.m. -- I'm sorry,

17        9:59 a.m.

18   BY MR. MONTOYA:

19        Q.    Sir, Exhibit 1D, photograph 29,

20   is that the same drywall that is identified

21   at line 214 of Exhibit 7 in the Manufacturer

22   Profile Form?

23             THE WITNESS:  Can you

24        reinterpret what line it was?

25             THE INTERPRETER:  The

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

1          interpreter will reinterpret.

2                    MR. MONTOYA:  Sure.  Line 214

3          of Exhibit 7.

4          A.      During the deposition

5     preparation as a corporate representative, we

6     tried hard, and according to the comparison

7     of what we have found in Taishan's warehouse,

8     the residual board, with the picture

9     number 29, we believe it is the product

10    reflected on line 214.

11    BY MR. MONTOYA:

12         Q.      If we look at line 214, the

13    product marking says "Made in China,

14    Ceiling."

15                  Do you see that?

16         A.      I see that.

17         Q.      Do you agree with me that

18    photograph 29 also has the words "16OC" after

19    "Ceiling"?

20                    THE WITNESS:  Can you repeat

21         your interpretation?

22                    THE INTERPRETER:  The

23         interpreter will repeat.

24                  (Translation.)

25         A.      Yes.

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 34

1  BY MR. MONTOYA:

2      Q.    Do you agree that the words --

3            MR. MONTOYA:  Read back my last

4      question, please, I'm sorry.

5            (The following portion of the

6      record was read.)

7            "QUESTION:  Do you agree with

8      me that photograph 29 also has the

9      words '16OC' after 'Ceiling'?"

10           (End of readback.)

11           MR. MONTOYA:  And the answer is

12     yes, correct?

13           THE REPORTER:  Yes.

14  BY MR. MONTOYA:

15     Q.    Sir, do the words "16OC" appear

16  at line 214 of Exhibit 7?

17           THE WITNESS:  Can you repeat

18     the interpretation?

19           THE INTERPRETER:  The

20     interpreter will repeat.

21           (Translation.)

22     A.    No.

23  BY MR. MONTOYA:

24     Q.    Sir, I'm going to direct your

25  attention to line 1 of Exhibit 7, the profile

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 35

1   form.

2          A.     Yes.

3          Q.     Sir, line 1 is for 82,000

4   sheets of drywall; is that correct?

5          A.     Approximately 82,000 sheets.

6          Q.     Do you see the product marking

7   listed at line 1 says "Made in China Cr"?

8          A.     I see that.

9          Q.     Do you know what the "Cr" means

10  in the product markings?

11         A.     I do not.  I do not know.  I

12  believe it is written that way in accordance

13  with the customer's request.

14         Q.     What documents do you have to

15  show the customer's request to have "Made in

16  China Cr" stamped on the drywall?

17         A.     Usually the customers' requests

18  are confirmed by e-mails, telephones and

19  contracts; therefore, if we're looking for

20  information in that regard and if the e-mail

21  had confirmed it, we have already submitted

22  all those e-mails to attorneys.

23         Q.     Is it your position that your

24  counsel, your lawyers, have given over

25  documents that would show orders for "Made in

Gang Che

Page 36

1    China Cr" to be stamped on the back of

2    Taishan drywall?

3                THE INTERPRETER:  The

4          interpreter needs to clarify a

5          translation for law firm.

6                MR. MONTOYA:  You can say

7          attorneys.  That's fine.

8                THE INTERPRETER:  Mr. Che

9          specifically said law firm's name in

10         Chinese.  Not sure how to --

11               MS. ROBERTSON:  Hogan Lovells?

12               THE INTERPRETER:  Thank you.

13     A.    I was not saying that I handed

14   over those documents to my attorney.  I was

15   saying that we have submitted all the

16   documents in 2010 to Hogan Lovells --

17               MS. ROBERTSON:  L-O-V-E-L-L-S.

18     A.    -- attorneys, and again, in

19   2015, upon the compilation of Austin --

20   Sidley Austin and submitted to the Court.  If

21   you cannot still find it, it was probably

22   made through telephone calls or face-to-face

23   in our company by our customers.

24   BY MR. MONTOYA:

25     Q.    As you prepared to be the

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

1    corporate representative for Taishan today,

2    did you see any documents where a customer

3    requested the markings "Made in China Cr"?

4         A.    I did not see that.

5         Q.    Sir, Exhibit 1D, photograph 27,

6    can you take a look at that, please?  Can you

7    hold that up to the camera for us so he can

8    get a view of it?

9         A.    (Witness complies.)

10        Q.    I appreciate that.  Thank you.

11              Would you agree with me that

12   photograph 27 has white edge tape in it?

13        A.    I do not see that.

14        Q.    Do you know what the white

15   stripes are in photograph 27?

16        A.    It should be a tape of edge

17   connection.

18              THE INTERPRETER:  This is the

19        interpreter speaking.  That's a

20        literal translation.

21        A.    Which means that during the

22   production of the board, in between two

23   boards, they will need to be connected by the

24   edge connection tape.  The purpose of it is

25   to prevent cracks created between the two

Gang Che

Page 38

1   boards.

2   BY MR. MONTOYA:

3        Q.      Sir, is it your position that

4   in Exhibit 27 -- or photograph 27, in the

5   lower left-hand corner, that this is not

6   white edge tape?

7        A.      According to my experience of

8   working in this industry for years, the edge

9   tape is supposed to be positioned on its

10  short side.  The spray marking is parallel

11  with the long side of the board.

12              So when you look at the spray

13  marking parallel to the long side of the

14  board, for sure it is not, an edge tape.  The

15  only possibility is that its an edge

16  connection tape.  This is determined

17  according to my years of experience working

18  in this industry.

19       Q.      Sir, I want to ask you to take

20  a look at Exhibit 41.

21              (Deposition Exhibit PID-41

22       marked.)

23              THE WITNESS:  May I have a

24       copy?  Thank you.

25              MR. MONTOYA:  Bernard, do we

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

1          have a stipulation that Exhibit 41

2          were the photographs that were

3          produced to us late last week,

4          TG-PID-1 through -- on Saturday, 1

5          through 33?

6               MR. TAYLOR:  So stipulated.

7               THE WITNESS:  In the document,

8          look at TG-PID-000022.  It is clearly

9          represented that the edge tape is at a

10         vertical position in relation to the

11         spray marking.

12              Therefore, the question you

13         just asked, which that is paralleled

14         with the spray marking, for sure it is

15         not the edge tape.

16              The most possible explanation

17         is it is the edge connection tape

18         during the production.

19    BY MR. MONTOYA:

20         Q.    When you said the edge

21    connection tape, you're referring to

22    Exhibit 1D, photograph 27, correct?

23         A.    Correct.

24         Q.    And Exhibit 41 is photographs

25    that were taken in China at a Taishan

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

```
                                              Page 40
 1   factory, correct?
 2        A.     It is during my depo
 3   preparation as a corporate representative
 4   that we have found this board in the corner
 5   of the Taishan warehouse when searching for
 6   markings.  It took us a lot of efforts.
 7        Q.     Sir, I'm going to ask you to
 8   look at Exhibit 41, photograph 2.  Do you
 9   agree with me that is drywall that Taishan
10   manufactured?
11        A.     Yes.
12        Q.     It also has a white edge that
13   runs parallel with the product markings,
14   correct?
15                 THE WITNESS:  Can you
16        reinterpret it?
17                 THE INTERPRETER:  The
18        interpreter will reinterpret.
19                 (Translation.)
20        A.     The edge -- the white tape is
21   not edge tape.  It is a face paper of the
22   gypsum board.  There are two papers in the
23   gypsum board during production.  One is on
24   top; one is at the bottom.
25                 The side that have spray
```

Gang Che

Page 41

1    marking, we call it the back.  In order to
2    distinguish the front side with the back
3    side, each paper has a different color.
4                When you look at the white
5    strip of paper parallel with the spray
6    marking, it is a face paper, not an edge
7    tape, just like the picture that I showed you
8    just now.  It clearly reflected this issue.
9    BY MR. MONTOYA:
10        Q.    Sir, I want to ask you to turn
11   to photograph 15 of Exhibit 41.  Sir, does --
12   Taishan agrees that it manufactured board
13   with the markings at photograph 15, correct?
14        A.    This is only part of our
15   markings.
16        Q.    I'm sorry, my question was:
17   Does Taishan admit that it manufactured
18   boards with the markings contained at
19   Exhibit 15 -- I'm sorry, photograph 15.
20        A.    The more complete picture of
21   this marking can be found on page 23.  This
22   is a more complete information.  The picture
23   just mentioned is only part of it.
24        Q.    At Exhibit 41, photograph 23,
25   Taishan admits that it produced drywall with

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 42

1    these markings, correct?

2         A.     Correct.

3         Q.     What was the edge sealing tape

4    on photograph 23?

5         A.     The edge tape of picture 23 can

6    be seen on page 25.

7         Q.     And that edge tape at

8    photograph 25 says "Manufactured in P.R.C.,

9    Crescent City Gypsum, Incorporated," correct?

10        A.     Are you reading this?

11        Q.     Yes.

12        A.     Yes.

13        Q.     Sir, I'm going to ask you to

14   take a look at Exhibit 1D, photograph 28.

15   Yes, number 28.  Do you see photograph 28?

16        A.     Yes.

17        Q.     And I'm going to ask the

18   interpreter to interpret the words:  Does

19   photograph 28 contain the words "Ceiling

20   16OC, Wall 21OC"?

21              THE INTERPRETER:  This is the

22         interpreter speaking.  The original

23         document is in English.

24              MR. MONTOYA:  Yes.

25              THE INTERPRETER:  Would you

Gang Che

Page 43

1        like me to interpret into Chinese and

2        ask the deponent whether it is written

3        in Chinese as I interpret it?

4              MR. MONTOYA:  No.  No.

5              THE INTERPRETER:  Just read it

6        as it is?

7              MR. MONTOYA:  Just read it,

8        yes.

9              (Translation.)

10       A.    I see that.

11  BY MR. MONTOYA:

12       Q.    Do you agree that in picture 28

13  of Exhibit 1D has the same words, "16OC Wall

14  21OC" as the drywall that was photographed in

15  your factory at picture 23 of Exhibit 41?

16       A.    No.  In fact, this is the

17  result of our effort in collecting

18  information for the purpose of my deposition

19  preparation as a corporate representative.

20  We actually found in the warehouse the

21  residual board with American size carrying

22  this spray marking.

23              This is a conclusion made after

24  we have compared the actual board we

25  discovered in the warehouse with the picture

Gang Che

Page 44

1    as well as the manufacturer's profile.

2              Taishan does not deny that a

3    product reflected in picture 29 might have

4    been produced by Taishan, but we deny that

5    the products on picture 27 and 28 belong to

6    Taishan.

7              The products with such a spray

8    marking reflecting from the manufacturer's

9    profile, there was only a production of 2600

10   sheets; therefore, picture 28 is not a

11   product of Taishan.

12        Q.    Sir, what did you rely upon --

13   what does Taishan rely upon to deny that it

14   manufactured the boards in Exhibit 1D,

15   photograph 27?

16              THE WITNESS:  Can you

17        reinterpret it?

18              THE INTERPRETER:  The

19        interpreter will reinterpret it.

20              I have not yet found the

21        document.  This one.

22              THE WITNESS:  (In English)

23        Thank you.

24              (Translation.)

25        A.    For the word some-some city, it

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

1    is only a spray marking on Taishan's product

2    as stamped on the edge tape, but it is not

3    reflected on the spray marking.  This is not

4    consistent with the spray marking we found on

5    the residual boards in our warehouse.

6    BY MR. MONTOYA:

7         Q.    Sir, I'm going to hand you

8    Exhibit 15 to your deposition.

9              (Deposition Exhibit PID-15

10        marked.)

11   BY MR. MONTOYA:

12        Q.    Sir, you've seen Exhibit 15

13   before, correct?

14        A.    I don't have a clear

15   recollection on that.

16        Q.    Is Exhibit 15 a packing list

17   and invoice from Taian Taishan Plasterboard

18   Company, Limited?

19        A.    From what is reflected on the

20   document, that is the wording.

21        Q.    Do you know who signed it?

22        A.    Right here, you mean?

23        Q.    I'm sorry, the Chinese

24   characters, do you know who signed it?

25        A.    Mr. Liu, L-I-U; Ms. Tang,

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 46

1    T-A-N-G.  I do not know this.
2              MS. EIKHOFF:  Counsel, just for
3         the record, it says "to."
4              MR. MONTOYA:  It does.
5    BY MR. MONTOYA:
6         Q.    Do you recall a sale from Taian
7    Taishan Plasterboard to Stone Pride
8    International Corporation?
9         A.    It's a long time ago.  I do not
10   have a clear recollection on that.
11        Q.    Is this the -- are these the
12   boards that Taishan admits to at line 227 of
13   Exhibit 7 in the Manufacturer Profile Form?
14        A.    From comparing the respective
15   information, it should be the board.  There
16   is only a discrepancy on the date.  It should
17   be it.
18        Q.    What is the discrepancy on the
19   dates?
20        A.    Here it reflects November
21   the 20th, 2006, but over here it reflects
22   December the 2nd, 2006.
23        Q.    Do you know what date Taishan
24   used to fill out the column with dates in the
25   Manufacturer Profile Form?

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 47

1          A.       During my depo preparation as a

2     corporate representative, I have reviewed the

3     deposition information of Mr. Peng, P-E-N-G.

4     I believe the date over here is prepared

5     according to the date of the invoice.  That's

6     why I said that should be the transaction.

7          Q.       Sir, Exhibit 41, the

8     photographs that were taken in the factory,

9     Taishan agrees that it manufactured the

10    boards that have the markings in Exhibit 41,

11    correct?

12         A.       Yes, if those are the

13    photographs provided you by Alston Bird's

14    attorneys, they are the products we have

15    discovered from Taishan's warehouse as

16    residual boards.

17         Q.       Just a clarification, are we

18    saying residue or residual?

19         A.       Residual.

20              MR. MONTOYA:  Okay.  And

21         does -- to the interpreter, if we

22         correct that throughout the record, is

23         that acceptable to you?

24              THE INTERPRETER:  That is

25         correct.  I stand corrected.

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 48

1    BY MR. MONTOYA:

2         Q.    At Exhibit 41, photograph 21,

3    can you hold that up for the camera, please.

4         A.    (Witness complies.)

5         Q.    Thank you.

6               In the Manufacturer Profile

7    Form when Taishan says "white edge sealing

8    tape" or "white edge tape," is this the tape

9    that Taishan was referring to?

10        A.    Correct.  The white edge tape

11   is the kind of tape, not the tape reflected

12   in the picture.

13        Q.    Can you explain that for us,

14   please?

15        A.    To explain what?

16        Q.    I don't understand what you

17   meant by "the tape" versus --

18               MR. MONTOYA:  If you want to

19          read back his answer, that would help

20          me.

21               (The following portion of the

22          record was read.)

23               "ANSWER:  Correct.  The white

24          edge tape is the kind of tape, not the

25          tape reflected in the picture."

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 49

1                    (End of readback.)
2          A.      White edge tape is a type of
3     tape.  If you say "the white edge tape," in
4     Chinese it means the specific tape that
5     you're referring to.
6                    According to the information we
7     learned from customers, at the time while
8     producing the gypsum board with American
9     sizes, a lot of manufactured -- manufacturers
10    used the white edge tape just like this kind
11    without words on it, even to the point that
12    there were no spray marking on the back of
13    the board.
14                  THE INTERPRETER:  The
15         interpreter needs to clarify with
16         deponent.
17                  (Translation.)
18         A.      Even including some of the
19    spray marking without brand name, just like
20    the one we mentioned earlier, et cetera.
21    Similar products produced according to
22    customers' requests.
23    BY MR. MONTOYA:
24         Q.      Sir, as an example, if I look
25    at Exhibit 41, photograph 21, in the

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 50

1    Manufacturer Profile Form -- here's what I'm

2    going to read, from the Manufacturer Profile

3    Form, line 227.

4         A.    I have got it.

5    BY MR. MONTOYA:

6         Q.    When the Manufacturer Profile

7    Form says "white edge sealing,"

8    S-E-A-L-I-N-G, "tape (without words [printed

9    thereon])," is that the tape that Taishan is

10   referring to and is photographed in

11   photograph 21?

12        A.    Correct.

13            MS. EIKHOFF:  Counsel, I do

14        want to make a clarification for the

15        record that I can make a

16        representation that the photograph at

17        21 is a photograph of the same board

18        pictured at photograph 20.

19        A.    Which is to say that reflected

20   on picture 21, there was only the edge tape.

21   It did not reflect, however, what is on

22   line 227 where it says no spray marking.

23            According to the information we

24   learned from our customers, many

25   manufacturers had produced boards with white

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 51

1   edge tape without wording on the spray
2   marking.
3              Therefore, by only looking at
4   something that is white, without wording and
5   is edge tape and it has no spray markings on
6   it, you cannot really decide it is a product
7   produced by Taishan.  We need more
8   comprehensive information in order to confirm
9   the product.
10  BY MR. MONTOYA:
11        Q.    Sir, I need to go back to a
12  question I asked you earlier when you
13  referenced the Manufacturer Profile Form.  I
14  believe that you said that you had spoke to a
15  Mr. Peng or Pang in one of your answers.
16             Which Mr. Peng did you speak
17  to?
18        A.    The Mr. Peng here is referred
19  to a Mr. Wenlong Peng, W-E-N-L-O-N-G,
20  P-E-N-G, the gentleman who came for his
21  deposition here.
22        Q.    When did you last speak with
23  him?
24        A.    I inquired Mr. Peng in
25  regarding to the issue of markings when I was

Gang Che

Page 52

1    preparing for my deposition as a corporate

2    representative recently.

3         Q.      Is Mr. Peng still employed by

4    one of the Taishan companies?

5         A.      No.

6         Q.      Are you friends with Mr. Peng?

7         A.      We used to be colleagues.

8         Q.      Did Mr. Peng participate in the

9    meetings to prepare for your deposition?

10        A.      No.

11        Q.      Did you meet with him,

12   Mr. Peng, to prepare for your deposition as

13   the corporate representative of Taishan?

14        A.      I contact him via telephone.

15        Q.      How many times did you talk to

16   him to prepare for your deposition today?

17        A.      I don't have a clear

18   recollection as of how many times I've talked

19   to him, but during the preparation of my

20   deposition as the corporate representative, I

21   have contacted a lot of people for relevant

22   information either through telephone or

23   through face-to-face conversation.

