Gang Che

Page 198

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
*********************************************
IN RE:  CHINESE-MANUFACTURED    MDL NO. 2047
DRYWALL PRODUCTS LIABILITY
LITIGATION                      SECTION:  L
THIS DOCUMENT APPLIES TO        JUDGE FALLON
ALL CASES

                                MAG. JUDGE
                                WILKINSON


*********************************************



          Wednesday, January 23, 2019


          Videotaped 30(b)(6) Deposition of
TAISHAN GYPSUM CO., LTD f/k/a SHANDONG TAIHE
DONGXIN CO., LTD. RE: PRODUCT IDENTIFICATION,
through the testimony of GANG CHE, VOLUME 2,
held Alston & Bird LLP, 1201 West Peachtree
Street, Atlanta, Georgia, commencing at
8:03 a.m., on the above date, before
Michael E. Miller, Registered Diplomate
Reporter, Certified Realtime Reporter and
Notary Public.


          — —— ——
          GOLKOW LITIGATION SERVICES
      877.370.3377 ph | 917.591.5672 fax
             deps@golkow.com

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

```
                                               Page 199
 1   A P P E A R A N C E S:
 2   COUNSEL FOR THE PLAINTIFF CLASS:
 3       COLSON HICKS EIDSON
         BY:  PATRICK S. MONTOYA, ESQUIRE
 4            patrick@colson.com
         255 Alhambra Circle
 5       Penthouse
         Coral Gables, Florida 33134
 6       (305) 476-7400
 7
 8       LAW OFFICES OF RICHARD J. SERPE PC
         BY:  RICHARD J. SERPE, ESQUIRE
 9            rserpe@serpefirm.com
         580 East Main Street
10       Suite 310
         Norfolk, Virginia 23510
11       (757) 233-0009
12
13       HERMAN HERMAN & KATZ LLC
         BY:  STEVE HERMAN, ESQUIRE
14            sherman@hhklawfirm.com
              820 O'Keefe Avenue
15       New Orleans, Louisiana 70113
         (504) 581-4892
16
17       LEVIN FISHBEIN SEDRAN & BERMAN
         BY:  SANDRA L. DUGGAN, ESQUIRE
18            sduggan@lfsblaw.com
              ARNOLD LEVIN, ESQUIRE
19            alevin@lfsblaw.com
         510 Walnut Street
20       Suite 500
         Philadelphia, Pennsylvania 19106
21       (215) 592-1500
22
23
24
25
```

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 200

```
 1   A P P E A R A N C E S:
 2       IRPINO LAW FIRM
         BY:  PEARL A. ROBERTSON, ESQUIRE
 3            probertson@irpinolaw.com
         2216 Magazine Street
 4       New Orleans, Louisiana 70130
         (504) 525-1500
 5
 6       BARRIOS KINGSDORF & CASTEIX LLP
         BY:  EMMA SCHWAB, ESQUIRE
 7            eschwab@bkc-law.com
         701 Poydras Street
 8       Suite 3650
         New Orleans, Louisiana 70139-3650
 9       (504) 524-3300
10
         LAW OFFICE OF ALLISON GRANT, P.A.
11       BY:  ALLISON KAY GRANT, ESQUIRE
              agrant@allisongrantpa.com
12       14 Southeast 14th Street
         Boca Raton, Florida 33432
13       (561) 994-9646
14
         SEEGER WEISS LLP
15       BY:  CAROLINE CHOE, ESQUIRE
              cchoe@seegerweiss.com
16       1515 Market Street
         Philadelphia, Pennsylvania 19102
17       (215) 564-2300
18
19   COUNSEL FOR TAISHAN GYPSUM COMPANY:
20       ALSTON & BIRD LLP
         BY:  BERNARD TAYLOR, ESQUIRE
21            bernard.taylor@alston.com
              CHRISTY HULL EIKHOFF, ESQUIRE
22            christy.eikhoff@alston.com
         One Atlantic Center
23       1201 West Peachtree Street
         Atlanta, Georgia 30309-3424
24       (404) 881-7000
25
```

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

```
                                               Page 201
  1   A P P E A R A N C E S:
  2       ALSTON & BIRD LLP
          BY:  HELEN SU, ESQUIRE
  3            helen.su@alston.com
          1950 University Avenue
  4       5th Floor
          East Palo Alto, California 94303
  5       (650) 838-2000
  6
  7       AKERMAN LLP
          BY:  ENJOLIQUÉ D. AYTCH, ESQUIRE
  8            enjolique.aytch@akerman.com
          350 East Las Olas Boulevard
  9       Suite 1600
          Fort Lauderdale, Florida 33301
 10       (954) 463-2700
 11
 12   COUNSEL FOR BNBM DEFENDANTS:
 13       ORRICK HERRINGTON & SUTCLIFFE LLP
          BY:  ANDREW K. DAVIDSON, ESQUIRE
 14            adavidson@orrick.com
          The Orrick Building
 15       405 Howard Street
          San Francisco, California 94105
 16       (415) 773-5700
 17
 18   ALSO PRESENT:
 19        YAN GAO, HERMAN HERMAN & KATZ
 20        JING XU, ALSTON & BIRD
 21        SUNNY WANG, MANDARIN INTERPRETER
 22        JOSH COLEMAN, VIDEOGRAPHER
 23
 24
 25
```

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 202

1                          INDEX
2
     PROCEEDINGS                              204
3
4
     EXAMINATION OF GANG CHE:
5
          BY MR. SERPE                        204
6
7
     CERTIFICATE                              316
8
     ERRATA                                   318
9
     ACKNOWLEDGMENT OF DEPONENT               318
10
     LAWYER'S NOTES                           320
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 203

1                          DEPOSITION EXHIBITS
                                GANG CHE
2                           January 23, 2019
3        NUMBER                 DESCRIPTION              PAGE
4        Exhibit     Taishan Gypsum Co., Ltd.            293
         PID-6       Manufacturer Profile Form
5
         Exhibit     6/10 E-mail(s)                      294
6        PID-8       w/Attachment(s)
                     TG-0129674 - TG-0129676
7
         Exhibit     2/07 E-mail(s) w/Attachment(s)      248
8        PID-11      TG-0023841 - TG-0023843
9        Exhibit     4/06 E-mail(s) w/Attachment(s)      227
         PID-22      TG-0220595 - TG0220597
10
         Exhibit     Explanation of Statistics of        299
11       PID-30      2005-2007 Exports to the
                     United States
12                   TG-0211704 - TG-0211705
13       Exhibit     Notification of Collaborative       313
         PID-38      Processing
14                   TG-0211709 - TG-0211711
15       Exhibit     Notification of Collaborative       313
         PID-39      Processing
16                   TG-0211712 - TG-0211713
17       Exhibit     Notification of Collaborative       307
         PID-40      Processing
18                   TG-0211714
19       Exhibit     Sales Plan Notifications            275
         PID-42      TS-PID-000035 - TG-PID-000078
20
         Exhibit     Quality Management Policy           289
21       PID-49      TG-PID-000081 - TG-PID-000166
22
23
24
25

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 204

```
 1                    PROCEEDINGS
 2              (January 23, 2019 at 8:03 a.m.)
 3              THE VIDEOGRAPHER:  We are now
 4         back on the video record with the
 5         beginning of Media No. 1, Volume 2 in
 6         the deposition of Che Gang with the
 7         interpreter Sunny Wang.
 8              The time is currently 8:03 a.m.
 9         and the date is January 23rd, 2019.
10              (The interpreter was reminded
11         of her oath.)
12                    GANG CHE,
13       having been previously duly sworn,
14            testified as follows:
15                    EXAMINATION
16   BY MR. SERPE:
17       Q.    Good morning, Mr. Che.
18       A.    Good morning.
19       Q.    Did you have a pleasant
20   evening?
21       A.    Very good.
22       Q.    Are you ready to give more
23   testimony on behalf of Taishan this morning?
24       A.    Yes.
25       Q.    When we left off yesterday you
```

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 205

1    were explaining to me that you had spoken to

2    the production department about the suppliers

3    of spray marking machines.

4              Do you recall that?

5        A.    Not during -- not during the

6    break, but while I was being deposed.

7        Q.    Yes.

8        A.    I did say that.

9        Q.    No, not during the break.

10   During the deposition, before we broke last

11   night.

12              Mr. Che, if I ask a confusing

13   question, will you stop me today and ask me

14   to ask a new question?

15       A.    All right.

16       Q.    If you don't stop me, would it

17   be fair for me to assume you understood my

18   question?

19              MR. TAYLOR:  Objection to form.

20       A.    If I don't stop you, I might be

21   asking you to repeat your question,

22   re-express your question.

23   BY MR. SERPE:

24       Q.    That's fair.

25       A.    Or to paraphrase it, to explain

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 206

1   it to me again.

2          Q.     Xie xie.

3          A.     Thank you.

4          Q.     Before the end of the

5   deposition yesterday, you were telling me

6   about having spoken to the production

7   department about their recollection of the

8   spray marking machines.

9               Do you recall that?

10         A.     Yes.

11         Q.     And you told me about five

12  different spray marking machines and gave me

13  their names.

14         A.     Those information about marking

15  machines were acquired during my preparation

16  of the deposition as a representative of

17  Taishan Corporation through communication

18  with our production department as well as

19  purchasing department, so those are most of

20  the information I could get out of it.

21               And also we tried to find the

22  old spray marking machine that we possibly

23  could find, and we also tried to recover the

24  specific spray mark information that Taishan

25  did before so that we could accommodate the

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 207

1    attorneys and the judge to correctly

2    distinguish Taishan's products, but

3    unfortunately we did not find the old spray

4    marking machine.

5              And also the people in the

6    production and purchasing department

7    explained to me that the spray marking

8    machine is only a machine with a spraying

9    head.  When the information you input later

10   replaced the information prior, the prior

11   information is gone.

12             Assume that I could find the

13   spray marking machine, there wouldn't be any

14   prior information in it.  We could even not

15   be able to open the machine itself.  But we

16   still tried our very best to look for the old

17   machines, but we did not find them.

18        Q.    Am I correct that when you -- a

19   machine operator puts in a new spray marking,

20   it removes the last spray marking from the

21   previous production?

22        A.    Not removed, but rather

23   replaced.

24        Q.    Replaced.

25        A.    Covered.

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 208

1          Q.      Replaced, and you can't go back
2     and get it back again.
3          A.      After it was replaced, the
4     information shown would only be the new
5     information.  If you want to input old
6     information again, you have to redo it.
7          Q.      And if you want to input old
8     information again, does the machine operator
9     have a keyboard to type on?
10         A.      Using the keyboard, which is
11    connected to the machine and input it.
12         Q.      So, for example, he could type
13    the letters for Venture Supply,
14    V-E-N-T-U-R-E, et cetera?
15                 MR. TAYLOR:  Objection to the
16         form.
17                 THE WITNESS:  I don't
18         understand his question.  Can he
19         reask?
20                 THE INTERPRETER:  Interpreter
21         can repeat if it's okay.
22                 MR. SERPE:  Sunny, you tell me
23         is it better for me to ask a new
24         question or can you reinterpret for
25         me?

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 209

1            THE INTERPRETER:  I can try to

2       repeat it first, reinterpretation.

3            MR. SERPE:  Thank you.

4       (Translation.)

5       A.     You can input letters.

6  BY MR. SERPE:

7       Q.     Does the machine operator have

8  the ability to choose a specific print font?

9            MR. TAYLOR:  Objection to the

10      form.

11      A.     I have confirmed this issue

12  with the people in the production and

13  purchasing department while I was preparing

14  for my deposition as a witness representing

15  Taishan, the corporation.

16           The font and size of the spray

17  marking machine can be adjusted within a

18  limited scope.  Usually, the input of a spray

19  marking machine is in accordance with the

20  same size and same fonts.  This is the

21  practice of the production department.

22  BY MR. SERPE:

23      Q.     Spray marking machines come

24  with their own standard fonts and sizes,

25  don't they?

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 210

1          MR. TAYLOR:  Objection to form.

2          MR. SERPE:  I'm not

3      understanding these objections to the

4      form.

5          MR. TAYLOR:  Because you're

6      talking about multiple machines.  And

7      when you're making a statement that's

8      specific in regards to what that

9      operator can do with that machine,

10     then it's vague and ambiguous.

11         MR. SERPE:  Thank you for the

12     clarification.

13         MR. TAYLOR:  Yeah.

14 BY MR. SERPE:

15     Q.    Mr. Che, thank you for your

16 patience.  I've had a conversation with your

17 counsel.  I'm going to ask a new question.

18         You told us yesterday that

19 Hewlett-Packard made one of the spray marking

20 machines that was utilized by Taishan.  Do

21 you recall that?

22     A.    No.  I said there is a brand by

23 the name of Hewlett-Packard Xiaobawang.  I'm

24 not sure it is a product of Hewlett-Packard.

25 Because in China there are a lot of

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 211

1    counterfeiters counterfeiting Taishan's

2    products; some of them go the name of

3    Taiyishan, and that's not our product.  It

4    sounds like we're together.

5        Q.    So it may be that

6    Hewlett-Packard Xiaobawang was not really a

7    Hewlett-Packard product, but a counterfeit;

8    is that correct?

9        A.    I'm not sure.

10       Q.    But it's possible?

11             MR. TAYLOR:  Objection to the

12       form.

13       A.    It's up to your judgment.

14   BY MR. SERPE:

15       Q.    Between 2005 and 2007, the

16   printers that Taishan used to make

17   American-sized drywall were made by different

18   printing companies, weren't they?

19       A.    During my preparation of

20   witness deposition representing Taishan, I

21   have tried to communicate with our production

22   and purchasing department.

23             The results from most of the

24   information I have acquired is that in the

25   very beginning we have used those few type --

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 212

1    types of the spray marking machine the most.

