





1



# Drywall Markings
# Photo Exhibit

Interior Wall Drywall Stamp from Second Floor Bedroom Closet



Interior Wall Drywall Stamp from Second Floor Bedroom Closet





3













Interior Wall Drywall
Stamp from AC Room



9



10



Interior Wall Drywall Stamp from Living Room



11





13





Interior Wall Drywall Stamp from Kitchen



Paper Edge Tape from Kitchen





16







MADE IN CHINA.MEE

Grueninger
606 San Antonio
Coral Gables, Fl.
01-13-2010

Grueninger, S-Indicia-0215



RD      06  .22  15.36.58  21297

Grueninger, S-Indicia-0219

19



MADE IN CHINA MEET OR EXCEED

CravenD(38th St.)0014
20










**BNBM DRAGON BRAND GYPSUM WALLBOARD**

**TYPE DBX-1**

**R19374**



**5/8" OR 15.9mm THICK**

**GYPSUM BOARD**

**ISSUE NO. F-3851**

**FIRE RESISTANCE CLASSIFICATION**

**SEE UL FIRE RESISTANCE DIRECTORY**

24







ceiling 16oc. wall 21oc. ma







Bell, P-Indicia-0204


















36





38





VENTURE SUPPLY INC.MFG TAIHE CHINA

40



## *PHOTOS*

Dun Gypsum Board in Attic



Drywall in AC Closet



Attic Drywall



42





Delayo, W-Indicia-0029