







36