

ceiling 16oc wall 21oc ma

28





29