## PHOTOS

**Dun Gypsum Board in Attic**



**Drywall in AC Closet**



**Attic Drywall**



EXHIBIT PID-1E

42