

EXHIBIT PID-1F

30
Bell, P-Indicia-0204

 







FRASIOLAS 11436 MOUNT ASH CIRCLE PORT SAINT LUCIE FLORIDA

IMTGYPSUM.COM

FRASIOLAS 11436 MOUNT ASH CIRCLE PORT SAINT LUICE, FLORIDA

.396 4'*12'*1/2"

FRASIOLAS 11436 MOUNT ASH CIRCLE PORT SAINT LUICE, FLORIDA

2*1/2" MADE IN CHINA

33