

EXHIBIT PID-1G

Gimple, N-Indicia-0297   43

