








14



Interior Wall Drywall Stamp from Kitchen



Paper Edge Tape from Kitchen

NW Corner Kitchen #12





16