





18



Grueninger, S-Indicia-0215



Grueninger, S-Indicia-0219

19



CravenD(38th St.)0014
20




21