

# Drywall Markings Photo Exhibit



Interior Wall Drywall Stamp from Second Floor Bedroom Closet



Interior Wall Drywall Stamp from Second Floor Bedroom Closet

Andre Adamson
FL07-0303

Chinese Drywall Screening, LLC
PH: 772-224-8660
www.chinesedrywallscreening.com

EXHIBIT PID-1J



5





7





Interior Wall Drywall Stamp from AC Room



9





Interior Wall Drywall Stamp from Living Room



11