## Appendix 1
## to the Parties' Joint Submission to Special Master
## Regarding Product Identification Discovery and Adjudication

| | Product ID Category | Exemplar Markings Numbers from Taishan Product ID Catalog[1] | Plaintiffs' Position | Taishan's Position | BNBM's Position |
|---|---|---|---|---|---|
| A. | BNBM/Dragon board | 22, 23, 24, 25, 26 | Allege that products with these type of markings were manufactured by BNBM | Deny that products with these type of markings were manufactured by Taishan | Subject to sufficient claimant-specific proof of Product ID, including but not limited to location and dimensions of markings, font type and color, and other physical and visual characteristics of drywall boards, do not deny that products with this type of markings were manufactured by BNBM |
| B. | C & K | 34, 35, 36 | Allege that products with these type of markings were manufactured by Taishan | Deny that products with these type of markings were manufactured by Taishan | Deny that products with this type of markings were manufactured by BNBM |

---

[1] The Taishan Product ID Catalog was prepared by Plaintiffs based on a review of Product ID documentation submitted by *Amorin* claimants in multiple states. A copy is attached hereto as Appendix 2. The numbers in this column correspond to numbers printed on each page of exemplar markings in the Taishan Product ID Catalog.

LEGAL02/38679846v1



|    | Chinese Manufacturer |              | Allege that products with these type of markings were manufactured by | Deny that products with these type of markings were manufactured by | Deny that products with this type of markings were manufactured by |
|----|---|---|---|---|---|
| C. | Chinese Manufacturer #2 (purple stamp) | 37 | BNBM | Taishan | BNBM |
| D. | Crescent City Gypsum | 27, 28, 29 | N/A because no Florida claimants allege these markings. | | |
| E. | DUN | 42 | N/A because no Florida claimants allege these markings. | | |
| F. | IMT Gypsum | 30, 31, 32, 33 | Allege that products with these type of markings were manufactured by Taishan | Deny that products with these type of markings were manufactured by Taishan | Deny that products with this type of markings were manufactured by BNBM |
| G. | ProWall | 43, 44 | Allege that products with these type of markings were manufactured by Taishan | Deny that products with these type of markings were manufactured by Taishan | Deny that products with this type of markings were manufactured by BNBM |
| H. | Taian Taishan or Taihe Tape | 1, 14, 15, 16 | Allege that products with these type of markings were manufactured by Taishan | Subject to sufficient claimant-specific proof of Product ID, including but not limited to location and dimensions of markings, font type and color, and other physical and visual characteristics of drywall boards, do not deny that products with these type of markings were manufactured by Taishan | Deny that products with this type of markings were manufactured by BNBM |

| | | | | | |
|---|---|---|---|---|---|
| I. | Made in China Meet or Exceeds | 13, 17, 18, 19, 20, 21 | Allege that products with these type of markings were manufactured by Taishan | Deny that products with the following markings were manufactured by Taishan: 18, 19, 21. Subject to sufficient claimant-specific proof of Product ID, including but not limited to location and dimensions of markings, font type and color, and other physical and visual characteristics of drywall boards, do not deny that products with the following markings were manufactured by Taishan: 13, 17, 20. | Deny that products with this type of markings were manufactured by BNBM |
| J. | Various Drywall dimensions, including 4feetx12feetx1/2 inch and 4feet*12feet*1/2inch | 2, 5, 6, 7, 8, 9, 10, 11 | Allege that products with these type of markings were manufactured by Taishan | Deny that products with the following markings were manufactured by Taishan: 5, 6, 7, 8, 9, 10, 11. Subject to sufficient claimant-specific proof of Product ID, including but not limited to location | Deny that products with this type of markings were manufactured by BNBM |

3

LEGAL02/38679846v1

| | | | | | |
|---|---|---|---|---|---|
| | | | | and dimensions of markings, font type and color, and other physical and visual characteristics of drywall boards, do not deny that products with the following markings were manufactured by Taishan: 2. | |
| K. | Venture Supply | 38, 39, 40, 41 | Allege that products with these type of markings were manufactured by Taishan | Subject to sufficient claimant-specific proof of Product ID, including but not limited to location and dimensions of markings, font type and color, and other physical and visual characteristics of drywall boards, do not deny that products with these type of markings were manufactured by Taishan | Deny that products with this type of markings were manufactured by BNBM |
| L. | Boards with white edge tape and no other markings; boards with no markings or boards with no markings other than numbers; and any | 12, 3, 4, | Allege that products with these type of markings were manufactured by Taishan | Deny that products with these type of indicia were manufactured by Taishan | Deny that products with this type of indicia were manufactured by BNBM |

| other product ID categories | | | | |
|---|---|---|---|---|
| | | | | |

案件 1：11-cv-22408-MGC 155-1 号文件 于 2018 年 12 月 31 日录入佛罗里达南区联邦地区法院案卷
第 1 页，共 5 页

## 当事人共同提交给特别主事官的
## 关于产品标识证据开示和裁决的
## 附录 1

| | 产品标识类型 | 泰山产品标识目录中的示例标记号码[1] | 原告的立场 | 泰山的立场 | 北新建材的立场 |
|---|---|---|---|---|---|
| A | 北新建材 / 龙牌板 | 22，23，24，25，26 | 声称具有这些类型标记的产品是由北新建材制造的 | 否认具有这些类型标记的产品是由泰山制造的 | 受制于关于产品标识的充分的索赔人特定证明，包括但不限于标记的位置和尺寸、字体类型和颜色、以及干墙板的其他物理和视觉特征，不否认具有此类标记的产品是由北新建材制造的 |
| B | 晨翔 | 34，35，36 | 声称具有这些类型标记的产品是由泰山制造的 | 否认具有这些类型标记的产品是由泰山制造的 | 否认具有这些类型标记的产品是由北新建材制造的 |

