| | |
|---|---|
| From: | Ivan Gonima <igonima@gonimaconstructors.com> |
| To: | sdth818@163.com <sdth818@163.com> |
| Sent: | 2/25/2007 8:29:35 PM |
| Subject: | FW: Problems sending file |
| Attachments: | Drywall Label to Taihe.ppt |

Ivan Gonima - CGC
President
Gonima Constructors, Inc.
Phone: (407) 860-6525
Fax:   (407) 287-5755
E-Mail: igonima@gonimaconstructors.com

**From:** Ivan Gonima [mailto:igonima@gonimaconstructors.com]
**Sent:** Sunday, February 25, 2007 6:01 AM
**To:** 'wuyu'
**Cc:** 'wuyu374@hotmail.com'
**Subject:** RE: Problems sending file
**Importance:** High

Dear Bill:

Thanks a lot for giving me this new address; I noticed you have been having problems with the other one. I hope this time you receive this file.

By the way, could you let me know please how many transfers, and the amounts for each one, have you received from us so far? We have received 3 proforma invoices so far and I need to check if everything is fine and you have received our bank transfers.

Best regards;

Ivan Gonima
Oriental Trading Company, LLC

**From:** Ivan Gonima [mailto:igonima@earthlink.net]
**Sent:** Wednesday, February 21, 2007 5:09 PM
**To:** 'wuyu'
**Cc:** 'deniseromano5@yahoo.com'; 'Alvaro@imperialstonemg.com'; 'williamdixon@orientaltradingusa.com'; 'Nicol Juanita'; 'jorgearevalo@orientaltradingusa.com'; 'Leonardo Guzman'
**Subject:** Final art for drywall binding tape
**Importance:** High

Dear Bill:

Attached you will find a Microsoft Power Point file showing the final arts for the binding tapes to be used with the 4' x 8' x ½" and the 4' x 12' x ½" drywall sheets. We went thru all the issues we have already discussed and everything is reviewed and checked.

Please notice the following:

1) The colors BLUE and RED are the same ones as the ones in the American Flag. WHITE is regular white.
2) The tape has a total width of 2 ½" but the printing face will be only 1" wide. The tape flaps going above and below the edges are ¾" wide each.
3) VERY IMPORTANT: By Customs Regulations we have to have a MADE IN CHINA stamp somewhere in the drywall. **If you do not actually have it on the gypsum board itself, we will need to add it on the binding tape. If that is the case, add a small line at the end of the tape in the lower side.**




TG 0023841

Please let me know if you have any questions.

Best regards;

Ivan Gonima
Oriental Trading Company, LLC

---

**From:** wuyu [mailto:sdth818@163.com]
**Sent:** Saturday, February 24, 2007 8:40 PM
**To:** igonima@gonimaconstructors.com
**Subject:** Re:Problems sending file

Dear Mr. Ivan,

I am sorry , Please send the file to this email address, because the office emial can not be opened by me .


--
车刚
Bill Cher
13561759284
E-mail:SDTH818@163.com
MSN:wuyu374@hotmail.com

在2007-02-22，Ivan Gonima <igonima@gonimaconstructors.com> 写道：
Dear Bill:

I am having problems sending a file with pictures to your office email; the @163.com one. Please check your personal (@hotmail.com) email; I also sent a copy there and it went thru. Please confirm me when you receive this email.

Best regards;

Ivan Gonima
Oriental Trading Company, LLC

---

想加入吗？1.9亿用户正在使用网易邮箱 www.126.com

TG 0023842

TG 0023843

Dear Bill: These are the arts for the Binding Tape. Colors are blue, red and white As the ones in the American Flag. The front face is 1" and then it will have 2 flaps Of ¾" each one that will go above and below the gypsum board. The DUN Logo Will be in the same blue as the background of the letter D (Same blue as in the American Flag).



Distributors (2) pcs. per bundle / (2) und. por paquete — 4' x 8' x ½"



Distributors (2) pcs. per bundle / (2) und. por paquete — 4' x 12' x ½"