# TAIAN TAISHAN PLASTERBOARD CO., LTD
DAWENKOU, DAIYUE DISTRICT, TAI'AN

## PACKING LIST

INVOICE NO.: 061120001　　　　　　　　　DATE: NOVENBER 20, 2006

Buyer: STONE PRIDE INTERNATIONAL CORP.

18 TECHNOLOGY DR., SUITE 159 IRVINE, CA 92618

PAYMENT:T/T IN ADVANCE BEFORE PRODUCING
SHIPMENT: BY CONTAINER
PACKING : STANDARD EXPORT PACKING SHIPPED BY CONTAINER
SHIPMENT:FROM QINGDAO /PRC TO USA

| COMMODITY & SPECIFICATION (T/E) SIZE (mm) | QUANTITY | | GROSS WEIGHT | VOLUM |
|---|---|---|---|---|
| | SHEET | CONTAINER | MT | M³ |
| GYPSUM BOARD 1220x3660x12.7 | 2640 | 4x40'CONTAINER 660sheets/40'FCL. | 4x26MT/CONTAINER | 4x43M |
| TOTAL | 2640 | 4x40'CONTAINER | 104MT | 172M³ |

To. 刘先生 唐小姐　　　　　　TAIAN TAISHAN PLASTERBOARD CO., L

EXHIBIT PID-15

HERMAN AFFIDAVIT EXHIBIT 115



# TAIAN TAISHAN PLASTERBOARD CO., LTD

DA WENKOU, DAIYUE DISTRICT, TAI'AN SHAN DONG PROVINCE, CHINA

TEL: 00865388811077        FAX: 00865388812679

## INVOICE

INVOICE NO.: 061120001                DATE: NOVENBER 20, 2006

**Buyer: STONE PRIDE INTERNATIONAL CORP.**

18 TECHNOLOGY DR., SUITE 159 IRVINE, CA 92618

DELEVERY TERMS: **FOB QINGDAO PORT**

SHIPMENT: From Qingdao /PRC to U.S.A

PAYMENT: BY 100% T/T ADVANCE

HS CODE: 68091100

| DESCRIPTION OF GOOD | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Gypsum board (T/E) | | FOB QINGDAO PORT | |
| 1220*3660*12.7mm | 2640SHEETS  660sheets/40'FCL | USD 3.80/SHEET | USD10032.00 |
| TOTAL: | 2640SHEETS | | USD10032.00 |

SAY U.S.DOLLARS TEN THOUSAND AND THIRTY-TWO ONLY.

SHIPPED BY: 4*40'HQ CONTAINERS

COUNTRY OF ORIGIN: CHINA

T/T DIRECTION
COMPANY: TAIAN TAISHAN PLASTERBOARD CO., LTD
BANK: AGRICULTURAL BANK OF CHINA, TAIAN BRANCH
BANK ADDRESS: 96 YINGXUAN ROAD, TAIAN, CHINA
ACCOUNT: 15510414040000487
SWIFT BIC: ABOCCNBJ150