<u>**Translation of TG-0234499**</u>

Message

| | |
|---|---|
| **From**: | Jiapo Yang [yjp09@163.com] |
| **Sent**: | 11/01/2006 05:33:10 |
| **To**: | wenny yin [wenny@sctchina.com.cn] |
| **CC**: | wennyin [wennyin@163.com] |
| **Subject**: | pictures of container packages |

**Attachments**: taihe 013.jpg; taihe 012.jpg; taihe 011.jpg; taihe 001.jpg; pallet 4.JPG; pallet 3.JPG; pallet 2.JPG; pallet 1. JPG; pallet.JPG; bulk cargo loading 1.jpg; bulk cargo 6.jpg; bulk cargo 5.jpg

Jiapo Yang (apollo yang)
TEL: 0086-538-8812002
FAX: 0086-538-8811250
HP: 0086-13793836871
MSN: yjp09@hotmail.com



Message

| | |
|---|---|
| **From**: | 杨甲坡 [yjp09@163.com] |
| **Sent**: | 11/01/2006 05:33:10 |
| **To**: | wenny yin [wenny@sctchina.com.cn] |
| **CC**: | wennyin [wennyin@163.com] |
| **Subject**: | 集装箱包装图片 |
| **Attachments**: | taihe 013.jpg; taihe 012.jpg; taihe 011.jpg; taihe 001.jpg; 托架4.JPG; 托架3.JPG; 托架2.JPG; 托架1.JPG; 托架.JPG; 散货装车1.jpg; 散货6.jpg; 散货5.jpg |

---------------------------

杨甲坡（apollo yang）

TEL：0086-538-8812002

FAX：0086-538-8811250

H P：0086-13793836871

MSN：yjp09@hotmail.com




想要一个快n倍的免费邮箱吗？
126专业电子邮局——全球领先的中文邮箱带你进入极速之旅

TG-0234499



Drywall 4feetx12feetx1/2inch

TG-0234500



TG-0234501



TG-0234502



TG-0234503



TG-0234504



TG-0234505



TG-0234506



TG-0234507



TG-0234508





2005/12/03



2005/12/03

TG-0234511