<u>**Translation of TG-0220595**</u>

Message

| | |
|---|---|
| **From:** | 87599667[87599667@163.com] |
| **Sent:** | 04/05/2006 06:24:21 |
| **To:** | sdth818@163.com |
| **Subject:** | Re:Re: Design draft for the adhesive tape |
| **Attachments:** | CRESCENT sample draft000.gif |

Manager Che,

Hello! Please refer to the attached document for details. If there is any problem, please call us.


Zhejiang Wanxin Printing Co., Ltd.


Xianpeng Lin

13989801901

------Original Message-----
From: "wuyu"
Sent: 2006-05-04 09:32:29
To: 87599667@163.com
Cc: (None)
Subject: Re: Design draft for the adhesive tape

Manager Lin,
Hello! Please add "Manufactured to meet ASTM c36 and ASTM C1396 standards" after "GYPSUM INCORPORATED".

Wish you a successful business!

Gang Che

------Original Message-----
From: "87599667" <87599667@163.com>
Sent: 20006-04-02 15:08:28
To: sdth818@163.com
Cc: (None)
Subject: Design draft for the adhesive tape



**Translation of TG-0220596**

Hello, Manager Che!

Please refer to the attached document for the design draft. If there is any change, please contact me.


Zhejiang Wanxin Printing Co., Ltd.

Xianpeng Lin


Mobile phone: 13989801901

CRESCENT CITY GYPSUM INCORPORATED    MANUFACTURED IN P.R.C.    CRESCENT CITY GYPSUM INCORPORATED    MANUFACTURED IN P.R.C.
Manufactured to meet ASTM C36 and ASTM C1396 standards              Manufactured to meet ASTM C36 and ASTM C1396 standards

TG-0220597

Message

| | |
|---|---|
| From: | 87599667 [87599667@163.com] |
| Sent: | 04/05/2006 06:24:21 |
| To: | sdth818@163.com |
| Subject: | Re: Re: 胶带纸设计稿 |
| Attachments: | CRESCENT样稿000.gif |

车经理：

　您好！附件中文件请查阅，若有不妥请来电告之。

浙江万欣印业有限公司

林贤彭
13989801901

-----原始邮件-----
发件人:"wuyu"
发送时间:2006-05-04 09:32:29
收件人:87599667@163.com
抄送:(无)
主题:Re: 胶带纸设计稿

林经理：

　您好！请在GYPSUM INCORPORATED下面加入Manufactured to meet ASTM C36 and ASTM C1396 standards.

祝：商祺！

车刚


-----原始邮件-----
发件人:"87599667" <87599667@163.com>
发送时间:2006-04-02 15:08:28
收件人:sdth818@163.com
抄送:(无)
主题:胶带纸设计稿

车经理,您好!

附件中的文件图稿,请过目,如有修改的地方请与我联系,

浙江万欣印业有限公司
林贤彭

手机:13989801901




您想拥有 abc@188.com 邮箱吗?
创纪录16G超大容量(送6G免费网盘),最高性价比的电子邮件解决之道




您想拥有 abc@188.com 邮箱吗?
创纪录16G超大容量(送6G免费网盘),最高性价比的电子邮件解决之道




您想拥有 abc@188.com 邮箱吗?
创纪录16G超大容量(送6G免费网盘),最高性价比的电子邮件解决之道

TG-0220596

CRESCENT CITY GYPSUM INCORPORATED    MANUFACTURED IN P.R.C.    CRESCENT CITY GYPSUM INCORPORATED    MANUFACTURED IN P.R.C.
Manufactured to meet ASTM C36 and ASTM C1396 standards                    Manufactured to meet ASTM C36 and ASTM C1396 standards