**Explanation of Statistics of 2005-2007 Exports to the United States**

Based on the recorded statistics, the exports to the United States during 2005-2007 totaled up to 8,237,661.6596 square meters (refer to the attached table for details), which are specified as follows:

**I. Categorized by the export method**: the self-operated exports totaled 1,262,261.4 square meters and the indirect exports totaled 6,975,400.2596 square meters.

1. The self-operated exports of 1,262,261.4 square meters include 687,247.86 1,262,261.4 square meters by "Shandong Taihe Dongxin Co., Ltd." and 575,013.54 square meters by "Tai'an Taishan Plasterboard Co., Ltd."

By the port of destination for exports: the exports to Norfolk Port (Virginia) were 446,520 square meters; the exports to Miami Port (Florida) were 230,627.58 square meters; the exports to Tampa Port (Florida) were 117,881.28 square meters; the exports to Norcamden Port (New Jersey) were 240,727.86 square meters; the exports to New York Port (New York) were 205,935.024 square meters; the exports to the Port of New Orleans (Louisiana) were 29,648.928 square meters.

2. Indirect exports: Tai'an Taishan Plasterboard Co. Ltd. exported 6,975,400.2596 square meters via trading companies, with ports of destination unspecified.

**II. Categorized by the company that issued the invoice: TG sold 687,000 square meters (entirely self-produced and self-sold, exported by self-operation); TTP sold 7,550,400 square meters (including 4,385,000 square meters self-produced; 250,000 square meters produced by No. 2 Factory under entrustment; 1,995,000 square meters produced by No. 4 Factory under entrustment, 920,000 square meters produced by Aotai under entrustment; 6,975,000 square meters were sold to trading companies and 575,000 square meters were self-exported). The actual outputs include: 3,740000 square meters of 12.7mm drywall produced by TG Co. (2,564, 000 square meters by No. 4 Factory, 255, 000 square meters by No. 2 Factory and 920, 000 square meters by Aotai (because the invoices were issued by non-local factories, invoices were not issued for 246,000 square meters); 4,486, 000 square meters of 12.7mm drywall produced by TTP Co.**

1. The drywall involved in the contracts signed and invoices issued by Shandong Taihe Dongxin Co., Ltd. (referred to as Shandong Taihe in the list) was 687,247.86 square meters;

2. The drywall involved in the contracts signed and invoices issued by Tai'an Taishan Plasterboard Co., Ltd (referred to as Tai'an Taishan in the list) was 5,735,268.3246 square meters;

3. The drywall involved in the contracts signed by Shandong Taihe Dongxin Co., Ltd. but invoices issued by Tai'an Taishan Plasterboard Co., Ltd. was 1,815,145.475 square meters;

**III. Categorized by the dispute resolution method**:

1 The drywall involved in disputes that should be settled by court lawsuits was 3,034,359.405 square meters;

2. The drywall involved in disputes that should be settled by the China International Economic and Trade Arbitration Commission was 2,676,059.847 square meters;

3. The drywall involved in disputes that should be settled in accordance with "Contract Law of the People's Republic of China" was 122,286.94 square meters;

TG-0211704


EXHIBIT
PID-30

    4. The drywall involved in disputes that should be settled by ruling of the China Chamber of International Commerce was 117,881 square meters;

    5. The agreed dispute resolution method for the remaining drywall of 1,342,217.344 square meters is unknown.

**IV. Categorized by labeling:**

    1. The drywall whose back was printed with "Shandong Taihe Dongxin Co., Ltd." in English was 687,247.86 square meters;

    2. The drywall whose back was printed with "Tai'an Taishan Plasterboard Co., Ltd." in English was 117,881.28 square meters;

    3. The drywall using "Taishan" brand edge sealing tape was 965,614.38 square meters:

    4. The drywall using white, letter-free edge sealing tape and no sprayed code neutral packaging was 998,778.91 square meters;

    5 The drywall labeled foreign customer trademark (OEM) as per customer requirement was 3,502,532.647 square meters:

    6. The labeling of the remaining drywall of 1,020,749.452 square meters is unknown.

**V. Categorized by mineral source:**

    According to the routine drywall production practice, the workshops did not make tracking records correlating gypsum sources with drywall products. Therefore, we are unable to check the gypsum mineral source corresponding to each batch of drywall product. According to the proportions of incoming gypsum minerals from different mines during that period, a rough estimation is made as follows:

