**Message**

| | |
|---|---|
| **From**: | 杨甲坡 [yjp09@163.com] |
| **Sent**: | 10/12/2005 01:37:13 |
| **To**: | leon liu [leon@china-corporation.com] |
| **Subject**: | Re: Hope you can afford small size sample |
| **Attachments**: | 美国装箱方式.jpg; S3500005.JPG; S3500007.JPG; S3500008.JPG; S3500009.JPG |

Hi Mr Yang,
Good afternoon,
Thanks for you and your company's fervency reception!

We company need order a lot of plasterboard hope your can free afford some small size samples to me and Please send to(ASAP):

    Rod MacGregor

    1256 Mokelumne Court

    Antioch, CA 94531, USA


Samples requirement:

1)   size is: 2feet X 2feet X 1/2inch thickess (not metric),

2)   Sample must have tapered edge (not taped edge) , what is "tapered edge" pls see below

    what "Tapered Edge" . In the picture attached TE stands for tapered edge.  The taper is about 2" wide.  This taper allows space for tape and joint treatment to be applied, so the completed job will be flat, smooth and monolithic. Width of taper is about 2".   Some people also call this a "recessed edge". The specification section 5.2.6 says:

    5.2.6 *Tapered Edge Depth*—The average thickness of the edge of recessed or tapered edge gypsum board

    shall be not less than 0.020 in. [0.51 mm] but not more than 0.090 in. [2.29mm] less than the average thickness of the gypsum board.

3)   not any marks on the sample,

4)   packing can pass 36inch high random drop four time testing and no broken and other problem,

5)   sample quantity: one sheet

Thanks!

If you contact me pls call 13724300634 or 13823196721



EXHIBIT PID-35

Leon

---------------------------

杨甲坡（apollo yang） TEL：0086-538-8812002 FAX：0086-538-8811250 H P： 0086-13793836871 MSN：yjp09@hotmail.com

完全免费＆无限容量＝你的网易相册

TG-0234634



TG-0234635



TG-0234636



TG-0234637



TG-0234638



TG-0234639