<u>**Translation of TG-0082861**</u>

Message

| | |
|---|---|
| **From**: | Tian Wu [wuyu374@126.com] |
| **Sent**: | February 14, 2006 06:34:42 |
| **To**: | sdth818@163.com |
| **Subject**: | American adhesive tape |
| **Attachments**: Design of sealing tape | |
| **Importance**: High | |



TG-0082862

CRESCENT CITY GYPSUM INCORPORATED         MANUFACTURED IN P.R.C.

Message

| | |
|---|---|
| From: | 吴天 [wuyu374@126.com] |
| Sent: | 14/02/2006 06:34:42 |
| To: | sdth818@163.com |
| Subject: | American jiaodai |
| Attachments: | 封边封条样式.jpg |
| Importance: | High |

您想拥有 abc@188.com 邮箱吗？
创纪录 16G 超大容量（送 6G 免费网盘），最高性价比的电子邮件解决之道

TG-0082861

CRESCENT CITY GYPSUM INCORPORATED   MANUFACTURED IN P.R.C.

TG-0082862