**Notification of Collaborative Processing**

Shandong Taihe Dongxin Co., Ltd.,

It is hereby to entrust your company to process drywall on our behalf, which is specified as follows:

1. Specification: 3660*1220*12.7 mm regular drywall, white letter-free edge sealing tape, sprayed code: white letter-free edge sealing tape, sprayed code: DRYWALL 4feetX12feetXl/2inch; quantity: 446,520 square meters.

2. Production time: produce 50% before March 23, and the remaining 50% should be completed by April 10.

3. Delivery time: subject to the customer requirement, and we will notify you of the loading time two days in advance. Please provide the loading site.

4. In case of any quantity or time change, we will notify you two days in advance.

5. When all goods are shipped, we will produce 9.5 mm or 12 mm regular paper-surfaced drywall of the same value to you as compensation prior to October 31, 2006.

Tai'an Taishan Plasterboard Co., Ltd.

03/03/2006

TG-0211709



**Notification of Collaborative Processing**

Shandong Taihe Dongxin Co., Ltd.,

It is hereby to entrust your company to process drywall on our behalf, which is specified as follows:

1. Specification: 3660*1220*12.7 mm regular drywall, white letter-free edge sealing tape, sprayed code: white letter-free edge sealing tape, sprayed code: DRYWALL 4feetX12feetX1/2inch; quantity: 255,873.82 square meters.

2. Production time: complete the production by March 15.

3. Delivery time: subject to the customer requirement, and we will notify you of the loading time two days in advance. Please provide the loading site.

4. In case of any quantity or time change, we will notify you two days in advance.

5. When all goods are shipped, we will produce 9.5 mm or 12 mm regular paper-surfaced drywall of the same value to you as compensation prior to October 31, 2006.

Tai'an Taishan Plasterboard Co., Ltd.

03/01/2006

TG-0211710

**Notification of Collaborative Processing**

Shandong Taihe Dongxin Co., Ltd.,

It is hereby to entrust your company to process drywall on our behalf, which is specified as follows:

1. Specification: 3660*1220*12.7 mm regular drywall, white letter-free edge sealing tape, sprayed code: DRYWALL 4feetX12feetXl/2inch; quantity: 57,333.168 square meters.

2. Production time: complete the production by April 15.

3. Delivery time: subject to the customer requirement, and we will notify you of the loading time two days in advance. Please provide the loading site.

4. In case of any quantity or time change, we will notify you two days in advance.

5. When all goods are shipped, we will produce 9.5 mm or 12 mm regular paper-surfaced drywall of the same value to you as compensation prior to November 30, 2006.

Tai'an Taishan Plasterboard Co., Ltd.

04/03/2006

TG-0211711

# 协作加工通知书

山东泰和东新股份有限公司：

兹委托你公司代为加工石膏板，具体如下：

1、规格：3660*1220*12.7mm 普通石膏板，白色无字封边带，喷码：白色无字封边带；喷码：DRYWALL 4feetX12feetX1/2inch，数量 446520 平米。

2、生产时间：3 月 23 号之前生产 50%，剩余 50%应在 4 月 10 号生产完毕。

3、发货时间：以客户要求为准，我方提前 2 天通知装货时间，请贵司提供装货场地。

4、如有数量增减或是时间变化，我方提前两天通知贵司。

5、全部货物运走后，我方在 2006 年 10 月 31 号之前生产同等价值的 9.5mm 或是 12mm 普通纸面石膏板补偿给贵司。

泰安市泰山纸面石膏板有限公司

2006-3-3

# 协作加工通知书

山东泰和东新股份有限公司：

兹委托你公司代为加工石膏板，具体如下：

1、规格：3660*1220*12.7mm 普通石膏板，白色无字封边带，喷码：白色无字封边带；喷码：DRYWALL 4feetX12feetX1/2inch，数量 255873.82 平米。

2、生产时间：3月15号之前至生产完毕。

3、发货时间：以客户要求为准，我方提前2天通知装货时间，请贵司提供装货场地。

4、如有数量增减或是时间变化，我方提前两天通知贵司。

5、全部货物运走后，我方在 2006 年 10 月 31 号之前生产同等价值的 9.5mm 或是 12mm 普通纸面石膏板补偿给贵司。

泰安市泰山纸面石膏板有限公司

2006-3-1

TG-0211710

# 协作加工通知书

山东泰和东新股份有限公司：

兹委托你公司代为加工石膏板，具体如下：

1、规格：3660*1220*12.7mm 普通石膏板，白色无字封边带，喷码：DRYWALL 4feetX12feetX1/2inch，数量 57333.168 平米。

2、生产时间：4 月 15 号之前生产完毕。

3、发货时间：以客户要求为准，我方提前 2 天通知装货时间，请贵司提供装货场地。

4、如有数量增减或是时间变化，我方提前两天通知贵司。

5、全部货物运走后，我方在 2006 年 11 月 30 号之前生产同等价值的 9.5mm 或是 12mm 普通纸面石膏板补偿给贵司。

泰安市泰山纸面石膏板有限公司

2006-4-3

TG-0211711