<u>Translation of TG-0211714</u>

## Notification of Collaborative Processing

Weifang Aotai Gypsum Co., Ltd.:

It is hereby to entrust your company to process drywall on our behalf, which is specified as follows:

1. Specifications: 3660*1220*12.7mm regular drywall; the design of the edge sealing tape will be provided by Party A; the ink-jetted code: the date of manufacture and the work shift; the quantity: 924287.4696 square meters.

2. Production time: the 50% will be produced before May 15, and the remaining 50% will be completed by May 31.

3. Delivery time: subject to the customer requirement, and we will notify you of the loading time two days in advance. Please provide the loading site.

4. In case of any quantity or time change, we will notify you two days in advance.

5. After all goods are shipped, we will produce 9.5mm or 12mm regular drywall of the same value to you as compensation prior to December 31, 2006.

Tai'an Taishan Plasterboard Co., Ltd.

04/09/2006



# 协作加工通知书

潍坊奥泰石膏有限公司：

兹委托你公司代为加工石膏板，具体如下：

1、规格：3660*1220*12.7mm 普通石膏板，封边带由甲方提供图样，喷码：生产日期、班次，数量 924287.4696 平米。

2、生产时间：5 月 15 号之前生产 50%，剩余 50%应在 5 月 31 日之前生产完毕。

3、发货时间：以客户要求为准，我方提前 2 天通知装货时间，请贵司提供装货场地。

4、如有数量增减或是时间变化，我方提前两天通知贵司。

5、全部货物运走后，我方在 2006 年 12 月 31 号之前生产同等价值的 9.5mm 或是 12mm 普通纸面石膏板补偿给贵司。

泰安市泰山纸面石膏板有限公司

2006-4-9

TG-0211714