



TG-PID-000002



TG-PID-000003



TG-PID-000004



TG-PID-000005



TG-PID-000006



TG-PID-000007



TG-PID-000008



TG-PID-000009



TG-PID-000010



TG-PID-000011



TG-PID-000012



TG-PID-000013



TG-PID-000014



TG-PID-000015



TG-PID-000016



ceiling 16oc

TG-PID-000017



TG-PID-000018





TG-PID-000020







TG-PID-000023



TG-PID-000024







TG-PID-000027



MADE IN CHINA   MEET   OR EXCEEDS ASTM C1396 04 STANDARD

TG-PID-000028



TG-PID-000029



TG-PID-000030



TG-PID-000031



TG-PID-000032



TG-PID-00003: