

## 销 售 计 划 通 知

编号：XS-7.5-01  No.:

企管部：

现已与 Venture Supply Inc.                单位签订纸面石膏板产品供货
合同，规格：3660×1220×12.7mm（楔形边）依据标准：1、Q/09TTH003-2004；  2、
GB/T9775-1999，数量：535824 平方米，计：20000 张，要求供货时间：
11月27日至12月16日止供完，请安排组织生产。
特殊要求说明： 1. 出口石膏板，
          2. 专用 "Venture Supply" 缠胶带.
          3. 石膏垫托腿、护板，钢带捆扎，
公司领导意见：  50张/件。

                           销 售 公 司
                         2005 年 11 月 27 日

## 销 售 计 划 通 知

编号：XS-7.5-01  No.:

企管部：

现已与 Venture Supply Inc.                单位签订纸面石膏板产品供货
合同，规格：3660×1220×12.7mm（楔形边）依据标准：1、Q/09TTH003-2004；  2、
GB/T9775-1999，数量：44652 平方米，计：10000 张，要求供货时间：
11月25日至11月27日止供完，请安排组织生产。
特殊要求说明： 1. 出口石膏板，楔形边，
          2. 专用 "Venture Supply" 缠胶带,
          3. 石膏托架、护板，钢带捆扎，
公司领导意见：    50张/件

EXHIBIT
PID-42
PENGAD 800-631-6989

**Sales plan notification**

No.: X-7.5-01  No.

No. 4 Facility
Already arranged by Chairman Ren
Signature   27/11

Management Department:
We are entering a plasterboard supply agreement with Venture Supply Inc., dimension: 3660×1220×12.7mm (with wedge edge) in accordance with standard: 1.

Q/09TTH003-2004; 2.√GB/T9775-1999, in the volume of : 535824 m$^2$, totaled in the

number of 120000. Required supply period from November 27 to December 16, please arrange production.

Specific requirements:
1. Boards for export;
2. Specific edge tape "Venture Supply";
3. Gypsum pallet, shield boards; bundled with strip steel, 50 each bundle.

Opinion of managers:

Sales company
November 27, 2005

**Sales plan notification**

No.: X-7.5-01

Management Department:
We are entering a plasterboard supply agreement with Venture Supply Inc., dimension: 3660×1220×12.7mm (with wedge edge) in accordance with standard: 1.

Q/09TTH003-2004; 2.√GB/T9775-1999, in the volume of : 44652 m$^2$, totaled in the

number of 10000. Required supply period from November 25 to November 27, please arrange production.

Specific requirements:                          Accepted by industry park
                                                Signature  25/11

1. Boards for export, with wedge edge;
2. Specific edge tape "Venture Supply";
3. Gypsum pallet, shield boards; bundled with strip steel, 50 each bundle;
4. Sprayed marking "VENTURE SUPPLY INC."

Opinion of managers:

Sales company
November 25, 2005

TG-PID-000036

# 销 售 计 划 通 知 书

编号：XS-7. 5-01 No.：

企管部：

现已与 淄博国际商务技术合作~~啊公司~~ 单位签订纸面石膏板产品供货合同，所要求生产的纸面石膏板的规格：366 × 1220 × 12.7mm 依据的标准为：1、Q/09TTH003 - 2004；2、GB/T9775 - 1999，数量：4393.756 m²，计： 984 张，要求供货时间： 5 月 6 日至 5 月 10 日止供完，请安排组织生产。

要求说明：
1. 根据 ASTM C1396 生产.       工业国产
2. 楔形边，无喷码.
3. 白色纸胶带封边.
4. 装箱用.

销 售 公 司
2006年5月6日

公司分管领导意见：

公司生产副总意见：

**Sales plan notification**

No.: XS-7.5-01  No.

Management Department:

We are entering a plasterboard supply agreement with Zibo International Economic and Technical Cooperation Corporation, dimension: 3660×1220×12.7mm in accordance with standard: 1. Q/09TTH003-2004; 2. GB/T9775-1999, in the volume of : 4393.756 m², totaled in the number of 984. Required supply period from May 6 to May 10, please arrange production.

Specific requirements:

1. Produce in accordance with ASTM C1396;               Produced in industry park

2. Wedge edge, no sprayed marking;

3. White edge tape;

4. For packing.

Opinion of managers:

Opinion of deputy director of production department:

Sales  company

May 6, 2006

TG-PID-000038



# 销 售 计 划 通 知 书

编号: XS-7. 5-01 No.:

企管部:

现已与 山东久华国际贸易有限公司 单位签订纸面石膏板产品供货合同,

所要求生产的纸面石膏板的规格:3660X1220X12.7mm , 依据的标准为:

1、Q/09TTH003 - 2004; 2、GB/T9775 - 1999, 数量:1786026. 41/36.

3. ASTMC36 和和ASTMC1396

计:399888、张, 要求供货时间: 5 月 9 日至 6 月 5 日止供

完, 请安排组织生产。

要求说明: 1. 出口石膏板 模板改

2. 楔宽 40-60mm.

