## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | JUDGE FALLON MAG. JUDGE WILKINSON |

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

EDUARDO AND CARMEN AMORIN et al.,
individually, and on behalf of all others
similarly situated,

     Plaintiffs,                     Case No. 1:11-CV-22408-MGC

v.

TAISHAN GYPSUM CO., LTD. F/K/A SHANDONG
TAIHE DONGXIN CO., LTD.; TAIAN TAISHAN
PLASTERBOARD CO., LTD., et al.,

     Defendants.

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA

EDUARDO AND CARMEN AMORIN et al.,
individually, and on behalf of all others
similarly situated,

     Plaintiffs,                     Case No. 2:11-CV-377-MSD

v.

TAISHAN GYPSUM CO., LTD. F/K/A SHANDONG
TAIHE DONGXIN CO., LTD.; TAIAN TAISHAN
PLASTERBOARD CO., LTD., et al.,
     Defendants.

**EXHIBIT PID-48**

## AMENDED NOTICE OF DEPOSITION PURSUANT
## TO FED. R. CIV. P. 30 (b)(6)

TO:    Taishan Gypsum Co., Ltd.
           Taian Taishan Plasterboard Co., Ltd.
           Through its attorneys
           Christina Hull Eikhoff
           Michael P. Kenny
           Bernard S. Taylor, Sr.
           Alston & Bird, LLP
           One Atlantic Center
           1201 W. Peachtree St., NE, Suite 4900
           Atlanta, Georgia 30309

PLEASE TAKE NOTICE that the Plaintiffs in the above-captioned actions, by counsel, pursuant to the Fed. R. Civ. P. 30 (b)(6), will take the stenographic video deposition of Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co., Ltd. (collectively, "TAISHAN") at Alston & Bird, LLP, One Atlantic Center, 1201 W. Peachtree Street NE, Suite 4900, Atlanta, Georgia 30309 on Tuesday, January 22, 2019, commencing at 8:00 a.m., and continuing to Wednesday, January 23, 2019, until completed.

Pursuant to Fed. R. Civ. P. 30 (b)(6), TAISHAN, is required to designate and fully prepare one or more officers, directors, managing agents or other persons who consent to testify on behalf of TAISHAN, and whom TAISHAN will fully prepare to testify regarding all information that is known or reasonably available to TAISHAN's organization regarding the following designated matters:

## MATTERS OF EXAMINATION

1.      TAISHAN's practice of board marking and customization from 2005 to 2009, including alpha-numerical markings, color markings and other symbols/characters of product description applied or affixed to drywall, edge or end tape or packaging.

2

2.      TAISHAN's knowledge and position as to the manufacturer of boards with certain markings shown in exemplar photographs of drywall boards.

3.      TAISHAN's responses to the Court's Product ID website requiring each defendant to confirm or deny certain Product ID markings.

4.      Information provided in TAISHAN's Manufacturers' Profile Form.

5.      Information provided in Peng Wenlong's internal chart (PENG: Exhibit 801-2).

6.      Information provided in "Statement on the Data and Statistics of Exports to the U.S. from 2005 to 2007 (TG-0129675-76).

7.      Information regarding other Chinese drywall manufacturers that may have manufactured boards for US use from 2005 to 2009.

8.      Information regarding potential counterfeiting of TAISHAN drywall marks or brands.

9.      The document retention policy/policies of TAISHAN since 2004.

10.     The methodology employed by TAISHAN in preparing the representative testifying on behalf of TAISHAN, including materials reviewed and persons consulted.

Respectfully submitted,

Dated: January 14, 2019

By: /s/ *Russ M. Herman*
Russ M. Herman
Leonard A. Davis
Stephen J. Herman
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
RHerman@hhklawfim.com
*Plaintiffs' Liaison Counsel on behalf of the*
*Plaintiffs' Steering Committee MDL 2047*

3

Arnold Levin
Fred S. Longer
Sandra L. Duggan
Levin Sedran & Berman LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
alevin@lfsblaw.com
*Plaintiffs' Lead Counsel on behalf of the*
*Plaintiffs' Steering Committee MDL 2047*


Patrick S. Montoya
COLSON, HICKS EIDSON
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Email: patrick@colson.com
*Plaintiffs' Interim Lead Counsel in the*
*Southern District of Florida*

Richard J. Serpe
LAW OFFICES OF RICHARD J. SERPE
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax:  (757) 233-0455
Email: rserpe@serpefirm.com

Jeffrey Breit
BREIT, DRESCHER, IMPREVENTO
600 22nd Street, Suite 402
Virginia Beach, VA  23451
Phone:  (757) 330-4099
Fax:  (757) 670-3895
Email: jeffrey@breit.law
*Plaintiffs' Interim Co-Lead Counsel in the*
*Eastern District of Virginia*

4

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of January, 2019, a copy of the foregoing was served via electronic, regular and/or certified mail on counsel of record as follows.

By: */s/ Sandra L. Duggan*
Sandra L. Duggan
LEVIN SEDRAN & BERMAN LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
sduggan@lfsblaw.com
*Plaintiffs' Counsel*

案件 1：11-cv-22408-MGC 160 号文件 于 2019 年 1 月 14 日录入佛罗里达南区美国联邦地区法院案卷　　　　第 1 页，共 5 页

路易斯安那州东区
美国联邦地区法院

关于：中国制造石膏板产品责任诉讼　　　MDL 号 2047，L 部
本文件与所有案件有关　　　　　　　Fallon 法官　　Wilkinson 行政法官

佛罗里达州南区
美国联邦地区法院

Eduardo 和 Carmen Amorin 等个人，
以及代表类似情形的所有其他人
　　　　　　原告　　　　　　　案件编号：1：11-cv-22408-MGC

