

山东　泰安市工业统一发票

137090610125
00036993

记帐联

Run & Fly Jinan New Materials Co. Ltd.

济南润福来新材料有限公司

May 8, 2006

2006　5　8

Amount

dimension　unit　volume unit price

洲板　洲0×1200×187　张　898　24.972　1493326　RMB 14,933.26

洲0×1200×187　张　9478　25.70　2398660　RMB 239,986.60

total amount: RMB 254,919.86

贰伍肆玖壹玖捌陆　2549198674



山东 泰安市工业统一发票

记 帐 联

137090610125
00036993

济南润福来新材料有限公司　　2006 5 8

内板　　340x440x137 张　898 24.972　1u93326

340x440x137 张　9338 21.70　23998660　6036993

貳任肆拾伍万玖仟玖佰捌拾陆元　2549.986外-