# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: Chinese Manufactured Drywall Products Liability Litigation**  *This Document Relates to: All Cases* | **MDL 09-md-2047** **SECTION "L"** **JUDGE ELDON E. FALLON** **MAGISTRATE JOHN C. WILKINSON, JR.** |

## MOTION TO ENFORCE SETTLEMENT AGREEMENT ASSIGNMENT RIGHTS

**NOW INTO COURT**, through undersigned counsel, come the Knauf Defendants[1], who respectfully move this Court for an Order enforcing the Knauf Class Settlement Agreement Release and Assignment of Claims between the Knauf Defendants and certain individual Taishan Claimants listed as part of the Taishan Settlement Agreement filed under seal with this Court on March 7, 2019.

The Knauf Defendants submit the attached Memorandum in further support of their motion.

---

[1] The Knauf Defendants include Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Plasterboard (Wuhu) Co., Ltd., Guangdong Knauf New Building Material Products Co., Ltd., Knauf Gips KG, Gebr. Knauf Verwaltungsgesellschaft KG, Knauf International GmbH, Knauf Insulation GmbH, Knauf UK GmbH, Knauf AMF GmbH & Co. KG, Knauf do Brasil Ltda., and PT Knauf Gypsum Indonesia.

Respectfully submitted,

**FISHMAN HAYGOOD, LLP**

*/s/ Kerry J. Miller*
**KERRY J. MILLER (#24562), T.A.**
**PAUL C. THIBODEAUX (#29446)**
**DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, 46th Floor
New Orleans, LA 70170
Telephone: (504) 556-5549
Facsimile: (504) 301-0275
Email: kmiller@fishmanhaygood.com
Email: pthibodeaux@fishmanhaygood.com
Email: ddysart@fishmanhaygood.com

*Counsel for the Knauf Defendants*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, and to all parties by electronically uploading the same to File and Serve Express in accordance with Pre-Trial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana, on this the 15th day of March, 2019.

*/s/ Kerry J. Miller*
**KERRY J. MILLER**