UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
|---|---|
| **THIS DOCUMENT RELATES TO:** *Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, Case No. 2:11-cv-01395 (E.D. La.) (LA) | SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## ORDER

Upon consideration of the Plaintiffs' Steering Committee's Motion for an Order (Under FRCP 55(b)) Applying the Remediation Damages Formula Adopted by the Findings of Fact & Conclusions of Law Related to the June 9, 2015 Damages Hearing to the Claims of Former Owners of Affected Properties, it is hereby ORDERED that said motion is GRANTED. Fairness and justice demand that class members are entitled to recover remediation damages on the same formulaic basis regardless of whether they are current- or former-owner class members.

SO ORDERED.

New Orleans, Louisiana, this _____ day of _____, 2019.

_____
Eldon E. Fallon
United States District Court Judge