**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br><br>*ALL CASES* | |

**O R D E R**

Considering the Motion for Leave to File Exhibits Under Seal filed by Lead Counsel, Arnold Levin, and Liaison Counsel, Russ M. Herman;

IT IS ORDERED BY THE COURT that the motion be and is hereby GRANTED and that Exhibits 1 and 2 attached to the Opposition to Yance Motion for Attorneys' Fees [Rec. Doc. 22148] be and they are hereby filed UNDER SEAL.

New Orleans, Louisiana, this 15th day of _____March_____, 2019.

_____
Eldon E. Fallon
United States District Court Judge