UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED | : | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | : | SECTION: L |
| LITIGATION | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |
| | : | |
| THIS DOCUMENT RELATES TO: | : | |
| *ALL CASES* | : | |
| | : | |

### THE LAMBERT FIRM'S JOINDER IN
### KRUPNICK CAMPBELL MALONE'S MOTION FOR IMMEDIATE DISBURSEMENT OF ATTORNEY'S FEES PURSUANT TO FINAL JUDGMENT

The undersigned law firm, The Lambert Firm, PLC, respectfully joins Krupnick Campbell Malone's Motion for Immediate Disbursement of Attorneys' Fees Pursuant to Final Judgment [Doc. 22130] and adopts the accompanying Memorandum in Support [Doc. 22130-1] as if fully restated herein.  The Undersigned respectfully requests an Order of this Honorable Court enforcing the February 5, 2019, Final Judgment [Doc. 22092] and providing for the disbursal of the available attorneys' fees in accordance with the Court's Orders of January 31, 2018, [Doc. 21168], and February 4, 2019, [Doc. 22089].

Therefore, the Undersigned respectfully requests that this Court **GRANT** Krupnick Campbell Malone et al.'s Motion for Immediate Disbursement of Attorney's Fees Pursuant to this Court's Final Judgment [Doc. 22130].

Dated:  March 15, 2019.

Respectfully submitted,

*/s/ Hugh P. Lambert*
HUGH P. LAMBERT, T.A. (LA Bar #7933)
The Lambert Firm, PLC

701 Magazine Street  
New Orleans, LA 70130  
Phone: (504) 581-1750  
Fax: (504) 529-2931  
hlambert@thelambertfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing JOINDER OF MOTION FOR IMMEDIATE DISBURSEMENT OF ATTORNEY'S FEES PURSUANT TO FINAL JUDGMENT has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

Dated:  March 15, 2019.

/s/ Hugh P. Lambert_____