UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br>*Paul Beane, et al v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>**Case Number 2:13-cv-00609 (E.D.La.)** | |

**UNOPPOSED MOTION OF GUILFORT DIEUVIL
TO CONTINUE HEARING DATE**

MAY IT PLEASE THE COURT:

On Motion, through undersigned counsel, comes Guilfort Dievuil, who respectfully requests a continuance of the hearing date in this matter.

On December 27, 2017, Plaintiff filed an Objection to the Special Master's Report [Rec.Doc. 21104] which has been set for hearing following the Status Conference on March 26, 2019 [Rec.Doc. 22101].

As set forth more fully in the accompanying Memorandum of Law, Plaintiff, Guilfort Dieuvil, requests a continuance of the hearing, for good cause and without opposition of Liaison Counsel for Defendant Knauf, Kerry Miller.

WHEREFORE, Plaintiff, Guilfort Dieuvil, respectfully requests this Honorable Court to continue the hearing date from March 26, 2019 to April 23, 2019, following the monthly status

conference.

    March 18, 2019                    Respectfully submitted,

                                      <u>/s/ Russ M. Herman</u>
                                      Russ M. Herman (Bar No. 6819)
                                      HERMAN, HERMAN & KATZ, L.L.C.
                                      820 O'Keefe Avenue
                                      New Orleans, Louisiana 70113
                                      Phone: (504) 581-4892
                                      Fax: (504) 561-6024

                                      Plaintiffs' Liaison Counsel

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on Defense Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 13th day of March, 2019.

                                                  /s/ Russ M. Herman  
                                                  Russ M. Herman