UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO:**<br>*Paul Beane, et al v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>Case Number 2:13-cv-00609 (E.D.La.) | |

## MEMORANDUM IN SUPPORT

MAY IT PLEASE THE COURT:

On May 14, 2018, this Honorable Court ordered Plaintiffs' Liaison Counsel to review Mr. Dieuvil's objection, confer with all necessary parties, and make a recommendation regarding any further proceedings [Rec. Doc 21335].

On November 18, 2018, undersigned counsel met with Plaintiff, Mr. & Mrs. Guilfort Dieuvil . Thereafter, a thorough investigation was conducted, various reports were received and reviewed, and experts were retained by undersigned.

On February 8, 2019, undersigned counsel, advised the Court of the investigation and requested that the Court consider a hearing on Plaintiff's objection to the Special Master's Report. On February 2019, this Court ordered a hearing for March 26, 2019 following the Monthly Status Conference [Rec. Doc 22101].

Plaintiffs' Liaison Counsel here respectfully requests additional time to prepare for said hearing. Liaison Counsel for Defendant, Knauf, Kerry Miller, has been fully advised of the reasons for this request and has no objection.

FOR THE FOREGOING REASONS, it is respectfully requested that the hearing in this

matter be and is hereby rescheduled to April 23, 2019, immediately following the status conference.

March 18, 2019                               Respectfully submitted,


                                             /s/ Russ M. Herman
                                             Russ M. Herman (Bar No. 6819)
                                             HERMAN, HERMAN & KATZ, L.L.C.
                                             820 O'Keefe Avenue
                                             New Orleans, Louisiana 70113
                                             Phone: (504) 581-4892
                                             Fax: (504) 561-6024

                                             Plaintiffs' Liaison Counsel

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on Defense Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 13th day of March, 2019.

                                                                 /s/ Russ M. Herman
                                                                  Russ M. Herman