UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br>*Paul Beane, et al v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>**Case Number 2:13-cv-00609 (E.D.La.)** | |

## ORDER

IT IS HEREBY ORDERED:

    That hearing on the Objection filed by Plaintiff herein, be and the same is hereby continued from March 26, and rescheduled for April 23, 2019, immediately following the Court's monthly status conference.

_____
JUDGE

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing has been served on Defense Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 13th day of March, 2019.

                                                /s/ Russ M. Herman
                                                Russ M. Herman