# Rebecca Brown

**From:** Brook Landry Villa
**Sent:** Friday, March 15, 2019 12:06 PM
**To:** Rebecca Brown
**Subject:** FW: CDW - Motion to File Settlement Agreement Under Seal
**Attachments:** Ex B to Motion to Lift PTO 32 - Settlement Agreement and Release - FILED UNDER SEAL DO NOT FILE.pdf

Brook Landry Villa
Attorney
**FAIRCLOTH MELTON SOBEL & BASH, LLC**
9026 Jefferson Highway
Suite 200
Baton Rouge, LA  70809
(225) 343-9535 (direct)
(225) 205-7819 (cell)
(225) 343-9534 (fax)

**CONFIDENTIALITY STATEMENT**
This electronic message contains information from Faircloth Melton Sobel & Bash, LLC, and is confidential or privileged. The information is intended for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify us immediately by telephone at (225) 343-9535.

---

**From:** Brook Landry Villa
**Sent:** Thursday, March 7, 2019 12:33 PM
**To:** Jimmy Faircloth <jfaircloth@faircothlaw.com>; Fred Longer <FLonger@lfsblaw.com>
**Cc:** Arnold Levin <ALevin@lfsblaw.com>; Sandra L. Duggan <sduggan@lfsblaw.com>; Russ Herman <RHERMAN@hhklawfirm.com>; Steve Herman (SHERMAN@hhklawfirm.com) <SHERMAN@hhklawfirm.com>; Lenny Davis <LDAVIS@hhklawfirm.com>
**Subject:** RE: CDW - Motion to File Settlement Agreement Under Seal

Fred,

The Settlement Agreement and Release that we filed this morning under seal is attached.

Sincerely,

Brook Landry Villa
Attorney
**FAIRCLOTH MELTON SOBEL & BASH, LLC**
9026 Jefferson Highway
Suite 200
Baton Rouge, LA  70809

(225) 343-9535 (direct)
(225) 205-7819 (cell)
(225) 343-9534 (fax)

**CONFIDENTIALITY STATEMENT**

This electronic message contains information from Faircloth Melton Sobel & Bash, LLC, and is confidential or privileged. The information is intended for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify us immediately by telephone at (225) 343-9535.

---

**From:** Jimmy Faircloth <jfaircloth@fairclothlaw.com>
**Sent:** Thursday, March 7, 2019 12:25 PM
**To:** Fred Longer <FLonger@lfsblaw.com>
**Cc:** Brook Landry Villa <bvilla@fairclothlaw.com>; Arnold Levin <ALevin@lfsblaw.com>; Sandra L. Duggan <sduggan@lfsblaw.com>; Russ Herman <RHERMAN@hhklawfirm.com>; Steve Herman <SHERMAN@hhklawfirm.com> <SHERMAN@hhklawfirm.com>; Lenny Davis <LDAVIS@hhklawfirm.com>
**Subject:** Re: CDW - Motion to File Settlement Agreement Under Seal

Yes, Please treat discretely.  Brook, please send.

Sent from my iPhone

On Mar 7, 2019, at 12:18 PM, Fred Longer <FLonger@lfsblaw.com> wrote:

> Jimmy,
> We have your papers which were filed today but have not received the under seal filing of the Settlement Agreement and Release.
> Please advise if you will produce the document(s) to us so that we may properly respond to your papers.
> Thank you.
> FSL
>
> Frederick S. Longer
> Levin Sedran & Berman LLP
> 510 Walnut Street
> Suite 500
> Philadelphia, PA 19106
> 215-592-1500
>
> [WARNING: This email is from an external source. Do not click links or attachments unless you recognize the sender and know the content is safe.]