# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br><br>*Amorin, et al. v. Taishan Gypsum Co., Ltd., et al.*, **Case No. 11-cv-1672** | |

## BNBM AND CNBM ENTITIES' JOINDER IN OPPOSITIONS TO "CLASS COUNSEL'S RULE 23(d) MOTION TO PROTECT THE *AMORIN* CLASS"

The BNBM and CNBM Entities, as released parties in the settlement agreement subject to the PSC's motion to protect (Rec. Doc. 22135), join in all procedural and substantive arguments advanced by Taishan and primary counsel in opposition to the motion to protect the class.

Respectfully submitted,

*/s/ L. Christopher Vejnoska*

| | |
|---|---|
| James L. Stengel (NY Bar No. 1800556) | L. Christopher Vejnoska (CA Bar No. 96082) |
| Xiang Wang (NY Bar No. 4311114) | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | The Orrick Building |
| 51 West 52nd Street | 405 Howard Street |
| New York, NY, 10019 | San Francisco, CA  94105 |
| Tel:  212-506-5000 | Tel:  415-773-5700 |
| Email:  jstengel@orrick.com | Email:   cvejnoska@orrick.com |
| xiangwang@orrick.com | |

*Counsel for CNBM and BNBM Entities*

Ewell E. Eagan, Jr. (LA Bar No. 5239)
Donna Phillips Currault (LA Bar No. 19533)
GORDON, ARATA, MONTGOMERY, BARNETT,
MCCOLLAM, DUPLANTIS & EAGAN, LLC
201 St. Charles Avenue, 40th Floor
New Orleans, LA 70170-4000
Tel: (504) 582-1111
Email: eeagan@gordonarata.com
        dcurrault@gordonarata.com

*Counsel for CNBM Entities*

Harry Rosenberg
LA Bar No. 11465
Phelps Dunbar LLP
365 Canal St., Suite 2000
New Orleans, LA  70130
Phone: (504) 566-1311
Fax: (504) 568-9130
Harry.Rosenberg@Phelps.com

*Counsel for BNBM Entities*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing joinder has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail and upon all parties by electronically uploading the same to File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on March 18, 2019.

*/s/ L. Christopher Vejnoska*
L. Christopher Vejnoska (CA Bar No. 96082)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105
Tel:  415-773-5700
Fax: 415-773-5759
Email:  cvejnoska@orrick.com

*Counsel for CNBM and BNBM Entities*