**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**IN RE: CHINESE-MANUFACTURED**
**DRYWALL PRODUCTS LIABILITY**          **MDL No. 2047**
**LITIGATION**

                                        **SECTION: L**

**THIS DOCUMENT RELATES TO:**           **JUDGE FALLON**
*ALL CASES*                             **MAGISTRATE JUDGE WILKINSON**
**********************************************************************************

**BECNEL LAW FIRM'S JOINDER IN KRUPNICK CAMPBELL MALONE'S**
**MOTION FOR IMMEDIATE DISBURSEMENT OF ATTORNEY FEES**
**PURSUANT TO FINAL JUDGMENT.**

The undersigned law firm, The Becnel Law Firm, LLC, respectfully joins Krupnick Campbell Malone's Motion for Immediate Disbursement of Attorneys' Fees Pursuant to Final Judgment [Doc. 22130] and adopts the accompanying Memorandum in Support [Doc. 22130-1] as if fully restated herein.  The undersigned respectfully requests an Order of this Honorable Court enforcing the February 5, 2019 Final Judgment [Doc. 22092] and providing for the disbursal of the available attorneys' fees in accordance with the Court's Orders of January 31, 2018, [Doc. 21168], and February 4, 2019 [Doc. 22089].

Therefore, the undersigned respectfully requests that this Court GRANT Krupnick Campbell Malone's Motion for Immediate Distribution of Attorney's Fees Pursuant to this Court's Final Judgment [Doc. 22130].

Date: March 19, 2019

                              Respectfully submitted,

                              */s/ Salvadore Christina, Jr.*
                              Salvadore Christina, Jr. (La. 27,198)
                              Becnel Law Firm, LLC
                              425 W. Airline Hwy., Suite B

Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
schristina@becnellaw.comwqASDF

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2019, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system, which will send a notice of the electronic filing to the counsel of record for defendants.

*/s/ Salvadore Christina, Jr.*