UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| ALL *CASES* | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO TAX COURT REPORTER FEES AS COSTS

COMES NOW Parker Waichman LLP; Baron & Budd, P.C.; Milstein, Jackson, Fairchild & Wade, LLP; and Gieger, Laborde & Laperouse, LLC, who, for the reasons set forth in the attached memorandum, respectfully request an Order taxing court reporter fees in the total amount of $28,150.21 as a cost of the proceeding to allocate attorneys' fees between contract counsel and individual counsel.

Respectfully submitted:

| | |
|---|---|
| **FAIRCLOTH MELTON SOBEL & BASH, LLC**<br><br>By:   /s/ *Jimmy R. Faircloth, Jr.*<br>   Jimmy R. Faircloth, Jr. (Objectors' Co-Liaison Counsel) (LA #20645)<br>   jfaircloth@fairclothlaw.com<br>   Brook L. Villa (LA #31988)<br>   bvilla@fairclothlaw.com<br>   Franklin "Drew" Hoffmann (LA #35824)<br>   dhoffmann@fairclothlaw.com<br>   9026 Jefferson Highway<br>   Building 2, Suite 200<br>   Baton Rouge, LA 70809<br>   Phone: (225) 343-9535<br>   Fax: (225) 343-9538<br><br>*Attorneys for Parker Waichman LLP* | **BARON & BUDD, P.C.**<br><br>By:   /s/ *Russell W. Budd*<br>   Russell W. Budd (TX #03312400)<br>   rbudd@baronbudd.com<br>   S. Ann Saucer (TX #00797885; LA #21368)<br>   asaucer@baronbudd.com<br>   3102 Oak Lawn Avenue, Suite 1100<br>   Dallas, TX 75219<br>   Phone: 214-521-3605<br>   Fax: 214-520-1181 |

| | |
|---|---|
| **MILSTEIN, JACKSON, FAIRCHILD & WADE, LLP** | **GIEGER, LABORDE & LAPEROUSE, LLC** |
| By: ___/s/ *Mark Milstein*___<br>   Mark Milstein<br>   mmilstein@mjfwlaw.com<br>   10250 Constellation Blvd., 14th Floor<br>   Los Angeles, CA 90067<br>   Phone: (310) 396-9600<br>   Fax: (310) 396-9635 | By: ___/s/ *Victoria E. Emmerling*___<br>   Andrew A. Braun (LA #3415)<br>   abraun@glllaw.com<br>   Victoria E. Emmerling (LA #33117)<br>   temmerling@glllaw.com<br>   701 Poydras Street, Suite 4800<br>   New Orleans, Louisiana 70139-4800<br>   Phone: (504) 561-0400<br>   Fax: (504) 561-1011<br><br>   *Attorneys for Morris Bart, L.L.C.* |

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Motion to Tax Court Reporter Fees as Costs* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 19th day of March, 2019.

                                    */s/ Jimmy R. Faircloth, Jr.*
                                    OF COUNSEL