UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| ALL *CASES* | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF
MOTION TO TAX COURT REPORTER FEES AS COSTS**

MAY IT PLEASE THE COURT:

The law firms of Parker Waichman LLP; Baron & Budd, P.C.; Milstein, Jackson, Fairchild & Wade, LLP; and Gieger, Laborde & Laperouse, LLC, (collectively, "Movers") submit this Memorandum in Support of their Motion to Tax Court Reporter Fees as Costs, as follows:

The Court has finalized the multi-step process for the allocation of attorneys' fees and costs in the Knauf portion of the *Chinese-Manufactured Drywall Products Liability* multidistrict litigation. R. Doc. 22092. Step Five involved the allocation of "the total amount of the common benefit fund and the amount of funds for individual counsel for claimants." PTO 28 at 8. In connection with Step Five, the Court-appointed Fee Committee made an initial allocation recommendation [R. Doc. 20293] to which several law firms objected.[1] In response, the Court

---

[1] Parker Waichman LLP (Doc. 20348); Baron & Budd, P.C., Allison Grant, P.A., Alters Law Firm, P.A. (Doc. 20353-3); Whitfield Bryson & Mason LLP, Pendley Baudin & Coffin, Rhine Law Firm, Luckey & Mullins (Doc. 20346); Gentle, Turner, Sexton & Harbison, LLC, McCallum, Hoaglund, Cook & Irby, LLP (Doc. 20336); Willis & Buckley, APC (Doc. 20349);Collins & Horsley, P.C. (Doc. 20351); Alters Law Firm, P.A. (Doc. 20355); Hawkins/Gibson, PLLC (Doc. 20356); Milstein, Adelman, Jackson, Fairchild & Wade, LLP, Roberts and Durkee, LLP (Doc. 20337); Taylor Martino, P.C. (Doc. 20338); Cohen Milstein Sellers & Toll PLLC, Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. (Doc. 20343); Paul A. Lea, Jr. (Doc. 20344); Doyle Law Firm, PC (Doc. 20350); Morgan & Morgan, P.A. (Doc. 20354); Yance Law Firm, LLC (Doc. 20357); Morris Bart, LLC (Doc. 20392-2).

3

appointed a Special Master to make a recommendation. R. Doc. 20410. The Special Master allowed the parties to engage in limited discovery and present their respective positions in a two-day hearing. R. Doc. 20950. As part of the discovery process, the Court-appointed CPA and several members of the Fee Committee were deposed. The parties agreed upon and retained Golkow Litigation Services ("Golkow") to provide the court reporting services in connection with the depositions and Professional Shorthand Reporters, Inc. ("PSR") to provide court reporting services for the two-day hearing. Golkow and PSR charged $23,346.51 and $4,803.70, respectively, for their services. Golkow's invoices (attached *in globo* as Exhibit "A") were paid by Parker Waichman LLP through its counsel of record, Faircloth Melton Sobel & Bash, LLC. PSR's invoice (attached as Exhibit "B") was paid by Liska, Exnicios & Nungesser ("Exnicios"), counsel for Whitfield Bryson & Mason LLP, Pendley Baudin & Coffin, Rhine Law Firm, and Luckey & Mullins. Multiple firms shared payment of PSR's fees.[2] But Parker Waichman alone paid Golkow's fees.

    Step Five culminated in the Court's Order and Reasons Setting Common Benefit Fees. R. Doc. 21168. The Court charged 80% of the costs associated with the Step 5 hearing to contract counsel and the remaining 20% to common benefit counsel. *Id.* at 23. From the total available attorneys' fees associated with the Knauf Settlement, the Court awarded 52%, or $102,857,943.85, to common benefit counsel and 48%, or $94,945,794.32 to contract counsel. After deducting their

---

[2] Eight firms agreed among themselves to advance the PSR costs. Accordingly, each of those firms reimbursed Exnicios $600.46 each. Those firms include: Faircloth Melton Sobel & Bash, LLC; Exnicios; Baron & Budd; Gentle, Turner Sexton & Harbison, LLC; McCallum, Hoaglund, Cook & Irby, LLP; Milstein, Jackson, Fairchild & Wade, LLP; Yance Law Firm, LLC; Geiger, Laborde, & Laperouse, LLC; and Allison Grant, P.A. Gentle, Turner Sexton & Harbison, LLC and McCallum, Hoaglund, Cook & Irby, LLP jointly contributed $600.46.

respective portions of the expenses, common benefit counsel were awarded $99,762,099.56 and contract counsel were awarded $94,607,042.17. *Id.* at 24.

