**FAIRCLOTH MELTON SOBEL & BASH, LLC**
**CLIENT COST ACCOUNT**
105 YORKTOWN DR
ALEXANDRIA, LA 71303

RED RIVER BANK
ALEXANDRIA, LOUISIANA
MEMBER FDIC

8457
84-526/652
21

2/25/2019

PAY TO THE ORDER OF   Golkow Litigation Services      $ **23,346.51

Twenty-Three Thousand Three Hundred Forty-Six and 51/100************************************************************

DOLLARS

Golkow Litigation Services
One Liberty Place
1650 Market St., Ste. 5150
Philadelphia, PA 19103
Tax ID: 20-5543414
MEMO CDW/0116045

AUTHORIZED SIGNATURE

⑆008457⑆ ⑈065205264⑈ 254⑉530⑉9⑆

---

FAIRCLOTH, MELTON & SOBEL, LLC    CLIENT COST ACCOUNT                            8457

Golkow Litigation Services                        2/25/2019

| Invoice | Amount |
|---|---|
| inv. 253480, P. Garrett | 1,995.31 |
| inv. 256508, P. Garrett | 1,527.00 |
| inv. 257670, R. Herman | 4,836.20 |
| inv. 257984, R. Herman | 195.30 |
| inv. 258191, R. Herman | 2,122.00 |
| inv. 258378, A. Levin | 4,588.05 |
| inv. 258381, A. Levin | 2,075.00 |
| inv. 259691, S. Duggan | 1,840.00 |
| inv. 261461, S. Duggan | 4,167.65 |
| CDW/0116045 | |

Red River Client Cost    CDW/0116045                          23,346.51



**GOLKOW Litigation SERVICES**
Discovery | Depositions | Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

# STATEMENT

| Account No. | Date |
|---|---|
| C31003 | 2/5/2019 |

| Current | 30 Days | 60 Days |
|---|---|---|
| $0.00 | $0.00 | $0.00 |
| **90 Days** | **120 Days & Over** | **Total Due** |
| $0.00 | $23,346.51 | $23,346.51 |

Jimmy R. Faircloth, Jr., Esquire
Faircloth Melton & Keiser, LLC
301 Main Street
Suite 920
Baton Rouge, LA  70801

Page 1 of 1

| Invoice Date | Invoice No. | Balance | Job Date | Witness | Case Name |
|---|---|---|---|---|---|
| 1/28/2017 | 253480 | 1,995.31 | 12/14/2016 | Philip A. Garrett | Chinese Drywall |
| 1/30/2017 | 256508 | 1,527.00 | 12/14/2016 | Philip Garrett | Chinese Drywall |
| 2/27/2017 | 257670 | 4,836.20 | 1/24/2017 | Russ M. Herman | Chinese Drywall |
| 2/27/2017 | 257984 | 195.30 | 1/25/2017 | Russ M. Herman | Chinese Drywall |
| 2/27/2017 | 258191 | 2,122.00 | 1/24/2017 | Russ M. Herman | Chinese Drywall |
| 2/27/2017 | 258378 | 4,588.05 | 1/26/2017 | Arnold Levin | Chinese Drywall |
| 2/27/2017 | 258381 | 2,075.00 | 1/26/2017 | Arnold Levin | Chinese Drywall |
| 2/27/2017 | 259691 | 1,840.00 | 1/25/2017 | Sandra R. Duggan | Chinese Drywall |
| 2/27/2017 | 261461 | 4,167.65 | 1/25/2017 | Sandra L. Duggan | Chinese Drywall |

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Jimmy R. Faircloth, Jr., Esquire
Faircloth Melton & Keiser, LLC
301 Main Street
Suite 920
Baton Rouge, LA  70801

| | |
|---|---|
| Account No. | : C31003 |
| Date | : 2/5/2019 |
| **Total Due** | **: $23,346.51** |

Remit To:  **Golkow Litigation Services**
**One Liberty Place**
**1650 Market Street**
**Suite 5150**
**Philadelphia, PA  19103**

| PAYMENT WITH CREDIT CARD | AMEX MasterCard VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

# INVOICE



One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 253480 | 1/28/2017 | 145424 |
| Job Date | Case No. | |
| 12/14/2016 | | |
| Case Name | | |
| Chinese Drywall | | |
| Payment Terms | | |
| Due upon receipt | | |

