**VAL PATRICK EXNICIOS**
ATTORNEY AT LAW
OPERATING ACCOUNT

WHITNEY BANK
84-015/654

15060

6/22/2017

PAY TO THE ORDER OF: Professional Shorthand Reporters      $*4,803.70

Four Thousand Eight Hundred Three and 70/100************************************************************************** DOLLARS

Professional Shorthand Reporters

MEMO Inv.#181939 & 181937

⑈015060⑈ ⑆065400153⑆ 710232144⑈

---

15060

Professional Shorthand Reporters          6/22/2017
Case Cost:Deposition     CDW Hearing                4,803.70


Whitney Operating   Inv:#181939 & 181937                    4,803.70

---

15060

Professional Shorthand Reporters          6/22/2017
Case Cost:Deposition     CDW Hearing                4,803.70


Whitney Operating   Inv:#181939 & 181937                    4,803.70

PAYMENT RECORD

Rev 3/11

# INVOICE



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
1-800-536-5255

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 181939 | 6/15/2017 | 91393 |
| Job Date | Case No. | |
| 6/1/2017 | 2047 | |

| Case Name |
|---|
| In Re: Chinese-Manufactured Drywall Products Liability Litigation |

| Payment Terms |
|---|
| Net 30 |

Exnicios, Val Patrick
Liska, Exnicios & Nungesser
1515 Poydras St., Ste. 1400
New Orleans LA  70112

ORIGINAL TRANSCRIPT OF:
  Fee Hearing - Day 2                                                   2,648.10

                                              TOTAL DUE  >>>         $2,648.10

Original was shipped to Daniel Balhoff, Esq.

**Tax ID:** 72-1177884                                        Phone: (504) 410-9937   Fax:

*Please detach bottom portion and return with payment.*

---

Exnicios, Val Patrick
Liska, Exnicios & Nungesser
1515 Poydras St., Ste. 1400
New Orleans LA  70112

Invoice No.  : 181939
Invoice Date : 6/15/2017
**Total Due**   : **$ 2,648.10**

Remit To: **Professional Shorthand Reporters, Inc.**
          **601  Poydras Street**
          **Suite 1615**
          **New Orleans LA  70130**

Job No.    : 91393
BU ID      : 1-REP
Case No.   : 2047
Case Name  : In Re: Chinese-Manufactured Drywall
             Products Liability Litigation

# I N V O I C E



**PROFESSIONAL SHORTHAND REPORTERS, INC.**
New Orleans (504) 529-5255
Baton Rouge (225) 924-3488
1-800-536-5255

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 181937 | 6/15/2017 | 91226 |
| Job Date | Case No. | |
| 5/31/2017 | 2047 | |
| Case Name | | |
| In Re: Chinese-Manufactured Drywall Products Liability Litigation | | |
| Payment Terms | | |
| Net 30 | | |

Exnicios, Val Patrick
Liska, Exnicios & Nungesser
1515 Poydras St., Ste. 1400
New Orleans LA  70112

ORIGINAL TRANSCRIPT OF:
  Fee Hearing - Day 1                                                                       2,155.60

                                                        **TOTAL DUE  >>>**         **$2,155.60**

Original was shipped Daniel Balhoff, Esq.

**Tax ID:** 72-1177884                                                    Phone: (504) 410-9937   Fax:

*Please detach bottom portion and return with payment.*

Exnicios, Val Patrick
Liska, Exnicios & Nungesser
1515 Poydras St., Ste. 1400
New Orleans LA  70112

Invoice No.    :  181937
Invoice Date   :  6/15/2017
**Total Due**  :  **$ 2,155.60**

Remit To:  **Professional Shorthand Reporters, Inc.**
           **601  Poydras Street**
           **Suite 1615**
           **New Orleans LA  70130**

Job No.     :  91226
BU ID       :  1-REP
Case No.    :  2047
Case Name   :  In Re: Chinese-Manufactured Drywall
               Products Liability Litigation