# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *ALL CASES* | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that the *Motion to Tax Court Reporter Fees as Costs* is submitted for hearing on April 3, 2019, at 9:00 a.m. before the Honorable Eldon E. Fallon, United States District Court, Eastern District of Louisiana, in accordance with the Local Rules.

Respectfully submitted:

| | |
|---|---|
| **FAIRCLOTH MELTON SOBEL & BASH, LLC** | **BARON & BUDD, P.C.** |
| By:   /s/ *Jimmy R. Faircloth, Jr.*<br>Jimmy R. Faircloth, Jr. (Objectors' Co-Liaison Counsel) (LA #20645)<br>jfaircloth@fairclothlaw.com<br>Brook L. Villa (LA #31988)<br>bvilla@fairclothlaw.com<br>Franklin "Drew" Hoffmann (LA #35824)<br>dhoffmann@fairclothlaw.com<br>9026 Jefferson Highway<br>Building 2, Suite 200<br>Baton Rouge, LA 70809<br>Phone: (225) 343-9535<br>Fax: (225) 343-9538<br><br>*Attorneys for Parker Waichman LLP* | By:   /s/ *Russell W. Budd*<br>Russell W. Budd (TX #03312400)<br>rbudd@baronbudd.com<br>S. Ann Saucer (TX #00797885; LA #21368)<br>asaucer@baronbudd.com<br>3102 Oak Lawn Avenue, Suite 1100<br>Dallas, TX 75219<br>Phone: 214-521-3605<br>Fax: 214-520-1181 |
| **MILSTEIN, JACKSON, FAIRCHILD & WADE, LLP** | **GIEGER, LABORDE & LAPEROUSE, LLC** |
| By:   /s/ *Mark Milstein*<br>Mark Milstein<br>mmilstein@mjfwlaw.com | By:   /s/ *Victoria E. Emmerling*<br>Andrew A. Braun (LA #3415)<br>abraun@glllaw.com |

1

| | |
|---|---|
| 10250 Constellation Blvd., 14th Floor | Victoria E. Emmerling (LA #33117) |
| Los Angeles, CA 90067 | temmerling@glllaw.com |
| Phone: (310) 396-9600 | 701 Poydras Street, Suite 4800 |
| Fax: (310) 396-9635 | New Orleans, Louisiana 70139-4800 |
| | Phone: (504) 561-0400 |
| | Fax: (504) 561-1011 |

*Attorneys for Morris Bart, L.L.C.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Submission has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 19th day of March, 2019.

*/s/ Jimmy R. Faircloth, Jr.*
OF COUNSEL

2