# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: Chinese Manufactured Drywall Products Liability Litigation** | **MDL 09-md-2047** |
| | **SECTION "L"** |
| *This Document Relates to: All Cases* | **JUDGE ELDON E. FALLON** |
| | **MAGISTRATE JOHN C. WILKINSON, JR.** |

## EX-PARTE MOTION TO CONTINUE

**NOW INTO COURT**, through undersigned counsel, come the Knauf Defendants[1], who respectfully move this Honorable Court to continue the hearing of the Motion to Dismiss Claimants (Rec. Doc. 22107) currently set for March 26, 2019.[2]  In support of their motion, the Knauf Defendants would show as follows:

All or most Plaintiffs filed Plaintiff Fact Sheets on or about February 18, 2019, the deadline for submissions.  The Knauf Defendants seek a continuance of the present submission date so that it may complete its review of the Plaintiff Fact Sheets.

The undersigned has contacted counsel for the Plaintiffs and he has no objection to the continuance.

---

[1] The Knauf Defendants include Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Plasterboard (Wuhu) Co., Ltd., Guangdong Knauf New Building Material Products Co., Ltd., Knauf Gips KG, Gebr. Knauf Verwaltungsgesellschaft KG, Knauf International GmbH, Knauf Insulation GmbH, Knauf UK GmbH, Knauf AMF GmbH & Co. KG, Knauf do Brasil Ltda., and PT Knauf Gypsum Indonesia.

[2] *See* Order (Rec. Doc. 22109) that Plaintiffs show cause on March 26, 2019, at 9:00 a.m. why their claims should not be dismissed with prejudice.

**WHEREFORE**, the Knauf Defendants respectfully request this Honorable Court to continue the March 26, 2019 hearing date of its Motion to Dismiss.

    Respectfully submitted,

**FISHMAN HAYGOOD, LLP**

*/s/ Kerry J. Miller*
 
**KERRY J. MILLER (#24562), T.A.**
**PAUL C. THIBODEAUX (#29446)**
**DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, 46th Floor
New Orleans, LA 70170
Telephone:    (504) 556-5549
Facsimile:    (504) 301-0275
Email:  kmiller@fishmanhaygood.com
Email:  pthibodeaux@fishmanhaygood.com
Email:  ddysart@fishmanhaygood.com

*Counsel for the Knauf Defendants*

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, and to all parties by electronically uploading the same to File and Serve Express in accordance with Pre-Trial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana, on this the 19th day of March, 2019.

    */s/ Kerry J. Miller*
    **KERRY J. MILLER**