UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: Chinese Manufactured Drywall Products Liability Litigation** <br><br> *This Document Relates to:* <br> *All Cases* | MDL 09-md-2047 <br><br> SECTION "L" <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JOHN C. WILKINSON, JR. |

**O R D E R**

Considering the above and foregoing Motion to Continue;

**IT IS HEREBY ORDERED** that the Motion is granted. The hearing of the Knauf Defendants' Motion to Dismiss is hereby continued to the _____ day of _____, 2019, at 9:00 a.m.

New Orleans, Louisiana, this _____ day of _____, 2019.

                                                                                                          HONORABLE ELDON E. FALLON