UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION                                           MDL NO. 2047

SECTION: "L" (5)

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## NOTICE OF SUBMISSION

Please take notice that, upon the pleadings and other matters of record, the undersigned will move the Court before the honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, Room C456, United States Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130, on April 17, 2019 at 9:00 a.m., or as soon thereafter as counsel can be heard, for an order on McCallum, Hoaglund, Cook & Irby, LLP and Gentle, Turner, Sexton & Harbison Motion for Disbursement of Individually Retained Counsels' Fees and for such other and further relief as the Court may deem just and appropriate.

Respectfully submitted,

Dated:  March 20, 2019

/s/ Eric D. Hoaglund_____
McCallum, Hoaglund, Cook & Irby, LLP
905 Montgomery Highway,   Suite 201
Vestavia Hills, Alabama  35216
Telephone:  (205)824-7767
Facsimile:  (205)824-7768
Email:  ehoaglund@mhcilaw.com

/s/ K. Edward Sexton, II_____
Gentle, Turner, Sexton & Harbison, LLC
501 Riverchase Parkway East, Suite 100
Hoover, Alabama 35244
Telephone:  (205) 716-3000
Facsimile: (205) 716-3010
Email:  esexton@gtandslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2019 the above and foregoing pleading has been served upon all parties by electronically uploading the same to LexisNexis File & Serve and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

/s/ Eric D. Hoaglund_____
Eric D. Hoaglund
McCallum, Hoaglund, Cook & Irby, LLP
905 Montgomery Highway
Suite 201
Vestavia Hills, Alabama  35216
Telephone:  (205)824-7767
Facsimile:  (205)824-7768
Email:  ehoaglund@mhcilaw.com