UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION                                    MDL NO. 2047

SECTION: "L" (5)

*************************************************************************

**McCALLUM, HOAGLUND, COOK & IRBY, LLC AND GENTLE, TURNER, SEXTON & HARBISON'S REPLY TO KRUPNICK CAMPBELL MALONE ET AL.'S MOTION FOR IMMEDIATE DISBURSEMENT OF ATTORNEYS' FEES PURSUANT TO FINAL JUDGMENT**

COME NOW McCallum, Hoaglund, Cook & Irby, LLP and Gentle, Turner, Sexton & Harbison (hereafter collectively referred to as "Hoaglund/Sexton") and in response to Krupnick Campbell Malone's Motion for Immediate Disbursement of Attorneys' Fees Pursuant to Final Judgment states as follows:

Hoaglund/Sexton agree with the need for a disbursement of the individually retained counsel fees in accordance with its Motion and Memorandum for Disbursement of Individually Retained Counsels' Fees filed on March 14, 2019 [Doc. 22151] and attached hereto.  As such, Hoaglund/Sexton request this Court to order a disbursement of individually retained counsel fees as set forth in its previously filed motion.

Respectfully submitted,

Dated:  March 20, 2019              /s/ Eric D. Hoaglund
                                    Eric D. Hoaglund
                                    McCallum, Hoaglund, Cook & Irby, LLP
                                    905 Montgomery Highway
                                    Suite 201
                                    Vestavia Hills, Alabama  35216
                                    Telephone:  (205)824-7767
                                    Facsimile:  (205)824-7768
                                    Email:  ehoaglund@mhcilaw.com

/s/ K. Edward Sexton, II
K. Edward Sexton, II
Gentle, Turner, Sexton & Harbison, LLC
501 Riverchase Parkway East, Suite 100
Hoover, Alabama 35244
Telephone:  (205) 716-3000
Facsimile: (205) 716-3010
Email:  esexton@gtandslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2019 the above and foregoing pleading has been served upon all parties by electronically uploading the same to LexisNexis File & Serve and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

/s/ Eric D. Hoaglund
Eric D. Hoaglund
McCallum, Hoaglund, Cook & Irby, LLP
905 Montgomery Highway
Suite 201
Vestavia Hills, Alabama  35216
Telephone:  (205)824-7767
Facsimile:  (205)824-7768
Email:  ehoaglund@mhcilaw.com

2