IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | |

**CLASS COUNSEL'S REPLY BRIEF IN SUPPORT OF
RULE 23(d) MOTION TO PROTECT THE *AMORIN* CLASS**

In light of the Transferor Court's finding that the proposed Taishan settlement with a subset of the *Amorin* Class "does not comply with the requirements for a class action settlement because it does not provide adequate notice to all affected parties nor does it allow adequate time for the Court to review the terms of the agreement for fairness," and the accompanying Order (i) striking the Joint Notice of Settlement Agreement, (ii) staying execution of the proposed Taishan settlement, and (iii) requiring that the Settling Parties file their Settlement Agreement under seal by Friday, March 22, 2019, so that the Court can have an opportunity to review the Settlement Agreement and set a plan to determine procedures for Class notice and a hearing to determine the Settlement Agreement's fairness,[1] Plaintiffs submit the following:

1. Joint Notice Counsel's Motion to Lift PTO 32 for Settlement of Individual Claims on Remand with Voluntary Holdback for Future Fee Allocation (Rec. Doc. 22126) is moot; and

---

[1] *See Amorin v. Taishan Gypsum Co., Ltd.*, Case No.: 1:11-cv-22408-MGC, Order Striking Joint Notice of Settlement Agreement (S.D. Fla. Mar. 19, 2019) [ECF No. 196] (attached hereto as Exhibit "A").

1

2. Class Counsel's Rule 23(d) Motion to Protect the *Amorin* Class (Rec. Doc. 22135) should be stayed pending further determinations to made by Judge Cooke. To the extent any further proceedings regarding the Settlement Agreement are to be completed in this forum, Class Counsel understand that the matters should be coordinated with Judge Cooke.

WHEREFORE, for the reasons set forth above, the Class Counsel's Rule 23(d) Motion to Protect the *Amorin* Class should be held in abeyance pending the coordination of proceedings with the Honorable Marcia G. Cooke.

Respectfully submitted,

Dated:  March 20, 2019

By: */s/ Russ M. Herman*
Russ M. Herman (Bar No. 6819) (on the brief)
Leonard A. Davis (Bar No. 14190) (on the brief)
Stephen J. Herman (Bar No. 23129) (on the brief)
Charles King (Bar No.34621) (on the brief)
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
RHerman@hhklawfim.com
*Plaintiffs' Liaison Counsel MDL 2047 and Class Counsel*

Arnold Levin (on the brief)
Fred S. Longer (on the brief)
Sandra L. Duggan (on the brief)
Keith Verrier (on the brief)
Levin Sedran & Berman LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (2115) 592-1500
Fax: (215) 592-4663
alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047 and Class Counsel*

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, which will serve a notice of the uploading in accordance with the procedures established in MDL 2047, on this 20th day of March, 2019.

                                             <u>/s/ Leonard A. Davis</u>
                                             Leonard A. Davis
                                             HERMAN, HERMAN & KATZ, LLC
                                             820 O'Keefe Avenue
                                             New Orleans, Louisiana 70113
                                             Phone: (504) 581-4892
                                             Fax: (504) 561-6024
                                             Ldavis@hhklawfirm.com
                                             *Plaintiffs' Liaison Counsel MDL 2047 and*
                                             *Class Counsel*