# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 11-22408-CIV-COOKE/GOODMAN**

EDUARDO AND CARMEN AMORIN, *et al.*,
individually and on behalf of all others similarly
situated,

    Plaintiffs,

vs.

TAISHAN GYPSUM CO., LTD. f/k/a SHANDONG
TAIHE DONGXIN CO., LTD, *et al.*,

    Defendant.
_____/

**ORDER STRIKING JOINT NOTICE OF SETTLEMENT AGREEMENT**

THIS MATTER comes before the Court on a Joint Notice of Settlement Agreement (ECF No. 187-2) filed by Plaintiffs' counsel Parker Waichman LLP; Milstein, Jackson, Fairchild & Wade, LLP; Whitfield, Bryson, & Mason LLP; Mracheck, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A.; and Defendant Taishan[1] (collectively, the "Settling Parties"). The Court has reviewed the Joint Notice of Settlement and finds that it does not comply with the requirements for a class action settlement because it does not provide adequate notice to all affected parties nor does it allow adequate time for the Court to review the terms of the agreement for fairness. *See* Fed. R. Civ. P. 23(e); *see also Bennett v. Behring Corp.*, 737 F.2d 982, 985-86 (11th Cir. 1984) (stating "a settlement or compromise of a class action be approved by the district court…the district court must find that it is fair, adequate, and reasonable and is not the product of collusion between the parties").

Courts have a duty to review a settlement and must ensure that settling class members have enough information to determine "1) whether to accept the offer to settle, 2) the effects of settling, and 3) the available avenues for pursuing his claim if he does not

---

[1] Taishan includes Taishan Gypsum Co. Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd. and Taian Taishan Plasterboard Co. Ltd.

1

settle." *In re Gen. Motors Corp. Engine Interchange Litig.*, 594 F.2d 1106, 1139 (7th Cir. 1979). This duty exists irrespective of whether the purported settlement covers individual claims or the entire class. *Id.*; *see also Ault v. Walt Disney World Co.*, 692 F.3d 1212, 1217 (11th Cir. 2012) (noting "class actions can **only** be settled with the approval of the court") (emphasis added).

Accordingly, the Court **ORDERS and ADJUGES** as follows:

- The Court **STRIKES** the Joint Notice of Settlement Agreement and **STAYS** execution of the settlement agreement until further order of the Court (ECF No. 187-2).
- The Settling Parties must file under seal their settlement agreement by **Friday, March 22, 2019**.
- After reviewing the settlement agreement, the Court will determine procedures for notice and will set a hearing to determine the agreement's fairness.

**DONE and ORDERED** in chambers, Miami, Florida, this 19th day of March 2019.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Tiffani G. Lee, Special Master*
*Counsel of record*

2