UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS
LIABILITY LITIGATION

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:

*ALL CASES*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## OPPOSITION BY ANDERSON KILL, P.C. TO KRUPNICK CAMPBELL MALONE'S MOTION FOR IMMEDIATE DISBURSEMENT OF ATTORNEY'S FEES PURSUANT TO FINAL JUDGMENT

The undersigned law firm, Anderson Kill, PC, respectfully opposes Krupnick Campbell Malone's Motion for Immediate Disbursement of Attorneys' Fees Pursuant to Final Judgment [Doc. 22130].

I. IMMEDIATE DISBURSEMENTS OF ALL ATTORNEYS' FEES WOULD CAUSE GREAT HARDSHIP ON THE COURT AND ALL COUNSEL SHOULD ANY OF THE SEVERAL APPEALS BE SUCCESSFUL IN ANY WAY AND A CLAWBACK BECOME NECESSARY.

Immediate disbursement of all attorneys' fees to all counsel would result in great hardship to the Court and to all counsel should any of the several appeals be successful in any way and a clawback become necessary.

Once all funds are disbursed, should any adjustment become necessary following the final and full resolution of the several separate appeals taken, a clawback would create a great burden on this Court, on the law firms having to return funds distributed, and on the law firms

1

which may not be made whole consistent with any future appellate decision because the funds already distributed cannot be returned for one reason or another.

The United States Court of Appeals for the Fifth Circuit has questioned the efficacy of the clawback of proceeds already distributed in certain circumstances. *See generally SEC v. Resource Dev. Int'l. LLC*, 487 F.3d 295, 382 (5th Cir. 2007), *Warfield v. Byron*, 436 F.3d 551, 558 (5th Cir. 2006).

II. SHOULD THE COURT BE INCLINED TO PERMIT DISBURSEMENT OF FEES, 20% OF FEES SHOULD BE HELD BACK PENDING RESOLUTION OF THE SEVERAL SEPARATE APPEALS TAKEN.

To avoid the burden imposed on this Court and law firms, and the potential future unavailability of funds once disbursed, we respectfully ask the Court to hold back 20% of fees awarded. Should any of the several separate appeals be successful and a reallocation result, funds already will be available potentially to accommodate such a reallocation. In this way, law firms would get 100% of their disbursements awarded and four fifths (80%) of fees awarded by the Court and the parties will have avoided the logistical burden and uncertainty of a clawback.

III. ALLEGED WAIVER OF APPELLATE RIGHTS

Although not directly pertinent to the request to distribute all attorney's fees and expenses immediately, and instead more pertinent to a potential motion in the United States Court of Appeals to strike the several separate appeals taken, the argument that all those appealing have waived all their appellate rights is incorrect.

First, the law firm of Anderson Kill, P.C., an appellant, was not a party in the actions settled. The law firm of Anderson Kill, P.C. waived nothing.

2

Second, the language cited for waiver does not provide the broad bar alleged. The language cited can be read to apply only to "such determination."

Third, waivers of rights in class actions have been criticized and overturned by federal appellate courts due to due process concerns. *See generally*, *Morris v. Ernst & Young LLP*, 834 F.3d 975 (9th Cir. 2016), *Lewis v. Epic Systems Corp.*, (7th Cir. 2016), 823 F.3d 1147.

Therefore, the Undersigned respectfully requests that this Court **DENY** Krupnick Campbell Malone's Motion for Immediate Disbursement of Attorneys' Fees Pursuant to this Court's Final Judgment [Doc. 22130].

Dated: March 20, 2019          Respectfully submitted,

                            /s/ Robert M. Horkovich

                            Robert M. Horkovich
                            State Bar No. 1679778
                            Anderson Kill P.C.
                            1251 Avenue of the Americas
                            New York, New York 10020
                            P: 212-278-1000
                            F: 212-278-1733
                            rhorkovich@andersonkill.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing OPPOSITION BY ANDERSON KILL P.C. TO KRUPNICK CAMPBELL MALONE'S MOTION FOR IMMEDIATE DISBURSEMENTS OF ATTORNEY'S FEES PURSUANT TO FINAL JUDGMENT has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendant's Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

Dated: March 20, 2019

/s/ Robert M. Horkovich