UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br>*Paul Beane, et al v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>**Case Number 2:13-cv-00609 (E.D.La.)** | |

**ORDER**

IT IS HEREBY ORDERED:

That hearing on the Objection filed by Plaintiff Guilfort Dieuvil, be hereby is continued from March 26, 2019 and rescheduled for April 23, 2019, immediately following the Court's monthly status conference.

New Orleans, Louisiana on this 19th day of March, 2019.

_____
JUDGE