UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

Before the Court is a Motion to Lift PTO 32 for Settlement of Individual Claims on Remand with Voluntary Holdback for Future Fee Allocation (the "Settlement Motion") filed by Parker Waichman LLP, Milstein, Jackson, Fairchild & Wade LLP, Whitfield, Bryson & Mason LLP, and Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss P.A. (the "Settling Plaintiffs"). R. Doc. 22126. On March 8, 2019, Class Counsel filed a Rule 23 Motion to Protect the *Amorin* Class, R. Doc. 22135, wherein Class Counsel opposes the Settlement Motion.

Meanwhile, the Settling Plaintiffs filed the settlement agreement in the form of notice pleading before the Honorable Marcia G. Cooke. *Amorin v. Taishan Gypsum Co., Ltd.*, No. 11-22408, R. Doc. 187 (S.D. Fla. Mar. 7, 2019). Thereafter, on March 19, 2019, Judge Cooke issued an order striking the notice pleading, notifying the parties that "the Court would determine procedures for notice and will set a hearing to determine the agreement's fairness" after reviewing the settlement agreement, which Judge Cooke ordered the Settling Parties to file under seal by Friday, March 22, 2019. No. 11-22408, R. Doc. 196 (S.D. Fla. Mar. 19, 2019).

As a result of Judge Cooke's order, this Court will deny both the Settling Plaintiffs' Motion to Lift PTO 32, R. Doc. 22126, and Class Counsel's Motion to Protect the *Amorin* Class, R. Doc. 22135, without prejudice as premature. Although the Court will deny these motions as premature,

1

the Court reminds the parties that Pre-Trial Order 32, R. Doc. 21328, remains in full force and effect. Therefore, all plaintiffs and their attorneys who, either agree or have agreed—for a monetary consideration—to settle, compromise, dismiss, or reduce the amount of a claim or, with or without trial, recover a judgment for monetary damages or other monetary relief, including such compensatory and punitive damages, with respect to a Chinese drywall claim that has been remanded, must, upon any settlement, compromise, or judgment for monetary damages or other monetary relief, inform the Court within three (3) days of such event. The Court also emphasizes that Defendants *shall not furnish any payment*—to either plaintiff(s) or attorney(s)—until this Court confers with the transferor court regarding proper procedures to allocate a fair and equitable division among plaintiff(s), individually retained counsel, and common benefit counsel.

Accordingly;

**IT IS ORDERED** that Parker Waichman LLP, Milstein, Jackson, Fairchild & Wade LLP, Whitfield, Bryson & Mason LLP, and Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss P.A.'s Motion to Lift PTO 32, R. Doc. 22126, and Class Counsel's Motion to Protect the *Amorin* Class, R. Doc. 22135, be and hereby are **DENIED** without prejudice as premature.

New Orleans, Louisiana, this 20th day of March, 2019.

_____
UNITED STATES DISTRICT JUDGE