# EXHIBIT A

Revised 12/7/11 8:21 AM

# SUMMARY OF PROPOSED CLASS ACTION SETTLEMENT AGREEMENT BETWEEN THE PSC AND THE KNAUF DEFENDANTS RESOLVING KPT CHINESE DRYWALL CLAIMS

## I. OVERVIEW

are all Knauf homes covered a one KPT?

### A. Settlement Class

1. Claims against the Knauf Defendants are resolved on a class action basis.

2. A Rule 23(b)(3) opt out settlement class is created.

### B. General Structure.

1. The Agreement creates two funds from which Class Members may recover:

CONFIDENTIAL
Do Not Disclose

a) **Remediation Fund (Uncapped)** – to pay costs of remediation, self remediation, cash out options, and administration expenses initially funded by Knauf at $200 million to be supplemented as specified.

b) **Other Loss Fund (Capped)** - to reimburse for certain provable economic loss and potential personal injury claims, as well as the administrative expenses of the Other Loss Fund, initially funded by Knauf at a $30 million cap and to be supplemented by another class settlement. There will be no spill over from this fund to the Remediation Fund. Any remainder may be used to cover any shortfall in claimant attorney's and costs or other mutually agreeable uses.

2. The Agreement includes a provision for Knauf to pay $160 million to cover all contract and common benefit fees and costs of the PSC and individual class members' counsel for contract work on behalf of their client class members and other lawyers who did common benefit work. Litigating non-MDL lawyers may recover a portion of certain litigation costs. It is contemplated that the costs will be generally limited to the cost of inspections on behalf of class members. The attorney's fee and costs fund will be supplemented by contributions to common benefit and common costs by the four (4) other class action funds. The $160 million Knauf fee includes all attorney's fees and costs due from Knauf. Upon the signing of the Knauf class action settlement agreement by Knauf's legal representative and liaison and lead counsel for the PSC, Knauf will, within fourteen (14) days thereafter, deposit $6 million (non-refundable) to the litigation shared cost assessment account of the PSC. In the event that the settlement is not ultimately approved, the advance will be credited against fees and costs under the Pilot Program. Judge Fallon shall make all determinations after seeking consultation with appropriate state judges.

No Right Drywall

I assent and approve the Proposed Class Action Settlement Agreement Between The PSC and Knauf Defendants Resolving KPT Chinese Drywall Claims

Signature

Name: Jerrold Parker
Firm: Parker Waichman Alonso
Date: December 7, 2011