# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *ALL CASES* | MAG. JUDGE WILKINSON |

*************************************************************************

## MOTION FOR LEAVE TO EXCEED PAGE LIMITATION

Comes now, the undersigned counsel, who respectfully submits that Yance Law Firm LLC's Reply Memorandum in Support of Motion for Award of Attorney Fees on Interest Earned is 14 pages and exceeds the page limitation allowed by this Court by 4 pages. In support of said motion, movant states that the additional pages are needed to provide an adequate analysis and application hereto of a case cited and relied upon by the Opposition [ _Turner v. Murphy Oil USA, Inc._, 472 F.Supp.2d 830, 860-861 (E.D. La. 2007)], as well as to address mathematics set forth in Court Registry financial documents not received by the undersigned until today. Accordingly, the undersigned herein requests leave to exceed the page limitation and file the attached reply memorandum into the record.

WHEREFORE undersigned counsel moves that his motion be GRANTED and that he be allowed to exceed the page limitation and file the attached Reply Memorandum in Support of Yance Law Firm LLC's Motion for Award of Attorney Fees on Interest Earned into the record.

Respectfully submitted,

/s/ R. Tucker Yance
R. TUCKER YANCE
YANCE LAW FIRM, LLC
169 Dauphin Street Suite 318
Mobile, AL  36602
(251) 432-8003
(251) 432-8009 FAX
rty@yancelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served upon Plaintiffs' Liaison Counsel Russ M. Herman and Defendants' Liaison Counsel Kerry Miller, by e-mail and upon all parties by electronically uploading the same to File & ServeXpress in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 21st day of March, 2019.

/s/ R. Tucker Yance
R. TUCKER YANCE
Ala. State Bar #- ASB-9775-H71Y
YANCE LAW FIRM, LLC
169 Dauphin Street Suite 318
Mobile, AL  36602
(251) 432-8003
(251) 432-8009 FAX
rty@yancelaw.com