# EXHIBIT 3

**Tucker Yance**
**From:** Kim_Lange@laed.uscourts.gov
**Sent:** Tuesday, June 26, 2018 11:34 AM
**To:** rty@yancelaw.com
**Cc:** Michele_Ranzino@laed.uscourts.gov
**Subject:** Registry Rates of Return

Mr. Yance,
Until early 2015 the court's registry funds were located at Whitney Bank and earned interest at a rate of 0.10%.
Court Registry Investment System (CRIS) - 2016 earnings was 0.25% and 2017 earnings was 0.80%.

Thank You,

Kimberly Ann Lange
Budget and Financial Administrator
U.S.D.C. Louisiana Eastern District
Ph: 504-589-7786
Fax: 504-589-7784


**Tucker Yance**
**From:** Kim_Lange@laed.uscourts.gov
**Sent:** Tuesday, July 03, 2018 8:47 AM
**To:** Tucker Yance
**Cc:** Michele_Ranzino@laed.uscourts.gov
**Subject:** RE: Registry Rates of Return

It looks like someone is watching the email box at the AO! This is what I
received:
"The rate changes every day based on the mix of investments in the pool. At the beginning of 2018, the rate was
approximately 1.20%, but has been rising throughout the year. As of yesterday, the yield was 1.84%."

Thank You,

Kimberly Ann Lange
Budget and Financial Administrator
U.S.D.C. Louisiana Eastern District
Ph: 504-589-7786
Fax: 504-589-7784