UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: *ALL CASES* | JUDGE FALLON MAG. JUDGE WILKINSON |

*******************************************************************************

## MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL

Comes now, the undersigned counsel, who respectfully submits that on March 21st, 2019 he filed a Motion to Exceed Page Limitation [R. Doc. 22176] and a Proposed Pleading, Yance Law Firm, LLC's Reply Memorandum In Support of Motion for Award of Attorney Fees on Interest Earned ("Reply") [R. Doc. 22176-2] and proposed exhibits [R. Doc. 22176-3 through 6] Proposed Exhibits 1, 2, and 4 attached to the Reply contain or refer to information which is confidential and should be filed UNDER SEAL. Accordingly, movant requests that Exhibits 1, 2 and 4 to the Reply be filed UNDER SEAL.

WHEREFORE, undersigned counsel moves that his motion be GRANTED and that Exhibits 1, 2 and 4 attached to Yance Law Firm, LLC's Reply Memorandum In Support of Motion for Award of Attorney Fees on Interest Earned be filed UNDER SEAL.

This 21st day of March 2019.

Respectfully submitted,

/s/ R. Tucker Yance
R. TUCKER YANCE
YANCE LAW FIRM, LLC
169 Dauphin Street Suite 318

Mobile, AL  36602
(251) 432-8003
(251) 432-8009 FAX
rty@yancelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served upon Plaintiffs' Liaison Counsel Russ M. Herman and Defendants' Liaison Counsel Kerry Miller, by e-mail and upon all parties by electronically uploading the same to File & ServeXpress in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 21st day of March, 2019.

/s/ R. Tucker Yance
R. TUCKER YANCE
Ala. State Bar #- ASB-9775-H71Y
YANCE LAW FIRM, LLC
169 Dauphin Street Suite 318
Mobile, AL  36602
(251) 432-8003
(251) 432-8009 FAX
rty@yancelaw.com