**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047

SECTION: L

THIS DOCUMENT RELATES TO:
*ALL CASES*

JUDGE FALLON
MAG. JUDGE WILKINSON

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>**ORDER**</u>

Considering the Motion for Leave to File Exhibits Under Seal by Yance Law Firm, LLC;

IT IS ORDERED BY THE COURT that the motion be and is hereby GRANTED and

Exhibits 1, 2, and 4 attached to Yance Law Firm LLC's Reply Memorandum In Support of

Motion for Award of Attorney Fees on Interest Earned be and they are hereby filed UNDER

SEAL.

New Orleans, Louisiana, this _____ day of _____, 2018.

_____
Eldon E. Fallon
United States District Court Judge