**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In Re: Chinese Manufactured Drywall** **Products Liability Litigation** | **MDL 09-md-2047** |
| | **SECTION "L"** |
| ***This Document Relates to:*** ***All Cases*** | **JUDGE ELDON E. FALLON** |
| | **MAGISTRATE JOHN C. WILKINSON, JR.** |

# O R D E R

Considering the above and foregoing Motion to Continue;

**IT IS HEREBY ORDERED** that the Motion is granted. The hearing of the Knauf

Defendants' Motion to Dismiss is hereby continued to the __23rd__ day of ____April____, 2019,

following the Court's monthly status conference.

New Orleans, Louisiana, this __21st__ day of ____March____, 2019.

_____
HONORABLE ELDON E. FALLON