UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL Docket No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * *

**PROPOSED AGENDA**
**FOR MARCH 26, 2019 STATUS CONFERENCE**

**Joint Report**
   **Section**

     I.    PRE-TRIAL ORDERS

     II.   OMNIBUS ("OMNI") CLASS ACTION COMPLAINTS

     III.  INEX, BANNER, KNAUF, L&W and GLOBAL SETTLEMENTS

     IV.  TAISHAN, BNBM AND CNBM DEFENDANTS

     V.   VENTURE SUPPLY & PORTER BLAINE DEFENDANTS

     VI.  BENNETT CLASS ACTION

     VIII. ATTORNEY FEES

     IX.  MATTERS SET FOR HEARING FOLLOWING THE CURRENT STATUS CONFERENCE

     XI.  SUGGESTION OF REMAND

     XII. NEXT STATUS CONFERENCE