UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| ALL *CASES* | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO STRIKE

Comes now, the law firms of Parker Waichman LLP; Gentle, Turner, Sexton & Harbison, LLC; McCallum, Hoaglund, Cook & Irby, LLP; and Anderson Kill, P.C., who move for an order striking the arguments of Krupnick Campbell Malone Buser Slama Hancock P.A. concerning the propriety of appeals taken by Mover (R. Doc. 22130), as this Court has been divested of jurisdiction and plainly lacks authority to adjudicate this issue, as explained in the Memorandum in Support of this Motion.

Respectfully submitted:

| | |
|---|---|
| **FAIRCLOTH MELTON SOBEL & BASH, LLC** | **GENTLE, TURNER, SEXTON & HARBISON, LLC** |
| By:   /s/ *Jimmy R. Faircloth, Jr.*       Jimmy R. Faircloth, Jr. (Objectors' Co-Liaison Counsel) (LA #20645)  jfaircloth@fairclothlaw.com  Brook L. Villa (LA #31988)  bvilla@fairclothlaw.com  Franklin "Drew" Hoffmann (LA #35824)  dhoffmann@fairclothlaw.com  9026 Jefferson Highway  Building 2, Suite 200  Baton Rouge, LA 70809  Phone: (225) 343-9535  Fax: (225) 343-9538 | By:   /s/ *K. Edward Sexton, II*       K. Edward Sexton, II  esexton@gtandslaw.com  501 Riverchase Parkway East, Suite 100  Hoover, Alabama 35244  Phone: (205) 716-3000  Fax: (205) 716-3010 |

*Attorneys for Parker Waichman LLP*

| | |
|---|---|
| **MCCALLUM, HOAGLUND, COOK & IRBY, LLP** | **ANDERSON KILL P.C.** |
| By:   /s/ *Eric D. Hoaglund* | By:   /s/ *Robert M. Horkovich* |
| Eric D. Hoaglund | Robert M. Horkovich |
| ehoaglund@mhcilaw.com | rhorkovich@andersonkill.com |
| 905 Montgomery Highway, Suite 201 | 1251 Avenue of the Americas |
| Vestavia Hills, Alabama 35216 | New York, New York 10020 |
| Phone: (205) 824-7767 | Phone: (212) 278-1000 |
| Fax: (205) 824-7768 | Fax: (212) 278-1733 |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Motion to Strike* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 22nd day of March, 2019.

*/s/ Jimmy R. Faircloth, Jr.*
OF COUNSEL