UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| ALL *CASES* | MAG. JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM IN SUPPORT OF MOTION TO STRIKE**

MAY IT PLEASE THE COURT:

Krupnick Campbell Malone Buser Slama Hancock P.A. ("Krupnick Campbell") filed a Motion for Immediate Disbursement of Attorney's Fees Pursuant to Final Judgment ("Disbursement Motion") (R. Doc. 22130) requesting that the Court disburse the entirety of the Knauf Fee Fund notwithstanding the appeal of both Step 5 and Step 6 of the fee allocation proceeding by Parker Waichman LLP; Gentle, Turner, Sexton & Harbison, LLC; McCallum, Hoaglund, Cook & Irby, LLP; and Anderson Kill, P.C., who move for an order striking the arguments of Krupnick Campbell ("Movers/Appellants"). Apparently not satisfied to merely promote disbursements, Krupnick Campbell goes further to unnecessarily criticize objectors and to challenge the propriety of appeals based on waiver language in the underlying settlement agreements, effectively urging this Court to dismiss or at least comment on an issue that is now before the Fifth Circuit. Mover/Appellants responded to the Disbursement Motion by offering alternative *supportive* proposals regarding disbursements,[1] while not commenting on Krupnick

---

[1] *See* R. Docs. 22168, 22170 and 22172.

Campbell's improper argument about the propriety of the appeals.  Krupnick Campbell's Reply in Support of Motion for Immediate Disbursement of Attorney's Fee Pursuant to Final Judgment (R. Doc. 22175) again presses the waiver argument, forcing Movers to now respond.

First, to be clear, Movers categorically dispute Krupnick Campbell's arguments about the waivers.  There are many reasons to challenge the validity of the waivers, including: the parties to the waivers; the conflicts created by the waivers; the language of the waivers; the lack of disclosures made by the PSC when presenting the waivers; the anticipation of a fully transparent and conflict-free allocation proceeding in accordance with due process; the scope of the Court's authority to alter private terms of fee agreements between primary attorneys and their clients for the benefit of court appointed attorneys; the PSC's three years of silence regarding the waivers; and the Court's rulings during the fee allocation proceeding acknowledging the right to appeal. These objections and others are fully preserved for appeal and will be addressed in due course, if and when the issue is properly raised at the Fifth Circuit.

Second, this Court is divested of jurisdiction during appeal and, thus, cannot entertain Krupnick Campbell's improper attempt to resurrect a waiver defense as a collateral issue to the Disbursement Motion.  See *Griggs v. Provident Consumer Disc. Co.*, 459 U.S. 56, 58 (1982) ("The filing of a notice of appeal is an event of jurisdictional significance – it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal.")

Accordingly, Krupnick Campbell's argument regarding the waivers is clearly improper and should be stricken.

Respectfully submitted:

| | |
|---|---|
| **FAIRCLOTH MELTON SOBEL & BASH, LLC** | **GENTLE, TURNER, SEXTON & HARBISON, LLC** |

By:   /s/ *Jimmy R. Faircloth, Jr.*
    Jimmy R. Faircloth, Jr. (Objectors' Co-Liaison Counsel) (LA #20645)
    jfaircloth@faircllothlaw.com
    Brook L. Villa (LA #31988)
    bvilla@faircllothlaw.com
    Franklin "Drew" Hoffmann (LA #35824)
    dhoffmann@faircllothlaw.com
    9026 Jefferson Highway
    Building 2, Suite 200
    Baton Rouge, LA 70809
    Phone: (225) 343-9535
    Fax: (225) 343-9538

*Attorneys for Parker Waichman LLP*

By:    /s/ *K. Edward Sexton, II*
    K. Edward Sexton, II
    esexton@gtandslaw.com
    501 Riverchase Parkway East, Suite 100
    Hoover, Alabama 35244
    Phone: (205) 716-3000
    Fax: (205) 716-3010

**MCCALLUM, HOAGLUND, COOK & IRBY, LLP**

By:    /s/ *Eric D. Hoaglund*
    Eric D. Hoaglund
    ehoaglund@mhcilaw.com
    905 Montgomery Highway, Suite 201
    Vestavia Hills, Alabama 35216
    Phone: (205) 824-7767
    Fax: (205) 824-7768

**ANDERSON KILL P.C.**

By:    /s/ *Robert M. Horkovich*
    Robert M. Horkovich
    rhorkovich@andersonkill.com
    1251 Avenue of the Americas
    New York, New York 10020
    Phone: (212) 278-1000
    Fax: (212) 278-1733

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing *Memorandum in Support of Motion to Strike* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 22nd day of March, 2019.

                                        */s/ Jimmy R. Faircloth, Jr.*
                                          OF COUNSEL