**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *ALL CASES* | MAG. JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

<u>**NOTICE OF SUBMISSION**</u>

**PLEASE TAKE NOTICE** that the *Motion to Strike* is submitted for hearing on April 17, 2019, at 9:00 a.m. before the Honorable Eldon E. Fallon, United States District Court, Eastern District of Louisiana, in accordance with the Local Rules.

Respectfully submitted:

| | |
|---|---|
| **FAIRCLOTH MELTON SOBEL & BASH, LLC**<br><br>By:  /s/ *Jimmy R. Faircloth, Jr.*<br>   Jimmy R. Faircloth, Jr. (Objectors' Co-Liaison Counsel) (LA #20645)<br>   jfaircloth@fairclothlaw.com<br>   Brook L. Villa (LA #31988)<br>   bvilla@fairclothlaw.com<br>   Franklin "Drew" Hoffmann (LA #35824)<br>   dhoffmann@fairclothlaw.com<br>   9026 Jefferson Highway<br>   Building 2, Suite 200<br>   Baton Rouge, LA 70809<br>   Phone: (225) 343-9535<br>   Fax: (225) 343-9538<br><br>   *Attorneys for Parker Waichman LLP* | **GENTLE, TURNER, SEXTON & HARBISON, LLC**<br><br>By:  /s/ *K. Edward Sexton, II*<br>   K. Edward Sexton, II<br>   esexton@gtandslaw.com<br>   501 Riverchase Parkway East, Suite 100<br>   Hoover, Alabama 35244<br>   Phone: (205) 716-3000<br>   Fax: (205) 716-3010 |
| **MCCALLUM, HOAGLUND, COOK & IRBY, LLP**<br><br>By:  /s/ *Eric D. Hoaglund*<br>   Eric D. Hoaglund<br>   ehoaglund@mhcilaw.com | **ANDERSON KILL P.C.**<br><br>By:  /s/ *Robert M. Horkovich*<br>   Robert M. Horkovich<br>   rhorkovich@andersonkill.com<br>   1251 Avenue of the Americas |

1

| | |
|---|---|
| 905 Montgomery Highway, Suite 201 | New York, New York 10020 |
| Vestavia Hills, Alabama 35216 | Phone: (212) 278-1000 |
| Phone: (205) 824-7767 | Fax: (212) 278-1733 |
| Fax: (205) 824-7768 | |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Submission has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 22nd day of March, 2019.

*/s/ Jimmy R. Faircloth, Jr.*
OF COUNSEL