## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| ALL *CASES* | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### NOTICE OF FILING

Please take notice that on March 22, 2019, Parker Waichman LLP filed a Motion and Memorandum in Support of Motion to Lift Stay of Settlement Agreement With Request for Hearing (the "Motion") in the United States District Court, Southern District of Florida (FLSD R. Doc. 199). A copy of the Motion and all exhibits are attached here to, *in globo*, as Exhibit "A".

Respectfully submitted,

**FAIRCLOTH MELTON SOBEL & BASH, LLC**

By:    /s/ *Jimmy R. Faircloth, Jr.*
     Jimmy R. Faircloth, Jr. (LA #20645)
     jfaircloth@fairclothlaw.com
     Brook L. Villa (LA #31988)
     bvilla@fairclothlaw.com
     Franklin "Drew" Hoffmann (LA #35824)
     dhoffmann@fairclothlaw.com
     9026 Jefferson Highway
     Building 2, Suite 200
     Baton Rouge, LA 70809
     Phone: (225) 343-9535
     Fax: (225) 343-9538

*Attorneys for Parker Waichman LLP*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing *Notice of Filing* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 22nd day of March, 2019.

*/s/ Jimmy R. Faircloth, Jr.*
OF COUNSEL