**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br><br>*Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,* Civ. Action No. 11-1395 (LA)<br><br>*Abel, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,* Civ. Action No. 11-080 (LA)<br><br>*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.,* Civ. Action No. 10-361 (LA) | |

**PLAINTIFFS KENNETH POUNCEY'S AND IRENE SERRANO'S NOTICE OF INTENT TO REMEDIATE AND DISPOSE OF PHYSICAL EVIDENCE**

Subject to the requirements of Pretrial Order No. 1(J) dated March 20, 2015, Plaintiffs Kenneth Pouncey and Irene Serrano hereby give notice of their intent to remediate the property located at 10360 Stephanie Way, #210, Port St. Lucie, FL 34987 and dispose of physical evidence contained within the property.

Any person or entity wishing to inspect the property prior to remediation, inspect the physical evidence to be disposed of, or take possession of this physical evidence at their own expense, must do so within thirty (30) days of the date of this notice upon reasonable notice to attorney Holly Werkema by telephone at (214) 521-3605 or by e-mail at hwerkema@baronbudd.com. Upon the expiration of the thirty-day period, Plaintiffs Kenneth

Pouncey and Irene Serrano may dispose of such physical evidence not required to be retained by Pretrial Order No. 1(J).

Dated: March 26, 2019

Respectfully submitted,

BARON & BUDD, P.C.

By:   /s/ Holly R. Werkema
Holly R. Werkema (TX #24081202)
hwerkema@baronbudd.com
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Phone: 214-521-3605
Fax: 214-520-1181

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller and Harry Rosenberg, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 26th day of March, 2019.

/s/ Holly R. Werkema
Holly R. Werkema