UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | *  *  *   CIVIL ACTION  *  *   MDL NO. 2047  *  *   SECTION L (5) |
| THIS DOCUMENT RELATES TO: *Elizabeth Bennett, et al. v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al.*, No. 14-2722 | *  *  * |

## ORDER

At the Defendants' request;

**IT IS ORDERED** that the parties participate in a telephone status conference with the Court on Thursday, April 4, 2019 at 11:00 a.m. The Court will initiate the call.

New Orleans, Louisiana, this 26th day of March, 2019.

_____
**ELDON E. FALLON**
United States District Judge

1