UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: *ALL CASES* | JUDGE FALLON MAG. JUDGE WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the Motion for Leave to Exceed Page Limitation by Yance Law Firm, LLC;

IT IS ORDERED BY THE COURT that leave is GRANTED and Yance Law Firm LLC's Reply Memorandum in Support of Motion for Award of Attorney Fees on Interest Earned is hereby filed into the record.

New Orleans, Louisiana, this 26th day of March, 2019.

_____
Eldon E. Fallon
United States District Court Judge