# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>*ALL CASES* | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

*************************************************************************

## EXHIBIT 1 TO REPLY MEMORANDUM IN SUPPORT OF MOTION FOR AWWARD OF ATTORNEYS' FEES ON INTEREST EARNED

# FILED UNDER SEAL