**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047** |
| | **SECTION: L** |
| **THIS DOCUMENT RELATES TO:** *ALL CASES* | **JUDGE FALLON** **MAG. JUDGE WILKINSON** |

*************************************************************************

**EXHIBIT 4 TO REPLY MEMORANDUM IN SUPPORT OF MOTION FOR AWWARD OF ATTORNEYS' FEES ON INTEREST EARNED**

# FILED UNDER SEAL