# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: *ALL CASES* | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the Motion for Leave to File Exhibits Under Seal by Yance Law Firm, LLC;

IT IS ORDERED BY THE COURT that the motion be and is hereby GRANTED and Exhibits 1, 2, and 4 attached to Yance Law Firm LLC's Reply Memorandum In Support of Motion for Award of Attorney Fees on Interest Earned be and they are hereby filed UNDER SEAL.

New Orleans, Louisiana, this  26th  day of _____March_____, 2018.

_____
Eldon E. Fallon
United States District Court Judge