IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 18-30742

_____

A True Copy
Certified order issued Mar 22, 2019

/s/ Lyle W. Cayce
Clerk, U.S. Court of Appeals, Fifth Circuit

IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION

-----------------------------------------------

EDUARDO AMORIN; STEPHEN BROOKE; PERRY FONTENOT; DAVID GROSS; KENNETH WILTZ,

    Plaintiffs - Appellees

v.

CHINA NATIONAL BUILDING MATERIALS COMPANY, LIMITED; BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY; BEIJING NEW BUILDING MATERIAL GROUP COMPANY LIMITED,

    Defendants - Appellants

_____

Appeal from the United States District Court
for the Eastern District of Louisiana

_____

O R D E R:

    IT IS ORDERED that the unopposed joint motion of appellants and appellees to view and obtain sealed documents is GRANTED.

                       /s/ James E. Graves, Jr.
                       _____
                       JAMES E. GRAVES, JR.
                       UNITED STATES CIRCUIT JUDGE