# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 22, 2019

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 18-30742    In Re: Chinese-Manufactured, et al
                    USDC No. 2:09-MD-2047

The court has considered the motion of Beijing New Building Materials Public Limited Company, China National Building Materials Company, Limited, Eduardo Amorin, Kenneth Wiltz, Perry Fontenot, David Gross, Stephen Brooke, Beijing New Building Material Group Company Limited to view non-public and/or sealed material in the record on appeal. Unless the court granted access to one or more specific documents ONLY, it is ordered, counsel for Beijing New Building Materials Public Limited Company, China National Building Materials Company, Limited, Eduardo Amorin, Kenneth Wiltz, Perry Fontenot, David Gross, Stephen Brooke, Beijing New Building Material Group Company Limited may obtain all ex parte documents *filed on behalf of* Beijing New Building Materials Public Limited Company, China National Building Materials Company, Limited, Eduardo Amorin, Kenneth Wiltz, Perry Fontenot, David Gross, Stephen Brooke, Beijing New Building Material Group Company Limited, and all other non ex parte documents in the record. The non-public and/or sealed materials from the record are for your review ONLY. The integrity of the sealed documents is your responsibility, and if provided in original paper, return to the district court as soon as it has served your purpose.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Rebecca L. Leto, Deputy Clerk
                              504-310-7703

Mr. William W. Blevins
Ms. Donna Phillips Currault
Ms. Sandra Duggan
Mr. Ewell Elton Eagan Jr.
Mr. Russ M. Herman
Mr. Stephen Jay Herman
Mr. Arnold Levin
Mr. Frederick S. Longer

Mr. Harry A. Rosenberg  
Mr. Alex Benjamin Rothenberg  
Mr. Eric Shumsky  
Mr. James Stengel  
Mr. Charles William Tyler  
Mr. Lawrence Christopher Vejnoska