UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION : SECTION L
: JUDGE FALLON
: MAGISTRATE JUDGE WILKINSON

**THIS DOCUMENT RELATES TO:** ALL CASES

# ORDER

At the most recent status conference of this matter, the parties discussed amending the current briefing schedule for establishing the *Amorin* trial plan and setting a briefing schedule for the Plaintiffs' Steering Committee's motion for an order applying the remediation damages formula adopted by the Findings of Fact & Conclusions of Law related to the June 9, 2015 damages hearing to the claims of former owners against the Taishan Defendants (the "Remediation Motion"). The Court issues the following scheduling order:

**IT IS ORDERED** that the Court's prior briefing schedule, R. Doc. 22133, be and hereby is **VACATED**.

**IT IS FURTHER ORDERED** that Defendants file their brief in support of their *Amorin* trial plan by no later than Friday, April 12, 2019.

**IT IS FURTHER ORDERED** that Defendants file their brief in opposition to the PSC's Remediation Motion, R. Doc. 22155, by no later than Friday, April 12, 2019.

**IT IS FURTHER ORDERED** the PSC's reply in support of their trial plan, R. Doc. 22153, and reply in support of their Remediation Motion, R. Doc. 22155, if any, shall be filed into the record by no later than Friday, April 19, 2019.

1

**IT IS FURTHER ORDERED** that there be oral argument on the proposed *Amorin* trial plans and the PSC's Remediation motion on Tuesday, April 23, 2019 following the Court's monthly status conference.

New Orleans, Louisiana, this 26th day of March, 2019.

_____
UNITED STATES DISTRICT JUDGE