UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO:<br><br>*ALL CASES* | SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

### PLAINTIFFS' LEAD AND LIAISON COUNSEL'S OPPOSITION TO MOTION TO TAX COURT REPORTER FEES AS COSTS

*MAY IT PLEASE THE COURT:*

This opposition is being submitted by Plaintiffs' Lead and Liaison Counsel in response to the Motion to Tax Court Reporter Fees As Costs [Rec. Doc. 22166] filed by Parker Waichman, LLP; Baron & Budd, P.C.; Milstein, Jackson, Fairchild & Wade, LLP; and Gieger, Laborde & Laperouse, LLC.

This Court issued its Order & Reasons setting common benefit fees on January 31, 2018 [Rec. Doc. 21168]. In that Order, the Court outlined the background and the infrastructure for determining a common benefit fee, which included, among other items the establishment of a Fee Allocation Committee and a Special Master, and the Court ultimately set a common benefit fee from funds derived from the Knauf Remediation Settlement. As part of that process, the Special Master was authorized to perform certain functions, and Faircloth, Melton & Sobel LLC was appointed by the Special Master,[1] together with Liska, Exnicios & Nungesser, to perform liaison

---

[1] The Special Master sent an email dated August 29, 2016 appointing Val Exnicios and Jimmy Faircloth as Co-Liaison Counsel for the Objectors. In so doing, the Special Master recognized that some attorneys have

1

functions on behalf of various fee objectors. Though not set forth with clarity in the Motion to Tax Court Reporter Fees As Costs, it is presumed that the movers seek to recover costs expended on court reporter fees from "several law firms that objected" as more fully identified in footnote 1 of their memorandum in support [Rec. Doc. 22166-1]. Assuming this is the relief from whom movers seek to recover, the law firms that did not file fee objections have "no dog in the fight." However, if the motion seeks to recover costs from common benefit counsel and those law firms that did not make objections, there are numerous reasons to deny movers' requested relief.

Movers continue to this date, as evidenced by recent motions and appeals, to delay these proceedings in connection with fee matters. This Court has already admonished movers in prior Orders for "disconcerting" and other "vexatious, vitriolic and acerbic briefs." (*See e.g.* Order & Reasons at Rec. Doc. 22089.) The costs incurred by the objectors and movers have exacerbated the time and effort in these proceedings. Lead and Liaison Counsel for the Plaintiffs' Steering Committee have already expended charges for Golkow and Professional Shorthand Reporters, Inc. in connection with fee depositions and hearings before the Special Master.[2] At no time was there an agreement by non-objectors for common benefit counsel to pay Parker Waichman, LLP, or its counsel, Faircloth, Melton & Sobel LLC, or Liska Exnicios & Nungesser or any of their clients for the expenses that have been incurred by those firms making fee objections. No amounts are due to movers for any of the relief sought in the Motion to Tax Court Reporter Fees as Costs. Only

---

interests that are not entirely aligned with either the Fee Committee or Co-Liaison Counsel for the Objectors and, therefore, the Special Master reserved judgment concerning the third paragraph of Co-Liaison Counsel for the Objector's proposed order [R. Doc. 20407-1] (concerning compensation).

[2] Copies of canceled checks and invoices can be produced upon request by the Court. However, payments were made to Professional Shorthand Reporting, Inc. in August 2017 for hearing transcripts and payments have been made to Golkow for numerous transcripts of depositions, including but not limited to those of Philip A. Garrett, Russ M. Herman, Arnold Levin and Sandra Duggan.

those firms that have objected and which have an agreement with movers should be subject to any Order issued by the Court in connection with the Motion to Tax Court Reporter Fees as Costs.

## **CONCLUSION**

Plaintiffs' Lead and Liaison Counsel object to the Motion to Tax Court Reporter Fees As Costs insofar as the motion seeks to recover costs from common benefit counsel and those law firms that did not make objections. Plaintiffs' Lead and Liaison Counsel do not object to movers seeking to recover costs expended on court reporter fees from the several law firms that objected, as more fully identified in footnote 1 of the Memorandum in Support [Rec. Doc. 22166-1] filed by movers.

Dated:  March 26, 2019    Respectfully Submitted,

By: */s/ Russ M. Herman*
Russ M. Herman (La Bar No. 6819) (on the brief)
Leonard A. Davis (La Bar No. 14190) (on the brief)
Stephen J. Herman (La Bar No. 23129)(on the brief)
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
RHerman@hhklawfim.com
*Plaintiffs' Liaison Counsel MDL 2047*

        Arnold Levin (on the brief)
        Fred S. Longer (on the brief)
        Sandra L. Duggan (on the brief)
        Keith Verrier (on the brief)
        Levin Sedran & Berman LLP
        510 Walnut Street, Suite 500
        Philadelphia, PA 19106
        Phone: (215) 592-1500
        Fax: (215) 592-4663
        alevin@lfsblaw.com
        *Plaintiffs' Lead Counsel MDL 2047*

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, which will serve a notice of the uploading in accordance with the procedures established in MDL 2047, on 26th day of March, 2019.

        <u>/s/ Leonard A. Davis</u>
        Leonard A. Davis
        HERMAN, HERMAN & KATZ, LLC
        820 O'Keefe Avenue
        New Orleans, Louisiana 70113
        Phone: (504) 581-4892
        Fax: (504) 561-6024
        Ldavis@hhklawfirm.com
        Plaintiffs' Liaison Counsel
        MDL 2047

        *Co-Counsel for Plaintiffs*