UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | : | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | : | SECTION: L |
| LITIGATION | : | JUDGE FALLON |
|  | : | MAG. JUDGE WILKINSON |
|  | : | |
| THIS DOCUMENT RELATES TO: | : | |
| *ALL CASES* | : | |
|  | : | |

### KRUPNICK CAMPBELL MALONE'S JOINDER IN PLAINTIFFS' LEAD AND LIAISON COUNSEL'S OPPOSITION TO MOTION TO TAX COURT REPORTER FEES AS COSTS

The undersigned law firm, Krupnick Campbell Malone, respectfully, joins the Plaintiffs' Lead and Liaison Counsel's Opposition to Motion to Tax Court Reporter Fees as Costs [Rec. Doc. 22193] and adopts the Opposition as if fully restated herein.[1]

The Undersigned also respectfully objects to the Motion to Tax Court Reporter Fees as Costs, [Rec. Doc. 22166] insofar as the motion seeks to recover costs from common benefit counsel and those law firms that did not make objections, but does not object to the movants seeking to recover costs expended on court reporter fees from the several law firms that objected, as more fully identified in footnote 1 of the Memorandum in Support, [Rec. Doc. 22166-1], filed by movers.

---

[1] It is noted that the two significant areas the Court adjusted from the Fee Committee recommendation (i.e. the $10,000,000 holdback for Taishan litigation and the 60/40 allocation in favor of the common benefit counsel) did not require the nature and character of the litigation behavior chosen by some of the objectors in order to achieve those results. [Rec. Doc. 21168]. The law firms who did not object and/or did not promote the litigation behavior have already paid a *pro rata* of the costs beyond which they should have for a litigation strategy they did not adopt or promote when the Court assessed 80% percent of the costs against the individually retained attorneys fund. *Id.* The Motion is untimely and it is unfair to further assess a fund already depleted by the litigation behavior of the movants.

Dated: March 27, 2019.

>Respectfully submitted,
>
>/s *Michael J. Ryan*_____
>Michael J. Ryan, Esquire
>Bar No. 975990
>Krupnick Campbell Malone
>Buser Slama Hancock P.A.
>*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Joinder in Plaintiffs' Lead and Liaison Counsel's Opposition to Motion to Tax Court Reporter Fees as Costs has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to File & ServeXpress fka LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

Dated: March 27, 2019.

>/s *Michael J. Ryan*_____
>Michael J. Ryan, Esquire
>Bar No. 975990
>Krupnick Campbell Malone
>Buser Slama Hancock P.A.
>12 S.E. 7 Street, Suite 801
>Fort Lauderdale, FL 33301
>Phone (954) 763-8181
>Fax (954) 763-8292
>pleadings-MJR@krupnicklaw.com
>mryan@krupnicklaw.com
>*Attorneys for Plaintiffs*