## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: Chinese Manufactured Drywall Products Liability Litigation** | **MDL 09-md-2047** |
| | **SECTION "L"** |
| *This Document Relates to: All Cases* | **JUDGE ELDON E. FALLON** |
| | **MAGISTRATE JOHN C. WILKINSON, JR.** |

## MOTION TO SUPPLEMENT THE KNAUF DEFENDANTS' MOTION TO ENFORCE SETTLEMENT AGREEMENT ASSIGNMENT RIGHTS (REC. DOC. 22154)

**NOW INTO COURT**, through undersigned counsel, come the Knauf Defendants[1], who respectfully move this Court for an Order allowing the Knauf Defendants to provide notice of the claims that are part of the Taishan Settlement Agreement that provided assignments to the Knauf Defendants. In support of their motion, the Knauf Defendants show as follows:

On March 7, 2019, certain individual claimants on remand and the Taishan Defendants filed a Notice of Settlement Agreement (Rec. Doc. 22125) (the "Taishan Settlement Agreement") and filed the agreement under seal (Rec. Doc. 22127).

On March 15, 2019, the Knauf Defendants filed a Motion to Enforce Settlement Agreement Assignment Rights (Rec. Doc. 22154) to enforce the Releases and Assignments of claims between the Knauf Defendants and certain individual Taishan Claimants listed as part of the Taishan Settlement Agreement.

---

[1] The Knauf Defendants include Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Plasterboard (Wuhu) Co., Ltd., Guangdong Knauf New Building Material Products Co., Ltd., Knauf Gips KG, Gebr. Knauf Verwaltungsgesellschaft KG, Knauf International GmbH, Knauf Insulation GmbH, Knauf UK GmbH, Knauf AMF GmbH & Co. KG, Knauf do Brasil Ltda., and PT Knauf Gypsum Indonesia.

The Knauf Defendants now provide notice of the claims that are part of the Taishan Settlement Agreement and provided assignments to the Knauf Defendants.[2]  Further, the Knauf Defendants are attaching the executed Releases and Assignments for each of the claims that assigned Chinese Drywall claims to the Knauf Defendants.[3]

Undersigned counsel has contacted counsel for the Taishan Defendants and there is no objection to this motion.

**WHEREFORE**, the Knauf Defendants pray that this Honorable Court grant their motion and allow them to supplement the previously filed Motion to Enforce Settlement Agreement Assignment Rights (Rec. Doc. 22154).

Respectfully submitted,

**FISHMAN HAYGOOD, LLP**

*/s/ Kerry J. Miller*
**KERRY J. MILLER (#24562), T.A.**
**PAUL C. THIBODEAUX (#29446)**
**DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, 46th Floor
New Orleans, LA 70170
Telephone:	(504) 556-5549
Facsimile:	(504) 301-0275
Email:	kmiller@fishmanhaygood.com
Email:	pthibodeaux@fishmanhaygood.com
Email:	ddysart@fishmanhaygood.com
*Counsel for the Knauf Defendants*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, and to all parties by electronically uploading the same to File and Serve Xpress in accordance with Pre-Trial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana, on this the 29th day of March, 2019.

*/s/ Kerry J. Miller*
**KERRY J. MILLER**

---

[2] *See* Exhibit "A."
[3] *See* Exhibit "B" In globo.