**MOTION TO LIFT PTO 32 FOR SETTLEMENT OF INDIVIDUAL CLAIMS ON REMAND WITH VOLUNTARY HOLDBACK FOR FUTURE FEE ALLOCATION**

**EXHIBIT "A"**

**PARTICIPATING PLAINTIFFS**

| Levin Papantonio Law | | | | |
|---|---|---|---|---|
| Claimant Name | Affected Property Address | City | State | Zip |
| Aldred, Timothy and Pearl | 9001 Sunrise Lakes Blvd. #201 | Sunrise | FL | 33322 |
| Ankum, Freda G. | 1016 North J. Street | Pensacola | FL | 32501 |
| Bentley, Lonnette and Lowery, Kenneth | 4458 Preacher Lane | Jay | FL | 32565 |
| Bradley, Leon Sr. and Robin | 1661 Lewis Road | Milton | FL | 32570 |
| Brewton, I.D. and Sonia III | 8804 Jernigan Road | Pensacola | FL | 32514 |
| Burkhead, Samantha and John L. | 4457 Marvin Reaves Road | Jay | FL | 32565 |
| Calloway, Frederic (Kent) and Amanda | 2333 Hwy. 168 | Century | FL | 32535 |
| Daniels, Lula | 5918 Bilek Drive | Pensacola | FL | 32526 |
| Davis, Chris | 300 East Bogia Road | McDavid | FL | 32568 |

| Levin Papantonio Law | | | | |
|---|---|---|---|---|
| Claimant Name | Affected Property Address | City | State | Zip |
| Fluharty, Carson and Charlene | 1706 Graduate Way | Pensacola | FL | 32514 |
| Frazier, Sr., Frank and Jessie | 412 S. First Street | Pensacola | FL | 32507 |
| Gillman, James c/o Carolyn Houck | 6435 Dallas Avenue | Pensacola | FL | 32526 |
| Harvey, Ronald and Brandy Jr. | 5919 Bilek Drive | Pensacola | FL | 32526 |
| Holt, Herschel and Karen | 200 Camp Harberson Lane | Baker | FL | 32531 |
| Hughes, Amanda | 5938 Bilek Drive | Pensacola | FL | 32526 |
| Jackson, Tiffany (aka Norris, Tiffany) | 6750 Gulley Lane | Pensacola | FL | 32505 |
| Jarman, Marcus and Jaclyn | 473 Pinebrook Circle | Cantonment | FL | 32533 |
| Joiner, David and Charity | 5505 Perkins Street | Pensacola | FL | 32526 |
| Jones, Rosetta and Lucious | 4894 Genevive Court | Pensacola | FL | 32526 |
| Kapalin, Daniel and Danielle | 14115 Stowbridge Avenue | Tampa | FL | 33626 |
| Kelson, Sherrie | 5951 Annette Street | Pensacola | FL | 32506 |

| Levin Papantonio Law | | | | |
|---|---|---|---|---|
| Claimant Name | Affected Property Address | City | State | Zip |
| Knowles, Timothy and Tosha | 7636 Killiam Road | Century | FL | 32535 |
| Lister, Mindy and Martin | 1698 Brightleaf Circle | Cantonment | FL | 32533 |
| Lundy, William and Gena | 8820 Hwy. 89 | Milton | FL | 32570 |
| Mallin, Karen and Jonathan | 3008 West San Carlos Street | Tampa | FL | 33629 |
| McMillan, Annette and John | 403 E. Maxwell Street | Pensacola | FL | 32503 |
| Mendez, Claudia | 12960 Turtle Cove Trail North | Ft. Myers | FL | 33903 |
| Mendez, Wilmer | 2201 N.E. 4th Avenue | Cape Coral | FL | 33909 |
| Morris, Robert | 14123 Stilton Street | Tampa | FL | 33626 |
| Nowling, Michael and Angel | 3323 Farrish Road | Jay | FL | 32565 |
| Nudelman, Gene and Levina, Tatyana | 7240 Wisteria Avenue | Parkland | FL | 33076 |
| Parker, William Jr. | 2322 Anthens Avenue | Pensacola | FL | 32507 |
| Parker, William Sr. | 2318 Athens Avenue | Pensacola | FL | 32507 |

| Levin Papantonio Law | | | | |
|---|---|---|---|---|
| Claimant Name | Affected Property Address | City | State | Zip |
| Pate, Jeremy | 6311 Ard Road | Pensacola | FL | 32526 |
| Pope, Jackie and Ronald | 433 Evening Falls Drive | Pensacola | FL | 32534 |
| Posey, Susan | 5934 Bilek Drive | Pensacola | FL | 32526 |
| Reber, Todd and Melissa | 5385 Schaag Road | Molino | FL | 32577 |
| Risko, Mark and Beverly Ann | 5910 Bilek Drive | Pensacola | FL | 32526 |
| Robinson, Terry and Wallace | 2828 Wallace Lake Road | Pace | FL | 32571 |
| Salter, Kenneth and Cindy | 5484 Inwood Drive | Pace | FL | 32571 |
| Scott, Cynthia and Jonathan | 1984 Gloria Circle | Palm Bay | FL | 32905 |
| Shehadi, Fred and Susan | 1423 Joseph Circle | Gulf Breeze | FL | 32563 |
| Sims, Fred | 1206 North "V" Street | Pensacola | FL | 32505 |
| Sims, Willie | 3720 James Street | Pensacola | FL | 32505 |
| Skipper, Phillip and Cheryl | 1600 Evers Haven | Cantonment | FL | 32533 |

| Levin Papantonio Law | | | | |
|---|---|---|---|---|
| Claimant Name | Affected Property Address | City | State | Zip |
| Sylvester, Kristen and Nolan | 5764 Jade Moon Circle | Milton | FL | 32583 |
| Taylor, George and Anna | 9345 Bell Ridge Drive | Pensacola | FL | 32526 |
| Torres-Lutz, Marcelo and Cecilia | 334 Cipriani Way | Venice | FL | 34275 |
| Wilcox, Eric and Karen | 14117 Stowbridge Avenue | Tampa | FL | 33626 |
| Willey, Ryan and Danielle | 1722 Graduate Way | Pensacola | FL | 32514 |
| Woodard, Benjamin and Deborah | 10600 Tara Dawn Circle | Pensacola | FL | 32534 |

| Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | | | | |
|---|---|---|---|---|
| Claimant Name | Affected Property Address | City | State | Zip |
| Deeg, David and Hooker, Deborah | 516 Southwest Akron Avenue | Stuart | FL | 34994 |
| DeMonaco, Charles | 92 Belle Grove Lane | Royal Palm Beach | FL | 33411 |
| Etter, Steven and Cathy | 18894 SE Jupiter Inlet Way | Tequesta | FL | 33469 |
| RCR Holdings II, LLC | 1690 Renaissance Commons #1101 | Boynton Beach | FL | 33426 |

| Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | | | | |
|---|---|---|---|---|
| Claimant Name | Affected Property Address | City | State | Zip |
| RCR Holdings II, LLC | 1690 Renaissance Commons #1102 | Boynton Beach | FL | 33426 |
| RCR Holdings II, LLC | 1690 Renaissance Commons #1104 | Boynton Beach | FL | 33426 |
| RCR Holdings II, LLC | 1690 Renaissance Commons #1105 | Boynton Beach | FL | 33426 |
| RCR Holdings II, LLC | 1690 Renaissance Commons #1110 | Boynton Beach | FL | 33426 |
| RCR Holdings II, LLC | 1690 Renaissance Commons #1112 | Boynton Beach | FL | 33426 |
| RCR Holdings II, LLC | 1690 Renaissance Commons #1123 | Boynton Beach | FL | 33426 |
| RCR Holdings II, LLC | 1690 Renaissance Commons #1129 | Boynton Beach | FL | 33426 |
| RCR Holdings II, LLC | 1690 Renaissance Commons #1201 | Boynton Beach | FL | 33426 |
| RCR Holdings II, LLC | 1690 Renaissance Commons #1204 | Boynton Beach | FL | 33426 |
| RCR Holdings II, LLC | 1690 Renaissance Commons #1207 | Boynton Beach | FL | 33426 |
| RCR Holdings II, LLC | 1690 Renaissance Commons #1208 | Boynton Beach | FL | 33426 |
| RCR Holdings II, LLC | 1690 Renaissance Commons #1210 | Boynton Beach | FL | 33426 |
| RCR Holdings II, LLC | 1690 Renaissance Commons #1214 | Boynton Beach | FL | 33426 |

| Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | | | | |
|---|---|---|---|---|
| Claimant Name | Affected Property Address | City | State | Zip |
| RCR Holdings II, LLC | 1690 Renaissance Commons #1220 | Boynton Beach | FL | 33426 |
| RCR Holdings II, LLC | 1690 Renaissance Commons #1222 | Boynton Beach | FL | 33426 |
| RCR Holdings II, LLC | 1690 Renaissance Commons #1229 | Boynton Beach | FL | 33426 |
| RCR Holdings II, LLC | 1690 Renaissance Commons #1305 | Boynton Beach | FL | 33426 |
| RCR Holdings II, LLC | 1690 Renaissance Commons #1306 | Boynton Beach | FL | 33426 |
| RCR Holdings II, LLC | 1690 Renaissance Commons #1316 | Boynton Beach | FL | 33426 |
| RCR Holdings II, LLC | 1690 Renaissance Commons #1318 | Boynton Beach | FL | 33426 |
| RCR Holdings II, LLC | 1690 Renaissance Commons #1319 | Boynton Beach | FL | 33426 |
| RCR Holdings II, LLC | 1690 Renaissance Commons #1320 | Boynton Beach | FL | 33426 |
| RCR Holdings II, LLC | 1690 Renaissance Commons #1322 | Boynton Beach | FL | 33426 |
| RCR Holdings II, LLC | 1690 Renaissance Commons #1325 | Boynton Beach | FL | 33426 |
| RCR Holdings II, LLC | 1690 Renaissance Commons #1326 | Boynton Beach | FL | 33426 |
| RCR Holdings II, LLC | 1690 Renaissance Commons #1403 | Boynton Beach | FL | 33426 |

| Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | | | | |
|---|---|---|---|---|
| Claimant Name | Affected Property Address | City | State | Zip |
| RCR Holdings II, LLC | 1690 Renaissance Commons #1407 | Boynton Beach | FL | 33426 |
| RCR Holdings II, LLC | 1690 Renaissance Commons #1408 | Boynton Beach | FL | 33426 |
| RCR Holdings II, LLC | 1690 Renaissance Commons #1414 | Boynton Beach | FL | 33426 |
| RCR Holdings II, LLC | 1690 Renaissance Commons #1415 | Boynton Beach | FL | 33426 |
| RCR Holdings II, LLC | 1690 Renaissance Commons #1416 | Boynton Beach | FL | 33426 |
| RCR Holdings II, LLC | 1690 Renaissance Commons #1425 | Boynton Beach | FL | 33426 |
| RCR Holdings II, LLC | 1690 Renaissance Commons #1516 | Boynton Beach | FL | 33426 |
| RCR Holdings II, LLC | 1690 Renaissance Commons #1517 | Boynton Beach | FL | 33426 |
| RCR Holdings II, LLC | 1690 Renaissance Commons #1518 | Boynton Beach | FL | 33426 |
| RCR Holdings II, LLC | 1690 Renaissance Commons #1520 | Boynton Beach | FL | 33426 |

| Parker Waichman LLP | | | | |
|---|---|---|---|---|
| Claimant Name | Affected Property Address | City | State | Zip |
| Abadi, Jamal and Hamzey | 11546 Hammocks Glade Drive | Riverview | FL | 33569 |
| Abel, Kenneth | 10400 SW Stephanie Way #5210 | Port St. Lucie | FL | 34987 |
| Altidor, Julie | 4757 Tuscan Loon Drive | Tampa | FL | 33619 |
| Altizio, Ignazio and Macciavello, Giovanni | 19250 Stone Hedge Dr. | Tampa | FL | 33647 |
| Amaral, Antonio and Isabel | 5221 Athens Way | Venice | FL | 34293 |
| Andersen, Michael | 2105 SW 39th Terrace | Cape Coral | FL | 33914 |
| Astrin, Scott and Terri | 8600 Athena Court | Lehigh Acres | FL | 33971 |
| Auguste, Alide | 2182 SE North Blackwell Drive | Port St. Lucie | FL | 34952 |
| Avner, Brett and Wendy | 18020 Via Bellamare Lane | Miramar Lakes | FL | 33913 |
| Aymerich, Jason | 11318 Bridge Pine Drive | Riverview | FL | 33569 |
| Azor, Harry and Stephania | 12430 SW 50th Street, Unit 105 | Miramar | FL | 33027 |
| Ballard, Marcia (Trustee Ballard Marcia Revocable Living Trust) | 11216 Godwit Court | New Port Richey | FL | 34654 |
| Barnes, Arlana | 4745 and 4747 28th Street South West (1178 & 2356 sq ft) | Lehigh Acres | FL | 33973 |

| Parker Waichman LLP | | | | |
|---|---|---|---|---|
| Claimant Name | Affected Property Address | City | State | Zip |
| Barreto, Adolfo and Gonzalez, Laura | 8111 W 36th Avenue Unit #3 | Hialeah | FL | 33018 |
| Barrios, Ana and Becerra, Alexander | 11584 Hammocks Glade Drive | Riverview | FL | 33569 |
| Bartschat, Eric and Anne Marie | 7855 Hawthorne Terrace, Unit 1604 | Naples | FL | 34113 |
| Benish, Frances | 11353 SW Mountain Ash Circle | Port St. Lucie | FL | 34987 |
| Benzo, Ramon and Candida | 2576 Sea Wind Way | Clearwater | FL | 33763 |
| Blanchard, Abelar | 418 Vine Cliff Street | Ruskin | FL | 33570 |
| Bonome-Rodriguez, Ramon | 8031 W 36th Avenue Unit #1 | Hialeah | FL | 33018 |
| Borges, Virgilio and Janaina | 5660 Kensington Loop | Ft. Myers | FL | 33912 |
| Bowers, Gail and Roger | 2805 W. Shelton Avenue | Tampa | FL | 33611 |
| Braga, Henry and Deborah | 1325 NW 1st Avenue | Cape Coral | FL | 33993 |
| Browne, James and Jill | 2507 Tylers River Run | Lutz | FL | 33559 |
| Caballero, Frank and Carmen | 12761 SW 53rd Street | Miramar | FL | 33027 |
| Callwood, Sandy and Alberto | 11522 Hammocks Glade Drive | Riverview | FL | 33569 |

| Parker Waichman LLP | | | | |
|---|---|---|---|---|
| Claimant Name | Affected Property Address | City | State | Zip |
| Caple, Janelle | 946 South West 6th Court | Cape Coral | FL | 33991 |
| Carbonell, Wayne and Kimberly | 1718 NE 27th Terrace | Cape Coral | FL | 33909 |
| Cardenas, Francisco and Elsa | 6928 Marble Fawn Place | Riverview | FL | 33578 |
| Cardenas, Frank, III | 4402 Ruth Avenue South | Lehigh Acres | FL | 33972 |
| Cardiello, Frank and Gayle | 1006 NW 38th Place | Cape Coral | FL | 33993 |
| Caricato, Lisa | 13471 Little Gem Circle | Ft. Myers | FL | 33913 |
| Carmen, Anthony and Pirczhalski, Joseph | 698 Darlington Ave SW | Palm Bay | FL | 32908 |
| Carter, Daniel and My-Duyen | 508 NW 38th Avenue | Cape Coral | FL | 33993 |
| Carter, Daniel and My-Duyen | 522 NW 36th Place | Cape Coral | FL | 33993 |
| Casburn, Richard and Judy | 2120 Della Drive | Naples | FL | 34117 |
| Cavalieri, Sam, John, Jennifer and Candace | 8177 Emerald Avenue | Parkland | FL | 33076 |
| Chan, Yut Siong | 3702 Ralston Road | Plant City | FL | 33566 |
| Chau, Van and Waas, John | 18238 Hepatica Road | Ft. Myers | FL | 33967 |

