UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:**
**ALL CASES**

## ORDER

Before the Court is a Motion for the Immediate Disbursement of Attorneys' Fees (the "Motion") filed by Krupnick Campbell ("Movant"), R. Doc. 22130, in which several parties have joined, R. Docs. 22131, 22134, 22141, 22147, 22159, 22164, 22169.[1] The Motion is opposed, R. Doc. 22172, to which Movant has filed a reply, R. Doc. 22175. Relatedly, on March 20, 2019, Parker Waichman, LLP ("Parker") filed a "Motion for Partial Disbursement of Fees Awarded by the Court." R. Doc. 22170. Thereafter, on March 22, 2019, Parker filed a motion seeking to strike Movant's Motion, R. Doc. 22181, to which Movant filed an opposition, R. Doc. 22183. Considering Movant's request for oral argument, R. Doc. 22132;

**IT IS ORDERED** that the Court shall hear oral argument on the motions and oppositions noted above, in the Courtroom of Judge Eldon Fallon on April 23, 2019, following the Monthly Status Conference.

New Orleans, Louisiana, this 28th day of March, 2019.

_____
United States District Judge

---

[1] The joining parties are: (1) The Steckler Law Firm; (2) Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A.; (3) Whitfield, Bryson & Mason LLP; (4) Taylor Martino, P.C.; (5) The Lambert Firm, PLC; (6) The Becnel Law Firm, LLC; (7) McCallum, Hoaglund, Cook & Irby, LLP; and (8) Gentle, Turner, Sexton & Harbison.