## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: *Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, Case No. 2:11-cv-01395 (E.D. La.) (LA) | SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |

### PLAINTIFFS' MOTION TO SEVER AND RESERVE CLAIMS FOR ATTORNEYS' FEES RELATING TO LOUISIANA *AMORIN* SELECT TRIAL PLAINTIFF CASES

NOW INTO COURT, on behalf of the Louisiana members of the *Amorin* class, come the Plaintiffs' Steering Committee and appointed Class Counsel, who respectfully move to sever and reserve the claim for attorneys' fees, for the reasons that follow:

### I.

Pursuant to the Court's Order of October 12, 2018,[1] a pool of Louisiana *Amorin* class members' cases have been selected for discovery and trial.

### II.

These cases encompass substantive claims for attorneys' fees,[2] which are traditionally awarded under a "lodestar"-type analysis.[3]

---

[1] Rec. Doc. 21847.

[2] *See* LA. CIV. CODE art. 2545.

[3] *See, e.g.*, Health Educ. and Welfare Federal Credit Union v. Peoples State Bank, 2011-672 (La. App. 3rd Cir. 12/7/2011), 83 So.3d 1055; Landry v. Forest River, Inc., 2006-1424 (La. App. 3rd Cir. 3/14/2007), 953 So.2d 1046, 1052; Linoski v. Fleetwood Homes of Texas #12, 38,338 (La. App. 2nd Cir. 5/12/2004), 873 So.2d 886, 888-

III.

Because of the volume of common benefit and case-specific hours which have collectively contributed, in whole or in part, to the ultimate recovery of the Select Trial Plaintiffs and other *Amorin* class members, and the complexity of issues associated therewith, the PSC proposed, in order to simplify the proceedings, a stipulation that the Select Trial Plaintiff's contingency fee contract with his or her own individually retained attorney would be presumed to be reasonable and adequate with respect to the attorney fee claim, so long as it was between 25% and 40%.

IV.

In meeting and conferring with Defense Counsel, such proposed stipulation was rejected, with Defendants taking the position that attorneys' fees would only be owed with respect to the damages awarded under Redhibition, as opposed to the LPLA.

V.

Plaintiffs' counsel continue to believe that they are entitled under the law to be fully and fairly compensated for all of their time and efforts contributing to a successful recovery, irrespective of the amount of damages awarded.[4]

---

889; Dailey v. The Home Furnishings Store, 2002–1225 (La. App. 4th Cir. 9/17/2003), 857 So.2d 1051, 1057-1060; Buteau v. Leleux, 591 So.2d 1261, 1266 (La. App. 3rd Cir. 1991).

[4] It is not unreasonable for the attorney's fees to be greater than the damage award. Health Educ. and Welfare, supra, 83 So.3d at 1058; *citing,* Dailey v. Home Furnishings, supra, 857 So.2d at 1057-1060 (affirming fee award approximately three times the award of damages on the principal demand); s*ee also, generally,* Linoski, supra, 873 So.2d at 889 ("In a redhibition action, reasonable attorney's fees should be awarded to justly compensate plaintiffs who succeed in establishing liability on the part of the seller or manufacturer…. An award of attorney's fees encourages both plaintiffs to pursue meritorious redhibition actions and attorneys to represent plaintiffs with solid claims. Moreover, an award of attorney's fees in addition to damages discourages sellers and manufacturers from selling shoddy, defective products in the marketplace"); Gurule v. Land Guardian, Inc., 912 F.3d 252 (5th Cir. 2018) ("our court has consistently emphasized that there is no *per se* requirement of proportionality in an award of attorney fees").

VI.

As an administrative matter, however, the PSC suggests that it would be better to sever and reserve the claim for attorneys' fees.  Whether determined under a "lodestar"-type analysis, or whether determined under a percentage-of-recovery rubric, the Court will be in a better position after some or all of the 39 Select Trial Plaintiff (and/or other *Amorin* classmember) cases are tried to determine a fair and appropriate award.  There is no reason to complicate or delay the plaintiffs' Day in Court with a dispute between and among plaintiffs' attorneys and the Defendants over fees.

WHEREFORE Plaintiffs respectfully pray that the Court sever and preserve the Louisiana *Amorin* Select Trial Plaintiffs' claims for attorneys' fees.

This 1st day of April, 2019.

Respectfully submitted,

_____*/s/ Stephen J. Herman*_____
Russ M. Herman (LA Bar No. 6819)
Leonard A. Davis (LA Bar No. 14190)
Stephen J. Herman (LA Bar No. 23129)
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
E-Mail: rherman@hhklawfirm.com
E-Mail: ldavis@hhklawfirm.com
E-Mail: sherman@hhklawfirm.com
*Plaintiffs' Liaison Counsel*
*and Amorin Class Counsel*

Arnold Levin
Fred S. Longer
Sandra L. Duggan
Levin Sedran & Berman LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
E-Mail: alevin@lfsblaw.com
E-Mail: flonger@lfsblaw.com
E-Mail: sduggan@lfsblaw.com
*Plaintiffs' Lead Counsel*
*and Amorin Class Counsel*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Robert M. Becnel
Law Office of Robert M. Becnel
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 359-6101
Fax: (985) 651-6101
robbecnel@aol.com

Salvadore Christina, Jr.
Becnel Law Firm, LLC
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 536-1186
Fax: (985) 536-6445
schristina@becnellaw.com

Peter Prieto
Podhurst Orseck, PA
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
pprieto@podhurst.com

Bruce William Steckler
Steckler Gresham Cochran
12720 Hillcrest Road, Suite 1045
Dallas, TX 75230
Phone: (972) 387-4040
Fax: (972) 387-4041
bruce@stecklerlaw.com

Patrick Montoya
Colson, Hicks, Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
patrick@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
Echsner & Proctor, PA
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
The Lambert Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com

Pete Albanis
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Myers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
palbanis@forthepeople.com

James R. Reeves, Jr.
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@rmlawcall.com

Christopher A. Seeger
Seeger Weiss, LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ  07660
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5002
dan@wbmllp.com

Richard J. Serpe
Law Offices of Richard J. Serpe
Crown Center, Suite 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Victor M. Diaz, Jr.
V.M. Diaz and Partners, LLC
119 Washington Ave., Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

Anthony D. Irpino
IRPINO AVIN HAWKINS LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

Gerald E. Meunier
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2800
Phone:  (504) 522-2304
Fax:  (504) 528-9973
gmeunier@gainsben.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W., Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax:  (202) 540-7201
rlewis@hausfeldllp.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, which will serve a notice of the uploading in accordance with the procedures established in MDL 2047, on this 1st day of April, 2019.

<u>/s/ Stephen J. Herman</u>
Stephen J. Herman
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
sherman@hhklawfirm.com
Plaintiffs' Liaison Counsel
MDL 2047

*Co-Counsel for Plaintiffs*