UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
|---|---|
| THIS DOCUMENT RELATES TO:<br>*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, Case No. 2:11-cv-01395 (E.D. La.) (LA) | SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**O R D E R**

Considering the Plaintiffs' Motion to Sever and Reserve Claims for Attorneys' Fees Relating to Louisiana Amorin Select Trial Plaintiff Cases filed behalf of the Louisiana members of the *Amorin* class, by the Plaintiffs' Steering Committee and appointed Class Counsel;

IT IS ORDERED BY THE COURT that the motion is GRANTED, and the Louisiana *Amorin* Select Trial Plaintiffs' claims for attorneys' fees are hereby severed and preserved.

New Orleans, Louisiana, this _____ day of _____, 2019.

                                                                 _____
                                                                 Eldon E. Fallon
                                                                 United States District Court Judge