# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047  SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| ALL *CASES* | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF MOTION TO TAX COURT REPORTER FEES AS COSTS

Now Come Parker Waichman LLP; Baron & Budd, P.C.; Milstein, Jackson, Fairchild & Wade, LLP; and Geiger, Laborde & Laperouse, LLC, who respectfully move that they be granted leave of court to file the *Reply in Support of Motion to Tax Court Reporter Fees as Costs*, which is attached hereto as Exhibit "A".  Counsel respectfully suggest that a reply memorandum will assist the Court in ruling on the motion and request that the Court enter the attached proposed order.

Respectfully submitted:

| | |
|---|---|
| **FAIRCLOTH MELTON SOBEL & BASH, LLC** | **BARON & BUDD, P.C.** |
| By:   /s/ *Jimmy R. Faircloth, Jr.* | By:   /s/ *Russell W. Budd* |
| Jimmy R. Faircloth, Jr. | Russell W. Budd (TX #03312400) |
| jfaircloth@fairclothlaw.com | rbudd@baronbudd.com |
| Brook L. Villa (LA #31988) | 3102 Oak Lawn Avenue, Suite 1100 |
| bvilla@fairclothlaw.com | Dallas, TX 75219 |
| Franklin "Drew" Hoffmann (LA #35824) | Phone: 214-521-3605 |
| dhoffmann@fairclothlaw.com | Fax: 214-520-1181 |
| 9026 Jefferson Highway | |
| Building 2, Suite 200 | |
| Baton Rouge, LA 70809 | |
| Phone: (225) 343-9535 | |
| Fax: (225) 343-9538 | |
| *Attorneys for Parker Waichman LLP* | |

| | |
|---|---|
| **MILSTEIN, JACKSON, FAIRCHILD & WADE, LLP** | **GIEGER, LABORDE & LAPEROUSE, LLC** |
| By: /s/ *Mark Milstein* <br> Mark Milstein <br> mmilstein@mjfwlaw.com <br> 10250 Constellation Blvd., 14th Floor <br> Los Angeles, CA 90067 <br> Phone: (310) 396-9600 <br> Fax: (310) 396-9635 | By: /s/ *Victoria E. Emmerling* <br> Andrew A. Braun (LA #3415) <br> abraun@glllaw.com <br> Victoria E. Emmerling (LA #33117) <br> temmerling@glllaw.com <br> 701 Poydras Street, Suite 4800 <br> New Orleans, Louisiana 70139-4800 <br> Phone: (504) 561-0400 <br> Fax: (504) 561-1011 <br><br> *Attorneys for Morris Bart, L.L.C.* |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Motion for Leave to File a Reply in Support of Motion to Tax Court Reporter Fees as Costs* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 1st day of April, 2019.

/s/ *Jimmy R. Faircloth, Jr.*
JIMMY R. FAIRCLOTH, JR.