UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| ALL *CASES* | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**REPLY IN SUPPORT OF MOTION TO TAX COURT REPORTER FEES AS COSTS**

Now Come Parker Waichman LLP; Baron & Budd, P.C.; Milstein, Jackson, Fairchild & Wade, LLP; and Geiger, Laborde & Laperouse, LLC, who file this reply brief as further support for their *Motion to Tax Court Reporter Fees as Costs* (R. Doc. 22166) (the "Motion") and in response to *Plaintiffs' Lead and Liaison Counsel's Opposition to Motion to Tax Court Reporter Fees as Costs* (R. Doc. 22193), (the "Opposition").[1]

The Opposition demonstrates that the "common benefit" has succumbed to the force of the taffy-pull and what remains is nothing more than litigation by competing stakeholders. The request on the Motion is noncontroversial and should have drawn no opposition from the guardians of the common good. Instead, the leadership holds true to its strategy to oppose and condemn no matter the merits.

In January of 2018 the Court ordered the expenses related to the fee allocation proceeding to be divided among and assessed against common benefit counsel and retained counsel. R. Doc. 21168 at 23-24. The Court Reporter fees for the depositions and the Special Master hearing, which

---

[1] Krupnick Campbell Malone also joined in *Plaintiffs' Lead and Liaison Counsel's Opposition to Motion to Tax Court Reporter Fees as Costs*. R. Doc. 22194.

1

are part of the record, are just that – expenses related to the fee allocation proceeding. There is no reason to treat these expenses any differently than the Special Master or CPA charges. To say that those firms who did not object have "no dog in the fight" is simply incorrect. R. Doc. 22193 at 2. Whether firms objected to the Fee Committee recommendation or not, they benefited from the fee allocation proceeding and the expenses that were part and parcel of that proceeding. Indeed, the Fee Committee recommended that individual counsel receive $78,400,054.53, less than 40% of the total attorneys' fees. R. Doc. 20293. Following the fee proceeding, the Court awarded 48% of the available fees to individual counsel – $94,607,042.

Notably, the majority of the reporting fees at issue, $23,346.51, were unpaid until counsel for Parker Waichman LLP <u>voluntarily</u> paid the long overdue statement after receiving a personal call from Ms. Golkow asking for assistance. *See* Faircloth and Golkow email exchange of February 5, 2019, Ex. A. Plaintiffs' Lead and Liaison Counsel's opposition to and characterization of Mover's request as vitriolic and an attempt to delay the proceedings is absurd.

For these reasons and those set forth in the Motion to Tax Court Reporter Fees as Costs (R. Doc. 22166-1), Movers respectfully request that the motion be granted and that the court reporter fees be taxed as costs of the fee allocation proceeding.

Respectfully submitted:

| **FAIRCLOTH MELTON SOBEL & BASH, LLC** | **BARON & BUDD, P.C.** |
|---|---|
| By: ___/s/ *Jimmy R. Faircloth, Jr.*___<br>Jimmy R. Faircloth, Jr. (Objectors' Co-Liaison Counsel) (LA #20645)<br>jfaircloth@fairclothlaw.com<br>Brook L. Villa (LA #31988)<br>bvilla@fairclothlaw.com<br>Franklin "Drew" Hoffmann (LA #35824) | By: ___/s/ *Russell W. Budd*___<br>Russell W. Budd (TX #03312400)<br>rbudd@baronbudd.com<br>S. Ann Saucer (TX #00797885; LA #21368)<br>asaucer@baronbudd.com<br>3102 Oak Lawn Avenue, Suite 1100<br>Dallas, TX 75219 |

2

<table>
<tr><td>

dhoffmann@fairclothlaw.com
9026 Jefferson Highway
Building 2, Suite 200
Baton Rouge, LA 70809
Phone: (225) 343-9535
Fax: (225) 343-9538

*Attorneys for Parker Waichman LLP*

</td><td>

Phone: 214-521-3605
Fax: 214-520-1181

</td></tr>
</table>

| **MILSTEIN, JACKSON, FAIRCHILD & WADE, LLP** | **GIEGER, LABORDE & LAPEROUSE, LLC** |
|---|---|
| By:   /s/ *Mark Milstein*<br>    Mark Milstein<br>    mmilstein@mjfwlaw.com<br>    10250 Constellation Blvd., 14th Floor<br>    Los Angeles, CA 90067<br>    Phone: (310) 396-9600<br>    Fax: (310) 396-9635 | By:   /s/ *Victoria E. Emmerling*<br>    Andrew A. Braun (LA #3415)<br>    abraun@glllaw.com<br>    Victoria E. Emmerling (LA #33117)<br>    temmerling@glllaw.com<br>    701 Poydras Street, Suite 4800<br>    New Orleans, Louisiana 70139-4800<br>    Phone: (504) 561-0400<br>    Fax: (504) 561-1011<br><br>    *Attorneys for Morris Bart, L.L.C.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing *Reply in Support of Motion to Tax Court Reporter Fees as Costs* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 1st day of April, 2019.

                                          /s/ *Jimmy R. Faircloth, Jr.*
                                     JIMMY R. FAIRCLOTH, JR.