# Rebecca Brown

| | |
|---|---|
| **From:** | Brook Landry Villa |
| **Sent:** | Monday, April 01, 2019 10:51 AM |
| **To:** | Rebecca Brown |
| **Subject:** | FW: Golkow Litigation Services - Court Reporting Services - Chinese Drywall Invoices |
| **Attachments:** | STMTC31003.pdf; INVC31003.pdf |

Brook Landry Villa
Attorney
**FAIRCLOTH MELTON SOBEL & BASH, LLC**
9026 Jefferson Highway
Suite 200
Baton Rouge, LA  70809
(225) 343-9535 (direct)
(225) 205-7819 (cell)
(225) 343-9534 (fax)

CONFIDENTIALITY STATEMENT
This electronic message contains information from Faircloth Melton Sobel & Bash, LLC, and is confidential or privileged. The information is intended for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify us immediately by telephone at (225) 343-9535.

**From:** Linda Golkow [mailto:LGolkow@golkow.com]
**Sent:** Tuesday, February 05, 2019 2:00 PM
**To:** Jimmy Faircloth <jfaircloth@faircothlaw.com>; Angie Braddy <abraddy@faircothlaw.com>; Kathy Reilly <KReilly@golkow.com>
**Subject:** FW: Golkow Litigation Services - Court Reporting Services - Chinese Drywall Invoices

Jimmy,

Again, thank you so much for handling and speaking with me this morning.  Truly appreciate you writing a check from your firm to resolve this.

I also wanted to mention that if it is easier, you can pay by credit card and at least earn some points.

My best, Linda

**Linda Golkow**
**Registered Diplomate Reporter**
(LA License: 2011024)
(NJ License: 30XI00176200)
(CA License: 13628)
877.370.3377 office | 908.655.2274 mobile

LGolkow@golkow.com

**From:** Kathy Reilly
**Sent:** Tuesday, February 05, 2019 12:28 PM
**To:** jfaircloth@faircothlaw.com
**Cc:** Linda Golkow <LGolkow@golkow.com>
**Subject:** Golkow Litigation Services - Court Reporting Services - Chinese Drywall Invoices

Good afternoon Jimmy,

Linda requested I send the attached statement and the detailed invoices to you (Total = $23,346.51). Thank you SO much for handling. Your time and assistance with payment of these invoices is greatly appreciated.

Sincerely,

Kathy

**Kathy Reilly**

Legal Disclaimer: The information contained in this message may be privileged and confidential and protected from disclosures by federal privacy laws. Any medically related patient information contained herein is protected under federal privacy laws, including but not limited to the Health Insurance Portability and Accountability Act of 1996 (HIPAA). This information is not to be relayed to unauthorized third parties. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by replying to the message and delete this email from your system.

**[WARNING:** This email is from an external source. Do not click links or attachments unless you recognize the sender and know the content is safe.]