**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In Re: Chinese Manufactured Drywall Products  Liability Litigation** | **MDL 09-md-2047** |
| | **SECTION "L"** |
| ***This Document Relates to:*** ***All Cases*** | **JUDGE ELDON E. FALLON** |
| | **MAGISTRATE JOHN C. WILKINSON, JR.** |

## ORDER

Considering the Motion to Supplement the Knauf Defendants' Motion to Enforce Settlement Agreement Assignment Rights;

**IT IS HEREBY ORDERED** that the motion is granted.  The Knauf Defendants are hereby allowed to supplement their Motion to Enforce Settlement Agreement Assignment Rights (Rec. Doc. 22154) with the two attachments to this motion.

The Clerk of Court is hereby ordered to attach the two exhibits filed with this motion to Rec. Doc. 22154.

New Orleans, Louisiana, this __2nd_ day of _____April_____, 2019.

HONORABLE ELDON E. FALLON