**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>*ALL CASES* | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## <u>YANCE LAW FIRM, LLC'S JOINDER IN SOME OF THE RELIEF REQUESTED IN KRUPNICK CAMPBELL MALONE ET AL.'S MOTION FOR IMMEDIATE DISBURSEMENT OF ATTORNEY'S FEES PURSUANT TO FINAL JUDGMENT</u>

Comes now Yance Law Firm, LLC ("Yance") and gives notice of its joinder in some of the relief requested in Krupnick Campbell Malone ("KCM") et al.'s Motion for Immediate Disbursement of Attorney's Fees Pursuant to Final Judgment (R. Doc. 22130). In fact, Yance joins in all of the relief requested by KCM with the clarification that if the Court is inclined to grant a full and immediate disbursement of ALL attorney fees and ALL interest earned thereon, including interest earned since the date of the Court's Final Judgment (R. Doc. 22092), then Yance would simply ask the Court to disburse such earned interest net of Yance's requested fee of five hundred thousand dollars ($500,000.00) consistent with and as set forth in Yance's Motion for Award of Attorney Fees on Interest Earned and related filings (R. Docs. 22108, 22176 and their attachments- collectively "Yance Fee Motion"). In doing so, Yance would also ask the Court to immediately award and disburse to Yance the fee requested in the Yance Fee Motion. As explained in the Yance Fee Motion, the specific values set forth in the Final Judgment (R. Doc. 22092) will not be affected by Yance's requested fee because Yance's requested fee is significantly less than the amount of interest that has been earned since the effective date set forth in the Judgment up through the present.

Respectfully submitted,

/s/ R. Tucker Yance
R. TUCKER YANCE
Ala. State Bar #- ASB-9775-H71Y
YANCE LAW FIRM, LLC
169 Dauphin Street Suite 318
Mobile, AL  36602
(251) 432-8003
(251) 432-8009 FAX
rty@yancelaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing motion has been served upon Plaintiffs' Liaison Counsel Russ M. Herman and Defendants' Liaison Counsel Kerry Miller, by e-mail and upon all parties by electronically uploading the same to File & ServeXpress in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 2nd day of April, 2019.

/s/ R. Tucker Yance
R. TUCKER YANCE
Ala. State Bar #- ASB-9775-H71Y
YANCE LAW FIRM, LLC
169 Dauphin Street Suite 318
Mobile, AL  36602
(251) 432-8003
(251) 432-8009 FAX
rty@yancelaw.com