# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: Chinese Manufactured Drywall Products Liability Litigation** | **MDL 09-md-2047** |
| | **SECTION "L"** |
| *This Document Relates to:* | **JUDGE ELDON E. FALLON** |
| *Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al* | **MAGISTRATE JOHN C. WILKINSON, JR.** |
| **Case No. 2:14-cv-2722** | |

## KNAUF PLASTERBOARD (TIANJIN) CO. LTD.'S AND KNAUF GIPS KG'S MOTION TO DISMISS/STRIKE CERTAIN BENNETT CLAIMS

**NOW INTO COURT**, through undersigned counsel, come defendants, Knauf Plasterboard (Tianjin) Co. Ltd. and Knauf Gips KG ("Knauf"), who respectfully move this Court for an Order dismissing in whole or in part certain *Bennett* plaintiff claims based on deficiencies identified in Plaintiff Profile Forms, Supplemental Plaintiff Profile Forms, and Plaintiff Fact Sheet submissions.

Knauf submits the attached memorandum in further support of its motion.

Respectfully submitted,

**FISHMAN HAYGOOD, LLP**

*/s/ Kerry J. Miller*
**KERRY J. MILLER (#24562), T.A.**
**PAUL C. THIBODEAUX (#29446)**
**DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, 46th Floor
New Orleans, LA 70170
Telephone:	(504) 556-5549
Facsimile:	(504) 301-0275
Email:	kmiller@fishmanhaygood.com
Email:	pthibodeaux@fishmanhaygood.com
Email:	ddysart@fishmanhaygood.com

*Counsel for Defendants,*
*Knauf Plasterboard (Tianjin) Co. Ltd. and*
*Knauf Gips KG*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, and to all parties by electronically uploading the same to File and Serve Xpress in accordance with Pre-Trial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana, on this the 2nd day of April, 2019.

*/s/ Kerry J. Miller*
**KERRY J. MILLER**