# EXHIBIT A

**Exhibit A-1**
**Plaintiff Submission Deficiencies**

| **Claimant:** | Scott & Kim Armstrong |
|---|---|
| **Property Address** | 42296 Forest Lane<br>Hammond, Louisiana 70403 |
| **Presence of Knauf Drywall:** | No inspection report provided.<br><br>Photographic evidence consists of four photos (each Submitted twice). No identification of location of Photographed drywall in house.<br><br>Claimant states that some drywall was removed, but there is no indication that removed drywall was preserved in accordance with PTO 1B. |
| **Claimed Damages:** | SPPF identifies loss of use damages of $284,807.00 with No supporting evidence.<br><br>SPPF identifies diminution in value of $199,000. Supporting documentation is letter from a realtor (not an appraiser).<br><br>Claims cannot sell house due to presence of Chinese drywall. No supporting documentation.<br><br>SPPF claims damage to personal property of $9,807.00. In contrast, PFS claims damage to personal property of $116,112.97. Claimant has failed to provide any Supporting evidence. No indication that damaged personal property was preserved in accordance with PTO 1B. |
| **Additional Issues:** | PFS indicates home was purchased for $280,000. Cash Deed submitted identifies sales price of $45,000.<br><br>PPF indicates home is 3,356 sq. ft. Appraisal submitted identifies home as 2,810 sq. ft.<br><br>Failed to provide date Chinese drywall was discovered on SPPF. |

1417310v.1

**Exhibit A-1**
**Plaintiff Submission Deficiencies**

| **Claimant:** | Bank of Louisiana |
|---|---|
| **Property Address** | 35211 Beverly Hills Drive<br>Prarieville, Louisiana |
| **Presence of Knauf Drywall:** | No inspection report provided.<br><br>Photographic evidence consists of 3 photos (two appear to be the same board) in a single location of house. |
| **Claimed Damages:** | To the extent Claimant is seeking any damages other than for inability to sell home, no evidence has been submitted. |
| **Additional Issues:** | Claimant failed to identify any information about when and how it became aware of the presence of Chinese drywall.<br><br>Significant discrepancies in date home was built. Claimant reports 2006, appraisals identify either 2007 or 2008. |

**Exhibit A-1**
**Plaintiff Submission Deficiencies**

| Claimant: | Mardechria Charles |
|---|---|
| Property Address | 116 Dufresne Drive Vacherie, Louisiana 70090 |
| Presence of Knauf Drywall: | No proof of Knauf drywall.<br><br>PPF claims that inspection determining presence of Knauf was conducted by Damien Wiggins on 1/25/14, but no proof of this inspection/its results or information on inspector.<br><br>1 photo of drywall with font associated with Knauf, but no information on where in the home this photo was taken or when (attached to PFS from 2/1/19).<br><br>No remediation completed and house burned down on 7/10/2017. |
| Claimed Damages: | SPPF identifies loss of use/enjoyment damages of $275,000.00 but only supporting document is statement from claimants stating that this is consistent with past awards. (Not in PFS.)<br><br>PFS states house caught fire and burned due to shorting of circuit wires caused by Knauf drywall, but no proof and husband arrested for arson of home for insurance money.<br><br>PFS includes itemized list of appliances replaced totaling $37,379.99 but no proof of condition/value/replacement.<br><br>PPF claims blackening or corrosion of plumbing and electrical systems, but no photos. |
| Additional Issues: | Claimant listed name/signed as Mardechria Charles in PPF (2/4/14) and SPPF (4/1/18), but as Mardechria Charles McDonald in PFS (2/1/19).<br><br>No inspection report provided from sale.<br><br>No insurance declaration provided.<br><br>Claimant failed to disclose presence of Chinese drywall when attempting to sell home in 2017, despite filing this case and allegedly learning of drywall in 2014.<br><br>House destroyed fire, husband of claimant, Derrick McDonald alleged arsonist. *See* Case No. 17-5967 (EDLA). |

**Exhibit A-1**
**Plaintiff Submission Deficiencies**

| **Claimant:** | Bonnie & Carl Cordier |
|---|---|
| **Property Address** | 11429 Maxine Drive<br>New Orleans, Louisiana 70128 |
| **Presence of Knauf Drywall:** | |
| **Claimed Damages:** | SPPF identifies loss of use damages of $300,000 with no supporting evidence.<br><br>Plaintiff submitted three partial appraisals. Need full appraisal reports.<br><br>PFS identifies additional damages as "Inability to sell a home with defective Chinese sheet rock." No supporting documentation.<br><br>PFS Requests for Document Production # 4 and 5: contends all responsive documents are attached as Exhibits 4 and 5, respectively. Nothing attached for Exhibits 4 and 5. |
| **Additional Issues:** | PFS Requests for Document Production # 6 through 13: contends all responsive documents are attached as Exhibits 6 through 13. Nothing attached for Exhibits 6 through 13. |

