# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: Chinese Manufactured Drywall Products Liability Litigation** | **MDL 09-md-2047** |
| | **SECTION "L"** |
| *This Document Relates to:* *All Cases* | **JUDGE ELDON E. FALLON** |
| | **MAGISTRATE JOHN C. WILKINSON, JR.** |

## ORDER

Considering Knauf Plasterboard (Tianjin) Co. Ltd.'s and Knauf Gips KG's Motion To Dismiss/Strike Certain Bennett Claims;

**IT IS HEREBY ORDERED** that the motion is granted.  The Plaintiffs listed in Exhibit A are hereby ordered to show cause on the 23rd day of April, 2019, at 9:00 o'clock a.m., why the listed deficient claims should not be dismissed at the Court's April 23, 2019 status conference.

New Orleans, Louisiana, this _____ day of _____, 2019.

_____
UNITED STATES DISTRICT JUDGE