UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:**
*Mitchell, et al. v. Knauf, et al.* **No. 09-4115**

# ORDER

Before the Court is a Motion for Class Certification filed by Plaintiffs. R. Docs. 20857, 20865. The motion is opposed. R. Doc. 22080. Plaintiffs have filed a reply. R. Doc. 22100. The Court finds oral argument is appropriate. Accordingly;

**IT IS ORDERED** that the Court shall hear oral argument on the motion in the Courtroom of Judge Eldon Fallon on May 17, 2019, following the Court's Monthly Status Conference.

New Orleans, Louisiana, this 4th day of April, 2019.

_____
United States District Judge