**MINUTE ENTRY**
**FALLON, J.**
**APRIL 4, 2019**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | CIVIL ACTION<br>MDL NO. 2047<br>SECTION L (5) |
| **THIS DOCUMENT RELATES TO:**<br>*Elizabeth Bennett, et al. v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al.*, No. 14-2722 | |

A telephone status conference was held on this date in the Chambers of the Honorable Eldon E. Fallon. James Doyle participated on behalf of Plaintiffs. Kerry Miller and Daniel Dysart participated on behalf of Defendants. The parties discussed the status of the case and procedural plans to move the case forward. The Court considered Defendants' motion to dismiss certain Plaintiffs based on deficiencies identified in their respective Plaintiff Profile Forms. R. Doc. 22206. Accordingly;

**IT IS ORDERED** that the Plaintiffs listed in Defendants' motion, R. Doc. 22206, **SHOW CAUSE** why their forms should not be considered deficient on April 23, 2019, following the Court's monthly status conference.

JS10(00:25)