IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 19-30187

A True Copy
Certified order issued Apr 10, 2019

*Tyle W. Cayce*

Clerk, U.S. Court of Appeals, Fifth Circuit

IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION

ANDERSON KILL, P.C.; PARKER WAICHMAN, L.L.P.; GENTLE, TURNER, SEXTON & HARBISON, L.L.C.; MCCALLUM, HOAGLUND, COOK & IRBY, L.L.P.,

    Appellants

v.

THE MAJORITY OF THE FEE COMMITTEE,

    Appellee

Appeals from the United States District Court for the
Eastern District of Louisiana

CLERK'S OFFICE:

    Under 5TH CIR. R. 42.3, the appeal of ONLY Appellant The Alters Law Firm, P.A., is dismissed as of April 10, 2019, for want of prosecution. The appellant failed to timely order transcript and make financial arrangements with court reporter.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Dantrell L. Johnson, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT