# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 10, 2019

Mr. William W. Blevins
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 19-30187   In Re: Chinese-Manufactured
                                USDC No. 2:09-MD-2047

Dear Mr. Blevins,

Enclosed is a copy of the judgment issued as the mandate ONLY as to the notice of appeal filed by The Alters Law Firm, P.A.

This case remains open as to the appellants involved in the additional notices of appeal, and the case will continue to proceed under appellate case number 19-30187.

                                        Sincerely,

                                        LYLE W. CAYCE, Clerk

                                        By: _____
                                        Dantrell L. Johnson, Deputy Clerk
                                        504-310-7689

cc w/encl:
    Mr. Leonard Arthur Davis
    Ms. Sandra Duggan
    Mr. Jimmy Roy Faircloth, Jr.
    Mr. Justin D. Grosz
    Mr. Russ M. Herman
    Mr. Stephen Jay Herman
    Mr. Eric D. Hoaglund
    Mr. Robert M. Horkovich
    Mr. Charles Murray King
    Mr. Arnold Levin
    Mr. Frederick S. Longer
    Mr. Kenneth Edward Sexton, II
    Mrs. Brook Landry Villa

**P.S. to Counsel:** A revised copy of the caption is enclosed for future filings.

Revised Case Caption

No. 19-30187

IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION

---

ANDERSON KILL, P.C.; PARKER WAICHMAN, L.L.P.; GENTLE, TURNER, SEXTON & HARBISON, L.L.C.; MCCALLUM, HOAGLUND, COOK & IRBY, L.L.P.,

        Appellants

v.

THE MAJORITY OF THE FEE COMMITTEE,

        Appellee