UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047

SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*ALL CASES*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**NOTICE OF COMPLIANCE AND STIPULATION OR DESIGNATION
OF THE CONTENTS OF THE RECORD OR PART THEREOF
TO BE REMANDED PURSUANT TO RULE 10.4 OF THE
RULES OF PROCEDURE OF THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

NOW INTO COURT comes Plaintiffs' Liaison Counsel, Russ M. Herman, who provides this Notice of Compliance Pursuant to Rule 10.4 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, and advises as follows:

1. The United States Judicial Panel on Multidistrict Litigation issued a Conditional Remand Order on March 29, 2019 in case FLS/1:15-cv-24348 (Rec. Doc. 7).

2. The United States Judicial Panel on Multidistrict Litigation issued a Conditional Remand Order on March 29, 2019 in case VAE/2:15-cv-00506 (Rec. Doc. 7).

3. The United States Judicial Panel on Multidistrict Litigation issued a Conditional Remand Order on March 29, 2019 in case MDL 2047 (Rec. Doc. 556).

4. The Conditional Remand Orders require that "pursuant to Rule 10.4(a), the parties, shall furnish the Clerk for the Eastern District of Louisiana with a stipulation or designation of the contents of the record to be remanded."

5. On April 1, 2019, the PSC requested that counsel for the Taishan Defendants meet and confer and provide designations in accordance with the Conditional Remand Orders (see attached Exhibit "A"). The PSC and the Taishan Defendants participated in a telephonic

1

    meet and confer on April 5, 2019 and the Taishan Defendants did not provide designations of the contents of the record to be remanded. However, the PSC has provided designations of the contents of the record to be remanded to the Taishan Defendants, who have no objection to these designations.

6. In accordance with the Conditional Remand Orders, the PSC attaches hereto as Exhibit "B" its designation of the contents of the record to be remanded in accordance with Rule 10.4 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation and the Conditional Remand Order.

                              Respectfully submitted,

Dated: April 11, 2019        /s/ Russ M. Herman
                              Russ M. Herman, Esquire (Bar No. 6819) (on the brief)
                              Leonard A. Davis, Esquire (Bar No. 14190) (on the brief)
                              Stephen J. Herman, Esquire (Bar No. 23129)
                              HERMAN, HERMAN & KATZ, L.L.C.
                              820 O'Keefe Avenue
                              New Orleans, LA 70113
                              Phone: (504) 581-4892
                              Fax: (504) 561-6024
                              RHerman@hhklawfirm.com
                              *Plaintiffs' Liaison Counsel MDL 2047*

                              Arnold Levin (on the brief)
                              Fred S. Longer (on the brief)
                              Sandra L. Duggan (on the brief)
                              Keith J. Verrier (on the brief)
                              LEVIN SEDRAN & BERMAN LLP
                              510 Walnut Street, Suite 500
                              Philadelphia, PA 19106
                              Phone: (215) 592-1500
                              Fax: (215) 592-4663
                              Alevin@lfsblaw.com
                              *Plaintiffs' Lead Counsel MDL 2047*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 11th day of April, 2019.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman & Katz, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
Plaintiffs' Liaison Counsel MDL 2047
*Co-counsel for Plaintiffs*