# EXHIBIT "A"

**Lillian Breland**

| | |
|---|---|
| **Subject:** | FW: Chinese Drywall MDL 2047 re Meet and Confer regarding Remand Record (Brooke FL and VA) |
| **Attachments:** | 22198  Remand Order.pdf; 22198-1  Brooke FL.pdf; 22198-2  Appendix to Brooke FL.pdf; 22198-3  Brooke VA.pdf; 22198-4  Appendix to Brooke VA.pdf |

**From:** Lillian Breland
**Sent:** Monday, April 01, 2019 11:30 AM
**To:** Alan Dean Weinberger (aweinberger@hanrylaw.com) <aweinberger@hanrylaw.com>; Bernard Taylor (bernard.taylor@alston.com) <bernard.taylor@alston.com>; Christina Hull Eikhoff (Christy.Eikhoff@alston.com) <Christy.Eikhoff@alston.com>; Michael Kenny (mike.kenny@alston.com) <mike.kenny@alston.com>; Alex Rothenberg (arothenberg@gordonarata.com) <arothenberg@gordonarata.com>; Donna Currault (dcurrault@gordonarata.com) <dcurrault@gordonarata.com>; Eric Shumsky (eshumsky@orrick.com) <eshumsky@orrick.com>; Ewell Eagan Jr. (eeagan@gordonarata.com) <eeagan@gordonarata.com>; James L. Stengel (jstengel@orrick.com) <jstengel@orrick.com>; L. Christopher Vejnoska Esq. (cvejnoska@orrick.com) <cvejnoska@orrick.com>
**Cc:** Harry Rosenberg (harry.rosenberg@phelps.com) <harry.rosenberg@phelps.com>; Lenny Davis <ldavis@hhklawfirm.com>
**Subject:** Chinese Drywall MDL 2047 re Meet and Confer regarding Remand Record (Brooke FL and VA)

From:  Leonard A. Davis

The Conditional Remand Order (attached) issued by the Judicial Panel on Multidistrict Litigation requires that the parties furnish to the Clerk of the Eastern District of Louisiana a stipulation or designation of the contents of the record to be remanded. We are prepared to meet and confer with you Friday, April 5, 2019, at 9:00 o'clock a.m. (central).  If that date and time does not work, please provide alternative dates/times. Please provide your designations to us prior to the meet and confer.

Lillian M. Breland
Legal Assistant to
Leonard A. Davis, Stephen J. Herman and Charles M. King
*Herman, Herman & Katz, L.L.C.*
*Herman Gerel, LLP*
820 O'Keefe Avenue
New Orleans, Louisiana  70113
(504) 581-4892
(504) 561-6024 (fax)
Email:  lbreland@hhklawfirm.com
www.hhklawfirm.com

# CONFIDENTIAL ATTORNEY WORK PRODUCT

This e-mail message contains confidential, privileged information intended solely for the addressee.  Please do not read, copy, or disseminate it unless you are the addressee.  If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender.  Also, we would appreciate your forwarding the message back to us and deleting it from your system.  Thank you.