# EXHIBIT A

```
 1  Chinese Drywall Hearing before
 2  Special Master Tiffani Lee
 3  Day 2
 4  Thursday, April 11, 2019
 5  Miami, Florida
 6   * CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY REVIEW *
 7                    ROUGH DRAFT
 8              A T T E N T I O N!
 9          This transcript is an uncertified rough
10  DRAFT TRANSCRIPT.  It contains output from the court
11  reporter's stenotype machine translated into English
12  by the court reporter's computer software.  It has
13  not been proofread.  It will contain mistranslations
14  and misspellings.  These and any other errors will
15  be corrected in the final transcript.
16          Since this rough draft transcript has not
17  been proofread, the court reporter cannot assume
18  responsibility for any errors therein.  This rough
19  draft transcript is intended to assist attorneys in
20  their case preparation and is not to be construed as
21  the final transcript.  It is not to be read by the
22  witness or quoted in any pleading or for any other
23  purpose and may not be filed with any court.
24
25
```

* CONFIDENTIAL - SUBJECT TO FURTHER CONFIDENTIALITY REVIEW *

1  SPECIAL MASTER LEE: So at this point do I
2  have access to all these forms.
3  MS. EIKHOFF: You do.
4  SPECIAL MASTER LEE: Because after the
5  broken Greer link.
6  MS. DUGGAN: I'm hoping that the password
7  that you were provided works, so you do have
8  access not only to the forms themselves but all
9  of the backup information that's in each claim
10 file except for one thing that might be missing,
11 which I mentioned earlier and I believe Emma is
12 going to provide you with a link to these other
13 documents the defendants have but not all of them
14 were uploaded. I can't explain why that is but
15 I'm told that's the case so that you will have
16 everything.
17 SPECIAL MASTER LEE: I want to talk a little
18 bit more about the whole former owners, current
19 owners and I want to give me a fresh summary of
20 plaintiffs' argument on that, why former owners
21 get the benefit of remediation damages formula.
22 MS. DUGGAN: It's an equitable argument.
23 If you filed suit and you owned the property at
24 the time you filed suit, our position is you are
25 entitled to damages. We had a default judgment,

** UNEDITED DRAFT TRANSCRIPT **

1  there was a judgment against them and solely
2  through the passage of time in this litigation
3  there have been more and more and more former
4  owners and that's well documented both in the
5  MDL, we argued that and Judge Fallon has
6  recognized through significant delays that
7  through no fault of the plaintiffs in this case
8  we're talking a 10-year old lawsuit, a lot of
9  them have become former owners because they were
10 foreclosed upon, they had to declare bankruptcy,
11 they lost their homes, they couldn't pay for
12 their mortgages and at the same time find
13 alternative housing.  This is just a perfect
14 example of where, through the strategy of
15 defaulting, coming in, testing jurisdiction,
16 going up on appeal, having the jurisdiction over
17 the defendant affirmed, then when subject to a
18 judgment debtor exam, they leave the
19 jurisdiction, they go back to China, we have a
20 contempt order, class is certified, scheduled for
21 class damages hearing, the plaintiffs are finally
22 ready to get their claims resolved and the
23 defendants come back in, and that was back in
24 2015.
25      So it's just taken us an incredibly long

1  time to get to where we are, and unfortunately,
2  many of the plaintiffs who own their properties
3  when this suit started no longer own their
4  properties.
5       MS. EIKHOFF:  If I might respond to that, I
6  wanted to make it clear that it sounds like they
7  are saying, well, it's just not fair for them not
8  to get the formula because unfortunately they've
9  had to sell their home and Ms. Lee -- I'm sorry,
10 Ms. Duggan said this is an equitable argument.
11 Just out of the gates, there is no equitable
12 argument that can trump the clear Florida law on
13 this.
14      But second of all, this is not -- we're not
15 setting up an inequitable situation because as we
16 said yesterday, we are not saying that if you're
17 a former owner you get no damages or you get some
18 fraction of your damages.  We are saying if you
19 are a former owner and you have damages that you
20 can prove that you've been harmed, then in this
21 case we will be obligated to be responsible for
22 every penny of those damages.  We will make that
23 former owner whole for whatever they have done
24 already and for whatever work still has to be
25 done with a reasonable estimate.

1     And so this isn't like, oh, gosh, they let
2  left holding the bag and they don't get anything.
3  What they are resist ago than the plaintiffs'
4  side here is that they don't get this formula,
5  this easy formula that it seems as if they are
6  acknowledge woulding be much more.
7     And so -- and it is true on the former
8  owners when they have sold their home that if
9  there is a delta between what they should have
10 got step when they sold their home and what they
11 actually got, they -- that would be made up, and
12 talking about equitable, the law is equitable and
13 this is not just something that we learn in law
14 school, but this is something that even lay
15 people understand, and we showed you yesterday
16 the excerpt of one of the Priority Claimants who
17 said well, no, I don't -- I don't need money to
18 remediate the property, I don't live there
19 anymore, I'm only asking for you the amount that
20 I should have gotten for my home less what I did
21 get for my home.
22    And she said that would be the fair measure
23 of damages.
24    And so I just want to respond to this sense
25 that we're being unfair and we're cheating people

|   |   |
|---|---|
| 1 | and we're punishing people.  We heard that |
| 2 | yesterday.  We're not.  We're saying that people |
| 3 | should get what they deserve and what they are |
| 4 | entitled to under the law. |
| 5 |     MR. MONTOYA:  Judge, if our claimants got |
| 6 | what they deserved, the default that was entered |
| 7 | Apriled the litigation was served in the first |
| 8 | two years, this case would have been done and |
| 9 | multitudes of them would have been able to retape |
| 10 | their homes with the compensation that they |
| 11 | received in order for particulars their homes. |
| 12 | They keeped do that.  This was a defendant who |
| 13 | has been found in civil and criminal contempt for |
| 14 | running in and out of the jurisdiction.  You |
| 15 | can't Iing fore that history and what has |
| 16 | happened to these folks over time.  These are |
| 17 | people that would have fixed their homes.  Think |
| 18 | about it, you know under your mortgage document, |
| 19 | if you have material defect in your home, you are |
| 20 | obligated to fix it.  You have to fix it.  You |
| 21 | get the moaning you fix it and you try to move on |
| 22 | with your life. |
| 23 |     They can't be made whole at this stage as a |
| 24 | result of what has happened to them because of |
| 25 | this deliberate conduct and delay and it's gone |

** UNEDITED DRAFT TRANSCRIPT **