UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: Chinese-Manufactured Drywall Products Liability Litigation**  *This Document Relates to:* *All Cases* | MDL 09-md-2047  SECTION "L"  JUDGE ELDON E. FALLON  MAGISTRATE JOHN C. WILKINSON, JR. |

## EX-PARTE MOTION TO CONTINUE HEARING

**NOW INTO COURT**, through undersigned counsel, come the Knauf Defendants[1], who respectfully move this Honorable Court to continue the hearing on Guilford Dieuvil's Objection to the Special Master's Report (Rec. Doc. 21104), currently set for hearing on April 23, 2019, to May 13, 2019, at 2:00 p.m.

In support of its motion, the Knauf Defendants respectfully note that the court's docket for April 23, 2019, has numerous motions set to be heard following the status conference. In an effort to reduce the burden on the court, the Knauf Defendants hereby move to continue the hearing of Mr. Dieuvil's motion to a different day.

The undersigned has contacted Russ M. Herman, representative for Mr. Dieuvil *solely* for the hearing on Mr. Dieuvil's Objection to the Special Master's Report, and Mr. Herman has no objection to the hearing being continued to May 13, 2019, at 2:00 p.m.

---

[1] The Knauf Defendants include Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Plasterboard (Wuhu) Co., Ltd., Guangdong Knauf New Building Material Products Co., Ltd., Knauf Gips KG, Gebr. Knauf Verwaltungsgesellschaft KG, Knauf International GmbH, Knauf Insulation GmbH, Knauf UK GmbH, Knauf AMF GmbH & Co. KG, Knauf do Brasil Ltda., and PT Knauf Gypsum Indonesia.

1423618v.1

**WHEREFORE**, the Knauf Defendants respectfully request this Honorable Court to continue the April 23, 2019 hearing date of Guilford Dieuvil's Objection to Special Master's Report and reset it to May 13, 2019, at 2:00 p.m.

Respectfully submitted,

**FISHMAN HAYGOOD, LLP**

*/s/ Kerry J. Miller*
**KERRY J. MILLER (#24562), T.A.**
**PAUL C. THIBODEAUX (#29446)**
**DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, 46th Floor
New Orleans, LA 70170
Telephone: (504) 556-5549
Facsimile: (504) 301-0275
Email: kmiller@fishmanhaygood.com
Email: pthibodeaux@fishmanhaygood.com
Email: ddysart@fishmanhaygood.com

*Counsel for the Knauf Defendants*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, and to all parties by electronically uploading the same to File and Serve Express in accordance with Pre-Trial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana, on this the 12th day of April, 2019.

*/s/ Kerry J. Miller*
**KERRY J. MILLER**