UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: Chinese Manufactured Drywall Products Liability Litigation** <br><br> *This Document Relates to:* <br> *All Cases* | MDL 09-md-2047 <br><br> SECTION "L" <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JOHN C. WILKINSON, JR. |

**O R D E R**

Considering the above and foregoing Ex-Parte Motion to Continue Hearing;

**IT IS HEREBY ORDERED** that the Motion is granted. The hearing on Guilford Dieuvil's Objection to the Special Master's Report is hereby continued to the **13th** day of **May, 2019**, at **2:00 p.m.**

New Orleans, Louisiana, this _____ day of April, 2019.

                                                                      _____
                                                                      HONORABLE ELDON E. FALLON

1423618v.1