# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Amorin, et al. v. Taishan Gypsum Co., Ltd., et al.*, Case No. 11-cv-1395 | |

### [PROPOSED] ORDER FOR ADJUDICATION AND RESOLUTION OF LOUISIANA *AMORIN* CASES

**IT IS ORDERED** that the following schedule is hereby set for the adjudication and resolution of the Louisiana *Amorin* Cases**:**

- June 28, 2019 – Plaintiffs select 5 Priority Claims, and Defendants select 5 Priority Claims, and those 10 Priority Claims shall become the "Select Cases." The parties shall file jointly a Notice of Select Cases.

- July 29, 2019 - Parties to file *Daubert* Motions
    - Aug. 19 - Opposition due
    - Aug. 30 - Reply due
    - Sept. 16 - Hearing date

- September 6, 2019 – Parties to file Select Case-specific and other pretrial motions.
    - Sept. 27 - Opposition due
    - Oct. 4 - Reply due
    - Oct. 14 - Hearing date

- October 21, 2019 – Parties to File Select Case-specific Motions in Limine
    - Nov. 4 - Opposition due
    - Nov. 13 - Reply due
    - Nov. 21 - Hearing date (at PTC)

- October 25, 2019 – Parties to file Select Case-specific Final Witness Lists, Exhibit Lists and Deposition Designations.
    - Nov. 1 – Objections to Exhibits and Deposition Designations in Select Cases.
    - Nov. 7 – Response to Objections

- October 25, 2019 – Parties exchange PTO inserts and confer to prepare PTO

- November 11, 2019 – PTO Due

- November 19, 2019 – Pretrial Filings Required by Court's Standard Pretrial Notice
    - Nov. 26, 2019 – Responses to Required Pretrial Filings

- November 21, 2019 – Pretrial Conference

- December 3, 2019 – Trials begin for Select Cases, one at a time, alternating between a Plaintiff-selected Priority Claim and a Defendants-selected Priority Claim, until the ten Select Cases are complete, taking into account the Court's schedule and holidays.


SO ORDERED, this _____ day of _____.


_____
United States District Judge