# EXHIBIT C

Confidential - Subject to Further Confidentiality Review

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3      MDL No. 2047              Section L
        Judge Fallon           Mag. Judge Wilkinson
 4
            THIS DOCUMENT RELATES TO ALL CASES
 5
           IN RE:  CHINESE-MANUFACTURED DRYWALL
 6              PRODUCTS LIABILITY LITIGATION
 7
 8          CONFIDENTIAL - SUBJECT TO FURTHER
                  CONFIDENTIALITY REVIEW
 9
10
11
12
13
14    Deposition of ZHOU ZHANG, taken on Tuesday,
15  March 19, 2019, in the office of Barrios,
16  Kingsdorf & Casteix, L.L.P., 701 Poydras Street,
17  Suite 3650, New Orleans, Louisiana 70139,
18  commencing at 9:13 a.m.
19
20
21
22
23
    Reported by:
24  AURORA M. PERRIEN
    CERTIFIED COURT REPORTER
25  REGISTERED PROFESSIONAL REPORTER
```

Confidential - Subject to Further Confidentiality Review

 1                    ZHOU ZHANG,
 2   after having been first duly sworn, testified on
 3   his oath as follows:
 4                  E X A M I N A T I O N
 5   BY MR. HILL:
 6        Q.   Good morning.
 7        A.   Good morning.
 8        Q.   Please state your full name.
 9        A.   Zhou Zhang.
10        Q.   My name's Patrick Hill.  I'm one of the
11   attorneys representing Taishan Gypsum, a defendant
12   in this lawsuit.
13        A.   Yes, sir.
14        Q.   I'll be asking you some questions today
15   relating to your claims.
16             Have you ever been deposed before?
17        A.   What that means?
18        Q.   Have you ever had to answer questions
19   under oath as we're going to do today?
20        A.   I think I did.  I think I have -- oh,
21   you're talking about -- I don't know if I
22   understand the question right.  Because I did -- I
23   answer question under oath while I was in the
24   union, you know, when I turned out to become a
25   journeyman.  We have to swear under oaths.  And I

Confidential - Subject to Further Confidentiality Review

```
 1   fact, it's the bottom section of this page that's
 2   entitled "Part 2:  Estimate Your Ongoing Monthly
 3   Expenses."
 4           Do you see that section?
 5       A.  Ongoing -- oh.  Right here.  I see it.
 6   Part 2:  Estimating your ongoing monthly expense.
 7       Q.  And --
 8       A.  I see it.
 9       Q.  There's a row of text that starts with
10   "4," and then it says, "The rental or home
11   ownership expenses for your residence . . ."
12           Do you see that?
13       A.  I see that.
14       Q.  And the number that's listed to the right
15   of No. 4 is $1,620.
16           Do you see that?
17       A.  Yeah.  I see that.
18       Q.  Is that the total amount of your monthly
19   mortgage payments for the Kensington home at the
20   time that you filed for bankruptcy?
21       A.  I believe so.
22       Q.  Was that number -- did that number include
23   any of the mortgage payments you would make on the
24   728 Bellemeade property, or is this only for the
25   Kensington home?
```

 1      A.   Only for the Kensington home.
 2      Q.   Did you complete your Chapter 13
 3 bankruptcy plan?
 4      A.   That, I don't know.
 5      Q.   Do you know if your bankruptcy case was
 6 dismissed?
 7      A.   I heard -- last time I called they said it
 8 was dismissed.
 9      Q.   Do you know why it was dismissed?
10      A.   No.  I -- I know I missed a court date
11 because I was out of town.  I couldn't make it to
12 the court date, I believe.  And then I -- right
13 after I came back I called my attorney.  I said,
14 What -- what do I need to do next?  And they said,
15 Don't worry about it, You just -- your case is
16 dismissed.  So that was the end of it.  I guess I
17 don't have to show up for that day, you know.
18 So . . .
19      Q.   Do you still owe money to the credit card
20 companies that you had credit card balances with?
21      A.   Some credit card.  Because I carry a
22 credit card all the time, you know.  Some credit
23 card I still have a balance on it.
24      Q.   After the -- did --
25           MS. BARRIOS:

Confidential - Subject to Further Confidentiality Review

```
 1                  I'm sorry.  I don't think he answered
 2          your question.  Would you state it again
 3          so you can get a good answer.
 4          THE WITNESS:
 5                  Oh.
 6   BY MR. HILL:
 7       Q.  Let me ask it this way.
 8       A.  Okay.
 9       Q.  At the time that you filed for bankruptcy,
10   did you have outstanding balances on your credit
11   cards?
12       A.  Yeah.  I do.
13       Q.  After your bankruptcy case was dismissed,
14   did you still owe those same outstanding amounts
15   on those credit cards?
16       A.  That, I don't know.
17       Q.  Were you living in the Kensington home at
18   the time that you filed for bankruptcy?
19       A.  Yes.
20       Q.  And did you continue to live in the
21   Kensington home from the time you filed for
22   bankruptcy until the time your bankruptcy case was
23   dismissed?
24       A.  I believe when the bankruptcy case closed
25   I already forced out.  They already told me to
```