# EXHIBIT D

# United States Bankruptcy Court
## Eastern District of Louisiana

| | |
|---|---|
| ZHOU ZHANG<br>5941 KENSINGTON BLVD.<br>NEW ORLEANS LA  70127 | **15-10084**<br>Chapter 13<br>Section A |

## TRUSTEE'S MOTION TO DISMISS CASE for NON-COMPLIANCE and NOTICE OF HEARING

NOW INTO COURT comes S.J. Beaulieu, Jr., Chapter 13 Trustee, who reports that this case is not in compliance with its plan, and therefore prays that the case be dismissed. There have been no previous Motions to Dismiss for Non-Compliance filed herein. As of August 10, 2016, plan payments are in arrears $3,474.99, or 3 months. Subject to amendment or claim, there remain 14 months to complete the plan. The last four (or all if fewer than four) plan payments received by the Trustee are as follows:

05/09/2016  $ 284.07        05/02/2016  $ 284.07        04/25/2016  $ 284.07        04/18/2016  $ 284.07

NOTICE IS HEREBY GIVEN that a hearing on this motion is scheduled for:

September  13, 2016 at 9:00 a.m.

at the United States Bankruptcy Court, 500 Poydras Street, Room B-709, New Orleans, Louisiana.

Objections to the motion must be filed with the Clerk of Court, with service upon the Trustee, the debtor and debtor's attorney no later than seven days before the hearing. If no timely objection is filed, the court may grant the relief requested without the necessity of a hearing.

Attorney for debtor:

J DAVID ANDRESS
david@andresslawfirm.com

/s/ S.J. Beaulieu, Jr.
S.J. Beaulieu, Jr.
Chapter 13 Trustee

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

In re:

    ZHOU ZHANG

        Debtor(s)

Case No. 15-10084

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

S.J. Beaulieu, Jr., chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1)  The case was filed on 01/13/2015.

2)  The plan was confirmed on 05/26/2015.

3)  The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4)  The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5)  The case was dismissed on 09/13/2016.

6)  Number of months from filing to last payment: 16.

7)  Number of months case was pending: 22.

8)  Total value of assets abandoned by court order: NA.

9)  Total value of assets exempted: $96,600.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $12,373.01 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:**       **$12,373.01**

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,310.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $846.79 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | **$3,156.79** |

Attorney fees paid and disclosed by debtor:      $190.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACS PRIMARY CARE PHYSICIANS | Unsecured | NA | 0.00 | 163.88 | 0.00 | 0.00 |
| AMERICAN EXPRESS BANK | Unsecured | 1,800.00 | 0.00 | 1,159.85 | 0.00 | 0.00 |
| ARTURO SCHOTT, III | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CHASE | Unsecured | 1,900.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER FINANCIAL | Unsecured | 4,600.00 | 0.00 | 5,629.64 | 0.00 | 0.00 |
| ECAST SETTLEMENT | Unsecured | 2,012.00 | 0.00 | 3,658.33 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORP | Unsecured | 300.00 | 0.00 | 141.74 | 0.00 | 0.00 |
| FIDELITY HOMESTEAD SAVINGS BA | Secured | 37.89 | 0.00 | 37.89 | 13.60 | 0.00 |
| FIDELITY HOMESTEAD SAVINGS BA | Secured | 36,717.92 | 0.00 | 36,239.75 | 0.00 | 0.00 |
| GAUTHIER, HOUGHTALING, & WILLI | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| GULF COAST BANK & TRUST CO | Secured | 242,000.00 | 0.00 | 241,057.97 | 0.00 | 0.00 |
| GULF COAST BANK & TRUST CO | Secured | 14,444.21 | 0.00 | 14,444.21 | 4,034.00 | 0.00 |
| HSBC | Unsecured | 2,500.00 | NA | NA | 0.00 | 0.00 |
| HYUNDAI MOTOR FINANCE CORP | Secured | 13,900.00 | 0.00 | 14,390.77 | 5,168.62 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 0.00 | 6,905.36 | 0.00 | 0.00 |
| LA DEPT OF REVENUE | Unsecured | 2,144.12 | 0.00 | 0.00 | 0.00 | 0.00 |
| LA DEPT OF REVENUE | Unsecured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| LOUISIANA CITIZENS INSURANCE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT I | Unsecured | 200.00 | 0.00 | 109.90 | 0.00 | 0.00 |
| SMALL BUSINESS ADMINISTRATION | Secured | 32,417.47 | 0.00 | 32,486.68 | 0.00 | 0.00 |

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $309,784.40 | $0.00 | $0.00 |
| Mortgage Arrearage | $14,482.10 | $4,047.60 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $14,390.77 | $5,168.62 | $0.00 |
| **TOTAL SECURED:** | **$338,657.27** | **$9,216.22** | **$0.00** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS** | **$17,768.70** | **$0.00** | **$0.00** |

| Disbursements: | |
|---|---|
| Expenses of Administration | $3,156.79 |
| Disbursements to Creditors | $9,216.22 |
| | |
| **TOTAL DISBURSEMENTS:** | **$12,373.01** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 11/18/2016                    By:/s/ S.J. Beaulieu, Jr.
_____
                                                    Trustee

**STATEMENT:** This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**

# United States Bankruptcy Court

## Eastern District of Louisiana

| | |
|---|---|
| ZHOU ZHANG<br>5941 KENSINGTON BLVD.<br>NEW ORLEANS LA  70127 | **15-10084**<br>Chapter 13<br>Section A |

### TRUSTEE'S NOTICE OF HEARING ON FINAL REPORT

NOW INTO COURT comes S.J. Beaulieu, Jr., Chapter 13 Trustee, who avers that his final report of his administration of this case has been submitted to the Court.

NOTICE IS HEREBY GIVEN that any party objecting to the final report must file an objection with the Clerk of Court, with service upon the Chapter 13 Trustee, no later than seven days before the scheduled hearing.  If an objection is timely filed and served, a hearing on the objection will be held on:

January 10, 2017 at  8:35 am

at the United States Bankruptcy Court, 500 Poydras Street, Room B-709, New Orleans, Louisiana. Only persons objecting to the Trustee's Final Report need to attend the hearing.

Attorney for debtor:

J DAVID ANDRESS
172 LEE DR
STE 4A
BATON ROUGE LA  70808

/s/  S.J. Beaulieu, Jr.
S.J. Beaulieu, Jr.
Chapter 13 Trustee