# EXHIBIT F

Confidential - Subject to Further Confidentiality Review

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3       MDL No. 2047           Section L
         Judge Fallon           Mag. Judge Wilkinson
 4
              THIS DOCUMENT RELATES TO ALL CASES
 5
            IN RE:  CHINESE-MANUFACTURED DRYWALL
 6              PRODUCTS LIABILITY LITIGATION
 7
 8         CONFIDENTIAL - SUBJECT TO FURTHER
                  CONFIDENTIALITY REVIEW
 9
10
11
12
13
14    Deposition of HOLLY BRASELMAN YEICH, taken on
15  Monday, March 25, 2019, in the office of The
16  Lambert Firm, A.P.L.C., 701 Magazine Street, New
17  Orleans, Louisiana 70130, commencing at 9:28 a.m.
18
19
20
21
22
23
    Reported by:
24  AURORA M. PERRIEN
    CERTIFIED COURT REPORTER
25  REGISTERED PROFESSIONAL REPORTER
```

Confidential - Subject to Further Confidentiality Review

```
 1                  Courtney Mumphrey from the Lambert
 2          Firm on behalf of the plaintiff.
 3          MR. LAMBERT:
 4                  And Hugh Lambert of the Lambert Firm
 5          on behalf of the plaintiff.
 6                      E X A M I N A T I O N
 7   BY MR. LUCAS:
 8       Q.  Will you please state your name for the
 9   record.
10       A.  Holly Braselman Yeich.
11       Q.  And may I call you Miss Braselman or
12   Miss --
13       A.  Sure.
14       Q.  -- Yeich?  Miss Braselman's fine?
15       A.  Yes.
16       Q.  Miss Braselman, have you ever been deposed
17   before?
18       A.  No.
19       Q.  Since you haven't, I'll just briefly go
20   over the -- over the -- sort of the rules of the
21   road for a deposition.
22               If you don't understand one of my
23   questions, please let me know and I'll attempt to
24   rephrase it.  But if you do answer it, I'll assume
25   that you've understood it.
```

Confidential - Subject to Further Confidentiality Review

1     Q.  Did the bank ever seek to recover the
2  deficiency from you?
3     A.  No.
4     Q.  Do you know when they discharged the two
5  mortgages on the 1206 Magnolia Alley property?
6     A.  Do I know when they discharged them?
7     Q.  Yes.
8     A.  What date?
9     Q.  Approximately, that's fine.
10    A.  Well, I imagine around that same time.
11  I'm not real sure.
12    Q.  So would those mortgages have been
13  discharged before you filed for bankruptcy in
14  2012?
15    A.  The -- one of the reasons why I filed for
16  bankruptcy is because I was getting remarried and
17  I didn't want any of this stuff to come back on
18  me; so that was a big reason why I filed for
19  bankruptcy.  I didn't want it to -- to interfere
20  with my new marriage.  I got married in 2012, and
21  I did the bankruptcy right before then.  I think I
22  filed -- started it in September 2012, and it got
23  discharged -- I want to say at the end of two
24  thousand -- in December.  And that was one of the
25  big reasons, because I didn't want all this

Confidential - Subject to Further Confidentiality Review

1  craziness that I had gone through with this
2  property and -- to interfere going into a new
3  marriage.
4      Q.  Do you remember which bankruptcy chapter
5  you filed under?
6      A.  You have it, I'm sure.
7      Q.  Would it have been Chapter 7?
8      A.  I'll -- if that's what it says there,
9  that's what I did.
10     Q.  And were your debts discharged?
11     A.  To my knowledge, yes.
12     Q.  Do you contend that Chinese drywall caused
13 you to file for bankruptcy?
14     A.  It was one of the major reasons.  Yes.
15     Q.  Along with -- you wanted to discharge some
16 of those debts before you got married; correct?
17     A.  Right.
18     Q.  Backing up for just a moment, what dollar
19 amount are you claiming is damages from your --
20     A.  And -- and if you want to go --
21     Q.  -- short sale?
22     A.  -- back to the -- the -- the furniture --
23 American Factory Direct, all that furniture was in
24 the drywall house, which was no longer any good.
25     Q.  What dollar figure are you claiming is

Confidential - Subject to Further Confidentiality Review

```
 1    damages from your short sale?
 2          MR. LAMBERT:
 3                Object to form.
 4          THE WITNESS:
 5                I'd have to go back.  I -- I would
 6          like -- I mean, you have the numbers.  The
 7          jury and judge will have the numbers; so
 8          they can decide on that.
 9    BY MR. LUCAS:
10       Q.  Other than your marriage and the Chinese
11    drywall, were there any other factors or reasons
12    that led you to file for bankruptcy?
13       A.  No.  Probably not.  That's the real
14    reasons why I did it.
15       Q.  And I'm not going to ask you to tell me
16    about any attorney-client communications.
17            But did you consult with a lawyer before
18    deciding to file for bankruptcy?
19       A.  Yes.
20       Q.  And -- and who -- who would that have
21    been?
22       A.  His name was Babin.
23       Q.  And did you consult with the lawyer
24    representing you in this litigation before filing
25    for bankruptcy?
```