UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | |
| | : | SECTION: L |
| This Document Relates to All Cases | : | |
| | : | JUDGE FALLON |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | MAG. JUDGE WILKINSON |

**SETTLEMENT ADMINISTRATOR'S MOTION FOR DISBURSEMENT TO THE INTERNAL REVENUE SERVICE FROM THE KNAUF ATTORNEY FEE FUND**

The Settlement Administrator for the Chinese Drywall Settlement Program, respectfully moves this Court to approve disbursement to the Internal Revenue Service from the Knauf Attorney Fee Fund held in the registry of the Court, as detailed in the Memorandum in Support filed concurrently with this Motion.

WHEREFORE, the Settlement Administrator requests that this Honorable Court approve disbursements of funds to the Internal Revenue Service from the Knauf Attorney Fee Fund currently held by the Clerk of Court.

Respectfully submitted,

  /s/ Jacob Woody
Jacob S. Woody, Esquire (Va. Bar No. 77485)
BrownGreer, PLC
250 Rocketts Way
Richmond, VA 23231
Telephone:  (804) 521-7200
Facsimile:  (804) 521-7299
jswoody@browngreer.com
*Settlement Administrator for the Chinese Drywall Settlement Program*