UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE MANUFACTURED DRYWALL            :   MDL NO. 2047
         PRODUCTS LIABILITY LITIGATION               :
                                                      :
                                                      :   SECTION: L
This Document Relates to All Cases               :
                                                      :   JUDGE FALLON
.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :   MAG. JUDGE WILKINSON

**MEMORANDUM IN SUPPORT OF SETTLEMENT ADMINISTRATOR'S MOTION FOR DISBURSEMENT TO THE INTERNAL REVENUE SERVICE FROM THE KNAUF ATTORNEY FEE FUND**

The Settlement Administrator for the Chinese Drywall Settlement Program respectfully moves this Court to approve disbursement from the Chinese Drywall Settlement Funds held in the registry of the Court.

On December 21 2018, the Court entered Orders transferring all remaining settlement funds to the registry of the Court.  BrownGreer completed these transfers on or about December 28, 2018.  The accountant retained by the Settlement Program has prepared a tax return for 2018 and has notified the Settlement Administrator that $130,000 is owed to the Internal Revenue Service from the Knauf Attorney Fee Fund for interest earned in 2018.  If this payment is approved, the Settlement Administrator will assist the Clerk of Court in issuing payment directly to the Internal Revenue Service in a manner acceptable to the Clerk and the IRS.

WHEREFORE, the Settlement Administrator requests that this Honorable Court approve this disbursements to the Internal Revenue Service from the Knauf Attorney Fee Funds currently held by the Clerk of Court.

Respectfully submitted,

  /s/ Jacob Woody_____
Jacob S. Woody, Esquire (Va. Bar No. 77485)
BrownGreer, PLC
250 Rocketts Way
Richmond, VA 23231
Telephone:  (804) 521-7200
Facsimile:  (804) 521-7299
jswoody@browngreer.com
*Settlement Administrator for the Chinese Drywall Settlement Program*