UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | |
| | : | SECTION: L |
| This Document Relates to All Cases | : | |
| | : | JUDGE FALLON |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. : | | MAG. JUDGE WILKINSON |

**ORDER GRANTING SETTLEMENT ADMINISTRATOR'S MOTION FOR
DISBURSEMENT TO THE INTERNAL REVENUE SERVICE FROM THE KNAUF
ATTORNEY FEE FUND**

Considering the Settlement Administrator's Motion for Disbursement;

IT IS ORDERED BY THE COURT that the Motion for Disbursement is GRANTED.  The

Clerk of Court shall issue payment in the amount of $130,000 from the Knauf Attorney Fee Fund

directly to the Internal Revenue Service for taxes on interest earned in 2018.

New Orleans, Louisiana, this ___ day of _____, 2019.


_____
Eldon E. Fallon
United States District Court Judge