UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Elizabeth Bennett, et al. v. Knauf Gips, KG, et al.*<br>2:14-cv-02722-EEF-JCW | JUDGE ELDON FALLON<br><br>MAG. JUDGE WILKINSON |

## ORDER

Upon consideration of Defendant Knauf Plasterboard (Tianjin) Co. Ltd.'s and Knauf Gips, KG's Motion To Dismiss/Strike Certain Bennett Claims (Doc. 22206) and the oppositioin thereto filed by Plaintiffs, it is hereby **ORDERED, ADJUDGED AND DECREED** that said motion is **DENIED**. In addition, the hearing set for this motion on April 23, 2019, is hereby cancelled.

New Orleans, Louisiana, this _____ day of _____, 2019.

_____
Eldon E. Fallon
United States District Court Judge