# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: Chinese Manufactured Drywall Products Liability Litigation** | MDL 09-md-2047 |
| | SECTION "L" |
| *This Document Relates to:* *All Cases* | JUDGE ELDON E. FALLON |
| | MAGISTRATE JOHN C. WILKINSON, JR. |

## O R D E R

Considering the above and foregoing Ex-Parte Motion to Continue Hearing;

**IT IS HEREBY ORDERED** that the Motion is granted. The hearing on Guilford Dieuvil's Objection to the Special Master's Report is hereby continued to the **13th** day of **May, 2019**, at **2:00 p.m.**

New Orleans, Louisiana, this __15th__ day of April, 2019.

_____
HONORABLE ELDON E. FALLON