UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** THE MITCHELL CO., INC., NO. 09-4115

## ORDER

Due to a conflict with the Court's schedule;

**IT IS ORDERED** that oral argument on Defendant's motion to strike, R. Doc. 22105, currently set for Wednesday, April 17, 2019 at 9:00 a.m. be moved to Wednesday, April 17, 2019 at 8:00 a.m. in the courtroom of the Honorable Eldon E. Fallon.

New Orleans, Louisiana, this 16th day of April, 2019.

_____
UNITED STATES DISTRICT JUDGE

1