MINUTE ENTRY
FALLON, J.
APRIL 17, 2019

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: REF: 09-4115 | JUDGE FALLON MAGISTRATE WILKINSON |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Mary Thompson

Appearances:  Steven Nicholas, Esq., for Plaintiffs
Christy Eikhoff, Esq. for Defendants Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd.

---

MOTION of Defendants Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd. to Strike Declaration of Dr. Robert DeMott   (22105)

After argument – Motion was taken under submission

JS10:   :30