UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | : | MDL NO. 2047 |
| IN RE: CHINESE MANUFACTURED DRYWALL | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAGISTRATE JUDGE |
| ................................................................. | : | WILKINSON |

**THIS DOCUMENT RELATES TO:** THE MITCHELL CO., INC., NO. 09-4115

### ORDER

To allow the parties sufficient time to depose Dr. Robert Demott before the Court hears oral argument on Plaintiffs' motion seeking class certification, R. Docs. 20857, 20865;

**IT IS ORDERED** that oral argument on Plaintiffs' motion for class certification, currently set for Friday, May 17, 2019 at 9:00 a.m. be and hereby is **CONTINUED**. Oral argument on Plaintiffs' motion shall take place following the Court's June monthly status conference, the date for which is currently yet to be determined.

**IT IS FURTHER ORDERED** that Defendants' Motion to Strike, R. Doc. 22105 be **DENIED AS MOOT**.

New Orleans, Louisiana, this 17th day of April, 2019.

_____
UNITED STATES DISTRICT JUDGE

1