UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED | * | MDL Docket No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PROPOSED AGENDA
FOR APRIL 23, 2019 STATUS CONFERENCE**

**Joint Report**
   **Section**

      I.    PRE-TRIAL ORDERS

      II.   OMNIBUS ("OMNI") CLASS ACTION COMPLAINTS

      III.  INEX, BANNER, KNAUF, L&W and GLOBAL SETTLEMENTS

      IV.  TAISHAN, BNBM AND CNBM DEFENDANTS

      V.   VENTURE SUPPLY & PORTER BLAINE DEFENDANTS

      VI.  BENNETT CLASS ACTION

      VIII. ATTORNEY FEES

      IX.  MATTERS SET FOR HEARING FOLLOWING THE CURRENT STATUS CONFERENCE

      XI.  SUGGESTION OF REMAND

      XII. NEXT STATUS CONFERENCE