"Certification of Funds in the Registry"

PRINCIPAL: $189,563,876.09

Financial Deputy: MBR   Date: 4/23/19

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE MANUFACTURED DRYWALL  :  MDL NO. 2047
PRODUCTS LIABILITY LITIGATION         :
                                      :
                                      :  SECTION: L
This Document Relates to All Cases    :
                                      :  JUDGE FALLON
.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :  MAG. JUDGE WILKINSON

### ORDER GRANTING SETTLEMENT ADMINISTRATOR'S MOTION FOR DISBURSEMENT TO THE INTERNAL REVENUE SERVICE FROM THE KNAUF ATTORNEY FEE FUND

Considering the Settlement Administrator's Motion for Disbursement;

IT IS ORDERED BY THE COURT that the Motion for Disbursement is GRANTED. The clerk is authorized and directed to draw a check on the funds on deposit in the registry of this court in the principal amount of $130,000.00 payable to the Department of the Treasury and mail the check to the Internal Revenue Service Center, P.O. Box 1302, Ogden, UT, 84201-0045.

New Orleans, Louisiana, this 23rd day of April, 2019.

Eldon E. Fallon
United States District Court Judge