MINUTE ENTRY
FALLON, J.
APRIL 23, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: REF: See Below for Referenced Cases | JUDGE FALLON MAGISTRATE WILKINSON |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Nichelle Drake

Appearances:   Michael Ryan, Esq., for the Law Firms of Krupnick Campbell Malone, et al
Eric Hoaglund, Esq. for McCallum, Hoaglund, Cook & Irby, LLP and Gentle Turner, Sexton & Harbison
Tucker Yance, Esq., for Yance Law Firm, et al
Jimmy Faircloth, Jr., Esq. for Parker Waichman LLP
Gerald Meunier, Esq. for Louisiana Amorin Plaintiffs
Danny Dysart, Esq. and Kerry Miller, Esq. for Knauf Defendants
Christy Eikhoff, Esq. and David Venderbush, Esq., for Defendants Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd.
James Stengel, Esq. and Donna Currault, Esq., for CNBM and BNBM Defendants
Jimmy Doyle Esq., for certain Bennett Plaintiffs

1. Motion of Krupnick Campbell Malone, et al, for Immediate Disbursement of Attorneys' Fees Pursuant to Final Judgment   (REF ALL CASES)   (22130)

2. Motion of Parker Waichman LLP, for Partial Disbursement of Fees Awarded by the Court (REF ALL CASES)    (22170)

3. Motion of Parker Waichman LLP; Gentle, Turner, Section & Harbison, LLC; McCallum, Hoaglund, Cook & Irby, LLP; and Anderson Kill, P.C., to Strike Arguments of Krupnick Campbell Malone, et al, Concerning the Propriety of Appeals Take by Mover (REF ALL CASES)    (22181)

4. Motion of the Plaintiffs' Steering Committee, to Adopt Trial Plan for Louisiana Amorin Cases ( REF 11-1395)   (22153)

5. Motion of the Plaintiffs' Steering Committee, for an Order (Under FRCP 55(b)) Applying the Remediation Damages Formula Adopted by the Findings of Fact & Conclusions of Law Related to the June 9, 2015 Damages Hearing to the Claims of Former Owners of Affected Properties (REF 11-1395)     (22155)

6. Motion of Defendants, Knauf Gips KG and Knauf Plasterboard (Tianjin) Co. Ltd., to Dismiss Plaintiffs, for Violating Court's Order   (REF 14-2722)   (22107)

7. Motion of Defendants, Knauf Plasterboard (Tianjin) Co. Ltd. and Knauf Gips KG, to Dismiss/Strike Certain Bennett Claims (REF 14-2722)        (22206)

After Oral Argument was heard on all motions listed above, IT IS ORDERED that Rec. Doc. Nos. 22130, 22170, 22181, 22153 and 22155 are hereby TAKEN UNDER ADVISEMENT. IT IS FURTHER ORDERED that Rec. Doc. Nos. 22107 and 22206, were DENIED for the reasons stated orally on the record.

JS10:   3:03