```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

****************************************************************
IN RE:  CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION

                              MDL No. 09-2047
VS.                           Section "L"
                              New Orleans, Louisiana
                              April 23, 2019

THIS DOCUMENT RELATES TO ALL CASES
****************************************************************

              TRANSCRIPT OF STATUS CONFERENCE
         HEARD BEFORE THE HONORABLE ELDON E. FALLON
                UNITED STATES DISTRICT JUDGE
```

APPEARANCES:

FOR THE PLAINTIFFS' LIAISON COUNSEL:

        *LEN DAVIS*
        *RUSS HERMAN*
        HERMAN, HERMAN & KATZ
        820 O'KEEFE AVENUE
        NEW ORLEANS, LA 70113

        *ARNOLD LEVIN*
        *SANDRA L. DUGGAN*
        LEVIN, FISHBEIN, SEDRAN & BERMAN
        510 WALNUT STREET, SUITE 500
        PHILADELPHIA, PA 19106

        *GERALD E. MEUNIER*
        GAINSBURGH, BENJAMIN, DAVID,
        MEUNIER & WARSHAUER, LLC
        2800 ENERGY CENTRE
        NEW ORLEANS, LA 70163

        *RICHARD SERPE*
        OFFICES OF RICHARD J. SERPE
        580 EAST MAIN STREET, SUITE 310
        NORFOLK, VA 23510

FOR THE TAISHAN, BNMB ENTITIES
AND CNMB ENTITIES LIAISON COUNSEL:

    *HARRY ROSENBERG*
    PHELPS DUNBAR
    365 CANAL STREET
    SUITE 2000
    NEW ORLEANS, LA 70130

FOR TAISHAN GYPSUM CO., LTD, AND TAI'AN TAISHAN PLASTERBOARD CO., LTD.:

    *CHRISTINA H. EIKHOFF*
    *DAVID VENDERBUSH*
    ALSTON & BYRD
    ONE ATLANTIC CENTER
    1201 WEST STREET
    ATLANTA, GA 30309

FOR THE LIAISON COUNSEL:

    *KERRY J. MILLER*
    *DANIEL S. DYSART*
    FISHMAN HAYGOOD, LLP
    201 ST. CHARLES AVENUE
    46TH FLOOR
    NEW ORLEANS, LA 70170

FOR THE BNMB AND CNMB ENTITIES:

    *DONNA P. CURRAULT*
    GORDON, ARATA, MCCOLLAM,
    DUPLANTIS & EAGAN
    201 ST. CHARLES AVENUE
    40TH FLOOR
    NEW ORLEANS, LA 70170

    *JAMES L. STENGEL*
    ORRICK HERRINGTON & SUTCLIFFE
    51 WEST 52ND STREET
    NEW YORK, NY 10019

| | |
|---|---|
| ALSO PRESENT: | *JIMMY R. FAIRCLOTH, JR.*<br>9026 JEFFERSON HIGHWAY<br>BUILDING 2, SUITE 200<br>BATON ROUGE, LA 70809 |
| | *TURNER YANCE*<br>YANCE LAW FIRM<br>169 DAUPHINE STREET<br>MOBILE, AL 36602 |
| | *ERIC HOAGLAND*<br>MCCALLUM HOAGLUND<br>905 MONTGOMERY HIGHWAY<br>SUITE 201<br>VESTAVIA HILLS, AL 35216 |
| | *MICHAEL J. RYAN*<br>KRUPNICK CAMPBELL MALONE BUSER<br>SLAMA HANCOCK, P.A.<br>12 S.E. 7TH STREET<br>SUITE 801<br>FORT LAUDERDALE, FL 33301 |
| | *JAMES R. DOYLE*<br>JIM DOYLE LAW FIRM<br>1018 PRESTON ST<br>SUITE 850<br>HOUSTON, TX 77002 |
| Official Court Reporter: | *Nichelle N. Drake, RPR, CRR*<br>500 Poydras Street, B-275<br>New Orleans, Louisiana 70130<br>(504) 589-7775 |

