# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | **MDL 2047** |
| | **SECTION "L"** |
| **This document relates to** *All Cases* | **JUDGE ELDON FALLON** |
| | **MAGISTRATE JOSEPH WILKINSON, JR.** |

## MOTION IN LIMINE TO PREVENT CLAIMANT GUILFORT DIEUVIL FROM INTRODUCING ANY NEW TESTIMONY AND/OR EVIDENCE AT THE HEARING REGARDING THE OBJECTION TO THE SPECIAL MASTER'S ORDER AND DECREE

**NOW INTO COURT**, through undersigned counsel, come the Knauf Defendants[1], who move in limine for an order preventing Guilfort Dieuvil ("Claimant") from introducing new expert or lay testimony and/or evidence at the hearing on the objection of the Special Master's Order and Decree that was not previously submitted and contained within the record received and compiled by the Special Master. At the hearing on the objection, Claimant intends to submit new evidence and elicit lay and expert testimony that was not received by the Knauf Defendants or the Special Master. Pursuant to the provisions of the Knauf Class Settlement Agreement controlling Special Master appeals and based upon the fact that the Special Master allowed full and fair opportunity of all parties to submit evidence, argument, and briefing, the Court should prohibit

---

[1] The Knauf Defendants include Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Plasterboard (Wuhu) Co., Ltd., Guangdong Knauf New Building Material Products Co., Ltd., Knauf Gips KG, Gebr. Knauf Verwaltungsgesellschaft KG, Knauf International GmbH, Knauf Insulation GmbH, Knauf UK GmbH, Knauf AMF GmbH & Co. KG, Knauf do Brasil Ltda., and PT Knauf Gypsum Indonesia.

Claimant from introducing new evidence or eliciting any testimony not that was not previously submitted, briefed, and/or argued before the Special Master.

Knauf submits the attached Memorandum in further support of its motion.

Respectfully submitted,

**FISHMAN HAYGOOD, L.L.P.**

*/s/ Kerry J. Miller*
**KERRY J. MILLER (#24562), T.A.**
**PAUL C. THIBODEAUX (#29446)**
**DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, 46th Floor
New Orleans, LA  70170
Telephone: (504) 556-5549
Facsimile: (504) 310-0275
Email: kmiller@fishmanhaygood.com
Email: pthibodeaux@fishmanhaygood.com
Email: ddysart@fishmanhaygood.com

**Counsel for the Knauf Defendants**

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, and to all parties by electronically uploading the same to File and Serve Xpress in accordance with Pre-Trial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana, on this the 2nd day of May, 2019.

*/s/ Kerry J. Miller*
**KERRY J. MILLER**