# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: CHINESE-MANUFACTURED DRYWALL PRODUCTS  LIABILITY LITIGATION** | **MDL 09-md-2047** |
| | **SECTION "L"** |
| | **JUDGE ELDON E. FALLON** |
| **This Document Relates to *All Cases*** | **MAGISTRATE JOHN C. WILKINSON, JR.** |

## ORDER

Considering the Knauf Defendants' Motion In Limine to Prevent Claimant Guilfort Dieuvil from Introducing New Testimony and/or Evidence;

**IT IS HEREBY ORDERED** that the motion is granted.  Claimant Guilfort Dieuvil is not allowed to introduce any new evidence and/or testimony regarding the Special Master's Order and Decree.

New Orleans, Louisiana, this _____ day of _____, 2019.


_____
UNITED STATES DISTRICT JUDGE