UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| **THIS DOCUMENT RELATES TO:**<br><br>**GUILFORT DIEUVIL** | |

## ORDER

Before the Court is an objection filed by Plaintiff Guilfort Dieuvil. R. Doc. 21104. The objection is opposed. R. Doc. 21176. The Court set Mr. Dieuvil's objection for hearing on May 15, 2019. Defendant Knauf has since filed a motion in limine regarding the scope of the hearing. R. Doc. 22234. To give the parties sufficient time to brief this issue, the Court will continue the objection hearing and issue a briefing schedule. Accordingly;

**IT IS ORDERED** that the hearing on Mr. Guilfort Dieuvil's objection, R. Doc. 21104, be and hereby is **CONTINUED** to be reset following the Court's disposition on Defendant's motion in limine.

**IT IS FURTHER ORDERED** that Plaintiff respond to Defendant's motion in limine, R. Doc. 22234, by no later than Wednesday, May 8, 2019.

**IT IS FURTHER ORDERED** that Defendant file its reply, if any, by no later than Friday, May 10, 2019.

**IT IS FURTHER ORDERED** that the parties participate in a telephone status conference with the Court on Monday, May 13, 2019 at 8:30 a.m. The Court will initiate the call.

1

New Orleans, Louisiana, this 2nd day of May, 2019.

                                                                          _____
                                                                           ELDON E. FALLON
                                                                        UNITED STATES DISTRICT JUDGE