UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>GUILFORT DIEUVIL | |

## ORDER

Due to a conflict with the Court's schedule;

**IT IS ORDERED** that the telephone status conference currently set for Monday, May 13, 2019 at 8:30 a.m. be and hereby is **CANCELLED**.

New Orleans, Louisiana, this 6th day of May, 2019.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1