

Benchmark
Remediation Group



EXHIBIT
D-2

September 16, 2013

Gregory Wallance
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Dear Mr. Wallance,

Please let me begin by thanking you for the opportunity to work with yourself and Kaye Scholer. Attached is the documentation for the inspection done at 8757 Baystone Cove Boynton Beach, FL.

The purpose of this Phase 1 inspection was to identify contaminated drywall within the home, indentify whether the home had any KPT drywall and identify whether the plumbing, electrical and HVAC had any corrosion.

As a summary, we have not identified corrosion of the copper wiring throughout the home. In addition, we have not discovered the existence of KPT Drywall in the home. Please see our detailed report for further information or contact me should you have any questions.

This home had all ready been demoed. It had all new wiring and plumbing installed. There were no drywall samples saved on site.

Sincerely,

Mr. Karell Locay
President



Benchmark Remediation Group LLC. 2455 East Sunrise Blvd Suite 510 Ft. Lauderdale, FL 33304
954-635-2307 fax 954-635-2400 Info@Benchmarkremediation.com

For Settlement Purposes Only

8757 Baystone Cove Boynton Beach, FL 33473

## Phase I     Validation Form

**File Number:** 12734

**Date of Inspection:** September 16, 2013

**Home Address:** 8757 Baystone Cove Boynton Beach, FL

**Community:** N/A

**Builders:** N/A

**Owner:** Dieuvil, Guilford

**Benchmark Personel Present:** Justin Hughes

**Types of Drywall Found In Houses:**

**Type of Home:** One Story

**Odor Present:** No

**Number of Rooms:** 0

**Drywall Inspected:** N/A

**Square Footage:** 6,129 Sq. Ft.

**Square Footage Source:** Zillow

**Is Floor Plan Available:** No

**Occupancy:** Vacant



Benchmark Remediation Group LLC. 2455 East Sunrise Blvd Suite 510 Ft. Lauderdale, FL 33304
954-635-2307 fax 954-635-2400 Info@Benchmarkremediation.com

Page: 2

For Settlement Purposes Only

8757 Baystone Cove Boynton Beach, FL 33473

### Phase I     Electrical

Was Black Surface Accumulation Observed: No

How Many Outlets/Switches Were Observed: 1

### Phase I     Plumbing

Type of Water Line: Copper

Black Surface Accumulation Water Lines: No

Plumbing Fixtures Inspected: No

### Phase I     HVAC

Number of HVAC Units: 3

Black Surface Accumulation:

### Phase I     Drywall Discovery

The inspector checked for drywall manufacturer markings including the following:
knauf-tianjin china-astm c36, knauf-tianjin c, the telltale yellow and blue paper end label on the knauf-tianjin board ends, knauf plasterboard natural

Drywall Supplier: UNKNOWN

Percentages Drywall Manufactures Found: N/A

Manufacture and Percentage of Chinese Drywall Only: N/A

Combined percentages from two reports: N/A



Benchmark Remediation Group LLC. 2455 East Sunrise Blvd Suite 510 Ft. Lauderdale, FL 33304
954-635-2307 fax 954-635-2400 Info@Benchmarkremediation.com

Page: 3

For Settlement Purposes Only

8757 Baystone Cove Boynton Beach, FL 33473

# Findings



Address



Front Elevation

Benchmark Remediation Group LLC. 2455 East Sunrise Blvd Suite 510 Ft. Lauderdale, FL 33304
954-635-2307 fax 954-635-2400 Info@Benchmarkremediation.com

Page: 4

For Settlement Purposes Only

8757 Baystone Cove Boynton Beach, FL 33473



Living Room



Dining Room

Benchmark Remediation Group LLC, 2455 East Sunrise Blvd Suite 510 Ft. Lauderdale, FL 33304
954-635-2307 fax 954-635-2400 Info@Benchmarkremediation.com

Page: 5

For Settlement Purposes Only

8757 Baystone Cove Boynton Beach, FL 33473



Family Room



Den

Benchmark Remediation Group LLC. 2455 East Sunrise Blvd Suite 510 Ft. Lauderdale, FL 33304
954-635-2307 fax 954-635-2400 Info@Benchmarkremediation.com

Page: 6

For Settlement Purposes Only

8757 Baystone Cove Boynton Beach, FL 33473



Master Bedroom



Bedroom 2

Benchmark Remediation Group LLC. 2455 East Sunrise Blvd Suite 510 Ft. Lauderdale, FL 33304
954-635-2307 fax 954-635-2400 Info@Benchmarkremediation.com

Page: 7

For Settlement Purposes Only

8757 Baystone Cove Boynton Beach, FL 33473



Bedroom 3



Bedroom 4

Benchmark Remediation Group LLC. 2455 East Sunrise Blvd Suite 510 Ft. Lauderdale, FL 33304
954-635-2307 fax 954-635-2400 Info@Benchmarkremediation.com

Page: 8

For Settlement Purposes Only

8757 Baystone Cove Boynton Beach, FL 33473



Attic



HVAC

Benchmark Remediation Group LLC. 2455 East Sunrise Blvd Suite 510 Ft. Lauderdale, FL 33304
954-635-2307 fax 954-635-2400 Info@Benchmarkremediation.com

Page: 9

For Settlement Purposes Only

8757 Baystone Cove Boynton Beach, FL 33473



Water Heater Copper

Benchmark Remediation Group LLC. 2455 East Sunrise Blvd Suite 510 Ft. Lauderdale, FL 33304
954-635-2307 fax 954-635-2400 Info@Benchmarkremediation.com

Page: 10