

**National Gypsum®**

Products | Resources | SDS | Specs | Submittals | Sales Terms | LEED - GPS | Continuing Education | Sustainability | About Us | News | Careers

News

**NGC Fact Sheet**

**Press Releases**

**Publications**

- NGC Corporate Brochure
- Industry Update
- NGC Construction Guide
- ProForm Construction Guide
- On Board Newsletter

**News Archive**

**Media Contacts**

July 24, 2012

## Court ruling vindicates company's products

Federal District Court Judge John E. Steele issued an order July 24 dismissing all claims against National Gypsum in the *Brincku* and *Brucker* lawsuits. The two cases claimed National Gypsum's American-made drywall caused the same corrosive effects in their homes as defective Chinese drywall.

The lawsuits alleged the company manufactured defective drywall which contained high levels of sulfur, released hydrogen sulfide gas from bacteria, and corroded copper and other metals inside the homes. Unrebutted, scientific evidence provided by the company proved this was not the case.

"We are extremely pleased that our company's products and reputation have been completely vindicated," said CEO Thomas C. Nelson. "This ruling confirms what we have said all along: National Gypsum drywall is a high-quality, safe and environmentally sound product. Every single false allegation has been rebutted by sound science from the nation's leading laboratories and safety experts".

The court's ruling concludes a long saga which began in 2009. In response to the plaintiffs' allegations, the company engaged Packer Engineering and Columbia Analytical Services, two well-known independent testing laboratories, to test its products found in the homes. A full battery of elemental sulfur, copper corrosion, and gas chamber tests were performed on the National Gypsum drywall. Other professionals, including HSA Engineers and Scientists, Inc., also tested the air, water, and surrounding environments of the homes.

These results, along with studies done for the Consumer Products Safety Commission by the Department of Energy's Lawrence Berkeley National Laboratory and Environmental Health & Engineering, were consistent. National Gypsum drywall does not cause the corrosive issues associated with defective



Chinese drywall. To the contrary, detailed study of the homes involved confirmed that the alleged metal corrosion was caused by hydrogen sulfide released from poorly or untreated well water or by defective, corrosive Chinese drywall, not by National Gypsum's products.

The dismissal of the Brincku and Brucker lawsuits is the latest in a series of similar cases that have been thrown out of court. In April 2011, an Arizona putative national class action against National Gypsum was voluntarily withdrawn, after the plaintiffs admitted having no scientific or causal evidence to support that lawsuit. In October 2011, an Alabama lawsuit was dismissed "with prejudice" – meaning the plaintiffs are barred from bringing the same claim against the company.

"The court's action will allow us to continue our 87-year tradition of producing high-quality gypsum drywall and finishing products in the United States without the unfounded and unwarranted distraction and expense of these suits," Nelson said. This is an important victory for National Gypsum, its customers, and its associates."

**HOME | CONTACT US | PRIVACY**      NATIONAL GYPSUM  |  704.365.7300  |  TECHNICAL INFORMATION 1-800-NATIONAL      **NATIONALGYPSUM.COM / ESPANOL**

◇ NATIONAL GYPSUM PROPERTIES, LLC 2001-2015

**PRIVILEGED AND CONFIDENTIAL SETTLEMENT COMMUNICATIONS **

"Pursuant to PTO 1(B) which required to maintain samples and pictures of some of those related components:  coppers, plumbing,  HVAC coil Materials, electrical wires"


Due to Knauf's toxic and defective drywalls that contain high levels of sulfur, released

hydrogen, sulfide gas from bacteria, and other toxic chemicals have tarnished,

damaged, impaired the entire house and tainted, damaged, and corroded

the entire copper, entire plumbings, entire HVAC coil Materials,

entire electrical system of the subject property,


it is obvious that multiples samples were taken from every section/portion of homes, and every

single sample of coppers, plumbing,  HVAC coil Materials, electrical wires, and

other components were completely affected, corroded, tainted,

impaired and damaged due to Knauf's defective drywall.

"Those tangible evidences speak for themselves."

























CIS 079   #4s

09-23-10

5th Bedroom

East Wall

Brad Wall













CIS079 #12

09-23-10

3rd Bedroom

North Wall

Brad Wall

CIS 079 #1.
09-23-10
Laundry Room
South Wall
Brad Wall

CIS 079 # 3.

09-23-10

Powder Room

South Wall

Brad Wall

CIS079 #11s
09-23-10
Loft
North Wall
Brad Wall

CIS079 # 8.

09-23-10

Master Bedroom
South Wall
Brad Wall



CIS079 #6s

09-23-10

Dining Room

West Wall

Bread Wall



CIS079 #17

09-23-10

East Hall at
Laudry
East Wall
Brad Wall



CIS0719 #17

09-23-10

East Hall at
Laundry
East Wall
Brad Wall





Bldg Plan Review/Inspection History - Print

| Print | Close |

## Bldg Plan Review/Inspection History

App/Permit No: B-2010-004393-0000

Permit Desc: Alterations - Residential

Application Date: 03/10/2010

Issued Date: 03/16/2010

Active Days Remaining: 0

Projected Inactive Date:

Further Desc: R/R drywall and insulation like for like.

Status: Permit Cancelled

Completion Date:

Balance Due: $ 0.00

Fees not finalized until permit issuance

PCN: 00-42-45-32-03-000-0790

Owner: Dieuvil, Guilfort

Contractor: GL Building Corp

Address: 8757 Baystone Cv, Boynton Beach, 33437

### Review Summary

| Date | HOLD | INTAKE STAFF | ATIC | PERMIT TECH | PE-B | PE-E | PE-M | PE-P | DATA ISSUANCE | ACCT CASHIER |
|---|---|---|---|---|---|---|---|---|---|---|
| Current Status | | A | A | A | A | A | A | A | A | A |
| 03/10/2010 | | X | X | | | | | | | |
| 03/15/2010 | | | A | A | A | A | A | A | | |
| 03/16/2010 | | | | | | | | | A | |
| 03/17/2010 | | | | | | | | | | X |
| 03/25/2010 | | | | | | | | | | A |
| Current Status | HOLD | INTAKE STAFF | ATIC | PERMIT TECH | PE-B | PE-E | PE-M | PE-P | DATA ISSUANCE | ACCT CASHIER |
| Elapsed Time (Days) | | 1 | 2 | 1 | 1 | 1 | 1 | | 1 | 2 |

Total Days in Review: 11

Total Business Days: 5

Total Days In-House: 5

Total Building Review Days: 4

X-Processing   C-Processing ended with comment  CD-Checked out documents
H-Hold process  A-Processing ended with approval  HR-Hold removed

### Review History

| Date/Time | Reference No | Rev | Rnw | App Status | Agency/Section | Reviewer | Review Status | Action | C |
|---|---|---|---|---|---|---|---|---|---|
| 03/10/2010 15:07:51 | B-2010-004393-0000 | | | Submitted | Intake Staff | Boatwright, Joy E | | Application Submitted | |
| 03/10/2010 15:57:12 | B-2010-004393-0000 | | | In Process | ATIC | Valdez, Eva G | Unassigned | Package sent to agency/section Permit Tech | |
| 03/10/2010 16:06:57 | B-2010-004393-0000 | | | In Process | Permit Tech | Boatwright, Joy E | Assigned | Application assigned to reviewer | |
| 03/15/2010 08:10:52 | B-2010-004393-0000 | | | In Process | Permit Tech | Boatwright, Joy E | In Review | Application review started | |
| 03/15/2010 08:12:18 | B-2010-004393-0000 | | | In Process | Permit Tech | Boatwright, Joy E | Approved | Application approved by reviewer | |
| 03/15/2010 15:23:15 | B-2010-004393-0000 | | | In Process | PE-B | Knapp, George F | Assigned | Application assigned to reviewer | |
| 03/15/2010 15:23:47 | B-2010-004393-0000 | | | In Process | PE-B | Knapp, George F | In Review | Application review started | |
| 03/15/2010 15:25:39 | B-2010-004393-0000 | | | In Process | PE-B | Knapp, George F | Approved | Application approved by reviewer | |
| 03/15/2010 15:25:44 | B-2010-004393-0000 | | | In Process | PE-E | Knapp, George F | Approved | Application approved by reviewer | |
| 03/15/2010 15:25:49 | B-2010-004393-0000 | | | In Process | PE-M | Knapp, George F | Approved | Application approved by reviewer | |
| 03/15/2010 15:26:27 | B-2010-004393-0000 | | | Agency Approved | PE-P | Knapp, George F | Approved | Application approved by reviewer | |
| 03/15/2010 15:27:07 | B-2010-004393-0000 | | | Agency Approved | ATIC | Knapp, George F | Approved | Application approved by reviewer | |
| 03/15/2010 15:27:07 | B-2010-004393-0000 | | | Ready for Issuance | ATIC | Knapp, George F | Approved | Application approved by reviewer | |
| 03/16/2010 11:22:16 | B-2010-004393-0000 | | | In Process | Data Issuance | Boyd, Patricia G | Approved | Application approved by reviewer | |

