

October 14, 2013

VIA E-mail - guilf5@hotmail.com and U.S. Mail

Guilfort and Magdadene Dieuvil
8757 Baystone Cove
Boynton Beach, FL 33473-4877

    Re:  Lot 79 Canyon Isles, 8757 Baystone Cove, Boynton Beach (the "Home")

Dear Mr. and Mrs. Dieuvil:

    As you are aware, on April 8, 2009 we conducted a visual inspection of your Home and observed indications consistent with the presence of Chinese drywall ("cdw"). After extensive negotiations with you, we obtained a building permit in March 2010 and commenced repairs in September 2010. The cdw was removed from the Home and we removed and replaced the plumbing, electric and insulation. Unfortunately, at that stage of reconstruction you refused to let us complete the work. Accordingly, we vacated the premises in December 2010, the building permit expired and we have not had further access to your Home since you demanded we cease the reconstruction in December 2010. To our knowledge, the cdw repair work at the Home was suspended after insulation was installed and just prior to the installation of new drywall. We have no knowledge of what has been done in the Home since December, 2010, if anything.

    Recently, you communicated with us via email requesting certain documentation related to the repair work we conducted. While you still have not advised us as to the reason you have requested these documents, we assume you need this information to submit a claim through the MDL-2047 cdw claims process. For that reason, attached are the following documents:

1. Original Warranty Deed dated January 9, 2007 between Boynton Beach Associates XVI, LLLP and Guilfort Dieuvil;

2. Purchase Contract regarding Canyon Isles Lot 79 executed on March 28, 2005;

3. Standard Construction Agreement for Canyon Isles between Boynton Beach Associates XVI, LLLP, G.L. Homes Building Corporation and Beta Drywall, LLC dated March 16, 2006;

4. Copy of the Permit History with regard to Chinese Drywall repairs filed with Palm Beach County;

5. Scope of Work agreement dated April 15, 2010; and

6. ==Six (6) photos of the a/c coils and the drywall that was removed from the Home.==

1600 Sawgrass Corporate Parkway, Suite 400
Sunrise, FL 33323
(954) 753-1730

32



EXHIBIT D-5

Guilfort and Magdadene Dieuvil
Canyon Isles Lot 79
October 14, 2013
Page Two

    Although we are under no obligation to supply this information to you, we have done so as a courtesy. From this information, you can verify that Beta Drywall, LLC was the installer of the original drywall in your Home, which included cdw. Further, you can see that Knauf Tianjin drywall did exist in the Home and all the drywall was removed from your Home during our repair process. Of course, we cannot verify for you who the supplier and/or distributor of the drywall used in your Home was as we do not possess such information and were not in privity with the supplier or distributor.

    Finally, we understand your lender has obtained a final judgment of foreclosure and the property is scheduled to be sold on October 23, 2013. To the extent the Home is sold at a foreclosure sale, such sale may impact any claim you have in the MDL-2047 and you should seek advice of counsel as appropriate.

Sincerely,

BOYNTON BEACH ASSOCIATES XVI, LLLP

*Heather C. Keith*
Heather C. Keith
Assistant General Counsel

HCK/bcm

Enclosures

cc:  Brown Greer
     CDW/MDL Claims Administrator
     (Via email: cdwquestions@browngreer.com with enclosures)

     Kyle Spaulding, Esq.
     Frilot L.L.C.
     (Via email: kspaulding@frilot.com with enclosures)



Photo 5- Exterior of Air Handler #3



Photo 6- Air Handler #3 Coils



EXHIBIT 22A



Photo 1- Exterior of Air Handler #1



Photo 2- Air Handler #1 Coils



Photo 3- Exterior of Air Handler #2



Photo 4- Air Handler #2 Coils

See Exhibit 7A 3/26/10 attachment I