# Re: 8757 Baystone Cove Boynton Beach FL 33473

Dysart, Danny <ddysart@bakerdonelson.com>

Thu 4/20/2017 3:15 PM

To: guilf dieuvil <guilf5@hotmail.com>;



An inspection is not necessary if you can submit pictures of all samples in your possession with readable markings on the drywall.

The ones below are readable. Could you please do the same for all samples.

Thank you.

> On Apr 20, 2017, at 2:00 PM, guilf dieuvil <guilf5@hotmail.com> wrote:
>
> This is the largest that I can make that pictures. Please let me know if this picture is satisfactory to your expectations. If you want to send your agent to the subject property, so he could actually see the sample of the knauf drywall, or if you want I can arrange my schedule next week to come to your office to bring you multiple samples of the knauf Chinese drywall that were taken from the home. Whatever way that you want to resolve this matter will be fine with me. I will pay for my own expense to bring you sample of those drywall, if this approach will resolve all pending issues. Please let me know.
> Thanks in advance for your corporation.
>
> Best regards
> Guilfort Dieuvil
> 786-344-5497
>
>
>
> <IMG_4669.PNG>
>
>
>
> <IMG_4668.PNG>
>
>
>
> Sent from my iPhone

Under requirements imposed by the IRS, we inform you that, if any advice concerning one or more U.S. federal tax issues is contained in this communication (including in any attachments and, if this communication is by email, then in any part of the same series of emails), such advice was not intended or written by the sender or by Baker, Donelson, Bearman, Caldwell & Berkowitz, PC to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction or tax-related matter addressed herein.

This electronic mail transmission may constitute an attorney-client communication that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail, so that our address record can be corrected.