

Best regards
Guilfort Dieuvil
Cell 786-344-5497

Sent from my iPhone

On Apr 26, 2017, at 10:29 AM, Dysart, Danny <ddysart@bakerdonelson.com>
wrote:

> Mr. Dieuvil,
>
> I have forwarded the enlarged photos to Knauf. In the meantime, can
> you please advise as to the status of the property. Is any demolition or
> remediation work take place. If so, identify in detail what steps have
> been take thus far.
>
> Thanks,
> Danny
>
> ---
>
> **From:** guilf dieuvil [mailto:guilf5@hotmail.com]
> **Sent:** Wednesday, April 26, 2017 7:08 AM
> **To:** Dysart, Danny
> **Subject:** Re: 8757 Baystone Cove Boynton Beach FL 33473
>
> Re;    8757 Baystone Cv
>        Boynton Beach FL 33437
>        Chinese Drywall
>
> Dear Mr. Dysart
>
> I sent you multiple pictures of the Knauf Chinese Drywall. Would
> you please let me know when would you start fixing my house.
> Also is there anything that I can do to expertise that process. My
> house has been vacant for almost 7 years while I am paying a
> mortgage, and I need it to be fixed asap.
> Please give this matter your upmost attention, so we can get this
> matter resolved promptly.
>
> Best regards
>
> Guilfort Dieuvil
> Cell 786-344-5497
>
>
> **From:** guilf dieuvil <guilf5@hotmail.com>
> **Sent:** Friday, April 21, 2017 5:01 PM
> **To:** Dysart, Danny
> **Subject:** Re: 8757 Baystone Cove Boynton Beach FL 33473
>
> Re;    8757 Baystone Cv