


EXHIBIT
D-9

September 16, 2015

Via: U.S. Mail and e-mail: jimmy@DoyleFirm.com

Jimmy Doyle, Esq.
Doyle Law Firm
2100 Southbridge Parkway, Suite 650
Birmingham, AL 35209

Re: Chinese Drywall – Dieuvil Residence
    Address: 8757 Baystone Cove, Boynton Beach, FL ("Property" or "Home")
    Owners of Home: Guilfort and Magdadene Dieuvil (herein, "Owner" or "Client")
    Original Seller of Home: Boynton Beach Associates XVI, LLLP (herein "GL Homes")

Dear Mr. Doyle:

As you may recall, on November 12, 2014, you sent a letter to GL Homes regarding your Client's Chinese drywall MDL claim. On December 9, 2014, we sent you a disk containing copies of the requested Chinese drywall ("cdw") documentation. Additionally, we advised you that we still had two (2) boxes of various building related materials from the Home, including samples of the drywall removed during the demolition phase, and you were welcome to arrange an inspection of the materials.

Please be advised that on August 26, 2015, GL Homes filed a second Notice of Disposal of Physical Evidence by the G.L. Entities in the MDL (Document #19418) and all remaining evidence pertaining to the Home will be disposed of in accordance with the Court order. Accordingly, you are herein provided notice once again that you must take possession of this evidence on or before Friday, September 25, 2015; otherwise we will be disposing of such evidence in accordance with the procedures established by Judge Fallon.

Govern yourself accordingly.

Sincerely,

BOYNTON BEACH ASSOCIATES XVI, LLLP

By: *Heather C. Keith*
Heather C. Keith
Assistant General Counsel

HCK/bcm

Cc: Kerry Miller, Esq. (via email: kjmiller@bakerdonelson.com)

## EVIDENCE RECEIPT ACKNOWLEDGEMENT FORM

Guilfort Dieuvil and Magdadene Dieuvil ("Owners") currently own the home located on Lot 79 in Canyon Isles, Boynton Beach, Florida, otherwise known as 8757 Baystone Cove, Boynton Beach, FL 33473. Owners herein acknowledge and agree that Owners are taking full possession, custody and control of two (2) boxes containing various building related materials from the Home, including without limitation, samples of the drywall removed from the Owner's home in September, 2010 (the "CDW Materials").

Further, Owners hereby release Boynton Beach Associates XVI, LLLP, G.L. Building Corporation, each of their partners and/or affiliates, and each of their employees, representatives, contractors and attorneys from any further responsibility for the future care, custody, condition or control of the CDW Materials and acknowledge and agree that Owners are fully responsible for such CDW Materials going forward.

EXECUTED this 27 day of Oct, 2015.

OWNER:
By: _____
Print Name: Guilfort Dieuvil

Signed in the presence of one (1) witness:
Witness: _____
Print Name: Clebene Casimir

By: _____
Print Name: Magdadene Dieuvil

Signed in the presence of one (1) witness:
Witness: _____
Print Name: Clebene Casimir

Re: CDW - Dieuvil - 8757 Baystone Cv - GL Homes Letter - Destruction of drywall samples

### Heather Keith <Heather.Keith@glhomes.com>

Thu 9/24/2015 1:02 PM

To: guilf dieuvil <guilf5@hotmail.com>;

Cc: James V. Doyle, Jr. <jimmy@doylefirm.com>; Becky Medley <Becky.Medley@glhomes.com>;

I am in the field the next few days on site inspections but I will be back in my office next week. I have 2 boxes that contain various building materials from your home that were collected during the demolition phase of the remediation. We have had these materials on hold for you for years. We will release these 2 boxes to your sole custody and control but you will have to sign an acknowledgment for accepting full custody and control of the materials and releasing us from further responsibility for such materials. We will prepare the acknowledgment next week and contact you to make arrangements for you to get the 2 boxes in due course.

> On Sep 24, 2015, at 12:21 PM, guilf dieuvil <guilf5@hotmail.com> wrote:
>
> Dear Heather
> Re: 8757 Baystone Cv
>      Boynton Beach, FL 33473
>      GLHOMES
>
> It comes to my knowledge that glhomes has petitioned the court to destroy the the sample of Chinese drywall. It is critical that I need to pick up that evidence from your office by tomorrow. Please let me know where and what time that you will have the evidence for the Chinese drywall ready so I can come to pick it up from your office. I don't need the evidence of the Chinese drywall to be destroyed. GLHOMES has failed to fix my home, and I need those evidences to remain.
> Once again please let me know what time, and where I can come to pick up the evidence of those Chinese drywall and any evidence and all material and tangible facts that you have in your possession regarding my file and property.
>
> Best regards
>
> Guilfort Dieuvil
>

## EVIDENCE RECEIPT ACKNOWLEDGEMENT FORM

Guilfort Dieuvil and Magdadene Dieuvil ("Owners") currently own the home located on Lot 79 in Canyon Isles, Boynton Beach, Florida, otherwise known as 8757 Baystone Cove, Boynton Beach, FL 33473. Owners herein acknowledge and agree that Owners are taking full possession, custody and control of two (2) boxes containing various building related materials from the Home, including without limitation, samples of the drywall removed from the Owner's home in September, 2010 (the "CDW Materials").

Further, Owners hereby release Boynton Beach Associates XVI, LLLP, G.L. Building Corporation, each of their partners and/or affiliates, and each of their employees, representatives, contractors and attorneys from any further responsibility for the future care, custody, condition or control of the CDW Materials and acknowledge and agree that Owners are fully responsible for such CDW Materials going forward.

EXECUTED this _____ day of _____ 2015.

OWNER:

By:_____

Print Name: Guilfort Dieuvil

Signed in the presence of one (1) witness:

Witness:_____

Print Name:_____


By:_____

Print Name: Magdadene Dieuvil

Signed in the presence of one (1) witness:

Witness:_____

Print Name:_____