

**LOUIS A. VELEZ**
**VELEZ CONSTRUCTION, LLC**
3630 Dumaine Street
New Orleans, Louisiana 70119

## WORK EXPERIENCE
(50 years experience as a general contractor in State of Louisiana)

**1958-1978**   Vice President, Ricca Demolishing Corporation
Renovated approximately 35 buildings in French Quarter

**1972-Present**   Owner, Velez Realty, LLC (Real Estate Broker)

**1978-Present**   Owner, Velez Construction, LLC.
Built new homes, renovated older homes and offices, and restored historical homes and buildings

## PROFESSIONAL MEMBERSHIPS

Homebuilders Association
New Orleans Metropolitan Association of REALTORS
Louisiana REALTORS Association
National Association of REALTORS

## COURT APPEARANCES AS AN EXPERT

Federal Bankruptcy Court (Texas)
   Texas Bank vs. Audubon Hotel in the Vieux Carre (hired by Vieux Carre Commission as an expert for Texas Bank)

U.S. District Court, Eastern District of Louisiana
   Dwyer v. Fidelity National Property & Casualty Ins. Co.

14th Judicial District Court, Lake Charles, LA
   Southwest LA Healthcare System, Inc., et al. v. Pricewaterhousecoopers, LLP

U.S. District Court, Western District (Lake Charles)
   Southwest LA Healthcare System, Inc., et al. v. MBIA Insurance Corp., et al.

## DEPOSITION TESTIMONY AS AN EXPERT

Shlosman v. Emeri'ls Homebase, LLC, et al.
    (Civil District Court, Orleans Parish)

Delia Wehmeyer v. Louisiana Citizens Property Ins. Corp.
    (24th Judicial District Court, Jefferson Parish)

Carballo v. State Farm
    (Civil District Court, Orleans Parish)

Aviles v. ANPAC
    (U.S. District Court, Eastern District)

Berlier v. Essex Ins. Co.
    (U.S. District Court, Eastern District)

## HURRICANE KATRINA RELATED INSPECTIONS

Donald Ream v. Louisiana Citizens Property Ins. Corp.
    (Civil District Court, Orleans Parish)

Robert and Jane Newman v. Allstate Ins. Co.
    (Civil District Court, Parish of Orleans)

## CONSTRUCTION MANAGER

Performed demolition, construction, repair and/or renovation of hundreds, if not thousands, of commercial and residential structures throughout the French Quarter and the New Orleans metropolitan area including, but not limited to:

    One River Place (following barge accident)
    Rault Center (following Rault Center fire)
    One Shell Square
    Pan American Building
    Entergy Building
    Widening of Poydras Street
    Widening of O'Keefe Avenue from Howard Avenue to Poydras Street
        (from River to Baronne Street)

## CONSULTANT (concerning construction practices)

    Curtis & Davis Architects re site clearing and demolition for Dome Stadium
    Hubbard Mansion
    The Elmwood theaters
    The Riverwalk Shopping Mall

## AWARDS FOR HISTORICAL RESTORATIONS

    Vieux Commission
    New Orleans Historical Landmark Commission
    City of New Orleans

Velez Construction Llc.
Chinese Drywall Umbudsman
3630 Dumaine St New Orleans, La. 70119
La. Stata License 12075
504-669-3888

Addresses of homes I visited with CDW construction problems in Louisiana.

