

**CASE NUMBER: 50-2012-CF-005149-AXXX-MB**
**CASE STYLE: DIEUVIL, GUILFORT**

Search Criteria     Search Results     Case Info     Party Names     Dockets & Documents

Case Fees     Charges & Sentences     Court Events     Warrants & Svc Docs     Arrests & Bonds

Select a tab above to view additional case details. Case documents are located on the Dockets & Documents tab.

| | |
|---|---|
| **First Name** | GUILFORT |
| **Middle Name** | |
| **Last Name** | DIEUVIL |
| **Suffix** | |
| **DOB** | 11/16/1973 |
| **Race** | Black |
| **Sex** | M |
| **Arrest Date** | 05/10/2012 |
| **Filing Date** | 05/09/2012 |
| **Offense Date** | |
| **Division Name** | U: Felony - U |
| **Case Status** | Closed |

EXHIBIT
D-12





**CASE NUMBER: 50-2012-CF-005149-AXXX-MB**
**CASE STYLE: DIEUVIL, GUILFORT**

Search Criteria    Search Results    Case Info    Party Names    Dockets & Documents

Case Fees    Charges & Sentences    Court Events    Warrants & Svc Docs    Arrests & Bonds

To view a document, click on the document icon 🗋 in the left column.

Documents with a lock icon 🔒 are viewable on request (VOR)
(https://www.mypalmbeachclerk.com/faq/ecaseview-what-is-view-on-request) to protect confidential information. Click on the lock icon 🔒 to request the document. VOR documents are reviewed and then generally become available online within three business days of request.

A clock icon ⏱ means a VOR document is 'In Process' and being reviewed. Click on the clock icon ⏱ to request email notification when the document becomes available online.

Public = 🗋          VOR = 🔒          In Process = ⏱          Page Size: 50

1  2  3  4  5  6  7

| | Docket Number | Effective Date | Description | Notes |
|---|---|---|---|---|
| 🗋 | 251 | 07/29/2014 | NOTICE OF HEARING | COURTESY CALL TO BONDSMAN |
| 🗋 | 252 | 08/01/2014 | SUBPOENA RETURNED / SERVED | |
| | 253 | 08/01/2014 | AMENDED INFORMATION | 817.034(4A3) |
| 🗋 | 254 | 08/01/2014 | CERTIFICATE OF DISCHARGE OF BOND | |
| | 255 | 08/01/2014 | NOLLE PROSSE | 494.0025(4C) |
| 🗋 | 256 | 08/01/2014 | CERTIFICATE OF DISCHARGE OF BOND | |
| | 257 | 08/01/2014 | NOLLE PROSSE | 494.0025(4C) |
| 🗋 | 258 | 08/01/2014 | CERTIFICATE OF DISCHARGE OF | |

BOND

| | 259 | 08/01/2014 | NOLLE PROSSE | 494.0025(4C) |
|---|---|---|---|---|
| | 260 | 08/01/2014 | CERTIFICATE OF DISCHARGE OF BOND | |
| | 261 | 08/01/2014 | NOLLE PROSSE | 494.0025(4C) |
| | 262 | 08/01/2014 | CERTIFICATE OF DISCHARGE OF BOND | |
| | 263 | 08/01/2014 | NOLLE PROSSE | 494.0025(4C) |
| | 264 | 08/01/2014 | CERTIFICATE OF DISCHARGE OF BOND | |
| | 265 | 08/01/2014 | NOLLE PROSSE | 494.0025(4C) |
| | 266 | 08/01/2014 | CERTIFICATE OF DISCHARGE OF BOND | |
| | 267 | 08/01/2014 | NOLLE PROSSE | 494.0025(4C) |
| | 268 | 08/01/2014 | CERTIFICATE OF DISCHARGE OF BOND | |
| | 269 | 08/01/2014 | NOLLE PROSSE | 494.0025(4C) |
| | 270 | 08/01/2014 | CERTIFICATE OF DISCHARGE OF BOND | |
| | 271 | 08/01/2014 | NOLLE PROSSE | 494.0025(4C) |
| | 272 | 08/01/2014 | CERTIFICATE OF DISCHARGE OF BOND | |
| | 273 | 08/01/2014 | NOLLE PROSSE | 494.0025(4C) |
| | 274 | 08/01/2014 | CERTIFICATE OF DISCHARGE OF BOND | |
| | 275 | 08/01/2014 | NOLLE PROSSE | 494.0025(4C) |
| | 276 | 08/01/2014 | CERTIFICATE OF DISCHARGE OF BOND | |
| | 277 | 08/01/2014 | NOLLE PROSSE | 494.0025(4C) |

