IN THE CIRCUIT COURT OF THE FIFTEENTH
JUDICIAL CIRCUIT OF FLORIDA IN AND FOR
PALM BEACH COUNTY
GENERAL JURISDICTION DIVISION
CASE NO. 502008CA030685XXXXMB
**RESIDENTIAL FORECLOSURE**



EXHIBIT
D-13

BANK OF AMERICA N.A.,

    Plaintiff,

vs.

GUILFORT DIEUVIL, et al.,

    Defendants.
_____/

### ORDER TO VACATE FINAL JUDGMENT OF MORTGAGE FORECLOSURE, RELEASE ORIGINAL LOAN DOCUMENTS, DISMISS FORECLOSURE ACTION, AND RELEASE LIS PENDENS

**THIS CAUSE** having come before the Court on Plaintiff's Motion to Vacate Final Judgment of Mortgage Foreclosure, Release Original Loan Documents, Dismiss Foreclosure Action, and Release Lis Pendens and the Court being fully advised in the premises, it is hereby **ORDERED and ADJUDGED** that:

1. Plaintiff's Motion to Vacate Final Judgment of Mortgage Foreclosure, Release Original Loan Documents, Dismiss Foreclosure Action, and Release Lis Pendens is hereby **GRANTED**. Pursuant to Fla. Stat. 1.540(b)(5) and a Permanent Loan Modification.
2. The Final Judgment of Foreclosure entered on June 25, 2013 is **VACATED**.
3. The Clerk is directed to Release the Lis Pendens and return the Original Note and Mortgage filed with the Court to Plaintiff's Counsel, McCalla Raymer Pierce, LLC at 225 East Robinson Street, Suite 155, Orlando, FL 32801.
4. **After return of the documents, the case is dismissed and the clerk shall close the file.**
5. The order is in reference to the Lis Pendens recorded on 10/09/2008 in OR Book 22899, Page 1483, for the following subject property:

**Lot 79, CANYON ISLES PLAT TWO, according to the plat thereof, as recorded in Plat Book 105 at Page 40 of the Public Records of Palm Beach County, Florida.**

DONE AND ORDERED at Palm Beach County, Florida, this __16__ day of ~~July~~ August, 2016.

                                                                      Janis Brustares Keyser
                                                                      CIRCUIT COURT JUDGE

NOT A CERTIFIED COPY

Copies to parties on the attached service list.

FILED 2016 AUG 16 AM 10:16
SHARON R. BOCK, CLERK
PALM BEACH COUNTY, FL
CIRCUIT CIVIL

**CLOSE FILE**

5064258                                                                                                  13-04686-3

## SERVICE LIST

MCCALLA RAYMER PIERCE, LLC
225 E. ROBINSON ST. SUITE 155
ORLANDO, FL 32801
mrservice@mrpllc.com

Guilfort Dieuvil
Magdadene Dieuvil
8757 Baystone CV
Boynton Beach, FL 33437

Mortgage Electronic Registration Systems Incorporated As Nominee For GMAC Mortgage, LLC
1901 E. Voorhees Street, Suite C
Danville, IL 61834

Canyon Isles Homeowners Association, Inc.
c/o Sachs & SAX, P.A., a Registered Agent
6111 Broken Sound Parkway NW, Suite 200
Boca Raton, FL 33487

Current Resident(s)
8757 Baystone CV
Boynton Beach, FL 33437