

EXHIBIT
P-14

IN THE COUNTY COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR, MIAMI DADE, COUNTY, FLORIDA

GUILFORT DIEUVIL
    Plaintiff,
v.
PAULETTA HIGGINS, and
ALL OTHERS IN POSSESSION

    Defendant(s)

CASE NO:2017-009854-CC-23 (01)
CIVIL DIVISION

## ORDER ON PLAINTIFF'S MOTION FOR FINAL JUDGMENT FOR TENANT EVICTION

THIS CAUSE, came before the Court upon Plaintiff's Complaint for Eviction, and based on the evidence presented, it is ordered to all sheriffs in MIAMI DADE, County.

ADJUDGED that Plaintiff, Guilfort Dieuvil, shall recover the subject property from Defendant PAULETTA HIGGINS, and ALL OTHERS IN POSSESSION with respect to the tenant eviction, and Plaintiff shall obtain possession of the real property described as follows: 311 NW 201 STREET MIAMI, FL 33169, and $235- as court costs,

FOR WHICH IT IS HEREBY ORDERED THE WRITS OF POSSESSION AND EXECUTION NOW BE ISSUED.

DONE AND ORDERED IN PALM BEACH, COUNTY, CIRCUIT COURT  JUN 3 0 2017

SIGNED AND DATED
JUN 3 0 ... HONORABLE JUDGE
JUDGE LINDA SIN...  COUNTY COURT JUDGE

SIGNED AND DATED
JUN 30 2017
JUDGE LINDA SINGERSTEIN

CC: to Plaintiff * Defendants

FINAL ORDER AS TO ALL PARTIES

IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CFN: 20180743826 BOOK 31249 PAGE 278?
DATE:12/11/2018 11:00:43 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE C

CASE NO: 2017-011498-SP-23
SECTION NO: (01)

Paullette Higgins
   Plaintiff(s)

vs.

CIVIL DIVISION

Motion, Notice and
Judgment of Dismissal

Guilfort Dieuvil
   Defendant(s)      /

**NOTICE OF LACK OF PROSECUTION**

The Court finds that it does not affirmatively appear from the filing of pleadings, Order of court or otherwise for a period of six (6) months that this action is being Prosecuted,

   IT IS ADJUDGED:

1. Good Cause shall be shown why this cause should not be dismissed for lack of prosecution at least five (5) days before the hearing date set in paragraph 2. The showing shall be in writing and filed with the Clerks of Court.

2. If a showing of good cause is timely filed, a hearing on the question shall be held on **December 04, 2018 at 1:30 PM**, the party must also bring a printout of the most recent docket activity to the hearing.
The hearing will be before Judge Myriam Lehr
**In Room North Dade Justice Center Courtroom 2-6**

   **Court Location**          15555 Biscayne Blvd
                                          Miami, FL 33160



FILED
DEC 4 - 2018
CLERK, CIRCUIT & COUNTY COURTS

3. If no showing of good cause is timely filed, this action shall stand dismissed for lack of prosecution without further order of court on the date specified in paragraph 2 without prejudice.
4. If an Order Invoking the Rules of Civil Procedure has been signed on this case, pursuant to Rule 1.420(e) of the Fla.R.Civ.P., either party shall notify the court in writing at least five (5) days before the hearing and attend the hearing with a copy of said order. If such order was entered, the court may deny the motion to dismiss.

DEC 4 - 2018

**DONE AND ORDERED** in Miami-Dade County, Florida this _____ day of _____.

_____
County Court Judge

I hereby certify that a copy of the above Motion, Notice and Judgment has been mailed to the
_X_ Plaintiff; ___ Plaintiff attorney; _X_ Defendant, and/or Defendant's Attorney this _____ day of
~~OCT 2 3 2018~~          BY _____

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1st Ave., Suite 2702, Miami, FL 33128, Telephone (305) 349-7175; TDD (305) 349-7174, Fax (305) 349-7355 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

      FILE COPY



IN THE COUNTY COURT IN AND FOR MIAMI DADE COUNTY, FLORIDA
CIVIL DIVISION
CASE NO: 2017-11498-SP-23 (2)

**PAULLETTE HIGGINS**

        **Plaintiff(s)**

vs.

