


**ORDERED in the Southern District of Florida on July 31, 2018.**

John K. Olson, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In Re:

GUILFORT DIEUVIL
Debtor.
_____/

Case No. 15-26560-JKO
Chapter 11

### ORDER DISMISSING CASE

This cause came before the Court on July 24, 2018, on Creditor Canyon Isles Homeowners Association, Inc.'s Motion to Dismiss Case (docket entry #339), and, after having examined the case filings and after having heard arguments, it is

ORDERED as follows:

1. Creditor Canyon Isles Homeowners Association, Inc.'s Motion to Dismiss Case is hereby granted.

2.      Accordingly, this case is dismissed with prejudice against the Debtor filing any bankruptcy case in any federal bankruptcy court in the United States of America, under any chapter, for one (1) year from entry of this Order.

3.      In accordance with Local Rule 1002-1(b), the Clerk of Court is directed to refuse to accept for filing any future voluntary petitions submitted by this Debtor if the refiling violates this Order or a prior Order of the Court.

###

Order submitted by:
Joseph Arena, Esq.
SACHS SAX CAPLAN, P.L.
6111 Broken Sound Parkway NW, Suite 200
Boca Raton, FL 33487
(561) 994-4499 voice
jarena@ssclawfirm.com


Joseph Arena, Esq. is directed to serve a copy of the signed Order on all interested parties and file a Certificate of Service conforming with Local Rule 2002-1(F).