# Exhibit B Correspondence From Counsel for Knauf to Balhoff Submitting Position Paper

**From:** Dysart, Danny <ddysart@bakerdonelson.com>
**Sent:** Thursday, August 31, 2017 11:27 AM
**To:** Dan Balhoff <balhoff@pbmbllc.com>; guilf dieuvil <guilf5@hotmail.com>
**Subject:** RE: Dieuvil - 8757 Baystone Cove -- SCHEDULE

Dan,

In regards to the binding mediation of this matter, the Knauf Defendants' Confidential Position Paper and exhibits are included in the below sharefile.

https://bakerdonelson.sharefile.com/d-sef55e5de1f446788

Please let me know if you have any problems downloading the paper or the exhibits.

Thanks,
Danny

>	**From:** Dan Balhoff [mailto:balhoff@pbmbllc.com]
>	**Sent:** Friday, August 11, 2017 4:26 PM
>	**To:** guilf dieuvil; Dysart, Danny
>	**Subject:** Dieuvil - 8757 Baystone Cove -- SCHEDULE
>
>	Friends:
>
>	This is to confirm our telephone conversation of this afternoon.
>
>	Mr. Dysart will email his client's submission and exhibits to Mr. Dieuvil and myself no later than the close of business on September 1.
>
>	Mr. Dieuvil will email his client's submission and exhibits to Mr. Dysart and myself no later than the close of business on September 15.
>
>	Mr. Dieuvil has not yet decided whether he will need live testimony, but will let us know in the near future.
>
>	Thank you.
>
>	Dan Balhoff

1

**Attention:**
The information contained in this message and or attachments is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any system and destroy any copies.

**Thank You.**

Under requirements imposed by the IRS, we inform you that, if any advice concerning one or more U.S. federal tax issues is contained in this communication (including in any attachments and, if this communication is by email, then in any part of the same series of emails), such advice was not intended or written by the sender or by Baker, Donelson, Bearman, Caldwell & Berkowitz, PC to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction or tax-related matter addressed herein.

This electronic mail transmission may constitute an attorney-client communication that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail, so that our address record can be corrected.

################################################################################ Attention: The information contained in this message and or attachments is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any system and destroy any copies. Thank You.
################################################################################