# Exhibit C Correspondence From Dieuvil to Special Master Balhoff on Spouse Testimony

# Clementin, Maria

| | |
|---|---|
| **From:** | Guilf Dieuvil <guilf5@hotmail.com> |
| **Sent:** | Wednesday, October 4, 2017 2:39 PM |
| **To:** | Daniel J. Balhoff |
| **Cc:** | ddysart@bakerdonelson.com |
| **Subject:** | Re: CDW Dieuvil |

Dear Honorable Balhoff;

Thanks for the prompt response. Since my wife testimony will not be necessary, then I will let her know about it.
Evidently all physical KPT Drywalls samples, and all others related evidences were collected, labeled photographed, videotaped and preserved by Glhomes/builder in compliance with PTO 1(B) requirements, when Glhomes performed the initial demolition of the home in 2010. Unfortunately Knauf's defective drywalls contaminated, desecrated, damaged and impaired the entire house and corroded the entire copper, HVAC coil Materials, and electrical system, with their high levels of sulfur, and toxic chemicals. Glhomes preserved and transferred to me the physical samples of Knauf's defective drywalls and all related evidences in October 2015. Those evidences are still being preserved in compliance with PTO 1(B), and the house still remained vacant and unfinished.

I will make certain that Mr Dysart receives copy of all emails correspondences moving forward, and I am waiting to hear from your office at your convenient time.

Once again thank you.

Guilfort Dieuvil

---

**From:** Dan Balhoff <balhoff@pbmbllc.com>
**Sent:** Wednesday, October 4, 2017 10:01 AM
**To:** Guilf Dieuvil
**Cc:** Dysart, Danny
**Subject:** RE: CDW Dieuvil

Mr. Dieuvil:

When communicating with me, please copy Mr. Dysart unless there is a very good reason not to do so.

I have reviewed the parties' position papers. It appears this matter will turn on the issue of whether you complied with PTO 1(B). I have ruled on this issue many times in the past, and it solely depends upon the documentary/photographic evidence that the two sides have produced (and it is a relatively clear-cut standard). Unless your wife's testimony adds to this issue, I do not believe that it is necessary.

Thank you.

Dan Balhoff

**From:** Guilf Dieuvil [mailto:guilf5@hotmail.com]
**Sent:** Tuesday, October 3, 2017 3:28 AM
**To:** Dan Balhoff <balhoff@pbmbllc.com>
**Subject:** Re: CDW Dieuvil

Dear Honorable Balhoff;

I have received confirmation that opposing party counsel has already received a duplicate copy of the package a while ago, and that package consist the followings:

 1 - Booklet with about 177 pages

 2 - A USB that has multiple pictures of KPT's drywall, related evidences, also several videos

 3 - Some enlargement pictures of full board sheets of KPT Drywalls

Please let me know, if you were able to access everything successfully as well.

I don't know, if the time would be permissible for you to take my wife live testimony or not prior of making your final decision. Perhaps the information contains in the package may be enough for you to make final decision with respect to this case. Please let me know.

Once again my apology about the unexpected delay, due to hurricane Irma, and I sincerely thank you for your understanding and corporation. If you have any question or concern, please do not hesitate to call or email me at anytime.

Thank you for your kindness.

Best regards

Guilfort Dieuvil

Cell: 786-344-5497

---

**From:** Dan Balhoff <balhoff@pbmbllc.com>
**Sent:** Tuesday, September 26, 2017 3:55 PM
**To:** Dysart, Danny
**Cc:** Guilf Dieuvil
**Subject:** CDW Dieuvil

Danny:

I received a submission from Mr. Dieuvil today.  Did you receive a copy?  It is too voluminous for me to email.

Dan Balhoff

---

**Attention:**
The information contained in this message and or attachments is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material.  Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any system and destroy any copies.

**Thank You.**

---

**Attention:**
The information contained in this message and or attachments is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material.  Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any system and destroy any copies.
**Thank You.**