UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** THE MITCHELL CO., INC., NO. 09-4115

## ORDER

**IT IS ORDERED** that oral argument on Plaintiffs' motion for class certification, R. Docs. 20857, 20865, shall take place immediately following the Court's June 19, 2019 monthly status conference in the Courtroom of the Honorable Eldon E. Fallon.

New Orleans, Louisiana, this 10th day of May, 2019.

_____
UNITED STATES DISTRICT JUDGE

1