UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, Case No. 2:11-cv-01395 (E.D. La.) (LA) | |

### JOINT MOTION TO EXTEND DEADLINES TO COMPLETE EXPERT WITNESS DISCOVERY

NOW INTO COURT, come the Plaintiffs' Steering Committee and Defendants Taishan Gypsum Co., Ltd., and Tai'an Taishan Plasterboard Co., Ltd., and Defendant BNBM, PLC (the "Parties"), who jointly move this Court for an order extending the deadline to complete expert witness discovery. The Parties respectfully request that the Court extend the current Louisiana *Amorin* Discovery Schedule as follows:

1. May 30, 2019: Plaintiffs must furnish expert witness lists to the Defendants, along with the summaries/reports required by Fed. R. Civ. P. 26(a)(2), and only those expert witnesses shall be permitted to testify;

    i. Within the fourteen-day period thereafter, Plaintiffs shall make their experts available for depositions to Defendants

2. June 26, 2019: Defendants must furnish expert witness lists to the Plaintiffs, along with the summaries/reports required by Fed. R. Civ. P. 26(a)(2), and only those expert witnesses shall be permitted to testify;

      i.    Within the twenty-one-day period thereafter, Defendants shall make their experts available for depositions to Plaintiffs.

3. July 17, 2019: Close of Expert Discovery

The relief sought herein is not sought for purposes of improper delay and will not impact any deadlines of this Court other than the deadlines identified herein, which the Parties propose extending by only three weeks. Granting the relief requested herein would serve the interests of justice and will enable the Parties to better present their respective positions to the Court which will, in turn, assist the Court in making its necessary determinations.

WHEREFORE, the Parties jointly request that this Honorable Court enter the attached proposed order granting this Joint Motion to Extend Expert Witness Discovery.

Dated: May 15, 2019

Respectfully submitted,

/s Russ M. Herman
Russ M. Herman, LA Bar No. 6819
Leonard A. Davis, LA Bar No. 14190
Stephen J. Herman, LA Bar No. 23129
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com

Arnold Levin
Fred S. Longer
Sandra L. Duggan
Levin, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
alevin@lfsblaw.com

Plaintiffs' Lead Counsel
and *Amorin* Class Counsel

/s Christina Hull Eikhoff
Bernard Taylor, GA Bar No. 669625)
Michael P. Kenny, GA Bar No. 415064
Christina Hull Eikhoff, GA Bar No. 242539
David Venderbush, NY Bar No. 2920817
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
bernard.taylor@alston.com
mike.kenny@alston.com
christy.eikhoff@alston.com
david.venderbush@alston.com

Counsel for Taishan Gypsum Co.,
Ltd. and Tai'an Taishan
Plasterboard Co., Ltd.

| | |
|---|---|
| Alan Dean Weinberger, LA Bar No. 13331<br>HANGARTNER, RYDBERG &<br>TERRELL, LLC<br>One Shell Square<br>701 Poydras Street, Suite 310<br>New Orleans, Louisiana 70179<br>Phone: (504) 434-6815 | Fax: (504) 522-5689<br>aweinberger@hanrylaw.com<br><br>Local Counsel for Taishan Gypsum<br>Co., Ltd. and Tai'an Taishan<br>Plasterboard Co., Ltd. |
| /s L. Christopher Vejnoska<br>L. Christopher Vejnoska, CA Bar No. 96082<br>ORRICK, HERRINGTON &<br>SUTCLIFFE LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105<br>Tel: 415-773-5700<br>cvejnoska@orrick.com | James L. Stengel, NY Bar No. 1800556<br>Xiang Wang, NY Bar No. 4311114<br>ORRICK, HERRINGTON &<br>SUTCLIFFE LLP<br>51 West 52nd Street<br>New York, NY, 10019<br>Tel: 212-506-5000<br>jstengel@orrick.com<br>xiangwang@orrick.com |

Counsel for CNBM Co., Ltd., BNBM
(Group) Co., Ltd., and BNBM PLC

Ewell E. Eagan, Jr., LA Bar No. 5239
Donna Phillips Currault, LA Bar No. 19533
GORDON, ARATA, MONTGOMERY,
BARNETT, MCCOLLAM, DUPLANTIS &
EAGAN, LLC
201 St. Charles Avenue, 40th Floor
New Orleans, LA 70170-4000
Tel: (504) 582-1111
eeagan@gamb.law
dcurrault@gamb.law

Counsel for CNBM Co., Ltd.

Harry Rosenberg, LA Bar No. 11465
Phelps Dunbar LLP
365 Canal St., Suite 2000
New Orleans, LA 70130
Tel: (504) 566-1311
Email: Harry.Rosenberg@Phelps.com

Counsel for BNBM (Group) Co., Ltd.,
and BNBM PLC