# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO:**<br><br>*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, Case No. 2:11-cv-01395 (E.D. La.) (LA) | |

## ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES TO COMPLETE EXPERT WITNESS DISCOVERY

Considering the Joint Motion to Extend Deadlines to Complete Expert Witness Discovery,

IT IS ORDERED that the motion is GRANTED;

IT IS FURTHER ORDERED that the following deadlines are amended as follows:

　　a.　May 30, 2019: Plaintiffs must furnish expert witness lists along with summaries/reports;

　　b.　June 26, 2019: Defendants must furnish expert witness lists along with summaries/reports;

　　c.　July 11, 2019: Close of Expert Discovery.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2019.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Eldon E. Fallon
　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge