UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:**
*Claimant Guilfort Dieuvil*

## ORDER

Before the Court is a "Motion in Limine to Prevent Claimant Guilfort Dieuvil from Introducing Any New Testimony and/or Evidence at the Hearing Regarding the Objection to the Special Master's Order and Decree" filed by Knauf. R. Doc. 22234. The motion is opposed. R. Doc. 22239. Knauf has filed a reply. R. Doc. 22240. The Court finds oral argument is appropriate. Accordingly;

**IT IS ORDERED** that the Court shall hear oral argument on the motion in the Courtroom of Judge Eldon Fallon on May 17, 2019, following the Court's Monthly Status Conference.

New Orleans, Louisiana, this 15th day of May, 2019.

_____
United States District Judge