UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, Case No. 2:11-cv-01395 (E.D. La.) (LA) | |

**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES TO COMPLETE EXPERT WITNESS DISCOVERY**

Considering the Joint Motion to Extend Deadlines to Complete Expert Witness Discovery,

IT IS ORDERED that the motion is GRANTED;

IT IS FURTHER ORDERED that the following deadlines are amended as follows:

   a. May 30, 2019: Plaintiffs must furnish expert witness lists along with summaries/reports;

   b. June 26, 2019: Defendants must furnish expert witness lists along with summaries/reports;

   c. July 17, 2019: Close of Expert Discovery.

NEW ORLEANS, LOUISIANA, this  16th  day of    May    , 2019.

_____
Eldon E. Fallon
United States District Court Judge