MINUTE ENTRY
FALLON, J.
MAY 17, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED          MDL NO. 2047
DRYWALL PRODUCTS LIABILITY LITIGATION

SECTION: L

THIS DOCUMENT RELATES TO:           JUDGE FALLON
REF: 13-609 – Guilfort Dieuvil       MAGISTRATE WILKINSON

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Nichelle Drake

Appearances:  Kerry Miller, Esq. for Knauf Defendants
              Russ Herman, Esq. for Plaintiff Guilfort Dieuvil

In Limine Motion of the Knauf Defendants, to Prevent Claimant Guilfort Dieuvil from Introducing Any New Testimony and/or Evidence at the Hearing Regarding the Objection to the Special Master's Order and Decree

After Argument – Motion was taken under submission

JS10:    :47