```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

***************************************************************
IN RE:  CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION

                                MDL No. 2047
VS.                             Section "L"
                                New Orleans, Louisiana
                                May 17, 2019

THIS DOCUMENT RELATES TO ALL CASES
***************************************************************


                  TRANSCRIPT OF STATUS CONFERENCE
            HEARD BEFORE THE HONORABLE ELDON E. FALLON
                  UNITED STATES DISTRICT JUDGE


APPEARANCES:

FOR THE PLAINTIFFS' LIAISON COUNSEL:

                                RUSS M. HERMAN
                                LEONARD DAVIS
                                HERMAN HERMAN KATZ
                                820 O'KEEFE AVENUE
                                NEW ORLEANS, LA 70113

                                SANDRA L. DUGGAN
                                LEVIN, FISHBEIN, SEDRAN & BERMAN
                                510 WALNUT STREET, SUITE 500
                                PHILADELPHIA, PA 19106

FOR THE TAISHAN GYPSUM CO., LTD,
AND TTP CO., LTD.:

                                CHRISTINA H. EIKHOFF
                                BERNARD TAYLOR, SR.
                                ALSTON & BYRD
                                ONE ATLANTIC CENTER
                                1201 WEST PEACHTREE STREET
                                ATLANTA, GA 30309



APPEARANCES CONTINUED
```

```
FOR THE KNAUF LIAISON COUNSEL:

                              KERRY J. MILLER
                              DANIEL S. DYSART
                              FISHMAN HAYGOOD, LLP
                              201 ST. CHARLES AVENUE
                              SUITE 3600
                              NEW ORLEANS, LA 70170

FOR THE TAISHAN, BNMB ENTITIES
AND CNMB ENTITIES LIAISON COUNSEL:

                              HARRY ROSENBERG
                              PHELPS DUNBAR
                              365 CANAL STREET
                              SUITE 2000
                              NEW ORLEANS, LA 70130


Official Court Reporter:     Nichelle N. Drake, RPR, CRR
                             500 Poydras Street, B-275
                             New Orleans, Louisiana 70130
                             (504) 589-7775

     Proceedings recorded by mechanical stenography,
transcript produced via computer.
```

| | | |
|---|---|---|
| | 1 | **P R O C E E D I N G S** |
| 09:01:18AM | 2 | (Call to order of the court.) |
| 09:01:18AM | 3 | THE DEPUTY CLERK: MDL No. 2047, *In Re:* |
| 09:01:22AM | 4 | *Chinese-Manufactured Drywall Products Liability Litigation.* |
| 09:01:24AM | 5 | THE COURT: Liaison Counsel, make your appearance for |
| 09:01:26AM | 6 | the Court first. |
| 09:01:29AM | 7 | MR. HERMAN: May it please the Court, good morning, |
| 09:01:32AM | 8 | Judge Fallon. I'm Russ Herman. I'm here on behalf of the |
| 09:01:39AM | 9 | PSC. |
| 09:01:41AM | 10 | MR. ROSENBERG: Good morning, Judge Fallon. Harry |
| 09:01:45AM | 11 | Rosenberg, liaison counsel for Taishan, BNMB and CNMB, Your |
| 09:01:45AM | 12 | Honor. |
| 09:01:45AM | 13 | THE COURT: Okay. Thank you. |
| 09:01:50AM | 14 | MR. MILLER: Judge, Kerry Miller, liaison counsel for |
| 09:01:51AM | 15 | Knauf. |
| 09:01:53AM | 16 | THE COURT: We're here today for our monthly status |
| 09:01:55AM | 17 | conference and also any motions. I met with the parties a |
| 09:01:59AM | 18 | moment ago to discuss the agenda. We'll take it in the order |
| 09:02:03AM | 19 | presented. |
| 09:02:09AM | 20 | MR. HERMAN: If, Your Honor, please, this is Joint |
| 09:02:12AM | 21 | Report of Status Conference 111. It is 38 pages long. About |
| 09:02:24AM | 22 | 70 percent or 80 percent of it is history of what's happened |
| 09:02:30AM | 23 | in the preceding 110 Status Report beginning generally in |
| 09:02:39AM | 24 | 2018 and 2019. |
| 09:02:44AM | 25 | As I made my way through it, I noted the May orders |

```
09:02:52AM   1    issues, et cetera.  I'd like to call on Sandy Duggan who will
09:02:59AM   2    report to the Court on the various activities which are
09:03:04AM   3    occurring and have occurred in Florida.  And Bernard or
09:03:11AM   4    Christy may -- may want to amplify.
