# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:<br>CHINESE-MANUFACTURED DRYWALL<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>*Guilfort Dieuvil* | |

## ORDER & REASONS

Before the Court is a motion *in limine* to "Prevent Claimant Guilfort Dieuvil from Introducing Any New Testimony and/or Evidence at the Hearing Regarding the Objection to the Special Master's Order and Decree," filed by the Knauf Defendants. R. Doc. 22234. The motion is opposed. R. Doc. 22239. Defendants have filed a reply. R. Doc. 22240.

This motion concerns an objection to the special master's findings filed by Claimant Guilfort Dieuvil, R. Doc. 21104, which the Court set for hearing, R. Doc. 22173. The Knauf Defendants filed the instant motion in advance of the hearing, seeking to exclude certain evidence they believed Mr. Dieuvil intended to present at the hearing that were not presented to the special master. The disputed evidence which formed the basis of the motion turned out to be: (1) a box containing physical evidence of which the special master only had pictures or nearly illegible hand-written notes describing the contents of the boxes, (2) the report of JES, and (3) the report of Velez.

The Court heard oral argument on the motion on May 17, 2019. During oral argument, Defendants stated they had no objection to admitting the physical evidence, and Claimant represented he no longer intended to introduce the two expert reports. Thus, the dispute was resolved. Accordingly;

**IT IS ORDERED** that motion *in limine* to "Prevent Claimant Guilfort Dieuvil from Introducing Any New Testimony and/or Evidence at the Hearing Regarding the Objection to the Special Master's Order and Decree," filed by the Knauf Defendants, R. Doc. 22234, be and hereby is **DENIED AS MOOT**.

New Orleans, Louisiana on this 20th day of May, 2019.

                                                     Eldon E. Fallon
                                            U.S. District Court Judge