UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO:**<br><br>*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, **Case No. 2:11-cv-01395 (E.D. La.) (LA)** | |

**ORDER GRANTING MOTION FOR A LIMITED STAY TO FINALIZE THE SETTLEMENT AGREEMENT & REQUEST FOR A JOINT STATUS CONFERENCE REGARDING COORDINATION FOR APPROVAL OF THE SETTLEMENT**

THIS MATTER is before the Court on the parties' Joint Notice of Proposed Global Class Action Settlement and Motion for a Limited Stay to Finalize the Settlement Agreement & Request for a Joint Status Conference Regarding Coordination for Approval of the Settlement. The Court, having reviewed the aforementioned notice and motion, and being fully advised in the premises, hereby ORDERS and ADJUDGES as follows:

1. The Motion for a Limited Stay to Finalize the Settlement Agreement & Request for a Joint Status Conference Regarding Coordination for Approval of the Settlement IS GRANTED.

2. The parties have advised the Court that they have signed a term sheet in furtherance of settling this matter and need 21 days, through and until June 14, 2019, to finalize the Settlement Agreement. Accordingly, this matter is STAYED through and until June 14, 2019. If the parties do not reach a Settlement Agreement by June 14, 2019, or otherwise apply for an extension of the stay, the stay is automatically lifted and the all of the Court's deadlines are reinstated in full.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2019.

_____
Eldon E. Fallon
United States District Court Judge