UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, **Case No. 2:11-cv-01395 (E.D. La.) (LA)**<br><br>*Brooke et al. v. State-Owned Assets Supervision and Administration Commission of the State Council, et al.*, **Case No. 15-4127 (E.D. La.)** | |

**JOINT NOTICE OF PROPOSED GLOBAL CLASS ACTION SETTLEMENT AND (CORRECTED) MOTION FOR A LIMITED STAY TO FINALIZE THE SETTLEMENT AGREEMENT & REQUEST FOR A JOINT STATUS CONFERENCE REGARDING COORDINATION FOR APPROVAL OF THE SETTLEMENT**

The parties mediated this matter on May 22-23, 2019. At that mediation, the parties agreed to a Term Sheet intending to resolve the entirety of the *Amorin* and *Brooke* matters pending in MDL 2047 in the Eastern District of Louisiana, the Southern District of Florida, and the Eastern District of Virginia, including Class Members in the *Amorin* Class certified by Judge Fallon in the MDL in *In re Chinese-Manufactured Prod. Liab. Litig.*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs")[1] and all Plaintiffs who are named on one or more of the *Brooke* Complaints[2] ("*Brooke*" Plaintiffs"). Accordingly, in order to finalize the Settlement Agreement

---

[1]  Certain *Amorin* Plaintiffs in Florida previously entered into settlement agreements with Defendant Taishan to resolve all of their claims ("Prior Settled Claims").  Execution of those prior settlement agreements has been stayed by the Florida Court, and the performance of those agreements will be addressed at a hearing in the Southern District of Florida on June 5, 2019.  The Prior Settled Claims are not covered by the Term Sheet.

[2] The operative *Brooke* Complaints are: *Brooke, et al. v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al.*, Civ. Action No. 15-4127 (E.D. La.); *Brooke, et al. v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al.*, Civ. Action No. 15-6631 (S.D. Fla.) (Miami Case No. 15-24348); *Brooke, et al. v. The State-Owned Assets Supervision*

and to submit it to the Courts for preliminary approval, the parties request a 21-day stay of the litigation, through and until June 14, 2019. If the parties do not reach a Settlement Agreement by June 14, 2019, or otherwise apply to extend the stay, the stay will automatically be lifted. The parties request the stay not to delay this matter, but to focus their resources on the resolution of this complex and protracted litigation.

Additionally, in order to efficiently coordinate the approval of the Settlement Agreement across the various Courts, the parties seek the Courts' guidance and request a joint status conference with the Courts to discuss the same.

A Notice and Motion [Rec. Doc. 22258] and Proposed Order [Rec. Doc. 22258-1] were originally submitted on May 24, 2019; this corrected filing is being submitted, out of an abundance of caution, with a revised caption, to make it clear that such stay will apply to the *Brooke* actions, as well as *Amorin*.

WHEREFORE, the Parties respectfully request that this Honorable Court enter an order staying the instant case and all deadlines in this matter through and until June 14, 2019, and that the Court set a status conference to discuss coordinated approval of the anticipated Settlement Agreement.

Dated: May 25, 2019.

Respectfully submitted,

| | |
|---|---|
| /s/ Stephen J. Herman | /s/ Christina Hull Eikhoff |
| Russ M. Herman (La Bar No. 6819) | Bernard Taylor |
| Leonard A. Davis (La Bar No. 14190) | Christina Hull Eikhoff |
| Stephen J. Herman (La. Bar No. 23129) | ALSTON & BIRD LLP |
| Herman, Herman & Katz, LLC | 1201 West Peachtree Street |
| 820 O'Keefe Avenue | Atlanta, Georgia 30309 |
| New Orleans, LA 70113 | Phone: (404) 881-7000 |
| Phone: (504) 581-4892 | Fax: (404) 881-7777 |
| Fax: (504) 561-6024 | bernard.taylor@alston.com |
| sherman@hhklawfirm.com | christy.eikhoff@alston.com |
| *Plaintiffs Liaison Counsel* | *Counsel for Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd.* |
| Arnold Levin | |
| Sandra Duggan | |
| Fred S. Longer | /s L. Christopher Vejnoska |
| Levin, Sedran & Berman | L. Christopher Vejnoska |

---

and Administration Commission of the State Council, et al.*, Civ. Action No. 15-6632 (E.D. Va.) (Norfolk Case No. 15-506).

510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
alevin@lfsblaw.com

*Plaintiffs' Lead Counsel*

ORRICK, HERRINGTON &
SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Tel: 415-773-5700
cvejnoska@orrick.com

*Counsel for BNBM PLC*

# CERTIFICATE OF SERVICE

  I hereby certify that that the above and foregoing will be electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing to the designated counsel, and that I will further serve upon Liaison and Opposing Counsel via E-Mail, this 25th day of May, 2019. The corrected Notice, Motion, and Proposed Order will thereafter be uploaded to LexisNexis File & Serve and thereby served on All Counsel in accordance with Pre-Trial Order No. 6.

            /s/ Stephen J. Herman
            Stephen J. Herman, Esq.
            La. Bar No. 23129
            Email: sherman@hhklawfirm.com
            Herman, Herman & Katz, LLC
            820 O'Keefe Avenue
            New Orleans, LA  70113
            Phone: (504) 581-4892
            Fax: (504) 561-6024