# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: Chinese Manufactured Drywall Products Liability Litigation** | **MDL 09-md-2047** |
| | **SECTION "L"** |
| *This Document Relates to:* | **JUDGE ELDON E. FALLON** |
| *Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al* | **MAGISTRATE JOHN C. WILKINSON, JR.** |
| Case No. 2:14-cv-2722 | |

## EX-PARTE/CONSENT MOTION TO EXTEND CASE MANAGEMENT ORDER DEADLINES

**NOW INTO COURT**, through undersigned counsel, come defendants, Knauf Plasterboard (Tianjin) Co. Ltd. and Knauf Gips KG (collectively the "Knauf Defendants"), who respectfully move this Court for an Order extending the current Case Management Order deadlines ninety (90) days. In support of its motion, the Knauf Defendants would show good cause exists for granting the motion as follows:

1.  Following the entry of this Court's Case Management Order ("CMO") and approved Plaintiff Fact Sheet ("PFS") (Rec. Doc. 21992), over 120 PFSs for active claims were submitted. Since that time, the parties have been actively engaging in direct and third-party discovery. Due to the volume of claims, the number of plaintiff depositions, supplemental plaintiff document productions, plaintiff inspections, and the geography of the property addresses spread out across five states, additional time is needed to schedule and complete discovery in this case. Therefore, the Knauf Defendants request a ninety (90) day extension of all deadlines in the CMO.

2. On May 31, 2019, the Knauf Defendants and Plaintiffs met and conferred in-person regarding the ninety (90) day extension of CMO deadlines and Plaintiffs confirmed no objection to the relief requested.

3. At the meet and confer, the parties also discussed the possibility of amending and streamlining Sections V, VI, and VII of the CMO as it relates to claims in various states. In that regard, the parties request the Court to set a status conference next month (preferably June 26 or June 27) in order to discuss in further detail. In the meantime, the parties will continue to discuss the issue and will attempt to complete a joint proposal to submit to the Court at the to-be-set status conference for future amendments to Sections V, VI, and VII of the CMO.

WHEREFORE, for the reasons set forth herein, the Knauf Defendants request an Order extending the current CMO deadlines by ninety (90) days.

Respectfully submitted,

**FISHMAN HAYGOOD, LLP**

*/s/ Kerry J. Miller*
**KERRY J. MILLER (#24562), T.A.**
**PAUL C. THIBODEAUX (#29446)**
**DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, 46th Floor
New Orleans, LA 70170
Telephone:     (504) 556-5549
Facsimile:      (504) 301-0275
Email:   kmiller@fishmanhaygood.com
Email:   pthibodeaux@fishmanhaygood.com
Email:   ddysart@fishmanhaygood.com

*Counsel for Defendants,*
*Knauf Plasterboard (Tianjin) Co. Ltd.*
*and Knauf Gips KG*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, and to all parties by electronically uploading the same to File and Serve Xpress in accordance with Pre-Trial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana, on this 31st day of May, 2019.

*/s/ Kerry J. Miller*
**KERRY J. MILLER**