# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: Chinese Manufactured Drywall Products Liability Litigation** | **MDL 09-md-2047** |
| | **SECTION "L"** |
| *Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al* | **JUDGE ELDON E. FALLON** |
| | **MAGISTRATE JOHN C. WILKINSON, JR.** |
| **Case No. 2:14-cv-2722** | |

# ORDER

Considering Knauf Plasterboard (Tianjin) Co. Ltd.'s and Knauf Gips KG's Motion To Extend the Case Management Order Deadlines;

**IT IS HEREBY ORDERED** that the motion is **GRANTED**. All deadlines in the Case Management Order Deadlines are extended ninety (90) days.

New Orleans, Louisiana, this _____ day of _____, 2019.

_____
UNITED STATES DISTRICT JUDGE