IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 19-30187

A True Copy
Certified order issued May 31, 2019

*Tyle W. Cayce*

Clerk, U.S. Court of Appeals, Fifth Circuit

IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION

ANDERSON KILL, P.C.; PARKER WAICHMAN, L.L.P.; GENTLE, TURNER, SEXTON & HARBISON, L.L.C.; MCCALLUM, HOAGLUND, COOK & IRBY, L.L.P.,

    Appellants

v.

THE MAJORITY OF THE FEE COMMITTEE,

    Appellee

Appeals from the United States District Court
for the Eastern District of Louisiana

CLERK'S OFFICE:

    Under FED. R. APP. P. 42(b), the appeal is dismissed as of May 31, 2019, pursuant to the unopposed joint motion of appellants Parker Waichman, L.L.P., Gentle, Turner, Sexton & Harbison, L.L.C. and McCallum, Hoaglund, Cook & Irby, L.L.P.; and the unopposed motion of appellant Anderson Kill, P.C.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Dantrell L. Johnson, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT