# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

May 31, 2019

Mr. William W. Blevins
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 19-30187   In Re: Chinese-Manufactured
                           USDC No. 2:09-MD-2047

Dear Mr. Blevins,

Enclosed is a copy of the judgment issued as the mandate.

                           Sincerely,

                           LYLE W. CAYCE, Clerk

                           By: _____
                           Dantrell L. Johnson, Deputy Clerk
                           504-310-7689

cc w/encl:
    Mr. Leonard Arthur Davis
    Ms. Sandra Duggan
    Mr. Jimmy Roy Faircloth, Jr.
    Mr. Russ M. Herman
    Mr. Stephen Jay Herman
    Mr. Eric D. Hoaglund
    Mr. Robert M. Horkovich
    Mr. Charles Murray King
    Mr. Arnold Levin
    Mr. Frederick S. Longer
    Mr. Kenneth Edward Sexton, II
    Mrs. Brook Landry Villa

**P.S.:** In light of the attached order dismissing this appeal as to all remaining appellants, this case is closed.