UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * | CIVIL ACTION  MDL NO. 2047  SECTION L (5) |
| THIS DOCUMENT RELATES TO: *Elizabeth Bennett, et al. v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al.*, No. 14-2722 | * * * | |

# ORDER

At the request of the parties in the *Bennett* Matter, No. 14-2722;

**IT IS ORDERED** that the parties participate in a telephone status conference with the Court on Thursday, June 27, 2019 at 8:30 a.m.

New Orleans, Louisiana on this 3rd day of June, 2019.

_____
Eldon E. Fallon
U.S. District Court Judge

1