UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: Chinese Manufactured Drywall Products Liability Litigation**<br><br>*Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al*<br><br>**Case No. 2:14-cv-2722** | MDL 09-md-2047<br><br>SECTION "L"<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JOHN C. WILKINSON, JR. |

## ORDER

Considering Knauf Plasterboard (Tianjin) Co. Ltd.'s and Knauf Gips KG's Motion To Extend the Case Management Order Deadlines;

**IT IS HEREBY ORDERED** that the motion is **GRANTED**. All deadlines in the Case Management Order Deadlines are extended ninety (90) days.

New Orleans, Louisiana, this __3rd__ day of _____June_____, 2019.

_____
UNITED STATES DISTRICT JUDGE