UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br>ALL CASES | |

MOTION TO AUTHORIZE PLAINTIFFS' LIAISON COUNSEL
TO PAY AND/OR REIMBURSE PAYMENT OF TAXES

NOW COMES, Plaintiffs' Liaison Counsel, Russ M. Herman, who, as an accommodation to the Court-Appointed CPA, Philip A. Garrett ("Garrett"), makes this filing for Garrett which is being made solely by Garrett.  Garrett requests authorization to pay taxes or be reimbursed the total sum of $10,964.00.  This amount represents income taxes reported and paid for the year 2018, all as more fully set forth in invoice from Garrett to Leonard Davis dated April 30, 2019, attached as Exhibit "A."   The taxes are a result of interest income received on accounts handled by Philip A. Garrett (not included in a Qualified Settlement Fund), which include voluntary contributions held by the Clerk of Court.  The principal sum initially deposited on February 13, 2019 with the Clerk of Court in the amount of $12,189,733.28 was accomplished by three Fedwires.  Garrett has advised that $10,964.00 should be paid for 2018 federal and state income taxes on the funds and these funds should be paid out of Account No. **************47018, which is maintained by the Clerk of Court.  The amount to be disbursed, $10,964.00, should be mailed to Philip A. Garrett, P.O. Box 354, Mereaux, LA   70075.  A copy of this motion has been submitted to the Clerk of Court for review and approval.

1

WHEREFORE, Philip A. Garrett prays that this motion be GRANTED and that Plaintiffs' Liaison Counsel, Russ M. Herman, be authorized to pay taxes or reimburse the Court Appointed CPA, Philip A. Garrett, the total sum of $10,964.00 for the payment of taxes, all as more fully set forth in the attached Exhibit "A."   The total sum of $10,964.00 should be authorized to be paid in the amount of $10,964.00 from Account No. *************47018, which is maintained by the Clerk of Court.

                                      Respectfully submitted,

Dated: June 5, 2019          /s/ Russ M. Herman_____
Russ M. Herman, Esquire (Bar No. 6819) (on the brief)
Leonard A. Davis, Esquire (Bar No. 14190) (on the brief)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
RHerman@hhklawfirm.com
*Plaintiffs' Liaison Counsel MDL 2047*

Arnold Levin
Fred S. Longer
Sandra L. Duggan
Keith J. Verrier
LEVIN SEDRAN & BERMAN LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone:   (215) 592-1500
Fax:   (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*

**APPROVED FOR FILING:**

_____
Philip A. Garrett, CPA
Date:_____
**[SIGNATURE PAGE WITH SIGNATURE PROVIDED AS AN ATTACHMENT TO THE MOTION]**

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 5th day of June, 2019.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman & Katz, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
Plaintiffs' Liaison Counsel MDL 2047
*Co-counsel for Plaintiffs*