WHEREFORE, Philip A. Garrett prays that this motion be GRANTED and that Plaintiffs' Liaison Counsel, Russ M. Herman, be authorized to pay taxes or reimburse the Court Appointed CPA, Philip A. Garrett, the total sum of $10,964.00 for the payment of taxes, all as more fully set forth in the attached Exhibit "A." The total sum of $10,964.00 should be authorized to be paid in the amount of $10,964.00 from Account No. **************47018, which is maintained by the Clerk of Court.

Respectfully submitted,

Dated: June 5, 2019

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819) (on the brief)
Leonard A. Davis, Esquire (Bar No. 14190) (on the brief)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
RHerman@hhklawfirm.com
*Plaintiffs' Liaison Counsel MDL 2047*

Arnold Levin
Fred S. Longer
Sandra L. Duggan
Keith J. Verrier
LEVIN SEDRAN & BERMAN LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*

APPROVED FOR FILING:

_____
Philip A. Garrett, CPA
Date: 6/5/2019