UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br>ALL CASES | |

MEMORANDUM IN SUPPORT OF
MOTION TO AUTHORIZE PLAINTIFFS' LIAISON COUNSEL
TO PAY AND/OR REIMBURSE PAYMENT OF TAXES

**MAY IT PLEASE THE COURT:**

Plaintiffs' Liaison Counsel, Russ M. Herman, is filing as accommodation to the Court-Appointed CPA, Philip A. Garrett ("Garrett"), a Motion to Authorize Plaintiffs' Liaison Counsel to Pay and/or Reimburse Payment of Taxes. Garrett has requested authorization to pay taxes or to be reimbursed the sum of $10,964.00, all as more fully set forth in the motion and has attached as Exhibit "A" to the motion.

Respectfully submitted,

Dated: June 5, 2019

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819) (on the brief)
Leonard A. Davis, Esquire (Bar No. 14190) (on the brief)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
RHerman@hhklawfirm.com
*Plaintiffs' Liaison Counsel MDL 2047*

        Arnold Levin
        Fred S. Longer
        Sandra L. Duggan
        Keith J. Verrier
        LEVIN SEDRAN & BERMAN LLP
        510 Walnut Street, Suite 500
        Philadelphia, PA 19106
        Phone:   (215) 592-1500
        Fax:   (215) 592-4663
        Alevin@lfsblaw.com
        *Plaintiffs' Lead Counsel MDL 2047*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 5th day of June, 2019.

        /s/ Leonard A. Davis
        Leonard A. Davis, Esquire
        Herman, Herman & Katz, L.L.C.
        820 O'Keefe Avenue
        New Orleans, Louisiana 70113
        Phone: (504) 581-4892
        Fax: (504) 561-6024
        Ldavis@hhklawfirm.com
        Plaintiffs' Liaison Counsel MDL 2047
        *Co-counsel for Plaintiffs*