# Exhibit "A"

# Philip A. Garrett CPA
# 600 Northwoods Drive
# Abita Springs, La   70420
### 985-746-9165

pgarrett@garrettco.com

Mr Leonard Davis
Herman Herman Katz and Cotlar
820 O'Keefe Ave
New Orleans, La 70113

April 30, 2019
Re: Chinese Drywall

| | | | | |
|---|---|---|---|---|
| Federal and State Income tax on interest income from Chinese Drywall | | | | $10,964.00 |
| Interest income for 2018 was $39,157.16 | | | | |