UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br>ALL CASES | |

## CERTIFICATION

I certify that the Motion to Authorize Plaintiffs' Liaison Counsel to Pay and/or Reimbursement Payment of Taxes has been provided to the Clerk of Court prior to filing with the Court.

                Respectfully submitted,

Dated: June 5, 2019        /s/ Russ M. Herman_____
                                Russ M. Herman, Esquire (Bar No. 6819) (on the brief)
                                Leonard A. Davis, Esquire (Bar No. 14190) (on the brief)
                                Stephen J. Herman, Esquire (Bar No. 23129)
                                HERMAN, HERMAN & KATZ, L.L.C.
                                820 O'Keefe Avenue
                                New Orleans, LA 70113
                                Phone: (504) 581-4892
                                Fax: (504) 561-6024
                                RHerman@hhklawfirm.com
                                *Plaintiffs' Liaison Counsel MDL 2047*

                                Arnold Levin
                                Fred S. Longer
                                Sandra L. Duggan
                                Keith J. Verrier
                                LEVIN SEDRAN & BERMAN LLP
                                510 Walnut Street, Suite 500
                                Philadelphia, PA 19106
                                Phone:   (215) 592-1500
                                Fax:   (215) 592-4663
                                Alevin@lfsblaw.com
                                *Plaintiffs' Lead Counsel MDL 2047*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 5th day of June, 2019.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman & Katz, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
Plaintiffs' Liaison Counsel MDL 2047
*Co-counsel for Plaintiffs*