UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br>ALL CASES | |

**O R D E R**

Considering the Motion to Authorize Plaintiffs' Liaison Counsel to Pay and/or Reimburse Payment of Taxes;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the Clerk of Court is authorized and directed to draw a check on the funds on deposit in the Registry of this Court in the principal amount of $10,964.00, less the assessment fee for the administration of funds (if any), payable to the Court Appointed CPA, Philip A. Garrett, P.O. Box 354, Mereaux, LA 70075, to be paid from Account No. *************47018, maintained by the Clerk of Court.

New Orleans, Louisiana, this ____ day of _____, 2019.

_____
Eldon E. Fallon
United States District Court Judge