UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br>ALL CASES | |

### NOTICE OF SUBMISSION

Please take notice that, upon the pleadings and other matters of record, the undersigned will move the Court before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, Room C456, United States Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130, on June 26, 2019, at 9:00 o'clock a.m., or as soon thereafter as counsel can be heard, for an order on Motion to Authorize Plaintiffs' Liaison Counsel to Pay and/or Reimburse Payment of Taxes, and for such other and further relief as the Court may deem just and appropriate.

Respectfully submitted,

Dated: June 5, 2019    /s/ Russ M. Herman_____
Russ M. Herman, Esquire (Bar No. 6819) (on the brief)
Leonard A. Davis, Esquire (Bar No. 14190) (on the brief)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
RHerman@hhklawfirm.com
*Plaintiffs' Liaison Counsel MDL 2047*

> Arnold Levin
> Fred S. Longer
> Sandra L. Duggan
> Keith J. Verrier
> LEVIN SEDRAN & BERMAN LLP
> 510 Walnut Street, Suite 500
> Philadelphia, PA 19106
> Phone:   (215) 592-1500
> Fax:   (215) 592-4663
> Alevin@lfsblaw.com
> *Plaintiffs' Lead Counsel MDL 2047*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 5th day of June, 2019.

> /s/ Leonard A. Davis
> Leonard A. Davis, Esquire
> Herman, Herman & Katz, L.L.C.
> 820 O'Keefe Avenue
> New Orleans, Louisiana 70113
> Phone: (504) 581-4892
> Fax: (504) 561-6024
> Ldavis@hhklawfirm.com
> Plaintiffs' Liaison Counsel MDL 2047
> *Co-counsel for Plaintiffs*