**MINUTE ENTRY**
**FALLON, J.**
**JUNE 6, 2019**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED | * | MDL Docket No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| 11-1395 & 15-4127 | * | MAG. JUDGE WILKINSON |
| | * | |

* * * * * * * * * * * * * * * * * *

A status conference was held on this date in the courtroom of the Honorable Eldon E. Fallon. The parties discussed the status of the case. Accordingly;

**IT IS ORDERED** that the parties participate in a status conference with the Court on Thursday, July 25, 2019 at 9:00 a.m. with an 8:30 a.m. pre-meeting to be held in Judge Fallon's chambers.

JS10(00:17)