UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * | MDL No. 2:09-md-2047 |
| | * | SECTION L (JUDGE. FALLON) |
| **THIS DOCUMENT RELATES TO:** | * | MAG. (2) (JUDGE WILKINSON) |
| *Amorin et al. v. Taishan Gypsum Co., Ltd., et al.*, Civ. No. 11-1395 (EDLA) | * | |
| | * | |
| *Brooke et al. v. State-Owned Assets Supervision and Administration Commission of the State Council, et al.*, Civ. No. 154127 (EDLA) | * * | |

**CONSENT MOTION TO EXTEND STAY**

NOW INTO COURT, through undersigned counsel, come Taishan Gypsum Co., Ltd., Tai'an Taishan Plasterboard Co., Ltd, CNBM Co., BNBM (Group) Co., Ltd., and BNBM PLC, and with consent of the Plaintiffs Liaison Counsel, request that this Court extend the current stay (ECF 22261), up to and including July 1, 2019. In support of this Motion, movants represent:

1.

As set forth in the Joint Motion for Limited Stay to Finalize Settlement (ECF 22259) and as discussed at the June 6, 2019, conference, the parties have agreed to a Term Sheet for resolution of these matters pending in MDL 2047 and in the Southern District of Florida, and Eastern District of Virginia, after mediation on May 22-23, 2019. In order to finalize the Settlement Agreement and submit same to the Court for preliminary approval, the parties requested a stay, which is set to expire on June 14, 2019 (ECF 22261).

2.

The parties have exchanged drafts of a Settlement Agreement and continue to work to finalize the document. In addition, the parties have taken other necessary steps contemplated by

the settlement with regard to administrative issues, notice, and related matters. Despite the parties' diligent efforts, the multitude of tasks necessary to resolve this decades-long litigation cannot be completed by June 14, 2019. Therefore, the parties ask that this Court extend the stay. The stay request is not made to delay this matter but to enable the parties to focus their resources on resolution of this complex and protracted litigation. If the parties do not reach a Settlement Agreement by July 1, 2019, or apply to extend the stay, the stay will automatically be lifted.

3.

The Parties will be prepared to update this Court on the status of the Settlement Agreement and related matters at the next monthly status conference on June 19, 2019.

4.

Plaintiffs Liaison Counsel and Lead Counsel for the Plaintiffs Steering Committee consent to this requested extension of the stay.

WHEREFORE, the Parties respectfully request that this Court enter an order extending the stay of these matters and all deadlines up through and including July 1, 2019.

Respectfully submitted,

/s Christina Hull Eikhoff
Bernard Taylor, GA Bar No. 669625)
Michael P. Kenny, GA Bar No. 415064
Christina Hull Eikhoff, GA Bar No. 242539
David Venderbush, NY Bar No. 2920817
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309
Phone: (404) 881-7000 Fax: (404) 881-7777
bernard.taylor@alston.com
mike.kenny@alston.com
christy.eikhoff@alston.com
david.venderbush@alston.com

Counsel for Taishan Gypsum Co., Ltd. and
Tai'an Taishan Plasterboard Co., Ltd.

Alan Dean Weinberger, LA Bar No. 13331
HANGARTNER, RYDBERG &
TERRELL, LLC
One Shell Square
701 Poydras Street, Suite 310
New Orleans, Louisiana 70179
Phone: (504) 434-6815
Fax: (504) 522-5689
aweinberger@hanrylaw.com

Local Counsel for Taishan Gypsum
Co., Ltd. and Tai'an Taishan
Plasterboard Co., Ltd.

| | |
|---|---|
| /s L. Christopher Vejnoska<br>L. Christopher Vejnoska, CA Bar No. 96082<br>ORRICK, HERRINGTON &<br>SUTCLIFFE LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105<br>Tel: 415-773-5700<br>cvejnoska@orrick.com | James L. Stengel, NY Bar No. 1800556<br>Xiang Wang, NY Bar No. 4311114<br>ORRICK, HERRINGTON &<br>SUTCLIFFE LLP<br>51 West 52nd Street<br>New York, NY, 10019<br>Tel: 212-506-5000<br>jstengel@orrick.com<br>xiangwang@orrick.com |

Counsel for CNBM Co., Ltd., BNBM
(Group) Co., Ltd., and BNBM PLC

| | |
|---|---|
| /s Alex B. Rothenberg<br>Ewell E. Eagan, Jr., LA Bar No. 5239<br>Donna Phillips Currault, LA Bar No. 19533<br>Alex B. Rothenberg, LA Bar. No. 34740<br>GORDON, ARATA, MONTGOMERY,<br>BARNETT, MCCOLLAM, DUPLANTIS &<br>EAGAN, LLC<br>201 St. Charles Avenue, 40th Floor<br>New Orleans, LA 70170-4000<br>Tel: (504) 582-1111<br>eeagan@gamb.law<br>dcurrault@gamb.law<br>arothenberg@gamb.law<br><br>Counsel for CNBM Co., Ltd. | Counsel for CNBM Co., Ltd.<br><br>Harry Rosenberg, LA Bar No. 11465<br>Phelps Dunbar LLP<br>365 Canal St., Suite 2000<br>New Orleans, LA 70130<br>Tel: (504) 566-1311<br>Email: Harry.Rosenberg@Phelps.com<br><br>Counsel for BNBM (Group) Co., Ltd.,<br>and BNBM PLC |