UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * | MDL No. 2:09-md-2047 |
| | * | SECTION L (JUDGE. FALLON) |
| **THIS DOCUMENT RELATES TO:** | * | MAG. (2) (JUDGE WILKINSON) |
| **Amorin et al. v. Taishan Gypsum Co., Ltd., et al, Civ. No. 11-1395 (EDLA)** | * * | |
| **Brooke et al. v. State-Owned Assets Supervision and Administration Commission of the State Council, et al., Civ. No. 1504127 (EDLA)** | * * | |

## **ORDER**

Considering the Consent Motion to Extend Stay,

IT IS ORDERED that the motion is GRANTED;

IT IS FURTHER ORDERED that the STAY issued on May 28, 2019 (ECF 22261) IS EXTENDED up to and including July 1, 2019, to allow the parties additional time to finalize the Settlement Agreement;

IT IS FURTHER ORDERED that, if the parties do not reach a Settlement Agreement by July 1, 2019, or otherwise apply for a further extension of the stay, the stay is automatically lifted and the all of the Court's deadlines are reinstated in full;

IT IS FURTHER ORDERED that the parties be prepared to advise the Court on the status of this resolution at the next scheduled monthly status conference on June 19, 2019.

New Orleans, Louisiana, this ____ day of _____, 2019.

_____
Eldon E. Fallon
United States District Judge