UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

_____

IN RE: CHINESE-MANUFACTURED DRYWALL          MDL No. 2047
PRODUCTS LIABILITY LITIGATION                SECTION: L

_____

                                                        **Judge Fallon**

**THIS DOCUMENT RELATES TO:**          **Mag. Judge Wilkinson**
**THE MITCHELL COMPANY, INC.,**
**individually and on behalf of others similarly situated v. KNAUF**
**GIPS, KG; et al.**
**Case No. 09-cv-4115**

_____

## NOTICE OF APPERANCE

      **PLEASE TAKE NOTICE** that **Sarah R. London**, Lieff Cabraser Heiman & Bernstein, L.L.P., 275 Battery Street, 29th Floor, San Francisco, CA 94111, slondon@lchb.com, hereby enters her appearance on behalf of the Builder Plaintiffs and Mitchell Company, Inc., in the above captioned matter. Please update and add Ms. London to your service and distribution lists in these cases.

                                                        Respectfully submitted,

                                                        */s/ Sarah London*_____
                                                        SARAH R. LONDON
                                                        ELIZABETH J. CABRASER
                                                        Lieff Cabraser Heimann & Bernstein, LLP
                                                        Embarcadero Center West
                                                        275 Battery Street, 29th Floor
                                                        San Francisco, CA 94111-3339
                                                        415-956-1000
                                                        415-956-1008 (fax)

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the 14th day of June, 2019, this document has been served on Plaintiffs' Liaison Counsel, Russ M. Herman, and Defendants' Liaison Counsel, Harry Rosenberg, by U.S. Mail and e-mail or by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court of the Easter District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

                                                */s/ Sarah London*
                                                SARAH R. LONDON