MINUTE ENTRY
FALLON, J.
JUNE 19, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED　　　　　　　MDL NO. 2047
DRYWALL PRODUCTS LIABILITY LITIGATION
　　　　　　　　　　　　　　　　　　　　　　SECTION: L

THIS DOCUMENT RELATES TO:　　　　　　　JUDGE FALLON
REF: 09-4115　　　　　　　　　　　　　　MAGISTRATE WILKINSON

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Cathy Pepper

Appearances:　Sarah London, Esq. for plaintiffs
　　　　　　　Christy Eikhoff, Esq, for defendants Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co., Ltd.

**EVIDENTIARY HEARING:**

Builder Plaintiffs' Renewed Motion for Class Certification against Taishan Gypsum Co., Ltd. (20857 & 20865)

After Argument – Motion was taken under submission.

Counsel for the Defendants, submitted to the Court the deposition of The Mitchell Co.'s Corporate Representative, Chuck Stefan. Defense Counsel were instructed to electronically file said deposition into the record.

JS10:　1:00