MINUTE ENTRY **(AMENDED)**
FALLON, J.
JUNE 19, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| REF: 09-4115 | MAGISTRATE WILKINSON |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Cathy Pepper

Appearances:  Sarah London, Esq. for plaintiffs
Christy Eikhoff, Esq, for defendants Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co., Ltd.

## **EVIDENTIARY HEARING:**

Builder Plaintiffs' Renewed Motion for Class Certification against Taishan Gypsum Co., Ltd. (20857 & 20865)

After Argument – Motion was taken under submission.

Counsel for the Defendants, submitted to the Court the deposition of The Mitchell Co.'s Corporate Representative, Chuck Stefan, **the deposition of Robert DeMott and the deposition of Michael Buchman**. Defense Counsel were instructed to electronically file said depositions into the record.

JS10:   1:00