

Deposition of:
## 30(b)(6) Chester Stefan

*November 29, 2018*

In the Matter of:

## The Mitchell Company, Inc. Vs. Knauf Gips KG, Et Al.

Veritext Legal Solutions

800.808.4958 | calendar-atl@veritext.com | 770.343.9696

Page 1

1              UNITED STATES DISTRICT COURT

2              EASTERN DISTRICT OF LOUISIANA

3

4    CASE NO.: 09-CV-4115

5

6    THE MITCHELL COMPANY, INC,

7    INDIVIDUALLY AND ON BEHALF OF

8    OTHERS SIMILARLY SITUATED,

9              Plaintiff,

10                 vs.

11   KNAUF GIPS KG, A GERMAN CORPORATION;

12   KNAUF PLASTERBOARD (TIANJIN CO., LTD.,

13   A CHINESE LIMITED LIABILITY CORPORATION;

14   TAISHAN GYPSUM CO., LTD., F/K/A SHANDONG

15   TAIHE DONGXIN CO., LTD., A CHINESE

16   LIMITED LIABILITY CORPORATION); ET AL.,

17             Defendants.

18

19        30(b)(6) VIDEO DEPOSITION OF CHESTER STEFAN

20

21             S T I P U L A T I O N S

22        IT IS STIPULATED AND AGREED by and between the

23   parties, through their respective counsel, that the

24   deposition of CHESTER STEFAN may be taken before Kathleen

25   Cavazos, Commissioner, at the law offices of Cunningham,

The Mitchell Company, Inc. Vs. Knauf Gips KG, Et Al.

Page 2

1  Bounds, 1601 Dauphin Street, Mobile, Alabama 36604, on

2  the 29th day of November 2018.

3       IT IS FURTHER STIPULATED AND AGREED that the

4  signature to and the reading of the deposition by the

5  witness is waived, the deposition to have the same force

6  and effect as if full compliance had been had with all

7  laws and rules of Court relating to the taking of

8  depositions.

9       IT IS FURTHER STIPULATED AND AGREED that it

10 shall not be necessary for any objections to be made by

11 counsel to any questions except as to form or leading

12 questions, and that counsel for the parties may make

13 objections and assign grounds at the time of the trial,

14 or at the time said deposition is offered in evidence, or

15 prior thereto.

16      IT IS FURTHER STIPULATED AND AGREED that the

17 notice of filing of the deposition by the Commissioner is

18 waived.

19

20

21

22

23

24

25

Page 3

1       EXAMINATION INDEX

2

3  CHESTER STEFAN:                    PAGE

   BY MS. EIKHOFF . . . . . . . . . . . . . . . . 6

4

5       EXHIBIT INDEX

6  DEFENDANTS:                        PAGE

7  Exhibit 1 NOTICE OF DEPOSITION              14

8  Exhibit 2 MITCHELL CLASS DISCOVERY REQUEST LIST    23

9  Exhibit 3 CHINESE DRYWALL PROBLEMS, PENSACOLA, FLORIDA  27

10 Exhibit 4 LETTER TO MIKE JENKINS FROM TOM CALDWELL   34
       DATED 3/3/09

11

   Exhibit 5 TESTIMONY OF CHUCK STEFAN BEFORE THE    39

12     SUBCOMMITTEE ON ADMINISTRATIVE OVERSIGHT AND
       THE COURTS

13

   Exhibit 6 AMENDED COMPLAINT              42

14

   Exhibit 7 BUILDER PLAINTIFF'S RENEWED MOTION FOR CLASS  57

15     RECERTIFICATION AGAINST TAISHAN GYPSUM CO.,
       LTD.

16

   Exhibit 8 DOCUMENT TITLED "COMBINED DISTRIBUTION   60

17     PENSACOLA SINGLE FAMILY"

18 Exhibit 9 TAKE-OFF SHEET              64

19 Exhibit 10 DOCUMENT TITLED "COMBINED DISTRIBUTION  65
       PENSACOLA SINGLE FAMILY JOBS"

20

   Exhibit 11 DOCUMENT TITLED "COMBINED DISTRIBUTION  80

21     PENSACOLA SINGLE FAMILY JOBS"

22 Exhibit 12 AMENDED COMPLAINT IN THE MINDY LISTER, ET  82
       AL., V. THE MITCHELL COMPANY, ET AL., CASE

23

   Exhibit 13 THE MITCHELL COMPANY, INC.'S FIRST AMENDED  88

24     CROSSCLAIMS IN THE MINDY LISTER, ET AL., V.
       THE MITCHELL COMPANY, ET AL., CASE

25

Page 4

1       EXHIBIT INDEX (continued)

2  DEFENDANT'S:                        PAGE

3  Exhibit 14 DOCUMENT TITLED "MUTUAL RELEASE"       90

4  Exhibit 15 DOCUMENT TITLED "GENERAL RELEASE"      90

5  Exhibit 16 SETTLEMENT AGREEMENT IN MDL NO. 2047    97
       REGARDING CLAIMS INVOLVING BUILDERS

6      INSTALLERS, SUPPLIERS AND PARTICIPATING
       INSURERS

7

   Exhibit 17 REPAIR PROTOCOL FOR ADDRESSING DAMAGES FROM  101

8      DEFECTIVE GYPSUM WALLBOARD IN SINGLE-FAMILY
       DETACHED HOMES

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 5

1       A P P E A R A N C E S

2

3       CUNNINGHAM, BOUNDS, by Steven L. Nicholas, Esq.,

4  1601 Dauphin Street, Mobile, Alabama 36604, appearing on

5  behalf of the Plaintiff.

6

7       ALSTON & BIRD, by Christy Hull Eikhoff, Esq.,

8  and Mae Manupipatpong, Esq., One Atlantic Center, 1201

9  West Peachtree Street, Atlanta, Georgia 30309-3424,

10 appearing on behalf of the Defendants, Taishan Gypsum

11 Co., Ltd., and Tai'an Plasterboard Co., Ltd.

12

13      VIDEOGRAPHER:  Henderson & Associates, A

14 Veritext Company, Phillip Henderson, 260 North Joachim

15 Street, Mobile, Alabama 36603.

16

17

18

19

20

21

22

23

24

25

2 (Pages 2 - 5)

30(b)(6) Chester Stefan                                November 29, 2018
The Mitchell Company, Inc. Vs. Knauf Gips KG, Et Al.

Page 6

1        I, Kathleen Cavazos, RPR, CCR, a Court Reporter
2   of Mobile, Alabama, and Notary Public for the State of
3   Alabama at Large, acting as Commissioner, certify that on
4   this date, as provided by the Federal Rules of Civil
5   Procedure and the foregoing stipulation of counsel, there
6   came before me at 1601 Dauphin Street, Mobile, Alabama
7   36604, beginning at 9:10 a.m., CHESTER STEFAN, witness in
8   the above cause, for oral examination, whereupon the
9   following proceedings were had:
10       (Introduction by the videographer.)
11       (Appearances by the attorneys.)
12          CHESTER STEFAN,
13       the witness, having been first duly sworn by the
14  Court Reporter, was examined and testified as follows:
15          EXAMINATION
16  BY MS. EIKHOFF:
17       Q.  Sir, would you please state your name for the
18  record.
19       A.  Chester Stefan.
20       Q.  Do you go by Chuck?  Did I overhear that?
21       A.  Yes, ma'am.
22       Q.  And, Mr. Stefan, what is your title?
23       A.  I'm the president of Allied Mortgage
24  Corporation.
25       Q.  Okay.  And this is a 30(b)(6) deposition of The

Page 7

1   Mitchell Company.  Do you currently hold a role in The
2   Mitchell Company?
3       A.  No, ma'am.
4       Q.  Did you ever hold a role in The Mitchell
5   Company?
6       A.  Yes, ma'am.
7       Q.  Okay.  When did you -- When were you employed by
8   The Mitchell Company?
9       A.  I started in January of 1973, and I retired on
10  December 31st of 2012.
11       Q.  And in that long span of your tenure at The
12  Mitchell Company, did you hold the same title or did your
13  role change over those years?
14       A.  It changed.  You know, I started as an employee,
15  became an owner and probably didn't have a corporate
16  title when I started, and I think my ending title was
17  executive vice president.
18       Q.  And in terms of being an executive vice
19  president, what was your area of responsibility?
20       A.  I ran the apartment development business, and I
21  was a member of the board of directors and was involved
22  in the financing of the entire company.
23       Q.  Okay.  Is The Mitchell Company a going concern?
24       A.  Yes, ma'am.
25       Q.  And you mentioned that you became an owner at

Page 8

1   one point?
2       A.  Yes, ma'am.
3       Q.  What is -- Do you still hold an ownership
4   interest in The Mitchell Company?
5       A.  No, ma'am.  I sold it when I retired.
6       Q.  What was your ownership interest when you
7   acquired it?
8       A.  I owned 25 percent of the company.
9       Q.  And then did you maintain a 25 percent ownership
10  of the company until you divested yourself of that
11  holding?
12       A.  Yes, ma'am.
13       Q.  Okay.  And when did you acquire the ownership,
14  approximately?
15       A.  In 1993.  In the spring of '93.
16       Q.  Okay.  Who were the other owners of The Mitchell
17  Company when you held 25 percent?
18       A.  Well, in the beginning, we had an ESOP.
19       Q.  What's that?
20       A.  Employee stock ownership plan.
21       Q.  Okay.
22       A.  And the ESOP owned about 10 percent, and we
23  purchased the ESOP from the employees, and then John
24  Saint owned 50 percent.  He's deceased.  His widow, Fran
25  Saint, inherited his 50 percent.  Don Kelly owned 25

Page 9

1   percent, and I own 25 percent.
2       Q.  Okay.  And when you sold your 25 percent share
3   upon your retirement, who did that go to?
4       A.  I believe half went to Mr. Saint who was still
5   alive at the time, and half went to Mr. Kelly.
6       Q.  Okay.  So you left The Mitchell Company in 2012,
7   and at that time, you were executive vice president, and
8   you were running the apartment development business?
9       A.  Yes, ma'am.
10       Q.  And also on the board of directors, correct?
11       A.  Yes, ma'am.
12       Q.  And also involved in, you said, financing?
13       A.  Yes.
14       Q.  Financing overall for the company?
15       A.  Well, in two ways, project finance because each
16  apartment complex or mini-warehouse, shopping center
17  would have its stand-alone loan, and then the overall
18  financing of the entire company.
19       Q.  Okay.  Now, in addition to building apartments,
20  did The Mitchell Company also build single dwellings --
21  dwellings for single families?
22       A.  Yes, ma'am.
23       Q.  And did your responsibilities involve that
24  aspect of the business?
25       A.  Sometimes it was as a supervisor, and sometimes

3 (Pages 6 - 9)

30(b)(6) Chester Stefan                                    November 29, 2018
The Mitchell Company, Inc. Vs. Knauf Gips KG, Et Al.

Page 10

1 the division that I was in charge of actually built them.
2    Q.   Okay.  So was there a separate division for
3 single-family units?
4    A.   Yes, ma'am.
5    Q.   And who was in charge of that?
6    A.   At that time, it would have been Joe Campus.
7    Q.   Okay.  C-A-M-P-U-S?
8    A.   Yes, ma'am.
9    Q.   Okay.  And I think you mentioned now that you
10 are associated with a company, Allied Mortgage?
11    A.   Yes, ma'am.
12    Q.   Did you start working with them immediately upon
13 your departure from The Mitchell Company?
14    A.   I think, gosh, I've probably been -- it's just
15 me and my wife own it -- for probably 25 years.
16    Q.   Okay.  So you were doing this mortgage work
17 consecutively while you were --
18    A.   Yes.
19    Q.   Not consecutive, sorry.  At the same time.
20 Concurrently is the word I was looking for.  I'm going to
21 strike that and start over.
22        So you were doing this mortgage work with Allied
23 Mortgage concurrently with your work with The Mitchell
24 Company?
25    A.   That's correct.

Page 11

1    Q.   Okay.  Thank you.  In your role as executive
2 vice president of The Mitchell Company, did your
3 responsibilities include overseeing issues related to
4 Chinese drywall in Mitchell Company properties?
5    A.   Yes, ma'am.
6    Q.   And how did that come within your responsibility
7 considering that you were running the apartment
8 development business?
9    A.   My division built 36 houses, all of which had
10 Chinese drywall, and that's how I became involved.
11    Q.   Okay.  So the 36 houses that you just mentioned
12 that had Chinese drywall, were these apartments or
13 houses?
14    A.   They were -- Some of them -- No, I guess they
15 were all single-family houses.  In that phase, there were
16 no apartments.  There were 36 single-family detached
17 houses.
18    Q.   And is there a reason why the 36 single-family
19 detached houses fell under your responsibility as head of
20 the apartment development business?
21    A.   We built them all at the same time for the same
22 owner, which is like you build apartments.
23    Q.   Oh, I see.  So who was the owner?
24    A.   The Prichard Housing Authority.
25    Q.   Okay.  And is the Prichard Housing Authority a

Page 12

1 governmental entity?
2    A.   Yes, ma'am.
3    Q.   And what city or state government is it
4 associated with?
5    A.   Prichard.
6    Q.   Is that a county or a city?
7    A.   That's a city.
8    Q.   And that's Florida?
9    A.   That's Mobile County, Alabama.
10    Q.   Okay.  Prichard is Mobile.  So the 36
11 single-family houses that you just referred to with
12 Chinese drywall were in Prichard, Mobile County, Alabama?
13    A.   Yes, ma'am.
14    Q.   And were those the only houses that Mitchell
15 constructed that had Chinese drywall?
16    A.   No, ma'am.
17    Q.   What other houses that Mitchell constructed had
18 Chinese drywall?
19    A.   There were a group of houses scattered
20 throughout the greater Pensacola area that had Chinese
21 drywall.
22    Q.   Do you know how many?
23    A.   I believe the number is 13.  It may have been
24 one or two more, but I think there was a list that we
25 produced that would be more accurate than my memory.

Page 13

1    Q.   Okay.  And were you personally response -- and
2 I'm asking you as an individual here.  Were you
3 personally responsible for overseeing the construction of
4 those houses?
5    A.   No, ma'am.
6    Q.   Who was responsible for those houses?
7    A.   First line responsibility would have been Tom
8 Caldwell.  He was the superintendent.
9    Q.   Okay.
10    A.   And he would have reported to Mr. Joe Campus.
11    Q.   After it was discovered that those homes in
12 Florida had Chinese drywall, were you --
13    A.   Excuse me.  Mr. Campus had left the firm.  So
14 that would have been Steve Schulman, S-C-H-U-L-M-A-N.  He
15 left the firm.  By that time, he was already gone from
16 The Mitchell Company.
17    Q.   Okay.  And I'm glad that you just clarified your
18 answer because it sounds like you're comfortable with
19 this, but I want to remind you that at any time today, if
20 you believe that you've misspoken or you remember
21 something that was relevant to a prior answer that comes
22 back to you, feel free to do what you just did, which is
23 to speak up and say, I need to add something, I need to
24 correct something or I need to amend my prior answer like
25 you just did.

4 (Pages 10 - 13)

30(b)(6) Chester Stefan                    November 29, 2018
The Mitchell Company, Inc. Vs. Knauf Gips KG, Et Al.

Page 14

1  A.  Yes, ma'am.
2  Q.  Although you were not involved in the
3  construction of the Florida houses with Chinese drywall,
4  did you become involved in responding to issues that
5  arose because of Chinese drywall?
6  A.  Yes, ma'am.
7  Q.  Okay.  So your responsibilities included
8  handling any consequences or ramifications from Chinese
9  drywall in Mitchell homes anywhere; is that correct?
10  A.  Yes, ma'am.
11  Q.  Okay.  I'm going to show you a document that
12  we're going to mark as Exhibit 1.
13      (Whereupon, Defendant's Exhibit 1 was marked
14  for identification and attached hereto.)
15  Q.  This was the notice that we filed for today's
16  deposition.  Take a minute to look at it, and I just want
17  to ask you a few questions about it.
18      MR. NICHOLAS:  It's the same one.
19  A.  Yes, ma'am.  I've seen this document.
20  Q.  Okay.  So you have reviewed this notice; is that
21  correct?
22  A.  Yes, ma'am.
23  Q.  And even though you do know -- Strike that.
24  Even though you no longer work for The Mitchell Company,
25  has The Mitchell Company designated you as its corporate

Page 15

1  representative witness to testify on its behalf today?
2  A.  I don't know if they took a formal action, but I
3  spoke with Mr. Don Kelly, the current president, and told
4  him that we had this deposition and I was going, and he
5  said, you know, Great.  Tell me what happens.
6  Q.  So it's your understanding that you are
7  authorized to speak today on behalf of The Mitchell
8  Company?
9  A.  Yes, ma'am.
10  Q.  And as to each and every one of the topics that
11  are listed?
12  A.  Yes, ma'am.
13  Q.  And The Mitchell Company is not going to
14  designate any other witnesses for these topics besides
15  you?
16  A.  No, ma'am.
17  Q.  What did you do to prepare for today's
18  deposition?
19  A.  I talked to all of the people at The Mitchell
20  Company who had been involved in any way with Chinese
21  drywall, the accounting department, clerks and
22  secretaries who handled those records and inquired about
23  the records and asked them to research some of the
24  questions that came up in the review.  And Steve and I
25  met to go over -- I produced to Steve -- I was totally

Page 16

1  paperless, so I produced for Steve all of the documents
2  that we had in our electronic files, and he, you know,
3  reviewed them and removed the attorney correspondence,
4  and I'm of the understanding that he sent the appropriate
5  ones to you.
6  Q.  Okay.  So you mentioned that you spoke with
7  people in the accounting department?
8  A.  Yes, ma'am.
9  Q.  Who in particular did you talk to?
10  A.  Paula Rials.
11  Q.  Who else?
12  A.  Marvin Anderson.
13  Q.  Anyone else?
14  A.  Elaine Hill.
15  Q.  Anyone else in accounting?
16  A.  No, ma'am.
17  Q.  And what information did they provide to you
18  for -- in preparation for the deposition?
19  A.  We call it the cost run, which is a record of
20  costs paid on all Mitchell jobs, but we specifically
21  looked at this job to ensure that the last record that we
22  produced was complete and there were no additional
23  charges to that record.
24  Q.  Okay.  Is there anything else that they provided
25  to you?

Page 17

1  A.  I asked Elaine to see if she could locate the
2  physical files, and they're in a warehouse, and she's
3  going to see if she could get them.  So we haven't
4  produced it, but there's a search initiated to see if
5  they've been destroyed or not.
6  Q.  How long ago was the conversation with her about
7  looking for the physical files in the warehouse?
8  A.  About three or four days.
9  Q.  And it's your understanding that that search is
10  underway?
11  A.  Yes, ma'am.
12  Q.  Did you know that there were additional physical
13  files related to the issues of this case before you spoke
14  with the accounting department?
15      MR. NICHOLAS:  Object to the form.
16  A.  Yes, ma'am.
17  Q.  So that was a file that you had personal
18  knowledge of?
19  A.  Yes, ma'am.
20  Q.  And until three or four days ago, had you not
21  discussed with anyone the need to try and track down
22  those files?
23  A.  I don't go to that office but, you know, once
24  every -- I might go once a week and maybe, sometimes,
25  once a month.

5 (Pages 14 - 17)

30(b)(6) Chester Stefan                                November 29, 2018
The Mitchell Company, Inc. Vs. Knauf Gips KG, Et Al.

Page 18

1    Q.  Right.  So when the document requests were sent
2  15 months ago, in the last 15 months, you have not
3  undertaken to locate the physical files?
4    A.  No, ma'am, because I -- at that time, I kept
5  everything electronic.  I didn't do paper files.
6    Q.  And did it just recently come to your mind that
7  you remember that there would be physical files somewhere
8  else?
9    A.  I was under the impression and gave instructions
10 back when I had the authority and signed a piece of paper
11 that went to Judge Fallon that said I would preserve
12 everything, paper and electronic, and at one time, they
13 were in a cabinet with a sign on top of them that said,
14 Don't move these.
15   Q.  Right.  And today, no one has been able to
16 locate them, but they're still looking?
17   A.  They're still looking, but we have an electronic
18 copy.
19   Q.  You believe that the file -- the physical files
20 that are being looked for are duplicates of what has
21 already been provided to us?
22   A.  Yes, ma'am.  Now, if there's a check, we don't
23 have the physical check, but we would have the accounting
24 entry on the cost run, the one we produced, but we
25 wouldn't have the physical check.  What would be in the

Page 19

1  records would be the check itself.
2    Q.  So if you find this box or boxes, your belief is
3  that it wouldn't be anything new from what we've already
4  gotten because we would have already gotten it from the
5  electronic records?
6    A.  Yes, ma'am.
7    Q.  Okay.
8       MS. EIKHOFF:  Obviously, Steve, if that proves
9  not to be true --
10      MR. NICHOLAS:  Sure.  Other than, like he says,
11 he may have a copy of the check in the file, where
12 they've got the entry where they wrote the check, but if
13 I get it, you'll get it.
14      MS. EIKHOFF:  Right, and we asked for the
15 checks, so that may become an issue depending on whether
16 they're located or not located, as the case may be.
17   Q.  Now, you also said you talked with clerks and
18 secretaries?
19   A.  Yes, ma'am.
20   Q.  And what did those conversations relate to?
21   A.  It was about researching and checking the cost
22 run and making sure there were no additional charges, and
23 I think Marvin Anderson actually conducted that search,
24 and we went into the computer together while he pushed
25 the buttons and I looked over his shoulder.

Page 20

1    Q.  Okay.  And about how long ago was it that you
2  were working on these efforts?
3    A.  That was yesterday or the day before.
4    Q.  Okay.  Have you reviewed the documents that have
5  been produced to us by The Mitchell Company?
6    A.  Yes, ma'am.  I went back, and I didn't fully
7  read every single one of them because some of them are
8  very repetitious, but I read one of every type of
9  document.
10   Q.  Let me back up for a minute.  You said you
11 talked with Paula, Marvin and Elaine in the accounting
12 department.  You talked with clerks and secretaries
13 including Marvin, again.  Is there anyone else you talked
14 to at The Mitchell Company in preparation for the
15 deposition?
16   A.  I talked to Mr. Kelly, the president.
17   Q.  And that was the conversation that you relayed
18 to me a moment ago where you told him you were doing it,
19 and he said great, something to that effect?
20   A.  Yes, ma'am.
21   Q.  Did you talk about anything else with him
22 besides the fact that you were doing it?  Did he give you
23 any instruction or state The Mitchell Company's
24 positions?
25   A.  No, ma'am.  That never came up.

Page 21

1    Q.  Did you review any documents or -- and by that,
2  I mean information on a computer.  Did you review any
3  documents or information that has not been produced to
4  us?
5    A.  Yes, ma'am.
6    Q.  Okay.  What?
7    A.  Well, the correspondence with our attorneys.
8    Q.  Okay.  Besides the privileged communications
9  with your attorneys, were there any other documents or
10 information that you reviewed that have not been produced
11 to us?
12   A.  No, ma'am, not to my knowledge.
13   Q.  And you mentioned that -- I think you said
14 Marvin was pushing buttons on a computer pulling up
15 reports.  What system was he pulling that up on?
16   A.  We have a proprietary system that probably no
17 one but the people there could make it work.
18   Q.  Okay.  So it's not one of the big, name brand
19 accounting software systems?
20   A.  No.  It's not QuickBooks or something like that
21 that it would be easy to get into.
22   Q.  Okay.  But it is possible to print reports from
23 that system?
24   A.  Yes, ma'am.
25   Q.  And you believe that a cost report like the one

6 (Pages 18 - 21)

Page 22

1 you were looking at has been produced to us in the
2 document production we received?
3     A.  The various iterations as time went on, I think
4 there's probably at least two, if not three copies.  As
5 time went on and you pay more bills, it gets longer.
6     Q.  Okay.  We'll look at some of those.
7         Have you personally ever testified in a case
8 involving Chinese drywall before?
9     A.  Yes, ma'am.
10     Q.  Okay.  And I saw something, and I'm going to ask
11 you about it, about congressional testimony.  So I'm
12 going to set that aside for now, but focusing on
13 lawsuits, how many times have you testified for The
14 Mitchell Company or -- either as their designee or in
15 your individual capacity while you were at The Mitchell
16 Company?
17     A.  About Chinese drywall or about everything?
18     Q.  About Chinese drywall.
19     A.  I guess that my deposition counts, not this one
20 but the other one that we had in the offices of Cabaniss,
21 Johnston.  That would be the only other time.
22     Q.  And what lawsuit was that deposition given in?
23     A.  Well, it was concerning Knauf, so it may be the
24 same.  I guess it's called the MDL; is that correct?
25     Q.  Okay.

Page 23

1     A.  And Judge Fallon was the judge.
2     Q.  Okay.  I understand.  And so that was the one
3 deposition that you've given before, or is there more
4 than one for Chinese drywall?
5     A.  That's the only one in respect of Chinese
6 drywall.
7     Q.  I understand.  And do you know if any other
8 representatives of Mitchell testified in prior Chinese
9 drywall cases?
10     A.  No one did, to my knowledge.
11         (Whereupon, Defendant's Exhibit 2 was marked for
12 identification and attached hereto.)
13     Q.  I show you a document that has been marked as
14 Exhibit 2.  Do you recognize this document?
15     A.  Yes, ma'am.
16     Q.  What is it?
17     A.  I think this might have been an attachment to
18 your request for production.
19     Q.  I'll represent to you that this is the list of
20 discovery requests that we served on Mitchell Company's
21 counsel in September of 2017.  My question for you is,
22 did you assist in responding to these requests in
23 September of 2017?
24     A.  Yes, ma'am, but I don't remember it being that
25 long ago, but maybe it was.  But I remember the list, and

Page 24

1 as I read this list and look at each item, I remember,
2 you know, searching for the items on this list.
3     Q.  And when you say you remember reading the list
4 and searching for the items, does it seem like it was
5 last week or six months ago or a year ago?
6     A.  It doesn't seem like it was a year ago, but
7 maybe time flew that fast.  I don't know.  But the list I
8 definitely remember.
9     Q.  Okay.  And I'll represent to you that we
10 received three rounds of document productions from The
11 Mitchell Company, one in October of 2017, one in February
12 of 2018 and one in July of 2018, and then I got an email
13 yesterday from Steve, but we've already established those
14 were a duplicate of what we've already received.
15         Do you believe that you were involved in gathering
16 the documents for each of those document productions that
17 I've just identified?
18     A.  Yes, ma'am.
19     Q.  Has Mitchell produced all of the documents that
20 it has that are responsive to these requests?
21     A.  Yes, ma'am.
22     Q.  So if there's a request here and we haven't
23 gotten anything that seems to respond to it, is it fair
24 to assume now that those documents don't exist at
25 Mitchell?

