ALL OF THESE HOUSES HAVE TAISHAN DRYWALL IN THEM

## Chinese Drywall Problems - Pensacola, FL

| Name | Lot # | Street Address | Floor Plan | Sq. Ft. House | Sq. Ft. Drywall | Date Started | Date Completed | Date Occupied |
|---|---|---|---|---|---|---|---|---|
| 1 Lynne Lussier | Bilek Manor 20C | 5914 Bilek Dr. | Freeport | 1016 | 3936 | 8/18/2006 | 10/8/2006 | 10/31/2006 |
| 2 Lula Daniels | Bilek Manor 21C | 5918 Bilek Dr. | Delmat | 1254 | 4416 | 7/31/2006 | 10/11/2006 | 10/27/2006 |
| 3 Ronald Harvey | Bilek Manor 4B | 5919 BilekDr. | Freeport | 1016 | 3936 | 8/7/2006 | 10/4/2006 | 12/22/2006 |
| 4 Charles Padget | Bilek Manor 23C | 5923 Bilek Dr. | Delmar | 1016 | 3408 | 8/7/2006 | 10/16/2006 | 2/28/2007 |
| 5 Dana Williams | Bilek Manor 25C | 5926 Bilek Dr. | Delmar | 1254 | 4416 | 8/10/2006 | 10/18/2006 | 12/15/2006 |
| 6 Susan Posey | Bilek Manor 8B | 5934 Bilek Dr. | Arbor | 922 | 2688 | 8/8/2006 | 10/19/2006 | 10/31/2006 |
| 7 Amanda Hughes | Bilek Manor 26C | 5938 Bilek Dr. | Arbor | 922 | 2688 | 8/23/2006 | 10/31/2006 | 11/30/2006 |
| 8 Mark Risko | Bilek Manor 19C | 5910 Bilek Dr. | Deland | 1200 | 3408 | 1/8/2007 | 3/29/2007 | 10/1/2007 |
| 9 Mindy Lister | Enclave 10D | 1698 Brightleaf Court Cantonment, FL | Winnfield | 2,967 | 7488 | 1/17/2006 | 11/10/2006 | 1/17/2007 |
| 10 Jesse Dodd | Twin Hills Lot 37 | 4869 Pace Patriot Blvd Pace, Fl | living area garage total area | 1906 427 2333 | 8400 | 5/9/2005 | 9/21/2005 | 10/10/2005 |
| 11 | Lot 12 G Bonview | 5764 Jade Moon Drive Pensacola, Fl | Dunhurst | 1906 | 8160 | 7/31/2006 | 10/25/2006 | 4/29/2008 |
| 12 David Bosse | Lot 1F, Unit 3 Shadow Lakes | 1916 Bright Water Gulf Breeze, Fl 32563 | | 1498 DG | 5568 | 12/11/2006 | 3/19/2007 | 7/31/2007 |

58512


