# Mitchell Homes

Mr. Mike Jenkins  
Rightway Drywall, Inc.  
7425 Cochran Street  
Macon, Georgia  31216

March 3, 2009

Dear Mike,

I hope you can be of some assistance. I am sure you are aware of the Chinese sheetrock issue in southern Florida. It appears as though Lennar has taken a direct hit.

We have had some of the same symptoms here in Pensacola. Specifically, we have experienced repeated replacements of evaporative coils. This has been confined to one subdivision and to date nine homes.

I have enclosed the sheetrock invoices for the homes experiencing the problem. My request of you is to enquire with Emerald Coast as to the possibility of these homes containing the suspect sheetrock.

The stories from South Florida are trickling North via the Internet. We would like to be proactive with our action before the trickle turns flood-like. Our experience is limited to the replacement of evaporative coils only.

Mike if there is any information you can provide, we would be most appreciative.

Respectfully,

Tom Caldwell  
Mitchell homes  
Pensacola, Florida



**DEFENDANT'S EXHIBIT**

5

3298 SUMMIT BOULEVARD, #18 • PENSACOLA, FLORIDA 32503-4350 • (850) 433-6400 • FAX (850) 433-6447

*Mitchell v Knauf Gips, et al.*  
cb: 601231