1200 Sq. ft  3 bed two bath
"Chinese Sheetrock"

| Item | Cost |
|---|---|
| Storage container (appliances, water heater, toilet, carpet, cabinets) | $534.00 |
| 2 ea - 30 yard dumpsters | $500.00 |
| Permit | $250.00 |
| Labor to remove appliances, water heater, toilet, carpet, cabinets | $945.00 |
| Labor to demo sheetrock walls and ceilings, trim, doors, light fixture, bath accessories, HVAC grills mirrors, shelv battinsul. | $3,000.00 |
| Labor to demo electrical wiring | $300.00 |
| Labor to demo gas piping and angle stop | $0.00 |
| Labor to demo HVAC air handler | $0.00 |
| Labor to remove insulation - blown | $150.00 |
| Labor to remove vinyl floor 42 sq. yd. | $200.00 |
| Fix/repair landscaping, driveway, sidewalk | $500.00 |
| Labor and material to install electrical wring | $2,023.20 |
| Labor and material to install gas piping | $0.00 |
| Labor and material to install hvac rough-in and trim | $3,394.00 |
| Labor and material for batt and blown insulation | $750.00 |
| Labor install sheetrock | $2,266.00 |
| Material for sheetrock | $837.73 |
| Labor and material for paint | $1,493.40 |
| Labor to install trim and doors | $451.20 |
| Material for trim and doors | $1,391.46 |
| Labor and material for new vinyl floor NAFCO 3.50 sqft | $1,323.00 |
| Labor to install bath accessories | $0.00 |
| Material for bath accessories | $50.00 |
| Labor to reinstall cabinets and counter | $440.00 |
| Labor to reinstall water heater, toilet, reconnect sinks with new stops | $500.00 |
| Labor and material to install light fixtures | $2,348.00 |
| Labor and materials for shelving and mirror | $429.00 |
| Labor and material to install HVAC grills | $0.00 |
| Labor and materials for carpet and pad install | $1,612.00 |
| Clean carpet | $0.00 |
| Construction cleaning | $250.00 |
| Subtotal | $25,937.99 |
| 10% general conditions | $2,593.80 |
| 10% overhead | $2,593.80 |
| Subtotal | $31,125.59 |
| 10% profit | $3,112.56 |
| Total | $34,238.15 |



DEFENDANT'S EXHIBIT 9

CDW000748