## GENERAL RELEASE

STATE OF FLORIDA )
                                  )    KNOW ALL MEN BY THESE PRESENTS:
COUNTY OF ESCAMBIA )

**WHEREAS,** This General Release (hereinafter referred to as this "Release") is executed by, for, and on behalf of:

(a) Martin Lister, Mindy Lister and Jonathan Cagle individually, and each of their assigns, agents, sureties, heirs, legal representatives, subrogees, trustees, guardians, successors-in-interest, predecessors in interest, and any other person or entity who hereafter asserts any claim, right, or cause of action through or on behalf of Martin Lister, Mindy Lister, and/or Jonathan Cagle separately and / or severally; and

(b) Martin Lister and Mindy Lister as guardians and next friends of minors Nicollette Cagle, Gina Cagle, and McKenna Lister.

**WHEREAS** as used in this Release the term "The Listers" encompasses collectively Martin Lister, Mindy Lister, Jonathan Cagle, Nicollette Cagle, Gina Cagle, and McKenna Lister individually, and each of their assigns, agents, sureties, heirs, legal representatives, subrogees, trustees, guardians, successors-in-interest, predecessors in interest, and any other person or entity who hereafter asserts any claim, right, or cause of action through or on behalf of each or any of them separately and / or severally;

{M0104014.2}
Page 1 of 14 Pages


DEFENDANT'S EXHIBIT 15

CDW000310

**WHEREAS**: The Listers are plaintiffs in a civil action filed in the Circuit Court of Escambia County, assigned the case number 2010 CA 1532 (referred to herein as "The Lawsuit.") The Listers asserted claims in The Lawsuit against The Mitchell Company, Inc., AbShield L.L.L.P., Construction Industry Solutions, Inc., Robert Riffe, Quality Design & Construction, LLC, Taishan Gypsum Co., Ltd., Devon International Industries, Inc. f/k/a Devon International Trading, Inc., North Pacific Group, Inc., Smoky Mountain Materials, Inc. d/b/a Emerald Coast Building Materials, and Rightway Drywall, Inc.;

**WHEREAS**: For purposes of this Release, the term "Released Parties" shall encompass The Mitchell Company, Inc., Devon International Industries, Inc. f/k/a Devon International Trading, Inc., and each of its officers, directors, attorneys, owners, shareholders, parent companies, subsidiaries, and/or affiliated and related companies, including but not limited to Devon Building Products; Devon Health Services, Inc.; Devon IT, Inc.; Devon Medical, Inc.; Devon AD Tech, Inc.; Devon IT (Europe), Ltd.; Oakwell Distribution, Inc.; Supply Marketing, Inc.; Devon Professional Services, Inc.; DevVac, LLC; Devon DME, LLC; JABMD, LLC; Devon International, Inc.; and Devon International Group, Inc., North Pacific Group, Inc. and its successor in interest, The Chinese Drywall Trust (created by order of the United States District Court, District of Oregon, on December 21, 2011), Smoky Mountain Materials, Inc. d/b/a Emerald Coast Building Materials, Rightway Drywall, Inc., and collectively each and all of the Released Parties' respective past, present and future owners, employees, attorneys, shareholders, servants, owners, officers, directors, predecessors, successors, agents, representatives, affiliates, subsidiaries,

management companies, insurers (and their affiliated companies and reinsurers) and all their affiliates, assigns or legal representatives.

**WHEREAS,** this is a general Release; this Release is intended, among other things, to cause, to the fullest extent permitted by law and at equity, the complete and final discharge and extinguishment of all claims and causes of action, whether known or unknown, which The Listers have, or may have, against the Released Parties as of the date of this agreement. This Release is intended to extinguish any and all liabilities which The Listers have or might have as to The Released Parties for acts, omissions, or statements, at law or in equity, in tort or contract, including damages as yet unknown which may be recognized by The Listers in the future as arising from acts or omissions on or before the date of this agreement. To the extent that any applicable statute, precedent, or other legislative or judicial policy or pronouncement does or could otherwise preserve in favor of The Listers any right to assert any claim or cause of action that is unknown to them at the time this Release is executed, The Listers each expressly, knowingly and voluntarily agree to waive and relinquish any such right;

**WHEREAS,** The Listers intend to compromise and settle all claims and allegations against the Released Parties made in The Lawsuit and all claims which could have been made against the Released Parties jointly, separately, and severally and desire peace and to bring an end, once and for all, to all litigation that is now pending, or has been pending,

{M0104014.2}
Page 3 of 14 Pages

or that could have been brought by The Listers against The Released Parties as of the date of this agreement;

