# Repair Protocol for Addressing Damages from Defective Gypsum Wallboard in Single-Family Detached Homes

### Introduction

This document outlines a protocol for categorizing and addressing single-family homes with damages caused by defective wallboard characterized by high sulfur content, commonly referred to as defective Chinese drywall. These damages are due to the corrosion of certain metals (particularly copper) and can result in the perforation of copper heat exchange coils in HVAC systems and failure of these systems. Other copper materials in homes, such as electrical and plumbing components, can also be damaged. Damage to brass, a copper-containing alloy commonly used in plumbing valves, has also been observed.

The protocol is intended to detail steps that can be taken to identify and repair or replace damaged components in homes, and to eliminate the potential for recurring damage. This protocol is based around removal and replacement of wallboard and damaged components in the homes.

### Confirmation of Affected Homes

Prior to initiating the repair protocol, confirmation of both the damages and cause of the damages, i.e., wallboard, should be documented.

Homes should be categorized as damaged or unaffected based on visual observations and the following criteria, as necessary:

- Characteristic blackening on HVAC coil (exclude oxidative discoloration and blackening around welds)
- Blackened exposed copper wiring and/or copper plumbing
- Characteristic sulfur-type smell
- Identification of suspect manufacturing markings/labeling on wallboard

A history of HVAC coil failure can also be a factor.

If necessary to further evaluate observations, third party professionals may perform testing of wallboard.

850253.1



DEFENDANT'S EXHIBIT 17

CDW001346

### Damaged Homes

Homes that show indications of damaged copper or other effects can fall into two categories, those apparently damaged by defective wallboard and those affected by other sources.

#### *Non-Wallboard Affected Homes*

If blackening of copper surfaces and other damage have been observed, but there are no indications of the presence of defective wallboard, further investigation by third party professionals may be warranted to evaluate potential sources.

Similar effects on homes do occur in the absence of defective wallboard. Typical sources of non-wallboard related damages include high sulfur drinking water in some areas of Florida, and releases from traps, drains or waste plumbing lines that are not functioning properly. Further investigation may be warranted in the occasional instances where damages are apparent, but contribution from defective wallboard is not clear. In instances where the actual source is not wallboard, implementation of this repair protocol would be unnecessary, and damage could recur. These cases are expected to occur infrequently, and the investigation strategy should be case-specific, driven by observations in the field relating to high sulfur tap water, sewer system function and other potential sources.

#### *Defective Wallboard-Affected Homes*

For homes damaged by defective wallboard, once such confirmation has been made repair will be initiated as set forth below.

1. **Documentation of Interior Finishes and Conditions**

Document by handheld video or photos finishes and conditions in the home prior to resident move out including:

- Wall and door finishes
- Trim
- Flooring
- Light fixtures
- Kitchen and bathroom fixtures and appliances
- Counters and cabinets

## 2. Documentation of Wallboard Source and Preparation for Third Party Inspections

Subsequent to resident move-out, and in preparation for making a videographic record which will provide specific documentation of the materials present in the home, the following steps should be taken:

- Remove switch and receptacle cover plates, pull components out of boxes
- Open back panel of refrigerator to expose compressor and coil
- Open cover to expose air handling unit(s)
- Record video of overall home conditions, condition of HVAC coil and effects on electrical components

Once the "as-is" conditions are recorded, the following steps should be taken:

- Remove extended segments of wallboard sheets from each major wall and place on the floor beneath the corresponding hole, with labeling and markings visible (Where backing paper and/or edge banding indicates the presence of mixed board types, expose segments of each)
- Document the type of board in each room and approximate amounts/proportions.
- Document board types and date stamps present in the entire home
- Collect two approximately 10" X 10" samples from each brand/type of wallboard found – labeled and documented to room and location, list prepared for comparison during demolition. Portions of labeling should be included on the archived sample if possible
- (NOTE: ensure that circuit breakers for inside wiring remain off, but HVAC is left on and operable at this stage)

## 3. Removal and Archiving of Damaged Components

Subsequent to any inspection by third parties and prior to demolition, the damaged electrical, plumbing and HVAC components should be removed. Representative samples should be stored under chain-of-custody procedures. The process should include the following steps:

- Drain refrigerant from evaporator coils (completed by HVAC technician)
- Disconnect and remove evaporator coil(s) (completed by HVAC technician)

CDW001348

- Collect representative samples of damaged HVAC coils from the coil, photograph the coil before and after, and store under chain of custody procedures – four "U"- bends (approximately 2" long) and/or 1-2 straight segments of copper lines (approximately 4" long).

