

Deposition of:

# Robert Demott , Ph.D, DABT

*May 6, 2019*

In the Matter of:

# In Re: Chinese-Manufactured Drywall Products

Veritext Legal Solutions

800.808.4958 | calendar-atl@veritext.com  | 770.343.9696

Page 1

1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
2
                    MDL No.:  2047
3

    IN RE: CHINESE-MANUFACTURED DRYWALL
4   PRODUCTS LIABILITY LITIGATION
5   This Document Relates to:
    THE MITCHELL COMPANY, INC  v.
6   KNAUF GIPS, KG, ET AL.,
    CASE No. 09-CV-4114
7

    _____
8
9                   D E P O S I T I O N
10                        o f
11              ROBERT DeMOTT, Ph.D., DABT
12           taken on behalf of Defendants
13
          DATE:          May 6, 2019
14
          TIME:          12:58 p.m. to 1:37 p.m.
15
          PLACE:         Ramboll
16                       10150 Highland Manor Drive
                         Suite 440
17                       Tampa, FL 33610
18        BEFORE:        PHILIP RYAN, RPR
                         Notary Public - State of
19                       Florida at Large
20
21
22
23
24
25

Robert Demott , Ph.D, DABT          May 6, 2019
In Re: Chinese-Manufactured Drywall Products

Page 2

1 APPEARANCES:
2
3 ATTORNEY/S FOR PLAINTIFF
4    CUNNINGHAM BOUNDS, LLC
     STEVEN L. NICHOLAS, ESQUIRE
5    1601 Dauphin Street
     Mobile, AL 36604
6
7
8
9 ATTORNEY/S FOR DEFENDANT
10   ALSTON & BIRD
     MICHAEL J. BARRY, ESQUIRE
11   One Atlantic Center
     1201 West Peachtree Street
12   Atlanta, GA 30309-3424
13
14          INDEX
15                      PAGE
16 DIRECT EXAMINATION
17 BY MR. BARRY                    3
18 CROSS EXAMINATION
19 BY MR. NICHOLAS                 28
20 REDIRECT EXAMINATION
21 BY MR. NICHOLAS                 29
22
23          EXHIBITS
24 Exhibit 1     Declaration of Robert   16
               DeMott
25

Page 3

1 Whereupon,
2          ROBERT DEMOTT, PhD, DABT,
3 was called as a witness and having first been duly
4 sworn, and responding "I do," was examined and testified
5 as follows:
6          DIRECT EXAMINATION
7 BY MR. BARRY:
8    Q   Dr. DeMott, good afternoon.  We met just a
9 second ago, but I'll reintroduce myself.  My name is
10 Mike Barry, and I represent Taishan Gypsum.  I'm hopeful
11 I'm not taking too much of your time today.  I
12 appreciate you being here for it.
13       Have you ever sat for a deposition before?
14   A   Yes.
15   Q   And how many depositions have you sat for
16 before?
17   A   Twenty.
18   Q   Twenty.  In what context were you testifying
19 as a witness?
20   A   I've testified as an expert witness and as a
21 fact witness.
22   Q   How many times do you think you've testified
23 as an expert witness?
24   A   Fifteen.
25   Q   And how many times have you testified as a

Page 4

1 fact witness?
2    A   Four or five.
3    Q   Four or five.  And what were the nature of the
4 cases in which you testified as a fact witness?
5    A   They were claims about Chinese drywall, in
6 which the company that I worked for was a party, was
7 sued.
8    Q   And who was suing them?
9    A   Individual homeowners.
10   Q   Now, as a veteran of depositions, I'll walk
11 you a little bit through the rules of the road, but you
12 probably know everything that I'm going to say.  I'm
13 going to ask you a question.  I hope that you'll wait
14 for me to finish to answer it.  I'm going to try not to
15 talk over you.  I hope you'll try not to talk over me,
16 but I'm sure we're going to make a mistake every once in
17 a while.  If there is a question you don't understand,
18 don't hesitate to tell me you don't understand it.
19 Which is more likely that I just didn't ask it
20 correctly.  So I am happy to rephrase it and make sure
21 that it's done correctly.
22       If you need to take a break, don't hesitate to
23 do so.  We just want to make sure that whatever is
24 getting down on the record, that we're able to get
25 everything clear for our court reporter here.  So let's

Page 5

1 just make sure we're not speaking over each other.
2       What did you do to prepare for this
3 deposition?
4    A   I reviewed the declaration that I prepared in
5 this matter.
6    Q   Did you review any other documents?
7    A   Yes.
8    Q   What other documents did you review?
9    A   I reviewed the tally of the builders that my
10 company worked for, and the number of homes that they
11 had that we have retained material for, and the presence
12 or absence of Taishan Taihe branded board.
13   Q   And those documents that -- are you aware
14 whether those documents have been produced in this
15 litigation?
16   A   I assume the declaration was.  I'm not -- not
17 specifically, but I know I have a copy of the
18 declaration.
19   Q   Well, about the other files.  Do you know if
20 those have been produced in this litigation?
21   A   No, I don't.
22   Q   Did you -- were those documents you relied on
23 in preparing this declaration?
24   A   Yes.
25       MR. BARRY:  And we ask that if he relied on

2 (Pages 2 - 5)

Robert Demott , Ph.D, DABT                                    May 6, 2019
In Re: Chinese-Manufactured Drywall Products

Page 6

1    those in preparing the declaration, that they be
2    produced to us, and any documents that you relied
3    on to come up with this declaration, you produce to
4    us.
5        THE WITNESS:  Okay.
6        MR. NICHOLAS:  Well, we can talk about that
7    later on.  So the okay acknowledges you saying
8    that, not that --
9        MR. BARRY:  It's not your call on that one,
10   but we're requesting that on the record.
11   BY MR. BARRY:
12   Q    Are you -- Dr. DeMott, can you tell me a
13   little bit about your background.  What is your
14   education level?
15   A    I have a Ph.D.
16   Q    And what your Ph.D. is in?
17   A    Physiological science.
18   Q    And where did get that Ph.D. from?
19   A    University of Florida.
20   Q    And what does physiological science entail?
21   What does the study of that entail?
22   A    It's a broad department that covered a lot of
23   different physiology or the body's activities.  My work
24   was on reproductive biology and toxicology.
25   Q    And I see, you know, you have got a title here

Page 7

1    saying DABT.  What does that entail?
2    A    Diplomate of the American Board of Toxicology.
3    I am board-certified in toxicology.
4    Q    And so when did you receive your Ph.D.,
5    roughly?
6    A    1993.
7    Q    And after you received your Ph.D., where did
8    you start working?
9    A    The University of Florida, Center for
10   Environmental and Human Toxicology.
11   Q    And what did you do there?
12   A    I did research on chemical effects on the
13   liver, and I did reviews of risk assessments on contract
14   to the state of Florida.
15   Q    And how long did you work at the University of
16   Florida?
17   A    After my Ph.D?
18   Q    Uh-huh.
19   A    Two more years.
20   Q    Two more years.  And what did you do after
21   that?
22   A    I went to work for a consulting firm here in
23   Tampa.
24   Q    Okay.  And how long did you work at that
25   consulting firm?

Page 8

1    A    Two or three years.
2    Q    And what type of work did you do with that
3    consulting firm?
4    A    Environmental risk assessments.
5    Q    And what was the name of that consulting firm?
6    A    Parsons Engineering Science.
7    Q    And where did you -- after you left Parsons,
8    where did you work next?
9    A    Atra, A-T-R-A.
10   Q    Okay.
11   A    I can't remember the rest of their name, but
12   it was a toxicology-specific consulting firm.  We did
13   toxic tort litigation work.
14   Q    And how long did you work there?
15   A    Two or three years.
16   Q    Okay.  And did you -- when you were at the --
17   at Atra, were you specializing in any type of, you know,
18   specific type of toxic tort litigation?
19   A    No.
20   Q    Were you working for on the plaintiff's side
21   or the defendant's side?
22   A    Probably more than 50 percent was defendants.
23   But we don't work on any particular side.  We worked on
24   the scientific questions that were posed to us.
25   Q    Okay.

