UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION

MDL No. 2047

SECTION: L

This Document Relates to:
THE MITCHELL COMPANY, INC. v.
KNAUF GIPS, KG, ET AL.,
Case No. 09-CV-4115

Judge Fallon
Mag. Judge Wilkinson

## Declaration of Dr. Robert DeMott

1. My name is Robert P. DeMott, Ph.D., DABT and I make this declaration based on personal knowledge of the matters set out herein.

2. I am a principal scientist at Ramboll (formerly known as Environ International). I am a board-certified toxicologist who has practiced for more than 25 years in the field of chemical risk analysis.

3. Environ International was retained by a number of builders to investigate the impact of certain gypsum wallboard manufactured in China (Chinese Drywall) in the homes they had built. Our services included identifying whether homes contained corrosive drywall and developing a protocol for the remediation of the corrosive drywall and impacted building components and fixtures. We were also retained to oversee the remediation process, including photographing and documenting markings on the removed drywall and determining the manufacturer based on the photographic evidence located on the Court's website. Environ was involved in the remediation of over 2448 homes.


EXHIBIT
DeMott 5/6/19

4. With minor variations, the builders we worked with on remediation followed a standard remediation protocol which followed the protocol adopted by the Court in the *Germano* lawsuit.

5. Environ was retained by 10 of the builders shown on Exhibit A and we were involved with the remediation of homes they had built. Additionally, Environ was involved with the remediation of homes built by 4 builders not shown on Exhibit A.

6. I believe Environ determined that drywall manufactured by Taishan Gypsum Co., Ltd. (f/k/a Shandong Taihe Dongxin Co., Ltd.) or Taian Taishan Plasterboard Co., Ltd ("Taishan") was installed in one or more homes built by each of the builders shown in Exhibit A that we worked for.

7. It is now well established that the defective drywall emits gases that react with certain metals and cause them to corrode and fail. When Environ was first retained, the information about the drywall was still being developed. Many builders incurred warranty expenses for the repair and replacement of air conditioning components and other items before the cause of the problem was well known.

I declare under penalty of perjury that the foregoing is true and correct.

Robert DeMott Ph.D.

Case 2:09-md-02047-EEF-MBN   Document 22277-20   Filed 06/20/19   Page 3 of 3
Case 2:09-md-02047-EEF-JCW   Document 22100-1   Filed 02/11/19   Page 3 of 3
Case 2:09-md-02047-EEF-JCW   Document 20589-1   Filed 12/14/16   Page 10 of 28
Case 2:09-md-02047-EEF-JCW   Document 20467-1   Filed 08/26/16   Page 7 of 17

### Exhibit "A"

#### Various Homebuilders

Ashton Tampa Residential, LLC
Aubuchon Homes, Inc.
BBC Brownstones I, LLC
BBL-Florida, LLC
Beazer Homes Corp.
Boynton Beach Associates XVI, LLLP
D.R. Horton, Inc.
Everette Avenue Townhomes, LLC
Florida Home Partnership, Inc.
G.L. Homes of Davie Associates II, Ltd.
G.L. Homes of Davie Associates III, Ltd.
G.L. Homes of Sunset Lakes Associates, Ltd.
GH Vero Beach Development LLC
Hillsborough County Associates II, LLLP
KB Home Orlando LLC
K. Hovnanian First Homes, LLC
K. Hovnanian T & C Homes of Florida, LLC
K. Hovnanian Windward Homes, LLC
Lennar Corporation
LWH, LLC
M.D.C. Holdings, Inc.
Meadows of Estero-Bonita Springs Ltd. Partnership
M/I Homes of Tampa, LLC
Moritage Homes Corporation
Miramar Associates IV, LLLP
Peninsula II Developers, Inc.
Prime Homes at Portofino Falls, Ltd.
Rottlund Homes of Florida, Inc.
Standard Pacific Corp.
Standard Pacific of South Florida, general partnership
Standard Pacific of Tampa GP, Inc.
Taylor Morrison, Inc.
The Ryland Group, Inc.
Toll Bros., Inc.

6