| Address | Owner Name | Drywall Stage | Close of Escrow Date | Repair Cost | Banner Settlement | Global Settlement | Summary of Drywall |
|---|---|---|---|---|---|---|---|
| 13239 Little Gem Circle, Ft. Myers, FL 33913 | Cengiz Sezer | 4/22/2006 | 1/26/2007 | $58,262.12 | $6,453.64 | $2,070.65 | Taishan 20%<br>Panel Rey 10%<br>National Gypsum 60%<br>US Gypsum 10% |
| 13258 Little Gem Circle, Ft. Myers, FL 33913 | Tim and Flavia Walsh | 4/4/2006 | 8/18/2006 | $115,903.17 | $7,539.80 | $2,419.14 | Taishan 12%<br>National Gypsum 12%<br>US Gypsum 9% |
| 13263 Little Gem Circle, Ft. Myers, FL 33913 | Turn Key Residential, LLC | 4/11/2006 | 8/25/2006 | $103,944.22 | $8,516.01 | $2,732.36 | Taishan 5%<br>US Gypsum 30%<br>National Gypsum 30%<br>Lafarge 10%<br>Unknown 25% |
| 13269 Little Gem Circle, Ft. Myers, FL 33913 | Kathleen and George Ciaffone | 4/13/2006 | 8/1/2006 | $109,773.52 | $9,598.84 | $3,079.78 | Taishan 38%<br>Knauf 55%<br>National Gypsum 7%<br>*Ceiling 100% National Gypsum |
| 13270 Little Gem Circle, Ft. Myers, FL 33913 | Michael and Jennifer Batteau | 4/6/2006 | 8/17/2006 | $107,488.04 | $7,539.80 | $2,419.14 | Taishan 24%<br>Knauf 30%<br>National Gypsum 46%<br>*Ceiling 100% National Gypsum |
| 13275 Little Gem Circle, Ft. Myers, FL 33913 | Federal National Mortgage Association | 4/29/2006 | 8/11/2006 | $80,075.01 | $9,598.84 | $3,079.78 | Taishan 11%<br>Suspect Taishan 27%<br>Knauf 4%<br>National Gypsum 43%<br>Suspect National Gypsum 6%<br>*Ceiling is 81% National Gypsum, 12% US Gypsum, 7% Suspect Taishan |
| 13287 Little Gem Circle, Ft. Myers, FL 33913 | Edward Willgren | 2/4/2006 | 4/6/2006 | $83,598.83 | $6,453.64 | $2,070.65 | Taishan 27%<br>National Gypsum 73%<br>*Ceilings 85% National Gypsum and 15% US Gypsum |
| 13288 Little Gem Circle, Ft. Myers, FL 33913 | Ashok Varshney | 2/24/2006 | 7/31/2006 | $90,136.68 | $6,453.64 | $2,070.65 | Taishan 30%<br>National Gypsum 60%<br>US Gypsum 10% |
| 13293 Little Gem Circle, Ft. Myers, FL 33913 | Andrew Cripe | | 6/12/2006 | $121,081.61 | $6,453.64 | $2,070.65 | Taishan 10%<br>National Gypsum 65%<br>US Gypsum Ceiling Board 25% |
| 13294 Little Gem Circle, Ft. Myers, FL 33913 | Jeff and Rita Blevin and Richard Perno | 3/8/2006 | 5/19/2006 | $101,645.09 | $6,453.64 | $2,070.65 | Taishan 30%<br>Suspect Chinese 5%<br>National Gypsum 45%<br>US Gypsum 20% |
| 13299 Little Gem Circle, Ft. Myers, FL 33913 | Market American Realty | | 5/9/2006 | $70,572.06 | $6,453.64 | $2,070.65 | Taishan<br>US Gypsym<br>National Gypsum<br>Panel Rey |
| 13300 Little Gem Circle, Ft. Myers, FL 33913 | Susan Coveney | 2/24/2006 | 6/19/2006 | $154,471.77 | $8,516.01 | $2,732.36 | Taishan<br>Suspect Taishan<br>National Gypsum<br>US Gypsum |
| 13305 Little Gem Circle, Ft. Myers, FL 33913 | Turn Key Residential #1, LLC | 3/16/2006 | 6/30/2006 | $82,120.04 | $7,539.80 | $2,419.14 | Taishan 40%<br>US Gypsum 20%<br>Knauf Tianjin 5%<br>*Ceiling 75% US Gypsum and 25% National Gypsum |
| 13309 Little Gem Circle, Ft. Myers, FL 33913 | Claudia Balaguera | | 8/9/2006 | $94,264.61 | $9,598.84 | $3,079.78 | Taishan<br>National Gypsum<br>US Gypsum |
| 13320 Little Gem Circle, Ft. Myers, FL 33913 | Melissa Tamboureas | 1/24/2006 | 3/22/2006 | $98,392.74 | $7,539.80 | $2,419.14 | Taishan<br>National Gypsum<br>US Gypsum |
| 13327 Little Gem Circle, Ft. Myers, FL 33913 | Fred and Laura Campo | 2/7/2006 | 4/26/2006 | $98,061.06 | $8,299.45 | $2,662.87 | Taishan 18%<br>Knauf 1%<br>National Gypsum 80%<br>Panel Ray 1% |
| 13333 Little Gem Circle, Ft. Myers, FL 33913 | Sheila Seybold and Adam Sedwick | 1/25/2006 | 5/9/2006 | $115,337.82 | $7,539.80 | $2,419.14 | Taishan 10%<br>Unknown Chinese 15%<br>US Gypsum 60%<br>National Gypsum 15% |
| 13369 Little Gem Circle, Ft. Myers, FL 33913 | Steve Attard and Samatha Attard | 1/19/2006 | 3/29/2006 | $140,923.04 | $7,539.80 | $2,419.14 | Suspect Taishan<br>National Gypsum<br>US Gypsum |
| 13375 Little Gem Circle, Ft. Myers, FL 33913 | Lourdes and Edward Bennett | 2/13/2006 | 6/28/2006 | $93,985.80 | $6,297.05 | $2,020.40 | Taishan/Suspect Taishan 45%<br>National Gypsum 35%<br>US Gypsum 20% |
| 13464 Little Gem Circle, Ft. Myers, FL 33913 | Thedore and Pamela Gill | 2/10/2006 | 8/31/2006 | $112,457.69 | $8,299.45 | $2,662.87 | Taishan<br>Suspect Taishan<br>National Gypsum<br>US Gypsum |
| 13471 Little Gem Circle, Ft. Myers, FL 33913 | Mary Jane Trust (Adrian Lynn Trustee) | 3/16/2006 | 6/30/2006 | $66,276.13 | $6,297.05 | $2,020.40 | Taishan<br>Knauf<br>US Gypsum<br>National Gypsum |
| 13476 Little Gem Circle, Ft. Myers, FL 33913 | Cassandra Butler | | 3/31/2006 | $102,802.16 | $6,297.05 | $2,020.40 | Taishan<br>National Gypsum<br>US Gypsum<br>Clear Band |



