# ENVIRON Phase 3: Video and Drywall Identification Inspection Form

## General Information

Date: __08-26-09__

Time: __09:45 AM__

Home Address: __13270 Little Gem Circle, Fort Myers, FL 33913__

Homeowner: __BATTEAU__

Client: __Beazer Homes__

ENVIRON Personnel Present: __Hilda Lenoir & David Owen__

Signature of ENVIRON Evaluator: __Hilda Le___

Name and Affiliation of Other People Present: _____

__Tony Saccia - Trial Consulting Services__

_____

_____

_____

DEFENDANT'S EXHIBIT 4

PENGAD 800-631-6989





















BATTEAU
13270 Little Gem Circle,
Fort Myers, FL 33912
082609 - F-W3
North Wall

BATTEAU
13270 Little Gem Circle,
Fort Myers, FL 33912
082609 - F-W3
North Wall





































































































