

Beazer v Knauf Gips, et al.
cb: 706348

DEFENDANT'S EXHIBIT 5