## MAGNOLIA LAKES, FT. MYERS
### BANNER Deliveries

| | Banner Shipment Ticket | Property | D12R12 boards |
|---|---|---|---|
| 1 | 1101621 | 13239  LITTLE GEM CIRCLE | 124 |
| 2 | 1100572 | 13252  LITTLE GEM CIRCLE | 120 |
| 3 | 1099987 | 13258  LITTLE GEM CIRCLE | 110 |
| 4 | 1100068 | 13263  LITTLE GEM CIRCLE | 80 |
| 5 | 1100069 | 13269  LITTLE GEM CIRCLE | 110 |
| | 1101487  (unable to locate) | 13269  LITTLE GEM CIRCLE | 60 |
| 6 | 1099986 | 13270  LITTLE GEM CIRCLE | 90 |
| | 1101562 | 13270  LITTLE GEM CIRCLE | 90 |
| 7 | 1100070 | 13275  LITTLE GEM CIRCLE | 110 |
| | 1101532 (unable to locate) | 13275  LITTLE GEM CIRC;E | 60 |
| 8 | 1096360 | 13287  LITTLE GEM CIRCLE | 124 |
| 9 | 1097552 | 13288  LITTLE GEM CIRCLE | 124 |
| 10 | 1097415 | 13293  LITTLE GEM CIRCLE | 80 |
| | 1095273 | 13293  LITTLE GEM CIRCLE | 68 |
| 11 | 1097416 | 13294  LITTLE GEM CIRCLE | 124 |
| 12 | 1096775 | 13299  LITTLE GEM CIRCLE | 124 |
| 13 | 1095274 | 13330  LITTLE GEM CIRCLE | 60 |
| 14 | 1097274 | 13305  LITTLE GEM CIRCLE | 90 |
| | 1099304 | 13305  LITTLE GEM CIRCLE | 90 |
| 15 | 1098959 | 13309  LITTLE GEM CIRCLE | 60 |
| | 1097275 | 13309  LITTLE GEM CIRCLE | 110 |
| 16 | 1096562 | 13327  LITTLE GEM CIRCLE | 80 |
| | 1094559 | 13327  LITTLE GEM CIRCLE | 60 |
| 17 | 1095417 | 13333  LITTLE GEM CIRCLE | 90 |
| 18 | 1095476 | 13334  LITTLE GEM CIRCLE | 80 |
| | 1095476 | 13334  LITTLE GEM CIRCLE | 96 |
| 19 | 1095475 | 13369  LITTLE GEM CIRCLE | 90 |
| 20 | 1096663 (unable to locate) | 13375  LITTLE GEM CIRCLE | 120 |
| 21 | 1094561 | 13464  LITTLE GEM CIRCLE | 60 |
| | 1096563 | 13464  LITTLE GEM CIRCLE | 80 |
| 22 | 1101054 | 13471  LITTLE GEM CIRCLE | 120 |
| 23 | 1096490 | 13476  LITTLE GEM CIRCLE | 120 |
| | 1096739 (unable to locate) | 13476  LITTLE GEM CIRCLE | 20 & 25 |
| 24 | 1097175 | 13489  LITTLE GEM CIRCLE | 120 |
| 25 | 1102325 | 13512  LITTLE GEM CIRCLE | 124 |
| 26 | 1098960 | 13524  LITTLE GEM CIRCLE | 80 |
| 27 | 1101023 | 13525  LITTLE GEM CIRCLE | 120 |
| | 1101852 | 13525  LITTLE GEM CIRCLE | 68 |



DEFENDANT'S
EXHIBIT
6

PENGAD 800-631-6989

*Beazer v Knauf Gips, et al.*
*cb: 703315*