

# Black Bear GYPSUM

# Invoice

13000 Automobile Blvd., Suite 300, Clearwater, FL 33762 • PH. (727) 556-0662 • FAX (727) 556-0672

| Date | Invoice # |
|---|---|
| 10/16/2006 | 34451 |

**Bill To**
Harrell's Drywall, Inc.
1225 E. 131st Avenue
Tampa, FL 33612

**Ship To**
HAMPTON LAKES
BLDG 12 UNIT 7

| P.O. Number | Terms | Rep | Ship | Via | Account Number | Project |
|---|---|---|---|---|---|---|
| PO 13858 | 4% 10th, Net 30 | R | 10/16/2006 | | HAR001 | |

| Quantity | Item Code | Description |
|---|---|---|
| 20 | 12R12 | 1/2" Regular 12' |
| 10 | 58F12 | 5/8" Fire 12' |

Dispatcher: _____
Warehouse: _____
Driver: _____
Customer: _____

**DEFENDANT'S EXHIBIT 7**

DELIVERY COPY

*Beazer v Knauf Gips, et al.*
cb: 702157