IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION, | MDL Docket No. 2047 |
| THIS DOCUMENT RELATES TO: | |
| THE MITCHELL COMPANY, INC., | Case No. 09-cv-4115 |
|     Plaintiff, individually and on behalf of others similarly situated, | |
| vs. | |
| KNAUF GIPS KG, a German corporation; KNAUF PLASTERBOARD (TIANJIN CO., LTD., a Chinese limited liability corporation; TAISHAN GYPSUM CO., LTD. (f/k/a Shandong Taihe Dongxin Co., Ltd.), a Chinese limited liability corporation); INTERIOR & EXTERIOR BUILDING SUPPLY, L.P., a limited partnership; and RIGHTWAY DRYWALL, INC., a Georgia corporation, | SECTION L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON<br><br>Oral Argument Requested |
|     Defendants. | |

## DECLARATION OF RAY PHILLIPS
### IN SUPPORT OF MOTION FOR CLASS CERTIFICATION

I, Ray Phillips, declare as follows:

1. I currently serve as Vice President of Operations for the Florida Division of proposed class representative Beazer Homes Corp. ("Beazer"). I make this declaration based on my own personal knowledge. If called upon, I could and would testify competently to the truth of the matters stated herein.



DEFENDANT'S
EXHIBIT
9

2. Beazer Homes Corp. is a Tennessee corporation and an indirect subsidiary of Beazer Homes USA, Inc. Beazer Homes USA, Inc., headquartered in Atlanta, is one of the country's ten largest single-family homebuilders with continuing operations in sixteen (16) states across the country, including Florida.

3. For approximately the past year, Beazer has been investigating many of its homes for the possible presence of defective Chinese drywall. While most of the investigated homes have not demonstrated the effects of defective Chinese drywall, Beazer has found homes containing defective Chinese drywall in two of its communities, both in southwest Florida.

4. More specifically, twenty-five (25) single-family homes in Beazer's Magnolia Lakes community in Fort Myers and twenty-three (23) townhomes in Beazer's Hampton Lakes community in Tampa contain defective Chinese drywall. Of these forty-eight (48) homes, thirty-one (31) are far enough along in the investigation and repair process so that the manufacturers of the drywall have been identified. Of these thirty-one (31) homes, all but one have been found to contain defective Chinese drywall manufactured by Taishan Gypsum Co., Ltd. ("Taishan"). Based on these findings, Beazer expects that most or all of the remaining positive homes will also be found to contain defective Chinese drywall manufactured by Taishan.

5. To honor its warranty obligations to its homeowners, Beazer has offered to fully repair each of its homes where defective Chinese drywall has been found. So far, Beazer has spent over $2 million repairing homes containing defective Taishan drywall. Beazer estimates that it will spend an additional $1-2 million repairing the thirty (30) homes identified to date as containing defective Taishan drywall, and projects that it will spend at least another $2-3 million repairing additional homes later found to contain defective Taishan drywall.

I declare under the laws of Florida that the foregoing is true to the best of my knowledge and belief. Executed this ____ day of _____, 2010 at Orlando, Florida.

_____
Ray Phillips