# SETTLEMENT AGREEMENT AND RELEASE

This Settlement Agreement and Mutual Release ("Settlement Agreement") is entered into by and between Beazer Homes Corp. ("BEAZER") and its various subsidiaries, parents, affiliates, partnerships, other operating entities and units and Knauf Plasterboard (Tianjin) Co., Ltd., ("KPT") and its various subsidiaries, affiliates, partnerships, parent companies, and other operating and non-operating entities and units.

## RECITALS

WHEREAS, BEAZER and KPT ("Parties") entered into a Settlement Negotiations Agreement to discuss settlement of claims relating to Chinese drywall issues;

WHEREAS, BEAZER has to date inspected over 200 Beazer-built homes for the presence of alleged defective Chinese drywall;

WHEREAS, BEAZER has to date found defective Chinese drywall to be present in certain homes in only two of its communities, both located in Florida – Magnolia Lakes in Fort Myers and Hampton Lakes in Tampa;

WHEREAS, BEAZER has repaired or is in the process of repairing homes in Magnolia Lakes and Hampton Lakes that have been found to contain alleged defective Chinese drywall, including some homes with drywall manufactured by KPT;

WHEREAS, KPT has relied upon BEAZER's representation when entering into this Settlement Agreement that some of the homes that have been repaired or are in the process of being repaired contained drywall manufactured by KPT;

WHEREAS, KPT, without admitting or conceding any liability or damages whatsoever, has concluded that it is in their best interests to avoid any protracted, time-consuming and costly dispute;

WHEREAS, BEAZER has also concluded that it is in their best interests to avoid any protracted, time-consuming and costly dispute;

WHEREAS, the parties wish to settle certain claims between them, described more specifically below, relating to the 116 homes in Magnolia Lakes (listed on Exhibit A), the 108 homes in Hampton Lakes (listed on Exhibit B), and the 54 homes that Beazer has inspected outside of these two communities (listed on Exhibit C).

WHEREAS, BEAZER and KPT have had ample opportunity to receive the advice of counsel in the preparation, drafting and execution of this Settlement Agreement, which was negotiated at arms length.

NOW THEREFORE, in consideration of the foregoing and other good and valuable consideration, the receipt and sufficiency of which each of the undersigned parties acknowledge, the parties hereby agree as follows:

DEFENDANT'S EXHIBIT 10
PENGAD 800-631-6989

*Beazer v Knauf Gips, et al.*
*cb: 703801*

## TERMS AND CONDITIONS

1. **Incorporation of Recitals**. The recitals, prefatory phrases, and paragraphs set forth above are expressly incorporated and made an express part of this Settlement Agreement.

2. **Good Faith Agreement**. This Settlement Agreement, and its negotiation, execution and enforcement, shall not constitute an admission or concession of liability or wrongdoing on the part of any of the Parties, and none of the Parties shall claim or assert that this Settlement Agreement constitutes any such admission or concession.

3. **Effective Date**. The effective date of this Agreement shall be the date on which this Settlement Agreement is executed in full by all Parties (the "Effective Date").

4. **Consideration.**

4.1 KPT shall pay the total sum of eight hundred thousand dollars ($800,000.00) ("Settlement Amount") to BEAZER in connection with the 278 homes listed on Exhibits A, B, and C.

4.2 The payment required by Paragraph 4.1 above shall be made by wire transfer within three (3) business days from the date of execution of this Settlement Agreement.

4.3 In consideration of the payment of the Settlement Amount, BEAZER acknowledges and agrees to provide KPT with copies of all releases for homes listed on Exhibits A, B, and C that it repairs that contain KPT drywall.

5. **Release.**

5.1 BEAZER, including without limitation its successors, predecessors, assigns, affiliates, shareholders, investors, their past and present officers, past and present directors, past and present partners, past and present attorneys, past and present agents, past and present employees, parent companies, partnerships, subsidiaries, sister corporations and past and present representatives hereby waives, discharges and forever releases Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Plasterboard (Dongguan) Co., Ltd., Knauf Plasterboard (Wuhu) Co., Ltd., Knauf Gips KG, Gebr Knauf Verwaltungsgesellschaft KG, Knauf International Gmbh, Knauf AMF Gmbh+Co KG, Knauf Insulation Gmbh, including without limitation their successors, predecessors, assigns, affiliates, shareholders, investors, their past and present officers, past and present directors, past and present partners, past and present attorneys, past and present agents, past and present employees, parent companies, partnerships, subsidiaries, sister corporations and past and present representatives (collectively "Released Parties") from and against all claims and future claims (including legal fees) relating to the homes set forth in Section 4.1 above and personal property, except as set forth in Sections 5.2 and 5.3 below.

