## CHINESE DRYWALL SETTLEMENT PROGRAM
## GBI PAYMENTS TO BEAZER HOMES CORP.
## AS OF 1/2/2018

| Row | Claim ID | Address | City | State | Zip | Banner Account | Global Account | Total Payment |
|---|---|---|---|---|---|---|---|---|
| 1. | 610 | 13239 Little Gem Circle | Ft Myers | FL | 33913 | $5,752.89 | $1,840.15 | $7,593.04 |
| 2. | 616 | 13258 Little Gem Circle | Ft Myers | FL | 33913 | $6,721.11 | $2,149.85 | $8,870.96 |
| 3. | 617 | 13287 Little Gem Circle | Ft Myers | FL | 33913 | $5,752.89 | $1,840.15 | $7,593.04 |
| 4. | 636 | 13288 Little Gem Circle | Ft Myers | FL | 33913 | $5,752.89 | $1,840.15 | $7,593.04 |
| 5. | 637 | 13293 Little Gem Circle | Ft Myers | FL | 33913 | $5,752.89 | $1,840.15 | $7,593.04 |
| 6. | 659 | 13294 Little Gem Circle | Ft Myers | FL | 33913 | $5,752.89 | $1,840.15 | $7,593.04 |
| 7. | 664 | 13299 Little Gem Circle | Ft Myers | FL | 33913 | $5,752.89 | $1,840.15 | $7,593.04 |
| 8. | 666 | 13300 Little Gem Circle | Ft Myers | FL | 33913 | $7,591.32 | $2,428.20 | $10,019.52 |
| 9. | 668 | 13309 Little Gem Circle | Ft Myers | FL | 33913 | $8,556.57 | $2,736.95 | $11,293.52 |
| 10. | 681 | 13333 Little Gem Circle | Ft Myers | FL | 33913 | $6,721.11 | $2,149.85 | $8,870.96 |
| 11. | 683 | 13369 Little Gem Circle | Ft Myers | FL | 33913 | $6,721.11 | $2,149.85 | $8,870.96 |
| 12. | 684 | 13375 Little Gem Circle | Ft Myers | FL | 33913 | $5,613.30 | $1,795.50 | $7,408.80 |
| 13. | 702 | 13464 Little Gem Circle | Ft Myers | FL | 33913 | $7,398.27 | $2,366.45 | $9,764.72 |
| 14. | 703 | 13476 Little Gem Circle | Ft Myers | FL | 33913 | $5,613.30 | $1,795.50 | $7,408.80 |
| 15. | 704 | 13489 Little Gem Circle | Ft Myers | FL | 33913 | $5,613.30 | $1,795.50 | $7,408.80 |
| 16. | 1059 | 13524 Little Gem Circle | Ft Myers | FL | 33913 | $7,591.32 | $2,428.20 | $10,019.52 |
| 17. | 1127 | 13263 Little Gem Circle | Ft Myers | FL | 33913 | $7,591.32 | $2,428.20 | $10,019.52 |
| 18. | 1129 | 13269 Little Gem Circle | Ft Myers | FL | 33913 | $8,556.57 | $2,736.95 | $11,293.52 |
| 19. | 1130 | 13270 Little Gem Circle | Ft Myers | FL | 33913 | $6,721.11 | $2,149.85 | $8,870.96 |
| 20. | 1134 | 13275 Little Gem Circle | Ft Myers | FL | 33913 | $8,556.57 | $2,736.95 | $11,293.52 |
| 21. | 1135 | 13305 Little Gem Circle | Ft Myers | FL | 33913 | $6,721.11 | $2,149.85 | $8,870.96 |
| 22. | 1136 | 13320 Little Gem Circle | Ft Myers | FL | 33913 | $6,721.11 | $2,149.85 | $8,870.96 |
| 23. | 1137 | 13327 Little Gem Circle | Ft Myers | FL | 33913 | $7,398.27 | $2,366.45 | $9,764.72 |
