# Chinese Drywall

## What's all the stink about in Magnolia Lakes at Gateway?

If you think you're *safe* just because your house wasn't built with this defective and harmful material….THINK AGAIN!

Our entire development is suffering from **diminished value.** Who wants to buy or rent your home when Magnolia Lakes is on the front page of the newspaper and on the local news? NOBODY!!

If you are a homeowner in Magnolia Lakes, you ARE a victim. Like it or not.

If you care about your neighbors or your investment, DON'T miss this VERY informative meeting. Find out:

- ✓ What to look for in your home and the health of your loved ones
- ✓ What steps to take if you think you may have Chinese drywall
- ✓ Who can help you in our local and federal government
- ✓ What is being done and what is NOT being done to resolve this issue
- ✓ How can we as a community make a difference

Attorneys handling hundreds of lawsuits including those within your neighborhood will be available to answer any questions you may have. This IS not a solicitation, this IS an informative Q&A meeting. Knowledge is power.

This is a time when we as a community should be uniting and helping one another. Maybe you need answers, or perhaps YOU or someone you may know can help a neighbor.

Are you going to sit in your SAFE house and watch your neighborhood and the value of your home go to waste?

Or are you going to share in the concerns of those living next to you?

Where: 13512 Little Gem Circle
When: Tuesday, May 12th 6 p.m.
Who: Kim Royal 239-633-1558 or kroyalrealty@yahoo.com
Why: Because you care what happens to your neighbor, your community, and your investment. Don't you??
Share your story, concerns, and questions on

## http://maglakesdrywall.blogspot.com/



DEFENDANT'S EXHIBIT 16

*Beazer v Knauf Gips, et al.*
cb: 705975