April 24, 2009

Beazer Homes
Attention: Kevin Clark
Vice President of Operations Florida Division
19601 Cypress View Drive
Fort Myers, FL 33976

Dear Mr. Clark,

My home is located in the Magnolia Lakes development of Gateway, lot 74, address 13512 Little Gem Circle, Fort Myers, FL 33913. I purchased my home from your company with your signing on behalf of Beazer Homes on May 23, 2008. You may recall the history of this property with the previous owners, Jeffery and Alice Nye.

Since finding evidence that my home was built with Chinese drywall, I have begun to seek legal advice. At the moment I have not signed a contract with an attorney, and would like to find a solution to our unique problem outside of the court system.

If you would like to speak to me directly regarding this issue and how we can resolve it, I would be more than willing to meet with you. If I have not heard from you or a qualified executive from Beazer after the close of business on Tuesday, April 28, 2009, I will aggressively seek the advice of highly experienced attorney who handles personal injury and fraud.

It is unfortunate that I must send a letter of this kind to you. I would like to reasonably settle this issue in a quick and amicable manner.

You may contact me by calling 239-633-1558 at all times or by email kroyalrealty@yahoo.com

Sincerely,

*Kimberly Royal*
Kimberly Royal



DEFENDANT'S EXHIBIT 17

*Beazer v Knauf Gips, et al.*
cb: 705974