# KING & SPALDING

King & Spalding LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309-3521
Main: 404/572-4600
Fax:  404/572-5100

J Kevin Buster

Direct Dial: 404/572-4804
Direct Fax: 404/572-5136
kbuster@kslaw.com

June 25, 2009

Robert B. Brown, III, Esq.
Alters, Boldt, Brown, Rash & Culmo, P.A.
4141 N.E. 2nd Avenue
Suite 201
Miami, Florida  33137

Re: **Bryson and Kimberly Royal**

Dear Bob:

    As promised in my call to you on Monday of this week, attached is a letter from my client, Beazer Homes, to your clients, the Royals. I request that you please pass along this letter and its attachment (the Environ report) to the Royals as soon as possible.

    As stated above, the letter encloses a report from Beazer's consultant, Environ, regarding Environ's evaluation of the Royals' home for the presence of defective Chinese drywall and possible effects related to the drywall. Environ concludes that the Royals' home does appear to have some effects consistent with the presence of defective Chinese drywall.

    In addition, and as a result of these findings, Beazer's letter also contains an offer to repair the Royals' home. As you may recall, you and I spoke about this offer on Monday. As we discussed, my client and I would like to discuss the particulars of the repairs with you and your client, and then enter into an appropriate written agreement setting forth the scope of work, a limited release, and perhaps other provisions. Let me know when you and your clients are available to discuss this.

    If you have any questions about the matters addressed above, please do not hesitate to email or call me. My direct telephone number and email address are set forth above. I look forward to working with you. And, as I mentioned on Monday, Beazer would like to work


DEFENDANT'S EXHIBIT 18

*Beazer v Knauf Gips, et al.*
*cb: 705121*

Robert B. Brown, III, Esq.
June 25, 2009
Page 2

together with you and your clients to facilitate these repairs, notwithstanding the fact that the Royals have elected to initiate this litigation.

Sincerely,

J Kevin Buster

JKB/amh
Attachments

cc: John Noland, Esq.
    Vicki Sproat, Esq.



June 24, 2009

Dear Mrs. Royal

Enclosed please find a copy of Environ's report that summarizes their findings based on their inspection and testing of your home. As I previously informed you, Environ found symptoms in your home which indicate the presence of defective Chinese drywall. However, as you can see from the report and testing results, Environ has also concluded that their testing of air samples from your home does not reveal the presence of off-gases from the drywall at any levels which might cause adverse health effects.

As you know from Beazer's prior communications, we have been gathering information from various government agencies and consultants, among others, to arrive at the best solution for those of our homeowners who have defective Chinese drywall in their homes. To date, neither the Florida Drywall Incident Management Team (IMT) nor any federal agencies investigating this problem have determined what they believe the appropriate "fix" consists of. Nevertheless, Beazer has made the decision to move forward with repairs to homes where defective Chinese drywall has been found as soon as practicable. We believe that beginning repairs at this time is in the best interests of the Magnolia Lakes community and also reflects what a number of homeowners (as well as your HOA president) have strongly expressed to us to be their desire.

Beazer's repair protocol is a comprehensive one which will involve the removal and replacement of all drywall, electrical wiring, and affected original appliances and other components in your home. Your home will be refinished and thoroughly cleaned before being returned to you. Because of the nature and scope of this work, we regret that it will be necessary for you to move out of your home while repairs are being made, which we estimate will take four to five months. Beazer will pay for your move out, temporary storage, and your move back in; and we will provide you with a monthly stipend of $3,200 to cover your living expenses while you are in temporary housing during the repair process.

We will be in touch with you in the near future to discuss the details and timing of this repair process as well as appropriate agreements so we can move forward with the repairs. Because Beazer intends to pursue financial recovery from those responsible for this unfortunate situation -- including the defective Chinese drywall manufacturers, suppliers and installers -- we intend to notify these entities that we plan to proceed with these repairs and give them an opportunity to inspect your home. We will also demand that they take financial responsibility for the repairs. We will not, however, delay your repairs if they decline to promptly take such responsibility. As a practical matter, given the steps that must be taken before repairs can begin (as well as the fact that we will be repairing other homes here in Magnolia Lakes at the same time), we do not expect you will need to move out until sometime next month. We will coordinate the timing of your move-out so that you have adequate time to arrange for the move and to secure temporary housing.

