# KEITH TOBECK

9926 VIA SAN MARCO LOOP
Ft. Myers, FL. 33905
239-931-9636-home
239-931-9637-fax
239-218-6343-cell
Kidgumbal@comcast.net

May 21, 2009

Kevin Clark
Beazer Homes
19601 Cypress View Drive
Ft. Myers, FL. 33913

Dear Mr. Clark:

Steve, Samantha and myself have reviewed your letter to me and the email sent to Steve. We are all in agreement that we will not stop writing letters, contacting newspapers, television stations, State Representative and Senators about Beazer's lack of action and care for the people that had homes built by Beazer. Many of these homes are financed by Wachovia Bank. As of today, these homes have a zero value.
Contrary to your assessment, Steve has had professional inspectors come into the home and assess the damage and cause. You have received copies of such and refused to-do anything to prove or disprove their validity.
In your letter you so much as stated you do not know what you are doing. You had retained consultants who did not follow protocol and the tests were of no value. You have cut at lest 15 holes and taken many samples over the last three or four months and no one seems to know what became of them or their findings.
Any question asked by Steve has been answered with we are working on it. Why has Ryland, Lennar and many other home builders already not only addressing the problem, but are resolving the problem.
I live in The Promenade East and eight of the homes built by Ryland had Chinese drywall. Maybe you should contact them and find out how they discovered the problem and proved it was the drywall causing the problem. Ryland went into each home, video taped the entire home from pictures on the wall to paint of the garage floor. They then hired United Van Lines to come into the homes and pack up everything and put it into storage. They moved the people into another furnished home. They then proceeded to strip the home down to the studs and rebuild and put everything back in place including the pictures on the wall.. You might want to come to the Promenade East and see how it is done.
In today's paper you will note that Senator Nelson held a press conference yesterday with



DEFENDANT'S EXHIBIT 26

*Beazer v Knauf Gips, et al.*
cb: 705906

a piece of Chinese drywall taken form a home here in Ft. Myers. I'll let you guess where that piece came from. This piece had been tested by the EPA and found to have shown many difference in the Chinese and American made drywall.

However it seems to those with Beazer Homes that the decision from either the Florida office or Corporate office is to stall.

Rent and food allowances were promised to Steve and Samantha and not one dollar has been given to them as of today.

They slept on their mattresses out on the lanai for a couple of weeks waiting for you to do something, anything, you did nothing.

Continued disregard for the families will result in more and more damage and law suits against Beazer.

It would only seem logical that Beazer would want to protect the good name they had. Ultimately the insurance companies and the Chinese drywall manufactures and importers will be paying the tab.

Your lack of concern for the families is just deplorable. Your action speaks louder than any words. You have shown no action other than to hire a company to test the drywall and either they or you used bags that were not reliable. Someone should be terminated for such incompetence, or is this just another stall tactic used by Beazer.

Regards,

Keith Tobeck

Steve Attard

Samantha Attard

Cc: Senator Nelson
    Representative Nick Thompson
    Lanny Smith, C.E.O. Wachovia Bank
    Ian McCarthy, C.E.O. Beazer Homes
    NBC, The Today Show

*Beazer v Knauf Gips, et al.*
cb: 705907