
ENVIRON

# Repair Protocol for Addressing Damages from Defective Gypsum Wallboard in Multi-Family Units

Prepared for: Beazer Homes
Prepared by: ENVIRON International, Inc. (ENVIRON)
Contact: Robert P. DeMott, Ph.D., DABT

Date: 23 June 2010

## Introduction

This document outlines a protocol for categorizing and addressing multi-family residential complexes with damages caused by defective wallboard characterized by high sulfur content, commonly referred to as defective Chinese drywall. These damages are due to the corrosion of certain metals (particularly copper) and can result in the perforation of copper heat exchange coils in HVAC systems and failure of these systems. Other copper materials in units, such as electrical and plumbing components, can also be damaged. Damage to brass, a copper-containing alloy commonly used in plumbing valves, has also been observed.

The protocol is intended to detail steps that can be taken to identify and repair or replace damaged components in units, and to eliminate the potential for recurring damage. This protocol is based around removal and replacement of wallboard and damaged components in the units.

## Confirmation of Affected Units

Prior to initiating the repair protocol, confirmation of both the damages and cause of the damages, i.e., wallboard, should be documented.

Units should be categorized as damaged or unaffected based on visual observations and the following criteria, as necessary:

- Characteristic blackening on HVAC coil (exclude oxidative discoloration and blackening around welds)
- Blackened exposed copper wiring and/or copper plumbing
- Characteristic sulfur-type smell
- Identification of suspect manufacturing markings/labeling on wallboard

A history of HVAC coil failure can also be a factor.


DEFENDANT'S EXHIBIT 27

---

10150 Highland Manor Drive, Suite 440  Tampa, FL 33610  Tel: 813.628.4325  Fax: 813.628.4983   www.environcorp.com

*Beazer v Knauf Gips, et al.*
cb: 706369

Beazer Protocol – Multifamily	23 June 2010

If necessary to further evaluate observations, third party professionals may perform testing of wallboard.

## Damaged Units

Units that show indications of damaged copper or other effects can fall into two categories, those apparently damaged by defective wallboard in the unit and those affected by other sources.

### *Non-Wallboard Affected Units*

If blackening of copper surfaces and other damage have been observed, but there are no indications of the presence of defective wallboard, further investigation by third party professionals may be warranted to evaluate potential sources.

Similar effects on units can occur in the absence of defective wallboard within the unit. Typical sources of such damages include high sulfur drinking water in some areas of Florida, and releases from traps, drains or waste plumbing lines that are not functioning properly. In the case of multi-unit buildings, it is also possible that some damage could be found in units without defective wallboard in the circumstances where there are substantial ventilation and airflow connections with neighboring, affected units. Such construction and connections have not, however, been frequently observed.

Further investigation may be warranted in the occasional instances where damages are apparent, but contribution from defective wallboard is not clear. Also, the construction detail of the building should be reviewed to identify any utility chases or plenum spaces where air exchange could occur between units containing defective wallboard and neighboring units.

In instances where the actual source is not wallboard, implementation of this repair protocol would be unnecessary, and damage could recur. These cases are expected to occur infrequently, and the investigation strategy should be case-specific, driven by observations in the field relating to connections to common areas and neighboring units, high sulfur tap water, sewer system function and other potential sources.

### *Defective Wallboard-Affected Units*

For units damaged by defective wallboard, once such confirmation has been made repair will be initiated as set forth below.

### 1. Documentation of Interior Finishes and Conditions

Document by handheld video or photos finishes and conditions in the unit prior to resident move out including:

2	ENVIRON

*Beazer v Knauf Gips, et al.*
*cb: 706370*

Beazer Protocol – Multifamily                                                      23 June 2010

- Wall and door finishes
- Trim
- Flooring
- Light fixtures
- Kitchen and bathroom fixtures and appliances
- Counters and cabinets

## 2. Documentation of Wallboard Source and Preparation for Third Party Inspections

Subsequent to resident move-out, and in preparation for making a videographic record which will provide specific documentation of the materials present in the unit, the following steps should be taken:

- Remove switch and receptacle cover plates, pull components out of boxes
- Open back panel of refrigerator to expose compressor and coil
- Open cover to expose air handling unit(s)
- Record video of overall unit conditions, condition of HVAC coil and effects on electrical components

Once the "as-is" conditions are recorded, the following steps should be taken:

