## SCOPE OF WORK

1. Beazer and Homeowner agree that Beazer will perform the Repair Work at the Home, as described in this Scope of Work section.

2. The Repair Work at the Home will include the following:

- Removing and replacing all drywall in the Home, including ceilings;
- Removing and replacing all affected HVAC systems;
- Removing and replacing all smoke detectors;
- Removing and replacing all hot water heaters;
- Removing and replacing all duct work;
- Removing and replacing all insulation;
- Removing and replacing all carpet;
- Removing and replacing all electrical wiring (including low-voltage wiring), switches, and receptacles;
- Removing and replacing all affected plumbing components;
- Removing and replacing all affected original appliances;
- Finishing and painting all new drywall;
- Repairing or replacing, as necessary, all materials affected by the repair process in the Home, which may include but are not limited to tile, cabinets, countertops, sinks, toilets, bathtubs, shower enclosures, appliances, mirrors, lighting fixtures, ceiling fans, plumbing fixtures, wood trim, and molding;
- HEPA vacuuming the Home to remove all construction dust; and
- Cleaning and restoring the Home to its pre-repair condition.



DEFENDANT'S EXHIBIT 30

*Beazer v Knauf Gips, et al.*
cb: 705786