13270 Little Gem Circle
Fort Myers, Florida 33913
July 23, 2009

Mr. Glenn Davis, Customer Care Manager
Beazer Homes
13100 Westlinks Terrace
Fort Myers, Florida 33913

Dear Mr. Davis,

Thank you for meeting with us on Tuesday to discuss the drywall remediation process on our home, and to cover the Work Authorization/Release. After reviewing the documents with counsel, there are several items that we must have clarified within the agreement, and additional provisions granted:

- A time line for the repair work. When it will begin, when it will be completed.
- All demolition and repair work will be performed by qualified licensed, bonded and insured contractors and sub-contractors, to ensure quality workmanship.
- Home-site visits, coordinated with the Beazer construction manager, on a bi-weekly basis to monitor construction (a practice that Beazer offers during new home construction).
- A pre-drywall tour by Homeowner and Beazer shall occur prior to any new drywall being installed, to inspect wiring, plumbing, framing, etc. (another item Beazer includes with new homes)
- Clarification on Scope of Work. Specifically, which components will be replaced, as opposed to which components will be repaired and reused. This would clarify the verbiage on Page 3, Section B, Item 2. In addition:
    - All HVAC systems and components shall be removed and replaced. The current language indicates that only "*affected* HVAC systems" will be replaced.
    - All original appliances shall be removed and replaced. The current language indicates that only "*affected* appliances" will be replaced.
    - All lighting fixtures, ceiling fans, wood trim, molding, and mirrors shall be removed and replaced. The current language indicates that only those items *affected* by the repair process will be repaired or replaced.
- Upon completion of the repair work, a lifetime transferable warranty that the home is now free of Defective Chinese Drywall.

We believe these additional items to be reasonable and necessary to ensure a fair agreement for both parties. Please contact me at (239) 823-3158 at your earliest convenience.

Sincerely,

*Michael Batteau* (signature)

Michael Batteau

DEFENDANT'S EXHIBIT 31
PENGAD 800-631-6989

Beazer v Knauf Gips, et al.
cb: 704739