MINUTE ENTRY
FALLON, J.
JUNE 27, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * | CIVIL ACTION<br><br>MDL NO. 2047<br><br>SECTION L (5) |
| THIS DOCUMENT RELATES TO:<br>*Elizabeth Bennett, et al. v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al.*, No. 14-2722 | * * * | |

A telephone status conference was held on this date in the Chambers of the Honorable Eldon E. Fallon. James Doyle participated on behalf of Plaintiffs. Kerry Miller and Daniel Dysart participated on behalf of Defendants. The parties discussed the status of the case and procedural plans to move the case forward. The Court considered Defendants' motion to continue certain deadlines. R. Doc. 22263. During the conference, however, Defense counsel represented that an extension was no longer necessary. Accordingly;

**IT IS ORDERED** that Defendants' motion to continue, R. Doc. 22263, be and hereby is **DENIED AS MOOT**. The parties are free to reurge the motion should a continuance become appropriate at a later date.

**IT IS FURTHER ORDERED** that Plaintiff(s) shall produce within twenty-one (21) days of the deposition, any and all information identified during a Plaintiff's deposition that is within the possession, custody, or control of Plaintiff or is information that Plaintiff intends to use in support of their claims and was not previously produced in accordance with the PPF, SPPF, or PFS. The Court may make any appropriate order under Rule

1

2

37 for failure to comply with this deadline. Document requests beyond the scope of the PPF, SPPF, of PFS shall not be subject

 **IT IS FURTHER ORDERED** that the parties participate in a telephone status conference with the Court on Wednesday, July 31, 2019. The Court will initiate the call.



JS10(00:09)