# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * | MDL No. 2:09-md-2047 |
| | * | SECTION "L"(2) |
| **THIS DOCUMENT RELATES TO:** | * | |
| *ALL ACTIONS (except The Mitchell Co., Inc. v. Knauf Gips KG, et al., Civil Action No. 09-4115 (E.D. La.)).* | * * | |
| | * | |

## ORDER

**IT IS ORDERED** that the **STAY** issued on May 28, 2019 (R. Doc. 22261) and **EXTENDED** on June 12, 2019 (R. Doc. 22271) **IS FURTHER EXTENDED** up to and including July 31, 2019, to allow the parties additional time to finalize the Settlement Agreement;

**IT IS FURTHER ORDERED** that, if the parties do not reach a Settlement Agreement by July 31, 2019, or otherwise apply for a further extension of the stay, the stay is automatically lifted and all of the Court's deadlines are reinstated in full;

**IT IS FURTHER ORDERED** that the parties be prepared to advise the Court on the status of this resolution at the next scheduled monthly status conference on July 25, 2019.

New Orleans, Louisiana, this 28th day of June, 2019.

Eldon E. Fallon
United States District Judge