UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| ALL *CASES* | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## UNOPPOSED MOTION TO LIFT PTO 32 FOR INDIVIDUAL SETTLEMENTS ON REMAND AND REQUEST FOR EXPEDITED CONSIDERATION

COMES NOW Parker Waichman LLP; Milstein, Jackson, Fairchild & Wade LLP; Whitfield, Bryson & Mason LLP; Roberts & Durkee, PA; Levin Papantonio Thomas Mitchell Rafferty Proctor PA; and Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss P.A. (collectively, "Settling Firms") and Taishan Gypsum Company Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd. and Taian Taishan Plasterboard Co. Ltd. (collectively, "Taishan"), who request an order lifting Pretrial Order No. 32 ("PTO 32") to allow funding of settlements for certain individual claimants on remand as follows:

1. Settling Firms represent 498 clients ("Participating Plaintiffs") whose claims were remanded to the Southern District of Florida (the "Transferor Court") on June 7, 2018. JPML R. Doc. 524.  *See* Suggestion of Remand, Opinion and Order (R. Doc. 21242) and Supplemental Order 21252.

2. Prior to remand, on May 15, 2018, this Court issued Pretrial Order No. 32 ("PTO 32") establishing a notice requirement for claims on remand and prohibiting "any distribution of funds resulting from cases that have been remanded" until further order of the Court

1

following conferral with the Transferor Court regarding common benefit fees and costs. R. Doc. 21328.[1]

3. Following extended negotiations on remand, Settling Firms and Taishan entered a settlement agreement, effective March 6, 2019, that offers Participating Plaintiffs the opportunity to settle their individual claims ("Florida Individual Settlement").

4. On March 7, 2019, the Florida Individual Settlement was filed under seal in this Court in accordance with PTO 32 and as part of a Motion to Lift PTO 32 for Settlement of Individual Claims on Remand with Voluntary Holdback for Future Fee Allocation (the "Initial Motion to Lift PTO 32"). R. Doc. 22126, 22126-4 (filed under seal). The Initial Motion to Lift PTO 32 was denied as premature on March 20, 2019. R. Doc. 22174.

5. On March 19, 2019, the Transferor Court stayed execution of the Florida Individual Settlement (*See* FLSD R. Doc. 196) following Class Counsel's filing of a Rule 23(d) Motion and Memorandum of Law in Support for an Order to Protect the Florida *Amorin* Class. FLSD R. Doc. 192.

6. On May 24, 2019, Class Counsel and the Taishan defendants announced a proposed global class action settlement (*See* R. Doc. 22259), which applies to all claims *not* eligible to participate in the Florida Individual Settlement.

7. On May 30, 2019, Class Counsel joined Settling Firms and Taishan in requesting that the Transferor Court review *in camera* and approve, if adequate, the notices of settlement provided by Settling Firms to their clients explaining the terms of the Florida Individual Settlement. FLSD R. Doc. 307.

---

[1] Parker Waichman, LLP objected to the Court's retention of jurisdiction over common benefit fee and cost issues. *See* Motion to Vacate Conditional Remand Order – 482. USJP Doc. No. 504, 504-1. The objection was deemed premature. *See* Remand Order. USJP Doc. No. 524.

8. On June 6, 2019, following *in camera* review of these notices, the Transferor Court lifted the stay to allow execution of the Florida Individual Settlement. FLSD R. Doc. 313.

9. On June 14, 2019, 445 Participating Plaintiffs tendered signatures to meet the "first tranche" timeline for payments under the Settlement Agreement, which may begin as early as **July 14, 2019**.[2]

10. Considering the remand and the affirmative exercise of jurisdiction by the Transferor Court over the Florida Individual Settlement (*See* FLSD R. Docs. 196 and 313), this Court should direct that all issues related to an aggregate award of common benefit fees and costs from the Florida Individual Settlement be directed to the Transferor Court, but with this Court retaining jurisdiction to allocate any such award between and among the individual common benefit attorneys in accordance to Pre-Trial Order No. 9.

11. Class Counsel were provided an advance copy of this motion, and have relayed no opposition to this request.

WHEREFORE, Movers respectfully request an Order expeditiously lifting PTO 32 for all claims eligible to participate under the Florida Individual Settlement.

| | |
|---|---|
| **FAIRCLOTH MELTON SOBEL & BASH, LLC** | **MILSTEIN, JACKSON, FAIRCHILD & WADE, LLP** |
| By: /s/ *Jimmy R. Faircloth, Jr.* <br> Jimmy R. Faircloth, Jr. (LA #20645) <br> jfaircloth@fairclothlaw.com <br> Brook L. Villa (LA #31988) <br> bvilla@fairclothlaw.com <br> 9026 Jefferson Highway <br> Building 2, Suite 200 <br> Baton Rouge, LA 70809 | By: /s/ *Mark Milstein* <br> Mark Milstein <br> mmilstein@mjfwlaw.com <br> 10250 Constellation Blvd., 14th Floor <br> Los Angeles, CA 90067 <br> Phone: (310) 396-9600 <br> Fax: (310) 396-9635 |

---

[2] The remaining Participating Plaintiffs may accept the Florida Individual Settlement under an extended timeline for additional tranches.

Phone: (225) 343-9535
Fax: (225) 343-9538

*Attorneys for Parker Waichman LLP*

| **WHITFIELD BRYSON & MASON, LLP** | **MRACHEK, FITZGERALD, ROSE, KONOPKA, THOMAS & WEISS, P.A** |
|---|---|
| By:  /s/ *Gary Mason*  <br> Gary Mason <br> gmason@wbmllp.com <br> 900 West Morgan Street <br> Raleigh, NC 27603 <br> Phone: (919) 600-5002 <br> Fax: (919) 600-5035 | By:  /s/ *Gregory S. Weiss*  <br> Gregory S. Weiss (FL #163430) <br> gweiss@mrachek-law.com <br> 505 S. Flagler Drive, Suite 600 <br> West Palm Beach, FL 33401 <br> Phone: (561) 655-2250 <br> Fax: (561) 655-5537 |
| **ROBERTS & DURKEE, PA** | **LEVIN PAPANTONIO THOMAS MITCHELL RAFFERTY PROCTOR PA** |
| By:  /s/ *C. David Durkee*  <br> C. David Durkee <br> durkee@rdlawnet.com <br> 2665 South Bayshore Drive, Suite 300 <br> Coconut Grove, FL 33133 <br> Phone: (305) 442-1700 <br> Fax: (305) 442-2559 | By:  /s/ *Ben Gordon*  <br> Ben W. Gordon, Jr. (FL # 882836) <br> bgordon@levinlaw.com <br> 316 South Baylen St. <br> Pensacola, FL  32502 <br> Phone:  (850) 435-7034 <br> Fax: (850) 436-6034 |

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing *Unopposed Motion to Lift PTO 32 for Individual Settlements on Remand and Request for Expedited Consideration*  has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for

the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 1st day of July, 2019.

*/s/ Jimmy R. Faircloth, Jr.*
OF COUNSEL
