UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| ALL *CASES* | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Considering the *Unopposed Motion to Lift PTO 32 for Individual Settlements on Remand and Request for Expedited Consideration*;

IT IS ORDERED BY THE COURT that the motion is GRANTED and PTO 32 is hereby lifted as to the individual claims on remand eligible under the Florida Individual Settlement (R. Doc. 22126-4);

IT IS FURTHER ORDERED that any claim for an award of common benefit fees and costs from the proceeds of the Florida Individual Settlement, as well as any related claim, shall be directed to the transferor court, the Southern District of Florida, with this Court retaining jurisdiction to allocate any such award between and among the individual common benefit attorneys in accordance to Pre-Trial Order No. 9.

New Orleans, Louisiana, this ___ day of _____, 2019.

_____
Eldon E. Fallon
United States District Judge