UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

## CLASS COUNSEL'S RESPONSE TO THE UNOPPOSED MOTION TO LIFT PTO 32 FOR INDIVIDUAL SETTLEMENTS ON REMAND AND REQUEST FOR EXPEDITED CONSIDERATION

NOW INTO COURT, come Arnold Levin and Stephen J. Herman, on behalf of the existing *Amorin* Class and the Proposed Settlement Class, and respectfully submit the following response to the Settling Firms' Motion to Lift PTO 32 for Individual Settlements on Remand and Request for Expedited Consideration (Rec. Doc. 22283).

Class Counsel fully support the Participating Plaintiffs' receiving funds from the unique Florida Individual Settlement they agreed to with their counsel, the Settling Firms.

Further, while Class Counsel have always taken the position that this Court never lost jurisdiction over the Participating Plaintiffs or their claims that became the subject of this Court's remand orders, undersigned counsel do not oppose having this Court defer to the Transferor Court in the Southern District of Florida (the Honorable Marcia G. Cooke) with respect to their claim for an aggregate award of common benefit fees and costs from the Florida Individual Settlement. Thereafter, and consistent with this Court's on-going authority over these proceedings, Class Counsel suggest that this Court should preside over the subsequent allocation of any award made by the Transferor Court between and among the individual common benefit attorneys who have made contemporaneous submissions in compliance with PTO 9.

WHEREFORE, for the reasons set forth above, the Motion to Lift PTO 32 for Individual Settlements on Remand and Request for Expedited Consideration is not opposed.

Respectfully submitted,

Dated: July 2, 2019 By: */s/ Stephen J. Herman*
Russ M. Herman (Bar No. 6819) (on the brief)
Leonard A. Davis (Bar No. 14190) (on the brief)
Stephen J. Herman (Bar No. 23129) (on the brief)
Charles King (Bar No.34621) (on the brief)
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
RHerman@hhklawfim.com

*Plaintiffs' Liaison Counsel MDL 2047 and Class Counsel*

Arnold Levin (on the brief)
Fred S. Longer (on the brief)
Sandra L. Duggan (on the brief)
Keith Verrier (on the brief)
Nicola F. Serianni (on the brief)
Levin Sedran & Berman LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (2115) 592-1500
Fax: (215) 592-4663
alevin@lfsblaw.com

*Plaintiffs' Lead Counsel MDL 2047 and Class Counsel*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, which will serve a notice of the uploading in accordance with the procedures established in MDL 2047, on this 2nd day of July, 2019.

By: */s/ Stephen J. Herman*
Russ M. Herman (Bar No. 6819) (on the brief)
Leonard A. Davis (Bar No. 14190) (on the brief)
Stephen J. Herman (Bar No. 23129) (on the brief)
Charles King (Bar No.34621) (on the brief)
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
RHerman@hhklawfim.com

*Plaintiffs' Liaison Counsel MDL 2047 and Class Counsel*