# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: Chinese Manufactured Drywall Products Liability Litigation** | **MDL 09-md-2047** |
| | **SECTION "L"** |
| *This Document Relates to:* | **JUDGE ELDON E. FALLON** |
| *Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al* | **MAGISTRATE JOHN C. WILKINSON, JR.** |
| **Case No. 2:14-cv-2722** | |

## KNAUF PLASTERBOARD (TIANJIN) CO. LTD.'S AND KNAUF GIPS KG'S EX-PARTE MOTION TO AMEND CASE MANAGEMENT ORDER

**NOW INTO COURT**, through undersigned counsel, come defendants, Knauf Plasterboard (Tianjin) Co. Ltd. and Knauf Gips KG ("Knauf"), who respectfully request that the Court amend the current Case Management Order for the limited purpose of providing a deadline for Plaintiffs to provide information identified during depositions not previously produced to the Knauf Defendants. On June 27, 2019, the parties held a telephonic status conference with the Court where it was discussed that relevant and responsive information has been identified during plaintiff depositions that was not previously produced in accordance with the PPFs, SPPFs, or PFSs and that deadlines should be in place for producing the identified information following deposition. Therefore, the Knauf Defendants request an amendment that provides as follows:

> Plaintiff(s) shall produce within twenty-one (21) days of the deposition or the date of this Order (whichever is later), any and all information identified during a Plaintiff's deposition that is within the possession, custody, or control of Plaintiff or is information that Plaintiff intends to use in support of their claims and was not previously produced in accordance with the PPF, SPPF, or PFS. The Court may make any appropriate order under Rule 37 for failure to comply with this deadline. Document requests beyond the scope of the PPF, SPPF, of PFS shall not be subject

to the deadline in this Order and shall be handled otherwise under the Federal Rules of Civil Procedure.

Counsel for the Knauf Defendants has conferred with Plaintiffs' counsel regarding the relief requested herein. Plaintiffs' counsel does not object to the relief requested.

Respectfully submitted,

**FISHMAN HAYGOOD, LLP**

*/s/ Kerry J. Miller*
**KERRY J. MILLER (#24562), T.A.**
**PAUL C. THIBODEAUX (#29446)**
**DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, 46th Floor
New Orleans, LA 70170
Telephone:     (504) 556-5549
Facsimile:      (504) 301-0275
Email:   kmiller@fishmanhaygood.com
Email:   pthibodeaux@fishmanhaygood.com
Email:   ddysart@fishmanhaygood.com

*Counsel for Defendants,*
*Knauf Plasterboard (Tianjin) Co. Ltd. and*
*Knauf Gips KG*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, and to all parties by electronically uploading the same to File and Serve Xpress in accordance with Pre-Trial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana, on this the 2nd day of July, 2019.

*/s/ Kerry J. Miller*
**KERRY J. MILLER**