UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: Chinese Manufactured Drywall Products Liability Litigation** | MDL 09-md-2047 |
| | SECTION "L" |
| *This Document Relates to:* | JUDGE ELDON E. FALLON |
| *Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al* | MAGISTRATE JOHN C. WILKINSON, JR. |
| **Case No. 2:14-cv-2722** | |

## ORDER

Considering Knauf Plasterboard (Tianjin) Co. Ltd.'s and Knauf Gips KG's Motion To Amend Case Management Order;

**IT IS HEREBY ORDERED** that the motion is granted. The Case Management Order will be amended.

New Orleans, Louisiana, this __3rd__ day of July, 2019.

HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE