"Certification of Funds in the Registry"

PRINCIPAL $207,348,273.63

Financial Deputy: _____ Date: 7-5-19

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
|---|---|
| THIS DOCUMENT RELATES TO:<br>*All Cases* | SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## ORDER FOR DISBURSEMENT OF FUNDS FROM THE REGISTRY OF THE COURT

The Court having been advised that its prior judgments allocating fees and costs as to funds on deposit in the registry of the Court are now final with the dismissal of all appeals, and having conferred with the Financial Administrator of the Clerk's Office to confirm the amounts of principal and accrued interest in accordance with Local Rule 67,

**IT IS ORDERED** that the Clerk be authorized and directed to draw on funds on deposit in the registry of the Court in this matter in the principal amount of $207,348,273.63, together with all interest earned on principal since deposit, payable to BrownGreer PLC, and mail or deliver this amount to the Court-appointed Settlement Administrator BrownGreer PLC, 250 Rocketts Way, Richmond, VA 23231, to the attention of Jake Woody.

**IT IS FURTHER ORDERED** that BrownGreer PLC distribute 48% of the total fees received, to all eligible plaintiffs' counsel in the amounts of their respective private, contract fee allocations pursuant to the Court's allocation formula set forth in PTO 28(F) (R. Doc. 20282), together with the accrued interest on these funds allocated proportionally among counsel.

1

**IT IS FURTHER ORDERED** that BrownGreer PLC distribute both 52% of the total fees and all reimbursable common benefit litigation costs and assessments received, to the common benefit counsel identified in the Court's Judgment of 2/5/19 (R. Doc. 22092) in the amounts specified therein for each such counsel, together with the additional accrued interest on these funds allocated proportionally among counsel.

**IT IS FURTHER ORDERED** that BrownGreer PLC be authorized to withhold from the accrued interest portion of the funds for distribution, the amount required to pay taxes on interest earned on the funds during deposit in the registry, the remaining fees owed to court-appointed CPA Philip A. Garrett, as well as the amount of BrownGreer PLC's fees for the handling and distribution of funds pursuant to this Order.

**IT IS FINALLY ORDERED** that each firm entitled to receive funds under this Order provide to BrownGreer PLC, through Jake Woody, a Social Security number or Tax Identification number prior to receiving any distribution.

New Orleans, Louisiana this 15th day of July, 2019.

                                          ELDON E. FALLON
                                UNITED STATES DISTRICT COURT JUDGE