UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL<br>PRODUCTS LIABILITY LITIGATION | *<br>*<br>* | CIVIL ACTION |
| | *<br>* | MDL NO. 2047 |
| | *<br>* | SECTION L (5) |
| **THIS DOCUMENT RELATES TO:**<br>*Elizabeth Bennett, et al. v. Gebr. Knauf*<br>*Verwaltungsgesellschaft, KG, et al.*, No. 14-2722 | *<br>*<br>* | |

# CASE MANAGEMENT ORDER

*As amended July 19, 2019, per R. Doc. 22286*

**I.**     **Plaintiff Fact Sheet ("PFS")**: A PFS, attached to this Order, with the requested documents, shall be submitted to Defendants using Brown Greer's Portal by February 18, 2019. The PFS shall be verified and have the force and effect of a response to a Request for Admissions under Federal Rule of Civil Procedure 36. Any party may move for a Rule to Show Cause as to why any claim should not be dismissed for failure to cure any deficiency/answers in the PFS.

**II.**     **Plaintiff Depositions**: Plaintiff depositions must be taken by no later than July 16, 2019. Plaintiff(s) shall produce within twenty-one (21) days of the deposition, any and all information identified during a Plaintiff's deposition that is within the possession, custody, or control of Plaintiff or is information that Plaintiff intends to use in support of their claims and was not previously produced in accordance with the PPF, SPPF, or PFS. The Court may make any appropriate order under Rule 37 for failure to comply with this deadline. Document requests beyond the scope of the PPF, SPPF, of PFS shall not be subject.

**III.**     **Third Party Discovery.**

       **a.**   **Third Party Discovery.** Third party discovery must be completed by July 16, 2019.

**IV.**     **Defendant Discovery**.

       **a.**   **Completed Defendant Discovery**. Since the inception of MDL 2047 in June of 2009, numerous cases have been consolidated, containing thousands of claims; over 20,000 records docs have been entered into the record; millions of documents have been exchanged in discovery; and dozens of depositions have

been taken here in the United States and in Germany, Hong Kong, and other locations. All of this information has been received by Plaintiffs through counsel of record in the form of a trial package submitted by the Plaintiff Steering Committee (R. Doc. 21275). The trial package consists of appended documents, depositions, and work product of the PSC.

b. **Additional Defendant Discovery**. Based on the above completed defendant discovery, any additional defendant discovery will be permitted only after plaintiffs show a good faith basis under Rule 16 that it was not available through prior discovery and is essential to the claims of the Fifth Amended Complaint.[1]

c. **Conclusion of Defendant Discovery**. The Plaintiffs shall conclude discovery of Defendants, if any, including depositions, by July 16, 2019.

V. **Expert Schedule**. The following schedule shall apply to expert witness discovery:

a. **Plaintiff Generic and Case Specific Expert Reports**. By no later than July 16, 2019, plaintiffs shall designate and provide reports by their expert witnesses for the trials.

b. **Defendant Generic and Case Specific Expert Reports**. By no later than July 16, 2019, defendants shall designate and provide reports by their expert witnesses for the trials.

c. **Rebuttal Reports**. The Parties shall be allowed a rebuttal expert report only upon a showing of good cause to the Court.

d. **Depositions**. At the time of the submission of the expert report, each expert shall indicate no fewer than three dates the expert is available for deposition. Expert depositions shall conclude no later than forty-five (45) days following submission of their respective expert report. At least ten (10) days prior to the deposition, the expert shall produce all files, documents and reliance materials subject to discovery under the Federal Rules.

The limitations on expert discovery set forth in Rule 26 of the Federal Rules of Civil Procedure, including the provision of Rule 26(b)(4)(A)–(D) limiting discovery with respect to draft reports, communications with experts, and depositions of consulting experts, shall apply to all cases.

---

[1] The Court notes that currently pending is Plaintiffs' motion for leave to file a Sixth Amended Complaint. R. Doc. 21938. The motion is set for submission on December 19, 2018. In the event the Court grants Plaintiffs' motion for leave to file the Sixth Amended complaint, this case management order will remain in effect and shall apply to the Sixth Amended Complaint.

2

VI. **Dispositive Motions**.

   a. **Motions and Briefs**: All motions and briefs must be submitted by September 16, 2019. Response in Opposition Briefs: All responses in opposition to briefs must be submitted thirty (30) days after filing of any dispositive motion.

   b. **Reply Briefs**: All reply briefs must be submitted fifteen (15) days after the filing of any opposition to a dispositive motion.

   c. **Hearing and Argument (if necessary)**: Hearing and argument, if necessary, will be scheduled individually by the Court.

VII. **Trials**.

   a. The Court will schedule any and all trials following the close of discovery and rulings on dispositive motions.

**IT IS ORDERED** that the parties adhere to the Case Management Order as outlined above.

New Orleans, Louisiana, this 19th day of July, 2019.

_____
**ELDON E. FALLON**
United States District Judge