## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * | MDL No. 2:09-md-2047 |
| | | SECTION L (JUDGE FALLON) |
| **THIS DOCUMENT RELATES TO:** | * | MAG. (2) (JUDGE WILKINSON) |
| **ALL ACTIONS (except *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Civil Action No. 09-4115 (E.D. La.))** | * * * * | |

## MOTION TO EXTEND STAY OF LITIGATION

On May 25, 2019, the parties reported to this Court that they had agreed to a Term Sheet intended to resolve the *Amorin* and *Brooke* matters. Rec. Doc. 22259. In light of the pending settlement, the Court issued a stay of the *Amorin* and *Brooke* cases pending before it. Rec. Doc. 22261. Since then, counsel for the parties have been working diligently to negotiate and finalize terms of a comprehensive settlement agreement. To that end, counsel have engaged in numerous in-person meetings to address, *inter alia*, coordination of an allocation and claims administration process, development of direct and publication notice programs, and a payment schedule and process. In addition, the entire settlement agreement needed to be translated and presented in two languages (Chinese and English) to allow for party approval.

On June 27, 2019, counsel engaged in a telephonic conference with this Court, in which they apprised the Court of the parties' considerable progress and the need for additional time to

1

further their settlement efforts.  To that end, this Court agreed to extend the stay of the litigation through and including July 31, 2019.  Rec. Doc. 22282.

On July 25, 2019, counsel appeared at a status conference before this Court in which counsel explained that they have resolved various issues and have agreed upon the final terms of the settlement, and are now awaiting formal approvals from Taishan's shareholders, which are expected on or about August 15, 2019.  Following execution of the settlement agreement, the parties anticipate Class Counsel will file a Motion for Preliminary Approval of the Class Settlement Agreement on or before August 20, 2019, allowing for a preliminary approval hearing before this Court on August 29, 2019.

WHEREFORE, the parties jointly request that this Court extend the litigation stay through **September 3, 2019** and schedule a preliminary approval hearing on **August 29, 2019**.

DATE:  July 29, 2019

*/s/ Stephen J. Herman*
Russ M. Herman (La Bar No. 6819)
Leonard A. Davis (La Bar No. 14190)
Stephen J. Herman (La. Bar No. 23129)
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
sherman@hhklawfirm.com

*Plaintiffs' Liaison Counsel*

Arnold Levin
Sandra Duggan
Fred S. Longer
Levin, Sedran & Berman
510 Walnut Street,
Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
alevin@lfsblaw.com

*Plaintiffs' Lead Counsel*

*/s/ Christina Hull Eikhoff*
Bernard Taylor
Christina Hull Eikhoff
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
bernard.taylor@alston.com
christy.eikhoff@alston.com

*Counsel for Taishan Gypsum Co., Ltd.
and Tai'an Taishan Plasterboard Co., Ltd.*

*/s/ L. Christopher Vejnoska*
L. Christopher Vejnoska
ORRICK, HERRINGTON &
SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Tel: 415-773-5700
cvejnoska@orrick.com

*Counsel for BNBM PLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing on this 29th of July 2019.

                */s/ Stephen J. Herman*
                Stephen J. Herman