# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * | MDL No. 2:09-md-2047 SECTION L (JUDGE FALLON) |
| **THIS DOCUMENT RELATES TO:** | * | MAG. (2) (JUDGE WILKINSON) |
| **ALL ACTIONS (except *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Civil Action No. 09-4115 (E.D. La.))** | * * * * | |

## ORDER

**IT IS ORDERED** that the **STAY** last issued on June 28, 2019 (ECF 22282) **IS FURTHER EXTENDED** up to and including September 3, 2019, to allow the parties additional time to finalize and pursue preliminary approval of the Settlement Agreement.

**IT IS FURTHER ORDERED** that Settlement Class Counsel file the Motion for Preliminary Approval of the Class Settlement Agreement on or before August 20, 2019.

**IT IS FURTHER ORDERED** that a Hearing the on Motion for Preliminary Approval of the Class Settlement Agreement will be held on August 29, 2019, following the 9:00 a.m. Status Conference.

New Orleans, Louisiana, this 30th day of      July     , 2019.

_____
Eldon E. Fallon
United States District Judge