MINUTE ENTRY
FALLON, J.
JULY 31, 2019

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | CIVIL ACTION<br><br>MDL NO. 2047<br><br>SECTION L (5) |
| THIS DOCUMENT RELATES TO:<br>*Elizabeth Bennett, et al. v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al.*, No. 14-2722 | |

  A telephone status conference was held on this date in the Chambers of the Honorable Eldon E. Fallon. James Doyle participated on behalf of Plaintiffs. Kerry Miller participated on behalf of Defendants. The parties discussed the status of the case and procedural plans to move the case forward. Accordingly;

  **IT IS ORDERED** that the parties participate in a telephone status conference with the Court on Thursday, September 26, 2019 at 1:30 p.m. The Court will initiate the call.

JS10(00:05)

1