UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047** |
| **THIS DOCUMENT RELATES TO:** *All Cases* | **SECTION: L** **JUDGE FALLON** **MAG. JUDGE WILKINSON** |

## ORDER

Being that the Court has received several phone calls from property owners wishing to view the transcripts of the Court's monthly status conferences;

**IT IS ORDERED** that Ms. Jodi Simcox, Official Court Reporter, post to the record the transcripts of the November 15, 2018 and February 21, 2019 monthly status conferences by no later than Friday, August 9, 2019.

**IT IS FURTHER ORDERED** that Ms. Toni Tusa, Official Court Reporter, post to the record the transcript of the January 30, 2019 monthly status conference by no later than Friday, August 9, 2019.

**IT IS FURTHER ORDERED** that Ms. Karen Ibos, Official Court Reporter, post to the record the transcript of the March 26, 2019 monthly status conference by no later than Friday, August 9, 2019.

New Orleans, Louisiana this 1st day of August, 2019.

_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE