```
09:01:42   1                    UNITED STATES DISTRICT COURT
                               EASTERN DISTRICT OF LOUISIANA
           2   ****************************************************************

           3
               IN RE:  CHINESE-MANUFACTURED         Docket No. 09-MD-2047
           4   DRYWALL PRODUCTS LIABILITY           New Orleans, Louisiana
                                                   Tuesday, March 26, 2019
           5

           6   ****************************************************************

           7              TRANSCRIPT OF MONTHLY STATUS CONFERENCE
                       HEARD BEFORE THE HONORABLE ELDON E. FALLON
           8                   UNITED STATES DISTRICT JUDGE

           9
               APPEARANCES:
          10
               FOR THE PLAINTIFF:                   HERMAN, HERMAN & KATZ
          11                                        BY:  RUSS HERMAN, ESQ.
                                                    820 O'Keefe Avenue
          12                                        New Orleans, LA 70130

          13
               FOR THE KNAUF DEFENDANTS:            BAKER DONELSON
          14                                        BY:  DANIEL J. DYSART, ESQ.
                                                    201 St. Charles Ave., Suite 3600
          15                                        New Orleans, LA 70170

          16
               FOR THE TAISHAN DEFENDANTS:          PHELPS DUNBAR
          17                                        BY:  HARRY ROSENBERG, ESQ.
                                                    365 Canal St., Suite 2000
          18                                        New Orleans, LA 70130

          19
               Official Court Reporter:            Karen A. Ibos, CCR, RPR, CRR
          20                                        500 Poydras Street, Room HB-406
                                                    New Orleans, Louisiana 70130
          21                                        (504) 589-7776

          22

          23
                  Proceedings recorded by mechanical stenography, transcript
          24   produced by computer.

          25
```

P R O C E E D I N G S

(TUESDAY, MARCH 26, 2019)

(STATUS CONFERENCE PROCEEDINGS)


    (OPEN COURT.)

        THE COURT:  Be seated.  Call the case.

        THE DEPUTY CLERK:  MDL 2047, *in re: Chinese Drywall Manufactured Products Liability* litigation.

        THE COURT:  Liaison counsel make their appearance for the record, please.

        MR. ROSENBURG:  Good morning, Judge Fallon.  Harry Rosenberg, liaison counsel for Taishan, BNBM and CNBM.

        MR. SANDERS:  Good morning, Judge.  Danny Dysart on behalf of the Knauf defendants.

        MR. HERMAN:  May it please the court, good morning, Judge Fallon.  Russ Herman for the PLC and Arnold Levin.

        THE COURT:  Okay.

        MR. HERMAN:  If I might, just as a courtesy matter.  We have three partners from Arnold's firm here, we have Parker from the Barrios firm, and the Irpino firm, we have guests from the Colson firm of Miami, Patrick, who will be speaking later, we have Jerry Meunier, we have Skip Lambert, and we have three partners from our firm.

