```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


IN RE:   CHINESE MANUFACTURED        *   Docket No.: 09-MD-2047
         DRYWALL PRODUCTS            *   Section L
         LIABILITY LITIGATION        *   November 15, 2018
                                     *   New Orleans, Louisiana
This Document Relates To All Cases   *
* * * * * * * * * * * * * * * * * * *


            TRANSCRIPT OF MONTHLY STATUS CONFERENCE
         HEARD BEFORE THE HONORABLE ELDON E. FALLON
                  UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the Plaintiffs:         Herman Herman & Katz, L.L.C.
                            BY:  RUSS HERMAN, ESQ.
                            820 O'Keefe Avenue
                            New Orleans, Louisiana 70113


For the Plaintiffs:         Levin, Fishbein, Sedran & Berman
                            BY: ARNOLD LEVIN, ESQ.
                            510 Walnut Street
                            Suite 500
                            Philadelphia, Pennsylvania 19106


For Knauf Entities:         Baker Donelson Bearman Caldwell &
                              Berkowtiz
                            BY:  KERRY J. MILLER, ESQ.
                            BY:  DANIEL J. DYSART, ESQ.
                            201 St. Charles Avenue
                            Suite 3600
                            New Orleans, Louisiana 70170
```

```
 1   APPEARANCES:

 2

     For Taishan, CNBM,           Phelps Dunbar, LLC
 3   and BNBM Defendants:         BY:  HARRY ROSENBERG, ESQ.
                                  365 Canal Street
 4                                Suite 200
                                  New Orleans, Louisiana  70130
 5

 6
     Claims Administrator:        BrownGreer, PLC
 7                                BY: JACOB WOODY, ESQ.
                                  250 Rockets Way
 8                                Richmond, Virginia 23231

 9

10   Official Court Reporter:     Jodi Simcox, RMR, FCRR
                                  500 Poydras Street
11                                Room B-406
                                  New Orleans, Louisiana 70130
12                                (504) 589-7780

13

14
     Proceedings recorded by mechanical stenography, transcript
15   produced by computer.

16

17

18

19

20

21

22

23

24

25
```

```
 1                      PROCEEDINGS
 2                   (November 15, 2018)
 3                        ******
 4
 5          (COURT CALLED TO ORDER)
 6          THE COURT:  Be seated, please.  Good morning, ladies
 7   and gentlemen.  Let's call the case, please.
 8          THE DEPUTY CLERK:  MDL No. 2047, In re:
 9   Chinese-Manufactured Drywall Products Liability Litigation.
10          THE COURT:  Counsel, make their appearance for the
11   record, please, liaison counsel.
12          MR. ROSENBERG:  Good morning, Judge Fallon.  Harry
13   Rosenberg, liaison counsel for CNBM, BNBM and Taishan, Your
14   Honor.
15          MR. MILLER:  Good morning, Judge.  Kerry Miller,
16   liaison counsel for Knauf.
17              Thank you, Mr. Herman.
18          MR. HERMAN:  You're welcome.
19              Good morning, Judge Fallon.  May it please the
20   Court, Russ Herman for the plaintiffs.
21          THE COURT:  We're here today for our monthly status
22   conference.  I understand we have a number of people on the
23   phone.  I met recently a moment ago with liaison and lead
24   counsel to discuss the proposed agenda.  We actually don't have
25   a great deal on the agenda other than reports, but I'll hear
```

```
 1   from the parties.
 2                Russ?
 3        MR. HERMAN:  Good morning, Judge Fallon.  May it
 4   please the Court, the only issues really for today other than
 5   those in the status report, which are historical and can be
 6   accessed, deal with trial plan issues, selection of cases, and
 7   the dates selected for next year.
 8        THE COURT:  Okay.
 9        MR. HERMAN:  Counsel have conferred separately and,
10   of course, this morning with Your Honor.
11                I believe that Jake Woody has a very brief
12   report as to winding down QSFs, and perhaps it would be
13   appropriate to hear from him.
14        MR. WOODY:  Good morning, Your Honor.  Jake Woody
15   from BrownGreer.
16                Just a quick update.  We are continuing to issue
17   payments for people who are eligible.  Most of them are
18   holdback payments that we issued earlier.  Some of them, we're
19   now reissuing them for people who didn't cash their check.  And
20   in that vein, we have discussed with the parties the best way
21   to wind down the QSFs and transfer any outstanding payments to
22   the Court's registry before the end of the year.  So we will
23   continue to work on that and hopefully get that done very soon.
24        THE COURT:  Do you think you'll be able to finish the
25   whole thing by the end of the year?
```

1         **MR. WOODY:** I think so.

