```
                   UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF LOUISIANA



IN RE:   CHINESE MANUFACTURED        *   Docket No.: 09-MD-2047
         DRYWALL PRODUCTS            *   Section "L"
         LIABILITY LITIGATION        *   February 21, 2019
                                     *   New Orleans, Louisiana
This Document Relates To All Cases   *
* * * * * * * * * * * * * * * * * *  *


            TRANSCRIPT OF MONTHLY STATUS CONFERENCE
         HEARD BEFORE THE HONORABLE ELDON E. FALLON
                 UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the Plaintiffs:      Herman Herman & Katz, L.L.C.
                         BY:  RUSS HERMAN, ESQ.
                         820 O'Keefe Avenue
                         New Orleans, Louisiana 70113


For the Plaintiffs:      Levin, Fishbein, Sedran & Berman
                         BY:  SANDRA L. DUGGAN, ESQ.
                         510 Walnut Street
                         Suite 500
                         Philadelphia, Pennsylvania 19106
```

OFFICIAL   TRANSCRIPT

```
 1   APPEARANCES:

 2
     For Taishan, CNBM,              Phelps Dunbar, LLC
 3   and BNBM Defendants:            BY:  HARRY ROSENBERG, ESQ.
                                     365 Canal Street
 4                                   Suite 200
                                     New Orleans, Louisiana  70130
 5

 6
     Official Court Reporter:        Jodi Simcox, RMR, FCRR
 7                                   500 Poydras Street
                                     Room B-406
 8                                   New Orleans, Louisiana 70130
                                     (504) 589-7780
 9

10

11

12   Proceedings recorded by mechanical stenography, transcript

13   produced by computer.

14

15

16

17

18

19

20

21

22

23

24

25
```

**PROCEEDINGS**

**(February 21, 2019)**

\*\*\*\*\*\*

```
 1
 2
 3
 4
 5        (COURT CALLED TO ORDER)
 6        THE COURT:  Be seated, please.  Good morning, ladies
 7   and gentlemen.
 8        Let's call the case, please.
 9        THE DEPUTY CLERK:  MDL No. 2047, In Re:
10   Chinese-Manufactured Drywall Products Liability Litigation.
11        THE COURT:  Will liaison counsel make their
12   appearance for the record, please.
13        MR. ROSENBERG:  Good morning, Judge Fallon.  Harry
14   Rosenberg as liaison counsel for Taishan, CNBM, and BNBM.
15        MR. HERMAN:  May it please the Court, good morning,
16   Judge Fallon.  Russ Herman, I'm here on behalf of plaintiffs'
17   steering committee and the plaintiffs in these various cases.
18        THE COURT:  Okay.  We're here today for our monthly
19   status conference.  I met a moment ago with liaison and lead
20   counsel in this matter and discussed the agenda with them.
21   We'll take them in the order given.
22        Pretrial orders first.
23        MR. HERMAN:  Your Honor, there are no issues other
24   than what I'm going to briefly state for reference.  I
25   understand we have people on the phone, and the status
```

1 conference report, as well as oral statements before Your
2 Honor, will be on the Web site at page 24.  Pages 5 to 20 give
3 the class damages track and history of it.
4       We are, on Louisiana *Amorin* cases, in
5 consultation with defense counsel on the trial plan, and Sandy
6 Duggan is here for plaintiffs to give the Court a
7 Florida/Virginia update.
8       **THE COURT:**  Okay.  Thank you.
9       **MS. DUGGAN:**  Good morning, Your Honor.
10       In Florida, the parties are engaged right now in
11 expert discovery for the 20 priority plaintiffs that are
12 scheduled for trial in July of this year.  The plaintiffs have
13 produced six expert reports.  Depositions of plaintiffs'
14 experts have been scheduled.  And then we expect the
15 defendant's rebuttal reports on March 21st, and we will be
16 taking discovery of their experts after that.
17       On a parallel track to the other loss claims of
18 the priority plaintiffs are the remediation damages for more
19 than 1700 Florida *Amorin* plaintiffs.  That process is in place
20 before Special Master Tiffani Lee, appointed by Judge Cook in
21 Florida.  The defendants have presented the plaintiffs with
22 their preliminary contests to those damages, and we are in the
23 process of responding to those.  Our response is due next
24 Monday.
25       We will be engaging in approximately a two-month

