UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | |
| | : | SECTION: L |
| This Document Relates to All Cases | : | |
| | : | JUDGE FALLON |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. : | | MAG. JUDGE WILKINSON |

**MEMORANDUM IN SUPPORT OF SETTLEMENT ADMINISTRATOR'S MOTION FOR DISBURSEMENT OF INTEREST EARNED BY THE KNAUF ATTORNEY FEE FUND**

The Settlement Administrator for the Chinese Drywall Settlement Program respectfully moves this Court to approve disbursement of the interest earned by the Knauf Attorney Fee Fund and states as follows in support:

On July 9, 2019, the Court entered an Order transferring all Knauf Attorney Fee Funds to the Settlement Administrator for disbursement, with fees and costs to be paid from interest. R. Doc. 22288. On July 29, 2019, the Settlement Administrator received a total of $211,871,018.05 from the Court. Of the funds received, $4,522,744.42 was interest earned by the Knauf Attorney Fee Fund. The Court previously entered an Order awarding 52% of the principal balance of the Knauf Attorney Fee Fund to Common Benefit Counsel and 48% to Individual Retained Counsel. R. Doc. 21168.

The Settlement Administrator is prepared to disburse this interest to both Common Benefit Attorneys and Individual Retained Counsel in accordance with the Court's previous Orders and proposes to hold back a total of $868,380 of this interest to ensure the availability of funds to pay necessary fees and costs. Interest will be disbursed to counsel on a pro rata basis, with each firm's percentage of interest equal to the firm's share of the principal balance. Table 1 contains a breakdown of the proposed holdback amount.

1

| Table 1. Proposed Knauf Attorney Fee Holdback Amounts | |
|---|---|
| Interest Received by Settlement Administrator | $ 4,522,744.42 |
| 2019 Tax Preparation Fees | $ 10,000.00 |
| 2020 Tax Preparation Fees | $ 10,000.00 |
| Estimated Administrative Fees | $ 500,000.00 |
| 1099 Processing and Mailing | $ 50,000.00 |
| Pending Stipend Payments | $ 291,600.00 |
| CPA Invoice | $ 6,780.00 |
| Total Holdback | $ 868,380.00 |
| **Total Interest to be Disbursed** | **$ 3,654,364.42** |

WHEREFORE, the Settlement Administrator respectfully requests that this Honorable Court enter an Order approving the proposed holdback amount as set forth above, and the disbursement of the remaining interest in accordance with its previous Orders.

Respectfully submitted,

  /s/ Jacob Woody_____
Jacob S. Woody, Esquire (Va. Bar No. 77485)
BrownGreer, PLC
250 Rocketts Way
Richmond, VA 23231
Telephone:  (804) 521-7200
Facsimile:  (804) 521-7299
jswoody@browngreer.com
*Settlement Administrator for the Chinese Drywall Settlement Program*