UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | |
| | : | SECTION: L |
| This Document Relates to All Cases | : | |
| | : | JUDGE FALLON |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. : | MAG. JUDGE WILKINSON |

**ORDER GRANTING SETTLEMENT ADMINISTRATOR'S MOTION FOR DISBURSEMENT OF INTEREST EARNED BY THE KNAUF ATTORNEY FEE FUND**

Considering the Settlement Administrator's Motion for Disbursement;

IT IS ORDERED BY THE COURT that the Motion for Disbursement of interest earned by the Knauf Attorney Fee fund is GRANTED.

New Orleans, Louisiana, this ___ day of _____, 2019.

_____
Eldon E. Fallon
United States District Court Judge