UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL          PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| This Document Relates to All Cases | | |

**ORDER GRANTING SETTLEMENT ADMINISTRATOR'S MOTION FOR DISBURSEMENT OF INTEREST EARNED BY THE KNAUF ATTORNEY FEE FUND**

Considering the Settlement Administrator's Motion for Disbursement;

IT IS ORDERED BY THE COURT that the Motion for Disbursement of interest earned by the Knauf Attorney Fee fund is GRANTED.

New Orleans, Louisiana, this 7th day of August, 2019.

_____
Eldon E. Fallon
United States District Court Judge