UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

## NOTICE OF FILING

Please take notice of the filing into the record of Plaintiff's Motion for Attorney Fees and Memorandum of Law for An Award of Common Benefit Costs and/or Fees Out of the Proceeds of the Florida Individual Settlement which was filed in the District Court for the Southern District of Florida on August 8, 2019 [attached hereto as Exhibit "1"]. The matter is before the Honorable Marcia G. Cooke.

Dated: August 9, 2019

Respectfully Submitted,

/s/ Arnold Levin
Arnold Levin
Fred S. Longer
Levin Sedran & Berman LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
alevin@lfsblaw.com

*Plaintiffs' Lead Counsel MDL 2047*

1

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 9th day of August, 2019.

                      Respectfully Submitted,

                      BY: /s/ Arnold Levin
                      Arnold Levin
                      Fred S. Longer
                      Levin Sedran & Berman LLP
                      510 Walnut Street, Suite 500
                      Philadelphia, PA 19106
                      Phone: (215) 592-1500
                      Fax: (215) 592-4663
                      alevin@lfsblaw.com

                      *Plaintiffs' Lead Counsel MDL 2047*