# EXHIBIT B

```
1              IN THE UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF FLORIDA
2                            MIAMI
                   CASE NO. 11-CV-22408-MGC
3        _____
                                        June 5, 2019
4    EDUARDO AND CARMEN AMORIN; ET
     AL.,
5                         Plaintiffs
                vs.
6
     TAISHAN GYPSUM CO., LTD., F/K/A
7    SHANDONG TAIHE DONGXIN CO.,
     LTD.; ET AL.
8                       Defendants.
9        _____

                        MOTIONS HEARING
10
              BEFORE THE HONORABLE MARCIA G. COOKE,
11
            UNITED STATES DISTRICT COURT JUDGE
12       _____

                    A P P E A R A N C E S
13

14   FOR THE PLAINTIFF:      PATRICK S. MONTOYA, ESQ
                             Colson Hicks Eidson
15                           255 Alhambra Circle, PH
                             Coral Gables, FL 33134
16                           (305) 476-7400
                             Patrick@colson.com
17
                             SANDRA DUGGAN, ESQ
18                           Levin Sedran Berman LLP
                             510 Walnut Street, #500
19                           Philadelphia, PA 19106
                             (215) 592-1500
20                           Sduggan@lfsblaw.com

21                           RICHARD J. SERPE, ESQ
                             Law Offices of Richard J. Serpe, PC
22                           580 E. Main Street, #310
                             Norfolk, VA  23510
23                           (757) 233-0009
                             Rserpe@serpefirm.com
24

25
```

1   **JIMMY R. FAIRCLOTH, JR.,** ESQ
    Faircloth Melton Sobel Bash
2   105 Yorktown Drive
    Alexandria, LA  71303
3   (318) 619-7755
    Jfaircloth@fairclothlaw.com
4
    **NATALIE M. RICO,** ESQ
5   Colson Hicks Eidson
    255 Alhambra Circle, PH
6   Coral Gables, FL 33134
    (305) 476-7400
7   Rico.natalie@gmail.com

8   **STEPHEN J. HERMAN,** ESQ
    Herman Herman Katz LLP
9   820 O'Keefe Avenue
    New Orleans, LA 70113
10  (504) 581-4892
    Sherman@hhklawfirm.com
11
    **ALLISON K. GRANT,** ESQ
12  Allison Grant PA
    730 S. Federal Highway
13  Lake Worth, FL  33460
    (561) 994-9646
14  Agrant@allisongrantpa.com

15  **MARK A. MILSTEIN,** ESQ
    Milstein Jackson Fairchild Wade LLP
16  10250 Constellation Blvd, #1400
    Los Angeles, CA  90067
17  (310) 396-9600
    Mmilstein@mjfwlaw.com
18
    **PANAGIOTIS V. ALBANIS,** ESQ
19  Morgan Morgan
    12800 University Drive #600
20  Fort Myers, FL  33907
    (239) 432-6605
21  Palbanis@forthepeople.com

22

23

24

25

```
 1    FOR THE DEFENDANT:        ENJOLIQUE D. AYTCH, ESQ
      TAISHAN GYPSUM CO.,       Akerman LLP
 2    LTD., F/K/A SHANDONG      350 East Las Olas Blvd, #1600
      TAIHE DONGXIN CO.,        Fort Lauderdale, FL 33301
 3    LTD.                      (954) 463-2700
                                Enjolique.aytch@akerman.com
 4
                                BERNARD TAYLOR, SR, ESQ.
 5                              CHRISTINA HULL EIKHOFF, ESQ.
                                MICHAEL P. KENNY, ESQ
 6                              Alston Bird LLP
                                1 Atlantic Center
 7                              1201 West Peachtree Street
                                Atlanta, GA 30309
 8                              (404) 881-7000
                                Bernard.taylor@alston.com
 9                              Christy.eikhoff@alston.com
                                Mike.kenny@alston.com
10
                                CRAIG P. KALIL, ESQ
11                              Aballi Milne Kalil PA
                                SunTrust International Center, #2250
12                              1 SE 3rd Avenue
                                Miami, FL  33131
13                              (305) 373-6600
                                Ckalil@aballi.com
14
                                MARC R. SHAPIRO, ESQ
15                              Orrick Herrington Sutcliffe LLP
                                51 West 52nd Street
16                              New York, NY 10012
                                (212) 506-3546
17                              Mrshapiro@orrick.com

18
      REPORTED BY:             GIZELLA BAAN-PROULX, RPR, FCRR
19                             United States Court Reporter
                               400 North Miami Avenue, 8th Floor
20                             Miami  FL  33128
                               (305) 523-5634
21                             gizella_baan-proulx@flsd.uscourts.gov

22  Also present:
            Ms. Ramsey, Mr. Silva, Mr. Thwaites, Summer Interns
23

24

25
```

P R O C E E D I N G S

1

2       *(The following proceedings were held in open court.)*

3       **THE COURTROOM DEPUTY:**  Calling case number

4  11-CV-22408, Amorin vs. Taishan Gypsum.  Counsel, please state

10:49  5  your appearances for the record.

6       **THE COURT:**  Okay.  Let's start on that side.  I think

7  we have got a good court reporter.  I think I know just about

8  who everyone is.  Mr. Montoya, why don't you start first.

9       **MR. MONTOYA:**  Your Honor, Patrick Montoya on behalf of

10:49 10  the plaintiffs.

11       **MS. DUGGAN:**  Sandra Duggan, Your Honor, on behalf of

12  the plaintiffs.

13       **MR. SERPE:**  Richard Serpe on behalf of the plaintiffs

14  as well.

10:49 15       **MR. FAIRCLOTH:**  Good morning, Your Honor.  Jimmy

16  Faircloth on behalf of Parker Waichman and its clients.

17       **MS. RICO:**  My name is Natalie Rico on behalf of the

18  plaintiffs.

19       **MR. MILSTEIN:**  Good morning, Your Honor.  Mark

10:49 20  Milstein on behalf of plaintiffs.  We're one of the parties

21  that filed a joinder in the motion to lift stay.

22       **THE COURT:**  Okay.

23       **MR. HERMAN:**  Good morning, Your Honor, Steve Herman on

24  behalf of plaintiffs.

10:50 25       **MS. GRANT:**  Allison Grant on behalf of plaintiffs.

1    **MR. ALBANIS:**  And Pete Albanis on behalf of the

2  plaintiffs.

3    **THE COURT:**  All right.  Starting on this side,

4  Ms. Aytch?

10:50    5    **MS. AYTCH:**  Good morning, Your Honor.  Enjolique Aytch

6  on behalf of defendant, Taishan Gypsum.

7    And with me are my colleagues from Alston & Bird:

8  Bernard Taylor, Christy Hull Eikhoff, and Mike Kenny.

9    **MR. KALIL:**  Good morning, Your Honor.  Craig Kalil on

10:50   10  behalf of Beijing New Building Materials, and with me is my

11  colleague, Marc Shapiro, from Orrick Herrington and Sutcliffe

12  also on behalf of them.

13    **THE COURT:**  All right.  Thank you very much, Counsel.

14  I think I may have the lay of the land here.  People in the

10:50   15  back may be seated.

16    And let's see if I have -- start out with a couple of

17  the pending issues, Mr. Montoya.  There is the Joint Notice of

18  Settlement Agreement, which is docket entry number 187.

19  Correct?

10:50   20    **MR. MONTOYA:**  Correct.

21    **THE COURT:**  Now, I understand the Motion to Protect

22  the Amorin Class, docket entry 192, has been withdrawn.  Is

23  that correct?

24    **MR. MONTOYA:**  That's also correct.

10:51   25    **THE COURT:**  And I guess 196 is my order striking the

1 original settlement, which is what we have to go over today.

2 199 is the Motion to Lift the Stay. My motion was the

3 same, Settlement Agreement. And then there's the joint motion

4 for review of settlement -- settlement material which is docket

**10:51** 5 entry number 37.

6 Now, I think what I need assistance with, Mr. Montoya,

7 and if it's not you, maybe it's one of the colleagues, is --

8 and this might be my own misunderstanding of procedurally where

9 this case is.

**10:51** 10 There are essentially two classes that have sort of

11 been traveling at the same time because if -- and maybe I did

12 my praise dance a little early. I thought last week we were

13 settling the entire class, what I calmly called, Chinese

14 drywall. But there appears as if there was this other

**10:52** 15 settlement, the one that I stayed, that's not connected to the

16 one that I thought was settled when you sent -- I don't mean

17 you personally -- but when all of you sent the notice about a

18 week ago saying that Chinese Drywall is settled.

19 So help me out procedurally what settled, what's

**10:52** 20 different?

21 MR. MONTOYA: Happy to address that.

22 THE COURT: Okay. Thank you, Mr. Montoya.

23 MR. MONTOYA: There are two settlements, one which I

24 will call the prior Florida settlement, which is where we

**10:52** 25 withdraw the Motion to Stay.

1     **THE COURT:**  And are those only Florida plaintiffs?

2     **MR. MONTOYA:**  Those are only Florida plaintiffs in the

3     Amorin class which are generally represented by Mr. Faircloth

4     and some others here.  After that settlement agreement was

10:53   5     reached, Your Honor entered her stay order.

