# EXHIBIT C

**(Subject to the Court granting Plaintiffs' Motion to Seal)**