# EXHIBIT D

## Debbie Murphy

| | |
|---|---|
| **From:** | Sandra L. Duggan |
| **Sent:** | Monday, March 11, 2019 8:26 AM |
| **To:** | Gregory Weiss |
| **Cc:** | Patrice Symons; Arnold Levin; Russ Herman (rherman@hhklawfirm.com); sherman@hhklawfirm.com; Fred Longer; Lenny Davis (ldavis@hhklawfirm.com); patrick@colson.com; Richard J. Serpe (rserpe@serpefirm.com); 'Allison Grant' (agrant@allisongrantpa.com); hwerkema@baronbudd.com; palbanis@forthepeople.com; Rico, Natalie (natalie@colson.com); Gerald E. Meunier (gmeunier@gainsben.com); Member GEM (membergem@gainsben.com); tleopold@cohenmilstein.com |
| **Subject:** | Re: CDW - Taishan Settlement - ETTERS & DEEG/HOOKER |

Understood. Good luck today.

Sandra L. Duggan
Of-Counsel
Levin Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 Office
(215) 870-8258 Cell
(215) 592-4663 Fax

On Mar 11, 2019, at 8:06 AM, Gregory Weiss <GWeiss@mrachek-law.com> wrote:

> Sandy,
> I am sorry if my response below was unclear. All of my clients, save the Etters, want to settle their claims pursuant to the settlement agreement we filed. All of those clients determined that the settlement is "full compensation" for them, and none of those clients believe anyone has a right to object to their individual settlements. That said, all of my clients intend to remain in the current process until their settlement is paid to them, and none of my clients have asked me to "remove them from the process". I am in route to defend the expert deposition in Miami now, but feel free to call me should you want to discuss further. Thanks.
> Greg
>
>> **From:** Sandra L. Duggan [mailto:sduggan@lfsblaw.com]
>> **Sent:** Sunday, March 10, 2019 10:55 PM
>> **To:** Gregory Weiss; Patrice Symons
>> **Cc:** Arnold Levin; Russ Herman (rherman@hhklawfirm.com); sherman@hhklawfirm.com; Fred Longer; Lenny Davis (ldavis@hhklawfirm.com); patrick@colson.com; Richard J. Serpe (rserpe@serpefirm.com); 'Allison Grant' (agrant@allisongrantpa.com); hwerkema@baronbudd.com; 'palbanis@forthepeople.com'; Rico, Natalie (natalie@colson.com); Gerald E. Meunier (gmeunier@gainsben.com); Member GEM (membergem@gainsben.com); tleopold@cohenmilstein.com
>> **Subject:** RE: CDW - Taishan Settlement - ETTERS & DEEG/HOOKER
>>
>> Thanks, Gregg, for your response. We believe that Chinese Drywall victims should receive compensation for their damages as soon as possible. However, we are concerned that the proposed settlement with Taishan may have a direct negative impact on the *Amorin* class members who want full compensation for their damages.

1

As a follow-up to the email below, Exhibit A to the proposed Agreement with Taishan lists 38 additional Settling Claimants represented by you in Florida. As you know, we have been substantially involved in prosecuting the remediation damages claims for all of those cases pursuant to Judge Cooke's Trial Plan. Specifically, we have conducted Product ID discovery of Taishan and BNBM and are presenting Plaintiffs' Product ID contentions to the Special Master beginning tomorrow, on March 11-12. In addition, on behalf of your clients we responded to square footage and ownership discovery and prepared responses to Defendants' preliminary contests and requests for set-offs. Further, Emma Schwab has been in contact with you on an ongoing basis about detailed responses on behalf of each of your claimants in Florida for purposes of addressing and resolving Defendants' contests to remediation damages.

Please advise as to the following:
1. whether each of the Plaintiffs represented by you on Exhibit A (other than Etters and Deeg/Hooker) have approved the settlement offer to them;
2. whether pending resolution of the objections to the proposed settlement by Class Counsel and/or other class members, these Plaintiffs wish to remain in the proceedings before Judge Cooke, in which a Report and Recommendation as to the total award for Property Damages under the Remediation Formula is expected from the Special Master on May 31;
3. whether it is your intention, based upon client instructions, to request that Judge Cooke remove these cases from the process for adjudicating their remediation damages; and
4. pending Judge Cooke's decision on any such request (especially given objections from Class Counsel and/or other class members), whether your clients wish that we continue to do work on their behalf. Unless and until we hear otherwise, we must continue to prosecute the claims of all *Amorin* class members including these homeowners.