24              I've tried very hard in that

25   regard and talked to many people; therefore I

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 53

1   do not remember exactly how many times I've
2   talked to him.  However, a lot of questions I
3   asked him, he also did not have a clear
4   recollection.  After all, he has left Taishan
5   for quite a while.
6               And also I've tried to contact
7   a salesperson by the name of Yang Yabo,
8   Y-A-N-G, space, Y-A-B-O, and asking this
9   person to try to recollect information in
10  regarding to the gypsum boards' markings
11  bearing American size, and also ask him to
12  try to contact his former customers to see
13  whether or not there are records for the
14  markings.
15              But unfortunately, we did not
16  get any good information because -- because
17  after all, they have all left.  They are no
18  longer a member of Taishan's employees.
19  Therefore, the best effort we could make is
20  to be able to get in touch with them.
21       Q.    Thank you.
22              Sir, I'm going to hand you
23  what's been marked as Exhibit 1F to your
24  deposition.  It is photographs 30, 31, 32 and
25  33 from Exhibit 1.

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 54

1                    (Deposition Exhibit PID-1F
2          marked.)
3                    MR. TAYLOR:  Counsel, after
4          these questions.
5                    MR. MONTOYA:  Sure.  You want
6          to do it now?  Interpreter would like
7          a break, absolutely.
8                    MR. TAYLOR:  Sure, let's do it
9          now.
10                   THE VIDEOGRAPHER:  We're now
11         going off the record.  The time is
12         currently 10:57 a.m.  This is the end
13         of Media 2.
14                   (Recess taken, 10:57 a.m. to
15         11:10 a.m.)
16                   THE VIDEOGRAPHER:  We are now
17         back on the video record with the
18         beginning of Media No. 3.  The time is
19         currently 11:10 a.m.
20                   (Deposition Exhibit PID-37
21         marked.)
22    BY MR. MONTOYA:
23         Q.    Sir, I'm going to show you what
24    we're going to mark as Exhibit 37 to your
25    deposition.  The translation is at the top,

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 55

1    and the Chinese e-mail is at the last page.
2              MR. TAYLOR:  Are you starting
3         with 37?  Okay.
4    BY MR. MONTOYA:
5         Q.    Sir, Exhibit 37 is an e-mail to
6    you with label art attached?
7         A.    Yes.
8         Q.    And your e-mail address was
9    sdth818@163.com, correct?
10        A.    Yes.
11        Q.    And Mr. Tian Wu with the e-mail
12   address wuyu374@126.com sent this e-mail to
13   you?
14        A.    Yes.
15        Q.    And the subject was American
16   adhesive tape?
17        A.    Yes.
18        Q.    And the attachment is entitled
19   Design of Sealing, S-E-A-L-I-N-G, tape,
20   correct?
21        A.    What it says is the edge tape
22   sealing, S-E-A-L-I-N-G, tape sample.
23        Q.    Thank you.
24              MR. MONTOYA:  And I've been
25         spelling out "sealing" for your -- for

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 56

1          the interpreter's benefit, to

2          distinguish between sealing,

3          S-E-A-L-I-N-G, and ceiling,

4          C-E-I-L-I-N-G.  That was for you.

5                    THE INTERPRETER:  Thank you.

6    BY MR. MONTOYA:

7          Q.    And the importance was high,

8    correct?

9          A.    What is that word, importance?

10                    THE INTERPRETER:  The

11          interpreter will interpret that into

12          Chinese.

13                    (Translation.)

14          A.    Yes, importance.

15    BY MR. MONTOYA:

16          Q.    Did you receive this e-mail

17    with the attachment of the sealing tape that

18    says "Crescent City Gypsum, Incorporated,

19    Manufactured in P.R.C."?

20          A.    This sealing tape is exactly

21    the sealing tape on PID-41.

22          Q.    Do you know where the board --

23    the drywall with the sealing tape was sent

24    to?

25          A.    I do not know.

Gang Che

Page 57

1          Q.     Who was Tian Wu who sent you
2     the e-mail at Exhibit 37?
3          A.     I don't have a clear
4     recollection.  It's been quite a while ago.
5          Q.     Was it obvious to you at the
6     time that the drywall with the Crescent City
7     Gypsum, Incorporated sealing tape was going
8     to be sent to the United States?
9          A.     That's what the marking said;
10    however, at the time we did the business, the
11    transaction was concluded in RMB.  We
12    delivered the product from our factory, but
13    whether or not specifically it was then sent
14    to Vietnam or to Thailand or any other
15    country, I'm not sure about that.  It's been
16    a while ago.
17         Q.     Sir, can we go back to
18    Exhibit 1D?  No, it's different.  That's F.
19    We need 1D.  Sorry.
20              MR. MONTOYA:  Do you have a
21         copy, Sunny?
22              MR. TAYLOR:  He can have mine.
23    BY MR. MONTOYA:
24         Q.     Sir, I think you said in your
25    testimony that photograph 29 you confirmed

Gang Che

1    with the photographs that are in Exhibit 41
2    at your factory recently; is that correct?
3            A.      Can you say it again slowly?
4                    THE INTERPRETER:   The
5            interpreter will reinterpret.
6                    (Translation.)
7            A.      I'm sorry, can you ask again?
8    BY MR. MONTOYA:
9            Q.      Sure.  No problem.
10                   Sir, I think you've told us
11   that Exhibit 1D, photograph 29, are the same
12   markings in Exhibit 41, photograph 23; is
13   that correct?
14           A.      I said that we do not deny this
15   photograph because the degree of similarity
16   is very high.
17           Q.      Sir, you've also told us that
18   you believe that Exhibit 1D, photographs 27
19   and 28, are different than 29, correct?
20           A.      Correct.
21           Q.      But you have no evidence
22   sitting here today that Taishan did also not
23   make the drywall at photographs 27 and 28 in
24   the 2005 to 2007 time frame?
25                   MR. TAYLOR:  Objection to form.

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 59

```
 1              THE WITNESS:  May I answer the
 2       question?
 3              MR. TAYLOR:  Yes.
 4              THE WITNESS:  Can you ask
 5       again?  I forgot.
 6              THE INTERPRETER:  The
 7       interpreter will repeat the question.
 8              (Translation.)
 9       A.     Correct.
10  BY MR. MONTOYA:
11       Q.     I'm going to ask you to turn
12  your attention to Exhibit 1F.  Exhibit 1F,
13  photograph 30, Taishan denies that it
14  manufactured the board with the markings in
15  photograph 30?
16       A.     Correct.
17       Q.     What evidence do you have that
18  Taishan did not manufacture the board in
19  Exhibit 30?
20       A.     During the preparation of my
21  deposition as a corporate representative, I
22  have reviewed a large quantity of
23  information, and I have referred to the
24  manufacturer's profile as well as compared
25  the residual boards in our warehouse.  In
```

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 60

1   addition to that, I have also reviewed a
2   large quantity of pictures.
3               There is no evidence to support
4   that Taishan has manufactured the gypsum
5   board reflected in the picture with the
6   marking "IMT" on it reflected from Taishan's
7   manufacturer's profile.
8               The Taishan manufactured board
9   with "IMT" marking on it, the marking is on
10  the blue-and-white edge tape.  The spray
11  marking only reflects the drywall 4 feet by
12  12 feet by half inch.  It did not spray the
13  wording of "IMT" on the back of the board;
14  therefore Taishan deny the products bearing
15  these markings were produced by Taishan.
16       Q.    What documents do you rely upon
17  to say that Taishan did not manufacture
18  drywall with the markings "IMTGypsum.com" on
19  it?
20       A.    The wordings reflected on the
21  manufacturer's profile, "IMT," is different
22  from the wording reflected from the pictures;
23  therefore no records was discovered that
24  Taishan had sprayed the marking of "IMT" on
25  the back of its boards.

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 61

1          Q.      Sir, you relied upon Mr. Song's

2     work from about eight or nine years ago in

3     your answer, correct?

4                    MR. TAYLOR:  By "Mr. Song," are

5          you referring to Mr. Peng?

6                    MR. MONTOYA:  No.

7                    MR. TAYLOR:  Okay.  Sorry.

8                    MR. MONTOYA:  Mr. Song.

9                    THE INTERPRETER:  S-O-N-G?

10                   MR. MONTOYA:  Yeah.

11                   (Translation.)

12         A.      Which Mr. Song are you

13    referring to?

14    BY MR. MONTOYA:

15         Q.      The one who signed the

16    Manufacturer Profile Form on behalf of

17    Taishan.

18         A.      Can you ask the question again?

19         Q.      Sure.

20                   When Taishan determined that it

21    did not mark drywall "IMTGypsum.com" you went

22    to look at Mr. Song Qing Hai's work from the

23    Manufacturer Profile Form, correct?

24         A.      Correct.

25         Q.      You didn't talk to Mr. Song

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 62

1    Qing Hai in preparation for your deposition,

2    correct?

3         A.     Correct, because the

4    compilation of the document was done by

5    Mr. Peng; therefore I communicated and

6    confirmed some information with Mr. Peng.

7         Q.     Is there a file that Mr. Peng

8    created when he did the work on the

9    Manufacturer Profile Form?

10                MR. TAYLOR:  Objection to form.

11                You should answer.

12                THE WITNESS:  Ask again.

13                THE INTERPRETER:   The

14         interpreter will reinterpret.

15                (Translation.)

16         A.     During my preparation for the

17    deposition as the corporation's

18    representative, I did read what Mr. Peng had

19    created in regarding to the detailed

20    American-sized gypsum board.

21    BY MR. MONTOYA:

22         Q.     I presume that there's a file

23    of documents that Mr. Peng used to create the

24    Manufacturer Profile Form; am I correct?

25                MR. TAYLOR:  Objection to form.

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 63

1         A.       I don't know what you are
2     referring to because you said the word "file"
3     and "documents" in a general term.
4     BY MR. MONTOYA:
5         Q.       Did Mr. Peng give you any
6     documents to reflect the work that he did to
7     create the listings in the Manufacturer
8     Profile Form?
9         A.       I don't have any documents in
10    this regard because during my telephonic
11    conversation with Mr. Peng, he did not recall
12    a lot of information.
13              During my preparation of
14    deposition as corporation representative, I
15    have reviewed a lot of information and I
16    believe Mr. Peng also had diligently prepared
17    information in regarding to American-sized
18    gypsum boards.
19              As far as my understanding as
20    colleagues of many years with Mr. Peng, I
21    believe Mr. Peng had tried his very best to
22    collect relevant information.  With the help
23    of the attorneys of Hogan Lovells he had
24    diligently prepared this document.
25        Q.       Did Mr. Peng ever tell you that

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 64

1    there was a collection of documents that

2    provided the information that went in to

3    create the manufacture -- Taishan's answers

4    in the Manufacturer Profile Form?

5                    THE INTERPRETER:  The

6            interpreter needs to clarify.

7                    (Translation.)

8            A.    As a corporate representative

9    preparing for the deposition, I did review

10   relevant information regarding to Mr. Peng's

11   deposition.  Mr. Peng said that he did review

12   and prepared a lot of documents at the time.

13   BY MR. MONTOYA:

14           Q.    Sir, no one's ever handed you a

15   file of documents that are the backup

16   information for the Manufacturer Profile

17   Form, correct?

18                   MR. TAYLOR:  Objection to form.

19                   THE WITNESS:  I don't quite

20           understand what he said.  Can you ask

21           again?

22                   THE INTERPRETER:  The

23           interpreter -- oh.

24                   THE WITNESS:  Or paraphrase it.

25                   ///

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

```
 1   BY MR. MONTOYA:
 2         Q.      What I'm looking for is a file
 3   or a compilation or documents.  That's the
 4   term I'm trying to get across.
 5         A.      Yes.
 6         Q.      Where is that file?
 7         A.      It is kept in the company.
 8         Q.      Do you know if those documents
 9   have ever been given to the plaintiffs in
10   this case?
11         A.      Whether or not it was given to
12   the plaintiff is not something that I would
13   know.  But in 2010, Hogan Lovells had
14   collected a lot of information in Taishan.
15              In 2015, Alston law firm also
16   tried to collect many information.  And they
17   have also submitted those documents to the
18   court representing Taishan.
19              As of what are those documents
20   and whether or not they are in your hands,
21   I'm not sure about that.
22         Q.      Do you know why Mr. Peng did
23   not sign the Manufacturer Profile Form when
24   he did all the work?
25         A.      Because there might have been
```

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 66

1    certain requirements for signatures.  I
2    believe the signature should have been the
3    signature of a legal person or a supervisor.
4        Q.    You would agree with me that
5    Mr. Peng and not Song Qing Hai did the work
6    to create the Manufacturer Profile Form on
7    behalf of Taishan?
8            MR. TAYLOR:  Objection to form.
9        A.    I think at the time the most
10   knowledgeable person as well as the person
11   who was able to collect the best information
12   for submission to the court or according to
13   the requirement of the attorneys and the
14   court is Mr. Peng, because at the time
15   Mr. Peng had the most direct contact of the
16   work and who did the work directly as well.
17   BY MR. MONTOYA:
18       Q.    Sir, I'm going to ask you to
19   take a look at the Manufacturer Profile Form
20   at Exhibit 7 and ask you to look at lines 59
21   to 61.  Let me start this another way.  I'm
22   sorry.
23            Sir, I'm going to ask you to
24   accept that lines 59 through 61, 67 through
25   112, 118 through 119, 121, and 125 to 126

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 67

1    state that the edge sealing tape markings are
2    blue-and-white edge sealing tape with the
3    words "IMTGypsum."
4              You can take your time in
5    looking at those lines.
6         A.    Correct.
7              (Deposition Exhibit PID-28
8         marked.)
9    BY MR. MONTOYA:
10        Q.    I'm going to ask you to take a
11   look at Exhibit 28, which I'm handing to you
12   and your counsel.  Is the blue-and-white edge
13   sealing tape with "IMTGypsum" in the profile
14   form at lines 59 through 61, 67 through 112,
15   118 to 119, 121, and 125 and 126 the same
16   edge tape as Exhibit 28?
17        A.    This information is not
18   complete.  I cannot make such a decision.
19        Q.    What does the blue-and-white
20   edge tape in the Manufacturer Profile Form
21   with "IMTGypsum" look like?
22        A.    I was not able to discover the
23   edge tape during my depo preparation as the
24   corporation's representative.  As far as I
25   know, this company, which is Beijing Building

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 68

1    Material Import & Export Company, had

2    manufactured in a lot of factories, the

3    American-sized products.

4            According to the description of

5    many customers, at the time in the very

6    beginning, they started to make

7    American-sized gypsum board in many small

8    factories such as Pingyi or Zaozhuang,

9    because the small factories had comparatively

10   low price.

11           Later, because the quantity of

12   products manufactured by the small factories

13   could not meet the demand of the customers,

14   therefore it approached Taishan to process

15   part of their boards.

16           Therefore, if you're only

17   showing me the information contained in this

18   one picture, I'm not able to determine

19   whether or not it was manufactured by

20   Taishan.

21      Q.    Sir, what document do you have

22   that is evidence in lines 59 through 61, 67

23   through 112, 118 and 119, 121 and 125 to 126

24   that Taishan made blue-and-white edge sealing

25   tape with the words "IMTGypsum"?

Gang Che

Page 69

1          A.       It is reflected on the

2     manufacturer's profile chart.  We have to

3     believe it is the best information that we

4     could have collected and compiled.

5                    Also, in picture 28, it did not

6     show what is the sprayed mark.  If you look

7     at this picture together with picture

8     number 30, then Taishan would deny that it is

9     a product of Taishan because Taishan's spray

10    mark does not include "IMT."  "IMT" was only

11    included on the edge tapes.

12                    Therefore, we need more

13    information on this picture to make a

14    determination.

15         Q.     Sir, we --

16                    MS. EIKHOFF:  I'm sorry.  Could

17              we get a counsel representation as to

18              the origin of PID-28?  There's no

19              Bates number on it so I just wanted to

20              see if you all know where it came

21              from.

22                    MS. SCHWAB:  Yeah, we'll get it

23              to you at a break.

24                    MS. EIKHOFF:  Okay.  Thank you.

25                    ///

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 70

1    BY MR. MONTOYA:

2         Q.    Sir, what document can Taishan

3    point me to to justify its answer in the

4    Manufacturer Profile Form that there's

5    blue-and-white edge tape marked "IMTGypsum"?

6         A.    Can I ask -- can you ask your

7    question again?  I don't feel like it is a

8    question.

9              THE INTERPRETER:  May the

10             interpreter repeat or would you like

11             to rephrase?

12             MR. MONTOYA:  Repeat it one

13             more time.

14             (Translation.)

15        A.    From the manufacturer profile,

16   it did say that there are wording as of

17   "IMTGypsum."  However, from our product, we

18   only have the drywall spray marked as 4 feet

19   by 12 feet by half inch; therefore, you

20   cannot determine it is a product of Taishan

21   only by looking at edge tape.

22             Of course, there are other ways

23   to make the determination.  One is that if

24   you provide more information to me, I can

25   make comparison.

Gang Che

 1                    Number two, from the chemical

 2      analysis channel, we can compare whether the

 3      component of chemical from this board is the

 4      same as the chemical component which is

 5      covered from the residual boards in Taishan's

 6      warehouse.

 7                    Another way would be the

 8      manufacturer can be discovered by reviewing

 9      the customers' invoices, and from the

10      manufacturer, to discover the importer.

11      Therefore, you will discover the supply chain

12      and to find out which manufacturer produced

13      those products.

14                    Maybe through that way, you

15      would discover that many small manufacturers

16      had produced products with the same labels.

17      I don't know if those matters are visible in

18      the United States.

19      BY MR. MONTOYA:

20          Q.     Sir, do you remember when we

21      looked at Exhibit 37, there was a picture of

22      the edge tape for Crescent City?