2            And also those three production

3    lines that produced American-sized gypsum

4    board, the spray marking machine used is

5    between three to six, but as for what brands

6    were being used, they could not be sure.

7        Q.    And between 2005 and 2007, the

8    spray marking machines on those three to six

9    production lines were changed frequently; is

10   that correct?

11           MR. TAYLOR:   Objection to form.

12       A.    I think there might be a

13   mistake in your question.  I did not say

14   there were six production lines producing

15   American-sized gypsum board; I said three

16   lines.

17   BY MR. SERPE:

18       Q.    Three lines with between three

19   and six marking machines; is that correct?

20       A.    Are you asking me?

21       Q.    Yes.  Is that correct?

22       A.    Perhaps that is the number.

23       Q.    Thank you for that

24   clarification.

25           Were the employees in the

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

1    production department given any written
2    instructions on using the spray machines to
3    put markings on American-sized drywall?
4         A.    While I was preparing for my
5    witness deposition representing Taishan, I
6    looked for many documents in regarding to
7    markings.  I've also inquired relevant
8    personnel as well as tried to have them
9    recall the situation at the time.
10                  As for the exported gypsum
11   board or the gypsum board that we did not use
12   domestically, not only American size, usually
13   we operate according to the customer's
14   request.  We did not have a standard method
15   to stipulate that.
16                  For our domestic products,
17   which are the products that carry Taishan's
18   brand, the customer would make a demand
19   according to Taishan's request.  We have a
20   requirement in regarding to their markings
21   universally; that's there is a written
22   record.
23                  And along with the changes in
24   the market as well as production, all these
25   documents have been modified in different

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 214

```
 1    time phases.
 2                    I'm done.
 3         Q.      Focusing only on the
 4    American-sized, or nondomestic, drywall,
 5    there was no standard method for printing
 6    given to the machine operators; is that
 7    correct?
 8                    MR. TAYLOR:  Objection to form.
 9                    THE WITNESS:  Do I need to
10         answer?
11                    MR. TAYLOR:  Yes.  Sorry I was
12         trying to...
13                    (Comments off the stenographic
14         record.)
15                    THE WITNESS:  Reinterpret that.
16                    THE INTERPRETER:   The
17         interpreter will reinterpret that.
18                    (Translation.)
19         A.      While I was preparing for the
20    witness testimony representing Taishan, I
21    tried to find relevant information and try to
22    recall the situation at the time.  There was
23    no written instruction on the operation.
24    Usually we did what the customers requested.
25                    ///
```

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 215

1    BY MR. SERPE:

2        Q.      Between 2005 and 2007, if the

3    customer did not specify what font they

4    wanted English words to be printed in, would

5    the machine operator type the words in and

6    let the machine's automatic font be used?

7                MR. TAYLOR:  Objection, form.

8        A.      I don't think the machine has a

9    capability to automatically choose fonts, but

10   according to our memory and speculation,

11   usually it would use the font left from the

12   prior work, only to change the content of the

13   spray mark.  People are always lazy.

14   BY MR. SERPE:

15       Q.      I'm going to ask you about some

16   specific font types and ask you whether or

17   not spray machines used by Taishan between

18   2005 and 2007 to manufacture American-sized

19   drywall used these specific printing fonts.

20               Did you understand the

21   question?

22       A.      I think you were making a

23   statement.

24       Q.      Do you understand the

25   statement.

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 216

1        A.       You're not asking a question.

2                 I have a general understanding.

3        Q.       Good.  Did those printers in

4    that time use the Serif typeface?

5                 MR. TAYLOR:  Objection to form.

6                 THE WITNESS:  Do I need to

7        answer?

8                 MR. TAYLOR:  Yes.

9        A.       I apologize, that was a very

10   professional question.  I don't know what is

11   Serif.

12   BY MR. SERPE:

13       Q.       I'm going to name some

14   additional fonts.  If you recognize them or

15   know them, please acknowledge.  If you don't,

16   that's fine, if you do not know the font.

17       A.       All right.

18       Q.       Arial font?

19       A.       I've never heard of it.

20       Q.       Times New Roman?

21       A.       It came to my understanding

22   that this attorney might have misunderstood

23   what I said about the spray marking machine.

24   There are limited fonts in the spray marking

25   machine.  It's not like what you may choose

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 217

1    the many fonts from the computer.

2                    What you have just said, well,

3    I'm not very sensitive with English; however,

4    it appears to be some choices of fonts that

5    you can select from Word.

6                    THE INTERPRETER:  Interpreter

7        needs to clarify.

8                    (Translation.)

9        A.     When we were working on Word,

10   we mostly like -- likely to use the font

11   called FangSong.

12                   The spray marking machine is

13   not as complicated as a computer.  It only

14   has a few fonts, and they're not the same

15   fonts that you may choose from the computers.

16                   I don't know if my explanation

17   helped you to understand that issue.

18   BY MR. SERPE:

19       Q.     It does.  Thank you.

20                   What are the few fonts that the

21   spray marking machines had available between

22   2005 and 2007 for the machines used to make

23   American-sized drywall?

24       A.     Well, as I was preparing for my

25   deposition as a witness representing Taishan,

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 218

1    I tried very hard to look for the relevant

2    information as well as the spray marking

3    machine that was used at the time.

4              According to the recollection

5    of the people at the time, mainly there were

6    four spray marking machine that were used.

7    Each spray marking machine had a different

8    setting; therefore, I also cannot be sure

9    that which type of spray marking machine and

10   which type of font were used.

11             I'm done with my answer.

12        Q.    I've been asking you about the

13   machines to spray markings on the back of the

14   board, and I want to switch to the printing

15   of edge tapes.

16        A.    All right.

17        Q.    Did Taishan print its own edge

18   tapes or did it send it to other factories to

19   make for it?

20        A.    While I was preparing my

21   deposition as witness representing Taishan, I

22   specifically went and searched for the issues

23   of edge tapes.  Taishan started to make its

24   own tapes in 2005.  Before that, it ordered

25   tapes from a manufacturer by the name of

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 219

1   Shanghai Luda.

2              I'm done with the answer.

3        Q.    When in 2005 did Taishan start

4   making its own edge tapes?

5        A.    From what I have confirmed, it

6   was approximately in the months of August or

7   September, but there is a process from the

8   initial production until the production meets

9   the standard.  I think that would be

10  approximately the time phase for that.

11       Q.    When did the production meet

12  Taishan's standards?  What month?

13              MR. TAYLOR:  Objection to the

14         form.

15              THE WITNESS:  Do I need to

16         answer?

17              MR. TAYLOR:  Yes.

18       A.    Nobody could actually remember

19  that because that was the time phase when we

20  started to produce tapes for machines.

21  Perhaps that was a case it was not normal in

22  the morning, but it was producing normal

23  products in the evening.

24  BY MR. SERPE:

25       Q.    That sounds like my day.

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 220

1              Did Taishan print edge tapes at

2    a different factory or in the same factory

3    that the drywall was produced?

4         A.    I believe your question should

5    have a time frame or a specific tape

6    included.

7         Q.    Thank you for asking for

8    clarification.

9              All of the questions I'm going

10   to ask you are between 2005 and 2007.  If

11   it's a different time frame, I'll let you

12   know.  And I'd like to ask you only about

13   edge tapes that were made for nondomestic

14   customers that wanted English words on the

15   label.

16        A.    I'd also like to clarify

17   something else.  Was your question referring

18   to products of all English tapes or only the

19   American-sized products tape?

20        Q.    The question is between 2005

21   and 2007 for American-sized drywall with

22   English words on the edge tape.

23        A.    If your question was only

24   limited to the American-sized edge tapes

25   between 2005 and 2007, I believe those tapes

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 221

1    should be the tapes manufactured by Taishan
2    itself.  Because we only had contact with
3    American-sized gypsum board in the end of
4    2005.  At that time Taishan's tape factory
5    was already in existence.
6         Q.    Where was the tape factory?
7         A.    I'd like to clarify:  Not tape
8    factory, but tape production department.
9         Q.    Where was the tape production
10   department?
11        A.    In Taian.
12        Q.    In what's referred to as the
13   industrial park?
14        A.    No.
15        Q.    Factory 4?
16        A.    No.
17        Q.    Which Taishan facility in Taian
18   was the tape production department?
19        A.    It was an independent
20   production department, neither in Factory 4
21   nor in the industry park.
22        Q.    Did Taishan use e-mail to
23   communicate with the independent production
24   department which produced the tapes?
25        A.    Not only via e-mail.  It was

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 222

1   possible through e-mail or through flash

2   drive or by printing out paper or

3   face-to-face communication or telephonic

4   confirmation according to customers'

5   requests.

6        Q.    Was the independent production

7   department which manufactured the tapes told

8   of Judge Fallon's preservation order to

9   protect evidence of U.S. markings?

10       A.    While I was preparing for my

11  witness deposition on behalf of Taishan, I

12  checked President Jia and Mr. Peng's

13  deposition record in regarding to

14  preservation.

15            I have found from the record

16  that all relevant departments have been

17  notified to preserve documents and evidence

18  in according to the court order during the

19  American lawsuit.

20       Q.    Who in the tape production

21  department was responsible for preserving

22  evidence of American drywall markings?

23            MR. TAYLOR:  Objection to form.

24       A.    First of all, as I was

25  preparing for the witness deposition

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

1    representing Taishan, I specifically went to

2    look for relevant issues regarding to tapes,

3    markings, productions.  I have also tried to

4    look for the tapes, the molding tools

5    information and material in regarding to the

6    American-sized tapes.

7                    First of all, the effective

8    life usage span for tape is approximately

9    half a year.  Usually when the molding tool

10   is not being used for six months, which is

11   not conventional, it would be sent back to

12   the molding tool factory to open up new

13   moldings.

14                   And also during my preparation

15   as a witness for the deposition representing

16   Taishan, through my comparison with the

17   material I have discovered regarding to

18   Taishan's production, the last time Taishan

19   produced American-sized gypsum board was

20   approximately in the first half year of 2007.

21                   I believe the evidence

22   preservation order from Judge Fallon in

23   relation to Taishan's American lawsuit was

24   made in 2009 according to the information I

25   got yesterday.  Taishan entered into the

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 224

1    lawsuit in 2010; therefore, these records

2    were no longer in existence in 2008 and 2009.

3    This is a common practice.

4                MR. TAYLOR:  Counsel, if the

5           witness is finished with his answer...

6                MR. SERPE:  Just a second,

7           Bernard.

8                MR. TAYLOR:  Okay.

9                (Conference out of the hearing

10          of the reporter.)

11               MR. SERPE:  Two questions and I

12          think we'll take a break.

13               MR. TAYLOR:  Okay.  Are you

14          okay with that?

15               THE WITNESS:  Can we take a

16          break right now?

17               MS. ROBERTSON:  The question

18          was a who did you talk to, and he

19          didn't answer it.

20               MR. TAYLOR:  Okay.

21               THE WITNESS:  Two more

22          questions and we're all done?

23               MR. TAYLOR:  No, no, no.

24               MR. SERPE:  Break.

25               THE WITNESS:  Okay.  Then let's

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 225

```
1          take a break.  It's been too long.
2                    MR. TAYLOR:  Whoa, whoa.
3                    MR. SERPE:  Can I ask two
4          questions before the break?
5                    MR. TAYLOR:  Before the break,
6          just two questions.
7                    THE WITNESS:  Would that be
8          long?
9                    MR. SERPE:  No.
10                   Do you remember my last
11         question?
12                   THE WITNESS:  Would you remind
13         me of that?
14                   MR. SERPE:  Mike?
15                   (The following portion of the
16         record was read.)
17                   "QUESTION:  Who in the tape
18         production department was responsible
19         for preserving evidence of American
20         drywall markings?"
21                   (End of readback.)
22                   MR. TAYLOR:  And there was an
23         objection to the form of the question.
24         A.    As for that question, I believe
25   every Taishan employee that has relevant
```

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 226

1   material in regarding to American-sized

2   products has the responsibility to preserve

3   the evidence.

4               There is no such thing that any

5   specific person will need to be in charge of

6   specific preserving the evidence.  Just like

7   Mr. Peng at the time was our sales manager,

8   but not only Mr. Peng preserved relevant

9   documents and information.  Upon his request

10  I also preserved relevant information and

11  documents.  We had strictly complied with

12  this requirement.

13               I'm done with my answer.

14               MR. SERPE:  I'll ask more after

15       the break.

16               THE VIDEOGRAPHER:  We are now

17       going off the video record.  The time

18       is currently 9:05 a.m.  This is the

19       end of Media No. 1.

20               (Recess taken, 9:05 a.m. to

21       9:21 a.m.)

22               THE VIDEOGRAPHER:  We are now

23       back on the video record with the

24       beginning of Media No. 2.  The time is

25       currently 9:21 a.m.

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 227

1           (Deposition Exhibit PID-22

2       marked.)

3    BY MR. SERPE:

4       Q.    Mr. Che, I'm going to hand you

5    Exhibit 22.  If you would hand this one to

6    your lawyer, please.  I'll represent to you

7    that this e-mail was given to us by your

8    lawyers.  The original Chinese is attached.

9              Will you let me know after you

10   have read it.

11             (Document review.)

12       A.    I'm done.

13   BY MR. SERPE:

14       Q.    Exhibit 22 are e-mail exchanges

15   between you and a Mr. Lin from the Zhejiang

16   Wanxin Printing Company; am I correct?

17       A.    Correct.

18       Q.    On April 2nd of 2006, he sent

19   you a design draft for adhesive tape; is that

20   correct?

21       A.    Yes.

22       Q.    Two days later, you wrote back

23   to him and requested that he make changes to

24   the adhesive tape label; is that correct?