---

[1] 泰山产品标识目录是由原告审核 Amorin 索赔人在多个州提交的产品标识文件后面编制的。复印件附于此，称为附录 2。此栏中的数字对应于泰山产品标识目录中每页样本标记上打印的数字。

LEGAL02/38679846v1

1

案件 1：11-cv-22408-MGC 155-1 号文件 于 2018 年 12 月 31 日录入佛罗里达南区联邦地区法院案卷
第 2 页，共 5 页

| | | | | | |
|---|---|---|---|---|---|
| C | 中国制造商 2 号（紫色印章） | 37 | 声称具有这些类型标记的产品是由北新建材制造的 | 否认具有这些类型标记的产品是由泰山制造的 | 否认具有这些类型标记的产品是由北新建材制造的 |
| D | 新月城石膏 | 27，28，29 | 不适用，因为没有佛罗里达州的索赔人声称这些标记 | | |
| E | 盾 | 42 | 不适用，因为没有佛罗里达州的索赔人声称这些标记 | | |
| F | IMT 石膏 | 30，31，32，33 | 声称具有这些类型标记的产品是由泰山制造的 | 否认具有这些类型标记的产品是由泰山制造的 | 否认具有这些类型标记的产品是由北新建材制造的 |
| G | ProWall | 43，44 | 声称具有这些类型标记的产品是由泰山制造的 | 否认具有这些类型标记的产品是由泰山制造的 | 否认具有这些类型标记的产品是由北新建材制造的 |
| H | 泰安泰山或者泰和胶带 | 1，14，15，16 | 声称具有这些类型标记的产品是由泰山制造的 | 受制于关于产品标识的充分的索赔人特定证明，包括但不限于标记的位置和尺寸、字体类型和颜色、以及干墙板的其他物理和视觉特征，不否认具有此类标记的产品是由泰山制造的 | 否认具有这些类型标记的产品是由北新建材制造的 |

案件 1: 11-cv-22408-MGC 155-1 号文件 于 2018 年 12 月 31 日录入佛罗里达南区联邦地区法院案卷
第 3 页，共 5 页

| | | | | | |
|---|---|---|---|---|---|
| I | 中国制造 符合或超出 | 13, 17, 18, 19, 20, 21 | 声称具有这些类型标记的产品是由泰山制造的 | 否认具有如下标记的产品是由泰山制造的：18, 19, 21。受制于关于产品标识的充分的索赔人特定证明，包括但不限于标记的位置和尺寸、字体类型和颜色、以及干墙板的其他物理和视觉特征，不否认具有以下标记的产品是由泰山制造的：13, 17, 20。 | 否认具有这些类型标记的产品是由北新建材制造的 |
| J | 各种干墙尺寸，包括 4 英尺 x 12 英尺 x 1/2 英寸和 4 英尺*12 英尺*1/2 英寸 | 2, 5, 6, 7, 8, 9, 10, 11 | 声称具有这些类型标记的产品是由泰山制造的 | 否认具有如下标记的产品是由泰山制造的：5, 6, 7, 8, 9, 10, 11。受制于关于产品标识的充分的索赔人特定证明，包括但不限于标记的位置和 | 否认具有这些类型标记的产品是由北新建材制造的 |

案件 1：11-cv-22408-MGC 155-1 号文件 于 2018 年 12 月 31 日录入佛罗里达南区联邦地区法院案卷
第 4 页，共 5 页

|   |   |   |   |   |   |
|---|---|---|---|---|---|
|   |   |   |   | 尺寸、字体类型和颜色、以及干墙板的其他物理和视觉特征，不否认具有以下标记的产品是由泰山制造的：2。 |   |
| K | Venture Supply | 38，39，40，41 | 声称具有这些类型标记的产品是由泰山制造的 | 受制于关于产品标识的充分的索赔人特定证明，包括但不限于标记的位置和尺寸、字体类型和颜色、以及干墙板的其他物理和视觉特征，不否认具有此类标记的产品是由泰山制造的 | 否认具有这些类型标记的产品是由北新建材制造的 |
| L | 只有白色封边胶带而没有其他标记的板子；没有标记的或者只有数字没有其他标记的板子； | 12，3，4， | 声称具有这些类型标记的产品是由泰山制造的 | 否认具有这些类型标记的产品是由泰山制造的 | 否认具有这些类型标记的产品是由北新建材制造的 |

案件 1：11-cv-22408-MGC 155-1 号文件  于 2018 年 12 月 31 日录入佛罗里达南区联邦地区法院案卷
第 5 页，共 5 页

|  | 以及其他所有产品标识类型 |  |  |  |  |
|---|---|---|---|---|---|