    Except the 944,857.1808 square meters of drywall that were processed by Aotai Factory on behalf of TTP for Taigao (Jiadian), our company exported 7,292,804.536 square meters of drywall to the United States, which needed about 70,010 tons of gypsum calculated at 9.6 kg per square meter. According to the statistics of our purchase department, our company purchased 378,924.72 tons of natural gypsum, and the percentages from different mining companies were: 57.32% from Juyuan Mine, 1.47% from Luneng Mine, 21.2% from Linwen Mine and 20.01% from Wenyang Mine. Based on the above percentages, the quantities of drywall produced by our company and exported to the US by using gypsum of different mines are as follows:

    Juyuan Mine: 4,180,235.56 square meters; Wenyang Mine: 1,459,290.19 square meters; Luneng Mine: 107,204.23 square meters; Linwen Mine: 1,546,074.56 square meters

**VI. Categorized by branch factory shipping: TG produced a total of 4,085,300 square meters of 12.7 mm drywall and TTP produced a total of 4,386,000 square meters of 12.7 mm drywall:** No. 4 Factory produced a total of 2,563,789.838 square meters (446,520 + 202,541.472 square meters in 2005, 1,731,178.878 square meters in 2006 and 183,549.488 square meters in 2007); the factory in Industrial park produced a total of 4,385,969.494 square meters (4,321,759.918 square meters in 2006 and 64,209.576 square meters in 2007): No. 2 Factory produced a total of 255,873.8208 square meters (in 2006), Aotai Factory produced 1.2656 million square meters that were sold by Tai'an Taishan Plasterboard Co., Ltd. (924,300 square meters by Taigao and 341,300 square meters by Beijing Building Materials Import & Export Co.).

Taishan Gypsum Co. Ltd.

October 20, 2010

TG-0211705

## 2005 年-2007 年出口美国数据统计说明

经记录统计，2005 年-2007 年出口美国数据合计 8237661.6596 平方米（后附明细表），具体如下：

一、　　**按出口方式分类：**自营出口共计 1262261.4 平方米，间接出口 6975400.2596 平方米。

　　1、自营出口 1262261.4 平方米中：以"山东泰和东新股份有限公司"出口 687247.86 平方米，以"泰安市泰山纸面石膏板有限公司"出口 575013.54 平米。

　　按出口目的港分：出口到诺福克港口（弗吉尼亚州）446520 平方米，出口到迈阿密港口（佛罗里达州）230627.58 平方米，出口到坦帕港口（佛罗里达州）117881.28 平方米，出口到诺卡姆登港口（新泽西州）240727.86 平方米，出口到纽约港口（纽约州）205935.024 平方米，出口到新奥尔良港口（路易斯安那州）29648.928 平方米。

　　2、间接出口：泰安市泰山纸面石膏板公司通过贸易公司间接出口 6975400.2596 平米，目的港不详。

二、**按发票业务操作公司分：TG 销售 68.7 万平米（全部自产自销、自营出口），TTP 销售 755.04 万平米（其中自产 438.5 万平米，委托二厂产 25 万平米，委托四分厂生产 199.5 万平米，委托澳泰产 92 万平米；卖给贸易公司 697.5 万平米，自营出口 57.5 万平米）。实际生产数量为：TG 公司共生产 12.7mm 石膏板 374 万平米（四分厂 256.4 万平米，二分厂 25.5 万平米，澳泰 92 万平米（因外地厂开发票，24.6 万平米未公开）），TTP 公司生产 12.7mm 石膏板 448.6 万平米.**

　　1、由山东泰和东新股份有限公司（明细表中简称为山东泰和）签订合同、开具发票涉及的石膏板 687247.86 平方米；

　　2、由泰安市泰山纸面石膏板有限公司（明细表中简称为泰安泰山）签订合同、开具发票涉及的石膏板 5735268.3246 平方米；

　　3、由山东泰和东新股份有限公司签订合同、但由泰安市泰山纸面石膏板有限公司开具发票涉及的石膏板 1815145.475 平方米；

三、　　**按争议解决方式分类：**

　　1、规定争议由法院诉讼解决的涉及石膏板 3034359.405 平方米；

　　2、规定争议由中国国际经济贸易仲裁委员会仲裁的涉及石膏板 2676059.847 平方米；

　　3、规定争议解决参照《中华人民共和国合同法》的涉及石膏板 122286.94 平方米；

4、规定争议由国际商会中国委员会裁决的涉及石膏板 117881 平方米；

5、剩余 1342217.344 平方米石膏板约定的争议解决方式不详。

## 四、按标示分类：

1、背面喷码印有"山东泰和东新股份有限公司"英文名称字样的石膏板 687247.86 平方米；

2、背面喷码印有"泰安市泰山纸面石膏板有限公司"英文名称字样的石膏板 117881.28 平方米；

3、使用"泰山"牌封边带的石膏板 965614.38 平方米；

4、白色无字封边带、不喷码中性包装的石膏板 998778.91 平方米；

5、按客户要求标示国外客户商标（OEM）的石膏板 3502532.647 平方米；

6、剩余 1020749.452 平方米石膏板标示不详。

## 五、根据矿源划分：

按照石膏板生产常规惯例，生产车间不进行石膏来源与石膏板产品对应的跟踪记录，所以无法核对每一批次的石膏板产品对应的石膏矿来源。但是根据当时不同矿区石膏矿进货比例匡算如下：