重黄 ≤ 39.91 kg/张,

厚度误差 0--0.4mm

3. 马司封发 孙车(CRESCENT CITY G/Sum多样)

喷码: made in China ceiling 16 oc wall 2/oc Max

4. 喷头: 封理纸封挂换.

5. 脉合板托架, 两层塑料罩

底, 六角石膏护板, 钢车捆

扎. 26张/件, 四个简网

硬仙护收. 缺护角。

销售公司

年 月 日

公司分管领导意见:

同意 2. 5' p/5

公司生产副总意见:

**Sales plan notification**

No.: XS-7.5-01  No.

Management Department:

We are entering a plasterboard supply agreement with Shandong Yuanhua International Trading Co. Ltd., dimension: 3660×1220×12.7mm in accordance with standard: 1. Q/09TTH003-2004; 2. GB/T9775-1999; 3. ASTMC36 and ASTMC1396, in the volume of : 1786026.4176 m$^2$, totaled in the number of 399988. Required supply period from May 9 to June 5, please arrange production.

Specific requirements:

1. Boards for Export, with wedge edge;
2. Wedge width 40-60 mm

   Weight ≤39.91 kg/board

   Error in thickness 0--0.4mm
3. Specific edge tape (CRESCENT CITY GYSUM style);
   Sprayed marking: Made in China ceiling 160c wall 210c Max
4. Shipping mark: provided by sales company;
5. Plywood pallet, two layers of plastic covers, six gypsum shield boards, bundled up by strip steel, 76 boards/bundle, edges protected by hard paper, corners protected by iron.

Opinion of managers:

        Signature    9/5

Opinion of deputy director of production department:

        Signature    11/5

                                                            Sales  company
                                                            May 6, 2006

# 销 售 计 划 通 知 书

编号: XS-7. 5-01 No.:

企管部:

现已与北京建材进出口公司 单位签订纸面石膏板产品供货合同,
所要求生产的纸面石膏板的规格: 3660×1220×12.7mm
2440×1220×12.7mm, 依据的标准为:
1、Q/09TTH003-2004; ASTM C-1396  2、GB/T9775-1999, 数量: 29291.712
计: 6560 张, 要求供货时间: 5 月 16 日至 5 月 18 日止供
完, 请安排组织生产。

5.2网格。

要求说明: 1. 出口装箱石膏板,

2. 楔形边,

3. 3660×1220×12.7 石膏板专用"INTGYMSUM"胶带,
   2440×1220×12.7 石膏板 白色无字胶带,

4. 3660×1220×12.7 石膏板喷网附后.
   2440×1220×12.7 石膏板喷网附后.

销 售 公 司
2006年 5月 16日

公司分管领导意见:

2. 8~)
16/5

公司生产副总意见:

16/5

TG-PID-000041

**Sales plan notification**

No.: XS-7.5-01 No.

Management Department:

We are entering a plasterboard supply agreement with Beijing Building Materials Import & Export Co., Ltd, dimension: 3660×1220×12.7mm    2440×1220×12.7mm in accordance with standard: 1. Q/09TTH003-2004; 2. GB/T9775-1999; ASTMC-1396, in the volume of : 29291.712 m$^2$    5715.456 m$^2$, totaled in the number of 6560    1920. Required supply period from May 16 to May 18, please arrange production.

Specific requirements:

1. Boards packed for export;
2. Wedge edge;
3. Boards with dimension 3660×1220×12.7mm: specific edge tape "IMTGYMSUM";
   Boards with dimension 2440×1220×12.7mm: white edge tape with no marking;
4. Boards with dimension 3660×1220×12.7mm: sprayed marking attached;
   Boards with dimension 2440×1220×12.7mm: sprayed marking attached;
5. Produced in industry park.

Opinion of managers:

        Signature    16/5

Opinion of deputy director of production department:

        Signature    16/5

Sales  company

May 16, 2006



# 销 售 计 划 通 知 书

编号：XS-7. 5-01 No.：

企管部：

　　现已与北京建材进出口公司单位签订纸面石膏板产品供货合同，所要求生产的纸面石膏板的规格：2440×1220×12.7mm ，依据的标准为：1、Q/09T~~TH003~~ ASTM C-1396 – 2004；2、~~GB/T~~9775 – 1999，数量：24100.1128 m²，计：8096 张，要求供货时间：5月17日至 5月 19 日止供完，请安排组织生产。

要求说明：1. 出口装箱石膏板，

　　　　　 2. 楔形边，

　　　　　 3. 白色无字封边胶带，

　　　　　 4. 喷码：DRYWALL 4 feet × 8 feet × 1/2 inch

　　　　　 5. 5月18日上午开始装箱。

销 售 公 司

2006年5月17日

公司分管领导意见：

公司生产副总意见：

TG-PID-000043

**Sales plan notification**

No.: XS-7.5-01  No.