起诉

泰山石膏股份有限公司，原名山东泰和
东新股份有限公司；泰安市泰山纸面
石膏板有限公司；等等；
　　　　　　被告。

弗吉尼亚州东区
美国联邦地区法院

Eduardo 和 Carmen Amorin 等个人，
以及代表类似情形的所有其他人
　　　　　　原告　　　　　　　案件编号：1：11-cv-22408-MGC

起诉

泰山石膏股份有限公司，原名山东泰和
东新股份有限公司；泰安市泰山纸面
石膏板有限公司；等等；
　　　　　　被告。

1

案件 1：11-cv-22408-MGC 160 号文件 于 2019 年 1 月 14 日录入佛罗里达南区美国联邦地区法院案卷　　　　　　　第 2 页，共 5 页

## 依据联邦民事诉讼规则第 30(b)(6) 条进行证人取证的修正通知

致：

　　泰山石膏股份有限公司
　　泰安市泰山纸面石膏板有限公司
　　通过其代理律师们：
　　Christina Hull Eikhoff
　　Michael P. Kenny
　　Bernard S. Taylor, Sr.
　　Alston & Bird, LLP
　　One Atlantic Center
　　1201 W. Peachtree St., NE, Suite 4900
　　Atlanta, Georgia 30309

　　请注意：上述诉讼中的原告将通过其代理律师对泰山石膏有限公司和泰安市泰山纸面石膏板有限公司（统称"泰山"）依据联邦民事诉讼规则第30(b)(6)条进行速记视频证人取证，取证将在Alston & Bird, LLP进行，地址为One Atlantic Center, 1201 W. Peachtree St., NE, Suite 4900，Atlanta, Georgia 30309，时间从2019年1月22日星期二上午8点开始、并延续到2019年1月23日、直到完成。

　　根据联邦民事诉讼规则第30(b)(6)条，泰山被要求指定和充分准备一名或多名管理人员、董事、管理代理人或者其他同意代表泰山作证的人员，他们将就泰山组织所知道的或合理可知的、有关下面所指事项进行充分的准备作证：

## 审查事项

　　1. 泰山从2005年到2009年的板材标识和定制做法，包括使用在或附着在石膏板上的、或者封边胶带上的、或者封箱胶带上或者包装上的字母-数字标记、颜色标记和产品描述的其他符号/字符。

案件 1: 11-cv-22408-MGC 160 号文件 于 2019 年 1 月 14 日录入佛罗里达南区美国联邦地
区法院案卷　　　第 3 页, 共 5 页

2. 关于石膏板样本照片中显示的特定标记, 泰山就这些板材制造商的情况了解和立场。

3. 关于法院的产品标识网站所要求每一位被告确认或否认特定产品标识标记, 泰山的应对情况。

4. 泰山制造商信息表格中提供的信息。

5. 彭文龙的内部图表 (彭: 证物801-2号) 所提供的信息。

6. "2005-2007年美国出口数据和统计数字说明" (TG-0129675-76) 中所提供的信息。

7. 关于其他中国石膏板制造商可能在2005到2009年为美国制造板材的信息。

8. 关于可能存在的假冒泰山石膏板标记或商标的情况的信息。

9. 泰山从2004年以来的文件保存制度。

10. 泰山为准备其代表代表泰山作证而采用的方法, 包括查阅资料和询问人员。


敬呈,

日期: 2019 年 1 月 14 日


*/s / Russ M. Herman*
Russ M. Herman
Leonard A. Davis
Stephen J. Herman
Herman, Herman & Katz, LLC
820 O' Keefe Avenue
New Orleans, Louisiana 70113
电话: (504) 581-4892
传真: (504) 561-6024
RHerman@hhklawfirm.com
代表 MDL 2047 原告指导委员会的原告联络律师

3

案件 1：11-cv-22408-MGC 160 号文件 于 2019 年 1 月 14 日录入佛罗里达南区美国联邦地
区法院案卷　　　　第 4 页，共 5 页

Arnold Levin
Fred S. Longer
Sandra L. Duggan
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
电话：215-592-1500
传真：215-592-4663
Alevin@lfsblaw.com
代表 MDL 2047 原告指导委员会的原告首席律师


Patrick S. Montoya
COLSON, HICKS EIDSON
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
电话: (305) 476-7400
传真: (305) 476-7444
电邮: patrick@colson.com
佛罗里达州南区美国联邦地区法院原告的临时首席律师

Richard J. Serpe
LAW OFFICES OF RICHARD J. SERPE
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
电话: (757) 233-0009
传真: (757) 233-0455
电邮: rserpe@serpefirm.com

Jeffrey Breit
BREIT, DRESCHER, IMPREVENTO
600 22nd Street, Suite 402
Virginia Beach, VA 23451
电话: (757) 330-4099
传真: (757) 670-3895
电邮: jeffrey@breit.law
弗吉尼亚东区美国联邦地区法院原告的临时首席律师

案件1： 11-cv-22408-MGC  160号文件 于2019年1月14日录入佛罗里达南区美国联邦地区法
院案卷        第5页，共5页

## 送达证明

　　本人特此证明，在2019年1月14日，上述文件已经通过电子邮件、普通和/或挂号邮件送达到记录在案的律师。

　　　　　　　　　　　　　　　　　*/s/ Sandra L. Duggan*
　　　　　　　　　　　　　　　　　Sandra L. Duggan
　　　　　　　　　　　　　　　　　LEVIN SEDRAN & BERMAN LLP
　　　　　　　　　　　　　　　　　510 Walnut Street, Suite 500
　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　电话: (215) 592-1500
　　　　　　　　　　　　　　　　　传真: (215) 592-4663
　　　　　　　　　　　　　　　　　sduggan@lfsblaw.com
　　　　　　　　　　　　　　　　　原告律师