On February 4, 2019 the Court issued its Step Six order, allocating fees among common benefit counsel. R. Doc. 22089. Shortly thereafter, it issued a Final Judgment on the fee issues. R. Doc. 22092. The final Judgment and all orders related to the allocation of attorneys' fees are now being appealed to the Fifth Circuit. R. Doc. 22120. In the interim, multiple law firms have asked the Court to disburse the available attorneys' fees or some portion of the available attorneys' fees. *See* R. Docs. 22130, 22131, 22134, 22141, 22147, 22159, 22164.

Prior to any disbursement, Movers respectfully request this Court to issue an order charging Golkow and PSR's fees against the attorneys' fee fund and reimbursing those firms who advanced those fees. During the Step Five fee proceeding, the transcripts of the depositions were introduced as evidence during the hearing, cited by the parties in briefing to the Special Master and the Court, and also relied upon by the Special Master in his recommendation. *See, e.g.,* R. Doc. 20950 at 15, notes 84 - 86; R. Doc. 20999 at 19, note 42; SM Dkt. 2017-07-17 (Primary-Counsel's Post-Evidentiary Hearing Brief) at 33; SM Dkt. 2017-07-14 (Fee Committee Post-Hearing Brief) at 3, note 6. Accordingly, Golkow and PSR's charges should be taxed as cost of the fee allocation proceeding and thus charged against the fee fund.

Respectfully Submitted,

| **FAIRCLOTH MELTON SOBEL & BASH, LLC** | **BARON & BUDD, P.C.** |
|---|---|
| By:   /s/ *Jimmy R. Faircloth, Jr.*<br>Jimmy R. Faircloth, Jr. (Objectors' Co-Liaison Counsel) (LA #20645)<br>jfaircloth@fairclothlaw.com<br>Brook L. Villa (LA #31988)<br>bvilla@fairclothlaw.com<br>Franklin "Drew" Hoffmann (LA #35824) | By:   /s/ *Russell W. Budd*<br>Russell W. Budd (TX #03312400)<br>rbudd@baronbudd.com<br>S. Ann Saucer (TX #00797885; LA #21368)<br>asaucer@baronbudd.com<br>3102 Oak Lawn Avenue, Suite 1100<br>Dallas, TX 75219 |

5

dhoffmann@fairclothlaw.com
9026 Jefferson Highway
Building 2, Suite 200
Baton Rouge, LA 70809
Phone: (225) 343-9535
Fax: (225) 343-9538

Phone: 214-521-3605
Fax: 214-520-1181

*Attorneys for Parker Waichman LLP*

| | |
|---|---|
| **MILSTEIN, JACKSON, FAIRCHILD & WADE, LLP** | **GIEGER, LABORDE & LAPEROUSE, LLC** |

By:    /s/ *Mark Milstein*
    Mark Milstein
    mmilstein@mjfwlaw.com
    10250 Constellation Blvd., 14th Floor
    Los Angeles, CA 90067
    Phone: (310) 396-9600
    Fax: (310) 396-9635

By:    /s/ *Victoria E. Emmerling*
    Andrew A. Braun (LA #3415)
    abraun@glllaw.com
    Victoria E. Emmerling (LA #33117)
    temmerling@glllaw.com
    701 Poydras Street, Suite 4800
    New Orleans, Louisiana 70139-4800
    Phone: (504) 561-0400
    Fax: (504) 561-1011

*Attorneys for Morris Bart, L.L.C.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Memorandum in Support of Motion to Tax Court Reporter Fees as Costs* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 19th day of March, 2019.

                                       */s/ Jimmy R. Faircloth, Jr.*
                                             OF COUNSEL