Jimmy R. Faircloth, Jr., Esquire
Faircloth Melton & Keiser, LLC
301 Main Street
Suite 920
Baton Rouge, LA 70801

---

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

   Philip A. Garrett                                                                                              1,776.30
   Exhibits scanned                542.00 Pages @ 0.35    189.70
   Color Exhibits Scanned       8.00 Pages @ 0.45      3.60
   ASCII (.txt)                                                   0.00           0.00
   E-Transcript (.ptx - Emailed)
   Shipping and Handling                                              25.71       25.71

Ordered By : Ashley Brossett
                Faircloth Melton & Keiser, LLC
                105 Yorktown Drive
                Alexandria, LA 71303

**TOTAL DUE >>>      $1,995.31**

Location: New Orleans, LA
Thank you. Your business is appreciated.
Please contact Caroline Morvant with billing questions at 877.370.3377 or CMorvant@golkow.com

(-) Payments/Credits:      0.00
(+) Finance Charges/Debits:      0.00
(=) New Balance:      1,995.31

Tax ID: 20-5543414

*Please detach bottom portion and return with payment.*

---

Jimmy R. Faircloth, Jr., Esquire
Faircloth Melton & Keiser, LLC
301 Main Street
Suite 920
Baton Rouge, LA 70801

Job No. : 145424      BU ID : R-Main
Case No. :
Case Name : Chinese Drywall

Invoice No. : 253480      Invoice Date : 1/28/2017
**Total Due : $1,995.31**

Remit To:   Golkow Litigation Services
              One Liberty Place
              1650 Market Street
              Suite 5150
              Philadelphia, PA 19103

**PAYMENT WITH CREDIT CARD**      AMEX   MasterCard   VISA
Cardholder's Name:
Card Number:
Exp. Date:      Phone#:
Billing Address:
Zip:      Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:



# INVOICE

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103
877.370.3377

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 256508 | 1/30/2017 | 145423 |
| Job Date | Case No. | |
| 12/14/2016 | | |
| Case Name | | |
| Chinese Drywall | | |
| Payment Terms | | |
| Due upon receipt | | |

Jimmy R. Faircloth, Jr., Esquire
Faircloth Melton & Keiser, LLC
301 Main Street
Suite 920
Baton Rouge, LA  70801

| | | | | |
|---|---|---|---|---|
| Philip Garrett | | | | 0.00 |
| Video Services - First Two Hours | | | 295.00 | 295.00 |
| Additional hours of videotaping | 7.00 Hours | @ | 95.00 | 665.00 |
| Master Tapes - Mini-DV | 5.00 Tapes | @ | 25.00 | 125.00 |
| Capture of Master Tape to MPEG1 format. | 6.00 Hours | @ | 35.00 | 210.00 |
| DVD Sync with transcript text | 6.00 Hours | @ | 35.00 | 210.00 |
| Shipping and Handling | | | 22.00 | 22.00 |
| | **TOTAL DUE   >>>** | | | **$1,527.00** |

Ordered By   :   Ashley Brossett
Faircloth Melton & Keiser, LLC
105 Yorktown Drive
Alexandria, LA 71303

Location: New Orleans, LA
Thank you. Your business is appreciated.
Please contact Caroline Morvant with billing questions at 877.370.3377 or CMorvant@golkow.com

(-) Payments/Credits:    0.00
(+) Finance Charges/Debits:    0.00
(=) New Balance:    1,527.00

Tax ID: 20-5543414

*Please detach bottom portion and return with payment.*

Jimmy R. Faircloth, Jr., Esquire
Faircloth Melton & Keiser, LLC
301 Main Street
Suite 920
Baton Rouge, LA  70801

Job No.       : 145423          BU ID         : V-Main
Case No.    :
Case Name : Chinese Drywall

Invoice No.  : 256508          Invoice Date : 1/30/2017
Total Due    : $1,527.00

Remit To:   Golkow Litigation Services
One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA  19103

| PAYMENT WITH CREDIT CARD | AMEX  MasterCard  VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

# INVOICE



Golkow Litigation Services
One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103
877.370.3377

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 257670 | 2/27/2017 | 147906 |
| Job Date | Case No. | |
| 1/24/2017 | | |
| Case Name | | |
| Chinese Drywall | | |
| Payment Terms | | |
| Due upon receipt | | |

Jimmy R. Faircloth, Jr., Esquire
Faircloth Melton & Keiser, LLC
301 Main Street
Suite 920
Baton Rouge, LA  70801