| Parker Waichman LLP | | | | |
|---|---|---|---|---|
| Claimant Name | Affected Property Address | City | State | Zip |
| Chinoy, Vinita and Raymond | 11525 Hammocks Glade Drive | Riverview | FL | 33569 |
| Christodoulou, Louis and Maryann | 11221 Godwit Court | New Port Richey | FL | 34654 |
| Clark, Robert and Linda | 816 Chapel Avenue | Lehigh Acres | FL | 33971 |
| Clarke, Paul and Heather | 8723 SW 21st Court | Miramar | FL | 33025 |
| Collingwood, Sharon and Samuel | 12777 Kentwood Avenue | Ft. Myers | FL | 33913 |
| Corea, Edgar and Gilmore, Elsie | 12600 SW 50th Court, #407 | Miramar | FL | 33027 |
| Cove, Joseph, Jr | 214 SW 39th Terrace | Cape Coral | FL | 33914 |
| Covos, Sebastian and Villaneuva, Emilse | 8129 W 36th Avenue Unit #6 | Hialeah | FL | 33018 |
| Cruz, Robert and Sandra | 12444 South Bridge Terrace | Hudson | FL | 34669 |
| Cummings, Brian and Leslie | 221 SE 24th Street | Cape Coral | FL | 33990 |
| D & B Assets, LLC | 11812 Bayport Lane #2403 | Ft. Myers | FL | 33908 |
| Daniels, Anatoly | 1907 SE 21st Court | Homestead | FL | 33035 |
| Danza, Madelina | 3550 Lansing Loop Unit 101 | Estero | FL | 33928 |

| Parker Waichman LLP | | | | |
|---|---|---|---|---|
| Claimant Name | Affected Property Address | City | State | Zip |
| Davis, Gordon and Estela | 201 Medici Terrace | North Venice | FL | 34275 |
| DeKeyser, Lee and Phyllis | 6051 Jonathan's Bay Circle Unit 401 | Ft. Myers | FL | 33908 |
| Delisser, John and Marvalyn | 1120 SW Gardena Avenue | Port St. Lucie | FL | 34953 |
| Demirgian, Edward and Tonia | 24504 Sunrise Drive | Port Charlotte | FL | 33980 |
| Derzhko, Miroslam and Jaroslawa (Gloria) | 6953 Topeka Lane | North Port | FL | 34291 |
| Dominguez, Antonio and Zenedia | 15539 SW 182nd Lane | Miami | FL | 33187 |
| Dong, Chi and Lu, Qun | 1562 Hextel Avenue SW | Port St. Lucie | FL | 34953 |
| Dryman, Lauren f/k/a Bove, Lauren | 10211 Avelar Ridge Drive | Riverview | FL | 33578 |
| Dudreck, Albert and Thomas | 10622 Camarelle Circle | Ft. Myers | FL | 33913 |
| Dunn, Keith and Crystal | 11547 Hammocks Glade Drive | Riverview | FL | 33569 |
| Durrance, Barry and Denise | 18030 Driftwood Lane | Lutz | FL | 33558 |
| Early, Amanda and Peter | 15828 Caloosa Creek Circle | Ft. Myers | FL | 33908 |
| Eastman, Julie Mae, as Trustee | 7050 Ambrosia Lane Unit #3408 | Naples | FL | 34119 |

| Parker Waichman LLP | | | | |
|---|---|---|---|---|
| Claimant Name | Affected Property Address | City | State | Zip |
| Ellison, Maynard and David | 6060 Jonathan's Bay Circle, Unit 202 | Ft. Myers | FL | 33908 |
| Entrust (Edward Adams) | 11843 Bayport Lane 801 | Fort Myers | FL | 33908 |
| Escudie, Mary | 4724 Butler National Drive | Wesley Chapel | FL | 33543 |
| Evans, Donald and Barbara | 13944 Clubhouse Drive | Tampa | FL | 33618 |
| Evans, Wessels and Pauline | 5235 Skyline Blvd. | Cape Coral | FL | 33914 |
| Ewald, Thomas and Christina | 6050 Jonathan's Bay, Unit 401 | Ft. Myers | FL | 33908 |
| Fisher, Regina | 1518 Thompson Ave | Lehigh Acres | FL | 33972 |
| Flaherty, Catherine | 3501 Grassglen Place | Wesley Chapel | FL | 33544 |
| Foster, Gregg | 615-617 Memorial Drive | Sebring | FL | 33870 |
| Fowler, Gerald and Darlene | 1219 Gordon Oaks Drive | Plant City | FL | 33563 |
| Foxwell, Craig and Linda | 11207 Laurel Brook Court | Riverview | FL | 33569 |
| Frasiolas, Steve and Harriet | 11436 Mountain Ash Circle | Port St. Lucie | FL | 34987 |
| Freel, Kevin | 2236 Soho Bay Court | Tampa | FL | 33606 |

| Parker Waichman LLP | | | | |
|---|---|---|---|---|
| Claimant Name | Affected Property Address | City | State | Zip |
| Fugazy, Lenni and Justin | 157 SE 16th Terrace | Cape Coral | FL | 33990 |
| Garcia, Alexander and Sylvia | 8049 West 36th Avenue, Unit #1 | Hialeah | FL | 33018 |
| Garrett, June | 2310-2312 NE 8th Place | Cape Coral | FL | 33909 |
| Garrido, Carlos and Olga | 8111 West 36th Avenue #4 | Hialeah | FL | 33018 |
| Garvey, Stephen and Karen | 11813 Bayport Lane #3 | Ft. Myers | FL | 33908 |
| Gerber, Avis and Russell | 3800 Mossy Oak Drive | Ft. Myers | FL | 33905 |
| Giannini Trust, Dominic | 622 SW 31st Street | Cape Coral | FL | 33914 |
| Giannoussidis, Nikolaos | 1189 Bayport Lane Unit 404 | Ft. Myers | FL | 33908 |
| Gill, Pamela and Theodore | 13464 Little Gem Circle | Ft. Myers | FL | 33913 |
| Gittens, Dian | 4130 Bismark Palm Drive | Tampa | FL | 33610 |
| Goede, John and Kristin | 7527 Bristol Circle | Naples | FL | 34120 |
| Gonzalez, Adalberto and Annette | 11336 Bridge Pine Drive | Riverview | FL | 33569 |
| Gonzalez, Sergio and Maria | 3171 Sea Trawler Bend Apt. 2 North | Ft. Myers | FL | 33903 |

| Parker Waichman LLP | | | | |
|---|---|---|---|---|
| Claimant Name | Affected Property Address | City | State | Zip |
| Gordon, Ryan | 10302 Stone Moss Avenue | Tampa | FL | 33647 |
| Graziano, John and Lisa | 21509 Draycott Way | Land O'Lakes | FL | 34637 |
| Gregory, Robert and Fern | 11420 South West Mountain Ash Circle | Port St. Lucie | FL | 34987 |
| Guillette, Jason and Melissa | 2525 White Sand Lane | Clearwater | FL | 33763 |
| Hamilton, Roger | 1518 Jefferson Avenue | Lehigh Acres | FL | 33972 |
| Hanlon, Patrick and Ann | 3407 West Oakellar Avenue | Tampa | FL | 33611 |
| Harris, Ralph and Bain-Harris, Jean | 1601 Eldron Blvd., SE | Palm Bay | FL | 32909 |
| Harrison, Barrie and Hillary | 142 SE 20th Street | Cape Coral | FL | 33990 |
| Harter, Harry and Olga | 2040 NW 1st Street | Cape Coral | FL | 33993 |
| Hasselschwert, Craig and Jane | 8499 Chase Preserve Drive | Naples | FL | 34113 |
| Hattemer, Greg and Jennifer | 2202 SW 13th Avenue | Cape Coral | FL | 33991 |
| Hatton, Patrick and Jeannette | 10912 Observatory Way | Tampa | FL | 33647 |
| Hernandez, Humberto | 1204 NW 33 Place | Cape Coral | FL | 33993 |