**Exhibit A-1**
**Plaintiff Submission Deficiencies**

| **Claimant:** | Bholanath Dhume and Prabha Dhume |
|---|---|
| **Property Address** | 150 Spencer Avenue New Orleans, Louisiana 70124 |
| **Presence of Knauf Drywall:** | 2 photos indicative of KPT provided. No KPT percentage assigned. |
| | Inspection reported Knauf in ceilings and walls, but did not state percentage or provide additional details. |
| | Photos of blackening also provided from inspection. |
| | floorplan with locations of Knauf provided. |
| **Claimed Damages:** | Provides no support for $25,000.00 annual award for loss of use or award for deprivation of use of pool. |
| | PFS identifies and itemizes other damages totaling $189,357.28, but provides no support. |
| | PFS itemizes appliance replacements totaling $38,470.00 with no receipts/invoices/proof of value. |
| | SPPF claims diminution in value of $120,000.00 (no support for this value). |
| **Additional Issues:** | No inspection report provided from alleged 2017 failed sale. |

**Exhibit A-1**
**Plaintiff Submission Deficiencies**

| Claimant: | Funches & Sharese Dixon |
|---|---|
| **Property Address** | 20 Cross Creek Drive<br>Slidell, LA 70461 |
| **Presence of Knauf Drywall:** | No photos provided.  Inspection report states KPT drywall found in walls of closet and ceiling of master bedroom, but no photos<br><br>Inspection report includes four photos of blackened copper and four photos of pitting or rusting. |
| **Claimed Damages:** | SPPF identifies loss of use damages of $850,000 with no support.<br><br>SPPF identifies diminution in value damages as $450,000 with no support.<br><br>PFS claims $231,668.65 in damage to personal property and provides a list of the property with corresponding value without any invoices.<br><br>PFS states that plaintiff has taken more than $35,000 of retirement money to pay the cost of continually replacing damaged items but lacks proof/support for full amount. |
| **Additional Issues:** | |

1417956v.1

**Exhibit A-1**
**Plaintiff Submission Deficiencies**

| **Claimant:** | Jawad & Fatme Gharib |
|---|---|
| **Property Address** | 4 Beresford Dr. <br> Metairie, LA 70001 |
| **Presence of Knauf Drywall:** | There is one movie that shows one board of KPT drywall. No indication of percentage of KPT drywall, the location of KPT drywall, or presence of other Chinese drywall. <br><br> Potential Fraud - Plaintiffs own another property in the Bennett action and the photos provided of KPT drywall appear in the second property are the same as the boards depicted in the video provided for this property. <br><br> PFS states CDW was discovered during an inspection, PPF indicates it was owner who inspected property – if an outside inspection was performed, that report is missing. <br><br> One photo of blackened copper wire. |
| **Claimed Damages:** | SPPF identifies loss of use damages of $300,000 with no support. <br><br> PFS claims $231,668.65 in damage to personal property and provides a list of the property with corresponding value – the list also indicates in some parts that invoices are attached, but there were none provided. <br><br> PFS states that the whole family suffers from headaches and chronic sinus problems but does not list any associated damages |
| **Additional Issues:** | Plaintiffs list two appraisal dates (4/17/09 and 7/27/11) but only provides the appraisal for the latter. |

**Exhibit A-1**
**Plaintiff Submission Deficiencies**

| Claimant: | Jawad & Fatme Gharib |
|---|---|
| Property Address | 8807 S. Claiborne Units A-C<br>New Orleans, LA 70118 |
| Presence of Knauf Drywall: | One photo of KPT drywall was submitted for each unit (each photo is a partial photo of the KPT label)<br><br>One photo of corroded wires submitted with PFS<br><br>Plaintiffs own other property in the Bennett class and provided a video as proof of KPT CDW – the photos provided here appear to be screenshots from that video. Additionally, although one photo was submitted for each unit, it appears that those photos are each cropped from one photo – potential fraud. |
| Claimed Damages: | SPPF for each unit identifies loss of use damages of $200,000 with no support.<br><br>PFS Exhibit 14 is a list of "Personal Property Damage" listing household items and cost for a total of $313,355.72 – unclear if these were the replacement costs or something else; the only supporting documentation is an invoice for washing machines and associated equipment.<br><br>PFS states that plaintiffs have suffered "significant financial burden due to the corrosion caused by the defective Chinese drywall gases" – but only one photo of corrosion was submitted. |
| Additional Issues: | Plaintiffs circled owner-occupant on PPF but also claim owner-occupant for their other property in this litigation, 4 Beresford Drive.<br><br>PFS states CDW was discovered during an inspection, PPF indicates it was owner who inspected property – if an outside inspection was performed, that report is missing. |