Proceedings recorded by mechanical stenography, transcript produced via computer.

```
              1              P R O C E E D I N G S
              2                (Call to order of the court.)
              3         THE COURT:  Be seated, ladies and gentlemen.  Good
              4   morning.
08:55:25AM    5         Call the case, please.
09:06:53AM    6         THE DEPUTY CLERK:  MDL No. 2047, In Re:
09:06:58AM    7   Chinese-Manufactured Drywall Products Liability Litigation.
09:07:01AM    8         THE COURT:  Counsel, make your appearance for the
09:07:07AM    9   record, please, Liaison.
09:07:07AM   10         MR. HERMAN:  May it please the Court, good morning,
09:07:09AM   11   Your Honor, Russ Herman for the PSC.
09:07:14AM   12         MR. ROSENBERG:  Good morning, Judge Fallon, Harry
09:07:15AM   13   Rosenberg as liaison counsel for Taishan, BNMB and CNMB.
09:07:21AM   14         MR. MILLER:  Good morning, Judge, Kerry Miller,
09:07:24AM   15   liaison counsel for Knauf.
09:07:24AM   16         THE COURT:  We're here today for our monthly status
09:07:28AM   17   conference.  I met with the parties, with liaison and lead
09:07:32AM   18   counsel, a moment ago to discuss the agenda with them.  We'll
09:07:36AM   19   take them in the proposed order.
09:07:38AM   20         MR. HERMAN:  May it please the Court, the Taishan
09:07:42AM   21   issues are listed in the status conference report at page 5,
09:07:47AM   22   section 4.  And it has to do with Record Document 18757, the
09:08:08AM   23   Court's establishment of three tracks, Taishan, BNMB, CNMB in
09:08:20AM   24   all matters and also can be found at Record Document 18844.
09:08:29AM   25         With regards to the trial plan, there will be
```

09:08:34AM  1  argument after the status conference, but for a review of the
09:08:41AM  2  pleadings that's at page 10.
09:08:45AM  3         There is a former owners' motions that will be heard
09:08:53AM  4  today for a review.  It's at page 24.  Then there are several
09:09:01AM  5  motions regarding attorneys fees at -- recounted at page 28,
09:09:10AM  6  section 8, and a motion for disbursement at page 29.
09:09:17AM  7         All of these are listed on --
09:09:32AM  8         MR. MILLER:  Page 31.
09:09:41AM  9         MR. HERMAN:  Yeah.  I'm trying -- when you get old,
09:09:41AM 10  you need help finding and I need all the help I can get.
09:09:42AM 11         Matter's set for hearing at page 31, 1 through 7.
09:09:49AM 12  Also, set are Knauf motions which are items 6 and 7 at
09:09:57AM 13  page 31.
09:10:00AM 14         Mr. Serpe is here to report on Virginia, and
09:10:15AM 15  Ms. Duggan is here to give a quick update on Florida.
09:10:23AM 16         THE COURT:  And in this matter, what I did, it seems
09:10:26AM 17  to me the end game is to remand the cases.  And so I remanded
09:10:34AM 18  1,000 or so of the cases to Florida and an equal amount
09:10:37AM 19  probably to Virginia.  And the Florida cases are proceeding.
09:10:42AM 20         What's happening with the Florida cases?
09:10:45AM 21         MS. DUGGAN:  Good morning, Your Honor, Sandra Duggan
09:10:47AM 22  for the plaintiffs.
09:10:48AM 23         As Your Honor knows, on November 16, 2018, Judge
09:10:53AM 24  Cooke entered a trial plan.  She adopted all of Your Honor's
09:10:56AM 25  prior rulings in this litigation, and she set two tracks.

```
09:11:00AM   1   One track was for remediation damages.
09:11:06AM   2           There's 1,700 approximately Amorin plaintiffs that
09:11:07AM   3   are in that track.  She appointed Special Master.  There was
09:11:10AM   4   product ID discovery taken of Taishan in January of this
09:11:13AM   5   year.
09:11:13AM   6           The parties submitted simultaneous briefs, and then
09:11:20AM   7   there was a hearing before the Special Master on March 10th.
09:11:21AM   8   And on April 8, 2019, the Special Master issued her Report
09:11:25AM   9   and Recommendation on the various product ID categories
09:11:28AM  10   attributable to Taishan.  The parties can serve their
09:11:34AM  11   objections to Judge Cooke to that Report and Recommendation.
09:11:36AM  12   Those are due on April 29th.
09:11:39AM  13           Then the Court in Florida allowed the defendants to
09:11:42AM  14   challenge ownership, product ID, and square footage with
09:11:47AM  15   regard to all of the Amorin plaintiffs.  The defendants
09:11:50AM  16   served preliminary contests and requests for setoffs as to
09:11:55AM  17   all of the plaintiffs in Florida.  We responded to those.
09:11:58AM  18           There was about a two-month period of discovery back
09:12:02AM  19   and forth between the parties.  Final contests were submitted
09:12:05AM  20   to the Special Master.  We responded to that.
09:12:06AM  21           And then there was a hearing before the Special
09:12:08AM  22   Master on April 10th and 11th.  Supplemental briefing to the
09:12:12AM  23   Special Master occurred yesterday, and there will be some
09:12:15AM  24   follow-up briefing that will occur this week.
09:12:17AM  25           With regard to BNMB, unfortunately, there was a
```