Bldg Plan Review/Inspection History - Print

| 03/16/2010 11:22:16 | B-2010-004393-0000 | | Active | System Generated | Boyd, Patricia G | | Permit issued | |
| 03/17/2010 08:48:47 | B-2010-004393-0000 | | Active | Acct Cashier | Nicar, Vania E | Assigned | Application assigned to reviewer | |
| 03/17/2010 08:48:47 | B-2010-004393-0000 | | Active | Acct Cashier | Nicar, Vania E | In Review | Application review started | |
| 03/17/2010 08:48:47 | B-2010-004393-0000 | | Active | Acct Cashier | Nicar, Vania E | In Review | Sign Off reversed by Cashier | |
| 03/25/2010 09:37:03 | B-2010-004393-0000 | | Active | Acct Cashier | Marta, Lisa M | Approved | Application approved by reviewer | |
| 03/25/2010 09:37:03 | B-2010-004393-0000 | | Active | Acct Cashier | Marta, Lisa M | Assigned | Application assigned to reviewer | |
| 05/10/2012 10:58:04 | B-2010-004393-0000 | | Permit Cancelled | System Generated | Sherpitis, Joseph R | | Permit Cancelled - See letter in file from G.L. General Counsel. | |

c -To see comments use the 'All Agency Comments' tab

### All Agency Comments

| No data found |
| --- |

### Inspection History

| App / Permit No | Permit Desc | Insp | Insp Desc | F.S | Result | Reasons | Re-Insp Fees | Paid | Inspector | Scheduled | Resulted | Last Updated By | Hist Permit No |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| M-2010-004393-0002 | General Mechanical | 604 | Rough Mechanical | | Pass | | | | Dishman, James D | 11/23/2010 | 11/24/2010 | Dishman, James D | |
| E-2010-004393-0001 | General Electrical | 205 | Rough Electric | | Pass | | | | Kleinow, Michael D | 11/23/2010 | 11/23/2010 | Kleinow, Michael D | |
| P-2010-004393-0003 | General Plumbing | 704 | Rough Plumbing | | Pass | | | | Sexton, Richard D | 11/24/2010 | 11/24/2010 | Sexton, Richard D | |
| E-2010-004393-0004 | Low Voltage (Sub) | 205 | Rough Electric | | Pass | | | | Kleinow, Michael D | 11/24/2010 | 11/24/2010 | Kleinow, Michael D | |
| M-2010-004393-0002 | General Mechanical | 604 | Rough Mechanical | | Cancel | | | | Dishman, James D | | | Dishman, James D | |
| B-2010-004393-0000 | Alterations - Residential | 106 | Framing | | Pass | | | | Mcelvy, Thomas W | 12/01/2010 | 12/01/2010 | Mcelvy, Thomas W | |
| P-2010-004393-0003 | General Plumbing | 704 | Rough Plumbing | | Pass | | | | Sexton, Richard D | 12/02/2010 | 12/02/2010 | Sexton, Richard D | |
| B-2010-004393-0000 | Alterations - Residential | 107 | Insulation | | Pass | | | | Bell, Kevin E | 12/07/2010 | 12/07/2010 | Bell, Kevin E | |
| | BL_150_INACTIV_CONTR marked as sent on 08/24/2010 | | | | | | | | Swartz, Robert I | | | 8/24/2010 8:08:00 AM | |
| | BL_150_INACTIV_OWNR marked as sent on 08/24/2010 | | | | | | | | Swartz, Robert I | | | 8/24/2010 8:13:00 AM | |
| | Permit status changed to Inactive | | | | | | | | System, Epzb | | | 9/25/2010 7:05:00 PM | |
| | Permit status changed to Inactive | | | | | | | | System, Epzb | | | 6/9/2011 7:13:00 PM | |
| | BL_6MON_INACTIV_CONT marked as sent on 12/12/2011 | | | | | | | | Swartz, Robert I | | | 12/12/2011 7:24:00 AM | |
| | BL_6MON_INACTIV_OWNR marked as sent on 12/12/2011 | | | | | | | | Swartz, Robert I | | | 12/12/2011 7:29:00 AM | |

### Inspections Scheduled for this Permit today

The following are scheduled inspections for this permit today. Click on the Inspector Name to view his itinerary

| No data found |
| --- |

**PRIVILEGED AND CONFIDENTIAL SETTLEMENT COMMUNICATIONS **

# Exhibit "P"

Copy of emails correspondence from Glhome's counsel regarding transferring those

physical KPT Drywalls and all other physical related evidences to Claimant

Mr. Dieuvil On October 27, 2015.

### 8757 BAYSTONE COVE

### BOYNTON BEACH, FL 33473

### KNAUF'S DEFECTIVE DRYWALLS



September 16, 2015

Via: U.S. Mail and e-mail: jimmy@DoyleFirm.com

Jimmy Doyle, Esq.
Doyle Law Firm
2100 Southbridge Parkway, Suite 650
Birmingham, AL 35209

Re:   *Chinese Drywall – Dieuvil Residence*
      *Address: 8757 Baystone Cove, Boynton Beach, FL ("Property" or "Home")*
      *Owners of Home: Guilfort and Magdadene Dieuvil (herein, "Owner" or "Client")*
      *Original Seller of Home: Boynton Beach Associates XVI, LLLP (herein "GL Homes")*

Dear Mr. Doyle:

As you may recall, on November 12, 2014, you sent a letter to GL Homes regarding your Client's Chinese drywall MDL claim. On December 9, 2014, we sent you a disk containing copies of the requested Chinese drywall ("cdw") documentation. Additionally, we advised you that we still had two (2) boxes of various building related materials from the Home, including samples of the drywall removed during the demolition phase, and you were welcome to arrange an inspection of the materials.

Please be advised that on August 26, 2015, GL Homes filed a second Notice of Disposal of Physical Evidence by the G.L. Entities in the MDL (Document #19418) and all remaining evidence pertaining to the Home will be disposed of in accordance with the Court order. Accordingly, you are herein provided notice once again that you must take possession of this evidence on or before Friday, September 25, 2015; otherwise we will be disposing of such evidence in accordance with the procedures established by Judge Fallon.

Govern yourself accordingly.

Sincerely,

BOYNTON BEACH ASSOCIATES XVI, LLLP

By: _____

Heather C. Keith
Assistant General Counsel

HCK/bcm

Cc: Kerry Miller, Esq. (via email: kjmiller@bakerdonelson.com)

## EVIDENCE RECEIPT ACKNOWLEDGEMENT FORM

Guilfort Dieuvil and Magdadene Dieuvil ("Owners") currently own the home located on Lot 79 in Canyon Isles, Boynton Beach, Florida, otherwise known as 8757 Baystone Cove, Boynton Beach, FL 33473. Owners herein acknowledge and agree that Owners are taking full possession, custody and control of two (2) boxes containing various building related materials from the Home, including without limitation, samples of the drywall removed from the Owner's home in September, 2010 (the "CDW Materials").

Further, Owners hereby release Boynton Beach Associates XVI, LLLP, G.L. Building Corporation, each of their partners and/or affiliates, and each of their employees, representatives, contractors and attorneys from any further responsibility for the future care, custody, condition or control of the CDW Materials and acknowledge and agree that Owners are fully responsible for such CDW Materials going forward.

EXECUTED this 27 day of Oct, 2015.

OWNER:

By: _____

Print Name: Guilfort Dieuvil

Signed in the presence of one (1) witness:

Witness: _____

Print Name: Clebene Cesimir

By: _____

Print Name: Magdadene Dieuvil

Signed in the presence of one (1) witness:

Witness: _____

Print Name: Clebene Cesimir

# Re: CDW - Dieuvil - 8757 Baystone Cv - GL Homes Letter - Destruction of drywall samples

**Heather Keith <Heather.Keith@glhomes.com>**

Thu 9/24/2015 1:02 PM

To: guilf dieuvil <guilf5@hotmail.com>;

Cc: James V. Doyle, Jr. <jimmy@doylefirm.com>; Becky Medley <Becky.Medley@glhomes.com>;

I am in the field the next few days on site inspections but I will be back in my office next week. I have 2 boxes that contain various building materials from your home that were collected during the demolition phase of the remediation. We have had these materials on hold for you for years. We will release these 2 boxes to your sole custody and control but you will have to sign an acknowledgment for accepting full custody and control of the materials and releasing us from further responsibility for such materials. We will prepare the acknowledgment next week and contact you to make arrangements for you to get the 2 boxes in due course.

> On Sep 24, 2015, at 12:21 PM, guilf dieuvil <guilf5@hotmail.com> wrote:
>
>
> Dear Heather
> Re: 8757 Baystone Cv
>      Boynton Beach, FL 33473
>      GLHOMES
>
> It comes to my knowledge that glhomes has petitioned the court to destroy the the sample of Chinese drywall. It is critical that I need to pick up that evidence from your office by tomorrow. Please let me know where and what time that you will have the evidence for the Chinese drywall ready so I can come to pick it up from your office. I don't need the evidence of the Chinese drywall to be destroyed. GLHOMES has failed to fix my home, and I need those evidences to remain.
> Once again please let me know what time, and where I can come  to pick up the evidence of those Chinese drywall and any evidence and all material and tangible facts that you have in your possession regarding my file and property.
>
> Best regards
>
> Guilfort Dieuvil
>
> Sent from my iPhone
>
>> On Sep 23, 2015, at 2:00 PM, "James V. Doyle, Jr." <jimmy@doylefirm.com> wrote:
>>
>> Mr. Dieuvil:
>>
>> Attached is a letter received from GL Homes[1] attorney.  They have
>> petitioned the court to allow destruction of the drywall samples.  Please
>> reach out to them immediately and arrange a time to pick up the samples
>> before the close of business this Friday.  It[1]s important that we retain
>> these samples.  Please confirm that you[1]ve received this email and made
>> the arrangements to get the samples immediately.
>>
>> Thanks.

>>
>> Jimmy Doyle
>> DOYLE LAW FIRM, PC
>> (205) 533-9500   phone
>> (205) 332-1362   fax
>> jimmy@doylefirm.com
>>
>>
>>
>>
>>
>>
>>
>>
>> <150923 - Dieuvil - Letter from GL Homes re CDW samples.pdf>

# Re: CDW - Dieuvil - 8757 Baystone Cv - GL Homes Letter - Destruction of drywall samples

## Vanessa Serrano <Vanessa.Serrano@glhomes.com>

Tue 10/27/2015 1:26 PM

To: gulf dieuvil <gulf5@hotmail.com>;

Yes, that's correct.

> On Oct 27, 2015, at 1:20 PM, gulf dieuvil <gulf5@hotmail.com> wrote:
>
> 1600 Sawgrass Corporate Pkwy
> Sunrise, FL  33323
> I just pull the address.
>
>
> Sent from my iPhone
>
>> On Oct 27, 2015, at 11:50 AM, "Vanessa Serrano" <Vanessa.Serrano@glhomes.com> wrote:
>>
>> Thank you. See you then.
>>
>> -----Original Message-----
>> From: gulf dieuvil [mailto:gulf5@hotmail.com]
>> Sent: Tuesday, October 27, 2015 11:52 AM
>> To: Vanessa Serrano
>> Subject: Re: CDW - Dieuvil - 8757 Baystone Cv - GL Homes Letter - Destruction of drywall samples
>>
>> Will be there exactly at 2:00
>>
>> Sent from my iPhone
>>
>>> On Oct 27, 2015, at 11:44 AM, "Vanessa Serrano" <Vanessa.Serrano@glhomes.com> wrote:
>>>
>>> Mr. Dieuvil,
>>>
>>> I apologize but I now have a lunch appointment and may not be back by 1:30 p.m. Please come at 2:00 p.m., if that works for you.
>>>
>>> -----Original Message-----
>>> From: gulf dieuvil [mailto:gulf5@hotmail.com]
>>> Sent: Tuesday, October 27, 2015 11:29 AM

>>> To: Vanessa Serrano

>>> Subject: Re: CDW - Dieuvil - 8757 Baystone Cv - GL Homes Letter -

>>> Destruction of drywall samples

>>>

>>> I will be there at 1:30

>>>

>>> Sent from my iPhone

>>>

>>>> On Oct 27, 2015, at 9:41 AM, "Vanessa Serrano" <Vanessa.Serrano@glhomes.com> wrote:

>>>>

>>>> Good morning, Mr. Dieuvil. I can be only available between 1:30 p.m. and 4:00 p.m. today. Please let me know what time you will be here so I can be sure to have everything ready.