Lori Chamberlin 275 W. Robert E. Lee Blvd. N.O., La.70124
Dr. Gordon Taub 808 Coke Court Covington, La.
Donna Borrello 5939 Argonne Blvd. N.O. La
Ashley Kjos 1480 Marina Dr. Slidell, La. 70458
Randy Bourne 829 Holiday Ct. Kenner, La.
Jody Ferchaud 6021-25 Canal Blvd. N.O.La
Donna Carlin 3729 Karen DR. Chalmette, La.70043
Dr.Panepinto 1 Forest Ct. Metairie, La.
Toni Rodasto 1219 Rue Dagas Mandeville, La.
James Anderson3624 Afton Lane Avondale , La.
Robert O,Brien 1005 Barracks St. Units 5,6,8 N.O. La. 70116
Daniel Lund 5829 Sylvia Dr. N.O. La. 70124
Cortney LeBlanc 22240 8th St. Abita Springs, La.
Chris Lea 213 Summer Place Cove Slidell, La.
Heddy Duplessis 4727 Press Dr. N.O., La. 70126
Wayne Yuspeh 5921 Wheeler Dr. Metairie, La. 70003
Charles Anum 3410 7th St. Metairie, La.
Dr. Frank Monte 5636 Cherlyn Dr.,Metairie, La.
Mark T. Pollock 418 Turquoise St. N.O., La.70124
Charles Rulleo 6225 Calier Dr. N.O., La. 70122
Daniel Berger 2361 Leon C. Simon Blvd. N.O., La.70122
John Wenzel80190 Red Hawk Lane Bush, La.
Henry Mehrtens 3912 James Dr. Metairie, La.
Monette Baudier 3007 Hill Ct. Mandeville, La.
Randy Claque 4416 Halter Lane Hammond, La.70403
Gregory Bauchaud 1462 Mithra N.O., La 70122
Wayne McCarthy 261 Old Mill Loop Pearl River, La.
Eric Pullen 4908 Lake Vista Dr. Metairie, La. 70006
Brent Petagna 2619 Octavia St. N.O. La.
Howard Ferguson6502 Antioc Crossing Baton Rouge La. 70817
Louis Villion 113 Tammy Dr. Slidell, La.70458
Sidney Cotlar 4532 Transcontinental Dr. Metairie, La.70006
Fredrick Nunez 123 Dominion Rd. Madisonville, La.70477
Elvin Montgomery 1566 Foy St. N.O.,La 70122
Louis A. Velez 5427 Paris Ave. N.O., La,.70122

  

# VELEZ
## CONSTRUCTION, LLC
### CHINESE DRYWALL OMBUDSMAN

May 6, 2019

Russ M. Herman, Esq.
Plaintiffs' Liaison Counsel
Chinese Drywall MDL 2047
Herman, Herman & Katz, L.L.C.
820 O'Keefe Avenue
New Orleans, LA 70113

      Re:    In re: Chinese Manufactured Drywall Products Liability Litigation
               MDL 2047
               Meeting re 8757 Baystone Cove, Boynton, FL (Gulifort Dieuvil)

Dear Mr. Herman:

      On Wednesday March 13, 2019, you and I met with Mr. Guilfort Dieuvil in your office, as a follow up to your request of January 25, 2019. Mr. Guilfort brought with him two boxes of items removed from his home. I examined each of the individual items contained in the box during our meeting in New Orleans. Each item was enclosed in an evidence bag which contained the name of a G.L. Homes employee, the date of removal, and was placed in a preservative bag. The items included were wiring, outlets, locks, sample carpet, Knauf reactive drywall, American provided non-reactive drywall, copper tubing, and photographs of three a/c condenser coils. The a/c coils were blacken with corrosion. It is apparent that more than 90% of the reactive drywall was Knauf. Mr. Dieuvil presented a chart made by the same G.L. Homes employee showing each manufacturer of drywall found in the premises and removed. The location of each drywall removed and other samples was located on a chart that was provided to me.

May 6, 2019
Page 2

      I am the Chinese Drywall Ombudsman appointed by Judge Eldon Fallon. As such, I have had the opportunity to work on many homes being remediated by various contractors and have over 10,000 emails reflecting such remediations.

                                Sincerely,

                                /s/ Louis A. Velez

                              LOUIS A. VELEZ
                              Chinese Drywall Ombudsman
                              La Contractors License No. 12074

LAV

870 Wilson Drive • New Orleans, LA 70119
(504) 324-7829 fax • (504) 669-3888 • velezconstructionllc.com • louisav@cox.net