IN THE CIRCUIT/COUNTY COURT OF THE FIFTEENTH JUDICIAL CIRCUIT,
IN AND FOR PALM BEACH COUNTY, FLORIDA

To:

PENINSULAR SURETY COMPANY
P.O. BOX 668786
MIAMI, FL 33166

BIG TROUBLE BAIL BONDS
424 S MILITARY TR
WEST PALM BEACH, FL 33415

| | |
|---|---|
| Defendant: | GUILFORT DIEUVIL |
| Case No: | 50-2012-CF-005149-AXXX-MB |
| Power No(s): | PS5086447 |
| Amount: | $5,000.00 |

## CERTIFICATE OF BOND DISCHARGE

The Appearance Bond in the underlying case has been discharged on 8/1/2014.

Dated this 5th of August, 2014.

**Sharon R. Bock, Clerk & Comptroller**
**Palm Beach County**

Duwel, Catherine A
Deputy Clerk

CRIMINAL-CERTIFICATE OF BOND DISCHARGE-PB

8/2011

**IN THE CIRCUIT/COUNTY COURT OF THE FIFTEENTH JUDICIAL CIRCUIT,**
**IN AND FOR PALM BEACH COUNTY, FLORIDA**

To:

**PENINSULAR SURETY COMPANY**
P.O. BOX 668786
MIAMI, FL 33166

**BIG TROUBLE BAIL BONDS**
424 S MILITARY TR
WEST PALM BEACH, FL 33415

| | |
|---|---|
| Defendant: | GUILFORT DIEUVIL |
| Case No: | 50-2012-CF-005149-AXXX-MB |
| Power No(s): | PS5086448 |
| Amount: | $5,000.00 |

## CERTIFICATE OF BOND DISCHARGE

**The Appearance Bond** in the underlying case has been discharged on 8/1/2014.

Dated this 5th of August, 2014.

**Sharon R. Bock, Clerk & Comptroller**
**Palm Beach County**

Duwel, Catherine A
Deputy Clerk

CRIMINAL-CERTIFICATE OF BOND DISCHARGE-PB                    8/2011

## IN THE CIRCUIT/COUNTY COURT OF THE FIFTEENTH JUDICIAL CIRCUIT, IN AND FOR PALM BEACH COUNTY, FLORIDA

To:

**PENINSULAR SURETY COMPANY**
P.O. BOX 668786
MIAMI, FL 33166

**BIG TROUBLE BAIL BONDS**
424 S MILITARY TR
WEST PALM BEACH, FL 33415

Defendant:    GUILFORT DIEUVIL
Case No:      50-2012-CF-005149-AXXX-MB
Power No(s):  PS5086449
Amount:       $5,000.00

## CERTIFICATE OF BOND DISCHARGE

**The Appearance Bond** in the underlying case has been discharged on 8/1/2014.

Dated this 5th of August, 2014.