**GUILFORT DIEUVIL**

        **Defendant(s)**

_____/

## ORDER OF RECUSAL

**THIS CAUSE** came before the Court on August 16th, 2017 for Pre-Trial Conference. The Plaintiff appeared at the Pre-Trial Conference, however, the Defendant did not appear because Plaintiff did NOT effectuate service on Defendant in the manner required under Florida law. The Court determined that a recusal in this matter is necessary, after reviewing Plaintiff's handwritten "Motion to 'Resuce' Bias 'Prejuice' Judge" filed with the Clerk and provided to this Judge on August 16, 2017 ("Plaintiff's Motion to Recuse") for the following reasons:

After I explained to Plaintiff, in a professional and courteous manner, that she did not effectuate service in the manner required under Florida law:

Plaintiff accused this Judge of not wanting to hear her case;

Plaintiff accused my Deputy Clerk and the Clerk's office of not filing a return of service, when there was no return of service or returned summons - Plaintiff insisted that the hand written "Return of Service" filed with the Clerk and shown to me by Plaintiff with an accident report attached, was a proper return of service (filed August 16, 2017);

Plaintiff accused this Judge of not allowing Plaintiff to exercise her constitutional rights based upon the fact that Defendant was present in another case before Judge Stein on some other date and apparently the Plaintiff in that case obtained service on the Defendant;

Plaintiff was incredibly disrespectful and nasty to this Judge and the Judge's staff, and made completely unfounded blatantly false accusations, including:

> Accusing my bailiff of torturing her, a disabled person in a wheelchair, while she was in the courtroom, by not letting her speak to me, after I was finished addressing Plaintiff's case;
>
> In Plaintiff's Motion to Recuse, Plaintiff stated, "On August 16 2017 in Room I was abuse by Judge Schwartz and 'toutrue' by 'he' JA and 'blaif' because of my Disability and been wheelchair bound Judge refuse to hear my case and accept service from local law and enforcement of return of service I am and fear of this Judge".

This Court cannot preside over a case in which Plaintiff makes such horribly false accusations about my staff and me that defame our high integrity and high level of professionalism. As a note, Plaintiff's reference to my "JA" was incorrect. That was my Deputy Clerk, who was trying hard to explain again what I had explained to Plaintiff about how service is properly effectuated under Florida law.

**Therefore, it is ORDERED AND ADJUDGED** that the undersigned County Court Judge hereby recuses herself in this cause, and that this matter shall be reassigned by the Clerk of this Court by blind filing.

**DONE AND ORDERED** at Dade County, Florida, on this _ day of August, 2017.

SIGNED AND DATED

AUG 22 2017

JUDGE CARYN CANNER SCHWARTZ
COUNTY COURT JUDGE

---

**CARYN CANNER SCHWARTZ**
**COUNTY COURT JUDGE**

**Copies furnished to:**

**PAULLETTE HIGGINS**
**PO BOX #10616**
**MIAMI, FL 33101**

**GUILFORT DIEUVIL**
**8757 BAYSTONE COVE**
**BOYNTON BEACH, FL 33473**

CFN: 20180112155 BOOK 30874 PAGE 3375
DATE:02/26/2018 10:57:58 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE C

IN THE COUNTY COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR, MIAMI DADE, COUNTY, FLORIDA

GUILFORT DIEUVIL
    Plaintiff,
v.
LUCIENNE LEROY, and
ALL OTHERS IN POSSESSION

CASE NO:18-02125 CC 23 (02)
CIVIL DIVISION

    Defendant(s)
_____/

ORDER ON PLAINTIFF'S MOTION FOR FINAL JUDGMENT
FOR TENANT EVICTION

THIS CAUSE, came before the Court upon Plaintiff's Complaint for Eviction, and based on the evidence presented, it is ordered to all sheriffs in Miami- Dade, County, State of Florida

ADJUDGED that Plaintiff, Lorette Pierre, shall recover the subject property from Defendants LUCIENNE LEROY, and ALL OTHERS IN POSSESSION with respect to the tenant eviction, and Plaintiff shall obtain possession of the real property described as follows: 311 NW 201 STREET MIAMI, FL 33169, and $____0____ as court costs,

FOR WHICH IT IS HEREBY ORDERED THE WRITS OF POSSESSION AND EXECUTION NOW BE ISSUED.