09:03:11AM   5              THE COURT:  All right.
09:03:17AM   6              MS. DUGGAN:  Good morning, Your Honor, Sandra Duggan
09:03:20AM   7    for the plaintiffs.
09:03:21AM   8              Your Honor remanded 175 *Amorin* cases to the Eastern
09:03:26AM   9    District of Virginia before Judge Mark Davis on April 30th of
09:03:29AM  10    this year.  The parties appeared before Judge Davis to engage
09:03:35AM  11    in oral argument on competing plans for resolution of those
09:03:39AM  12    cases.  That motion -- those motions are now pending before
09:03:41AM  13    the Court.
09:03:42AM  14              Your Honor also remanded approximately 30 actions in
09:03:46AM  15    *Brooke* to the Eastern District of Virginia.  Those have gone
09:03:51AM  16    to Judge Smith.  The plaintiffs yesterday filed a notice of
09:03:55AM  17    related action before Judge Davis with the intention that the
09:03:58AM  18    30 cases get transferred to Judge Davis, but we don't have
09:04:01AM  19    any word from the Court on that.
09:04:01AM  20              Approximately 1,700 cases were remanded to Florida,
09:04:05AM  21    Southern District of Florida, before Judge Cooke.  Those
09:04:08AM  22    cases have been proceeding on an aggressive schedule.  We
09:04:14AM  23    right now have appeared before the Special Master on
09:04:17AM  24    remediation damages.  There have been two hearings before the
09:04:21AM  25    Special Master; one was on product ID and one was on various
```

```
09:04:26AM   1   contests and requests for setoffs by the defendants.
09:04:27AM   2           The Special Master has issued a Report and
09:04:31AM   3   Recommendation on product ID.  The plaintiffs have filed
09:04:35AM   4   objections to that report, and they are pending right now
09:04:37AM   5   before Judge Cooke.  The Special Master issued a two-part
09:04:42AM   6   Report and Recommendation on the contests, the first report
09:04:44AM   7   and the second report.  The second report was filed on
09:04:47AM   8   May 10th, and the parties have until May 31st to file
09:04:51AM   9   objections to the Special Master's Report and Recommendation
09:04:54AM  10   on the various contests.
09:04:56AM  11           THE COURT:  What's the special master's name there?
09:04:59AM  12           MS. DUGGAN:  Tiffani Lee.  She's with Holland &
09:05:04AM  13   Knight and she was appointed by the Court.
09:05:07AM  14           And a separate track from the remediation damages
09:05:07AM  15   resolution, we have 20 priority plaintiffs in Florida that
09:05:10AM  16   have been deposed.  Experts were named by both sides and
09:05:16AM  17   expert discovery has closed.  And the parties are currently
09:05:20AM  18   negotiating a joint pretrial stipulation that is due on
09:05:24AM  19   May 31st.  The parties have to provide short paragraphs,
09:05:29AM  20   mutual paragraphs, on each plaintiff to be read at *voir dire*.
09:05:31AM  21   The parties can exchange motions *in limine*, and there's
09:05:35AM  22   various other requirements.  And it has to be a joint
09:05:38AM  23   submission.  And we're in the process right now of
09:05:38AM  24   negotiating that, and that will get filed at the end of this
09:05:41AM  25   month.
```

```
09:05:41AM   1          On the Judge's calendar, set for July 22nd, is a
09:05:45AM   2   two-week period for the trials of the 20 priority plaintiffs
09:05:49AM   3   non-remediation damages.
09:05:51AM   4          THE COURT:  Do you know whether they're going to go
09:05:53AM   5   at one time or --
09:05:55AM   6          MS. DUGGAN:  No filings have been made yet.  The
09:05:58AM   7   plaintiffs are contemplating various groupings, and we just
09:06:04AM   8   have not reached the stage yet where we submit anything
09:06:06AM   9   either to the defendants or to the Court, but we -- that is
09:06:08AM  10   our intention to provide some sort of groupings of the
09:06:12AM  11   plaintiffs based on similarity of their cases.