Page 25

1     A.  If there's something missing, it's my fault
2 because I was the person who did the search.
3     Q.  Okay.  Do you as we sit here today, know of
4 anything that's missing?
5     A.  No, ma'am.
6     Q.  And you represent that you've done a diligent
7 search?
8     A.  48 hours ago, I would say it was diligent, but
9 yesterday I found some more documents which we sent to
10 you, I think, last night, and I was just embarrassed that
11 I missed them the first time.
12     Q.  Well, it turns out you didn't miss them the
13 first time because after we looked at them, we found that
14 they were already in the earlier productions.
15     A.  Thank goodness.
16     Q.  Let's look back at Exhibit 1, sir, which was the
17 notice of deposition.  I'm going to direct your attention
18 to page five of that document, and in particular,
19 paragraph eight.  That paragraph defines the term
20 "subject properties" for purposes of this deposition as
21 properties which allegedly contain drywall manufactured
22 by Taishan and for which you will seek damages for
23 Mitchell.  Do you see that?
24     A.  Yes, ma'am.
25     Q.  And my question to you is, what are the subject

7 (Pages 22 - 25)

30(b)(6) Chester Stefan                                    November 29, 2018
The Mitchell Company, Inc. Vs. Knauf Gips KG, Et Al.

Page 26

1  properties?
2      A.  One of the items in the production was a
3  listing, and unfortunately, there are probably two or
4  even three copies, but the last dated one would be the
5  most complete because we had the list, and we kept
6  discovering new properties.  So each time we redid the
7  list, it got longer.  So in the production, the last
8  dated one is going to have all the properties that we
9  know of that had Taishan.  Is that the correct
10 pronunciation, Taishan?
11         MR. NICHOLAS:  Describe them generally, Chuck,
12 so we know what we're looking at.
13     A.  Primarily, single-family detached houses in the
14 Bilek Subdivision, and I think we had one in Shadow Lakes
15 and maybe one in Bonview but in various subdivisions in
16 the greater Pensacola area.
17     Q.  Okay.  And you said Bilek before.  That's
18 B-I-L --
19     A.  E-K.
20     Q.  -- E-K?  And I think you said earlier you
21 thought it was 13, approximately?
22     A.  Yes, ma'am.
23     Q.  All in the Pensacola area?
24     A.  Greater Pensacola.
25     Q.  So earlier today, you testified about Chinese

Page 27

1  drywall being in properties in Prichard.
2      A.  Yes, ma'am.
3      Q.  Those are not subject properties for purposes of
4  this case; is that correct?
5      A.  That's correct.
6      Q.  Because the drywall is not alleged to be Taishan
7  drywall?
8      A.  It was Knauf.
9      Q.  K-N-A-U-F?
10     A.  Yes, ma'am.
11         (Whereupon, Defendant's Exhibit 3 was marked for
12 identification and attached hereto.)
13     Q.  I'm going to show you a document that's been
14 marked as Exhibit 3.  Do you recognize this document?
15     A.  Yes, ma'am.
16     Q.  Is this the list of subject properties?
17     A.  Yes, ma'am.
18     Q.  And this is the most current and complete list
19 that you were just describing?
20     A.  I thought there were 13.  There may only be 12.
21     Q.  We did not see any other lists in the entire
22 production.
23     A.  Okay.
24     Q.  This seemed to be the only list that we saw in
25 the production.  So if you at a break could identify for

Page 28

1  us another list in the production, then we would
2  appreciate it.
3      A.  Okay.
4      Q.  But as you just noted, there are 12 properties
5  listed.  It looks like one, two, three, four, five, six,
6  seven, eight -- the first eight are on Bilek Drive?
7      A.  Yes, ma'am.
8      Q.  Where is that?
9      A.  In Pensacola, Florida.  It's on the west side of
10 town.
11     Q.  Did you say that this was a subdivision?
12     A.  Yes, ma'am.
13     Q.  That was -- The entire subdivision was developed
14 by Mitchell Company?
15     A.  Yes, ma'am.
16     Q.  Was it developed for a single owner?
17     A.  No, ma'am.
18     Q.  So were these developed for individual purchase?
19     A.  Yes, ma'am.
20     Q.  After the Bilek Drive properties, the next one
21 is Brightleaf Court.  Where is that located?
22     A.  That's on the northwest side of Pensacola.
23     Q.  It looks like the address is Cantonment,
24 Florida.  I may not be saying that right.
25     A.  Cantonment.

Page 29

1      Q.  Cantonment, Florida.  Is that still part of
2  Pensacola?
3      A.  If you were driving in your car and you passed
4  through the city limits of Pensacola and into Cantonment,
5  unless there was a sign, you wouldn't know it.
6      Q.  Okay.  So is the Brightleaf Court property not
7  part of the Bilek Subdivision?
8      A.  No, ma'am.  They're probably separated by six or
9  seven miles, and it would be south and east of this
10 location.
11     Q.  Okay.  And was there a name for the Brightleaf
12 Court subdivision?
13     A.  Bentley Oaks or, more correctly, the Enclave at
14 Bentley Oaks.
15     Q.  Did The Mitchell Company develop the entire
16 subdivision of the Enclave at Bentley Oaks?
17     A.  We're still developing it today -- or they are
18 still developing it today.  It's a very large tract.
19     Q.  Okay.  I'm going to ask the question just to get
20 a clear answer for the record, which is, did The Mitchell
21 Company develop all of the homes in the Enclave at
22 Bentley Oaks?
23     A.  They developed all of the lots in the Enclave.
24     Q.  Okay.  So -- And you say it's still being built?
25     A.  The Enclave is completed.  It's a phase of

8 (Pages 26 - 29)

30(b)(6) Chester Stefan                                November 29, 2018
The Mitchell Company, Inc. Vs. Knauf Gips KG, Et Al.

Page 30

1 Bentley Oaks.
2    Q.   I see.  How many homes, approximately, are in
3 the Enclave?
4    A.   Approximately 40.
5    Q.   And when were these 40 homes built at the
6 Enclave?
7    A.   Gosh.  The last house in the Enclave has only
8 been finished three or four months, and they started them
9 probably a couple of years before this house was built,
10 and we see that house was built in -- started in '06.  We
11 probably were over there in '03 developing the
12 subdivision.
13    Q.   Okay.  And you were just referring to our
14 columns on this Exhibit 3 that say date started, date
15 completed and date occupied.  So is it accurate to say
16 that for the Brightleaf Court property, construction
17 started January 17th, 2016, was completed November
18 10th -- Sorry.  Strike that.
19       Is it fair to say that construction started
20 January 17th, 2006, was completed November 10th, 2006,
21 and the home was occupied January 17th, 2007?
22    A.   Yes, ma'am.
23    Q.   Based on this record?
24    A.   Yes, ma'am.
25    Q.   Is this Brightleaf Court property the only

Page 31

1 property in the Enclave at Bentley Oaks that is alleged
2 to have Taishan Chinese drywall?
3    A.   Yes, ma'am.
4    Q.   The next one on the list is at 4869 Pace Patriot
5 Boulevard in Pace, Florida?
6    A.   Yes, ma'am.
7    Q.   Where is that?
8    A.   It's another suburb of Pensacola, and that would
9 be on the northwest side of Pensacola.
10    Q.   And is that part of a larger development?
11    A.   Yes, ma'am.  There were a number of lots in that
12 subdivision.
13    Q.   Approximately -- What was the name of that
14 subdivision with Pace Patriot?
15    A.   It says on the form Twin Hills, lot 37.
16    Q.   Oh, I see.  So you believe that subdivision was
17 called Twin Hills?
18    A.   Yes, ma'am.
19    Q.   And this is the only Mitchell Company property
20 in Twin Hills that is alleged to have Taishan drywall?
21    A.   Yes, ma'am.
22    Q.   And that was built in 2005, correct?
23    A.   Yes, ma'am.
24    Q.   The next property is 5764 Jade Moon Drive?
25    A.   Yes, ma'am.

Page 32

1    Q.   And is that in a subdivision called Bonview?
2    A.   Yes, ma'am.
3    Q.   Okay.  And how many Mitchell homes were built in
4 Bonview?
5    A.   They're still building there today.  So, you
6 know, there's got to be a hundred, at least.
7    Q.   They were building there in 2006, according to
8 this document?
9    A.   Yes, ma'am.
10    Q.   And this is the only Bonview home alleged to
11 have Taishan drywall?
12    A.   Yes, ma'am.
13    Q.   And then the last one on the list is at 1916
14 Brightwater in Gulf Breeze, Florida.  Is that in a
15 subdivision called Shadow Lakes?
16    A.   Yes, ma'am.
17    Q.   And that particular property was constructed
18 starting in late 2006 and finished in 2007?
19    A.   Yes, ma'am.
20    Q.   And is that the only property in Shadow Lakes
21 that is alleged to have Taishan drywall?
22    A.   Yes, ma'am.
23    Q.   So based on this record, there are 12 subject
24 properties in this case?
25    A.   Yes, ma'am.

Page 33

1    Q.   Now, this document, Exhibit 3, at the very top
2 of the chart says all of these houses have Taishan
3 drywall in them.  Do you know who wrote that?
4    A.   Me.
5    Q.   Did you write that when you were gathering
6 documents for this document production, or did you write
7 that at some earlier point in time when you were working
8 at The Mitchell Company?
9    A.   I believe it was earlier.  I didn't write it in
10 the last four or five years.
11    Q.   Okay.  How did you determine that these 12
12 properties had drywall manufactured by Taishan
13 specifically?
14    A.   It would be a different story on every house
15 because, typically, we would look in the air conditioning
16 closet or in a garage or somewhere where you could see
17 the back, and in a lot of cases, we actually took a
18 sheetrock saw with us and cut out a section and looked
19 for the markings, but typically, it wouldn't have the
20 name Taishan -- Tiashan on it.  It would just say, you
21 know, manufactured in China and we met a certain ASTM.
22    Q.   Right.  So how did you conclude that those
23 markings were attributable to Taishan in The Mitchell
24 Company's view?
25    A.   As -- and we didn't know that for quite

9 (Pages 30 - 33)

30(b)(6) Chester Stefan                           November 29, 2018
The Mitchell Company, Inc. Vs. Knauf Gips KG, Et Al.

Page 34

1 sometime, but someone told me along the way, probably
2 someone at Rightway Drywall or may have been Smokey
3 Mountain, I'm not sure. But I have no way of making that
4 determination. Someone made it and told me.
5   Q. But you don't remember who?
6   A. No, ma'am.
7      (Whereupon, Defendant's Exhibit 4 was marked for
8 identification and attached hereto.)
9   Q. I'm handing you Exhibit 4. Have you seen this
10 document before?
11   A. Yes, ma'am.
12   Q. What is it?
13   A. It's the typing out of my proposed testimony
14 before the senate judiciary committee.
15   Q. And specifically, the subcommittee on
16 administrative oversight in the courts; is that correct?
17   A. Yes, ma'am.
18   Q. And the face of this document reflects that
19 there was a hearing on "Leveling the Playing Field and
20 Protecting Americans: Holding Foreign Manufacturers
21 Accountable" that was held on May 19th, 2009 at 10 a.m.
22 Did you, in fact, attend such a hearing on that date?
23   A. Yes, ma'am.
24   Q. And did you, in fact, give this testimony on
25 that date?

Page 35

1   A. Let's say I gave something like it.
2   Q. Okay. This was -- These were your draft
3 remarks?
4   A. Yes, ma'am.
5   Q. And did you generally follow these draft
6 remarks?
7   A. Until the questions started.
8   Q. Okay. Do you have a transcript of your actual
9 testimony?
10   A. No, ma'am, but it's available on their website.
11   Q. Okay.
12   A. Or was on their website. Who knows now after
13 this amount of time.
14   Q. How did it come about that you were a witness at
15 this hearing?
16   A. I think Steve asked me or Jeff Sessions, one of
17 the --
18      MR. NICHOLAS: Your best recollection.
19   A. My best recollection is that Steve asked if I
20 could go.
21   Q. Steve, your lawyer sitting here?
22   A. My attorney.
23   Q. Okay. And you gave that testimony under oath?
24   A. Yes, ma'am. I guess I did. I'm not -- No, I
25 don't think they swore us in. I don't think they did.

Page 36

1   Q. All right. But there was --
2   A. I would tell the truth either way.
3   Q. Sure. You were sitting at a table, and there
4 was somebody recording the proceedings?
5   A. Yes, ma'am.
6   Q. And you were speaking to senators?
7   A. Yes, ma'am.
8   Q. So I'm sure you did tell the truth?
9   A. Yes, ma'am.
10   Q. If you look at -- Oh, sorry. Let me back up.
11 Did you prepare this draft?
12   A. Yes, ma'am.
13   Q. Okay. And I see that there are some handwritten
14 notations. Are those your handwritten notations on the
15 draft?
16   A. Yes, ma'am. That's my handwriting.
17   Q. Okay. And so you wrote these remarks?
18   A. Yes, ma'am.
19   Q. If you look about the middle of the first full
20 page of your draft testimony, there's a paragraph that
21 starts with the word "first."
22   A. Yes, ma'am.
23   Q. And you write, "It was difficult to figure out
24 where the sheetrock came from. Some pieces from our
25 Alabama houses had Knauf stamped on the back, while

Page 37

1 others were simply stamped 'made in China' without any
2 manufacturer destination." Do you see that?
3   A. Yes, ma'am.
4   Q. And is Knauf a different company from Taishan?
5   A. Yes, ma'am, to the best of my knowledge.
6   Q. And do any of the subject properties in this
7 suit contain Knauf drywall?
8   A. I think this suit is big, and even in the notice
9 of deposition, it mentions Knauf. So I don't know how to
10 answer that question.
11   Q. Okay.
12   A. I can answer it about the subject property.
13   Q. That was my question. The subject properties as
14 we've defined it today, do any of the subject properties,
15 the 12 on Exhibit 3, contain Knauf drywall?
16   A. No, ma'am.
17   Q. The Knauf drywall that was found in Mitchell
18 properties were all found in Alabama; is that correct?
19   A. Yes, ma'am.
20   Q. And for these 12 subject properties, are all
21 of -- is all of the drywall that was found in these 12
22 properties marked with "made in China"?
23   A. No, ma'am.
24   Q. Okay. What are the markings on the subject
25 properties?

10 (Pages 34 - 37)

30(b)(6) Chester Stefan                                        November 29, 2018
The Mitchell Company, Inc. Vs. Knauf Gips KG, Et Al.

Page 38

1   A.   The ceiling sheetrock was fire code, and it was
2   made in America.
3   Q.   Okay.  So the drywall that's alleged to be
4   Chinese drywall manufactured by Taishan, what markings
5   did that drywall have?
6   A.   It would typically have "made in China" and a
7   reference to the ASTM number.
8   Q.   Made in China, meets or exceeds the ASTM and
9   then the ASTM number?
10   A.   Yes, ma'am.
11   Q.   Okay.  Were there any examples of Chinese
12   drywall in any of the subject properties that had a
13   Taishan or Taihe marking, that said those words?
14   A.   I don't have a specific recollection, but we
15   took pictures, so if you reviewed every picture, you
16   might find one.
17   Q.   Right.  So if there were -- If there were any
18   drywalls that were marked with Taihe or Taishan or had
19   Taishan edge tape at The Mitchell Company, we would see
20   it in the document production?  It would have been
21   included in the document production?
22   A.   Well, the edge tape would have been in the
23   garbage by that time, so it would have to be, you know,
24   on the board itself.
25   Q.   Right, but any evidence that you have, any proof

Page 39

1   of drywall markings that you have for the subject
2   properties is included in the document production?
3   A.   Yes, ma'am.
4   Q.   Okay.
5       (Whereupon, Defendant's Exhibit 5 was marked for
6   identification and attached hereto.)
7   Q.   I hand you Exhibit 5.  Have you seen this
8   document before?
9   A.   Yes, ma'am.
10   Q.   And it appears to be a letter from Tom Caldwell
11   of Mitchell Homes to Mr. Mike Jenkins of Rightway Drywall
12   in Macon, Georgia dated March 3rd, 2009; is that correct?
13   A.   Yes, ma'am.
14   Q.   Okay.  Who was Rightway Drywall?
15   A.   They're our subcontractor for labor and
16   materials on drywall in the greater Pensacola area.
17   Q.   Okay.  And in this letter, it says, "My request
18   of you was to inquire of Emerald Coast as to the
19   possibility of these homes containing the suspect
20   sheetrock."  Who is Emerald Coast?
21   A.   It's a d/b/a for the next person up the chain,
22   the supply chain, from Rightway Drywall.
23   Q.   Okay.  And did Rightway Drywall or Emerald Coast
24   ever provide you with any documentation showing that the
25   drywall was sourced from Taishan?

Page 40

1   A.   No.
2   Q.   Were they ever able to find any documentation
3   regarding the source of any of the Chinese drywall?
4   A.   I was told when we had our -- we were at a
5   meeting in Pensacola to determine the buyout price of a
6   property and the representatives of these companies were
7   there, they told me that, you know, yeah, we bought it
8   from so-and-so and told me even further up the chain than
9   they were.  All those people were in the room.
10   Q.   Okay.  But did they -- They said Taishan
11   specifically?
12   A.   Yes, ma'am.
13   Q.   Okay.  But you've never seen any documentation?
14   A.   No, ma'am.
15   Q.   And you mentioned a chain.  It sounds like there
16   were multiple layers of sourcing in this supply chain; is
17   that correct?
18   A.   Yes, ma'am.
19   Q.   Were you ever told that Rightway Drywall ordered
20   this drywall directly from Taishan in China?
21   A.   No, ma'am.
22   Q.   Were you ever told that Emerald Coast bought
23   this drywall directly from Taishan in China?
24   A.   No, ma'am.
25   Q.   Do you believe there were other intermediaries

Page 41

1   in the sourcing from China?
2   A.   Yes, ma'am.
3   Q.   And do you know who any of the other
4   intermediaries are?
5   A.   Somebody with the word "importing" in their
6   name, or if it wasn't importing, the name would indicate.
7   Q.   Do you think that entity has been identified in
8   the documents that you've produced to us?
9   A.   No, ma'am.
10   Q.   Do you have any other information about this
11   importing entity?
12       MR. NICHOLAS:  It's in the release.  If you want
13   me to help you, I will, but it's in the release.
14       MS. EIKHOFF:  Okay.
15   A.   That information was in an attorney letter.
16   Q.   Understood.  Okay.  In this letter, which is
17   dated March 3rd, 2009, Mr. Caldwell references that the
18   symptoms of potential Chinese drywall have been confined
19   to one subdivision and, to date, nine homes.  Do you see
20   that?
21   A.   Yes, ma'am.
22   Q.   Do you believe that to be referring to the
23   Bilek --
24   A.   Wait a minute.  Does it say it here?
25   Q.   Yes.  And it's in the second paragraph.

11 (Pages 38 - 41)

30(b)(6) Chester Stefan                     November 29, 2018
The Mitchell Company, Inc. Vs. Knauf Gips KG, Et Al.

Page 42

1    A.  Okay.  Nine.  Okay.  Yeah.
2    Q.  Do you believe that to be referring to the Bilek
3  Subdivision?
4    A.  I don't know which nine.
5    Q.  The Exhibit 3 subject properties list has eight
6  Bilek Drive properties.  Do you know of any other
7  subdivisions that were experiencing symptoms of Chinese
8  drywall by multiple homes?
9    A.  So other subdivisions with more than one Chinese
10 drywall house?
11   Q.  Yes.
12   A.  No.  I think those were individuals outside of
13 Bilek.
14   Q.  Okay.  Are you okay?  Do you want to take a
15 break?
16   A.  Sure.
17     (Whereupon, an off-the-record break was taken,
18 after which the following occurred:)
19     (Whereupon, Defendant's Exhibit 6 was marked for
20 identification and attached hereto.)
21 BY MS. EIKHOFF:
22   Q.  I'm handing you a document that's been marked
23 Exhibit 6.
24   A.  Yes.  I've looked it over.
25   Q.  Okay.  Do you recognize that document?

Page 43

1    A.  Yes, ma'am.
2    Q.  And what is it?
3    A.  It describes itself as the amended complaint
4  that was filed in New Orleans with Judge Fallon.
5    Q.  Okay.  Against Taishan, among others, right?
6    A.  Yes, ma'am.
7    Q.  And do you understand this to be the
8  operative complaint in the current case?
9    A.  Well, this was filed back in '09, so there's
10 probably been more filings since then, and it may have
11 been amended, but I have no way of knowing or telling.
12   Q.  I'll represent to you that there are no further
13 amended complaints since this one was filed.  As you have
14 already noted, there are other Defendants that are listed
15 in this complaint.  The first one is Knauf GIPS KG.  Do
16 you see that?
17   A.  Yes, ma'am.
18   Q.  Is Knauf still a Defendant in The Mitchell
19 Company's claims?
20   A.  I have no idea.  We've settled.  So I -- but
21 they may -- We're not pressing any claims against Knauf.
22   Q.  Okay.  You have entered into a settlement
23 agreement with Knauf?
24   A.  Yes, ma'am.
25   Q.  Okay.  And its related company, Knauf

Page 44

1  Plasterboard?
2    A.  Yes, ma'am.
3    Q.  Okay.  What about Interior & Exterior Building
4  Supply, LP?  Who is that?
5    A.  That was a person who supplied the Knauf drywall
6  in the chain, not the first party.  I think they were the
7  second party in that chain.
8    Q.  In the chain of the Knauf drywall only?
9    A.  Yes, ma'am.
10   Q.  Okay.  And then Rightway Drywall?
11   A.  Yes, ma'am.
12   Q.  Which was the recipient of the letter we were
13 just looking at, Exhibit 5, right?
14   A.  Yes.
15   Q.  And did Rightwall (sic) supply The Mitchell
16 Company with all of its drywall as the last supplier in
17 the chain?
18   A.  Rightway in Pensacola, single-family division of
19 The Mitchell Company, Inc., was the sole supplier.
20   Q.  Okay.
21   A.  At that time.
22   Q.  Okay.  So Rightway was the supplier for just the
23 Florida properties?
24   A.  That's correct.
25   Q.  And then Interior & Exterior Building Supply was

Page 45

1  the supplier for the Alabama properties; is that correct?
2    A.  Yes, ma'am, but I would limit it to the greater
3  Pensacola area because there were other areas of
4  involvement.
5    Q.  Understood.  Now, you mentioned earlier that
6  there was some company you believe that was up the chain
7  from Rightway, up the chain from Emerald Coast that had
8  the name "importing" in it?
9    A.  It has a name that when you read it, you say,
10 Oh, that's the guy who imported it.
11   Q.  Okay.  But they are not named as a Defendant in
12 this suit?
13   A.  No, not in that piece of paper.
14   Q.  Did The Mitchell Company ever assert any claims
15 against that importing company?
16   A.  No, not to my knowledge, unless my attorney did
17 it.
18   Q.  Okay.  You mentioned that Mitchell has settled
19 its claims with Knauf.
20   A.  Yes, ma'am.
21   Q.  Has it also settled its claims with Interior &
22 Exterior Building Supply?
23   A.  Yes, ma'am.  There were mutual releases.
24   Q.  And has it also resolved its claims against
25 Rightway Drywall, Inc.?

12 (Pages 42 - 45)

30(b)(6) Chester Stefan                    November 29, 2018
The Mitchell Company, Inc. Vs. Knauf Gips KG, Et Al.

Page 46

1    A.  No, ma'am.
2    Q.  No.  So is Rightway Drywall, Inc., still a
3  Defendant in this case along with Taishan?
4    A.  Yes, ma'am, to the best of my knowledge.
5    Q.  What is the amount of The Mitchell Company's
6  damages that its seeking in this case?
7    A.  I believe that we produced the cost run, so that
8  would be the -- whatever the final number is on the cost
9  run that we produced, a listing of all the people that
10  were paid and how much they were paid and then, you know,
11  some amount for all the incidental expenses like, you
12  know, we supplied the homeowner on Brightleaf with a
13  refrigerator, a washer and dryer.  She lived in one of
14  our houses for a couple of years.  I don't know how many
15  hours of my time and my staff's time.  It would be hard
16  to put a number on it, but it's probably in the
17  neighborhood of 250 or 300,000.
18    Q.  Total?
19    A.  Yes, ma'am.
20    Q.  Total damages?
21    A.  Yes, ma'am.
22    Q.  Around 200 --
23    A.  250 to 300.
24    Q.  What documentation do you have to substantiate
25  that figure?

Page 47

1    A.  Well, we probably have -- In the case of
2  everything on the cost run, we have an invoice, and a lot
3  of those invoices, specifically the drywall, were
4  actually produced.  And then the records of my time and
5  my staff, you know, would be in our payroll records.
6    Q.  We'll look at what you've produced and see what
7  we have documentation for.  You talked about the cost
8  runs?
9    A.  Yes, ma'am.
10    Q.  Which you've produced, but now you are also
11  mentioning the value of your time?
12    A.  Yes, ma'am.
13    Q.  Have you calculated the value of your time and
14  other company members' time?
15    A.  No, ma'am.
16    Q.  And the 250,000 to 300 estimate that you just
17  gave assumes that there is some time value calculated in
18  there?
19    A.  Yes, ma'am.
20    Q.  That has not yet --
21    A.  That would be the difference from the 100,000
22  that's on the cost run, and the 250 is the time.
23    Q.  But you've never calculated that?
24    A.  No, ma'am.
25    Q.  And we won't see any documents in the document

Page 48

1  production that calculate that?
2    A.  No, ma'am.  I think in the production, they talk
3  about some of the ancillary costs.  I remember there was
4  an email where we discussed the washer, dryer and
5  refrigerator that were damaged by the sulfur, and so we
6  replaced them for the owner of the Brightleaf property,
7  and I don't believe that's on the cost run.
8    Q.  There is no total calculation of your damages in
9  this case?
10    A.  No, other than my testimony.
11    Q.  What you're testifying today is not all of the
12  damages that Mitchell is seeking are liquidated; is that
13  correct?
14    A.  I think they're probably liquidated.  They're
15  just not known.  I mean, I'm not spending any more time
16  other than sitting here today.  So whatever time I spent
17  back then, we just have to go back and make an estimate.
18        MR. NICHOLAS:  We're not claiming lost time.  I
19  mean, the value of his time, that's not part of the
20  claim.
21    Q.  Okay.  So do you want to revise your answer of
22  what the -- because I asked --
23        MR. NICHOLAS:  You asked him how he was damaged,
24  and they were.  I'm just saying we're not claiming that
25  in the litigation.