**NOW, THEREFORE**, for good and valuable consideration, the receipt, adequacy, and sufficiency of which is hereby acknowledged and confessed, including but not limited to the total payment of $279,000.00, of which:

(a) $275,000 shall be paid to Martin Lister and Mindy Lister jointly;

(b) $1,000 shall be paid to Jonathan Cagle;

(c) $1,000 shall be paid to Martin Lister and Mindy Lister as guardians and next friends for the benefit of Nicollette Cagle;

(d) $1,000 shall be paid to Martin Lister and Mindy Lister as guardians and next friends for the benefit of Gina Cagle; and

(e) $1,000 shall be paid to Martin Lister and Mindy Lister as guardians and next friends for the benefit of McKenna Lister.

{M0104014.2}
Page 4 of 14 Pages

1. Each of the foregoing **WHEREAS** clauses are incorporated in this Release as a material term and condition.

2. The Listers hereby compromise, settle, and fully release each of the Released Parties from any and all past, present, or future claims, demands, actions, causes of action, costs, judgments, expenses, attorneys' fees, damages, and all liabilities whatsoever, at law, in equity and/or under any statute or regulation, whether known or unknown, which the Listers now have, claim to have had, have ever had, or would, but for this Release, have had in the future arising from or on account of any actions (whether intentional, wanton, reckless, malicious, negligent, or inadvertent), omissions, dealings, contracts, understandings, representations, disclosures, statements, failures to disclose, conditions, events, or circumstances (whether known or unknown), occurring on or before the date of execution of this Release. This Release specifically discharges, but is not limited to, any and all claims or causes of action which were, have been or could have been asserted against The Released Parties in connection with The Lawsuit described above.

3. Notwithstanding anything to the contrary contained in this Release and without limiting the generality of any of the foregoing, it is specifically understood and agreed that this Release extends to and includes any and all alleged liability of the Released Parties for all damages or liabilities, past and future, compensatory, punitive, or exemplary, relating to or arising out of the condition of the property located at 1698

Brightleaf Circle in Cantonment, Florida owned by Martin Lister and Mindy Lister ("The House.")  It is intended by The Listers that this full and complete Release be global in nature and cover every conceivable contingency, whether known or unknown, which could be encompassed by the terms hereof, given their broadest and most sweeping interpretation and construction.  The Released Parties may plead this full and complete Release as a full and complete bar to the urging of any claims against The Released Parties including, but not limited to, claims in tort, contract, under any statute or regulation, in equity, or at law.

4.   The Listers further represent and warrant that they are the sole owners of the House, and that no other person or party has an ownership interest in their respective property.  Prior to the sale, lease, or other transfer of any interest in the House, The Listers agree to remove and dispose of any alleged Chinese drywall in the House.  Prior to the sale, lease or other transfer of any interest in the residences and/or other structures, The Listers agree to fully remediate the House in accordance with the Consumer Product Safety Commission Remediation Protocol, as last amended. The Listers further agree to disclose the presence of the allegedly Chinese drywall, and the subsequent removal thereof, to any prospective purchaser, tenant, lessee, inhabitant, or invitee.  The Listers understand that they are fully responsible for any and all remediation costs and that nothing in this Release creates any responsibility or liability on behalf of Released Parties related to the remediation of the Residence. The Listers shall be solely responsible to arrange for any repairs or renovations to The House.  The

{M0104014.2}
Page 6 of 14 Pages

Released Parties shall have no liabilities to the Listers or any other person or entity, from the date of this Release arising from the condition, or alleged condition, of The House:

5.  The Listers do hereby agree to fully indemnify, defend, and hold harmless the Released Parties from (a) any claim for reimbursement of payments of any kind claimed by The Listers, and from any claim for payment for medical services rendered to Martin Lister, Mindy Lister, Jonathan Cagle, Nicollette Cagle, Gina Cagle, and McKenna Lister by any person, corporation, governmental entity, insurer, or other entity, as well as from (b) any claim for personal injury or otherwise made hereafter by or on behalf of Martin Lister, Mindy Lister, Jonathan Cagle, Nicollette Cagle, Gina Cagle, and McKenna Lister. The Listers further agree to defend, indemnify and hold harmless the Released Parties from any and all claims, demands, actions, or causes of action brought by any members of their respective families or tenants, lessees, inhabitants, invitees, or purchasers of the House for any injuries or damages arising out of the failure to disclose the presence and subsequent removal of alleged Chinese drywall and/or the failure to remove and dispose of any alleged Chinese drywall in their residence. The Listers finally agree to defend, indemnify and hold harmless the Released Parties from any and all claims, demands, actions, or causes of action brought by any party against the Released Parties for any claims related to the presence of Chinese drywall in the House, whether or not those claims have been identified as of the date of the signing of this Release. Upon service and receipt of any claim or lawsuit alleging a failure by the Listers to disclose and/or failure to remove and dispose of the alleged Chinese drywall with regard to the House, the Released Parties