- Reconfigure any circuits that need to remain on or to be used during construction (e.g., garage door)

- Disconnect water supply

- Remove any damaged plumbing fixtures and copper stub-outs

- Photograph and document all plumbing fixtures and copper stub-outs

- Collect representative samples of damaged copper plumbing components, document to location and store under chain of custody procedures – two pieces approximately 4-6" long collected from each of two separate rooms

- Collect representative sample of damaged brass valves/fixtures, document to location and store under chain of custody procedures – two damaged brass valves

- Collect representative samples of damaged electrical components, label and document to room and location and store under chain of custody procedures. Number of samples will vary by home size and floor plan, but should document damage through various rooms – approximately 5 receptacles and/or switches, and 3 telephone jacks, security system connections, or other low-voltage system components with smaller gauge wire.

- Remove all damaged materials for archiving, identify them on appropriate chain of custody forms and store per instructions of counsel

4. **Demolition**

Following procurement of the relevant permits and compliance with relevant county asbestos survey requirements, the initial stage of demolition should be controlled to allow for identification of any additional sources of wallboard, or other findings that require documentation.

Demolition crew should start by taking down large segments of each board not previously opened

- Inspection team should cross-reference previously recorded brands and types of wallboard for the home – if any newly identified board types are found
    - New board types should be photographed and two 10" X 10" samples should be collected.

- o Two individuals should be present to document additional wallboard types and markings (BUILDER construction supervisor and EXPERT team member)
- Demolition crew should open ceilings in each room, looking for identification marks and thickness of board.
    - o Where 5/8" wallboard is present, no further documentation necessary
    - o Where ½" wallboard is on ceiling, inspection team will look for brands and types (i.e., no-sag ceiling board)

Once all wallboard observations and confirmations are complete, demolition crew should begin final demolition. Per instruction of the Builder's construction supervisor, the following steps should be taken:

- Remove carpet and turn backing up to cover tile flooring that is to be protected and left in place
- Protect wood floors
- Protect/remove and store, as necessary, cabinets, counters and doors
- Protect/remove and store, as necessary, sinks and plumbing fixtures
- Remove any remaining light fixtures and ceiling fans
- Remove insulation and HVAC ducting
- Remove hot water heater
- Remove toilets
- Protect, if possible, shower enclosures backed with water-resistant board
- Remove smoke detectors and other low-voltage fixtures
- Remove ceilings
- Complete demolition down to studs per instruction of the Builder's construction supervisor

5. **Cleaning and Confirmation of Gypsum Dust Removal** Following demolition, a cleaning crew will:

- Remove any residual fragments of gypsum

- HEPA vacuum entire house – exterior walls, partitions and slab
- Ventilate home for a minimum of 14 days with large fans to promote removal of any residual gases

6. **Cleaning/Replacement of Remaining Damaged Components**

Once demolition and cleaning are complete, the Builder's construction supervisor will inspect any remaining brass or copper fixtures or portions of plumbing or other mechanical systems not removed by the demolition crew. The following steps will then be taken:

- Replace readily removable damaged piping and fixtures
- Clean exposed copper plumbing that is to remain in home due to accessibility or other considerations (mechanically and/or with corrosion removing chemicals)
- Remove and replace cable and junction boxes for high-voltage electrical cabling (110-220 vAC). Use new receptacles or other terminations
- Inspect and clean or replace and remake terminations in electrical panel(s) (to be performed by electrician)
- Remove and replace damaged wiring for low voltage systems (smoke detector, telephone, security, etc.). Termination panels will be inspected and cleaned or replaced, as necessary

EXPERT will inspect to document removal and replacement of damaged materials at this stage.

While the walls and ceilings are open and the framing and structure of the home is easily inspected, a representative of the Builder will complete an inspection for normal rusting of metal components unrelated to defective wallboard.

7. **Rebuilding**

After receiving relevant building inspections and confirmation to close up the walls, the following rebuilding steps will be taken:

- Standard building protocol and process of the Builder will be followed, picking up at the frame stage
- Brand, type and markings on all new wallboard delivered to the home will be photographed prior to its installation

CDW001351

8.  **Post-Repair Finalization**

Upon completion of the repairs and corresponding inspections, EXPERT will prepare a letter specifying that the repair protocol has been implemented and completed and that 1) all damaged materials found have been addressed, and 2) no defective wallboard is in the home.

Builder representatives will:

- Assist resident with move-in/closeout
- Conduct standard warranty inspections at normal Builder intervals for new home.

CDW001352