Page 9

1    A    We worked for both plaintiffs and defendants.
2    Q    Understood.  After you left Atra, where did
3    you go next?
4    A    Geosyntec Consultants.  G-E-O-S-Y-N-T-E-C.
5    Q    Okay.  And how long were you at Geosyntec?
6    A    Two years.
7    Q    And what type of work does Geosyntec do?
8    A    I continued the same practice, doing a
9    combination of toxic tort claims, worker exposure claims
10   and site risk analysis.
11   Q    And when you were at Geosyntec, or since
12   you've been at Geosyntec, have you done that type of
13   work consistently, no matter where you are?
14   A    Yes.
15   Q    Okay.  Do you mind just walking me through the
16   job that you have had since until the time you got to --
17   to Ramboll?
18   A    After Geosyntec, I was at a firm named
19   Exponent.
20   Q    Okay.
21   A    I was there for two years, and then I came to
22   work for -- Ramboll was formerly known as Environ
23   Corporation.
24   Q    And what year did you start at Environ
25   Corporation and Ramboll?  And we can use them

3 (Pages 6 - 9)

Robert Demott , Ph.D, DABT                    May 6, 2019
In Re: Chinese-Manufactured Drywall Products

Page 10

1  interchangeably. I'll understand that if you say
2  Ramboll, it means Environ International, and vice-versa.
3      A   2003.
4      Q   And what's your job title at Ramboll?
5      A   Principal.
6      Q   And has that been your job title since you
7  started at Ramboll?
8      A   Yes.
9      Q   And what does your role entail? What's your
10  job duties?
11      A   Again, scientific consulting related to human
12  exposures to chemicals. And that may be individual
13  products or it may be pieces of property where there has
14  been chemical disposed of. So either site-related
15  exposures or product-related exposures. Evaluating the
16  risks and advising the client on how to address them.
17      Q   So, does that -- and in terms of advising
18  them, are you hired by specific companies and told how
19  to fix the problem? Is that -- or how to deal with --
20  what would you say if you had a general product that
21  came out that there was some sort of environmental risk
22  or toxicology risk? What is your typical process for
23  evaluating and providing advice to the client?
24      A   There's no typical approach. It's completely
25  dependent on the nature of the product and the nature of

Page 11

1  the human exposures that are entailed.
2      Q   So what type of engagement are you typically
3  hired for?
4      A   I've -- in the last year, I've worked on
5  exposures to sterilizing gases from medical sterilizing
6  equipment. I've worked on sulfuric acid releases from a
7  fire and explosion at a plant. I've worked for a number
8  of years on Chinese drywall and the sulphide gas
9  exposures. I've worked on behalf of the Australian
10  Department of Health, training their regulators who
11  review products, registrations for Australia, on
12  toxicology. That's a breadth of the different types of
13  my services I may provide.
14      Q   How did you become involved with Chinese
15  drywall?
16      A   I was asked to inspect a home in Bradenton,
17  Florida, where the prospective purchaser was complaining
18  of an odor, and I was part of evaluating that and
19  determining that there was an odor, and it was from some
20  type of a sulphide gas that we eventually tracked down
21  to coming from the walls and from the wall board.
22      Q   And with that home, what did you -- did you
23  prepare a report related to that home, or was it just an
24  assessment that I smell a gas or realized that there is
25  a gas here?

Page 12

1      A   It was an assessment of the gas and the odors,
2  and then subsequently we did testing on the wall board.
3      Q   And is that testing commemorated anywhere?
4      A   Not that I know of.
5      Q   And were you retained by an individual
6  homeowner for that purpose?
7      A   No.
8      Q   Who were you retained by?
9      A   A builder.
10      Q   A builder. And have you been retained by --
11  so what builder retained you?
12      A   Lennar.
13      Q   Have you been retained by any builders other
14  than Lennar?
15      A   Yes.
16      Q   Which builders are those?
17      A   A lot.
18      Q   Okay. More than 10, more than 20?
19      A   More than 10.
20      Q   Okay. And when you're engaged by Lennar, did
21  Lennar ask you to do anything beyond just the initial
22  assessment?
23      A   Yes.
24      Q   What else did they ask you to do?
25      A   After we evaluated the odor, the next step was

Page 13

1  recognizing that the related gases are corrosive. And
2  we identified impacts on heating ventilation and
3  air-conditioning, HVAC systems, and corrosion on copper
4  wiring in homes, and in fire safety devices, and
5  anywhere there was copper components used in
6  construction. And after we identified the corrosion, we
7  helped develop a plan for how to repair the homes that
8  had corrosive drywall.
9      Q   And did you have -- so would your
10  representation with Lennar, going through each of those
11  steps, doing the assessment, the assessment of the
12  corrosive wires too, and then coming up with a plan to
13  fix the Chinese drywall, is that a standard engagement
14  with other builders?
15      A   Yes.
16      Q   How many other builders do you believe you had
17  that engagement with?
18      A   15 to 20.
19      Q   Okay. Did any of the other builders engage
20  you for other purposes?
21      A   Yes.
22      Q   What were those other purposes?
23      A   Some of the builders asked that we test the
24  homes after the repairs were done to document that there
25  were no longer corrosive gases present.

4 (Pages 10 - 13)

Robert Demott , Ph.D, DABT                    May 6, 2019
In Re: Chinese-Manufactured Drywall Products

Page 14

1    Q   Which builders asked you to do that?
2    A   I don't remember, as I sit here.
3    Q   Can you name a few of them?  Or all of them,
4 not all of them.  I understand.  But if you name a few
5 every them, potentially.
6    A   I couldn't accurately tell you who did
7 post-clearance testing, but a couple did.
8    Q   For -- excluding the post-clearing
9 assessments, how many homes did you do an assessment on?
10   A   More than 2,500.
11   Q   Did you personally do an assessment on more
12 than 2,500, or did people working for you do that
13 assessment?
14   A   I did several hundred, but the team that we
15 had here at Environ then did -- and we had a team of
16 about 40 people at the maximum time.  So I directed
17 them.
18   Q   And were those employees of Environ or people
19 just contractors?
20   A   They were all employees.
21   Q   Now, what was your engagement, Environ's
22 process for documenting any of these inspections, or
23 assessments, or pre-clearance inspection, or any of
24 these -- did you have process in place?  How did you
25 document it?

Page 15

1    A   We developed a common practice that we used
2 for each of the different builders with minor
3 modifications, depending on whether they were
4 single-family or multiple family homes.  But we
5 developed a procedure where we would use field
6 documentation forms during the inspection.  We would
7 undertake testing of the wall board, visual observations
8 on the corrosion, and cut holes in the walls to
9 identify, if possible, the labeling on the wall board.
10        After we had documented whether or not a home
11 had corrosive wall board, in the cases where there were
12 repairs, we would document, during the demolition
13 process, to identify the different brands of wall board
14 that were present.  And a number of the builders had us
15 retain the corroded materials and samples of the wall
16 board for purposes like this.  For evidence that we
17 maintain in a warehouse.
18   Q   And are those samples still maintained in that
19 warehouse?
20   A   For many of the builders, yes.
21   Q   Are those reports and assessments and all the
22 documentation that we've just discussed, is that
23 something that has been preserved --
24   A   Yes.
25   Q   -- by you?  And do you know where that is

Page 16

1 preserved?
2    A   Roughly, in our filing cabinets.
3    Q   So it would be here, off-site storage, or
4 something like that?
5    A   Correct.
6    Q   Now, I'm going to hand you a document.  I
7 think you'll recognize it.  This is Exhibit 1, which is
8 entitled Declaration of Robert DeMott.  Dr. DeMott, if
9 you need a second to review the declaration.
10       (Whereupon, Exhibit 1 was marked for
11 identification.)
12   A   I'm ready.
13   Q   Do you recognize this document?
14   A   I do.
15   Q   What is it?
16   A   It's a declaration I provided in this matter
17 regarding my review of the builders for which we have
18 retained materials.
19   Q   Okay.  And if you turn the page, the second
20 page, paragraph five.  It says Environ retained by 10 of
21 the builders shown in Exhibit A.  We are involved with
22 the remediation of homes they have built.
23       Do you see that sentence?
24   A   Yes.
25   Q   How did you determine that you were retained

Page 17

1 by 10 of the builders shown on Exhibit A?
2    A   I reviewed Exhibit A and compared it against
3 our warehouse records for the builders that we had
4 retained materials for.
5    Q   Okay.  And so looking at Exhibit A, which
6 builders were you retained by?
7    A   Doing this on the fly, but Ashton Woods,
8 Beazer Homes.
9    Q   Sorry.  Where is Ashton Woods here?
10   A   At the very top.
11   Q   Ashton Tampa Residential is Ashton Woods.
12   A   Yes.
13   Q   Okay.  And did you find, from your records,
14 that Ashton Woods and Ashton Residential are the same
15 company?
16   A   I don't know for sure, actually.
17   Q   Okay.
18   A   Beazer Homes Corp.
19   Q   Okay.
20   A   D.R. Horton, Inc.  Florida Home Partnership,
21 Inc., the G.L. Homes entities.
22   Q   And so are those of the same entity, same
23 company?
24   A   That's my --
25       MR. NICHOLAS:  Object to the form.