DEFENDANT'S EXHIBIT 3

PENGAD 800-631-6989

| Address | Owner Name | Drywall Stage | Close of Escrow Date | Repair Cost | Banner Settlement | Global Settlement | Summary of Drywall |
|---|---|---|---|---|---|---|---|
| 13489 Little Gem Circle, Ft. Myers, FL 33913 | Adam and Heidi Latanzio | | 5/31/2006 | $104,438.93 | $6,297.05 | $2,020.40 | Taishan 40%<br>National Gypsum 30%<br>US Gypsum 30% |
| 13512 Little Gem Circle, Ft. Myers, FL 33913 | Kimberly Royal | 4/20/2006 | 7/28/2006 | $99,543.12 | $6,453.64 | $2,070.65 | Taishan<br>Knauf<br>US Gypsum<br>National Gypsum |
| 13524 Little Gem Circle, Ft. Myers, FL 33913 | Saxon Mortgage | 3/16/2006 | 8/4/2006 | $91,792.85 | $8,516.01 | $2,732.36 | Taishan<br>US Gypsym<br>National Gypsum<br>American Gypsum |
| 13525 Little Gem Circle, Ft. Myers, FL 33913 | David Overbeck | 4/3/2006 | 7/7/2006 | $101,633.73 | $6,297.05 | $2,020.40 | Taishan<br>Knauf<br>National Gypsum<br>US Gypsum |
| | | | | $2,598,981.84 | $192,842.98 | $61,873.55 | |