5.2. The BEAZER release in Section 5.1 does not include claims relating to bodily injury except to the extent any releases described in paragraph 4.3 include bodily injury claims.

5.3 The BEAZER release in Section 5.1 does not include claims relating to personal property arising from the following homes in Magnolia Lakes: 13263 Little Gem Circle (Lot 13), 13269 Little Gem Circle (Lot 14), 13305 Little Gem Circle (Lot 20), 13327 Little Gem Circle (Lot 25), 13270 Little Gem Circle (Lot 108) and 13252 Little Gem Circle (Lot 111).

6. **Press Releases.** No press release shall be issued by either Party hereto unless and until both Parties mutually agree to the language of the press release, and such agreement shall not be unreasonably withheld.

7. **Indemnification**. BEAZER shall indemnify and hold harmless the Released Parties from any demands, claims, costs (including attorneys fees), judgments, settlements or payments asserted by BEAZER's insurers in subrogation or otherwise, relating to Chinese drywall in the 278 homes identified in Exhibits A, B and C, but only to the extent of the Release provided in Sections 5.1, 5.2 and 5.3 above. Such indemnity is capped and shall not exceed the Settlement Amount ($800,000.00).

8. **Non-Disparagement.** BEAZER agrees not to disparage or make negative comments about KPT, the companies referenced in Section 5.1 above, the Knauf brand or any products manufactured or sold by KPT or the companies referenced in Section 5.1 in the construction industry marketplace and Beazer will not boycott the purchase of KPT, the companies referenced in Section 5.1 above and those companies' brands or products in the future. This provision does not apply to statements made in connection with litigation

9. **Choice of Law.** This Settlement Agreement shall be governed and interpreted according to the laws of the State of Florida, regardless of choice of law principles.

10. **Binding Effect**. This Settlement Agreement shall be binding upon and shall inure to the benefit of the parties, their respective heirs, beneficiaries, personal representatives, successors, and assigns.

11. **Waiver**. No waiver of any right of any of the Parties under this Settlement Agreement shall be effective unless such waiver is in writing and executed by such party and notice thereof is given to all other Parties.

12. **Further Assurances**. Each of the Parties agrees to execute such further and additional documents, instruments, and writings as may be necessary, proper, required, desirable, or convenient for the purpose of fully effectuating the terms and provisions of this Settlement Agreement.

13. **Entire Agreement.** This Settlement Agreement constitutes the entire agreement of release and settlement between the Parties and supersedes all prior agreements and understandings between the Parties. Each of the Parties acknowledges that no representations, warranties, or promises have been made to or relied upon by them or by any person acting for or

on their behalf, in connection with the subject matter of this Settlement Agreement, which are not explicitly set forth herein. Any and all prior or contemporaneous representations, warranties, or promises made by either party to the other, whether made orally or in writing, made in the negotiation or preparation of this Settlement Agreement, or otherwise, are intended to be merged into this Settlement Agreement.

14. **Severability**. If any portion or portions of this Agreement is held by a court of competent jurisdiction to conflict with any federal, state or local law, and as a result such portion or portions are declared to be invalid and of no force or effect in such jurisdiction, all remaining provisions of this Agreement shall otherwise remain in full force and effect and be construed as if the invalid portion or portions had not been included herein, unless the invalid portion or portions are essential to this Agreement.

15. **Capacity and Authority.** All parties entering into this Settlement Agreement have the capacity and authority to do so, and no third party has any rights which could affect the validity or legality of this Settlement Agreement.

16. **Terms of Agreement Negotiated.** This Settlement Agreement has been negotiated and drafted by the parties and their representatives. The parties to this Settlement Agreement represent and warrant that they have read and understand this Settlement Agreement and have had an opportunity to consult with their respective counsel concerning its legal effect. No rule of construction shall apply to this Settlement Agreement construing its provisions in favor of or against any party.

17. **Execution in Counterparts.** This Settlement Agreement may be executed in counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument. The terms of this Settlement Agreement shall be effective only upon full execution of Settlement Agreement by the parties hereto.