| 24. | 1139 | 13471 Little Gem Circle | Ft Myers | FL | 33913 | $5,613.30 | $1,795.50 | $7,408.80 |
| 25. | 1140 | 13512 Little Gem Circle | Ft Myers | FL | 33913 | $5,752.89 | $1,840.15 | $7,593.04 |
| 26. | 1141 | 13525 Little Gem Circle | Ft Myers | FL | 33913 | $5,613.30 | $1,795.50 | $7,408.80 |
| 27. | 5434 | 13252 Little Gem Circle | Ft Myers | FL | 33913 | $5,613.30 | $1,795.50 | $7,408.80 |
| 28. | 5627 | 12606 Weston Drive | Tampa | FL | 33636 | | $7,603.68 | $7,603.68 |
| 29. | 5651 | 12612 Weston Drive | Tampa | FL | 33636 | | $5,036.64 | $5,036.64 |
| 30. | 5653 | 12614 Weston Drive | Tampa | FL | 33636 | | $7,603.68 | $7,603.68 |
| 31. | 5664 | 14105 Stilton St. | Tampa | FL | 33636 | | $8,366.40 | $8,366.40 |
| 32. | 5668 | 14111 Stilton St. | Tampa | FL | 33636 | | $8,363.04 | $8,363.04 |
| 33. | 5671 | 14111 Stowbridge Ave | Tampa | FL | 33636 | | $7,603.68 | $7,603.68 |
| 34. | 5676 | 14113 Stilton St. | Tampa | FL | 33636 | | $8,363.04 | $8,363.04 |
| 35. | 5681 | 14113 Stowbridge Ave | Tampa | FL | 33636 | | $4,546.08 | $4,546.08 |
| 36. | 5688 | 14115 Stowbridge Ave | Tampa | FL | 33636 | | $5,036.64 | $5,036.64 |
| 37. | 5694 | 14117 Stowbridge Ave | Tampa | FL | 33636 | | $4,546.08 | $4,546.08 |
| 38. | 5702 | 14119 Stowbridge Ave | Tampa | FL | 33636 | | $5,036.64 | $5,036.64 |
| 39. | 5715 | 14121 Stowbridge Ave | Tampa | FL | 33636 | | $5,036.64 | $5,036.64 |
| 40. | 5721 | 14123 Stilton St. | Tampa | FL | 33636 | | $8,363.04 | $8,363.04 |
| 41. | 5730 | 14123 Stowbridge Ave | Tampa | FL | 33636 | | $4,546.08 | $4,546.08 |
| 42. | 5738 | 14125 Stilton St. | Tampa | FL | 33636 | | $8,359.68 | $8,359.68 |
| 43. | 5742 | 14125 Stowbridge Ave | Tampa | FL | 33636 | | $5,036.64 | $5,036.64 |
| 44. | 5750 | 14127 Stowbridge Ave | Tampa | FL | 33636 | | $4,546.08 | $4,546.08 |
| 45. | 5755 | 14129 Stowbridge Ave | Tampa | FL | 33636 | | $7,603.68 | $7,603.68 |
| 46. | 5756 | 14131 Stilton St. | Tampa | FL | 33636 | | $8,366.40 | $8,366.40 |
| 47. | 5758 | 14139 Stilton St. | Tampa | FL | 33636 | | $8,238.72 | $8,238.72 |
| 48. | 5762 | 14157 Stilton St. | Tampa | FL | 33636 | | $8,238.72 | $8,238.72 |
| 49. | 5765 | 14163 Stilton St. | Tampa | FL | 33636 | | $8,238.72 | $8,238.72 |
| 50. | 11830 | 13334 Little Gem Circle | Ft Myers | FL | 33913 | $7,591.32 | $2,428.20 | $10,019.52 |
| 51. | TOTAL | | | | | $185,108.22 | $207,889.70 | $392,997.92 |

© 2018 BrownGreer PLC


DEFENDANT'S EXHIBIT 12

*Beazer v Knauf Gips, et al.*
cb: 704386