We certainly realize that this situation is an unwanted and trying one for you and your family. The same is true for Beazer, although we believe that the course of action described above is

Ft. Myers Office

19601 Cypress View Drive
Ft. Myers, FL 33967

O: 239.561.5042
F: 239.561.2440

www.beazer.com

*Beazer v Knauf Gips, et al.*
cb: 705123

the right response to this problem. If you have questions, as always, please do not hesitate to contact me. We appreciate your continued patience throughout this process.

Regards,

Jerry Smith
Builder
Beazer-Homes Florida Division

*Beazer v Knauf Gips, et al.*
cb: 705124

ENVIRON

June 23, 2009

Mr. Kevin Clark
Beazer Homes
3470 Davinci Court, Suite 200
Norcross, Georgia 30092

RE:   13512 Little Gem Circle, Ft. Myers, Florida 33913 – Royal Residence
      Preliminary Evaluation of Wallboard Characteristics

Dear Mr. Clark,

Per your request, ENVIRON has conducted evaluations of this residence with regard to the presence of effects from sulfide gases potentially released from certain gypsum wallboard manufactured in China and the concentrations, or levels, of such gases in indoor, room air.

In short, our findings confirmed the presence of effects from sulfide gases in the home and the presence of wallboard releasing these gases. However, based on the room air testing, there is no indication the room air levels of any sulfide gases being released by the wallboard at the time of our evaluation would result in adverse human health outcomes for residents of this home. The evaluations conducted and conclusions reached are detailed below.

On May 19, 2009, ENVIRON conducted an initial evaluation of this residence. This included: 1) an inspection of the residence to assess the presence of black surface accumulations characteristic of sulfide effects on select HVAC system components, exposed electrical wire segments, copper plumbing, and other components and fixtures; and 2) the collection of small samples of gypsum to assess the release of sulfide gases and their characteristic odors.

The initial evaluation confirmed the presence of black discoloration on copper components consistent with the effects characteristic of sulfide gas releases from certain Chinese wallboard. Testing of gypsum fragments demonstrated the unusual release of sulfur gases by wallboard, also characteristic for wallboard affecting components in homes. The conclusion of this initial evaluation was confirmation of the presence of wallboard that can produce effects on copper components and the presence of such effects in the residence.

On June 2, 2009, ENVIRON conducted a follow-up evaluation of air quality in this home. This included: 1) the measurement of indoor and outdoor air using a calibrated direct-reading hydrogen sulfide analyzer; and 2) the collection of two air samples from locations within the residence (Sample 060209-RO1 from the kitchen and Sample 0602090-RO2 from the master bedroom), and two samples of outdoor air near the home (Samples 060209-RO3, 060209-RO4) for subsequent laboratory analysis. Outdoor air is tested and

10150 Highland Manor Drive, Tampa, FL 33610     Tel: 813.628.4325     Fax: 813.628.4983     www.environcorp.com

*Beazer v Knauf Gips, et al.*
*cb: 705125*

Clark – re: Royal Residence, 13512 Little Gem Circle, Ft. Myers, Florida 33913
June 23, 2009
Page 2

sampled in order to compare concentrations of various gases in the residence to naturally occurring concentrations of the same gases that may be present in the outside environment.

Measurements were made with the direct-reading hydrogen sulfide analyzer in nine rooms around the home. Direct-reading measurements were also made outdoors.

With the direct-reading instrument, readings of 1 part per billion by volume (ppbv) were obtained in the kitchen, living/dining room, family room, office, NW bedroom, west bedroom, guest bathroom, master bedroom, and master bathroom. The readings for the two outdoor air samples were below the instrument sensitivity level (< 1 ppbv).

From the direct-reading instrument, the readings of 1 ppbv and below for hydrogen sulfide indoors match common indoor and outdoor background levels. We routinely measure 1-2 ppbv of hydrogen sulfide outdoors. The readings of 1 ppbv in nine rooms do not reflect potential exposures in excess of common outdoor levels.

Air samples for laboratory analysis were individually labeled, documented by a chain of custody form and shipped via overnight courier to an accredited laboratory, Air Toxics, Ltd., for analysis using ASTM International (ASTM) Method D-5504 to test for twenty sulfur-containing gases of the type released by certain Chinese wallboard.

The laboratory results for the samples from this residence, along with the results for the outdoor air and laboratory quality control samples, are attached. For the wallboard-associated gases, the laboratory's Method Reporting Limits were sufficiently sensitive to detect levels known to cause toxicity.