- Where walls around the perimeter of units are anticipated to be fire-rated assemblies with a type of wallboard other than standard ½ inch drywall (e.g., 5/8" drywall, Hardie Backer, DensGlas), confirm and document this by:
    - videorecording, where possible, the edges and materials around cutouts for receptacles or switches
    - if necessary, cutting small (~4" X 4") sections out and measuring the thickness of any drywall and viewing the construction of the wall system
- Remove extended segments of wallboard sheets from each major nonfire-rated wall and place on the floor beneath the corresponding hole, with labeling and markings visible (Where backing paper and/or edge banding indicates the presence of mixed board types, expose segments of each)
- Document the type of board in each room and approximate amounts/proportions.
- Document board types and date stamps present in the entire unit
- Collect two approximately 10" X 10" samples from each brand/type of wallboard found – labeled and documented to room and location, and prepare a list for comparison during demolition. Portions of labeling should be included on the archived sample if possible, along with edge tapes, if found. NOTE: archived

Beazer Protocol – Multifamily                                        23 June 2010

   wallboard samples should be kept within two zip-type sealed plastic bags and
   stored in an air conditioned area

- (NOTE: ensure that circuit breakers for inside wiring remain off, but HVAC is left on
  and operable at this stage)

### 3. Removal and Archiving of Damaged Components

Subsequent to any inspection by third parties and prior to demolition, electrical, plumbing
and HVAC components should be removed. Representative samples should be stored
under chain-of-custody procedures. The process should include the following steps:

- Drain refrigerant from evaporator coils (completed by HVAC technician)

- Disconnect and remove evaporator coil(s) (completed by HVAC technician)

- Collect representative samples from damaged HVAC coils from the coil;
  photograph the coil before and after, and store under chain of custody procedures
  – four "U"-bends (approximately 2" long) from each side and 8 straight segments of
  copper lines (at least 6 inches long).

- Reconfigure any circuits that need to remain on or to be used during construction
  (e.g., garage door for townhomes)

- Disconnect water supply

- Remove any damaged plumbing fixtures and copper stub-outs

- Photograph and document all plumbing fixtures and copper stub-outs

- Collect representative samples of damaged copper plumbing components,
  document to location and store under chain of custody procedures – pieces of
  each shower riser should be collected (approximately 8 inches long) and segments
  of copper fixture stubouts (approximately 4-6" long), or the entire fixtures, should
  be collected from each of two separate rooms

- Collect representative sample of damaged brass valves/fixtures, document to
  location and store under chain of custody procedures – two damaged brass valves

- Collect representative samples of damaged electrical components, label and
  document to room and location and store under chain of custody procedures.
  Number of samples will vary by home size and floor plan, but should document
  damage through various rooms – at least 3 switches and 3 receptacles from walls
  on which defective Chinese drywall was found should be retained, along with at
  least 3 switches and 3 receptacles from other walls. Smoke detectors or similar
  devices should be collected, at least one from each floor of the home. Low-voltage
  system components with smaller gauge wire should also be retained (i.e., 3
  telephone jacks, security system connections, or other such components as are
  observed)

4                                                             ENVIRON

Beazer Protocol – Multifamily					23 June 2010

- Remove all damaged materials for archiving, identify them on appropriate chain of custody forms and store in an air conditioned area, double-bagged, per instructions of counsel

## 4. Demolition

Following procurement of the relevant permits and compliance with relevant county asbestos survey requirements, the initial stage of demolition should be controlled to allow for identification of any additional sources of wallboard, or other findings that require documentation.

Prior to starting invasive activities, appropriate isolation and containment procedures should be put in place to control air exchange and dust transfer from units being repaired to other units or common areas. Details will be dependent upon the specific construction and layout of the buildings and repair plans, but should be based on the goal of limiting dust transfer to other portions of the buildings. Possible elements include:
- Plastic sheeting around doorways of units under repair
- Sticky surface floor protection near doorways to limit dust transfer on boots
- Positive pressure ventilation
- Directing exhaust fans to the outside

Demolition crew should start by taking down large segments of each board not previously opened.