        THE COURT:  Okay.  Welcome everybody.  Okay.  I met a moment ago with lead and liaison counsel to discuss the proposed

```
09:03:06  1   agenda.  We'll take them in the order presented.
09:03:09  2              MR. HERMAN:  Yes, your Honor.  Item IV, which can be
09:03:20  3   found at page 5, relates to the ongoing issue to be resolved as
09:03:32  4   between the Taishan trial plan for Louisiana and the Louisiana
09:03:40  5   trial plan, and I am going to call on Sandy Duggan of Arnold's
09:03:49  6   firm -- and Christy, are you going to respond?  Trial plan.
09:03:54  7              MS. EIKHOFF:  We're not arguing that today.
09:03:56  8              THE COURT:  No, just informational purposes.
09:03:59  9              MS. DUGGAN:  Just in terms of the briefing, your Honor.
09:04:00 10   The plaintiffs have submitted their plan for resolution of the
09:04:03 11   Louisiana Amorin cases.  And under the court order, the defendants
09:04:07 12   were going to respond to that on April 5th.  We've extended it to
09:04:11 13   April 12th, and the plaintiffs will reply within a week.  That is
09:04:14 14   set for hearing at the next status conference on April 23rd.
09:04:18 15              Now, when we did file our trial plan, we also filed a
09:04:21 16   motion to extend the remediation damages formula that your Honor
09:04:25 17   entered on April 21, 2017, to former owners, because that order
09:04:31 18   only pertained to current owners.  The defendants are going to
09:04:34 19   respond to that motion as well, and we would like them both heard
09:04:37 20   on April 23rd if possible.
09:04:39 21              THE COURT:  For those in the audience and on the phone,
09:04:43 22   it's time to move these cases into the trial mode, and so I've sent
09:04:49 23   several thousand back to Florida and about the same amount to
09:04:54 24   Virginia to be tried; and now it's time to try them in New Orleans,
09:05:01 25   Louisiana cases, so we're in the process of teeing those Louisiana
```

```
09:05:05  1  cases up, and hopefully we can get to the trials as quickly as
09:05:09  2  possible.  Okay.
09:05:13  3          MR. HERMAN:  Your Honor, at this juncture I want to
09:05:17  4  indicate again that all of the Court's pretrial orders are on
09:05:25  5  www.laed.uscourts.gov that has a link directly to "Drywall MDL."
09:05:37  6          The next issue, your Honor, is found at page 32, 33
09:05:48  7  relating to Virginia and Florida.  And again, I am going to call on
09:05:55  8  Sandy Duggan to introduce Pat Montoya, who will talk about the
09:06:02  9  Florida matters, and Sandy will give a brief statement, or someone
09:06:09 10  will.
09:06:11 11          MR. MONTOYA:  Good morning, your Honor.  Patrick Montoya
09:06:15 12  on behalf of the Florida plaintiffs.
09:06:17 13          Just to give the Court an update on where we are.  As you
09:06:22 14  know, your Honor remanded the Amorin cases back to Florida under
09:06:25 15  Judge Cooke.  Judge Cooke has set an expedited trial setting for
09:06:29 16  the priority claimants, there are 20 of them, out of the 1,700 that
09:06:33 17  have gone back to Florida.  We are engaged in extensive expert
09:06:38 18  discovery at this point.  There's a trial date of July 22nd.
09:06:43 19          Also, a key part of Judge Cooke's trial order is what I
09:06:47 20  kind of refer to as a dual track:  One is the priority claimants,
09:06:50 21  which are non-remediation damages, and there's the remediation
09:06:54 22  damages track.  On the remediation damages track, Judge Cooke has
09:06:57 23  appointed a Special Master who is overseeing the product ID
09:07:01 24  attributions to Taishan.  The general overall product ID
09:07:05 25  attributions as to Taishan has been heard by the Special Master
```

```
09:07:09   1   already.  Individual contests as to the 1,700 claimants set-offs,
09:07:14   2   product ID, etc., those are all set before the Special Master on
09:07:18   3   April 10th, 11th and 12th.
09:07:22   4            By May 31st, according to Judge Cooke's order, the
09:07:25   5   Special Master will issue her report and recommendations as to
09:07:28   6   product identification for all 1,700 claimants, which will then set
09:07:32   7   the stage for the July trials on the priority claimants.
09:07:37   8            THE COURT:  Okay.  All right.  Thanks, Pat.
09:07:39   9            MS. DUGGAN:  And one other thing that transpired in
09:07:41  10   Florida, Judge Cooke did stay the non-Florida cases.
09:07:45  11            THE COURT:  Yes.  And also with Virginia, hopefully we'll
09:07:50  12   do the same thing there.  I've been in touch with Judge Cooke.  She
09:07:54  13   and I've worked closely together on these matters.
09:07:57  14            MS. DUGGAN:  And then in Virginia, your Honor, the
09:07:58  15   parties have fully briefed their plans, competing plans for
09:08:02  16   resolution of 175 Virginia *Amorin* cases, and we are in the process,
09:08:04  17   I understand that the court is scheduling hearings in that matter.
09:08:08  18            THE COURT:  Great.  Okay.  Anything further, Russ, on
09:08:13  19   anything?  I know we have attorney's fee issue that's still --
09:08:20  20            MR. HERMAN:  May it please the Court, those issues can be
09:08:25  21   found at page 21 to page 27.  None of those are set for hearing
09:08:33  22   today.  Some are in the process of briefing, and there are some
09:08:43  23   appeals regarding fees in the Fifth Circuit.
09:08:47  24            THE COURT:  Right.  Okay.  Anything else from anybody?
09:08:52  25   Harry, do you have anything?
```

```
09:08:54   1              MR. ROSENBERG:  No, your Honor.
09:08:55   2              THE COURT:  We had a number of matters set for hearing,
09:08:57   3   but those have been continued.
09:08:59   4              MR. ROSENBERG:  Correct, Judge.
09:09:00   5              THE COURT:  Okay.  The next meeting is April 23rd and the
09:09:04   6   following one is May 17th.  Is that correct?
09:09:07   7              MR. ROSENBERG:  That's correct, your Honor.
09:09:08   8              MR. HERMAN:  That's correct, your Honor.
09:09:09   9              MR. ROSENBURG:  And, your Honor, the May 17th is, to
09:09:13  10   clarify, is scheduled for the afternoon, as I appreciate -- I'm
09:09:16  11   sorry, in the morning, it was -- I misspoke, I apologize.
09:09:20  12              THE COURT:  That's fine.  We had it scheduled originally
09:09:22  13   for the 24th but we moved to the 17th.
09:09:25  14              MR. ROSENBERG:  Now again for nine.
09:09:27  15              THE COURT:  Right, right.
09:09:28  16              MR. ROSENBURG:  Sorry about the confusion.
09:09:30  17              THE COURT:  That's okay.  Anything else?  All right,
09:09:33  18   folks.  Thank you very much.  The court will stand in recess.
09:09:36  19              THE DEPUTY CLERK:  All rise.
09:09:37  20          (WHEREUPON, THE PROCEEDINGS WERE CONCLUDED.)
          21
          22                          * * * * *
          23
          24
          25
```

REPORTER'S CERTIFICATE

     I, Karen A. Ibos, CCR, Official Court Reporter, United States District Court, Eastern District of Louisiana, do hereby certify that the foregoing is a true and correct transcript, to the best of my ability and understanding, from the record of the proceedings in the above-entitled and numbered matter.

                    /s/ Karen A. Ibos
                    Karen A. Ibos, CCR, RPR, CRR, RMR
                    Official Court Reporter