2         **THE COURT:** The Knauf?

3         **MR. WOODY:** I think we can. Knauf, we don't have
4 much to do there, so really we're just issuing small checks,
5 and that's about it.

6         **THE COURT:** Okay.

7         **MR. WOODY:** Thank you, Your Honor.

8         **THE COURT:** Kerry or Danny, do you all have any
9 report on the motions that you all talked about? The
10 remediation issues.

11         **MR. DYSART:** Yeah, Judge. So Your Honor had granted
12 a motion to extinguish a previous Option 3 pro se claims
13 earlier this week. The other motion to extinguish relates to
14 some Option 2 claims that some are going to move into cash-out
15 Option 3s. They have not yet been able to complete those
16 Option 2s or submit their Option 3 paperwork. I believe it's
17 about 25 claims between -- 25 properties between 3 claimants.

18         I'm working with Jake and with Colson Hicks on
19 those claims, and I'm optimistic that we'll be able to complete
20 those before the end of the year. Otherwise, our motion to
21 continue the -- I'm sorry, excuse me, our motion to extinguish
22 is continued to the next status conference, which we may
23 address it then.

24         **THE COURT:** Okay. Thank you.

25         As you know, the Knauf cases are just about

```
 1  finished.  You heard what's being done with the Knauf cases.
 2  We have a couple of matters that are still open, but, by and
 3  large, that area is over.
 4              We're now focused on the Taishan, et. al. cases.
 5  I've sent a number of them back to Florida and Virginia, but
 6  those cases are being teed up for trial.  As Mr. Herman
 7  mentioned a moment ago, we're focused now on the cases that are
 8  in Louisiana.  Each side has picked a number of cases, and
 9  those cases are being discovered, and then we'll set some trial
10  dates in flights of cases and get rid of the Louisiana cases in
11  that fashion.
12              Anything, Russ, other than that?
13         MR. HERMAN:  No, Your Honor.
14         THE COURT:  The next conference is on December 20th,
15  and the following one is January the 30th, 2019.
16         MR. HERMAN:  May it please the Court, just for the
17  record, it's been determined that 20 cases plaintiffs have
18  listed -- there are about 200 or more habitat cases.  Those
19  will be separated, and plaintiffs will add three more cases --
20  individual cases by next week.
21         THE COURT:  Okay.  That's fine.  And then we'll go to
22  the habitat cases.  If you all can begin focusing on the
23  habitat cases and try to figure out what issues need to be
24  dealt with and that sort of thing, and we'll deal with it.
25              Harry, do you have anything?
```

1    **MR. ROSENBERG:**  No, Your Honor.  On a separate
2 housekeeping matter as we discussed before this in-court
3 session, we raised with the Court the fact that PSC and the
4 defendants have discussed revising the Court's November 13th,
5 2018 order regarding briefing on tolling.  It's Document
6 No. 21914.  And the Court was amenable to us revising it.
7    We'll either submit an order to the Court, or
8 the Court can enter it, but all we've done is stagger the
9 briefings and then allowed the PSC to file a reply brief two
10 weeks after December -- excuse me, after January 8th, when the
11 defendants brief would be due.  And then not replicate
12 California and Louisiana if a reply brief is actually needed.
13    **MR. LEVIN:**  That's correct, Your Honor.
14    **THE COURT:**  Right.  I'll do that in accordance with
15 the request of counsel.  I mentioned to counsel, when I look at
16 it, one of the defenses that the defendants have raised is a
17 prescription, statute of limitations, as we say sometimes.  In
18 that type of situation, some of those cases are really
19 factually involved; that is to say, when did they know, what
20 they knew, should they have known, all of that sort of thing.
21    But there are some cases that might not be
22 factually involved.  They might be more legal issues.  The
23 legal issues present a little bit more of a problem because the
24 cases are diversity cases and, therefore, the state law is
25 applicable to those particular cases.  There are a number of