1  period of negotiations with defendants to try to resolve as
2  many of these contests as we can.  We have a presentation
3  scheduled before the special master on the product ID issues
4  for March 11th and 12th.  And then in April, April 10th, 11th,
5  and 12th, we will be before the special master on square
6  footage and ownership and other related contests dealing with
7  remediation damages.
8             The special master is scheduled to give a final
9  report and recommendation to Judge Cook on May 31st, and will
10 be on remediation damages, as I said, for 1700 plaintiffs in
11 Florida.
12            In Virginia, there are 175 *Amorin* plaintiffs
13 that have been remanded.  Their case has been remanded to Judge
14 Davis.  The plaintiffs have presented their trial plan proposal
15 to Judge Davis.  Tuesday of this week, the defendants presented
16 their counterproposal.  Our reply brief is due next Tuesday,
17 and then we will await a ruling from Judge Davis.  He has asked
18 the parties to address a number of issues, including whether or
19 not to give entirely conclusive effect to the MDL Court's
20 rulings in this case on liability, the remediation damages
21 formula, and other matters.
22            **THE COURT:**  Okay.  When we're talking about the
23 Florida and Virginia cases, you recall that I remanded the
24 *Amorin* Florida cases back to Florida, and the *Amorin* Virginia
25 cases back to Virginia.  We're in the process of teeing up the

```
 1   Louisiana cases.  We will take a look at other cases and
 2   discuss with the parties what we do with those.
 3           MS. DUGGAN:  There are approximately 13 different
 4   jurisdictions at issue in this case.  As you said, the Florida
 5   and Virginia have already been remanded, and the Court is in
 6   the process of addressing the Louisiana *Amorin* cases.  We have
 7   agreed to present the Court with the list of the number of
 8   other plaintiffs at issue in the other jurisdictions.
 9           THE COURT:  Yeah.  When you all get together with
10   that, give me your thinking on the fact that many of those
11   jurisdictions come before the court through direct filing, and
12   what's the situation with my suggestion of remand, what cases
13   that haven't been transferred here but have been placed here.
14   I'd be interested in that.
15           MS. DUGGAN:  Well, we'll meet with the defendants on
16   that issue, Your Honor, and we'll present a proposal to the
17   Court.
18           THE COURT:  Okay.  Thanks.
19           MR. HERMAN:  May it please the Court, Judge Fallon, I
20   don't know who's on the call-in.  Mr. Yance is not here.  So
21   I'll just briefly say that the PSC requests that there be a
22   briefing schedule set on his recent motion with our reply due,
23   if Your Honor will consider it, on March 13th.
24               There is the confidentiality issue which was to
25   be argued today.  There will be no argument.  We'll submit an
```

```
 1   order after we circulate it to Harry Rosenberg for review.
 2               Basically, Your Honor, that leaves with an
 3   argument on tolling, which will follow the status conference.
 4               The next status conference is March 26th, and I
 5   believe Your Honor has set a date of --
 6          THE COURT:  April 23rd.
 7          MR. HERMAN:  -- April 13th.
 8          THE COURT:  23rd.
 9          MR. ROSENBERG:  Yes, sir, the 23rd.
10          THE COURT:  Yeah, April 23rd at 9:00.
11          MR. HERMAN:  That's all for plaintiffs.
12          THE COURT:  Okay.  Anything from defendants?  Harry,
13   do you have anything?
14          MR. ROSENBERG:  No, Your Honor.  We resolved -- as
15   Russ Herman said, we resolved the confidentiality issue that's
16   on the Court's agenda for today, and we're going to review the
17   proposed order, and I think we're going to, again, amicably
18   resolve that issue.
19          THE COURT:  Great.  All right.  Thanks, Harry.
20               We'll just day a two- or three-minute break to
21   rearrange and I'll be back for the motion.
22               Court will stand in recess.
23          THE DEPUTY CLERK:  All rise.
24          (WHEREUPON, the proceedings were concluded.)
25                              *****
```

**CERTIFICATE**

I, Jodi Simcox, RMR, FCRR, Official Court Reporter for the United States District Court, Eastern District of Louisiana, do hereby certify that the foregoing is a true and correct transcript, to the best of my ability and understanding, from the record of the proceedings in the above-entitled and numbered matter.

*s/Jodi Simcox, RMR, FCRR*
Jodi Simcox, RMR, FCRR
Official Court Reporter

OFFICIAL   TRANSCRIPT