6     There was a global mediation on May 22nd and 23rd

7     which generated the settlement term sheet for the Brooke class,

8     the Amorin class, the entirety of the Chinese drywall

9     litigation as to Taishan and the other associated defendants.

10:53   10     So there are two settlements, but the entirety of

11     litigation is wrapped up in both of those settlements.  So Your

12     Honor is correct in what you have seen.

13     **THE COURT:**  So will these plaintiffs settle

14     differently than the ones --

10:53   15     **MR. MONTOYA:**  There are -- in the prior Florida

16     settlement, those terms had been submitted to Your Honor.

17     The notice has been -- the communications between

18     their counsel and their clients has been submitted to you.

19     The reason we filed the motion for stay was because,

10:53   20     as class counsel in Amorin, we felt that we had an obligation

21     as class counsel to do so, but as Your Honor has the ability to

22     review the agreement, the notice, and find whether it was fair,

23     reasonable, and adequate notice to those class members.

24     We have not and will not stand in the way of

10:54   25     individual class members who want to resolve their claims in

1 the first settlement. The second settlement --

2       **THE COURT:** And that's about 400-odd plaintiffs?

3       **MR. MONTOYA:** 498 plaintiffs that are detailed in

4 great detail at an exhibit that's been attached to the Court

10:54   5 (sic). So we know which plaintiffs we're dealing with.

6       The second settlement, or the global settlement,

7 contemplates all the plaintiffs that are named in the Amorin

8 cases before Your Honor -- the Amorin cases before Your Honor,

9 the Amorin cases before Judge Davis in Virginia, the Amorin

10:54 10 cases that are before Judge Fallon in Louisiana.

11       The global settlement also covers the plaintiffs in

12 the Brooke matter that are before Judge Williams, that are

13 before Judge Beecher in Virginia and that are also in front of

14 Judge Fallon. We're in three different jurisdictions.

10:54 15       **THE COURT:** So what happens to a plaintiff in the

16 400-odd settlement -- because I'm understanding they will each

17 have to sign a settlement, release, et cetera.

18       What happens if one of those plaintiffs opts out?

19       Do they come to you, or are they on their own

10:55 20 litigating after all these years their own injury?

21       **MR. MONTOYA:** They are represented by their individual

22 counsel in their prior settlement agreement. At this time,

23 they are not part of the global settlement agreement. They are

24 moving forward on a different track.

10:55 25       **THE COURT:** And who -- not that my interests should be

 1   paramount, but I have to ask.

 2           Who would those cases go back to?

 3           So let's say of the 400-odd, let's say a hundred of

 4   them decide, "I don't want this settlement; I want to do

 5   something else."  What happens?

 6           **MR. MONTOYA:**  It would still be before Your Honor.

 7   They are all Amorin class members.  In the Florida Amorin

 8   matter, they would be before Your Honor.

 9           **THE COURT:**  Because, I mean, I'm not saying we have,

10   but I know at least four people have written letters to the

11   Court already objecting to being part of this class.  And I'm

12   trying to, you know, ascertain whose ox is getting gored here.

13           **MR. MONTOYA:**  We hope that there are no oxen being

14   gored, but in terms of who has those cases, those are squarely

15   before Your Honor for that settlement.

16           Although, I come to you today to tell you -- this is

17   the second part of why I think we're here today -- is for us on

18   the global settlement to determine which Court we should be in.

19           **THE COURT:**  But it's global minus 400 something?

20           **MR. MONTOYA:**  That's correct.  But that is the

21   entirety of the litigation because whatever is not in the 498

22   is sucked up, for lack of a better term, in the global.  So the

23   intent is to finally resolve all of these cases.

24           **THE COURT:**  So if I lift a stay, would I be now today

25   determining whether or not the 400, for lack of a better word,

         1   that that settlement is fair and should proceed?

         2              MR. MONTOYA:  That's correct, as to the 498.

         3              MS. EIKHOFF:  No.  No, Your Honor.  If I may, the --

         4   the Court's review of the 498, those are individual

10:57    5   settlements, and they do not require a fairness review under

         6   rule 23.

         7              The reason that the settlement communications were

         8   submitted to you were for the Court's review in terms of the

         9   adequacy of the notice to them, but not for a review of

10:57   10   fairness of the actual terms --

        11              THE COURT:  Well, do you contemplate settling with

        12   people who don't want to settle?

        13              MS. EIKHOFF:  Well, so we have reached an agreement

        14   with their attorneys, and they have multiple chances to opt

10:57   15   into an individual settlement agreement with us.

        16              And if they do not choose to reach a settlement

        17   agreement with us, then those will be handled just like any

        18   other individual claim would be.

        19              THE COURT:  Mr. Faircloth, do you agree?

10:58   20              MR. FAIRCLOTH:  Yes, with both, with one explanation.

        21   The way the individual settlements are structured, Your Honor,

        22   is there is a formula.  The notices have gone out, that we

        23   provided to the Court, to all of the claimants.  The vast

        24   majority of those folks have written back saying, "We want to

10:58   25   be in."

Case 2:09-md-02047-EEF-MBN Document 22303-3 Filed 08/09/19 Page 12 of 29
Case 2:09-cv-02408-MDG Document 320-2 Entered on FLSD Docket 08/08/2013 Page 12 of 29
11 of 28

1    As counsel we're holding those because the stay was in

2    place, so we didn't want to go forward and perfect those

3    settlements.

4    But the way the settlement works, Your Honor, is if

10:58  5    the claimants elect to participate, they will receive --

6    **THE COURT:** So you have to opt in?

7    **MR. FAIRCLOTH:** That's correct, Your Honor. Nobody is

8    in unless they want to be, unless they signed saying, "I want

9    to be paid now on this particular schedule."

10:58  10    There's another component to the schedule -- to the

11    settlement, Your Honor, that I think is important that's still

12    being discussed.

13    There's a most-favorite-nations piece of the

14    settlement which allows these claimants in the event there's a

10:59  15    subsequent settlement to receive additional money that is

16    tailored or tethered to the same allegation, if you will, in

17    any subsequent settlements. We have that piece in our

18    particular proposal.

19    Now that the class award or class settlement is being

10:59  20    discussed, we are discussing with Taishan how to deal with that

21    in a favorable way, frankly, to both parties to allow those who

22    participate in this individual settlement to make decisions to

23    exit now in their entirety.

24    In other words, take the deal they've been offered,

10:59  25    and instead of waiting to see how the MFN plays out, to perhaps

 1   cash out your MFN.

 2           I think that's a favorable conversation for Taishan; I

 3   think it's a favorable conversation for our individual

 4   claimants.

10:59  5           At the end of the day, I agree with Mr. Montoya:  It's

 6   awkward.  The edges have not been carefully meshed yet, but I

 7   do think that both of the settlements contemplate everyone

 8   exiting on acceptable terms.

 9           So I am completely satisfied as individual counsel for

11:00  10  the 498 that they are informed --

 11          **THE COURT:**  So you represent the 498?

 12          **MR. FAIRCLOTH:**  I'm the lead firm, essentially, in the

 13  498.  Mr. Milstein is here, and there's another, Mr. Derkee,

 14  they're also -- their firms have some of the clients, but I'm

11:00  15  speaking for the 498.  Yes, Your Honor.

 16          And what we seek is for the Court to lift the stay so

 17  that we can go forward with the process on the settlement

 18  that's the 498 are eligible to participate in.  And so Court

 19  will note when you enter the stay, the clock stopped at that

11:00  20  time.  There are 8 days left on the clock.

 21          And so what will happen is, if the Court lifts the

 22  stay, the clock will restart; we will immediately transmit to

 23  Taishan all the acceptance letters of the clients who want to

 24  go now.

11:00  25          **THE COURT:**  How many do you have so far?

Case 2:09-md-02047-EEF-MBN Document 22303-3 Filed 08/09/19 Page 14 of 29
Case 2:14-cv-02408-MCO Document 320-2 Entered on FLSD Docket 08/08/2019 Page 14 of 29
13 of 28

11:00

11:01

11:01

11:01

11:01

11:02

1      **MR. FAIRCLOTH:** Of the 498, Your Honor, we probably

2 have north of 80 percent. I think a couple of firms have 95

3 percent, but there's -- there's some challenges --

4      **THE COURT:** So you're saying you have about 300 out of

5 the 400 that want to settle?

6      **MR. FAIRCLOTH:** Of the 498, I would say we've got

7 about 375 who are ready to go, and I think the number

8 ultimately is going to be much higher.

9      I frankly think, Your Honor, at the end of the day

10 we're probably going to have a universe of 10 to 20 that we're

11 going to have more conversations with, and we're going to have

12 to talk about the MFNPs that we're negotiating that will make a

13 difference.

14      So I can't tell the Court that everybody is absolutely

15 in, but the vast majority of everyone I think will go.

16      **THE COURT:** Well, also, for those people that don't

17 opt in, then we need to have a conversation about you all on a

18 normal trial schedule.

19      **MR. FAIRCLOTH:** Yes, Your Honor, and I have not been

20 privy to the conversations regarding the class settlement, so I

21 don't know what those terms are. I don't know the definitions

22 and --

23      **THE COURT:** Well, Mr. Montoya says you guys aren't

24 part of this class, so when that class settles, I still have to

25 deal with you all. Right?