Thank you. Sandra

**From:** Gregory Weiss <GWeiss@mrachek-law.com>
**Sent:** Friday, March 8, 2019 9:16 AM
**To:** Sandra L. Duggan <sduggan@lfsblaw.com>; Patrice Symons <PSymons@mrachek-law.com>
**Cc:** Arnold Levin <ALevin@lfsblaw.com>; Russ Herman (rherman@hhklawfirm.com) <rherman@hhklawfirm.com>; sherman@hhklawfirm.com; Fred Longer <FLonger@lfsblaw.com>; Lenny Davis (ldavis@hhklawfirm.com) <ldavis@hhklawfirm.com>; patrick@colson.com; Richard J. Serpe (rserpe@serpefirm.com) <rserpe@serpefirm.com>; 'Allison Grant' (agrant@allisongrantpa.com) <agrant@allisongrantpa.com>; hwerkema@baronbudd.com; 'palbanis@forthepeople.com' <palbanis@forthepeople.com>; Rico, Natalie (natalie@colson.com) <natalie@colson.com>; Gerald E. Meunier (gmeunier@gainsben.com) <gmeunier@gainsben.com>; Member GEM (membergem@gainsben.com) <membergem@gainsben.com>; tleopold@cohenmilstein.com
**Subject:** RE: CDW - Taishan Settlement - ETTERS & DEEG/HOOKER

Sandy,

2

Deeg/Hooker plan to settle their claim pursuant to the settlement agreement, but the Etters will not be settling. I plan to continue to assist in the preparation and trial of the benchmark cases, and the Etters will remain benchmark plaintiffs. To provide specific responses:
1. Deeg/Hooker: yes. Etters: no.
2. Deeg/Hooker: yes. Etters: no.
3. Yes. I will be there Monday (and, if needed, Tuesday).
4. Have not discussed with Deeg/Hooker. Etters: No.
5. Yes.

**From:** Sandra L. Duggan [mailto:sduggan@lfsblaw.com]
**Sent:** Thursday, March 7, 2019 4:56 PM
**To:** Gregory Weiss <GWeiss@mrachek-law.com>; Patrice Symons <PSymons@mrachek-law.com>
**Cc:** Arnold Levin <ALevin@lfsblaw.com>; Russ Herman (rherman@hhklawfirm.com) <rherman@hhklawfirm.com>; sherman@hhklawfirm.com; Fred Longer <FLonger@lfsblaw.com>; Lenny Davis (ldavis@hhklawfirm.com) <ldavis@hhklawfirm.com>; patrick@colson.com; Richard J. Serpe (rserpe@serpefirm.com) <rserpe@serpefirm.com>; 'Allison Grant' (agrant@allisongrantpa.com) <agrant@allisongrantpa.com>; hwerkema@baronbudd.com; 'palbanis@forthepeople.com' <palbanis@forthepeople.com>; Rico, Natalie (natalie@colson.com) <natalie@colson.com>; Gerald E. Meunier (gmeunier@gainsben.com) <gmeunier@gainsben.com>; Member GEM (membergem@gainsben.com) <membergem@gainsben.com>
**Subject:** CDW - Taishan Settlement - ETTERS & DEEG/HOOKER

Gregg - we are in receipt of the proposed Settlement Agreement with Taishan. Your two Priority Plaintiffs (Etters and Deeg/Hooker) are on the list of potential settled cases. As you know, we have been prosecuting those cases as Priority Claims pursuant to Judge Cooke's Trial Plan and they are scheduled for trial in July, with expert discovery proceeding now. Please advise as to the following:
1. whether these Plaintiffs have approved the settlement offer to them;
2. whether these Plaintiffs wish to remain on the trial calendar pending resolution of the objections to the settlement by Class Counsel and/or other class members;
3. whether it is your intention to continue to assist in the representation of these Plaintiffs in this matter, including defending the expert deposition of Michael Elkin on Monday, March 11 and Tuesday, March 12, as previously agreed;
4. whether it is your intention, based upon client instructions, to request that Judge Cooke remove them as Priority Claims; and
5. pending Judge Cooke's decision on any such request (especially given objections from Class Counsel and/or other class members), whether your clients wish that we continue to do work on their behalf. Unless and until we hear otherwise, we must continue to prosecute the claims of all *Amorin* class members including these homeowners.

Further, we request for confirmation that no settlement payments will be made to these Plaintiffs until the parties, or the Court, if necessary, determine the proper amount of litigation costs to be reimbursed out of their recovery.

Sincerely,

Sandra L. Duggan
Of-Counsel
LEVIN SEDRAN BERMAN LLP

3

510 Walnut Street
Suite 500
Philadelphia, PA 19106
(215) 592-1500 office
(215) 870-8258 cell
(215) 592-4663 fax
www.lfsblaw.com

CONFIDENTIALITY NOTE: This email message contains information belonging to the law firm of LEVIN SEDRAN BERMAN LLP and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think you have received this message in error, please email the sender. If you are not the intended recipient, please delete the message and understand that dissemination, distribution or copying is strictly prohibited.