23          A.     I do remember that.

24          Q.     Taishan doesn't have the label

25      that it lists in the Manufacturer Profile

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

1    Form when it says blue-and-white edge sealing
2    tape with "IMTGypsum," correct?
3         A.     But on the tape, it had
4    reflected the most important words.  The
5    information contained on the manufacturer's
6    profile is correct.  Some information may not
7    be most precise, but it wouldn't be just like
8    this scenario, which is different.
9                For example, what's reflected
10   on the picture of PID-1F, 30, which reflects
11   a complete different sprayed marking from
12   ours.
13        Q.    Sir, Taishan doesn't have a
14   picture of the label -- I'm sorry.
15                Sir, Taishan doesn't have a
16   picture of the edge tape markings contained
17   at lines 59 to 61 of the profile form,
18   correct?
19        A.     I indeed did not discover
20   either the picture or the physical object of
21   this edge tape during the preparation of my
22   deposition as the corporation's
23   representative.  I'm talking about page 59.
24        Q.     And the same answer is true
25   from Taishan for lines 67 to 112, from 118 to

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 73

1    119, 121, and 125 through 126, that Taishan
2    does not have a picture of the label that's
3    identified in the Manufacturer Profile Form
4    as blue-and-white edge tape with "IMTGypsum"
5    on it.
6         A.      If the numbers you have just
7    mentioned are the numbers that you have
8    earlier confirmed, that is correct.
9         Q.      And there's no art, like you
10   got for Crescent City for those same lines,
11   59 through 61, 67 through 112, 118 to 119,
12   121, and 125 to 126?
13        A.      No, there was no Crescent City.
14        Q.      My question was:  Is there any
15   art like you've got for Crescent City for
16   lines 59 through 61 for the blue-and-white
17   edge sealing tape with "IMTGypsum"?
18               THE WITNESS:  Can you
19        reinterpret it?
20   BY MR. MONTOYA:
21        Q.      Sir, you don't have any artwork
22   or any drawing that shows the blue-and-white
23   edge sealing tape with "IMTGypsum" printed on
24   it?
25        A.      I indeed did not discover

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

1    pictures or products which bears the wording
2    of "IMTGypsum" on the blue-and-white edge
3    tape during my preparation of the deposition
4    as the capacity of corporation
5    representative.
6         Q.     Did you do a search of the
7    residual dry board -- drywall in your
8    factories to see if there was any drywall
9    with blue-and-white edge tape with
10   "IMTGypsum" on it?
11        A.     During my preparation of
12   deposition as a corporation representative,
13   not only had I searched for blue-and-white
14   edge tape with the wording of "IMT" on it,
15   but also I searched for all American-sized
16   boards that were possible residual boards
17   from every corners of the warehouse.
18              In the end -- in the end I have
19   discovered those residual boards, and also I
20   have informed our Alston lawyer.  And the
21   Alston lawyer came to the site and took
22   onsite pictures of those residual products.
23              THE WITNESS:  May I take a
24        break?  I'm out of water.
25              MR. TAYLOR:  Is it okay to stop

Gang Che

```
 1        for lunchtime?
 2                MR. MONTOYA:  Yes, it is.
 3                THE VIDEOGRAPHER:  We are now
 4        going off the video record.  The time
 5        is currently 12:09 p.m.  This is the
 6        end of Media No. 3.
 7                (Recess taken, 12:09 p.m. to
 8        1:12 p.m.)
 9                THE VIDEOGRAPHER:  We are now
10        back on the video record with the
11        beginning of Media No. 4.  The time is
12        currently 1:12 p.m.
13   BY MR. MONTOYA:
14        Q.    Sir, good afternoon.
15        A.    Good afternoon.
16        Q.    Earlier we talked about
17   Exhibit 28 and the blue-and-white edge tape.
18              Do you recall looking at
19   Exhibit 28?
20        A.    Yes.
21        Q.    My recollection of your
22   testimony is that you said you needed more
23   information to say whether or not the edge
24   tape in Exhibit 28 was made by Taishan.
25        A.    Correct.
```

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 76

1          Q.     Let me show you what we've
2     marked as Exhibit 51 to your deposition.
3               (Deposition Exhibit PID-51
4          marked.)
5     BY MR. MONTOYA:
6          Q.     Do you see Exhibit 51?
7          A.     I see that.
8          Q.     Exhibit 51 shows the
9     blue-and-white edge tape along with the
10    markings on the back of the drywall, correct?
11              THE WITNESS:  Repeat that,
12         please.
13              THE INTERPRETER:  Interpreter
14         will repeat.
15              (Translation.)
16         A.     Correct.
17    BY MR. MONTOYA:
18         Q.     Does Exhibit 51 give you enough
19    information to -- for Taishan to tell us if
20    that is the blue-and-white edge tape that's
21    marked "IMTGypsum"?
22         A.     Merely from looking at
23    Picture No. 51, the blue-on-white sealing
24    tape, it is impossible to recognize it
25    because it's hard to tell; however, from the

Gang Che

Page 77

1    spray marking, it is not Taishan's product.

2              During my deposition

3    preparation as the corporation's

4    representative, I have tried to search many

5    information in regarding to Taishan's

6    products.  I did not discover anything marked

7    with the three words "IMT" on it.

8              MR. MONTOYA:  For the record,

9         Exhibit 51 is from Scott and Jordana

10        Saltzman's home, S-A-L-T-Z-M-A-N, at

11        8485 Breezy Hill Drive.  That's in

12        Boynton Beach.

13              MS. EIKHOFF:  Thank you.

14              (Deposition Exhibit PID-1H

15        marked.)

16   BY MR. MONTOYA:

17        Q.    I'm going to hand you

18   Exhibit 1H to your deposition.

19              Sir, Taishan agrees that the

20   drywall in photographs 1, 14, 15, and 16 was

21   manufactured by Taishan, correct?

22        A.    Taishan does not deny that

23   these are products manufactured by Taishan.

24        Q.    Sir, I'm going to ask you to

25   look at Exhibit 7, the Manufacturer Profile

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 78

1    Form, line 177, please.

2           A.      I see that.

3           Q.      The product markings contain

4    the phone number 813-994-6499, correct?

5           A.      Correct.  That's what it says

6    under Product Markings.

7           Q.      And that's the same information

8    for line 183 in Exhibit 7?

9           A.      Correct.  183 and line 177 are

10   the same.

11          Q.      Lines 177 and 183 say that the

12   edge tape is "TTPC."

13                  Do you see that?

14          A.      I see that.

15          Q.      Can you describe the edge tape

16   with "TTPC" on it?

17          A.      During the preparation of my

18   deposition in the capacity of corporation

19   representative, I tried hard to search for

20   information; however, I did not see any edge

21   tape bearing the words "TTPC" either as a

22   sample or as the object.

23          Q.      Do you know what color the edge

24   tape that is in lines 177 and 183 is?

25          A.      The manufacturer's profile does

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 79

1    not reflect that information.

2         Q.    Did you ask Mr. Peng what color

3    the "TTPC" edge tape was at lines 177 and

4    183?

5         A.    I did not ask such detailed

6    questions; however, as a representative of

7    the corporation, while preparing my

8    deposition, I did make phone call to Mr. Peng

9    in regarding to the markings.

10               Mr. Peng, since he has already

11   left a long time ago, he did not recall a lot

12   of the information, and also, it's been quite

13   a while ago.

14        Q.    Did you take any notes of your

15   conversations with Mr. Peng regarding the

16   Manufacturer Profile Form at Exhibit 7?

17        A.    No.

18        Q.    You agree with me that in many

19   instances Taishan was able to report what

20   color the edge tape was in the Manufacturer

21   Profile Form?

22               THE WITNESS:  Reinterpret that.

23               THE INTERPRETER:  The

24        interpreter will reinterpret.

25               (Translation.)

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 80

1          A.      If it is reflected in the
2     profile information, it can be described;
3     however, if Mr. Peng did not have that
4     information, well, it would need sufficient
5     information to reflect that.
6     BY MR. MONTOYA:
7          Q.      Do you know, for example, with
8     the "IMTGypsum" blue-and-white label, how
9     Mr. Peng determined that it was blue and
10    white?
11         A.      I believe Mr. Peng should have
12    had the information regarding the description
13    of the edge tape which he input in the
14    document.
15         Q.      You've never seen that
16    description of the colors of the end tape in
17    writing, though, correct?
18              MR. TAYLOR:  Objection to form.
19         A.      Can you be more specific as to
20    the color of which edge tape?
21    BY MR. MONTOYA:
22         Q.      The "IMTGypsum" tape was
23    described in the profile form as white and
24    blue.  You've never seen a writing that says
25    that the "IMTGypsum" tape was white and blue,

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 81

1    correct?

2              MR. TAYLOR:  Objection to form.

3         A.     I don't recall that I have seen

4    a handwritten -- an edge tape which is

5    described as "IMTGypsum."

6    BY MR. MONTOYA:

7         Q.     Sir, I'm going to ask you to

8    take a look at Exhibit 1H again, the

9    photographs, and at the same time -- and at

10   the same time look at the Manufacturer

11   Profile Form at line 9.

12              Do you see line 9?

13        A.     Yes.

14        Q.     Do you see where it says the

15   edge tape is Taishan edge sealing tape?

16        A.     Yes.

17        Q.      Is the Taishan edge sealing

18   tape that's identified in line 9 of the

19   Manufacturer Profile Form any of the edge

20   tape that's in photographs 1, 14, 15 or 16?

21        A.      It's impossible to determine

22   that number 1 is the edge tape of Taishan

23   because the information is not complete.

24              Number 14, from the top two

25   pictures and the one on -- correction.

Gang Che

Page 82

1            The two pictures on the left
2    should be Taishan's edge tapes.  If the two
3    pictures on the right are from the same
4    picture -- same pictures on the left, then
5    they should also be Taishan's edge tape.
6            Number 15 and number 16's
7    pictures, if you look at them alone, it's
8    impossible to determine that they are
9    Taishan's edge tapes.
10           But because the attorney told
11   us that all these pictures are from one set,
12   which is to say they're together; therefore,
13   we do not deny that the products with these
14   marks are products of Taishan.
15       Q.    I want to focus your attention
16   on page 14.  The four photographs on page 14
17   of Exhibit 1H, is that the same tape that's
18   identified in line 9 as Taishan edge sealing
19   tape?
20       A.    I can't be sure that the
21   Taishan edge tape over here is the edge tape
22   reflected on picture 14, but I do not deny
23   that those edge tapes are Taishan's edge
24   tapes.
25       Q.    I'm going to give you a long

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 83

1    question.  Be prepared for it.

2              In the following lines of the

3    Manufacturer Profile Form, lines 9 through

4    10, 64 to 66, 113 to 117, 120, 123 to 124,

5    127 to 130, 132 to 176, 179 to 182, 185 to

6    197, and 202 to 213 at the Manufacturer

7    Profile Form, it states that there's Taishan

8    edge sealing tape.

9              Is that marking in the

10   Manufacturer Profile Form the same that is in

11   the photographs at Exhibit 1H, photograph 14?

12      A.     The edge tapes that you

13   mentioned with those numbers are indeed

14   marked Taishan edge tapes.

15      Q.     I want to go back to the first

16   page of Exhibit 1H.  My understanding is that

17   Taishan is now denying that these -- that the

18   drywall depicted in the photographs on

19   Exhibit 1 were manufactured by it; is that

20   correct?

21              MS. EIKHOFF:  On every page?

22              MR. MONTOYA:  No, just

23        photograph 1.

24              MR. TAYLOR:  Photograph 1.

25      A.     The first photograph, Taishan

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 84

1    did not deny the first photograph.

2    BY MR. MONTOYA:

3         Q.    Okay.  I want to make sure I

4    understood your testimony correctly.

5              So the drywall board markings

6    and the end tape on page 1 of Exhibit 1H,

7    Taishan admits to?

8         A.    Taishan did not admit that it

9    is Taishan's edge tape because from the edge

10   tape picture alone, we cannot be sure that it

11   is a product of Taishan.

12             The reason we do not deny that

13   this set of product is a product of Taishan,

14   because it carries the spray mark of Taishan.

15   The photograph on page 14 is a photograph

16   carrying Taishan's edge tapes.

17             And our attorney told us that

18   these four photographs consist of one set of

19   photographs; therefore, based on this

20   information, we do not deny that these two

21   photographs reflected that the products are

22   manufactured by Taishan.

23        Q.    Photograph 15 in Exhibit 1H,

24   would you please look at that.  The 15 is at

25   the bottom of the page.

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 85

1              Can you tell me where on the
2    Manufacturer Profile Form that the markings
3    in Exhibit 15 are?
4              MS. EIKHOFF:  You mean page 15?
5              MR. MONTOYA:  I'm sorry,
6         page 15, yes.
7         A.    I cannot be sure of that.  I'll
8    need more information than merely looking at
9    these pictures.
10   BY MR. MONTOYA:
11        Q.    Do you consider the edge tape
12   in -- on page 15 to be Taishan edge tape?
13        A.    I cannot be sure of that.
14        Q.    Do you consider the edge tape
15   at photograph -- or page 16 of Exhibit 1H to
16   be Taishan edge tape?
17        A.    I also cannot be sure of that.
18        Q.    Am I correct that you cannot
19   tell me, for the edge tape at pages 15 or 16,
20   where that edge tape is present on the
21   Manufacturer Profile Form?
22             THE WITNESS:  Reinterpret that,
23        please.
24             THE INTERPRETER:  The
25        interpreter will repeat.

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 86

1                    (Translation.)

2        A.      If you merely show me the

3   pictures on page 15 and 16, it is true that I

4   cannot confirm which manufacturer -- which

5   manufacturer's edge tape do these edge tape

6   belong to.

7                    But according to our attorney,

8   if you are to say that page 1, 14, 15, 16

9   form a set, then we do not deny it is a

10  product of Taishan's.

11                   Because in China a lot of small

12  factories are imitating the edge tape and

13  markings of Taishan.  They use edge tapes

14  almost exact the same as Taishan's with the

15  change of only one word on top of it or a

16  change of a little bit something; therefore,

17  if you do not look at the complete

18  information, I really cannot confirm whether

19  or not this is Taishan's edge tape.

20                   Therefore, after I have

21  reviewed the whole set of information, I do

22  not deny that this is a product manufactured

23  by Taishan.

24  BY MR. MONTOYA:

25       Q.      What did you rely on to

Gang Che

Page 87

1  determine that Taishan does not deny the

2  drywall on pages 15 or 16?

3          A.     I relied on the statements made

4  by my attorneys to me that the picture 15 and

5  16's drywalls is the same set of drywall as

6  the ones before.  Comparatively, page 14 has

7  more complete information.

8              Based on that, we're able to

9  determine that we do not deny that these

10  products are Taishan's product.  Because the

11  attorneys told us is it's one set of

12  products; therefore, we do not deny that the

13  products reflected in all four pictures is

14  Taishan's product.

15              MR. TAYLOR:  Are you beginning

16      to move to another topic?

17              MR. MONTOYA:  Not yet.  A few

18      more on this.

19              MS. ROBERTSON:  We've only been

20      going like 40 minutes.

21              MR. TAYLOR:  No, no, no.

22      There's one point we want to clarify

23      with our client.

24              MS. EIKHOFF:  With our witness,

25      please.

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 88

1            MR. TAYLOR:  And then I think
2       it will help with the testimony, so we
3       would like to do that, okay?
4            MS. EIKHOFF:  And we can go off
5       the record, but we're just thinking we
6       would step out and come back in.
7            MR. MONTOYA:  That's fine.
8            THE VIDEOGRAPHER:  We are now
9       going off the video record.  The time
10      is currently 1:49 p.m.
11           (Recess taken, 1:49 p.m. to
12      1:56 p.m.)
13           THE VIDEOGRAPHER:  We are now
14      back on the video record.  The time is
15      currently 1:56 p.m.
16           MR. TAYLOR:  I want to thank
17      counsel for allowing us to go out and
18      correct an issue.  As we know, there
19      are a lot of pictures and photos that
20      we're going to be looking at in
21      regards to various drywall markings.
22           And we were always afraid that
23      there would be some problem or there
24      would be some confusion in regards to
25      the markings, at least in the regards

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 89

1       to the photographs, and that's what we

2       believe has happened here.  And the

3       witness has -- we've talked to the

4       witness, and the witness is ready to

5       explain the issue.

6            THE WITNESS:  First of all, I

7       apologize.  Perhaps it was because my

8       description of a set of pictures might

9       have initiated some mis- -- some

10      confusion from the opposing counsels,

11      even to our own counsel at Alston.

12           Now, what I said by a set of

13      pictures, I meant that for the

14      pictures on each page, Alston

15      attorneys had provided me with more

16      pictures corresponding to that page of

17      pictures.

18           What I'm trying to say is they

19      provided more pictures based on the

20      pictures of page 1, page 14, page 15,

21      and page 16 for me to make

22      determinations.

23           By providing more information

24      to me, I was able to say that Taishan

25      does not deny such and such marks or

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 90

1        such and such sealing tapes.

2   BY MR. MONTOYA:

3        Q.      Where are those photographs?

4        A.      Those pictures should be kept

5   in your picture pool.

6        Q.      Do you know if those

7   photographs were provided to us?

8        A.      It is not that I provided them

9   to you.  It is that you have a pool of

10  pictures to be provided to me in order for me

11  to determine the gypsum boards and to refer

12  to those pictures in that regard.

13              (Deposition Exhibit PID-35

14       marked.)

15  BY MR. MONTOYA:

16       Q.      I'm going to hand you

17  Exhibit 35 to your deposition.  I'm going to

18  ask the witness to read the Chinese

19  characters after the English language word

20  "Attachments" and have that be interpreted.

21       A.      "American Packing Method."

22  BY MR. MONTOYA:

23       Q.      Sir, are you familiar with the

24  term "tapered edge," T-A-P-E-R-E-D, edge?

25       A.      I am familiar with it.

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 91

1          Q.      From 2005 to 2007, did Taishan
2     manufacture drywall with tapered edge?
3          A.      According to my experience of
4     working in this industry for years, there are
5     only two types of edges.  One is tapered
6     edge.
7                    THE INTERPRETER:  The
8          interpreter needs to clarify.
9                    (Translation.)
10          A.      Another one is square edge.
11                    The normal gypsum board,
12     meaning the gypsum board used for ordinary
13     projects, we use only square edge.
14                    THE INTERPRETER:  Interpreter
15          correction.
16          A.      For ordinary projects we use
17     tapered edge.  When under ordinary
18     construction, there is a gap left between two
19     tapered edges.
20                    THE INTERPRETER:  Interpreter
21          needs to check dictionary for a word.
22                    Interpreter clarifying with
23          deponent.
24                    (Translation.)
25                    THE WITNESS:  May I explain to

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 92

1          the interpreter?

2                  (Translation.)

3       A.      In between the two tapered

4    edge, the crack has been filled up by a

5    filling powder in shape of upside-down

6    triangle or trapezoidal shape.

7    BY MR. MONTOYA:

8       Q.     Sir, I appreciate your answer.

9    My question was:  Did Taishan manufacture

10   drywall with tapered edges in 2005 to 2007?

11                  THE WITNESS:  I'm not done yet.

12                  MR. MONTOYA:  I'm sorry.

13       A.      And after it's been filled up

14   and flattened, you will put a joint tape,

15   which we mentioned in the morning, on top of

16   that.  That is to prevent a crack created

17   between two gypsum boards when they are

18   connected together.  Therefore, the gypsum

19   board in the world are usually use -- are

20   usually being manufactured by using tapered

21   edges.

22                  When using a square edge, it is

23   usually to process something on top of the

24   gypsum board, to cut and divide them into

25   small boards, about the size of 600 by 600,

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 93

1   or 1.2 meter by 600, which is to be used

2   together with trapezoidal-shaped structure.

3              Therefore, ordinarily, most of

4   the gypsum boards have tapered edges.  Square

5   edges are rarely used.  It is only used in

6   the small numbers of the board.  This is a

7   universal use for gypsum boards in the world.

8   BY MR. MONTOYA:

9        Q.    Sir, I appreciate your answer.

10             The question I asked requires a

11  yes-or-no answer:  Did Taishan manufacture

12  boards with a tapered edge from the years

13  2005 through 2007, yes or no?