25       A.    You mean two days after

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 228

1    April the 2nd?  Why don't you go ahead, just

2    tell me the date.

3          Q.     Oh, I'm sorry.  It's April 5th.

4    I apologize.

5          A.     I think on April the 5th he

6    sent me an e-mail.

7          Q.     You wrote an e-mail to Mr. Lin

8    on April 5th at 9:30 in the morning.  Do you

9    see that?

10              MR. TAYLOR:  Objection to the

11         form.  Withdraw the objection.

12              MR. MONTOYA:  Want to translate

13         that, the withdraw the objection?

14         Thank you.

15              MR. TAYLOR:  You can answer.

16         A.     He sent me e-mail on

17    April the 5th.

18    BY MR. SERPE:

19         Q.     I'm going to ask you to look on

20    Exhibit 22 just below half.  I'm holding up a

21    copy for you and pointing at the section.

22              MS. EIKHOFF:  You're pointing

23         at the English version.

24    BY MR. SERPE:

25         Q.     Let me hand you the Chinese

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 229

1   version with the area circled.

2        A.     Yes.

3        Q.     In that e-mail, you asked

4   Mr. Lin to make changes to the adhesive tape

5   label; is that correct?

6        A.     That is what is reflected on

7   it, but the reflection does not say "tape,"

8   but the design draft of a tape.

9        Q.     What were you referring to when

10  you said in your e-mail:  Please add

11  "Manufactured to Meet ASTM C36 and ASTM C1396

12  Standards"?

13       A.     On the face of the e-mail, it

14  appears to be an information reflecting

15  customer's request.

16       Q.     Customer's request on what they

17  wanted on edge tape?

18       A.     Correct.

19       Q.     In the last e-mail from Mr. Lin

20  back to you on April 5th, he attaches

21  something to the e-mail.  Do you see that?

22       A.     I see that.

23       Q.     It's a file type .gif.  Do you

24  recognize .gif?

25       A.     That's what it says.

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 230

```
 1          Q.      And there are attachments to
 2    the e-mail on page 597.  Do you see that?
 3          A.      I see that.
 4          Q.      This is the .gif attachment
 5    that Mr. Lin sent to you on April 5th of
 6    2006, isn't it?
 7          A.      Yes, that's what it says.
 8          Q.      And you recall having received
 9    this from Mr. Lin?
10          A.      I don't have a clear
11    recollection on that, but that's what the
12    document reflects.
13          Q.      And because you don't have a
14    clear recollection, it would be important to
15    search your computer to look for e-mails
16    about edge tapes in this time frame, wouldn't
17    it be?
18                  MR. TAYLOR:  Objection to form.
19          A.      Reflected from this e-mail,
20    Mr. Lin was only making a sample design.  He
21    is not a manufacturer of tapes.
22    BY MR. SERPE:
23          Q.      What does Mr. Lin's company do?
24          A.      From my recollection, it should
25    be a company that makes tape molding tools.
```

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

1          Q.     And the molding tool is what

2     the Taishan production factory would use to

3     make Taishan edge tapes?

4          A.     Correct.

5          Q.     Taishan did not make its own

6     molding tools; is that correct?

7          A.     Taishan does not have its own

8     molding tool factory.

9          Q.     So for every molding tool that

10    was used for a custom American-sized drywall,

11    some other factory would have had to have

12    made that for Taishan?

13               THE WITNESS:  Can you repeat

14         the question?

15               THE INTERPRETER:  The

16         interpreter will repeat.

17               (Translation.)

18         A.     Correct.

19    BY MR. SERPE:

20         Q.     Other than Mr. Lin's company,

21    are you aware of any other company that made

22    molding tools for Taishan between 2005 and

23    2007 that would have been used for

24    American-sized drywall?

25         A.     There are also other companies

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 232

1    that make relevant molding tools for Taishan

2    but not necessarily only for the

3    American-sized gypsum board.

4         Q.    Am I correct that Taishan did

5    not check with Mr. Lin's company to determine

6    what records he had of molding tools for

7    American-sized drywall between 2005 and 2007?

8              THE WITNESS:  I don't

9         understand.  Ask again.

10             THE INTERPRETER:  The

11        interpreter will repeat.

12             (Translation.)

13        A.    Regarding the manufacturer of

14   the tape molding tool, this is what generally

15   happens.  When manufacturing the tape molding

16   tool, usually a big-sized metal roller was

17   used.  The required information to be printed

18   on a tape is to be engraved on it.

19             However, when the tape is no

20   longer to be used, because there is a high

21   value of the metal roller, we will return the

22   metal roller back to the mold tool

23   manufacturer.  After erasing the information

24   on the roller, it will be used again to make

25   new molding tools.

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 233

1                  Therefore, the price we pay for
2      the roller will be a lot cheaper than
3      purchasing a brand-new roller for the molding
4      tools; therefore, molding tool factory's
5      information had already been sent back to
6      Taishan.
7                  For the information
8      communicated with the molding tool
9      manufacturer, if they do exist, they are all
10     here.
11          Q.     Mr. Che, you did not see
12     Exhibit 22 as you prepared for today's
13     deposition, did you?
14          A.     Correct.
15          Q.     How do you know that Exhibit 22
16     still exists at Taishan?
17                 MR. TAYLOR:  Objection to form.
18          A.     This information of yours was
19     copied from Taishan.  Those are information
20     we have preserved.  Did you go to Zhejiang
21     Wanxin Printing Company, Limited to copy the
22     information?
23     BY MR. SERPE:
24          Q.     Is it your testimony that
25     Exhibit 22 still exists and has been

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 234

1    preserved by Taishan?

2                    MR. TAYLOR:  Objection to the

3            form.

4                    THE WITNESS:  Do I need to

5            answer?

6                    MR. TAYLOR:  Yes.

7            A.    Yes.

8    BY MR. SERPE:

9            Q.    Mr. Che, Exhibit 48 is at the

10   bottom of your stack.  Would you pull it out

11   for me.

12           A.    (Witness complies.)

13           Q.    Mr. Che, this is the list of

14   topics that you agreed to testify as the

15   corporate representative.  Do you see that?

16           A.    I see that.

17           Q.    You see topic number 1 on

18   page 2?

19           A.    I see that.

20           Q.    I'd like to ask you about the

21   specific topic that we listed, Taishan's

22   practice for marking edge and end packing

23   tapes.

24                    Do you see that?

25           A.    Are you talking about item

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 235

1    number 1?

2          Q.     Yes.

3          A.     I see that.

4          Q.     What steps did Taishan take to

5    provide you documents regarding edge tapes to

6    prepare for the deposition?

7                 MR. TAYLOR:  Objection to form.

8          A.     When I was preparing for my

9    witness testimony in the deposition

10   representing Taishan, I tried very hard to

11   search for, confirm and communicate the

12   relevant material and evidence in relation to

13   the tapes with the help of my attorney.  I

14   have also reviewed a lot of relevant pictures

15   as well as Manufacturer Profile Forms.

16                MR. SERPE:  Sunny, are you

17        done?

18                THE WITNESS:  Yes.

19   BY MR. SERPE:

20         Q.     Other than Exhibit 22, were you

21   provided any other e-mails that you

22   personally wrote to a molding tool company

23   that was making edge tape for Taishan?

24         A.     When I was preparing for the

25   witness deposition representing Taishan, I

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 236

1    did search for a lot of related information;
2    however, I was not able to find this part of
3    material because there are too much to be
4    prepared for -- to be prepared.
5         Q.    Do you know if anyone searched
6    the computers that were preserved by Zhi Tong
7    to determine whether the word "edge tape"
8    showed up in any e-mails?
9              THE WITNESS:  Reinterpret.
10             THE INTERPRETER:  The
11         interpreter will repeat.
12             (Translation.)
13        A.    While I was preparing for my
14   witness deposition representing Taishan, the
15   majority of my work is to work with the
16   attorneys to check the issues that the
17   attorneys had questions with and only the
18   information helping the opposing attorney and
19   the judge to discover the truth and to work
20   with the material provided by our attorney to
21   prepare for the witness testimony in the
22   deposition.
23             The attorneys had showed me a
24   lot of pictures related to tapes and also
25   including documents, but I'm not sure about

e96f76b4-e9e7-4725-ad93-19c0c285c703

Page 237

1    the communication between the attorneys
2    themselves internally.
3                    I'm done with my answer.
4    BY MR. SERPE:
5        Q.    Do you remember the question?
6        A.    Yes.  I think I've answered
7    your question.
8        Q.    Who searched the computers that
9    were preserved by Zhi Tong to determine
10   whether the word "edge tape" showed up in any
11   e-mails?
12                   MR. TAYLOR:  Objection to form
13           and objection, assert the
14           attorney-client privilege to any
15           activities that the attorney was
16           involved in in preparing this witness
17           for his deposition.
18                   Any searches we conducted, we
19           assert the attorney-client privilege
20           and would instruct the witness not to
21           answer in regards to the attorneys'
22           activities.
23                   Other than the attorneys'
24           activities, the witness can respond.
25                   MR. SERPE:  Bernard, we'll have

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 238

```
 1          the continuing understanding that we
 2          disagree with you, that the clear
 3          scope of the 30(b)(6) is what was done
 4          or not done to prepare the witness.
 5          We get to ask that question.  So we'll
 6          sort that out later.
 7                    MR. TAYLOR:  Yeah.
 8                    MR. SERPE:  But we'll do that
 9          on a continuing basis so we don't
10          argue about it on the transcript.
11                    MR. TAYLOR:  Yep.
12                    THE WITNESS:  Do I need to
13          answer it?
14                    MR. TAYLOR:  Only in regards to
15          knowledge you have that didn't come
16          from your attorneys directly.
17          A.    Then I think I had clearly
18     explained myself to you earlier.  You can
19     just read it again.
20                    MR. TAYLOR:  And to clarify,
21          once again, only in regards to
22          knowledge you have that didn't come
23          from your attorneys directly regarding
24          the searches and the activities that
25          the attorneys pursued in searching for
```

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 239

 1        documents.

 2        A.      Then I can't answer those

 3   questions for you.  While I was preparing for

 4   my witness testimony, I have communicated all

 5   relevant questions to my attorneys.

 6   BY MR. SERPE:

 7        Q.      Did any employee of Taishan

 8   search any Taishan computer for e-mails in

 9   2005 to 2007 on American-sized drywall that

10   contain the word "edge tape"?

11        A.      When I was preparing for the

12   witness deposition on behalf of Taishan, I

13   believe I do not possess the capability to

14   search every computer and every e-mail of

15   Taishan because all relevant information that

16   are the most complete and most detailed had

17   already been copied and taken by Zhi Tong.

18              As far how the both parties'

19   attorney used the information that Zhi Tong

20   copied is not what I have the --

21              THE INTERPRETER:  Interpreter

22        needs to clarify.

23              (Translation.)

24        A.      -- is not something that I

25   would have knowledge of.

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 240

1              When I was preparing for my

2     witness testimony, both myself and Taishan's

3     employee had tried our best effort to

4     discover the truth of the deposition -- of

5     the deposition.

6              For the words that required the

7     effort of attorneys, what I have done is to

8     work with them and to accept them.

9              I'm done with my answer.

10    BY MR. SERPE:

11         Q.    Did the employees in the tape

12    production factory for Taishan have computers

13    in the 2005 to 2007 time frame?

14         A.    This job does not require

15    computer.

16         Q.    Mr. Che, earlier you told me

17    you used e-mail to communicate with members

18    of the factory tape production department.

19    Do you recall that?

20         A.    From the e-mail, you should be

21    able to see the communication is with the

22    molding tool company.  Maybe my explanation

23    was not clear.  The tape factory's employee

24    only need to take the molding tool for

25    printing.  It does not have the design

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 241

1   capability.

2        Q.     If a customer ordered more edge

3   tape and you had to communicate with the

4   factory that you needed enough tape for

5   another 100,000 boards, is it correct that

6   you can use e-mail to communicate with the

7   tape production factory that you need more

8   tape for a customer?

9        A.     Please clarify when you said

10   100,000, did you mean 100,000 same tapes or

11   100,000 different molding tools or 100,000

12   different designs?

13        Q.     If a customer called and asked

14   for 100,000 square meters of drywall and you

15   did not have enough tape to make that from

16   your existing tape inventory -- same molding

17   tool, but you needed more tape -- you used

18   e-mail to ask the tape production factory to

19   make more tape for you; is that correct?

20               MR. TAYLOR:  Objection to form.

21               THE WITNESS:  Do I need to

22        answer?

23               MR. TAYLOR:  Yes.

24               THE WITNESS:  Do I need to

25        answer?  Do I need to answer?

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 242

1          MR. TAYLOR:  Yes.  Yes.

2          THE WITNESS:  Do I need to

3      answer?

4          Ask the question again.

5          THE INTERPRETER:  Interpreter

6      will repeat.

7          (Translation.)

8      A.    So my answer is:  It's not

9  necessary.  All I needed to do was to make a

10  phone call.

11  BY MR. SERPE:

12      Q.    I understand "not necessary."

13          The question is:  Did you ever

14  use e-mail to communicate with the tape

15  production factory?

16      A.    I don't recall that I have used

17  e-mail to communicate with the tape

18  production factory.

19      Q.    Did Taishan check with the tape

20  production factory to see if any computers

21  had been preserved from between 2005 and

22  2007?

23          MR. TAYLOR:  Counsel, I think

24      we're on the same page, but I just

25      want to be sure on one point.