除澳泰分厂为 TTP 公司给泰高公司（佳殿）加工的 944857.1808 平米外，我公司出口美国石膏板 7292804.536 平方米，按 9.6KG/平米计算，大约需用石膏 70010 吨石膏。根据我公司采购部门统计，2006 年我公司采购天然石膏 378924.72 吨，不同矿业公司天然石膏的比例为：聚源矿 57.32%、鲁能矿 1.47%、临汾矿 21.2%、汶阳矿 20.01%。按以上比例计算，我公司使用不同矿区石膏生产的出口美国石膏板的数量如下：

聚源矿：4180235.56 平方米、汶阳矿 1459290.19 平方米、鲁能矿 107204.23 平方米、临汾矿 1546074.56 平方米。

**六、 按分厂发货分类：TG 公司共生产 12.7mm 石膏板 408.53 万平米，TTP 公司生产 12.7mm 石膏板 438.6 万平米：**四分厂共计 2563789.838 平米（2005 年 446520+202541.472 平米，2006 年 1731178.878 平米，2007 年 183549.488 平米）；工业园分厂共计 4385969.494 平米（2006 年 4321759.918 平米，2007 年 64209.576 平米）；二分厂共计 255873.8208 平米（2006 年生产）；澳泰分厂生产以泰安市泰山纸面石膏板公司销售的 126.56 万平米（泰高 92.43 万平米，北京建材进出口公司 34.13 万平米）。

泰山石膏公司

2010-10-20

TG-0211705

2005 - 2007 exports American data statistics showing

After record statistics, 2005 - after 2007 exports the American data equals 8237661.6596 square meters (, attaches detailed list), is specifically as follows:
According to export way classification: The self-management exports total 1262261.4 square meters, indirectly exports 6975400.2596 square meters.

1st, self-management exports in 1262261.4 square meters: Exports 687247.86 square meters by "Shandong Taihe Dongxin limited liability company", exports 575013.54 square meters by "Tai'an Taishan paper surface gypsum board limited company".
According to exporting port of destination minute: Exports the Norfolk harbor (Virginia) 446520 square meters, exports the Miami harbor (Florida) 230627.58 square meters, exports the Tampa harbor (Florida) 117881.28 square meters, exports Camden harbor (New Jersey) 240727.86 square meters, exports the New York harbor (New York State) 205935.024 square meters, exports the New Orleans harbor (Louisiana) 29648.928 square meters.
2nd, indirect export: Tai'an Taishan Paper surface Gypsum board Company indirectly exports 6975400.2596 square meters through the trading company, the port of destination is unclear.
Second, according to receipt operation company minute: TG sells 687,000 square meters (to produce and market by oneself completely, self-management export), TTP sells 7,550,400 square meters (produces 4.385 million square meters, entrusted two factories to produce 250,000 square meters, entrusted four branch factories to produce 1.995 million square meters, entrusted Australia extreme to produce 920,000 square meters; Sold to the trading company 6.975 million square meters, self-management exports 575,000 square meters). The real production quantity is: TG Corporation altogether produces the 12.7mm gypsum board 3.74 million square meters (four branch factory 2.564 million square meters, two branch factory 255,000 square meters, the Australian Thai 920,000 square meters (write receipt because of out-of-town factory, 246,000 square meters not public)), TTP Corporation produces the 12.7mm gypsum board 4.486 million square meters.

1st, (in detailed list is called Shandong Taihe) sign contract, to draw up the gypsum board 687247.86 square meters that by the Shandong Taihe Dongxin limited liability company the receipt involves;
2nd, (in detailed list is called Tai'an Taishan) sign contract, to draw up the gypsum board 5735268.3246 square meters that by the Tai'an Taishan paper surface gypsum board limited company the receipt involves;

3rd, is signed the contract by the Shandong Taihe Dongxin limited liability company, but is drawn up the gypsum board 1815145.475 square meters that by the Tai'an Taishan paper surface gypsum board limited company the receipt involves;
Third, according to dispute resolution format classification:

1st, stipulation dispute by involving gypsum board 3034359.405 square meters of court litigation solution;
2nd, stipulation dispute the involving gypsum board 2676059.847 square meters that is arbitrated by the Chinese international economy trade arbitration committee;

3rd, the stipulation dispute solution refers to "People's Republic of China Law of contract" involving gypsum board 122286.94 square meters;
4th, stipulation dispute by involving gypsum board 117881 square meters of International Chamber of Commerce China Committee ruling;

5th, the dispute resolution format of surplus 1342217.344 square meters gypsum board agreement is unclear.
Fourth, classifies according to the indication:

1st, back spurts the code to be printed with "Shandong Taihe Dongxin limited liability company" the English name inscription gypsum board 687247.86 square meters;
2nd, back spurts the code to be printed with "Tai'an Taishan paper surface gypsum board limited company" the English name inscription gypsum board 117881.28 square meters;

3rd, use Taishan seals the gypsum board 965614.38 square meters of sideband;

4th, white non-character Feng Biandai, does not spurt code neutral packing the gypsum board 998778.91 square meters;

5th, indicates the overseas customer trademark (OEM) gypsum board 3502532.647 square meters according to the customer request;

6th, surplus 1020749.452 square meters gypsum board indications are unclear.

Fifth, basis mineral resources division:

According to the gypsum board production convention convention, the production workshop does not carry on the gypsum origin and track record of gypsum board product correspondence, therefore is unable to check the gypsum ore origin of each raid gypsum board product correspondence. But was at that time as follows according to the different mining area gypsum ore inventory proportion rough estimate:

Besides Australian Peaceful Branch factory for TTP Corporation to Thai Gao Gongsi (Jiadian) 944857.1808 square meters of processing, our company exports the American gypsum board 7292804.536 square meters, according to a 9.6KG/square meter computation, probably needs a gypsum 70010 tons gypsum. Counts according to our company purchase unit, in 2006 our company purchased the natural gypsum 378924.72 tons, the proportion of different mining industry company natural gypsum was: Gathering source ore 57.32%, Luneng ores 1.47%, near wen ore 21.2%, wen positive ore 20.01%. According to the above proportion computation, our company uses the different mining area gypsum production exports the American gypsum board the quantity are as follows:

Gathering source ore: 4180235.56 square meters, wen positive ore 1459290.19 square meter and Luneng ore 107204.23 square meters and near wen ore 1546074.56 square meters.

Delivers goods the classification according to the branch factory: TG Corporation altogether produces the 12.7mm gypsum board 4,085,300 square meters, TTP Corporation produces the 12.7mm gypsum board 4.386 million square meters:

Four branch factory total 2563789.838 square meters (in 2005 446520+202541.472 square meters, in 2006 1731178.878 square meters, in 2007 183549.488 square meters); Industry garden branch factory total 4385969.494 square meters (in 2006 4321759.918 square meters, in 2007 64209.576 square meters); Two branch factory total 255873.8208 square meters (in 2006 production); Australian Peaceful Branch factory production 1,265,600 square meters that sells by Tai'an Taishan Paper surface Gypsum board Company (the Thai high 924,300 square meters, Beijing building materials import-export company 341,300 square meters).

Taishan gypsum company 2010-10-20

--- Summary Information ---
1: 936 PID_TITLE: 2005 - 2007 exports the American data statistics to show PID_SUBJECT:
PID_AUTHOR: User PID_KEYWORDS:
PID_COMMENTS:
PID_TEMPLATE: Normal.dot PID_LASTAUTHOR: User PID_REVNUMBER: 45 PID_APPNAME: Microsoft Office Word PID_EDITTIME: Mon Jan 01 10:05: 00 CST 1601 PID_LASTPRINTED: Sun Mar 20 08:59: 00 CST 2011 PID_CREATE_DTM: Wed Oct 20 09:50: 00 CST 2010 PID_LASTSAVE_DTM: Sun Mar 20 09:12: 00 CST 2011 PID_PAGECOUNT: 1 PID_WORDCOUNT: 302 PID_CHARCOUNT: 1725 PID_SECURITY: 0

--- Document Summary Information ---
PID_CODEPAGE: 936 PID_CATEGORY:
PID_PRESFORMAT:
PID_MANAGER:
PID_COMPANY: Microsoft PID_BYTECOUNT: 0 PID_LINECOUNT: 14 PID_PARCOUNT: 4
PID_SLIDECOUNT: 0 PID_NOTECOUNT: 0 PID_HIDDENCOUNT: 0 PID_MMCLIPCOUNT: 0 17: 2023 23: 730895 PID_SCALE: false PID_LINKSDIRTY: false 19: false 22: false 1: 936 KSOProductBuildVer: 2052-6.5.0.1966