Management Department:

We are entering a plasterboard supply agreement with Beijing Building Materials Import & Export Co., Ltd, dimension: 2440×1220×12.7mm in accordance with standard: 1. Q/09TTH003-2004; 2. GB/T9775-1999; ASTMC-1396, in the volume of : 24100.1728 m$^2$, totaled in the number of 8096. Required supply period from May 17 to May 19, please arrange production.

Specific requirements:

1. Boards packed for export;
2. Wedge edge;
3. white edge tape with no marking;
4. Sprayed marking: DRYWALL 4 feet × 8 feet × 1/2 inch;
5. Start packing in the morning of May 18.

Opinion of managers:

　　　Signature    17/5

Opinion of deputy director of production department:

Sales  company

May 17, 2006

# 销 售 计 划 通 知 书

编号：XS-7. 5-01 No.：

宏丘

企管部：

现已与北京市 建筑材料进出口公司 单位签订纸面石膏板产品供货合同，
所要求生产的纸面石膏板的规格：3660×1220×12.7mm / 2440×1220×12.7mm ，依据的标准为：
1、Q/09TTH003－2004；2、GB/T9775－1999，数量：11788/28 / 14586.32 m²，ASTM C1396

计：26400 / 4900 张，要求供货时间：5 月 26 日至 5 月 30 日止供
完，请安排组织生产。

要求说明：1. 出口装箱石膏板。
2. 楔形边，胶带使用5月16日计划包装。
3. 喷码：DRYWALL 4 feet × 12 feet × 1/2 inch （3.66m板）
DRYWALL 4 feet × 8 feet × 1/2 inch （2.44m板）
4. 5月31日开始装箱。

销 售 公 司
200年 5月26日

公司分管领导意见：

公司生产副总意见：

**Sales plan notification**

Anqiu                                                   No.: XS-7.5-01  No.

Management Department:

We are entering a plasterboard supply agreement with Beijing Building Materials
Import & Export Co., Ltd, dimension: 3660×1220×12.7mm      2440×1220×12.7mm

in accordance with standard: 1. Q/09TTH003-2004; 2.√  GB/T9775-1999; ASTMC

1396, in the volume of : 117881.28 m$^2$   14586.32 m$^2$, totaled in the number of 26400
4900. Required supply period from May 26 to May 30, please arrange production.

Specific requirements:

1. Boards packed for export;

2. Wedge edge, using edge tape shown on May 16's plan;

3. Sprayed marking: DRYWALL 4 feet × 12 feet × 1/2 inch (3.66 m board);
                             DRYWALL 4 feet × 8 feet × 1/2 inch (2.44 m board);

4. Start packing on May 28.

Opinion of managers:

          Signature    26/5

Opinion of deputy director of production department:

          Signature    26/5

                                                   Sales  company
                                                   May 26, 2006

TG-PID-000046

# 销 售 计 划 通 知 书

编号: XS-7. 5-01 No.:

工业园

企管部:

　　现已与北京市建筑材料科技销售单位签订纸面石膏板产品供货合同,

所要求生产的纸面石膏板的规格: 3660×1220×12.7 , 依据的标准为:

1、Q/09TTH003 – 2004; 2、GB/T9775 – 1999, ASTM C1396, 数量:11788/.28  m²,

计: 26400 张, 要求供货时间: 5 月 3 日至 6 月 2 日止供

完, 请安排组织生产。

要求说明:). 坡口板. 楔型边 ___ 自攻平

　　　　　2. 唛唛: DRYWALL sheet 2 sheet ×1/2inch

　　　　　3. 重量:≤ 9□ kg/m²

　　　　卡 坡板 即安排装箱

销 售 公 司

6年 7月 3日

公司分管领导意见:

公司生产副总意见:

**Sales plan notification**

No.: XS-7.5-01  No.

Industry Park

Management Department:

We are entering a plasterboard supply agreement with Beijing Building Materials Import & Export Co., Ltd., dimension: 3660×1220×12.7mm, in accordance with standard: 1. Q/09TTH003-2004; 2. GB/T9775-1999   ASTM C1396, in the volume of : 117881.28 $m^2$, totaled in the number of 26400. Required supply period from May 31 to June 2, please arrange production.

Specific requirements:

1. Boards for export, wedge edge, white tape;

2. Sprayed marking: DRYWALL 4 feet × 12 feet × 1/2 inch;

3. Weight ≤ 90 kg/$m^2$

4. Arrange for packing as soon as the boards are produced.

Opinion of managers:

　　　　Signature    31/5

Opinion of deputy director of production department:

Sales  company

May 31, 2006

# 销 售 计 划 通 知 书

编号：XS-7. 5-01 No.：

企管部：

现已与 WOOD NATION·INC 单位签订纸面石膏板产品供货合同，所要求生产的纸面石膏板的规格：3660 ✕ 1220 ✕ 12.7m 依据的标准为：1、Q/09TTH003 – 2004；ASTMC 1396-07 2、GB/T9775 – 1999，数量：29470.32 m²，计：6600 张，要求供货时间：7 月 14 日至 7 月 16 日止供完，请安排组织生产。

要求说明：1、装箱，搜型边。
2、喷码附后
3、专用胶带，(2种) 每种 3500卷。
卡膜市有厂提供。

销 售 公 司
06年 7月13日

公司分管领导意见：

14/7

公司生产副总意见：

TG-PID-000049

**Sales plan notification**

No.:  XS-7.5-01  No.