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Russ M. Herman | 446.00 | @ | 4.65 | 2,073.90 |
| Daily Surcharge | | | | 2,073.90 |
| Exhibits scanned | 1,904.00 Pages | @ | 0.35 | 666.40 |
| ASCII (.txt) | | | 0.00 | 0.00 |
| Minuscript | | | 0.00 | 0.00 |
| E-Transcript (.ptx - Emailed) | | | 0.00 | 0.00 |
| Shipping and Handling | | | 22.00 | 22.00 |

TOTAL DUE >>>   $4,836.20

Location: New Orleans, LA
Thank you. Your business is appreciated.
Please contact Caroline Morvant with billing questions at 877.370.3377 or CMorvant@golkow.com

(-) Payments/Credits:   0.00
(+) Finance Charges/Debits:   0.00
(=) New Balance:   4,836.20

Tax ID: 20-5543414

*Please detach bottom portion and return with payment.*

Jimmy R. Faircloth, Jr., Esquire
Faircloth Melton & Keiser, LLC
301 Main Street
Suite 920
Baton Rouge, LA  70801

Job No.      : 147906          BU ID      : R-Main
Case No.    :
Case Name  : Chinese Drywall

Invoice No.  : 257670          Invoice Date  : 2/27/2017
Total Due    : $4,836.20

Remit To:  Golkow Litigation Services
One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA  19103

| PAYMENT WITH CREDIT CARD | AMEX MasterCard VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

# INVOICE



One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 257984 | 2/27/2017 | 147910 |
| Job Date | Case No. | |
| 1/25/2017 | | |
| Case Name | | |
| Chinese Drywall | | |
| Payment Terms | | |
| Due upon receipt | | |

Jimmy R. Faircloth, Jr., Esquire
Faircloth Melton & Keiser, LLC
301 Main Street
Suite 920
Baton Rouge, LA  70801

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Russ M. Herman | 21.00 | @ | 4.65 | 97.65 |
| Daily Surcharge | | | | 97.65 |
| ASCII (.txt) | | | 0.00 | 0.00 |
| Minuscript | | | 0.00 | 0.00 |
| E-Transcript (.ptx - Emailed) | | | 0.00 | 0.00 |

TOTAL DUE  >>>    $195.30

Location: New Orleans, LA
Thank you. Your business is appreciated.
Please contact Caroline Morvant with billing questions at 877.370.3377 or CMorvant@golkow.com

(-) Payments/Credits:    0.00
(+) Finance Charges/Debits:    0.00
(=) New Balance:    195.30

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Jimmy R. Faircloth, Jr., Esquire
Faircloth Melton & Keiser, LLC
301 Main Street
Suite 920
Baton Rouge, LA  70801

Job No.       : 147910            BU ID        : R-Main
Case No.      :
Case Name     : Chinese Drywall

Invoice No.   : 257984            Invoice Date : 2/27/2017
**Total Due** : **$195.30**

Remit To:  **Golkow Litigation Services**
**One Liberty Place**
**1650 Market Street**
**Suite 5150**
**Philadelphia, PA  19103**

| PAYMENT WITH CREDIT CARD | AMEX  MasterCard  VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 258191 | 2/27/2017 | 147904 |
| Job Date | Case No. | |
| 1/24/2017 | | |
| | Case Name | |
| Chinese Drywall | | |
| | Payment Terms | |
| Due upon receipt | | |

Golkow Litigation Services
One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103
877.370.3377

Discovery : Depositions : Trial

Jimmy R. Faircloth, Jr., Esquire
Faircloth Melton & Keiser, LLC
301 Main Street
Suite 920
Baton Rouge, LA 70801

| | | | | |
|---|---|---|---|---|
| Russ M. Herman | | | | |
| Video Services - First Two Hours | | | 295.00 | 295.00 |
| Additional hours of videotaping | 11.00 Hours | @ | 95.00 | 1,045.00 |
| Master Tapes - Mini-DV | 8.00 Tapes | @ | 25.00 | 200.00 |
| DVD Sync with transcript text | 8.00 Hours | @ | 35.00 | 280.00 |
| Capture of Master Tape to MPEG1 format. | 8.00 Hours | @ | 35.00 | 280.00 |
| Shipping and Handling | | | 22.00 | 22.00 |
| | | **TOTAL DUE >>>** | | **$2,122.00** |

Location: New Orleans, LA
Thank you. Your business is appreciated.
Please contact Caroline Morvant with billing questions at 877.370.3377 or CMorvant@golkow.com