| Parker Waichman LLP | | | | |
|---|---|---|---|---|
| Claimant Name | Affected Property Address | City | State | Zip |
| Hirt, Frederick and Ellen | 7814 Classics Drive | Naples | FL | 34113 |
| Hoffman, Hannelore and Lengel, Donna | 13964 Clubhouse Drive | Tampa | FL | 33618 |
| Hornbeck, Ronald and Linda | 174 Shadroe Cove Circle Unit 1003 | Cape Coral | FL | 33991 |
| Hubbard, Curtis and Michelle | 3617 East Renellie Circle | Tampa | FL | 33629 |
| Hurley, Jonathan and April | 3745 Rockwood Drive | Pace | FL | 32571 |
| Jackson, Edmund | 3227 Surfside Blvd. | Cape Coral | FL | 33914 |
| Johnson, Christopher | 2024 NW 5th Street | Cape Coral | FL | 33991 |
| Johnson, Edward and Gail | 2724 SW 36th Lane | Cape Coral | FL | 33914 |
| Jones, Brian and Davis, Kimberly | 2015 Sea Ray Shore Drive | Clearwater | FL | 33763 |
| Jones, Kenneth | 6079 SE Crooked Oak Avenue | Hobe Sound | FL | 33455 |
| Joseph, David and Pamela | 514 NW Dover Court | Port St. Lucie | FL | 34983 |
| Junco, Jorge | 536 Vincinda Crest Way | Tampa | FL | 33619 |
| Karaian, George and Bernadette | 11842 Bayport Lane 2102 | Ft. Myers | FL | 33908 |

| Parker Waichman LLP | | | | |
|---|---|---|---|---|
| Claimant Name | Affected Property Address | City | State | Zip |
| Karcher, John and Coaker, Deborah | 1730 Old Burnt Store Road North | Cape Coral | FL | 33993 |
| Kehl, Hans and Beate | 4832 SE 24th Place | Cape Coral | FL | 33914 |
| Keller, Brad and Kerry | 9950 Via San Marco Loop | Ft. Myers | FL | 33905 |
| Kepler, LLC | 6071 Jonathan's Bay Circle, Unit 501 | Ft. Myers | FL | 33908 |
| Kim, Mai and Bui, Tom | 8561 Pegasus Drive | Lehigh Acres | FL | 33971 |
| Knight, Rosemary | 21311 Morning Mist Way | Land O'Lakes | FL | 34637 |
| Kramer, Dan and Carolyn | 3245 Sundance Circle | Naples | FL | 34109 |
| Krause, Donald | 11685 Bald Eagle Way | Naples | FL | 34120 |
| Krueckel, Susanne and Schneider, Wolfgang | 2724 SW 25th Street | Cape Coral | FL | 33914 |
| Lau, Donald K. Trustee | 13936 Clubhouse Drive | Tampa | FL | 33618 |
| Layton, Clark | 3208 39th Street West | Lehigh Acres | FL | 33971 |
| Leon, Daimarys and Rodriguez, Yalier | 8111 W 36th Avenue Unit #6 | Hialeah | FL | 33018 |
| LJPTRD, LLC - Patricia Sanford (POA) | 3853 Albacete Circle | Punta Gorda | FL | 33950 |

| Parker Waichman LLP | | | | |
|---|---|---|---|---|
| Claimant Name | Affected Property Address | City | State | Zip |
| Loader, Jennifer C. | 3918 West Bay Court Avenue | Tampa | FL | 33611 |
| Look, Peter | 2125 Santa Barbara Boulevard | Cape Coral | FL | 33990 |
| Lopez, Abner | 1009 Chadbourne Avenue | Lehigh Acres | FL | 33971 |
| Lopez, Stephen | 622 Wilmington Parkway | Cape Coral | FL | 33993 |
| Love, Nakisha | 2540 Middleton Grove Drive | Brandon | FL | 33511 |
| Lowande, Paul and Renee | 2308 NE Juanita Place | Cape Coral | FL | 33909 |
| Lumar, Semyon and Darina | 11825 Bayport Lane, Unit #4 | Ft. Myers | FL | 33908 |
| Maloy, Jack and Louise | 1328 SW 4th Avenue | Cape Coral | FL | 33991 |
| Mancini, Richard | 11813 Bayport Lane 304 | Ft. Myers | FL | 33908 |
| Maniscalco, Frank and Grace | 11853 Bayport Lane #4 | Ft. Myers | FL | 33908 |
| Maradona, Michael and Arlen | 20516 Ardore Lane | Estero | FL | 33928 |
| Marinell, Derek | 1047 Gladys Street | Lehigh Acres | FL | 33974 |
| Marion, James | 1172 South West Kickaboo Road | Port St. Lucie | FL | 34953 |

| Parker Waichman LLP | | | | |
|---|---|---|---|---|
| Claimant Name | Affected Property Address | City | State | Zip |
| Martin, Patrick and Alice | 11842 Bayport Lane #210-4 | Ft. Myers | FL | 33908 |
| Mastrogiacomo, Kim | 6071 Jonathans Bay Circle, Unit 401 | Ft. Myers | FL | 33908 |
| Mattesich, John; Johnson, Rosemary and Morin, Barbara | 4338 Jacaranda Parkway | Cape Coral | FL | 33993 |
| Mattia, Michael and Mary Ellen | 10834 Kensington Park Avenue | Riverview | FL | 33569 |
| Mazzola, Bruce and Santos, Jeomarcio | 3590 Lansing Loop Unit #204 | Estero | FL | 33928 |
| McCarthy, Mary Ann and Miller, Vicki | 954 Marilyn Avenue S. | Lehigh Acres | FL | 33936 |
| McDavid, Fernon and Loretta | 11321 Bridge Pine Drive | Riverview | FL | 33569 |
| McKnight, Ashley and Gloria | 505 NW 3rd Place | Dania Beach | FL | 33004 |
| Medrano, Ramon and Nedy | 11411 Bridge Pine Drive | Riverview | FL | 33569 |
| Meinke, Mark and Jennifer | 11540 Hammocks Glade Drive | Riverview | FL | 33569 |
| Meister, David and Diane | 6060 Jonathan's Bay Circle #302 | Ft. Myers | FL | 33908 |
| Miranda, Sergio | 8019 W. 36th Avenue Unit #6 | Hialeah | FL | 33018 |
| Mitchell, Robert and Bonnie | 1442 Eldorado Parkway | Cape Coral | FL | 33914 |

| Parker Waichman LLP | | | | |
|---|---|---|---|---|
| Claimant Name | Affected Property Address | City | State | Zip |
| Morillo, Madelyn | 11337 Bridge Pine Drive | Riverview | FL | 33569 |
| Mosley, Toni | 6143 Laurelwood Drive | Ft. Myers | FL | 33905 |
| Mueller, Lawrence and Jaime | 939 Golden Pond Court | Cape Coral | FL | 33909 |
| Mundt, Elaine | 11806 Bayport Lane 2501 | Ft. Myers | FL | 33908 |
| Muradali, Fazeel | 5030 SW 126th Avenue, #221 | Miramar | FL | 33027 |
| Murphy, William | 4755 Tuscan Loon Drive | Tampa | FL | 33619 |
| Murray, Robin and Marva | 535 Davidson Street South East Unit 50 | Palm Bay | FL | 32909 |
| Nord, John | 13960 Clubhouse Drive | Tampa | FL | 33618 |
| Notarpasquale, Agostina | 11401 Bright Star Lane | Riverview | FL | 33569 |
| Nunes, Norberto | 7060 Venice Way Unit 301 | Naples | FL | 34119 |
| O'Brien, Jason | 19252 Stone Hedge Drive | Tampa | FL | 33647 |
| Ojeda, Benjamin and Nancy | 765 East Oklahoma Avenue | Labelle | FL | 33935 |
| Ondrovic, Joseph | 14122 Kensington Lane | Ft. Myers | FL | 33912 |

| Parker Waichman LLP | | | | |
|---|---|---|---|---|
| Claimant Name | Affected Property Address | City | State | Zip |
| Organista, Maria | 2902 Nadine Lane | Lehigh Acres | FL | 33971 |
| Osborne, Jason and Pemberton-Osborne, Janna | 14981 Toscana Way | Naples | FL | 34120 |
| Overbeck, David | 13525 Little Gem Circle | Ft. Myers | FL | 33913 |
| Owen, Scott and Emilia | 2032 North West 1st Place | Cape Coral | FL | 33993 |
| Page, Michael and Rikke | 20092 Larino Loop | Estero | FL | 33928 |
| Parikh, Jayesh and Kirti | 7569 Bristol Circle | Naples | FL | 34120 |
| Parr, Patrick and Linda | 3145 NE 15th Avenue | Cape Coral | FL | 33909 |
| Paskow, Ross and Jacyln | 12430 SW 50th Street - Unit 129 | Miramar | FL | 33027 |
| Patchan, Catherine | 1345 Lyonshire Drive | Wesley Chapel | FL | 33543 |
| Patterson, Kelli | 622 SW 147th Terrace | Pembroke Pines | FL | 33027 |
| Pauls, Henry and Gerna | 14906 Man O War Drive | Odessa | FL | 33556 |
| Pech, Guenter and Eveline | 118 SE 23rd Place | Cape Coral | FL | 33990 |
| Peltier, Isaac and Shanon | 2811 W. Shelton Avenue | Tampa | FL | 33611 |

| Parker Waichman LLP | | | | |
|---|---|---|---|---|
| Claimant Name | Affected Property Address | City | State | Zip |
| Perez, Andres and Raquel | 574 Eisenhower Blvd. | Lehigh Acres | FL | 33974 |
| Perez, Carlos | 8129 W 36th Street Unit #3 | Hialeah | FL | 33018 |
| Pezze, Daniel and Carol | 1160 Wapello Street | North Port | FL | 34286 |
| Pfeiffer, Marion | 1117 Cassin Avenue | Lehigh Acres | FL | 33971 |
| Pham, Kelly | 8696 Pegasus Drive | Lehigh Acres | FL | 33971 |
| Pietrantonio, Robert and Tamie | 6050 Jonathan's Bay Circle Unit 102 Building 5 | Ft. Myers | FL | 33908 |
| Portnoy, Sidney and Sandra | 6572 East 41st Court | Sarasota | FL | 34243 |
| Pruna, David and Jaimy | 8889 SW 225th Terrace | Cutler Bay | FL | 33190 |
| PSC Enterprises, LLC | 362 Eisenhower Blvd. | Lehigh Acres | FL | 33974 |
| Quaranta, Benito | 4541 Rolling Green Drive | Wesley Chapel | FL | 33543 |
| Quinn, Christopher and Katherine | 4210 West Kensington Avenue | Tampa | FL | 33629 |
| Racius, Lubraine and Anese | 4013 24th Street SW | Lehigh Acres | FL | 33971 |
| Rand, Richard | 8607 Athena Court | Lehigh Acres | FL | 33971 |

| Parker Waichman LLP | | | | |
|---|---|---|---|---|
| Claimant Name | Affected Property Address | City | State | Zip |
| Rappa, Erasmo and Kathleen | 2128 South West 5th Avenue | Cape Coral | FL | 33991 |
| Reino, Frank | 921 SW 23rd Street | Cape Coral | FL | 33990 |
| Renaud, Paris and Baird-Renaud, Merle | 1016 Willard Avenue | Lehigh Acres | FL | 33972 |
| Richardson, Valerie | 8596 Athena Court | Lehigh Acres | FL | 33971 |
| Riley, Estela | 419 SW 19th Terrace | Cape Coral | FL | 33914 |
| Rose, Mary and Donnelly, James | 11837 Bayport Lane Unit #4 | Ft. Myers | FL | 33908 |
| Rosen, Sheree | 11618 Hammocks Glade Drive | Riverview | FL | 33569 |
| Roth, Stephen and Leslie | 6050 Jonathan's Bay Circle Unit 402 | Ft. Myers | FL | 33908 |
| Roy, Gerard and Nancy | 2832 SW 36th Terrace | Cape Coral | FL | 33914 |
| Sakalauskas, Alberto and Laura | 3142 SW Martin Street | Port St. Lucie | FL | 34988 |
| Saltzman, Scott and Jordana | 8485 Breezy Hill Drive | Boynton Beach | FL | 33437 |
| Santiago, Cesar and Crespo, Eileen | 12978 Turtle Cove Trail | North Ft. Myers | FL | 33903 |
| Santos, Joel | 3223 31st Street West | Lehigh Acres | FL | 33971 |

| Parker Waichman LLP | | | | |
|---|---|---|---|---|
| Claimant Name | Affected Property Address | City | State | Zip |
| Schatzle, Judith | 3445 NW 18th Terrace | Cape Coral | FL | 33993 |
| Scocco, Bart | 3330 NW 39th Lane | Cape Coral | FL | 33993 |
| Scott, Denise | 14051 Danpark Loop | Ft. Myers | FL | 33912 |
| Seddon, Robert and Joan | 13946 Clubhouse Drive | Tampa | FL | 33618 |
| Sellman, Terry and Donna | 10710 Miracle Lane | New Port Richey | FL | 34654 |
| Sena, Dale | 816 West Braddock Street | Tampa | FL | 33603 |
| Sheehan, Michael and Willman, Courtney and Hussey, Greer A. | 3531 SW 15th Place | Cape Coral | FL | 33914 |
| Shelmandine, Gerald A. and Connie L., Hartley, Charles and Janet | 11106 Kiskadee Circle | New Port Richey | FL | 34654 |
| Sher, Golub and Donna | 30018 Five Farms Avenue | Wesley Chapel | FL | 33543 |
| Singh, Govinhd | 8374 Sumner Avenue | Ft. Myers | FL | 33908 |
| Sistrunk, Earl | 6615 Sable Ridge Lane | Naples | FL | 34109 |
| Smith, Christopher | 5205 Athens Way North | North Venice | FL | 34293 |
| Smith, Gloria and Robert | 11837 Bayport Lane, Unit 1, Building 7, Phase 2 | Ft. Myers | FL | 33908 |

| Parker Waichman LLP | | | | |
|---|---|---|---|---|
| Claimant Name | Affected Property Address | City | State | Zip |
| Stein, Amy | 19269 Stone Hedge Drive | Tampa | FL | 33647 |
| Stewart, Joseph and Sandra | 4338 Wildstar Circle | Wesley Chapel | FL | 33544 |
| Strehle, Etta and Jones, Bruce | 542 Bimini Bay Boulevard | Apollo Beach | FL | 33572 |
| Sullivan, William and Sheila | 12623 20th Street East | Parrish | FL | 34219 |
| Sutton, Stuart | 2210 Soho Bay Court | Tampa | FL | 33606 |
| Swartz, Christopher and Sylvia | 4030 South West 9th Place | Cape Coral | FL | 33914 |
| Teitelbaum, Ronald and Donna | 11825 Bayport Lane #502 | Ft. Myers | FL | 33908 |
| Templeton, Sherry | 13934 Clubhouse Drive | Tampa | FL | 33618 |
| Thompson, Benjamin and Deborah | 11527 Hammocks Glade Drive | Riverview | FL | 33569 |
| Tighe, Edward | 2820 St. Barts Square | Vero Beach | FL | 32967 |
| Tomac, Tom and Carrie | 11601 Hammocks Glade Drive | Riverview | FL | 33569 |
| Tran, Minh | 11307 Bridge Pine Drive | Riverview | FL | 33569 |
| Vacca, Natalie | 126 NW 3rd Avenue | Cape Coral | FL | 33993 |