**Exhibit A-1**
**Plaintiff Submission Deficiencies**

| Claimant: | Michael C. Ginart and Alice J. Ginart |
|---|---|
| Property Address | 2104 Olivia Street Meraux, Louisiana 70075 |
| Presence of Knauf Drywall: | Colonial Inspection Services identified signs of suspected drywall contamination on November 18, 2013. Only 2 photos of drywall in closet indicative of Knauf Limited inspection of drywall in attic showed only U.S. products. |
| Claimed Damages: | SPPF identifies loss of use/enjoyment damages of $275,000.00 but only supporting document is statement from claimants stating that their damages are $300,000.00. (Not in PFS.) SPPF attachment includes statement of claimant that replacing small appliances has cost $6,000, but no supporting documents. PFS includes itemized list of appliances replaced totaling $147,150.00 but no proof of condition/value/replacement. PFS identifies diminution in value with no amount or support. SPPF states family suffers from sinus issues, but no support. |
| Additional Issues: | Claim filed under Michael Ginart only, but PPF, SPPF, PFS, and deed list Michael Ginart and Alice Ginart as homeowners/claimants. PPF (12/9/13) and PFS (1/23/19) signed by Michael Ginart and Alice Ginart, SPPF (3/29/18) signed by Michael Ginart only. Deed lists purchase date at 5/15/1997, assessment lists purchase date as 6/3/1997. |

**Exhibit A-1**
**Plaintiff Submission Deficiencies**

| Claimant: | Feng Hu & Simin Liu |
|---|---|
| **Property Address** | 3016 Taft Park<br>Metairie, LA 70002 |
| **Presence of Knauf Drywall:** | Inspection report not provided. |
| **Claimed Damages:** | PFS identifies loss of use damages of $120,000. SPPF identifies loss of use damages of $100,000.00. Neither provides any supporting documents.<br><br>PFS does not claim any diminution in value, but SPPF claims diminution in value of $20,000.00. No support provided. SPPF may have been claiming damage to personal property. If so, SPPF claims $20,000 in damage to personal property, while PFS claims $35,000 in damage to personal property. No documentary support for damages to personal property.<br><br>PFS claims $122,000 in alternative living/moving damages. SPPF claims alternative living/moving damages of $60,000. Document provided is only a compilation/summary of alleged amounts without supporting documentation.<br><br>No photographs of allegedly damaged electrical system or plumbing. |
| **Additional Issues:** | Exhibits 2, 4, and 6 through 14 to the PFS are missing. |

1420454v.1

**Exhibit A-1**
**Plaintiff Submission Deficiencies**

| **Claimant:** | Matthew & Susan Issman |
|---|---|
| **Property Address** | 669 Timberwood Loop<br>Madisonville, LA 70447 |
| **Presence of Knauf Drywall:** | No inspection report provided.<br><br>Photographic evidence consists of (1) a single photo of a pipe and (12) twelve photos that appear to be of the same board. No identification of location of photographed pipe or drywall in house. |
| **Claimed Damages:** | SPPF identifies loss of use damages of $300,000.00 with no supporting evidence.<br><br>PFS claims damage to personal property of $70,200.00. In contrast, SPPF does not include any claim for damage to personal property. Claimant has failed to provide any supporting evidence.<br><br>PPF claims damage to plumbing and electrical system but does not provide any photographs or a map showing the location of the plumbing or electrical system at issue. |
| **Additional Issues:** | Exhibits 1 and Exhibits 4 through 13 to the PFS are missing.<br><br>Susan Issman did not sign the PFS. |

1419955v.1

**Exhibit A-1**
**Plaintiff Submission Deficiencies**

| **Claimant:** | Toni Macksey |
|---|---|
| **Property Address** | 4321 Lucerne Drive, Metairie, Louisiana, 70006 |
| **Presence of Knauf Drywall:** | Compliance with PTO1(B). Only limited photos of inspection provided although plaintiff states PTO 1B was complied with in remediation.<br><br>No Demo photographs or post-remediation photographs.<br><br>No Floorplan identifying KPT drywall locations |
| **Claimed Damages:** | SPPF identifies loss of use damages of $175,000 with no supporting evidence.<br><br>No support for Personal Property damages ($31,285) |
| **Additional Issues:** | N/A |