| | | |
|---|---|---|
| 09:12:20AM | 1 | 30(b)(6) deposition noticed of BNMB with regard to product |
| 09:12:24AM | 2 | ID.  The witness was granted a visa, authorized to get a visa |
| 09:12:33AM | 3 | but never actually given the visa.  So, unfortunately, the |
| 09:12:35AM | 4 | witness was not able to travel to the United States. |
| 09:12:38AM | 5 | There was the possibility of having a deposition |
| 09:12:39AM | 6 | occur last week in Hong Kong, but given the time constraints |
| 09:12:42AM | 7 | involved with the Court's order and the logistics, the |
| 09:12:42AM | 8 | parties decided by agreement and with approval from the |
| 09:12:45AM | 9 | Special Master to just submit -- the plaintiff submitted |
| 09:12:49AM | 10 | written questions to BNMB.  They are to respond to those |
| 09:12:50AM | 11 | questions this week, and then we will submit simultaneous |
| 09:12:54AM | 12 | briefing.  And then there will be a Report and Recommendation |
| 09:12:57AM | 13 | on product ID with regard to BNMB, we imagine, shortly. |
| 09:12:59AM | 14 | Now, the Special Master's Report and Recommendation |
| 09:13:04AM | 15 | on the contest is due on April -- I believe -- no.  I'm |
| 09:13:07AM | 16 | sorry.  May 3, 2019.  She may need a little extra time |
| 09:13:11AM | 17 | because the defendants did assert 17 different objections to |
| 09:13:15AM | 18 | the remediation damages for the plaintiffs, and then her |
| 09:13:20AM | 19 | final Report and Recommendation is due on May 31 of this |
| 09:13:23AM | 20 | year. |
| 09:13:23AM | 21 | THE COURT:  What about the other damages? |
| 09:13:26AM | 22 | MS. DUGGAN:  So the non-remediation damages, there |
| 09:13:29AM | 23 | are 20 priority plaintiffs.  Fact discovery was completed in |
| 09:13:32AM | 24 | January, I believe, might have been February.  I lost track. |
| 09:13:32AM | 25 | I apologize. |

```
09:13:35AM   1            The parties each designated expert witnesses.  The
09:13:39AM   2   plaintiffs identified six experts.  The defendants identified
09:13:42AM   3   six rebuttal experts.  All of the expert discovery is
09:13:46AM   4   complete.
09:13:46AM   5            THE COURT:  What were the experts about?
09:13:49AM   6            MS. DUGGAN:  There was a home inspection designated
09:13:52AM   7   by the plaintiffs.  The plaintiffs identified a realtor.
09:13:56AM   8   They identified an expert to talk about stigma damages,
09:14:02AM   9   permanent damages to the property because of the Chinese
09:14:05AM  10   drywall.  There was also a CPA that analyzed all of the
09:14:10AM  11   non-remediation damages of each of the plaintiffs.  And then
09:14:14AM  12   Your Honor will probably recall that we had Brad Krantz and
09:14:17AM  13   Lori Streit who are experts in Germano.  They tested some of
09:14:22AM  14   the various items that were removed from some of the
09:14:25AM  15   remediated homes to show that there was corrosion, and the
09:14:31AM  16   defendants identified corrosion experts in rebuttal.
09:14:31AM  17            The Daubert briefing in Florida on those 20 priority
09:14:35AM  18   plaintiff cases is due on the 29th as well as case
09:14:39AM  19   dispositive motions.
09:14:40AM  20            THE COURT:  These are all property damage issues.
09:14:42AM  21   What about any personal injury or anything of that sort in
09:14:45AM  22   Florida?
09:14:46AM  23            MS. DUGGAN:  There are no personal injury claims per
09:14:50AM  24   se, although the ailments that the plaintiffs suffered goes
09:14:54AM  25   into the factual scenario of their cases.  And there's been a
```