>>>>

>>>> Once you get here, I will meet you downstairs in front of the building. We have a driveway where you can wait and I will come outside. I will have the 2 boxes and the document I previously e-mailed you for you to sign.

>>>>

>>>> Please let me know what time you will be coming by.

>>>>

>>>> Thank you,

>>>>

>>>> Vanessa

>>>>

>>>> -----Original Message-----

>>>> From: guilf dieuvil [mailto:guilf5@hotmail.com]

>>>> Sent: Tuesday, October 27, 2015 6:06 AM

>>>> To: Heather Keith

>>>> Cc: Vanessa Serrano

>>>> Subject: Re: CDW - Dieuvil - 8757 Baystone Cv - GL Homes Letter -

>>>> Destruction of drywall samples

>>>>

>>>> Mrs Serrano

>>>>

>>>>>> I need to pick up those two boxes today at your office regarding the Chinese drywall. Please let me know what time that I can come to get them.

>>>>>>

>>>>>> Guilfort Dieuvil

>>>>

>>>> Sent from my iPhone

>>>>

>>>>> On Oct 26, 2015, at 10:24 PM, "Heather Keith" <Heather.Keith@glhomes.com> wrote:

>>>>>

>>>>> Mr. Dieuvil - I am not available to assist you with this tomorrow; however, Vanessa Serrano may be able to assist you. The other people you attempted to contact in our office are no longer involved with your home. As I have told you many times, the only people that you should be contacting are myself and/or Vanessa. I have added Vanessa to this email and she can coordinate with you as needed based on her availability.

>>>>>

>>>>>> On Oct 26, 2015, at 9:42 PM, guilf dieuvil <guilf5@hotmail.com> wrote:

>>>>>>

**PRIVILEGED AND CONFIDENTIAL SETTLEMENT COMMUNICATIONS **

# Exhibit "Q"

Pictures and Video of Present condition of the subject property as up today's date

(See Attached CD Video)

### 8757 BAYSTONE COVE

### BOYNTON BEACH, FL 33473

### KNAUF'S DEFECTIVE DRYWALLS











**PRIVILEGED AND CONFIDENTIAL SETTLEMENT COMMUNICATIONS **

# Exhibit "R"

Copy of order from judge Fallon, for Defendants Knauf not to extinguish

Claimant from Settlement Obligations.

### 8757 BAYSTONE COVE

### BOYNTON BEACH, FL 33473

### KNAUF'S DEFECTIVE DRYWALLS

**PRIVILEGED AND CONFIDENTIAL SETTLEMENT COMMUNICATIONS **

# Exhibit "R"

Copy of order from judge Fallon, for Defendants Knauf not to extinguish

Claimant from Settlement Obligations.

### 8757 BAYSTONE COVE

### BOYNTON BEACH, FL 33473

### KNAUF'S DEFECTIVE DRYWALLS

59989923
Dec 22 2016
03:46PM
File & ServeXpress

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: All Cases | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PROPOSED ORDER

Considering the Motion to Extinguish the Knauf Defendants' Settlement Obligations;

**IT IS ORDERED** that the Motion to Extinguish the Knauf Defendants' Settlement

Obligations is **GRANTED**.

The Knauf Defendants' Settlement Obligations to any Settlement Claimant are

extinguished except its potential settlement obligations to the following Settlement Claimants:

| | Claimant Name | Type of Claim | Address | City | State | Zip |
|---|---|---|---|---|---|---|
| 1. | Torrance, Matthew and Mary Catherine | Lower KPT Only | 4240 Tupello Street | Baton Rouge | LA | 70808 |
| 2. | Villas at Oak Hammock, LLC | ARH - Motion Pending | 5343 SW 40 Avenue (Lot 14) | Fort Lauderdale | FL | 33314 |
| 3. | Maillot, Georges and Janice | Remediation | 9 Tupelo Trace | Mandeville | LA | 70471 |
| 4. | Calvert, David | Other Loss | 17611 Simpson Road | Prairieville | LA | 70769 |
| 5. | Harvey, Patricia | Other Loss | 3217 Upperline Street | New Orleans | LA | 70125 |
| 6. | Rapp, Howard and Chari | ARH - Motion Pending | 249 Gulfside Street | Waveland | MS | 39576 |
| 7. | Rapp, Howard and Chari | ARH - Motion Pending | 300 Gulfside Street | Waveland | MS | 39576 |
| 8. | Cortelyou, Lauren | Remediation - Motion Pending | 32793 Water View Drive East | Loxley | AL | 36551 |

| 9. | Riverbend Unit 5<br>Goff, Michael | Lump Sum Payment | 1625 Martin Bluff Road #5 | Gautier | MS | 39553 |
|---|---|---|---|---|---|---|
| 10. | Riverbend Unit 27<br>Cigliola, Giuseppe | Lump Sum Payment | 1625 Martin Bluff Road #27 | Gautier | MS | 39553 |
| 11. | Riverbend Unit 92<br>Romero, Manuel | Lump Sum Payment | 1625 Martin Bluff Road #92 | Gautier | MS | 39553 |
| 12. | Riverbend Unit 93<br>Navas, Jonathon | Lump Sum Payment | 1625 Martin Bluff Road #93 | Gautier | MS | 39553 |
| 13. | Adedeji, Moses and Fola | Lump Sum Payment | 11803 Honeybear Lane | Saucier | MS | 39574 |
| 14. | Brady, David | Other Loss/GBI | 1011 Maryanna Road | Calera | AL | 35040 |
| 15. | Butts, Lowell and Darrell Steward | Lump Sum Payment | 15902 Innerarity Point Road | Pensacola | FL | 32507 |
| 16. | Butts, Lowell | Lump Sum Payment | 15904 Innerarity Point Road | Pensacola | FL | 32507 |
| 17. | Steward, Darrell | Lump Sum Payment | 15906 Innerarity Point Road | Pensacola | FL | 32507 |
| 18. | Nora Caswell | Other Loss/GBI | 2017 SE 21 Court | Homestead | FL | 33033 |
| 19. | CDO Investments, LLC | ARH | 2063 Vancouver Lane | North Port | FL | 34286 |
| 20. | CDO Investments, LLC | ARH | 4698 Globe Terrace | North Port | FL | 34286 |
| 21. | Damani, Salimah | Lump Sum Payment | 2368 Arbor Glenn | Hoover | AL | 35244 |
| 22. | Dieuvil, Guilford | ARH | 8757 Baystone Cove | Boynton Beach | FL | 33473 |
| 23. | Holmes, Chad and Shanna | Lump Sum Payment | 6152 Longmeadow Way | Trussville | AL | 35173 |
| 24. | Huckaby, Brian and Paula | Warranty | 4031 Monte Vista Drive | Addis | LA | 70710 |
| 25. | Moore, Craig and/or Stephanie | Other Loss/GBI | 3025 Chelsea Ridge Trail | Columbiana | AL | 35051 |
| 26. | Owens, Nancy | Other Loss/GBI | 3759 Village Lane | Birmingham | AL | 35223 |
| 27. | Ponquinette, Earl | Other Loss/GBI | 2324 Venetia Road | Mobile | AL | 36605 |
| 28. | Ridley, Olivia | Other Loss/GBI | 3461 Acton Road | Moody | AL | 35004 |
| 29. | Satchfield, Kurt | Other Loss/GBI | 13354 Laurel Oaks Lane | Gulfport | MS | 39503 |
| 30. | Zhu, Jinxi | Lump Sum Payment | 15916 Innerarity Point Road | Pensacola | FL | 32507 |
| 31. | Zhu, Jinxi | Lump Sum Payment | 15938 Innerarity Point Road | Pensacola | FL | 32507 |
| 32. | Zhu, Jinxi | Lump Sum Payment | 16002 Innerarity Point Road | Pensacola | FL | 32507 |
| 33. | Couvillion John ; Couvillion Ann | Remediation | 12231 Myers Park Avenue | Baton Rouge | LA | 70810 |
| 34. | Masel David ; Masel Elna ; Car Jennifer ; Villa Edith ; Santiago Crintan ; Cerz Edwin | Remediation | 18760 SW 238th Street | Homestead | FL | 33031 |
| 35. | Kerne Dean ; Kerne Drina ; Lopez Jessica | Remediation | 21458 Pleasant Forest Bend | Porter | TX | 77365 |