**Sharon R. Bock, Clerk & Comptroller**
**Palm Beach County**

Duwel, Catherine A
Deputy Clerk

CRIMINAL-CERTIFICATE OF BOND DISCHARGE-PB                                    8/2011

**IN THE CIRCUIT/COUNTY COURT OF THE FIFTEENTH JUDICIAL CIRCUIT,
IN AND FOR PALM BEACH COUNTY, FLORIDA**

To:

**PENINSULAR SURETY COMPANY**
P.O. BOX 668786
MIAMI, FL 33166

**BIG TROUBLE BAIL BONDS**
424 S MILITARY TR
WEST PALM BEACH, FL 33415

| | |
|---|---|
| Defendant: | GUILFORT DIEUVIL |
| Case No: | 50-2012-CF-005149-AXXX-MB |
| Power No(s): | PS5086450 |
| Amount: | $5,000.00 |

## CERTIFICATE OF BOND DISCHARGE

**The Appearance Bond** in the underlying case has been discharged on 8/1/2014.

Dated this 5th of August, 2014.

**Sharon R. Bock, Clerk & Comptroller
Palm Beach County**

Duwel, Catherine A
Deputy Clerk

NOT A CERTIFIED COPY

CRIMINAL-CERTIFICATE OF BOND DISCHARGE-PB                                   8/2011

IN THE CIRCUIT/COUNTY COURT OF THE FIFTEENTH JUDICIAL CIRCUIT,
IN AND FOR PALM BEACH COUNTY, FLORIDA


To:

PENINSULAR SURETY COMPANY
P.O. BOX 668786
MIAMI, FL 33166


BIG TROUBLE BAIL BONDS
424 S MILITARY TR
WEST PALM BEACH, FL 33415


Defendant:      GUILFORT DIEUVIL
Case No:        50-2012-CF-005149-AXXX-MB
Power No(s):    PS5086451
Amount:         $5,000.00


## CERTIFICATE OF BOND DISCHARGE


The Appearance Bond in the underlying case has been discharged on 8/1/2014.


Dated this 5th of August, 2014.


Sharon R. Bock, Clerk & Comptroller
Palm Beach County


Duwel, Catherine A
Deputy Clerk


CRIMINAL-CERTIFICATE OF BOND DISCHARGE-PB                                    8/2011

IN THE CIRCUIT/COUNTY COURT OF THE FIFTEENTH JUDICIAL CIRCUIT,
IN AND FOR PALM BEACH COUNTY, FLORIDA

To:

PENINSULAR SURETY COMPANY
P.O. BOX 668786
MIAMI, FL 33166

BIG TROUBLE BAIL BONDS
424 S MILITARY TR
WEST PALM BEACH, FL 33415

Defendant:      GUILFORT DIEUVIL
Case No:        50-2012-CF-005149-AXXX-MB
Power No(s):    PS5086452
Amount:         $5,000.00

## CERTIFICATE OF BOND DISCHARGE

**The Appearance Bond** in the underlying case has been discharged on 8/1/2014.

Dated this 5th of August, 2014.

**Sharon R. Bock, Clerk & Comptroller**
**Palm Beach County**

Duwel, Catherine A
Deputy Clerk

CRIMINAL-CERTIFICATE OF BOND DISCHARGE-PB                          8/2011

**IN THE CIRCUIT/COUNTY COURT OF THE FIFTEENTH JUDICIAL CIRCUIT,
IN AND FOR PALM BEACH COUNTY, FLORIDA**

To:

**PENINSULAR SURETY COMPANY**
P.O. BOX 668786
MIAMI, FL 33166

**BIG TROUBLE BAIL BONDS**
424 S MILITARY TR
WEST PALM BEACH, FL 33415

Defendant:     GUILFORT DIEUVIL
Case No:        50-2012-CF-005149-AXXX-MB
Power No(s):   PS5086453
Amount:        $5,000.00

## CERTIFICATE OF BOND DISCHARGE

**The Appearance Bond** in the underlying case has been discharged on 8/1/2014.

Dated this 5th of August, 2014.