DONE AND ORDERED IN MIAMI-DADE, COUNTY, CIRCUIT COURT

SIGNED AND DATED
FEB 22 2018

HONORABLE JUDGE CARYN CANNER SCHWARTZ
COUNTY COURT JUDGE

FINAL ORDER AS TO ALL PARTIES
SRS DISPOSITION
NUMBER _____

IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

Case No: 2014-18813-CC-23 (4)
Division: 04

Nationwide Investment Firm Corp, MKC Investment Group Corp, Lorette Pierre, and Guilfort Dieuvil

Plaintiff(s),

vs.

Yuneisy Martinez Pinillo

Defendant(s).

## FINAL JUDGMENT FOR EVICTION
### AS TO COUNT I ONLY FOR POSSESSION

THIS CAUSE came before the Court upon Count 1 of Plaintiff's Complaint for Eviction and it appearing that the Defendant(s) has been duly served with process, and Defendant(s) failing to deposit funds in Court registry, and Defendant(s) failing to file a written response to Complaint, and Default having been entered:

It is **ORDERED AND ADJUDGED** that the Plaintiff(s), Nationwide Investment Firm Corp, MKC Investment Group Corp, Lorette Pierre, and Guilfort Dieuvil, do have and recover from the Defendant(s), Yuneisy Martinez Pinillo, possession of the following premises located in Miami-Dade County, Florida, to wit: 15210 NW 18th Avenue, Miami Gardens, FL 33054-2905, and the Clerk is hereby directed to issue a Writ of Possession for the aforesaid premises.

It is further **ORDERED AND ADJUDGED** that Plaintiff(s), Nationwide Investment Firm Corp, MKC Investmen Group Corp, Lorette Pierre, and Guilfort Dieuvil, recover judgment against the Defendant(s), Yuneisy Martinez Pinillo, costs in the amount of $ 238 , for which let execution issue.

DONE AND ORDERED in Miami-Dade County, Florida, on Jan 05, 2015.

SIGNED AND DATE
JAN 0 5 2015

County Court Judge

JASON EMILIOS DIMIT
COUNTY COURT JUD(

Copies Furnished To:

J.Conrad Grant, Esq, Kelley & Grant, PA, 399 NW 2nd Ave Suite 222 Boca Raton, FL 33432

Defendant(s)
Yuneisy Martinez Pinillo 15210 NW 18th Avenue, Miami Gardens, FL 33054-2905

Defendant's Attorney

CFN: 20150242715 BOOK 29579 PAGE 2188
DATE: 04/15/2015 04:20:11 PM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CT

IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FL

SAINTILMO, EMMANISE     Case No. 13- 20017-SP-23
                                   Section No. 03

                                   CIVIL DIVISION
         Plaintiff(s)
vs.
DIEUVIL, GUILFORT       Motion, Notice and

                                   Judgment of Dismissal
         Defendant(s)

The Court finds that it does not affirmatively appear from the filing of pleadings, order of court or otherwise for a period of: SIX MONTHS that this action is being prosecuted, IT IS ADJUDGED:

1. Good cause shall be shown why this cause should not be dismissed for lack of prosecution at least five (5) days before the hearing date set in paragraph 2. The showing shall be in writing and filed with the Clerk of Court.

2. If a showing of good cause is timely filed, a hearing on the question shall be held on 4/14/2015 at 1:30 P.M.,

   before Judge LINDA S. STEIN      in Room No. 2-8

   Court Location: NORTH DADE JUSTICE CENTER
                     15555 BISC. BLVD 2ND FLR
                     MIAMI            FL    33160

3. If no showing of good cause is timely filed, this action shall stand dismissed for lack of prosecution without further order of court on the date specified in paragraph 2 without prejudice.