09:06:16AM  12          Now, the Court also remanded 846 *Brooke* actions to
09:06:21AM  13   the Southern District of Florida.  And those went to Judge
09:06:24AM  14   Williams.  The plaintiffs filed a notice of related action
09:06:27AM  15   thinking they would get transferred to Judge Cooke, but last
09:06:30AM  16   week on Thursday, the parties appeared in Miami for a hearing
09:06:34AM  17   before Judge Cooke -- excuse me, before Judge Williams.  And
09:06:37AM  18   it is not entirely clear that she will be transferring them
09:06:40AM  19   to Judge Cooke.
09:06:42AM  20          She had an argument that lasted approximately
09:06:45AM  21   45 minutes, asked a lot of questions about why we're here and
09:06:49AM  22   how can we resolve these cases.  She ordered the parties to
09:06:54AM  23   submit a joint pretrial scheduling order by June 7th, and
09:06:57AM  24   we're in the process of talking to the defense about that.
09:07:02AM  25          THE COURT:  All right.  Christy, anything?
```

| | | |
|---|---|---|
| 09:07:06AM | 1 | MS. EIKHOFF: Your Honor, I appreciate Ms. Duggan's |
| 09:07:11AM | 2 | status report. The only thing I would add from the |
| 09:07:14AM | 3 | defendants' prospective is with respect to the order of the |
| 09:07:17AM | 4 | 20 priority plaintiff trials that has not been resolved. In |
| 09:07:21AM | 5 | fact, we haven't even really had any discussions with the |
| 09:07:25AM | 6 | plaintiffs. So today was the first we're hearing about them |
| 09:07:30AM | 7 | contemplating groupings. It has been our position that they |
| 09:07:32AM | 8 | should be taken in order one-by-one but -- in sequence so |
| 09:07:37AM | 9 | that it can be done efficiently. But we will continue to |
| 09:07:41AM | 10 | discuss that, and if the Court needs to weigh in on that, |
| 09:07:44AM | 11 | Judge Cooke will. |
| 09:07:46AM | 12 | Thank you. |
| 09:07:47AM | 13 | THE COURT: All right. Thank you. |
| 09:07:48AM | 14 | Anything else? |
| 09:07:51AM | 15 | MR. HERMAN: May it please the Court, we're now |
| 09:07:59AM | 16 | dealing with other issues. I think that the status report |
| 09:08:04AM | 17 | makes clear that there's some tax issues that really only |
| 09:08:12AM | 18 | involve two parties who are third parties who have been |
| 09:08:16AM | 19 | working in this case on behalf of everyone, and I'm not going |
| 09:08:22AM | 20 | to cover those. |
| 09:08:25AM | 21 | Under section 4, page 9 and 10, an extension was |
| 09:08:35AM | 22 | granted in discovery. And I'll keep my remarks to *Amorin* |
| 09:08:43AM | 23 | cases at this point. Further at page 25, the R.S. Means data |
| 09:08:54AM | 24 | has been updated; and under the same rule or same agenda |
| 09:09:05AM | 25 | item, the Florida cases at page 32 and progress of them has |

```
09:09:09AM   1   been reported.  And at page 37, there are references to the
09:09:17AM   2   Virginia cases and where we are.
09:09:23AM   3             On the agenda at 8 are the attorney fee issues in
09:09:32AM   4   Knauf settlement among lawyers claiming fees.  They filed a
09:09:39AM   5   number of motions.  All have been ruled on and the motions
09:09:45AM   6   have been dismissed.
09:09:49AM   7             THE COURT:  Do you know whether there's been any
09:09:51AM   8   appeals from those rulings yet?
09:09:53AM   9             MR. HERMAN:  No, sir.  I did check this morning and
09:09:56AM  10   found no appeals yet.  I might add as a matter of
09:10:05AM  11   professional courtesy -- I do not see any of the lawyers that
09:10:09AM  12   have filed appeals in the courtroom, but perhaps there are
09:10:16AM  13   some on the phone.
09:10:25AM  14             There's a matter set for hearing at page 31, but to
09:10:31AM  15   get through this docket and get through this proposed agenda,
09:10:39AM  16   what I did is, I went through this 38-page Status Conference
09:10:47AM  17   Report, Status Conference 111, to look at various issues in
09:10:56AM  18   May.
09:10:57AM  19             At page 10, on May 15th, a motion was filed to extend
09:11:07AM  20   in *Amorin* the trial plan matters, and that's Document No.
09:11:15AM  21   22243.  The next thing that I noted was at page 16,
09:11:30AM  22   appellants filed a brief on jurisdiction orders on May 8th.
09:11:48AM  23   Of note, at page 25 are two issues, on May 3rd, Document No.