Page 49

1        MS. EIKHOFF:  Okay.  And, to be clear, I said
2  what are Mitchell's damages, and I'm asking it in this
3  deposition with him as a 30(b)(6) witness to know what
4  damages Mitchell is claiming in this litigation.
5    Q.  What is the amount of damages that Mitchell is
6  claiming in this litigation?
7    A.  Well, when we go forward from here, all we are
8  claiming is the damages that are on the cost run that was
9  produced the last date.
10    Q.  Okay.  Let's look at Exhibit 6, and I'm going to
11  direct your attention to page two, paragraph one, which
12  alleges that Mitchell is bringing this action on behalf
13  of all persons and entities in certain states, and I'm
14  beginning to quote here, "Who used drywall manufactured
15  by Knauf entities or Taishan Gypsum Co., Limited, for the
16  construction, repair or remodeling of any improvement to
17  real property and who have incurred any expenses
18  associated with, one, repair or replacement of all or
19  part of the defective drywall; and/or two, repair or
20  replacement of other property damaged by the defective
21  drywall; and/or, three, other expenses incurred as part
22  of the remediation of the effects of the defective
23  drywall, including without limitation, the cost of
24  investigation and expert analysis of the defect and cost
25  of relocating customers displaced by the presence of

13 (Pages 46 - 49)

30(b)(6) Chester Stefan                    November 29, 2018
The Mitchell Company, Inc. Vs. Knauf Gips KG, Et Al.

Page 50

1 defective drywall." Did I read that correctly?
2    A.   Yes, ma'am.
3    Q.   Okay.  I want to go through each of those
4 subparts because there's three subparts and ask you
5 questions about them.  So the first subpart is expenses
6 associated with repair or replacement of all or part of
7 the defective drywall.  Did Mitchell repair or replace
8 all or part of the defective drywall in the subject
9 properties?
10   A.   Only one.
11   Q.   Which one?
12   A.   Partial on Brightleaf, which on your list is
13 number nine.
14   Q.   That's owned by Mindy Lister?
15   A.   Yes, ma'am.
16   Q.   And we'll refer to that as the Lister property.
17   A.   Yes, ma'am.
18   Q.   There's going to be more questions about the
19 Lister property.  So you said only partial on only one of
20 the properties, the Lister property; is that correct?
21   A.   Yes, ma'am.
22   Q.   Okay.  And where are the records of the work
23 that was done to repair or replace the defective
24 drywall -- some of the defective drywall in that
25 property?

Page 51

1    A.   The work was actually performed by Mr. C.W.
2 Currie and his crew, and it is -- there will be a check
3 in the cost run -- I think there will be two different
4 checks because he went over there twice -- to C.W.
5 Currie, and those would represent basically patching of
6 drywall that was removed to confirm the manufacturer.
7    Q.   I see.  So the removal and replacement of
8 drywall in the Lister property was limited to samples
9 that were taken for testing and identification purposes?
10   A.   Yes, ma'am.  That's correct.
11   Q.   Okay.  So Mitchell did not actually repair or
12 remove drywall from that property to remediate the
13 property?
14   A.   No, ma'am.
15   Q.   And you said that Mitchell did not remove or
16 repair any drywall in any of the other subject
17 properties, right?
18   A.   There were a couple of patches performed by --
19 under Tom Caldwell's supervision but too minor to
20 mention.
21   Q.   Okay.  And, again, that would just be for
22 testing or for identification purposes?
23   A.   Yes, ma'am.  A hole was made to reveal, and
24 then Tom -- I wasn't even involved.  Tom said, I've got a
25 guy that will fix that, and we just left the house.

Page 52

1    Q.   Right, not work done to remediate the property?
2    A.   Correct.
3    Q.   So Mitchell is not an example of a home builder
4 that went in and remediated the properties themselves by
5 removing and replacing drywall?
6    A.   And we're just speaking now of Taishan?
7    Q.   Yes, for Taishan.
8    A.   In respect of Taishan, that's correct.
9    Q.   Okay.  All right.  Now let's look at the second
10 subpart of this paragraph, which is expenses associated
11 with repair or replacement of other property damaged by
12 the defective drywall.  And I was confusing myself as I
13 was thinking about my questions because we're using the
14 word "property," because there's property and there's
15 property.  So when we refer here to other property, what
16 does that refer to in the context of this paragraph?
17   A.   Well, the other property in the Pensacola
18 Taishan drywall would be the numerous air handlers that
19 had to be replaced, sometimes the entire air handler,
20 sometimes just the coil, and there were actually coatings
21 placed on the coils, and all of those costs for those
22 type of things.  There was the washer, the dryer and the
23 refrigerator that are not on the cost run.  That's the
24 only item that I can think of that is not on the cost
25 run.  Her's were damaged or claimed to be damaged.

Page 53

1    Q.   You said "her's"?
2    A.   Mindy Lister's.
3    Q.   Okay.
4    A.   A washer, dryer and refrigerator were replaced
5 when she moved from her house to the empty house in the
6 Enclave.
7    Q.   Okay.  So in the context of paragraph one in
8 this subpart two, the references to other property would
9 be things like appliances, refrigerators, washer, dryers,
10 HVAC components; is that correct?
11   A.   You used the plural in respect of refrigerators.
12 There was only one, and I think you used the plural in
13 respect of washer and dryers.  There was only one.  But
14 HVAC units, some houses actually had two, and I think one
15 had three HVAC replacements, and all of those costs of
16 that work are what is in the cost -- what we refer to as
17 the cost run.
18   Q.   Okay.  So for Mitchell specifically, the other
19 property that was repaired or replaced was, in one
20 instance, a refrigerator, a washer and a dryer?
21   A.   Yes, ma'am.
22   Q.   And in multiple instances for subject properties
23 were repairs and replacements related to HVAC?
24   A.   Yes, ma'am.
25   Q.   Is there any other "other property" repairs and

14 (Pages 50 - 53)

30(b)(6) Chester Stefan      November 29, 2018

The Mitchell Company, Inc. Vs. Knauf Gips KG, Et Al.

Page 54

1 replacements?

2    A. Personal property.

3    Q. Okay.

4    A. There might have been some jewelry or some small

5 expenditure, but it would be on the cost run because we

6 had two situations, and I can think of, you know, people

7 who had silver or rings and things damaged, and we bought

8 them a new one, but it was de minimus, but if we paid

9 that money, it would get on the cost run.

10    Q. Okay. And so there may have been repair or

11 replacement of personal property in some of the subject

12 properties but not all; is that fair?

13    A. Yes. That's a correct statement.

14    Q. And the only time that you replaced appliances

15 was for the one Mindy Lister property, right?

16    A. If you're talking about a kitchen appliance,

17 that's a correct statement.

18    Q. Okay. So Mitchell is not an example of a home

19 builder that went in and replaced all of the kitchen

20 appliances for all of the homes that had Chinese drywall?

21    A. Not in respect of Taishan drywall.

22    Q. Okay. And there was only one washer dryer?

23    A. Yes, ma'am.

24    Q. And I don't know if you would consider that a

25 kitchen appliance or not, but --

Page 55

1    A. I was differentiating between an air handler,

2 which is referred to as an appliance in the trade.

3    Q. Understood. Understood. And in my mind, I was

4 thinking of the air handler as being associated with

5 HVAC. Did you repair or replace HVAC on all of the

6 subject properties?

7    A. Yes, ma'am, at least once.

8    Q. Okay. And then the third subpart of paragraph

9 one references other expenses incurred as part of the

10 remediation of the effects of defective drywall

11 including, without limitation, the cost of investigation

12 and expert analysis of the defect and cost of relocating

13 customers displaced by the presence of defective drywall.

14    Why don't I try and break that down a little bit

15 more. Did Mitchell incur cost of investigation and

16 expert analysis of the defect?

17    A. What testing was done, Steve paid for some, and

18 if we paid, it's on the cost run for testing.

19    Q. And when you say Steve paid for some --

20    A. Steve Nicholas, The Mitchell Company's attorney.

21    Q. Okay. And so if that was a cost borne by

22 Mitchell, it would be reflected on the cost run document

23 that you have produced?

24    A. Yes, ma'am.

25    Q. And then costs of relocating customers. How

Page 56

1 many customers were relocated as a result of this?

2    A. Only Mindy Lister.

3    Q. Okay. So the rest of the subject properties,

4 those owners were never relocated, it follows, right?

5    A. They were never relocated by The Mitchell

6 Company.

7    Q. Okay. So The Mitchell Company is not an example

8 of a home builder that paid to relocate all of its

9 homeowners that had Taishan Chinese drywall?

10    A. That's correct.

11    Q. And what were the costs of relocating Mindy

12 Lister?

13    A. Mindy moved herself from the house on Brightleaf

14 to the vacant spec house that Mitchell owned in the

15 Enclave, and our only costs were repairing the property

16 for resale after she moved and the aforesaid three

17 appliances and the cost of the house, the fair rental

18 value of the house, which was $2500 a month.

19    Q. Would you otherwise be renting that property,

20 though?

21    A. No, ma'am, but we couldn't sell it.

22    Q. You couldn't sell it, but it wasn't -- It was a

23 home that would otherwise be for sale?

24    A. Yes, ma'am.

25    Q. But that would not otherwise be rented by

Page 57

1 someone else?

2    A. That's a correct statement.

3    Q. Okay. And have you accounted for the cost of

4 Mindy Lister living there, the cost to Mitchell?

5    A. It would be subsumed into the $2500 a month

6 rent.

7    Q. But there is a $2500 a month line item in the

8 cost run?

9    A. Yes, ma'am, each month.

10    Q. Okay. And that was calculated by what the fair

11 market rental value would be?

12    A. Yes, ma'am.

13    Q. And that was a cost borne by Mitchell?

14    A. Yes, ma'am.

15    MS. EIKHOFF: Let's go off the record for a

16 second.

17    (Whereupon, an off-the-record break was taken,

18 after which the following occurred:)

19    (Whereupon, Defendant's Exhibit 7 was marked for

20 identification and attached hereto.)

21 BY MS. EIKHOFF:

22    Q. Here you go. I'm handing you a document that's

23 been marked as Exhibit 7. I will direct your attention

24 to just the first page of this. So you are free to take

25 as much time as you want to read the whole thing, but I

15 (Pages 54 - 57)

30(b)(6) Chester Stefan                    November 29, 2018

The Mitchell Company, Inc. Vs. Knauf Gips KG, Et Al.

Page 58

1 will just go ahead and preview for you that I'm really
2 gonna be focused on the first page.
3    A.  Okay.
4    Q.  So we were just going through three subparts
5 that were in the amended complaint --
6    A.  Yes, ma'am.
7    Q.  -- of Mitchell's allegations as to class, and
8 this document is the most recent motion for class
9 certification that has been filed on behalf of Mitchell.
10 Do you see that?
11    A.  Yes, ma'am.
12    Q.  Okay.  Have you seen this document before?
13    A.  I think so.
14    Q.  Okay.  And the reason I have marked it as an
15 exhibit and wanted to ask you about it is that in this
16 motion, unlike in the complaint, instead of three
17 subparts, there are four subparts, and so I'm bringing
18 this document to your attention to ask you about the
19 fourth subpart.  Okay?
20    A.  Yes, ma'am.
21    Q.  Okay.  It's not the one that's labeled number
22 four, actually.  It's -- It looks like it sort of got
23 squeezed in as number three in this document, and that is
24 attorneys' fees and costs in defense of claims by
25 affected homeowners.  Do you see that?

Page 59

1    A.  Yes, ma'am.
2    Q.  Okay.  And so my question for you is, what are
3 Mitchell's damages arising from the expenditure of
4 attorneys' fees and costs in defense of claims?
5    A.  To date --
6       MR. NICHOLAS:  Related to Taishan.
7    Q.  Related to Taishan.
8    A.  To date, zero.
9    Q.  Okay.  And so Mitchell is not in a position to
10 be representing other homeowners who have incurred
11 attorneys' fees and costs?
12       MR. NICHOLAS:  Object to the form of the
13 question.
14    A.  I wouldn't know.  I don't have any knowledge of
15 the -- you know, that intimate of knowledge of all the
16 other people's operation.  So I couldn't even hazard a
17 guess.
18    Q.  Right.  But as far as Mitchell is concerned,
19 Mitchell is not putting a number on the table and saying,
20 these are our damages for attorney's fees and costs
21 against Taishan?
22    A.  No, ma'am.
23    Q.  Okay.  All right.  We can set that aside.
24       You have mentioned several times in your
25 testimony today cost runs.

Page 60

1    A.  Yes, ma'am.
2    Q.  And our document request asked for a list of
3 payments and reimbursements, a list of expenses for
4 remediation, any settlement, all expenses that would
5 comprise the damages that Mitchell is seeking.  And what
6 we have done is went through the document production that
7 we received over the course of the last 15 months and
8 pulled out any documents that looked like it might be a
9 list of expenses or a list of costs or anything, pretty
10 much any document that had a lot of numbers on it.
11    A.  Okay.
12    Q.  And I'm going to ask you about each of them so
13 you can explain them to me and tell me what they are.
14 Okay?
15    A.  Okay.
16    Q.  So the first one I will mark as Exhibit 8.
17       (Whereupon, Defendant's Exhibit 8 was marked for
18 identification and attached hereto.)
19    Q.  And I'll note for the record that Exhibit 8 is
20 about a hundred pages long and appears to be a report
21 with lots of what appear to be accounting line items.
22 Can you explain on behalf of The Mitchell Company what
23 this is that we're looking at?
24    A.  This document, which we refer to internally and
25 which in the middle at the top is referred to as the

Page 61

1 combined distribution, is a weekly report of how much
2 money is spent on building the houses that are under
3 construction in any given city.  In this case, it's
4 Pensacola on a line-by-line basis.
5    Q.  Okay.  So the date on this document is December
6 11th, 2009; is that right?
7    A.  Yes, ma'am.
8    Q.  Could it be November 12th, 2009?  Sometimes
9 accounting systems reverse the month and date.  Do you
10 know which way --
11    A.  No.  It's December.
12    Q.  Okay.  So December 11, 2009, and you said this
13 is a weekly report that gets generated?
14    A.  Yes, ma'am.
15    Q.  Okay.  And in the middle of the top of the page,
16 it says current column represents costs since February
17 11th, 2009?
18    A.  Yes, ma'am.
19    Q.  Okay.  So this would have been the accumulated
20 costs in Pensacola between February 11, 2009 and December
21 11th, 2009; is that right?
22    A.  In that column, not this report.  That's only
23 referring to one of the columns.
24    Q.  Which column is it referring to?
25    A.  Well, I think it says the current, right?

16 (Pages 58 - 61)

30(b)(6) Chester Stefan                    November 29, 2018
The Mitchell Company, Inc. Vs. Knauf Gips KG, Et Al.

Page 62

1 Current column represents costs. That's only this column
2 here. Can you see this? That's only referring to this
3 column. This is cumulative.
4    Q. I see. When you say "this," you're pointing to
5 accumulated costs?
6    A. The one that says accumulated costs, the second
7 column over. Excuse me. I pointed to the wrong one.
8 That's cumulative and goes back to whenever this house
9 came onto the combined distribution.
10   Q. Okay. And this report reflects costs that were
11 being expended and accumulated for multiple properties;
12 is that correct?
13   A. Every property -- This may not be a complete
14 report. I don't think it is every property in Pensacola
15 single-family division. If you had the whole report --
16 This looks like only selected ones, and it looks like the
17 selection was the ones with Chinese drywall.
18   Q. Okay. So this is the entire report as we
19 received it in the production. So you are speculating
20 that only certain pages of the report were pulled?
21   A. I'm not speculating. Our accounting system
22 would allow the person operating the computer to go into
23 the computer and say, I want the cost run on these 12
24 houses, and he would push the button, and it would only
25 print those 12, because at any given time in Pensacola,

Page 63

1 there's a lot more houses underway than what we have in
2 our hand here today.
3    Q. Okay.
4    A. So I think it's a special report, and I'd have
5 to go back and compare each of these, but I notice we had
6 the Brightleaf and the Bileks. I didn't see anything
7 other than those, so on that day, whoever requested it
8 may not have had all 12, but they had most of them.
9    Q. I see, if you look toward the end, the last
10 couple of pages, there's a reference to Bentley Oaks.
11   A. Yes.
12   Q. Is that also one of the subject properties?
13   A. The Bentley Oaks would be the Mindy Lister
14 house.
15   Q. Oh. Okay. Now, you referred to this as a list
16 of all of the costs associated with constructing those
17 properties; is that correct?
18   A. That's correct.
19   Q. So as I'm looking at it, I see that there's
20 costs associated with fill dirt and material, for
21 example, on the first page.
22   A. Yes, ma'am.
23   Q. Lot clearing?
24   A. Yes, ma'am.
25   Q. And surveying. So these are not Chinese drywall

Page 64

1 expenses. These are original construction expenses; is
2 that correct?
3    A. You're correct, ma'am. This is what it cost to
4 build the house the first time.
5    Q. So when you referred to this as a cost run, this
6 is not to be confused with your list of damages in this
7 case?
8    A. That's correct.
9       (Whereupon, Defendant's Exhibit 9 was marked for
10 identification and attached hereto.)
11   Q. I'm handing you Exhibit 9. Explain to me, sir,
12 what this is.
13   A. This appears to be what we call a take-off where
14 you would try and estimate the cost of whatever job it
15 was, either new construction -- and this is not new
16 construction because there's a lot of demo -- and figure
17 out what something is going to cost.
18   Q. Okay. So what did you call this, a take-off?
19   A. Yes.
20   Q. Okay. And that is a term that's used at
21 Mitchell to refer to an estimate?
22   A. I think that's industry wide.
23   Q. Okay. But that's how it's referred to by you
24 today --
25   A. Yes, ma'am.

Page 65

1    Q. -- testifying for Mitchell? Okay. And do you
2 see the words "Chinese sheetrock," upper left-hand side?
3    A. Yes, ma'am.
4    Q. So do you believe that this is an estimate of
5 what it would cost, hypothetically?
6    A. Someone believed it.
7    Q. You don't know who prepared this?
8    A. You know, I might have participated in it, but I
9 don't have any specific recollection of me preparing it,
10 and it isn't in a format that we used.
11   Q. Okay. You don't know why this was prepared?
12   A. No, ma'am.
13   Q. Okay. But it is not, to your knowledge, an
14 actual accounting of actual expenditures that were made
15 in this case?
16   A. No, ma'am.
17   Q. Okay. I really need glasses for this one.
18      (Whereupon, Defendant's Exhibit 10 was marked
19 for identification and attached hereto.)
20   Q. I'm handing you Exhibit 10. For the record,
21 Exhibit 10 is about 20, plus or minus, pages long and
22 also appears to be printouts of some sort of accounting
23 records. Can you tell me, sir, what this document is?
24   A. This is the record of the cost to build Mindy
25 Lister's house.

17 (Pages 62 - 65)

30(b)(6) Chester Stefan                    November 29, 2018
The Mitchell Company, Inc. Vs. Knauf Gips KG, Et Al.

Page 66

1  Q.  Okay.
2  A.  The first time.
3  Q.  All right.  So similar to Exhibit 8 that we were
4  looking at, which was the print-off of all of the costs
5  associated; is that right?  It talks about windows,
6  stucco, doors, garage doors, etc.
7  A.  Yes, ma'am, except this one is printed in more
8  detail because it lists every transaction, and that's
9  the other one was in summary form, and depending on how
10  you push the buttons on the computer, you could get it
11  either way.
12  Q.  Okay.  Now, I want you to look at the pages that
13  are marked 1381 through 1384 and confirm for me that
14  these are construction costs for the Lister property and
15  that's what this portion of Exhibit 10 relates to.
16  A.  Yes, ma'am.  Based on the dates in the report
17  and the dates in Exhibit Number 3, they tie together.  So
18  this is the original construction of Mindy Lister's
19  house.
20  Q.  Okay.  And there's some handwritten notations on
21  those pages.  Do you recognize whose those are?
22  A.  I recognize them as not being mine.
23  Q.  Okay.
24  A.  But I couldn't tell you whose they are.
25  Q.  Okay.  Now I want to direct your attention to

Page 67

1  page 1385, and in the upper left-hand corner at the top
2  of the first three columns, it says "Chinese sheetrock
3  expense."  Do you see that?
4  A.  Yes, ma'am.
5  Q.  And those columns continue, it looks like, for
6  the next three pages, on 1385, 1386 and 1387.
7  A.  Yes, ma'am.
8  Q.  What is this portion of the document?
9  A.  Those relate -- You know, the house was finished
10  long since -- If you look at the dates on this report,
11  that's long after the house was finished and, for
12  example, you see the cutting of the grass from the
13  landscaping and the maintenance, and they had to send the
14  air conditioning people out to clean the filters, and
15  these were the things that they were doing to the house
16  during that time frame.
17      And I'd like to correct myself.  I see the rent
18  in here, and the rent was $3,000 a month, not $2500 a
19  month like we previously testified, but we see, you know,
20  whatever number of months that Mindy Lister lived in the
21  other house, not in 10D but the house down the street.
22  Q.  Right.  And that $3,000 a month is not money
23  that was actually paid to anyone?
24  A.  No, ma'am.  That's an accounting entry.
25  Q.  Okay.  So all of the individual line items that

Page 68

1  are on these pages, 1385 to 1387, do they all relate to
2  the Mindy Lister property?
3  A.  Give me a minute to look through this before I
4  answer that question.  Can I go back and correct myself?
5  Q.  Yes.
6  A.  You asked about personal property damage by
7  Chinese drywall, and I see an expenditure to Haverty's,
8  and that was for Mindy's couch and stuffed furniture, and
9  it slipped my mind, but when I looked at that and said,
10  What's Haverty's doing in here, that's what that was, and
11  I remember Steve Schulman, who's the head of sales in
12  single family, and I discussing that and authorizing her
13  to do that.
14  Q.  Okay.  So I want to just recap that for the
15  record.
16  A.  Let me go real careful, and then I'll answer.
17  Q.  Sure.
18  A.  Well, go ahead and recap it, and I'll be looking
19  at this.
20  Q.  Well, I want you to be listening, and I know
21  your lawyer does, too.  So I'll wait.
22  A.  And, again, I see student movers.  That was
23  Mindy Lister's house.  I thought she did it herself, but
24  she probably supervised it and gave us a bill, and then
25  we paid the students to move her.

Page 69

1      These all appear to be related to the Chinese
2  drywall problem, and they occurred after the completion
3  of the house.
4  Q.  Do they all relate to the Lister property
5  specifically?
6  A.  Yes, ma'am.
7  Q.  Okay.  Let me just take a minute to recap the
8  clarification that you just gave about Haverty's.  So
9  before, when we were talking about other property that --
10  and the repair or replacement of other property that was
11  one of the categories of the complaint, we identified, in
12  the case of Mindy Lister, there were kitchen appliances.
13  In the case of Mindy Lister, there was washer/dryer.  In
14  multiple cases, there was HVAC parts and components or
15  systems, and in a couple cases, there was jewelry, de
16  minimus --
17  A.  May not have been Mindy, but I think we bought
18  some jewelry, small items.
19  Q.  Small.  I think you used the word "de minimus"
20  for that.  And then just to amend your answer on that,
21  you want to add that there was some furniture
22  replacement?
23  A.  Yes, ma'am.
24  Q.  Was that only for Mindy Lister?
25  A.  That's the only one I remember was Mindy Lister,

18 (Pages 66 - 69)

30(b)(6) Chester Stefan      November 29, 2018
The Mitchell Company, Inc. Vs. Knauf Gips KG, Et Al.