{M0104014.2}
Page 7 of 14 Pages

CDW000316

n
n

shall provide written notice to The Listers of said claim or lawsuit. Upon receipt of said written notice, The Listers shall provide 1) a document signed and sworn to by The Listers and the person(s) who actually removed and disposed of the drywall describing how and when the alleged Chinese drywall in the House was removed and disposed of and 2) a document signed and sworn to by any purchaser, tenant, or any other person or entity acquiring any interest in the House that the presence and subsequent removal of alleged Chinese drywall was disclosed prior to the sale, lease, or transfer of any other interest in the House. Upon the Released Parties' receipt of those documents, the Listers' indemnity obligations will cease. The Listers agree to assist and cooperate with Released Parties in the defense of any such actions based upon an alleged failure to disclose and/or improper remediation.

6. As a part of the consideration for the settlement and this Release, Mindy Lister, Martin Lister, and Jonathan Cagle each expressly warrants and represents that: (i) he or she is legally competent to execute this Release; (ii) that he or she has not assigned, pledged, or otherwise in any manner whatsoever, including by operation of law, sold or transferred, either by instrument in writing or otherwise, any right, title, or interest in any claims subject to this Release; and (iii) that he or she has obtained consents, if any are required, in the required form and substance, from any of their assigns, agents, sureties, heirs, legal representatives, subrogees, trustees, guardians, successors-in-interest, predecessors in interest, and any other person or entity who could hereafter assert any claim, right, or cause of action through or on behalf of Martin Lister, Mindy Lister, Jonathan Cagle, Nicollette Cagle, Gina Cagle, and/or McKenna Lister.

7. The Listers represent and warrant that they are unaware of any claims of injuries or damages that any members of their family or tenants, lessees, inhabitants, or invitees of his residence or buildings have against the Released Parties arising out of any drywall installed in the House or other structures located on Claimant's property, except those claims that have been previously disclosed and are the subject of this Release.

8. The Listers understand and agree that this Release and performance hereunder are in compromise of disputed claims and in recognition of the prohibitive cost of litigation, that this Release is not evidence of, nor an admission of, any liability or wrongdoing whatsoever, and that all such claims and allegations are expressly contested, disputed, and denied.

9. Martin Lister, Mindy Lister, and Jonathan Cagle expressly warrant and represent that before executing this Release, each of them has fully informed themselves of all the terms, contents, conditions, and effects of this Release, and that in making the settlement, no oral or written promise or representation of any kind has been made by the Released Parties or anyone acting for any of them.

{M0104014.2}
Page 9 of 14 Pages

10. This Release constitutes the entire agreement, oral and written, between and among The Listers and The Released Parties with regard to the subject matter of this settlement and is intended as the complete and final expression of the Parties' agreement. This Release may not be amended in any respect except by a writing duly executed by authorized representatives of all the Released Parties and The Listers. Martin Lister, Mindy Lister, and Jonathan Cagle have each relied solely and completely upon his or her own judgment and the advice of their attorneys. While this Release constitutes the entire agreement, oral and written, between and among The Listers and The Released Parties with regard to the subject matter of this settlement and is intended as the complete and final expression of the Parties' agreement, it is acknowledged that there may be executed separate and distinct agreements (a) between and among The Released Parties, and (b) between Martin Lister, Mindy Lister, and The Mitchell Company, Inc. concerning future lodging in a property located at 1693 Brightleaf Circle in Escambia County, Florida.

11. This Release shall be construed in accordance with the laws of the State of Florida.

12. If any provision of this Release or any portion of any provision of this Release is at any time deemed or declared void, voidable, or unenforceable, then such provision or portion of such provision is severable from the remainder of the Release, and the remainder of this Release shall be enforced fully.

{M0104014.2}
Page 10 of 14 Pages

CDW000319

13. The parties and their counsel will exchange and execute all writings needed to memorialize and implement this settlement including a Stipulation of Dismissal, with prejudice, of the claims asserted by The Listers against The Released Parties in The Lawsuit.