5 (Pages 14 - 17)

Robert Demott , Ph.D, DABT                          May 6, 2019
In Re: Chinese-Manufactured Drywall Products

Page 18

1      THE WITNESS: -- understanding.
2 BY MR. BARRY:
3    Q   Okay.
4    A   K.B. Home, Lennar Corporation, M/I Homes,
5 Taylor Morrison, and Toll Brothers.
6    Q   Okay.  So, one, two, three, four, five, six,
7 seven, eight, nine, ten.  That's what I count; right?
8    A   That's what I got on my hands too.
9    Q   Perfect.  And you're questioning your memory.
10      And did all of these homebuilders, the 10 that
11 we've just listed out there, did they all hire you for
12 the same purposes?
13   A   Yes.  Because they all hired us to do
14 assessments, observe the repairs, and retain the
15 different evidence of corroded materials and samples of
16 the wall board and corroded materials.
17   Q   Do you remember roughly how many homes were
18 these 10 companies -- scratch that.
19      These 10 companies, do you remember roughly
20 how many homes they asked you to inspect and assess?
21   A   We retained -- when I looked at our records,
22 we had retained materials for approximately 2,450 homes,
23 2,448.  It's in my declaration.  And I would have to use
24 an approximation that roughly one in four to one in
25 three homes, probably closer to one in three homes that

Page 19

1 we inspected was not, in fact a -- did not contain
2 Chinese drywall.  So if you added another 7 or 800
3 approximately 3,000 that we inspected and assessed.
4    Q   And so those 3,000 homes, those came from
5 these 10 builders?
6    A   Give or take.  There was, as I mentioned,
7 there were a few, there were other smaller builders, too
8 but those would have been a few tens of homes.
9    Q   Okay.  So the significant percentage of the
10 2,500 that you found Chinese drywall in, roughly 2,500
11 would have come from these 10 builders; is that --
12   A   That's correct.
13   Q   -- my understanding correct?  Sorry.  Let me
14 finish.  Is my understanding correct?
15   A   That's correct.
16   Q   Now, the next sentence here says,
17 "Additionally Environ was involved with the remediation
18 of homes built by four builders not shown on Exhibit A."
19 Were there -- do you remember who those four builders
20 are?
21   A   Several of them.  There was a very small
22 builder called Lee Weatherington Homes that we just had
23 a handful.  There was something called Hearthstone.
24 There was a neighborhood.  I don't actually know the
25 builder's name.  It was called Grand Harbor.  And --

Page 20

1    Q   Just to take it back there.  Grand Harbor
2 would be not only the neighborhood but also the
3 developer who created the neighborhood?
4    A   That was my understanding.  That's how we had
5 it recorded, as Grand Harbor.  I don't remember the
6 fourth.
7    Q   Beyond these 14, were there any other builders
8 that you recall hiring you?
9    A   Yes.
10   Q   And who were those builders?
11   A   Oh, boy.  K. Hovnanian.  And there was a very
12 small partnership called Emerald City Partners.  I don't
13 recall any of the other small ones that didn't have --
14 these are more familiar to me because we continue to
15 warehouse their information, so their names stay in our
16 ledgers.  And the other ones that either didn't have
17 Chinese drywall or we didn't help with the repairs and
18 retaining of evidence, I don't really recall any others.
19   Q   Now, for the ones that are, you know, beyond
20 the 14, why did you not list those in this declaration?
21   A   Because the question that was posed to me was
22 what builders did we have information about what type of
23 board was present.
24   Q   And so for these 14 builders -- let me ask it
25 a different way.

Page 21

1      If you go down to paragraph six, it says, "I
2 believe Environ determined that the drywall manufactured
3 by Taishan Gypsum Co., Limited, formerly known as
4 Shandong Taihe Dongxin Co., Limited or Taian Taishan
5 Plasterboard Co., Limited, (Taishan), was installed in
6 one or more homes built by each of the builders shown in
7 Exhibit A that we worked for."
8      How did you determine that Taishan drywall was
9 in at least one of the homes for these 14 builders?
10   A   I mentioned our processing included
11 documenting the available information on brands of wall
12 board, either at the inspection or the demolition stage.
13 And from those records, our warehousing catalog for each
14 builder contained a list of the brands that had been
15 identified.  So we maintained, essentially, a catalog of
16 all of the brands by builder.
17      And in preparing this declaration, I reviewed
18 our records to determine that Taishan board, or one of
19 the different Taishan-labeled brands appeared as one of
20 the brands for each of those builders.
21   Q   And just so I understand, were you -- and were
22 you reviewing records where you had already determined
23 that Taishan drywall was in the home, or were you going
24 and looking at that catalog now and deciding whether
25 Taishan drywall was in the home?

6 (Pages 18 - 21)

Robert Demott , Ph.D, DABT                    May 6, 2019
In Re: Chinese-Manufactured Drywall Products

Page 22

1    A   No.  I relied on our records from the years
2  ago, when the repairs were done.
3    Q   Understood.  How did you develop that catalog
4  that showed what drywall was attributable to Taishan?
5    A   In a drawn-out, painstaking fashion, that was
6  eventually reflected in a catalog of photographs that
7  was used in the multidistrict litigation, the Germano
8  case.  But at the outset, we started by simply
9  photographing each stamp, and label, and edge tape that
10  we saw, and eventually, especially as the demolitions
11  began, we could see entire sheets.  Then you could see
12  the entire name, and begin to compile a -- essentially,
13  a booklet of all the different stamps that we became
14  aware of.
15    Q   Do you know where that booklet is now?
16    A   The easiest version of it is online at the
17  MDL.  It was some type of an exhibit or an attachment
18  that was part of the multidistrict litigation.
19    Q   Did you ever find any information in that
20  booklet that was incorrect?
21    A   I don't recall.
22    Q   Do you know if there has been any
23  modifications to that booklet, based on revisions to
24  what markings are attributable to Taishan?
25    A   I don't know.

Page 23

1    Q   Do you know if you've ever changed reports
2  that you did many years ago because you found out that
3  certain markings that you attributed to Taishan are no
4  longer attributable to Taishan?
5    A   We never named the brands in any of our
6  reports.
7    Q   So how would the brands be reflected in the
8  reports?
9    A   We did not include the brands in any of the
10  reports we made.
11    Q   So what -- in terms of markings, what would be
12  reflected?  Just the pictures, or would there be some
13  sort of indication of what the markings said?
14    A   There are pictures from each of our days of
15  work in the field, each of the repairs.
16    Q   And so, perhaps I'm just not understanding
17  this.  When you prepared this declaration, did you have
18  to go look through those pictures again to find ones
19  that were attributable to Taishan, or were you --
20  because you said the brands are not reflected in the
21  reports or any of the prior data.  So how did you go
22  about figuring out that Taishan was on at least one of
23  each of those homes for each of those builders?
24    A   As I testified earlier, at the time that we
25  retained the material, we categorized it and made a

Page 24

1  listing by builder of which brands of board had been
2  identified for that builder.  And that is part of our
3  records of retaining their evidence.
4    Q   And you still have that record of what brands
5  were for each builder?
6    A   Yes.
7    Q   And it doesn't say what the markings for each
8  brand is.  It just says that this brand was available,
9  was found in homes for this builder.
10    A   The warehouse records say that the brands that
11  we observed the field forms and the photos show the
12  stamps.
13    Q   Okay.  And you reviewed only the warehouse
14  records; is that correct?
15    A   For this declaration?
16    Q   Now, it says that you were involved in the
17  remediation for several of these homes.  What was your
18  involvement with remediating the homes?
19    A   Could you point me to that paragraph or
20  sentence?
21    Q   "We were involved with the remediation of " --
22  paragraph five.  "We were involved with the remediation
23  of homes they built."
24    A   For the remediation or repair process,
25  routinely we started at the demolition phase, and that's

Page 25

1  when a lot of the details about which brands of board
2  and how much of each brand were present would be
3  documented.  At that point, we would also retain
4  samples.
5       Thereafter, we would do testing in some of the
6  homes to document that the gas, corrosive gases, were
7  not present.  We would also, as the repair process went
8  further, and corroded wiring and HVAC equipment had been
9  removed, we would conduct a visual inspection and
10  document the all the corroded materials had been
11  removed.  And in some cases, we would come back after
12  the repairs, as I mentioned.
13    Q   And you were, according to this declaration,
14  paragraph three, you were involved in the remediation,
15  or Environ was involved in the remediation of at least
16  2,400 homes.
17    A   Yes.
18    Q   How did you -- when you were preparing this
19  declaration, did you consult with anyone about the
20  declaration?
21    A   I asked our administrative staff to provide me
22  the records from the warehouse.
23    Q   And, roughly, how many records did you review
24  to do this?
25    A   Well, our records are organized by builders.