| Address | Owner Name | Drywall Stage | Close of Escrow Date | Repair Cost | Global Settlement | Summary of Drywall |
|---|---|---|---|---|---|---|
| 12606 Weston Dr., Tampa, FL 33626 | Judy Tekien | 9/25/2006 | 3/17/2008 | $31,135.63 | $8,556.13 | Taihe 20%<br>Prorock 10%<br>Lafarge 30%<br>GP 40% |
| 12612 Weston Dr., Tampa, FL 33626 | Russell Hammond | | 12/28/2006 | $97,397.08 | $5,667.53 | Taihe<br>GP<br>Lafarge |
| 12614 Weston Dr., Tampa, FL 33626 | Kevin Sannes | 9/25/2006 | 1/23/2007 | $111,038.30 | $8,556.13 | Taihe 20%<br>GP 40%<br>Lafarge 40% |
| 14105 Stilton St., Tampa, FL 33626 | Roger and Lorna Chwala | 12/12/2006 | 8/9/2007 | $105,088.50 | $9,414.38 | Taihe 60%<br>Lafarge 1%<br>Temple 40% |
| 14111 Stilton St., Tampa, FL 33626 | Lance and Jennifer Coffman | 12/12/2006 | 7/20/2007 | $110,696.12 | $9,410.60 | Taihe 60%<br>Temple 38%<br>Lafarge 2% |
| 14111 Stowbridge Ave., Tampa, FL 33626 | Cary Liss | 11/6/2006 | 12/28/2006 | $112,813.56 | $8,556.13 | Taihe 80%<br>Lafarge 10%<br>US Gypsum 10% |
| 14113 Stilton St., Tampa, FL 33626 | Eduardo Alberto Suarez-Solar and Mecedes Tamayo Suarez-Solar | 12/12/2006 | 9/20/2007 | $141,570.78 | $9,410.60 | Taihe<br>Taishan<br>Temple<br>Natlonal Gypsum<br>Bedrock |
| 14113 Stowbridge Ave., Tampa, FL 33626 | Eric and Pamela Schoessler | 11/6/2006 | 12/28/2006 | $85,843.04 | $5,115.52 | Taihe 90%<br>Lafarge 5%<br>Nondescript 5%<br>*Ceiling 100%<br>Lafarge |
| 14115 Stowbridge Ave., Tampa, FL 33626 | Daniel Robert Kapalin and Danielle Marie Kapalin | 11/6/2006 | 2/26/2007 | $106,290.00 | $5,667.53 | Taihe<br>Lafarge |
| 14117 Stowbridge Ave., Tampa, FL 33626 | Karen Marie Wilcox and Erie Raymond Wilcox | 11/6/2006 | 12/29/2006 | $93,621.64 | $5,115.52 | Taihe<br>Lafarge |
| 14119 Stowbridge Ave., Tampa, FL 33626 | Brett Nightingale and Su Jung Yun | 11/6/2006 | 6/6/2007 | $80,993.94 | $5,667.53 | Taihe 85%<br>Lafarge 15% |
| 14121 Stowbridge Ave., Tampa, FL 33626 | Alfred Sarkis | 10/4/2006 | 1/26/2007 | $78,175.17 | $5,667.53 | Taihe<br>LaFarge<br>ProRoc |
| 14123 Stilton St., Tampa, FL 33626 | Robert Morris | 10/23/2006 | 7/24/2007 | $121,411.75 | $9,410.60 | Taihe<br>Temple<br>GP |
| 14123 Stowbridge Ave., Tampa, FL 33626 | Paul J. Hayes and Vicki S. Blanchard | 11/6/2006 | 1/29/2007 | $82,328.59 | $5,115.52 | Taihe 75%<br>Lafarge 25%<br>*Ceiling 80% Lafarge 20% Taihe |

| | | | | | | |
|---|---|---|---|---|---|---|
| 14125 Stilton St., Tampa, FL 33626 | Damaso and Alda Diaz | 10/23/2006 | 7/20/2007 | $110,167.18 | $9,406.82 | Taihe 55% Temple/Span24 23% Temple/Underwriters Lab 20% Temple/Blue Label 1% Lafarge 1% |
| 14125 Stowbridge Ave., Tampa, FL 33626 | Michael Paul Hardwick and Christina Marie Swan | 11/6/2006 | 12/29/2006 | $94,245.56 | $5,667.53 | Taihe LaFarge |
| 14127 Stowbridge Ave., Tampa, FL 33626 | Keith Fox | 11/6/2006 | 7/23/2007 | $71,151.19 | $5,115.52 | Taihe 75% Lafarge 25% |
| 14129 Stowbridge Ave., Tampa, FL 33626 | Ike Trinh | 11/6/2006 | 3/16/2007 | $112,331.55 | $8,556.13 | Taihe 75% Lafarge 15% GP 5% National Gypsum 5% |
| 14131 Stilton St., Tampa, FL 33626 | Cathy Sciarrotta | 10/23/2006 | 7/31/2007 | $135,707.29 | $9,414.38 | Taihe 44% Temple 54% Lafarge 19% National Gypsum 1% |
| 14139 Stilton St., Tampa, FL 33626 | Michael Kidd and Kelly Garrison | 12/12/2006 | 6/29/2007 | $32,403.68 | $9,270.71 | Taihe 40% Lafarge 35% National Gypsum 20% Proroc 5% |
| 14157 Stilton St., Tampa, FL 33626 | Keith Fox | 12/12/2006 | 2/23/2007 | $36,145.26 | $9,270.71 | Taihe 30% Lafarge 30% GP 10% National Gypsum 30% |
| 14163 Stilton St., Tampa, FL 33626 | Hermalinda Shirley | 10/5/2006 | 3/27/2008 | $32,122.64 | $9,270.71 | Unknown Chinese 10% Proroc 70% GP 20% |
| | | | | $1,982,678.45 | $167,303.76 | |