18. **Default and Remedies.** In the event that either party to this Settlement Agreement fails to perform any of their obligations or covenants under this Settlement Agreement, there shall be a default under this Settlement Agreement. In the event of default or any action or litigation to enforce any of the provisions or rights under this Settlement Agreement, any party found to have breached the terms of this Settlement Agreement shall pay the prevailing party its costs, expenses and reasonable attorneys' fees, incurred by the prevailing party in such action or litigation to enforce this Settlement Agreement, including without limitation, any related appellate proceedings.

19. **Amendment or Modification.** This Settlement Agreement may be amended or modified only by a written instrument signed by all parties to this Settlement Agreement.

IN WITNESS WHEREOF, the parties have read and understood the terms and conditions of this Settlement Agreement, agree to be bound by all of its provisions, and have executed this Settlement Agreement on the date shown by their signatures below.

**KNAUF PLASTERBOARD (TIANJIN) CO., LTD.**

By: [signature]
Authorized Representative

Print Name: Mark Norris.

Dated: 11 May 2010

**BEAZER HOMES CORP.**

By: [signature]
Authorized Representative

Print Name: Kenneth Khary

Dated: May 11, 2010

EXHIBIT A - MAGNOLIA LAKES

1. 13210 Little Gem Circle
   Ft. Myers, FL 33913
2. 13213 Little Gem Circle
   Ft. Myers, FL 33913
3. 13219 Little Gem Circle
   Ft. Myers, FL 33913
4. 13223 Little Gem Circle
   Ft. Myers, FL 33913
5. 13244 Little Gem Circle
   Ft. Myers, FL 33913
6. 13247 Little Gem Circle
   Ft. Myers, FL 33913
7. 13276 Little Gem Circle
   Ft. Myers, FL 33913
8. 13282 Little Gem Circle
   Ft. Myers, FL 33913
9. 13293 Little Gem Circle
   Ft. Myers, FL 33913
10. 13299 Little Gem Circle
    Ft. Myers, FL 33913
11. 13300 Little Gem Circle
    Ft. Myers, FL 33913
12. 13306 Little Gem Circle
    Ft. Myers, FL 33913
13. 13309 Little Gem Circle
    Ft. Myers, FL 33913
14. 13315 Little Gem Circle
    Ft. Myers, FL 33913
15. 13316 Little Gem Circle
    Ft. Myers, FL 33913
16. 13323 Little Gem Circle
    Ft. Myers, FL 33913
17. 13333 Little Gem Circle
    Ft. Myers, FL 33913
18. 13334 Little Gem Circle
    Ft. Myers, FL 33913
19. 13339 Little Gem Circle
    Ft. Myers, FL 33913

**EXHIBIT A - MAGNOLIA LAKES**

20. 13345 Little Gem Circle
Ft. Myers, FL 33913
21. 13346 Little Gem Circle
Ft. Myers, FL 33913
22. 13351 Little Gem Circle
Ft. Myers, FL 33913
23. 13352 Little Gem Circle
Ft. Myers, FL 33913
24. 13357 Little Gem Circle
Ft. Myers, FL 33913
25. 13363 Little Gem Circle
Ft. Myers, FL 33913
26. 13370 Little Gem Circle
Ft. Myers, FL 33913
27. 13393 Little Gem Circle
Ft. Myers, FL 33913
28. 13405 Little Gem Circle
Ft. Myers, FL 33913
29. 13411 Little Gem Circle
Ft. Myers, FL 33913
30. 13416 Little Gem Circle
Ft. Myers, FL 33913
31. 13417 Little Gem Circle
Ft. Myers, FL 33913
32. 13423 Little Gem Circle
Ft. Myers, FL 33913
33. 13430 Little Gem Circle
Ft. Myers, FL 33913
34. 13438 Little Gem Circle
Ft. Myers, FL 33913
35. 13446 Little Gem Circle
Ft. Myers, FL 33913
36. 13452 Little Gem Circle
Ft. Myers, FL 33913
37. 13453 Little Gem Circle
Ft. Myers, FL 33913
38. 13458 Little Gem Circle
Ft. Myers, FL 33913