As you can see from the attached results for the air samples submitted to the laboratory, the laboratory has reported one sulfide gas to be detectable – carbon disulfide. The laboratory reported 5.0 parts per billion by volume (ppbv) in the sample from the kitchen (060209-RO1) and 5.3 ppbv in the sample from master bedroom (060209-RO2). The laboratory did not report detectable levels of any other sulfide gases in this sample.

Carbon disulfide is a simple, sulfur-containing gas that can be found in nature, produced in marshes, and by microorganisms. Carbon disulfide is also a gas released by certain gypsum wallboard manufactured in China.

The levels of 5.0 and 5.3 ppbv reported in the kitchen and master bedroom samples, respectively, are substantially below the thresholds that have been reported to produce even the mildest effects on humans. The U.S. Department of Health and Human Services, Agency for Toxic Substances and Disease Registry has established a level they deem to be safe for daily, chronic inhalation exposures at 300 ppbv. The U.S. Environmental Protection Agency has established a level they determine to be safe for long-term daily inhalation exposures to sensitive individuals (termed a chronic reference dose) of 200

Clark – re: Royal Residence, 13512 Little Gem Circle, Ft. Myers, Florida 33913
June 23, 2009
Page 3

ppbv. The detected levels of carbon disulfide in the home are substantially less than these criteria, indicating that this condition would not be considered a health threat by either agency. Accordingly, ENVIRON has determined that there is no indication that the levels of any sulfide gases measured by ENVIRON in room air would result in adverse human health outcomes for residents of this home.

ENVIRON appreciates the opportunity to be of assistance in this regard. Should you have any questions and/or comments concerning the information provided, please do not hesitate to contact us.

Sincerely,

Robert P. DeMott
Principal Toxicologist


Encl:   Attachment 1:  Royal – Laboratory Results

# ATTACHMENT 1

## Royal – 13512 Little Gem Circle, Ft. Myers, Florida

## LABORATORY RESULTS

Beazer v Knauf Gips, et al.
cb: 705128



**Air Toxics LTD.**
Laboratory Services Since 1989

## WORK ORDER #: 0906047

Work Order Summary

| | | | |
|---|---|---|---|
| **CLIENT:** | Environ International<br>10150 Highland Manor Drive<br>Suite 440<br>Tampa, FL 33610 | **BILL TO:** | Accounts Payable<br>Environ International<br>10150 Highland Manor Drive<br>Suite 440<br>Tampa, FL 33610 |
| **PHONE:** | 813-628-4325 | **P.O. #** | |
| **FAX:** | 813-628-4983 | **PROJECT #** | Beazer |
| **DATE RECEIVED:** | 06/03/2009 | **CONTACT:** | Bryanna Langley |
| **DATE COMPLETED:** | 06/04/2009 | | |

| FRACTION # | NAME | TEST | RECEIPT VAC./PRES. | FINAL PRESSURE |
|---|---|---|---|---|
| 01A | 060209-RO1 (Kitchen) | ASTM D-5504 | Tedlar Bag | Tedlar Bag |
| 02A | 060209-RO2 (Master Bed) | ASTM D-5504 | Tedlar Bag | Tedlar Bag |
| 03A | 060209-RO3 (Front Outdoor) | ASTM D-5504 | Tedlar Bag | Tedlar Bag |
| 04A | 060209-RO4 (Rear Outdoor) | ASTM D-5504 | Tedlar Bag | Tedlar Bag |
| 05A | Lab Blank | ASTM D-5504 | NA | NA |
| 06A | LCS | ASTM D-5504 | NA | NA |

CERTIFIED BY: _Linda L. Truman_ (signature)   DATE: 06/05/09
Laboratory Director

Certification numbers: CA NELAP - 02110CA, LA NELAP/LELAP- AI 30763, NJ NELAP - CA004
NY NELAP - 11291, UT NELAP - 9166389892, AZ Licensure AZ0719
Name of Accrediting Agency: NELAP/Florida Department of Health, Scope of Application: Clean Air Act,
Accreditation number: E87680, Effective date: 07/01/08, Expiration date: 06/30/09
Air Toxics Ltd. certifies that the test results contained in this report meet all requirements of the NELAC standards

This report shall not be reproduced, except in full, without the written approval of Air Toxics Ltd.