- Inspection team should cross-reference previously recorded brands and types of wallboard for the unit – if any newly identified board types are found
  o New board types should be photographed and two 10" X 10" samples should be collected, labeled and stored as above
  o Two individuals should be present to document additional wallboard types and markings (Beazer construction supervisor and ENVIRON team member)

- Demolition crew should open ceilings in each room, looking for identification marks and thickness of board.
  o Where 5/8" wallboard is present, no further documentation necessary
  o Where ½" wallboard is on ceiling, inspection team will look for brands and types (i.e., no-sag ceiling board)

Once all wallboard observations and confirmations are complete, demolition crew should begin final demolition. Per instruction of Beazer's construction supervisor, the following steps should be taken:

- Remove carpet and turn backing up to cover tile flooring that is to be protected and left in place

- Protect wood floors

- Protect/remove and store, as necessary, cabinets, counters and doors

5											ENVIRON

Beazer v Knauf Gips, et al.
cb: 706373

Beazer Protocol – Multifamily                                        23 June 2010

- Protect/remove and store, as necessary, sinks and plumbing fixtures
- Remove any remaining light fixtures and ceiling fans
- Remove insulation and HVAC ducting
- Remove hot water heater
- Remove toilets
- Protect, if possible, shower enclosures backed with water-resistant board
- Remove smoke detectors and other low-voltage fixtures
- Remove ceilings
- Complete demolition down to studs per instruction of Beazer construction supervisor

NOTE: DensGlass: the fire-rated assemblies between Hampton Lakes units constructed of DensGlass shaftliner board do not have to be removed and replaced to achieve a successful repair, however the face of this material should be cleaned to remove any dust resulting from the demolition process.

NOTE: 5/8 in., "Type X" Fire Resistant Board: the fire-rated assemblies between Hampton Lakes units constructed of 5/8 in., "Type X" Fire Resistant board do not have to be removed and replaced to achieve a successful repair, however the face of this material should be cleaned to remove any dust resulting from the demolition process.

## 5. Cleaning and Confirmation of Gypsum Dust Removal

Following demolition, a cleaning crew will:

- Remove any residual fragments of gypsum
- HEPA vacuum entire house – exterior walls, partitions and slab
- Depending on the configuration of framing and other features of the home, additional methods for cleaning and removing residual dust may be needed. If any cleaning methods involving water are used, adequate care and monitoring must be implemented to ensure that no moisture damage occurs and surfaces are adequately dried
- Ventilate unit for a minimum of 15 days with large fans to promote removal of any residual gases

6                                                                    ENVIRON

Beazer Protocol – Multifamily                                                              23 June 2010

### 6. Cleaning/Replacement of Remaining Damaged Components

Once demolition and cleaning are complete, the Beazer construction supervisor will inspect any remaining brass or copper fixtures or portions of plumbing or other mechanical systems not removed by the demolition crew. The following steps will then be taken:

- Replace readily removable damaged piping and fixtures

- Clean exposed copper plumbing that is to remain in unit due to accessibility or other considerations (mechanically and/or with corrosion removing chemicals)

- Remove and replace cable and junction boxes for high-voltage electrical cabling (110-220 vAC). Use new receptacles or other terminations

- Inspect and clean or replace and remake terminations in electrical panel(s) (to be performed by electrician). NOTE: Main electrical services into homes may be aluminum or copper wire. Aluminum wire has not been affected by defective wallboard. If discolored, copper wire making up the main service to the home may be cleaned, or cut off and re-terminated if there is sufficient wire. In multi-unit buildings, main electrical services may enter each unit via cable conduits passing through other parts of the building. Inspections and cleaning/reterminating should address the stripped ends at the panel terminations. Insulated electrical cable within conduits has not been affected by defective wallboard

- Remove and replace damaged wiring for low voltage systems (smoke detector, telephone, security, etc.). Termination panels will be inspected and cleaned or replaced, as necessary

ENVIRON will inspect to document removal and replacement of damaged materials at this stage.

While the walls and ceilings are open and the framing and structure of the unit is easily inspected, a Beazer representative will complete an inspection for normal rusting of metal components unrelated to defective wallboard.

### 7. Rebuilding

After receiving relevant building inspections and confirmation to close up the walls, the following rebuilding steps will be taken:

- Standard Beazer building protocol and process will be followed, picking up at the frame stage

- Brand, type and markings on all new wallboard delivered to the unit will be photographed prior to its installation

Beazer Protocol – Multifamily                                    23 June 2010

### 8. Post-Repair Finalization

Upon completion of the repairs and corresponding inspections, ENVIRON will prepare a letter specifying that the repair protocol has been implemented and completed and that 1) all damaged materials found have been addressed, and 2) no defective wallboard is in the unit.

Beazer representatives will:

- Assist resident with move-in/closeout
- Conduct standard warranty inspections at normal Beazer intervals for new unit.