1  homes that are in different states and so there are different
2  state laws that have to be applicable.
3           So I asked counsel for their input as to those
4  particular state laws, whether or not they recognize *American*
5  *Pipe*, whether or not you need a class action in that state, or
6  whether they recognize class actions that are filed in other
7  cases are sufficient to interrupt prescription. All of that
8  sort of thing is really legal issues that are different in each
9  state. So I've asked counsel to brief that and give me the
10 benefit of their thinking on it, and that's what we're talking
11 about at this time.
12           **MR. LEVIN:** Certainly, Your Honor. I just chuckled
13 because you said, "It's prescription, sometimes we refer to it
14 as statute of limitations."
15           **THE COURT:** Statute of limitations.
16           **MR. LEVIN:** Where I come from it's always statute of
17 limitations.
18           **THE COURT:** Right.
19           **MR. ROSENBERG:** Mr. Levin needs to spend more time
20 down here. It's prescription, Judge.
21           **THE COURT:** Civil law, okay.
22           **MR. ROSENBERG:** And, Your Honor, one sort of
23 postscript to Your Honor's comments, which is that after
24 meeting with members of the PSC, they've agreed to identify
25 before the actual briefing deadline any class actions that

```
 1   they're aware of, as well as to notify the defendants in which
 2   states there are active claims so we're aware of those before
 3   the actual briefing deadline.
 4            THE COURT:  Right.
 5            MR. LEVIN:  We are surveying the entire array of
 6   plaintiffs' counsel.
 7            THE COURT:  Okay.  Any reports on what's happening in
 8   the states?  Arnie, do you want to tell me about Florida and
 9   Virginia?
10            MR. LEVIN:  Well, in Florida, the court held argument
11   last week with regard to whether or not there's a preclusive
12   effect with regard to Your Honor's rulings, mainly with regard
13   to the formulaic approach to remediation damages.  That's being
14   held in abeyance.  And as I was reminded, the court has stayed
15   everything else.  We think the court didn't stay discovery, but
16   the issue hasn't come up.
17            THE COURT:  Right.  What about Virginia?
18            MR. LEVIN:  In Virginia, the case has been assigned
19   to Judge Davis, and we have our first meeting with Judge Davis
20   at 2:00 on December 18th, I believe.
21            THE COURT:  Okay.  Okay.  Harry?
22            MR. ROSENBERG:  If the Court will indulge me.  We
23   didn't have an opportunity because we didn't have a monthly
24   session to thank Sheridan Dupont for her services and
25   professionalism.  And at least we'd like to go on the record on
```

1  behalf of defendants, and I'm sure the members of the PSC would
2  join me in thanking her even though she's moved across the
3  street, as the people say.
4         **THE COURT:**  Yeah.  She's moved across the street.  As
5  I say, they've given up the search for truth to now search for
6  error.  So she's over there, and I know she'll do well.  I have
7  a bunch of clerks over there.
8         **MR. LEVIN:**  Two this year.
9         **THE COURT:**  Yeah, two this year.  Right.
10        **MR. ROSENBERG:**  Thank you, Judge Fallon.
11        **THE COURT:**  Thank you, folks.  Have a good
12 Thanksgiving, everybody.
13        (WHEREUPON, the proceedings were concluded.)
14        *****

### CERTIFICATE

16     I, Jodi Simcox, RMR, FCRR, Official Court Reporter
17 for the United States District Court, Eastern District of
18 Louisiana, do hereby certify that the foregoing is a true and
19 correct transcript, to the best of my ability and
20 understanding, from the record of the proceedings in the
21 above-entitled and numbered matter.
22
23                                     *s/Jodi Simcox, RMR, FCRR*
                                      Jodi Simcox, RMR, FCRR
24                                       Official Court Reporter
25