1    **MR. FAIRCLOTH:** Right now your order freezes the

2  status quo.  The status quo --

3         **THE COURT:** Yeah, it did, but I'm just trying to

4  figure out, when I put pen to paper in about 10 minutes, who do

11:02  5  I have to deal with on what?  I will have to deal with

6  Mr. Montoya on every plaintiff who is not your 498.

7         **MR. FAIRCLOTH:** That's accurate.

8         **THE COURT:** And I may not have to deal with -- no

9  offense, Mr. Montoya -- but I may not have to continue to deal

11:02 10  with those because it looks as if that, with Judge Williams and

11  the two other judges not in this district, are going to go back

12  to Judge Fallon for resolution under the global settlement

13  agreement.  At least that's everybody's wish, and Judge Fallon

14  seems to not disagree with that.

11:02 15         I mean, I really thought -- I mean, I'm always, not

16  opposed, but I'm always concerned about adding the work load to

17  another judge, but it appears as if this is kind of

18  Judge Fallon's thing.  This is what he's doing.

19         **MR. FAIRCLOTH:** Your Honor, if you lift the stay, you

11:03 20  will authorize the 498 to accept, if they choose, the

21  individual offers that have been made.

22         Our goal will be to make sure they are fully informed,

23  and I think we'll have 100 percent.  We'll have very close to

24  100 percent.

11:03 25         You're not -- what's not before you today yet is the

Case 2:09-md-02047-EEF-MBN Document 22303-3 Filed 08/09/19 Page 16 of 29
Case 2:09-cv-02408-MBN Document 320-2 Entered on FLSD Docket 08/08/2013 Page 16 of 29
15 of 28

1   class approval, and the definition of that -- and, in fact, I

2   don't want to speak for you.

3          So I would ask that the Court not get stuck today on

4   that issue because we're hoping to move that issue.  And if 498

11:03   5   accept, it's a moot issue as to whether or not the class

6   settlement has any implications on anybody else.

7          If we end up with two, three, five, or whatever, or we

8   have some notice challenges to that group, I'm sure we'll be

9   able to work that out before they come before you on approval

11:03   10   of that settlement or before Judge Fallon.

11          So I think it's going to be a small group, but you

12   don't have to decide today what to do about that group.  We

13   hope to moot that issue entirely because ideally 498 will

14   accept.  You think that's accurate?

11:04   15          MR. MILSTEIN:  Your Honor, Mark Milstein.  My firm

16   represents 58 of the 498, and I can represent to the Court, I

17   think as of today all 58 have agreed, and we actually have 57

18   of the 58 signatures.

19          I just wanted to clarify something, Your Honor.  The

11:04   20   498 was not a class settlement.  Those are strictly individuals

21   who are -- individuals who may be named or putative class

22   members, but they're settling their claims individually.

23          So we agree with counsel, Your Honor.  There really

24   isn't a requirement that this Court evaluate these settlements

11:04   25   for fairness, reasonableness, or adequacy because they're

Case 2:09-md-02047-EEF-MBN Document 22303-3 Filed 08/09/19 Page 17 of 29
Case 2:14-cv-02408-MBN Document 320-2 Entered on FLSD Docket 08/08/2019 Page 17 of 29

16 of 28

1    simply individual private settlements.

2         And we believe, you know, based -- certainly it looks

3    like we're going to have 100 percent of our clients sign, and

4    it sounds like it's going to come very close to that by the

11:04  5    time the process works its way through.

6         THE COURT:  Anything from the defendants before I go

7    forward on this issue?

8         MS. EIKHOFF:  Your Honor, I just want to make sure

9    that it's clear for the record that when we talk about this

11:05 10    Court lifting the stay, we're talking about lifting the stay on

11    the performance of the 498 settlement, not asking this Court to

12    lift the stay on litigation activity which should remain in

13    place until June 14th.

14         THE COURT:  Say that again.

11:05 15    MS. EIKHOFF:  So there are two stays currently that

16    this Court has entered.  This Court entered a stay specifically

17    as to execution of the individual settlements, the 498 that we

18    have been talking about.

19         THE COURT:  That's docket entry 187 that was stayed?

11:05 20    MS. EIKHOFF:  Yes.

21         THE COURT:  And the stay --

22         MS. EIKHOFF:  Yes.  It's actually docket --

23         THE COURT:  Joint notice of settlement agreement,

24    isn't that 187?

11:05 25    MS. EIKHOFF:  Right, that the state --

Case 2:09-md-02047-EEF-MBN Document 22303-3 Filed 08/09/19 Page 18 of 29
Case 2:14-cv-02408-MCA-LDW Document 320-2 Entered on FLSD Docket 08/08/2019 Page 18 of 29
17 of 28

1    **THE COURT:** Or is this the 498 settlement?

2    **MS. EIKHOFF:** That's right. And this Court entered a

3    stay from executing that settlement. And this Court entered

4    that stay on -- it's docket number 196, I believe, Your Honor.

11:06  5    **THE COURT:** Uh-huh. (Nodding)

6    **MS. EIKHOFF:** And then this Court separately entered a

7    stay on May 28th, which is document 306. And that's the stay

8    to finalize the settlement agreement and request for a joint

9    status conference.

11:06  10    **THE COURT:** And I believe that I entered 196 in a

11    procedural misunderstanding, and that is: I thought that I was

12    dealing with all. And when I began to receive, particularly,

13    phone calls and letters of concern from plaintiffs, I was like,

14    "I need to slow this down."

11:06  15    And then I realized when I received another notice of

16    settlement that I was dealing with two separate groups of

17    plaintiffs attempting to settle this matter.

18    All right. So I will lift the stay as to the 498 one.

19    That's simple.

11:07  20    **MS. DUGGAN:** Your Honor, if I may, with regard to the

21    global class settlement, the parties have agreed to settle --

22    as Mr. Montoya said -- all the Brooke actions and all the

23    Amorin actions except for the 498 that want to participate in

24    individual settlements with Taishan.

11:07  25    The parties intend to seek approval of the class

Case 2:09-md-02047-EEF-MBN Document 22303-3 Filed 08/09/19 Page 19 of 29
Case 2:12-cv-22408-MC-J Document 320-2 Entered on FLSD Docket 08/08/2013 Page 19 of 29
18 of 28

 1  settlement from Judge Fallon in the MDL.

 2          We, as parties, jointly approached the Court with that

 3  concept and Judge Fallon was interested in hearing the thoughts

 4  of both Judge Davis and Your Honor.

11:07  5          THE COURT:  I've communicated with Judge Fallon.  He's

 6  aware that I have no objection.  I just wanted to make sure

 7  that that's what he wanted to do.

 8          Not that it would be you, Counsel, but not all

 9  attorneys are as candid with the Court when they're trying to

11:08  10  move these things around.

 11          MS. DUGGAN:  I understand, Your Honor.

 12          THE COURT:  I wanted to make sure that that's what

 13  Judge Fallon was agreeing to as well, and he's communicated to

 14  chambers that he is not opposed to having the other plaintiffs

11:08  15  go back to him in order to -- any loose ends that need to be

 16  tied up in terms of the joint settlement agreement.

 17          MS. DUGGAN:  I just wanted to add one thing.  The

 18  parties are working diligently to complete a settlement

 19  agreement by the 14th of June, although, because we're talking

11:08  20  about foreign defendants and the settlement agreement has to be

 21  translated and go through various levels of approval, we may

 22  need to seek an additional 10 days or so of the stay imposed by

 23  Your Honor of the litigation matters here.

 24          THE COURT:  What was the date that we entered?

11:08  25          MS. DUGGAN:  June 14th.

          1          THE COURT:  June 14th?

          2          THE LAW CLERK:  Yeah.

          3          THE COURT:  So why don't we just -- I'll go ahead and

          4    amend that order and give the parties until July 1st.  If you

11:09     5    need more time, you know where to come, but that you now know

          6    you have those two weeks to continue on that settlement.

          7          MS. DUGGAN:  Thank you very much.

          8          THE COURT:  Now, do we have to deal with any of the

          9    outstanding report and recommendations on this matter?

11:09    10          Would all those go away back to Judge Fallon, or

         11    they're just stayed by the stay?

         12          MR. MONTOYA:  We believe they're stayed by the stay.

         13          THE COURT:  Defendants, do you agree?

         14          MS. EIKHOFF:  We do.

11:09    15          MS. AYTCH:  We agree.

         16          THE COURT:  All right.  So let's see where I'm going

         17    to be here.

         18          The motion to protect the Amorin class, docket entry

         19    number 192, that motion has been resolved.  There's nothing for

11:09    20    the Court to do.

         21          If we have to, Chris, just do the procedural gavel and

         22    just deny it as moot.

         23          Order striking joint notice of settlement agreement,

         24    which is docket 196, we will strike that order and allow

11:10    25    reinstatement of the notice of settlement agreement 187, and I

Case 2:09-md-02047-EEF-MBN Document 22303-3 Filed 08/09/19 Page 21 of 29
Case 1:18-cv-22408-MGC Document 320-2 Entered on FLSD Docket 08/08/2019 Page 21 of 28
20 of 28

1  think that pretty much procedurally covers where -- I think it

2  takes us back to the status quo at the time the settlement

3  agreement was entered for the 498.

4          **MR. MONTOYA:**  We would need a lifting of the stay as

11:10  5  to the 498.