14       A.    Yes.

15       Q.    Did customers from time to time

16  request that Taishan put the words "Tapered

17  Edge" on the edge tape?

18       A.    That's possible.

19       Q.    I'm going to ask you to look at

20  Exhibit 35 and the photograph numbered

21  TG-0234635.

22             Did Taishan manufacture drywall

23  with edge tape as shown in TG-0234635?

24       A.    Do you not have a Chinese

25  version for that?

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 94

1        Q.    My only question is:  Is the
2   photograph -- is that edge tape that was
3   created by or manufactured by Taishan?
4        A.    This picture is very much
5   unclear.  If you look at it from afar, it
6   looks similar in a small degree that
7   resembles that of Taishan's; however, it
8   would be great if you can give me a more
9   clear version of it.
10       Q.    Sir, do you see the words
11  "Taihe" in that photograph on the labels?
12       A.    Well, I can only see the
13  Chinese character "mountain."  It was blurry
14  before the character and it was pretty blurry
15  after.  If I were to speculate, and I can
16  only speculate, it might be Taishan's edge
17  tape.
18       Q.    Sir, I'm going to ask you to
19  take a look at the Manufacturer Profile Form,
20  Exhibit 7, at line 6, please.
21            Do you see line 6?
22       A.    Yes.
23       Q.    I'd ask you to focus on the
24  column that says Edge Sealing Tape Markings
25  where it says "white edge sealing tape

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 95

1    (without words [printed thereon])."

2              Do you see that?

3        A.    Yes.

4        Q.    Do you know what that white

5    edge sealing tape without words looks like?

6        A.    Yes.

7        Q.    Is the white edge tape without

8    words the tape that we looked at from the

9    photographs from your plants at Exhibit 41?

10             MR. TAYLOR:  Objection, form.

11       A.    Can you tell me which one is

12   it?

13   BY MR. MONTOYA:

14       Q.    Sure.  Photograph 19, TG-19.

15             MR. TAYLOR:  In Exhibit 41?

16             MR. MONTOYA:  Yes.

17             MR. TAYLOR:  That was the

18        nature of the objection.

19       A.    Correct.  Number 19 reflects

20   white edge tape without words.  Many

21   manufacturers use that kind of tape.

22   BY MR. MONTOYA:

23       Q.    Is that the same for photograph

24   21?

25       A.    Yes.  21 is the unpacked

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 96

1    product in 19.

2         Q.    So if -- when I look through

3    the Manufacturer Profile Form and I see the

4    words "white edge sealing tape (without words

5    [printed thereon])," there are examples in

6    Exhibit 41, photographs 19 and 21; is that

7    correct?

8         A.    What is 49?  What is

9    Exhibit 49?

10        Q.    I'm sorry, Exhibit 41.

11        A.    Correct, Exhibit 19 reflects a

12   white edge tape without words.

13        Q.    Just to be clear, in

14   Exhibit 41, page 19 and page 21 are examples

15   of white edge sealing tape without words as

16   in the Manufacturer Profile Form, correct?

17        A.    Yes, it is this kind of sealing

18   tape.

19        Q.    I'm going to direct your

20   attention to line 9 of the Manufacturer

21   Profile Form.  At line 9 of the Manufacturer

22   Profile Form, there's a description in the

23   Edge Sealing Tape column that says "Taishan

24   edge sealing tape."

25              Do you see that?

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

1          A.      Yes.

2          Q.      Can you describe what the

3    Taishan edge sealing tape looks like?

4          A.      On Exhibit PID-1H, page 14,

5    you'll see two pictures on the left.  One is

6    on the top; one is at the bottom.  Those

7    basically were the edge tapes used at the

8    time by Taishan.

9          Q.      When I see the terms "Taishan

10   edge sealing tape" in the Manufacturer

11   Profile Form, is that the edge tape that is

12   depicted in Exhibit 1H at page 14 in the two

13   left -- photos on the left-hand side?

14         A.      From the face of the wording,

15   it can be understood that way.  However, I do

16   not know whether or not the customer had any

17   requests for changing the edge tape at the

18   time.

19         Q.      Are you able to tell me, based

20   on reading the Manufacturer Profile Form,

21   when Taishan says "Taishan edge sealing

22   tape," what that sealing tape looks like in

23   each entry of the Manufacturer Profile Form?

24         A.      Can you repeat the question

25   again?  What do you mean by each entry?

Gang Che

Page 98

```
 1        Q.     Sure.  I'll ask it better, or
 2   at least I'll try.
 3              In lines 9 and 10 of the
 4   Manufacturer Profile Form, it says "Taishan
 5   edge sealing tape," correct?
 6        A.     Correct.
 7        Q.     Is it your testimony that you
 8   can't tell me what the Taishan edge sealing
 9   tape looks like at lines 9 and 10 for that
10   drywall?
11        A.     I was saying that if the
12   customer did not request for a change,
13   Taishan's edge tape would look like the edge
14   tape reflected on page 14.
15        Q.     Would those customer changes be
16   reflected in the Manufacturer Profile Form?
17        A.     It depends on whether or not
18   there were remarks on the documents when the
19   documents were being collected and compiled
20   together.
21        Q.     Are there any notations in the
22   Manufacturer Profile Form where a customer
23   requested a change to Taishan's edge tape?
24        A.     Therefore, I'm only saying I
25   cannot confirm, but I do not deny.
```

Gang Che

Page 99

1          Q.     So if I look at entries 9 and

2    10, 64 to 66, 113 to 117, 120, 123 and 124,

3    127 through 130, 132 to 176, 179 to 182, 185

4    to 197, and 202 to 213, my understanding of

5    your testimony is that the Taishan edge tape

6    in those Manufacturer Profile Form entries is

7    going to be similar to Exhibit 1H, page 14,

8    the left-hand side photograph, except for any

9    changes that a customer might have made?

10          A.     Similar?  You can say that.

11          Q.     As Taishan's corporate

12   representative, you're not aware of any

13   documents that show a customer requesting a

14   change to Taishan's edge tape in the line

15   items that we just discussed?

16          A.     I do know there were such

17   requests from customers, but as for which

18   specific change had been made, currently

19   there is no record that can be discovered.

20             During my deposition

21   preparation as the corporation's

22   representative, I have reviewed many

23   documents; however, I did not discover

24   records in this regard.

25          Q.     Were there ever any documents

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 100

1    that showed those changes?

2                MR. TAYLOR:  Objection to form.

3        A.      Usually when we are working on

4    the nondomestic orders, we would make

5    markings that are different from that of

6    domestic orders according to customers'

7    requests.  You had to see whether or not the

8    customers have those requests in the regard.

9    BY MR. MONTOYA:

10       Q.      Sir, I'm going to give you a

11   long list of numbers again.  I apologize.

12                In the Manufacturer Profile

13   Form at lines --

14                MR. MONTOYA:  It's going to be

15        the same list, Sunny.

16   BY MR. MONTOYA:

17       Q.      -- 6 through 10, 12 through 14,

18   64 to 66, 113 to 117, 120, 123 to 124, 127 to

19   130, 132 to 176, 179 to 182, 185 to 197, and

20   202 to 213, in those entries on the

21   Manufacturer Profile Form, the product

22   markings all contain the words "Meet and

23   Exceed" in the singular form; is that

24   correct?

25                MS. EIKHOFF:  Objection.  I

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 101

1          think you misstated.

2                    MR. MONTOYA:  I'm sorry, "Meet

3          or Exceed."  I apologize.

4          A.     You mean do they all have the

5    words "Meet or Exceed"?

6    BY MR. MONTOYA:

7          Q.     In the singular.

8          A.     Yes.

9                    (Deposition Exhibit PID-1I

10         marked.)

11   BY MR. MONTOYA:

12         Q.     Okay.  I'm going to hand you

13   Exhibit 1I.

14                   MR. MONTOYA:  My understanding

15         is we've got less than five minutes on

16         the tape, so we'll switch out.

17                   MS. EIKHOFF:  Okay.

18                   THE VIDEOGRAPHER:  We are now

19         going off the video record.  The time

20         is currently 2:34 p.m.  This is the

21         end of Media No. 4.

22                   (Recess taken, 2:34 p.m. to

23         2:46 p.m.)

24                   THE VIDEOGRAPHER:  We are now

25         back on the video record with the

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 102

1        beginning of Media No. 5.  The time is
2        currently 2:46 p.m.
3   BY MR. MONTOYA:
4        Q.    Sir, I'm going to ask you to
5   look at Exhibit 1I, page 13.
6              Do you see it?
7        A.    Yes.
8        Q.    And Taishan does not deny that
9   the markings in -- on page 13 are its?
10       A.    Correct.
11       Q.    And the word "Meet" is singular
12   on page 13?
13       A.    Correct.
14       Q.    How did you determine that
15   page 13 were markings from Taishan?
16       A.    During preparing for the
17   deposition as Taishan's corporate
18   representative, I've tried hard to search for
19   products, and finally we found in a corner of
20   our warehouse the American-sized gypsum
21   board.
22              And because the spray marking
23   on those residual American-sized gypsum board
24   is similar to the picture depicted here;
25   therefore, we do not deny it is the spray

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 103

1    marking of Taishan.

2         Q.    Sir, I'm going to ask you to

3    look at page 17 of Exhibit 1I.  My

4    understanding is that Taishan does not deny

5    that the markings on page 17 are from

6    Taishan.

7         A.    Correct.

8         Q.    The word "Meet" on page 17 is

9    singular?

10        A.    Yes.

11        Q.    And the word "Exceeds" is

12   plural, correct?

13        A.    Yes.

14        Q.    How did you determine that this

15   is one of Taishan's boards at page 17 of

16   Exhibit 1I?

17        A.    During preparation on my

18   deposition as Taishan's corporate

19   representative, we went to the warehouse and

20   tried to discover, and we did discover, some

21   American-sized residual gypsum boards.  And

22   one of the kind of the boards that we have

23   discovered bears the spray marking

24   information which is similar to that on top

25   of page 17; therefore, we do not deny that

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 104

1    this is Taishan's board.

2         Q.     I want you to hold page 13 and

3    17 side by side.  Or I'll just show them to

4    you.

5              MR. TAYLOR:  Yeah, he'd have to

6         tear it apart.

7    BY MR. MONTOYA:

8         Q.     Is the font the same in

9    photograph 13 and 17?

10        A.     Comparatively similar.

11        Q.     I'd like you to turn to page 20

12   of Exhibit 1I.  My understanding is that

13   Taishan does not deny that the board markings

14   at Exhibit A are from Taishan?

15              And I should have said at

16   page 20, not Exhibit A.  I'm sorry.

17              MR. TAYLOR:  Yeah.

18        A.     Correct.

19   BY MR. MONTOYA:

20        Q.     I'm going to ask you to take a

21   look at photograph 18 of Exhibit 1I.  Taishan

22   denies that the markings on page 18 of

23   Exhibit 1I are from Taishan?

24        A.     Correct.

25        Q.     The markings on page 18 use the

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 105

1   term "Meets" in the plural, correct?

2          A.      Correct.

3          Q.      The markings on the drywall on

4   page 18 uses the term "Exceeds" in the

5   plural, correct?

6          A.      Correct.

7          Q.      What did you rely upon to

8   determine that the drywall in Exhibit 18 was

9   not from Taishan?

10         A.      In preparing for my deposition

11  as Taishan's corporate representative, we

12  have tried to look for, and I have reviewed

13  many information and we have discovered --

14                 THE INTERPRETER:  The

15         interpreter would like to reinterpret

16         the last sentence.

17         A.      I have reviewed many

18  information and also a big quantity of

19  pictures.  We have discovered in the corners

20  of our warehouse the residual American-sized

21  gypsum board which has the sprayed markings

22  on them.

23                 Comparing those spray markings

24  with the ones specified on the manufacturer

25  profile, we decide those words, "Meet,"

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 106

1    without S, are not from Taishan.  Therefore,

2    we --

3                  THE INTERPRETER:  Interpreter

4          needs to correct herself.  The

5          interpreter needs to clarify with the

6          deponent.

7                  (Translation.)

8                  THE INTERPRETER:  The

9          interpreter will reinterpret the last

10         part where she stopped at.

11         A.    After the comparison with the

12   manufacturer's profile, we decided that those

13   words with the word "Meet," without S, are

14   the spray markings on the boards that belong

15   to Taishan; therefore, we deny that the spray

16   markings on page 18, which has the word --

17   the letter S, that is a board from Taishan.

18                We have also not discovered any

19   records in Taishan that records the word

20   "Meet" with the letter S.

21   BY MR. MONTOYA:

22         Q.    Sir, I asked you some questions

23   earlier, just a few minutes ago, where we

24   went through the entries in the Manufacturer

25   Profile Form where it said "Meet or Exceed"

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 107

1   in the singular and the descriptions.

2               Do you remember that?

3       A.      I remember that.

4       Q.      The photographs we received

5   from the factory on Saturday show that the

6   Taishan board says "Exceeds" in the plural.

7               Which of these is correct?

8               MR. TAYLOR:  Objection to form.

9               THE WITNESS:  Do I need to

10         answer that?

11              MR. TAYLOR:  Yes.

12              MR. MONTOYA:  Yes.

13      A.      I believe the Manufacturer

14  Profile Form created by Mr. Peng is correct,

15  but it's possible that it's not very

16  accurate.  It did not pay attention to small

17  details, such as the changes between plural

18  and singular forms.

19              However, while preparing for

20  the deposition, while as the Taishan

21  corporate representative, we have discovered

22  the residual American-sized gypsum board in

23  the storage with the spray marking, which can

24  actually give a remedy to the defects such as

25  that, which is to say that all our

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 108

1    information is accurate.

2    BY MR. MONTOYA:

3         Q.    Sir, if you could take a look

4    at page 18 of Exhibit 1I, and if you hold it

5    horizontally, do you see the edge tape in the

6    lower right-hand corner?

7         A.    I see that.

8         Q.    Is that Taishan edge tape?

9         A.    Left -- lower left or lower

10   right?

11        Q.    Where the circle is.

12        A.    (Indicating.)

13        Q.    Yes, sir.

14        A.    I see that.

15        Q.    Is that Taishan edge tape?

16        A.    I cannot confirm that.

17        Q.    Why not?

18        A.    The information is much lacking

19   on it.

20        Q.    What other information would

21   you need to confirm it?

22        A.    More complete and comprehensive

23   information.

24        Q.    Such as?

25        A.    Such as information on page 14.

Gang Che

Page 109

1          Q.      So you have -- on page 18, you
2     have the colors of the edge tape, correct?
3          A.      Yes.
4          Q.      You have the words "Meets or
5     Exceeds," correct?
6          A.      What is after "Meets"?
7                  Yes.
8          Q.      You have the font?
9          A.      Yes.  But as I said before,
10    Taishan's edge tapes were imitated by many
11    manufacturers in terms of its layout and
12    color.  It has been a problem in the past and
13    it is still a problem today.
14                 The only thing is we did not
15    keep a record on our information fighting
16    counterfeit products in the past, but if you
17    have an opportunity to look at Chinese market
18    today, you will still find some of the edge
19    tapes of gypsum boards, even the sprayed
20    markings.
21                 Of course, those are all
22    manufactured by those small factories.
23    You'll find all of them are the product of
24    imitating Taishan.
25                 MR. MONTOYA:  You know,

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 110

```
 1          Counsel, I've got to stop this,
 2          because all I asked him was whether he
 3          had the font or not, and I'm getting a
 4          narrative over half a page long.
 5                  MR. TAYLOR:  I understand, but
 6          let him finish because I had an
 7          objection that I wanted to make to
 8          that.
 9                  MS. ROBERTSON:  You could make
10          an objection before he --
11                  MR. TAYLOR:  I couldn't because
12          I couldn't get it in.
13                  MS. ROBERTSON:  But he doesn't
14          need to finish the answer first,
15          right?
16                  MR. TAYLOR:  My objection is an
17          objection to form because of the use
18          of the term "fonts" without further
19          explanation.
20   BY MR. MONTOYA:
21          Q.    Sir, I'm going to move on to
22   the next question.  I'd ask you to just
23   respond to my question if you could and focus
24   upon it.
25                  If we go to the Manufacturer
```

Gang Che

Page 111

```
 1   Profile Form at line 15, please.  Do you see
 2   line 15?
 3        A.     I see that.
 4        Q.     I'm going to ask you to look at
 5   lines 22 to 23 and 29 through 58.  Do you
 6   agree with me that the product markings for
 7   each of those lines, 15, 22 to 23, and 29
 8   through 58, is "DRYWALL" in all capital
 9   letters --
10        A.     Stop for a moment.  I
11   apologize.  First of all, let me know which
12   document you want me to look at and then let
13   me know which part of the document you want
14   me to look at before you ask a question.
15               It's important -- it's
16   impossible for me to look through everything
17   and then come back to the specific lines you
18   asked me to look at.
19   BY MR. MONTOYA:
20        Q.     I'm looking at the same
21   Manufacturer Profile Form as you have in your
22   hands.
23               MR. TAYLOR:  Counsel --
24        A.     Which part of line 15 do you
25   want me to focus on?
```

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 112

1    BY MR. MONTOYA:

2         Q.      Sure.   The Product Marking

3    section.

4         A.      All right.

5         Q.      And I'm going to ask you to

6    look at the same Product Marking sections for

7    line 15, 22 through 23, and 29 through 58.

8                 MR. TAYLOR:   Counsel, we

9          appreciate you giving him the

10         opportunity.   Thank you.

11        A.      I see that.

12   BY MR. MONTOYA:

13        Q.      And in all of those lines, the

14   product markings are "DRYWALL" in all capital

15   letters, correct?

16        A.      Correct.

17        Q.      How do you know -- how does

18   Taishan know that the word "DRYWALL" is in

19   all capital letters for the drywall that

20   Taishan manufactured at lines 15, 22 to 23,

21   and 29 to 58?

22        A.      Like I said earlier, the

23   Manufacturer Profile Form created by Mr. Peng

24   is correct but not necessarily precise

25   because it did not distinguish capital letter

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 113

1   with lowercase letter.

2          Q.      Is it possible that Taishan

3   manufactured drywall with product markings

4   with the word "Drywall" but not in all

5   capital letters?

6                  THE WITNESS:  Ask again,

7          please.

8                  THE INTERPRETER:  The

9          interpreter will reinterpret.

10                 (Translation.)

11                 (Pause.)

12                 MR. MONTOYA:  There's still a

13         pending question, correct?

14         A.      During my preparation for the

15   deposition as representative of Taishan

16   Corporation, I have tried very hard to search

17   for many materials, including compare sample

18   boards, compare the Manufacturer Profile

19   Forms and many pictures.

20                 I did not discover any direct

21   information regarding the word "Drywall";

22   therefore, I cannot be sure of that.

23         Q.      Sir, I'm going to ask you to

24   focus on my question.