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 243

1              You started off asking about
2         the tape production factory early on,
3         and I think that was more narrowly
4         defined as a department.  And I just
5         want to be sure we're still talking
6         about the same thing.
7              MR. SERPE:  Yeah, it's the
8         Taishan independent --
9              MR. TAYLOR:  Got it.  Okay.
10             MS. EIKHOFF:  Department.
11             MR. TAYLOR:  Department.
12             MR. SERPE:  It's a department.
13             MR. TAYLOR:  Okay.
14             MR. SERPE:  But it's within --
15        it's Taishan's department.  It's not a
16        separate company.
17             MR. TAYLOR:  Yeah.
18             MS. EIKHOFF:  But he corrected
19        you earlier.  It's not a factory.
20             MR. TAYLOR:  It's not a
21        factory.
22             MR. SERPE:  It's a department,
23        but it's in a different location.
24             MR. TAYLOR:  Yeah.  I just want
25        to be sure we're on the same page.

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 244

1          MR. SERPE:  Okay.

2          MS. EIKHOFF:  We're not

3      arguing.

4          MR. SERPE:  How will I

5      recognize you?

6          THE WITNESS:  Do I need to

7      answer?

8          MR. TAYLOR:  Yes.

9          THE WITNESS:  Ask the question

10     again.

11 BY MR. SERPE:

12     Q.    Did Taishan check with the

13 production department -- with the tape

14 production department to see if any computers

15 had been preserved that were in use between

16 2005 and 2007?

17     A.    I have already answered your

18 question earlier in my deposition that it is

19 not necessary for the production department

20 of tape to use computer.  All our e-mails

21 were sent to the molding tool production

22 company.

23     Q.    Is it your testimony that there

24 were no computers in Taishan's tape

25 production department in the era of 2005 to

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 245

1    2007?

2              MR. TAYLOR:  Objection to form.

3         A.      During my preparation for the

4    witness deposition for Taishan as its

5    representative, I did not find relevant

6    evidence that the tape factory in Taishan

7    used computer for the period of 2005 and

8    2007.

9    BY MR. SERPE:

10        Q.      Did the tape production

11   department have paper records of the tape

12   that they produced between 2005 and 2007?

13        A.      The tape production department

14   is only a department supplementing the

15   production.  It is not a department that

16   output to the outside.  It was only to

17   accommodate the production of the gypsum

18   boards edge tape.

19              The quantity of the tape

20   requested is determined by the production

21   department's request for the production of

22   the boards, and also during the production,

23   the tape itself is a consumptive item;

24   therefore, the quantity that it needs is not

25   very accurate.

Gang Che

1              Usually if ten reels of tapes

2      is needed, it's not a problem if you produce

3      12.  Usually only by making a phone call they

4      will make it.

5          Q.     The tape production department

6      is in a separate location from the drywall

7      production department; is that true?

8          A.      They're not in the same

9      courtyard.

10          Q.     The workers in the tape

11      production department between 2005 and 2007,

12      did they have any paper that they used to

13      help them remember what to do with their

14      work?

15              MR. TAYLOR:  Objection to form.

16              THE WITNESS:  Ask the question.

17              THE INTERPRETER:  Interpreter

18          will repeat.

19              (Translation.)

20          A.     During my preparation as a

21      witness for the deposition representing

22      Taishan, I did not discover any relevant

23      documents in the tape production department

24      to prove what kind of work they have done

25      during the time frame of 2005 to 2007.

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 247

```
 1                THE INTERPRETER:  Interpreter
 2        needs to clarify.
 3                (Translation.)
 4        A.      They only make their
 5   productions according to the printing molding
 6   sheet as well as the quantity they are to be
 7   produced to make the production.
 8   BY MR. SERPE:
 9        Q.      What is the printing molding
10   sheet?
11                THE INTERPRETER:  Interpreter
12        needs to clarify.
13                (Translation.)
14        A.      Molding sheet, that's what I
15   talked about earlier about the roller.
16   BY MR. SERPE:
17        Q.      Oh, the molding tool?
18        A.      Correct.
19        Q.      And I would like to confirm
20   that the tape production department kept no
21   written records as to the quantity of tape to
22   make for any production.
23                MR. TAYLOR:  Objection to form.
24        A.      I think your question is not a
25   matter of whether or not it's been kept; it's
```

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 248

1    a matter that this did not exist.  It is only

2    an internal production department serving the

3    purpose of assisting our production.

4    BY MR. SERPE:

5        Q.    So in the tape production

6    department that's in a different location for

7    Taishan, there are no computers and no

8    records kept -- I'm sorry, no records had

9    ever existed for production between 2005 and

10   2007?

11              MR. TAYLOR:  Objection to form.

12       A.    I indeed did not discover any

13   relevant documents or evidence while I was

14   preparing for my witness testimony for

15   Taishan.

16              MR. SERPE:  I've got one short

17        topic I think we can finish, and then

18        I know the interpreter has a phone

19        call at 10:30.

20              MR. TAYLOR:  A phone call,

21        yeah.

22              (Deposition Exhibit PID-11

23        marked.)

24   BY MR. SERPE:

25       Q.    I'd like to hand you

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 249

1    Exhibit 11.  There's one there for your
2    attorney.
3                  (Document review.)
4    BY MR. SERPE:
5         Q.    Mr. Che, I've given you an
6    opportunity to review it.  Would you let us
7    know when you're done.
8         A.    Do you have a Chinese version
9    of it?
10        Q.    Mr. Che, this was produced to
11   us by your attorneys, and it's our
12   understanding that the English was yours.
13        A.    In China when we write English,
14   we usually use the translation software.
15        Q.    Mr. Che, do you see there's a
16   second exhibit stamp here that says 9?
17        A.    Yes, I see that.
18        Q.    That was the deposition of
19   Manager Jia.  Do you see that?  And that's
20   the deposition that you had the opportunity
21   to previously review?
22        A.    I have not seen this document.
23        Q.    Do you recall that we handed
24   you this same document at your deposition in
25   2012?

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 250

1         A.       I don't have a clear
2     recollection.
3         Q.       Do you see the e-mail address
4     just at the top of the document,
5     sdth818@163.com?
6         A.       I see that.
7         Q.       Is it your testimony that you
8     cannot understand this document without a
9     computer to give you an English
10    translation -- I'm sorry, a Chinese
11    translation?
12        A.       I don't have a problem with
13    simple ones.
14        Q.       Let me ask you about the bottom
15    of the document where the words are in bold.
16    Do you recognize the words "Very Important"?
17        A.       Yes.
18        Q.       Did you understand that this
19    customer was telling you that it was
20    mandatory to have the words "Made in China"
21    stamped on the back of the drywall?
22                 Mr. Che, I've made a mistake in
23    my question.  I'm going to ask a new one.
24                 MR. TAYLOR:  Can I make a
25            comment while you formulate your

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 251

1       question?

2               MR. SERPE:  Yes.

3               MR. TAYLOR:  The only problem

4       we have is that the witness has made

5       it clear that he can only understand

6       some of it, not all of it, in English.

7               MR. SERPE:  Before you

8       translate, Madam Interpreter --

9               MR. TAYLOR:  Don't translate

10      because I'm not going to educate the

11      witness on this.

12              MR. SERPE:  There's an

13      agreement between counsel that we're

14      not going to interpret the colloquy

15      between counsel at this point.

16              MR. TAYLOR:  Yeah.  Yeah.  At

17      this point.

18              So to ask the question to ask

19      him to interpret what it says without

20      giving it to him in Mandarin is --

21      makes it difficult for the witness to

22      be able to respond.

23              MR. SERPE:  The -- I understand

24      your objection.

25              MR. TAYLOR:  It's not an

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

1          objection.  It's more of a how can we
2          make this work a little better.  And
3          maybe it's if you have Sunny read it
4          to him and then he can respond.  That
5          might be the better way to go.  That's
6          my only suggestion.
7                    MR. SERPE:  Very good.
8     BY MR. SERPE:
9          Q.    So, Mr. Che, thank you for your
10    patience.  I'm going to ask the interpreter
11    to read number 3 to you in Chinese.
12                    (Translation.)
13    BY MR. SERPE:
14          Q.    Mr. Che, I'm going to read in
15    English, so the record is clear, number 3.
16                    "Very Important:  By customs
17    regulation, we have to have Made in China
18    stamped somewhere in the drywall.  If you do
19    not actually have it on the gypsum board
20    itself, we will need to add it on the binding
21    tape.  If that is the case, add a small line
22    at the end of the tape in the lower side."
23                    Mr. Che, did you understand
24    that this customer was advising you that it
25    was mandatory under U.S. Customs regulation

Gang Che

Page 253

1    that the words "Made in China" be stamped

2    somewhere on your drywall?

3          A.    It only says customs here.

4    According to customs regulations, the word

5    "Made in China" will need to be stamped

6    somewhere in the drywall.

7          Q.    Taishan knew in 2007 that

8    United States Customs regulations required

9    the words "Made in China" be stamped

10   somewhere on the drywall?

11              MR. TAYLOR:  Objection to form.

12        A.    I don't recall that.  I only

13   recall that some of the customers requested

14   to stamp the word "Made in China" on the back

15   of the boards or somewhere on the boards.

16   BY MR. SERPE:

17        Q.    And to clarify, Taishan has no

18   knowledge of whether U.S. Customs required

19   the words "Made in China" to be stamped

20   somewhere on the drywall between 2005 and

21   2007?

22              MR. TAYLOR:  Objection to form.

23              THE WITNESS:  Do I need to

24        answer?

25              MR. TAYLOR:  Yes.

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 254

1          A.      Customers from many countries

2    have requested to stamp "Made in China"

3    somewhere on the product.  From what I

4    learned through years of experience in the

5    industry, some of that was for the purpose of

6    customs clearance; some of them was for the

7    tariff of the most favorable country.

8                  So we cannot be sure which

9    country it is.  It has been a request from

10   the customers of many countries.

11                  THE WITNESS:  May I take a

12          break now?

13                  MR. SERPE:  Yes.

14                  THE VIDEOGRAPHER:  We are now

15          going off the video record.  The time

16          is currently 10:34 a.m.  This is the

17          end of Media No. 2.

18                  (Recess taken, 10:34 a.m. to

19          11:02 a.m.)

20                  THE VIDEOGRAPHER:  We are now

21          back on the video record with the

22          beginning of Media No. 3.  The time is

23          currently 11:02 a.m.

24   BY MR. SERPE:

25          Q.    Mr. Che, I'd like to ask you

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 255

1    some questions from the notice of deposition,

2    which is Exhibit 48, item number 2, Taishan's

3    knowledge and position as to the manufacture

4    of boards with certain markings as shown in

5    exemplar photographs of drywall boards.

6                  MR. TAYLOR:  Counsel, before

7          you get started, I'm assuming this

8          would be separate and distinct and not

9          duplicative of what Mr. Montoya asked?

10                 MR. SERPE:  You're correct.

11                 THE INTERPRETER:  The

12         interpreter hasn't finished her

13         interpretation.  She'll continue right

14         now.

15                 MR. SERPE:  I apologize.

16                 (Translation.)

17   BY MR. SERPE:

18         Q.    Mr. Che, we were provided this

19   week with a new set of photographs that have

20   been marked as PID-41.  We would like to know

21   where this drywall was found.

22                 MR. TAYLOR:  That is

23         duplicative.  We went over that

24         extensively yesterday.

25                 MR. SERPE:  The -- I think

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 256

1        you'll see --
2                MR. TAYLOR:  Okay.
3                MR. SERPE:  -- that there are
4        going to be refined questions,
5        Bernard.
6                MR. TAYLOR:  All right.
7                MR. SERPE:  Mr. Che, I'm going
8        to ask you a new question.
9                THE INTERPRETER:  This is the
10       interpreter speaking.  As Mr. Che was
11       looking at me while you two attorneys
12       were conversing with each other, I
13       told Mr. Che that there is a
14       stipulation that the interpreter would
15       not interpret the colloquy between the
16       two attorneys but she will interpret
17       for Mr. Che any objections or anything
18       related to the objections.
19               MR. SERPE:  Right.
20               MR. TAYLOR:  That's good.
21               MR. SERPE:  Very good.
22   BY MR. SERPE:
23       Q.    Mr. Che, which factory location
24   were the boards that are pictured in
25   Exhibit 41 found in?

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 257

1         A.        During my preparation as a
2    witness for the deposition representing
3    Taishan, I have tried very hard to search for
4    documents and evidence that is relevant to
5    the deposition.  In the end that I have found
6    these boards at a warehouse corner at the
7    location of what we now call the industry
8    park.  I have found those American-sized
9    residual gypsum board.
10        Q.        Who did the search in the
11   industrial park warehouse for the residual
12   American-sized boards?
13        A.        Myself and Party Director
14   Zhang.
15        Q.        Is that Mr. Jianchun?
16            MS. ROBERTSON:  Zhang Jianchun.
17   BY MR. SERPE:
18        Q.        Is that Mr. Zhang Jianchun?
19            MS. EIKHOFF:  Maybe you could
20        just ask him what his full name is.
21            MR. SERPE:  Thank you, Christy.
22   BY MR. SERPE:
23        Q.        The other gentleman, what is
24   his full name?
25        A.        Zhang Jianchun.

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 258

1          Q.      When did you search the
2     industrial park warehouse for residual
3     American-sized board?
4          A.      During my preparation of
5     witness testimony in deposition on behalf of
6     Taishan, in order to confirm our, Taishan's,
7     markings of the product as well as our
8     position, Party Director Zhang and I have
9     searched the industrial park as well as
10    Factory 4's warehouse, in fact, every corner
11    of the warehouse, and we have found the
12    American-sized residual gypsum boards.
13         Q.      When?
14         A.      I don't remember the exact date
15    because during the course of my preparation
16    for the witness testimony in depositions
17    representation Taishan, I've done a lot of
18    preparation work, and I have kept on
19    searching and communicating among a few
20    departments.  I believe it was this December,
21    but I do not remember the exact date.
22              MR. TAYLOR:  We're having a
23         little bit of a technical problem.
24              (Comments off the stenographic
25         record.)