Management Department:

We are entering a plasterboard supply agreement with WOOD NATION INC, dimension: 3660×1220×12.7mm, in accordance with standard: ~~1. Q/09TTH003-2004; 2. GB/T9775-1999~~   ASTMC 1396-04, in the volume of : 29470.32 m², totaled in the number of 6600. Required supply period from July 14 to July 16, please arrange production.

Specific requirements:

1. Boards packed, wedge edge;
2. Sprayed marking attached;
3. Specific tape (two categories): 3300 each category;
4. Tape provided by our facility

Opinion of managers:

　　　　　Signature    14/7

Opinion of deputy director of production department:

　　　　　　　　　　　　　　　　　　　Sales  company
　　　　　　　　　　　　　　　　　　　July 13, 2006

TG-PID-000050

# 销 售 计 划 通 知 书

编号：XS-7. 5-01 No.：

企管部：

现已与 上海上实国际贸易 单位签订纸面石膏板产品供货合同，所要求生产的纸面石膏板的规格：3660×1220×12.7，依据的标准为：1、Q/09TTH003 - 2004，2、GB/T9775 - 1999，数量：57772.68 m²，计：12960 张，要求供货时间：7 月 14 日至 7 月 16 日止供完，请安排组织生产。

要求说明：1. 装箱，楔型边
2. 喷码光工业园图案．
3. 素面胶带
4. 板厚误差：0 — -3mm
宽度：0 — -3mm
长度：±5mm

销 售 公 司
66年7月13日

公司分管领导意见：

14/7

公司生产副总意见：

TG-PID-000051

**Sales plan notification**

No.: XS-7.5-01  No.

Management Department:

We are entering a plasterboard supply agreement with SIIC Shanghai International Trade Group Pudong Co., Ltd., dimension: 3660×1220×12.7mm, in accordance with standard: 1. Q/09TTH003-2004; 2. GB/T9775-1999; ASTM C1396-04, in the volume of : 57779.688 m$^2$, totaled in the number of 12940. Required supply period from July 14 to July 16, please arrange production.

Specific requirements:

1. Boards packed, wedge edge;
2. Sprayed marking is retained in industry park;
3. Taishan tape;
4. Error in length: 0- -3mm;
   Error in width: 0- -3mm;

   Error in thickness:  ±0.04mm

Opinion of managers:

Signature    14/7

Opinion of deputy director of production department:

Sales  company

July 13, 2006

# 销 售 计 划 通 知 书

编号：XS-7. 5-01 No.:

企管部：

现已与 ~~上海~~上宴国际贸易有限 单位签订纸面石膏板产品供货合同，所要求生产的纸面石膏板的规格：2400 ⅹ 1220 ⅹ 12.7mm 依据的标准为：ASTM C1396-四标准
1、Q/09TTH003 - 2004；2、GB/T9775 - 1999，数量：43342、208 m²，计：14560 张，要求供货时间：7 月 16 日至 7 月 17 日止供完，请安排组织生产。

要求说明：
1、裹角，搜型边
2、喷码工业目喷移机 色谱
3、裹山胶带
4、长度误差：0 - 3mm
宽度、、：0 - 3mm
厚度、、：±0.04mm

销 售 公 司
06年7月16日

公司分管领导意见：

公司生产副总意见：

**Sales plan notification**

No.: XS-7.5-01  No.

Management Department:

We are entering a plasterboard supply agreement with SIIC Shanghai International Trade Group Pudong Co., Ltd., dimension: 2440×1220×12.7mm, in accordance with standard: 1. Q/09TTH003-2004; 2. GB/T9775-1999   ASTM C1396-04, in the volume of : 43342.208 m², totaled in the number of 14560. Required supply period from July 16 to July 17, please arrange production.

Specific requirements:

1. Boards packed, wedge edge;
2. Sprayed marking is retained in industry park;
3. Taishan tape;
4. Error in length: 0- -3mm;
   Error in width: 0- -3mm;

   Error in thickness: ±0.04mm

Opinion of managers:     Produced in industry park

          Signature   16/7

Opinion of deputy director of production department:

Sales  company
July 16, 2006

TG-PID-000054

# 销 售 计 划 通 知 书

67251.56

编号：XS-7.5-01 No.:

企管部：

现已与上海上实国际贸易有限公司单位签订纸面石膏板产品供货合同，

所要求生产的纸面石膏板的规格：2880×1220×12.7  3660×1220×12.7 ，依据的标准为：

1、Q/09TTH003-2004；2、GB/T9775-1999，ASTM- 20361.312 数量：65013.312 m²，

计：21840 4560 张，要求供货时间：7 月 21 日至 7 月 23 日止供

完，请安排组织生产。

1. 模型边。气箱。

要求说明：2. 泰山胶带。嘹吾工业绍存。（出口）

3. 长度误差．0--3mm
   宽度误差：0--3mm
   厚度误差：±0.04mm

销 售 公 司
06年 7月21日

公司分管领导意见：

公司生产副总意见：

TG-PID-000055

**Sales plan notification**

No.: XS-7.5-01  No.