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 2,122.00 |

Tax ID: 20-5543414

*Please detach bottom portion and return with payment.*

Jimmy R. Faircloth, Jr., Esquire
Faircloth Melton & Keiser, LLC
301 Main Street
Suite 920
Baton Rouge, LA 70801

Job No.       : 147904            BU ID        : V-Main
Case No.      :
Case Name     : Chinese Drywall

Invoice No.   : 258191            Invoice Date : 2/27/2017
Total Due     : $2,122.00

Remit To:   Golkow Litigation Services
            One Liberty Place
            1650 Market Street
            Suite 5150
            Philadelphia, PA 19103

**PAYMENT WITH CREDIT CARD**      AMEX  MasterCard  VISA
Cardholder's Name:
Card Number:
Exp. Date:                Phone#:
Billing Address:
Zip:                      Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:



**GOLKOW Litigation SERVICES**
Discovery : Depositions : Trial

One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 258378 | 2/27/2017 | 147914 |
| Job Date | Case No. | |
| 1/26/2017 | | |
| Case Name | | |
| Chinese Drywall | | |
| Payment Terms | | |
| Due upon receipt | | |

Jimmy R. Faircloth, Jr., Esquire
Faircloth Melton & Keiser, LLC
301 Main Street
Suite 920
Baton Rouge, LA 70801

| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
|---|---|---|---|---|---|
| Arnold Levin | 492.00 | | @ | 4.65 | 2,287.80 |
| Daily Surcharge | | | | | 2,287.80 |
| Exhibits scanned | 24.00 | Pages | @ | 0.35 | 8.40 |
| Color Exhibits Scanned | 9.00 | Pages | @ | 0.45 | 4.05 |
| ASCII (.txt) | | | | 0.00 | 0.00 |
| Minuscript | | | | 0.00 | 0.00 |
| E-Transcript (.ptx - Emailed) | | | | 0.00 | 0.00 |
| | | | TOTAL DUE >>> | | $4,588.05 |

Location: New Orleans, LA
Thank you. Your business is appreciated.
Please contact Caroline Morvant with billing questions at 877.370.3377 or CMorvant@golkow.com

| (-) Payments/Credits: | 0.00 |
|---|---|
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 4,588.05 |

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Jimmy R. Faircloth, Jr., Esquire
Faircloth Melton & Keiser, LLC
301 Main Street
Suite 920
Baton Rouge, LA 70801

Job No.      : 147914      BU ID       : R-Main
Case No.     :
Case Name    : Chinese Drywall

Invoice No.  : 258378      Invoice Date : 2/27/2017
**Total Due** : **$4,588.05**

Remit To: **Golkow Litigation Services**
**One Liberty Place**
**1650 Market Street**
**Suite 5150**
**Philadelphia, PA 19103**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA
Cardholder's Name:
Card Number:
Exp. Date:                Phone#:
Billing Address:
Zip:             Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

# INVOICE



One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 258381 | 2/27/2017 | 147911 |
| Job Date | Case No. | |
| 1/26/2017 | | |
| Case Name | | |
| Chinese Drywall | | |
| Payment Terms | | |
| Due upon receipt | | |

Jimmy R. Faircloth, Jr., Esquire
Faircloth Melton & Keiser, LLC
301 Main Street
Suite 920
Baton Rouge, LA  70801

Arnold Levin

| | | | | |
|---|---|---|---|---|
| Video Services - First Two Hours | | | 295.00 | 295.00 |
| Additional hours of videotaping | 11.00 Hours | @ | 95.00 | 1,045.00 |
| Master Tapes - Mini-DV | 7.00 Tapes | @ | 25.00 | 175.00 |
| Capture of Master Tape to MPEG1 format. | 8.00 Hours | @ | 35.00 | 280.00 |
| DVD Sync with transcript text | 8.00 Hours | @ | 35.00 | 280.00 |
| **TOTAL DUE >>>** | | | | **$2,075.00** |

Location: New Orleans, LA
Thank you. Your business is appreciated.
Please contact Caroline Morvant with billing questions at 877.370.3377 or CMorvant@golkow.com

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 2,075.00 |

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Jimmy R. Faircloth, Jr., Esquire
Faircloth Melton & Keiser, LLC
301 Main Street
Suite 920
Baton Rouge, LA  70801