| Parker Waichman LLP | | | | |
|---|---|---|---|---|
| Claimant Name | Affected Property Address | City | State | Zip |
| Vaccaro, Chase and Robin | 14117 Stilton Street | Tampa | FL | 33626 |
| Vayda, Richard and Rita | 366 Recker Highway | Auburndale | FL | 33823 |
| Venetian Village of Brevard Condo Association, Inc. | 1045 Venetian Drive #202 | Melbourne | FL | 32904 |
| Venetian Village of Brevard Condo Association, Inc. | 1045 Venetian Drive (3 of 8) #201 | Melbourne | FL | 32904 |
| Venetian Village of Brevard Condo Association, Inc. | 1045 Venetian Drive (4 of 8) #102 | Melbourne | FL | 32904 |
| Venetian Village of Brevard Condo Association, Inc. | 1045 Venetian Drive (6 of 8) #104 | Melbourne | FL | 32904 |
| Venetian Village of Brevard Condo Association, Inc. | 1045 Venetian Drive (7 of 8) #205 | Melbourne | FL | 32904 |
| Venetian Village of Brevard Condo Association, Inc. | 1045 Venetian Drive (8 of 8) #203 | Melbourne | FL | 32904 |
| Venetian Village of Brevard Condo Association, Inc. | 1045 Venetian Drive Melbourne, FL 32904 #204 | Melbourne | FL | 32904 |
| Vieau, Mark | 11842 Bayport Lane, Building #2103 | Ft. Myers | FL | 33908 |
| Vila, Desiree | 2204 Soho Bay Court | Tampa | FL | 33606 |
| Villalobos, Gilliam | 8129 W. 36th Avenue Unit #4 | Hialeah | FL | 33018 |
| Vitiello, Anthony and Laura | 2619 NW 10th Terrace | Cape Coral | FL | 33993 |

| Parker Waichman LLP | | | | |
|---|---|---|---|---|
| Claimant Name | Affected Property Address | City | State | Zip |
| Wagner, Jonathon and Samantha | 11526 Hammocks Glade Drive | Riverview | FL | 33569 |
| Wardallyy, Arthur | 8576 Athena Court | Lehigh Acres | FL | 33971 |
| Warren, Megan and John | 919 Monroe Avenue | Lehigh Acres | FL | 33972 |
| Weinsberg, Edgar and Yvonne | 6568 41st Street | Sarasota | FL | 34243 |
| White, Richard and Linda | 8495 Chase Preserve Drive | Naples | FL | 34113 |
| Wienstroer, Danny and Patrick | 11509 Hammocks Glade Drive | Riverview | FL | 33569 |
| Williams, Catina | 1032 Kindly Road | North Ft. Myers | FL | 33903 |
| Wilson, Darrell and Darlene | 24226 Santa Inez Road | Punta Gorda | FL | 33955 |
| Wilson, Reginald and Smith, Marsha | 1917 North Liberty Street | Jacksonville | FL | 32206 |
| Winn, Brandon and Juliet | 12616 20th Street East | Parrish | FL | 34219 |
| Wohleber, David and Marlene | 4095 Cherrybrook Loop | Ft. Myers | FL | 33966 |
| Woods, Randy and Sherry | 3205 North West 76th | Jennings | FL | 32053 |
| Yamamoto, Sean and Christine | 1113 NE 4th Avenue | Cape Coral | FL | 33909 |

| Parker Waichman LLP | | | | |
|---|---|---|---|---|
| Claimant Name | Affected Property Address | City | State | Zip |
| Yassa, Alain | 3402 NW 5th Terrace | Cape Coral | FL | 33993 |
| Yudess, Daniel and Karen | 1131 Tropicana Parkway W | Cape Coral | FL | 33993 |
| Yusuf, Nejeh | 3732 SW 7th Place #4 | Cape Coral | FL | 33914 |
| Zavala, Carlos | 14119 Danpark Loop | Ft. Myers | FL | 33912 |
| Zhang, Dong | 2234 Soho Bay Court | Tampa | FL | 33606 |

| Roberts & Durkee, LLP | | | | |
|---|---|---|---|---|
| Claimant Name | Affected Property Address | City | State | Zip |
| Conroy, John | 1750 NW 24th Place | Cape Coral | FL | 33993 |
| Edwards, Norma | 1050 NW Leonardo Circle | Port St. Lucie | FL | 34986 |
| Fischer, Dirk | 424 NW 38th Avenue | Cape Coral | FL | 33993 |
| Geraci, Vincent and Joan | 420 NW 38th Avenue | Cape Coral | FL | 33993 |
| Ivory, James | 16315 Maya Circle | Punta Gorda | FL | 33955 |

| Roberts & Durkee, LLP | | | | |
|---|---|---|---|---|
| Claimant Name | Affected Property Address | City | State | Zip |
| Kranz, Helene | 8644 Athena Court | Lehigh Acres | FL | 33971 |
| Levitan, Rosaliya | 81 Port Royal Drive | Palm Coast | FL | 32164 |
| Menz, Charlotte | 112 SW 35th Avenue | Cape Coral | FL | 33991 |
| Naustdal, Donna | 2576 Keystone Lake Drive | Cape Coral | FL | 33909 |
| Nunez, Carmela | 2650 Amber Lake Drive | Cape Coral | FL | 33909 |
| Perez, Esdras | 1835 Dalmation Avenue | Port St. Lucie | FL | 34953 |
| Shaw, John | 827 SW 17th Street | Cape Coral | FL | 33991 |
| Siddiqui, Hassan | 11429 Laurel Brook Court | Riverview | FL | 33569 |
| Teegarden, Randy | 4433 Fieldview Circle | Wesley Chapel | FL | 33545 |
| Zamora, Michael | 3044 Lake Manatee Drive | Cape Coral | FL | 33909 |

| Roberts & Durkee; Milstein Adelman | | | | |
|---|---|---|---|---|
| Claimant Name | Affected Property Address | City | State | Zip |
| Barcia, Aurora | 6119 NW Densaw Terrace | Port St. Lucie | FL | 34986 |
| Barragan, Fernando and Barbara | 8935 SW 228th Lane | Cutler Bay | FL | 33190 |
| Batra, Vinod | 2565 Deerfield Lake Court | Cape Coral | FL | 33993 |
| Borgardt, David and Katherine | 2160 NW 23rd Avenue | Cape Coral | FL | 33993 |
| Brumbaugh, Russell and Carol | 232 SE 15th Terrace | Cape Coral | FL | 33990 |
| Cegielski, Boguslaw and Ning | 246 SW 26th Street | Cape Coral | FL | 33993 |
| Cole, John and Star | 2766 Blue Cypress Lake Court | Cape Coral | FL | 33909 |
| Craig, Bill and Jill | 4143 Wildstar Circle | Wesley Chapel | FL | 33544 |
| Cruz, Eduardo | 4304 21 Street SW | Lehigh Acres | FL | 33976 |
| Dowdy, Alfred and Joyce | 2553 Deerfield Lake Court | Cape Coral | FL | 33993 |
| Flores, David and Vasquez, Monica | 8936 SW 228th Lane | Miami | FL | 33190 |
| Grassel, Eric and Svetlana | 3033 Lake Manatee Court | Cape Coral | FL | 33993 |

| Roberts & Durkee; Milstein Adelman | | | | |
|---|---|---|---|---|
| Claimant Name | Affected Property Address | City | State | Zip |
| Griffith, Richard and Olga | 142 SW Covington Road | Port St. Lucie | FL | 34953 |
| Hamwee, Mark | 2557 Deerfield Lake Court | Cape Coral | FL | 33909 |
| Kingsnorth, Bob and Grace | 2556 Deerfield Lake Court | Cape Coral | FL | 33993 |
| Larrazabal, Alejandro | 10902 NW 83rd Street Apt. 212 | Doral | FL | 33178 |
| Madera, Eligio and Belkys | 1301 SW Parma Avenue | Port St. Lucie | FL | 34953 |
| Mantuo, Joe Ellen | 11001 Gulf Reflections Drive Unit A308 | Ft. Myers | FL | 33908 |
| Masih, Parveem | 2533 Deerfield Lake Court | Cape Coral | FL | 33909 |
| Meyer, Ken | 120 SE 4th Terrace | Cape Coral | FL | 33990 |
| Mihelich, George and Mara | 14015 SW 32nd Street | Miramar | FL | 33027 |
| Muenchen, Stephen M. Jr. | 2537 Deerfield Lake Court | Cape Coral | FL | 33909 |
| Muenchen, Stephen, Sr. | 2565 Keystone Lake Drive | Cape Coral | FL | 33993 |
| Osterberg, David and Andrea | 3404 W. Sevilla Street | Tampa | FL | 33629 |

| Roberts & Durkee; Milstein Adelman | | | | |
|---|---|---|---|---|
| Claimant Name | Affected Property Address | City | State | Zip |
| Packard, Suki and Michael | 3028 Lake Manatee Court | Cape Coral | FL | 33909 |
| Palmer, Olga | 1233 Kendari Terrace | Naples | FL | 34113 |
| Powell, Laura Ann and Lindeerth | 8870 SW 229th Street | Cutler Bay | FL | 33190 |
| Prokopetz, Jerry, Jason and Linda | 2548 Deerfield Lake Court | Cape Coral | FL | 33909 |
| Reilly, Reed and Victoria | 8648 Athena Court | Lehigh Acres | FL | 33971 |
| Restrepo, Soccoro | 8932 SW 228th Lane | Miami | FL | 33190 |
| Robinson, Peter | 8580 Athena Court | Lehigh Acres | FL | 33971 |
| Saeks, Sieglinde | 2810 NW 14th Terrace | Cape Coral | FL | 33993 |
| Schneider-Christians, Michael and Verena | 2549 Deerfield Lake Court | Cape Coral | FL | 33909 |
| Serajuddowla, Mohammad and Ruth | 8710 Pegasus Drive | Lehigh Acres | FL | 33971 |
| Sierra, Santos | 8719 Pegasus Drive | Lehigh Acres | FL | 33971 |
| Simonian, Thomas and Petty, Barbara R. | 8582 Athena Court, Bldg. 4, Unit #210 | Lehigh Acres | FL | 33971 |

| Roberts & Durkee; Milstein Adelman | | | | |
|---|---|---|---|---|
| Claimant Name | Affected Property Address | City | State | Zip |
| Singleton, Robert and Krista | 5201 W. Neptune Way | Tampa | FL | 33609 |
| Steed, Max | 2580 Keystone Lake Drive | Cape Coral | FL | 33993 |
| Suarez, Humberto | 208 SE 6th Street | Cape Coral | FL | 33990 |
| Talerico, Michelle & Tom | 240 SE 29th Street | Cape Coral | FL | 33904 |
| Toledo, Maria | 8141 W 36th Avenue #1 | Hialeah | FL | 33018 |
| Valentin, Miguel | 10902 NW 83rd St., Apt. 208 | Doral | FL | 33178 |
| White, Jill and Vincent | 11001 Gulf Reflections Drive, A304 | Ft. Myers | FL | 33907 |

| Whitfield, Bryson & Mason | | | | |
|---|---|---|---|---|
| Claimant Name | Affected Property Address | City | State | Zip |
| Adams, Richard and Marilyn | 5748 Stay Sail Ct. | Cape Coral | FL | 33914 |
| Aguilar, Delsa | 1690 Renaissance Commons Blvd. Unit 1209 | Boynton Beach | FL | 33426 |
| Alexander, Lynne | 1660 Renaissance Commons Blvd., Unit 2505 | Boynton Beach | FL | 33426 |

Page 34 of 41

| Whitfield, Bryson & Mason | | | | |
|---|---|---|---|---|
| Claimant Name | Affected Property Address | City | State | Zip |
| Baez, Ramon and Franca, Sylvia | 904 Sistina Avenue | Coral Gables | FL | 33146 |
| Bast, Peter and Robin | 1690 Renaissance Commons Blvd., Unit 1428 | Boynton Beach | FL | 33426 |
| Bragoli, Frank and Carolyn | 1690 Renaissance Commons Blvd., Unit 1314 | Boynton Beach | FL | 33426 |
| Brice, Philip | 1690 Renaissance Commons Blvd., Unit 1227 | Boynton Beach | FL | 33426 |
| Cammarata, Louis and Michele | 1660 Renaissance Commons Blvd., Unit 2503 | Boynton Beach | FL | 33426 |
| Casalengo, Roger and Kramer, Betty Ann | 1690 Renaissance Commons Blvd., Unit 1324 | Boynton Beach | FL | 33426 |
| Clarke, Joseph and Sandra | 325 Cipriani Way | Nokomis | FL | 34275 |
| Cohen, Jay and Shari | 1690 Renaissance Commons Blvd., Unit 1405 | Boynton Beach | FL | 33426 |
| Conlin, Patrick | 1690 Renaissance Commons Blvd., Unit 1218 | Boynton Beach | FL | 33426 |
| Croley, Paul | 140 S. Dixie Hwy. Unit 512 | Hollywood | FL | 33020 |
| D'Ambrosio, Angelo and Deborah | 1660 Renaissance Commons Blvd., Unit 2305 | Boynton Beach | FL | 33426 |
| DeNaeva, Marta | 1690 Renaissance Commons Blvd., Unit 1224 | Boynton Beach | FL | 33426 |

| Whitfield, Bryson & Mason | | | | |
|---|---|---|---|---|
| Claimant Name | Affected Property Address | City | State | Zip |
| DeNavea, Martha Lisa | 1690 Renaissance Commons Blvd., Unit 1429 | Boynton Beach | FL | 33426 |
| Ditianquin, Marlon | 1690 Renaissance Commons Blvd., Unit 1309 | Boynton Beach | FL | 33426 |
| Eltahawy, Sherif and Leyon, Mikhail | 2195 3rd Lane SW | Vero Beach | FL | 32962 |
| Englander, Mark | 1690 Renaissance Commons Blvd., Unit 1508 | Boynton Beach | FL | 33426 |
| Ercolino, Vincent | 1690 Renaissance Commons Blvd., Unit 1206 | Boynton Beach | FL | 33426 |
| Estrela, Jose Antonio and Maria Agostinha Estrela as Trustees of the Estrela Family Living Trust under agreement dated the 1st day of April, 2008 | 1690 Renaissance Commons Blvd., Unit 1423 | Boynton Beach | FL | 33426 |
| Flaherty, Sean | 1690 Renaissance Commons Blvd., Unit 1402 | Boynton Beach | FL | 33426 |
| Fox, Edwin and Lisa | 512 Southwest Camden Avenue | Stuart | FL | 34994 |
| Hahn, Letitia | 1690 Renaissance Commons Blvd., Unit 1221 | Boynton Beach | FL | 33426 |
| Haywood, Manisha Adwani | 1690 Renaissance Commons Blvd. Unit 1127 | Boynton Beach | FL | 33426 |
| Hobbie, Wendy Lee | 1690 Renaissance Commons Blvd., Unit 1411 | Boynton Beach | FL | 33426 |
| Irvin, Timothy and Karen | 1690 Renaissance Commons Blvd., Unit 1216 | Boynton Beach | FL | 33426 |

| Whitfield, Bryson & Mason | | | | |
|---|---|---|---|---|
| Claimant Name | Affected Property Address | City | State | Zip |
| Jioia, Perry and Alice | 1690 Renaissance Commons Blvd., Unit 1327 | Boynton Beach | FL | 33426 |
| Julia, Juan Carlos and Martha | 1690 Renaissance Commons Blvd., Unit 1521 | Boynton Beach | FL | 33426 |
| Kallfelz, Marita | 1690 Renaissance Commons Blvd., Unit 1315 | Boynton Beach | FL | 33426 |
| Kaufman, Leslie | 1690 Renaissance Commons Blvd., Unit 1307 | Boynton Beach | FL | 33426 |
| Kellner, Alan and Ilana | 1690 Renaissance Commons Blvd., Unit 1310 | Boynton Beach | FL | 33426 |
| Kolich, John and Susanna | 1690 Renaissance Commons Blvd., Unit 1519 | Boynton Beach | FL | 33426 |
| Kovens, Arthur and Martha | 1660 Renaissance Commons Blvd., Unit 2527 | Boynton Beach | FL | 33426 |
| Krause, Howard as Trustee of the Naomi Krause Revocable Trust | 1690 Renaissance Commons Blvd, Unit 1109 | Boynton Beach | FL | 33426 |
| Kropf, Leneva Jean | 1690 Renaissance Commons Blvd., Unit 1205 | Boynton Beach | FL | 33426 |
| Lemberg, Mark and Diana | 1690 Renaissance Commons Blvd., Unit 1328 | Boynton Beach | FL | 33426 |
| Lewis, Lesley | 1690 Renaissance Commons Blvd, Unit 1223 | Boynton Beach | FL | 33426 |
| Litwin, Barry and Mel (as Trustee of the Mel Litwin (A/K/A Melvin Litwin)) Declaration Trust, u/a/d 02/28/06 | 1690 Renaissance Commons Blvd., Unit 1409 | Boynton Beach | FL | 33426 |

| Whitfield, Bryson & Mason | | | | |
|---|---|---|---|---|
| Claimant Name | Affected Property Address | City | State | Zip |
| Luntz, George and Adrienne | 1660 Renaissance Commons Blvd., Unit 2501 | Boynton Beach | FL | 33426 |
| Madigan, Murphy | 1660 Renaissance Commons Blvd., Unit 2119 | Boynton Beach | FL | 33426 |
| Maness, Danielle Lee | 1690 Renaissance Commons Blvd., Unit 1128 | Boynton Beach | FL | 33426 |
| Meinholz, Nancy | 1660 Renaissance Commons Blvd. Unit 2211 | Boynton Beach | FL | 33426 |
| Miller, Robert | 1660 Renaissance Commons Blvd, Unit 2205 | Boynton Beach | FL | 33426 |
| Molina, Carlos and Margarita | 1690 Renaissance Commons Blvd., Unit 1308 | Boynton Beach | FL | 33426 |
| Murray, Paul | 1690 Renaissance Commons Blvd., Unit 1522 | Boynton Beach | FL | 33426 |
| Murray, Paul and Lois | 1660 Renaissance Commons Blvd, Unit 2415 | Boynton Beach | FL | 33426 |
| Okaily, Okaily AM and Lois | 1690 Renaissance Commons Blvd., Unit 1215 | Boynton Beach | FL | 33426 |
| Okaily, Rhoda and Aly | 1690 Renaissance Commons Blvd., Unit 1412 | Boynton Beach | FL | 33426 |
| Ovicher, Joseph and Celine | 1690 Renaissance Commons Blvd., Unit 1417 | Boynton Beach | FL | 33426 |
| Penzimer, Marilyn | 1690 Renaissance Commons Blvd., Unit 1420 | Boynton Beach | FL | 33426 |

| Whitfield, Bryson & Mason | | | | |
|---|---|---|---|---|
| Claimant Name | Affected Property Address | City | State | Zip |
| Perecca, Joel | 1690 Renaissance Commons Blvd., Unit 1211 | Boynton Beach | FL | 33426 |
| Peter, Arish and Dalal, Alpa | 1690 Renaissance Commons Blvd., Unit 1401 | Boynton Beach | FL | 33426 |
| Poggio, James and Janice | 13409 Ainsworth Lane | Port Charlotte | FL | 33981 |
| Polychronopoulos, Nathalie and George | 1660 Renaissance Commons Blvd. Unit 2210 | Boynton Beach | FL | 33426 |
| Poplausky, Maurice and Hanna | 1690 Renaissance Commons Blvd., Unit 1529 | Boynton Beach | FL | 33426 |
| Renzetti, Nicholas and Adrienne | 1690 Renaissance Commons Blvd., Unit 1321 | Boynton Beach | FL | 33426 |
| Riback, Martin- Trustees of the Martin Riback Revocable Trust Agreement dated April 4, 1997 | 1690 Renaissance Commons Blvd., Unit 1212 and Unit 1410 | Boynton Beach | FL | 33426 |
| Richman, Steven and Marsha | 1690 Renaissance Commons Blvd., Unit 1422 | Boynton Beach | FL | 33426 |
| RMM Investments, LLC | 1660 Renaissance Commons Blvd, Unit 2112 | Boynton Beach | FL | 33426 |
| RMM Investments, LLC | 1690 Renaissance Commons Blvd., Unit 1103 | Boynton Beach | FL | 33426 |
| Robinson, Louis | 2809 37th St. S.W. | Leigh Acres | FL | 33976 |
| Rodriguez, Iyanse | 1483 Southwest 146 Court | Miami | FL | 33184 |

| Whitfield, Bryson & Mason | | | | |
|---|---|---|---|---|
| Claimant Name | Affected Property Address | City | State | Zip |
| Rodriguez, Otonier and Margarita | 14141 Whitter Lane | Port Charlotte | FL | 33981 |
| Rovezzi, James and Narcissa | 1660 Renaissance Commons Blvd, Unit 2418 | Boynton Beach | FL | 33426 |
| Sabatino, Dominic and Hiskey, Richard | 1660 Renaissance Commons Blvd, Unit 2518 | Boynton Beach | FL | 33426 |
| Santillo, Keith | 1690 Renaissance Commons Blvd., Unit 1323 | Boynton Beach | FL | 33426 |
| Schour, Stephen and Mitchell, Susan | 1690 Renaissance Commons Blvd., Unit 1106 | Boynton Beach | FL | 33426 |
| Siegel, Sandra | 1690 Renaissance Commons Blvd., Unit 1427 | Boynton Beach | FL | 33426 |
| Taylor, Lloyd and Hoxter, Scott | 1660 Renaissance Commons Blvd., Unit 2603 | Boynton Beach | FL | 33426 |
| Tempel, Harvey and Lisa | 1660 Renaissance Commons Blvd, Unit 2323 | Boynton Beach | FL | 33426 |
| Thompson, Venesia and Logan, Susan | 1690 Renaissance Commons Blvd., Unit 1226 | Boynton Beach | FL | 33426 |
| Torres-Barajas, Ramiro and Torres, Noel | 1031 SW College Park Road | Port St. Lucie | FL | 34953 |
| Tuller Investments, LLC | 1690 Renaissance Commons Blvd., Unit 1419 | Boynton Beach | FL | 33426 |
| Twin Crest Associates, LLC | 1660 Renaissance Commons Blvd, Unit 2212 | Boynton Beach | FL | 33426 |

| Whitfield, Bryson & Mason | | | | |
|---|---|---|---|---|
| Claimant Name | Affected Property Address | City | State | Zip |
| Vargas, Odilio | 1690 Renaissance Commons Blvd., Unit 1424 | Boynton Beach | FL | 33426 |
| Verderame, Frances | 1690 Renaissance Commons Blvd., Unit 1219 | Boynton Beach | FL | 33426 |
| Weiss, Stephen Buckwald, David Borowiec, Gary | 711 SE 16th Court | Ft. Lauderdale | FL | 33304 |
| Wiley, John | 1541 Gerona Terrace | North Point | FL | 34286 |
| Wiley, Thad | 1660 Renaissance Commons Blvd., Unit 2111 | Boynton Beach | FL | 33426 |
| Zagalsky, Yefim and Alekseyeva, Yelena | 1690 Renaissance Commons Blvd., Unit 1418 | Boynton Beach | FL | 33426 |
| Zelazny, Louis | 405 NW 8th Terrace | Cape Coral | FL | 33991 |
| Zhou, Zhongmin and Huang, Qinxi | 1660 Renaissance Commons Blvd., Unit 2416 | Boynton Beach | FL | 33426 |
| Zitner, Sheldon | 1690 Renaissance Commons Blvd., Unit 1311 | Boynton Beach | FL | 33426 |