1417310v.1

**Exhibit A-1**
**Plaintiff Submission Deficiencies**

| **Claimant:** | Ronald and Catherine Martinez |
|---|---|
| **Property Address** | 6507 Memphis Street, New Orleans LA 70124 |
| **Presence of Knauf Drywall:** | Non-Complaint with PTO1(B): 2 KPT drywall boards identified in remediation on 1710 square foot square foot property. <br><br> No Floorplan identifying KPT drywall locations <br><br> No evidence/pictures of symptoms of CDW. <br><br> Claims multiple A/C failures but no evidence or invoices for replacement. |
| **Claimed Damages:** | No Support for $300,000.00 loss of use claim. <br><br> No support for loss of rental claim/income <br><br> No support for personal property loss |
| **Additional Issues:** | No Environmental Cert. |

1417310v.1

**Exhibit A-1**
**Plaintiff Submission Deficiencies**

| Claimant: | Kerry & Karen McCann |
|---|---|
| **Property Address** | 73244 Penn Mill Road<br>Covington, LA 70435 |
| **Presence of Knauf Drywall:** | Photographic evidence consists of (1) photo included in HHS report and (2) photos of two boards and two close-up photos of each of those boards.  No identification of location of photographs from HHS or of drywall in house.<br><br>HHS noted ProRoc boards present in house, but there are no photos of those boards. |
| **Claimed Damages:** | SPPF identifies loss of use damages of $317,800.00 with no supporting evidence.<br><br>PFS does not claim any diminution in value, but SPPF claims diminution in value of $116,890. No support provided.<br><br>PFS claims damage to personal property of $31,577.00. Claimant has failed to provide any supporting evidence.<br><br>PPF claims damage to plumbing and electrical system but does not provide any photographs or a map showing the location of the plumbing or electrical system at issue. |
| **Additional Issues:** | Exhibits 1, 2, and 4 through 13 to the PFS are missing. |

1420416v.1

**Exhibit A-1**
**Plaintiff Submission Deficiencies**

| **Claimant:** | Ronald and Maria Natal |
|---|---|
| **Property Address** | 1489 Lakeshore Blvd, Slidell, LA 70461 |
| **Presence of Knauf Drywall:** | Non-Complaint with PTO1(B):  3 KPT drywall boards identified in partial remediation of 8,0000 square foot property.<br><br>No Floorplan identifying KPT drywall locations |
| **Claimed Damages:** | SPPF identifies loss of use damages of $300,000.00 with No supporting evidence.<br><br>No ledger |
| **Additional Issues:** | Plaintiff Fact Sheet is unsigned. |

1417310v.1

**Exhibit A-1**
**Plaintiff Submission Deficiencies**

| **Claimant:** | Chein Van Pham & Bich Nguyen |
|---|---|
| **Property Address** | 9549 Homestead Drive<br>Baton Rouge, Louisiana 70817 |
| **Presence of Knauf Drywall:** | No inspection report provided.<br><br>Photographic evidence consists of a single photo of blue dot printing on a sheet of drywall. No identification of location of photographed drywall in house.<br><br>No evidence of damage caused by Chinese drywall. |
| **Claimed Damages:** | SPPF identifies loss of use damages of $300,000.00 with No supporting evidence.<br><br>SPPF claims damage to personal property of $14,575.00. No supporting documentation. No indication that damaged personal property was preserved in accordance with PTO 1B.<br><br>Unclear if other damages are being claimed, if so no evidence provided |
| **Additional Issues:** | PPF, PFS, and SPPF does not have signature of both claimants. |

1417310v.1

**Exhibit A-1**
**Plaintiff Submission Deficiencies**

| **Claimant:** | Jay Wang |
|---|---|
| **Property Address** | 4220 Vincennes Place<br>New Orleans, LA 70125 |
| **Presence of Knauf Drywall:** | Photographic evidence is two photos of the same hole cut showing Knauf markings in inspection report. No indication of percentage of KPT drywall, the location of KPT drywall, or presence of other Chinese drywall.<br><br>Six photos of blackened copper wiring |
| **Claimed Damages:** | SPPF identifies loss of use damages of $200,000 with no support.<br><br>PFS claims $23,149 in damage to personal property but provides no support.<br><br>PFS also claims $15,100 in moving costs – but two moving locations are listed and the costs are not split between the two or specified for one. |
| **Additional Issues:** | Purchased in 2007 with an "as is" warranty, but the waiver of redhibition addendum referenced as attached to the act of cash sale is missing.<br><br>HHS indicates renovation was done in 2007, SPPF says drywall was installed in 2007. |

1417956v.1