09:14:58AM 1  notice of mediation that's going to occur on May 22nd and
09:15:02AM 2  23rd with regard to the Florida litigation.
09:15:06AM 3            THE COURT:  With regard to the other damages, is that
09:15:08AM 4  a Special Master or is that a jury trial?
09:15:11AM 5            MS. DUGGAN:  No, those are going to be jury trials in
09:15:15AM 6  Judge Cooke's courtroom.  Those are scheduled to begin on
09:15:17AM 7  July 22nd of this year.
09:15:18AM 8            THE COURT:  Is she going to do flights or one at a
09:15:21AM 9  time?
09:15:21AM 10           MS. DUGGAN:  Well, we haven't reached that point yet
09:15:23AM 11 where we proposed any scenario to the Court.  Although my
09:15:26AM 12 understanding is, we are going to be doing this sufficiently
09:15:29AM 13 and there will be flights and groupings of the cases.
09:15:32AM 14           THE COURT:  Okay.  Thank you.
09:15:33AM 15           What about Virginia?
09:15:36AM 16           MS. EIKHOFF:  I just want to respond to the status
09:15:41AM 17 report just given by the plaintiffs --
09:15:41AM 18           THE COURT:  Sure.
09:15:42AM 19           MS. EIKHOFF:  -- just in a couple of aspects.
09:15:44AM 20           I think that some of the details of how Judge Cooke
09:15:49AM 21 plans to try the cases that were just reported have not been
09:15:51AM 22 established in any way.  And so the plaintiffs may seek to do
09:15:54AM 23 it in flights, but there has been absolutely no ruling
09:15:58AM 24 whatsoever from Judge Cooke on that point.
09:16:00AM 25           Also, in terms of the -- on the remediation damages

```
09:16:06AM   1   track with the Special Master in Florida, we have asserted
09:16:11AM   2   defenses pursuant to the contest and setoffs provision of
09:16:13AM   3   Judge Cooke's trial plan.  So Judge Cooke did not limit our
09:16:17AM   4   contest to only certain categories as was stated by
09:16:21AM   5   Ms. Duggan.
09:16:22AM   6           So I just wanted to make the record clear that we did
09:16:27AM   7   assert those contests pursuant to a specific provision that
09:16:32AM   8   allowed the contests to be submitted.
09:16:34AM   9           THE COURT:  Okay.  Thank you.
09:16:36AM  10           Does Virginia wish --
09:16:38AM  11           MR. SERPE:  Good morning, Your Honor, Richard Serpe
09:16:43AM  12   for the Virginia plaintiffs.
09:16:45AM  13           Your Honor, the matters were assigned to Chief Judge
09:16:47AM  14   Davis of the Eastern District of Virginia.  He conducted an
09:16:51AM  15   initial status conference in December, set a briefing
09:16:53AM  16   schedule for trial plans, as well as for the question of the
09:16:56AM  17   adoption of Your Honor's prior rulings.
09:16:59AM  18           There's a conference next week on the 30th at which
09:17:03AM  19   time additional argument will be presented, and we anticipate
09:17:09AM  20   ruling shortly thereafter.  Virginia, of course, is not
09:17:12AM  21   burdened with the product ID issues that consumed a lot of
09:17:15AM  22   time and attention in Florida because we are a single product
09:17:19AM  23   state, Venture Supply, with direct evidence from -- literally
09:17:23AM  24   from the factory right to the individual homes.  But there
09:17:27AM  25   are, you know, competing plans.
```

```
09:17:29AM   1    We have submitted one with a schedule that we believe
09:17:31AM   2  these cases can be resolved within a matter of months, and
09:17:35AM   3  we're hopeful that Judge Davis at the hearing next week will
09:17:39AM   4  set that schedule and we'll be able to bring these cases to
09:17:41AM   5  conclusion.
09:17:42AM   6             THE COURT:  Are you dealing only in Virginia with
09:17:44AM   7  property damage or are you dealing with any other damages or
09:17:48AM   8  pain and suffering or disability or whatever?
09:17:52AM   9             MR. SERPE:  Virginia law is clear that there is no
09:17:56AM   10 pain, suffering, mental anguish with respect to a property
09:18:00AM   11 loss.  Your house burns down -- there was a case where a
09:18:05AM   12 woman's treasured companion, animal, was killed in an
09:18:09AM   13 accident.  The Court has repeatedly ruled no sort of damages
09:18:12AM   14 like that.
09:18:13AM   15            There are, you know, potentially, Your Honor, some
09:18:17AM   16 classes of other losses out there.  But we had the unique
09:18:21AM   17 experience in Virginia.  The four Virginia class settlements
09:18:23AM   18 that we negotiated in 2013 and this Court approved that were
09:18:27AM   19 disbursed required the owners to submit their other loss
09:18:32AM   20 information.  And it turns out to be a tiny fraction compared
09:18:36AM   21 to the 800-pound gorilla of the property damages.  And in an
09:18:44AM   22 effort to expedite it, we're actively working to eliminate
09:18:48AM   23 these other losses so that the Court can very efficiently
09:18:48AM   24 resolve the damages for these people.
09:18:50AM   25            And, Your Honor, we believe that an ultimate issue is
```

```
09:18:53AM   1  the former owner issue that Mr. Meunier is going to be
09:18:57AM   2  addressing.  Virginia plaintiffs are hopeful that Your Honor
09:19:03AM   3  will rule today and provide guidance to Judge Davis with
09:19:06AM   4  respect to the former owners.
09:19:09AM   5       Thank you.
09:19:09AM   6       THE COURT:  All right.  Thank you, Rich.
09:19:10AM   7       Anything else?
09:19:10AM   8       MS. EIKHOFF:  Your Honor, I'm sorry.  I wasn't
09:19:13AM   9  expecting to stand up, but with these status reports that
09:19:15AM  10  we're getting from the plaintiffs, they're definitely coming
09:19:16AM  11  from the prospective of the plaintiffs --
09:19:16AM  12       THE COURT:  Sure.
09:19:18AM  13       MS. EIKHOFF:  -- and are providing in the --
09:19:18AM  14       THE COURT:  I understand.
09:19:20AM  15       MS. EIKHOFF:  -- in the form of a status conference,
09:19:22AM  16  providing some argument.
09:19:24AM  17       Of course, we have a different trial plan, a
09:19:27AM  18  different view of how the damages in Virginia should be
09:19:30AM  19  addressed by the Court.  We will be arguing that to the Judge
09:19:34AM  20  next week.
09:19:35AM  21       THE COURT:  Okay.  But you do agree it is just
09:19:36AM  22  property and nothing else?
09:19:38AM  23       MS. EIKHOFF:  I think sometimes the word property can
09:19:41AM  24  be ambiguous because property is not synonymous with
09:19:49AM  25  remediation, Your Honor.  And so we agree that they are all
```

| | | |
|---|---|---|
| 09:19:51AM | 1 | under the umbrella of property damages, but it is not |
| 09:19:54AM | 2 | necessarily limited to remediation damages.  There are other |
| 09:19:57AM | 3 | aspects of property damages that they're seeking. |
| 09:19:58AM | 4 | THE COURT:  Okay.  Fine.  Thanks. |
| 09:20:05AM | 5 | Anybody else on the status? |
| 09:20:07AM | 6 | Okay.  That's really the issues that we're dealing |
| 09:20:12AM | 7 | with the agenda.  We have to move into the motions then. |
| 09:20:19AM | 8 | The next status conference is May 17th of 2019 at |
| 09:20:24AM | 9 | nine o'clock, and the following one is June the 19th, 2019, |
| 09:20:28AM | 10 | at nine o'clock. |
| 09:20:31AM | 11 | Okay.  We have a number of motions.  Anything else |
| 09:20:34AM | 12 | before the motions? |
| 09:20:37AM | 13 | Russ? |
| 09:20:37AM | 14 | MR. HERMAN:  Not from the PSC, Your Honor. |
| 09:20:40AM | 15 | THE COURT:  Harry? |
| 09:20:40AM | 16 | MR. ROSENBERG:  No, Your Honor.  Thank you. |
| | 17 | * * * * |
| | 18 | (WHEREUPON, the Status Conference concluded with Motion to |
| | 19 | Adopt Trial Plan for Louisiana *Amorin* Cases to follow.) |
| | 20 | * * * * |

1

2              REPORTER'S CERTIFICATE

3         I, Nichelle N. Drake, RPR, CRR, Official Court
Reporter, United States District Court, Eastern District of
4 Louisiana, do hereby certify that the foregoing is a true and
correct transcript, to the best of my ability and
5 understanding, from the record of the proceedings in the
above-entitled and numbered matter.

6

7                    /s/ Nichelle N. Drake
                     Official Court Reporter
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25