2

| | | | | | | |
|---|---|---|---|---|---|---|
| 36. | Spencer Johnny ; Spencer Doris ; Spencer Chelsea ; Spencer Corey | Remediation | 2216 Waterford Village Blvd. | Missouri City | TX | 77459 |
| 37. | Bennette Lillie ; Bennette, Jr. Joseph | Remediation | 4800 Congress Drive | New Orleans | LA | 70126 |
| 38. | Barni Guy ; Finkelstein Michael ; Haas Jennifer ; Gunter Sharaan ; Summers Charles | Remediation | 5223 Bathgate Lane | Houston | TX | 77084 |
| 39. | Pavageau Michelle ; Pavageau Craig ; USDA Rural Development | Remediation | 105 Historic West Street | Garyville | LA | 70051 |
| 40. | Eddleman Homes, LLC | Remediation | 1078 Dunnavant Place | Birmingham | AL | 35242 |
| 41. | Johnson Paul ; Johnson Caron | Remediation | 12708 Equestrian Trail | Davie | FL | 33330 |
| 42. | Faulkner Donald E.; Faulkner Brenda S. | Remediation | 1276-A Century Oaks Drive (Key West Commons) | Gulfport | MS | 39507 |
| 43. | DesJardins William ; DesJardins Christina | Remediation | 1705 White Oak Drive | Ocean Springs | MS | 39564 |
| 44. | Chamberlin (Deceased) Michael ; Chamberlin Lorraine | Remediation | 275 W Robert E. Lee Blvd. | New Orleans | LA | 70124 |
| 45. | Fincher Donald P.; Fincher Colleen M. | Remediation | 277 Penn Mill Lakes Boulevard | Covington | LA | 70435 |
| 46. | Washington LaTonia | Remediation | 300 NE 36th Street | Oakland Park | FL | 33334 |
| 47. | Bell David A.; Bell Margaret Y. | Remediation | 5439 Marcia Avenue | New Orleans | LA | 70124 |
| 48. | LeClair Richard R; LeClair Joanne C | Remediation | 5512 Moss Hill Lane | Rosharon | TX | 77583 |
| 49. | Peters Ronald ; Peters Inez | Remediation | 76600 S Fitzmorris Road | Covington | LA | 70435 |
| 50. | Cordova Robert ; Cordova Kari R | Remediation | 979 Weatherby Street S | Saraland | AL | 36571 |
| 51. | Blacklidge Ronald W | Remediation | 11058 Channel Side Drive | Gulfport | MS | 39503 |
| 52. | Meister III Robert P. | Remediation | 1120 12th Avenue North | Naples | FL | 34102 |
| 53. | Visciglia Giancarlo ; Glauzer Katia | Remediation | 11402 NW 84th Terrace | Doral | FL | 33178 |
| 54. | Coleman Jessidra C; Coleman Jacqueline W | Remediation | 15121 SW 106th Avenue | Miami | FL | 33176 |
| 55. | Heard Valerie | Remediation | 18092 Robinwood Drive East | Saucier | MS | 39574 |
| 56. | Salinas Maria | Remediation | 1934 SE 23rd Court | Homestead | FL | 33035 |
| 57. | Denkhaus David G.; Denkhaus Diane ; Denkhaus David M. | Remediation | 19401 La Serena Drive | Fort Myers | FL | 33967 |
| 58. | Santamaria Rafael ; Santamaria Marcela | Remediation | 1974 SE 23rd Court | Homestead | FL | 33035 |
| 59. | Niemann Jason ; Niemann Renee | Remediation | 201 Rue Esplanade | Mandeville | LA | 70471 |
| 60. | Giangrosso John ; Giangrosso Marie | Remediation | 207 Lestin Drive | Slidell | LA | 70460 |

3

| 61. | Thompson Wynethia | Remediation | 2147 St. Croix Avenue | Baton Rouge | LA | 70810 |
|---|---|---|---|---|---|---|
| 62. | Ervin Ronnie ; Ervin Rodella ; Ervin Cameron ; Ervin February ; Ervin Toria ; Ervin Sharonnie | Remediation | 2186 SW Devon Avenue | Port St. Lucie | FL | 34953 |
| 63. | Moore Cydney | Remediation | 2219 St. Croix Avenue | Baton Rouge | LA | 70810 |
| 64. | Washington Della | Remediation | 2229 St. Croix Avenue | Baton Rouge | LA | 70810 |
| 65. | Dalsin Mike John; Dalsin Julie Ann | Remediation | 23069 Redfish Lane (Main & Guest Houses) | Cudjoe Key | FL | 33042 |
| 66. | Jaggers Tracy W.; Jaggers Lorna A. | Remediation | 2311 Tarrytown Crossing Drive | Conroe | TX | 77304 |
| 67. | Litus Rodney ; Litus Suze | Remediation | 2351 SW Freeman Street | Port St Lucie | FL | 34953 |
| 68. | Duplessis Shalonda | Remediation | 2500 Guerra Drive | Violet | LA | 70092 |
| 69. | Suhir Huriya ; Willis Ty | Remediation | 25226 Oak Villa Drive | Spring | TX | 77389 |
| 70. | Winstead David | Remediation | 25451 Turkey Ridge Road | Bush | LA | 70431 |
| 71. | Anthony Evelyn | Remediation | 3 Ashley Court | Slidell | LA | 70458 |
| 72. | Dennis Jack E; Dennis Sabrina ; Gaither Dalton | Remediation | 301 Highland View Drive | Birmingham | AL | 35242 |
| 73. | Rost Jim ; JDJ One Stop Site Design, Inc. | Remediation | 3208 8th Street West | Lehigh Acres | FL | 33971 |
| 74. | Toran Jr. George | Remediation | 3213 NE 5th Street #201 | Pompano Beach | FL | 33062 |
| 75. | Glickman David ; Glickman Joan ; Glickman Brian ; Glickman Ayssa ; Ocean Park | Remediation | 3236 NE 4th Street | Pompano Beach | FL | 33062 |
| 76. | Roe Fred ; Roe Laura Preston | Remediation | 32759 Water View Drive East | Loxley | AL | 36551 |
| 77. | Sanclemente Leonardo ; Sanclemente Nelly | Remediation | 3341 NE 4th Street | Homestead | FL | 33033 |
| 78. | Rodriguez Raymond | Remediation | 3358 NE 3rd Drive | Homestead | FL | 33033 |
| 79. | Howell Howard ; Howell Marcia | Remediation | 3390 62nd Avenue NE | Naples | FL | 34120 |
| 80. | Broussard Jason | Remediation | 3620 Hemlock Street | Zachary | LA | 70791 |
| 81. | Londono Dorlys "Amalia" | Remediation | 367 NE 36 Terrace | Homestead | FL | 33033 |
| 82. | Blind John ; Blind Christina | Remediation | 5135 NW Aljo Circle | Port St. Lucie | FL | 34986 |
| 83. | Randolph Vincent | Remediation | 5602 Birch Drive | Fort Pierce | FL | 34982 |
| 84. | Martin Anthony; Martin Kim | Remediation | 6015 SW 28th Street | Miami | FL | 33155 |
| 85. | DAS Investments LLC; Sigler Sr. Dean | Remediation | 6255 Arrowhead Lane | Vero Beach | FL | 32967 |
| 86. | Graham Marlene ; Russell Jay ; Raftis (contact) Dave ; The Sanctuary at Blue Heron, Inc. | Remediation | 8217 Sanctuary Drive #1 | Naples | FL | 34104 |
| 87. | Aguirre Gilberto ; Bojorguez Gabriela ; Aguirre Gilberta ; Aguirre Joanna ; Aguirre Brenda ; Valdez Alberto ; Valdez Juan | Remediation | 8223 Sugar Cane Drive | Baytown | TX | 77523 |

| 88. | Ditta Peggy | Remediation | 8310 Maunalani Place | Diamondhead | MS | 39525 |
|---|---|---|---|---|---|---|
| 89. | Tillison Tameecka | Remediation | 9380 Pascagoula Drive | Baton Rouge | LA | 70810 |
| 90. | Minor Monique | Remediation | 9381 Pascagoula Drive | Baton Rouge | LA | 70810 |
| 91. | Prime Homes at Portofino Falls, Ltd. | Remediation | 7043 Ambrosia Lane #201 | Naples | FL | 34119 |
| 92. | Sar Shalom Yehiel ; SFDIL, LLC; Prime Homes at Portofino Falls, Ltd. | Remediation | 7043 Ambrosia Lane #202 | Naples | FL | 34119 |
| 93. | Prime Homes at Portofino Falls, Ltd. | Remediation | 7047 Ambrosia Lane (Clubhouse) | Naples | FL | 34119 |
| 94. | Prime Homes at Portofino Falls, Ltd. | Remediation | 7054 Ambrosia Lane #3301 | Naples | FL | 34119 |
| 95. | Prime Homes at Portofino Falls, Ltd. | Remediation | 7054 Ambrosia Lane #3302 | Naples | FL | 34119 |
| 96. | Prime Homes at Portofino Falls, Ltd. | Remediation | 7054 Ambrosia Lane #3306 | Naples | FL | 34119 |
| 97. | Prime Homes at Portofino Falls, Ltd. | Remediation | 7054 Ambrosia Lane #3307 | Naples | FL | 34119 |
| 98. | Prime Homes at Portofino Falls, Ltd. | Remediation | 7054 Ambrosia Lane #3308 | Naples | FL | 34119 |
| 99. | Prime Homes at Portofino Falls, Ltd. | Remediation | 7060 Venice Way #3102 | Naples | FL | 34119 |
| 100. | Prime Homes at Portofino Falls, Ltd. | Remediation | 7060 Venice Way #3103 | Naples | FL | 34119 |
| 101. | Prime Homes at Portofino Falls, Ltd. | Remediation | 7061 Venice Way #3201 | Naples | FL | 34119 |
| 102. | Prime Homes at Portofino Falls, Ltd. | Remediation | 7061 Venice Way #3202 | Naples | FL | 34119 |
| 103. | Prime Homes at Portofino Falls, Ltd. | Remediation | 7061 Venice Way #3203 | Naples | FL | 34119 |
| 104. | Prime Homes at Portofino Falls, Ltd. | Remediation | 7061 Venice Way #3204 | Naples | FL | 34119 |
| 105. | Prime Homes at Portofino Falls, Ltd. | Remediation | 7061 Venice Way #3206 | Naples | FL | 34119 |
| 106. | Prime Homes at Portofino Falls, Ltd. | Remediation | 7065 Venice Way #3001 | Naples | FL | 34119 |
| 107. | Prime Homes at Portofino Falls, Ltd. | Remediation | 7065 Venice Way #3002 | Naples | FL | 34119 |
| 108. | Prime Homes at Portofino Falls, Ltd. | Remediation | 7065 Venice Way #3003 | Naples | FL | 34119 |
| 109. | Prime Homes at Portofino Falls, Ltd. | Remediation | 7065 Venice Way #3004 | Naples | FL | 34119 |
| 110. | Prime Homes at Portofino Falls, Ltd. | Remediation | 7069 Venice Way #2803 | Naples | FL | 34119 |
| 111. | Prime Homes at Portofino Falls, Ltd. | Remediation | 7070 Venice Way #2901 | Naples | FL | 34119 |
| 112. | EDM Investment Holdings, LLC ; Prime Homes at Portofino Falls, Ltd. | Remediation | 7070 Venice Way #2902 | Naples | FL | 34119 |
| 113. | EDM Investment Holdings, LLC ; Prime Homes at Portofino Falls, Ltd. | Remediation | 7070 Venice Way #2904 | Naples | FL | 34119 |

5

| | | | | | | |
|---|---|---|---|---|---|---|
| 114. | EDM Investment Holdings, LLC; Prime Homes at Portofino Falls, Ltd. | Remediation | 7070 Venice Way #2905 | Naples | FL | 34119 |
| 115. | EDM Investment Holdings, LLC  ; Prime Homes at Portofino Falls, Ltd. | Remediation | 7070 Venice Way #2906 | Naples | FL | 34119 |
| 116. | Prime Homes at Portofino Falls, Ltd. | Remediation | 7074 Venice Way #2601 | Naples | FL | 34119 |
| 117. | Prime Homes at Portofino Falls, Ltd. | Remediation | 7074 Venice Way #2602 | Naples | FL | 34119 |
| 118. | Prime Homes at Portofino Falls, Ltd. | Remediation | 7074 Venice Way #2604 | Naples | FL | 34119 |
| 119. | Prime Homes at Portofino Falls, Ltd. | Remediation | 7074 Venice Way #2606 | Naples | FL | 34119 |
| 120. | Villas at Ocean Club  ; Burkholder Bernice ; Kodiak Holding Co LLC | Remediation | 2046 Beach Blvd. #B-215 | Biloxi | MS | 39531 |
| 121. | Villas at Ocean Club Holdings Co., LLC  ; Burkholder Bernice ; Kodiak Holding Co LLC | Remediation | 2046 Beach Blvd. #B-216 | Biloxi | MS | 39531 |
| 122. | Villas at Ocean Club Holdings Co., LLC  ; Burkholder Bernice ; Kodiak Holding Co LLC | Remediation | 2046 Beach Blvd. #B-217 | Biloxi | MS | 39531 |
| 123. | Villas at Ocean Club  ; Burkholder Bernice ; Kodiak Holding Co LLC | Remediation | 2046 Beach Blvd. #B-218 | Biloxi | MS | 39531 |
| 124. | Villas at Ocean Club Holdings Co., LLC  ; Burkholder Bernice ; Kodiak Holding Co LLC | Remediation | 2046 Beach Blvd. #B-219 | Biloxi | MS | 39531 |
| 125. | Villas at Ocean Club Holdings Co., LLC  ; Burkholder Bernice ; Kodiak Holding Co LLC | Remediation | 2046 Beach Blvd. #B-220 | Biloxi | MS | 39531 |
| 126. | Sawyer Julie ; Villas at Ocean Club Holdings Co., LLC  ; Burkholder Bernice | Remediation | 2046 Beach Blvd. #C-307 | Biloxi | MS | 39531 |
| 127. | Villas at Ocean Club  ; Burkholder Bernice ; Moghal Arshad M.; Moghal Rosmarie | Remediation | 2046 Beach Blvd. #C-308 | Biloxi | MS | 39531 |
| 128. | Bettini Ken ; Villas at Ocean Club  ; Burkholder Bernice ; Bettini Shirley | Remediation | 2046 Beach Blvd. #C-309 | Biloxi | MS | 39531 |
| 129. | Villas at Ocean Club Holdings Co., LLC; Burkholder Bernice ; Portland Investment Holdings LLC  ; Matlock Stephen L; Matlock Billie R | Remediation | 2046 Beach Blvd. #C-310 | Biloxi | MS | 39531 |
| 130. | Villas at Ocean Club; Burkholder Bernice Howell Priscilla | Remediation | 2046 Beach Blvd. #C-311 | Biloxi | MS | 39531 |

6

| 131. | Burkholder Bernice ; Villas at Ocean Club Holdings Co., LLC  ; Mangum Jimmie C. | Remediation | 2046 Beach Blvd. #C-312 | Biloxi | MS | 39531 |
|---|---|---|---|---|---|---|
| 132. | Villas at Ocean Club Holdings Co., LLC  ; Burkholder Bernice ; Hubar Jack Sean | Remediation | 2046 Beach Blvd. #C-313 | Biloxi | MS | 39531 |
| 133. | Villas at Ocean Club  ; Burkholder Bernice ; Goss-Veazey Investments LLC | Remediation | 2046 Beach Blvd. #C-314 | Biloxi | MS | 39531 |
| 134. | Villas at Ocean Club  ; Burkholder Bernice ; Melancon Ralph ; Melancon Amelia | Remediation | 2046 Beach Blvd. #D-101 | Biloxi | MS | 39531 |
| 135. | Noldge Don ; Villas at Ocean Club  ; Burkholder Bernice ; Hodges Nick ; NCH Partners | Remediation | 2046 Beach Blvd. #D-102 | Biloxi | MS | 39531 |
| 136. | Villas at Ocean Club  ; Burkholder Bernice ; Kreissler Jan | Remediation | 2046 Beach Blvd. #D-103 | Biloxi | MS | 39531 |
| 137. | Villas at Ocean Club  ; Burkholder Bernice ; Fredricks Joan ; Wilkinson Terri L; Wilkinson Richard D | Remediation | 2046 Beach Blvd. #D-104 | Biloxi | MS | 39531 |
| 138. | Villas at Ocean Club  ; Burkholder Bernice ; Timmeman John ; Timmeman Sue ; Timmerman Enterprises II LLC  ; Rosemary's on the Gulf, LLC  ; Black Kathy | Remediation | 2046 Beach Blvd. #D-105 | Biloxi | MS | 39531 |
| 139. | Burkholder Bernie ; Villas at Ocean Club  ; Luke Connelly | Remediation | 2046 Beach Blvd. #D-205 | Biloxi | MS | 39531 |
| 140. | Burkholder Bernie ; Villas at Ocean Club  ; LeBlanc Archebelle Cassie ; Huckabee Jerry ; Huckabee Jacque | Remediation | 2046 Beach Blvd. #D-206 | Biloxi | MS | 39531 |
| 141. | Tran Lang T; Le Kim Nga ; Le Luyen Van ; Le Hung Van ; Le Linda Thi ; Le Tuyet Nhi ; Le Vinh V | Remediation | 14813 Nassau Drive | Biloxi | MS | 39532 |
| 142. | Bowman Marcy W; Bowman William R | Remediation | 17739 Shady Elm Avenue | Baton Rouge | LA | 70816 |
| 143. | Quinn Michael S. | Remediation | 7301 Jade Street | New Orleans | LA | 70124 |
| 144. | Osceola Doreen ; Willie Terry | Remediation | 8175 SW 187th Street | Cutler Bay | FL | 33157 |
| 145. | Asch, Rick and Colleen | ARH | 138 St. Clair Drive | St. Simons Island | GA | 31522 |
| 146. | McIntyre, Paul | ARH | 15922 Innerarity Point Road | Pensacola | FL | 32507 |

| 147. | Williams, Thomas | ARH | 301 Intrepid Drive | Slidell | LA | 70458 |
|---|---|---|---|---|---|---|
| 148. | Kubick, Andrew | ARH | 2802 21st Street | West Lehigh Acres | FL | 33971 |
| 149. | CDO Investments | ARH | 1374 Cathedall Avenue | Northport | FL | 34288 |
| 150. | MCF Enterprises, Inc. | ARH | 1933 Wanda Avenue | North Lehigh Acres | FL | 33971 |
| 151. | MCF Enterprises, Inc. | ARH | 343 Ranchito Ave | Lehigh Acres, | FL | 33974 |
| 152. | MCF Enterprises, Inc. | ARH | 3505 9th St | West Lehigh Acres | FL | 33974 |
| 153. | MCF Enterprises, Inc. | ARH | 900 Tena Ave | North Lehigh Acres, | FL | 33971 |
| 154. | MCF Enterprises, Inc. | ARH | 2511 17 St | SW Lehigh Acres | FL | 33976 |
| 155. | Latiff, Mohamed and Bibi | ARH | 1898 SE 23rd Court | Homestead | FL | 33035 |
| 156. | Latiff, Mohamed and Bibi | ARH | 1943 SE 22nd Drive | Homestead | FL | 33035 |
| 157. | Bahadur, Doodnauth | ARH | 1925 SE 22nd Court | Homestead | FL | 33035 |
| 158. | Asset Portfolio | ARH | 1305 E 9th Street | Lehigh Acres | FL | 33972 |
| 159. | Carter, Daniel and Amy | ARH | 261 W Robert E. Lee | New Orleans | LA | 70124 |
| 160. | St. Martin, Steven and Janell | ARH | 4780 Demontluzin Street | New Orleans | LA | 70122 |
| 161. | Calico, Michael and Lisa | ARH | 4300 Orleans Avenue | New Orleans | LA | 70119 |
| 162. | Augustine Padron | Remediation | 415 Mystic Trial Loop | Kingwood | TX | 77339 |

New Orleans, Louisiana, this 22nd day of _____ December _____, 2016.

UNITED STATES DISTRICT COURT JUDGE

8

**PRIVILEGED AND CONFIDENTIAL SETTLEMENT COMMUNICATIONS **

# Exhibit "S"

Copy of Business Card - Brad Wall, Home Warranty Service Manager for Glhomes

Mr. Brad and Jerry Oneil are both Glhomes' employees that collected all samples and

hand-wrote labels, filled out and signed building floor plan/building diagram

### 8757 BAYSTONE COVE

### BOYNTON BEACH, FL 33473

### KNAUF'S DEFECTIVE DRYWALLS



BRAD WALL
*Home Warranty Service Manager*

1600 Sawgrass Corporate Parkway, Suite 400
Sunrise, FL  33323 · 866-979-2424 office · 954-575-6822 fax
brad.wall@glhomes.com · www.glhomes.com

**PRIVILEGED AND CONFIDENTIAL SETTLEMENT COMMUNICATIONS **

# Exhibit "T"

Copy of floor Plan/building diagram identified the location of Knauf's Drywalls,

and all other related component evidences

## 8757 BAYSTONE COVE

## BOYNTON BEACH, FL 33473

## KNAUF'S DEFECTIVE DRYWALLS



# Julian

6 Bedrooms, Loft, 5½ Baths
3-Car Garage
5,772 a/c sq. ft.
7,343 total sq. ft.

*Handwritten annotations:*

A/C 1ˢᵗ Fl. Garage
Model: FAHCNC036
Serial 3506A 69833
Unit 3

A/C Unit 1 1ˢᵗ Fl.
Model FA4CNC060
Serial 3806A 82539

A/C Unit 2 2ⁿᵈ Fl.
Model.
Serial

**First Floor** labels: Covered Patio, Guest Suite/5th Bedroom, Cabana Bath, Formal Living Room, Den, Family Room, Covered Entry, Garage, 2 Car Garage, Foyer, Gallery, Family Dining, Gourmet Kitchen, Formal Dining Room, Wet Bar, Walk-in Pantry, Butler's Pantry, Storage, Laundry, Powder Room

**Second Floor** labels: Covered Veranda, Master Bedroom Suite, Sitting Room, Exercise, Master Bath, Vestibule, Walk-in Closet, Open to Living Room, Open to Foyer, Loft, 4th Bath, 4th Bedroom, Covered Balcony, 3rd Bedroom, 3rd Bath, 2nd Bath, 2nd Bedroom

First Floor

Second Floor

Aspen Collection

25

N E S W



**PRIVILEGED AND CONFIDENTIAL SETTLEMENT COMMUNICATIONS **

# Exhibit "U"

Copy of report of  "Air Sample"  prior to demolition of the home while the

subject property has KPT's defective drywalls,

### 8757 BAYSTONE COVE

### BOYNTON BEACH, FL 33473

### KNAUF'S DEFECTIVE DRYWALLS

# AIR QUEST® ENVIRONMENTAL, INC.

March 26, 2010

Mr. James A. Knott
Boynton Beach Associates XVI, LLLP
1600 Sawgrass Corporate Pkwy., Suite 400
Sunrise, FL 33323

RE:     Canyon Isles Lot 079
        Dieuvil Residence
        8757 Baystone Cove
        Boynton Beach, Florida 33437

Dear Mr. Knott:

AirQuest Environmental, Inc. ("AirQuest") is pleased to provide you with the results of air sampling for sulfur compounds conducted at the residence addressed at 8757 Baystone Cove, Boynton Beach, Florida 33437 ("the site"). The investigation was conducted to document levels of sulfur gases that may have been released from imported drywall present at the site.

### Executive Summary
On March 10, 2010, AirQuest Project Manager James Whalen conducted a limited site survey and collected air samples for reduced sulfur compounds. Low levels of hydrogen sulfide were detected using a direct read instrument. Detected levels were below those known to cause toxicity.

The results of the laboratory analysis did not find detectable levels of the sulfur compounds in any of the samples collected at the site.

### Introduction
On March 10, 2010, AirQuest Project Manager James Whalen conducted a limited site survey and collected air samples for sulfur compounds. The investigation consisted of field analysis for hydrogen sulfide ($H_2S$), collection of air samples for laboratory analysis of reduced sulfur compounds and photo documentation of the condition of the air conditioning coils.

### Procedures
#### Direct Read Field Analysis for Hydrogen Sulfide
Air samples were screened for $H_2S$ using a Jerome 631-X hydrogen sulfide direct reading instrument (serial number 2645). The instrument was regenerated and zeroed prior to sample collection. Twenty-four (24) samples were collected within the residence and two (2) samples were collected outside.

#### Reduced Sulfur Compounds
Samples for reduced sulfur compounds were collected by drawing air into a Tedlar® bag. Three (3) samples were collected within the residence and labeled 079-02 (Kitchen- AHU #3), 079-03

4990 Southwest 52nd Street, Ste 204, Fort Lauderdale, Florida 33314
Phone: 954/792-4549, Fax: 866/461-2791, Toll Free Phone: 877/247-8146, On the web: www.AirQuestInc.com
Florida Asbestos Consulting Business ZA-304 & Lead Based Paint Business FL-16418-1

(Office- AHU #1) and 079-04 (2nd Floor SW Bedroom- AHU #2). Two (2) samples were collected outside of the residence and labeled 079-01 (Front yard) and 079-05 (Back yard).

The samples were submitted to Lakeland Laboratories, Inc. ("Lakeland") for laboratory analysis by ASTM Method D5504.

***Results***

Photographs are included in Attachment I and document the condition of the air conditioning coils at the time of the site inspection.

Low levels of hydrogen sulfide were detected using a direct read instrument. Detected levels were below those known to cause toxicity.

A copy of the laboratory report and chain of custody record for the analysis of the air samples is included in Attachment II. The ASTM Method D5504 was selected in order to achieve very low (part per billion) detection limits for the reduced sulfur compounds. The detection limits achieved on the samples collected from within the residence are below levels known to cause toxicity. There were no detectable concentrations of sulfur reducing compounds in any of the samples collected.

If you have any questions or comments, please don't hesitate to contact us at 954/792-4549.

Sincerely,
AirQuest Environmental, Inc.

Traci-Anne Boyle, CIH
Senior Project Manager

Attachment I – Photographs
Attachment II – Laboratory Report and Chain of Custody Record

**Attachment I**

**Photographs**



Photo 1- Exterior of Air Handler #1



Photo 2- Air Handler #1 Coils



Photo 3- Exterior of Air Handler #2



Photo 4- Air Handler #2 Coils



Photo 5- Exterior of Air Handler #3



Photo 6- Air Handler #3 Coils

**Attachment II**

**Laboratory Report and Chain of Custody Record**

# Analytical Report #: 21387

## for

## AirQuest Environmental, Inc.

**Project Manager: Jim Whalen**

**Project Name:  GL Homes**

**Project ID: 3227 CIS079**

**Project Location: 8757 Baystone Cove - Boynton Beach, FL**

**22-MAR-10**



**LAKELAND
LABORATORIES**

NELAP Certification Number: E84880

1910 Harden Boulevard, Suite 101
Lakeland, Florida 33803-1829
Phone: (863) 686-4271
Fax: (863) 686-4389



**LAKELAND**
**LABORATORIES**

22-MAR-10

**Jim Whalen**
**AirQuest Environmental, Inc.**
4990 SW 52nd Street
Suite 204
Ft. Lauderdale, FL 33314

Reference: LAKELAND Work Order No: **21387**
           **GL Homes**
           Project Location: 8757 Baystone Cove - Boynton Beach, FL
           Project Ref No: 3227 CIS079
           Lab Quote No:

Dear Jim Whalen :

The attached Analytical and QC Summaries list the analytical results from the analyses performed on the samples received under the project name referenced above and identified with the Lakeland Laboratories Work Order numbered **21387**.

All work recorded herein has been done in accordance with normal professional standards using accepted testing methodologies and QA/QC procedures. Lakeland Laboratories is limited in liability to the actual cost of the pertinent analysis done. Your samples will be retained by Lakeland Laboratories for a period of 30 days following receipt of the samples. After that time, they will be properly disposed of without further notice, unless there is a pre-arranged contractual arrangement. We reserve the right to return any unused samples, extracts or related solutions to you, if we consider it necessary (e.g., samples identified as hazardous waste, sample sizes exceeding analytical standard practices, controlled substances under regulated protocols, etc).

The validity and integrity of this report will remain intact as long as it is accompanied by this letter and reproduced in full, unless written approval is granted by Lakeland Laboratories. This report will be filed for at least 3 years in our archives after which time it will be destroyed without further notice, unless otherwise arranged with you.

We thank you for selecting Lakeland Laboratories Incorporated to serve your analytical needs. If you have any questions concerning this report, please feel free to contact us at any time.

Sincerely,

**Mark A. Alessandroni, PE**
Technical Director

1910 Harden Boulevard, Suite 101
Lakeland, Florida 33803-1829
Phone: (863) 686-4271
Fax: (863) 686-4389

**LAKELAND LABORATORIES**

*Client Name: AirQuest Environmental, Inc.*
*Project Name: GL Homes*

| | | | |
|---|---|---|---|
| *Project ID:* | 3227 CIS079 | *Report Date:* | 22-MAR-10 |
| *Work Order Number:* | 21387 | *Date Received:* | 11-MAR-10 |

**Sample receipt non conformances and Comments:**
Samples were delivered via overnight courier (Federal Express Airbill No. 7984 6325 7605) and received in the laboratory at 12:15 PM on March 11, 2010. The samples were analyzed the same day, within the mandated holding time of 24 hours. Unless noted elsewhere in the report, no deviations from the laboratory SOP were made.

**Sample receipt Non Conformances and Comments per Sample:**
None

**Analytical Non Conformances and Comments:**

Batch: LBA-69513   Sulfur Compounds in Air By ASTM D5504-08
All compounds fell within acceptance criteria for percent recovery (accuracy) and relative percent difference (precision) in the matrix spike-matrix spike duplicate and blank spike-blank spike duplicate QA pairs. A method reporting limit (MRL) standard was run and all target analytes were detected, confirming sensitivity of the analytical system.

**Project Id:** 3227 CIS079
**Contact:** Jim Whalen
**Project Location:** 8757 Baystone Cove - Boynton Beach, FL

**Date Received in Lab:** Thu Mar-11-10 12:15 pm
**Report Date:** 22-MAR-10
**Project Manager:** Mark A. Alessandroni, PE

| *Analysis Requested* | | 21387-001 | | 21387-002 | | 21387-003 | | 21387-004 | | 21387-005 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | *Lab Id:* | | | | | | | | | | | |
| | *Field Id:* | 079-01 | | 079-02 | | 079-03 | | 079-04 | | 079-05 | | |
| | *Depth:* | | | | | | | | | | | |
| | *Matrix:* | AMBIENT AIR | | AMBIENT AIR | | AMBIENT AIR | | AMBIENT AIR | | AMBIENT AIR | | |
| | *Sampled:* | Mar-10-10 15:11 | | Mar-10-10 15:19 | | Mar-10-10 15:24 | | Mar-10-10 15:28 | | Mar-10-10 15:33 | | |
| **Sulfur Compounds in Air By ASTM D5504-08** | *Extracted:* | | | | | | | | | | | |
| | *Analyzed:* | Mar-11-10 12:23 | | Mar-11-10 12:34 | | Mar-11-10 13:20 | | Mar-11-10 12:58 | | Mar-11-10 13:10 | | |
| | *Units/RL:* | ppbv | PQL | ppbv | PQL | ppbv | PQL | ppbv | PQL | ppbv | PQL | |
| Hydrogen Sulfide | | U | 5.00 | U | 5.00 | U | 5.00 | U | 5.00 | U | 5.00 | |
| Carbonyl Sulfide | | U | 5.00 | U | 5.00 | U | 5.00 | U | 5.00 | U | 5.00 | |
| Methyl Mercaptan | | U | 5.00 | U | 5.00 | U | 5.00 | U | 5.00 | U | 5.00 | |
| Ethyl Mercaptan | | U | 5.00 | U | 5.00 | U | 5.00 | U | 5.00 | U | 5.00 | |
| Dimethyl Sulfide | | U | 5.00 | U | 5.00 | U | 5.00 | U | 5.00 | U | 5.00 | |
| Carbon Disulfide | | U | 5.00 | U | 5.00 | U | 5.00 | U | 5.00 | U | 5.00 | |
| Isopropyl Mercaptan | | U | 5.00 | U | 5.00 | U | 5.00 | U | 5.00 | U | 5.00 | |
| tert-Butyl Mercaptan | | U | 5.00 | U | 5.00 | U | 5.00 | U | 5.00 | U | 5.00 | |
| n-Propyl Mercaptan | | U | 5.00 | U | 5.00 | U | 5.00 | U | 5.00 | U | 5.00 | |
| Ethyl Methyl Sulfide | | U | 5.00 | U | 5.00 | U | 5.00 | U | 5.00 | U | 5.00 | |
| Thiophene | | U | 5.00 | U | 5.00 | U | 5.00 | U | 5.00 | U | 5.00 | |
| Isobutyl Mercaptan | | U | 5.00 | U | 5.00 | U | 5.00 | U | 5.00 | U | 5.00 | |
| n-Butyl Mercaptan | | U | 5.00 | U | 5.00 | U | 5.00 | U | 5.00 | U | 5.00 | |
| Diethyl Sulfide | | U | 5.00 | U | 5.00 | U | 5.00 | U | 5.00 | U | 5.00 | |
| 3-Methyl Thiophene | | U | 5.00 | U | 5.00 | U | 5.00 | U | 5.00 | U | 5.00 | |
| Tetrahydrothiophene | | U | 5.00 | U | 5.00 | U | 5.00 | U | 5.00 | U | 5.00 | |
| Dimethyl Disulfide | | U | 5.00 | U | 5.00 | U | 5.00 | U | 5.00 | U | 5.00 | |
| 2-Ethyl Thiophene | | U | 5.00 | U | 5.00 | U | 5.00 | U | 5.00 | U | 5.00 | |
| Diethyl Disulfide | | U | 5.00 | U | 5.00 | U | 5.00 | U | 5.00 | U | 5.00 | |
| 2,5-Dimethyl Thiophene | | U | 5.00 | U | 5.00 | U | 5.00 | U | 5.00 | U | 5.00 | |

**LAKELAND LABORATORIES**

## Quality Control Sample Legend

Lakeland Labs Quality Control Sample Legend

This analytical report may include results for various quality assurance/quality control (QA/QC) samples prepared and analyzed as required within various sample preparation and analytical batches. In-house sample identification is based on the Lakeland Labs Work Order No. followed by the Work Order Item No. For example, the second item on Work Order No. 10000 would be assigned Lab Sample ID 10000-002. The QA/QC sample identifications are affixed with suffixes to differentiate them from the actual sample results. For QA/QC samples generated in-house such as method blanks, blank spikes, blank spike duplicates, etc., the preparation or analytical batch number is used instead of the Work Order No. To assist the data reviewer, the following legend provides information on the various QA/QC samples and the suffixes used to denote them:

- BLK    Method Blank. A method blank, also known as a laboratory control blank (LCB), is a sample of a matrix similar to the batch of associated samples (when available) that is free from the analytes of interest and is processed simultaneously with and under the same conditions as samples through all steps of the analytical procedures, and in which no target analytes or interferences are present at concentrations that impact the analytical results for sample analyses.

- BKS    Blank Spike. A blank spike, also known as a calibration verification or laboratory control sample (LCS), is a sample matrix, free from the analytes of interest, spiked with verified known amounts of analytes. It is generally used to establish intra-laboratory or analyst-specific precision and bias (accuracy) or to assess the performance of all or a portion of the measurement system. Successful analysis of the blank spike sample demonstrates an analytical system's ability to accurately measure target analyte concentrations.

- BSD    Blank Spike Duplicate. A blank spike duplicate, also known as a laboratory control sample duplicate (LCSD), is a second blank spike sample, often bracketing a group of samples within a batch. Successful analysis of the blank spike duplicate sample demonstrates not only an analytical system's continuing ability to accurately measure target analyte concentrations, but also, when compared with the blank spike results, the system's precision.

- S    Matrix Spike (MS). A matrix spike is a sample prepared by adding a known mass of target analyte(s) to a specified amount of matrix sample for which an independent estimate of target analyte concentration is available. Matrix spikes are used, for example, to determine the effect of the matrix on a method's recovery efficiency.

- SD    Matrix Spike Duplicate (MSD). A matrix spike duplicate is a second replicate matrix spike prepared in the laboratory and analyzed to obtain a measure of the precision of the recovery for each analyte.

- D    Matrix Duplicate (MD). A matrix duplicate is a second replicate matrix prepared in the laboratory and analyzed to obtain a measure of precision.

- MRL    Method Reporting Limit. A method reporting limit standard is an analyte-free matrix similar to the sample matrices spiked with one or more of the target analytes at a concentration equal to or less than the method reporting limit (also known as the practical quantitation limit or PQL). Successful analysis of the MRL standard demonstrates the analytical system's ability to identify the spiked analytes of interest at the MRL/PQL.

**Flagging Criteria**

LAKELAND
LABORATORIES

## FLORIDA Flagging Criteria

Data were reviewed by the Department Supervisor and QA Director

A   Value reported is the mean (average) of two or more determinations. This code shall be used if the reported value is the average of results for two or more discrete and separate samples. These samples shall have been processed and analyzed independently. Do not use this code if the data are the result of replicate analysis on the same sample aliquot, extract or digestate.

B   Results based upon colony counts outside the acceptable range. This code applies to microbiological tests and specifically to membrane filter colony counts. The code is to be used if the colony count is generated from a plate in which the total number of coliform colonies is outside the method indicated ideal range. This code is not to be used if a 100 mL sample has been filtered and the colony count is less than the lower value of the ideal range.

J   Estimated value. A "J" value shall be accompanied by a narrative justification for its use. Where possible, the organization shall report whether the actual value is less than or greater than the reported value. A "J" value shall not be used as a substitute for K, L, M, T, V, or Y, however, if additional reasons exist for identifying the value as estimate (e.g., matrix spiked failed to meet acceptance criteria), the "J" code may be added to a K, L, M, T, V, or Y. The following are some examples of narrative descriptions that may accompany a "J" code: .

    J1:  No known quality control criteria exist for the component;

    J2:  The reported value failed to meet the established quality control criteria for

        either precision or accuracy (the specific failure must be identified);

    J3:  The sample matrix interfered with the ability to make any accurate determination;

    J4:  The data are questionable because of improper laboratory or field protocols

Q   Sample held beyond the accepted holding time. This code shall be used if the value is derived from a sample that was prepared or analyzed after the approved holding time restrictions for sample preparation or analysis.

T   Value reported is less than the laboratory method detection limit. The value is reported for informational purposes, only and shall not be used in statistical analysis.

U   Indicates that the compound was analyzed for but not detected. This symbolshall be used to indicate that the specified component was not detected. The value associated with the qualifier shall be the laboratory method detection limit. Unless requested by the client, less than the method detection limit values shall not be reported (see "T" above).

V   Indicates that the analyte was detected in both the sample and the associated method blank. Note: the value in the blank shall not be subtracted from associated samples.

Y   The laboratory analysis was from an unpreserved or improperly preserved sample. The data may not be accurate.

I   The reported value is between the laboratory method detection limit and the laboratory practical quantitation limit.

**Flagging Criteria**

LAKELAND
LABORATORIES

## FLORIDA Flagging Criteria

\*    Not analyzed due to interference

R    Significant rain in the past 48 hours. (Significant rain typically involves rain in excess of 1/2 inch within the past 48 hours.) This code shall be used when the rainfall might contribute to a lower than normal value.

!    Data deviate from historically established concentration ranges.

+    Analyte falls outside current scope of NELAP accreditation.

X    In our quality control review of the data a QC deficiency was observed and flagged as noted.  MS/MSD recoveries were found to be outside of the laboratory control limits due to possible matrix /chemical interference, or a concentration of target analyte high enough to effect the recovery of the spike concentration. This condition could also effect the relative percent difference in the MS/MSD.

D    The sample(s) were diluted due to targets detected over the highest point of the calibration curve,  or due to matrix interference. Dilution factors are included in the final results. The result is from a diluted sample.

F    When reporting species: F indicates the female sex. Otherwise it indicates RPD value is outside the acceptable range.

L    Off-scale high. Actual value is known to be greater than value given. To be used when the concentration of the analyte is above the acceptable level for quantitation (exceeds the linear range or highest calibration standard) and the calibration curve is known to exhibit a negative deflection.

H    Value based on field kit determination; results may not be accurate. This code shall be used if a field screening test (i.e., field gas chromatograph data, immunoassay, vendor-supplied field kit, etc.) was used to generate the value and the field kit or method has not been recognized by the Department as equivalent to laboratory methods.



**Project Name: GL Homes**

Report Date: 22-MAR-10
Project ID: 3227 CIS079

Work Order # : 21387

Lab Batch ID: 69513
Date Analyzed: 03/11/2010
Reporting Units: ppbv

QC- Sample ID: 21393-001 S
Date Prepared: 03/11/2010

Batch #: 1
Analyst: GARGAR

Matrix: Ambient Air

| MATRIX SPIKE / MATRIX SPIKE DUPLICATE RECOVERY STUDY | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Sulfur Compounds in Air By ASTM D5504-08**<br><br>**Analytes** | Parent Sample Result [A] | Spike Added [B] | Spiked Sample Result [C] | Spiked Sample %R [D] | Spike Added [E] | Duplicate Spiked Sample Result [F] | Spiked Dup. %R [G] | RPD % | Control Limits %R | Control Limits %RPD | Flag |
| Hydrogen Sulfide | <1.25 | 25.0 | 24.7 | 99 | 25.0 | 23.2 | 93 | 6 | 63-128 | 30 | |
| Carbonyl Sulfide | <0.900 | 25.0 | 30.5 | 122 | 25.0 | 30.7 | 123 | 1 | 78-195 | 30 | |
| Methyl Mercaptan | <1.80 | 25.0 | 25.2 | 101 | 25.0 | 24.2 | 97 | 4 | 58-131 | 30 | |
| Ethyl Mercaptan | <1.89 | 25.0 | 24.5 | 98 | 25.0 | 24.9 | 100 | 2 | 52-138 | 30 | |
| Dimethyl Sulfide | <0.750 | 25.0 | 24.2 | 97 | 25.0 | 24.3 | 97 | 0 | 75-118 | 30 | |
| Carbon Disulfide | <0.560 | 25.0 | 30.2 | 121 | 25.0 | 29.9 | 120 | 1 | 71-186 | 30 | |
| Isopropyl Mercaptan | <1.55 | 25.0 | 23.3 | 93 | 25.0 | 22.2 | 89 | 5 | 66-117 | 30 | |
| tert-Butyl Mercaptan | <1.67 | 25.0 | 24.1 | 96 | 25.0 | 23.6 | 94 | 2 | 52-138 | 30 | |
| n-Propyl Mercaptan | <1.96 | 25.0 | 23.1 | 92 | 25.0 | 20.8 | 83 | 10 | 61-128 | 30 | |
| Ethyl Methyl Sulfide | <0.790 | 25.0 | 24.5 | 98 | 25.0 | 25.1 | 100 | 2 | 70-123 | 30 | |
| Thiophene | <0.360 | 25.0 | 24.8 | 99 | 25.0 | 24.7 | 99 | 0 | 69-123 | 30 | |
| Isobutyl Mercaptan | <1.62 | 25.0 | 22.3 | 89 | 25.0 | 21.5 | 86 | 4 | 57-127 | 30 | |
| n-Butyl Mercaptan | <0.910 | 25.0 | 25.0 | 100 | 25.0 | 24.4 | 98 | 2 | 74-124 | 30 | |
| Diethyl Sulfide | <1.80 | 25.0 | 21.1 | 84 | 25.0 | 21.0 | 84 | 0 | 63-116 | 30 | |
| 3-Methyl Thiophene | <1.21 | 25.0 | 25.0 | 100 | 25.0 | 24.0 | 96 | 4 | 72-121 | 30 | |
| Tetrahydrothiophene | <1.06 | 25.0 | 25.9 | 104 | 25.0 | 24.1 | 96 | 7 | 60-128 | 30 | |
| Dimethyl Disulfide | <1.05 | 25.0 | 25.3 | 101 | 25.0 | 24.3 | 97 | 4 | 67-124 | 30 | |
| 2-Ethyl Thiophene | <0.450 | 25.0 | 27.2 | 109 | 25.0 | 23.7 | 95 | 14 | 63-131 | 30 | |
| Diethyl Disulfide | <0.960 | 25.0 | 25.7 | 103 | 25.0 | 24.3 | 97 | 6 | 57-135 | 30 | |
| 2,5-Dimethyl Thiophene | <0.880 | 25.0 | 26.1 | 104 | 25.0 | 24.9 | 100 | 5 | 58-136 | 30 | |

Matrix Spike Percent Recovery   [D] = 100*(C-A)/B
Relative Percent Difference   RPD = 200*(C-F)/(C+F)

Matrix Spike Duplicate Percent Recovery   [G] = 100*(F-A)/E



**LAKELAND LABORATORIES**

## BS / BSD Recoveries

### Project Name: GL Homes

Work Order #: 21387
Analyst: GARGAR
Lab Batch ID: 69513     Sample: 69513-1-BKS

Date Prepared: 03/11/2010    Batch #: 1

Report Date 22-MAR-10
Project ID: 3227 CIS079
Date Analyzed: 03/11/2010
Matrix: Air

Units: ppbv

| Sulfur Compounds in Air By ASTM D5504-08 Analytes | BLANK /BLANK SPIKE / BLANK SPIKE DUPLICATE RECOVERY STUDY | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Blank Sample Result [A] | Spike Added [B] | Blank Spike Result [C] | Blank Spike %R [D] | Spike Added [E] | Blank Spike Duplicate Result [F] | Blk. Spk Dup. %R [G] | RPD % | Control Limits %R | Control Limits %RPD | Flag |
| Hydrogen Sulfide | <1.25 | 25.0 | 23.8 | 95 | 25.0 | 22.9 | 92 | 4 | 63-128 | 30 | |
| Carbonyl Sulfide | <0.900 | 25.0 | 24.1 | 96 | 25.0 | 22.4 | 90 | 7 | 78-195 | 30 | |
| Methyl Mercaptan | <1.80 | 25.0 | 24.8 | 99 | 25.0 | 24.9 | 100 | 0 | 58-131 | 30 | |
| Ethyl Mercaptan | <1.89 | 25.0 | 23.5 | 94 | 25.0 | 23.0 | 92 | 2 | 52-138 | 30 | |
| Dimethyl Sulfide | <0.750 | 25.0 | 24.1 | 96 | 25.0 | 23.7 | 95 | 2 | 75-118 | 30 | |
| Carbon Disulfide | <0.560 | 25.0 | 24.6 | 98 | 25.0 | 23.9 | 96 | 3 | 71-186 | 30 | |
| Isopropyl Mercaptan | <1.55 | 25.0 | 26.0 | 104 | 25.0 | 22.4 | 90 | 15 | 66-117 | 30 | |
| tert-Butyl Mercaptan | <1.67 | 25.0 | 24.2 | 97 | 25.0 | 22.7 | 91 | 6 | 52-138 | 30 | |
| n-Propyl Mercaptan | <1.96 | 25.0 | 23.3 | 93 | 25.0 | 19.6 | 78 | 17 | 61-128 | 30 | |
| Ethyl Methyl Sulfide | <0.790 | 25.0 | 24.7 | 99 | 25.0 | 24.4 | 98 | 1 | 70-123 | 30 | |
| Thiophene | <0.360 | 25.0 | 24.7 | 99 | 25.0 | 23.8 | 95 | 4 | 69-123 | 30 | |
| Isobutyl Mercaptan | <1.62 | 25.0 | 23.8 | 95 | 25.0 | 23.1 | 92 | 3 | 57-127 | 30 | |
| n-Butyl Mercaptan | <0.910 | 25.0 | 25.0 | 100 | 25.0 | 23.3 | 93 | 7 | 74-124 | 30 | |
| Diethyl Sulfide | <1.80 | 25.0 | 23.9 | 96 | 25.0 | 22.5 | 90 | 6 | 63-116 | 30 | |
| 3-Methyl Thiophene | <1.21 | 25.0 | 24.7 | 99 | 25.0 | 22.7 | 91 | 8 | 72-121 | 30 | |
| Tetrahydrothiophene | <1.06 | 25.0 | 25.0 | 100 | 25.0 | 23.1 | 92 | 8 | 60-128 | 30 | |
| Dimethyl Disulfide | <1.05 | 25.0 | 25.9 | 104 | 25.0 | 22.4 | 90 | 14 | 67-124 | 30 | |
| 2-Ethyl Thiophene | <0.450 | 25.0 | 27.7 | 111 | 25.0 | 25.0 | 100 | 10 | 63-131 | 30 | |
| Diethyl Disulfide | <0.960 | 25.0 | 25.5 | 102 | 25.0 | 22.6 | 90 | 12 | 57-135 | 30 | |
| 2,5-Dimethyl Thiophene | <0.880 | 25.0 | 24.8 | 99 | 25.0 | 23.0 | 92 | 8 | 58-136 | 30 | |

Relative Percent Difference RPD = 200*|(D-F)/(D+F)|
Blank Spike Recovery [D] = 100*(C)/[B]
Blank Spike Duplicate Recovery [G] = 100*(F)/[E]
All results are based on MDL and Validated for QC Purposes

# Lakeland Laboratories, LLC

1910 Harden Boulevard, Suite 101
Lakeland, Florida 33803-1829
Phone: (863) 686-4271  Fax: (863) 686-4389

Work Order #  __21387__

Florida NELAP Certificate No. E84880



## Chain of Custody Record

| | |
|---|---|
| Company:  Air Quest Environmental, Inc. | Project Name:  G L Homes |
| | Project #:  3227 CIS079 |
| Address: 4990 SW 52nd Street, Ste. 204 | Project Manager:  Jim Whalen |
| Ft. Lauderdale, FL 33314 | Project Location:  8757 Baystone Cove, Boynton Beach |
| Phone: 954-792-4549   Fax: 866-461-2791 | P.O. #: |

Page 1 of 1

DEP Form #: 62-770.900(2)
Form Title: Chain of Custody Record
Effective Date:   September 23, 1997

FDEP Facility No.:
Project Name:

Sampled by [Print Name(s)] / Affiliation:  Jim Whalen / AirQuest

Sampler(s) Signature(s)

Preservatives (see codes)

Analyses Requested

REQUESTED DUE DATE
/   /

| Item No. | Field ID No. | Sampled Date | Sampled Time | Grab or Composite | Matrix (see codes) | Number of Containers | ASTM D5504- | Bag # Remarks | Lab. No. |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 079-01 | 3/10/10 | 15:11 | G | A | 1 | ✓ | 19015 | |
| 2 | 079-02 | | 15:19 | G | A | 1 | ✓ | 19012 | |
| 3 | 079-03 | | 15:24 | G | A | 1 | ✓ | 19019 | |
| 4 | 079-04 | | 15:28 | G | A | 1 | ✓ | 19014 | |
| 5 | 079-05 | | 15:33 | G | A | 1 | ✓ | 19052 | |

Shipment Method

<= Total Number of Containers

| | | Item No. | Relinquished by / Affiliation | Date | Time | Accepted by / Affiliation | Date | Time |
|---|---|---|---|---|---|---|---|---|
| Out: 3/10/10 Via: Fed Ex | | 1-5 | J Whalen /Air Quest | 3/10/10 | 5:30 PM | 7984 6325 7605 /Fed Ex | 3/10/10 | 5:30 PM |
| Returned: / / Via: | | 1-5 | 7984 6325 7605 /Fed Ex | 3.11.10 | 12:15 | /Lakeland Labs | 3/11/10 | 12:15 |
| Additional Comments: | | | | | | | | |

Cooler No.(s) / Temperature(s) ( °C)
AMBIENT   °C

Sampling Kit No.

Equipment ID No.

MATRIX CODES:   A = Air   GW = Groundwater   SE = Sediment   SO = Soil   SW = Surface Water   W = Water (Blanks)   O = Other (specify)
PRESERVATIVE CODES:   H = Hydrochloric acid + ice   I = Ice only   N = Nitric acid + ice   S = Sulfuric acid + ice   O = Other (specify)

Case 2:09-md-02047-EEF-MBN   Document 22239-7   Filed 05/07/19   Page 80 of 98





















Mail - guilf5@hotmail.com
Page 6 of 18
Case 2:09-md-02047-EEF-MBN   Document 22239-7   Filed 05/07/19   Page 90 of 98





Case 2:09-md-02047-EEF-MBN   Document 22239-7   Filed 05/07/19   Page 92 of 98



Case 2:09-md-02047-EEF-MBN    Document 22239-7    Filed 05/07/19    Page 93 of 98









Mail - guilf5@hotmail.com
Page 2 of 4
Case 2:09-md-02047-EEF-MBN   Document 22239-7   Filed 05/07/19   Page 96 of 98