**Sharon R. Bock, Clerk & Comptroller
Palm Beach County**

Duwel, Catherine A
Deputy Clerk

CRIMINAL-CERTIFICATE OF BOND DISCHARGE-PB                                   8/2011

IN THE CIRCUIT/COUNTY COURT OF THE FIFTEENTH JUDICIAL CIRCUIT,
IN AND FOR PALM BEACH COUNTY, FLORIDA

To:

**PENINSULAR SURETY COMPANY**
P.O. BOX 668786
MIAMI, FL 33166

**BIG TROUBLE BAIL BONDS**
424 S MILITARY TR
WEST PALM BEACH, FL 33415

| | |
|---|---|
| Defendant: | GUILFORT DIEUVIL |
| Case No: | 50-2012-CF-005149-AXXX-MB |
| Power No(s): | PS5086454 |
| Amount: | $5,000.00 |

## CERTIFICATE OF BOND DISCHARGE

**The Appearance Bond** in the underlying case has been discharged on 8/1/2014.

Dated this 5th of August, 2014.

**Sharon R. Bock, Clerk & Comptroller**
**Palm Beach County**

<u>Duwel, Catherine A</u>
Deputy Clerk

CRIMINAL-CERTIFICATE OF BOND DISCHARGE-PB                    8/2011

## IN THE CIRCUIT/COUNTY COURT OF THE FIFTEENTH JUDICIAL CIRCUIT, IN AND FOR PALM BEACH COUNTY, FLORIDA

To:

PENINSULAR SURETY COMPANY
P.O. BOX 668786
MIAMI, FL 33166

BIG TROUBLE BAIL BONDS
424 S MILITARY TR
WEST PALM BEACH, FL 33415

Defendant:      GUILFORT DIEUVIL
Case No:        50-2012-CF-005149-AXXX-MB
Power No(s):    PS5086455
Amount:         $5,000.00

## CERTIFICATE OF BOND DISCHARGE

**The Appearance Bond** in the underlying case has been discharged on 8/1/2014.

Dated this 5th of August, 2014.

**Sharon R. Bock, Clerk & Comptroller**
**Palm Beach County**

Duwel, Catherine A
Deputy Clerk

CRIMINAL-CERTIFICATE OF BOND DISCHARGE-PB                           8/2011

**IN THE CIRCUIT/COUNTY COURT OF THE FIFTEENTH JUDICIAL CIRCUIT,**
**IN AND FOR PALM BEACH COUNTY, FLORIDA**

To:

**PENINSULAR SURETY COMPANY**
P.O. BOX 668786
MIAMI, FL 33166

**BIG TROUBLE BAIL BONDS**
424 S MILITARY TR
WEST PALM BEACH, FL 33415

Defendant:    GUILFORT DIEUVIL
Case No:      50-2012-CF-005149-AXXX-MB
Power No(s):  PS5086456
Amount:       $5,000.00

## CERTIFICATE OF BOND DISCHARGE

**The Appearance Bond** in the underlying case has been discharged on 8/1/2014.

Dated this 5th of August, 2014.

**Sharon R. Bock, Clerk & Comptroller**
**Palm Beach County**

Duwel, Catherine A
Deputy Clerk

CRIMINAL-CERTIFICATE OF BOND DISCHARGE-PB                                    8/2011

IN THE CIRCUIT/COUNTY COURT OF THE FIFTEENTH JUDICIAL CIRCUIT,
IN AND FOR PALM BEACH COUNTY, FLORIDA

To:

**PENINSULAR SURETY COMPANY**
P.O. BOX 668786
MIAMI, FL 33166

**BIG TROUBLE BAIL BONDS**
424 S MILITARY TR
WEST PALM BEACH, FL 33415

| | |
|---|---|
| Defendant: | GUILFORT DIEUVIL |
| Case No: | 50-2012-CF-005149-AXXX-MB |
| Power No(s): | PS5086457 |
| Amount: | $5,000.00 |

## CERTIFICATE OF BOND DISCHARGE

**The Appearance Bond** in the underlying case has been discharged on 8/1/2014.

Dated this 5th of August, 2014.

**Sharon R. Bock, Clerk & Comptroller**
**Palm Beach County**

Duwel, Catherine A
Deputy Clerk

**IN THE CIRCUIT/COUNTY COURT OF THE FIFTEENTH JUDICIAL CIRCUIT,**
**IN AND FOR PALM BEACH COUNTY, FLORIDA**

To:

**PENINSULAR SURETY COMPANY**
P.O. BOX 668786
MIAMI, FL 33166

**BIG TROUBLE BAIL BONDS**
424 S MILITARY TR
WEST PALM BEACH, FL 33415

| | |
|---|---|
| Defendant: | GUILFORT DIEUVIL |
| Case No: | 50-2012-CF-005149-AXXX-MB |
| Power No(s): | PS5086458 |
| Amount: | $5,000.00 |

## CERTIFICATE OF BOND DISCHARGE

**The Appearance Bond** in the underlying case has been discharged on 8/1/2014.

Dated this 5th of August, 2014.

**Sharon R. Bock, Clerk & Comptroller**
**Palm Beach County**

<u>Duwel, Catherine A</u>
Deputy Clerk

NOT A CERTIFIED COPY

## IN THE CIRCUIT/COUNTY COURT OF THE FIFTEENTH JUDICIAL CIRCUIT,
## IN AND FOR PALM BEACH COUNTY, FLORIDA

To:

**PENINSULAR SURETY COMPANY**
P.O. BOX 668786
MIAMI, FL 33166

**BIG TROUBLE BAIL BONDS**
424 S MILITARY TR
WEST PALM BEACH, FL 33415

| | |
|---|---|
| Defendant: | GUILFORT DIEUVIL |
| Case No: | 50-2012-CF-005149-AXXX-MB |
| Power No(s): | PS5086459 |
| Amount: | $5,000.00 |

## CERTIFICATE OF BOND DISCHARGE

**The Appearance Bond** in the underlying case has been discharged on 8/1/2014.

Dated this 5th of August, 2014.

**Sharon R. Bock, Clerk & Comptroller**
**Palm Beach County**

Duwel, Catherine A
Deputy Clerk

CRIMINAL-CERTIFICATE OF BOND DISCHARGE-PB                                  8/2011

IN THE CIRCUIT/COUNTY COURT OF THE FIFTEENTH JUDICIAL CIRCUIT,
IN AND FOR PALM BEACH COUNTY, FLORIDA

To:

PENINSULAR SURETY COMPANY
P.O. BOX 668786
MIAMI, FL 33166

BIG TROUBLE BAIL BONDS
424 S MILITARY TR
WEST PALM BEACH, FL 33415

Defendant:    GUILFORT DIEUVIL
Case No:      50-2012-CF-005149-AXXX-MB
Power No(s):  PS5086460
Amount:       $5,000.00

## CERTIFICATE OF BOND DISCHARGE

**The Appearance Bond** in the underlying case has been discharged on 8/1/2014.

Dated this 5th of August, 2014.

**Sharon R. Bock, Clerk & Comptroller**
**Palm Beach County**

Duwel, Catherine A
Deputy Clerk

CRIMINAL-CERTIFICATE OF BOND DISCHARGE-PB                          8/2011

IN THE CIRCUIT/COUNTY COURT OF THE FIFTEENTH JUDICIAL CIRCUIT,
IN AND FOR PALM BEACH COUNTY, FLORIDA

To:

**PENINSULAR SURETY COMPANY**
P.O. BOX 668786
MIAMI, FL 33166

**BIG TROUBLE BAIL BONDS**
424 S MILITARY TR
WEST PALM BEACH, FL 33415

| | |
|---|---|
| Defendant: | GUILFORT DIEUVIL |
| Case No: | 50-2012-CF-005149-AXXX-MB |
| Power No(s): | PS5086461 |
| Amount: | $5,000.00 |

## CERTIFICATE OF BOND DISCHARGE

**The Appearance Bond** in the underlying case has been discharged on 8/1/2014.

Dated this 5th of August, 2014.

**Sharon R. Bock, Clerk & Comptroller**
**Palm Beach County**

Duwel, Catherine A
Deputy Clerk

CRIMINAL-CERTIFICATE OF BOND DISCHARGE-PB                          8/2011

**IN THE CIRCUIT/COUNTY COURT OF THE FIFTEENTH JUDICIAL CIRCUIT,
IN AND FOR PALM BEACH COUNTY, FLORIDA**

To:

**PENINSULAR SURETY COMPANY**
P.O. BOX 668786
MIAMI, FL 33166

**BIG TROUBLE BAIL BONDS**
424 S MILITARY TR
WEST PALM BEACH, FL 33415

| | |
|---|---|
| Defendant: | GUILFORT DIEUVIL |
| Case No: | 50-2012-CF-005149-AXXX-MB |
| Power No(s): | PS15058220 |
| Amount: | $15,000.00 |

## <u>CERTIFICATE OF BOND DISCHARGE</u>

**The Appearance Bond** in the underlying case has been discharged on 8/1/2014.

Dated this 7th of August, 2014.

**Sharon R. Bock, Clerk & Comptroller
Palm Beach County**

<u>Dansby, Julian A</u>
Deputy Clerk

CRIMINAL-CERTIFICATE OF BOND DISCHARGE-PB                    8/2011

IN THE CIRCUIT/COUNTY COURT OF THE FIFTEENTH JUDICIAL CIRCUIT,
IN AND FOR PALM BEACH COUNTY, FLORIDA

To:

PENINSULAR SURETY COMPANY
P.O. BOX 668786
MIAMI, FL 33166

BIG TROUBLE BAIL BONDS
424 S MILITARY TR
WEST PALM BEACH, FL 33415

Defendant:  GUILFORT DIEUVIL
Case No:  50-2012-CF-005274-AXXX-MB
Power No(s):  PS5086446
Amount:  $5,000.00

## CERTIFICATE OF BOND DISCHARGE

The Appearance Bond in the underlying case has been discharged on 8/1/2014.

Dated this 5th of August, 2014.

**Sharon R. Bock, Clerk & Comptroller**
**Palm Beach County**

Duwel, Catherine A
Deputy Clerk

CRIMINAL-CERTIFICATE OF BOND DISCHARGE-PB                    8/2011

**IN THE CIRCUIT/COUNTY COURT OF THE FIFTEENTH JUDICIAL CIRCUIT,
IN AND FOR PALM BEACH COUNTY, FLORIDA**

To:

PENINSULAR SURETY COMPANY
P.O. BOX 668786
MIAMI, FL 33166

BIG TROUBLE BAIL BONDS
424 S MILITARY TR
WEST PALM BEACH, FL 33415

| | |
|---|---|
| Defendant: | GUILFORT DIEUVIL |
| Case No: | 50-2012-CF-005274-AXXX-MB |
| Power No(s): | PS15058221 |
| Amount: | $15,000.00 |

## CERTIFICATE OF BOND DISCHARGE

**The Appearance Bond** in the underlying case has been discharged on 8/1/2014.

Dated this 7th of August, 2014.

**Sharon R. Bock, Clerk & Comptroller
Palm Beach County**

Dansby, Julian A
Deputy Clerk

CRIMINAL-CERTIFICATE OF BOND DISCHARGE-PB                                8/2011

IN THE CIRCUIT/COUNTY COURT OF THE FIFTEENTH JUDICIAL CIRCUIT,
IN AND FOR PALM BEACH COUNTY, FLORIDA

To:

PENINSULAR SURETY COMPANY
P.O. BOX 668786
MIAMI, FL 33166

BIG TROUBLE BAIL BONDS
424 S MILITARY TR
WEST PALM BEACH, FL 33415

Defendant:    GUILFORT DIEUVIL
Case No:      50-2012-CF-005274-AXXX-MB
Power No(s):  PS5086446
Amount:       $5,000.00

## CERTIFICATE OF BOND DISCHARGE

**The Appearance Bond** in the underlying case has been discharged on 8/1/2014.

Dated this 5th of August, 2014.

**Sharon R. Bock, Clerk & Comptroller**
**Palm Beach County**

Duwel, Catherine A
Deputy Clerk

CRIMINAL-CERTIFICATE OF BOND DISCHARGE-PB                    8/2011