CLOCK IN

FILED
APR 14 2015
CLERK, CIRCUIT & COUNTY COURTS

Done and ordered at Miami-Dade County, Florida, this _____ day of
APR 14 2015
_____
                                                                   Judge

I hereby certify that a copy of the above Motion, Notice and Judgment of Dismissal has been mailed to the ☒ Plaintiff; ___ Plaintiff's attorney; ___ Defendant, and/or Defendant's attorney this _____ day of _____

FEB - 2 2015

BY _____
                                                         A.D.C.

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1st Ave., Suite 2702, Miami, FL. 33128, Telephone (305) 349-7175; TDD (305) 349-7174; Fax (305) 349-7355; at least 7 days before your scheduled court appearance, or immediately upon receiving this notification, if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.

IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CFN: 20160325612 BOOK 30099 PAGE 46:
DATE:06/03/2016 11:41:11 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE

CASE NO: 2013-020514-CC-05
SECTION NO: (06)

Predelus, Iflobert
    Plaintiff(s)

CIVIL DIVISION

vs.

Motion, Notice and
Judgment of Dismissal

Dieuvil, Guilfortet.al.
    Defendant(s)   /

## NOTICE OF LACK OF PROSECUTION

PLEASE TAKE NOTICE that it appears that no activity by filing of pleadings, order of court, or otherwise has occurred for a period of 10 months immediately proceeding service of this notice, and no stay has been issued by the court. Pursuant to 1.420(e) of the Fla.Civ.P., if no such record activity occurs within 60 days following the service of this notice, and if no stay is issued or approved during such 60 day period, this action may be dismissed by the court on its own motion for lack of prosecution at the scheduled hearing set forth below, unless a party shows good cause in writing at least 5 days before the hearing on the motion why the action should remain pending.

## NOTICE OF HEARING ON THE COURT'S MOTION
## TO DISMISS FOR LACK OF PROSECUTION AND ORDER OF DISMISSAL

Pursuant to 1.420 of the Fla.R.Civ.P. the parties are hereby directed to appear before
**Judge Wendell M Graham on June 02, 2016 at 11:00 AM**
**In Room No. DCC-County Chambers 612**   Court Location   DCC-County Chambers 612
73 West Flagler Street
Miami, FL 33130

for a hearing on the Court's Motion to Dismiss this action for lack of prosecution. It shall be the responsibility and burden of the party opposing the dismissal for lack of prosecution to appear at the hearing and to affirmatively demonstrate (1) that there had been record activity within 10 months prior to service of the "Notice" or that the Court had issued a stay of action on stipulation or otherwise which was in effect any time within the 10 months preceding the notice; or (2) that there had been record activity within 60 days immediately following the service of such notice or that the Court had issued a stay of the action on stipulation or otherwise prior to the expiration of the 60 day period. In absence of record activity or of any order staying the action as above described, a party must show good cause in writing at least (5) days before the hearing why the action should remain pending.

The failure of this party opposing the motion to appear at the hearing and to timely file a showing of good cause in writing, if required, shall constitute an abandonment of any justified defenses to the motion and the above styled action shall be dismissed for lack of prosecution WITHOUT further order of court on the date specified above without prejudice.

JUN 0 2 2016

DONE AND ORDERED in Miami-Dade County, Florida this ___ day of _____

County Court Judge Wendell M. Graham

I hereby certify that a copy of the above Motion, Notice and Judgment has been mailed to the
X Plaintiff;  X Plaintiff attorney;  X Defendant, and/or Defendant's Attorney this ___ day of
MAR 2 8 2016  .                                                                 BY_____

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Eleventh Judicial Circuit Court's ADA Coordinator, L.E.T Courthouse Center, 175 NW 1st Ave., Suite 2702, Miami, FL 33128, Telephone (305) 349-7175; TDD (305)349-7174, Fax (305)349-7355 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

FILE COPY