09:11:56AM  24   22237.  Your Honor issued on May 3rd an order regarding
09:12:10AM  25   former owners.  That's at 22237.  And, also, again, I make
```

```
09:12:20AM   1    reference to updating the R.S. Means report at 22235 document
09:12:26AM   2    number.
09:12:27AM   3             Either Kerry Miller or Dan Dysart may want to talk
09:12:36AM   4    about the depositions that are scheduled for -- for today.
09:12:43AM   5             MR. DYSART:  Good morning, Judge Fallon.  Danny
09:12:45AM   6    Dysart on behalf of Knauf defendants.
09:12:48AM   7             On page 25 to 28, this is section 6, the Bennett
09:12:53AM   8    action.  Following the Court's last hearing on our motion to
09:12:58AM   9    strike and the Court's order, we have gone ahead and started
09:13:01AM  10    to set the Louisiana depositions and inspections for the
09:13:06AM  11    Louisiana claimants.  The depositions are going to commence
09:13:09AM  12    today.  Inspections are going to follow in the coming weeks
09:13:13AM  13    through June.  And after that, we will continue on through
09:13:15AM  14    the Florida plaintiffs, Alabama, Mississippi, and I believe
09:13:20AM  15    Texas.
09:13:21AM  16             It is possible that discovery issues will arise
09:13:23AM  17    during that time in terms of document productions and things
09:13:26AM  18    that we discussed during the hearing when we were here last.
09:13:29AM  19    We will raise those with the Court as necessary after meet
09:13:38AM  20    and conferring with opposing counsel.
09:13:38AM  21             One other matter is that as we work through these I
09:13:39AM  22    believe we have a discovery cutoff in July.  Depending on how
09:13:44AM  23    fast we get through the depositions and inspections we may
09:13:47AM  24    come back to Your Honor in terms of extending that deadline
09:13:51AM  25    to get everything wrapped up.
```

```
09:13:51AM   1            THE COURT:  All right.  Confer with counsel.  If you
09:13:52AM   2   need me, I can even set a periodic, you know, meeting or
09:13:57AM   3   something to deal with it if it becomes problematic.  We'll
09:14:02AM   4   just do it every Thursday or second Thursday, something like
09:14:05AM   5   that.
09:14:06AM   6            MR. DYSART:  Thank you, Your Honor.
09:14:19AM   7            THE COURT:  Is that it, Russ?
09:14:19AM   8            MR. HERMAN:  Yes, Your Honor.
09:14:20AM   9            THE COURT:  Anything further other than the motion?
09:14:24AM  10            MR. HERMAN:  Excuse me, Your Honor?
09:14:25AM  11            THE COURT:  Anything further other than the motion?
09:14:28AM  12            MR. HERMAN:  No, sir.  I just note the May issues and
09:14:30AM  13   the rulings on the attorney's fees that Your Honor made in
09:14:30AM  14   the last day or so denying all of the motions and that
09:14:42AM  15   basically concludes the status report unless other
09:14:48AM  16   counsel have --
09:14:48AM  17            THE COURT:  Anything else, Harry?
09:14:50AM  18            MR. ROSENBERG:  No, Your Honor, other than I know the
09:14:53AM  19   Court's going to acknowledge the date for the next status
09:14:56AM  20   conference.
09:14:56AM  21            THE COURT:  Yeah.  The next status conference is
09:14:59AM  22   June 19th.  And it's agreeable by counsel that we not set the
09:15:03AM  23   one in July until the June 19th meeting, and then we will
09:15:07AM  24   pick another date in July if necessary.
09:15:09AM  25            MR. ROSENBERG:  That's correct, Your Honor.
```

| | | |
|---|---|---|
| 09:15:10AM | 1 | THE COURT:  Thank you very much.  Anything further? |
| 09:15:10AM | 2 | MR. ROSENBERG:  No, Your Honor. |
| 09:15:12AM | 3 | THE COURT:  Let's take a break and then I'll come |
| 09:15:14AM | 4 | back and we'll deal with the motion. |
| | 5 | * * * * |
| | 6 | (WHEREUPON, the proceedings were adjourned.) |
| | 7 | * * * * |

REPORTER'S CERTIFICATE

I, Nichelle N. Drake, RPR, CRR, Official Court Reporter, United States District Court, Eastern District of Louisiana, do hereby certify that the foregoing is a true and correct transcript, to the best of my ability and understanding, from the record of the proceedings in the above-entitled and numbered matter.

    /s/ Nichelle N. Drake
    Official Court Reporter