Page 70

1 Haverty's, $3451.41.
2    Q. Okay. And looking on page 1385, there are a
3 series of entries for rents, and it looks like it's
4 actually a whole year's worth. Did Mindy Lister live in
5 the other property for a year?
6    A. Ma'am, it's more than a year because on the next
7 page, you'll see some more rent payments, but those were
8 all accounting entries rather than expenditures.
9    Q. Rather than expenditures because Mitchell owned
10 the property?
11    A. We opened the house.
12    Q. Right. What are the entries for Tom Caldwell?
13    A. Tom Caldwell was our superintendent, and those
14 would represent when Tom went and got a bucket of
15 sheetrock mud or -- They're all minor, but they would be
16 in repairing -- the little repairs that we did to her
17 house -- to both houses, lot 10D and 17 both. There were
18 different occasions where he had to go -- He's a man that
19 can work with his hands, and rather than getting a sub,
20 he just does it. But I think they're all -- I looked
21 through. They're all pretty small.
22    Q. Sort of like handyman services?
23    A. Yes, but done by a guy you're paying a hundred
24 grand.
25    Q. Okay. So on page 1387, there are account and

Page 71

1 report totals, one in a column debit, one in a column
2 credit. Can you explain what those totals represent?
3    A. Those totals for our case here today are
4 probably misleading because they total everything in
5 front of it, but the house construction is in front of it
6 in pages. So probably the only way -- It's a laborious
7 job, but someone has to take an adding machine and start
8 at the top of that page and add them all up, because I
9 can tell by looking at them that it doesn't add up to
10 $161,000. I mean, that's clear.
11    Q. That's why I asked the question, actually.
12    A. Yes, ma'am. That's the way the program is set
13 up because it's very unusual in our system that we come
14 back three years later and spend two pages of
15 expenditures, but to get that total, someone's got to
16 just sit there and add it up.
17    Q. Okay.
18    A. And it's just a minor fraction of that 161,000.
19    Q. Okay. So is this the cost run that you've been
20 referring to earlier in testimony where you have itemized
21 the damages for The Mitchell Company that are related to
22 Taishan Chinese drywall?
23    A. It's a part of the cost run, and this part is
24 Mindy Lister's house, but the other cost run has all the
25 other houses and might actually -- I think it has one or

Page 72

1 two other bills because I didn't see C.W. Currie in here,
2 and he's the man who did the sheetrock repairs and the
3 other work in that house.
4    Q. Okay. We'll keep looking.
5      MR. NICHOLAS: It's on here.
6    A. It's on here? Maybe he is on here.
7    Q. What's that? Is there a correction?
8      MR. NICHOLAS: I was just pointing out to him
9 that Currie is on there.
10    A. Okay. I missed him, Steve. It should be on
11 here twice. I'll take your word for it.
12    Q. Well, let's take the time to get that clarified
13 for the record because Steve is not a witness.
14    A. One of the payments to C.W. Currie is on here.
15 Now, is there a second one?
16      MR. NICHOLAS: I don't know.
17    Q. Okay. Well, there's more pages to the document,
18 so we'll keep going through and see what light you can
19 shed on it. But sitting here right now, it appears that
20 pages 1385 to 1387 itemize expenses of Mitchell arising
21 from Taishan alleged Chinese drywall for the Lister
22 property?
23    A. Yes, ma'am. That's correct.
24    Q. And the totals at the end of page 1387 aren't
25 necessarily the totals of these line items. So in order

Page 73

1 to get the actual amount, you'd have to just add these up
2 one by one?
3    A. That's correct.
4    Q. Okay. Now, let's look at page 1388, and can you
5 tell me what document that is? It looks like it's the
6 same document that continues to 1392.
7    A. This document, again, is back to the original
8 construction of the house and does not relate to Chinese
9 drywall, and you could tell by looking at the dates of
10 the expenditures were all in that time frame while we
11 were building the house.
12    Q. Yeah. In fact, it appears to be a duplicate
13 even down to the handwritten notations of the first pages
14 of the exhibit?
15    A. Yes, ma'am.
16    Q. So now look at 1393 to 1396. This portion of
17 the exhibit has Chinese sheetrock expense at the top of
18 the columns. Can you tell me what these few pages are?
19    A. Well, for example, these are coded to Chinese
20 drywall, but I see a bill here to Estes, and Estes did
21 the air conditioning work on the Knauf. So that's not
22 related to Taishan. But the rest of those, starting,
23 again, with the Southern Gold Landscaping, Gulf Power and
24 the Haverty's bill which we've discussed and Mindy's
25 moving expenses, that just looks like a repeat of the

19 (Pages 70 - 73)

30(b)(6) Chester Stefan                                November 29, 2018
The Mitchell Company, Inc. Vs. Knauf Gips KG, Et Al.

Page 74

1 other pages. But when you -- or when someone runs the
2 totals, they need to strike that 2,389 expenditure
3 because it does not apply to the Lister or any Pensacola
4 house.
5    Q.  Right.  So the section that starts just below
6 that appears to be duplicative of the section we were
7 just looking at, and that's true until you get to the
8 next Estes Heating entry; is that right?
9    A.  Yes, ma'am.  That's correct.
10   Q.  Okay.
11   A.  And the C.W. Currie does apply.  So these are
12 kind of mixed.
13   Q.  Oh, really?
14   A.  Yes, ma'am.  These are mixed, because I see
15 another -- on page 1394 -- Steve, could I borrow your
16 pen?
17       MR. NICHOLAS:  Sure, but don't write on her
18 exhibit.
19       MS. EIKHOFF:  Well, we can if the record
20 reflects that it's the witness --
21       MR. NICHOLAS:  If you ask him to, that's fine.
22 I just didn't want him marking on the exhibit.
23   Q.  Yeah, you can mark --
24   A.  Can I mark the ones that I know are not Taishan,
25 because there's a bunch of these?

Page 75

1    Q.  Yeah.  Don't put a line through them.
2    A.  Put a check or something?
3    Q.  Right.
4    A.  A check next to it?
5    Q.  Yes.
6    A.  Let me take a minute and go through these
7 slowly.
8    Q.  And the record will reflect that handwritten --
9 Do you have a blue pen?  Here, I'm going to give you a
10 blue pen so it's more obvious that it's a new marking.
11   A.  There's one to me in here, and it's probably for
12 expenses that I incurred, and I'm going to mark that so
13 we don't have to try and find that expense report.  And
14 there's another one for me in here, so I'm going to mark
15 that as non-Taishan.
16   Q.  What do you mean when you're saying "one for
17 me"?
18   A.  They wrote me a check, and typically, it would
19 be like if I drove my car -- Well, my car is a company
20 car, so it wouldn't be for the car.  If I went to the
21 store and bought sheetrock or whatever or bought
22 something, but it could have been Knauf.  So we're just
23 going to check that off and say it's not Taishan.
24       Gosh, there's a whole string of Estes here that
25 are not part of this.

Page 76

1    Q.  Let me ask you.  Because of the way this is
2 grouped, we have a grouping that starts at the page of
3 1393 and continues to the top third, and we know that
4 those are all Mindy Lister expenses based on your prior
5 testimony.  Could the next grouping relate to -- all
6 relate to Knauf?
7    A.  It appears.  Let me just finish going down here.
8 Yes, ma'am, I think you're correct.  When you get to the
9 first account total that has a total of 84,206.45, then
10 that whole next four inches of costs -- Should I just
11 draw a big circle?
12   Q.  Yeah.
13   A.  Would that be acceptable to draw a big circle
14 around that?
15   Q.  The remainder of the page.
16   A.  All the remainder of the page, really.  That's
17 all related to Knauf.
18   Q.  Okay.
19   A.  Should I write "Knauf" at the bottom or
20 somewhere?
21   Q.  Your testimony will establish that, so that's
22 fine.
23   A.  Just to help.
24       MR. NICHOLAS:  You're fine.
25   Q.  Okay.  And it looks like it continues on 1395,

Page 77

1 and I see Mindy Lister and Haverty's again, but I also
2 see Estes, so --
3    A.  I'm going to circle Estes at the top as not
4 applicable to this.
5    Q.  And the next section that includes Haverty's and
6 Mindy Lister, these appear to be duplicates --
7    A.  Of what we looked at before.
8    Q.  -- of some of the prior ones but not all of the
9 prior ones because, for example, the rent is not here,
10 right?
11   A.  Yes, ma'am.
12   Q.  But this section before the break relates to
13 Lister, and then the next section has Estes in it.  So
14 the bottom fourth of the page has Estes and you.
15   A.  Right.
16   Q.  Those relate to --
17   A.  I'm going to circle them also.
18   Q.  Okay.  The next three pages have Haverty's,
19 Mindy Lister, A Plus Student Movers.  Are these
20 duplicates of the cost runs we saw --
21   A.  Yes, ma'am.
22   Q.  -- already?
23   A.  Yes, ma'am.
24   Q.  And does that continue through 139?
25   A.  Yes, ma'am, all the way to the bottom.  Half of

20 (Pages 74 - 77)

30(b)(6) Chester Stefan                                     November 29, 2018
The Mitchell Company, Inc. Vs. Knauf Gips KG, Et Al.

Page 78

1 it is vacant, but the bottom of 1399, everything on there
2 --
3    Q.   These are Mindy Lister properties?
4    A.   Yes, ma'am.
5    Q.   Sorry.  These are Mindy Lister expenses for the
6 Mindy Lister property, to clarify the record.
7         Okay.  1400.
8    A.   It looks like another repeat.
9    Q.   Okay.  And that's true through 1401?
10   A.   Yes, ma'am, and these are C.W. Currie
11 expenditures on here.  There's two of them, and those are
12 to the Mindy Lister house.  So we've located all of them,
13 but there's a little bit at the bottom that's Estes, and
14 I'm going to circle that at the bottom of 1401.
15   Q.   Well, looking at 1401, there's actually an
16 entire section with repeated Estes.  This looks
17 duplicative of a section that you previously said should
18 all be to Knauf.
19   A.   Yes, ma'am.  That's the whole thing.
20   Q.   It would be the whole section and through the
21 bottom of that page?
22   A.   Yes, ma'am, the whole -- the whole bottom of the
23 page after the first 10 lines.
24   Q.   Right.  And then 1402, the top two-thirds appear
25 to be duplicative of Lister property expenses that we've

Page 79

1 seen, and then the bottom third of the page looks
2 duplicative of Estes Knauf expenses that you've already
3 excluded, right?
4    A.   Yes, ma'am, everything except the check to Tom
5 Caldwell, who would -- He's in Pensacola, but I think we
6 could circle it.
7    Q.   Okay.
8    A.   Do you want me to circle that whole page, then?
9    Q.   No, just the ones --
10   A.   Just the bottom.
11   Q.   Just the ones that you believe --
12   A.   Yeah, just the bottom here.
13   Q.   -- would be Knauf.
14   A.   Right.
15   Q.   So based on this exercise of going through all
16 of these pages, and there were a lot of duplicates in
17 there and a lot of totals that are presented that include
18 other components that aren't damages, in order to get to
19 Mitchell's damages, a person would have to go through
20 here, exclude the Knauf expenses that you've testified
21 should be excluded, exclude the duplicates and do a line
22 item total of these expenses, right?
23   A.   Yes, ma'am.
24   Q.   And that would be -- This just represents
25 Mitchell's expenses on the Lister property?

Page 80

1    A.   Yes, ma'am, as we've adopted it.  It's down to
2 just Lister.
3    Q.   Okay.  So as fun as that was, we get to even
4 more fun with Exhibit 11.
5         (Whereupon, Defendant's Exhibit 11 was marked
6 for identification and attached hereto.)
7    Q.   I'm handing you Exhibit 11, and I will represent
8 to you -- and I would like you to check me on this --
9 that it appeared to me that this was a complete duplicate
10 of Exhibit 10, but if I'm wrong, I didn't want to be the
11 one drawing that conclusion.  Do you want to compare the
12 two?
13   A.   No, ma'am.  I recognize the report.  I'm just
14 checking the back pages.
15   Q.   Yeah.
16   A.   When we get to page 1518, we pick up the Chinese
17 drywall expenses again.  So the first -- From 1506 to
18 1517 is the original construction of the house, and then
19 on page 1518 -- but it's duplicative of what we looked at
20 before.
21   Q.   It's duplicative of the Chinese sheetrock
22 expense list that we saw in Exhibit 10 that we just went
23 through?
24   A.   Yes, ma'am.
25   Q.   If you want to just take a quick look at the

Page 81

1 remainder of Exhibit 11 and make sure that there's no new
2 content that you're recognizing that we haven't already
3 covered, and you don't even need to draw the boxes
4 because, unless you think there's something new on here,
5 we'll just use Exhibit 10.
6    A.   This looks like a duplicate.
7    Q.   Okay.  Thanks.  Those exhibits we just walked
8 through, Exhibits 8 through 11, are the record of damages
9 that Mitchell Company has, correct?
10   A.   That's correct.
11   Q.   We've talked a lot about Mindy Lister.  She
12 filed suit against The Mitchell Company individually,
13 correct?
14   A.   That's correct.
15   Q.   Is she the only homeowner that filed suit
16 individually against Mitchell?
17        MR. NICHOLAS:  For Taishan properties?
18   Q.   For Taishan properties.  Thank you.
19   A.   Yes.
20   Q.   And is it fair to say that her case was
21 prominent among the Mitchell homeowners?
22   A.   Yes.
23   Q.   Of the subject properties, hers was the most
24 contentious?
25   A.   Of the 12, hers attracted the most attention.

21 (Pages 78 - 81)

30(b)(6) Chester Stefan      November 29, 2018

The Mitchell Company, Inc. Vs. Knauf Gips KG, Et Al.

Page 82

1   Q. And she lived at 1698 Brightleaf Circle
2 originally before she was relocated?
3   A. Yes, ma'am.
4   Q. I'm going to hand you Exhibit 12.
5     (Whereupon, Defendant's Exhibit 12 was marked
6 for identification and attached hereto.)
7   Q. I'll represent to you that this is a copy of the
8 amended complaint filed by Mindy Lister against The
9 Mitchell Company and others that was produced to us by
10 The Mitchell Company. Do you recognize that document?
11   A. Yes, ma'am.
12   Q. And Mindy Lister is the first named plaintiff,
13 but then the other named plaintiffs are Martin Lister,
14 and together with Mindy, they are next friends of
15 Jonathan Cagle, Nicollette Cagle, Gina Cagle and McKenna
16 Lister. Do you know who each of those individuals are?
17   A. Those are Mindy's children by her first
18 marriage, the Cagles, and McKenna is her infant daughter,
19 Mindy Lister's infant daughter.
20   Q. And on the defendant side of the case caption,
21 there's The Mitchell Company, and then the next company
22 is Abshield. Who is Abshield?
23   A. Abshield is a company that attempted to invent a
24 cure for Chinese drywall.
25   Q. Is it associated with Mitchell Company? Is it a

Page 83

1 Mitchell Company affiliate?
2   A. No, ma'am.
3   Q. It's a third party to The Mitchell Company?
4   A. Yes, ma'am.
5   Q. Okay. And then who is Construction Industry
6 Solutions, Inc.?
7   A. They were a partner with Abshield.
8   Q. Okay. Who is Robert Riffe?
9   A. Riffe. Robert Riffe was involved in Abshield
10 and Construction Industry Solutions. I'm not sure of his
11 exact capacity.
12   Q. Okay. Who is Quality Design & Construction,
13 LLC?
14   A. I'm not really sure, but I think they were
15 involved with Abshield, but I couldn't really tell you
16 for sure. They're not involved with Mitchell. I don't
17 recognize that name.
18   Q. Okay. And then there's Taishan Gypsum and
19 Tai'an Taishan Plasterboard, who are my clients.
20     Next is Devon International Industries, formerly
21 known as Devon International Trading. Who is that?
22   A. I think that's the next person up the chain of
23 command -- chain of supply in the provision of the
24 drywall.
25   Q. So next in the chain --

Page 84

1   A. Last in the American side.
2   Q. Last in the chain of the American side. So
3 further down the chain from you than Emerald Coast?
4   A. Well, I think if you're looking at this form,
5 Devon or DeVon brought it in, sold it to North Pacific,
6 who sold it to Smoky Mountain, d/b/a Emerald, who sold it
7 to Rightway, who sold it to Mitchell Company, Inc.
8   Q. Okay. So you've just named all of the remaining
9 defendants, Devon International, North Pacific Group,
10 Inc., Smoky Mountain Materials, d/b/a Emerald Coast
11 Building Materials, and Rightway Drywall, and it is your
12 understanding that those four entities are supply chain
13 entities as to the sourcing of drywall from China?
14   A. Yes, ma'am. That's my understanding.
15   Q. And you have no documentation that actually
16 shows Taishan as an original manufacturer of the drywall?
17   A. No, ma'am.
18   Q. Okay. And do you know which of these entities,
19 if any, orally identified the Taishan -- Strike that.
20     Do you know which of these entities, if any,
21 orally identified Taishan as the manufacturer of the
22 drywall that it provided?
23   A. My memory is, in the final meeting to come up
24 with an offer to Mindy Lister or to meet her demand,
25 representatives of all these companies were in a room in

Page 85

1 Pensacola, Florida, and we had a conversation about where
2 it came from, and one of those participants, and there
3 was someone there from each group, said, Hey, I bought
4 this from Taishan.
5   Q. But you don't know who it was?
6   A. It was one of those --
7   Q. Okay.
8   A. It wasn't Rightway, but it was one of the other
9 three.
10   Q. Got it. Okay. Now, when you were talking about
11 Abshield, you said it was a third party that Mitchell
12 worked with to try to treat Chinese drywall; is that
13 correct?
14   A. Yes, ma'am.
15   Q. Okay. And you have produced documents to us
16 that show correspondence and marketing materials for
17 Abshield. You're aware of that?
18   A. Yes, ma'am.
19   Q. Okay. What was the nature of the engagement
20 between Mitchell and Abshield?
21   A. Mindy Lister's house was going to be the beta
22 house for their new product.
23   Q. Okay. Was there a contract between you two
24 companies?
25   A. I don't think we ever signed -- We signed some

22 (Pages 82 - 85)

30(b)(6) Chester Stefan                    November 29, 2018
The Mitchell Company, Inc. Vs. Knauf Gips KG, Et Al.

Page 86

1 pieces of paper. I'm not sure they amounted to a
2 contract, but we weren't going to pay them. But if it
3 worked, we would possibly use them on other properties.
4 Q. Okay. Did you ever pay -- and when I say "you,"
5 I mean Mitchell. Did Mitchell ever pay Abshield for the
6 work that it did on the Lister property?
7 A. No, ma'am.
8 Q. Now, at one point you believed that this had
9 been a successful treatment; is that correct?
10 A. It was represented to us that it would work and
11 be successful.
12 Q. Okay. There's an allegation in the complaint
13 that you published a statement on a builder magazine
14 website that said that you thought you had successfully
15 remediated a home in Pensacola, and you can't get anyone
16 in the media to publish the lab results, but they're
17 truly amazing. Does that sound familiar to you?
18 A. It sounds like Abshield marketing to me, and at
19 one point, we demanded that they take our name off. I
20 think that's in the records somewhere and said remove our
21 name from your website and whatever because it didn't
22 work.
23 Q. Okay. Look at Exhibit 12. If you look at page
24 21, in paragraph 165 -- and these are just Mindy Lister's
25 allegations, so I'm really just asking you whether they

Page 87

1 got it right or if they got it wrong. But on page 21,
2 paragraph 165, they --
3 A. Oh, 165.
4 Q. Yeah. They have a quote there that they
5 attribute to C. Stefan. That's what I was just
6 paraphrasing, "We successfully remediated a home in
7 Pensacola, Florida without removing the sheetrock. We
8 can't get anyone in the media to publish the lab results,
9 but they are truly amazing. The press only wants to
10 print the bad news. They aren't really interested in the
11 solution." Do you remember writing that?
12 A. No, ma'am, because the lab results were bad.
13 Q. Okay. So you dispute this allegation?
14 A. Yes.
15 Q. Okay.
16 A. I think Mr. Trump would call it fake news.
17 Q. It sounded like familiar language to me. You
18 never used Abshield on any of the other subject
19 properties?
20 A. No, ma'am.
21 Q. And the first count of this Mindy Lister
22 complaint is fraud and fraudulent inducement against you
23 and Abshield and, I guess, these Abshield-related
24 defendants for experimenting in her house with this
25 unique product; is that right?

Page 88

1 A. Yes, ma'am.
2 Q. Okay. And so it's fair to say that the way that
3 Mitchell initially responded to the Lister property is
4 not typical of the way it responded to any of the other
5 subject properties?
6 A. That's correct.
7 Q. And, in fact, it sounds like it's not typical of
8 any other home builders because, to your knowledge, did
9 Abshield do this with any other home builder?
10 A. Not to my knowledge.
11 Q. Okay. Now, you settled this lawsuit with the
12 Listers?
13 A. Yes, ma'am.
14 Q. Okay. We'll get to that in just a second.
15 Q. Are we at a point we can take a break?
16 Q. Sure. Yeah, any time.
17    (Whereupon, an off-the-record break was taken,
18 after which the following occurred:)
19    (Whereupon, Defendant's Exhibit 13 was marked
20 for identification and attached hereto.)
21 BY MS. EIKHOFF:
22 Q. I'm handing you Exhibit 13. We were just
23 discussing the Mindy Lister lawsuit that she filed
24 against The Mitchell Company and others.
25 A. Yes, ma'am.

Page 89

1 Q. This document that's been marked as Exhibit 13
2 was produced to us by The Mitchell Company. Does it
3 represent claims that The Mitchell Company brought
4 against the other defendants? And I'm happy for you to
5 look through the whole document. Again, I'm really going
6 to be more focused on the first page.
7 A. The first page. Yes, ma'am.
8 Q. Okay.
9 A. I've looked at that.
10 Q. The Mitchell Company asserted crossclaims
11 against my clients, Taishan and Tai'an Taishan
12 Plasterboard, correct?
13 A. Yes, ma'am.
14 Q. Against all of the other defendants, Devon,
15 North Pacific, Smoky Mountain Materials, d/b/a Emerald
16 Coast, Abshield and Construction Industry Solutions; is
17 that correct?
18 A. Yes, ma'am.
19 Q. Okay. Has Mitchell settled any of these
20 crossclaims?
21 A. When we had the settlement with Mindy Lister,
22 everybody settled all the crossclaims, and everything was
23 finalized. There's no outstanding claims, at least in
24 respect to Mitchell. Now, maybe between some of the
25 other ones, there may be but not in respect to Mitchell.

23 (Pages 86 - 89)

30(b)(6) Chester Stefan                               November 29, 2018
The Mitchell Company, Inc. Vs. Knauf Gips KG, Et Al.

Page 90

1    Q.  Okay.
2       (Whereupon, Defendant's Exhibit 14 was marked
3   for identification and attached hereto.)
4    Q.  I'm handing you Exhibit 14.  That document was
5   produced to us by The Mitchell Company.  Is this the
6   document that reflects the settlement of the crossclaims
7   among defendants?
8    A.  Yes, ma'am.
9    Q.  And I noticed in that document that there's no
10  specified payment amounts.
11   A.  Yes, ma'am.
12   Q.  Were payments made between and among the parties
13  to settle those claims in exchange for that mutual
14  release?
15   A.  We did not make or receive a payment.  I don't
16  know about the others.
17   Q.  So although the crossclaims among the defendants
18  who were participating in the lawsuit were resolved,
19  payments were not made from any of those entities to
20  another?
21   A.  All I can talk about is we did not receive or
22  make one.  I don't know the rest.
23   Q.  Okay.  Fair enough.
24      (Whereupon, Defendant's Exhibit 15 was marked
25  for identification and attached hereto.)

Page 91

1    Q.  I'm handing you Exhibit 15.  Take a minute to
2   review it just in general in terms of what it is.
3    A.  Yes, ma'am.  I'm familiar with this one.  I've
4   just reread it very recently.
5    Q.  Okay.  Is this the settlement document that
6   resolved all of Mindy Lister's claims against the
7   defendants in that lawsuit?
8    A.  Just the named -- not against the manufacturer
9   of the drywall but the other parties.
10   Q.  Thank you for that correction.  Did this
11  settlement lead to the dismissal of the lawsuit against
12  Mitchell?
13   A.  Yes, ma'am.
14   Q.  And the other participating defendants?
15   A.  If "participating" is the people other than the
16  manufacturer, yes.
17   Q.  Yes, other than my client, Taishan?
18   A.  Yes, ma'am.
19   Q.  Okay.  And on page 313, using the Bates numbers,
20  there is a total payment identified of $279,000; is that
21  correct?  Oh, it's actually in the paragraph that starts,
22  "Now, therefore."
23   A.  Yes, 279.  That's correct.
24   Q.  Okay.  And that amount is what all of the
25  plaintiffs would receive as subdivided according to these

Page 92

1   specified paragraphs; is that correct?
2    A.  Yes.
3    Q.  Okay.  Did Mitchell pay $279,000 to settle the
4   Lister claim?
5    A.  No, ma'am.
6    Q.  How much did Mitchell pay?
7    A.  Our share was 57,000.
8    Q.  Okay.
9    A.  And maybe we didn't produce that.  I thought we
10  did.  I think it's in there somewhere.
11   Q.  What did you think you produced related to the
12  payment of 57,000?
13   A.  It was like a summary email, and it said
14  something like this one did this much, and that one did
15  that much, and we did 57.  And I think all these people
16  put in some.  I know they put in some.
17   Q.  Okay.  So the only record of your payment of the
18  57,000 is, you believe, an email that reflected how it
19  would break down between the defendants?
20   A.  I'm pretty sure there's a more detailed one
21  somewhere, and I probably signed it, but right now, I
22  couldn't tell you.
23   Q.  Okay.  Is there an accounting entry that shows
24  that that amount was paid?
25   A.  You know, that's a special thing.  You know what

Page 93

1   I mean?  It's not like paying a sub, so, yeah, probably
2   somewhere there would be something like that.
3    Q.  Is there a copy of a check?
4    A.  I don't know.
5    Q.  Okay.  If we haven't seen it in the
6   production --
7    A.  We were represented in that by a different
8   lawyer.  It wasn't Steve.  It was Ian Rosenthal at
9   Cabaniss, Johnston, and he would probably have it.
10   Q.  Okay.  But as we sit here today, you don't have
11  records of that payment?
12   A.  The only thing -- When we looked, the only thing
13  we found was that email.
14   Q.  Okay.  Did insurance cover any of that payment?
15   A.  I believe that Scottsdale made that payment and
16  then under the policy sought reimbursement from Mitchell.
17   Q.  Okay.  So Scottsdale is the name of the insurer?
18   A.  Yes, ma'am.
19   Q.  And what type of policy was that?
20   A.  It's been so long, I don't remember, but Sarah
21  Costello was their agent that we dealt with and respect,
22  and she's in the Arizona office, which I believe to be
23  the home office, and I think you'll see some
24  correspondence.  Was there anything in there from her in
25  the production?

24 (Pages 90 - 93)

30(b)(6) Chester Stefan                                    November 29, 2018
The Mitchell Company, Inc. Vs. Knauf Gips KG, Et Al.

Page 94

1    Q.  Okay.  Well, one of the topics that we wanted to
2  talk about today was insurance coverage.  Are you
3  prepared to testify about --
4    A.  Yes, ma'am.
5    Q.  Okay.  So what type of insurance policy was it?
6    A.  I don't remember.  I guess it was some kind of a
7  liability policy, could have been an officers and
8  directors because they allege fraud and
9  misrepresentation, and only humans can do that.
10   Q.  Okay.  So the $57,000 in the first instance was
11 paid by Scottsdale Insurance --
12   A.  Yes, ma'am.
13   Q.  -- as insurer for The Mitchell Company?
14   A.  Yes, ma'am.
15   Q.  But I believe you testified that you believe
16 that money then was paid back from Mitchell Company to
17 Scottsdale?
18   A.  Actually, I don't know if it ever generated into
19 a lawsuit, but there was a -- I believe it did generate
20 into a lawsuit, that we thought we didn't owe it back,
21 and they thought we did, and there was a big fight that
22 ensued over whether or not -- who the economic incidence
23 of that payment fell on.
24   Q.  Was that an insurance coverage dispute?
25   A.  Yes, ma'am.

Page 95

1    Q.  Okay.  And where was that lawsuit filed?
2    A.  I don't remember --
3    Q.  Okay.
4    A.  -- that far back.
5    Q.  And as we sit here today, do you know if
6  Mitchell ever paid any part of the 57,000?
7    A.  When we researched that, we could not find a
8  payment.
9    Q.  So it could be that Mitchell never paid 57,000
10 itself --
11   A.  That's correct.
12   Q.  -- ever?
13   A.  But we don't have a release from the insurance
14 company either.
15   Q.  Right.  You received demands from homeowners
16 besides Mindy Lister, right?
17   A.  Yes, ma'am.
18   Q.  Although we've already said none of them filed
19 individual lawsuits against Mitchell Company, right?
20   A.  That's correct.
21   Q.  But their lawyers sent letters to Mitchell
22 Company alleging wrongdoing by Mitchell Company for
23 providing this Chinese drywall in the homes, right?
24   A.  That's correct.
25   Q.  Okay.  And you've produced all of that

Page 96

1  correspondence to us?
2    A.  Yes, ma'am.
3    Q.  How did those other homeowner demands get
4  resolved by Mitchell?
5    A.  They were never resolved, to the best of my
6  knowledge.
7    Q.  Did you make payments to any other homeowners?
8    A.  No, ma'am.
9       MR. NICHOLAS:  I don't want the record to be
10 screwed up.  I'm also not trying to step on your
11 deposition, but when you say "you," do you mean to intend
12 his insurers, because --
13      MS. EIKHOFF:  Okay.  All right.  That's a good
14 point of clarification.
15   Q.  Did Mitchell or any of its insurers make
16 payments to any homeowners for Taishan Chinese drywall
17 other than Mindy Lister?
18   A.  Mitchell did not make a payment, but the
19 insurance companies as a group made payments.
20   Q.  Okay.  Payments for the benefit of other
21 homeowners besides Mindy Lister?
22   A.  Payment of the other 11 homeowners.
23   Q.  Okay.  And what amounts were paid on Mitchell's
24 behalf for those other 11?
25   A.  I don't know.

Page 97

1    Q.  You don't know?
2    A.  Those proceedings were conducted totally outside
3  of our knowledge and participation.
4    Q.  And is that MDL proceedings that you're
5  referring to?
6    A.  Yes, ma'am.
7       MR. NICHOLAS:  And, Christy, I've tried mightily
8  to get you that number, and I hope to have it, but I
9  wasn't involved in that either, and so far, I haven't
10 been able to get it, but I will.
11      MS. EIKHOFF:  Well, I mean, we're kind of out of
12 time.
13      MR. NICHOLAS:  I understand.
14   Q.  So why don't we mark the MDL.  This is a big
15 document, and I certainly do not expect you to read the
16 whole thing.  We'd be here until tomorrow.  That's a
17 document only a plaintiff's lawyer would love.
18      (Whereupon, Defendant's Exhibit 16 was marked
19 for identification and attached hereto.)
20   Q.  I should say only a class action plaintiff's
21 lawyer would love.
22      Have you ever seen that document before?
23   A.  Yes, ma'am.
24   Q.  Okay.  And this says that it's a settlement
25 agreement, MDL number 2047 regarding claims involving

25 (Pages 94 - 97)

30(b)(6) Chester Stefan                    November 29, 2018
The Mitchell Company, Inc. Vs. Knauf Gips KG, Et Al.

Page 98

1 builders, installers, suppliers and participating
2 insurers. And although this is an unsigned -- this copy
3 is not signed by everyone, was The Mitchell Company one
4 of the builders that was a party to this settlement?
5     A. I think we're listed in here as The Mitchell
6 Company, so if you go alphabetical, you'll miss it, but
7 if you go down to "The," I believe -- I'll check it, but
8 I believe that's how we're listed.
9         MR. NICHOLAS: This may not have the chart.
10 Look on page 87.
11     Q. Okay. So do you see The Mitchell Company is a
12 party to this settlement agreement?
13     A. Yes, ma'am.
14     Q. But, as I understand your testimony, The
15 Mitchell Company did not, itself, make a contribution to
16 this settlement; rather, its insurers made a contribution
17 on The Mitchell Company's behalf?
18     A. That's correct.
19     Q. And The Mitchell Company has never been required
20 to pay back that amount to the insurers?
21     A. Other than the Scottsdale, but I don't think
22 that was part of this. At least, I didn't see their name
23 in there.
24     Q. Okay. And as we can all see just from looking
25 through this, many, many pages of this document are just

Page 99

1 lists of other builders, installers and suppliers,
2 correct?
3     A. That's correct.
4     Q. And I'll represent to you because I don't
5 think -- I mean, you can see it, but it says that the
6 total amount is 80 million dollars.
7     A. That's correct.
8     Q. And as we sit here today, you have no idea what
9 portion of that 80 million dollars was allocated to The
10 Mitchell Company?
11     A. I was actually told the amount at one point. I
12 didn't have a piece of paper, but someone told me, and my
13 reaction at the time was it's totally insufficient.
14     Q. What was the amount that someone told you?
15     A. I think it was 10 or $15,000 a house, which
16 wouldn't begin to fix the problem.
17     Q. Okay. But you don't know who told you that?
18     A. It was one of the insurance companies, but I
19 couldn't tell you which one, someone who was day-to-day
20 involved in putting this document together.
21     Q. And do you believe that was 10 to $15,000 a
22 house for just The Mitchell Company houses?
23     A. I think everyone got the same amount, but again,
24 I don't know. Everything I'm talking would be hearsay
25 because I didn't look at a document. I asked a question,

Page 100

1 and that was the answer I got, and my best memory is I
2 said, It's totally insufficient.
3     Q. Okay. But this settlement doesn't -- isn't a
4 settlement of just the claims of the 12 or 11 Mitchell
5 Company homeowners.
6     A. Correct.
7     Q. You understand that, right?
8     A. Yes, ma'am.
9     Q. So this is a class settlement on behalf of --
10     A. The signatories.
11     Q. -- hundreds of thousands of homeowners that had
12 Chinese drywall from other manufacturers and provided by
13 other builders, other suppliers, right?
14     A. That's correct.
15     Q. Okay. And it's your recollection that the
16 contribution that was made on behalf of The Mitchell
17 Company equated to 10 or $15,000 a house times 11 or 12?
18     A. Yes. That's correct.
19     Q. So Mitchell Company is not an example of a home
20 builder that resolved its Chinese drywall claims with its
21 homeowners by writing checks to each of the homeowners?
22     A. That's correct, in respect to Taishan.
23     Q. Okay. And besides the Mindy Lister settlement
24 agreement and this MDL class settlement agreement, did
25 The Mitchell Company enter into any other settlement

Page 101

1 agreements with any other homeowners of Taishan drywall?
2     A. No, ma'am.
3     Q. Let me ask you about a document I saw in the
4 production that I just wanted an explanation of.
5         (Whereupon, Defendant's Exhibit 17 was marked
6 for identification and attached hereto.)
7     Q. I just handed you a document marked as Exhibit
8 17. Do you recognize that document?
9     A. I don't have a specific -- Obviously, I read it
10 back then whenever I put it into my files, but I couldn't
11 say, Well, I got this from somebody and, you know, this
12 was the person who gave this to me.
13     Q. My question for this is, the document is
14 entitled "Repair Protocol for Addressing Damages from
15 Defective Gypsum Drywall in Single-Family Detached
16 Homes." This is not a protocol that Mitchell Homes
17 actually employed, correct?
18         MR. NICHOLAS: For your --
19     Q. For Taishan.
20     A. This looks like the Knauf protocol.
21     Q. Okay.
22     A. Because some of the things we did on the Knauf
23 houses.
24     Q. Got it, but you didn't do any of these things
25 for the Taishan properties?

26 (Pages 98 - 101)

30(b)(6) Chester Stefan                                November 29, 2018
The Mitchell Company, Inc. Vs. Knauf Gips KG, Et Al.

Page 102

1    A.  Well, obviously, there's some things in here we
2  did, like inspect and make pictures and check the back of
3  the board and on and on.  So, yeah, there's 25 percent
4  before you get to actually fixing it we did in the
5  identification portion.
6    Q.  Okay.  So can you show me what parts you think
7  would have applied to the Taishan properties?
8    A.  Well, it would all apply to Taishan if you were
9  actually going to do the work.
10   Q.  I guess my question is not hypothetical but
11  actual.  Is there anything in here that was actually done
12  for the Taishan properties?
13   A.  Well, on paragraph one, documentation, we took
14  pictures, and we probably didn't concentrate on stuff
15  like trim, flooring.  We did do light fixtures.  Counters
16  and cabinets, we didn't take pictures.
17   Q.  When you say you did light fixtures, you're
18  saying you took pictures of them?
19   A.  Took pictures.  I actually remember taking the
20  ceiling fixture down and not untwisting the wire nuts,
21  but -- Well, I guess you had to do at least one, and you
22  could see whether or not they were blackened.
23   Q.  Why don't you look at the first -- the very
24  front page of this document because it sounds like what
25  you're describing is what was done to confirm affected

Page 103

1  homes.
2    A.  Yes.
3    Q.  And so what you're just describing, sounds like
4  it's what's being addressed on the first page, the very
5  first page of the document, page 1346.
6    A.  Yes.  I would say that we probably did half or
7  most of 1347, and we did paragraph two.
8    Q.  Well, this is subsequent to resident move-out,
9  which --
10   A.  But you could do that while they're in there.
11  They don't have to move out to do paragraph two.
12   Q.  Okay.
13   A.  The first section of paragraph two, not the
14  second section.
15   Q.  Got it.
16   A.  Then after that, we didn't do that.  So it would
17  be confined just to pages one, two and a little bit of
18  three.
19   Q.  Do you know of other home builders that have
20  incurred the same types of damages that Mitchell did?
21   A.  Yes, ma'am.
22   Q.  Can you name them?
23   A.  I think we produced a list of all the builders
24  who were on a conference call that we had on a regular
25  basis, and there were probably 15 or 20, and on those

Page 104

1  calls, we would discuss our mutual problems.
2    Q.  Can you name any of them?
3    A.  Beazer, Lenar, Horton.  You could basically take
4  a list of the top 50 builders in the country, and they
5  were on the call.
6    Q.  Okay.  And are you aware that Lenar filed a
7  separate lawsuit against Taishan?
8    A.  Yes, ma'am.
9    Q.  Okay.  Are you aware that that lawsuit was
10  settled?
11   A.  No, ma'am.
12   Q.  Okay.  And Beazer has been proposed in this
13  action as an additional class representative.  Are you
14  aware of that?
15   A.  Yes, ma'am.
16   Q.  And the other one you mentioned is Horton.
17   A.  Horton.
18   Q.  Okay.  Do you know if they've ever sued Taishan?
19   A.  I don't know.
20   Q.  And do you know how they responded to the
21  Chinese drywall problem?
22   A.  Which one?
23   Q.  Horton.
24   A.  No, I have no idea.
25   Q.  Okay.

Page 105

1    A.  At that time, they weren't active in Mobile.
2    Q.  Okay.  Can you think of any other home builders?
3    A.  WCI.
4    Q.  Okay.  Do you know if they ever sued Taishan
5  individually?
6    A.  I don't think they did.
7    Q.  Okay.  And do you know how they responded to
8  Chinese drywall vis-a-vis their homeowners?
9    A.  I think that they bought some back.
10   Q.  What do you mean bought some back?
11   A.  Rather than try and fix the -- These were more
12  resort properties that WCI had, and they just bought them
13  back and ripped it out and then resold them.
14   Q.  Okay.  Any others?
15   A.  No names are popping up, but there were about 20
16  names on the list.
17   Q.  Do you believe you produced the list to us?
18   A.  If we didn't, I have it.
19   Q.  Okay.  I'd like for you to identify it to us, if
20  you can.
21       Do you know if you have any common interest
22  agreements with other home builders for purposes of legal
23  issues relating to Chinese drywall?
24   A.  We do not.
25   Q.  Okay.  Why don't we take a break.  I'll see if I

27 (Pages 102 - 105)

Page 106

1 missed anything, but I think we're almost done.
2     A.   Okay.
3        (Whereupon, an off-the-record break was taken,
4 after which the following occurred:)
5        MS. EIKHOFF:  Mr. Stefan, thank you for your
6 time.  We have no further questions.
7     A.   Thank you.
8        MR. NICHOLAS:  I have no questions.
9        FURTHER, THE DEPONENT SAYETH NOT.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 107

1        C E R T I F I C A T E
2
3 STATE OF ALABAMA    )
4 COUNTY OF MOBILE    )
5
6        I hereby certify that the above and foregoing
7 deposition was taken down by me in stenotype and
8 transcribed by means of computer-aided transcription, and
9 that the foregoing is a true and correct transcript of
10 the testimony given by said witness upon said hearing.
11        I further certify that I am neither of counsel
12 nor of kin to any of the parties, nor am I in anywise
13 interested in the result of said cause.
14        I further certify that I am duly licensed by the
15 Alabama Board of Court Reporting as a Certified Court
16 Reporter as evidenced by the ACCR number following my
17 name found below.
18
19
20   *Kathleen F. Cavazos*
21        KATHLEEN F. CAVAZOS, RPR, ACCR302
22        NOTARY PUBLIC
23        MY COMMISSION EXPIRES:  12/18/19
24
25

Case 2:09-md-02047-EEF-MBN Document 22277-1 Filed 06/20/19 Page 30 of 53

30(b)(6) Chester Stefan                                    November 29, 2018
The Mitchell Company, Inc. Vs. Knauf Gips KG, Et Al.

[& - 87]                                                          Page 1

**&**

**&** 5:7,13 44:3,25
  45:21 83:12

**0**

**03** 30:11
**06** 30:10
**09** 1:4 43:9

**1**

**1** 3:7 14:12,13
  25:16
**10** 3:19 8:22 34:21
  65:18,20,21 66:15
  78:23 80:10,22
  81:5 99:15,21
  100:17
**100,000** 47:21
**101** 4:7
**10d** 67:21 70:17
**10th** 30:18,20
**11** 3:20 61:12,20
  80:4,5,7 81:1,8
  96:22,24 100:4,17
**11th** 61:6,17,21
**12** 3:22 27:20 28:4
  32:23 33:11 37:15
  37:20,21 62:23,25
  63:8 81:25 82:4,5
  86:23 100:4,17
**12/18/19** 107:23
**1201** 5:8
**12th** 61:8
**13** 3:23 12:23
  26:21 27:20 88:19
  88:22 89:1
**1346** 103:5
**1347** 103:7
**1381** 66:13
**1384** 66:13
**1385** 67:1,6 68:1
  70:2 72:20

**1386** 67:6
**1387** 67:6 68:1
  70:25 72:20,24
**1388** 73:4
**139** 77:24
**1392** 73:6
**1393** 73:16 76:3
**1394** 74:15
**1395** 76:25
**1396** 73:16
**1399** 78:1
**14** 3:7 4:3 90:2,4
**1400** 78:7
**1401** 78:9,14,15
**1402** 78:24
**15** 4:4 18:2,2 60:7
  90:24 91:1 103:25
**15,000** 99:15,21
  100:17
**1506** 80:17
**1517** 80:18
**1518** 80:16,19
**16** 4:5 97:18
**1601** 2:1 5:4 6:6
**161,000** 71:10,18
**165** 86:24 87:2,3
**1698** 82:1
**17** 4:7 70:17 101:5
  101:8
**17th** 30:17,20,21
**18281** 107:20
**1916** 32:13
**1973** 7:9
**1993** 8:15
**19th** 34:21

**2**

**2** 3:8 23:11,14
**2,389** 74:2
**20** 65:21 103:25
  105:15

**200** 46:22
**2005** 31:22
**2006** 30:20,20 32:7
  32:18
**2007** 30:21 32:18
**2009** 34:21 39:12
  41:17 61:6,8,12,17
  61:20,21
**2012** 7:10 9:6
**2016** 30:17
**2017** 23:21,23
  24:11
**2018** 2:2 24:12,12
**2047** 4:5 97:25
**21** 86:24 87:1
**23** 3:8
**25** 8:8,9,17,25 9:1
  9:2 10:15 102:3
**250** 46:17,23 47:22
**250,000** 47:16
**2500** 56:18 57:5,7
  67:18
**260** 5:14
**27** 3:9
**279** 91:23
**279,000** 91:20 92:3
**29th** 2:2

**3**

**3** 3:9 27:11,14
  30:14 33:1 37:15
  42:5 66:17
**3,000** 67:18,22
**3/3/09** 3:10
**30** 1:19 6:25 49:3
**300** 46:23 47:16
**300,000** 46:17
**30309-3424** 5:9
**313** 91:19
**31st** 7:10
**34** 3:10

**3451.41.** 70:1
**36** 11:9,11,16,18
  12:10
**36603** 5:15
**36604** 2:1 5:4 6:7
**37** 31:15
**39** 3:11
**3rd** 39:12 41:17

**4**

**4** 3:10 34:7,9
**40** 30:4,5
**4115** 1:4
**42** 3:13
**48** 25:8
**4869** 31:4

**5**

**5** 3:11 39:5,7
  44:13
**50** 8:24,25 104:4
**57** 3:14 92:15
**57,000** 92:7,12,18
  94:10 95:6,9
**5764** 31:24

**6**

**6** 1:19 3:3,13 6:25
  42:19,23 49:3,10
**60** 3:16
**64** 3:18
**65** 3:19

**7**

**7** 3:14 57:19,23

**8**

**8** 3:16 60:16,17,19
  66:3 81:8
**80** 3:20 99:6,9
**82** 3:22
**84,206.45** 76:9
**87** 98:10

**[88 - aside]**

**88** 3:23

**9**

**9** 3:18 64:9,11
**90** 4:3,4
**93** 8:15
**97** 4:5
**9:10** 6:7

**a**

**a.m.** 6:7 34:21
**able** 18:15 40:2
  97:10
**abshield** 82:22,22
  82:23 83:7,9,15
  85:11,17,20 86:5
  86:18 87:18,23,23
  88:9 89:16
**acceptable** 76:13
**account** 70:25
  76:9
**accountable** 34:21
**accounted** 57:3
**accounting** 15:21
  16:7,15 17:14
  18:23 20:11 21:19
  60:21 61:9 62:21
  65:14,22 67:24
  70:8 92:23
**accr** 107:16
**accr302** 107:21
**accumulated**
  61:19 62:5,6,11
**accurate** 12:25
  30:15
**acquire** 8:13
**acquired** 8:7
**acting** 6:3
**action** 15:2 49:12
  97:20 104:13
**active** 105:1

**actual** 35:8 65:14
  65:14 73:1 102:11
**add** 13:23 69:21
  71:8,9,16 73:1
**adding** 71:7
**addition** 9:19
**additional** 16:22
  17:12 19:22
  104:13
**address** 28:23
**addressed** 103:4
**addressing** 4:7
  101:14
**administrative**
  3:12 34:16
**adopted** 80:1
**affiliate** 83:1
**aforesaid** 56:16
**agent** 93:21
**ago** 17:6,20 18:2
  20:1,18 23:25
  24:5,5,6 25:8
**agreed** 1:22 2:3,9
  2:16
**agreement** 4:5
  43:23 97:25 98:12
  100:24,24
**agreements** 101:1
  105:22
**ahead** 58:1 68:18
**aided** 107:8
**air** 33:15 52:18,19
  55:1,4 67:14
  73:21
**al** 1:16 3:22,22,24
  3:24
**alabama** 2:1 5:4
  5:15 6:2,3,6 12:9
  12:12 36:25 37:18
  45:1 107:3,15

**alive** 9:5
**allegation** 86:12
  87:13
**allegations** 58:7
  86:25
**allege** 94:8
**alleged** 27:6 31:1
  31:20 32:10,21
  38:3 72:21
**allegedly** 25:21
**alleges** 49:12
**alleging** 95:22
**allied** 6:23 10:10
  10:22
**allocated** 99:9
**allow** 62:22
**alphabetical** 98:6
**alston** 5:7
**amazing** 86:17
  87:9
**amend** 13:24
  69:20
**amended** 3:13,22
  3:23 43:3,11,13
  58:5 82:8
**america** 38:2
**american** 84:1,2
**americans** 34:20
**amount** 35:13
  46:5,11 49:5 73:1
  91:24 92:24 98:20
  99:6,11,14,23
**amounted** 86:1
**amounts** 90:10
  96:23
**analysis** 49:24
  55:12,16
**ancillary** 48:3
**anderson** 16:12
  19:23

**answer** 13:18,21
  13:24 29:20 37:10
  37:12 48:21 68:4
  68:16 69:20 100:1
**anywise** 107:12
**apartment** 7:20
  9:8,16 11:7,20
**apartments** 9:19
  11:12,16,22
**appear** 60:21 69:1
  77:6 78:24
**appearances** 6:11
**appeared** 80:9
**appearing** 5:4,10
**appears** 39:10
  60:20 64:13 65:22
  72:19 73:12 74:6
  76:7
**appliance** 54:16
  54:25 55:2
**appliances** 53:9
  54:14,20 56:17
  69:12
**applicable** 77:4
**applied** 102:7
**apply** 74:3,11
  102:8
**appreciate** 28:2
**appropriate** 16:4
**approximately**
  8:14 26:21 30:2,4
  31:13
**area** 7:19 12:20
  26:16,23 39:16
  45:3
**areas** 45:3
**arising** 59:3 72:20
**arizona** 93:22
**arose** 14:5
**aside** 22:12 59:23

Case 2:09-md-02047-EEF-MBN   Document 22277-1   Filed 06/20/19   Page 32 of 53

30(b)(6) Chester Stefan                          November 29, 2018
The Mitchell Company, Inc. Vs. Knauf Gips KG, Et Al.

[asked - built]                                                    Page 3

**asked**  15:23 17:1 19:14 35:16,19 48:22,23 60:2 68:6 71:11 99:25
**asking**  13:2 49:2 86:25
**aspect**  9:24
**assert**  45:14
**asserted**  89:10
**assign**  2:13
**assist**  23:22
**associated**  10:10 12:4 49:18 50:6 52:10 55:4 63:16 63:20 66:5 82:25
**associates**  5:13
**assume**  24:24
**assumes**  47:17
**astm**  33:21 38:7,8 38:9
**atlanta**  5:9
**atlantic**  5:8
**attached**  14:14 23:12 27:12 34:8 39:6 42:20 57:20 60:18 64:10 65:19 80:6 82:6 88:20 90:3,25 97:19 101:6
**attachment**  23:17
**attempted**  82:23
**attend**  34:22
**attention**  25:17 49:11 57:23 58:18 66:25 81:25
**attorney**  16:3 35:22 41:15 45:16 55:20
**attorney's**  59:20
**attorneys**  6:11 21:7,9 58:24 59:4

59:11
**attracted**  81:25
**attributable**  33:23
**attribute**  87:5
**authority**  11:24,25 18:10
**authorized**  15:7
**authorizing**  68:12
**available**  35:10
**aware**  85:17 104:6 104:9,14

**b**

**b**  1:19 6:25 26:18 39:21 49:3 84:6 84:10 89:15
**back**  13:22 18:10 20:6,10 25:16 33:17 36:10,25 43:9 48:17,17 62:8 63:5 68:4 71:14 73:7 80:14 94:16,20 95:4 98:20 101:10 102:2 105:9,10,13
**bad**  87:10,12
**based**  30:23 32:23 66:16 76:4 79:15
**basically**  51:5 104:3
**basis**  61:4 103:25
**bates**  91:19
**beazer**  104:3,12
**beginning**  6:7 8:18 49:14
**behalf**  1:7 5:5,10 15:1,7 49:12 58:9 60:22 96:24 98:17 100:9,16
**belief**  19:2
**believe**  9:4 12:23 13:20 18:19 21:25

24:15 31:16 33:9 40:25 41:22 42:2 45:6 46:7 48:7 65:4 79:11 92:18 93:15,22 94:15,15 94:19 98:7,8 99:21 105:17
**believed**  65:6 86:8
**benefit**  96:20
**bentley**  29:13,14 29:16,22 30:1 31:1 63:10,13
**best**  35:18,19 37:5 46:4 96:5 100:1
**beta**  85:21
**big**  21:18 37:8 76:11,13 94:21 97:14
**bilek**  26:14,17 28:6,20 29:7 41:23 42:2,6,13
**bileks**  63:6
**bill**  68:24 73:20,24
**bills**  22:5 72:1
**bird**  5:7
**bit**  55:14 78:13 103:17
**blackened**  102:22
**blue**  75:9,10
**board**  7:21 9:10 38:24 102:3 107:15
**bonview**  26:15 32:1,4,10
**borne**  55:21 57:13
**borrow**  74:15
**bottom**  76:19 77:14,25 78:1,13 78:14,21,22 79:1 79:10,12

**bought**  40:7,22 54:7 69:17 75:21 75:21 85:3 105:9 105:10,12
**boulevard**  31:5
**bounds**  2:1 5:3
**box**  19:2
**boxes**  19:2 81:3
**brand**  21:18
**break**  27:25 42:15 42:17 55:14 57:17 77:12 88:15,17 92:19 105:25 106:3
**breeze**  32:14
**brightleaf**  28:21 29:6,11 30:16,25 46:12 48:6 50:12 56:13 63:6 82:1
**brightwater**  32:14
**bringing**  49:12 58:17
**brought**  84:5 89:3
**bucket**  70:14
**build**  9:20 11:22 64:4 65:24
**builder**  3:14 52:3 54:19 56:8 86:13 88:9 100:20
**builders**  4:5 88:8 98:1,4 99:1 100:13 103:19,23 104:4 105:2,22
**building**  9:19 32:5 32:7 44:3,25 45:22 61:2 73:11 84:11
**built**  10:1 11:9,21 29:24 30:5,9,10 31:22 32:3

Case 2:09-md-02047-EEF-MBN   Document 22277-1   Filed 06/20/19   Page 33 of 53

30(b)(6) Chester Stefan                    November 29, 2018
The Mitchell Company, Inc. Vs. Knauf Gips KG, Et Al.

[bunch - come]                                              Page 4

bunch  74:25
business  7:20 9:8
  9:24 11:8,20
button  62:24
buttons  19:25
  21:14 66:10
buyout  40:5

**c**

c  5:1 10:7 13:14
  87:5 107:1,1
c.w.  51:1,4 72:1,14
  74:11 78:10
cabaniss  22:20
  93:9
cabinet  18:13
cabinets  102:16
cagle  82:15,15,15
cagles  82:18
calculate  48:1
calculated  47:13
  47:17,23 57:10
calculation  48:8
caldwell  3:10 13:8
  39:10 41:17 70:12
  70:13 79:5
caldwell's  51:19
call  16:19 64:13,18
  87:16 103:24
  104:5
called  22:24 31:17
  32:1,15
calls  104:1
campus  10:6
  13:10,13
cantonment  28:23
  28:25 29:1,4
capacity  22:15
  83:11
caption  82:20
car  29:3 75:19,19
  75:20,20

careful  68:16
case  1:4 3:22,24
  17:13 19:16 22:7
  27:4 32:24 43:8
  46:3,6 47:1 48:9
  61:3 64:7 65:15
  69:12,13 71:3
  81:20 82:20
cases  23:9 33:17
  69:14,15
categories  69:11
cause  6:8 107:13
cavazos  1:25 6:1
  107:21
ccr  6:1
ceiling  38:1
  102:20
center  5:8 9:16
certain  33:21
  49:13 62:20
certainly  97:15
certification  58:9
certified  107:15
certify  6:3 107:6
  107:11,14
chain  39:21,22
  40:8,15,16 44:6,7
  44:8,17 45:6,7
  83:22,23,25 84:2,3
  84:12
change  7:13
changed  7:14
charge  10:1,5
charges  16:23
  19:22
chart  33:2 98:9
check  18:22,23,25
  19:1,11,12 51:2
  75:2,4,18,23 79:4
  80:8 93:3 98:7
  102:2

checking  19:21
  80:14
checks  19:15 51:4
  100:21
chester  1:19,24
  3:2 6:7,12,19
children  82:17
china  33:21 37:1
  37:22 38:6,8
  40:20,23 41:1
  84:13
chinese  1:13,15
  3:9 11:4,10,12
  12:12,15,18,20
  13:12 14:3,5,8
  15:20 22:8,17,18
  23:4,5,8 26:25
  31:2 38:4,11 40:3
  41:18 42:7,9
  54:20 56:9 62:17
  63:25 65:2 67:2
  68:7 69:1 71:22
  72:21 73:8,17,19
  80:16,21 82:24
  85:12 95:23 96:16
  100:12,20 104:21
  105:8,23
christy  5:7 97:7
chuck  3:11 6:20
  26:11
circle  76:11,13
  77:3,17 78:14
  79:6,8 82:1
city  12:3,6,7 29:4
  61:3
civil  6:4
claim  48:20 92:4
claimed  52:25
claiming  48:18,24
  49:4,6,8

claims  4:5 43:19
  43:21 45:14,19,21
  45:24 58:24 59:4
  89:3,23 90:13
  91:6 97:25 100:4
  100:20
clarification  69:8
  96:14
clarified  13:17
  72:12
clarify  78:6
class  3:8,14 58:7,8
  97:20 100:9,24
  104:13
clean  67:14
clear  29:20 49:1
  71:10
clearing  63:23
clerks  15:21 19:17
  20:12
client  91:17
clients  83:19 89:11
closet  33:16
coast  39:18,20,23
  40:22 45:7 84:3
  84:10 89:16
coatings  52:20
code  38:1
coded  73:19
coil  52:20
coils  52:21
column  61:16,22
  61:24 62:1,1,3,7
  71:1,1
columns  30:14
  61:23 67:2,5
  73:18
combined  3:16,19
  3:20 61:1 62:9
come  11:6 18:6
  35:14 71:13 84:23

30(b)(6) Chester Stefan                    November 29, 2018
The Mitchell Company, Inc. Vs. Knauf Gips KG, Et Al.

**[comes - cost]**                                                    Page 5

comes  13:21
comfortable  13:18
command  83:23
commission
  107:23
commissioner
  1:25 2:17 6:3
committee  34:14
common  105:21
communications
  21:8
companies  40:6
  84:25 85:24 96:19
  99:18
company  1:6 3:22
  3:23,24 5:14 7:1,2
  7:5,8,12,22,23 8:4
  8:8,10,17 9:6,14
  9:18,20 10:10,13
  10:24 11:2,4
  13:16 14:24,25
  15:8,13,20 20:5,14
  22:14,16 24:11
  28:14 29:15,21
  31:19 33:8 37:4
  38:19 43:25 44:16
  44:19 45:6,14,15
  47:14 56:6,7
  60:22 71:21 75:19
  81:9,12 82:9,10,21
  82:21,23,25 83:1,3
  84:7 88:24 89:2,3
  89:10 90:5 94:13
  94:16 95:14,19,22
  95:22 98:3,6,11,15
  98:19 99:10,22
  100:5,17,19,25
company's  20:23
  23:20 33:24 43:19
  46:5 55:20 98:17

compare  63:5
  80:11
complaint  3:13,22
  43:3,8,15 58:5,16
  69:11 82:8 86:12
  87:22
complaints  43:13
complete  16:22
  26:5 27:18 62:13
  80:9
completed  29:25
  30:15,17,20
completion  69:2
complex  9:16
compliance  2:6
components  53:10
  69:14 79:18
comprise  60:5
computer  19:24
  21:2,14 62:22,23
  66:10 107:8
concentrate
  102:14
concern  7:23
concerned  59:18
concerning  22:23
conclude  33:22
conclusion  80:11
concurrently
  10:20,23
conditioning
  33:15 67:14 73:21
conducted  19:23
  97:2
conference  103:24
confined  41:18
  103:17
confirm  51:6
  66:13 102:25
confused  64:6

confusing  52:12
congressional
  22:11
consecutive  10:19
consecutively
  10:17
consequences  14:8
consider  54:24
considering  11:7
constructed  12:15
  12:17 32:17
constructing
  63:16
construction  13:3
  14:3 30:16,19
  49:16 61:3 64:1
  64:15,16 66:14,18
  71:5 73:8 80:18
  83:5,10,12 89:16
contain  25:21 37:7
  37:15
containing  39:19
content  81:2
contentious  81:24
context  52:16 53:7
continue  67:5
  77:24
continued  4:1
continues  73:6
  76:3,25
contract  85:23
  86:2
contribution
  98:15,16 100:16
conversation  17:6
  20:17 85:1
conversations
  19:20
copies  22:4 26:4
copy  18:18 19:11
  82:7 93:3 98:2

corner  67:1
corporate  7:15
  14:25
corporation  1:11
  1:13,16 6:24
correct  9:10 10:25
  13:24 14:9,21
  22:24 26:9 27:4,5
  31:22 34:16 37:18
  39:12 40:17 44:24
  45:1 48:13 50:20
  51:10 52:2,8
  53:10 54:13,17
  56:10 57:2 62:12
  63:17,18 64:2,3,8
  67:17 68:4 72:23
  73:3 74:9 76:8
  81:9,10,13,14
  85:13 86:9 88:6
  89:12,17 91:21,23
  92:1 95:11,20,24
  98:18 99:2,3,7
  100:6,14,18,22
  101:17 107:9
correction  72:7
  91:10
correctly  29:13
  50:1
correspondence
  16:3 21:7 85:16
  93:24 96:1
cost  16:19 18:24
  19:21 21:25 46:7
  46:8 47:2,7,22
  48:7 49:8,23,24
  51:3 52:23,24
  53:16,17 54:5,9
  55:11,12,15,18,21
  55:22 56:17 57:3
  57:4,8,13 59:25
  62:23 64:3,5,14,17

Case 2:09-md-02047-EEF-MBN   Document 22277-1   Filed 06/20/19   Page 35 of 53
30(b)(6) Chester Stefan
November 29, 2018
The Mitchell Company, Inc. Vs. Knauf Gips KG, Et Al.

[cost - different]                                                        Page 6

65:5,24 71:19,23
71:24 77:20
**costello** 93:21
**costs** 16:20 48:3
52:21 53:15 55:25
56:11,15 58:24
59:4,11,20 60:9
61:16,20 62:1,5,6
62:10 63:16,20
66:4,14 76:10
**couch** 68:8
**counsel** 1:23 2:11
2:12 6:5 23:21
107:11
**count** 87:21
**counters** 102:15
**country** 104:4
**counts** 22:19
**county** 12:6,9,12
107:4
**couple** 30:9 46:14
51:18 63:10 69:15
**course** 60:7
**court** 1:1 2:7 6:1
6:14 28:21 29:6
29:12 30:16,25
107:15,15
**courts** 3:12 34:16
**cover** 93:14
**coverage** 94:2,24
**covered** 81:3
**credit** 71:2
**crew** 51:2
**crossclaims** 3:24
89:10,20,22 90:6
90:17
**cumulative** 62:3,8
**cunningham** 1:25
5:3
**cure** 82:24

**current** 15:3 27:18
43:8 61:16,25
62:1
**currently** 7:1
**currie** 51:2,5 72:1
72:9,14 74:11
78:10
**customers** 49:25
55:13,25 56:1
**cut** 33:18
**cutting** 67:12
**cv** 1:4

**d**

**d** 39:21 84:6,10
89:15
**damage** 68:6
**damaged** 48:5,23
49:20 52:11,25,25
54:7
**damages** 4:7 25:22
46:6,20 48:8,12
49:2,4,5,8 59:3,20
60:5 64:6 71:21
79:18,19 81:8
101:14 103:20
**date** 6:4 30:14,14
30:15 34:22,25
41:19 49:9 59:5,8
61:5,9
**dated** 3:10 26:4,8
39:12 41:17
**dates** 66:16,17
67:10 73:9
**daughter** 82:18,19
**dauphin** 2:1 5:4
6:6
**day** 2:2 20:3 63:7
99:19,19
**days** 17:8,20
**de** 54:8 69:15,19

**dealt** 93:21
**debit** 71:1
**deceased** 8:24
**december** 7:10
61:5,11,12,20
**defect** 49:24 55:12
55:16
**defective** 4:8
49:19,20,22 50:1,7
50:8,23,24 52:12
55:10,13 101:15
**defendant** 43:18
45:11 46:3 82:20
**defendant's** 3:6
4:2 14:13 23:11
27:11 34:7 39:5
42:19 57:19 60:17
64:9 65:18 80:5
82:5 88:19 90:2
90:24 97:18 101:5
**defendants** 1:17
5:10 43:14 84:9
87:24 89:4,14
90:7,17 91:7,14
92:19
**defense** 58:24 59:4
**defined** 37:14
**defines** 25:19
**definitely** 24:8
**demand** 84:24
**demanded** 86:19
**demands** 95:15
96:3
**demo** 64:16
**department** 15:21
16:7 17:14 20:12
**departure** 10:13
**depending** 19:15
66:9
**deponent** 106:9

**deposition** 1:19,24
2:4,5,14,17 3:7
6:25 14:16 15:4
15:18 16:18 20:15
22:19,22 23:3
25:17,20 37:9
49:3 96:11 107:7
**depositions** 2:8
**describe** 26:11
**describes** 43:3
**describing** 27:19
102:25 103:3
**design** 83:12
**designate** 15:14
**designated** 14:25
**designee** 22:14
**destination** 37:2
**destroyed** 17:5
**detached** 4:8
11:16,19 26:13
101:15
**detail** 66:8
**detailed** 92:20
**determination**
34:4
**determine** 33:11
40:5
**develop** 29:15,21
**developed** 28:13
28:16,18 29:23
**developing** 29:17
29:18 30:11
**development** 7:20
9:8 11:8,20 31:10
**devon** 83:20,21
84:5,5,9 89:14
**difference** 47:21
**different** 33:14
37:4 51:3 70:18
93:7

Case 2:09-md-02047-EEF-MBN   Document 22277-1   Filed 06/20/19   Page 36 of 53

30(b)(6) Chester Stefan                    November 29, 2018
The Mitchell Company, Inc. Vs. Knauf Gips KG, Et Al.

[differentiating - enclave]                                    Page 7

**differentiating**
  55:1
**difficult**   36:23
**diligent**   25:6,8
**direct**   25:17 49:11
  57:23 66:25
**directly**   40:20,23
**directors**   7:21
  9:10 94:8
**dirt**   63:20
**discovered**   13:11
**discovering**   26:6
**discovery**   3:8
  23:20
**discuss**   104:1
**discussed**   17:21
  48:4 73:24
**discussing**   68:12
  88:23
**dismissal**   91:11
**displaced**   49:25
  55:13
**dispute**   87:13
  94:24
**distribution**   3:16
  3:19,20 61:1 62:9
**district**   1:1,2
**divested**   8:10
**division**   10:1,2
  11:9 44:18 62:15
**document**   3:16,19
  3:20 4:3,4 14:11
  14:19 18:1 20:9
  22:2 23:13,14
  24:10,16 25:18
  27:13,14 32:8
  33:1,6 34:10,18
  38:20,21 39:2,8
  42:22,25 47:25
  55:22 57:22 58:8
  58:12,18,23 60:2,6

60:10,24 61:5
65:23 67:8 72:17
73:5,6,7 82:10
89:1,5 90:4,6,9
91:5 97:15,17,22
98:25 99:20,25
101:3,7,8,13
102:24 103:5
**documentation**
39:24 40:2,13
46:24 47:7 84:15
102:13
**documents**   16:1
20:4 21:1,3,9
24:16,19,24 25:9
33:6 41:8 47:25
60:8 85:15
**doing**   10:16,22
20:18,22 67:15
68:10
**dollars**   99:6,9
**don**   8:25 15:3
**dongxin**   1:15
**doors**   66:6,6
**draft**   35:2,5 36:11
36:15,20
**draw**   76:11,13
81:3
**drawing**   80:11
**drive**   28:6,20
31:24 42:6
**driving**   29:3
**drove**   75:19
**dryer**   46:13 48:4
52:22 53:4,20
54:22 69:13
**dryers**   53:9,13
**drywall**   3:9 11:4
11:10,12 12:12,15
12:18,21 13:12
14:3,5,9 15:21

22:8,17,18 23:4,6
23:9 25:21 27:1,6
27:7 31:2,20
32:11,21 33:3,12
34:2 37:7,15,17,21
38:3,4,5,12 39:1
39:11,14,16,22,23
39:25 40:3,19,20
40:23 41:18 42:8
42:10 44:5,8,10,16
45:25 46:2 47:3
49:14,19,21,23
50:1,7,8,24,24
51:6,8,12,16 52:5
52:12,18 54:20,21
55:10,13 56:9
62:17 63:25 68:7
69:2 71:22 72:21
73:9,20 80:17
82:24 83:24 84:11
84:13,16,22 85:12
91:9 95:23 96:16
100:12,20 101:1
101:15 104:21
105:8,23
**drywalls**   38:18
**duly**   6:13 107:14
**duplicate**   24:14
73:12 80:9 81:6
**duplicates**   18:20
77:6,20 79:16,21
**duplicative**   74:6
78:17,25 79:2
80:19,21
**dwellings**   9:20,21

**e**

**e**   5:1,1 26:19,20
107:1,1
**earlier**   25:14
26:20,25 33:7,9
45:5 71:20

**east**   29:9
**eastern**   1:2
**easy**   21:21
**economic**   94:22
**edge**   38:19,22
**effect**   2:6 20:19
**effects**   49:22 55:10
**efforts**   20:2
**eight**   25:19 28:6,6
42:5
**eikhoff**   3:3 5:7
6:16 19:8,14
41:14 42:21 49:1
57:15,21 74:19
88:21 96:13 97:11
106:5
**either**   22:14 36:2
64:15 66:11 95:14
97:9
**elaine**   16:14 17:1
20:11
**electronic**   16:2
18:5,12,17 19:5
**email**   24:12 48:4
92:13,18 93:13
**embarrassed**
25:10
**emerald**   39:18,20
39:23 40:22 45:7
84:3,6,10 89:15
**employed**   7:7
101:17
**employee**   7:14
8:20
**employees**   8:23
**empty**   53:5
**enclave**   29:13,16
29:21,23,25 30:3,6
30:7 31:1 53:6
56:15

**[engagement - firm]**                                    Page 8

**engagement** 85:19
**ensued** 94:22
**ensure** 16:21
**enter** 100:25
**entered** 43:22
**entire** 7:22 9:18
  27:21 28:13 29:15
  52:19 62:18 78:16
**entities** 49:13,15
  84:12,13,18,20
  90:19
**entitled** 101:14
**entity** 12:1 41:7,11
**entries** 70:3,8,12
**entry** 18:24 19:12
  67:24 74:8 92:23
**equated** 100:17
**esop** 8:18,22,23
**esq** 5:3,7,8
**establish** 76:21
**established** 24:13
**estes** 73:20,20 74:8
  75:24 77:2,3,13,14
  78:13,16 79:2
**estimate** 47:16
  48:17 64:14,21
  65:4
**et** 1:16 3:22,22,24
  3:24
**everybody** 89:22
**evidence** 2:14
  38:25
**evidenced** 107:16
**exact** 83:11
**examination** 3:1
  6:8,15
**examined** 6:14
**example** 52:3
  54:18 56:7 63:21
  67:12 73:19 77:9
  100:19

**examples** 38:11
**exceeds** 38:8
**exchange** 90:13
**exclude** 79:20,21
**excluded** 79:3,21
**excuse** 13:13 62:7
**executive** 7:17,18
  9:7 11:1
**exercise** 79:15
**exhibit** 3:5,7,8,9
  3:10,11,13,14,16
  3:18,19,20,22,23
  4:1,3,4,5,7 14:12
  14:13 23:11,14
  25:16 27:11,14
  30:14 33:1 34:7,9
  37:15 39:5,7 42:5
  42:19,23 44:13
  49:10 57:19,23
  58:15 60:16,17,19
  64:9,11 65:18,20
  65:21 66:3,15,17
  73:14,17 74:18,22
  80:4,5,7,10,22
  81:1,5 82:4,5
  86:23 88:19,22
  89:1 90:2,4,24
  91:1 97:18 101:5
  101:7
**exhibits** 81:7,8
**exist** 24:24
**expect** 97:15
**expended** 62:11
**expenditure** 54:5
  59:3 68:7 74:2
**expenditures**
  65:14 70:9 71:15
  73:10 78:11
**expense** 67:3
  73:17 75:13 80:22

**expenses** 46:11
  49:17,21 50:5
  52:10 55:9 60:3,4
  60:9 64:1,1 72:20
  73:25 75:12 76:4
  78:5,25 79:2,20,22
  79:25 80:17
**experiencing** 42:7
**experimenting**
  87:24
**expert** 49:24 55:12
  55:16
**expires** 107:23
**explain** 60:13,22
  64:11 71:2
**explanation** 101:4
**exterior** 44:3,25
  45:22

**f**

**f** 1:14 27:9 107:1
  107:21
**face** 34:18
**fact** 20:22 34:22
  34:24 73:12 88:7
**fair** 24:23 30:19
  54:12 56:17 57:10
  81:20 88:2 90:23
**fake** 87:16
**fallon** 18:11 23:1
  43:4
**familiar** 86:17
  87:17 91:3
**families** 9:21
**family** 3:17,19,21
  4:8 10:3 11:15,16
  11:18 12:11 26:13
  44:18 62:15 68:12
  101:15
**far** 59:18 95:4
  97:9

**fast** 24:7
**fault** 25:1
**february** 24:11
  61:16,20
**federal** 6:4
**feel** 13:22
**fees** 58:24 59:4,11
  59:20
**fell** 11:19 94:23
**field** 34:19
**fight** 94:21
**figure** 36:23 46:25
  64:16
**file** 17:17 18:19
  19:11
**filed** 14:15 43:4,9
  43:13 58:9 81:12
  81:15 82:8 88:23
  95:1,18 104:6
**files** 16:2 17:2,7,13
  17:22 18:3,5,7,19
  101:10
**filing** 2:17
**filings** 43:10
**fill** 63:20
**filters** 67:14
**final** 46:8 84:23
**finalized** 89:23
**finance** 9:15
**financing** 7:22
  9:12,14,18
**find** 19:2 38:16
  40:2 75:13 95:7
**fine** 74:21 76:22
  76:24
**finish** 76:7
**finished** 30:8
  32:18 67:9,11
**fire** 38:1
**firm** 13:13,15

[first - handwritten]                                                        Page 9

**first** 3:23 6:13
  13:7 25:11,13
  28:6 36:19,21
  43:15 44:6 50:5
  57:24 58:2 60:16
  63:21 64:4 66:2
  67:2 73:13 76:9
  78:23 80:17 82:12
  82:17 87:21 89:6
  89:7 94:10 102:23
  103:4,5,13
**five** 25:18 28:5
  33:10
**fix** 51:25 99:16
  105:11
**fixing** 102:4
**fixture** 102:20
**fixtures** 102:15,17
**flew** 24:7
**flooring** 102:15
**florida** 3:9 12:8
  13:12 14:3 28:9
  28:24 29:1 31:5
  32:14 44:23 85:1
  87:7
**focused** 58:2 89:6
**focusing** 22:12
**follow** 35:5
**following** 6:9
  42:18 57:18 88:18
  106:4 107:16
**follows** 6:14 56:4
**force** 2:5
**foregoing** 6:5
  107:6,9
**foreign** 34:20
**form** 2:11 17:15
  31:15 59:12 66:9
  84:4
**formal** 15:2

**format** 65:10
**formerly** 83:20
**forward** 49:7
**found** 25:9,13
  37:17,18,21 93:13
  107:17
**four** 17:8,20 28:5
  30:8 33:10 58:17
  58:22 76:10 84:12
**fourth** 58:19 77:14
**fraction** 71:18
**frame** 67:16 73:10
**fran** 8:24
**fraud** 87:22 94:8
**fraudulent** 87:22
**free** 13:22 57:24
**friends** 82:14
**front** 71:5,5
  102:24
**full** 2:6 36:19
**fully** 20:6
**fun** 80:3,4
**furniture** 68:8
  69:21
**further** 2:3,9,16
  40:8 43:12 84:3
  106:6,9 107:11,14

**g**

**garage** 33:16 66:6
**garbage** 38:23
**gathering** 24:15
  33:5
**general** 4:4 91:2
**generally** 26:11
  35:5
**generate** 94:19
**generated** 61:13
  94:18
**georgia** 5:9 39:12
**german** 1:11

**getting** 70:19
**gina** 82:15
**gips** 1:11 43:15
**give** 20:22 34:24
  68:3 75:9
**given** 22:22 23:3
  61:3 62:25 107:10
**glad** 13:17
**glasses** 65:17
**go** 6:20 9:3 15:25
  17:23,24 35:20
  48:17 49:7 50:3
  57:15,22 58:1
  62:22 63:5 68:4
  68:16,18 70:18
  75:6 79:19 98:6,7
**goes** 62:8
**going** 7:23 10:20
  14:11,12 15:4,13
  17:3 22:10,12
  25:17 26:8 27:13
  29:19 49:10 50:18
  58:4 60:12 64:17
  72:18 75:9,12,14
  75:23 76:7 77:3
  77:17 78:14 79:15
  82:4 85:21 86:2
  89:5 102:9
**gold** 73:23
**gonna** 58:2
**good** 96:13
**goodness** 25:15
**gosh** 10:14 30:7
  75:24
**gotten** 19:4,4
  24:23
**government** 12:3
**governmental**
  12:1
**grand** 70:24

**grass** 67:12
**great** 15:5 20:19
**greater** 12:20
  26:16,24 39:16
  45:2
**grounds** 2:13
**group** 12:19 84:9
  85:3 96:19
**grouped** 76:2
**grouping** 76:2,5
**guess** 11:14 22:19
  22:24 35:24 59:17
  87:23 94:6 102:10
  102:21
**gulf** 32:14 73:23
**guy** 45:10 51:25
  70:23
**gypsum** 1:14 3:15
  4:8 5:10 49:15
  83:18 101:15

**h**

**h** 13:14
**half** 9:4,5 77:25
  103:6
**hand** 39:7 63:2
  65:2 67:1 82:4
**handed** 101:7
**handing** 34:9
  42:22 57:22 64:11
  65:20 80:7 88:22
  90:4 91:1
**handled** 15:22
**handler** 52:19
  55:1,4
**handlers** 52:18
**handling** 14:8
**hands** 70:19
**handwriting**
  36:16
**handwritten**
  36:13,14 66:20

30(b)(6) Chester Stefan

November 29, 2018

The Mitchell Company, Inc. Vs. Knauf Gips KG, Et Al.

[handwritten - intend]

73:13 75:8

**handyman** 70:22

**happens** 15:5

**happy** 89:4

**hard** 46:15

**haverty's** 68:7,10
69:8 70:1 73:24
77:1,5,18

**hazard** 59:16

**head** 11:19 68:11

**hearing** 34:19,22
35:15 107:10

**hearsay** 99:24

**heating** 74:8

**held** 8:17 34:21

**help** 41:13 76:23

**henderson** 5:13,14

**hereto** 14:14 23:12
27:12 34:8 39:6
42:20 57:20 60:18
64:10 65:19 80:6
82:6 88:20 90:3
90:25 97:19 101:6

**hey** 85:3

**hill** 16:14

**hills** 31:15,17,20

**hold** 7:1,4,12 8:3

**holding** 8:11 34:20

**hole** 51:23

**home** 30:21 32:10
52:3 54:18 56:8
56:23 86:15 87:6
88:8,9 93:23
100:19 103:19
105:2,22

**homeowner** 46:12
81:15 96:3

**homeowners** 56:9
58:25 59:10 81:21
95:15 96:7,16,21
96:22 100:5,11,21

100:21 101:1
105:8

**homes** 4:8 13:11
14:9 29:21 30:2,5
32:3 39:11,19
41:19 42:8 54:20
95:23 101:16,16
103:1

**hope** 97:8

**horton** 104:3,16
104:17,23

**hours** 25:8 46:15

**house** 30:7,9,10
33:14 42:10 51:25
53:5,5 56:13,14,17
56:18 62:8 63:14
64:4 65:25 66:19
67:9,11,15,21,21
68:23 69:3 70:11
70:17 71:5,24
72:3 73:8,11 74:4
78:12 80:18 85:21
85:22 87:24 99:15
99:22 100:17

**houses** 11:9,11,13
11:15,17,19 12:11
12:14,17,19 13:4,6
14:3 26:13 33:2
36:25 46:14 53:14
61:2 62:24 63:1
70:17 71:25 99:22
101:23

**housing** 11:24,25

**hull** 5:7

**humans** 94:9

**hundred** 32:6
60:20 70:23

**hundreds** 100:11

**hvac** 53:10,14,15
53:23 55:5,5
69:14

**hypothetical**
102:10

**hypothetically**
65:5

**i**

**ian** 93:8

**idea** 43:20 99:8
104:24

**identification**
14:14 23:12 27:12
34:8 39:6 42:20
51:9,22 57:20
60:18 64:10 65:19
80:6 82:6 88:20
90:3,25 97:19
101:6 102:5

**identified** 24:17
41:7 69:11 84:19
84:21 91:20

**identify** 27:25
105:19

**immediately** 10:12

**imported** 45:10

**importing** 41:5,6
41:11 45:8,15

**impression** 18:9

**improvement**
49:16

**inc.'s** 3:23

**inches** 76:10

**incidence** 94:22

**incidental** 46:11

**include** 11:3 79:17

**included** 14:7
38:21 39:2

**includes** 77:5

**including** 20:13
49:23 55:11

**incur** 55:15

**incurred** 49:17,21
55:9 59:10 75:12

103:20

**index** 3:1,5 4:1

**indicate** 41:6

**individual** 13:2
22:15 28:18 67:25
95:19

**individually** 1:7
81:12,16 105:5

**individuals** 42:12
82:16

**inducement** 87:22

**industries** 83:20

**industry** 64:22
83:5,10 89:16

**infant** 82:18,19

**information** 16:17
21:2,3,10 41:10,15

**inherited** 8:25

**initially** 88:3

**initiated** 17:4

**inquire** 39:18

**inquired** 15:22

**inspect** 102:2

**installers** 4:6 98:1
99:1

**instance** 53:20
94:10

**instances** 53:22

**instruction** 20:23

**instructions** 18:9

**insufficient** 99:13
100:2

**insurance** 93:14
94:2,5,11,24 95:13
96:19 99:18

**insurer** 93:17
94:13

**insurers** 4:6 96:12
96:15 98:2,16,20

**intend** 96:11

Case 2:09-md-02047-EEF-MBN   Document 22277-1   Filed 06/20/19   Page 40 of 53
30(b)(6) Chester Stefan                           November 29, 2018
The Mitchell Company, Inc. Vs. Knauf Gips KG, Et Al.

[interest - limitation]                                    Page 11

**interest** 8:4,6 105:21
**interested** 87:10 107:13
**interior** 44:3,25 45:21
**intermediaries** 40:25 41:4
**internally** 60:24
**international** 83:20,21 84:9
**intimate** 59:15
**introduction** 6:10
**invent** 82:23
**investigation** 49:24 55:11,15
**invoice** 47:2
**invoices** 47:3
**involve** 9:23
**involved** 7:21 9:12 11:10 14:2,4 15:20 24:15 51:24 83:9,15,16 97:9 99:20
**involvement** 45:4
**involving** 4:5 22:8 97:25
**issue** 19:15
**issues** 11:3 14:4 17:13 105:23
**item** 24:1 52:24 57:7 79:22
**itemize** 72:20
**itemized** 71:20
**items** 24:2,4 26:2 60:21 67:25 69:18 72:25
**iterations** 22:3

**j**

**jade** 31:24
**january** 7:9 30:17 30:20,21
**jeff** 35:16
**jenkins** 3:10 39:11
**jewelry** 54:4 69:15 69:18
**joachim** 5:14
**job** 16:21 64:14 71:7
**jobs** 3:19,21 16:20
**joe** 10:6 13:10
**john** 8:23
**johnston** 22:21 93:9
**jonathan** 82:15
**judge** 18:11 23:1,1 43:4
**judiciary** 34:14
**july** 24:12

**k**

**k** 1:14 26:19,20 27:9
**kathleen** 1:24 6:1 107:21
**keep** 72:4,18
**kelly** 8:25 9:5 15:3 20:16
**kept** 18:4 26:5
**kg** 1:11 43:15
**kin** 107:12
**kind** 74:12 94:6 97:11
**kitchen** 54:16,19 54:25 69:12
**knauf** 1:11,12 22:23 27:8 36:25 37:4,7,9,15,17 43:15,18,21,23,25

44:5,8 45:19 49:15 73:21 75:22 76:6,17,19 78:18 79:2,13,20 101:20 101:22
**know** 7:14 12:22 14:23 15:2,5 16:2 17:12,23 23:7 24:2,7 25:3 26:9 26:12 29:5 32:6 33:3,21,25 37:9 38:23 40:7 41:3 42:4,6 46:10,12,14 47:5 49:3 54:6,24 59:14,15 61:10 65:7,8,11 67:9,19 68:20 72:16 74:24 76:3 82:16 84:18 84:20 85:5 90:16 90:22 92:16,25,25 93:4 94:18 95:5 96:25 97:1 99:17 99:24 101:11 103:19 104:18,19 104:20 105:4,7,21
**knowing** 43:11
**knowledge** 17:18 21:12 23:10 37:5 45:16 46:4 59:14 59:15 65:13 88:8 88:10 96:6 97:3
**known** 48:15 83:21
**knows** 35:12

**l**

**l** 1:21 5:3 13:14 26:18
**lab** 86:16 87:8,12
**labeled** 58:21
**labor** 39:15

**laborious** 71:6
**lakes** 26:14 32:15 32:20
**landscaping** 67:13 73:23
**language** 87:17
**large** 6:3 29:18
**larger** 31:10
**late** 32:18
**law** 1:25
**laws** 2:7
**lawsuit** 22:22 88:11,23 90:18 91:7,11 94:19,20 95:1 104:7,9
**lawsuits** 22:13 95:19
**lawyer** 35:21 68:21 93:8 97:17 97:21
**lawyers** 95:21
**layers** 40:16
**lead** 91:11
**leading** 2:11
**left** 9:6 13:13,15 51:25 65:2 67:1
**legal** 105:22
**lenar** 104:3,6
**letter** 3:10 39:10 39:17 41:15,16 44:12
**letters** 95:21
**leveling** 34:19
**liability** 1:13,16 94:7
**licensed** 107:14
**light** 72:18 102:15 102:17
**limit** 45:2
**limitation** 49:23 55:11

**limited** 1:13,16
49:15 51:8

**limits** 29:4

**line** 13:7 57:7
60:21 61:4,4
67:25 72:25 75:1
79:21

**lines** 78:23

**liquidated** 48:12
48:14

**list** 3:8 12:24
23:19,25 24:1,2,3
24:7 26:5,7 27:16
27:18,24 28:1
31:4 32:13 42:5
50:12 60:2,3,9,9
63:15 64:6 80:22
103:23 104:4
105:16,17

**listed** 15:11 28:5
43:14 98:5,8

**listening** 68:20

**lister** 3:22,24
50:14,16,19,20
51:8 54:15 56:2
56:12 57:4 63:13
66:14 67:20 68:2
69:4,12,13,24,25
70:4 72:21 74:3
76:4 77:1,6,13,19
78:3,5,6,12,25
79:25 80:2 81:11
82:8,12,13,16
84:24 86:6 87:21
88:3,23 89:21
92:4 95:16 96:17
96:21 100:23

**lister's** 53:2 65:25
66:18 68:23 71:24
82:19 85:21 86:24
91:6

**listers** 88:12

**listing** 26:3 46:9

**lists** 27:21 66:8
99:1

**litigation** 48:25
49:4,6

**little** 55:14 70:16
78:13 103:17

**live** 70:4

**lived** 46:13 67:20
82:1

**living** 57:4

**llc** 83:13

**loan** 9:17

**locate** 17:1 18:3,16

**located** 19:16,16
28:21 78:12

**location** 29:10

**long** 7:11 17:6
20:1 23:25 60:20
65:21 67:10,11
93:20

**longer** 14:24 22:5
26:7

**look** 14:16 22:6
24:1 25:16 33:15
36:10,19 47:6
49:10 52:9 63:9
66:12 67:10 68:3
73:4,16 80:25
86:23,23 89:5
98:10 99:25
102:23

**looked** 16:21
18:20 19:25 25:13
33:18 42:24 60:8
68:9 70:20 77:7
80:19 89:9 93:12

**looking** 10:20 17:7
18:16,17 22:1
26:12 44:13 60:23

63:19 66:4 68:18
70:2 71:9 72:4
73:9 74:7 78:15
84:4 98:24

**looks** 28:5,23
58:22 62:16,16
67:5 70:3 73:5,25
76:25 78:8,16
79:1 81:6 101:20

**lost** 48:18

**lot** 31:15 33:17
47:2 60:10 63:1
63:23 64:16 70:17
79:16,17 81:17

**lots** 29:23 31:11
60:21

**louisiana** 1:2

**love** 97:17,21

**lp** 44:4

## m

**m** 10:7 13:14

**ma'am** 6:21 7:3,6
7:24 8:2,5,12 9:9
9:11,22 10:4,8,11
11:5 12:2,13,16
13:5 14:1,6,10,19
14:22 15:9,12,16
16:8,16 17:11,16
17:19 18:4,22
19:6,19 20:6,20,25
21:5,12,24 22:9
23:15,24 24:18,21
25:5,24 26:22
27:2,10,15,17 28:7
28:12,15,17,19
29:8 30:22,24
31:3,6,11,18,21,23
31:25 32:2,9,12,16
32:19,22,25 34:6
34:11,17,23 35:4
35:10,24 36:5,7,9

36:12,16,18,22
37:3,5,16,19,23
38:10 39:3,9,13
40:12,14,18,21,24
41:2,9,21 43:1,6
43:17,24 44:2,9,11
45:2,20,23 46:1,4
46:19,21 47:9,12
47:15,19,24 48:2
50:2,15,17,21
51:10,14,23 53:21
53:24 54:23 55:7
55:24 56:21,24
57:9,12,14 58:6,11
58:20 59:1,22
60:1 61:7,14,18
63:22,24 64:3,25
65:3,12,16 66:7,16
67:4,7,24 69:6,23
70:6 71:12 72:23
73:15 74:9,14
76:8 77:11,21,23
77:25 78:4,10,19
78:22 79:4,23
80:1,13,24 82:3,11
83:2,4 84:14,17
85:14,18 86:7
87:12,20 88:1,13
88:25 89:7,13,18
90:8,11 91:3,13,18
92:5 93:18 94:4
94:12,14,25 95:17
96:2,8 97:6,23
98:13 100:8 101:2
103:21 104:8,11
104:15

**machine** 71:7

**macon** 39:12

**mae** 5:8

**magazine** 86:13

Case 2:09-md-02047-EEF-MBN  Document 22277-1  Filed 06/20/19  Page 42 of 53

30(b)(6) Chester Stefan                     November 29, 2018
The Mitchell Company, Inc. Vs. Knauf Gips KG, Et Al.

[maintain - month]                                        Page 13

**maintain** 8:9
**maintenance**
   67:13
**making** 19:22 34:3
**man** 70:18 72:2
**manufactured**
   25:21 33:12,21
   38:4 49:14
**manufacturer**
   37:2 51:6 84:16
   84:21 91:8,16
**manufacturers**
   34:20 100:12
**manupipatpong**
   5:8
**march** 39:12
   41:17
**mark** 14:12 60:16
   74:23,24 75:12,14
   97:14
**marked** 14:13
   23:11,13 27:11,14
   34:7 37:22 38:18
   39:5 42:19,22
   57:19,23 58:14
   60:17 64:9 65:18
   66:13 80:5 82:5
   88:19 89:1 90:2
   90:24 97:18 101:5
   101:7
**market** 57:11
**marketing** 85:16
   86:18
**marking** 38:13
   74:22 75:10
**markings** 33:19
   33:23 37:24 38:4
   39:1
**marriage** 82:18
**martin** 82:13

**marvin** 16:12
   19:23 20:11,13
   21:14
**material** 63:20
**materials** 39:16
   84:10,11 85:16
   89:15
**mckenna** 82:15,18
**mdl** 4:5 22:24 97:4
   97:14,25 100:24
**mean** 21:2 48:15
   48:19 71:10 75:16
   86:5 93:1 96:11
   97:11 99:5 105:10
**means** 107:8
**media** 86:16 87:8
**meet** 84:24
**meeting** 40:5
   84:23
**meets** 38:8
**member** 7:21
**members** 47:14
**memory** 12:25
   84:23 100:1
**mention** 51:20
**mentioned** 7:25
   10:9 11:11 16:6
   21:13 40:15 45:5
   45:18 59:24
   104:16
**mentioning** 47:11
**mentions** 37:9
**met** 15:25 33:21
**middle** 36:19
   60:25 61:15
**mightily** 97:7
**mike** 3:10 39:11
**miles** 29:9
**million** 99:6,9
**mind** 18:6 55:3
   68:9

**mindy** 3:22,24
   50:14 53:2 54:15
   56:2,11,13 57:4
   63:13 65:24 66:18
   67:20 68:2,23
   69:12,13,17,24,25
   70:4 71:24 76:4
   77:1,6,19 78:3,5,6
   78:12 81:11 82:8
   82:12,14,19 84:24
   85:21 86:24 87:21
   88:23 89:21 91:6
   95:16 96:17,21
   100:23
**mindy's** 68:8
   73:24 82:17
**mine** 66:22
**mini** 9:16
**minimus** 54:8
   69:16,19
**minor** 51:19 70:15
   71:18
**minus** 65:21
**minute** 14:16
   20:10 41:24 68:3
   69:7 75:6 91:1
**misleading** 71:4
**misrepresentation**
   94:9
**missed** 25:11
   72:10 106:1
**missing** 25:1,4
**misspoken** 13:20
**mitchell** 1:6 3:8,22
   3:23,24 7:1,2,4,8
   7:12,23 8:4,16 9:6
   9:20 10:13,23
   11:2,4 12:14,17
   13:16 14:9,24,25
   15:7,13,19 16:20
   20:5,14,23 22:14

22:15 23:8,20
   24:11,19,25 25:23
   28:14 29:15,20
   31:19 32:3 33:8
   33:23 37:17 38:19
   39:11 43:18 44:15
   44:19 45:14,18
   46:5 48:12 49:4,5
   49:12 50:7 51:11
   51:15 52:3 53:18
   54:18 55:15,20,22
   56:5,7,14 57:4,13
   58:9 59:9,18,19
   60:5,22 64:21
   65:1 70:9 71:21
   72:20 81:9,12,16
   81:21 82:9,10,21
   82:25 83:1,3,16
   84:7 85:11,20
   86:5,5 88:3,24
   89:2,3,10,19,24,25
   90:5 91:12 92:3,6
   93:16 94:13,16
   95:6,9,19,21,22
   96:4,15,18 98:3,5
   98:11,15,17,19
   99:10,22 100:4,16
   100:19,25 101:16
   103:20
**mitchell's** 49:2
   58:7 59:3 79:19
   79:25 96:23
**mixed** 74:12,14
**mobile** 2:1 5:4,15
   6:2,6 12:9,10,12
   105:1 107:4
**moment** 20:18
**money** 54:9 61:2
   67:22 94:16
**month** 17:25
   56:18 57:5,7,9

Case 2:09-md-02047-EEF-MBN   Document 22277-1   Filed 06/20/19   Page 43 of 53

30(b)(6) Chester Stefan                November 29, 2018
The Mitchell Company, Inc. Vs. Knauf Gips KG, Et Al.

[month - okay]                                                    Page 14

61:9 67:18,19,22
**months**  18:2,2
  24:5 30:8 60:7
  67:20
**moon**  31:24
**mortgage**  6:23
  10:10,16,22,23
**motion**  3:14 58:8
  58:16
**mountain**  34:3
  84:6,10 89:15
**move**  18:14 68:25
  103:8,11
**moved**  53:5 56:13
  56:16
**movers**  68:22
  77:19
**moving**  73:25
**mud**  70:15
**multiple**  40:16
  42:8 53:22 62:11
  69:14
**mutual**  4:3 45:23
  90:13 104:1

**n**

**n**  1:21 5:1 13:14
  27:9
**name**  6:17 21:18
  29:11 31:13 33:20
  41:6,6 45:8,9
  83:17 86:19,21
  93:17 98:22
  103:22 104:2
  107:17
**named**  45:11
  82:12,13 84:8
  91:8
**names**  105:15,16
**nature**  85:19
**necessarily**  72:25

**necessary**  2:10
**need**  13:23,23,24
  17:21 65:17 74:2
  81:3
**neighborhood**
  46:17
**neither**  107:11
**never**  20:25 40:13
  47:23 56:4,5
  87:18 95:9 96:5
  98:19
**new**  19:3 26:6
  43:4 54:8 64:15
  64:15 75:10 81:1
  81:4 85:22
**news**  87:10,16
**nicholas**  5:3 14:18
  17:15 19:10 26:11
  35:18 41:12 48:18
  48:23 55:20 59:6
  59:12 72:5,8,16
  74:17,21 76:24
  81:17 96:9 97:7
  97:13 98:9 101:18
  106:8
**nicolette**  82:15
**night**  25:10
**nine**  41:19 42:1,4
  50:13
**non**  75:15
**north**  5:14 84:5,9
  89:15
**northwest**  28:22
  31:9
**notary**  6:2 107:22
**notations**  36:14,14
  66:20 73:13
**note**  60:19
**noted**  28:4 43:14
**notice**  2:17 3:7
  14:15,20 25:17

**noticed**  90:9
**november**  2:2
  30:17,20 61:8
**number**  12:23
  31:11 38:7,9 46:8
  46:16 50:13 58:21
  58:23 59:19 66:17
  67:20 97:8,25
  107:16
**numbers**  60:10
  91:19
**numerous**  52:18
**nuts**  102:20

**o**

**o**  1:21
**oaks**  29:13,14,16
  29:22 30:1 31:1
  63:10,13
**oath**  35:23
**object**  17:15 59:12
**objections**  2:10,13
**obvious**  75:10
**obviously**  19:8
  101:9 102:1
**occasions**  70:18
**occupied**  30:15,21
**occurred**  42:18
  57:18 69:2 88:18
  106:4
**october**  24:11
**offer**  84:24
**offered**  2:14
**office**  17:23 93:22
  93:23
**officers**  94:7
**offices**  1:25 22:20
**oh**  11:23 31:16
  36:10 45:10 63:15
  74:13 87:3 91:21

**okay**  6:25 7:7,23
  8:13,16,21 9:2,6
  9:19 10:2,7,9,16
  11:1,11,25 12:10
  13:1,9,17 14:7,11
  14:20 16:6,24
  19:7 20:1,4 21:6,8
  21:18,22 22:6,10
  22:25 23:2 24:9
  25:3 26:17 27:23
  28:3 29:6,11,19,24
  30:13 32:3 33:11
  35:2,8,11,23 36:13
  36:17 37:11,24
  38:3,11 39:4,14,17
  39:23 40:10,13
  41:14,16 42:1,1,14
  42:14,25 43:5,7,22
  43:25 44:3,10,20
  44:22 45:11,18
  48:21 49:1,10
  50:3,22 51:11,21
  52:9 53:3,7,18
  54:3,10,18,22 55:8
  55:21 56:3,7 57:3
  57:10 58:3,12,14
  58:19,21 59:2,9,23
  60:11,14,15 61:5
  61:12,15,19 62:10
  62:18 63:3,15
  64:18,20,23 65:1
  65:11,13,17 66:1
  66:12,20,23,25
  67:25 68:14 69:7
  70:2,25 71:17,19
  72:4,10,17 73:4
  74:10 76:18,25
  77:18 78:7,9 79:7
  80:3 81:7 83:5,8
  83:12,18 84:8,18
  85:7,10,15,19,23

Case 2:09-md-02047-EEF-MBN  Document 22277-1  Filed 06/20/19  Page 44 of 53

30(b)(6) Chester Stefan                                    November 29, 2018
The Mitchell Company, Inc. Vs. Knauf Gips KG, Et Al.

**[okay - physical]**                                                    Page 15

86:4,12,23 87:13
87:15 88:2,11,14
89:8,19 90:1,23
91:5,19,24 92:3,8
92:17,23 93:5,10
93:14,17 94:1,5,10
95:1,3,25 96:13,20
96:23 97:24 98:11
98:24 99:17 100:3
100:15,23 101:21
102:6 103:12
104:6,9,12,18,25
105:2,4,7,14,19,25
106:2
**once** 17:23,24,25
55:7
**ones** 16:5 62:16,17
74:24 77:8,9 79:9
79:11 89:25
**opened** 70:11
**operating** 62:22
**operation** 59:16
**operative** 43:8
**oral** 6:8
**orally** 84:19,21
**order** 72:25 79:18
**ordered** 40:19
**original** 64:1
66:18 73:7 80:18
84:16
**originally** 82:2
**orleans** 43:4
**outside** 42:12 97:2
**outstanding** 89:23
**overall** 9:14,17
**overhear** 6:20
**overseeing** 11:3
13:3
**oversight** 3:12
34:16

**owe** 94:20
**owned** 8:8,22,24
8:25 50:14 56:14
70:9
**owner** 7:15,25
11:22,23 28:16
48:6
**owners** 8:16 56:4
**ownership** 8:3,6,9
8:13,20

**p**

**p** 1:21 5:1,1 10:7
**pace** 31:4,5,14
**pacific** 84:5,9
89:15
**page** 3:2,6 4:2
25:18 36:20 49:11
57:24 58:2 61:15
63:21 67:1 70:2,7
70:25 71:8 72:24
73:4 74:15 76:2
76:15,16 77:14
78:21,23 79:1,8
80:16,19 86:23
87:1 89:6,7 91:19
98:10 102:24
103:4,5,5
**pages** 60:20 62:20
63:10 65:21 66:12
66:21 67:6 68:1
71:6,14 72:17,20
73:13,18 74:1
77:18 79:16 80:14
98:25 103:17
**paid** 16:20 46:10
46:10 54:8 55:17
55:18,19 56:8
67:23 68:25 92:24
94:11,16 95:6,9
96:23

**paper** 18:5,10,12
45:13 86:1 99:12
**paperless** 16:1
**paragraph** 25:19
25:19 36:20 41:25
49:11 52:10,16
53:7 55:8 86:24
87:2 91:21 102:13
103:7,11,13
**paragraphs** 92:1
**paraphrasing** 87:6
**part** 29:1,7 31:10
48:19 49:19,21
50:6,8 55:9 71:23
71:23 75:25 95:6
98:22
**partial** 50:12,19
**participants** 85:2
**participated** 65:8
**participating** 4:6
90:18 91:14,15
98:1
**participation** 97:3
**particular** 16:9
25:18 32:17
**parties** 1:23 2:12
90:12 91:9 107:12
**partner** 83:7
**parts** 69:14 102:6
**party** 44:6,7 83:3
85:11 98:4,12
**passed** 29:3
**patches** 51:18
**patching** 51:5
**patriot** 31:4,14
**paula** 16:10 20:11
**pay** 22:5 86:2,4,5
92:3,6 98:20
**paying** 70:23 93:1
**payment** 90:10,15
91:20 92:12,17

**paper** 93:11,14,15 94:23
95:8 96:18,22
**payments** 60:3
70:7,8 72:14
90:12,19 96:7,16
96:19,20
**payroll** 47:5
**peachtree** 5:9
**pen** 74:16 75:9,10
**pensacola** 3:9,17
3:19,21 12:20
26:16,23,24 28:9
28:22 29:2,4 31:8
31:9 39:16 40:5
44:18 45:3 52:17
61:4,20 62:14,25
74:3 79:5 85:1
86:15 87:7
**people** 15:19 16:7
21:17 40:9 46:9
54:6 67:14 91:15
92:15
**people's** 59:16
**percent** 8:8,9,17
8:22,24,25 9:1,1,2
102:3
**performed** 51:1
51:18
**person** 25:2 39:21
44:5 62:22 79:19
83:22 101:12
**personal** 17:17
54:2,11 68:6
**personally** 13:1,3
22:7
**persons** 49:13
**phase** 11:15 29:25
**phillip** 5:14
**physical** 17:2,7,12
18:3,7,19,23,25

30(b)(6) Chester Stefan                                November 29, 2018
The Mitchell Company, Inc. Vs. Knauf Gips KG, Et Al.

**[pick - published]**                                                    Page 16

**pick** 80:16
**picture** 38:15
**pictures** 38:15
  102:2,14,16,18,19
**piece** 18:10 45:13
  99:12
**pieces** 36:24 86:1
**placed** 52:21
**plaintiff** 1:9 5:5
  82:12
**plaintiff's** 3:14
  97:17,20
**plaintiffs** 82:13
  91:25
**plan** 8:20
**plasterboard** 1:12
  5:11 44:1 83:19
  89:12
**playing** 34:19
**please** 6:17
**plural** 53:11,12
**plus** 65:21 77:19
**point** 8:1 33:7 86:8
  86:19 88:15 96:14
  99:11
**pointed** 62:7
**pointing** 62:4 72:8
**policy** 93:16,19
  94:5,7
**popping** 105:15
**portion** 66:15 67:8
  73:16 99:9 102:5
**position** 59:9
**positions** 20:24
**possibility** 39:19
**possible** 21:22
**possibly** 86:3
**potential** 41:18
**power** 73:23
**preparation** 16:18
  20:14

**prepare** 15:17
  36:11
**prepared** 65:7,11
  94:3
**preparing** 65:9
**presence** 49:25
  55:13
**presented** 79:17
**preserve** 18:11
**president** 6:23
  7:17,19 9:7 11:2
  15:3 20:16
**press** 87:9
**pressing** 43:21
**pretty** 60:9 70:21
  92:20
**preview** 58:1
**previously** 67:19
  78:17
**price** 40:5
**prichard** 11:24,25
  12:5,10,12 27:1
**primarily** 26:13
**print** 21:22 62:25
  66:4 87:10
**printed** 66:7
**printouts** 65:22
**prior** 2:15 13:21
  13:24 23:8 76:4
  77:8,9
**privileged** 21:8
**probably** 7:15
  10:14,15 21:16
  22:4 26:3 29:8
  30:9,11 34:1
  43:10 46:16 47:1
  48:14 68:24 71:4
  71:6 75:11 92:21
  93:1,9 102:14
  103:6,25

**problem** 69:2
  99:16 104:21
**problems** 3:9
  104:1
**procedure** 6:5
**proceedings** 6:9
  36:4 97:2,4
**produce** 92:9
**produced** 12:25
  15:25 16:1,22
  17:4 18:24 20:5
  21:3,10 22:1
  24:19 41:8 46:7,9
  47:4,6,10 49:9
  55:23 82:9 85:15
  89:2 90:5 92:11
  95:25 103:23
  105:17
**product** 85:22
  87:25
**production** 22:2
  23:18 26:2,7
  27:22,25 28:1
  33:6 38:20,21
  39:2 48:1,2 60:6
  62:19 93:6,25
  101:4
**productions** 24:10
  24:16 25:14
**program** 71:12
**project** 9:15
**prominent** 81:21
**pronunciation**
  26:10
**proof** 38:25
**properties** 11:4
  25:20,21 26:1,6,8
  27:1,3,16 28:4,20
  32:24 33:12 37:6
  37:13,14,18,20,22
  37:25 38:12 39:2

42:5,6 44:23 45:1
50:9,20 51:17
52:4 53:22 54:12
55:6 56:3 62:11
63:12,17 78:3
81:17,18,23 86:3
87:19 88:5 101:25
102:7,12 105:12
**property** 29:6
  30:16,25 31:1,19
  31:24 32:17,20
  37:12 40:6 48:6
  49:17,20 50:16,19
  50:20,25 51:8,12
  51:13 52:1,11,14
  52:14,15,15,17
  53:8,19,25 54:2,11
  54:15 56:15,19
  62:13,14 66:14
  68:2,6 69:4,9,10
  70:5,10 72:22
  78:6,25 79:25
  86:6 88:3
**proposed** 34:13
  104:12
**proprietary** 21:16
**protecting** 34:20
**protocol** 4:7
  101:14,16,20
**proves** 19:8
**provide** 16:17
  39:24
**provided** 6:4
  16:24 18:21 84:22
  100:12
**providing** 95:23
**provision** 83:23
**public** 6:2 107:22
**publish** 86:16 87:8
**published** 86:13

Veritext Legal Solutions

**pulled**  60:8 62:20
**pulling**  21:14,15
**purchase**  28:18
**purchased**  8:23
**purposes**  25:20
  27:3 51:9,22
  105:22
**push**  62:24 66:10
**pushed**  19:24
**pushing**  21:14
**put**  46:16 75:1,2
  92:16,16 101:10
**putting**  59:19
  99:20

**q**

**quality**  83:12
**question**  23:21
  25:25 29:19 37:10
  37:13 59:2,13
  68:4 71:11 99:25
  101:13 102:10
**questions**  2:11,12
  14:17 15:24 35:7
  50:5,18 52:13
  106:6,8
**quick**  80:25
**quickbooks**  21:20
**quite**  33:25
**quote**  49:14 87:4

**r**

**r**  5:1 107:1
**ramifications**  14:8
**ran**  7:20
**reaction**  99:13
**read**  20:7,8 24:1
  45:9 50:1 57:25
  97:15 101:9
**reading**  2:4 24:3
**real**  49:17 68:16

**really**  58:1 65:17
  74:13 76:16 83:14
  83:15 86:25 87:10
  89:5
**reason**  11:18
  58:14
**recap**  68:14,18
  69:7
**receive**  90:15,21
  91:25
**received**  22:2
  24:10,14 60:7
  62:19 95:15
**recertification**
  3:15
**recipient**  44:12
**recognize**  23:14
  27:14 42:25 66:21
  66:22 80:13 82:10
  83:17 101:8
**recognizing**  81:2
**recollection**  35:18
  35:19 38:14 65:9
  100:15
**record**  6:18 16:19
  16:21,23 29:20
  30:23 32:23 42:17
  57:15,17 60:19
  65:20,24 68:15
  72:13 74:19 75:8
  78:6 81:8 88:17
  92:17 96:9 106:3
**recording**  36:4
**records**  15:22,23
  19:1,5 47:4,5
  50:22 65:23 86:20
  93:11
**redid**  26:6
**refer**  50:16 52:15
  52:16 53:16 60:24
  64:21

**reference**  38:7
  63:10
**references**  41:17
  53:8 55:9
**referred**  12:11
  55:2 60:25 63:15
  64:5,23
**referring**  30:13
  41:22 42:2 61:23
  61:24 62:2 71:20
  97:5
**reflect**  75:8
**reflected**  55:22
  92:18
**reflects**  34:18
  62:10 74:20 90:6
**refrigerator**  46:13
  48:5 52:23 53:4
  53:20
**refrigerators**  53:9
  53:11
**regarding**  4:5 40:3
  97:25
**regular**  103:24
**reimbursement**
  93:16
**reimbursements**
  60:3
**relate**  19:20 67:9
  68:1 69:4 73:8
  76:5,6 77:16
**related**  11:3 17:13
  43:25 53:23 59:6
  59:7 69:1 71:21
  73:22 76:17 87:23
  92:11
**relates**  66:15
  77:12
**relating**  2:7
  105:23

**relayed**  20:17
**release**  4:3,4 41:12
  41:13 90:14 95:13
**releases**  45:23
**relevant**  13:21
**relocate**  56:8
**relocated**  56:1,4,5
  82:2
**relocating**  49:25
  55:12,25 56:11
**remainder**  76:15
  76:16 81:1
**remaining**  84:8
**remarks**  35:3,6
  36:17
**remediate**  51:12
  52:1
**remediated**  52:4
  86:15 87:6
**remediation**  49:22
  55:10 60:4
**remember**  13:20
  18:7 23:24,25
  24:1,3,8 34:5 48:3
  68:11 69:25 87:11
  93:20 94:6 95:2
  102:19
**remind**  13:19
**remodeling**  49:16
**removal**  51:7
**remove**  51:12,15
  86:20
**removed**  16:3 51:6
**removing**  52:5
  87:7
**renewed**  3:14
**rent**  57:6 67:17,18
  70:7 77:9
**rental**  56:17 57:11
**rented**  56:25

**[renting - scattered]**                                              Page 18

**renting**  56:19
**rents**  70:3
**repair**  4:7 49:16
  49:18,19 50:6,7,23
  51:11,16 52:11
  54:10 55:5 69:10
  101:14
**repaired**  53:19
**repairing**  56:15
  70:16
**repairs**  53:23,25
  70:16 72:2
**repeat**  73:25 78:8
**repeated**  78:16
**repetitious**  20:8
**replace**  50:7,23
  55:5
**replaced**  48:6
  52:19 53:4,19
  54:14,19
**replacement**  49:18
  49:20 50:6 51:7
  52:11 54:11 69:10
  69:22
**replacements**
  53:15,23 54:1
**replacing**  52:5
**report**  21:25 60:20
  61:1,13,22 62:10
  62:14,15,18,20
  63:4 66:16 67:10
  71:1 75:13 80:13
**reported**  13:10
**reporter**  6:1,14
  107:16
**reporting**  107:15
**reports**  21:15,22
**represent**  23:19
  24:9 25:6 43:12
  51:5 70:14 71:2
  80:7 82:7 89:3

99:4
**representative**
  15:1 104:13
**representatives**
  23:8 40:6 84:25
**represented**  86:10
  93:7
**representing**
  59:10
**represents**  61:16
  62:1 79:24
**request**  3:8 23:18
  24:22 39:17 60:2
**requested**  63:7
**requests**  18:1
  23:20,22 24:20
**required**  98:19
**reread**  91:4
**resale**  56:16
**research**  15:23
**researched**  95:7
**researching**  19:21
**resident**  103:8
**resold**  105:13
**resolved**  45:24
  90:18 91:6 96:4,5
  100:20
**resort**  105:12
**respect**  23:5 52:8
  53:11,13 54:21
  89:24,25 93:21
  100:22
**respective**  1:23
**respond**  24:23
**responded**  88:3,4
  104:20 105:7
**responding**  14:4
  23:22
**response**  13:1
**responsibilities**
  9:23 11:3 14:7

**responsibility**
  7:19 11:6,19 13:7
**responsible**  13:3,6
**responsive**  24:20
**rest**  56:3 73:22
  90:22
**result**  56:1 107:13
**results**  86:16 87:8
  87:12
**retired**  7:9 8:5
**retirement**  9:3
**reveal**  51:23
**reverse**  61:9
**review**  15:24 21:1
  21:2 91:2
**reviewed**  14:20
  16:3 20:4 21:10
  38:15
**revise**  48:21
**rials**  16:10
**riffe**  83:8,9,9
**right**  18:1,15
  19:14 28:24 33:22
  36:1 38:17,25
  43:5 44:13 51:17
  52:1,9 54:15 56:4
  59:18,23 61:6,21
  61:25 66:3,5
  67:22 70:12 72:19
  74:5,8 75:3 77:10
  77:15 78:24 79:3
  79:14,22 87:1,25
  92:21 95:15,16,19
  95:23 96:13 100:7
  100:13
**rightwall**  44:15
**rightway**  34:2
  39:11,14,22,23
  40:19 44:10,18,22
  45:7,25 46:2 84:7
  84:11 85:8

**rings**  54:7
**ripped**  105:13
**robert**  83:8,9
**role**  7:1,4,13 11:1
**room**  40:9 84:25
**rosenthal**  93:8
**rounds**  24:10
**rpr**  6:1 107:21
**rules**  2:7 6:4
**run**  16:19 18:24
  19:22 46:7,9 47:2
  47:22 48:7 49:8
  51:3 52:23,25
  53:17 54:5,9
  55:18,22 57:8
  62:23 64:5 71:19
  71:23,24
**running**  9:8 11:7
**runs**  47:8 59:25
  74:1 77:20

**s**

**s**  1:21,21 5:1 10:7
  13:14
**saint**  8:24,25 9:4
**sale**  56:23
**sales**  68:11
**samples**  51:8
**sarah**  93:20
**saw**  22:10 27:24
  33:18 77:20 80:22
  101:3
**sayeth**  106:9
**saying**  28:24 48:24
  59:19 75:16
  102:18
**says**  19:10 31:15
  33:2 39:17 61:16
  61:25 62:6 67:2
  97:24 99:5
**scattered**  12:19

Case 2:09-md-02047-EEF-MBN   Document 22277-1   Filed 06/20/19   Page 48 of 53
30(b)(6) Chester Stefan                                    November 29, 2018
The Mitchell Company, Inc. Vs. Knauf Gips KG, Et Al.

[schulman - speculating]                                          Page 19

schulman   13:14
  68:11
scottsdale   93:15
  93:17 94:11,17
  98:21
screwed   96:10
search   17:4,9
  19:23 25:2,7
searching   24:2,4
second   41:25 44:7
  52:9 57:16 62:6
  72:15 88:14
  103:14
secretaries   15:22
  19:18 20:12
section   33:18 74:5
  74:6 77:5,12,13
  78:16,17,20
  103:13,14
see   11:23 17:1,3,4
  25:23 27:21 30:2
  30:10 31:16 33:16
  36:13 37:2 38:19
  41:19 43:16 47:6
  47:25 51:7 58:10
  58:25 62:2,4 63:6
  63:9,19 65:2 67:3
  67:12,17,19 68:7
  68:22 70:7 72:1
  72:18 73:20 74:14
  77:1,2 93:23
  98:11,22,24 99:5
  102:22 105:25
seek   25:22
seeking   46:6 48:12
  60:5
seen   14:19 34:9
  39:7 40:13 58:12
  79:1 93:5 97:22
selected   62:16

selection   62:17
sell   56:21,22
senate   34:14
senators   36:6
send   67:13
sent   16:4 18:1 25:9
  95:21
separate   10:2
  104:7
separated   29:8
september   23:21
  23:23
series   70:3
served   23:20
services   70:22
sessions   35:16
set   22:12 59:23
  71:12
settle   90:13 92:3
settled   43:20
  45:18,21 88:11
  89:19,22 104:10
settlement   4:5
  43:22 60:4 89:21
  90:6 91:5,11
  97:24 98:4,12,16
  100:3,4,9,23,24,25
seven   28:6 29:9
shadow   26:14
  32:15,20
shandong   1:14
share   9:2 92:7
shed   72:19
sheet   3:18
sheetrock   33:18
  36:24 38:1 39:20
  65:2 67:2 70:15
  72:2 73:17 75:21
  80:21 87:7
shopping   9:16

shoulder   19:25
show   14:11 23:13
  27:13 85:16 102:6
showing   39:24
shows   84:16 92:23
sic   44:15
side   28:9,22 31:9
  65:2 82:20 84:1,2
sign   18:13 29:5
signatories   100:10
signature   2:4
  107:20
signed   18:10 85:25
  85:25 92:21 98:3
silver   54:7
similar   66:3
similarly   1:8
simply   37:1
single   3:17,19,21
  4:8 9:20,21 10:3
  11:15,16,18 12:11
  20:7 26:13 28:16
  44:18 62:15 68:12
  101:15
sir   6:17 25:16
  64:11 65:23
sit   25:3 71:16
  93:10 95:5 99:8
sitting   35:21 36:3
  48:16 72:19
situated   1:8
situations   54:6
six   24:5 28:5 29:8
slipped   68:9
slowly   75:7
small   54:4 69:18
  69:19 70:21
smokey   34:2
smoky   84:6,10
  89:15

software   21:19
sold   8:5 9:2 84:5,6
  84:6,7
sole   44:19
solution   87:11
solutions   83:6,10
  89:16
somebody   36:4
  41:5 101:11
someone's   71:15
sorry   10:19 30:18
  36:10 78:5
sort   58:22 65:22
  70:22
sought   93:16
sound   86:17
sounded   87:17
sounds   13:18
  40:15 86:18 88:7
  102:24 103:3
source   40:3
sourced   39:25
sourcing   40:16
  41:1 84:13
south   29:9
southern   73:23
span   7:11
speak   13:23 15:7
speaking   36:6
  52:6
spec   56:14
special   63:4 92:25
specific   38:14 65:9
  101:9
specifically   16:20
  33:13 34:15 40:11
  47:3 53:18 69:5
specified   90:10
  92:1
speculating   62:19
  62:21

Case 2:09-md-02047-EEF-MBN   Document 22277-1   Filed 06/20/19   Page 49 of 53

30(b)(6) Chester Stefan                                      November 29, 2018
The Mitchell Company, Inc. Vs. Knauf Gips KG, Et Al.

[spend - talk]                                                        Page 20

spend  71:14
spending  48:15
spent  48:16 61:2
spoke  15:3 16:6
  17:13
spring  8:15
squeezed  58:23
staff  47:5
staff's  46:15
stamped  36:25
  37:1
stand  9:17
start  10:12,21 71:7
started  7:9,14,16
  30:8,10,14,17,19
  35:7
starting  32:18
  73:22
starts  36:21 74:5
  76:2 91:21
state  6:2,17 12:3
  20:23 107:3
statement  54:13
  54:17 57:2 86:13
states  1:1 49:13
stefan  1:19,24 3:2
  3:11 6:7,12,19,22
  87:5 106:5
stenotype  107:7
step  96:10
steve  13:14 15:24
  15:25 16:1 19:8
  24:13 35:16,19,21
  55:17,19,20 68:11
  72:10,13 74:15
  93:8
steven  5:3
stipulated  1:22 2:3
  2:9,16
stipulation  6:5

stock  8:20
store  75:21
story  33:14
street  2:1 5:4,9,15
  6:6 67:21
strike  10:21 14:23
  30:18 74:2 84:19
string  75:24
stucco  66:6
student  68:22
  77:19
students  68:25
stuff  102:14
stuffed  68:8
sub  70:19 93:1
subcommittee
  3:12 34:15
subcontractor
  39:15
subdivided  91:25
subdivision  26:14
  28:11,13 29:7,12
  29:16 30:12 31:12
  31:14,16 32:1,15
  41:19 42:3
subdivisions  26:15
  42:7,9
subject  25:20,25
  27:3,16 32:23
  37:6,12,13,14,20
  37:24 38:12 39:1
  42:5 50:8 51:16
  53:22 54:11 55:6
  56:3 63:12 81:23
  87:18 88:5
subpart  50:5
  52:10 53:8 55:8
  58:19
subparts  50:4,4
  58:4,17,17

subsequent  103:8
substantiate  46:24
subsumed  57:5
suburb  31:8
successful  86:9,11
successfully  86:14
  87:6
sued  104:18 105:4
suit  37:7,8 45:12
  81:12,15
sulfur  48:5
summary  66:9
  92:13
superintendent
  13:8 70:13
supervised  68:24
supervision  51:19
supervisor  9:25
supplied  44:5
  46:12
supplier  44:16,19
  44:22 45:1
suppliers  4:6 98:1
  99:1 100:13
supply  39:22
  40:16 44:4,15,25
  45:22 83:23 84:12
sure  19:10,22 34:3
  36:3,8 42:16
  68:17 74:17 81:1
  83:10,14,16 86:1
  88:16 92:20
surveying  63:25
suspect  39:19
swore  35:25
sworn  6:13
symptoms  41:18
  42:7
system  21:15,16
  21:23 62:21 71:13

systems  21:19
  61:9 69:15

**t**

t  1:21,21 107:1,1
table  36:3 59:19
tai'an  5:11 83:19
  89:11
taihe  1:15 38:13
  38:18
taishan  1:14 3:15
  5:10 25:22 26:9
  26:10 27:6 31:2
  31:20 32:11,21
  33:2,12,20,23 37:4
  38:4,13,18,19
  39:25 40:10,20,23
  43:5 46:3 49:15
  52:6,7,8,18 54:21
  56:9 59:6,7,21
  71:22 72:21 73:22
  74:24 75:15,23
  81:17,18 83:18,19
  84:16,19,21 85:4
  89:11,11 91:17
  96:16 100:22
  101:1,19,25 102:7
  102:8,12 104:7,18
  105:4
take  3:18 14:16
  42:14 57:24 64:13
  64:18 69:7 71:7
  72:11,12 75:6
  80:25 86:19 88:15
  91:1 102:16 104:3
  105:25
taken  1:24 42:17
  51:9 57:17 88:17
  106:3 107:7
talk  16:9 20:21
  48:2 90:21 94:2

Case 2:09-md-02047-EEF-MBN   Document 22277-1   Filed 06/20/19   Page 50 of 53
30(b)(6) Chester Stefan                           November 29, 2018
The Mitchell Company, Inc. Vs. Knauf Gips KG, Et Al.

[talked - two]                                                           Page 21

**talked** 15:19 19:17
  20:11,12,13,16
  47:7 81:11
**talking** 54:16 69:9
  85:10 99:24
**talks** 66:5
**tape** 38:19,22
**tell** 15:5 36:2,8
  60:13 65:23 66:24
  71:9 73:5,9,18
  83:15 92:22 99:19
**telling** 43:11
**tenure** 7:11
**term** 25:19 64:20
**terms** 7:18 91:2
**testified** 6:14 22:7
  22:13 23:8 26:25
  67:19 79:20 94:15
**testify** 15:1 94:3
**testifying** 48:11
  65:1
**testimony** 3:11
  22:11 34:13,24
  35:9,23 36:20
  48:10 59:25 71:20
  76:5,21 98:14
  107:10
**testing** 51:9,22
  55:17,18
**thank** 11:1 25:15
  81:18 91:10 106:5
  106:7
**thanks** 81:7
**thereto** 2:15
**thing** 57:25 78:19
  92:25 93:12,12
  97:16
**things** 52:22 53:9
  54:7 67:15 101:22
  101:24 102:1

**think** 7:16 10:9,14
  12:24 19:23 21:13
  22:3 23:17 25:10
  26:14,20 35:16,25
  35:25 37:8 41:7
  42:12 44:6 48:2
  48:14 51:3 52:24
  53:12,14 54:6
  58:13 61:25 62:14
  63:4 64:22 66:8
  69:17,19 70:20
  71:25 76:8 79:5
  81:4 83:14,22
  84:4 85:25 86:20
  87:16 92:10,11,15
  93:23 98:5,21
  99:5,15,23 102:6
  103:23 105:2,6,9
  106:1
**thinking** 52:13
  55:4
**third** 55:8 76:3
  79:1 83:3 85:11
**thirds** 78:24
**thought** 26:21
  27:20 68:23 86:14
  92:9 94:20,21
**thousands** 100:11
**three** 17:8,20 22:4
  24:10 26:4 28:5
  30:8 49:21 50:4
  53:15 56:16 58:4
  58:16,23 67:2,6
  71:14 77:18 85:9
  103:18
**tianjin** 1:12
**tiashan** 33:20
**tie** 66:17
**time** 2:13,14 9:5,7
  10:6,19 11:21
  13:15,19 18:4,12

  22:3,5,21 24:7
  25:11,13 26:6
  33:7 35:13 38:23
  44:21 46:15,15
  47:4,11,13,14,17
  47:22 48:15,16,18
  48:19 54:14 57:25
  62:25 64:4 66:2
  67:16 72:12 73:10
  88:16 97:12 99:13
  105:1 106:6
**times** 22:13 59:24
  100:17
**title** 6:22 7:12,16
  7:16
**titled** 3:16,19,20
  4:3,4
**today** 13:19 15:1,7
  18:15 25:3 26:25
  29:17,18 32:5
  37:14 48:11,16
  59:25 63:2 64:24
  71:3 93:10 94:2
  95:5 99:8
**today's** 14:15
  15:17
**told** 15:3 20:18
  34:1,4 40:4,7,8,19
  40:22 99:11,12,14
  99:17
**tom** 3:10 13:7
  39:10 51:19,24,24
  70:12,13,14 79:4
**tomorrow** 97:16
**top** 18:13 33:1
  60:25 61:15 67:1
  71:8 73:17 76:3
  77:3 78:24 104:4
**topics** 15:10,14
  94:1

**total** 46:18,20 48:8
  71:4,15 76:9,9
  79:22 91:20 99:6
**totally** 15:25 97:2
  99:13 100:2
**totals** 71:1,2,3
  72:24,25 74:2
  79:17
**town** 28:10
**track** 17:21
**tract** 29:18
**trade** 55:2
**trading** 83:21
**transaction** 66:8
**transcribed** 107:8
**transcript** 35:8
  107:9
**transcription**
  107:8
**treat** 85:12
**treatment** 86:9
**trial** 2:13
**tried** 97:7
**trim** 102:15
**true** 19:9 74:7
  78:9 107:9
**truly** 86:17 87:9
**trump** 87:16
**truth** 36:2,8
**try** 17:21 55:14
  64:14 75:13 85:12
  105:11
**trying** 96:10
**turns** 25:12
**twice** 51:4 72:11
**twin** 31:15,17,20
**two** 9:15 12:24
  22:4 26:3 28:5
  49:11,19 51:3
  53:8,14 54:6
  71:14 72:1 78:11

30(b)(6) Chester Stefan
November 29, 2018
The Mitchell Company, Inc. Vs. Knauf Gips KG, Et Al.

**[two - zero]**

Page 22

| | | | |
|---|---|---|---|
| 78:24 80:12 85:23 103:7,11,13,17 | **veritext** 5:14 | **week** 17:24 24:5 | **y** |
| **type** 20:8 52:22 93:19 94:5 | **vice** 7:17,18 9:7 11:2 | **weekly** 61:1,13 | **yeah** 40:7 42:1 73:12 74:23 75:1 76:12 79:12 80:15 87:4 88:16 93:1 102:3 |
| **types** 103:20 | **video** 1:19 | **went** 9:4,5 18:11 19:24 20:6 22:3,5 51:4 52:4 54:19 60:6 70:14 75:20 80:22 | |
| **typical** 88:4,7 | **videographer** 5:13 6:10 | | |
| **typically** 33:15,19 38:6 75:18 | **view** 33:24 | **west** 5:9 28:9 | **year** 24:5,6 70:5,6 |
| **typing** 34:13 | **vis** 105:8,8 | **wide** 64:22 | **year's** 70:4 |
| | **vs** 1:10 | **widow** 8:24 | **years** 7:13 10:15 30:9 33:10 46:14 71:14 |
| **u** | | **wife** 10:15 | |
| | **w** | **windows** 66:5 | **yesterday** 20:3 24:13 25:9 |
| **u** 1:21 10:7 13:14 27:9 | **wait** 41:24 68:21 | **wire** 102:20 | |
| **understand** 23:2,7 43:7 97:13 98:14 100:7 | **waived** 2:5,18 | **witness** 2:5 6:7,13 15:1 35:14 49:3 72:13 74:20 107:10 | **z** |
| | **walked** 81:7 | | **zero** 59:8 |
| **understanding** 15:6 16:4 17:9 84:12,14 | **wallboard** 4:8 | | |
| | **want** 13:19 14:16 41:12 42:14 48:21 50:3 57:25 62:23 66:12,25 68:14,20 69:21 74:22 79:8 80:10,11,25 96:9 | **witnesses** 15:14 | |
| **understood** 41:16 45:5 55:3,3 | | **word** 10:20 36:21 41:5 52:14 69:19 72:11 | |
| **undertaken** 18:3 | | **words** 38:13 65:2 | |
| **underway** 17:10 63:1 | **wanted** 58:15 94:1 101:4 | **work** 10:16,22,23 14:24 21:17 50:22 51:1 52:1 53:16 70:19 72:3 73:21 86:6,10,22 102:9 | |
| **unfortunately** 26:3 | **wants** 87:9 | | |
| **unique** 87:25 | **warehouse** 9:16 17:2,7 | | |
| **united** 1:1 | **washer** 46:13 48:4 52:22 53:4,9,13,20 54:22 69:13 | **worked** 85:12 86:3 | |
| **units** 10:3 53:14 | | **working** 10:12 20:2 33:7 | |
| **unsigned** 98:2 | | **worth** 70:4 | |
| **untwisting** 102:20 | **way** 15:20 34:1,3 36:2 43:11 61:10 66:11 71:6,12 76:1 77:25 88:2,4 | **write** 33:5,6,9 36:23 74:17 76:19 | |
| **unusual** 71:13 | | | |
| **upper** 65:2 67:1 | | **writing** 87:11 100:21 | |
| **use** 81:5 86:3 | **ways** 9:15 | | |
| | **wci** 105:3,12 | **wrong** 62:7 80:10 87:1 | |
| **v** | **we've** 19:3 24:13 24:14 37:14 43:20 73:24 78:12,25 80:1 81:11 95:18 | | |
| **v** 3:22,24 | | **wrongdoing** 95:22 | |
| **vacant** 56:14 78:1 | | **wrote** 19:12 33:3 36:17 75:18 | |
| **value** 47:11,13,17 48:19 56:18 57:11 | **website** 35:10,12 86:14,21 | | |
| **various** 22:3 26:15 | | | |

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF SEPTEMBER 1, 2016.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
## COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.