14. **MARTIN LISTER, MINDY LISTER AND JONATHAN CAGLE EACH ACKNOWLEDGE THAT HE OR SHE HAS READ THIS RELEASE IN ITS ENTIRETY AND THAT HE OR SHE UNDERSTANDS AND APPRECIATES ITS CONTENTS AND SIGNIFICANCE AND HEREBY EXECUTES THE SAME AND MAKES THE RELEASE PROVIDED FOR VOLUNTARILY AND OF HIS, HER, OR ITS OWN FREE WILL, HAVING FIRST HAD THE OPPORTUNITY TO CONSULT WITH COUNSEL.**

15. **Confidential Nature of Settlement Agreement:** Except as required by law or otherwise provided in this Release, the Listers and their attorneys and agents shall keep confidential the terms and provisions of this Release, and the details of the negotiations leading up to this Release which were within the context of a confidential mediation, and shall not divulge their contents, directly or indirectly, to any person, individual, firm, partnership, corporation, or other entity, and covenant that they will not disclose, publicize, or advertise the terms of the Release, including the payments made hereunder. This confidentiality provision shall not be applicable to any of the following:

   i. Any disclosure required by law;

   ii. Any disclosure required by order of any court of competent jurisdiction;

   iii. Any disclosure required in response to an inquiry by a government agency or other governmental authority;

   iv. Any disclosure in responses to mandatory reporting requirements under applicable law;

   v. Any disclosure required to enforce the terms of this Release;

   vi. Any disclosure necessary to obtain tax, legal, financial, or accounting advice or services, provided that the Listers shall advise these service providers of this confidentiality obligation and disclose only that

information that is necessary to receive that tax, legal, financial, or accounting advice or services;

15. Martin Lister, Mindy Lister and Jonathan Cagle each represent that the Declarations of Medicare Beneficiary Status attached as Exhibit A are true and correct to the best of their knowledge.

REVIEWED AND APPROVED BY COUNSEL:

_____
Ben W. Gordon, Jr. Esq.
Levin, Papantonio, Thomas, Mitchell, Rafferty and Proctor, P.A.
316 S. Baylen St.
Suite 600
Pensacola FL 32502

{M0104014.2}
Page 12 of 14 Pages

IN WITNESS WHEREOF, I have hereunder set my hand to this General Release.

_____        5/14/12
**MARTIN LISTER**                DATE

STATE OF FLORIDA:
COUNTY OF ESCAMBIA:

I, the undersigned authority, a Notary Public in and for said County and said State, do hereby certify that **MARTIN LISTER**, whose name is signed to the foregoing General Release, and who is known to me, acknowledged before me this day that he understands the contents of said General Release, and executed the same voluntarily on the day the same bears date, after having reviewed the same with his counsel.

GIVEN under my hand and official seal on this 14 day of May, 2012.

NOTARY PUBLIC-STATE OF FLORIDA
Angelene Thane
Commission # EE003602
Expires: JULY 04, 2014
BONDED THRU ATLANTIC BONDING CO., INC.

_____
NOTARY PUBLIC
My Commission Expires: 7-4-14

IN WITNESS WHEREOF, I have hereunder set my hand to this General Release.

_____        5/14/12
**MINDY LISTER**                 DATE

STATE OF FLORIDA:
COUNTY OF ESCAMBIA:

I, the undersigned authority, a Notary Public in and for said County and said State, do hereby certify that **MINDY LISTER**, whose name is signed to the foregoing General Release, and who is known to me, acknowledged before me this day that she understands the contents of said General Release, and executed the same voluntarily on the day the same bears date, after having reviewed the same with her counsel.

GIVEN under my hand and official seal on this 14 day of May, 2012.

NOTARY PUBLIC-STATE OF FLORIDA
Angelene Thane
Commission # EE003602
Expires: JULY 04, 2014
BONDED THRU ATLANTIC BONDING CO., INC.

_____
NOTARY PUBLIC
My Commission Expires: 7-4-14

{M0104014.2}
Page 13 of 14 Pages

IN WITNESS WHEREOF, I have hereunder set my hand to this General Release.

_____   5/14/12
JONATHAN CAGLE                   DATE

STATE OF FLORIDA:
COUNTY OF ESCAMBIA:

I, the undersigned authority, a Notary Public in and for said County and said State, do hereby certify that **JONATHAN CAGLE**, whose name is signed to the foregoing General Release, and who is known to me, acknowledged before me this day that he understands the contents of said General Release, and executed the same voluntarily on the day the same bears date, after having reviewed the same with his counsel.

GIVEN under my hand and official seal on this 4 day of May, 2012.

NOTARY PUBLIC-STATE OF FLORIDA
Angelene Thane
Commission # EE003602
Expires: JULY 04, 2014
BONDED THRU ATLANTIC BONDING CO., INC.

NOTARY PUBLIC
My Commission Expires: 7-4-14

{MD104014.2}
Page 14 of 14 Pages

CDW000323