7 (Pages 22 - 25)

Robert Demott , Ph.D, DABT                         May 6, 2019
In Re: Chinese-Manufactured Drywall Products

Page 26

1 So probably 15 or so, you know, sets of documentation
2 that we have to check to see what brand, what builders
3 were there, and whether they had Taishan.
4     Q   And, roughly, how many pages do you think
5 there were?
6     A   A hundred.  I don't know.
7     Q   Do you believe that there are any other
8 builders that you did work for related to Chinese
9 drywall where you found drywall manufactured by Taishan
10 in the home?
11    A   Yes.
12    Q   How many other builders do you believe there
13 were?
14    A   More than five.  Because there were at least
15 five where I personally did inspections for builders who
16 did not then do the repair process or did not retain us
17 to do, help them with the repair process.
18    Q   So you did not reflect them on here because
19 they were not involved in remediation repair process.
20    A   And we do not have samples retained, nor a
21 comprehensive catalog of products present.  But there
22 was inspections that I did, where I cut into the walls
23 and observed that they had the Taishan board.
24    Q   What is your understanding of the
25 remediation -- well, sorry.  Let me ask a different

Page 27

1 question.
2         So in paragraph four, it says "With minor
3 variations, the builders we worked with on remediation
4 followed the standard remediation protocol, which
5 followed the protocol adopted by the Court in the
6 Germano lawsuit."
7         What were -- what is your understanding of
8 those minor variations were?
9     A   The protocol that we developed, and that then
10 we presented to the Court was fundamentally based around
11 two key items.  And that is removing all corrosive wall
12 board and removing all corroded surfaces.  As I
13 mentioned earlier, in different types of builders, minor
14 variations had to be put in.  If it was a multifamily
15 home, sometimes the wiring would run between units, and
16 changes would have to be made about where you looked, or
17 where you sampled.  Other variations might be related
18 to -- some of the builders would choose to retain
19 expensive items, like cabinets, and then reinstall them,
20 and other builders chose not to do that.  But that was
21 not related to the technical need of addressing the
22 corrosion.  In all cases, the protocol was built around
23 by removing the corrosive wall board and removing the
24 corroded surfaces by either completely removing wiring
25 and plumbing and the HVAC systems or cleaning them.

Page 28

1     Q   And who was responsible for ensuring that the
2 remediation protocol was followed in the remediations
3 you were involved with?
4     A   In the ones we were involved with, I think in
5 all cases, we were retained to provide an oversight
6 role.
7     Q   And did you document the -- the adherence to
8 that protocol?
9     A   Yes.
10    Q   And where -- where did you document that
11 adherence?
12    A   We had, you know, inspection records and forms
13 that were taken in the field during those inspections.
14 Contemporaneous records.
15        MR. BARRY:  I think that's all the questions I
16 have.  If you have anything else.
17        MR. NICHOLAS:  Give me just a second.  Off the
18 record.
19            CROSS-EXAMINATION
20 BY MR. NICHOLAS:
21    Q   Just one.  Dr. DeMott, just for clarity.  On
22 Exhibit A, of the ones you mentioned, you -- in your
23 declaration, you counted the three G.L. Homes entities
24 as only one; is that right?
25    A   That's correct.  We had just knew them as G.L.

Page 29

1 Homes.
2     Q   So if you -- if you counted those as three,
3 you end up with 12 instead of 10.
4     A   Right.  But it would also conflict with the
5 way I presented it in my declaration.  If I said 10 of
6 the builders, because we group the G.L. Homes all
7 together.
8        MR. NICHOLAS:  Okay.  That's all.  Thanks.
9        MR. BARRY:  Just a followup question there.
10           REDIRECT EXAMINATION
11 BY MR. NICHOLAS:
12    Q   For G.L., G.L. Homes, do you remember who your
13 client contact was at G.L. Homes?
14    A   No, I don't recall.
15    Q   Do you remember if it was a single person or
16 multiple people?
17    A   It was multiple people in the legal
18 department.
19    Q   Did you have different people for each of the
20 different G.L. Homes entities?
21    A   No.  It was always one legal department.
22    Q   And do you recall, when you would send an
23 invoice to G.L. Homes, would it be just one invoice, or
24 did you send separate invoices for each of three G.L.
25 Home entities?

8 (Pages 26 - 29)

Robert Demott , Ph.D, DABT                    May 6, 2019
In Re: Chinese-Manufactured Drywall Products

Page 30

1    A    I don't recall.  I know there was one legal
2  department.
3    Q    You would have records that would show that
4  one way or the other; right?
5    A    That's correct.
6        MR. BARRY:  I have no further questions.
7  Reserve, if any documents are produced that are
8  relevant to the inquiry.  But other than that, I
9  appreciate your time, Dr. DeMott.
10       THE WITNESS:  Thanks for coming.
11       (The reading and signing of the deposition is
12  not waived.)
13       (At 1:37 p.m. the deposition was concluded.)
14
15
16
17
18
19
20
21
22
23
24
25

Page 31

1         CERTIFICATE OF OATH
2
3  STATE OF FLORIDA  )
4  COUNTY OF HILLSBOROUGH )
5
6    I, the undersigned authority, certify that ROBERT
7  DEMOTT, PHD personally appeared before me and was duly
8  sworn.
9    WITNESS my hand and official seal this 17th day of
10  May, 2019.
11
12
13  _____
    PHILIP RYAN, RPR
14  Notary Public - State of Florida
    My Commission No.:  GG 194852
15  Expires:  06-28-22.
16
17
18
19
20
21
22
23
24
25

Page 32

1         CERTIFICATE
2
3  STATE OF FLORIDA  )
4  COUNTY OF HILLSBOROUGH )
5    I, PHILIP RYAN, RPR, certify that I was authorized
6  to and did stenographically report the deposition of
7  ROBERT DEMOTT, PHD; that a review of the transcript was
8  requested; and that the transcript is a true and
9  complete record of my stenographic notes.
10
11    I further certify that I am not a relative,
12  employee, attorney, or counsel of any of the parties,
13  nor am I a relative or employee of any of the parties'
14  attorney or counsel connected with the action, nor am I
15  financially interested in the action.
16
17    DATED this 17th day of May, 2019.
18
19
20  _____
    PHILIP RYAN, RPR
21
22
23
24
25

Page 33

1    VERITEXT LEGAL SOLUTIONS
        One Biscayne Tower
2     2 S. Biscayne Boulevard - Suite 2250
          Miami, FL 33131
3          (305)376-8800
4  May 17, 2019
5
6    Robert DeMott, PhD, DABT
      C/o Steven L. Nicolas, Esquire
7    Cunningham Bounds, LLC
      1601 Dauphin Street
8    Mobile, AL 36604
9
10  IN RE:  IN RE CHINESE- MANUFACTURED DRYWALL PRODUCTS
        LIABILITY LITIGATION
11
    Dear Dr. Mott:
12
      This letter is to advise you that the transcript of
13  your deposition is available for reading and signing
        PLEASE CALL THE ABOVE NUMBER TO MAKE AN
14  APPOINTMENT to come to the Veritext office closest to
    you to read and sign the transcript.  Our office hours
15  are 8:30 a.m. to 5 p.m., Monday through Friday
      In the event other arrangements are made,
16  please send us a notarized list of any and all
    corrections and/or changes, noting page and line
17  numbers, and the reason for such changes, so that we can
    furnish respective counsel with a copy.
18      If the reading and signing has not been
    completed prior to 30 days of receipt of this letter, we
19  shall conclude that you have waived the reading and
    signing of the deposition transcript.
20      Your prompt attention to this matter is
    appreciated.
21      Sincerely,
22      Production Department
        Veritext Legal Solutions
23
24
25

9 (Pages 30 - 33)

Robert Demott , Ph.D, DABT                    May 6, 2019
In Re: Chinese-Manufactured Drywall Products

Page 34

1            ERRATA SHEET
2      I, ROBERT DEMOTT PHD DABT, have read the foregoing
3    pages of my deposition given on May 6, 2019 in the case
4    of IN RE:  CHINESE- MANUFACTURED DRYWALL PRODUCTS
5    LIABILITY LITIGATION, and wish to make the following
6    additions, deletions or corrections:
7    PAGE LINE    CHANGE AND REASON FOR CHANGE
8    ____ ____    _____
9    ____ ____    _____
10   ____ ____    _____
11   ____ ____    _____
12   ____ ____    _____
13   ____ ____    _____
14   ____ ____    _____
15   ____ ____    _____
16   ____ ____    _____
17   ____ ____    _____
18   ____ ____    _____
19   ____ ____    _____
20   ____ ____    _____
21   ____ ____    _____
22   ____ ____    _____
23      In all other respects, the transcript is true and
     accurate.
24       _____
         ROBERT DEMOTT, PHD, DABT
25   *dah

10 (Page 34)

Robert Demott , Ph.D, DABT                                         May 6, 2019
In Re: Chinese-Manufactured Drywall Products

**[& - biscayne]**                                                        Page 1

| & | 3 |
|---|---|

**&**   2:10

**0**

**06-28-22**   31:15
**09**   1:6

**1**

**1**   2:24 16:7,10
**10**   12:18,19 16:20
  17:1 18:10,18,19
  19:5,11 29:3,5
**10150**   1:16
**12**   29:3
**1201**   2:11
**12:58**   1:14
**14**   20:7,20,24 21:9
**15**   13:18 26:1
**16**   2:24
**1601**   2:5 33:7
**17**   33:4
**17th**   31:9 32:17
**194852**   31:14
**1993**   7:6
**1:37**   1:14 30:13

**2**

**2**   33:2
**2,400**   25:16
**2,448**   18:23
**2,450**   18:22
**2,500**   14:10,12
  19:10,10
**20**   12:18 13:18
**2003**   10:3
**2019**   1:13 31:10
  32:17 33:4 34:3
**2047**   1:2
**2250**   33:2
**28**   2:19
**29**   2:21

**3**

**3**   2:17
**3,000**   19:3,4
**30**   33:18
**30309-3424**   2:12
**305**   33:3
**33131**   33:2
**3321**   31:13 32:20
**33610**   1:17
**36604**   2:5 33:8
**376-8800**   33:3

**4**

**40**   14:16
**4114**   1:6
**440**   1:16

**5**

**5**   33:15
**50**   8:22

**6**

**6**   1:13 34:3

**7**

**7**   19:2

**8**

**800**   19:2
**8:30**   33:15

**a**

**a.m.**   33:15
**able**   4:24
**absence**   5:12
**accurate**   34:23
**accurately**   14:6
**acid**   11:6
**acknowledges**   6:7
**action**   32:14,15
**activities**   6:23
**added**   19:2
**additionally**   19:17

**additions**   34:6
**address**   10:16
**addressing**   27:21
**adherence**   28:7,11
**administrative**
  25:21
**adopted**   27:5
**advice**   10:23
**advise**   33:12
**advising**   10:16,17
**afternoon**   3:8
**ago**   3:9 22:2 23:2
**air**   13:3
**al**   1:6 2:5 33:8
**alston**   2:10
**american**   7:2
**analysis**   9:10
**answer**   4:14
**appearances**   2:1
**appeared**   21:19
  31:7
**appointment**
  33:14
**appreciate**   3:12
  30:9
**appreciated**   33:20
**approach**   10:24
**approximately**
  18:22 19:3
**approximation**
  18:24
**arrangements**
  33:15
**ashton**   17:7,9,11
  17:11,14,14
**asked**   11:16 13:23
  14:1 18:20 25:21
**assess**   18:20
**assessed**   19:3
**assessment**   11:24
  12:1,22 13:11,11

**14:9,11,13**
**assessments**   7:13
  8:4 14:9,23 15:21
  18:14
**assume**   5:16
**atlanta**   2:12
**atlantic**   2:11
**atra**   8:9,17 9:2
**attachment**   22:17
**attention**   33:20
**attorney**   2:3,9
  32:12,14
**attributable**   22:4
  22:24 23:4,19
**attributed**   23:3
**australia**   11:11
**australian**   11:9
**authority**   31:6
**authorized**   32:5
**available**   21:11
  24:8 33:13
**aware**   5:13 22:14

**b**

**back**   20:1 25:11
**background**   6:13
**barry**   2:10,17 3:7
  3:10 5:25 6:9,11
  18:2 28:15 29:9
  30:6
**based**   22:23 27:10
**beazer**   17:8,18
**began**   22:11
**behalf**   1:12 11:9
**believe**   13:16 21:2
  26:7,12
**beyond**   12:21 20:7
  20:19
**biology**   6:24
**bird**   2:10
**biscayne**   33:1,2

Robert Demott , Ph.D, DABT                    May 6, 2019
In Re: Chinese-Manufactured Drywall Products

**[bit - created]**                                                          Page 2

**bit**  4:11 6:13
**board**  5:12 7:2,3
    11:21 12:2 15:7,9
    15:11,13,16 18:16
    20:23 21:12,18
    24:1 25:1 26:23
    27:12,23
**body's**  6:23
**booklet**  22:13,15
    22:20,23
**boulevard**  33:2
**bounds**  2:4 33:7
**boy**  20:11
**bradenton**  11:16
**brand**  24:8,8 25:2
    26:2
**branded**  5:12
**brands**  15:13
    21:11,14,16,19,20
    23:5,7,9,20 24:1,4
    24:10 25:1
**breadth**  11:12
**break**  4:22
**broad**  6:22
**brothers**  18:5
**builder**  12:9,10,11
    19:22 21:14,16
    24:1,2,5,9
**builder's**  19:25
**builders**  5:9 12:13
    12:16 13:14,16,19
    13:23 14:1 15:2
    15:14,20 16:17,21
    17:1,3,6 19:5,7,11
    19:18,19 20:7,10
    20:22,24 21:6,9,20
    23:23 25:25 26:2
    26:8,12,15 27:3,13
    27:18,20 29:6
**built**  16:22 19:18
    21:6 24:23 27:22

**c**

**c**  9:4 33:6
**cabinets**  16:2
    27:19
**call**  6:9 33:13
**called**  3:3 19:22,23
    19:25 20:12
**case**  1:6 22:8 34:3
**cases**  4:4 15:11
    25:11 27:22 28:5
**catalog**  21:13,15
    21:24 22:3,6
    26:21
**categorized**  23:25
**center**  2:11 7:9
**certain**  23:3
**certificate**  31:1
    32:1
**certified**  7:3
**certify**  31:6 32:5
    32:11
**change**  34:7,7
**changed**  23:1
**changes**  27:16
    33:16,17
**check**  26:2
**chemical**  7:12
    10:14
**chemicals**  10:12
**chinese**  1:3 4:5
    11:8,14 13:13
    19:2,10 20:17
    26:8 33:10 34:4
**choose**  27:18
**chose**  27:20
**city**  20:12
**claims**  4:5 9:9,9
**clarity**  28:21
**cleaning**  27:25
**clear**  4:25

**clearance**  14:7,23
**clearing**  14:8
**client**  10:16,23
    29:13
**closer**  18:25
**closest**  33:14
**combination**  9:9
**come**  6:3 19:11
    25:11 33:14
**coming**  11:21
    13:12 30:10
**commemorated**
    12:3
**commission**  31:14
**common**  15:1
**companies**  10:18
    18:18,19
**company**  1:5 4:6
    5:10 17:15,23
**compared**  17:2
**compile**  22:12
**complaining**  11:17
**complete**  32:9
**completed**  33:18
**completely**  10:24
    27:24
**components**  13:5
**comprehensive**
    26:21
**conclude**  33:19
**concluded**  30:13
**conditioning**  13:3
**conduct**  25:9
**conflict**  29:4
**connected**  32:14
**consistently**  9:13
**construction**  13:6
**consult**  25:19
**consultants**  9:4
**consulting**  7:22,25
    8:3,5,12 10:11

**contact**  29:13
**contain**  19:1
**contained**  21:14
**contemporaneous**
    28:14
**context**  3:18
**continue**  20:14
**continued**  9:8
**contract**  7:13
**contractors**  14:19
**copper**  13:3,5
**copy**  5:17 33:17
**corp**  17:18
**corporation**  9:23
    9:25 18:4
**correct**  16:5 19:12
    19:13,14,15 24:14
    28:25 30:5
**corrections**  33:16
    34:6
**correctly**  4:20,21
**corroded**  15:15
    18:15,16 25:8,10
    27:12,24
**corrosion**  13:3,6
    15:8 27:22
**corrosive**  13:1,8
    13:12,25 15:11
    25:6 27:11,23
**counsel**  32:12,14
    33:17
**count**  18:7
**counted**  28:23
    29:2
**county**  31:4 32:4
**couple**  14:7
**court**  1:1 4:25
    27:5,10
**covered**  6:22
**created**  20:3

Robert Demott , Ph.D, DABT                    May 6, 2019
In Re: Chinese-Manufactured Drywall Products

**[cross - expensive]**                                    Page 3

**cross**  2:18 28:19
**cunningham**  2:4
  33:7
**cut**  15:8 26:22
**cv**  1:6

## d

**d**  1:9
**d.r.**  17:20
**dabt**  1:11 3:2 7:1
  33:6 34:2,24
**dah**  34:25
**data**  23:21
**date**  1:13
**dated**  32:17
**dauphin**  2:5 33:7
**day**  31:9 32:17
**days**  23:14 33:18
**deal**  10:19
**dear**  33:11
**deciding**  21:24
**declaration**  2:24
  5:4,16,18,23 6:1,3
  16:8,9,16 18:23
  20:20 21:17 23:17
  24:15 25:13,19,20
  28:23 29:5
**defendant**  2:9
**defendant's**  8:21
**defendants**  1:12
  8:22 9:1
**deletions**  34:6
**demolition**  15:12
  21:12 24:25
**demolitions**  22:10
**demott**  1:11 2:24
  3:2,8 6:12 16:8,8
  28:21 30:9 31:7
  32:7 33:6 34:2,24
**department**  6:22
  11:10 29:18,21
  30:2 33:22

**dependent**  10:25
**depending**  15:3
**deposition**  3:13
  5:3 30:11,13 32:6
  33:13,19 34:3
**depositions**  3:15
  4:10
**details**  25:1
**determine**  16:25
  21:8,18
**determined**  21:2
  21:22
**determining**  11:19
**develop**  13:7 22:3
**developed**  15:1,5
  27:9
**developer**  20:3
**devices**  13:4
**different**  6:23
  11:12 15:2,13
  18:15 20:25 21:19
  22:13 26:25 27:13
  29:19,20
**diplomate**  7:2
**direct**  2:16 3:6
**directed**  14:16
**discussed**  15:22
**disposed**  10:14
**district**  1:1,1
**document**  1:5
  13:24 14:25 15:12
  16:6,13 25:6,10
  28:7,10
**documentation**
  15:6,22 26:1
**documented**  15:10
  25:3
**documenting**
  14:22 21:11
**documents**  5:6,8
  5:13,14,22 6:2

30:7
**doing**  9:8 13:11
  17:7
**dongxin**  21:4
**dr**  3:8 6:12 16:8
  28:21 30:9 33:11
**drawn**  22:5
**drive**  1:16
**drywall**  1:3 4:5
  11:8,15 13:8,13
  19:2,10 20:17
  21:2,8,23,25 22:4
  26:9,9 33:10 34:4
**duly**  3:3 31:7
**duties**  10:10

## e

**e**  1:9 9:4,4
**earlier**  23:24
  27:13
**easiest**  22:16
**eastern**  1:1
**edge**  22:9
**education**  6:14
**effects**  7:12
**eight**  18:7
**either**  10:14 20:16
  21:12 27:24
**emerald**  20:12
**employee**  32:12,13
**employees**  14:18
  14:20
**engage**  13:19
**engaged**  12:20
**engagement**  11:2
  13:13,17 14:21
**engineering**  8:6
**ensuring**  28:1
**entail**  6:20,21 7:1
  10:9
**entailed**  11:1

**entire**  22:11,12
**entities**  17:21
  28:23 29:20,25
**entitled**  16:8
**entity**  17:22
**environ**  9:22,24
  10:2 14:15,18
  16:20 19:17 21:2
  25:15
**environ's**  14:21
**environmental**
  7:10 8:4 10:21
**equipment**  11:6
  25:8
**errata**  34:1
**especially**  22:10
**esquire**  2:4,10
  33:6
**essentially**  21:15
  22:12
**et**  1:6
**evaluated**  12:25
**evaluating**  10:15
  10:23 11:18
**event**  33:15
**eventually**  11:20
  22:6,10
**evidence**  15:16
  18:15 20:18 24:3
**examination**  2:16
  2:18,20 3:6 28:19
  29:10
**examined**  3:4
**excluding**  14:8
**exhibit**  2:24 16:7
  16:10,21 17:1,2,5
  19:18 21:7 22:17
  28:22
**exhibits**  2:23
**expensive**  27:19

[expert - inspected]                                                    Page 4

**expert** 3:20,23
**expires** 31:15
**explosion** 11:7
**exponent** 9:19
**exposure** 9:9
**exposures** 10:12
  10:15,15 11:1,5,9

**f**

**f** 1:10
**fact** 3:21 4:1,4
  19:1
**familiar** 20:14
**family** 15:4,4
**fashion** 22:5
**field** 15:5 23:15
  24:11 28:13
**fifteen** 3:24
**figuring** 23:22
**files** 5:19
**filing** 16:2
**financially** 32:15
**find** 17:13 22:19
  23:18
**finish** 4:14 19:14
**fire** 11:7 13:4
**firm** 7:22,25 8:3,5
  8:12 9:18
**first** 3:3
**five** 4:2,3 16:20
  18:6 24:22 26:14
  26:15
**fix** 10:19 13:13
**fl** 1:17 33:2
**florida** 1:19 6:19
  7:9,14,16 11:17
  17:20 31:3,14
  32:3
**fly** 17:7
**followed** 27:4,5
  28:2

**following** 34:5
**follows** 3:5
**followup** 29:9
**foregoing** 34:2
**form** 17:25
**formerly** 9:22
  21:3
**forms** 15:6 24:11
  28:12
**found** 19:10 23:2
  24:9 26:9
**four** 4:2,3 18:6,24
  19:18,19 27:2
**fourth** 20:6
**friday** 33:15
**fundamentally**
  27:10
**furnish** 33:17
**further** 25:8 30:6
  32:11

**g**

**g** 9:4
**g.l.** 17:21 28:23,25
  29:6,12,12,13,20
  29:23,24
**ga** 2:12
**gas** 11:8,20,24,25
  12:1 25:6
**gases** 11:5 13:1,25
  25:6
**general** 10:20
**geosyntec** 9:4,5,7
  9:11,12,18
**germano** 22:7
  27:6
**getting** 4:24
**gg** 31:14
**gips** 1:6
**give** 19:6 28:17
**given** 34:3

**go** 9:3 21:1 23:18
  23:21
**going** 4:12,13,14
  4:16 13:10 16:6
  21:23
**good** 3:8
**grand** 19:25 20:1
  20:5
**group** 29:6
**gypsum** 3:10 21:3

**h**

**hand** 16:6 31:9
**handful** 19:23
**hands** 18:8
**happy** 4:20
**harbor** 19:25 20:1
  20:5
**health** 11:10
**hearthstone** 19:23
**heating** 13:2
**help** 20:17 26:17
**helped** 13:7
**hesitate** 4:18,22
**highland** 1:16
**hillsborough** 31:4
  32:4
**hire** 18:11
**hired** 10:18 11:3
  18:13
**hiring** 20:8
**holes** 15:8
**home** 11:16,22,23
  15:10 17:20 18:4
  21:23,25 24:18
  26:10 27:15 29:25
**homebuilders**
  18:10
**homeowner** 12:6
**homeowners** 4:9
**homes** 5:10 13:4,7
  13:24 14:9 15:4

**16**:22 17:8,18,21
  18:4,17,20,22,25
  18:25 19:4,8,18,22
  21:6,9 23:23 24:9
  24:17,23 25:6,16
  28:23 29:1,6,12,13
  29:20,23
**hope** 4:13,15
**hopeful** 3:10
**horton** 17:20
**hours** 33:14
**hovnanian** 20:11
**huh** 7:18
**human** 7:10 10:11
  11:1
**hundred** 14:14
  26:6
**hvac** 13:3 25:8
  27:25

**i**

**identification**
  16:11
**identified** 13:2,6
  21:15 24:2
**identify** 15:9,13
**impacts** 13:2
**include** 23:9
**included** 21:10
**incorrect** 22:20
**index** 2:14
**indication** 23:13
**individual** 4:9
  10:12 12:5
**information** 20:15
  20:22 21:11 22:19
**initial** 12:21
**inquiry** 30:8
**inspect** 11:16
  18:20
**inspected** 19:1,3

Robert Demott , Ph.D, DABT                                    May 6, 2019
In Re: Chinese-Manufactured Drywall Products

**[inspection - odors]**                                                    Page 5

**inspection** 14:23
15:6 21:12 25:9
28:12
**inspections** 14:22
26:15,22 28:13
**installed** 21:5
**interchangeably**
10:1
**interested** 32:15
**international** 10:2
**invoice** 29:23,23
**invoices** 29:24
**involved** 11:14
16:21 19:17 24:16
24:21,22 25:14,15
26:19 28:3,4
**involvement** 24:18
**items** 27:11,19

**j**

**j** 2:10
**job** 9:16 10:4,6,10

**k**

**k** 20:11
**k.b.** 18:4
**key** 27:11
**kg** 1:6
**knauf** 1:6
**knew** 28:25
**know** 4:12 5:17,19
6:25 8:17 12:4
15:25 17:16 19:24
20:19 22:15,22,25
23:1 26:1,6 28:12
30:1
**known** 9:22 21:3

**l**

**l** 2:4 33:6
**label** 22:9
**labeled** 21:19

**labeling** 15:9
**large** 1:19
**lawsuit** 27:6
**ledgers** 20:16
**lee** 19:22
**left** 8:7 9:2
**legal** 29:17,21 30:1
33:1,22
**lennar** 12:12,14,20
12:21 13:10 18:4
**letter** 33:12,18
**level** 6:14
**liability** 1:4 33:10
34:5
**limited** 21:3,4,5
**line** 33:16 34:7
**list** 20:20 21:14
33:16
**listed** 18:11
**listing** 24:1
**litigation** 1:4 5:15
5:20 8:13,18 22:7
22:18 33:10 34:5
**little** 4:11 6:13
**liver** 7:13
**llc** 2:4 33:7
**long** 7:15,24 8:14
9:5
**longer** 13:25 23:4
**look** 23:18
**looked** 18:21
27:16
**looking** 17:5 21:24
**lot** 6:22 12:17 25:1
**louisiana** 1:1

**m**

**m** 18:4
**maintain** 15:17
**maintained** 15:18
21:15

**manor** 1:16
**manufactured** 1:3
21:2 26:9 33:10
34:4
**marked** 16:10
**markings** 22:24
23:3,11,13 24:7
**material** 5:11
23:25
**materials** 15:15
16:18 17:4 18:15
18:16,22 25:10
**matter** 5:5 9:13
16:16 33:20
**maximum** 14:16
**mdl** 1:2 22:17
**means** 10:2
**medical** 11:5
**memory** 18:9
**mentioned** 19:6
21:10 25:12 27:13
28:22
**met** 3:8
**miami** 33:2
**michael** 2:10
**mike** 3:10
**mind** 9:15
**minor** 15:2 27:2,8
27:13
**mistake** 4:16
**mitchell** 1:5
**mobile** 2:5 33:8
**modifications** 15:3
22:23
**monday** 33:15
**morrison** 18:5
**mott** 33:11
**multidistrict** 22:7
22:18
**multifamily** 27:14

**multiple** 15:4
29:16,17

**n**

**n** 1:9 9:4
**name** 3:9 8:5,11
14:3,4 19:25
22:12
**named** 9:18 23:5
**names** 20:15
**nature** 4:3 10:25
10:25
**need** 4:22 16:9
27:21
**neighborhood**
19:24 20:2,3
**never** 23:5
**nicholas** 2:4,19,21
6:6 17:25 28:17
28:20 29:8,11
**nicolas** 33:6
**nine** 18:7
**notarized** 33:16
**notary** 1:18 31:14
**notes** 32:9
**noting** 33:16
**number** 5:10 11:7
15:14 33:13
**numbers** 33:17

**o**

**o** 1:9,9,10 9:4 33:6
**oath** 31:1
**object** 17:25
**observations** 15:7
**observe** 18:14
**observed** 24:11
26:23
**odor** 11:18,19
12:25
**odors** 12:1

Robert Demott , Ph.D, DABT                                    May 6, 2019
In Re: Chinese-Manufactured Drywall Products

[office - records]                                                    Page 6

**office**  33:14,14
**official**  31:9
**oh**  20:11
**okay**  6:5,7 7:24
    8:10,16,25 9:5,15
    9:20 12:18,20
    13:19 16:19 17:5
    17:13,17,19 18:3,6
    19:9 24:13 29:8
**once**  4:16
**ones**  20:13,16,19
    23:18 28:4,22
**online**  22:16
**organized**  25:25
**outset**  22:8
**oversight**  28:5

**p**

**p**  1:9
**p.m.**  1:14,14 30:13
    33:15
**page**  2:15 16:19,20
    33:16 34:7
**pages**  26:4 34:3
**painstaking**  22:5
**paragraph**  16:20
    21:1 24:19,22
    25:14 27:2
**parsons**  8:6,7
**part**  11:18 22:18
    24:2
**particular**  8:23
**parties**  32:12,13
**partners**  20:12
**partnership**  17:20
    20:12
**party**  4:6
**peachtree**  2:11
**people**  14:12,16,18
    29:16,17,19
**percent**  8:22

**percentage**  19:9
**perfect**  18:9
**person**  29:15
**personally**  14:11
    26:15 31:7
**ph.d**  7:17
**ph.d.**  1:11 6:15,16
    6:18 7:4,7
**phase**  24:25
**phd**  3:2 31:7 32:7
    33:6 34:2,24
**philip**  1:18 31:13
    32:5,20
**photographing**
    22:9
**photographs**  22:6
**photos**  24:11
**physiological**  6:17
    6:20
**physiology**  6:23
**pictures**  23:12,14
    23:18
**pieces**  10:13
**place**  1:15 14:24
**plaintiff**  2:3
**plaintiff's**  8:20
**plaintiffs**  9:1
**plan**  13:7,12
**plant**  11:7
**plasterboard**  21:5
**please**  33:13,16
**plumbing**  27:25
**point**  24:19 25:3
**posed**  8:24 20:21
**possible**  15:9
**post**  14:7,8
**potentially**  14:5
**practice**  9:8 15:1
**pre**  14:23
**prepare**  5:2 11:23

**prepared**  5:4
    23:17
**preparing**  5:23
    6:1 21:17 25:18
**presence**  5:11
**present**  13:25
    15:14 20:23 25:2
    25:7 26:21
**presented**  27:10
    29:5
**preserved**  15:23
    16:1
**principal**  10:5
**prior**  23:21 33:18
**probably**  4:12
    8:22 18:25 26:1
**problem**  10:19
**procedure**  15:5
**process**  10:22
    14:22,24 15:13
    24:24 25:7 26:16
    26:17,19
**processing**  21:10
**produce**  6:3
**produced**  5:14,20
    6:2 30:7
**product**  10:15,20
    10:25
**production**  33:22
**products**  1:4
    10:13 11:11 26:21
    33:10 34:4
**prompt**  33:20
**property**  10:13
**prospective**  11:17
**protocol**  27:4,5,9
    27:22 28:2,8
**provide**  11:13
    25:21 28:5
**provided**  16:16

**providing**  10:23
**public**  1:18 31:14
**purchaser**  11:17
**purpose**  12:6
**purposes**  13:20,22
    15:16 18:12
**put**  27:14

**q**

**question**  4:13,17
    20:21 27:1 29:9
**questioning**  18:9
**questions**  8:24
    28:15 30:6

**r**

**r**  8:9
**ramboll**  1:15 9:17
    9:22,25 10:2,4,7
**read**  33:14 34:2
**reading**  30:11
    33:13,18,19
**ready**  16:12
**realized**  11:24
**really**  20:18
**reason**  33:17 34:7
**recall**  20:8,13,18
    22:21 29:14,22
    30:1
**receipt**  33:18
**receive**  7:4
**received**  7:7
**recognize**  16:7,13
**recognizing**  13:1
**record**  4:24 6:10
    24:4 28:18 32:9
**recorded**  20:5
**records**  17:3,13
    18:21 21:13,18,22
    22:1 24:3,10,14
    25:22,23,25 28:12
    28:14 30:3

**[redirect - stage]**                                                              Page 7

**redirect** 2:20
   29:10
**reflect** 26:18
**reflected** 22:6 23:7
   23:12,20
**regarding** 16:17
**registrations**
   11:11
**regulators** 11:10
**reinstall** 27:19
**reintroduce** 3:9
**related** 10:11,14
   10:15 11:23 13:1
   26:8 27:17,21
**relates** 1:5
**relative** 32:11,13
**releases** 11:6
**relevant** 30:8
**relied** 5:22,25 6:2
   22:1
**remediating** 24:18
**remediation** 16:22
   19:17 24:17,21,22
   24:24 25:14,15
   26:19,25 27:3,4
   28:2
**remediations** 28:2
**remember** 8:11
   14:2 18:17,19
   19:19 20:5 29:12
   29:15
**removed** 25:9,11
**removing** 27:11
   27:12,23,23,24
**repair** 13:7 24:24
   25:7 26:16,17,19
**repairs** 13:24
   15:12 18:14 20:17
   22:2 23:15 25:12
**rephrase** 4:20

**report** 11:23 32:6
**reporter** 4:25
**reports** 15:21 23:1
   23:6,8,10,21
**represent** 3:10
**representation**
   13:10
**reproductive** 6:24
**requested** 32:8
**requesting** 6:10
**research** 7:12
**reserve** 30:7
**residential** 17:11
   17:14
**respective** 33:17
**respects** 34:23
**responding** 3:4
**responsible** 28:1
**rest** 8:11
**retain** 15:15 18:14
   25:3 26:16 27:18
**retained** 5:11 12:5
   12:8,10,11,13
   16:18,20,25 17:4,6
   18:21,22 23:25
   26:20 28:5
**retaining** 20:18
   24:3
**review** 5:6,8 11:11
   16:9,17 25:23
   32:7
**reviewed** 5:4,9
   17:2 21:17 24:13
**reviewing** 21:22
**reviews** 7:13
**revisions** 22:23
**right** 18:7 28:24
   29:4 30:4
**risk** 7:13 8:4 9:10
   10:21,22

**risks** 10:16
**road** 4:11
**robert** 1:11 2:24
   3:2 16:8 31:6 32:7
   33:6 34:2,24
**role** 10:9 28:6
**roughly** 7:5 16:2
   18:17,19,24 19:10
   25:23 26:4
**routinely** 24:25
**rpr** 1:18 31:13
   32:5,20
**rules** 4:11
**run** 27:15
**ryan** 1:18 31:13
   32:5,20

**s**

**s** 1:9 2:3,9 9:4 33:2
**safety** 13:4
**sampled** 27:17
**samples** 15:15,18
   18:15 25:4 26:20
**sat** 3:13,15
**saw** 22:10
**saying** 6:7 7:1
**says** 16:20 19:16
   21:1 24:8,16 27:2
**science** 6:17,20 8:6
**scientific** 8:24
   10:11
**scratch** 18:18
**seal** 31:9
**second** 3:9 16:9,19
   28:17
**see** 6:25 16:23
   22:11,11 26:2
**send** 29:22,24
   33:16
**sentence** 16:23
   19:16 24:20

**separate** 29:24
**services** 11:13
**sets** 26:1
**seven** 18:7
**shandong** 21:4
**sheet** 34:1
**sheets** 22:11
**show** 24:11 30:3
**showed** 22:4
**shown** 16:21 17:1
   19:18 21:6
**side** 8:20,21,23
**sign** 33:14
**signature** 31:13
   32:20
**significant** 19:9
**signing** 30:11
   33:13,18,19
**simply** 22:8
**sincerely** 33:21
**single** 15:4 29:15
**sit** 14:2
**site** 9:10 10:14
   16:3
**six** 18:6 21:1
**small** 19:21 20:12
   20:13
**smaller** 19:7
**smell** 11:24
**solutions** 33:1,22
**sorry** 17:9 19:13
   26:25
**sort** 10:21 23:13
**speaking** 5:1
**specializing** 8:17
**specific** 8:12,18
   10:18
**specifically** 5:17
**staff** 25:21
**stage** 21:12

Robert Demott , Ph.D, DABT  May 6, 2019
In Re: Chinese-Manufactured Drywall Products

**[stamp - wiring]**  Page 8

**stamp**  22:9
**stamps**  22:13
  24:12
**standard**  13:13
  27:4
**start**  7:8 9:24
**started**  10:7 22:8
  24:25
**state**  1:18 7:14
  31:3,14 32:3
**states**  1:1
**stay**  20:15
**stenographic**  32:9
**stenographically**
  32:6
**step**  12:25
**steps**  13:11
**sterilizing**  11:5,5
**steven**  2:4 33:6
**storage**  16:3
**street**  2:5,11 33:7
**study**  6:21
**subsequently**  12:2
**sued**  4:7
**suing**  4:8
**suite**  1:16 33:2
**sulfuric**  11:6
**sulphide**  11:8,20
**sure**  4:16,20,23
  5:1 17:16
**surfaces**  27:12,24
**sworn**  3:4 31:8
**systems**  13:3
  27:25

**t**

**t**  1:9 8:9 9:4
**taian**  21:4
**taihe**  5:12 21:4
**taishan**  3:10 5:12
  21:3,4,5,8,18,19
  21:23,25 22:4,24

23:3,4,19,22 26:3
  26:9,23
**take**  4:22 19:6
  20:1
**taken**  1:12 28:13
**talk**  4:15,15 6:6
**tally**  5:9
**tampa**  1:17 7:23
  17:11
**tape**  22:9
**taylor**  18:5
**team**  14:14,15
**technical**  27:21
**tell**  4:18 6:12 14:6
**ten**  18:7
**tens**  19:8
**terms**  10:17 23:11
**test**  13:23
**testified**  3:4,20,22
  3:25 4:4 23:24
**testifying**  3:18
**testing**  12:2,3 14:7
  15:7 25:5
**thanks**  29:8 30:10
**think**  3:22 16:7
  26:4 28:4,15
**three**  8:1,15 18:6
  18:25,25 25:14
  28:23 29:2,24
**time**  1:14 3:11
  9:16 14:16 23:24
  30:9
**times**  3:22,25
**title**  6:25 10:4,6
**today**  3:11
**told**  10:18
**toll**  18:5
**top**  17:10
**tort**  8:13,18 9:9
**tower**  33:1

**toxic**  8:13,18 9:9
**toxicology**  6:24
  7:2,3,10 8:12
  10:22 11:12
**tracked**  11:20
**training**  11:10
**transcript**  32:7,8
  33:12,14,19 34:23
**true**  32:8 34:23
**try**  4:14,15
**turn**  16:19
**twenty**  3:17,18
**two**  7:19,20 8:1,15
  9:6,21 18:6 27:11
**type**  8:2,17,18 9:7
  9:12 11:2,20
  20:22 22:17
**types**  11:12 27:13
**typical**  10:22,24
**typically**  11:2

**u**

**uh**  7:18
**undersigned**  31:6
**understand**  4:17
  4:18 10:1 14:4
  21:21
**understanding**
  18:1 19:13,14
  20:4 23:16 26:24
  27:7
**understood**  9:2
  22:3
**undertake**  15:7
**united**  1:1
**units**  27:15
**university**  6:19
  7:9,15
**use**  9:25 15:5
  18:23

**v**

**v**  1:5
**variations**  27:3,8
  27:14,17
**ventilation**  13:2
**veritext**  33:1,14
  33:22
**versa**  10:2
**version**  22:16
**veteran**  4:10
**vice**  10:2
**visual**  15:7 25:9

**w**

**wait**  4:13
**waived**  30:12
  33:19
**walk**  4:10
**walking**  9:15
**wall**  11:21 12:2
  15:7,9,11,13,15
  18:16 21:11 27:11
  27:23
**walls**  11:21 15:8
  26:22
**want**  4:23
**warehouse**  15:17
  15:19 17:3 20:15
  24:10,13 25:22
**warehousing**
  21:13
**way**  20:25 29:5
  30:4
**we've**  15:22 18:11
**weatherington**
  19:22
**went**  7:22 25:7
**west**  2:11
**wires**  13:12
**wiring**  13:4 25:8
  27:15,24

Robert Demott , Ph.D, DABT                     May 6, 2019
In Re: Chinese-Manufactured Drywall Products

**wish**   34:5
**witness**   3:3,19,20
   3:21,23 4:1,4 6:5
   18:1 30:10 31:9
**woods**   17:7,9,11
   17:14
**work**   6:23 7:15,22
   7:24 8:2,8,13,14
   8:23 9:7,13,22
   23:15 26:8
**worked**   4:6 5:10
   8:23 9:1 11:4,6,7
   11:9 21:7 27:3
**worker**   9:9
**working**   7:8 8:20
   14:12

**y**

**y**   9:4
**year**   9:24 11:4
**years**   7:19,20 8:1
   8:15 9:6,21 11:8
   22:1 23:2

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.


DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.