EXHIBIT A - MAGNOLIA LAKES

39. 13465 Little Gem Circle
Ft. Myers, FL 33913
40. 13476 Little Gem Circle
Ft. Myers, FL 33913
41. 13482 Little Gem Circle
Ft. Myers, FL 33913
42. 13483 Little Gem Circle
Ft. Myers, FL 33913
43. 13489 Little Gem Circle
Ft. Myers, FL 33913
44. 13495 Little Gem Circle
Ft. Myers, FL 33913
45. 13500 Little Gem Circle
Ft. Myers, FL 33913
46. 13513 Little Gem Circle
Ft. Myers, FL 33913
47. 13518 Little Gem Circle
Ft. Myers, FL 33913
48. 13519 Little Gem Circle
Ft. Myers, FL 33913
49. 13525 Little Gem Circle
Ft. Myers, FL 33913
50. 13530 Little Gem Circle
Ft. Myers, FL 33913
51. 13531 Little Gem Circle
Ft. Myers, FL 33913
52. 13537 Little Gem Circle
Ft. Myers, FL 33913
53. 13543 Little Gem Circle
Ft. Myers, FL 33913
54. 13549 Little Gem Circle
Ft. Myers, FL 33913
55. 13561 Little Gem Circle
Ft. Myers, FL 33913
56. 13567 Little Gem Circle
Ft. Myers, FL 33913
57. 13573 Little Gem Circle
Ft. Myers, FL 33913

EXHIBIT A - MAGNOLIA LAKES

58. 13574 Little Gem Circle
Ft. Myers, FL 33913
59. 13200 Little Gem Circle
Ft. Myers, FL 33913
60. 13201 Little Gem Circle
Ft. Myers, FL 33913
61. 13207 Little Gem Circle
Ft. Myers, FL 33913
62. 13222 Little Gem Circle
Ft. Myers, FL 33913
63. 13229 Little Gem Circle
Ft. Myers, FL 33913
64. 13235 Little Gem Circle
Ft. Myers, FL 33913
65. 13239 Little Gem Circle
Ft. Myers, FL 33913
66. 13243 Little Gem Circle
Ft. Myers, FL 33913
67. 13248 Little Gem Circle
Ft. Myers, FL 33913
68. 13251 Little Gem Circle
Ft. Myers, FL 33913
69. 13252 Little Gem Circle
Ft. Myers, FL 33913
70. 13257 Little Gem Circle
Ft. Myers, FL 33913
71. 13258 Little Gem Circle
Ft. Myers, FL 33913
72. 13263 Little Gem Circle
Ft. Myers, FL 33913
73. 13264 Little Gem Circle
Ft. Myers, FL 33913
74. 13269 Little Gem Circle
Ft. Myers, FL 33913
75. 13270 Little Gem Circle
Ft. Myers, FL 33913
76. 13275 Little Gem Circle
Ft. Myers, FL 33913

EXHIBIT A - MAGNOLIA LAKES

77. 13281 Little Gem Circle
Ft. Myers, FL 33913
78. 13287 Little Gem Circle
Ft. Myers, FL 33913
79. 13288 Little Gem Circle
Ft. Myers, FL 33913
80. 13294 Little Gem Circle
Ft. Myers, FL 33913
81. 13305 Little Gem Circle
Ft. Myers, FL 33913
82. 13310 Little Gem Circle
Ft. Myers, FL 33913
83. 13319 Little Gem Circle
Ft. Myers, FL 33913
84. 13320 Little Gem Circle
Ft. Myers, FL 33913
85. 13324 Little Gem Circle
Ft. Myers, FL 33913
86. 13327 Little Gem Circle
Ft. Myers, FL 33913
87. 13328 Little Gem Circle
Ft. Myers, FL 33913
88. 13338 Little Gem Circle
Ft. Myers, FL 33913
89. 13369 Little Gem Circle
Ft. Myers, FL 33913
90. 13375 Little Gem Circle
Ft. Myers, FL 33913
91. 13381 Little Gem Circle
Ft. Myers, FL 33913
92. 13387 Little Gem Circle
Ft. Myers, FL 33913
93. 13388 Little Gem Circle
Ft. Myers, FL 33913
94. 13394 Little Gem Circle
Ft. Myers, FL 33913
95. 13399 Little Gem Circle
Ft. Myers, FL 33913

EXHIBIT A - MAGNOLIA LAKES

96. 13404 Little Gem Circle
Ft. Myers, FL 33913

97. 13429 Little Gem Circle
Ft. Myers, FL 33913

98. 13435 Little Gem Circle
Ft. Myers, FL 33913

99. 13441 Little Gem Circle
Ft. Myers, FL 33913

100. 13447 Little Gem Cirle
Ft. Myers, FL 33913

101. 13459 Little Gem Circle
Ft. Myers, FL 33913

102. 13464 Little Gem Circle
Ft. Myers, FL 33913

103. 13470 Little Gem Circle
Ft. Myers, FL 33913

104. 13471 Little Gem Circle
Ft. Myers, FL 33913

105. 13477 Little Gem Circle
Ft. Myers, FL 33913

106. 13488 Little Gem Circle
Ft. Myers, FL 33913

107. 13494 Little Gem Circle
Ft. Myers, FL 33913

108. 13501 Little Gem Circle
Ft. Myers, FL 33913

109. 13506 Little Gem Circle
Ft. Myers, FL 33913

110. 13507 Little Gem Circle
Ft. Myers, FL 33913

111. 13512 Little Gem Circle
Ft. Myers, FL 33913

112. 13524 Little Gem Circle
Ft. Myers, FL 33913

113. 13536 Little Gem Circle
Ft. Myers, FL 33913

114. 13542 Little Gem Circle
Ft. Myers, FL 33913

EXHIBIT A - MAGNOLIA LAKES

115. 13548 Little Gem Circle
Ft. Myers, FL 33913

116. 13568 Little Gem Circle
Ft. Myers, FL 33913

**EXHIBIT B - HAMPTON LAKES**

1. 12511 Bassbrook Ln.
   Tampa, FL 33626
2. 12515 Bassbrook Ln.
   Tampa, FL 33626
3. 12519 Bassbrook Ln.
   Tampa, FL 33626
4. 12525 Bassbrook Ln.
   Tampa, FL 33626
5. 12529 Bassbrook Ln.
   Tampa, FL 33626
6. 12535 Bassbrook Ln.
   Tampa, FL 33626
7. 12539 Bassbrook Ln.
   Tampa, FL 33626
8. 12545 Bassbrook Ln.
   Tampa, FL 33626
9. 12547 Bassbrook Ln.
   Tampa, FL 33626
10. 12553 Bassbrook Ln.
    Tampa, FL 33626
11. 12557 Bassbrook Ln.
    Tampa, FL 33626
12. 12605 Bassbrook Ln.
    Tampa, FL 33626
13. 12609 Bassbrook Ln.
    Tampa, AZ 33626
14. 12613 Bassbrook Ln.
    Tampa, FL 33626
15. 12619 Bassbrook Ln.
    Tampa, FL 33626
16. 12623 Bassbrook Ln.
    Tampa, FL 33626
17. 12631 Bassbrook Ln.
    Tampa, FL 33626
18. 12635 Bassbrook Ln.
    Tampa, FL 33626
19. 12641 Bassbrook Ln.
    Tampa, FL 33626

**EXHIBIT B - HAMPTON LAKES**

20. 12643 Bassbrook Ln.
    Tampa, FL 33626
21. 12649 Bassbrook Ln.
    Tampa, FL 33626
22. 12653 Bassbrook Ln.
    Tampa, FL 33626
23. 12606 Weston Dr.
    Tampa, FL 33626
24. 12608 Weston Dr.
    Tampa, FL 33626
25. 12610 Weston Dr.
    Tampa, FL 33626
26. 12612 Weston Dr.
    Tampa, FL 33626
27. 12614 Weston Dr.
    Tampa, FL 33626
28. 12618 Weston Dr.
    Tampa, FL 33626
29. 12620 Weston Dr.
    Tampa, FL 33626
30. 12622 Weston Dr.
    Tampa, FL 33626
31. 12624 Weston Dr.
    Tampa, FL 33626
32. 12626 Weston Dr.
    Tampa, FL 33626
33. 12630 Weston Dr.
    Tampa, FL 33626
34. 12631 Weston Dr.
    Tampa, FL 33626
35. 12632 Weston Dr.
    Tampa, FL 33626
36. 12633 Weston Dr.
    Tampa, FL 33626
37. 12634 Weston Dr
    Tampa, FL 33626
38. 12635 Weston Dr.
    Tampa, FL 33626

**EXHIBIT B - HAMPTON LAKES**

39. 12636 Weston Dr.
    Tampa, FL 33626
40. 12637 Weston Dr.
    Tampa, FL 33626
41. 12638 Weston Dr.
    Tampa, FL 33626
42. 12639 Weston Dr.
    Tampa, FL 33626
43. 12640 Weston Dr.
    Tampa, FL 33626
44. 12641 Weston Dr.
    Tampa, FL 33626
45. 12643 Weston Dr.
    Tampa, FL 33626
46. 14110 Oakham St.
    Tampa, FL 33626
47. 14112 Oakham St.
    Tampa, FL 33626
48. 14114 Oakham St.
    Tampa, FL 33626
49. 14116 Oakham St.
    Tampa, FL 33626
50. 14118 Oakham St.
    Tampa, FL 33626
51. 14120 Oakham St
    Tampa, FL 33626
52. 14122 Oakham St.
    Tampa, FL 33626
53. 14124 Oakham St.
    Tampa, FL 33626
54. 14126 Oakham St.
    Tampa, FL 33626
55. 14105 Stilton St.
    Tampa, FL 33626
56. 14111 Stilton St.
    Tampa, FL 33626
57. 14113 Stilton St.
    Tampa, FL 33626

**EXHIBIT B - HAMPTON LAKES**

58. 14117 Stilton St.
    Tampa, FL 33626
59. 14123 Stilton St.
    Tampa, FL 33626
60. 14125 Stilton St.
    Tampa, FL 33626
61. 14130 Stilton St.
    Tampa, FL 33626
62. 14131 Stilton St.
    Tampa, FL 33626
63. 14132 Stilton St.
    Tampa, FL 33626
64. 14134 Stilton St.
    Tampa, FL 33626
65. 14136 Stilton St.
    Tampa, FL 33626
66. 14138 Stilton St
    Tampa, FL 33626
67. 14139 Stilton St.
    Tampa, FL 33626
68. 14140 Stilton St.
    Tampa, FL 33626
69. 14141 Stilton St.
    Tampa, FL 33626
70. 14142 Stilton St.
    Tampa, FL 33626
71. 14143 Stilton St.
    Tampa, FL 33626
72. 14144 Stilton St
    Tampa, FL 33626
73. 14145 Stilton St.
    Tampa, FL 33626
74. 14147 Stilton St.
    Tampa, FL 33626
75. 14149 Stilton St.
    Tampa, FL 33626
76. 14150 Stilton St.
    Tampa, FL 33626

**EXHIBIT B - HAMPTON LAKES**

77. 14151 Stilton St.
Tampa, FL 33626
78. 14152 Stilton St.
Tampa, FL 33626
79. 14153 Stilton St.
Tampa, FL 33626
80. 14154 Stilton St.
Tampa, FL 33626
81. 14155 Stilton St.
Tampa, FL 33626
82. 14156 Stilton St.
Tampa, FL 33626
83. 14157 Stilton St.
Tampa, FL 33626
84. 14158 Stilton St.
Tampa, FL 33626
85. 14160 Stilton St.
Tampa, FL 33626
86. 14163 Stilton St.
Tampa, FL 33626
87. 14164 Stilton St.
Tampa, FL 33626
88. 14165 Stilton St.
Tampa, FL 33626
89. 14166 Stilton St.
Tampa, FL 33626
90. 14167 Stilton St.
Tampa, FL 33626
91. 14168 Stilton St.
Tampa, FL 33626
92. 14169 Stilton St.
Tampa, FL 33626
93. 14170 Stilton St.
Tampa, FL 33626
94. 14171 Stilton St.
Tampa, FL 33626
95. 14172 Stilton St.
Tampa, FL 33626

**EXHIBIT B - HAMPTON LAKES**

96. 14173 Stilton St.
    Tampa, FL 33626
97. 14174 Stilton St.
    Tampa, FL 33626
98. 14175 Stilton St.
    Tampa, FL 33626
99. 14111 Stowbridge Ave
    Tampa, FL 33626
100. 14113 Stowbridge Ave
    Tampa, FL 33626
101. 14115 Stowbridge Ave
    Tampa, FL 33626
102. 14117 Stowbridge Ave
    Tampa, FL 33626
103. 14119 Stowbridge Ave
    Tampa, FL 33626
104. 14121 Stowbridge Ave
    Tampa, FL 33626
105. 14123 Stowbridge Ave
    Tampa, FL 33626
106. 14125 Stowbridge Ave
    Tampa, FL 33626
107. 14127 Stowbridge Ave
    Tampe, FL 33626
108. 14129 Stowbridge Ave
    Tampe, FL 33626

**EXHIBIT C - OTHER COMMUNITIES**

1. 20138 E. Sonoqui Blvd.
   Queen Creek, AZ 85242
2. 25172 Wolcott Ct
   Wildamar, CA 92595
3. 1106 Lost Trail Dr,
   Plumas Lake, CA 95961
4. 11242 Cypress Tree Cir.
   Ft. Myers, FL 33913
5. 11029 River Trent Ct
   Lehigh, FL 33971
6. 16216 Bridgepark Drive
   Lithia, FL 33547
7. 13833 Cleto Drive
   Estero, FL 33928
8. 12018 Fern Blossom Dr
   Gibsonton, FL 33534
9. 5602 Sweet William Terr.
   Land O'Lakes, FL 34639
10. 9732 NonaCrest Drive
    Orlando, FL 32832
11. 5158 Shell Mound Circle #246
    Punta Gorda, FL 33982
12. 10464 Park Commons Dr.
    Orlando, FL 32832
13. 3121 Mist Flower Road
    Tallahassee, FL 32311
14. 21042 Cosenda Court
    Ft. Myers, FL 33913
15. 13336 Low Tide Way
    Jacksonville, FL 32258
16. 2840 Inlet Cove Lane W.
    Naples, FL 34120
17. 1730 Plantation Oak Dr
    Orlando, FL 32824
18. 8585 Colony Trace Dr
    Ft. Myers, FL 33908
19. 2006 Willow Branch Drive
    Cape Coral, FL 33991

**EXHIBIT C - OTHER COMMUNITIES**

20. 9117 Oak Fern Drive
    Orlando, FL 32832
21. 7040 Key Haven Rd # 401
    Seminole, FL 33777
22. 9018 Grand Bayou Court
    Tampa, FL 33635
23. 2110 Grove Drive
    Naples, FL 34120
24. 13433 Bristol Park Way
    Ft. Myers, FL 33913
25. 11524 Gainsborough Way
    Lehigh Acres, FL 33971
26. 735 Kildrummy
    Davenport, FL 33837
27. 13842 Cleto Dr.
    Estero, FL 33928
28. 11845 Great Commission Way
    Orlando, FL 32832
29. 2830 Cardassi Drive
    Ocoee, FL 34761
30. 9639 Gladiolus Preserve Circle
    Ft. Myers, FL 33908
31. 7639 Dragon Fly Loop
    Gibsonton, FL 33534
32. 7522 Dragon Fly Loop
    Gibsonton, FL 33534
33. 8384 Silver Birch Way
    Lehigh Acres, FL 33971
34. 5908 Desert Peace Avenue
    Land O'Lakes, FL 34639
35. 6146 Everlasting Place
    Land O' Lakes, FL 34639
36. 2810 Brigata Way
    Ocoee, FL 34761
37. 8379 Silver Birch Way
    Lehigh Acres, FL 33971
38. 4710 Cumbrian Lakes Dr
    Kissimmee, FL 34746

**EXHIBIT C - OTHER COMMUNITIES**

39. 5780 White Creek Run
    Cumming, GA 30040
40. 4675 Elijah Street
    West Lafayette, IN 47906
41. 2800 Stone Cliff Drive # 410
    Baltimore, MD 21209
42. 105 Albermarie Street
    Baltimore, MD 21202
43. 2045 Mrytlewood Road
    Baltimore, MD 21209
44. 2009 Galty Lane
    Charlotte, NC 28270
45. 1175 Turfway Court
    Lebanon, OH 45036
46. 5759 Little Red Rover St.
    Groveport, OH 43125
47. 215 Harvard Loop
    Delaware, OH 43015
48. 125 Gathering Island Rd
    Summerville, SC 29485
49. 2375 Tulane Rd
    Charleston, SC 29406
50. 2028 Copper Creek Court
    Myrtle Beach, SC 29579
51. 124 Avalon Road
    Summerville, SC 29483
52. 1708 Daphne Court
    Nolensville, TN 37135
53. 4599 Whittemore Place
    Fairfax, VA 22030
54. 7611 Grey Goose Way
    Alexandria, VA 22306