180 BLUE RAVINE ROAD, SUITE B FOLSOM, CA - 95630
(916) 985-1000 . (800) 985-5955 . FAX (916) 985-1020

Page 2 of 10

*Beazer v Knauf Gips, et al.*
*cb: 705129*



## LABORATORY NARRATIVE
### ASTM D-5504
### Environ International
### Workorder# 0906047

Four 1 Liter Tedlar Bag samples were received on June 03, 2009. The laboratory performed the analysis of sulfur compounds via ASTM D-5504 using GC/SCD. The method involves direct injection of the air sample into the GC via a fixed 2.0 mL sampling loop. See the data sheets for the reporting limits for each compound.

### Receiving Notes

There were no receiving discrepancies.

### Analytical Notes

There were no analytical discrepancies.

### Definition of Data Qualifying Flags

Seven qualifiers may have been used on the data analysis sheets and indicate as follows:
B - Compound present in laboratory blank greater than reporting limit.
J - Estimated value.
E - Exceeds instrument calibration range.
S - Saturated peak.
Q - Exceeds quality control limits.
U - Compound analyzed for but not detected above the detection limit.
M - Reported value may be biased due to apparent matrix interferences.
File extensions may have been used on the data analysis sheets and indicates
as follows:
 a-File was requantified
 b-File was quantified by a second column and detector
 r1-File was requantified for the purpose of reissue

*Beazer v Knauf Gips, et al.*
cb: 705130



## Summary of Detected Compounds
## SULFUR GASES BY ASTM D-5504 GC/SCD

**Client Sample ID: 060209-RO1 (Kitchen)**

Lab ID#: 0906047-01A

| Compound | Rpt. Limit (ppbv) | Amount (ppbv) |
|---|---|---|
| Carbon Disulfide | 5.0 | 5.0 |

**Client Sample ID: 060209-RO2 (Master Bed)**

Lab ID#: 0906047-02A

| Compound | Rpt. Limit (ppbv) | Amount (ppbv) |
|---|---|---|
| Carbon Disulfide | 5.0 | 5.3 |

**Client Sample ID: 060209-RO3 (Front Outdoor)**

Lab ID#: 0906047-03A
   No Detections Were Found.

**Client Sample ID: 060209-RO4 (Rear Outdoor)**

Lab ID#: 0906047-04A
   No Detections Were Found.

Beazer v Knauf Gips, et al.
cb: 705131



**Air Toxics LTD.**
*Laboratory Services Since 1989*

Client Sample ID: 060209-RO1 (Kitchen)
Lab ID#: 0906047-01A
SULFUR GASES BY ASTM D-5504 GC/SCD

| File Name: | b060306 | | Date of Collection: 6/2/09 2:22:00 PM |
|---|---|---|---|
| Dil. Factor: | 1.00 | | Date of Analysis: 6/3/09 08:53 AM |
| Compound | | Rpt. Limit (ppbv) | Amount (ppbv) |
| Hydrogen Sulfide | | 4.0 | Not Detected |
| Carbonyl Sulfide | | 4.0 | Not Detected |
| Methyl Mercaptan | | 4.0 | Not Detected |
| Ethyl Mercaptan | | 4.0 | Not Detected |
| Dimethyl Sulfide | | 4.0 | Not Detected |
| Carbon Disulfide | | 5.0 | 5.0 |
| Isopropyl Mercaptan | | 4.0 | Not Detected |
| tert-Butyl Mercaptan | | 4.0 | Not Detected |
| n-Propyl Mercaptan | | 4.0 | Not Detected |
| Ethyl Methyl Sulfide | | 4.0 | Not Detected |
| Thiophene | | 4.0 | Not Detected |
| Isobutyl Mercaptan | | 4.0 | Not Detected |
| Diethyl Sulfide | | 4.0 | Not Detected |
| n-Butyl Mercaptan | | 4.0 | Not Detected |
| Dimethyl Disulfide | | 4.0 | Not Detected |
| 3-Methylthiophene | | 4.0 | Not Detected |
| Tetrahydrothiophene | | 4.0 | Not Detected |
| 2-Ethylthiophene | | 4.0 | Not Detected |
| 2,5-Dimethylthiophene | | 4.0 | Not Detected |
| Diethyl Disulfide | | 4.0 | Not Detected |

**Container Type: 1 Liter Tedlar Bag**

*Beazer v Knauf Gips, et al.*
*cb: 705132*



Client Sample ID: 060209-RO2 (Master Bed)
Lab ID#: 0906047-02A
SULFUR GASES BY ASTM D-5504 GC/SCD

| File Name: | b060307 | Date of Collection: 6/2/09 2:27:00 PM |
|---|---|---|
| Dil. Factor: | 1.00 | Date of Analysis: 6/3/09 09:11 AM |

| Compound | Rpt. Limit (ppbv) | Amount (ppbv) |
|---|---|---|
| Hydrogen Sulfide | 4.0 | Not Detected |
| Carbonyl Sulfide | 4.0 | Not Detected |
| Methyl Mercaptan | 4.0 | Not Detected |
| Ethyl Mercaptan | 4.0 | Not Detected |
| Dimethyl Sulfide | 4.0 | Not Detected |
| Carbon Disulfide | 5.0 | 5.3 |
| Isopropyl Mercaptan | 4.0 | Not Detected |
| tert-Butyl Mercaptan | 4.0 | Not Detected |
| n-Propyl Mercaptan | 4.0 | Not Detected |
| Ethyl Methyl Sulfide | 4.0 | Not Detected |
| Thiophene | 4.0 | Not Detected |
| Isobutyl Mercaptan | 4.0 | Not Detected |
| Diethyl Sulfide | 4.0 | Not Detected |
| n-Butyl Mercaptan | 4.0 | Not Detected |
| Dimethyl Disulfide | 4.0 | Not Detected |
| 3-Methylthiophene | 4.0 | Not Detected |
| Tetrahydrothiophene | 4.0 | Not Detected |
| 2-Ethylthiophene | 4.0 | Not Detected |
| 2,5-Dimethylthiophene | 4.0 | Not Detected |
| Diethyl Disulfide | 4.0 | Not Detected |

Container Type: 1 Liter Tedlar Bag

Beazer v Knauf Gips, et al.
cb: 705133



**Air Toxics LTD.**
Laboratory Services Since 1989

Client Sample ID: 060209-RO3 (Front Outdoor)
Lab ID#: 0906047-03A
SULFUR GASES BY ASTM D-5504 GC/SCD

| File Name: | b060308 | Date of Collection: 6/2/09 2:32:00 PM |
| --- | --- | --- |
| Dil. Factor: | 1.00 | Date of Analysis: 6/3/09 09:31 AM |

| Compound | Rpt. Limit (ppbv) | Amount (ppbv) |
| --- | --- | --- |
| Hydrogen Sulfide | 4.0 | Not Detected |
| Carbonyl Sulfide | 4.0 | Not Detected |
| Methyl Mercaptan | 4.0 | Not Detected |
| Ethyl Mercaptan | 4.0 | Not Detected |
| Dimethyl Sulfide | 4.0 | Not Detected |
| Carbon Disulfide | 5.0 | Not Detected |
| Isopropyl Mercaptan | 4.0 | Not Detected |
| tert-Butyl Mercaptan | 4.0 | Not Detected |
| n-Propyl Mercaptan | 4.0 | Not Detected |
| Ethyl Methyl Sulfide | 4.0 | Not Detected |
| Thiophene | 4.0 | Not Detected |
| Isobutyl Mercaptan | 4.0 | Not Detected |
| Diethyl Sulfide | 4.0 | Not Detected |
| n-Butyl Mercaptan | 4.0 | Not Detected |
| Dimethyl Disulfide | 4.0 | Not Detected |
| 3-Methylthiophene | 4.0 | Not Detected |
| Tetrahydrothiophene | 4.0 | Not Detected |
| 2-Ethylthiophene | 4.0 | Not Detected |
| 2,5-Dimethylthiophene | 4.0 | Not Detected |
| Diethyl Disulfide | 4.0 | Not Detected |

**Container Type: 1 Liter Tedlar Bag**

*Beazer v Knauf Gips, et al.*
cb: 705134



**Air Toxics LTD.**
Laboratory Services Since 1989

Client Sample ID: 060209-RO4 (Rear Outdoor)
Lab ID#: 0906047-04A
SULFUR GASES BY ASTM D-5504 GC/SCD

| File Name: | b060309 | Date of Collection: 6/2/09 2:37:00 PM |
| --- | --- | --- |
| Dil. Factor: | 1.00 | Date of Analysis: 6/3/09 09:49 AM |

| Compound | Rpt. Limit (ppbv) | Amount (ppbv) |
| --- | --- | --- |
| Hydrogen Sulfide | 4.0 | Not Detected |
| Carbonyl Sulfide | 4.0 | Not Detected |
| Methyl Mercaptan | 4.0 | Not Detected |
| Ethyl Mercaptan | 4.0 | Not Detected |
| Dimethyl Sulfide | 4.0 | Not Detected |
| Carbon Disulfide | 5.0 | Not Detected |
| Isopropyl Mercaptan | 4.0 | Not Detected |
| tert-Butyl Mercaptan | 4.0 | Not Detected |
| n-Propyl Mercaptan | 4.0 | Not Detected |
| Ethyl Methyl Sulfide | 4.0 | Not Detected |
| Thiophene | 4.0 | Not Detected |
| Isobutyl Mercaptan | 4.0 | Not Detected |
| Diethyl Sulfide | 4.0 | Not Detected |
| n-Butyl Mercaptan | 4.0 | Not Detected |
| Dimethyl Disulfide | 4.0 | Not Detected |
| 3-Methylthiophene | 4.0 | Not Detected |
| Tetrahydrothiophene | 4.0 | Not Detected |
| 2-Ethylthiophene | 4.0 | Not Detected |
| 2,5-Dimethylthiophene | 4.0 | Not Detected |
| Diethyl Disulfide | 4.0 | Not Detected |

**Container Type: 1 Liter Tedlar Bag**

Beazer v Knauf Gips, et al.
cb: 705135



**Air Toxics LTD.**
Laboratory Services Since 1989

Client Sample ID: Lab Blank
Lab ID#: 0906047-05A
SULFUR GASES BY ASTM D-5504 GC/SCD

| File Name: | b060304 | Date of Collection: NA |
|---|---|---|
| Dil. Factor: | 1.00 | Date of Analysis: 6/2/09 10:09 PM |

| Compound | Rpt. Limit (ppbv) | Amount (ppbv) |
|---|---|---|
| Hydrogen Sulfide | 4.0 | Not Detected |
| Carbonyl Sulfide | 4.0 | Not Detected |
| Methyl Mercaptan | 4.0 | Not Detected |
| Ethyl Mercaptan | 4.0 | Not Detected |
| Dimethyl Sulfide | 4.0 | Not Detected |
| Carbon Disulfide | 5.0 | Not Detected |
| Isopropyl Mercaptan | 4.0 | Not Detected |
| tert-Butyl Mercaptan | 4.0 | Not Detected |
| n-Propyl Mercaptan | 4.0 | Not Detected |
| Ethyl Methyl Sulfide | 4.0 | Not Detected |
| Thiophene | 4.0 | Not Detected |
| Isobutyl Mercaptan | 4.0 | Not Detected |
| Diethyl Sulfide | 4.0 | Not Detected |
| n-Butyl Mercaptan | 4.0 | Not Detected |
| Dimethyl Disulfide | 4.0 | Not Detected |
| 3-Methylthiophene | 4.0 | Not Detected |
| Tetrahydrothiophene | 4.0 | Not Detected |
| 2-Ethylthiophene | 4.0 | Not Detected |
| 2,5-Dimethylthiophene | 4.0 | Not Detected |
| Diethyl Disulfide | 4.0 | Not Detected |

Container Type: NA - Not Applicable

*Beazer v Knauf Gips, et al.*
cb: 705136



| | | |
|---|---|---|
| | Client Sample ID: LCS | |
| | Lab ID#: 0906047-06A | |
| | SULFUR GASES BY ASTM D-5504 GC/SCD | |
| File Name: | b060302 | Date of Collection: NA |
| Dil. Factor: | 1.00 | Date of Analysis: 6/2/09 09:00 PM |

| Compound | %Recovery |
|---|---|
| Hydrogen Sulfide | 89 |
| Carbonyl Sulfide | 108 |
| Methyl Mercaptan | 84 |
| Ethyl Mercaptan | 104 |
| Dimethyl Sulfide | 97 |
| Carbon Disulfide | 98 |
| Isopropyl Mercaptan | 95 |
| tert-Butyl Mercaptan | 98 |
| n-Propyl Mercaptan | 94 |
| Ethyl Methyl Sulfide | 95 |
| Thiophene | 100 |
| Isobutyl Mercaptan | 97 |
| Diethyl Sulfide | 99 |
| n-Butyl Mercaptan | 93 |
| Dimethyl Disulfide | 104 |
| 3-Methylthiophene | 93 |
| Tetrahydrothiophene | 98 |
| 2-Ethylthiophene | 92 |
| 2,5-Dimethylthiophene | 94 |
| Diethyl Disulfide | 105 |

Container Type: NA - Not Applicable

Beazer v Knauf Gips, et al.
cb: 705137