6          **THE COURT:**  Right.  For the lifting of the stay would

7  be -- that's docket entry number 199.  So we would grant docket

8  entry number 199, Chris.  And I think procedurally we're on

9  track for everything?

11:11  10          **MR. MONTOYA:**  That's accurate.

11          **THE COURT:**  Ms. Aytch, anything else?

12          **MS. AYTCH:**  While this stay is pending, are we still

13  on calendar call, or would that be lifted?

14          **THE COURT:**  I'm going to stay it as to calendar call.

11:11  15  What was the calendar call date, Chris?

16          **MS. AYTCH:**  July 17th.

17          **THE COURT:**  Oh, no.  Yeah.

18          **MS. AYTCH:**  Okay.

19          **THE COURT:**  No.  I've been ambitious in the past.  I'm

11:11  20  not that.  So -- no, we would -- I'll just make sure that the

21  motion stays off all calendar call dates, so you know you won't

22  have to go inside that date.  Anything else, Chris?

23          (Thereupon, the Court confers with the law clerk.)

24          **THE COURT:**  Okay.  What Mr. Hood was reminding me of,

11:12  25  Counsel, is the final date to opt in for the 498 is November

Case 2:09-md-02047-EEF-MBN Document 22303-3 Filed 08/09/19 Page 22 of 29
Case 2:14-cv-22408-MGC Document 320-2 Entered on FLSD Docket 08/08/2019 Page 22 of 29
21 of 28

```
 1    2019.  Is that correct?

 2            MR. FAIRCLOTH:  We actually -- we agree.  I have the

 3    deadline here, Your Honor.  And what it -- we have got 8 days

 4    left on the first tranche.  It looks to us like September 2nd

 5    would be the deadline of the final tranche.

 6            THE COURT:  What I'm going to do, Counsel, is I'm

 7    going to set a status conference just to see where you all are

 8    in terms of those 498.

 9            How close do you think you are in terms of that?

10    Because at some point in time, with the leftover people, we

11    have to get you back on a trial calendar.

12            MR. FAIRCLOTH:  Yes, Your Honor.

13            MS. EIKHOFF:  Yes, Your Honor.

14            THE COURT:  As a consideration, I'll make it after

15    October 14th.

16            MS. AYTCH:  Thank you.

17            THE COURT:  All right.

18            MR. MONTOYA:  Judge, I have just one point of personal

19    privilege, if I might.

20            Number one, I'd like to introduce our summer law

21    clerks who came down to see the hearing today:  Ms. Ramsey,

22    Mr. Silva, and Mr. Thwaites.

23            THE COURT:  Welcome, summer law clerks.

24            MR. MONTOYA:  And then as a second point, the parties

25    came before you almost a year to date, probably 11 months ago,
```

Case 2:09-md-02047-EEF-MBN Document 22303-3 Filed 08/09/19 Page 23 of 29
Case 1:14-cv-22408-MGC Document 320-2 Entered on FLSD Docket 08/08/2019 Page 23 of 28
22 of 28

 1  and you told us we would be done in 12 to 15 months.

 2        I think I speak on behalf of everybody that you've

 3  shown great leadership for us, and you've kept your foot to the

 4  pedal and made us get it done.  And we're past the 50-yard line

11:13  5  now and I think we're going to get there.

 6        But I think on behalf of all of us, we would like to

 7  thank the Court.

 8        **THE COURT:**  Let's see if we can have a -- enter 2020

 9  with this case being, at least on the class action side,

11:14 10  resolved.

 11        We won't know obviously until September how many of

 12  the 498 want to go forth with their cases, but that would let

 13  the Court know where we are in terms of resolving this matter.

 14        All right.  Anything else on behalf of either side?

11:14 15  Okay.  Good luck to everyone.  An order will be entered today.

 16        **MS. EIKHOFF:**  Thank you, Your Honor.

 17        **THE COURT:**  I think I've gotten all the procedural

 18  things.

 19

 20        (Thereupon, the above hearing was concluded.)

 21

 22              *           *           *

 23

 24

 25

1       **C E R T I F I C A T E**

2

3           I hereby certify that the foregoing is an accurate

4   transcription of the proceedings in the above-entitled

5   matter.

6

7

8       06/21/2019          _____

9   DATE COMPLETED       GIZELLA BAAN-PROULX, RPR, FCRR

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## #

**#1400** [1] - 2:16
**#1600** [1] - 3:2
**#2250** [1] - 3:11
**#310** [1] - 1:22
**#500** [1] - 1:18
**#600** [1] - 2:19

## 0

**06/21/2019** [1] - 23:8

## 1

**1** [2] - 3:6, 3:12
**10** [3] - 13:10, 14:4, 18:22
**100** [3] - 14:23, 14:24, 16:3
**10012** [1] - 3:16
**10250** [1] - 2:16
**105** [1] - 2:2
**11** [1] - 21:25
**11-CV-22408** [1] - 4:4
**11-CV-22408-MGC** [1] - 1:2
**12** [1] - 22:1
**1201** [1] - 3:7
**12800** [1] - 2:19
**14th** [5] - 16:13, 18:19, 18:25, 19:1, 21:15
**15** [1] - 22:1
**17th** [1] - 20:16
**187** [4] - 5:18, 16:19, 16:24, 19:25
**19106** [1] - 1:19
**192** [2] - 5:22, 19:19
**196** [4] - 5:25, 17:4, 17:10, 19:24
**199** [3] - 6:2, 20:7, 20:8
**1st** [1] - 19:4

## 2

**20** [1] - 13:10
**2019** [2] - 1:3, 21:1
**2020** [1] - 22:8
**212** [1] - 3:16
**215** [1] - 1:19
**22nd** [1] - 7:6
**23** [1] - 10:6
**233-0009** [1] - 1:23
**23510** [1] - 1:22
**239** [1] - 2:20
**23rd** [1] - 7:6
**255** [2] - 1:15, 2:5
**28th** [1] - 17:7
**2nd** [1] - 21:4

## 3

**300** [1] - 13:4
**30309** [1] - 3:7
**305** [4] - 1:16, 2:6, 3:13, 3:20

**306** [1] - 17:7
**310** [1] - 2:17
**318** [1] - 2:3
**33128** [1] - 3:20
**33131** [1] - 3:12
**33134** [2] - 1:15, 2:6
**33301** [1] - 3:2
**33460** [1] - 2:13
**33907** [1] - 2:20
**350** [1] - 3:2
**37** [1] - 6:5
**373-6600** [1] - 3:13
**375** [1] - 13:7
**396-9600** [1] - 2:17
**3rd** [1] - 3:12

## 4

**400** [4] - 3:19, 9:19, 9:25, 13:5
**400-odd** [3] - 8:2, 8:16, 9:3
**404** [1] - 3:8
**432-6605** [1] - 2:20
**463-2700** [1] - 3:3
**476-7400** [2] - 1:16, 2:6
**498** [27] - 8:3, 9:21, 10:2, 10:4, 12:10, 12:11, 12:13, 12:15, 12:18, 13:1, 13:6, 14:6, 14:20, 15:4, 15:13, 15:16, 15:20, 16:11, 16:17, 17:1, 17:18, 17:23, 20:3, 20:5, 20:25, 21:8, 22:12

## 5

**5** [1] - 1:3
**50-yard** [1] - 22:4
**504** [1] - 2:10
**506-3546** [1] - 3:16
**51** [1] - 3:15
**510** [1] - 1:18
**523-5634** [1] - 3:20
**52nd** [1] - 3:15
**561** [1] - 2:13
**57** [1] - 15:17
**58** [3] - 15:16, 15:17, 15:18
**580** [1] - 1:22
**581-4892** [1] - 2:10
**592-1500** [1] - 1:19

## 6

**619-7755** [1] - 2:3

## 7

**70113** [1] - 2:9
**71303** [1] - 2:2
**730** [1] - 2:12
**757** [1] - 1:23

## 8

**8** [2] - 12:20, 21:3
**80** [1] - 13:2
**820** [1] - 2:9
**881-7000** [1] - 3:8
**8th** [1] - 3:19

## 9

**90067** [1] - 2:16
**95** [1] - 13:2
**954** [1] - 3:3
**994-9646** [1] - 2:13

## A

**Aballi** [1] - 3:11
**ability** [1] - 7:21
**able** [1] - 15:9
**above-entitled** [1] - 23:4
**absolutely** [1] - 13:14
**accept** [3] - 14:20, 15:5, 15:14
**acceptable** [1] - 12:8
**acceptance** [1] - 12:23
**accurate** [4] - 14:7, 15:14, 20:10, 23:3
**action** [1] - 22:9
**actions** [2] - 17:22, 17:23
**activity** [1] - 16:12
**actual** [1] - 10:10
**add** [1] - 18:17
**adding** [1] - 14:16
**additional** [2] - 11:15, 18:22
**address** [1] - 6:21
**adequacy** [2] - 10:9, 15:25
**adequate** [1] - 7:23
**ago** [2] - 6:18, 21:25
**agrant@allisongrantpa. com** [1] - 2:14
**agree** [6] - 10:19, 12:5, 15:23, 19:13, 19:15, 21:2
**agreed** [2] - 15:17, 17:21
**agreeing** [1] - 18:13
**Agreement** [2] - 5:18, 6:3
**agreement** [16] - 7:4, 7:22, 8:22, 8:23, 10:13, 10:15, 10:17, 14:13, 16:23, 17:8, 18:16, 18:19, 18:20, 19:23, 19:25, 20:3
**ahead** [1] - 19:3
**Akerman** [1] - 3:1
**AL** [2] - 1:4, 1:7
**ALBANIS** [2] - 2:18, 5:1
**Albanis** [1] - 5:1
**Alexandria** [1] - 2:2
**Alhambra** [2] - 1:15, 2:5
**allegation** [1] - 11:16
**ALLISON** [1] - 2:11
**Allison** [2] - 2:12, 4:25

**allow** [2] - 11:21, 19:24
**allows** [1] - 11:14
**almost** [1] - 21:25
**Alston** [2] - 3:6, 5:7
**ambitious** [1] - 20:19
**amend** [1] - 19:4
**AMORIN** [1] - 1:4
**Amorin** [13] - 4:4, 5:22, 7:3, 7:8, 7:20, 8:7, 8:8, 8:9, 9:7, 17:23, 19:18
**AND** [1] - 1:4
**Angeles** [1] - 2:16
**appearances** [1] - 4:5
**approached** [1] - 18:2
**approval** [4] - 15:1, 15:9, 17:25, 18:21
**ascertain** [1] - 9:12
**assistance** [1] - 6:6
**associated** [1] - 7:9
**Atlanta** [1] - 3:7
**Atlantic** [1] - 3:6
**attached** [1] - 8:4
**attempting** [1] - 17:17
**attorneys** [2] - 10:14, 18:9
**authorize** [1] - 14:20
**Avenue** [3] - 2:9, 3:12, 3:19
**award** [1] - 11:19
**aware** [1] - 18:6
**awkward** [1] - 12:6
**Aytch** [3] - 5:4, 5:5, 20:11
**AYTCH** [7] - 3:1, 5:5, 19:15, 20:12, 20:16, 20:18, 21:16

## B

**BAAN** [2] - 3:18, 23:9
**BAAN-PROULX** [2] - 3:18, 23:9
**based** [1] - 16:2
**Bash** [1] - 2:1
**Beecher** [1] - 8:13
**BEFORE** [1] - 1:10
**began** [1] - 17:12
**behalf** [15] - 4:9, 4:11, 4:13, 4:16, 4:17, 4:20, 4:24, 4:25, 5:1, 5:6, 5:10, 5:12, 22:2, 22:6, 22:14
**Beijing** [1] - 5:10
**Berman** [1] - 1:18
**Bernard** [1] - 5:8
**BERNARD** [1] - 3:4
**bernard.taylor@alston. com** [1:4] - 3:8
**better** [2] - 9:22, 9:25
**between** [1] - 7:17
**Bird** [2] - 3:6, 5:7
**Blvd** [2] - 2:16, 3:2
**Brooke** [3] - 7:7, 8:12, 17:22
**Building** [1] - 5:10
**BY** [1] - 3:18

## C

**CA** [1] - 2:16
**calendar** [5] - 20:13, 20:14, 20:15, 20:21, 21:11
**calmly** [1] - 6:13
**candid** [1] - 18:9
**carefully** [1] - 12:6
**CARMEN** [1] - 1:4
**case** [3] - 4:3, 6:9, 22:9
**CASE** [1] - 1:2
**cases** [8] - 8:8, 8:9, 8:10, 9:2, 9:14, 9:23, 22:12
**cash** [1] - 12:1
**Center** [2] - 3:6, 3:11
**certainly** [1] - 16:2
**certify** [1] - 23:3
**cetera** [1] - 8:17
**challenges** [2] - 13:3, 15:8
**chambers** [1] - 18:14
**chances** [1] - 10:14
**Chinese** [3] - 6:13, 6:18, 7:8
**choose** [2] - 10:16, 14:20
**Chris** [4] - 19:21, 20:8, 20:15, 20:22
**CHRISTINA** [1] - 3:5
**Christy** [1] - 5:8
**christy.eikhoff@alston. com** [1] - 3:9
**Circle** [2] - 1:15, 2:5
**ckalil@aballi.com** [1] - 3:13
**claim** [1] - 10:18
**claimants** [4] - 10:23, 11:5, 11:14, 12:4
**claims** [2] - 7:25, 15:22
**clarify** [1] - 15:19
**Class** [1] - 5:22
**class** [23] - 6:13, 7:3, 7:7, 7:8, 7:20, 7:21, 7:23, 7:25, 9:7, 9:11, 11:19, 13:20, 13:24, 15:1, 15:5, 15:20, 15:21, 17:21, 17:25, 19:18, 22:9
**classes** [1] - 6:10
**clear** [1] - 16:9
**CLERK** [1] - 19:2
**clerk** [1] - 20:23
**clerks** [2] - 21:21, 21:23
**clients** [5] - 4:16, 7:18, 12:14, 12:23, 16:3
**clock** [3] - 12:19, 12:20, 12:22
**close** [3] - 14:23, 16:4, 21:9
**CO** [4] - 1:6, 1:7, 3:1, 3:2
**colleague** [1] - 5:11
**colleagues** [2] - 5:7, 6:7
**Colson** [2] - 1:14, 2:5
**communicated** [2] - 18:5, 18:13
**communications** [2] - 7:17,

10:7
**complete** [1] - 18:18
**COMPLETED** [1] - 23:9
**completely** [1] - 12:9
**component** [1] - 11:10
**concept** [1] - 18:3
**concern** [1] - 17:13
**concerned** [1] - 14:16
**concluded** [1] - 22:20
**conference** [2] - 17:9, 21:7
**confers** [1] - 20:23
**connected** [1] - 6:15
**consideration** [1] - 21:14
**Constellation** [1] - 2:16
**contemplate** [2] - 10:11, 12:7
**contemplates** [1] - 8:7
**continue** [2] - 14:9, 19:6
**conversation** [3] - 12:2, 12:3, 13:17
**conversations** [2] - 13:11, 13:20
**COOKE** [1] - 1:10
**Coral** [2] - 1:15, 2:6
**correct** [9] - 5:19, 5:20, 5:23, 5:24, 7:12, 9:20, 10:2, 11:7, 21:1
**counsel** [8] - 4:4, 7:18, 7:20, 7:21, 8:22, 11:1, 12:9, 15:23
**Counsel** [4] - 5:13, 18:8, 20:25, 21:6
**couple** [2] - 5:16, 13:2
**COURT** [55] - 1:1, 1:11, 4:6, 4:22, 5:3, 5:13, 5:21, 5:25, 6:22, 7:1, 7:13, 8:2, 8:15, 8:25, 9:9, 9:19, 9:24, 10:11, 10:19, 11:6, 12:11, 12:25, 13:4, 13:16, 13:23, 14:3, 14:8, 16:6, 16:14, 16:19, 16:21, 16:23, 17:1, 17:5, 17:10, 18:5, 18:12, 18:24, 19:1, 19:3, 19:8, 19:13, 19:16, 20:6, 20:11, 20:14, 20:17, 20:19, 20:24, 21:6, 21:14, 21:17, 21:23, 22:8, 22:17
**Court** [25] - 3:19, 8:4, 9:11, 9:18, 10:23, 12:16, 12:18, 12:21, 13:14, 15:3, 15:16, 15:24, 16:10, 16:11, 16:16, 17:2, 17:3, 17:6, 18:2, 18:9, 19:20, 20:23, 22:7, 22:13
**court** [2] - 4:2, 4:7
**Court's** [2] - 10:4, 10:8
**COURTROOM** [1] - 4:3
**covers** [2] - 8:11, 20:1
**Craig** [1] - 5:9
**CRAIG** [1] - 3:10

## D

**dance** [1] - 6:12
**DATE** [1] - 23:9
**date** [5] - 18:24, 20:15, 20:22, 20:25, 21:25
**dates** [1] - 20:21
**Davis** [2] - 8:9, 18:4
**days** [3] - 12:20, 18:22, 21:3
**deadline** [2] - 21:3, 21:5
**deal** [6] - 11:20, 11:24, 13:25, 14:5, 14:8, 14:9, 19:8
**dealing** [3] - 8:5, 17:12, 17:16
**decide** [2] - 9:4, 15:12
**decisions** [1] - 11:22
**DEFENDANT** [1] - 3:1
**defendant** [1] - 5:6
**Defendants** [1] - 1:8
**defendants** [4] - 7:9, 16:6, 18:20, 19:13
**definition** [1] - 15:1
**definitions** [1] - 13:21
**deny** [1] - 19:22
**DEPUTY** [1] - 4:3
**Derkee** [1] - 12:13
**detail** [1] - 8:4
**detailed** [1] - 8:3
**determine** [1] - 9:18
**determining** [1] - 9:15
**difference** [1] - 13:13
**different** [3] - 6:20, 8:14, 8:24
**differently** [1] - 7:14
**diligently** [1] - 18:18
**disagree** [1] - 14:14
**discussed** [2] - 11:12, 11:20
**discussing** [1] - 11:20
**DISTRICT** [3] - 1:1, 1:1, 1:11
**district** [1] - 14:11
**docket** [10] - 5:18, 5:22, 6:4, 16:19, 16:22, 17:4, 19:18, 19:24, 20:7
**document** [1] - 17:7
**done** [2] - 22:1, 22:4
**DONGXIN** [1] - 1:7, 3:2
**down** [2] - 17:14, 21:21
**Drive** [2] - 2:2, 2:19
**drywall** [2] - 6:14, 7:8
**Drywall** [1] - 6:18
**Duggan** [1] - 4:11
**DUGGAN** [7] - 1:17, 4:11, 17:20, 18:11, 18:17, 18:25, 19:7

## E

**early** [1] - 6:12
**East** [1] - 3:2

edges [1] - 12:6
**EDUARDO** [1] - 1:4
Eidson [2] - 1:14, 2:5
**EIKHOFF** [13] - 3:5, 10:3, 10:13, 16:8, 16:15, 16:20, 16:22, 16:25, 17:2, 17:6, 19:14, 21:13, 22:16
Eikhoff [1] - 5:8
**either** [1] - 22:14
**elect** [1] - 11:5
**eligible** [1] - 12:18
**end** [2] - 12:5, 13:9, 15:7
**ends** [1] - 18:15
**ENJOLIQUE** [1] - 3:1
**Enjolique** [1] - 5:5
**enjolique.aytch@akerman. com** [1] - 3:3
**enter** [2] - 12:19, 22:8
**entered** [10] - 7:5, 16:16, 17:2, 17:3, 17:6, 17:10, 18:24, 20:3, 22:15
**entire** [1] - 6:13
**entirely** [1] - 15:13
**entirety** [4] - 7:8, 7:10, 9:21, 11:23
**entitled** [1] - 23:4
**entry** [7] - 5:18, 5:22, 6:5, 16:19, 19:18, 20:7, 20:8
**ESQ** [15] - 1:14, 1:17, 1:21, 2:1, 2:4, 2:8, 2:11, 2:15, 2:18, 3:1, 3:4, 3:5, 3:5, 3:10, 3:14
**essentially** [2] - 6:10, 12:12
**ET** [2] - 1:4, 1:7
**et** [1] - 8:17
**evaluate** [1] - 15:24
**event** [1] - 11:14
**except** [1] - 17:23
**executing** [1] - 17:3
**execution** [1] - 16:17
**exhibit** [1] - 8:4
**exit** [1] - 11:23
**exiting** [1] - 12:8
**explanation** [1] - 10:20

## F

**F/K/A** [2] - 1:6, 3:2
**fact** [1] - 15:1
**fair** [2] - 7:22, 10:1
**Fairchild** [1] - 2:15
**FAIRCLOTH** [13] - 2:1, 4:15, 10:20, 11:7, 12:12, 13:1, 13:6, 13:19, 14:1, 14:7, 14:19, 21:2, 21:12
**Faircloth** [2] - 4:16, 10:19
**faircloth** [2] - 2:1, 7:3
**fairness** [3] - 10:5, 10:10, 15:25
**Fallon** [10] - 8:10, 8:14,

14:12, 14:13, 15:10, 18:1, 18:3, 18:5, 18:13, 19:10
**Fallon's** [1] - 14:18
**far** [1] - 12:25
**favorable** [3] - 11:21, 12:2, 12:3
**favorite** [1] - 11:13
**FCRR** [2] - 3:18, 23:9
**Federal** [1] - 2:12
**felt** [1] - 7:20
**figure** [1] - 14:4
**filed** [2] - 4:21, 7:19
**final** [2] - 20:25, 21:5
**finalize** [1] - 17:8
**finally** [1] - 9:23
**firm** [2] - 12:12, 15:15
**firms** [2] - 12:14, 13:2
**first** [3] - 4:8, 8:1, 21:4
**five** [1] - 15:7
**FL** [7] - 1:15, 2:6, 2:13, 2:20, 3:2, 3:12, 3:20
**Floor** [1] - 3:19
**FLORIDA** [1] - 1:1
**Florida** [5] - 6:24, 7:1, 7:2, 7:15, 9:7
**folks** [1] - 10:24
**following** [1] - 4:2
**foot** [1] - 22:3
**FOR** [2] - 1:14, 3:1
**foregoing** [1] - 23:3
**foreign** [1] - 18:20
**formula** [1] - 10:22
**Fort** [2] - 2:20, 3:2
**forth** [1] - 22:12
**forward** [4] - 8:24, 11:2, 12:17, 16:7
**four** [1] - 9:10
**frankly** [2] - 11:21, 13:9
**freezes** [1] - 14:1
**front** [1] - 8:13
**fully** [1] - 14:22

## G

**GA** [1] - 3:7
**Gables** [2] - 1:15, 2:6
**gavel** [1] - 19:21
**generally** [1] - 7:3
**generated** [1] - 7:7
**GIZELLA** [2] - 3:18, 23:9
**gizella_baan** [1] - 3:21
**gizella_baan-proulx@flsd. uscourts.gov** [1] - 3:21
**global** [7] - 7:6, 8:6, 8:11, 8:23, 9:18, 9:19, 9:22, 14:12, 17:21
**goal** [1] - 14:22
**gored** [2] - 9:12, 9:14
**grant** [1] - 20:7
**GRANT** [2] - 2:11, 4:25

**Grant** [2] - 2:12, 4:25
**great** [2] - 8:4, 22:3
**group** [3] - 15:8, 15:11, 15:12
**groups** [1] - 17:16
**guess** [1] - 5:25
**guys** [1] - 13:23
**Gypsum** [2] - 4:4, 5:6
**GYPSUM** [2] - 1:6, 3:1

## H

**handled** [1] - 10:17
**happy** [1] - 6:21
**hearing** [4] - 18:3, 21:21, 22:20
**HEARING** [1] - 1:9
**held** [1] - 4:2
**help** [1] - 6:19
**hereby** [1] - 23:3
**HERMAN** [2] - 2:8, 4:23
**herman** [1] - 2:8
**Herman** [2] - 2:8, 4:23
**Herrington** [2] - 3:15, 5:11
**Hicks** [2] - 1:14, 2:5
**higher** [1] - 13:8
**Highway** [1] - 2:12
**holding** [1] - 11:1
**Honor** [39] - 4:9, 4:11, 4:15, 4:19, 4:23, 5:5, 5:9, 7:5, 7:12, 7:16, 7:21, 8:8, 9:6, 9:8, 9:15, 10:3, 10:21, 11:4, 11:7, 11:11, 12:15, 13:1, 13:9, 13:19, 14:19, 15:15, 15:19, 15:23, 16:8, 17:4, 17:20, 18:4, 18:11, 18:23, 21:3, 21:12, 21:13, 22:16
**HONORABLE** [1] - 1:10
**hood** [1] - 20:24
**hope** [2] - 9:13, 15:13
**hoping** [1] - 15:4
**Hull** [1] - 5:8
**HULL** [1] - 3:5
**hundred** [1] - 9:3

## I

**ideally** [1] - 15:13
**immediately** [1] - 12:22
**implications** [1] - 15:6
**important** [1] - 11:11
**imposed** [1] - 18:22
**individual** [13] - 7:25, 8:21, 10:4, 10:15, 10:18, 10:21, 11:22, 12:3, 12:9, 14:21, 16:1, 16:17, 17:24
**individually** [1] - 15:22
**individuals** [2] - 15:20, 15:21
**informed** [2] - 12:10, 14:22

**injury** [1] - 8:20
**inside** [1] - 20:22
**instead** [1] - 11:25
**intend** [1] - 17:25
**intent** [1] - 9:23
**interested** [1] - 18:3
**interests** [1] - 8:25
**International** [1] - 3:11
**Interns** [1] - 3:22
**introduce** [1] - 21:20
**issue** [5] - 15:4, 15:5, 15:13, 16:7
**issues** [1] - 5:17

## J

**Jackson** [1] - 2:15
**jfaircloth@fairclothlaw. com** [1] - 2:3
**Jimmy** [1] - 4:15
**JIMMY** [1] - 2:1
**joinder** [1] - 4:21
**Joint** [1] - 5:17
**joint** [5] - 6:3, 16:23, 17:8, 18:16, 19:23
**jointly** [1] - 18:2
**JR** [1] - 2:1
**judge** [2] - 14:17, 21:18
**JUDGE** [1] - 1:11
**Judge** [16] - 8:9, 8:10, 8:12, 8:13, 8:14, 14:10, 14:12, 14:13, 14:18, 15:10, 18:1, 18:3, 18:4, 18:5, 18:13, 19:10
**judges** [1] - 14:11
**July** [2] - 19:4, 20:16
**June** [4] - 1:3, 16:13, 18:19, 18:25
**june** [1] - 19:1
**jurisdictions** [1] - 8:14

## K

**KALIL** [2] - 3:10, 5:9
**Kalil** [2] - 3:11, 5:9
**Katz** [1] - 2:8
**Kenny** [1] - 5:8
**KENNY** [1] - 3:5
**kept** [1] - 22:3
**kind** [1] - 14:17

## L

**LA** [2] - 2:2, 2:9
**lack** [2] - 9:22, 9:25
**Lake** [1] - 2:13
**land** [1] - 5:14
**Las** [1] - 3:2
**last** [1] - 6:12
**Lauderdale** [1] - 3:2
**LAW** [1] - 19:2

**law** [3] - 20:23, 21:20, 21:23
**Law** [1] - 1:21
**lay** [1] - 5:14
**lead** [1] - 12:12
**leadership** [1] - 22:3
**least** [3] - 9:10, 14:13, 22:9
**left** [2] - 12:20, 21:4
**leftover** [1] - 21:10
**letters** [3] - 9:10, 12:23, 17:13
**levels** [1] - 18:21
**Levin** [1] - 1:18
**lift** [6] - 4:21, 9:24, 12:16, 14:19, 16:12, 17:18
**Lift** [1] - 6:2
**lifted** [1] - 20:13
**lifting** [4] - 16:10, 20:4, 20:6
**lifts** [1] - 12:21
**line** [1] - 22:4
**litigating** [1] - 8:20
**litigation** [5] - 7:9, 7:11, 9:21, 16:12, 18:23
**LLP** [6] - 1:18, 2:8, 2:15, 3:1, 3:6, 3:15
**load** [1] - 14:16
**looks** [3] - 14:10, 16:2, 21:4
**loose** [1] - 18:15
**Los** [1] - 2:16
**Louisiana** [1] - 8:10
**LTD** [4] - 1:6, 1:7, 3:2, 3:3
**luck** [1] - 22:15

## M

**Main** [1] - 1:22
**majority** [2] - 10:24, 13:15
**MARC** [1] - 3:14
**Marc** [1] - 5:11
**MARCIA** [1] - 1:10
**mark** [1] - 4:19
**MARK** [1] - 2:15
**Mark** [1] - 15:15
**material** [1] - 6:4
**Materials** [1] - 5:10
**matter** [6] - 8:12, 9:8, 17:17, 19:9, 22:13, 23:5
**matters** [1] - 18:23
**MDL** [1] - 18:1
**mean** [4] - 6:16, 9:9, 14:15
**mediation** [1] - 7:6
**Melton** [1] - 2:1
**members** [4] - 7:23, 7:25, 9:7, 15:22
**meshed** [1] - 12:6
**MFN** [2] - 11:25, 12:1
**MFNPs** [1] - 13:12
**MIAMI** [1] - 1:2
**Miami** [3] - 3:12, 3:19, 3:20
**MICHAEL** [1] - 3:5
**might** [2] - 6:8, 21:19

**Mike** [1] - 5:8
**mike.kenny@alston.com** [1] - 3:9
**Milne** [1] - 3:11
**milstein** [2] - 2:15, 12:13
**MILSTEIN** [2] - 4:19, 15:15
**Milstein** [3] - 2:15, 4:20, 15:15
**minus** [1] - 9:19
**minutes** [1] - 14:4
**misunderstanding** [2] - 6:8, 17:11
**mmilstein@mjfwlaw.com** [1] - 2:17
**money** [1] - 11:15
**months** [2] - 21:25, 22:1
**Montoya** [10] - 4:8, 4:9, 5:17, 6:6, 6:22, 12:5, 13:23, 14:6, 14:9, 17:22
**MONTOYA** [19] - 1:14, 4:9, 5:20, 5:24, 6:21, 6:23, 7:2, 7:15, 8:3, 8:21, 9:6, 9:13, 9:20, 10:2, 19:12, 20:4, 20:10, 21:18, 21:24
**moot** [3] - 15:5, 15:13, 19:22
**Morgan** [2] - 2:19
**morning** [5] - 4:15, 4:19, 4:23, 5:5, 5:9
**most** [1] - 11:13
**most-favorite-nations** [1] - 11:13
**Motion** [3] - 5:21, 6:2, 6:25
**motion** [7] - 4:21, 6:2, 6:3, 7:19, 19:18, 19:19, 20:21
**MOTIONS** [1] - 1:9
**move** [2] - 15:4, 18:10
**moving** [1] - 8:24
**MR** [36] - 4:9, 4:13, 4:15, 4:19, 4:23, 5:1, 5:9, 5:20, 5:24, 6:21, 6:23, 7:2, 7:15, 8:3, 8:21, 9:6, 9:13, 9:20, 10:2, 10:20, 11:7, 12:12, 13:1, 13:6, 13:19, 14:1, 14:7, 14:19, 15:15, 19:12, 20:4, 20:10, 21:2, 21:12, 21:18, 21:24
**mrshapiro@orrick.com** [1] - 3:17
**MS** [26] - 4:11, 4:17, 4:25, 5:5, 10:3, 10:13, 16:8, 16:15, 16:20, 16:22, 16:25, 17:2, 17:6, 17:20, 18:11, 18:17, 18:25, 19:7, 19:14, 19:15, 20:12, 20:16, 20:18, 21:13, 21:16, 22:16
**multiple** [1] - 10:14
**Myers** [1] - 2:20

# N

**name** [1] - 4:17
**named** [2] - 8:7, 15:21
**Natalie** [1] - 4:17
**NATALIE** [1] - 2:4
**nations** [1] - 11:13
**need** [7] - 6:6, 13:17, 17:14, 18:15, 18:22, 19:5, 20:4
**negotiating** [1] - 13:12
**New** [3] - 2:9, 3:16, 5:10
**NO** [1] - 1:2
**nobody** [1] - 11:7
**Norfolk** [1] - 1:22
**normal** [1] - 13:18
**North** [1] - 3:19
**north** [1] - 13:2
**note** [1] - 12:19
**nothing** [1] - 19:19
**notice** [10] - 6:17, 7:17, 7:22, 7:23, 10:9, 15:8, 16:23, 17:15, 19:23, 19:25
**Notice** [1] - 5:17
**notices** [1] - 10:22
**November** [1] - 20:25
**number** [9] - 4:3, 5:18, 6:5, 13:7, 17:4, 19:19, 20:7, 20:8, 21:20
**NY** [1] - 3:16

# O

**O'Keefe** [1] - 2:9
**objecting** [1] - 9:11
**objection** [1] - 18:6
**obligation** [1] - 7:20
**obviously** [1] - 22:11
**October** [1] - 21:15
**OF** [1] - 1:1
**offense** [1] - 14:9
**offered** [1] - 11:24
**offers** [1] - 14:21
**Offices** [1] - 1:21
**Olas** [1] - 3:2
**one** [14] - 4:20, 6:7, 6:15, 6:16, 6:23, 8:18, 10:20, 17:18, 18:17, 21:18, 21:20
**ones** [1] - 7:14
**open** [1] - 4:2
**opposed** [2] - 14:16, 18:14
**opt** [4] - 10:14, 11:6, 13:17, 20:25
**opts** [1] - 8:18
**order** [8] - 5:25, 7:5, 14:1, 18:15, 19:4, 19:23, 19:24, 22:15
**original** [1] - 6:1
**Orleans** [1] - 2:9
**Orrick** [2] - 3:15, 5:11
**outstanding** [1] - 19:9

**own** [3] - 6:8, 8:19, 8:20
**ox** [1] - 9:12
**oxen** [1] - 9:13

# P

**PA** [3] - 1:19, 2:12, 3:11
**paid** [1] - 11:9
**palbanis@forthepeople.com** [1] - 2:21
**PANAGIOTIS** [1] - 2:18
**paper** [1] - 14:4
**paramount** [1] - 9:1
**Parker** [1] - 4:16
**part** [4] - 8:23, 9:11, 9:17, 13:24
**participate** [4] - 11:5, 11:22, 12:18, 17:23
**particular** [2] - 11:9, 11:18
**particularly** [1] - 17:12
**parties** [8] - 4:20, 11:21, 17:21, 17:25, 18:2, 18:18, 19:4, 21:24
**past** [2] - 20:19, 22:4
**PATRICK** [1] - 1:14
**Patrick** [1] - 4:9
**patrick@colson.com** [1] - 1:16
**PC** [1] - 1:21
**Peachtree** [1] - 3:7
**pedal** [1] - 22:4
**pen** [1] - 14:4
**pending** [2] - 5:17, 20:12
**people** [5] - 5:14, 9:10, 10:12, 13:16, 21:10
**percent** [2] - 13:2, 13:3, 14:23, 14:24, 16:3
**perfect** [1] - 11:2
**performance** [1] - 16:11
**perhaps** [1] - 11:25
**personal** [1] - 21:18
**personally** [1] - 6:17
**Pete** [1] - 5:1
**PH** [2] - 1:15, 2:5
**Philadelphia** [1] - 1:19
**phone** [1] - 17:13
**piece** [2] - 11:13, 11:17
**place** [2] - 11:2, 16:13
**PLAINTIFF** [1] - 1:14
**plaintiff** [2] - 8:15, 14:6
**plaintiffs** [21] - 1:5, 4:10, 4:12, 4:13, 4:18, 4:20, 4:24, 4:25, 5:2, 7:1, 7:2, 7:13, 8:2, 8:3, 8:5, 8:7, 8:11, 8:18, 17:13, 17:17, 18:14
**plays** [1] - 11:25
**point** [3] - 21:10, 21:18, 21:24
**praise** [1] - 6:12

**present** [1] - 3:22
**pretty** [1] - 20:1
**private** [1] - 16:1
**privilege** [1] - 21:19
**privy** [1] - 13:20
**procedural** [3] - 17:11, 19:21, 22:17
**procedurally** [4] - 6:8, 6:19, 20:1, 20:8
**proceed** [1] - 10:1
**proceedings** [2] - 4:2, 23:4
**process** [2] - 12:17, 16:5
**proposal** [1] - 11:18
**protect** [1] - 19:18
**Protect** [1] - 5:21
**PROULX** [2] - 3:18, 23:9
**proulx@flsd.uscourts.gov** [1] - 3:21
**provided** [1] - 10:23
**put** [1] - 14:4
**putative** [1] - 15:21

# Q

**quo** [3] - 14:2, 20:2

# R

**Ramsey** [2] - 3:22, 21:21
**reach** [1] - 10:16
**reached** [2] - 7:5, 10:13
**ready** [1] - 13:7
**realized** [1] - 17:15
**really** [2] - 14:15, 15:23
**reason** [2] - 7:19, 10:7
**reasonable** [1] - 7:23
**reasonableness** [1] - 15:25
**receive** [3] - 11:5, 11:15, 17:12
**received** [1] - 17:15
**recommendations** [1] - 19:9
**record** [2] - 4:5, 16:9
**regard** [1] - 17:20
**regarding** [1] - 13:20
**reinstatement** [1] - 19:25
**release** [1] - 8:17
**remain** [1] - 16:12
**reminding** [1] - 20:24
**report** [1] - 19:9
**REPORTED** [1] - 3:18
**reporter** [1] - 4:7
**Reporter** [1] - 3:19
**represent** [2] - 12:11, 15:16
**represented** [2] - 7:3, 8:21
**represents** [1] - 15:16
**request** [1] - 17:8
**require** [1] - 10:5
**requirement** [1] - 15:24
**resolution** [1] - 14:12
**resolve** [2] - 7:25, 9:23

resolved [2] - 19:19, 22:10
resolving [1] - 22:13
restart [1] - 12:22
review [6] - 6:4, 7:22, 10:4, 10:5, 10:8, 10:9
RICHARD [1] - 1:21
Richard [2] - 1:21, 4:13
Rico [1] - 4:17
RICO [2] - 2:4, 4:17
rico.natalie@gmail.com [1] - 2:7
RPR [2] - 3:18, 23:9
rserpe@serpefirm.com [1] - 1:23
rule [1] - 10:6

**S**

SANDRA [1] - 1:17
Sandra [1] - 4:11
satisfied [1] - 12:9
schedule [3] - 11:9, 11:10, 13:18
sduggan@lfsblaw.com [1] - 1:20
SE [1] - 3:12
seated [1] - 5:15
second [4] - 8:1, 8:6, 9:17, 21:24
Sedran [1] - 1:18
see [6] - 5:16, 11:25, 19:16, 21:7, 21:21, 22:8
seek [3] - 12:16, 17:25, 18:22
sent [2] - 6:16, 6:17
separate [1] - 17:16
separately [1] - 17:6
September [2] - 21:4, 22:11
SERPE [2] - 1:21, 4:13
Serpe [2] - 1:21, 4:13
set [1] - 21:7
settle [5] - 7:13, 10:12, 13:5, 17:17, 17:21
settled [3] - 6:16, 6:18, 6:19
Settlement [2] - 5:18, 6:3
settlement [51] - 6:1, 6:4, 6:15, 6:24, 7:4, 7:7, 7:16, 8:1, 8:6, 8:11, 8:16, 8:17, 8:22, 8:23, 9:4, 9:15, 9:18, 10:1, 10:7, 10:15, 10:16, 11:4, 11:11, 11:14, 11:15, 11:19, 11:22, 12:17, 13:20, 14:12, 15:6, 15:10, 15:20, 16:11, 16:23, 17:1, 17:3, 17:8, 17:16, 17:21, 18:1, 18:16, 18:18, 18:20, 19:6, 19:23, 19:25, 20:2
settlements [12] - 6:23, 7:10, 7:11, 10:5, 10:21, 11:3, 11:17, 12:7, 15:24, 16:1, 16:17, 17:24

settles [1] - 13:24
settling [3] - 6:13, 10:11, 15:22
SHANDONG [2] - 1:7, 3:2
SHAPIRO [1] - 3:14
Shapiro [1] - 5:11
sheet [1] - 7:7
sherman@hhklawfirm.com [1] - 2:10
shown [1] - 22:3
sic) [1] - 8:5
side [4] - 4:6, 5:3, 22:9, 22:14
sign [2] - 8:17, 16:3
signatures [1] - 15:18
signed [1] - 11:8
Silva [3] - 3:22, 21:22
simple [1] - 17:19
simply [1] - 16:1
slow [1] - 17:14
small [1] - 15:11
Sobel [1] - 2:1
sort [1] - 6:10
sounds [1] - 16:4
SOUTHERN [1] - 1:1
speaking [1] - 12:15
specifically [1] - 16:16
squarely [1] - 9:14
SR [1] - 3:4
stand [1] - 7:24
start [3] - 4:6, 4:8, 5:16
starting [1] - 5:3
state [2] - 4:4, 16:25
STATES [2] - 1:1, 1:11
States [1] - 3:19
status [5] - 14:2, 17:9, 20:2, 21:7
Stay [2] - 6:2, 6:25
stay [26] - 4:21, 7:5, 7:19, 9:24, 11:1, 12:16, 12:19, 12:22, 14:19, 16:10, 16:12, 16:16, 16:21, 17:3, 17:4, 17:7, 17:18, 18:22, 19:11, 19:12, 20:4, 20:6, 20:12, 20:14
stayed [4] - 6:15, 16:19, 19:11, 19:12
stays [2] - 16:15, 20:21
STEPHEN [1] - 2:8
Steve [1] - 4:23
still [4] - 9:6, 11:11, 13:24, 20:12
stopped [1] - 12:19
Street [4] - 1:18, 1:22, 3:7, 3:15
strictly [1] - 15:20
strike [1] - 19:24
striking [2] - 5:25, 19:23
structured [1] - 10:21

stuck [1] - 15:3
submitted [3] - 7:16, 7:18, 10:8
subsequent [2] - 11:15, 11:17
sucked [1] - 9:22
summer [2] - 21:20, 21:23
Summer [1] - 3:22
SunTrust [1] - 3:11
Sutcliffe [2] - 3:15, 5:11

**T**

TAIHE [2] - 1:7, 3:2
tailored [1] - 11:16
Taishan [7] - 4:4, 5:6, 7:9, 11:20, 12:2, 12:23, 17:24
TAISHAN [2] - 1:6, 3:1
Taylor [1] - 5:8
TAYLOR [1] - 3:4
term [2] - 7:7, 9:22
terms [10] - 7:16, 9:14, 10:8, 10:10, 12:8, 13:21, 18:16, 21:8, 21:9, 22:13
tethered [1] - 11:16
THE [59] - 1:1, 1:10, 1:14, 3:1, 4:3, 4:6, 4:22, 5:3, 5:13, 5:21, 5:25, 6:22, 7:1, 7:13, 8:2, 8:15, 8:25, 9:9, 9:19, 9:24, 10:11, 10:19, 11:6, 12:11, 12:25, 13:4, 13:16, 13:23, 14:3, 14:8, 16:6, 16:14, 16:19, 16:21, 16:23, 17:1, 17:5, 17:10, 18:5, 18:12, 18:24, 19:1, 19:2, 19:3, 19:8, 19:13, 19:16, 20:6, 20:11, 20:14, 20:17, 20:19, 20:24, 21:6, 21:14, 21:17, 21:23, 22:8, 22:17
Thereupon [2] - 20:23, 22:20
they've [1] - 11:24
thoughts [1] - 18:3
three [2] - 8:14, 15:7
Thwaites [2] - 3:22, 21:22
tied [1] - 18:16
today [10] - 6:1, 9:16, 9:17, 9:24, 14:25, 15:3, 15:12, 15:17, 21:21, 22:15
track [2] - 8:24, 20:9
tranche [2] - 21:4, 21:5
transcription [1] - 23:4
translated [1] - 18:21
transmit [1] - 12:22
traveling [1] - 6:11
trial [2] - 13:18, 21:11
trying [3] - 9:12, 14:3, 18:9
two [8] - 6:10, 6:23, 7:10, 14:11, 15:7, 16:15, 17:16, 19:6

**U**

ultimately [1] - 13:8
under [2] - 10:5, 14:12
United [1] - 3:19
UNITED [2] - 1:1, 1:11
universe [1] - 13:10
University [1] - 2:19
unless [2] - 11:8
up [4] - 7:11, 9:22, 15:7, 18:16

**V**

VA [1] - 1:22
various [1] - 18:21
vast [2] - 10:23, 13:15
Virginia [2] - 8:9, 8:13
vs [2] - 1:5, 4:4

**W**

Wade [1] - 2:15
Waichman [1] - 4:16
waiting [1] - 11:25
Walnut [1] - 1:18
week [2] - 6:12, 6:18
weeks [1] - 19:6
welcome [1] - 21:23
West [2] - 3:7, 3:15
Williams [2] - 8:12, 14:10
wish [1] - 14:13
withdraw [1] - 6:25
withdrawn [1] - 5:22
word [1] - 9:25
words [1] - 11:24
works [2] - 11:4, 16:5
Worth [1] - 2:13
wrapped [1] - 7:11
written [2] - 9:10, 10:24

**Y**

year [1] - 21:25
years [1] - 8:20
York [1] - 3:16
Yorktown [1] - 2:2