25                 Is it possible that Taishan

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 114

1    manufactured drywall with the term -- with
2    the word "Drywall" not in all capital letters
3    from 2005 to 2007?
4         A.    Because I've not received more
5    information in that regard; therefore I
6    cannot confirm with you about that.  I have
7    not discovered relevant record in Taishan.
8              (Deposition Exhibit PID-1J
9         marked.)
10   BY MR. MONTOYA:
11        Q.    Sir, I'm going to hand you
12   Exhibit 1J to your deposition.  Sir, you
13   agree with me that Taishan does not deny that
14   the drywall markings contained at Exhibit 1J,
15   page 2, were manufactured by Taishan?
16        A.    We're not sure whether or not
17   the product depicted on Exhibit PID-1J,
18   page 2 is from Taishan.  The W in the word
19   "Drywall" is similar to the W we have
20   discovered on the spray marking on the boards
21   which have American sizes and are residual
22   that we have discovered in Taishan's
23   warehouse.
24   BY MR. MONTOYA:
25        Q.    All I'm trying to find out is:

Gang Che

Page 115

1    In Exhibit 3, my understanding is that

2    Taishan does not deny that page 2 of

3    Exhibit 1J was manufactured by Taishan.

4              Am I mistaken?

5              MR. TAYLOR:  Objection to form.

6        A.    Can you repeat which exhibit --

7    BY MR. MONTOYA:

8        Q.    Sure.  I'm sorry.

9        A.    -- you were referring to?

10       Q.    Exhibit 3, category J.

11       A.    PID-3, first of all, Taishan

12   denied the product markings on 5, 6, 7, 8, 9,

13   10, 11.

14       Q.    I'm asking you about 2.

15             MR. TAYLOR:  I don't think he

16        was finished.

17       A.    As for 2, we neither confirm

18   nor deny that it is a product of Taishan

19   because of the significant lack of

20   information on it.

21   BY MR. MONTOYA:

22       Q.    Are there any other answers

23   regarding product ID in Exhibit 3 that you're

24   changing as corporate representative of

25   Taishan today?

Gang Che

1               MR. TAYLOR:  Objection to form.

2               THE INTERPRETER:  The

3          interpreter needs to inquire of

4          counsel the meaning for "you're

5          changing as corporate representative

6          of Taishan today."

7               Can you paraphrase as for

8          "changing"?

9     BY MR. MONTOYA:

10          Q.    My reading of Exhibit 3,

11    category J, is that Taishan does not deny the

12    markings in photograph 2.  What you're

13    telling me today is that you can neither

14    confirm nor deny the markings in

15    photograph 2.

16               Is my understanding correct?

17               MR. TAYLOR:  Objection, form.

18          A.    I do not deny the possibility

19    that 2 is a product of Taishan, as a

20    possibility.

21    BY MR. MONTOYA:

22          Q.    And as we look at photograph 2,

23    the word "Drywall" contains both capital

24    letters and lowercase letters, correct?

25          A.    Correct.

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 117

1              MR. TAYLOR:  Objection to form.
2   BY MR. MONTOYA:
3       Q.    You'd agree with me that the
4   Manufacturer Profile Form at Exhibit 7 does
5   not distinguish between capital letters or
6   lowercase letters in the Product Marking
7   section with the word "Drywall"?
8              MR. TAYLOR:  Did you give a
9         line number?  No, you didn't.
10             MR. MONTOYA:  No, I'm talking
11        about the entire form.
12             MR. TAYLOR:  Okay.  All right.
13        Just objection, form.
14      A.    The "Drywall" in the entire
15   document?
16   BY MR. MONTOYA:
17      Q.    Here's what I'm asking:  In the
18   Manufacturer Profile Form at Exhibit 7, when
19   the word "Drywall" is contained as a product
20   marking, the Manufacturer Profile Form does
21   not distinguish between capital letters and
22   lowercase letters, correct?
23      A.    It uses all capital letters
24   under Product Markings column.
25      Q.    And that's because Mr. Peng did

Gang Che

Page 118

1    not distinguish between capital letters and

2    lowercase letters when reporting in the

3    Manufacturer Profile Form, correct?

4                    MR. TAYLOR:  Objection to form.

5         A.     I cannot confirm that because I

6    was not the one who created the Manufacturer

7    Profile Form.

8    BY MR. MONTOYA:

9         Q.     I'm going to ask you to look at

10   Exhibit J, photographs 2 and 9, which I'll

11   hold out in front of you.  Is the Y in

12   "Drywall" at page 2 the same as the Y in

13   "Drywall" at page 9?

14        A.     There's some similarities.

15        Q.     What about the W?  Is the W on

16   page 2 the same as the W on page 9 of

17   Exhibit 1J?

18        A.     I cannot see the W very

19   clearly.  I would need you to provide me with

20   more information, because I believe every

21   picture should have a set of pictures that

22   come with it, not only this one picture.

23        Q.     You can hand those back to me,

24   sir.

25                    If you could take a look at

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

1    Exhibit 1J, number 5, please.  My

2    understanding is that Taishan denies that it

3    marked drywalls -- drywall as depicted in the

4    photograph at page 5 of Exhibit 1J; is that

5    correct?

6            A.      Correct.

7                    (Deposition Exhibit PID-20

8            marked.)

9    BY MR. MONTOYA:

10           Q.      I'm going to show you what's

11   been marked as Exhibit 20 to your deposition.

12                   Sir, before I ask you a

13   question about Exhibit 20, could you tell me

14   what Taishan relied upon to deny the markings

15   at page 5 of Exhibit 1J?

16           A.      Based on my years of experience

17   in the gypsum board industry, the marking on

18   page 5 is not a sprayed marking, but rather a

19   painted marking.

20           Q.      How are you able to tell that?

21           A.      Usually the markings sprayed by

22   marking sprayer machine is not in such a

23   density, neither this dark.  Just like the

24   sample board -- sample board we have

25   provided, it is aggregated by many very tiny

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 120

1   dots or a little bigger dots, because while

2   spraying, the mark spraying machine injects

3   needle-like sprays, not paintings.

4        Q.    Sir, I'm going to ask you

5   questions about Exhibit 20 now, if you could

6   turn to that, please.

7             Exhibit 20 is an e-mail dated

8   November 1st, 2006 from Jiapo Yang to Wenny

9   Yin.

10            Do you see that?

11       A.    I see that.

12       Q.    And Jiapo Yang was also known

13  as Apollo Yang?

14       A.    Apollo Yang, Yang Jiapo.  His

15  English name is Apollo Yang.  That is

16  correct.

17       Q.    And he's a Taishan -- or was a

18  Taishan employee?

19       A.    Yes.

20       Q.    And he sent pictures of

21  container packages to Wenny Yin, correct?

22       A.    That's what is reflected from

23  the document.

24       Q.    I'm going to ask you to take a

25  look at the photograph that's attached to

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 121

1      Exhibit 20 that's labeled TG-234500.

2                Do you see that?

3                Sir, I'm asking you to look at

4      the photograph that you have right in front

5      of you.

6           A.     I see that.

7           Q.     I'd like you to take a look at

8      the photograph at TG-234500, and at the same

9      time page 5 of Exhibit 1J that's right in

10     front of you.

11               Would you agree with me that

12     the markings contained at TG-234500 are the

13     same as that as in Exhibit 1J, page 5?

14          A.     There's some similarities of

15     fonts, but because the picture is in black

16     and white, you cannot see whether or not it

17     is injected by needle sprayer.  In addition

18     to that, this set of pictures cannot prove

19     that the products are from Taishan.

20          Q.     When Mr. Yang took pictures

21     back in 2006, did he take them in color?

22                MR. TAYLOR:  Objection to form.

23          A.     You provided this document.  I

24     do not know what was -- what was it like from

25     what he took.  I am also not certain whether

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 122

1   or not these were taken by Jiapo Yang because

2   there is no explanation or remarks whatsoever

3   contained in the e-mail.

4   BY MR. MONTOYA:

5        Q.    Sir, I'm going to ask you to

6   look at Exhibit 1J again.  At Exhibit 1J,

7   Taishan is denying photographs 6, 7, 8 and 10

8   and 11; is that correct?

9             MR. TAYLOR:  Objection to form.

10       A.    Yes.

11  BY MR. MONTOYA:

12       Q.    What did Taishan rely upon to

13  deny 6, 7, 8 and 10 and 11 of Exhibit 1J?

14            MR. TAYLOR:  Is it all right,

15       Counsel, if he takes them one at a

16       time?

17            MR. MONTOYA:  Sure.

18            MR. TAYLOR:  Okay.

19  BY MR. MONTOYA:

20       Q.    Sir, if you would like to go

21  through the photographs one at a time, that's

22  acceptable.

23       A.    Remember at the time we were

24  determining the picture on number 6, we had

25  our attorney provided us also with a set of

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 123

1   pictures.  I don't know if you have those

2   pictures in hand.

3        Q.    When was that?

4        A.    While we were determining

5   PID-3, at that time, because we could not see

6   clearly from the picture on number 6;

7   therefore, we raised a question to the

8   attorney to see whether there are more

9   pictures or more details.

10            But if I'm not mistaken in my

11  memory, there are other more detailed

12  pictures, as a set of pictures, under

13  number 6.

14       Q.    Is your -- is Taishan's

15  position that it doesn't have enough

16  information to admit that it manufactured

17  drywall with the markings at photograph 6?

18       A.    At the time we required more

19  information in order to make the

20  determination, and also, you should be the

21  one that provided those information.

22       Q.    Why was number 7 denied by

23  Taishan?

24            THE WITNESS:  How long has it

25       been?  I would like to take a break.

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 124

1              MR. TAYLOR:  Yeah.

2              THE WITNESS:  I'd like to go to

3      the restroom.

4              MR. MONTOYA:  I just want to

5      get an answer to that question.

6              MR. TAYLOR:  Okay.  Just answer

7      one question.

8      A.      The basis for determining

9  number 7 is because the W on page 7 is

10  different from our W.  The W from Taishan

11  resembles a rounder bottom, but this W is

12  more squared.

13              While preparing for the

14  deposition as company's representative, I

15  tried hard to discover many information, but

16  I have not found that Taishan had any

17  spray -- sprayed marks like this one.

18              MR. MONTOYA:  Take a break.

19              MR. TAYLOR:  Okay.  Thanks.

20              THE VIDEOGRAPHER:  We're now

21      going off the video record.  The time

22      is currently 3:43 p.m.  This is the

23      end of Media No. 5.

24              (Recess taken, 3:43 p.m. to

25      3:59 p.m. )

Gang Che

Page 125

1                    THE VIDEOGRAPHER:  We are now
2          back on the video record with the
3          beginning of Media No. 6.  The time is
4          currently 3:59 p.m.
5     BY MR. MONTOYA:
6          Q.    Sir, I'm going to ask you to go
7     briefly back to Exhibit 20, please.  That was
8     the e-mail from Apollo Yang.
9          A.    I see that.
10         Q.    I just wanted to clarify that
11    the first page of Exhibit 20 is the English
12    translation, but the originals are TG-234499
13    through 234511.  Do you see that?
14               Do you acknowledge that the
15    e-mail was written by Apollo Yang?
16               MR. TAYLOR:  Objection, form.
17               MR. MONTOYA:  What's the
18         objection?
19               MS. EIKHOFF:  Form.
20               MR. TAYLOR:  Form.
21               MR. MONTOYA:  But what's wrong
22         with it?
23               MR. TAYLOR:  We don't know
24         that.  That's what it says, but I
25         don't know if he can acknowledge that.

Gang Che

Page 126

1           MR. MONTOYA:  Let me ask you
2       this way then:  Is there a business
3       records problem, exception 803(6)
4       problem with this document?  I'm
5       asking for a stipulation because I
6       don't want to have to walk him through
7       it.
8           MR. TAYLOR:  Yeah.  I think
9       we'd have to look at it and think
10      about it, but as far as we know, this
11      document says it came from Apollo
12      Yang, but --
13          MS. EIKHOFF:  It was produced
14      by Hogan Lovells, right?
15          MS. ROBERTSON:  No, no, it was
16      produced from Peng's computer in 2015.
17          MR. TAYLOR:  Oh, is that right?
18          MS. EIKHOFF:  Okay.  Well, I
19      appreciate that clarification.
20          MR. TAYLOR:  Then those
21      stipulations are okay.
22          MR. MONTOYA:  All right.
23          You can put that exhibit down
24      now, sir, thank you.
25          ///

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 127

1   BY MR. MONTOYA:

2       Q.      I'm going to ask you to take

3   another look at Exhibit 41.  In your earlier

4   testimony you had referenced the letter W in

5   some of the photographs that were taken at

6   the Taishan factory.

7               Do you recall that?

8       A.      Yes.

9       Q.      And you described the W as

10  having a rounder bottom and having some

11  different characteristics.

12              Do you recall that?

13      A.      Yes.

14      Q.      Where is the W that you were

15  referring to in the photographs in

16  Exhibit 41?

17      A.      Page 18, the W on page 18.

18      Q.      Does the W at page 18 appear to

19  be the same W at Exhibit 1, page 2?

20      A.      Very similar.

21      Q.      Does the Manufacturer Profile

22  Form, Exhibit 7 -- does it contain any

23  information as to whether the markings are

24  painted on the drywall?

25      A.      The Manufacturer Profile Form

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 128

1    does not contain the information whether or

2    not it was painted; however, as a corporate

3    representative of Taishan in preparing of my

4    deposition, I've learned and confirmed that

5    ever since 2004 Taishan had already started

6    to use the spray marking.

7            Q.     Who did you get that

8    information from?

9            A.     I confirmed with the personnel

10   of our purchasing department as well as our

11   production department.

12           Q.     Can you give me any names?

13           A.     The person in the production

14   department is a lady by the name of Madam

15   Zhu, Z-H-U.  I'm not sure about her full

16   name.

17                  In purchasing department at the

18   time, it was a Mr. Pi, who was in charge of

19   the spray marking machine.

20           Q.     I'll take you back to

21   Exhibit 1J.  I'd ask you to look at page 8.

22                  Why does Taishan deny that it

23   manufactured the drywall with the markings

24   contained at page 8?

25           A.     During the preparation of the

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 129

1    deposition as Taishan's corporate

2    representative, I have done a lot of research

3    and have searched for a lot of information.

4    And the conclusion made out of that is that

5    Taishan's 4x12x1/2, the symbol of

6    multiplication sign, is actually not the sign

7    itself, but a checkmark.  It is not the star

8    sign.

9         Q.    And for clarification, when you

10   say the checkmark, is it the English letter

11   x?

12        A.    Multiplication sign.

13        Q.    That looks like an x in

14   English.

15        A.    Correct.

16        Q.    Is it Taishan's position that

17   it has never manufactured drywall with

18   markings with the asterisk at page 8?

19        A.    From my discovery through much

20   effort in researching, I discovered

21   information and materials in my capacity as

22   the corporate representative for preparing

23   the deposition; I did not find any record

24   which shows the asterisk as the

25   multiplication sign.

Gang Che

Page 130

1         Q.    What evidence do you have that
2    Taishan never manufactured a drywall board
3    with the markings -- with an asterisk in the
4    markings?
5         A.    I have not -- I have not
6    discovered any record containing Taishan's
7    information with asterisk sign in it while I
8    was preparing for my deposition as Taishan's
9    corporate representative.
10        Q.    If a customer asked you --
11   asked Taishan from 2005 to 2007 to prepare
12   markings with an asterisk, could Taishan have
13   done it?
14             MR. TAYLOR:  Objection to form.
15        A.    Currently we have not
16   discovered the record of Taishan using
17   asterisk as multiplication sign so far.  We
18   have also not discovered any request from
19   customer as to replace multiplication sign
20   with asterisk.
21             Customarily, using a
22   multiplication sign is easier to operate than
23   using an asterisk.
24   BY MR. MONTOYA:
25        Q.    Sir, what do you call the --

Page 131

1    this symbol here on page 8?  Is that an

2    asterisk or a multiplication sign?  How do

3    you refer to it?

4         A.    We call it asterisk.

5         Q.    Please focus on my question:

6    Did Taishan have the ability to put an

7    asterisk as a product marking in its

8    factories from 2005 to 2007 on drywall?

9              MR. TAYLOR:  Objection to form.

10             THE WITNESS:  Do I need to

11        answer?

12             MR. TAYLOR:  Yes, answer.

13        A.    I'm not sure about that because

14   I have not discovered Taishan's record for

15   putting the asterisk sign; therefore, I'm not

16   sure whether or not Taishan is capable of

17   putting that sign.

18   BY MR. MONTOYA:

19        Q.    You just don't know.

20        A.    I did not find relevant records

21   while I was preparing as a witness for the

22   company as a corporate representative.

23        Q.    Sir, what evidence does Taishan

24   rely upon to deny that its -- that the

25   markings contained on the drywall at page 10

Gang Che

Page 132

1    of Exhibit 1J?

2        A.    Because all letters on the

3    picture of page 10 are capital letters.  We

4    did not discover any similar letters from

5    Taishan's record while I was preparing for

6    the deposition as a corporate representative.

7        Q.    What evidence does Taishan rely

8    upon to deny that it manufactured the drywall

9    shown in photograph 11 of Exhibit 1J?

10       A.    It's because the W contained on

11   page 11 is cornered and squared.  It is not

12   like the W of Taishan's product, which is

13   round.

14       Q.    Taishan doesn't have any

15   documents to show that it did not mark its

16   drywall with the W as depicted in

17   photograph -- or page 11, correct?

18       A.    During the preparation of my

19   deposition as the corporate representative,

20   we have discovered from the warehouse the

21   American-sized residual gypsum board has the

22   injected W which is different from this one.

23       Q.    Is the W that you're referring

24   to the W in Exhibit 41 that you showed us at

25   photograph 18, I believe?

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 133

1        A.       Correct.

2                 (Deposition Exhibit PID-1B

3        marked.)

4   BY MR. MONTOYA:

5        Q.       I'm going to hand you

6   Exhibit 1B to your deposition.  Sir, what

7   evidence does Taishan have to deny that it

8   manufactured the boards -- or the drywall in

9   the photograph at Exhibit 1B, page 34?

10       A.       During my preparation for the

11  deposition as Taishan's corporate

12  representative, I have done a lot of

13  research, acquiring information.  I have not

14  found any record showing that Taishan had

15  manufactured any edge tape or sprayed marking

16  bearing the letters "C&K."

17                And according to my knowledge,

18  C&K is also a gypsum board manufacturer; its

19  Chinese name is Chenxiang.  And from the

20  information I learned from customers, at that

21  time, Chenxiang had also manufactured a lot

22  of the products with white edge tape and

23  without sprayed letters.

24                THE INTERPRETER:  The

25        interpreter needs clarification.

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 134

1                    (Translation.)

2          A.     Or it has manufactured

3   according to the request of the customers,

4   the American size label -- sprayed labeled

5   universal-sized board.

6                    THE INTERPRETER:  Interpreter

7        needs clarifying.

8                    (Translation.)

9                    THE INTERPRETER:  There's no

10       correction on the interpretation.

11                   MR. MONTOYA:  No correction?

12                   THE INTERPRETER:  No

13       correction.

14  BY MR. MONTOYA:

15         Q.     Which customers did you speak

16  with?

17         A.     I don't have a clear

18  recollection of that, but it is a common

19  knowledge in the industry.  We have learned

20  relevant information from our many

21  interactions with customers.

22                   At the time there were many

23  small factories in Pingyi, such as Chenxiang,

24  Baier, or Zhongxing, et cetera, and also

25  Kang Yijia in Taian, and some small factories

Gang Che

Page 135

1    in Zaozhuang.

2                   All have produced a lot -- a

3    lot of universal-sized product according to

4    the request of the customers with spray

5    marking which has the American sizes.

6                   THE INTERPRETER:  The

7           interpreter needs to clarify.

8                   (Translation.)

9                   THE INTERPRETER:  The

10          interpreter needs to make a

11          correction:  As for universal size, it

12          should be interpreted as the markings

13          without labels.

14                  MS. ROBERTSON:  I don't

15          think -- I don't think we want that

16          word is why I don't think we can agree

17          to it.

18                  MS. EIKHOFF:  Okay, but -- all

19          right.  I'm just -- I don't --

20                  MS. ROBERTSON:  My question is,

21          is what is the problem with her

22          correction saying markings without

23          labels?

24                  MS. EIKHOFF:  Because it could

25          be a marking.

Gang Che

Page 136

1              MS. ROBERTSON:  But if that's
2         what he said.
3              MS. SU:  That's not what he
4         said.
5              MS. EIKHOFF:  That's the
6         problem with the translation.  Why
7         don't we note it for the record as a
8         translation issue that we can revisit.
9              MR. MONTOYA:  Is there an
10        objection to the translation?
11             MR. TAYLOR:  Yes.  Yes.
12             MR. MONTOYA:  Okay.
13             THE INTERPRETER:  May the
14        interpreter make a comment?
15             MR. MONTOYA:  Sure.
16             THE INTERPRETER:  So for
17        literal translation, the Chinese
18        character "tong ma" means universal
19        size.  Therefore, the interpreter have
20        been using that all along until the
21        interpreter found a similar
22        contradictory statement.
23             Therefore, upon clarification
24        with Mr. Che, it was clarified by
25        Mr. Che that it actually meant

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 137

1          "without label" in the English

2          translation.

3     BY MR. MONTOYA:

4          Q.    What records do you have to

5     support your statements that all these

6     companies that you mentioned produced the

7     drywall that you've described?

8          A.    First of all, this kind of

9     information was open at the time in the

10    industry.

11          Secondly, if you could check,

12    you'll find all those manufacturers were

13    included in your initial complaint.  In other

14    words, you know about it.

15          Q.    Did you take any notes of your

16    conversations with your customers?

17          A.    In China, how should I put it,

18    we don't have this kind of behavior.

19          Q.    Here's what I'm asking:  When

20    you prepared for your testimony as the

21    corporate representative and you inquired

22    about the C&K drywall, my understanding is

23    you called customers to get information.

24          Did you take any notes of those

25    conversations?

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 138

1           MR. TAYLOR:  Objection to form.

2      A.      There have been many changes,

3  one after another, between 2006 and 2007 as

4  for the customer information.  It's been so

5  long that we're not even sure whether or not

6  those companies still exist.

7                Because at the time, between

8  2005 to 2007, while Taishan was manufacturing

9  American-sized gypsum board, I was only a

10  salesperson; therefore, I have had

11  interactions with many customers, but no

12  records were left.

13  BY MR. MONTOYA:

14      Q.      Sir, did Taishan ever

15  manufacture any drywall for the company

16  Chenxiang?  And I'm sorry for my

17  pronunciation.

18      A.      No.  We're competitors.  It's

19  impossible for us to manufacture gypsum board

20  for them.  The quality of our products far

21  exceeds that of theirs.

22      Q.      Did Taishan ever enter into any

23  contracts with the company Chenxiang?

24      A.      Not according to my knowledge,

25  because we're competitors.  There is an

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 139

1   unspoken rule in the industry.  It's
2   impossible for me to use my product, which is
3   very good, to gold coating such a small
4   factory.
5        Q.    Sir, did Taishan do any
6   business with York Building Supply Company
7   that you're aware of?
8              MR. TAYLOR:  Can you say that
9        name again?
10              MR. MONTOYA:  Yes.
11   BY MR. MONTOYA:
12        Q.    York Building Supply.
13              MR. TAYLOR:  Okay.  Thanks.
14        Thank you.
15   BY MR. MONTOYA:
16        Q.    Like New York.
17        A.    Is that a Chinese company or a
18   foreign company?
19        Q.    It's a company outside of
20   China.
21        A.    York?  Is it listed on the
22   Manufacturer Profile Form?
23        Q.    No, sir.
24        A.    I really do not recall there is
25   such a company.

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 140

1          Q.     Do you know if Taishan ever did

2     any business with a company called

3     HLK Industries?  And I will also tell you it

4     is not on the Manufacturer Profile Form.

5          A.     I also don't recall that.

6                 (Deposition Exhibit PID-1G

7          marked.)

8     BY MR. MONTOYA:

9          Q.     Sir, I'm going to hand you

10    Exhibit 1G to your deposition.

11                Sir, does Taishan deny that it

12    manufactured the board, the drywall, shown on

13    page 43 of Exhibit 1G?

14         A.     Correct.

15         Q.     Please tell us why.

16         A.     During the time to prepare for

17    my deposition on behalf of the corporation,

18    Taishan, as its representative, I have

19    reviewed a lot of materials as well as

20    compared a lot of information.

21                I did not find any information

22    of Taishan having produced products for

23    ProWall.

24         Q.     Is your answer the same for

25    page 44 of Exhibit 1G?

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 141

1        A.      Page 44?

2        Q.      Yes, sir.

3        A.      Correct.

4        Q.      From 2006 to 2007, did Taishan

5    manufacture drywall that said on the edge

6    tape "Fire Resistive Gypsum"?

7        A.      Edge?  Which edge are you

8    referring to?

9        Q.      The edge tape.

10        A.      What is information reflected

11    in there?

12        Q.      My question is:  Did Taishan

13    ever manufacture any drywall -- manufacture

14    any drywall with the edge tape that had the

15    words "Fire Resistive Gypsum" on it from 2006

16    to 2007?

17        A.      Are you talking about American

18    size?

19        Q.      Yes.

20        A.      If you are talking about

21    American size, then during the preparation of

22    my deposition as Taishan corporate

23    representative, I did not find any

24    information with the edge tape bearing the

25    words fire resistive, something, something,

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 142

1  gypsum board.

2        Q.     From 2006 to 2007, did Taishan

3  manufacture drywall according to the ASTM C36

4  and 1396 standard?

5        A.     From 2006 and 2007, Taishan did

6  produce American-sized gypsum boards.

7        Q.     Did it contain the markings

8  "ASTM C36/1396"?

9              MR. TAYLOR:  Objection to form.

10              MS. EIKHOFF:  Pat, did you mean

11        did he?  Because your question was did

12        it produce, did it contain the

13        marking, and he had just referred to

14        like every board they ever produced.

15              MS. ROBERTSON:  I think

16        every --

17              (Clarification requested by the

18        reporter.)

19              MS. ROBERTSON:  I said I think

20        that "it" refers to Taishan, not

21        boards.

22              MS. EIKHOFF:  It said did it --

23              MR. MONTOYA:  Sorry.  My

24        question was -- that he didn't answer

25        was do they manufacture to the ASTM

Gang Che

Page 143

1          standard or not, which I still haven't

2          gotten an answer to.  That's all I'm

3          trying to ask.

4                    MS. EIKHOFF:  Okay.

5                    THE WITNESS:  Please ask your

6          question again.

7     BY MR. MONTOYA:

8          Q.    Sir, from 2006 to 2007, did

9     Taishan manufacture boards with the marking

10    "ASTM C36/1396"?

11         A.    C36/1396?  Is that correct?

12         Q.    Yes.

13                    Sir, I think maybe my question

14    is confusing to you because you're looking at

15    the Manufacturer Profile Form.

16                    All I'm asking you is whether

17    or not Taishan produced board in 2006 and

18    2007 that had the ASTM C36 or -- slash, 1396

19    stamped on it.

20         A.    During my preparation for the

21    deposition as a corporate representative, I

22    have reviewed a lot of materials.  I did not

23    find that Taishan had manufactured gypsum

24    boards bearing C36 and, slash, 1396.

25         Q.    You do agree that Taishan

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 144

1    manufactured boards from 2006 and 2007 with

2    the markings "ASTM C1396-04" standard,

3    correct?

4                    THE WITNESS:  Can you

5          reinterpret the number again?

6                    THE INTERPRETER:  The

7          interpreter will reinterpret.

8                    (Translation.)

9          A.     Correct.

10                    (Deposition Exhibit PID-50

11          marked.)

12    BY MR. MONTOYA:

13          Q.     I'm going to hand you what's

14    been marked as Exhibit 50 to your deposition.

15                    THE WITNESS:  How long has it

16          been?

17                    MR. TAYLOR:  We're almost --

18                    MR. MONTOYA:  We're almost

19          done.

20                    MR. TAYLOR:  We've got about

21          ten more minutes.

22                    Did you only give him one copy?

23                    MR. MONTOYA:  No, there's more

24          there.

25                    MR. TAYLOR:  Okay.

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 145

1    BY MR. MONTOYA:

2         Q.    Can you tell us what Exhibit 50

3    is, sir?

4         A.    It is an invoice.

5         Q.    An invoice from whom?

6         A.    It should be from -- it should

7    be from Taishan.

8         Q.    Is this --

9         A.    It is a common invoice.

10        Q.    Did you say the term "common

11   invoice"?

12        A.    Correct.

13        Q.    What do you mean by common

14   invoice?

15        A.    There are two types of invoices

16   in China.  The invoice for ordinary taxpayers

17   is called an invoice for added value.

18             THE INTERPRETER:   Interpreter

19        needs to clarify.

20             (Translation.)

21        A.    The small-scale taxpayers

22   invoice belongs to the category of commercial

23   invoice.  In China, only ordinary taxpayers

24   may issue a common invoice and value-added

25   tax invoice.

Gang Che

Page 146

1                    But a small-scale taxpayer can

2       also accept common invoice; he cannot accept

3       value-added tax invoice, and he can only

4       issue common invoice.

5       BY MR. MONTOYA:

6            Q.    Sir, Exhibit 50 is an invoice

7       from Taishan to Run & Fly (Jinan) New

8       Materials Company, Limited, correct?

9            A.    Correct.

10           Q.    And it's dated May 8th, 2006?

11           A.    Correct.

12           Q.    Did Run & Fly (Jinan) New

13      Materials Company, Limited request that

14      Taishan make drywall for it pursuant to this

15      invoice?

16           A.    Manufacturing gypsum boards is

17      not to be in accordance with an invoice.  The

18      invoice is something like a receipt after a

19      sales transaction is completed.

20           Q.    Sir, does this invoice tell you

21      that Taishan manufactured drywall for Run &

22      Fly (Jinan) New Materials Company, Limited?

23           A.    Correct.  We call it gypsum

24      board.

25           Q.    Okay.  What dimensions were

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 147

1    produced by Taishan for Run & Fly (Jinan) New
2    Materials?
3            A.      It's 3.66 meter by 1.22 meter
4    by 12.7.
5            Q.      Is that the same as the
6    dimensions 4 feet by 12 feet by 1/2 inch?
7            A.      When you make the conversion,
8    it is the same.
9            Q.      How many pieces of drywall
10   total were ordered by Run & Fly (Jinan) New
11   Materials from Taishan?
12           A.      I'll need to add them.
13           Q.      What are the numbers in this
14   invoice?
15           A.      There are two numbers.
16           Q.      What are those two numbers?
17           A.      There is a total when you add
18   those two together.
19           Q.      What's the total?
20           A.      May I have a calculator?
21           Q.      Well, can you tell me what the
22   numbers are?
23           A.      The line on top is 598.  The
24   line at the bottom is 9,338.
25                   MR. SERPE:  Counsel, can we get

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 148

1        a stipulation that the total is 9,936?

2                MR. TAYLOR:  I object to your

3        question.  Somebody wants to go home,

4        I think.

5                MR. SERPE:  No, no, I got the

6        calculator out.  I'm trying to be

7        helpful here.

8                MR. TAYLOR:  Okay.  We're good.

9   BY MR. MONTOYA:

10       Q.    Do we agree that the total is

11  9,936 boards?

12                MR. TAYLOR:  Yes.

13       A.    If this gentleman does not have

14  any problem with your math, it should be

15  correct.

16  BY MR. MONTOYA:

17       Q.    Okay.  Is the sale to Run & Fly

18  (Jinan) New Materials reported in the

19  Manufacturer Profile Form, Exhibit 7?

20       A.    No.

21       Q.    Why not?

22       A.    Because at the time it issued a

23  common invoice; therefore, we do not think it

24  is for exporting because all that is involved

25  in exporting would want a value-added tax

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 149

1    invoice.

2               If it did not request a

3    value-added tax invoice but you're exporting

4    it, you have to supplementally pay an

5    additional tax to the Chinese custom, which

6    is not a good deal.

7               Therefore, at the time, we did

8    not believe it was for exporting.

9       Q.    Do you know what the markings

10   are on this drywall that was produced for

11   Run & Fly (Jinan) New Materials?

12      A.    White edge tape with no

13   writings without spray marking.

14      Q.    White edge tape and no spray

15   marking, correct?

16      A.    Correct.

17      Q.    And you later found out that

18   these boards went to the United States,

19   correct?

20               MR. TAYLOR:  Objection to the

21       form.

22      A.    We did not find out that it

23   went to the United States.  But afterwards,

24   we confirmed that the size is American size.

25               ///

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

```
                                                 Page 150
 1    BY MR. MONTOYA:
 2          Q.      How did you find out that the
 3    size was American size?
 4          A.      Because later, everybody was
 5    saying the size of 4 feet by 12 feet by half
 6    inch is an American size.
 7          Q.      What other sales did you do
 8    with Run & Fly (Jinan) New Materials?
 9          A.      For Jinan Run & Fly New
10    Material Company, we have only made this one
11    batch with American size, and also, it was
12    with the white edge tape with no writings and
13    no spray marking on the back.  And common
14    invoice was issued.
15                  From what we learned
16    afterwards, because Taishan's price is
17    comparatively high, then it went to Kang
18    Yijia and made purchase for a lot of gypsum
19    boards with American size.
20          Q.      Can you explain the last part
21    of your answer for us, when you say that
22    the -- I think what you said is the drywall
23    went to Kang Yijia, which I can't pronounce,
24    and they made a lot of purchase of gypsum
25    boards for the American size.
```

Gang Che

Page 151

1             Explain that for us.

2             MR. TAYLOR:  Objection to the

3        form.

4        A.    What kind of explanation you're

5   asking?

6   BY MR. MONTOYA:

7        Q.    I didn't understand the second

8   part of your answer.  Can you explain it more

9   for us?

10       A.      Afterwards, according to what

11  we have learned, Jinan Run & Fly New Material

12  Company, Limited had only ordered one batch

13  of American-sized gypsum board from Taishan,

14  and also, it was white edge tape without

15  writings and without spray marking on the

16  back.

17             Afterwards, because Taishan's

18  product price was comparatively high, Jinan

19  Run & Fly New Material Company ordered a lot

20  of American-sized gypsum board from Kang

21  Yijia.

22             Am I helping you to understand

23  now?

24       Q.    Yes, I understand now.  Thank

25  you.

Gang Che

Page 152

1              MR. MONTOYA:  Just one more

2      quick one.

3              MR. TAYLOR:  Okay.

4  BY MR. MONTOYA:

5      Q.    Did Taishan ever do any

6  business with a company called Manchester in

7  Home?

8      A.    I don't believe it's listed on

9  the Manufacturer Profile Form.

10      Q.    It is not on the Manufacturer

11  Profile Form.

12      A.    Because I really don't recall

13  there is such a company.

14      Q.    Sir, did Taishan ever do any

15  business directly with a company named Stock

16  Building Supply?

17      A.    Is it also not included on the

18  manufacturers list?

19      Q.    It is not.

20      A.    Because I also do not recall

21  such a company.

22              MR. MONTOYA:  I think we can

23      adjourn for the day.

24              MR. TAYLOR:  Right, get started

25      again at 7:00 a.m.

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 153

1           THE WITNESS:  Is he done with

2      his questions, so tomorrow is --

3           MR. TAYLOR:  7:00 a.m.  He'll

4      finish his questions tomorrow.

5             (Interruption by the reporter.)

6           THE VIDEOGRAPHER:  We are now

7      going off the video record.  The time

8      is currently 5:05 p.m.  This is the

9      end of Media No. 6.

10            (Recess taken, 5:05 p.m. to

11      5:26 p.m.)

12           THE VIDEOGRAPHER:  We are now

13      back on the video record with the

14      beginning of Media No. 7.  The time is

15      currently 5:26 p.m.

16                EXAMINATION

17  BY MR. SERPE:

18      Q.    Good afternoon, Mr. Che.  My

19  name is Richard Serpe, we met earlier.  I

20  appreciate your offer to continue to go later

21  this evening.  Thank you, sir.

22      A.    Thank you.

23      Q.    Will you stop me if you become

24  tired from the long exertions today?

25      A.    All right.  Thank you.

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

 1          Q.      Please take out Exhibit 48,
 2    which is in the stack in front of you, as
 3    I'll be asking you several questions from it.
 4                  MS. EIKHOFF:  Sunny, we put
 5          them in numerical order.
 6                  MS. ROBERTSON:  So, Mr. Che, at
 7          the bottom there will be a 48.
 8    BY MR. SERPE:
 9          Q.      Mr. Che, I direct your
10    attention to item number 9, which is listed
11    on the notice of deposition, PID-48.
12                  Are you prepared to testify on
13    behalf of Taishan with respect to the
14    document retention policy of Taishan since
15    2004?
16          A.      I see that, that's correct.
17          Q.      I'm going to hand you an
18    exhibit which we've marked as PID-9.
19                  (Deposition Exhibit PID-9
20          marked.)
21                  MS. ROBERTSON:  Patrick will
22          hand it to Bernard.
23                  MR. TAYLOR:  Thank you, sir.
24                  MS. EIKHOFF:  So if you just
25          hand them all here, then we'll pass

Gang Che

Page 155

1          them down.
2     BY MR. SERPE:
3          Q.     Mr. Che, have you ever seen
4     Exhibit PID-9 before?
5          A.     Yes.
6          Q.     I direct your attention to
7     paragraph 14 of PID-9.
8          A.     I see that.
9          Q.     Taishan understood that this
10    was an order from Judge Fallon in the court
11    case with respect to preserving evidence, did
12    it not?
13         A.     It should be the case.
14         Q.     And Taishan understood that the
15    order required Taishan to preserve all
16    evidence regarding its U.S. exports, correct?
17         A.     Taishan's understanding is that
18    according to the order of Judge Fallon, that
19    Taishan has the responsibility to keep all
20    evidence related to the case.
21         Q.     When did Taishan first receive
22    a copy of Judge Fallon's order, Pretrial
23    Order 9, regarding preservation of evidence?
24              MS. EIKHOFF:  Richard, did you
25         mean PTO 1?

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

1           MR. SERPE:  I'm sorry, PTO 1.

2       Thank you, Christy.

3       A.    I don't recall the detailed

4    date; however, I do remember that in 2010,

5    when the lawsuit was initiated, Hogan Lovells

6    showed us the court order and requested us to

7    comply with the court order to preserve all

8    relevant information that is relevant to this

9    case.

10   BY MR. SERPE:

11      Q.    The order on Exhibit 9 has a

12   date at the top of June 16th, 2009.

13           Do you see that?

14      A.    I see that.

15      Q.    Is it your testimony under oath

16   today that Taishan did not receive a copy of

17   the judge's order until 2010, over six months

18   after the date of the order?

19      A.    Because at the time I was

20   preparing for the deposition as company

21   representative, I did review the depositions

22   of President Jia and Mr. Peng.

23           From that I understand that

24   Taishan had entered into the lawsuit in 2010;

25   therefore, before that I believe Taishan did

Gang Che

Page 157

1    not have any other way to receive such a

2    document.  Because President Jia twice

3    demanded Taishan's relevant personnel in 2010

4    and 2011 to preserve documents and evidence

5    in relation to this lawsuit.

6         Q.    How did President Jia order

7    relevant personnel in 2010 to preserve

8    documents and evidence in relation to this

9    lawsuit?

10        A.    While I was preparing for my

11   deposition as the corporation representative,

12   I reviewed President Jia and Mr. Peng's

13   record in this regard.

14              I believe in two separate

15   meetings, President Jia demanded that

16   relevant personnel should preserve documents

17   and evidence in relation to the American

18   lawsuit.

19        Q.    Did President Jia give written

20   instructions at those meetings?

21        A.    When I was reviewing documents

22   for the preparation of my deposition as

23   representative of the company, I did not find

24   in the record any instructions in that regard

25   in writing.

Gang Che

Page 158

```
1        Q.      Did you attend either meeting
2   personally?
3        A.      No.
4        Q.      You were in the foreign sales
5   department in 2010?
6        A.      Correct.
7        Q.      You were in the foreign sales
8   department during the time period when
9   Taishan made drywall for U.S. export?
10       A.      You should say that while
11  Taishan was manufacturing American-size
12  gypsum board, I was in the sales department.
13       Q.      You would agree that you would
14  be a relevant personnel, as you used those
15  words, that should have been provided the
16  instructions to preserve documents and
17  evidence; wouldn't you agree?
18               MR. TAYLOR:  Objection to form.
19       Objection to the form.
20       A.      At the time I received the
21  notice in regarding to preserve evidence
22  related to American lawsuit, but it was not
23  through President Jia; but Mr. Peng informed
24  us of that, because at the time, Mr. Peng was
25  our manager.
```

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 159

1   BY MR. SERPE:

2        Q.     What information did Mr. Peng

3   provide you regarding the requirement to

4   preserve evidence for the American lawsuit?

5        A.     I remember at the time Mr. Peng

6   required our department to preserve all

7   e-mails, documents, evidence related to

8   manufacturing of the American-sized gypsum

9   board.

10       Q.     Did Mr. Peng give you written

11  instructions?

12       A.     No.

13       Q.     When you received the

14  instructions from Mr. Peng, what steps did

15  you take to preserve your e-mails, documents

16  and evidence related to manufacturing of the

17  American-sized gypsum board?

18       A.     At the time our strategy was

19  that we no longer could delete anything from

20  our e-mails.  We would wait for the attorneys

21  from Hogan Lovells to collect information.

22             At the same time, it also

23  applies to the documents in the computer.  At

24  the same time, to keep all documents related

25  to American-sized information at hand.

Gang Che

Page 160

1        Q.     Did the attorneys from
2   Hogan Lovells collect the information from
3   you?
4               MR. TAYLOR:  Objection to form.
5        A.     Yes.
6   BY MR. SERPE:
7        Q.     Did they search your computer
8   for e-mails?
9               MS. EIKHOFF:  Object to form.
10              MR. TAYLOR:  Objection, form.
11              And you can answer.
12       A.     Yes.
13  BY MR. SERPE:
14       Q.     Who did that?
15       A.     At the time, we left our
16  mailbox and our computer to Hogan Lovells for
17  their operation because at the time, the
18  contact person for Hogan Lovells is Mr. Peng;
19  therefore I'm not as familiar with those
20  people as I am with the lawyers of Alston, so
21  I cannot really name their names.
22              I believe there was a Mr. Chen.
23       Q.     For a few more questions I want
24  to ask about you personally, your computer.
25  I'm going to switch back to what Taishan did

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 161

1    later.

2              Who took your computer to

3    search?

4              MR. TAYLOR:  Objection to the

5         form.

6         A.    I think at the time there was

7    no taking away of the computers, but rather

8    we have changed our mailbox password into

9    something simple and to give that to

10   Hogan Lovells' attorneys so that they can

11   operate on our computers.

12   BY MR. SERPE:

13        Q.    In addition to giving the

14   mailbox password, did Hogan Lovells take

15   documents that were stored in the memory of

16   your computer?

17             MR. TAYLOR:  Objection to form.

18             You can answer.

19        A.    I'm not sure about that.  We

20   give them the passwords, we left our seats,

21   and we let them do their operation on it.

22   BY MR. SERPE:

23        Q.    As Taishan's representative,

24   what is Taishan's understanding as to what

25   information was removed or copied from the

Gang Che

Page 162

1    computers at that time?

2         A.      We trust that Hogan Lovells'

3    attorneys, as attorneys, could better

4    understand the court's order.  We were open

5    to the information collection of

6    Hogan Lovells.  We provided our mailboxes'

7    passwords and computers for them to operate.

8                  As for what information had

9    been collected specifically, it was decided

10   by the attorneys.

11        Q.      Did the attorneys at

12   Hogan Lovells tell you after they sat down

13   with the computer that it was okay for you to

14   delete or destroy the computer afterwards?

15        A.      No.

16                MR. TAYLOR:  Objection to form.

17   BY MR. SERPE:

18        Q.      What type of computer were you

19   using in 2005, 2006 and 2007?  Was it a

20   laptop or a larger computer on the desktop?

21        A.      It was definitely not a laptop.

22   We were not that advanced.

23        Q.      Did you have a different

24   computer now than you had in 2005 and 2006?

25        A.      The computer I have right now

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 163

1    is different from the computer I had in 2005

2    and 2006.

3         Q.    Where is the computer you had

4    in 2005 and 2006?

5         A.    It is being preserved.

6         Q.    Where is it being preserved?

7         A.    In my office.

8         Q.    The computer you're preserving,

9    did it continue to be used by you until 2009?

10                THE INTERPRETER:  The

11            interpreter is clarifying a company's

12            name with the deponent.

13                (Translation.)

14         A.    In 2015, upon the coordination

15    of Alston attorneys, Zhi Tong collected the

16    computer information.

17    BY MR. SERPE:

18         Q.    How did Zhi Tong collect the

19    computer information?

20         A.    This, I would be very clear

21    because I was the one who was coordinating

22    most of the work.  At the time, upon

23    retrieving our mailbox passwords, Zhi Tong

24    downloaded the documents in the mailbox to

25    the computer's hardware, and then the entire

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 164

1    hardware was copied.

2         Q.      When in 2015?

3         A.      I don't have a clear

4    recollection on the exact dates, but it was

5    in 2015.  I believe it was in the second half

6    year of 2015.

7         Q.      What is Taishan's understanding

8    as to what Zhi Tong did with the information

9    once they downloaded it from your computer?

10        A.      We would continue to preserve

11   our information.

12        Q.      Did Taishan ask Zhi Tong to

13   search your computer for evidence or e-mails

14   concerning American-sized drywall?

15        A.      Taishan did not order how

16   Zhi Tong should do.  We had only provided

17   mailbox passwords to Zhi Tong, and then it

18   was Zhi Tong's operating personnel to operate

19   on our computer alone.

20        Q.      What is Taishan's understanding

21   of what Zhi Tong was looking for on your

22   computer?

23        A.      Well, we know that Zhi Tong was

24   entrusted by the attorneys to copy all our

25   information.  We do not know what specific

Gang Che

Page 165

1    information that they referred to.  All we
2    did was to try our best to work with
3    Zhi Tong's work, even though we were not very
4    willing in our hearts but we still respect
5    the requirement of the company.
6         Q.      In preparing for testifying as
7    Taishan's corporate representative, did you
8    look at your own computer hardware and
9    e-mails to look for evidence of
10   American-sized drywall?
11        A.      No, because the attorneys
12   already have all the documents and evidence.
13   It would be unefficient for unprofessionals
14   like us to work on that.  In that case, you
15   have to wait until next year to depose me.
16        Q.      Have you been told that you
17   were provided with all of the documents and
18   e-mails from your computer that had to do
19   with American-sized drywall?
20             MR. TAYLOR:  Objection to form,
21        and it's -- I'm sorry.  Is she
22        finished?  Objection to form, and it's
23        difficult for me to understand the
24        scope of your question, and so I think
25        I probably need -- if you're asking

Gang Che

Page 166

```
1        him what his attorneys told him, I
2        would need to assert the
3        attorney-client privilege.
4               MR. SERPE:  I'm asking him what
5        he reviewed to prepare for the
6        deposition and what specifically --
7               MR. TAYLOR:  Let me finish.
8               MR. SERPE:  Oh, I'm sorry, I
9        thought you were done.  I really did.
10              MR. TAYLOR:  Yeah.  So assert
11       attorney-client privilege and instruct
12       him not to answer in regards to any
13       discussions he had with his attorneys
14       on that issue.
15              Other than that, he can
16       respond.
17              THE WITNESS:  I'm sorry, then I
18       cannot say anything.
19   BY MR. SERPE:
20       Q.    To your knowledge, have you
21   been provided with all of the e-mails and
22   documents from your computer regarding
23   American-sized drywall?
24              MR. TAYLOR:  Objection to form.
25              THE WITNESS:  Do I need to
```

Gang Che

Page 167

1        answer?

2                MR. TAYLOR:  Yes.

3        A.     First of all, when I was

4   preparing for my deposition as a witness

5   representing Taishan Company, Alston

6   attorneys gave me one document.  In the

7   document, there are about ten items I would

8   need to prepare and learn.

9                I've also tried my best to

10  accommodate Alston's attorney to search for

11  relevant material.  As whether or not, as you

12  said, that's all of it, I cannot be sure.

13  BY MR. SERPE:

14       Q.     In the 2015 project with

15  Zhi Tong, what other computers besides yours

16  did they make copies of?

17       A.     Yes.

18       Q.     Which other computers?

19       A.     The computer of Che Gang, the

20  computer of You Zedong, the computer of

21  Zhang Jianchun, the computer of Wang Lifeng,

22  and the computer of Peng Wenlong.

23       Q.     Were the computers that were

24  collected for those five Taishan employees

25  the computers that they were using between

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 168

1    2005 and 2009?

2          A.     Yes.

3          Q.     Is Taishan aware whether or not

4    those five computers were searched for

5    e-mails and other evidence regarding

6    American-sized drywall?

7          A.     We knew that Zhi Tong was

8    searching for documents and evidence related

9    to the American lawsuit.  As for specifically

10   what they were searching for, I think they

11   should have their related requirements.  We

12   were only trying our best to accommodate.

13         Q.     Taishan was never told what

14   they found on the computers?

15               MR. TAYLOR:  Objection to form.

16         And I guess, unfortunately, I have to

17         assert the attorney-client privilege

18         to any information that was passed on

19         to Taishan from their attorneys in

20         regards to this matter and instruct

21         him not to answer in that regard.

22               MR. SERPE:  Bernard, before --

23         are you instructing him not to answer

24         the question?

25               MR. TAYLOR:  Just in regards to

Gang Che

Page 169

```
1          whatever came from his attorneys to
2          him.  He can -- anything other than
3          that, he can answer.
4               MR. SERPE:  For the record, I
5          believe that in a 30(b)(6) context,
6          when asking a witness about his
7          preparation, what documents he did or
8          did not review, that your instruction
9          to him to not answer what documents he
10         received even from his counsel, if
11         they're substantive evidence on which
12         the inquiry is valid, that that's not
13         a proper instruction.
14              I don't want to argue that with
15         you now, but we can --
16              MR. TAYLOR:  That wasn't your
17         question.  I disagree with you, but
18         that wasn't your question.
19              Your question was whether we
20         told -- whether he was told what
21         documents were obtained from the
22         computer, and I just indicated that if
23         that information came from his
24         attorneys, then that's attorney-client
25         privileged, and I would instruct him
```

Gang Che

Page 170

```
 1        not to answer in regards to that
 2        limited subset of any discussion he
 3        had with his lawyers.
 4             But he can answer in regards to
 5        anything else.
 6             MR. SERPE:  So --
 7             MS. EIKHOFF:  The pending
 8        question was at 18, right, 17, if you
 9        want to look at it.
10             MR. SERPE:  What were they
11        told?
12             MS. EIKHOFF:  It says Taishan
13        was never told what they found on the
14        computers?
15             MR. SERPE:  Yeah, Zhi Tong.
16        Right.
17             MS. EIKHOFF:  Are you talking
18        about in preparation for 30(b)(6) or
19        at any time?
20             I think Bernard's instruction
21        stands.
22   BY MR. SERPE:
23        Q.   At any time in preparation for
24   your deposition today, did you review what
25   you believed to be the results of the
```

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 171

1    searches of the five computers that you just

2    told me about?

3         A.    First of all, I believe

4    Zhi Tong had copied all the documents.  I've

5    told you from the very beginning that

6    Zhi Tong even copied the hardware; therefore,

7    it was not necessary to inform me what

8    documents it had copied.

9         Q.    Mr. Che, you gave a deposition

10   in 2015.  Do you recall that?

11        A.    Yes.

12        Q.    Did the search with Zhi Tong

13   take place before or after your deposition?

14             MR. TAYLOR:  Objection to form.

15             But you can answer.

16        A.    I don't have a clear

17   recollection, but I believe it was close to

18   that time.

19   BY MR. SERPE:

20        Q.    Do you still have Exhibit 48 in

21   front of you, the notice of deposition?

22        A.    Yes.

23        Q.    Would you look at item

24   number 10.

25        A.    Yes, I see it.

Gang Che

Page 172

```
 1        Q.     I'd like to ask you about the
 2   methodology that Taishan used to prepare you
 3   to testify on behalf of Taishan including the
 4   materials reviewed and the persons consulted.
 5              Do you understand?
 6        A.     I understand.
 7        Q.     In preparing for the
 8   deposition, did you review materials that
 9   were found on the five computers that had
10   been searched by Zhi Tong?
11              MR. TAYLOR:  Objection to the
12        form.
13        A.     While I was preparing as a
14   witness for the deposition representing
15   Taishan Company, I've reviewed a large
16   quantity of relevant material, including the
17   Manufacturer Profile Form and a large
18   quantity of pictures.  I have also reviewed
19   the relevant deposition record of
20   President Jia and Mr. Peng.
21              I have made a great effort to
22   have discovered from the warehouse the gypsum
23   board that was of American size and were
24   residual boards, and I have also confirmed
25   with our purchasing department and production
```

Gang Che

Page 173

1    department for relevant material.

2                   I have also discussed with

3    Party Director Mr. Zhang and President Jia

4    for related information.  At the same time in

5    order to confirm the marking information, I

6    have also called those who had already left

7    the employment, such as Peng Wenlong and

8    Yang Jiapo.

9                   MR. SERPE:  Are you finished?

10        Do you remember what my question was?

11                   THE WITNESS:  You asked me what

12        kind of preparation I did.

13                   MR. SERPE:  No, sir.  Mr. Court

14        Reporter, would you read back my last

15        question.

16                   (The following portion of the

17        record was read.)

18                   "QUESTION:  In preparing for

19        the deposition, did you review

20        materials that were found on the five

21        computers that had been searched by

22        Zhi Tong?"

23                   (End of readback.)

24        A.    Now we have reviewed some

25    materials, and we have reviewed some relevant

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 174

1    materials.  I believe all of those materials

2    were copied from Zhi Tong and provided by

3    Hogan Lovells except those material that you

4    have provided us with.

5                   MR. TAYLOR:  Richard, we're

6           right in that 50- to 60-minute period.

7           I should check with the client to see

8           if he wants to take a little break.

9                   MR. SERPE:  Yeah.

10                  THE WITNESS:  Take a break,

11          please.

12                  THE VIDEOGRAPHER:  We are now

13          going off the video record.  The time

14          is currently 6:19 p.m.  This is the

15          end of Media No. 7.

16                  (Recess taken, 6:19 p.m. to

17          6:31 p.m.)

18                  THE VIDEOGRAPHER:  We are now

19          back on the video record with the

20          beginning of Media No. 8.  The time is

21          currently 6:31 p.m.

22    BY MR. SERPE:

23          Q.    Mr. Che, you told me just

24    before the break that all of the materials

25    that were copied by Zhi Tong had been

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 175

1    provided to you.

2              How many pages of materials had

3    been provided from them to you?

4              MR. TAYLOR:  Objection, form.

5         A.    I think you might have

6    misunderstood what I just said.  I said that

7    Zhi Tong had already copied all the

8    documents.

9    BY MR. SERPE:

10        Q.    Did Taishan provide you with

11   any materials that had been copied by

12   Zhi Tong to prepare you for your deposition

13   today?

14        A.    While preparing for my

15   deposition as a witness of Taishan, in

16   representing of Taishan, we have gone through

17   item by item according to the deposition

18   notice, including some of the Manufacturer

19   Profile Forms, some documents we have

20   submitted, and some of the old e-mails, and

21   some of the old documents that are relevant.

22   I have reviewed and made a reference of them.

23             They are so much material, it

24   is impossible for me to count page by page.

25        Q.    Can you tell for certain that

Gang Che

                                             Page 176
1    even one page that had been copied by
2    Zhi Tong had been provided to you?
3        A.      You only want me to give you an
4    example?
5        Q.      Yes.
6                THE WITNESS:  Is it in the
7            scope of the attorney-client
8            privilege?
9                MR. TAYLOR:  No.
10               THE WITNESS:  All right.
11       A.      I have reviewed a statistic and
12   explanation for American-sized gypsy board --
13   gypsum board collected by Mr. Peng.
14   Explanation, those are two documents.
15   BY MR. SERPE:
16       Q.      And how could you tell that
17   those were taken or copied by Zhi Tong?
18       A.      I don't understand why you ask
19   the question the way you asked.  We did not
20   make the copy ourselves and submit them.
21       Q.      Would it be a fair statement
22   that you don't know how many documents that
23   were collected by Zhi Tong from the five
24   computers you told me about have been
25   provided to you to review for today?

Gang Che

1          A.       Correct.  I did not know how

2     many documents Zhi Tong had copied and taken

3     from our computer, but Zhi Tong had indeed

4     copied all of our documents.

5          Q.       How many of them were provided

6     to you to review to prepare for the

7     deposition today?

8               MR. TAYLOR:  Objection to form.

9               But you can answer, if you

10        know.

11         A.       I have just answered you

12    earlier.  You said it was okay for me to only

13    give you an example.  Why did you not keep

14    your promise?

15    BY MR. SERPE:

16         Q.       Mr. Che?

17         A.       (In English)  Yeah.

18         Q.       I'm not going to argue with

19    you.

20               Did Zhi Tong collect the

21    computer from Yang Jiapo?

22         A.       Zhi Tong did not collect a

23    computer from Yang Jiapo because it was

24    Hogan Lovells that has collected the

25    documents from Yang Jiapo.

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 178

1      Q.      Do you still have Yang Jiapo's
2    computer?
3      A.      Yang Jiapo's computer should be
4    in the company because at the time Zhi Tong
5    did not make a requirement of that. I will
6    have to yet search for it.
7      Q.      Yang Jiapo was a salesperson
8    who worked with U.S. customers, wasn't he?
9      A.      Yang Jiapo was the salesperson
10   at the time, at the time we did receive some
11   American-sized gypsum board businesses. But
12   as for whether or not his customers were
13   American customers, I cannot be sure of that.
14     Q.      Would you look at Exhibit 35,
15   please. Mr. Che, this is an e-mail from Yang
16   Jiapo to an American customer, isn't it?
17     A.      I don't think this e-mail is
18   consistent from the beginning to the end, so
19   I don't know what it meant. From the title,
20   it seems to be an e-mail sent from Yang Jiapo
21   to Leon Liu. But the e-mail underneath that
22   changed into an e-mail sent by Leon to Yang
23   Jiapo; therefore, I don't know how this
24   e-mail was created. It was inconsistent, the
25   front part and the back part.

Gang Che

Page 179

```
 1        Q.     This e-mail was provided to us,
 2   and we were told it came from Mr. Peng's
 3   computer.  Do you have any reason to
 4   disbelieve that?
 5        A.     I did not say that I didn't
 6   trust what you said, but I just don't
 7   understand why the e-mail had the
 8   inconsistency from the beginning to the end.
 9             From the e-mail, you can also
10   not tell that this Liu is an American
11   customer, and I also don't know why it was an
12   e-mail sent from Yang Jiapo to Mr. Liu and
13   then it turned into an e-mail sent from
14   Mr. Liu to Mr. Yang Jiapo.
15             If it is possible, please show
16   me e-mails that are more consistent from the
17   beginning to the end.
18        Q.     Before I do that --
19        A.     Merely looking at that, I
20   really can't confirm any information.
21        Q.     Sorry.  I didn't mean to
22   interrupt you.  I apologize.
23        A.     That's fine.
24        Q.     Before I do that, without
25   respect to Exhibit 35, I have a new question
```

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 180

1   for you.  Is that fair?

2          A.     Yes.

3          Q.     Is it Taishan's position that

4   Yang Jiapo never had U.S. customers with whom

5   he had e-mails?

6          A.     I never said that.  I'm only

7   not sure whether or not this Leon Liu on the

8   e-mail is an American customer because his

9   cell phone over there on the page is a

10  Chinese cell phone number.

11         Q.     Without regard to Exhibit 35,

12  does Taishan have any information that Yang

13  Jiapo had United States customers?

14         A.     I cannot make a judgment on

15  your answer before you're able to provide me

16  with more relevant information.  If you can

17  provide more information to me, I can help

18  you to explain it.

19         Q.     You understand you're

20  testifying for Taishan as a representative?

21         A.     Correct.

22         Q.     Is it your testimony that

23  without input from a United States attorney,

24  Taishan won't take a position as to whether

25  Yang Jiapo had U.S. customers for drywall?

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

1             MR. TAYLOR:  Objection to form.

2        It's beyond -- did you finish?  I'm

3        sorry.

4             Objection to form.  It's

5        beyond -- I'm sorry -- oh, she's

6        repeating what I just said.  It's

7        beyond the scope of the noticed

8        categories for the deposition.

9             But the witness can answer.

10       A.    Because while I was preparing

11   as a witness for the deposition on behalf of

12   Taishan, it was -- I was not involved in this

13   question.

14             But if you could provide me

15   with more information under the pretense that

16   I could understand it, I'm very much willing

17   to help you to understand that.

18   BY MR. SERPE:

19       Q.    One last question about Yang

20   Jiapo:  Is it correct that his computer was

21   not copied by Zhi Tong because Taishan

22   considered him not to be involved in U.S.

23   sales?

24             MR. TAYLOR:  Objection, form.

25       A.    Hogan Lovells' attorneys had

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 182

1    copied Yang Jiapo's e-mail box and computer.
2    But in 2015, when Zhi Tong went there to copy
3    the computer, because of many personal
4    reasons, Yang Jiapo -- Mr. Yang Jiapo had
5    already left his employment, plus that he did
6    not play an important role in this.
7              Therefore, Zhi Tong did not go
8    ahead and copy his information because he
9    left his employment not long after
10   Hogan Lovells made the copy.
11   BY MR. SERPE:
12        Q.     Did he take his computer with
13   him?
14        A.     I don't think so.  I'll go back
15   and check.
16        Q.     Did Zhi Tong copy and search
17   the computer for Fu Tinghuan?
18        A.     No.
19        Q.     Does Taishan believe that
20   Judge Fallon's order to preserve evidence
21   should include Fu Tinghuan's computer?
22              MR. TAYLOR:  Objection to form.
23        A.     Mr. Fu Tinghuan has never
24   involved in any businesses relevant to
25   American-sized gypsum board; therefore, he

Gang Che

Page 183

1    should not have been included in the scope
2    required by the judge.
3            As for matters related to him,
4    he should have already made a clear
5    explanation at his deposition in 2012.
6    BY MR. SERPE:
7        Q.    Other than your computer and
8    the five other computers you told me about,
9    did Zhi Tong copy any other computers?
10       A.    I remember it seems that they
11   have copied Chairman Jia's computer.  I don't
12   have a clear memory on that, so I'll need to
13   confirm that.  I think it was because that
14   the boss didn't really use computer that
15   much.
16       Q.    That sounds like our boss.
17            Any other computers that
18   Zhi Tong copied?
19       A.    As far as I know, all the
20   information I have already provided to you.
21       Q.    You mentioned that one of the
22   people you spoke to was a Mr. Pi, who was in
23   charge of the spray marking machine.  Do you
24   recall that?
25       A.    It was not really he was in

Gang Che

Page 184

1    charge of the spraying mark -- marking, but

2    it was because that he was knowledgeable

3    about this matter.

4         Q.    Who would a salesperson tell in

5    the manufacturing department what marks to

6    spray on a board?  How would that information

7    be communicated?

8         A.    Sometimes it would be through

9    something we call sales plan notice,

10   sometimes through oral communication,

11   sometimes through telephonic communication or

12   even face-to-face communication.

13        Q.    For American customers who were

14   giving a specific mark, how would that mark

15   information be provided to the manufacturing

16   people so they could set the printer up to

17   spray it?

18        A.    I can only say that when a

19   nondomestic customer come to communicate us

20   with the spray markings, sometimes we would

21   communicate that to the manufacturing

22   department through sales plan notice.

23             And also sometimes if the

24   specification requested is the same as the

25   specification that was currently in

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 185

1    production, perhaps in that case we would

2    print out the sprayed marking with -- on an

3    A4 paper to approach a production personnel

4    so that the information can be inputted into

5    the spraying -- sprayed marking machine.

6         Q.    Did the spray marking machine

7    have a computer to input the information?

8         A.    The spray marking machine has a

9    machine head which can input information in,

10   and then there is a spring head over there.

11        Q.    Do you have to type the

12   information for every board?

13             MR. TAYLOR:  Objection to form.

14        A.    If the specification for spray

15   marking is different from the one before, you

16   have to reinput it to replace the one before.

17   If the information is the same as the one

18   before in a specification, we would use the

19   preserved information.

20   BY MR. SERPE:

21        Q.    And when you say preserved

22   information, the machine head memory,

23   computer memory?

24             MR. TAYLOR:  Objection to form.

25             THE WITNESS:  Do I answer it?

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 186

1              MR. TAYLOR:  You can answer.

2              THE WITNESS:  Ask again,

3        please.

4              MR. TAYLOR:  Sorry.

5    BY MR. SERPE:

6        Q.    When you used the words

7    "preserved information," the printing machine

8    had memory, computer memory, of what needed

9    to be printed.

10       A.    When you don't make any

11   replacement, the information is preserved

12   there.  If you need to replace it with a new

13   spray marking, then it will be replaced by

14   the new one, and the old information will be

15   covered or replaced.

16       Q.    To make sure I understand, let

17   me ask you about Venture Supply.  You had two

18   orders for them.  Do you recall that?

19       A.    When I was preparing for my

20   deposition as a witness representing the

21   company, I did see two orders of Venture

22   Supply from the Manufacturer Profile Form.

23             Also reflected from the depo

24   record of Mr. Peng, Venture Supply should

25   have been Mr. Peng's customer.

Gang Che

Page 187

1          Q.      If there were two months
2     between those orders, would the Venture
3     Supply information have to be put back into
4     the printing machine or was the old order
5     still in memory?
6                     MR. TAYLOR:  Objection to form.
7          A.      It's hard to explain this
8     question.  There are many different kinds of
9     scenarios.  One would be that the prior
10    information was replaced; then in that case
11    you have to reenter the information according
12    to the customer's request.
13                    If -- just in case this spray
14    marking machine had a problem while producing
15    Venture Supply's order, it will be replaced.
16    After you have troubleshoot the problem and
17    you reinstall it back, it should have still
18    stored Venture Supply's information.
19    BY MR. SERPE:
20         Q.      How many different printing
21    machines did Taishan use between 2005 and
22    2009 to spray markings on American-sized
23    drywall?
24                    MR. TAYLOR:  Objection to form,
25        misconstrues the witness' prior

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 188

1       testimony.

2               THE WITNESS:  Do I need to

3       answer the question?

4               MR. TAYLOR:  Yes, please.

5       A.      Taishan during the period of

6   2005 and 2007 manufactured American-sized

7   gypsum board.

8               While I was preparing for my

9   witness testimony on behalf of the company of

10  Taishan, I reviewed material and found that

11  at the time there were three production lines

12  in Taishan that manufactured the

13  American-sized gypsum board.

14              According to my communication

15  with the personnel in the production

16  department, one production line should have

17  at least one to two sprayed marking machine,

18  which is to say it is possible that there are

19  three to six spray marking machines for the

20  three production lines.  This is only our

21  speculation based on the description of the

22  production department.

23              For details, it's been a while,

24  so they also did not have a clear

25  recollection.

Page 189

1   BY MR. SERPE:

2       Q.    What efforts were made to

3   search the spray marking machines at the

4   three production lines to determine whether

5   they still had American-sized drywall

6   markings stored in them?

7               MR. TAYLOR:  Objection to form.

8               You can answer.

9               THE WITNESS:  May I take a

10          break?

11              MR. TAYLOR:  Well, I think

12          we're almost finished.  He's only got

13          ten minutes left.

14              MR. SERPE:  Can we get an

15          answer, finish this last section?

16              MR. TAYLOR:  Yeah, once we

17          answer this question, we can -- once

18          we answer this question, we'll be

19          finished for the night.

20              THE WITNESS:  All right.  Will

21          you reask your question?

22  BY MR. SERPE:

23      Q.    What efforts were made to

24  search the spray marking machines at the

25  three production lines to determine whether

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

1   they still had American-sized drywall

2   markings stored in them?

3              MR. TAYLOR:   Objection to form.

4        A.     We tried to look for the spray

5   marking machine that was left from the years

6   in the back in the production department, but

7   the information provided by the production

8   department, according to their recollection,

9   is at the time there were a few suppliers of

10  the spray marking machine that supplied the

11  machine for us.

12             THE INTERPRETER:   The

13         interpreter needs to clarify.

14             (Translation.)

15       A.     One is Hewlett-Packard,

16  Xiaobawang.  Another one is Duo Finuo, and

17  the other one is Wei Dijie.  And yet another

18  one is called Xiamen Liantai.  As for who

19  used which one, they also did not remember

20  clearly.

21             Plus the fact that some of the

22  spray marking machine was given to Taishan as

23  a gift because the suppliers of those

24  machines wanting to sell their ink.

25             When there were problems with

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 191

1   the spray marking machine or if the machine

2   did not work the way it's supposed to work,

3   they would take them away.  Also, based on

4   the production quantity of Taishan, all those

5   spray marking machines did not have a long

6   lifespan.

7             I am now trying to search but

8   have not found the spray marking machine of

9   those brands because many years ago Taishan

10  had changed all its spray marking machine to

11  Hitachi.

12            MR. SERPE:  May I ask one more?

13            MR. TAYLOR:  Okay.  I figured

14      there'd be a follow-up on that one.

15  BY MR. SERPE:

16        Q.    Was the manufacturing

17  department told in 2010 that the spray

18  marking machines were to be preserved under

19  Judge Fallon's preservation order?

20        A.    When I was preparing for the

21  witness deposition representing Taishan as a

22  corporation in 2010, I reviewed Chairman Jia

23  and Mr. Peng's deposition record.

24            Mr. Peng is one of our managers

25  in the sales department.  He did notice us to

Gang Che

Page 192

1   preserve relevant documents and material.

2   That, I know.

3           Chairman Jia had notified us to

4   preserve relevant documents and material in

5   the two meetings held in 2010 and 2011, but

6   according to his deposition record, he did

7   not remember who were present at the meeting

8   at the time.

9           MR. TAYLOR:  Okay?

10          MR. SERPE:  Okay.

11          MR. TAYLOR:  All right.

12          THE VIDEOGRAPHER:  We are now

13      going off the video record.  The time

14      is currently 7:22 p.m.  This is the

15      end of Media No. 8.

16          (Proceedings recessed at

17      7:22 p.m.)

18          --o0o--

19

20

21

22

23

24

25

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 193

```
 1                    CERTIFICATE
 2              I, MICHAEL E. MILLER, Fellow of
     the Academy of Professional Reporters,
 3   Registered Diplomate Reporter, Certified
     Realtime Reporter, Certified Court Reporter
 4   and Notary Public, do hereby certify that
     prior to the commencement of the examination,
 5   GANG CHE was duly sworn by me to testify to
     the truth, the whole truth and nothing but
 6   the truth.
 7              I DO FURTHER CERTIFY that the
     foregoing is a verbatim transcript of the
 8   testimony as taken stenographically by and
     before me at the time, place and on the date
 9   hereinbefore set forth, to the best of my
     ability.
10
               I DO FURTHER CERTIFY that pursuant
11   to FRCP Rule 30, signature of the witness was
     requested by the witness or other party
12   before the conclusion of the deposition.
13              I DO FURTHER CERTIFY that I am
     neither a relative nor employee nor attorney
14   nor counsel of any of the parties to this
     action, and that I am neither a relative nor
15   employee of such attorney or counsel, and
     that I am not financially interested in the
16   action.
17
18   _____
     MICHAEL E. MILLER, FAPR, RDR, CRR
19   Fellow of the Academy of Professional Reporters
     NCRA Registered Diplomate Reporter
20   NCRA Certified Realtime Reporter
     Certified Court Reporter
21
     Notary Public
22   My Commission Expires:  7/9/2020
23   Dated: January 24, 2019
24
25
```

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 194

```
 1              INSTRUCTIONS TO WITNESS

 2

 3              Please read your deposition over

 4    carefully and make any necessary corrections.

 5    You should state the reason in the

 6    appropriate space on the errata sheet for any

 7    corrections that are made.

 8              After doing so, please sign the

 9    errata sheet and date it.

10              You are signing same subject to

11    the changes you have noted on the errata

12    sheet, which will be attached to your

13    deposition.

14              It is imperative that you return

15    the original errata sheet to the deposing

16    attorney within thirty (30) days of receipt

17    of the deposition transcript by you.  If you

18    fail to do so, the deposition transcript may

19    be deemed to be accurate and may be used in

20    court.

21

22

23

24

25
```

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang  Che

1                              ERRATA

2     PAGE   LINE   CHANGE

3     _____   _____   _____

4             REASON: _____

5     _____   _____   _____

6             REASON: _____

7     _____   _____   _____

8             REASON: _____

9     _____   _____   _____

10            REASON: _____

11    _____   _____   _____

12            REASON: _____

13    _____   _____   _____

14            REASON: _____

15    _____   _____   _____

16            REASON: _____

17    _____   _____   _____

18            REASON: _____

19    _____   _____   _____

20            REASON: _____

21    _____   _____   _____

22            REASON: _____

23    _____   _____   _____

24            REASON: _____

25

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

Page 196

```
1              ACKNOWLEDGMENT OF DEPONENT

2

3

4            I, GANG CHE, do hereby certify
      that I have read the foregoing pages and that
5     the same is a correct transcription of the
      answers given by me to the questions therein
6     propounded, except for the corrections or
      changes in form or substance, if any, noted
7     in the attached
      Errata Sheet.

8

9

10

11

12    _____
       GANG CHE                          DATE
13

14

15    Subscribed and sworn to before me this
16    _____ day of _____, 20 _____.
17    My commission expires: _____
18

19    _____
20    Notary Public
21

22

23

24

25
```

42b3b192-181e-485b-a9f7-7f6871d19c98

Gang Che

1                              LAWYER'S NOTES

2

3       PAGE        LINE

4       _____       _____       _____

5       _____       _____       _____

6       _____       _____       _____

7       _____       _____       _____

8       _____       _____       _____

9       _____       _____       _____

10      _____       _____       _____

11      _____       _____       _____

12      _____       _____       _____

13      _____       _____       _____

14      _____       _____       _____

15      _____       _____       _____

16      _____       _____       _____

17      _____       _____       _____

18      _____       _____       _____

19      _____       _____       _____

20      _____       _____       _____

21      _____       _____       _____

22      _____       _____       _____

23      _____       _____       _____

24      _____       _____       _____

25

42b3b192-181e-485b-a9f7-7f6871d19c98