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 259

```
1              THE VIDEOGRAPHER:  We are now
2        going off the video record.  The time
3        is 11:11 a.m.
4              (Recess taken, 11:11 a.m. to
5        11:17 a.m.)
6              THE VIDEOGRAPHER:  We are now
7        back on the video record.  The time is
8        currently 11:17 a.m.
9   BY MR. SERPE:
10       Q.    In addition to going to
11  Industrial Park and Factory No. 4, did you
12  and Party Director Zhang go to Factory No. 2
13  to look for residual American-sized drywall?
14       A.    Factory No. 2 is not the
15  factory that produces gypsum board.  It had
16  not produced American-sized gypsum board.
17       Q.    Did you and Party Director
18  Zhang go to Weifang Aotai factory to look for
19  residual American-sized drywall?
20       A.    No.
21       Q.    So the only location that
22  residual American-sized drywall was located
23  in the warehouse was Industrial Park; is that
24  correct?
25       A.    While I was preparing for my
```

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 260

1    witness testimony in deposition representing
2    Taishan, I tried my very best to search for
3    every corner of the warehouses in the factory
4    that produced American-sized gypsum board.
5    These are all that I have found.
6               We also hope to discover more
7    residual gypsum boards so that we can find
8    out and distinguish the facts of the markings
9    of our gypsum boards; however, Taishan had
10   never kept its products.  The gypsum boards
11   discovered luckily were the one happened to
12   be residual from that time.
13        Q.    When you say that Taishan still
14   hopes to discover more residual boards, where
15   will Taishan look for them?
16        A.    I was saying that that was the
17   hope of Taishan.  I'm not saying that Taishan
18   would find it somewhere.
19               If you could help me to
20   discover the sample of Taishan-produced
21   gypsum board for us to make a comparison,
22   that would be even better, but the premise is
23   it has to be a product of Taishan.
24        Q.    Has Taishan looked in all of
25   its factories carefully to find residual

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 261

1    American-sized drywall?

2                    MR. TAYLOR:  Objection to form.

3                    THE WITNESS:  Do I need to

4          answer?

5                    MR. TAYLOR:  Yes.

6          A.      Currently Taishan has over 40

7    branch factories in China; many of them were

8    established after 2007.  And those factories

9    have never produced American-sized gypsum

10   boards, and many of those factories are far

11   away from the ports but located in the inland

12   of China or west of China.

13                   I'm done with my answer.

14   BY MR. SERPE:

15         Q.      Has Taishan completed its

16   search of the factories which made

17   American-sized drywall to look for residual

18   American-sized boards?

19         A.      While I was preparing for my

20   witness testimony in deposition representing

21   Taishan, we have tried our best to search

22   everywhere in Taishan that possibly had

23   produced American-sized residual gypsum

24   boards.  In the end we had only discovered

25   those on the picture that we have provided to

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 262

1   you the American-sized residual gypsum
2   boards.
3       Q.    So you took pictures of all of
4   the American-sized gypsum board which you
5   found in your search?
6       A.    Also, during the time of our
7   attorneys went to China, we led our attorneys
8   to the site and looked at those gypsum boards
9   so that our attorneys in Alston could have
10  firsthand experience of what the Taishan-made
11  American-sized gypsum boards look like.
12      Q.    The pictures that you have
13  provided of American-sized gypsum board are
14  of all of the types of boards that you found;
15  is that correct?
16           MR. TAYLOR:  Objection to form.
17      A.    These are the American-sized
18  gypsum board that I could ever discovered
19  during my preparation of witness testimony
20  deposition representing Taishan.
21  BY MR. SERPE:
22      Q.    When were the boards that are
23  pictured in Exhibit 41 manufactured?
24      A.    There's no information
25  regarding the date of production on gypsum

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 263

1    boards, but they were definitely produced

2    between 2005 and 2007 because Taishan had

3    only produced during that period of time the

4    American-sized gypsum boards.

5        Q.    Why were there still

6    American-sized drywall boards in Taishan's

7    factory 11 or more years after they were

8    made?

9        A.    Those are only the residual

10   boards in there.  As for why it is located in

11   there, I do not know either.  Luckily, I

12   found them during my preparation as a witness

13   for the deposition representing Taishan.  I

14   believe it can better help us to understand

15   the truth about Taishan products' markings.

16       Q.    Would it be a fair statement

17   that Taishan had no requirement to save

18   samples of every type of American-sized

19   drywall that it manufactured?

20               MR. TAYLOR:  Objection to form.

21               THE INTERPRETER:  The

22          interpreter will reinterpret.

23               (Translation.)

24               MR. TAYLOR:  Objection to form.

25               THE WITNESS:  I answer?

e96f76b4-e9e7-4725-ad93-19c0c285c703

Page 264

1            MR. TAYLOR:  Yes.
2       A.       Taishan have never a
3  requirement or a practice to keep any samples
4  of gypsum boards.  We try to reduce the
5  difference between the customers' demand and
6  our production in terms of quantity because a
7  lot of the residual boards are wasted.
8            However, very luckily, during
9  my preparation of witness testimony in
10  deposition representing Taishan, these
11  American-sized residual boards were
12  discovered.
13            That's it.
14  BY MR. SERPE:
15       Q.     Will you look at page 4 of
16  Exhibit 41.
17       A.     I see that.
18       Q.     Will you tell us what that
19  says?
20       A.     White sealing edge, which is
21  the abbreviation of white edge tape.
22       Q.     Mr. Che, I see three types of
23  drywall in Exhibit 41:  "Made in China, Meet
24  or Exceeds ASTM," "Crescent City," and white
25  board with white edge tape.

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 265

1                    MR. TAYLOR:  Objection to form.
2      BY MR. SERPE:
3          Q.     Is it fair to say that those
4      are the three types of markings that you
5      found on the American-sized drywall?
6                    THE WITNESS:  Can you reask
7          your question, please?
8                    MR. SERPE:  I'm going to ask
9          the question a different way.
10     BY MR. SERPE:
11         Q.     On Exhibit -- page 20, there's
12     a stack of drywall.  I call that a pallet.
13     Would that be an acceptable term to you?
14         A.     Why don't we just call it a lot
15     of gypsum boards or -- comparatively it's a
16     lot of gypsum boards.
17         Q.     Would you look at page 22 for
18     me.
19         A.     I see that.
20         Q.     When you found the drywall
21     that's pictured in page 22, were all of those
22     boards together like that when you found
23     them?
24         A.     When I found those gypsum
25     boards, they are as what you see on the

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 266

1   picture; but if you see the plastic wrap on
2   the top, the plastic was covering it,
3   covering them.
4           And there is a wasted board
5   which was covering those boards on top, and
6   it was full of dust on top.
7       Q.    In the drywall pictured on
8   page 22, I see the stamp on there.  Is that
9   the "Made in China" stamp?
10      A.    You should be able to find more
11  detailed information from the pictures before
12  this picture for the spray marks on the
13  boards.
14      Q.    Is it the drywall we see in
15  picture 20?
16          MR. TAYLOR:  We want to help.
17          MR. SERPE:  I hear you.
18      A.    The font was too far away.  I
19  cannot see it very clearly, but I'm sure it
20  is -- it is one of those spray marks depicted
21  from the picture before this one.
22          MR. TAYLOR:  Richard?
23          MR. SERPE:  Yeah.
24          MR. TAYLOR:  One of the ways --
25      and this is between us and not to

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 267

1      be --
2              MR. SERPE:  Yes, colloquy
3      between counsel, not being
4      interpreted.
5              MR. TAYLOR:  We could give you
6      the Bates ranges of the documents that
7      reflects the boards that go together,
8      if that would help.
9              MR. SERPE:  So we may be able
10     to do this just by stipulation, but
11     we're wondering how many pallets --
12     was all of the "Made in China" one
13     pallet, one Crescent City --
14             MS. EIKHOFF:  We have counts.
15             MR. SERPE:  Pardon?
16             MS. EIKHOFF:  We have counts of
17     each of the three categories.
18             MR. SERPE:  Okay.  And --
19             MS. EIKHOFF:  But he doesn't
20     have them memorized.
21             MR. SERPE:  But generally
22     speaking, are we talking about ten
23     pallets?  Are we talking about three
24     pallets?  Not so much --
25             MS. EIKHOFF:  I've got it in my

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 268

1          notebook, but it's -- there's some --
2          there's more of some and less of
3          others.  So of the three, there's a
4          varying degree of the numbers of
5          boards, but we did count the boards.
6                    MR. SERPE:  Okay.
7                    MS. EIKHOFF:  And he could -- I
8          mean, in his preparation, we could
9          give him that, but he just doesn't
10         have those precise numbers in his
11         head.
12                   MR. SERPE:  So --
13                   MS. EIKHOFF:  Or we could
14         just --
15                   MR. SERPE:  I'm going to hit
16         the pause button on this, and let's
17         talk about it at lunchtime.
18                   MS. EIKHOFF:  Sure.
19                   MR. TAYLOR:  Got it.
20    BY MR. SERPE:
21         Q.    Did Taishan take any efforts
22    when it learned of Judge Fallon's
23    preservation order to search its facilities
24    to determine if residual American-sized
25    drywall was located in the warehouses?

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 269

1              MR. TAYLOR:  Objection to form.

2        A.      During my preparation of

3    witness testimony for the deposition

4    representing Taishan, I reviewed the

5    deposition record of Chairman Jia and

6    Mr. Peng related to preserving documents, and

7    Taishan required to preserve relevant

8    documents and material to the American

9    lawsuit.  But no one required us to find

10   these American-sized gypsum board because at

11   that time there was no use of it at all.

12              This time while I was preparing

13   for the witness testimony in deposition

14   representing Taishan Corporation, in order to

15   confirm the markings of the Taishan

16   American-sized gypsum boards, in order to

17   better serving the purpose of find out the

18   Taishan American-sized gypsum boards'

19   markings, we tried our very best and found

20   these, found these American-sized residual

21   gypsum boards in the warehouse.

22   BY MR. SERPE:

23        Q.      Taishan took no steps when it

24   learned of Judge Fallon's preservation order

25   to determine whether samples of

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 270

1    American-sized drywall were still in
2    Taishan's possession; isn't that correct?
3                MR. TAYLOR:  Objection to form.
4         A.     Taishan received the judge's
5    order, and Taishan's understanding is to
6    preserve the relevant documents and material.
7    It is Taishan to preserve.
8                At that time nobody required us
9    to find those American-sized residual gypsum
10   boards.  If at the time somebody required us
11   to find these American-sized residual gypsum
12   boards, Taishan would definitely execute and
13   respect the opinion of the judge and to
14   preserve those.
15               Even though Taishan does not
16   have a requirement nor a practice to keep
17   gypsum board samples, the best result is that
18   during my preparation for the witness
19   testimony for the deposition as Taishan's
20   representative, in order to discover the
21   truth about Taishan's American-sized gypsum
22   boards, those were discovered.
23        Q.     Taishan was not advised by
24   anyone to preserve samples of American-sized
25   drywall after receiving Judge Fallon's order?

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 271

1              MR. TAYLOR:  Objection to form.

2              THE WITNESS:  Do I need to

3         answer it?

4              MR. TAYLOR:  Yes.

5         A.    While I was preparing for the

6    witness testimony for the deposition

7    representing Taishan, I've only discovered

8    the order to have Taishan preserving

9    documents and materials related to the

10   American lawsuit.  I did not discover any

11   record that anyone had required Taishan to

12   preserve these American-sized residual gypsum

13   boards.

14             MR. SERPE:  Bernard, I'm about

15        to start a topic that's going to take

16        45 minutes or more.

17             MR. TAYLOR:  Well, we're

18        about -- we're right at lunchtime.

19        You know he's got to start heading out

20        of here 2:30, 2:45.

21             MS. ROBERTSON:  You said 3:00

22        yesterday.

23             MR. TAYLOR:  Hmm?

24             MS. ROBERTSON:  You said 3:00

25        yesterday.

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 272

1              MR. TAYLOR:  Yeah.  Well, I
2        know.
3              MS. EIKHOFF:  Bernard --
4        Bernard says earlier than other
5        people.
6              MR. TAYLOR:  Yeah, I always
7        leave early, and so, I mean, the
8        question is:  Will we make it?
9              MS. DUGGAN:  Could we take a
10       shorter lunch in light of that?
11             MR. TAYLOR:  Well, that's my
12       question.  I mean, do you think we're
13       going to make it?
14             MS. EIKHOFF:  Should we go off
15       the record?
16             MR. SERPE:  Let's go off the
17       record.
18             THE VIDEOGRAPHER:  We are now
19       going off the video record.  The time
20       is currently 11:54 a.m.
21             (Recess taken, 11:54 a.m. to
22       12:26 p.m. )
23             THE VIDEOGRAPHER:  We are now
24       back on the video record with the
25       beginning of Media No. 4.  The time is

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 273

1          currently 12:26 p.m.

2                  MR. TAYLOR:  Counsel, the --

3          there was some confusion in the

4          Taishan witness' prior testimony

5          regarding requirements that -- of the

6          judge's order concerning drywall, and

7          the witness would like to clarify that

8          now.  Sunny, I think you need to --

9                  THE INTERPRETER:  Oh, okay.

10                 MR. TAYLOR:  Should I say it

11         again?

12                 THE INTERPRETER:  It's okay.

13         I've got it.

14                 MR. TAYLOR:  Okay.

15                 (Translation.)

16                 THE WITNESS:  Perhaps when I

17         was making a narrative statement

18         and which confused someone, what I

19         said was that no one required Taishan

20         to look for the residual

21         American-sized gypsum board.

22                 Taishan did, according to the

23         requirements of the judge, preserve

24         documents, material and the residual

25         gypsum boards with American sizes.

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 274

1          Taishan has strictly complied and

2          executed the order of the judge.

3                    I'm done answering your

4          question.

5     BY MR. SERPE:

6          Q.     What information do you base

7     your updated answer on that someone at

8     Taishan preserved American-sized gypsum

9     boards when they received Judge Fallon's

10    order?

11         A.     It is based on that the judge's

12    court order required Taishan to preserve all

13    documents, materials, including gypsum

14    boards, related to the American lawsuit.

15    Taishan has also strictly executed this

16    requirement.

17         Q.     Did you find a document which

18    told you that a Taishan employee placed the

19    drywall in the warehouse so that they could

20    preserve American-sized drywall for the

21    preservation order?

22                    THE WITNESS:  Reinterpret it.

23                    THE INTERPRETER:  The

24         interpreter will repeat.

25                    (Translation.)

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 275

1          A.       While I was preparing for the

2    witness testimony in deposition representing

3    Taishan, the material that I saw on the court

4    order is that Taishan is to preserve

5    documents, materials, including gypsum

6    boards, related to the American lawsuit.

7    BY MR. SERPE:

8          Q.       Are you done?

9          A.       Yes.

10               (Deposition Exhibit PID-42

11          marked.)

12    BY MR. SERPE:

13          Q.       Would you look at Exhibit 42.

14          A.       I see it.

15          Q.       Can you identify what that is

16    for us?

17          A.       This is sales plan

18    notification.  It was written by the

19    salespeople in the sales department, a

20    requirement for the production plan.

21               MR. SERPE:  Counsel, I want to

22          confirm our agreement that we're going

23          to reserve our right to object to

24          the -- or come up with an alternative

25          translation of the characters since we

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 276

```
1          received this on the 19th and have not

2          had time to process it.

3                  MR. TAYLOR:  I'm confused.  I

4          don't understand what's the --

5                  MS. EIKHOFF:  These are not --

6          these are not the agreed-upon final

7          translations.

8                  MR. SERPE:  Yeah.  Right.  We

9          just received these translations.

10                 MR. TAYLOR:  Oh.  Okay.  All

11         right.

12                 MR. SERPE:  We looked at them.

13         We disagree with some of them.

14                 MR. TAYLOR:  Yeah.

15                 MR. SERPE:  And we just want to

16         reserve the right to come back and

17         offer our own translations --

18                 MR. TAYLOR:  Translations.

19                 MR. SERPE:  -- or come up with

20         an agreed set.

21                 MR. TAYLOR:  That's fine.

22         That's absolutely fine.

23     BY MR. SERPE:

24         Q.    Once the sales plan

25     notifications were written by the people in
```

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 277

1    the sales department, were they given to the

2    production department?

3         A.     Yes.

4         Q.     Where were these documents

5    found that are now in Exhibit 42?

6         A.     The documents in Exhibit 42 was

7    kept in our sales department.

8         Q.     Had the documents that were

9    collected in Exhibit 42 ever been provided to

10   anyone outside the sales department before

11   the last few weeks?

12              MR. TAYLOR:  Objection to form.

13        A.     It is definitely to be sent to

14   the production department for production

15   requirement instructions.

16   BY MR. SERPE:

17        Q.     When was the Exhibit 42

18   documents first provided as part of the

19   lawsuit over American-sized drywall to the

20   attorneys in the case?

21              THE WITNESS:  Can you repeat

22        your question?

23              THE INTERPRETER:  Interpreter

24        can repeat.

25              (Translation.)

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 278

1        A.      While I was preparing for the

2    witness testimony in deposition representing

3    Taishan, in order to truly discover the

4    relevant information regarding to Taishan's

5    American-sized gypsum board, I have found

6    these documents and have given the

7    information to the attorneys.  But as for

8    whether or not this information was copied

9    and taken by Zhi Tong or Hogan Lovells, I'm

10   not sure.

11   BY MR. SERPE:

12       Q.      Where in the sales department

13   were the sales plan notifications which are

14   now in Exhibit 42 found?  For example, were

15   they in a box, or were they in a cabinet?

16       A.      Upon receiving the court order

17   requiring us to preserve documents and

18   materials in relation to the U.S. lawsuit, I

19   have -- we have kept relevant material in a

20   cabinet.

21               As I was preparing for the

22   witness testimony and deposition for Taishan,

23   I have reviewed a lot of materials, and I

24   have discovered this material which I think

25   is helpful for us to have a better

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 279

1    understanding of Taishan's markings;

2    therefore, I shared the material with the

3    attorneys.

4         Q.    Who put the sales notification

5    documents in the cabinet that was being used

6    to preserve documents for the U.S. lawsuit?

7                   MR. TAYLOR:  Objection to form.

8                   THE WITNESS:  Do I need to

9         answer that?

10                  MR. TAYLOR:  Yes.

11                  THE WITNESS:  Can you repeat

12        that?

13                  THE INTERPRETER:  Interpreter

14        will repeat.

15                  (Translation.)

16        A.    As regarding to the

17   preservation of the related material on

18   American-sized gypsum board, at the time it

19   was Mr. Peng who compelled it and put it in

20   the cabinet.

21   BY MR. SERPE:

22        Q.    Has Taishan ever maintained a

23   listing of all of the documents that were

24   being preserved for the purposes of the U.S.

25   lawsuit?

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 280

1          A.      While I was preparing for my
2    witness testimony for the deposition
3    representing Taishan, I did not discover such
4    a document list.  However, when Mr. Peng left
5    his employment, he said all the documents in
6    the cabinets are the documents related to
7    American lawsuit, and they are to be strictly
8    preserved.  That's why those documents have
9    always been kept in there.
10         Q.      Are the sales notification
11   plans that are contained in Exhibit 42 all of
12   the sale notification plans that were in the
13   cabinet being used to preserve documents for
14   the U.S. litigation?
15              MR. TAYLOR:  Objection to form.
16         A.      While I was preparing for the
17   witness testimony for the deposition
18   representing Taishan, I searched relevant
19   documents, and the documents in the cabinet
20   in that time frame should be all
21   sales-related documents, not necessarily only
22   related to American lawsuit.
23              In it, there are also domestic
24   documents as well as documents to other
25   countries.  These are the documents that I

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 281

1    could find in regarding to American-sized

2    gypsum boards sales plan notices.

3    BY MR. SERPE:

4         Q.    Were you the only person that

5    went through the sales notification plans to

6    pick out the sales plans that were for

7    American-sized drywall or did someone else

8    also look?

9         A.    While I was preparing for the

10   witness testimony for the deposition

11   representing Taishan, I looked for all

12   American-sized gypsum board-related sales

13   plan notices and documents.  Then I picked

14   them out one by one and had my colleague help

15   me to make copies and to scan the documents,

16   and then I submitted them to share with my

17   attorneys.

18        Q.    Did you copy and scan every

19   page of the sales notification plans for

20   American-sized drywall?

21             MR. TAYLOR:  Objection to form.

22             THE WITNESS:  Do I need to

23        answer?

24             MR. TAYLOR:  Shi de.

25        A.    I did copy, scan and share all

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 282

1    the sales plan notices relating to

2    American-sized gypsum board and shared with

3    my attorneys.

4            THE INTERPRETER:   Interpreter

5        correction:   The deponent actually

6        said in addition to all those notices

7        that I could find.

8    BY MR. SERPE:

9        Q.    Will you look at page 34 on the

10   top.

11       A.    I see that.

12       Q.    That's a sales notification

13   plan for a sale to Venture

14   Supply, Incorporated; is that correct?

15       A.    It was issued as a sales plan

16   notification in regarding to the entering of

17   a contract with Venture Supply Company.

18       Q.    And the information contained

19   in the sales plan notification included

20   specific requirements for the contract?

21       A.    It should be the requirements

22   for the production of these sizes of gypsum

23   board.

24       Q.    And how many requirements are

25   listed for the sales plan notification that's

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 283

1   at the top of page 34?

2        A.      I don't understand your

3   question.

4        Q.      Mr. Che, is there a section for

5   specific requirements on the printed form?

6        A.      Yes.

7        Q.      How many specific requirements

8   were listed for the sales notification plan

9   to Venture Supply that's at the top of

10  page 34 of Exhibit 42?

11       A.      The sales plan notice is for

12  the purpose of notification internally;

13  therefore, the information is not that

14  strict.

15              There are four requirements

16  listed on this notice requirements, but the

17  requirements about the tapered edge is listed

18  on it.  It is listed on the top, right after

19  12.7.

20       Q.      What is the fourth requirement

21  under the Specific Requirements section?

22       A.      The requirement number 4 says

23  the spray mark is attached.

24              THE INTERPRETER:  Interpreter

25          needs to clarify.

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 284

```
 1                  (Translation.)
 2                  THE INTERPRETER:  There's no
 3          change on the interpretation.
 4                  MR. SERPE:  Question for the
 5          interpreter.
 6                  (Conference out of the hearing
 7          of the reporter.)
 8  BY MR. SERPE:
 9          Q.    Where is the attached ink jet
10  code that was referenced as the fourth
11  specific requirement to this sales
12  notification plan?
13                  MR. TAYLOR:  Objection to form.
14          A.    Let me explain to you the
15  operation process, because at the time I
16  happened to be a salesperson working on it.
17                  For example, the two sales plan
18  notification on page 34, the point number 4
19  below that specified what are those spray
20  markings, but because Chinese are not very
21  sensitive to English --
22                  THE INTERPRETER:  The
23          interpreter needs to clarify.
24                  (Translation.)
25          A.    -- when the worker who would
```

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 285

1    initially input the spray marking would not

2    be able to understand it completely, in that

3    circumstance, the person who issued the plan

4    notification would print out a more formal

5    spray marking requirement attached to it.

6                    The information of spray

7    marking that is attached is for the use of

8    the spray marking worker who input the

9    information.  When this person completed

10   inputting this information, this piece of

11   paper will be thrown away.  This is our

12   common operation practice.

13   BY MR. SERPE:

14        Q.    Who issued the sales

15   notification plan at the top of PID-42,

16   page 34?

17        A.    Definitely it was issued by a

18   salesperson from the sales company, but there

19   was no name identified.

20        Q.    Would you look on Exhibit 42

21   right next to requirement number 4 and tell

22   me whose name is written there in Chinese.

23        A.    Fu Tinghuan.  But this is the

24   signature of the approving boss who approved

25   the issuance of the sales plan notification.

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 286

1    It is a different font or writing from the

2    one who issued the production.

3                 Of course I'm not blaming you

4    for that.  If I were to look at English, I

5    wouldn't be able to distinguish who wrote

6    what.

7         Q.    A minute ago you said the

8    answer:  "Definitely it was issued by a

9    salesperson from the sales company, but there

10   was no name identified."

11                Do you remember testifying

12   under oath to that?

13                THE INTERPRETER:  Interpreter

14        needs to clarify.

15                (Translation.)

16        A.    There was no signature, which

17   means the person did not sign his name on it.

18   Let me explain what I meant one more time.

19                What I was trying to say is the

20   person who issued this sales plan

21   notification did not sign his name on it.

22   The signature on it is the signature of the

23   approving boss who approved the issuance of

24   the sales plan notification.  It is a

25   different person from the one who filled out

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 287

1   this sales plan notification.

2   BY MR. SERPE:

3        Q.      Yesterday you told me that Fu

4   Tinghuan was not involved in sales of

5   American-sized drywall.  Do you recall that

6   testimony?  And that, therefore, it was not

7   necessary to search his computer.

8        A.      At the time Mr. Fu Tinghuan was

9   a sales manager of Taishan Company.  Because

10  the sales plan notification would need a

11  boss' signature; therefore, he was only in

12  charge of signing it.  He was not involved in

13  any specific businesses.

14              This sales plan notification

15  was filled out by a salesperson, submitted to

16  the boss for signature as approval, and then

17  it would be issued downwards.

18        Q.     Done?

19        A.     Yes.

20        Q.     Between 2005 and 2007, did the

21  industrial park retain spray markings from

22  American-sized drywall?

23              MR. TAYLOR:  Objection to form.

24        A.     Regarding to spray marking, I

25  believe I have done ample explanation during

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 288

1    the prior question about spray marking
2    machines.  Can you be specific in your
3    question?
4    BY MR. SERPE:
5        Q.    Did any of the employees who
6    worked for Taishan in the industrial park
7    between 2005 and 2007 make it a practice to
8    retain copies of the spray markings that were
9    being put on American-sized drywall?
10                MR. TAYLOR:  Objection to form.
11       A.    Maybe I was not very clear on
12   my prior explanation.  Let me explain the
13   process one more time for you.
14               After our attached spray
15   marking was handed over to the spray marking
16   worker to be input, inputted, when the input
17   of the spray marking was completed, this
18   piece of paper would be trash and be thrown
19   away.  This sales plan notification would
20   also be thrown away after this batch of
21   production has finished its delivery.
22               I don't know whether or not my
23   explanation may be of help to you.
24   BY MR. SERPE:
25       Q.    Done?

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 289

1        A.      Done.

2                (Deposition Exhibit PID-49

3        marked.)

4                MR. SERPE:  Bernard, there's

5        highlightings on the sets that have

6        been handed to you.  We have another

7        set for Helen.

8                MR. TAYLOR:  Yes.  Okay.

9                MR. SERPE:  The rest of these

10       sets are not highlighted.

11               MS. EIKHOFF:  Okay.

12               MR. SERPE:  Okay?

13  BY MR. SERPE:

14       Q.     Can you identify Exhibit PID-49

15  in front of you?

16       A.     Do you want me to read the

17  title on top of it?

18       Q.     Yes, please.

19       A.     Right here?  Quality Management

20  Policy.

21               MS. EIKHOFF:  Counsel, could I

22       just ask a clarifying question:  Is

23       this a composite of two documents or

24       is this just one?

25               MS. ROBERTSON:  That's correct.

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 290

1          As we got from the FTP site, the
2          Chinese was one file and the machine
3          translations yesterday were two files.
4          This does not include the machine, but
5          it is one document containing two --
6          the two manuals that were produced by
7          Taishan on Monday.
8                    MS. EIKHOFF:  Thank you.
9    BY MR. SERPE:
10         Q.    Mr. Che, if you look where
11   we've put the yellow divider at page 143, is
12   this a different document?
13         A.    This is the management policy
14   for product marking usage.
15         Q.    Mr. Che, we received these
16   documents on Monday and have not had a chance
17   to do a thorough translation into English.
18   We would like you to --
19         A.    In fact -- I'm sorry.
20                   MR. TAYLOR:  Wait for the
21         question.
22   BY MR. SERPE:
23         Q.    We would like to direct your
24   attention to pages where we have highlighted
25   Chinese characters and ask you to tell us

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 291

1    what they say so that the interpreter can

2    provide English translations for us.

3              Will you turn to page 82.  What

4    is highlighted at the bottom of document

5    82 -- page 82?  I apologize.

6         A.    I didn't quite understand you

7    just now.  Did you want me to read it --

8         Q.    Yes, please.

9         A.    -- or did you want the

10   interpreter interpret it --

11        Q.    Good question.

12        A.    -- directly?

13        Q.    I would like you to read it so

14   the interpreter can interpret it.

15        A.    All right.  If it is not a

16   waste of your time.

17              This document first revision

18   issuance date is March the 1st, 2008.  The

19   second revision issuance date is

20   October the 20th, 2009.  The third revision

21   issuance date is January the 20th, 2016.

22   Approved by Jia Tongchun.  Verified by Ren

23   Xulian.

24              That's it.

25        Q.    Go to the second document that

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 292

1    begins on page 143.  And if you flip to the
2    next page, please read the characters so I
3    can ask the interpreter to interpret.
4         A.    This document's revision
5    issuance is as follows:  The first revision
6    issuance date is July the 15th, 2007.  The
7    second revision issuance date is
8    August the 1st, 2008.  The third revision
9    issuance date is September the 20th, 2009.
10   The fourth revision issuance date is January
11   the 10th, 2011.  The fifth revision issuance
12   date is May the 1st, 2013.  The sixth
13   issuance --
14                THE INTERPRETER:  Interpreter
15        start over again.
16        A.    The sixth revision issuance
17   date is August the 10th, 2014.  Approved by
18   Ren Xulian.  Verified by Wang Ruikun.
19                MR. SERPE:  Bernard, we're at
20        an hour, and I'm sensitive to not
21        plunging into another area that's
22        going to hang us up.
23                MR. TAYLOR:  How are we doing
24        on getting ready?
25                MR. SERPE:  I can tell you that

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 293

```
 1        when we get back.
 2                MR. TAYLOR:  All right.
 3                THE VIDEOGRAPHER:  We're now
 4        going off the video record.  The time
 5        is currently 1:23 p.m.  This is the
 6        end of Media No. 4.
 7                (Recess taken, 1:23 p.m. to
 8        1:38 p.m.)
 9                THE VIDEOGRAPHER:  We are now
10        back on the video record with the
11        beginning of Media No. 5.  The time is
12        currently 1:38 p.m.
13                (Deposition Exhibit PID-6
14        marked.)
15   BY MR. SERPE:
16        Q.    I hand you Exhibit PID-6.
17   Mr. Che, will you identify what PID-6 is?
18        A.    Taishan Gypsum Company, Limited
19   Manufacturer Profile Form.
20        Q.    Please look at Section III,
21   number 2.  I believe it's on page 0009 in
22   Chinese --
23                MR. TAYLOR:  And 3.
24   BY MR. SERPE:
25        Q.    -- and page 3 in English.
```

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 294

1                  Please tell us the amount of

2       drywall exported by Taishan Gypsum that was

3       identified in this document.

4            A.     Reflected from the document, it

5       was 100,000 sheets and 53,912 sheets,

6       according to the document.

7            Q.     Thank you, sir.

8                  (Deposition Exhibit PID-8

9            marked.)

10      BY MR. SERPE:

11           Q.     Please identify PID-8 for me.

12      What is this document?

13           A.     This is an e-mail and a

14      statistic form.

15           Q.     Mr. Che, going back to

16      Exhibit 48, the notice of deposition, items 5

17      and 6 -- take your time, please.

18                  MR. TAYLOR:  Mr. Che, take

19           mine.

20      BY MR. SERPE:

21           Q.     Items 5 and 6.

22           A.     I see that.

23           Q.     The U.S. attorneys specifically

24      identified this document as part of the

25      notice of deposition to make an inquiry of

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 295

1    the corporate representative.

2              You're aware of that?

3         A.     I'm aware of that.

4         Q.     Mr. Peng sent this e-mail in

5    June of 2010; is that correct?

6         A.     The document says the e-mail

7    was sent on June the 27th, 2010.

8         Q.     And who did he send the e-mail

9    to?

10        A.     It says to Chief Jian Zhang?

11             MR. SERPE:  A question for the

12        interpreter.  How should I refer to

13        Chief Jian?  Will that be adequate to

14        identify the person the e-mail was

15        sent to for your -- if I say that,

16        will you know who I'm talking about?

17             THE INTERPRETER:  The

18        interpreter would understand, yes.

19             MR. SERPE:  I want to refer to

20        the recipient of the e-mail, Chief

21        J-I-A-N Z-H-A-N-G.  How can I do that

22        without spelling?

23             THE INTERPRETER:  The

24        interpreter?

25             MR. SERPE:  Uh-huh.

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 296

1              THE INTERPRETER:  You just
2         pronounce the way that you usually
3         pronounce.
4              MR. SERPE:  Okay.
5    BY MR. SERPE:
6         Q.    Am I correct that Chief Jian
7    Zhang worked for CNBM?
8         A.    While I was preparing for the
9    witness testimony for the deposition
10   representing Taishan, I reviewed Mr. Peng,
11   Chief Peng's deposition record.  In
12   Mr. Peng's deposition record, he claims that
13   from the suffix of the e-mail, he could tell
14   that it is CNBM.
15        Q.    If you turn to the attachment
16   to the e-mail, TG-0129675 -- the English
17   version is the fourth page of the exhibit --
18   would you read for me the title of this
19   attachment, what it says across the top in
20   bold characters.
21        A.    Statement on the Data and
22   Statistics of Exports to the U.S. from 2005
23   to 2007.
24        Q.    Why do you use the phrase
25   "American-sized drywall" while Mr. Peng used

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

1    the phrase "exports to the United States"?

2              MR. TAYLOR:  Objection to form.

3              THE WITNESS:  Do I need to

4         answer it?

5              MR. TAYLOR:  Shi de.

6         A.    The reason why I used

7    "American-sized gypsum board" is because the

8    gypsum board of this kind of size is

9    generally used in American and the other

10   country generally do not use this size of

11   gypsum boards.  That's our understanding.

12   BY MR. SERPE:

13        Q.    If you look -- I'm sorry, I

14   didn't realize you weren't done.

15        A.    The reason Mr. Peng wrote it

16   that way -- while preparing for the witness

17   testimony for the deposition representing

18   Taishan, I have read Mr. Peng's deposition

19   record, and on the record there should be a

20   remark or explanation in this regard.

21        Q.    Are you done?

22              If you look at the bottom of

23   the next page, it's got the date of June 27,

24   2010; is that correct?

25        A.    That's what the document says.

e96f76b4-e9e7-4725-ad93-19c0c285c703

Page 298

1        Q.     That's the same date as the
2   cover e-mail from Mr. Peng.
3              MR. TAYLOR:  Just to clarify --
4              MR. SERPE:  English is the
5         third page.
6              MR. TAYLOR:  Yeah, got it.
7              MR. SERPE:  Chinese is two
8         pages.  He's looking at the Chinese.
9              MR. TAYLOR:  I just wanted to
10        make sure we said that.  Okay.
11   BY MR. SERPE:
12        Q.     The cover e-mail from Mr. Peng
13   to Chief Jian Zhang was also June 27th, 2010.
14   You see that?
15        A.     I see that.
16        Q.     In this June 27th, 2010
17   document, Mr. Peng wrote in the first
18   paragraph that the total volume exported to
19   the United States was 7,292,804.536 square
20   meters.
21              Did I read that correctly?
22        A.     I see that.
23        Q.     What records did Mr. Peng use
24   to calculate the total volume of exports to
25   the United States in this document that he

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 299

1    wrote on June 27th, 2010?

2         A.    While I was preparing for my

3    deposition as a witness representing Taishan,

4    I did review this document.  Now, Mr. Peng

5    also does not remember.

6              THE WITNESS:  What was his

7         question?

8    BY MR. SERPE:

9         Q.    What documents did Mr. Peng use

10   in order to write the memorandum June 27th,

11   2010 marked as Peng 801-1?

12             MR. TAYLOR:  I think the

13        question was to come up with the

14        amount of --

15             MR. SERPE:  The total volume,

16        yes.

17        A.    Currently, Mr. Peng also does

18   not have a clear recollection on this

19   situation at that time, but by looking at

20   this document, the -- he used the attached

21   chart after this document to come up with the

22   statement in the front.

23             (Deposition Exhibit PID-30

24        marked.)

25             ///

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 300

1    BY MR. SERPE:

2         Q.    I hand you Exhibit 30.

3              MR. SERPE:  Counsel, for the

4         record, this manual translation was

5         provided by Alston & Bird to us as

6         part of the sanctions order on the

7         Peng computer.

8              MS. EIKHOFF:  Is it a

9         translation of the same document?

10             MR. SERPE:  No.

11             MS. EIKHOFF:  Okay.

12   BY MR. SERPE:

13        Q.    Mr. Che, could you identify for

14   us what PID-30 is?

15        A.    Do you need me to read what's

16   on it?

17        Q.    Start by reading the characters

18   that are in bold at the top of the document.

19        A.    The Explanation of Statistics

20   of 2005 to 2007 Exports to the United States.

21        Q.    Is that the identical title to

22   the last exhibit you were looking at,

23   Exhibit 8?

24        A.    Yes.

25        Q.    If you look at the second page,

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 301

1    will you tell me what date is on this version

2    of the document?

3         A.    The date reflected at the

4    bottom of the document is October the 20th,

5    2010.

6         Q.    From Exhibit 30, am I reading

7    correctly that the exports to the United

8    States during 2005 to 2007 totaled up to

9    8,237,661.6596 square meters?

10               (Pause.)

11   BY MR. SERPE:

12        Q.    Did I read that correctly?

13        A.    I'm sorry, I thought you had a

14   question for me.

15               MR. SERPE:  Mike, can you read

16   the question back?

17               (The following portion of the

18        record was read.)

19               "QUESTION:  From Exhibit 30, am

20        I reading correctly that the exports

21        to the United States during 2005 to

22        2007 totaled up to 8,237,661.6596

23        square meters?

24               "Did I read that correctly?"

25               (End of readback.)

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 302

1        A.      That's what's reflected on the

2   document.

3   BY MR. SERPE:

4        Q.      Between the original version of

5   this document on June 27th, 2010 and the

6   updated version of the document on

7   October 20th, 2010, Taishan was reporting

8   a million more square meters of drywall

9   exported to the United States; isn't that

10  correct?

11              MR. TAYLOR:  Objection to form.

12       A.      It is actually 944,857.1801

13  meters more.

14  BY MR. SERPE:

15       Q.      What documents did Mr. Peng use

16  between June of 2010 and October of 2010 to

17  increase his statement on exports to the

18  United States by 944,857.1801 square meters?

19       A.      The added number should be the

20  number that -- for the purpose of processing

21  for Tai Gao Company.

22       Q.      Who is Tai Gao Company?

23       A.      I believe it's a trading

24  company.

25       Q.      What processing did Taishan do

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 303

1    for Tai Gao Company?

2         A.    To analyze from the document, I

3    believe we have manufactured American-sized

4    gypsum board for it.

5         Q.    Why would that not have been in

6    the earlier June version of the memo?

7         A.    I did not find an answer to it

8    while I was preparing my witness testimony

9    for the deposition representing Taishan, and

10   while I searched --

11              THE INTERPRETER:  Interpreter

12        correction.

13        A.    -- while I reviewed Mr. Peng's

14   deposition record?

15   BY MR. SERPE:

16        Q.    So in all of your diligent

17   preparation and all of the documents you

18   reviewed and reading Mr. Peng's deposition

19   and everything you did to prepare, you have

20   no idea where an additional million square

21   meters of drywall came from between these two

22   versions of the document.

23              MR. TAYLOR:  Objection.

24        Objection to form.

25        A.    I did not find relevant

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 304

1    records.  To analyze only from the document

2    itself, the number comes up with is the

3    number of Tai Gao companies.  Because if you

4    deduct this number, you will have the number

5    equal to the prior number.

6    BY MR. SERPE:

7         Q.    What do you base the number of

8    square meters of drywall that were processed

9    by Tai Gao upon?

10        A.    That's what is mentioned in the

11   document, the document of PID-30.

12        Q.    Will you show me where in

13   PID-30 it says that Tai Gao manufactured

14   944,857.1801 square meters.

15        A.    Can you see that?

16        Q.    What number on the bottom of

17   the page?

18        A.    705.

19        Q.    Mr. Che, I'm looking at the

20   area you pointed us to, and just before

21   Tai Gao, it says it was processed by the

22   Weifang Aotai factory.  Do you see that?

23        A.    I see that.

24        Q.    Taishan does not own Weifang

25   Aotai factory, does it?

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

1        A.      Taishan should be Weifang Aotai

2    shareholder, but I'm not sure about the

3    specific structure.  But from the document,

4    it was TTP who entrusted Weifang Aotai to

5    have produced 944,000 --

6                THE INTERPRETER:  Interpreter

7           correction.

8        A.      -- 920,000 square meters.

9                MR. SERPE:  Counsel, we want to

10          make a request.  In Exhibit 30,

11          first -- second line:  Refer to

12          attached table for details?

13               MR. TAYLOR:  Uh-huh.

14               MR. SERPE:  In the document

15          that was provided to us, there were no

16          attached tables.  The next sequential

17          number in the Bates sequence is a

18          different document.

19               MR. TAYLOR:  Which page are you

20          referring to?

21               MR. SERPE:  If you look at the

22          very first page of 30.

23               MR. TAYLOR:  Yeah.

24               MR. SERPE:  Right at the top,

25          the first paragraph:  Based on the

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

1           recorded statistics, the exports to

2           the United States during 2005 to 2007

3           totaled --

4                   MR. TAYLOR:  Okay.

5                   MR. SERPE:  Then it says:

6           Refer to attached table for details.

7           We didn't -- there was no attached

8           table.

9                   MS. EIKHOFF:  We'll look into

10      it.

11                  MR. SERPE:  Thank you.

12  BY MR. SERPE:

13      Q.    Other than Weifang Aotai, what

14  other factories that were not owned by

15  Taishan were used to produce American-sized

16  drywall?

17                  THE WITNESS:  Reinterpret it.

18                  THE INTERPRETER:  The

19          interpreter will repeat the

20          interpretation.

21                  (Translation.)

22      A.    I think your question is a

23  little bit vague.  Are you talking about all

24  manufacturers who had ever produced

25  American-sized drywall?

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 307

1    BY MR. SERPE:

2         Q.     Exhibit 30 is calculating the

3    amount of drywall exported to the United

4    States between 2005 and 2007 by Taishan

5    Gypsum Company, not other drywall

6    manufacturers who ever produced

7    American-sized drywall; am I correct?

8                   MR. TAYLOR:  Objection to form.

9         A.     From the document it is a

10   statistics explanation made by Taishan Gypsum

11   Board Company.  It is a statistic explanation

12   of Taishan Company based on its self-operated

13   exporting as well as indirect exporting.

14                   (Deposition Exhibit PID-40

15        marked.)

16   BY MR. SERPE:

17        Q.     Mr. Che, will you look at

18   Exhibit 40 and tell me after you've had a

19   chance to read it over.

20        A.     I see that.

21        Q.     Please confirm for me that

22   Taishan collaborated with Weifang Aotai to

23   produce American-sized gypsum board in 2006.

24        A.     This is a notification that

25   Taian Taishan Plasterboard Company, Limited

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 308

1    entrusted Weifang Aotai Gypsum Company to
2    process gypsum board.  That's what is
3    reflected from the document, but there are
4    neither stamps nor signatures on it.
5         Q.    Do you recognize Exhibit 40 as
6    a document that came from Taishan's records?
7              MR. TAYLOR:  Counsel, just to
8         preserve the record, we have an
9         objection in regards to scope, and
10        we'll decide whether we have to deal
11        with it later.  It's in regards to
12        PID-30 and PID-40.  But you can
13        proceed.
14             MR. SERPE:  Can we read the
15        question back?
16             (Translation.)
17             MR. TAYLOR:  And because this
18        was an objection, Sunny, would you
19        translate that also?
20             MS. ROBERTSON:  She just did.
21             MS. EIKHOFF:  She just did.
22             MR. TAYLOR:  Oh, did she?
23        Okay.
24             MR. SERPE:  Sunny, he's
25        wondering what just happened.  Would

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

1          you explain that?

2                    MR. TAYLOR:  Yeah, she said she

3          translated my objection.

4                    MR. SERPE:  I know, but he

5          heard us talking, and now he's

6          concerned about what it is we're

7          saying now.  So would you reassure him

8          that we're all set.

9                    (Translation.)

10                   THE WITNESS:  You just said

11         half of it.

12                   THE INTERPRETER:  The

13         interpreter said it in its complete

14         form.  She did not say it in half.

15                   MR. SERPE:  Do you -- I'm

16         sorry.

17                   THE INTERPRETER:  Just to make

18         sure the record is clear.

19    BY MR. SERPE:

20         Q.    Do you recognize Exhibit 40 as

21    a document that came from Taishan's business

22    records?

23         A.    I do not know.  Because there's

24    no signature nor stamp on this document;

25    therefore, I cannot be sure of it.

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 310

1          Q.     Let me ask you about one detail

2     in the document and see if this is the sort

3     of information that Taishan used as part of

4     its sales notifications.

5                    MR. TAYLOR:  Which document,

6          Counsel?

7                    MR. SERPE:  40, on the first

8          page.

9     BY MR. SERPE:

10         Q.     If you look under Section 1,

11    Specifications, did the spray codes include

12    the date of manufacture and the work shift as

13    part of standard markings for Taishan in

14    2006?

15                   THE INTERPRETER:  Interpreter

16         needs clarification from counsel.

17                   When counsel said "work shift,"

18         did counsel mean work shift of the

19         production?

20                   MR. SERPE:  For the

21         interpreter, I'm reading the word on

22         PID-40, third line down near the end.

23         Here, "work shift."

24                   THE INTERPRETER:  The

25         interpreter will reinterpret it using

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 311

1          the Chinese characters for -- on the

2          document for the word "work shift."

3                    MR. SERPE:  Thank you.

4                    THE INTERPRETER:  You're

5          welcome.

6                    (Translation.)

7                    MR. TAYLOR:  Unfortunately, I

8          had an objection to form that I

9          couldn't get in because of the

10         translation.

11                   MR. SERPE:  Stipulated.  Yeah.

12         A.    The document says:

13    Specifications: 3660 by 1220 by 12.7mm

14    regular drywall; the design of the edge

15    sealing tape will be provided by party A; the

16    ink-jetted code; the date of manufacture and

17    the work shift; the quantity: 924,287.4696

18    square meters.

19                   However, that's merely

20    reflected from the document.  There's no

21    signature, no stamp on it; therefore,

22    currently I cannot confirm whether or not it

23    was eventually executed.

24                   MR. TAYLOR:  Counsel, it's now

25         2:35.

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 312

1              MR. SERPE:  I'm going to stick
2        to my commitment.
3              MR. TAYLOR:  Because he's
4        got --
5              MR. SERPE:  Cut myself off in
6        midsentence at 2:45.
7              MR. TAYLOR:  I understand what
8        you're saying.  He just has to run
9        across the street in that time.
10   BY MR. SERPE:
11        Q.    What efforts did Taishan make
12   to determine whether the Weifang Aotai
13   factory continues to have records of any
14   drywall manufactured collaboratively with
15   Taishan between 2005 and 2007?
16             THE WITNESS:  Reinterpret that.
17             THE INTERPRETER:  The
18        interpreter will repeat her
19        interpretation.
20             (Translation.)
21             MR. TAYLOR:  Counsel -- was the
22        interpreter finished?  Okay.
23             Counsel, continue our objection
24        in regards to scope on this line of
25        questioning.

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 313

1       A.      From my preparation for the

2  witness testimony of the deposition

3  representing Taishan, I reviewed the

4  deposition record of Mr. Peng and

5  Chairman Jia from which I learned that

6  Taishan did require Taishan's employees to

7  keep all the documents and material which

8  including American-sized gypsum board related

9  to American lawsuit.

10                  (Deposition Exhibit PID-39

11          marked.)

12                  (Deposition Exhibit PID-38

13          marked.)

14  BY MR. SERPE:

15      Q.      I'm going to hand you

16  Exhibit 39 and Exhibit 38.  Mr. Che,

17  Exhibit 38 too.

18                  MR. SERPE:  Counsel, I'll

19          represent these were also Alston &

20          Bird translations pursuant to the

21          sanctions order.

22                  MS. EIKHOFF:  I just want to

23          clarify they were not translations

24          actually performed by Alston & Bird

25          but on behalf of Alston & Bird by a

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 314

1          third-party vendor.

2                    MR. SERPE:  Agreed.

3                    MS. EIKHOFF:  And I should say

4          on behalf of Alston & Bird on behalf

5          of Taishan.

6                    MR. SERPE:  Right.

7    BY MR. SERPE:

8          Q.    Mr. Che, starting with

9    Exhibit 39, am I correct that in April of

10   2006, TTP asked TG to produce drywall and

11   stamp "Made in China, Meet or Exceed

12   ASTM C1396-04 Standard"?

13         A.    Which one you want me to look

14   at?

15         Q.    Exhibit 39.

16                   THE WITNESS:  Sorry, can you

17         reinterpret?

18                   THE INTERPRETER:  The

19         interpreter will repeat.

20                   (Translation.)

21         A.    From the face of the document

22   it says that Taian City, Taian Plasterboard

23   Company, Limited entrusted Shandong Taihe

24   Dongxin Company, Limited to process gypsum

25   board in April.

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 315

1              However, since the same problem

2    exists, which is it carries no stamp nor

3    signatures, therefore, I also cannot be sure

4    that this was eventually executed or the

5    actual operation was derived from it.

6              MR. SERPE:  Let's go off the

7         record.

8              THE VIDEOGRAPHER:  We are now

9         going off the video record.  The time

10        is currently 2:44 p.m.

11              (Proceedings recessed at

12        2:44 p.m.)

13              (In discussion off the record,

14        all parties agreed that the witness

15        would read and sign the deposition

16        transcript.)

17                   --o0o--

18

19

20

21

22

23

24

25

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

```
 1                    CERTIFICATE
 2            I, MICHAEL E. MILLER, Fellow of
      the Academy of Professional Reporters,
 3    Registered Diplomate Reporter, Certified
      Realtime Reporter, Certified Court Reporter
 4    and Notary Public, do hereby certify that
      prior to the commencement of the examination,
 5    GANG CHE was duly sworn by me to testify to
      the truth, the whole truth and nothing but
 6    the truth.
 7            I DO FURTHER CERTIFY that the
      foregoing is a verbatim transcript of the
 8    testimony as taken stenographically by and
      before me at the time, place and on the date
 9    hereinbefore set forth, to the best of my
      ability.
10
              I DO FURTHER CERTIFY that pursuant
11    to FRCP Rule 30, signature of the witness was
      requested by the witness or other party
12    before the conclusion of the deposition.
13            I DO FURTHER CERTIFY that I am
      neither a relative nor employee nor attorney
14    nor counsel of any of the parties to this
      action, and that I am neither a relative nor
15    employee of such attorney or counsel, and
      that I am not financially interested in the
16    action.
17
18    _____
      MICHAEL E. MILLER, FAPR, RDR, CRR
19    Fellow of the Academy of Professional Reporters
      NCRA Registered Diplomate Reporter
20    NCRA Certified Realtime Reporter
      Certified Court Reporter
21
      Notary Public
22    My Commission Expires:  7/9/2020
23    Dated: January 24, 2019
24
25
```

Golkow Litigation Services - 877-370-3377

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 317

1                    INSTRUCTIONS TO WITNESS

2

3            Please read your deposition over

4    carefully and make any necessary corrections.

5    You should state the reason in the

6    appropriate space on the errata sheet for any

7    corrections that are made.

8            After doing so, please sign the

9    errata sheet and date it.

10           You are signing same subject to

11   the changes you have noted on the errata

12   sheet, which will be attached to your

13   deposition.

14           It is imperative that you return

15   the original errata sheet to the deposing

16   attorney within thirty (30) days of receipt

17   of the deposition transcript by you.  If you

18   fail to do so, the deposition transcript may

19   be deemed to be accurate and may be used in

20   court.

21

22

23

24

25

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

1                           ERRATA

2     PAGE   LINE   CHANGE

3     _____   _____   _____

4             REASON: _____

5     _____   _____   _____

6             REASON: _____

7     _____   _____   _____

8             REASON: _____

9     _____   _____   _____

10            REASON: _____

11    _____   _____   _____

12            REASON: _____

13    _____   _____   _____

14            REASON: _____

15    _____   _____   _____

16            REASON: _____

17    _____   _____   _____

18            REASON: _____

19    _____   _____   _____

20            REASON: _____

21    _____   _____   _____

22            REASON: _____

23    _____   _____   _____

24            REASON: _____

25            ACKNOWLEDGMENT OF DEPONENT

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

Page 319

1

2

3          I, GANG CHE, do hereby certify
    that I have read the foregoing pages and that
4   the same is a correct transcription of the
    answers given by me to the questions therein
5   propounded, except for the corrections or
    changes in form or substance, if any, noted
6   in the attached
    Errata Sheet.

7

8

9

10

11   _____

     GANG CHE                          DATE
12

13

14   Subscribed and sworn to before me this

15   _____ day of _____, 20 _____.

16   My commission expires: _____

17

18   _____

19   Notary Public

20

21

22

23

24

25

e96f76b4-e9e7-4725-ad93-19c0c285c703

Gang Che

1                          LAWYER'S NOTES

2

3      PAGE      LINE

4      _____     _____     _____

5      _____     _____     _____

6      _____     _____     _____

7      _____     _____     _____

8      _____     _____     _____

9      _____     _____     _____

10     _____     _____     _____

11     _____     _____     _____

12     _____     _____     _____

13     _____     _____     _____

14     _____     _____     _____

15     _____     _____     _____

16     _____     _____     _____

17     _____     _____     _____

18     _____     _____     _____

19     _____     _____     _____

20     _____     _____     _____

21     _____     _____     _____

22     _____     _____     _____

23     _____     _____     _____

24     _____     _____     _____

25

e96f76b4-e9e7-4725-ad93-19c0c285c703