Management Department:

We are entering a plasterboard supply agreement with SIIC Shanghai International Trade Group Pudong Co., Ltd, dimension: 3660×1220×12.7mm 2440×1220×12.7mm, in accordance with standard: 1. Q/09TTH003-2004; 2. GB/T9775-1999   ASTM-, in the volume of : 20361.312   65013.312 m$^2$, totaled in the number of 4560   21840. Required supply period from July 21 to July 23, please arrange production.

Specific requirements:
1. Boards packed, wedge edge;
2. Taishan tape, Sprayed marking is retained in industry park (export);
3. Error in length: 0- -3mm;
   Error in width: 0- -3mm;

   Error in thickness:  ±0.04mm

Opinion of managers:    Produced in industry park

        Signature   21/7

Opinion of deputy director of production department:

        Sales  company
        July 21, 2006

〔ⁿᵛ mxᵈᵉ pₗₒ〕

# 销 售 计 划 通 知 书

编号：XS-7. 5-01 No.：

企管部：

现已与 上海上实 国际绵易饲 单位签订纸面石膏板产品供货合同，所要求生产的纸面石膏板的规格：3660×1220×12.7 ，依据的标准为：

1、Q/09TTH003-2004 ASTM C1396-04； 2、GB/T9775-1999，数量：88+10.96 m²，计：19800 张，要求供货时间： 7 月 23日至 7 月 25 日止供完，请安排组织生产。

要求说明 1. 模型边，装箱，出口板
2. 泰山胶带，喷码工业用编名号（出口唛码）
3. 尺度误差：0--3mm
   宽度误差：0--3mm
   厚度误差：±-0.4mm

销 售 公 司
06年7月23日

公司分管领导意见：

荪正 Sw   23/7

公司生产副总意见：

TG-PID-000057

**Sales plan notification**

No.: XS-7.5-01 No.

Management Department:

We are entering a plasterboard supply agreement with SIIC Shanghai International Trade Group Pudong Co., Ltd., dimension: 3660×1220×12.7mm, in accordance with standard: 1. Q/09TTH003-2004; 2. GB/T9775-1999    ASTM C1396-04, in the volume of : 88410.96 m$^2$, totaled in the number of 19800. Required supply period from July 23 to July 25, please arrange production.

Specific requirements:

1. Boards packed for export, wedge edge;
2. Taishan tape, Sprayed marking is retained in industry park (export);
3. Error in length: 0- -3mm;
   Error in width: 0- -3mm;

   Error in thickness:  ±0.04mm

Opinion of managers:

        Signature    23/7

Opinion of deputy director of production department:

                                        Sales  company
                                        July 23, 2006

*(手写: 是否满足产权要求 林永庆 [签名])*

# 销 售 计 划 通 知 书

编号：XS－7. 5－01 No.：

企管部：

现已与 上海上实国际贸易集团 单位签订纸面石膏板产品供货合同，所要求生产的纸面石膏板的规格：3660×1220×12.7mm ，依据的标准为：

1、Q/09TTH003－2004；2、GB/T9775－1999， *ASTM C 1396* 数量：97252.006 m²，

计：21780 张，要求供货时间：7 月 28 日至 7 月 30 日止供完，请安排组织生产。

要求说明：1. 楔形边，装箱

2. 泰山胶带封边，
   喷码工业园留存，

3. 长度误差：0－3mm,
   宽度误差：0－3mm,
   厚度误差：±0.4mm.

公司分管领导意见：

销 售 公 司

2006 年 7 月 28 日

*(手写签名) 28/5*

公司生产副总意见：

**Sales plan notification**

No.: XS-7.5-01 No.

Management Department:

We are entering a plasterboard supply agreement with SIIC Shanghai International Trade Group Pudong Co., Ltd. dimension: 3660×1220×12.7mm in accordance with standard: 1. Q/09TTH003-2004; 2. GB/T9775-1999   ASTM C1396, in the volume of : 97252.056 m$^2$, totaled in the number of 21780. Required supply period from July 28 to July 30, please arrange production.

Specific requirements:

1. Wedge edge, packed in box;
2. Specific edge tape "Taishan", sprayed marking retained in industry park;
3. Error in length: 0--3mm;
   Error in width: 0--3mm;

   Error in thickness:  ±0.4mm

Opinion of managers:

   Signature 28/7

Opinion of deputy director of production department:

Sales  company
July  28,  2006

# 销 售 计 划 通 知 书

编号：XS-7. 5-01 No.：

企管部：

现已与 WOOD NATION INC. 单位签订纸面石膏板产品供货合同，所要求生产的纸面石膏板的规格：3660 X 1220 X 12/mm ，依据的标准为：ASTM C 1396. 1、Q/09TTH003 - 2004；2、GB/T9775 - 1999，数量：58940.64 m²，计：13200 张，要求供货时间：7 月 28 日至 8 月 / 日止供完，请安排组织生产。

要求说明：1、楔形边. 装箱
2、喷码：附伯 （工业圆角布）
3、胶带：莫白色胶带"TIPC"封边，（6600张）
蓝白色胶带"TIPC"封边，（6600张）

销 售 公 司
2006年7月28日

公司分管领导意见：

公司生产副总意见：

**Sales plan notification**

No.: XS-7.5-01 No.

Management Department:

We are entering a plasterboard supply agreement with WOOD NATION INC., dimension: 3660×1220×12.7mm in accordance with standard: 1. Q/09TTH003-2004; 2. GB/T9775-1999   ASTMC 1396, in the volume of: 58940.64 m$^2$, totaled in the number of 13200. Required supply period from July 28 to August 1, please arrange production.

Specific requirements:

1. Wedge edge, packed in box;

2. Sprayed marking attached (retained in industry park);

3. Tape: yellow and white edge tape with "TTPC" (6600 pieces); blue and white edge tape "TTPC" (6600 pieces)

Opinion of managers:

    Signature 31/7

Opinion of deputy director of production department:

Sales company

July 28, 2006

（手写）

# 销 售 计 划 通 知 书

编号：XS－7. 5－01 No.：

企管部：

现已与上海上实国际贸易（手写）位签订纸面石膏板产品供货合同，
所要求生产的纸面石膏板的规格：2860×1220×12.7（手写）, 依据的标准为：
2400×1220×12.7（手写）   6787.104
ASTM C1396 标准
1、Q/09TTH003－2004；2、GB/T9775－1999，数量：2161.104  m²,
计： 1520   张，要求供货时间： 8 月 / 日至 8 月 3 日止供
7280
完，请安排组织生产。
1. 橡塑边、装箱（手写）
2. 素切胶带：出口喷码（工业用当在）（手写）
要求说明：3. 长度误差：0 - -3mm
宽度：： ：0 - -3mm
厚度：： ：±0.04mm
※注意胶带封边后研损及贴实。（手写）

销 售 公 司

06年 8月 / 日

公司分管领导意见：

（手写签名）   /8

公司生产副总意见：

## Sales plan notification

No.: XS-7.5-01 No.

Management Department:

We are entering a plasterboard supply agreement with SIIC Shanghai International Trade Group Pudong Co., Ltd., dimension: 3660×1220×12.7    2440×1220×12.7 , in accordance with standard: 1. Q/09TTH003-2004; 2. GB/T9775-1999    ASTM C1396 Standard, in the volume of : 6787.104    21671.104 m$^2$, totaled in the number of 1520    7280. Required supply period from August 1 to August 3, please arrange production.

Specific requirements:

1. Wedge edge, packed in box;
2. Taishan tape, export sprayed marking (retained in industry park)
3. Error in length: 0--3mm;
   Error in width: 0--3mm;

   Error in thickness:  ±0.04 mm;

4. Pay attention to tape after edge sealing and stick firmly.

Opinion of managers:
    Signature 1/8

Opinion of deputy director of production department:

Sales company
August 1, 2006

# 销 售 计 划 通 知 书

编号：XS-7. 5-01 No.：

企管部：

现已与 上海上实国际贸易公司 单位签订纸面石膏板产品供货合同，

所要求生产的纸面石膏板的规格： 3600×1200×12.7    ，依据的标准为：
2400×1200×12.7    6787.104

1、Q/09TTH003 - 2004；2、GB/T9775 - 1999，数量： 24671.104 m²，
ASTM C1396

计： 1520 张，要求供货时间： 8 月 4 日至 8 月 8 日止供
7280

完，请安排组织生产。

要求说明：
1. 模型迪.
2. 泰山微带. 出口唛好（以上项得在）
3. 长度误差： 0 - -3mm
宽度误差： 0 - -3mm
厚度误差： ±0.04mm

销 售 公 司
06年 8月 4日

公司分管领导意见：

同意. 50 ) 4/8

公司生产副总意见：

**Sales plan notification**

No.: XS-7.5-01  No.

Management Department:

We are entering a plasterboard supply agreement with SIIC Shanghai International Trade Group Pudong Co., Ltd., dimension: 3660×1220×12.7    2440×1220×12.7 in accordance with standard: 1. Q/09TTH003-2004; 2. GB/T9775-1999    ASTM C1396, in the volume of : 6787.104    21671.104 m$^2$, totaled in the number of 1520 7280. Required supply period from August 4 to August 8, please arrange production.

Specific requirements:

1. With wedge edge;

2. Taishan tape, export sprayed marking (retained in industry park)

3. Error in length: 0--3mm; error in width: 0--3mm; error in thickness: ±0.04 mm;

Opinion of managers:

    Signature 4/8

Opinion of deputy director of production department:

Sales  company

August  4,  2006



# 销 售 计 划 通 知 书

编号：XS-7.5-01 No.：

企管部：

现已与 上海上实国际锡复闲 单位签订纸面石膏板产品供货合同，所要求生产的纸面石膏板的规格：3660×1220×12.7 ，依据的标准为：ASTM-C1396 2440×1220×127 6787.04

1、Q/09TTH003－2004；2、GB/T9775－1999，数量：21671.04 m²，

计： 1520 张，要求供货时间：8 月 21 日至 8 月 22 日止供 7280

完，请安排组织生产。

要求说明：
1. 搜型边
2. 泰山胶带·出口凭祥 R板 (工地自贴名)
3. 长度误差：0—-3mm
   宽度：、0—-3mm
   厚度：、±0.2mm

夫平格注意封边质量.

销 售 公 司

06年8月4日

公司分管领导意见：

21/8

公司生产副总意见：

**Sales plan notification**

No.: XS-7.5-01 No.

Management Department:

We are entering a plasterboard supply agreement with SIIC Shanghai International Trade Group Pudong Co., Ltd., dimension: $3660 \times 1220 \times 12.7$    $2440 \times 1220 \times 12.7$ in accordance with standard: 1. Q/09TTH003-2004; 2. GB/T9775-1999    ASTM C1396, in the volume of : 6787.104    21671.104 $m^2$, totaled in the number of 1520 7280. Required supply period from August 21 to August 22, please arrange production.

Specific requirements:

1. With wedge edge;

2. Taishan tape, export sprayed marking (retained in industry park)

3. Error in length: 0--3mm; error in width: 0--3mm; error in thickness: $\pm 0.04$ mm;

4. Please note the quality of sealed edge.

Opinion of managers:

    Signature    21/8

Opinion of deputy director of production department:

                                                       Sales  company

                                                August  21,  2006

# 销 售 计 划 通 知 书

编号：XS-7. 5-01 No.:

企管部：

现已与 江苏东恒集团巴如木有限公司 单位签订纸面石膏板产品供货合同，所要求生产的纸面石膏板的规格 2440x1220x12.7 mm ， 依据的标准为：1、Q/09TTH003－2004；2、GB/T9775－1999，数量：9263.896 ~~2880~~ m²，计：3280 张，要求供货时间：12 月 26 日至　　月　　日止供完，请安排组织生产。

要求说明：<1> 出口装箱风面石膏板
　　　　　<2> 白色无字封皮板带，无喷码．
　　　　　<3> 其中 1920 张为模纸板
　　　　　　　　1360 张为短纸板．

销 售 公 司

2006 年12月26日

公司分管领导意见： 请接排　可　生产　 26/12

公司生产副总意见：

TG-PID-000069

**Sales plan notification**

No.: XS-7.5-01 No.:

Management Department:

We are entering a plasterboard supply agreement with Jiangsu Easthigh Group Import & Export Co. Ltd., dimension: 2440×1220×12.7mm in accordance with standard: 1.

Q/09TTH003-2004; 2.√ GB/T9775-1999, in the volume of : 9763.904 m², totaled in

the number of 3280 Required supply period from December 26 to          , please arrange production.

Specific requirements:

1. Plaster board packed in box for export;
2. White edge tape without words or sprayed marking;
3. 1920 pieces with wedge edge; 1360 pieces with rectangular edge.

Opinion of managers:

Please arrange for production in No. 4 facility.

Signature 26/12

Opinion of deputy director of production department:

Sales company
December 26, 2006

# 销 售 计 划 通 知 书



编号: XS - 7. 5 - 01 No.:

企管部:

现已与 ORIENTAL TRADING LLC. 单位签订纸面石膏板产品供货合同,
所要求生产的纸面石膏板的规格: 3660 × 1220 × 12.7/mm (模式)依据的标准为:
1、Q/09TTH003 - 2004; √ ASTMC 1396  2、GB/T9775 - 1999, 数量: 89730.52 m²,
计: 20100 张, 要求供货时间: 4 月 19 日至 4 月 25 日止供
完, 请安排组织生产。

要求说明: 1. 出口美国石膏板
2. "DUN" 封边胶带 (胶带了已做)
3. 尽量降低单重
4. 喷码附后
5. 请用了纸芯。

销 售 公 司
07年 4月19日

公司分管领导意见:

公司生产副总意见:

**Sales plan notification**

No.: XS-7.5-01 No.

Management Department:

We are entering a plasterboard supply agreement with Oriental Trading LLC.,
dimension: 3660×1220×12.7mm (with wedge edge) in accordance with standard: 1.
Q/09TTH003-2004; 2. GB/T9775-1999    ASTM C1396, in the volume of :
89750.52 m², totaled in the number of 20100. Required supply period from April 19
to April 25, please arrange production.

Specific requirements:

1. Plaster board export to the United States of America;

2. Specific edge tape "DUN" (already manufactured by tape factory);

3. Minimize unit weight;

4. Sprayed marking attached;

5. Please produce in No.4 facility.

Opinion of managers:

Please arrange production in No.4 facility      signature 19/4

Opinion of deputy director of production department:

Signature 19/4

Sales  company
April 19, 2007



MOOD NWIION INC.

# 销 售 计 划 通 知 书

编号: XS-7. 5-01 No.:

企管部:

现已与深圳市永丰投资有限公司单位签订纸面石膏板产品供货合同，所要求生产的纸面石膏板的规格: 2440×1220×12.7 m m 依据的标准为:
美国 ASTM C1396 标准
1、Q/09TTH003—2004; 2、GB/T9775—1999, 数量: 29797.768 m²,
计: 10010 张, 要求供货时间: 8 月 1 日至 8 月 2 日止供完, 请安排组织生产。

要求说明: 1、胶带: 白色胶带。
2、楔形边。 装箱
3、板面中间喷 Marathon Construction

销 售 公 司
06 年 7 月 31 日

公司分管领导意见:

公司生产副总意见:

**Sales plan notification**

No.: XS-7.5-01 No.

Management Department:

We are entering a plasterboard supply agreement with Shenzhen Yongfeng Investment Co., Ltd., dimension: 2440×1220×12.7mm in accordance with standard: ASTM C1396 Standard; in the volume of : 29797.768 m$^2$, totaled in the number of 10010. Required supply period from August 1 to August 2, please arrange production.

Specific requirements:

1. Tape: white tape;
2. Wedge edge, packed in box;
3. Sprayed marking on board: Marathon Construction.

Opinion of managers:

Signature 31/7

Opinion of deputy director of production department:

Sales company

July 31, 2006

# 销 售 计 划 通 知 书

编号：XS-7. 5-01 No.：

企管部：

现已与 深圳市永丰投资 2 司 单位签订纸面石膏板产品供货合同，
所要求生产的纸面石膏板的规格：2440×1220×12. ，依据的标准为：
美国 ASTN C 1396 标准。
1、Q/09TTH003 = 2004; 2、GB/T9775 1999，数量：27088.88 m²，
计：9100 张，要求供货时间：9 月 24 日至 9 月 30 日止供
完，请安排组织生产。

要求说明：1、胶带：蓝色无字纸胶带封边。

2、楔形边。

3、板面喷：Marathon Construction

4、装如箱。

销 售 公 司

06年9月20日

公司分管领导意见：请 安排 2生 园 生产

公司生产副总意见：

TG-PID-000075

**Sales plan notification**

No.: XS-7.5-01 No.

Management Department:

We are entering a plasterboard supply agreement with Shenzhen Yongfeng Investment Co., Ltd., dimension: 2440×1220×12.7mm, in accordance with standard: 1. Q/09TTH003-2004; 2. GB/T9775-1999   ASTM C1396, in the volume of : 27088.88 m$^2$, totaled in the number of 9100. Required supply period from September 24 to September 30, please arrange production.

Specific requirements:

1. Tape: blue edge tape with no marking;
2. Wedge edge;
3. Sprayed marking on board: Marathon Construction;
4. Packed on export box.

Opinion of managers:    Please arrange production in industry park

Agreed by ???                        Signature    20/9

Opinion of deputy director of production department:

Sales  company
September 20, 2006

# 销 售 计 划 通 知 书

编号：XS－7. 5－01 No.：

企管部：

　　现已与 TON TRADING NEW YORK USA 单位签订纸面石膏板产品供货合同，

所要求生产的纸面石膏板的规格：2440×1220×12.7mm ，依据的标准为：

1、Q/09TTH003 － 2004；2、ASTM C-1396 GB/T9775 － 1999，数量：6178 1736 m²，

计：22170 张，要求供货时间：7 月 16 日至 7 月 18 日止供

完，请安排组织生产。

要求说明：1. 出口石膏板 模印标志

　　　　　2. 无喷码

　　　　　3. 胶带黄绿色 "DBG"（4通）

　　　　　4. 7月18装箱.

销 售 公 司
　　年 7月16日

公司分管领导意见：

公司生产副总意见：

TG-PID-000077

**Sales plan notification**

No.: XS-7.5-01 No.

Management Department:
We are entering a plasterboard supply agreement with TOV TRADING NEW YORK USA, dimension: 2440×1220×12.7mm, in accordance with standard: 1. Q/09TTH003-2004; 2. GB/T9775-1999; ASTM C1396, in the volume of : 67781.736 m², totaled in the number of 22770. Required supply period from July 16 to July 18, please arrange production.

Specific requirements:
1. Boards or export, wedge edge;
2. No sprayed marking;
3. Yellow and green tape "OEG" (44 rolls);
4. Packed on July 18.

Opinion of managers:         produced in industry park

          Signature   16/7

Opinion of deputy director of production department:


Sales  company
July 16, 2006

TG-PID-000078