Job No.      : 147911          BU ID       : V-Main
Case No.     :
Case Name    : Chinese Drywall

Invoice No.  : 258381          Invoice Date : 2/27/2017
Total Due    : $2,075.00

Remit To:   **Golkow Litigation Services**
            **One Liberty Place**
            **1650 Market Street**
            **Suite 5150**
            **Philadelphia, PA  19103**

**PAYMENT WITH CREDIT CARD**                AMEX  MasterCard  VISA
Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

# INVOICE



One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 259691 | 2/27/2017 | 147907 |
| **Job Date** | **Case No.** | |
| 1/25/2017 | | |
| **Case Name** | | |
| Chinese Drywall | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Jimmy R. Faircloth, Jr., Esquire
Faircloth Melton & Keiser, LLC
301 Main Street
Suite 920
Baton Rouge, LA  70801

Sandra R. Duggan

| | | | | |
|---|---|---|---|---|
| Video Services - First Two Hours | | | 295.00 | 295.00 |
| Additional hours of videotaping | 9.00 Hours | @ | 95.00 | 855.00 |
| Master Tapes - Mini-DV | 8.00 Tapes | @ | 25.00 | 200.00 |
| Capture of Master Tape to MPEG1 format. | 7.00 Hours | @ | 35.00 | 245.00 |
| DVD Sync with transcript text | 7.00 Hours | @ | 35.00 | 245.00 |
| **TOTAL DUE >>>** | | | | **$1,840.00** |

Location: New Orleans, LA
Thank you. Your business is appreciated.
Please contact Caroline Morvant with billing questions at 877.370.3377 or CMorvant@golkow.com

| (-) Payments/Credits: | 0.00 |
|---|---|
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 1,840.00 |

Tax ID: 20-5543414

*Please detach bottom portion and return with payment.*

Jimmy R. Faircloth, Jr., Esquire
Faircloth Melton & Keiser, LLC
301 Main Street
Suite 920
Baton Rouge, LA  70801

| Job No. | : 147907 | BU ID | : V-Main |
|---|---|---|---|
| Case No. | : | | |
| Case Name | : Chinese Drywall | | |
| Invoice No. | : 259691 | Invoice Date | : 2/27/2017 |
| **Total Due** | : **$1,840.00** | | |

Remit To: **Golkow Litigation Services**
**One Liberty Place**
**1650 Market Street**
**Suite 5150**
**Philadelphia, PA  19103**

| PAYMENT WITH CREDIT CARD | AMEX  MasterCard  VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

# INVOICE



One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103

877.370.3377

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 261461 | 2/27/2017 | 147910 |
| Job Date | Case No. | |
| 1/25/2017 | | |

| Case Name |
|---|
| Chinese Drywall |

| Payment Terms |
|---|
| Due upon receipt |

Jimmy R. Faircloth, Jr., Esquire
Faircloth Melton & Keiser, LLC
301 Main Street
Suite 920
Baton Rouge, LA  70801

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Sandra L. Duggan | 420.00 | @ | 4.65 | 1,953.00 |
| Daily Surcharge | | | | 1,953.00 |
| Exhibits scanned | 538.00 Pages | @ | 0.35 | 188.30 |
| Color Exhibits Scanned | 163.00 Pages | @ | 0.45 | 73.35 |
| ASCII (.txt) | | | 0.00 | 0.00 |
| Minuscript | | | 0.00 | 0.00 |
| E-Transcript (.ptx - Emailed) | | | 0.00 | 0.00 |

TOTAL DUE >>>   $4,167.65

Location: New Orleans, LA
Thank you. Your business is appreciated.
Please contact Caroline Morvant with billing questions at 877.370.3377 or CMorvant@golkow.com

(-) Payments/Credits:     0.00
(+) Finance Charges/Debits:     0.00
(=) New Balance:     4,167.65

Tax ID: 20-5543414

*Please detach bottom portion and return with payment.*

Jimmy R. Faircloth, Jr., Esquire
Faircloth Melton & Keiser, LLC
301 Main Street
Suite 920
Baton Rouge, LA  70801

Job No.      : 147910
Case No.     :
Case Name    : Chinese Drywall

Invoice No.  : 261461         Invoice Date  : 2/27/2017
Total Due    : $4,167.65

Remit To:   Golkow Litigation Services
            One Liberty Place
            1650 Market Street
            Suite 5150
            Philadelphia, PA  19103

**PAYMENT WITH CREDIT CARD**              AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                 Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email: